# EXHIBIT 45

REGIONAL FORMULARY AND THERAPEUTICS COMMITTEE

MINUTES

February 10, 2000

A meeting of the Regional Formulary and Therapeutics Committee was held on Thursday, February 10, 2000.

Committee members in attendance were Jim Norris MD, Peter Rega MD, Sean Jones MD, Andreas Wolf MD, Donna Caldwell MS RPh, Nancy Lee MS RPh, and Diane Ditmer, PharmD.

Staff members to the committee in attendance were Norm Muilenburg RPh, Suzanne Gauen RPh, Mike Regner MS RPh, and Emily Thomas PharmD.

Guests in attendance were Alex White DDS DrPH, Myde Boles PhD, Dan Colley PharmD, Kim Mah PharmD, Dean Klopfenstein RPh, Vernon Jones MS RPh, Hollis Hartley Pharmacy Student, and Lan Tran Pharmacy Student.

1.  The minutes of the Regional Formulary and Therapeutics Committee meeting of January 13, 2000 were reviewed and approved.

    1/13/2000 Minutes Approved

2.  The minutes of the Immunization Practices Committee meeting of January 4, 2000 were reviewed.

    1/4/2000 IPC Minutes Reviewed

3.  A study proposed by Merck to the Center for Health Research was reviewed. The study would compare montelukast to inhaled fluticasone in patients with mild-persistent asthma. The study proposal had previously been reviewed at the October 1999 RFTC meeting at which time it was requested that several points in the study proposal be clarified. After review of the most recent proposal, the Committee continued to have enough reservations about the study's design to not recommend Northwest Region participation in this study.

    CHR Study Proposal

4.  The following drug classes were reviewed:

    Drug Class Review

    - Respiratory and Cerebral Stimulants
    - Contraceptives
    - Cardiac Drugs: Antiarrhythmics
    - Cardiac Drugs: ACE Inhibitors
    - Miscellaneous Anticonvulsants
    - Tranquilizers
    - Miscellaneous Local Anti-infectives

5.  The following Therapeutic Messages were approved:

    Therapeutic Messages

    A.  Metformin 500 mg and 850 mg

    **Therapeutic Message in EpicCare:**

**Confidential**
**KAIS-044373**

* Contraindications for use:
  - renal disease or dysfunction indi-
    cated by serum creatinine >1.5 for
    males and >1.4 for females
  - when creatinine clearance may be
    abnormal such as cardiovascular
    collapse (shock), acute MI, and
    septicemia.
  - uncompensated or severe congestive
    heart failure
  - acute or chronic metabolic acidosis,
    including diabetic acidosis with or
    without coma.
  - should be temporarily discontinued
    in patients undergoing radiologic
    studies with IV iodinated contrast
    media (these products may result in
    acute alteration of renal function).

6. The following Therapeutic Messages and Therapeutic
   Alternatives were approved:

   Therapeutic
   Messages &
   Alternatives

   A.  Ferrous gluconate, fumarate, sulfate

       **Therapeutic Message in EpicCare:**

       * One ferrous sulfate 325 mg tablet per
         day is recommended due to:
         - sufficient response in iron deficiency
           anemia when absorption is appropriate
         - better tolerated than 3 times daily dosing
       * Response to iron therapy should be monitored
       * Once daily dosage may not apply to patients
         with special iron requirements (e.g. renal
         failure).

       **Therapeutic Alternatives in EpicCare:**

       * Ferrous sulfate 325 mg 1 tab PO Q day

7. The following Therapeutic Equivalents were deleted:

   Therapeutic
   Equivalents
   Deleted

   ← Dextroamphetamine 10 mg
     Extended Release Capsules = Dextroamphetamine 2x5 mg
                                 Extended Release Capsule

   ← Dextroamphetamine 15 mg
     Extended Release Capsules = Dextroamphetamine 3x5 mg
                                 Extended Release Capsule

   RATIONALE:  Advantageous contract on 5 mg capsules

**Confidential**
**KAIS-044374**

has expired, prompting addition of 10 mg and 15 mg capsules back onto the formulary.

← Oxycodone 5 mg Tablet = Oxycodone 5 mg Capsule
  (ROXICODONE)              (OxyIR)

RATIONALE:  5 mg tablet now (again) the preferred product.

8.  A request to extend the pharmacy benefit coverage of the Insulin Syringe UltraFine II Short needle 3/10ml to pediatric patients up to 18 years of age was reviewed.  A review of the literature does not provide evidence that there are improved outcomes or even consistent type/depth (SQ vs IM) of injection administered with the 8 mm vs the 12 mm needle.  The kinetics do vary by depth of injection and by body site.  In order to increase the consistency of absorption, the insulin should be injected at an angle into a raised skin fold i.e., the "pinch method"..

Pharmacy Benefit: Short Insulin Needles

The Diabetes Steering Committee (DMSC) has reviewed this request and the evidence.  Although the clinical relevance is not evident, the DMSC does support the extension of the benefit to include all pediatric patients up to 18 years of age in light of the increased consistency of depth of injection in this patient population which demonstrated a reduced frequency of IM injections in the arm and the thigh.  Further, it is the recommendation of the DMSC that this information on injection technique be consistently taught in all of the Health Education Diabetes Classes.

