EXHIBIT 45

REGIONAL FORMULARY AND THERAPEUTICS COMMITTEE

MINUTES

February 10, 2000

A meeting of the Regional Formulary and Therapeutics Committee was held on Thursday, February 10, 2000.

Committee members in attendance were Jim Norris MD, Peter Rega MD, Sean Jones MD, Andreas Wolf MD, Donna Caldwell MS RPh, Nancy Lee MS RPh, and Diane Ditmer, PharmD.

Staff members to the committee in attendance were Norm Muilenburg RPh, Suzanne Gauen RPh, Mike Regner MS RPh, and Emily Thomas PharmD.

Guests in attendance were Alex White DDS DrPH, Myde Boles PhD, Dan Colley PharmD, Kim Mah PharmD, Dean Klopfenstein RPh, Vernon Jones MS RPh, Hollis Hartley Pharmacy Student, and Lan Tran Pharmacy Student.

| | | |
|---|---|---|
| 1. | The minutes of the Regional Formulary and Therapeutics Committee meeting of January 13, 2000 were reviewed and approved. | 1/13/2000 Minutes Approved |
| 2. | The minutes of the Immunization Practices Committee meeting of January 4, 2000 were reviewed. | 1/4/2000 IPC Minutes Reviewed |
| 3. | A study proposed by Merck to the Center for Health Research was reviewed. The study would compare montelukast to inhaled fluticasone in patients with mild-persistent asthma. The study proposal had previously been reviewed at the October 1999 RFTC meeting at which time it was requested that several points in the study proposal be clarified. After review of the most recent proposal, the Committee continued to have enough reservations about the study's design to not recommend Northwest Region participation in this study. | CHR Study Proposal |
| 4. | The following drug classes were reviewed: | Drug Class Review |

- Respiratory and Cerebral Stimulants
- Contraceptives
- Cardiac Drugs: Antiarrhythmics
- Cardiac Drugs: ACE Inhibitors
- Miscellaneous Anticonvulsants
- Tranquilizers
- Miscellaneous Local Anti-infectives

| | | |
|---|---|---|
| 5. | The following Therapeutic Messages were approved: | Therapeutic Messages |
| | A.  Metformin 500 mg and 850 mg | |

**Therapeutic Message in EpicCare:**

**Confidential**
**KAIS-044373**

* Contraindications for use:
  - renal disease or dysfunction indicated by serum creatinine >1.5 for males and >1.4 for females
  - when creatinine clearance may be abnormal such as cardiovascular collapse (shock), acute MI, and septicemia.
  - uncompensated or severe congestive heart failure
  - acute or chronic metabolic acidosis, including diabetic acidosis with or without coma.
  - should be temporarily discontinued in patients undergoing radiologic studies with IV iodinated contrast media (these products may result in acute alteration of renal function).

6.  The following Therapeutic Messages and Therapeutic Alternatives were approved:

> Therapeutic Messages & Alternatives

    A.  Ferrous gluconate, fumarate, sulfate

**Therapeutic Message in EpicCare:**

* One ferrous sulfate 325 mg tablet per day is recommended due to:
  - sufficient response in iron deficiency anemia when absorption is appropriate
  - better tolerated than 3 times daily dosing
* Response to iron therapy should be monitored
* Once daily dosage may not apply to patients with special iron requirements (e.g. renal failure).

**Therapeutic Alternatives in EpicCare:**

* Ferrous sulfate 325 mg 1 tab PO Q day

7.  The following Therapeutic Equivalents were deleted:

> Therapeutic Equivalents Deleted

    ← Dextroamphetamine 10 mg Extended Release Capsules = Dextroamphetamine 2x5 mg Extended Release Capsule

    ← Dextroamphetamine 15 mg Extended Release Capsules = Dextroamphetamine 3x5 mg Extended Release Capsule

    RATIONALE:  Advantageous contract on 5 mg capsules

**Confidential**
**KAIS-044374**

has expired, prompting addition of 10 mg and 15 mg
capsules back onto the formulary.

