# EXHIBIT 50

**Gabapentin December 2000 PSUR**

**Internal Distribution**

Rudi Altevogt (Freiburg with original signature sheet)
Central Files
Canada
Michael Hoffman
Mary-Clare Holst
Kay Samulak
Sylvia Roins (West Ryde, Sydney, Australia)
Koichiro Yoshikawa (Japan)
SRM (Scientific Records Management)

Pfizer  MPatel  0073598

# PFIZER INC.

With the recent merger of Pfizer and Warner-Lambert, we wish to inform you that for a period of time the safety databases, SOPs and/or working practices with respect to adverse event reporting and safety report generation will not be fully integrated across the two organizations. Each organization will continue to follow the procedures for the preparation of these reports that were in place at the respective organizations prior to the merger until an assessment is made as to the appropriate course of action. Therefore, the enclosed Periodic Safety Update Report (PSUR) for gabapentin has been generated according to the same databases and procedures as previously used to prepare PSURs for gabapentin submitted by Warner-Lambert/Parke-Davis.

Much of the data for this PSUR was received by Drug Safety Surveillance, Ann Arbor prior to the merger of Pfizer and Warner-Lambert/Parke-Davis and the Company documents in force during the reporting period of this PSUR and those referred to in this PSUR were those of Warner-Lambert/Parke-Davis. For this reason, this PSUR refers to the company as Warner-Lambert/Parke-Davis.

Pfizer_MPatel 0073599

# PERIODIC SAFETY UPDATE REPORT

## FOR

## GABAPENTIN (CI-0945)

### 01 FEBRUARY 2000 TO 31 July 2000

**INTERNATIONAL BIRTHDATE: 05 February 1993**

---

**World-wide Drug Safety Surveillance**

**Parke-Davis Pharmaceutical Research**

**Warner-Lambert Company**

2800 Plymouth Road
Ann Arbor, MI 48105
USA

---

Mary-Clare Holst, PhD           Ana Carolina Giuseppi, MD
**07 December 2000**

*%77853*
77853

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return.

Pfizer  MPatel  0073600

Gabapentin Capsules & Tablets
December 2000 PSUR

# Table of Contents

LIST OF TABLES ............................................................................................................ ii
APPENDICES ................................................................................................................ iii
1   INTRODUCTION ..................................................................................................... 1
2   WORLDWIDE MARKET AUTHORIZATION STATUS............................................ 1
3   UPDATE OF REGULATORY AUTHORITY OR MAH ACTIONS TAKEN FOR
    SAFETY REASONS................................................................................................. 8
4   CHANGES TO REFERENCE SAFETY INFORMATION ....................................... 8
5   PATIENT EXPOSURE ............................................................................................ 8
5.1         CLINICAL TRIALS ........................................................................................ 8
5.2         MARKET EXPERIENCE................................................................................. 8
5.3         CUMULATIVE EXPOSURE DATA .................................................................. 9
6   PRESENTATION OF INDIVIDUAL CASE HISTORIES ....................................... 10
6.1         GENERAL INFORMATION........................................................................... 10
6.1.1       DEFINITIONS............................................................................................ 10
6.1.2       LABELING ASSESSMENT.......................................................................... 11
6.1.3       CASES INCLUDED IN THIS PSUR............................................................. 11
6.2         LINE LISTINGS AND DATA SUMMARIES.................................................... 12
6.3         SUMMARY TABULATION AND CUMULATIVE TABLES ................................ 13
6.4         CASES WITH RECORDED OFF-LABEL USE ............................................... 15
6.5         FOLLOW-UP CASES ................................................................................. 16
6.6         CASES IN WHICH GABAPENTIN WAS CITED AS A CO-SUSPECT DRUG ........ 17
6.7         ANALYSIS OF INDIVIDUAL CASE HISTORIES ............................................. 18
6.7.1       DEATHS ................................................................................................... 18
6.7.2       HEMIC AND LYMPHATIC SYSTEMS............................................................ 20
            THROMBOCYTOPENIA AND THROMBOCYTOPENIC PURPURA.................. 20
6.7.3       NERVOUS SYSTEM .................................................................................. 20
            CONVULSIONS ........................................................................................ 20
            ENCEPHALOPATHY .................................................................................. 22
            MYOCLONUS............................................................................................ 23
            WITHDRAWAL SYNDROME ....................................................................... 23
6..8        DRUG-RELATED ADVERSE EVENTS.......................................................... 24
6.8.1       DRUG INTERACTIONS WITH GABAPENTIN ............................................... 24
6.8.2       OVERDOSE ............................................................................................. 27
6.8.3       MEDICATION ERROR, DRUG ABUSE, MISUSE AND ADDICTION ................. 28
6.9         PREGNANCY AND LACTATION ................................................................. 28
6.10        SPECIAL POPULATIONS........................................................................... 30
6.10.1      PEDIATRIC POPULATION .......................................................................... 30
6.10.2      GERIATRIC POPULATION ......................................................................... 31
6.10.3      PATIENTS WITH COMPROMISED RENAL FUNCTION ................................. 31
6.10.4      LONG-TERM TREATMENT ........................................................................ 32
7   STUDIES................................................................................................................ 32
7.1         COMPANY-SPONSORED STUDIES............................................................. 32
7.2         PUBLISHED SAFETY DATA ....................................................................... 33
8   OTHER INFORMATION ....................................................................................... 34
8.1         INFORMATION RECEIVED AFTER THE DATA-LOCK POINT .......................... 34

