Gabapentin Capsules & Tablets
December 2000 PSUR

months.  As in the last two PSURs, the first time period in Table 3 represents the fourth and fifth PSURs (12 months) and the second period represents the sixth PSUR (five months).  Table 3 also shows the number of SU sold and the number of adverse events received in each of the six time periods.  The number of occurrences of each specific adverse event is provided for these six time periods in Appendices 2H – 2J.  For comparative purposes, the data have been standardized by using the ratio of the number of occurrences of each adverse event to the number of SU sold in that time period.  These ratios are provided in Appendices 2H-2J.

Table 3:    Data for Six Time Periods from 01 January 1997 to 31 July 2000

| Time Period | Interval Dates | PSUR | Number of Adverse Events | Number of (SUs) Sold |
|---|---|---|---|---|
| 1 | 01 Jan 97 to 31 Dec 97 | Fourth & Fifth | 968 | 403,709,000 |
| 2 | 01 Jan 98 to 31 Jul 98 | Sixth | 927 | 332,117,333 |
| 3 | 01 Aug 98 to 31 Jan 99 | Seventh | 802 | 365,415,333 |
| 4 | 01 Feb 99 to 31 Jul 99 | Eighth | 1055 | 485,298,333 |
| 5 | 01 Aug 99 to 31 Jan 00 | Ninth | 1302 | 606,444,333 |
| 6 | 01 Feb 00 to 31 Jul 00 | Tenth | 1206 | 710,790,518 |
| 1-6 | 01 Jan 97 to 31 Jul 00 | Fourth-Tenth | 7586 | 2,903,774,851 |

# 6    PRESENTATION OF INDIVIDUAL CASE HISTORIES

## 6.1    General Information

### 6.1.1 Definitions

- The term *adverse event* refers to any untoward medical occurrence (an unfavorable or unintended sign, including an abnormal laboratory finding, symptom, or disease) in a patient or clinical investigation subject administered a pharmaceutical product.  The adverse event does not necessarily have a causal relationship with the product.
- A *serious* adverse event is one which is fatal, life-threatening, disabling, incapacitating, or one which results in or prolongs hospitalization, produces a congenital anomaly, or is considered to be medically serious by either the reporting health care professional (HCP) or a Parke-Davis physician.
- *Spontaneous reports* include reports received from physicians or other health care professionals, regulatory/health authorities, legal services, and consumers.
- *Literature reports* originate in scientific journals, meeting abstracts or unpublished manuscripts.
- For the purpose of this report, relatedness of a clinical trial event/reaction has been considered attributable (related) to gabapentin if the investigator (reporter) considered the event/reaction to be related.

Pfizer  MPatel  0073613

Gabapentin Capsules & Tablets
December 2000 PSUR

### 6.1.2 Labeling Assessment

Data abstracted to the preferred (coded) terms in the Summary Tabulation (Appendix 2G) and related tables sometimes have both labeled and unlabeled occurrences as explained in the following paragraph.

Medical assessment of labeledness is done for the *reported term*. For abstracting the data, the number of different reported terms is reduced by coding to a specific list of *preferred terms* using the COSTART (Coding System for Thesaurus of Adverse Reaction Terms) dictionary. In some cases, a reported term codes to a labeled preferred term when in fact, the reported term is more specific and therefore not identical to the term intended in the label (CDS). These more specific reported terms are still coded to the preferred term but assessed as unlabeled. In the current PSUR, more specific terms included back pain, face edema, headache, leukopenia, purpura, somnolence, thinking abnormal, depression, and maculopapular rash. Although the coded term convulsions includes many types of seizures; only breakthrough seizures were considered labeled adverse events and all others were assessed as unlabeled. In other cases, an adverse event resulting from a withdrawal effect is unlabeled even though it codes to a labeled preferred term. In the current PSUR, adverse events related to withdrawal and with unlabeled assessments included diarrhea, vomiting, and depression.

### 6.1.3 Cases Included in this PSUR

In this PSUR, the following cases have been included in the line listings and summary tabulations according to the ICH E2C guidelines.

**Spontaneous Cases**
- Serious unlabeled and labeled spontaneously reported cases received from health care professionals or by a consumer and validated by a health care professional
- Nonserious unlabeled spontaneously reported cases received from health care professionals or by a consumer and validated by a health care professional
- Nonserious labeled cases spontaneously reported cases received from health care professionals or by a consumer and validated by a health care professional are included in the summary tabulation and a line listing of these cases is included following the request of certain regulatory authorities
- All cases received directly from regulatory authorities

**Clinical Trial or Postmarketing Study Cases**
- All clinical trial and postmarketing surveillance study cases with one or more serious attributable or serious unknown causality adverse event

**Literature Cases**
- Cases with one or more serious or nonserious unlabeled adverse event presented in a literature report

### 6.2 Line Listings and Data Summaries

The 502 spontaneous postmarketing and study reports included in the present PSUR for gabapentin are presented in Appendix 2 in a modified ICH E2C line listing format.

Pfizer  MPatel  0073614

The information reflects the knowledge at the time of the last follow-up record made for the time period of this report, 01 February 2000 to 31 July 2000. Cases are referred to by their Manufacturer Control Numbers (MCNs). A patient with multiple reported diagnoses, signs/symptoms (in this report, adverse events) appears in the listing as a single case. It is cited under the most medically significant event (primary term) as assessed by Warner-Lambert/Parke-Davis. Additional events (terms) are listed with the primary term in the "reaction description" section of the line listing. The spontaneous reports in the line lists are presented by COSTART body system and they are all initial cases (cases newly received during the current period).