The RFTC supports both of these recommendations.

9.  A request for non-formulary samples of Naprelan, Skelaxin, and Celebrex was denied.  The Formulary Committee thought that there were an adequate number of formulary agents available in these therapeutic areas.

Non-Formulary Samples

10. A request for non-formulary samples of Viagra was denied.  The decision of the Formulary Committee was based on the absolute contraindication of prescribing Viagra to patients on nitrates.   The use of Viagra samples requires that the prescribing clinician screen the profile for use of nitrates; the Formulary Committee thinks that our clinicians would assume this responsibility and that screening would occur.  While the samples are in the patient's possession, the patient would need to inform all other clinicians of the fact that they have Viagra samples.  The Formulary Committee does not think that clinicians can rely on patients to volunteer that they have Viagra samples.  This puts clinicians who

Non-formulary Samples - Viagra

Confidential
KAIS-044375

subsequently see this patient at risk for prescribing an absolutely contraindicated medication.  The Formulary Committee does not think that use of samples in this particular situation is in the best interests of our patients or clinicians.

11. The use of once daily enoxaparin as an alternative to twice daily therapy was discussed by the Cardiovascular Steering Committee.  The CVSC decided that there would be no change in the current recommendation that once daily therapy is an alternative, but is not the preferred regimen.

Once-daily Enoxaparin

12. The criteria to be used for three drugs/drug classes were reviewed and approved.  These are thalidomide, losartan, and pioglitazone.  The systems support needed for implementation of criteria-based prescribing is expected with a future upgrade of EpicCare.

Criteria-Based Prescribing

13. Drugs Accepted for Addition to the Formulary:

Additions Accepted

   A.  Dextroamphetamine (DEXEDRINE SPANSULE) 10 mg and 15 mg Extended Release Capsule
       RATIONALE:  These two dosage strengths were deleted from the formulary in January 1999 to take advantage of a favorable contract for the 5 mg extended-release capsules.  (Multiple 5 mg capsules were used for 10 mg and 15 mg doses.)  The contract for the 5 mg capsules is no longer in effect.  Hence 10 mg and 15 mg extended-release capsules are added back to the formulary; this action will be timed to coincide with depletion of the 5 mg strength from Pharmacy Warehouse stock.

------>   EpicCare: Delete all current therapeutic messages and formulary alternatives for dextroamphetamine extended-release capsule.

   B.  Ethinyl Estradiol and Norethindrone (ORTHO NOVUM 7/7/7) Triphasic Oral Contraceptive Tablet
       RATIONALE:   This triphasic oral contraceptive (OC) is added to the formulary to join two triphasic OCs already on the formulary:  Ortho-Tricyclen and Tri-Levlen.  All three of these products have relatively low progestin activity.  The relative estrogenic activity is:

           Tri-Levlen.........low
           Ortho-TriCyclen.....intermediate
           Ortho-Novum 7/7/7...high

       Addition of the Ortho-Novum 7/7/7 provides more flexibility in the relative hormonal activity of the hormonal components of the triphasic OCs.

Confidential
KAIS-044376

C.  Flecainide (TAMBOCOR) 50 mg Tablet
    RATIONALE:  Since the last RFTC review of
    flecainide a new strength has become available.
    The 50mg tablet was added to the formulary to
    facilitate dosage adjustments.

D.  Gabapentin (NEURONTIN) 600 mg and 800 mg Tablet
    RATIONALE:  For treatment of neuropathic pain (e.g.,
    peripheral diabetic neuropathy, postherpetic
    neuralgia), doses of gabapentin ranging from 1800
    mg/day to 3600 mg/day are sometimes required,
    divided into 3 or 4 daily doses.  The 600 mg and 800
    mg tablets are somewhat less expensive than
    multiples of 300 mg and 400 mg capsules,
    respectively.  Higher-dose tablets may be more
    convenient for patients on high doses.  Capsules of
    100 mg, 300 mg, and 400 mg had previously been on
    formulary.

    **Therapeutic Message in EpicCare:**
    **(100-, 300-, 400-, 600-, 800-mg)**
    **Recommended criteria adopted by RFTC and NWPerm:**

    * For treatment of peripheral diabetic neuropathy
      (PDN): Patient has contraindication to TCAs or
      is intolerant of their adverse effects.
    * TCAs are well-established and effective for PDN
      and should be used as first-line therapy.
    * Compared with gabapentin, TCAs are much less
      expensive, have  similar efficacy, and a larger
      clinical experience.
    * A slow dosage titration may decrease the
      frequency and severity of adverse effects.
    * Titrate dosage to pain relief or to the maximum
      tolerated dosage.

E.  Lisinopril (PRINIVIL) 2.5 mg Tablet
    RATIONALE:  This strength was not available with
    the former formulary product, Zestril.  The
    current formulary product, Prinivil, is not
    scored and is not designed to be cut.  This
    additional strength is added to the formulary
    for dosage adjustments.