← Oxycodone 5 mg Tablet = Oxycodone 5 mg Capsule
  (ROXICODONE)           (OxyIR)

RATIONALE:  5 mg tablet now (again) the preferred
product.

8.  A request to extend the pharmacy benefit coverage of                **Pharmacy**
    the Insulin Syringe UltraFine II Short needle 3/10ml                 **Benefit:**
    to pediatric patients up to 18 years of age was                     **Short**
    reviewed.  A review of the literature does not provide              **Insulin**
    evidence that there are improved outcomes or even                    **Needles**
    consistent type/depth (SQ vs IM) of injection admini-
    stered with the 8 mm vs the 12 mm needle.  The kinetics
    do vary by depth of injection and by body site.  In
    order to increase the consistency of absorption, the
    insulin should be injected at an angle into a raised
    skin fold i.e., the "pinch method"..

    The Diabetes Steering Committee (DMSC) has reviewed this
    request and the evidence.  Although the clinical relevance
    is not evident, the DMSC does support the extension of the
    benefit to include all pediatric patients up to 18 years of
    age in light of the increased consistency of depth of
    injection in this patient population which demonstrated
    a reduced frequency of IM injections in the arm and the
    thigh.  Further, it is the recommendation of the DMSC
    that this information on injection technique
    be consistently taught in all of the Health Education
    Diabetes Classes.

    The RFTC supports both of these recommendations.

9.  A request for non-formulary samples of Naprelan,                    **Non-Formulary**
    Skelaxin, and Celebrex was denied.  The Formulary                   **Samples**
    Committee thought that there were an adequate number
    of formulary agents available in these therapeutic
    areas.

10. A request for non-formulary samples of Viagra was                   **Non-formulary**
    denied.  The decision of the Formulary Committee was                **Samples -**
    based on the absolute contraindication of prescribing              **Viagra**
    Viagra to patients on nitrates.   The use of Viagra
    samples requires that the prescribing clinician screen the
    profile for use of nitrates; the Formulary Committee
    thinks that our clinicians would assume this
    responsibility and that screening would occur.  While the
    samples are in the patient's possession, the patient would
    need to inform all other clinicians of the fact that they
    have Viagra samples.  The Formulary Committee does not
    think that clinicians can rely on patients to volunteer
    that they have Viagra samples.  This puts clinicians who

**Confidential**
**KAIS-044375**

subsequently see this patient at risk for prescribing an
absolutely contraindicated medication.  The Formulary
Committee does not think that use of samples in this
particular situation is in the best interests of our
patients or clinicians.

11. The use of once daily enoxaparin as an alternative to        Once-daily
    twice daily therapy was discussed by the Cardiovascular      Enoxaparin
    Steering Committee.  The CVSC decided that there would
    be no change in the current recommendation that once
    daily therapy is an alternative, but is not the
    preferred regimen.

12. The criteria to be used for three drugs/drug classes         Criteria-
    were reviewed and approved.  These are thalidomide,          Based
    losartan, and pioglitazone.  The systems support            Prescribing
    needed for implementation of criteria-based prescribing
    is expected with a future upgrade of EpicCare.

13. Drugs Accepted for Addition to the Formulary:                Additions
                                                                 Accepted

    A.  Dextroamphetamine (DEXEDRINE SPANSULE) 10 mg and
        15 mg Extended Release Capsule
        RATIONALE:  These two dosage strengths were deleted
        from the formulary in January 1999 to take advantage
        of a favorable contract for the 5 mg extended-
        release capsules.  (Multiple 5 mg capsules were used
        for 10 mg and 15 mg doses.)  The contract for the
        5 mg capsules is no longer in effect.  Hence 10 mg
        and 15 mg extended-release capsules are added back
        to the formulary; this action will be timed to
        coincide with depletion of the 5 mg strength from
        Pharmacy Warehouse stock.

------>     EpicCare: Delete all current therapeutic messages
            and formulary alternatives for dextroamphetamine
            extended-release capsule.