Pfizer_MPatel_0073601

Gabapentin Capsules & Tablets
December 2000 PSUR

# Table of Contents continued

9    OVERALL SAFETY EVALUATION .................................................................................. 34
9.1         UNLABELED REACTIONS ................................................................................. 34
            SERIOUS UNLABELED REACTIONS ................................................................. 35
9.2         DRUG INTERACTIONS ..................................................................................... 35
9.3         OVERDOSE, ABUSE AND MISUSE .................................................................. 36
9.4         PREGNANCY AND LACTATION ....................................................................... 36
9.5         SPECIAL POPULATIONS .................................................................................. 37
9.5.1       PEDIATRIC POPULATION ................................................................................ 37
9.5.2       GERIATRIC POPULATION ................................................................................ 37
9.5.3       PATIENTS WITH COMPRISED RENAL FUNCTION ........................................ 37
9.5.4       LONG-TERM TREATMENT ............................................................................... 37

10   CONCLUSIONS ............................................................................................................... 38

## LIST OF TABLES

TABLE 1A   WORLDWIDE MARKETING AUTHORIZATION OF GABAPENTIN ........................................... 2
TABLE 1B   ADDITIONAL MARKETING AUTHORIZATIONS FOR GABAPENTIN: USE OF DRUG FOR
           MONOTHERAPY ................................................................................................................. 3
TABLE 1C   ADDITIONAL MARKETING AUTHORIZATIONS FOR GABAPENTIN: USE OF DRUG IN    PEDIATRIC
           THERAPY ............................................................................................................................ 4
TABLE 1D   ADDITIONAL MARKETING AUTHORIZATIONS FOR GABAPENTIN: USE OF DRUG FOR
           NEUROPATHIC PAIN .......................................................................................................... 5
TABLE 1E   ADDITIONAL MARKETING AUTHORIZATIONS FOR GABAPENTIN: NEW DOSAGE,
           (600/800 MG) ...................................................................................................................... 6
TABLE 1F   ADDITIONAL MARKETING AUTHORIZATIONS FOR GABAPENTIN: INITIATION 900 MG    UNLESS
           SPECIFIED ........................................................................................................................... 7
TABLE 2    DISTRIBUTION OF GABAPENTIN CASES BY GEOGRAPHIC LOCATION AND
           CAPSULES/TABLETS SOLD ............................................................................................... 9
TABLE 3    DATA FOR SIX TIME PERIODS FROM 01 JANUARY 1997 TO 31 JULY 2000 .................... 10
TABLE 4    FREQUENTLY REPORTED UNLABELED ADVERSE EVENTS (n≥5) FOR GABAPENTIN FOR
           CURRENT PSUR PERIOD, 01 FEBRUARY 2000 – 31 JANUARY 2000 ........................... 14
TABLE 5    SUMMARY OF "OFF-LABEL USE OF DRUG" INDICATIONS ............................................. 15
TABLE 6    CASES REPORTING DEATH OR WITH AN OUTCOME OF DEATH ..................................... 19
TABLE 7    CASES WITH REPORTS OF UNLABELED CONVULSIONS ................................................ 21
TABLE 8    CASES WITH REPORTED ENCEPHALOPATHY .................................................................. 23
TABLE 9    WITHDRAWAL SYMPTOMS REPORTED FOR GABAPENTIN IN CURRENT PERIOD ............... 24
TABLE 10   POSSIBLE DRUG INTERACTIONS CITED FOR GABAPENTIN .......................................... 25
TABLE 11   GABAPENTIN EXPOSURE DURING PREGNANCY ............................................................ 29

Pfizer  MPatel  0073602

Gabapentin Capsules & Tablets
December 2000 PSUR

# APPENDICES

**APPENDIX 1A**   CORE DATA SHEET FOR GABAPENTIN (CI-0945) - APRIL 1999 ................................. 39
**APPENDIX 1B**   CORE DATA SHEET FOR GABAPENTIN (CI-0945) - FEBRUARY 2000 .......................... 60