Appendix 2 is subdivided as follows:
- Appendix 2A    Serious cases (n = 102)
- Appendix 2B    Nonserious unlabeled cases (n = 221)
- Appendix 2C    Nonserious labeled cases (n = 167)
- Appendix 2D    Literature and study cases (n = 12)

Reports from Health Authorities are found in Appendices 2A – 2C.

In addition to the line lists, Appendix 2 contains the following summary tables for the current PSUR period:
- Appendix 2E    Distribution of cases by COSTART body system of assigned primary term
- Appendix 2F    Distribution of adverse events by COSTART body system (overview of Appendix 2G)
- Appendix 2G    Summary Tabulation of adverse events using COSTART body system and preferred term

Appendix 2 also has the following cumulative tables for comparison across six time periods (01 January 1997 to 31 July 2000):
- Appendix 2H   Cumulative data for all adverse events
- Appendix 2I    Cumulative data for serious unlabeled adverse events
- Appendix 2J    Cumulative data for nonserious unlabeled adverse events

Of the 502 cases, 113 (23%) were classified as serious and 387 (77%) as nonserious; two additional cases each had a single unevaluable adverse event which were not assessed for seriousness (Appendix 2E); 133 (26%) of the cases represented males, 261 (52%) were female and 108 (22 %) were of unknown gender (Appendix 6E); known age ranged from neonate to 91 years of age.

The 502 cases contained a total of 919 adverse events. Appendix 2F shows the distribution of these adverse events by COSTART body system. The most frequently reported adverse events were those related to the nervous system (252; 27%), body as a whole (152; 17%) and digestive system (107; 12%). Of the 919 adverse events, 180 (20%) were classified as serious and 739 (80%) as nonserious. Of the serious adverse events, 121 were classified as unlabeled (13% of total adverse events; 67% of serious adverse events) and 59 as labeled (6% of total adverse events; 33% of serious adverse events). Of the nonserious adverse events, 350 were classified as unlabeled (38% of

Pfizer  MPatel  0073615

Gabapentin Capsules & Tablets
December 2000 PSUR

total adverse events; 47% of nonserious adverse events) and 389 as labeled (42% of total adverse events; 53% of nonserious adverse events).

In the current PSUR period, the most frequently reported *serious unlabeled* adverse events were those related to the nervous system (27; 22% of serious unlabeled adverse event; 3% of total adverse events), the body as whole (21; 17% serious unlabeled adverse events; 2% of total adverse events), and the cardiovascular system (13; 11% serious unlabeled adverse events and 1% of total adverse events). The most frequently reported *nonserious unlabeled* adverse events were those related to the nervous system (72; 21% of serious unlabeled adverse events; and 8% of total adverse events), the body as a whole (59, 17% of nonserious unlabeled; 6% of total adverse events), and the skin and appendages (45; 13% of serious unlabeled adverse events; and 5% of total adverse events).

### 6.3  Summary Tabulation and Cumulative Tables

Appendix 2G has the summary tabulation for the 919 adverse events using preferred (rather than reported) terms sorted by COSTART body system and providing labeling and seriousness assessments. Cumulative data for the six time periods described in Section 5.3 are presented in Appendices 2H (all AEs irrespective of label or seriousness), 2I (serious unlabeled AEs), and 2J (nonserious unlabeled AEs).

The database has an additional 286 adverse events for cases included in this PSUR for which the assessment for labeling and/or seriousness is "Not Applicable" (N/A) . The majority of these records (267) are for cases in which gabapentin was prescribed for an off-label indication (either off USA label n=72, or off CDS label, n=196). As discussed in the next section (Section 6.4), this off-label indication is not an adverse event but the coding convention is to capture this information in this dataset. One of the 286 adverse events (for case MCN 001-0945-M0000593) was reported as Medication Error for which both labeling and seriousness are assessed as N/A (see Section 6.8.3). Seventeen other cases had an adverse event recorded as "Exposure in Utero" for which labeling is assessed as N/A and these cases are discussed in Section 6.9.

The adverse events in the Summary Tabulation (Appendix 2G) and cumulative tables (Appendices 2H-J) were reviewed for frequent occurrence or increasing number of occurrences (when compared with previous time periods). Table 4 shows the serious and nonserious unlabeled adverse events with five or more (n≥5) occurrences in the current PSUR period. Two unlabeled adverse events (drug interaction and convulsion) had five or more *serious* occurrences but the majority were assessed as nonserious. The most frequently reported *labeled* adverse events in the Summary Tabulation were somnolence (n=23), peripheral edema (n=21), rash (n=21), weight gain (n=18), asthenia (n=18), dizziness (n=18), amblyopia (n=17), headache (n=15), tremor (n=14), prorates (n=14), amnesia (n=11), nausea (n=11), abdominal pain (n=10), confusion (n=10), depression (n=10), and thinking abnormal (n=10). Most of these labeled adverse events were assessed as nonserious and the relative number of occurrences has not increased (Appendix 2H).