F.  Metronidazole (METROLOTION) 0.75% Lotion
    RATIONALE:  The Dermatologists have evaluated the
    lotion dosage form and have determined that it is
    more effective and tolerated as well as or better
    than Metrocream.  Therefore the lotion is added
    to the formulary and the cream will be deleted.
    Megtrogel remains on the formulary.

G.  Propafenone (RYTHMOL) 225 mg Tablet

Confidential
KAIS-044377

RATIONALE:  Since the last RFTC review of propafenone a new strength has become available.  The 225mg tablet was added to the formulary to facilitate dosage adjustments.

H.  Risperidone (RISPERDAL) 0.25 mg and 0.5 mg Tablet
RATIONALE:  Tablets of 1-, 2-, 3-, and 4-mg had previously been on formulary.  New strengths added to formulary for greater dosage flexibility.

**Therapeutic Message in EpicCare:**
**(same message as the 1-, 2-, 3-, and 4 mg Tablet)**

* Formulary drug
* Risperidone is an antipsychotic drug with a relative absence of extrapyramidal side effects at the recommended low dose.
* Risperidone has not been demonstrated to exhibit superior efficacy over other antipsychotic drugs.
* Significantly more expensive than other antipsychotic drugs (e.g., haloperidol).

**Therapeutic Alternatives in EpicCare:**

Relative Cost

Risperidone (RISPERDAL) 0.25 mg

* Haloperidol 0.5 mg 1T po qhs #30.....  1
* Haloperidol 1 mg 1T po qhs #30.......  1
* Haloperidol 2 mg 1T po qhs #30.......  1
* Risperdal 0.5 mg 0.5T po qD #15...... 68
* Risperdal 0.25 mg 1T po qD #30......136
* Risperdal 0.5 mg 0.5T po bid #30....136
* Risperdal 0.25 mg 1T po bid #60.....272

Risperidone (RISPERDAL) 0.5 mg

* Haloperidol 0.5 mg 1T po qhs #30.....  1
* Haloperidol 1 mg 1T po qhs #30.......  1
* Haloperidol 2 mg 1T po qhs #30.......  1
* Risperdal 0.5 mg 0.5T po qD #15...... 68
* Risperdal 0.5 mg 0.5T po bid #30....136
* Risperdal 1 mg 0.5T po qD #15........ 65
* Risperdal 0.5 mg 1T po qD #30......136
* Risperdal 1 mg 0.5T po bid #30.......131
* Risperdal 0.5 mg 1T po bid #60.......272

I.  Sotalol (BETAPACE) 120 mg Tablet
RATIONALE:  Since the last RFTC review of sotalol a new strength has become available. The 120 mg tablet was added to the formulary to facilitate dosage adjustments.

**Confidential**
**KAIS-044378**

14.  Drugs Accepted for Deletion                          Deletions
                                                          Accepted

   A.  Cisapride (PROPULSID) 10 mg Tab
      Cisapride (PROPULSID) 1 mg/ml Suspension
      RATIONALE:  The FDA has issued a revised warning
      to health care professionals and patients regard-
      ing the use of cisapride.  The Formulary Committee
      feels that this information which is summarized
      below creates safety concerns with the use of
      cisapride and has chosen to delete this drug from
      the formulary.

      On 1/24/00 the FDA and Janssen Pharm. reported
      that the package labeling for cisapride tablets
      and oral suspension was revised in response to
      continuing reports of cardiac adverse effects and
      deaths in association with cisapride.  An analysis
      of 270 adverse event reports (including 70
      fatalities) revealed that approximately 85% of these
      cases occurred in patients with increased blood
      serum levels of cisapride or the presence of
      disorders that may have predisposed them to
      arrhythmias.  Numerous drug and drug class
      interactions have been identified as a major risk
      factor for increased cisapride blood serum
      concentrations, namely administration with other
      drugs that cause prolongation of the QT interval,
      inhibition of cytochrome P450 3A4 enzymes that
      metabolize cisaprdie, or depletion of serum
      electrolytes.

      As recommended in the revised package labeling, a
      12-lead ECG should be performed prior to
      administration of cisapride and treatment should not
      be initiated if the QTc value exceeds 450
      milliseconds.  Serum electrolytes (potassium,
      calcium, and magnesium) and creatinine should be
      assessed prior to administration of cisapride and
      whenever conditions develop that may effect
      electrolyte balance or renal function.  The
      Cardiology Dept. is working with the EpicCare team
      to develop a new ECG screening test that would
      include specific cardiologist assessment of the drug
      effect on the QTc interval.

      Mike Regner is soliciting input from other regions
      regarding what approach they have taken to educating
      members and/or notifying clinicians regarding
      patients currently taking cisapride.  This issue has
      been forwarded to Medical Legal to request opinion
      regarding development of specific Pharmacy policy
      regarding dispensing of contraindicated medications
      listed in PI boxed warning.

Confidential
KAIS-044379

B.  Metronidazole (METROCREAM) 0.75% Cream
    RATIONALE:  Deleted in favor of the lotion dosage
    form which has been added to the formulary.

Respectfully submitted,


_____
Donna Caldwell, MS RPh


_____
Diane Ditmer, PharmD

Confidential
KAIS-044380