    B.  Ethinyl Estradiol and Norethindrone (ORTHO
        NOVUM 7/7/7) Triphasic Oral Contraceptive Tablet
        RATIONALE:  This triphasic oral contraceptive (OC)
        is added to the formulary to join two triphasic
        OCs already on the formulary:  Ortho-Tricyclen
        and Tri-Levlen.  All three of these products have
        relatively low progestin activity.  The relative
        estrogenic activity is:

            Tri-Levlen..........low
            Ortho-TriCyclen.....intermediate
            Ortho-Novum 7/7/7...high

        Addition of the Ortho-Novum 7/7/7 provides more
        flexibility in the relative hormonal activity of
        the hormonal components of the triphasic OCs.

Confidential
KAIS-044376

C.  Flecainide (TAMBOCOR) 50 mg Tablet
    RATIONALE:  Since the last RFTC review of
    flecainide a new strength has become available.
    The 50mg tablet was added to the formulary to
    facilitate dosage adjustments.

D.  Gabapentin (NEURONTIN) 600 mg and 800 mg Tablet
    RATIONALE:  For treatment of neuropathic pain (e.g.,
    peripheral diabetic neuropathy, postherpetic
    neuralgia), doses of gabapentin ranging from 1800
    mg/day to 3600 mg/day are sometimes required,
    divided into 3 or 4 daily doses.  The 600 mg and 800
    mg tablets are somewhat less expensive than
    multiples of 300 mg and 400 mg capsules,
    respectively.  Higher-dose tablets may be more
    convenient for patients on high doses.  Capsules of
    100 mg, 300 mg, and 400 mg had previously been on
    formulary.

    **Therapeutic Message in EpicCare:**
    **(100-, 300-, 400-, 600-, 800-mg)**
    **Recommended criteria adopted by RFTC and NWPerm:**

      * For treatment of peripheral diabetic neuropathy
        (PDN): Patient has contraindication to TCAs or
        is intolerant of their adverse effects.
      * TCAs are well-established and effective for PDN
        and should be used as first-line therapy.
      * Compared with gabapentin, TCAs are much less
        expensive, have  similar efficacy, and a larger
        clinical experience.
      * A slow dosage titration may decrease the
        frequency and severity of adverse effects.
      * Titrate dosage to pain relief or to the maximum
        tolerated dosage.

E.  Lisinopril (PRINIVIL) 2.5 mg Tablet
    RATIONALE:  This strength was not available with
    the former formulary product, Zestril.  The
    current formulary product, Prinivil, is not
    scored and is not designed to be cut.  This
    additional strength is added to the formulary
    for dosage adjustments.

F.  Metronidazole (METROLOTION) 0.75% Lotion
    RATIONALE:  The Dermatologists have evaluated the
    lotion dosage form and have determined that it is
    more effective and tolerated as well as or better
    than Metrocream.  Therefore the lotion is added
    to the formulary and the cream will be deleted.
    Megtrogel remains on the formulary.

G.  Propafenone (RYTHMOL) 225 mg Tablet

**Confidential**
**KAIS-044377**

RATIONALE:  Since the last RFTC review of propafenone a new strength has become available.  The 225mg tablet was added to the formulary to facilitate dosage adjustments.

H.  Risperidone (RISPERDAL) 0.25 mg and 0.5 mg Tablet
    RATIONALE:  Tablets of 1-, 2-, 3-, and 4-mg had previously been on formulary.  New strengths added to formulary for greater dosage flexibility.

    **Therapeutic Message in EpicCare:**
    **(same message as the 1-, 2-, 3-, and 4 mg Tablet)**

    * Formulary drug
    * Risperidone is an antipsychotic drug with a relative absence of extrapyramidal side effects at the recommended low dose.
    * Risperidone has not been demonstrated to exhibit superior efficacy over other antipsychotic drugs.
    * Significantly more expensive than other antipsychotic drugs (e.g., haloperidol).