**APPENDIX 2A**   LINE LISTING OF REPORTS BY HEALTH CARE PROFESSIONALS FOR GABAPENTIN (CI-0945), 01 FEBRUARY 2000 TO 31 JULY 2000: SERIOUS REPORTS ............................................................................................. 81
**APPENDIX 2B**   LINE LISTING OF REPORTS BY HEALTH CARE PROFESSIONALS FOR GABAPENTIN (CI-0945), 01 FEBRUARY 2000 TO 31 JULY 2000: NONSERIOUS UNLABELED REPORTS .................................................................. 127
**APPENDIX 2C**   LINE LISTING OF REPORTS BY HEALTH CARE PROFESSIONALS FOR `GABAPENTIN (CI-0945), 01 FEBRUARY 2000 TO 31 JULY 2000: NONSERIOUS LABELED REPORTS ...................................................................... 202
**APPENDIX 2D**   LINE LISTING OF REPORTS BY HEALTH CARE PROFESSIONALS FOR GABAPENTIN, 01 FEBRUARY 2000 TO 31 JULY 2000: SERIOUS RELATED STUDY AND LITERATURE REPORTS .......................................... 237
**APPENDIX 2E**   DISTRIBUTION OF CASES BY COSTART BODY SYSTEM OF ASSIGNED PRIMARY    TERM FOR GABAPENTIN, 01 FEBRUARY 2000 TO 31 JULY 2000 ..................................... 245
**APPENDIX 2F**   DISTRIBUTION OF ADVERSE EVENTS BY COSTART BODY SYSTEM FOR GABAPENTIN (CI-0945), 01 FEBRUARY 2000 TO 31 JULY 2000 ............................. 247
**APPENDIX 2G**   SUMMARY TABULATION OF ADVERSE EVENTS REPORTED BY HEALTHCARE PROFESSIONALS FOR GABAPENTIN (CI-0945), 01 AUGUST 1999 TO 31 JANUARY 2000 249
**APPENDIX 2H**   CUMULATIVE ADVERSE EVENT NUMBER AND RATIO DATA FOR GABAPENTIN (CI-0945), ACROSS SIX PERIODS, 01 JANUARY 1997 TO 31 JANUARY 2000  ... ALL ADVERSE EVENTS  ...................................................................................... 257
**APPENDIX 2I**   CUMULATIVE ADVERSE EVENT NUMBER AND RATIO DATA FOR SERIOUS UNLABELED ADVERSE EVENTS FOR GABAPENTIN (CI-0945), ACROSS SIX PERIODS, 01 JANUARY 1997 TO 31 JANUARY 2000 .......................................................... 280
**APPENDIX 2J**   CUMULATIVE ADVERSE EVENT NUMBER AND RATIO DATA FOR NONSERIOUS UNLABELED ADVERSE EVENTS FOR GABAPENTIN (CI-0945), ACROSS SIX PERIODS, 01 JANUARY 1996 TO 31 JANUARY 2000  ........................................................... 292

**APPENDIX 3**   ONGOING AND COMPLETED CLINICAL STUDIES FOR GABAPENTIN (CI-0945) 01 FEBRUARY 2000 TO 31 JULY 2000 ................................................................ 313

Pfizer_MPatel_0073603

Gabapentin Capsules & Tablets
December 2000 PSUR

# 1  INTRODUCTION

This report is the tenth in a series of periodic safety update reports (PSURs) for gabapentin (CI-0945) and has been compiled by Warner-Lambert/Parke-Davis according to the format proposed by ICH E2C guidelines.[1] The report summarizes worldwide postmarketing safety data received by the company during the period 01 February 2000 to 31 July 2000. The last PSUR for gabapentin covered the period 01 August 1999 to 31 January 2000.

Gabapentin is an anticonvulsant that is structurally related to the neurotransmitter gamma-aminobutyric acid (GABA), but the drug and its metabolites do not interact with GABA receptors or influence GABA uptake or degradation. All pharmacological actions following gabapentin administration are due to the activity of the parent compound. Its mechanism of action is unknown.

Gabapentin is indicated as adjunctive therapy in the treatment of simple and complex partial seizures with and without secondary generalization in patients with epilepsy who have not achieved satisfactory control with or who are intolerant to standard anticonvulsants used alone or in combination. Gabapentin is also indicated for the treatment of neuropathic pain in adults age 18 years and above.

Gabapentin is supplied in capsules containing 100, 300, or 400 mg for oral administration. Each capsule also contains lactose, cornstarch, and talc. Gabapentin is also supplied in 600 and 800 mg tablets.