Pfizer  MPatel  0073616

**Gabapentin Capsules & Tablets**
**December 2000 PSUR**

Of the most frequently cited unlabeled adverse events, drug interaction (n=24; Section 6.8.1, Drug Interactions), convulsion (n=18; Section 6.7.3, Nervous System), withdrawal syndrome (n=11; Section 6.7.3, Nervous System), thrombocytopenia and thrombocytopenic purpura (n=7; Section 6.7.2, Hemic and Lymphatic Systems), myoclonus (n=5; Section 6.7.3, Nervous System), and abortion (n=5; see Section 6.9, Pregnancy and Lactation) are discussed below. Drug interactions and pregnancy are always reviewed in a PSUR, new onset convulsions in an anticonvulsant drug are deemed significant and the other events showed an apparent increase when compared with the last PSUR. One additional unlabeled adverse event, encephalopathy is also discussed in Section 6; in every one of the three serious occurrences, the patient also had compromised renal function and this association needed to be reviewed.

Other unlabeled adverse events in Table 4, and those discussed in previous PSURs (alopecia n=16; pain n=10; speech disorder n=8; hallucinations n=7; edema n=7; generalized edema n=6; tachycardia n=6; urticaria n=6; sweating n=5; syncope n=4; hepatitis n=2; jaundice n=2; abnormal vision n=9; visual field defect n=1; and kidney failure n=0) were reviewed but since the number of occurrences and ratios (Appendix 2H) have not increased when compared with previous periods, they will not be discussed further in the present PSUR. Many of the occurrences of these events were assessed as nonserious (Appendix 2H - 2J) and there continues to be a lack of clear association between them and gabapentin.

Table 4: Frequently Reported Unlabeled Adverse Events (n≥5) for Gabapentin for Current PSUR Period, 01 February 2000 to 31 July 2000

| PREFERRED TERM | UNLABELED | | Total Unlabeled | LABELED | | Total Labeled | TOTAL |
|---|---|---|---|---|---|---|---|
| | Serious | Nonserious | | Serious | NonSerious | | |
| Drug Interaction | 6 | 18 | 24 | 0 | 0 | 0 | 24 |
| Convulsion | 5 | 2 | 7 | 4 | 7 | 11 | 18 |
| Alopecia | 0 | 16 | 16 | 0 | 0 | 0 | 16 |
| Withdrawal Syndrome | 0 | 11 | 11 | 0 | 0 | 0 | 11 |
| Pain | 0 | 10 | 10 | 0 | 0 | 0 | 10 |
| Speech Disorder | 1 | 7 | 8 | 0 | 0 | 0 | 8 |
| Thrombocytopenia & Thrombocytopenic Purpura | 1 | 6 | 7 | 0 | 0 | 0 | 7 |
| Hallucinations | 1 | 6 | 7 | 0 | 0 | 0 | 7 |
| Edema | 1 | 6 | 7 | 0 | 0 | 0 | 7 |
| Generalized Edema | 0 | 6 | 6 | 0 | 0 | 0 | 6 |
| Tachycardia | 0 | 6 | 6 | 0 | 0 | 0 | 6 |
| Urticaria | 1 | 5 | 6 | 0 | 0 | 0 | 6 |
| Reaction Unevaluable | 1 | 4 | 5 | 0 | 0 | 0 | 5 |
| Myoclonus | 0 | 5 | 5 | 0 | 0 | 0 | 5 |
| Sweating | 0 | 5 | 5 | 0 | 0 | 0 | 5 |
| Abortion | 5 | 0 | 5 | 0 | 0 | 0 | 5 |

**6.4   Cases with Recorded Off-Label Use**

Since there are a large number of cases in which the patient was prescribed gabapentin for an indication not in the CDS these cases are discussed here. The convention used is

Gabapentin Capsules & Tablets
December 2000 PSUR

to capture this information is to record off-label use as an adverse event ("Off-Label Use"); the coded term is "Off-Label Use Of Drug". Labeling and seriousness are not applicable (N/A) and "Off-Label Use Of Drug" is not included in the summary tabulation (or the overall count of adverse events).

In addition, cases in which the patient is taking gabapentin for an indication (neuropathic pain) cited in the CDS, but not in the US label are recorded in the reported term by the phrase "Off U.S. Label Use". for US reporting. This term also codes to "Off-Label Use Of Drug". Patients consuming gabapentin for off-label indications are shown in the line lists (Appendices 2A – 2D). Tables and data searches using coded events combine all off-label cases.

Table 5 shows the distribution of "Off-Label Use Of Drug" indications found in the current PSUR period. Of the 502 cases in this PSUR, 267 cases were recorded as consuming gabapentin for an off-label use but only 190 cases (38% total cases) were off-label according to the CDS; 77 of the 267 cases were reported with "Off U.S. Label Use" (consuming gabapentin for a neuropathic pain indication). The most frequent off-label indications (per CDS) were pain (unspecified), neuropathies, and bipolar disorder

Five of the off-label cases had an outcome of death and are discussed in Section 6.7.1 Deaths. There were six pediatric patients reported to be using gabapentin for an off-label use and 28 geriatric patients with an off-label use (per CDS) and these cases are discussed in Section 6.7.6, Special Populations.