    **Therapeutic Alternatives in EpicCare:**

    Risperidone (RISPERDAL) 0.25 mg                    Relative Cost

    * Haloperidol 0.5 mg 1T po qhs #30.....   1
    * Haloperidol 1 mg 1T po qhs #30.......   1
    * Haloperidol 2 mg 1T po qhs #30.......   1
    * Risperdal 0.5 mg 0.5T po qD #15......  68
    * Risperdal 0.25 mg 1T po qD #30......136
    * Risperdal 0.5 mg 0.5T po bid #30....136
    * Risperdal 0.25 mg 1T po bid #60.....272

    Risperidone (RISPERDAL) 0.5 mg

    * Haloperidol 0.5 mg 1T po qhs #30.....   1
    * Haloperidol 1 mg 1T po qhs #30.......   1
    * Haloperidol 2 mg 1T po qhs #30.......   1
    * Risperdal 0.5 mg 0.5T po qD #15......  68
    * Risperdal 0.5 mg 0.5T po bid #30....136
    * Risperdal 1 mg 0.5T po qD #15........  65
    * Risperdal 0.5 mg 1T po qD #30......136
    * Risperdal 1 mg 0.5T po bid #30.......131
    * Risperdal 0.5 mg 1T po bid #60.......272

I.  Sotalol (BETAPACE) 120 mg Tablet
    RATIONALE:  Since the last RFTC review of sotalol a new strength has become available. The 120 mg tablet was added to the formulary to facilitate dosage adjustments.

**Confidential**
**KAIS-044378**

14.  Drugs Accepted for Deletion                                    Deletions
                                                                    Accepted

A.   Cisapride (PROPULSID) 10 mg Tab
     Cisapride (PROPULSID) 1 mg/ml Suspension
     RATIONALE:   The FDA has issued a revised warning
     to health care professionals and patients regard-
     ing the use of cisapride.   The Formulary Committee
     feels that this information which is summarized
     below creates safety concerns with the use of
     cisapride and has chosen to delete this drug from
     the formulary.

     On 1/24/00 the FDA and Janssen Pharm. reported
     that the package labeling for cisapride tablets
     and oral suspension was revised in response to
     continuing reports of cardiac adverse effects and
     deaths in association with cisapride.   An analysis
     of 270 adverse event reports (including 70
     fatalities) revealed that approximately 85% of these
     cases occurred in patients with increased blood
     serum levels of cisapride or the presence of
     disorders that may have predisposed them to
     arrhythmias.   Numerous drug and drug class
     interactions have been identified as a major risk
     factor for increased cisapride blood serum
     concentrations, namely administration with other
     drugs that cause prolongation of the QT interval,
     inhibition of cytochrome P450 3A4 enzymes that
     metabolize cisaprdie, or depletion of serum
     electrolytes.

     As recommended in the revised package labeling, a
     12-lead ECG should be performed prior to
     administration of cisapride and treatment should not
     be initiated if the QTc value exceeds 450
     milliseconds.   Serum electrolytes (potassium,
     calcium, and magnesium) and creatinine should be
     assessed prior to administration of cisapride and
     whenever conditions develop that may effect
     electrolyte balance or renal function.   The
     Cardiology Dept. is working with the EpicCare team
     to develop a new ECG screening test that would
     include specific cardiologist assessment of the drug
     effect on the QTc interval.

     Mike Regner is soliciting input from other regions
     regarding what approach they have taken to educating
     members and/or notifying clinicians regarding
     patients currently taking cisapride.   This issue has
     been forwarded to Medical Legal to request opinion
     regarding development of specific Pharmacy policy
     regarding dispensing of contraindicated medications
     listed in PI boxed warning.

**Confidential**
**KAIS-044379**

B.   Metronidazole (METROCREAM) 0.75% Cream
     RATIONALE:  Deleted in favor of the lotion dosage
     form which has been added to the formulary.

Respectfully submitted,


_____
Donna Caldwell, MS RPh


_____
Diane Ditmer, PharmD

**Confidential**
**KAIS-044380**