# 2  WORLDWIDE MARKET AUTHORIZATION STATUS

The worldwide market authorization data including trade names, available dates of market approval and market introduction are shown in Table 1A. Gabapentin has been approved for sale in 69 countries; registration is pending in four additional countries. A number of countries have filed applications for the following variations in the use of gabapentin: (i) the use of gabapentin in monotherapy rather than as adjunctive therapy (approved in 13 countries; pending in 16; in process in 1), (ii) the use of gabapentin in pediatric therapy (approved in 12 countries; pending in 11), (iii) the use of gabapentin for neuropathic pain (approved in 28 countries; pending in 12), (iv) 600 and 800 mg tablets (approved in 13 countries; pending in 25) (v) initiation dosage changes (approved in 13 countries; pending in 25). Tables 1B – 1F have information on these additional marketing authorizations.

---

[1] ICH Harmonised Tripartite Guideline for Clinical Safety Data Management: Periodic Safety Update Reports for Marketed Drugs, December 1996, CPMP/ICH/288/95. FDA Docket No.96D-0041. MHW Yakuan No.32, 1997.

Gabapentin Capsules & Tablets
December 2000 PSUR

**Table 1A:    Worldwide Marketing Authorization of Gabapentin**

| Country | Trade Name | Market Authorization | Market Introduction |
|---|---|---|---|
| United Kingdom | Neurontin® | 05 Feb 1993 | 30 May 1993 |
| United States | Neurontin® | 30 Dec 1993 | Jan 1994 |
| South Africa | Neurontin® | 03 Feb 1994 | 30 Mar 1994 |
| Australia | Neurontin® | 18 Mar 1994 | 13 Apr 1994 |
| Sweden | Neurontin® | 25 Mar 1994 | Jun 1994 |
| Canada | Neurontin® | 07 Apr 1994 | 13 May 1994 |
| Hungary | Neurontin® | 19 Mar 1996 | 26 Jan 1998 |
| Philippines | Neurontin® | 25 May 1994 | Jun 1994 |
| Peru | Neurontin® | 21 Jun 1994 | 01 Oct 1994 |
| New Zealand | Neurontin® | 25 Jul 1994 | 1994 |
| West Indies | Neurontin® | 16 Sep 1994 | Nov 1994 |
| Trinidad | Neurontin® | 16 Sep 1994 | Apr 1995 |
| Argentina | Neurontin® | 04 Oct 1994 | Nov/Dec 1995 |
| France | Neurontin® | 12 Oct 1994 | Sep 1995 |
| Ireland | Neurontin® | 12 Oct 1994 | 30 Jan 1995 |
| Uruguay | Neurontin® | 14 Oct 1994 | 01 Mar 1995 |
| Austria | Neurontin® | 11 Nov 1994 | 30 Mar 1995 |
| Switzerland | Neurontin® | 19 Dec 1994 | Jan 1995 |
| Germany | Neurontin® | 30 Dec 1994 | Mar 1995 |
| Hong Kong | Neurontin® | 04 Jan 1995 | Jan 1995 |
| Chile | Normatol® | 14 Jan 1995 | Jun 1995 |
| Guatemala | Neurontin® | 23 Jan 1995 | July 1995 |
| Finland | Neurontin® | 06 Feb -1995 | June 1995 |
| Pakistan | Neurontin® | 07 Feb 1995 | INA |
| Indonesia | Neurontin® | 13 Feb 1995 | Mar 1995 |
| Mexico | Neurontin® | 28 Mar 1995 | 01 Sep 1995 |
| Iceland | Neurontin® | 01 Apr 1995 | Oct 1996 |
| Spain | Neurontin® Equipax® | 09 Apr 1995 | Jun 1995 |
| Honduras | Neurontin® | 26 Apr 1995 | Jul 1995 |
| Greece | Neurontin® | 27 Apr 1995 | Sep 1996 |
| Colombia | Neurontin® | May 1995 | Aug 1994[c] |
| Venezuela | Neurontin® | 07 Jul 1995 | Nov 1995 |
| Dominican Republic | Neurontin® | 24 Jul 1995 | Sep 1995 |
| Italy | Neurontin® Aclonium®[a] | 02 Aug 1995[b] | Jan 1996 |
| India | Neurontin® | 03 Aug 1995 | 30 Sep 1995 |
| Singapore | Neurontin® | 24 Aug 1995 | Dec 1995 |
| Mauritius | Neurontin® | 05 Sep 1995 | |
| El Salvador | Neurontin® | 16 Nov 1995 | Nov 1995 |
| Kuwait | Neurontin® | 01 Jan 1996 | INA |
| Costa Rica | Neurontin® | 09 Jan 1996 | May 1996 |
| Denmark | Gabapentin PD® | 18 Jan 1996 | Oct 1996 |
| Brazil | Neurontin® | 01 Mar 1996 | Oct 1998 |
| Nicaragua | Neurontin® | 29 May 1996 | May 1996 |
| Norway | Neurontin® | 21 Aug 1996 | Aug 1996 |