Table 5: Summary of "Off-Label Use of Drug" Indications

| Indication for Use | Number of Cases (n=) |
|---|---|
| **Psychiatric Indications** | **51** |
| Bipolar Disorder | 22 |
| Mood Disorder | 10 |
| Anxiety Disorder | 7 |
| Depression | 3 |
| Aggression | 2 |
| Cognitive Disturbance | 1 |
| Impulse Control Disorder | 1 |
| Mania | 1 |
| Post Traumatic Stress Syndrome | 1 |
| Psychiatric Disorder (unspecified) | 3 |
| **Neurological Indications** | **113** |
| Pain (unspecified) | 77 |
| Neuropathy | 23 |
| Herpes zoster/shingles | 3 |
| Headache | 2 |
| Intractable Pain | 2 |
| Alzheimer's Disease | 1 |
| Central Tremors | 1 |
| Cerebral Tumor | 1 |
| Multiple Sclerosis | 1 |
| Parkinson's Disease | 1 |
| Restless Legs | 1 |

**Gabapentin Capsules & Tablets**
**December 2000 PSUR**

| Indication for Use | Number of Cases (n=) |
|---|---|
| **Musculoskeletal Indications** | **21** |
| Back Pain | 8 |
| Fibromyalgia | 2 |
| Muscle Pain | 2 |
| Ankle Pain | 1 |
| Facial Zona Pain | 1 |
| Feet Pain | 1 |
| Intercostal Pain | 1 |
| Left Hemithorax Pain | 1 |
| Muscle Spasm | 1 |
| Neck Pain | 1 |
| Osteomyelitis, Chronic Multifocal | 1 |
| Perispinal Myoclonus | 1 |
| **Other** | **3** |
| Hematuria | 1 |
| Hemorrhoid Pain | 1 |
| Vasculitis | 1 |
| **Unspecified Indication** | **2** |
| **"Off U.S. Label Use" Neurological Indications[a]** | **77** |
| Neuropathic Pain | 39 |
| Neuralgia | 13 |
| Trigeminal Neuralgia | 8 |
| Post herpetic Neuralgia | 6 |
| Phantom Limb Pain | 3 |
| Sciatica | 2 |
| Deafferentation Pain | 1 |
| Meralgia Paresthetica | 1 |
| Phantom Limb Pain | 1 |
| Sciatica | 1 |
| Sympathetic Plexus Injury Pain | 1 |
| Not specified | 1 |

a = these cases are not off label for this PSUR because neuropathic pain is cited in the CDS; they are listed for explanation of text and line listings

### 6.5 Follow-up Cases

In addition to the 502 cases initially received in the current PSUR period, there were eight serious cases initially reported in previous PSUR periods for which additional information was supplied by a HCP in the current period. The first two cases were initially reported in the 8th PSUR period and the others were all reported in the last PSUR period (the 9th PSUR period).

The HCP reported that case MCN 001-0945-990404 (USA), a 72-year-old male, had died of a stroke; the date of death was not supplied. This man had taken gabapentin for an off-label use (aggression), but a month later he was diagnosed with blindness and the therapy had been stopped. For case MCN 001-0945-990475 (USA), a 9-year-old male, the HCP reported that the patient's kidney dysfunction and increased sedimentation rate had rapidly cleared when gabapentin was stopped. This child had

Pfizer MPatel 0073619

been taking the drug for benign rolanatic epilepsy; the case was initially reported by a consumer during the 8th PSUR period.

For case MCN 001-0945-991153 (USA), the HCP reported that the patient's amyotrophic lateral sclerosis had worsened and the patient had died. This 72-year-old male was initially reported to have flu-like symptoms and loss of appetite after taking gabapentin for the off-label use, amyotrophic lateral sclerosis. Case (MCN 001-0945-991099, USA), a 35-year-old male had taken gabapentin for an off-label use (reflex sympathetic dystrophy) for 11 days until visual symptoms were recognized. The new information from the physician indicated that all tests (magnetic resonance imaging, cerebrospinal fluid analysis, and electroencephalogram) to assess the patient's reported blindness had given normal results and that there was therefore no indication of causality for the blindness. A HCP reported for MCN 001-0945-991191 (USA) that the new onset seizures experienced ceased when this 36-year-old male was switched to phenytoin then arbamazepine (Tegretol). He had taken the gabapentin for one month for an off-label use (reflex sympathetic dystrophy).

In another case (MCN 001-0945-M0000074, USA), the physician supplied additional adverse events (head and nose stuffiness, nausea and vomiting, sneezing, acute renal failure, uncontrolled blood sugars, atrial flutter, gluteal wound, obtundation, and hyperthermia); the patient has recovered from the toxic epidermal necrosis, hyperthermia, acute renal failure, lethargy, and obtundation but the clinical outcome of the other events was not known. This 74-year-old female had taken gabapentin for approximately one month for an off-label use (diabetic neuropathy).

For case MCN 033-0945-990068 (France), the HCP reported that the patient, a 32-year-old female, had recovered from the unlabeled exanthematic pustulosis with cessation of gabapentin therapy. The reporter assessed that the event was severe in intensity and probably related to the gabapentin. In follow-up information for case MCN 046-0945-990013 (Sweden), the health authority assessed the vesiculobullous rash as possibly related to gabapentin and the other events as probably related to the patient's primary disease, diabetes mellitus. This 74-year-old female was taking gabapentin for an off-label use (pain in the left foot).