Pfizer  MPatel  0073605

Gabapentin Capsules & Tablets
December 2000 PSUR

Table 1A:    Worldwide Marketing Authorization of Gabapentin

| Country | Trade Name | Market Authorization | Market Introduction |
|---|---|---|---|
| Morocco | Neurontin® | 22 Aug 1996 | INA |
| Ecuador | Neurontin® | 23 Aug 1996 | 01 Oct 1996 |
| Malaysia | Neurontin® | 29 Aug 1996 | Oct 1996 |
| Panama | Neurontin® | 30 Sept 1996 | Oct 1996 |
| Portugal | Neurontin® | 24 Oct 1996 | 30 Sep 1997 |
| Tunisia | Neurontin® | 29 Jan 1997 | Pending |
| Slovak Republic | Neurontin® | 03 Mar 1997 | Jun 1999 |
| Belgium | Neurontin® | 04 Mar 1997 | Dec 1999 |
| Czech Republic | Neurontin® | 28 May 1997 | Dec 1997 |
| Romania | Neurontin® | 05 Jun 1997 | 30 Jan 1998 |
| Egypt | Neurontin® | 01 Jul 1997 | 30 Dec 1997 |
| Luxembourg | Neurontin® | 02 Jul 1997 | Sep 1999 |
| Jordan | Neurontin® | 02 Jul 1997 | 30 Dec 1997 |
| SR Yugoslavia | Neurontin® | 08 Jul 1997 | 30 Jan 1998 |
| Cyprus | Neurontin® | 17 Nov 1997 | 30 Dec 1997 |
| Korea | Neurontin® | Jul 1997 | Nov 1997 |
| Thailand | Neurontin® | 22 Jan 1998 | 01 Sep 1998 |
| Lebanon | Neurontin® | 13 May 1998 | INA |
| Poland | Neurontin® | 19 May 1998 | Sep 1998 |
| United Arab Emirates | Neurontin® | 24 May 1998 | INA |
| Saudi Arabia | Neurontin® | 02 Sep 1998 | INA |
| Estonia | Neurontin® | 04 Sep 1998 | 30 Dec 1998 |
| Lithuania | Neurontin® | 17 Sep 1998 | 30 Dec 1998 |
| Slovenia | Neurontin® | 24 Jun 1999 | Pending |
| Kenya | Neurontin® | INA | INA |
| Bulgaria | Neurontin® | Pending | Pending |
| Croatia | Neurontin® | Pending | Pending |
| Latvia | Neurontin® | Pending | Pending |
| Russia | Neurontin® | Pending | Pending |

Note:  a = comarketed by SmithKline Beecham
       b = date of publication of the Decree on the Official Gazette
       c = launched with temporary registration = August 1994; definitive registration May 1995
       INA = Information not available

Table 1B: Additional Marketing Authorizations for Gabapentin:
         Use of Drug for Monotherapy

| Country | Registration Requested | Registration Approved |
|---|---|---|
| Philippines | 16 Sep 1997 | 26 Jan 1998 |
| Ireland | 19 Jun 1997 | 26 Feb 1998 |
| France | 19 Jun 1997 | 15 Jul 1998 |
| Portugal | 11 Aug 1997 | 17 Aug 1998 |
| Spain | 06 Jun 1997 | 15 Oct 1998 |
| Germany | 10 Jun 1997 | 15 Oct 1998 |
| Austria | 16 Dec 1997 | 30 Oct 1998 |

Gabapentin Capsules & Tablets
December 2000 PSUR

Table 1B: Additional Marketing Authorizations for Gabapentin:
Use of Drug for Monotherapy

| Country | Registration Requested | Registration Approved |
|---|---|---|
| Switzerland | 07 Jul 1998 | 26 Apr 1999 |
| Finland (secondary choice only) | 08 Feb 1999 | 22 Apr 1999 |
| Perú | 14 Jun 1999 | 24 Aug 1999 |
| Czech Republic | 28 Aug 1999 | 12 Apr 2000 |
| Ecuador | Mar 2000 | Jun 2000 |
| Mexico | 11 Sep 1996 | INA |
| Belgium | 08 Sep 1997 | Pending |
| Greece | 10 Sep 1998 | Pending |
| Poland | 22 Feb 1999 | Pending |
| Croatia | 11 May 1999 | Pending |
| Norway | 27 May 1999 | Pending |
| Italy | 03 Jun 1999 | Pending |
| Hungary | 29 Jul 1999 | Pending |
| Bulgaria | Jul 1999 | Pending |
| Slovak Republic | Aug 1999 | Pending |
| South Africa | 31 Aug 1999 | Pending |
| Latvia | 06 Sep 1999 | Pending |
| Lithuania | 06 Oct 1999 | Pending |
| Romania | 06 Sep 1999 | Pending |
| Iceland | 19 Oct 1998 | Pending |
| Estonia | Dec 1999 | Pending |
| Indonesia | ~Apr 2000 | Pending |
| West Indies | In process | |