### 6.6 Cases in which Gabapentin was Cited as a Co-Suspect Drug

There were two post-marketing cases from HCPs that were reported for a different Warner-Lambert/Parke-Davis drug for which gabapentin was also cited as a co-suspect drug. These cases and the associated adverse events are not in the line listings and summary tabulations of this PSUR. Case MCN 001-0981-M0005106 (USA) listed for atorvastatin had three reported adverse events. All of these adverse events are in the CDS for gabapentin (myalgia, neuritis and dizziness). The other case MCN-0982-M0000004 (France) had two adverse events, breakthrough seizures which are in the gabapentin CDS, and sinus bradycardia, which is not in the gabapentin CDS. This 86-year-old female was listed for fosphenytoin since the reporter determined that the sinus bradycardia was possibly related to an infusion of fosphenytoin. This patient had a history of cancer, and died a month and half later from rectal carcinoma.

Gabapentin Capsules & Tablets
December 2000 PSUR

### 6.7 Analysis of Individual Case Histories

This section contains a review of the cases reporting a death in the current PSUR period, (Section 6.7.1), followed by a review of the individual cases with the frequently reported serious and nonserious unlabeled adverse events identified in Section 6.3: thrombocytopenia and thrombocytopenic purpura (Section 6.7.2, Hemic and Lymphatic Systems) and convulsions, encephalopathy, myoclonus, and withdrawal syndrome (Section 6.7.3, Nervous System).

### 6.7.1 Deaths

During the current PSUR period, 01 February 2000 to 31 July 2000, there were 15 reports of death for patients receiving gabapentin. Two cases involved stillbirths (MCN 001-0945-M0000232 and MCN 048-0945-M0000001) and two involved intrauterine deaths (coded term also stillbirth; MCN 001-0945-M0000661 and MCN 033-0945-M0000061). These cases are also presented in Section 6.7.5, Pregnancy and Lactation. In one case reporting stillbirth (MCN 001-0945-M0000232) the umbilical cord was wrapped around the infant's neck. In addition to gabapentin, the infants in the other pregnancies were also exposed in utero to other anticonvulsant drugs (carbamazepine or valproate), drugs with a Class D pregnancy rating; gabapentin is classified as a Pregnancy Category C drug in that it has been shown to be fetotoxic in rodents and to produce some malformations in laboratory animals. Two of the other deaths involved a drug overdose: one of these was a suicide attempt (MCN 032-0945-M0000010) and the other was an iatrogenic overdose in an obese patient with sleep apnea (MCN 001-0945-M0000488; see also Section 6.8.2).

Other probable causes of death were evident in the remaining death cases, but a relationship to gabapentin was unclear. Two of the deaths involved pediatric patients: one had multiple central nervous system (CNS) drug interactions including morphine (MCN 002-0945-990030) and the other occurred in a patient with the underlying disease of sarcoma (MCN 044-0945-M0000083). One of the adult deaths was a patient with metastases (MCN 034-0945-M0000028) who experienced a drug interaction with morphine. Three patients (from the same reporter) at a long-term care psychiatric facility died of unknown cause; all had a similar psychiatric profile with a history of substance abuse. Two of these deaths (MCN 001-0945-M0000575 and MCN 001-0945-M0000577) occurred within a week of each other and the other (MCN 001-0945-M0000578) occurred in the previous year. Gabapentin therapy was ongoing at the time of all three of these deaths. However, due to their underlying psychiatric diseases and history of substance abuse, the relationship between the deaths and gabapentin was unclear. The remaining three deaths were in patients with underlying disorders of cerebral tumor MCN 033-0945-M0000020), brain metastasis (MCN 032-0945-M0000018), and coronary artery disease (MCN 044-0945-M0000100). A summary of these cases is provided in Table 6.