Table 1C: Additional Marketing Authorizations for Gabapentin:
Use of Drug in Pediatric Therapy

| Country | Registration Requested | Registration Approved |
|---|---|---|
| Austria | 26 Nov 1998 | 21 Jan 1999 |
| Germany | 04 Dec 1998 | 15 Mar 1999 |
| Ireland | 17 Dec 1998 | 11 May 1999 |
| Spain | 30 Oct 1998 | 15 Jun 1999 |
| United Kingdom | 14 Dec 1998 | 30 Jul 1999 |
| Perú | 14 Jun 1999 | 24 Aug 1999 |
| Switzerland | 04 Mar 1999 | 28 Sep 1999 |
| New Zealand | 22 Mar 1999 | 14 Oct 1999 |
| France | 11 Mar 1999 | 03 Mar 2000 |
| Czech Republic | 28 Aug 1999 | 12 Apr 2000 |
| Australia | 19 Feb 1999 | 18 Apr 2000 |
| Ecuador | Mar 2000 | Jun 2000 |
| Portugal | 16 Oct 1998 | Pending |
| Belgium | 04 Mar 1999 | Pending |
| Greece | 28 Apr 1999 | Pending |
| Italy | 03 Jun 1999 | Pending |

Pfizer_MPatel_0073607

Gabapentin Capsules & Tablets
December 2000 PSUR

Table 1C: Additional Marketing Authorizations for Gabapentin:
Use of Drug in Pediatric Therapy

| Country | Registration Requested | Registration Approved |
|---|---|---|
| Hungary | 29 Jul 1999 | Pending |
| Slovak Republic | Aug 1999 | Pending |
| Romania | 06 Sep 1999 | Pending |
| Lithuania | 06 Oct 1999 | Pending |
| Estonia | Dec 1999 | Pending |
| Poland | Jan 2000 | Pending |
| Indonesia | ~Apr 2000 | Pending |

Table 1D: Additional Marketing Authorizations for Gabapentin:
Use of Drug for Neuropathic Pain

| Country | Registration Requested | Registration Approved |
|---|---|---|
| Philippines | May 1998 | 01 Oct 1998 |
| Perú | 14 Jun 1999 | 24 Aug 1999 |
| Ecuador | 26 Jul 1999 | 8 Sep 1999 |
| Singapore | Jun 1999 | 15 Oct 1999 |
| Venezuela | 13 Jul 1999 | Oct 1999 |
| Guatemala | Aug 1999 | 03 Nov 1999 |
| Austria | 30 Jun 1999 | 18 Nov 1999 |
| West Indies | Jul 1999 | 24 Nov 1999 |
| Honduras | Aug 1999 | 13 Dec 1999 |
| Nicaragua | Aug 1999 | 18 Jan 2000 |
| Chile | 17 Jun 1999 | 25 Jan 2000 |
| Ireland | 13 Aug 1999 | 23 Feb 2000 |
| United Kingdom | 30 Jul 1999 | 11 Apr 2000 |
| Panama | Aug 1999 | 11 May 2000 |
| Italy | 30 July 1999 | 27 May 2000 |
| New Zealand | 20 Mar 2000 | 28 Jun 2000[a] |
| Switzerland | 13 Jan 2000 | 10 Jul 2000 |
| Czech Republic | 22 Mar 2000 | 12 Jul 2000 |
| Malaysia | 09 Feb 1999 | NA[b] |
| Mexico | 21 May 1999 | INA |
| France | 13 Apr 1999 | Pending |
| Germany | 02 Aug 1999 | Pending |
| Columbia | Aug 1999 | Pending |
| Costa Rica | Aug 1999 | Pending |
| Brazil | Aug 1999 | Pending |
| South Africa | 31 Aug 1999 | Pending |
| Belgium | 23 Nov 1999 | Pending |
| Australia | 03 Nov 1999 | Pending |
| Slovak Republic | 30 Mar 2000 | Pending |
| Indonesia | ~Apr 2000 | Pending |
| Portugal | 06 Jun 2000 | Pending |
| Korea | July 2000 | Pending |

Pfizer_MPatel_0073608

Gabapentin Capsules & Tablets
December 2000 PSUR

a = Diabetic peripheral neuropathy and post herpetic neuralgia only
b = Application for "Treatment of neuropathic pain which includes diabetic pain,
    post-herpetic neuralgia and trigeminal neuralgia" presented on 22 Feb 1999
    cannot be processed until approved in country of origin (USA)
INA = Information not available