Gabapentin Capsules & Tablets
December 2000 PSUR

Table 6: Cases Reporting Death or with an Outcome of Death

| MCN Country Age/Gender | Cause of Death | Dose & Therapy Duration Indication | Comments |
|---|---|---|---|
| 001-0945-M0000232 USA 1 Day/Male | Umbilical cord wrapped around neck 3 times - Stillbirth | 900 mg for 6 months Mother's bipolar depression | All prenatal ultrasound and blood tests were normal. |
| 001-0945-M0000488 USA Unknown/Male | Pulmonary edema | 5600 mg (physician prescribed) for unknown duration Unknown | Obese patient taking oxycodone and higher than recommended dose of gabapentin (level was slightly elevated: 18 [reference range = 2-15]), had sleep apnea leading to pulmonary hypertension, pulmonary edema, and death. |
| 001-0945-M0000575 USA 37/Male | Unknown; patient never woke up | 1200 mg for 2 months Anxiety | Patient had history of recreational drug abuse, alcohol dependency, tobacco use, obesity, depression, schizoaffective disorder, asthma, personality disorder, and hypertension & was taking 9 concomitant drugs; nefazodone (Serzone) and venlafaxine (Effexor) were discontinued 5 days prior to his death. Same reporter as for MCNs 001-0945-M0000577 and 001-0945-M0000578. |
| 001-0945-M0000577 USA 36/Female | Unknown; patient never woke up | 900 mg for 2 weeks Physical aggression | Obese patient with history of suicide attempts, polysubstance abuse, antisocial personality, schizoaffective disorder, asthma, peptic ulcer disease, hepatitis B & C; concomitant; taking 8 other medications for medical conditions. Same reporter as for MCNs 001-0945-M0000575 and 001-0945-M0000578. |
| 001-0945-M0000578 USA 37years/Female | Unknown; patient never woke up | 1500 mg for 2 months Bipolar disorder | Patient had history of suicide attempts, polysubstance dependency, tobacco use, personality disorder and bipolar disorder, asthma, emphysema, and chronic obstructive pulmonary disease; taking 7 other medications for her medical conditions. Same reporter as for MCNs 001-0945-M0000575 and 001-0945-M0000577. |
| 001-0945-M0000661 USA Unknown/unknown | Intrauterine Fetal Death | Unknown dose & duration Mother's epilepsy | Mother also taking valproate |
| 002-0945-990030 Canada 10 years/Female | Cardiac and respiratory arrest from complex drug interaction | Unknown dose & duration Intractable pain | Patient was on gabapentin, carbamazepine, and amitriptylline for pain. The patient presented to the emergency room for severe pain and was given morphine intravenously and by patient-controlled analgesic pump. Patient died 7 hours later. She was found to have a viral infection in the heart and liver on autopsy. |
| 032-0945-M0000010 Belgium 38 years/Male | Intentional overdose of gabapentin, carbamazepine, and loprazolam | Unknown dose, duration Unknown indication | Patient had a history of depression and social and behavioral problems. |
| 032-0945-M0000018 Belgium 60 years/Female | Temporal herniation | 400 to 2400 mg titration over 3 months Seizures | Patient had brain metastasis; reporter did not consider death related to gabapentin. |

Pfizer_MPatel_0073622

**Gabapentin Capsules & Tablets**
**December 2000 PSUR**

| MCN Country Age/Gender | Cause of Death | Dose & Therapy Duration Indication | Comments |
|---|---|---|---|
| 033-0945-M0000020 France 44 years/Male | Unknown | 1200 mg for 7 years Cerebral tumor | Patient had oligodendroblastoma; gabapentin dose had been increased to 2000 mg daily weeks before his death. |
| 033-0945-M0000061 France Unknown/Unknown | Congenital intrathoracic tumor – Intrauterine death | 1600 mg during pregnancy | Fetus died at Month 4 and mother had a spontaneous abortion less than 2 weeks later; mother also receiving carbamazepine during pregnancy. |
| 034-0945-M0000028 Spain 48/Male | Hepatic metastasis and possible drug interaction with morphine | 600 mg for 2 days Neuropathic pain | Patient had prostatic adenocarcinoma with renal, hepatic, and ganglionic metastasis; morphine dose was increased to 600 mg/day 3 days prior to his death. |
| 044-0945-M0000083 UK 6 years/Female | Sarcoma | Unknown dose for 8 months Seizures | Patient was already on carbamazepine; was weaned off therapy because of nasal discharge; her neurology deteriorated and brain biopsy revealed a sarcoma; patient deteriorated further and died. |
| 044-0945-M0000100 UK Unknown/Male | Congestive heart failure | 300 to 900 mg for unknown duration Trigeminal neuralgia | Patient had history of coronary heart disease & symptomatic angina; autopsy showed coronary arteries were 90% occluded; reporter did not consider death related to gabapentin. |
| 048-0945-M0000001 Poland Fetus/Unknown | Stillbirth | 1200 mg for mother's epilepsy | Mother also taking carbamazepine; reporter considered event possibly related to gabapentin. |

### 6.7.2 Hemic and Lymphatic Systems

**Thrombocytopenia and Thrombocytopenic Purpura**

In the current PSUR period, there was one report of thrombocytopenic purpura that was assessed as serious, one that was assessed as nonserious, and five cases of thrombocytopenia that were assessed as nonserious. The case with the serious thrombocytopenic purpura (MCN 033-0945-M0000040, France) was a 33-year-old male with a history of HIV and a recurrence of cerebral toxoplasmosis who also developed granulocytopenia. The patient was taking gabapentin for epilepsy, and a second co-suspect drug, sulfadiazine, for the toxoplasmosis. Both drugs were stopped and he recovered from the thrombocytopenic purpura and granulocytopenia. One of the cases with a nonserious decreased platelet count (MCN 044-0945-M0000115) was taking 13 concomitant drugs including prednisolone. Limited information was provided for the other nonserious cases.

### 6.7.3 Nervous System

**Convulsions**

Although convulsion is a labeled adverse event, seven of the 18 reported convulsions were assessed as different from those described in the CDS (and therefore unlabeled). Five of these seven convulsion adverse events were assessed as serious and two as nonserious (Table 7). Three of the serious adverse events were reported as "new onset seizures" in patients with no history of seizures (MCN 001-0945-M0000347, MCN 001-0945-M0000603, and MCN 001-0945-M0000684). One patient (MCN 001-0945-

**Gabapentin Capsules & Tablets**
**December 2000 PSUR**

M0000347) received gabapentin (600 mg/day) for mania for less than one month before experiencing non-convulsive status epilepticus. This 10-year-old female had received an increase in a concomitant drug, tiagabine just prior to the seizure; this drug was discontinued because the physician was aware that it could cause non-convulsive status epilepticus. The other two cases with "new onset seizures" were being taking gabapentin for a pain indication and are described in Table 7. One of the other two cases with serious unlabeled convulsion (MCN 033-0945-M0000022) was a 74-year-old female who took gabapentin (1200 mg/day) for epilepsy for one month when she experienced an epileptic crisis that resulted in a fall with intracranial trauma, intracerebral hematoma, hemiplegia, and aphasia. One of the cases with nonserious unlabeled seizures (MCN 001-0945-M0000141) was a pregnant female who experienced an increased frequency of seizures and subsequently had an miscarriage (see also Section 6.9, Pregnancy and Lactation).