Table 1E: Additional Marketing Authorizations for Gabapentin:
        New Dosage (600/800 mg)

| Country | Registration Requested | Registration Approved |
|---|---|---|
| France | 18 Nov 1998 | 25 Jun 1998 |
| Austria | 16 Dec 1997 | 02 Oct 1998 |
| Canada | 09 Dec 1997 | 25 Feb 1999 |
| Portugal | 03 Dec 1997 | 26 Jul 1999 |
| United Kingdom | 11 Dec 1998 | 26 Nov 1999 |
| Australia | 15 Apr 1998 | 24 Jan 2000 |
| Ireland | 15 Oct 1998 | 02 Feb 2000 |
| Perú | 04 Feb 2000 | 14 Feb 2000 |
| Germany | 19 Mar 1998 | 06 Apr 2000 |
| Ecuador | 01 Feb 2000 | 17May 2000 |
| Guatemala | 25 Apr 2000 | 07 Jul 2000 |
| Switzerland | 07 Jul 1998 | 10 Jul 2000 |
| Czech Republic | 27 Aug 1999 | 12 Jul 2000 |
| Spain | 02 Dec 1997 | Pending |
| Greece | 11 Sep 1998 | Pending |
| Italy | 30 Sep 1998 | Pending |
| Sweden | 01 Feb 1999 | Pending |
| Norway | 12 Feb 1999 | Pending |
| Denmark | 25 Feb 1999 | Pending |
| Iceland | 30 Mar 1999 | Pending |
| Belgium | 15 Apr 1999 | Pending |
| Finland | 06 May 1999 | Pending |
| Hungary | 29 Jul 1999 | Pending |
| Lithuania | Aug 1999 | Pending |
| Slovak Republic | Aug 1999 | Pending |
| Romania | 06 Sep 1999 | Pending |
| Chile | Sep 1999 | Pending |
| West Indies | Oct 1999 | Pending |
| New Zealand | 23 Dec 1999 | Pending |
| Estonia | Dec 1999 | Pending |
| Brazil | Jan 2000 | Pending |
| South Africa | 22 Mar 2000 | Pending |
| Costa Rica | Apr 2000 | Pending |
| El Salvador | Apr 2000 | Pending |

Gabapentin Capsules & Tablets
December 2000 PSUR

Table 1E: Additional Marketing Authorizations for Gabapentin:
New Dosage (600/800 mg)

| Country | Registration Requested | Registration Approved |
|---|---|---|
| Honduras | Apr 2000 | Pending |
| Indonesia | ~Apr 2000 | Pending |
| Nicaragua | Apr 2000 | Pending |
| Panama | Apr 2000 | Pending |

Table 1F: Additional Marketing Authorizations for Gabapentin:
Initiation 900 mg unless Specified

| Country | Registration Requested | Registration Approved |
|---|---|---|
| Perú | 12 Mar 1997 | 02 Apr 1997 |
| Germany | 06 Nov 1997 | 02 Dec 1997 |
| France | 19 Jun 1997 | 15 Jul 1998 |
| New Zealand | 18 Nov 1997 | 29 Jul 1998 |
| Portugal | 10 Nov 1997 | 17 Aug 1998 |
| Spain | 06 Jun 1997 | 15 Oct 1998 |
| Austria | 16 Dec 1997 | 30 Oct 1998 |
| Finland | 08 Feb 1999 | 22 Apr 1999 |
| Sweden | 03 Nov 1998 | 10 Sep 1999 |
| Australia | 12 Nov 1997 | 24 Jan 2000 |
| Switzerland | 07 Jul 1998 | 10 Jul 2000 |
| Belgium | 08 Sep 1997 | Pending |
| Canada (also increase to 3600 mg/day) | 26 Aug 1999 | Pending |
| Czech Republic | 27 Aug 1999 | Pending |
| Estonia | Dec 1999 | Pending |
| Greece | 10 Sep 1998 | Pending |
| Hungary | 29 Jul 1999 | Pending |
| Iceland | 13 Nov 1998 | Pending |
| Latvia | 06 Sep 1999 | Pending |
| Lithuania | Aug 1999 | Pending |
| Norway | 24 Nov 1998 | Pending |
| Poland | 22 Apr 1999 | Pending |
| Romania | 1999 | Pending |
| Slovak Republic | Aug 1999 | Pending |
| South Africa (higher dose to 3600 mg/day) | 31 Aug 1999 | Pending |

Pfizer_MPatel_0073610

Gabapentin Capsules & Tablets
December 2000 PSUR

## 3    UPDATE OF REGULATORY AUTHORITY OR MAH ACTIONS TAKEN FOR SAFETY REASONS

There were no actions taken for gabapentin for safety reasons by either the health authorities or by the Market Authorization Holder (MAH) during the current PSUR period.