Ten of the 11 reported convulsion adverse events assessed as labeled were "breakthrough seizures" in patients with a history of seizures; one convulsion adverse event was a withdrawal precipitated seizure when gabapentin was discontinued in a patient (MCN 033-0945-M0000039) who had been seizure free after eight months of therapy following a surgery for a right frontal cavernoma. One of the breakthrough seizures occurred in a six-year-old (MCN 001-0945-M0000202) and another (in case MCN 001-0945-M0000427) was a result of a drug interaction with celecoxib (see Section 6.8.1 Drug Interactions).

**Table 7: Cases with Reports of Unlabeled Convulsions**

| MCN Country Age/Gender | AE* Description Assessment | Dose Indication | Comments |
|---|---|---|---|
| 001-0945-M0000141 USA 38/Female | Seizures Increased Nonserious Unlabeled | 1200 mg /day Epilepsy | Pregnant female, experienced miscarriage (see also Section 6.9, Pregnancy and Lactation) |
| 001-0945-M0000022 USA Unknown/Unknown | Seizure Serious Unlabeled | Unknown Unknown | Reported with possible drug interaction with tramadol hydrochloride (Ultram) and that seizure probable due to the tramadol |
| 001-0945-M0000347 USA 10/Female | New Onset Seizure Serious unlabeled | 600 mg/day Mania | Took gabapentin for less than 2 weeks when experienced non-convulsive status epilepticus (NCSE); physician reported concomitant increase in another drug tiagabine (Gabitril) known to cause NCSE just prior to the NCSE probable cause for seizure; this drug was discontinued |
| 001-0945-M0000603 USA 54/Female | New Onset Seizure Serious unlabeled | 300-3600 mg/day Back pain | Seizures started approx. 3 months after increasing gabapentin to 3600 mg/day; she experienced an unrelated concussion; 11 months later a another seizure and also migraine, confusion, short term memory loss and blackouts; she was also receiving clonazepam, paroxetine, and estrogens |
| 001-0945-M0000684 USA 31/Male | New Onset Seizure Serious unlabeled | 1200 mg/day Neuropathic pain | Reported as grand mal seizure; 3 days after starting gabapentin; patient also taking oxycodone, ibuprofen, and mirtazapine |

**Gabapentin Capsules & Tablets**
**December 2000 PSUR**

| MCN Country Age/Gender | AE* Description Assessment | Dose Indication | Comments |
|---|---|---|---|
| 001-0945-M0000697 USA 31/Male | Pseudoseizure or absence of seizures Nonserious unlabeled | 1500-5000 mg/day Back pain | Diagnosed with brain tumor 13 months after gabapentin discontinued; had dizziness, shaking, stammering |
| 033-0945-M0000022 France 74/Female | Epileptic crisis Serious unlabeled | 1200 mg/day Epilepsy | Patient took gabapentin for one month when had epileptic crisis, fell and had intracranial trauma; resulted in intracerebral hematoma, hemiplegia, and aphasia |

\* AE = Adverse Event

### Encephalopathy

There were three cases with reported encephalopathy in the current PSUR period and all of these were assessed as serious and unlabeled (Table 8). Two of the cases have limited information (MCN 001-0945-M0000530 and MCN 001-0945-M0000573). The third case (MCN 001-0945-M0000374) was a literature report of a 30-year old female with systemic lupus erythematosis, a prior cerebrovascular accident with resultant right hemiparesis and aphasia, and chronic renal failure who was prescribed a large dose of gabapentin (1800 mg daily), relative to her renal function status. Although the CDS recommends dosage adjustments for patients with compromised renal function because gabapentin is eliminated by renal excretion, each of these patients had a history of renal failure, and each developed the encephalopathy subsequent to an apparent gabapentin overdose. Nevertheless, reducing the gabapentin in case MCN 001-0945-M0000374 did not result in improvement of the encephalopathy. This patient was already receiving valproic acid with poor control of her seizures when gabapentin therapy was started. Three weeks later, she had tremors and difficulty with cognition. Serum levels revealed a gabapentin level 5 fold above the upper limit of the reference range (85 mcg/mL, reference range- 2-15 mcg/mL). Her dose was decreased to 600 mg 3 times a week (following dialysis). After 3 months, her gabapentin level was 12 mcg/mL but she still had tremors, encephalopathy, and frequent seizures. The valproic acid was discontinued and she was started on phenytoin with improvement of the tremors and encephalopathy. She was subsequently seizure free for 6 months.