## 4    CHANGES TO REFERENCE SAFETY INFORMATION

The MAH revised the Core Data Sheet (CDS) for gabapentin at the end of February 2000. The CDS of April 1999 (Appendix 1A) was used as the reference safety information for evaluation of data received by the company until 15 February 2000. The new February 2000 CDS (Appendix 1B) was used starting 16 February 2000. There were no safety related changes made to the February 2000 CDS; the only change in the was the addition of three references.

## 5    PATIENT EXPOSURE

### 5.1    Clinical Trials

Patient exposure to gabapentin in clinical trials was estimated using an in-house commercialization studies database and records of the status of ongoing worldwide gabapentin studies sponsored by Parke-Davis and/or locally funded from within other countries.

| Estimated patient exposure in gabapentin clinical trials during current reporting period | 819 |
|---|---|

### 5.2    Market Experience

The following data refer to the estimated capsules/tablets (standard units or SU) that have been sold worldwide from 01 February 2000 to 31 July 2000 prepared from available IMS distribution data for gabapentin capsules/tablets.

The estimate of the total number of SU distributed in the current period is 710,786,289. These IMS data necessarily represent the minimum number of gabapentin capsules/tablets because they are only collected from a part of the total distribution area in each country (from 31 countries/geographical areas[2]).

| Estimated number of gabapentin capsules/tablets marketed between 01 February 2000 and 31 July 2000 | $711 \times 1^6$ |
|---|---|

---

[2] Listed as Australia, Austria, Belgium, Brazil, Canada, Central America, Chile, Colombia, France, Germany, Greece, Indonesia, Ireland, Italy, Malaysia, Mexico, Netherlands, Peru, Philippines, Portugal, Puerto Rico, Saudi Arabia, Singapore, South Africa, Spain, Sweden, Switzerland, Thailand, UK, USA, and Venezuela

**Gabapentin Capsules & Tablets**
**December 2000 PSUR**

The world wide distribution of the $711 \times 10^6$ capsules/tablets is presented in Table 2 with the number of SU for each country together with the number of cases and adverse events received per country.

Table 2:  Distribution of Gabapentin Cases by Geographic Location and Capsules/Tablets Sold

| Country | Cases | Adverse Events | SU |
|---|---|---|---|
| USA | 268 | 627 | 587,699,923 |
| UK | 98 | 259 | 16,695,804 |
| France | 40 | 95 | 16,928,366 |
| Sweden | 22 | 58 | 6,714,686 |
| Germany | 11 | 42 | 11,148,155 |
| Canada | 10 | 30 | 20,829,057 |
| Belgium | 16 | 24 | 585,632 |
| Denmark | 9 | 18 | N/A |
| Spain | 7 | 12 | 16,179,941 |
| Switzerland | 3 | 7 | 936,589 |
| Finland | 2 | 6 | N/A |
| Australia | 2 | 6 | 2,966,217 |
| Italy | 2 | 5 | 10,902,908 |
| Brazil | 3 | 4 | 1,069,783 |
| Netherlands | 3 | 4 | 120,509 |
| Peru | 1 | 3 | 236,790 |
| Poland | 1 | 2 | N/A |
| Mexico | 1 | 1 | 3,422,883 |
| Venezuela | 1 | 1 | 1,479,937 |
| Austria | 1 | 1 | 824,536 |
| Israel | 1 | 1 | N/A |
| Puerto Rico | 0 | 0 | 3,809,781 |
| Greece | 0 | 0 | 2,452,467 |
| Portugal | 0 | 0 | 1,501,079 |
| Ireland | 0 | 0 | 1,266,403 |
| Colombia | 0 | 0 | 841,450 |
| South Africa | 0 | 0 | 560,262 |
| Central America | 0 | 0 | 528,549 |
| Philippines | 0 | 0 | 382,669 |
| Chile | 0 | 0 | 287,531 |
| Singapore | 0 | 0 | 147,994 |
| Indonesia | 0 | 0 | 124,738 |
| Malaysia | 0 | 0 | 73,997 |
| Saudi Arabia | 0 | 0 | 54,969 |
| Thailand | 0 | 0 | 12,685 |

N/A: Number of standard units not available

### 5.3  Cumulative Exposure Data

The number of SU has been used to standardize data in six time periods from January 1997 to 31 July 2000. Table 3 provides the dates for each period. The third to sixth periods represent the seventh to tenth PSUR periods and each of these covered six months. Earlier PSURs covered periods ranging from five months to approximately 21

Pfizer  MPatel  0073612