Pfizer MPatel 0073625

Gabapentin Capsules & Tablets
December 2000 PSUR

**Table 8: Cases with Reported Encephalopathy**

| MCN Country Age/Gender | AE* Description Assessment | Dose Indication | Comments |
|---|---|---|---|
| 001-0945-M0000374 (USA) 30/Female | Encephalopathy Serious unlabeled | 1200 mg /day Generalized tonic clonic seizures | History of systemic lupus, chronic renal failure requiring hemodialysis; and stroke; see text for further details |
| 001-0945-M0000530 USA Unknown/Unknown | Encephalopathy Serious unlabeled | Unknown Unknown | History of renal failure, developed toxicity (overdose) leading to encephalopathy; gabapentin was discontinued and patient improved; no other information provided Same physician as 001-0945-M000573 |
| 001-0945-M0000573 USA Unknown/Unknown | Encephalopathy Serious unlabeled | Unknown Unknown Same physician as | History of renal failure, developed toxicity (overdose) leading to encephalopathy; gabapentin was discontinued and patient improved; no other information provided Same physician as 001-0945-M000530 |

**Myoclonus**

There were five cases reported with unlabeled myoclonus in the current PSUR period and all were assessed as nonserious. Four of the five cases were taking gabapentin for an off-label indication: bipolar disorder, pain (n=2), and muscle pain. In one case (MCN 001-0945-M0000505), the patient had a history of renal insufficiency. In three cases, the patients recovered when gabapentin was discontinued (MCN 001-0945-M0000459, MCN 001-0945-M0000505, and MCN 043-0945-M0000001). In one case (MCN 046-0945-M0000020), the patient recovered when the dose of gabapentin was reduced. When the dose was later increased, the patient did not experience the event. In one case (MCN 032-0945-M0000012), the gabapentin was discontinued; however, it was unknown if the patient recovered.

**Withdrawal Syndrome**

Although there were 11 reports of patients with withdrawal syndrome in the current PSUR period, four of these were from the same physician and involved four patients with identical symptoms of sweating and tachycardia (MCN 046-0945-M0000021, MCN 046-0945-M0000022, MCN 046-0945-M0000023, and MCN 046-0945-M0000024). Table 9 summarizes the concomitant symptoms for all 11 patients reported with withdrawal syndrome: the other common symptoms were diarrhea (n=2), depression (n=2), and nausea (n=2). The CDS does not discuss withdrawal symptoms, and withdrawal syndrome has been only sporadically reported in the six time periods (Appendices 2H – 2J) and all were assessed as nonserious.

Pfizer  MPatel  0073626

Gabapentin Capsules & Tablets
December 2000 PSUR

Table 9: Withdrawal Symptoms Reported for Gabapentin in Current Period

| MCN Country/Age/Gender | Indication for Use | Dose & Therapy Duration | Adverse Events |
|---|---|---|---|
| 001-0945-M0000318 USA/52/Female | Depression | 1200 mg for 8 months | Diarrhea, nausea |
| 001-0945-M0000337 USA/Unknown/Male | Meralgia Paresthetica | 1800 mg for unknown duration | Dry eyes, fatigue, depression, irritability, moody, problem remembering |
| 001-0945-M0000412 USA/Unknown/Unknown | Unknown | 800 mg for unknown duration | Fever |
| 001-0945-M0000318 USA/56/Male | Unknown | 6000 mg for unknown duration (dose prescribed was 1800 mg) | Diarrhea, sweats, flu-like symptoms |
| 001-0945-M0000750 USA/Unknown/Unknown | Pain | Unknown | Nausea, vomiting |
| 033-0945-M0000028 France/42/Female | Left hemithorax pain | 600 mg for unknown duration | Headache |
| 044-0945-M0000096 (UK)/40/Female | Epilepsy | 2000 mg for about 4 years | Depression |
| 046-0945-M0000021 Sweden/25/Female | Pain | 2400 or 3600 mg for unknown duration | Sweating, tachycardia |
| 046-0945-M0000022 Sweden/25/Female | Pain | 2400 or 3600 mg for unknown duration | Sweating, tachycardia |
| 046-0945-M0000023 Sweden/25/Female | Pain | 2400 or 3600 mg for unknown duration | Sweating, tachycardia |
| 046-0945-M0000024 Sweden/25/Female | Pain | 2400 or 3600 mg for unknown duration | Sweating, tachycardia |

6.8     Drug-Related Adverse Events

6.8.1   Drug Interactions with Gabapentin

During the current PSUR period, there were 24 reports of a possible drug interaction between gabapentin and another drug. These 24 adverse events were reported for 19 patients and involved possible interactions with 16 other drugs. Table 10 summarizes the individual cases with these possible drug interactions.

Three cases (MCN 001-0945-M0000275, MCN 001-0945-M0000276, MCN 001-0945-M0000283), were cited with a possible drug interaction with mirtazapine. One of these patients (MCN 001-0945-M0000275) was also reported with a possible drug interaction with amfebutamone, and this drug was cited as a co-suspect drug for this case and in MCN 001-0945-M0000276. The adverse events reported for all three patients suggested possible allergic or hypersensitivity reaction and the status of two patients improved after treatment with either steroids (MCN 001-0945-M0000275) or antihistamines (MCN 001-0945-M0000276).

There were three cases involving possible drug interactions with warfarin. Two of these cases were cited with a decreased anticoagulation effect (MCN-0945-M0000010, prothrombin level increased; MCN-0945-M0000025, decreased INR). Three cases involved a possible drug interaction with morphine. Two of the cases resulted in death (see Section 6.7.1 Deaths): one of these (MCN 034-0945-