Gabapentin Capsules & Tablets
December 2000 PSUR

M0000028) had underlying hepatic metastases and his dose of morphine had been increased over time; the other case (MCN 002-0945-990030) involved multiple drug interactions between morphine, gabapentin, carbamazepine, and amitriptylline.  There were two cases involving a drug interaction with lithium: one involved elevated lithium levels (MCN 001-0945-M0000299) and the other patient (MCN 001-0945-M0000553) experienced dizziness and drowsiness.

The other possible drug interactions with gabapentin received in the current PSUR period involved isolated reports.  One of these (MCN 001-0945-M0000427) was a patient reported to have developed breakthrough seizures when celecoxib therapy was introduced to the ongoing therapy of gabapentin and carbamazepine; the suspected drug interaction was cited as between all three drugs (gabapentin, carbamazepine and celecoxib).  In the last PSUR period, there were reports of two patients who developed breakthrough seizures after celecoxib was added to gabapentin therapy, and one of these patients was also already taking carbamazepine.  Case MCN 002-0945-M0000009 in the current PSUR period had a suspected interaction between gabapentin and phenytoin in which phenytoin levels decreased following the start of gabapentin therapy; this case was similar to one in the last PSUR.

**Table 10:    Possible Drug Interactions Cited for Gabapentin**

| Interacting Drug(s) | MCN Country/Age/Gender | Dose, Duration & Indication | Reported Events and Comments; Clinical Outcomes |
|---|---|---|---|
| mirtazapine (Remeron) | 001-0945-M0000283 USA/16/Female | 300 mg/day for unknown duration | Facial edema; outcome unknown |
| mirtazapine (Remeron) | 001-0945-M0000275 USA/63/Female | 900 mg/day for 4 weeks for bipolar depression | Facial edema, edema of extremities, generalized pitting edema, treated with steroid pack, gabapentin discontinued, amfebutamone (Wellbutrin) considered a co-suspect drug; patient recovered in 2 weeks |
| mirtazapine (Remeron) amfebutamone (Wellbutrin) | 001-0945-M0000276 USA/34/Female | 900 mg/day for 2 months for bipolar depression | Facial swelling, rash under the eyes, and pitting edema when the dose of mirtazapine was increased, treated with cetrizine (Zyrtec) and diphenhydramine (Benadryl), mirtazapine was discontinued, amfebutamone (Wellbutrin) considered a co-suspect drug; patient recovered |
| warfarin (Coumadin) valproate (Depakote) | 001-0945-M0000687 USA/29/Female | Unknown | Total body edema; outcome unknown |
| warfarin | 046-0945-M0000010 Sweden/87/Female | Unknown | Prothrombin level increased; outcome unknown |
| warfarin (Waran) | 046-0945-M0000025 Sweden/unknown/Female | Daily: 100 mg, 30 days; 1200 mg, 30 days; 800 mg 14 days; for muscle pain | Sight was affected, then when gabapentin dose increased, experienced dizziness, tiredness, and decreased INR level; when gabapentin dose was decreased and then discontinued, patient recovered |
| morphine (MS Contin) | 001-0945-M0000200 USA/78/Female | 1200 mg/day for unknown duration for pain | Respiratory arrest, hospitalized for 2 weeks, morphine discontinued, also on fentanyl; outcome unknown |

Gabapentin Capsules & Tablets
December 2000 PSUR

| Interacting Drug(s) | MCN Country/Age/Gender | Dose, Duration & Indication | Reported Events and Comments; Clinical Outcomes |
|---|---|---|---|
| morphine<br><br>carbamazepine<br><br>amitriptylline | 002-0945-990030 Canada/10/Female | 1400 mg/day for less than one day for intractable pain | Patient was being treated with gabapentin, amitriptylline, and carbamazepine for intractable pain following a leg fracture. She presented to the emergency room with severe pain and was treated with morphine intravenously and by patient controlled analgesic pump. Seven hours later she died of a cardio-respiratory arrest. She was found to have a viral infection in the heart and liver on autopsy. The coroner's jury determined the cause of death to be probably complex drug interaction; outcome was death |
| morphine | 034-0945-M0000028 Spain/48/Male | 600 mg/day for 2 days for neuropathic pain | Patient died from hepatic metastasis, was on 12 other concomitant medications and received 600 mg morphine per day on the 3 days prior to his death. The investigator suspected a possible drug interaction of gabapentin and morphine. |
| lithium | 001-0945-M0000299 USA37/Female | 900 mg daily for 5 weeks for bipolar depression | Patient developed toxic lithium levels (2.2 to 2.4, reference range 0.5-1.5), impaired concentration, and tremors, lithium was discontinued; outcome unknown |
| lithium | 001-0945-M0000553 USA/Unknown/Unknown | Unknown | Patient experienced dizziness and drowsiness while receiving gabapentin and lithium; outcome unknown |
| oxycodone with aspirin (Percocet) | 001-0945-M0000499 USA/64/Female | 300 mg/day for unknown duration for chronic pain | Patient experienced diarrhea and recurrence of irritable bowel syndrome when gabapentin was added to her therapy to treat chronic pain, both drugs continue; patient has not yet recovered |
| aspirin | 001-0945-M0000421 USA/72/Female | 900 mg/day for years for multiple sclerosis | Patient experienced several transient ischemic attacks and unconsciousness while on gabapentin due to a middle cerebral artery stenosis, patient was started on aspirin and experienced rosacea, aspirin was discontinued and the rosacea improved, follow-up reports indicated that the patient had a weight loss, and experienced fatigue syndrome and vertigo; outcome unknown |
| baclofen | 001-0945-M0000441 USA/43/Female | 400-600 mg/day for unknown duration for pain | Patient experienced syncopal episodes when gabapentin was added to baclofen therapy, both therapies continue; patient has not recovered |
| celecoxib (Celebrex)<br><br>carbamazepine (Tegretol) | 001-0945-M0000427 USA/Unknown/Unknown | 1200 mg/day for unknown duration for convulsions | Patient developed breakthrough seizures when celecoxib therapy was introduced to the ongoing therapy of gabapentin and carbamazepine; outcome unknown |
| fluindione (Previscan) | 033-0945-M0000032 France/78/Female | 400 mg/day for 4 days for status epilepticus | Patient had anti-vitamin K treatment unbalance, gabapentin was discontinued 2 weeks later; patient recovered |

Pfizer  MPatel  0073629

**Gabapentin Capsules & Tablets**
**December 2000 PSUR**

| Interacting Drug(s) | MCN Country/Age/Gender | Dose, Duration & Indication | Reported Events and Comments; Clinical Outcomes |
|---|---|---|---|
| phenytoin (Dilantin) | 002-0945-M0000009 Canada/77/Female | 300 mg/day for 5 days and 500 mg for one day for mood disorder | Patient had been receiving phenytoin for seizures and after 6 days of gabapentin therapy, phenytoin levels decreased from 75 mmol/L to 37 mmol/L. Both therapies are continuing; outcome unknown |
| propofol | 001-0945-M0000208 USA/Unknown/ Unknown | Unknown | Propofol efficacy decreased, needed a higher dose of propofol; outcome unknown |
| tramadol (Ultram) | 001-0945-M0000224 USA/Unknown/ Unknown | Unknown | Seizure, physician considered event related to tramadol; outcome unknown |

### 6.8.2 Overdose

During the current PSUR period, there were eleven cases with recorded with the coded term "overdose". However, one of these (MCN 001-0945-M0000299) had toxic lithium levels or a lithium overdose, (see Table 10) after taking both gabapentin and lithium. Three of the gabapentin overdoses developed in patients with a history of concomitant renal failure (MCN 001-0945-M0000374, MCN 001-0945-M0000530, and MCN 001-0945-M0000573; Section 6.7.2 Nervous System, Encephalopathy). Three of the other overdoses were in patients who have already been discussed and each of these had been prescribed more than the maximum recommended dose of gabapentin (3,600 mg/day): one of these patients died (MCN 001-0945-M0000488; 2000 mg over maximum; Section 6.7.1, Deaths), one had pseudoseizures (MCN 001-0945-M0000697; 1400 mg over maximum; Section 6.7.2 Nervous System, Convulsions), and one experienced withdrawal symptoms when the gabapentin was stopped (MCN 001-0945-M0000719; 2,400 mg over maximum; Section 6.7.2 Nervous System, Withdrawal Syndrome).

Two other cases involved physician prescribed overdoses: one of these was a 30-year-old female (MCN 001-0945-M0000386) who had been taking gabapentin for seven years for epilepsy when her dose was increased to 5400 mg/day and she experienced blurred vision, double vision, and could not focus. Her dose of gabapentin was decreased and is ongoing. The other was a 40-year-old female (MCN 001-0945-M0000403) who was diagnosed with interstitial pulmonary fibrosis while taking 4,000 mg/day gabapentin (400 mg daily over the recommended dose) for chronic pain. The gabapentin was continued.

One of the remaining two overdoses was a suicide (MCN 001-0945-M0000010) in a patient with a history of depression, social, and behavioral problems and resulted in death (see Section 6.7.1 Deaths). This 38-year-old male intentionally took an overdose (unspecified doses) of gabapentin, loprazolam, and carbamazepine. The last case with a reported overdose occurred in a 36-year-old female (MCN 001-0945-M0000685) who was taking 2700 mg instead of the prescribed 900 mg daily of gabapentin for peripheral neuropathy when she lost consciousness. The patient recovered.

### 6.8.3  Medication Error, Drug Abuse, Misuse and Addiction

During the current PSUR period, there was a single report of a medication error involving an eight-year-old female who was given 2700 mg gabapentin daily instead of 900 mg.  The incorrect dose was taken for approximately nineteen days and was detected when the patient developed cramps, fecal impaction, constipation, and behavioral deterioration.  The gabapentin was changed back to 900 mg daily but the patient's clinical outcome was unknown at the time of this report.

There were no cases reporting drug dependence or addiction and the cases describing intentional medication errors resulting in overdose are described above (Section 6.8.2, Overdose).

### 6.9  Pregnancy and Lactation

Pregnancies are recorded in the database as a case for the product of the pregnancy ("Drug Exposure in Utero") rather than for the mother.  Table 11 lists the 17 known pregnancies and outcomes reported in this PSUR period.  These pregnancies occurred in 14 females: two separate pregnancies (MCN 001-0945-M0000136 and MCN 001-0945-M0000142) occurred in the same mother (MCN 001-0945-M0000141); three other pregnancy cases (MCN 001-0945-M0000660, MCN 001-0945-M0000661 and MCN 001-0945-M0000663) also share the same mother (MCN 001-0945-M0000659, MCN 001-0945-M0000662 as in Table 11).  Pregnancy outcome was unknown at the time of this report for 3 pregnancies (MCN 001-0945-M0000694, MCN 032-0945-M0000022, MCN 033-0945-M0000059).

There were four stillbirths (MCN 001-0945-M0000232, MCN 001-0945-M0000661, MCN 033-0945-M0000061, MCN 048-0945-M0000001); of these stillbirths, MCN 001-0945-M0000661 was exposed to valproate as well as gabapentin and 2 were also exposed to carbamazepine (MCN 033-0945-M0000061 and MCN 048-0945-M0000001).  Five infants were aborted (MCN 001-0945-M0000136, MCN 001-0945-M0000290, MCN 001-0945-M0000660, MCN 001-0945-M0000663 and MCN 033-0945-M0000061); all of these pregnancies were exposed to other anticonvulsants (valproate, carbamazepine, lamotrigine, and/or topiramate) in addition to gabapentin.

Of the six live births, three had been exposed in utero to other anticonvulsant drugs in addition to gabapentin.  One of these infants was reported to be "normal" (MCN 001-0945-M0000142; exposed to carbamazepine), one had "short birth length" (MCN 001-0945-M0000387; also exposed to carbamazepine), one had a low birth weight (MCN 001-0945-M0000666), one had microcephaly (MCN 001-0945-M0000493), another had a congenital left ventricular aneurysm (MCN 001-0945-M0000496), and the sixth had valproate syndrome (MCN 044-0945-M0000114; mother also received valproate).

There were no reports of gabapentin use during lactation.

Gabapentin Capsules & Tablets
December 2000 PSUR

### Table 11:  Gabapentin Exposure in Utero (Pregnancies)

| MCN | Gabapentin Dose (mg/day) | Maternal Information | Pregnancy Outcome |
|---|---|---|---|
| 001-0945-M0000136 USA | 1200 mg to pregnancy Week4 for epilepsy | 001-0945-M0000141: 38-year-old; also taking topiramate (Week 4-6), carbamazepine, and lamotrigine; experienced increased seizures but no loss of consciousness for one week in 1st trimester prior to her miscarriage | Miscarried |
| 001-0945-M0000142 USA | Unknown for epilepsy | 001-0945-M0000141: also on carbamazepine; same mother as above;  previous pregnancies; elective abortion, spontaneous abortion, therapeutic abortion for congenital abnormalities; all 3  without gabapentin | Normal female infant |
| 001-0945-M0000232 USA | 900 mg from Week16 to delivery (for bipolar disorder) | 29-year-old with normal pregnancy (prenatal ultrasound and blood tests were reported as normal); also receiving levothyroxine, haloperidol, citalopram, diphenhydramine, and unspecified antibiotics | Male infant born dead (stillbirth) 2 weeks prior to estimated date of confinement; umbilical cord was wrapped around his neck 3 times |
| 001-0945-M0000290 USA | 1200 mg to Week7 for pain | 001-0945-M0000288:  also taking pre-natal vitamins. | Miscarried |
| 001-0945-M0000387 USA | 1800 mg preconception to Week6 for bipolar disorder | 33-year-old; also took carbamazepine to Week 6; all pre-natal tests reported normal; also taking prenatal vitamins, folic acid, and trazadone | Male infant born 16 days prior to estimated date of confinement; had short birth length considered medically significant |
| 001-0945-M0000493 USA | 1200 mg throughout pregnancy (except Weeks 18 and 19) for epilepsy | 19-year-old also receiving prenatal vitamins and smoking half a pack of cigarettes through first trimester; all prenatal test were reported normal. | Female infant born with microcephaly, 2 days after the estimated date of confinement |
| 001-0945-M0000496 USA | 900 mg to Month 2, then discontinued; restarted at Week 14 400 mg and titrated to 1200 mg by Week 24; 1800 mg in Month 8 for epilepsy: | 36-year-old also taking prenatal vitamins and unspecified anti-nausea medication | Male infant born with congenital left ventricular aneurysm, 19 days prior to estimated date of confinement |
| 001-0945-M0000660 USA | Unknown for epilepsy | 001-0945-M0000659: also taking valproate; no other information | Aborted (spontaneously) |
| 001-0945-M0000661 USA | Unknown for epilepsy | Cross referenced to both 001-0945-M0000659 and 001-0945-M0000662 (the same female): also taking valproate; no other information | Died in utero and stillbirth at 30 weeks gestation |
| 001-0945-M0000663 USA | 1200 mg for 4 years for epilepsy | 001-0945-M0000662: 28-year-old; also taking valproate, prenatal vitamins, folic acid, and baby aspirin; same mother as 001-0945-M0000659 | Miscarried at Week 14 |
| 001-0945-M0000666 USA | 1200 mg to Week 30; 1800 mg Week30 to delivery (For epilepsy) | Smoked 1 pack of cigarettes/week, also taking prenatal vitamins and unspecified nasal spray. | Female infant with a low birth weight, born 4 days prior to the estimated date of confinement |
| 001-0945-M0000694 USA | Unknown | Only information: gabapentin consumption during pregnancy | Unknown |
| 032-0945-M0000022 Belgium | Unknown | Only information: gabapentin consumption during pregnancy | Unknown |

Pfizer  MPatel  0073632

Gabapentin Capsules & Tablets
December 2000 PSUR

| MCN | Gabapentin Dose (mg/day) | Maternal Information | Pregnancy Outcome |
|---|---|---|---|
| 033-0945-M0000059 France | Unknown (for seizures) | Took unspecified dose of gabapentin in the 4th; no other information | Unknown |
| 033-0945-M0000061 France | 1600 mg for epilepsy | 033-0945-M0000060: 32-year-old patient also taking carbamazepine | Died in utero, 4th month, stillborn; had multiple congenital malformations and congenital intrathoracic tumor at 3rd month |
| 044-0945-M0000114 UK | Unknown dose for seizures | Also took valproate | Male infant with valproate syndrome |
| 048-0945-M0000001 Poland | 1200 mg | Also received carbamazepine. | Born dead (stillbirth); no abnormalities detected |

## 6.10    Special Populations

During the current PSUR period there was 18 cases for pediatric patients (16 years of age and younger) and 64 reports from geriatric patients (65 years of age and older).

### 6.10.1  Pediatric Population

Excluding the six newborn cases presented above (Section 6.9, Pregnancy and Lactation), there were 18 cases with adverse events reported for pediatric patients with an age range of two to 16 years old. Some of these have already been discussed in prior sections of this PSUR. These include the two deaths (MCN 002-0945-990030 and MCN 044-0945-M0000083; both 6-years-old; Section 6.7.1); cases involving drug interactions (MCN 001-0945-M0000283, 6-year-old; and MCN 002-0945-990030, 10-year-old; Section 6.8.1); and a case with new onset seizures (MCN 001-0945-M0000347, 10-year-old; Section 6.7.3, Nervous System). Six pediatric cases were taking gabapentin for off-label use (33%), slightly less than the overall number of postmarketing cases (38%). The adverse events reported for this population were diverse with two occurrences each of vomiting, hair loss, and weight increase. Due to the limited number of pediatric cases (3.6% of total cases), formal analyses and conclusions can not drawn.

### 6.10.2  Geriatric Population

There were 63 cases for the geriatric population (patients aged 65 years of age and older) in the current PSUR period. Some of these cases have already been presented in prior sections of this PSUR. These include one case in the discussion of convulsions (MCN 033-0945-M0000022, 74-years-old) and five cases in drug interactions (MCN 001-0945-M0000200, 78-years-old; MCN 001-0945-M0000421, 72-years-old; MCN 002-0945-M0000009, 77-years-old; MCN 033-0945-M0000032, 74-years-old; and MCN 046-0945-M0000010, 74-years-old). There were 28 cases of off-label use (44%) which was only slightly more than in the general population (38%).

The adverse events reported for this population were diverse with the most commonly reported being somnolence (n=6), drug interaction (n=5), and four

occurrences each of asthenia, tremor, alopecia, and prorates.  These adverse events correspond to those frequently reported for the overall population (Appendix 2G).

Most of the adverse events for these cases were nonserious (73%).  The serious adverse events varied; those occurring in more than one case were vomiting (n=2), aphasia (n=2), and coma (n=2).  More than half (60%) of the adverse events reported for this patient population were unlabeled.

### 6.10.3  Patients with Compromised Renal Function

In the current PSUR period, there were ten cases (2% of total) in which the patients presented with compromised renal function.  The indications for use in these cases were seizures (n=1), neuropathy (n=1), diabetic neuropathy (n=1), pain (n=2), neuropathic pain (n=2), and unknown (n=3).  Of note,, two of the patients were elderly (72 and 81 years of age).

Each of the three patients (MCN 001-0945-M0000374, MCN 001-0945-M0000530, and MCN 001-0945-M0000573) who experienced serious unlabeled encephalopathy (described in Section 6.7.2) in the current period, also had a history of renal failure.  In seven other cases, the patients had some level of underlying renal insufficiency (MCN 001-0945-M0000127, MCN 001-0945-M0000336, MCN 001-0945-M0000505, MCN 033-0945-M0000056, MCN 044-0945-M0000095, MCN 044-0945-M0000121, and MCN 358-0945-M0000002).

One of these cases (MCN 001-0945-M0000127) was a 38-year-old female with end stage renal disease (on dialysis) who developed complete hearing loss in her left ear following an increase in her dose of gabapentin (from 200 to 900 mg daily).  At the same time, her gabapentin level rose to 91 (reference range 2 – 15).  This patient recovered one month after gabapentin was discontinued.  Case MCN 358-0945-M0000002, a 54-year-old male with renal insufficiency, developed swollen legs, difficulty swallowing, and dry mouth when his daily dose of gabapentin was increased from 1600 mg to 2400 mg.  Gabapentin was discontinued and the symptoms disappeared.

The adverse events in both the above patients developed when their gabapentin dose was increased.  In other cases, adverse events were reported for patients on comparatively low gabapentin dose (100-400 mg daily).  A 60-year-old female with renal impairment (MCN 044-0945-M0000095) took a single dose (300 mg) of gabapentin and reportedly developed blurred vision and tremors; she recovered.  Case MCN 044-0945-M0000121 with renal impairment reportedly developed hypersensitivity reactions (leucocytoclastic vasculitis and purpuric rash) with single daily dose of 100 mg.  Dose was not specified in four  other cases but the known prescribed doses for the patients with compromised renal function were 100-1800 mg.

The most commonly reported adverse events in this population were encephalopathy (n=3) and tremors (n=3).  Since gabapentin is eliminated by renal excretion, the CDS recommends dosage adjustments for patients with compromised renal function.

Pfizer  MPatel  0073634

Gabapentin Capsules & Tablets
December 2000 PSUR

### 6.10.4 Long-Term Treatment

There were only ten cases (2% of overall cases) with a treatment duration of one year or more. Due to the limited number of cases no formal analyses were done. There were only 23 adverse events reported for this population and these were diverse with two occurrences each of only two adverse events: abdominal pain and withdrawal syndrome.

Due to the limited sample size of cases reporting treatment duration of one year or longer, a summary of adverse events by length of treatment is not meaningful.

## 7   STUDIES

### 7.1   Company-Sponsored Studies

The seven clinical and/or postmarketing studies with gabapentin that have been identified as ongoing at the time of this PSUR are cited in Appendix 3. Fourteen studies were identified as completed or with a research report issued since the previous PSUR and these are also listed in Appendix 3. Safety findings in three of the research reports listed in Appendix 3 are discussed below.

Research report 720-04229 contains adverse event data similar to that in all of the reports issued in the current period. This report presents the results of a study completed in 1998 comparing the efficacy and safety of gabapentin versus carbamazepine in patients with partial epilepsy who are naïve to antiepileptic drugs or unresponsive to no more than one of these drugs. The frequently reported adverse events for either the gabapentin- or carbamazepine-treatment group were dizziness, headache, fatigue, somnolence, and nausea and/or vomiting; additional frequent adverse events for the carbamazepine-treatment group were ataxia and rash; most adverse events were mild or moderate in intensity. The single severe adverse event considered definitely related to gabapentin-treatment that resulted in a patient's withdrawal from the study was ataxia. This event is listed in the CDS.

Research report 720-04233 presents the results of a 4-month, multicenter, monotherapy double-blind, parallel-group trial to determine the efficacy and safety of gabapentin in newly diagnosed patients with partial epilepsy also completed in 1998. This study found that a dosage of 3600 mg/day was not more effective than 300 mg/day in this group of patients, but those taking the higher dosage were much less likely to experience an exit event (event resulting in withdrawal from the study). Although no new or unforeseen serious adverse events were reported, the adverse events in these patients occurred in higher frequencies than in patients in adjunctive gabapentin studies; the authors argue that this is possibly due to the fact that in contrast to most other studies, these patients were antiepileptic drug-naïve.

Research report 720-04362 has the results of an extended (four-year) open-label monotherapy trial that followed a double-blind study in pediatric patients with benign childhood epilepsy with centrotemporal spikes. The 191 patients entering the open-label treatment phase of this study ranged in age from four to 14 years. Serious adverse

Pfizer  MPatel 0073635

events were reported for only ten (5%) patients. Most adverse events were mild or moderate in intensity and those reported in more than 7% of patients included headache, pharyngitis, upper respiratory infection, viral infection, rhinitis, abdominal pain, fever, coughing, sinusitis, emotional lability, otitis media, dizziness and nausea and/or vomiting, events now included in the pediatric section of the CDS.

While no new safety issues were identified in the research reports issued during this research period, each study discussed here emphasizes safety and efficacy issues and the study of gabapentin treatment of antiepileptic drug-naïve patients raises important aspects for compliance.

## 7.2   Published Safety Data

Literature searches covering the period 01 February 2000 to 31 July 2000 identified 43 articles citing the drug gabapentin and having a discussion of efficacy and/or safety issues. Many of these papers presented data on results of gabapentin therapy for indications other than epilepsy: these indications included posttraumatic stress, pain from spinal cord injury, reversal of cortical hyperexcitability in ALS, for the reduction of impairment due to spasticity in multiple sclerosis, depression, geriatric population and geriatric chronic pain, postherpetic neuralgia, behavioral disorders in dementia, thalamic pain syndrome, chronic daily headache, muscle cramps and associated sleep disturbances, cancer pain (2), bruxism, sleep disorders (4), cerebrovascular diseases, thalamic pain syndrome, and bipolar disorder in women. The adverse events reported in these papers were mostly nonserious and/or in the CDS and no new safety issues were identified.

Several of the papers presented either single or multiple case reports, but most of these were for nonserious adverse events . One of these papers had information on the occurrence of myoclonus (see Section 6.7.3, Nervous System, Myoclonus) in patients (13 or 12.5%; n=104) receiving gabapentin for epilepsy. All patients were taking other antiepileptic drugs. The researchers suggest that the presence of diffuse brain damage or mental retardation may be risk factors for gabapentin-induced myoclonus. They conclude that gabapentin-associated myoclonus occurs relatively frequently, but it is usually mild and can easily be overlooked; discontinuation of therapy is not necessary in most cases. [Myoclonus associated with the use of gabapentin, Asconape J, Diedrich A, DellaBadia J, *Epilepsia* 2000;41:479-481]. One paper (from 1999 but not reviewed in last PSUR) discussed the suspected highest serum level of gabapentin (85 μgm/ml) in human (a 30-year-old woman with chronic renal failure; see Section 6.10.3, Patients with Compromised Renal Function) following an overdose of the drug. The patient experienced mild tremulousness and mild changes in cognition but the authors claimed that these probably resulted from the concomitant therapy with valproic acid since the patient recovered from these events following cessation of the valproic acid rather than the gabapentin. [A case of sustained massive gabapentin overdose without serious side effects. Verma A; St. Clair EW; Radtke RA  *Therapeutic Drug Monitoring* 21: 615-617, 1999].

One study reported on gabapentin-induced mitogenic activity in rat pancreatic acinar cells concluded that this activity may not be detected in *in vivo* assays [Gabapentin-

induced mitogenic activity in rat pancreatic acinar cells. Dethloff L et al. *Toxicol Sci* 2000;55:52-9]; another reported on the use of gabapentin in a rat model of neuropathic pain to examine the mechanisms of spinal cord stimulation in neuropathic pain [Mechanisms of spinal cord stimulation in neuropathic pain. Meyerson BA and Linderoth B *Neurol Res* 2000;22:285-92].   Several clinical review articles were published during the current PSUR period.   In particular one study of eight anticonvulsants including gabapentin found only sparse information for the effects of these drugs when used during pregnancy and breast feeding [*Paediatr Drugs*, 2000;2:113-126].   Another reviewed the paradoxical aggravation of epilepsy by antiepileptic drugs [*Brain Dev*, 200;22:75-80].

# 8   OTHER INFORMATION

## 8.1   Information Received after the Data-Lock Point

No significant new information affecting the safety of gabapentin has been received since the data-lock point.

# 9   OVERALL SAFETY EVALUATION

## 9.1   Unlabeled Reactions

There does not appear to be any new safety issues identified from the unlabeled reactions received during the current PSUR period (see Section 6, Presentation of Individual Case Histories).

The most frequently reported unlabeled events (n=10-16; 2 – 3%) in the current PSUR period (01 February 2000 to 31 July 2000) were alopecia, withdrawal syndrome, and pain, and all were assessed as nonserious.   Other unlabeled events which were reported less frequently (n=5-9; 1 – 2%) and also mainly assessed as nonserious included tachycardia, thrombocytopenia, edema, hallucinations, myoclonus, speech disorder, sweating, and urticaria.   There has been no significant increase in the relative number of occurrences of these adverse events since January 1997 (Appendix 2H; see also ratio data).   The number of occurrences of myoclonus and withdrawal syndrome have varied in each of the six time periods (Appendix 2H), and approximately one-third of the cumulative total for either event were received in the current period (33% and 30% respectively).   The current reporting of myoclonus may have been stimulated by an article published this year in *Epilepsia* (Section 7.2, Published Safety Data).   Nevertheless, the overall low occurrence of myoclonus and withdrawal syndrome since 01 January 1997 (n=15 and n=37, respectively), lack of a consistent pattern of withdrawal symptoms, and limited information on myoclonus cases, do not provide sufficient data to determine an association between gabapentin and withdrawal symptoms or whether there is more than just a temporal relationship between the use of gabapentin and myoclonus.

Gabapentin Capsules & Tablets
December 2000 PSUR

### Serious Unlabeled Reactions

The most frequently reported serious unlabeled adverse events in the current PSUR period were convulsion and encephalopathy.

In summary, although convulsion, in general, is a labeled adverse event, there were seven cases in which the reported convulsion was assessed as different from that in the CDS, and five of these seven unlabeled events were assessed as serious. Three of the serious adverse events were "new onset seizures" (including a grand mal seizure), in patients taking gabapentin for off-label indications with no history of seizures. The three occurrences of encephalopathy in this PSUR period were all assessed as serious and unlabeled. Each case involved patients with a history of renal failure. Since gabapentin is eliminated by renal excretion, the CDS recommends dosage adjustments for patients with compromised renal function. It is possible that encephalopathy can occur in patients with a history of compromised renal function if the dose is not adjusted appropriately. The number of occurrences of convulsions assessed as unlabeled in the current PSUR period is comparable to that in the last two PSUR periods and decreased from earlier periods (1997 to 1999, Appendix 2H – 2J). Due to the small number of occurrences of encephalopathy and limited information available at present, there is no positive association between this adverse event and gabapentin therapy.

## 9.2 Drug Interactions

During the current PSUR period, 01 February 2000 to 31 July 2000, there were 19 reports of 16 possible drugs that may be interacting with gabapentin (see Section 6.8, Drug Interactions with Gabapentin for review of individual case histories).

In the last PSUR, two of the four cases with possible drug interactions with warfarin had increased anticoagulation effect and two had decreased anticoagulation effect. A review of the database for 01 January 1996 to 31 January 2000 revealed few occurrences of coagulation adverse events (19 over the four year review period). Furthermore, when gabapentin was co-administered with warfarin most of the coagulation adverse events resulted from an increase in coagulation effect (14 of 19, adverse events, 74%), rather than the decrease seen in the current period. Gabapentin circulates largely unbound to plasma proteins, and is eliminated solely by renal excretion with no evidence of metabolism in man and no induction of hepatic mixed function oxidase enzymes responsible for drug metabolism (see CDS for references). Therefore drug interactions with warfarin (displacement, inhibition or stimulation of warfarin-metabolizing enzymes) are not expected.

Celecoxib is a fairly new non-steroidal anti-inflammatory agent and drug interactions for this drug are not well characterized. There are several reports of suspected drug interactions between either gabapentin and celecoxib or between gabapentin, celecoxib and a third drug, carbamazepine. In the last PSUR period as well as the present one, there were reports of patients who developed breakthrough seizures after celecoxib was added to either gabapentin therapy, or to combined gabapentin carbamazepine therapy. A possible drug interaction between gabapentin and carbamazepine was also suggested. This is less likely since several patients were seizure-free on the combined therapy

Pfizer_MPatel 0073638

**Gabapentin Capsules & Tablets**
**December 2000 PSUR**

(seizures only started after the celecoxib was added).  In addition, studies cited in the CDS did not find an interaction between gabapentin and carbamazepine.

In summary, the number of suspected drug interactions between gabapentin and a specific drug or type of drugs are few in the current and previous periods and do not show a consistent pattern of response.  There is insufficient information to reveal a new safety issue but the company will continue to monitor possible drug interaction adverse events.

### 9.3   Overdose, Abuse and Misuse

A review of the cases of overdose, abuse and misuse in the current gabapentin PSUR period revealed no new safety issues.

### 9.4   Pregnancy and Lactation

During the current PSUR period, there were 17 known pregnancies in which the mother consumed gabapentin (Section 6.9, Pregnancy and Lactation).  A number of adverse events were reported for the children exposed to gabapentin in utero (see Section 6. 7.1, Deaths, Section 6.9, Pregnancy and Lactation) but the risk to the developing fetus when the pregnant mother is on gabapentin is not clear.  One clinical review article published during the current PSUR period studied eight anticonvulsants including gabapentin and found only sparse information for the effects of these drugs when used during pregnancy and breast feeding (Section 7.2).

The gabapentin CDS states that there are no adequate and well-controlled studies in pregnant women.  A number of animal studies are cited in the CDS, and various abnormalities were found in animals born to mothers given gabapentin.  Although there were some developmental abnormalities, gabapentin did not increase the incidence of malformations (when compared to controls) in the offspring of mice, rats, or rabbits taking $4 - 8$ times the human daily dose (on a $mg/m^2$ basis).  However, animal reproduction studies do not always predict the human response, and the CDS recommends that gabapentin should only be used during pregnancy if the potential benefit to the patient justifies the potential risk to the fetus.

It is difficult to determine an association of an anticonvulsant compound with birth defects because other factors, including the seizure disorder itself and multiple drug therapy, may contribute to the event.  Gabapentin is classified as a Pregnancy Category C drug (shown to be fetotoxic in rodents and produces some malformations in laboratory animals).  On the other hand, carbamazepine and valproic acid derivatives have a Category D classification (drugs with positive evidence of risk in humans) and, as noted in Table 11, these drugs were used concomitantly with gabapentin in many of the cases that with reported stillbirths, intrauterine death, spontaneous abortions, and congenital anomalies.

Considering the underlying disease (the seizure disorder itself or off-label indication), the frequent use of other medications, and other factors, including the medical histories, one cannot easily establish a relationship between gabapentin (or another anticonvulsant) and

Pfizer  MPatel  0073639

Gabapentin Capsules & Tablets
December 2000 PSUR

the adverse events observed in pregnant mothers and their off-spring discussed here other than temporal.

There were no reports of gabapentin use during lactation in the current PSUR period.

## 9.5     Special Populations

### 9.5.1   Pediatric Population

There were 18 cases reporting use of gabapentin in the pediatric population (in persons <16 years old).  The adverse events reported for this population were diverse and with the limited number of cases a formal analysis was not possible.

In 33% of these cases, gabapentin was supplied for a use other than described in the CDS.  Given the different situations worldwide with registrations of the pediatric use of gabapentin, the CDS reflects a researched view of the safety of gabapentin in this population (rather than its use in a particular country).  Gabapentin is indicated as monotherapy in the treatment of partial seizures with and without secondary generalization in adults and children over 12 years of age.  Gabapentin is also indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults and children age three-years-old and above. As cited in the CDS, the safety and effectiveness of adjunctive therapy in pediatric patients below the age of three years and for monotherapy in children below the age of 12 years have not been established.

### 9.5.2   Geriatric Population

There were 63 cases for the geriatric population (patients aged 65 years of age and older) in the current PSUR period.  The adverse events in the elderly were diverse and the ones more frequently reported in this population were similar to the frequently reported adverse events for the overall population.

### 9.5.3   Patients with Compromised Renal Function

There were ten cases in which the patients also had compromised renal function in the current PSUR period.  Although few in number, the most common adverse events reported for this population were tremors and encephalopathy.  Since gabapentin is eliminated by renal excretion, the CDS already states that dosage adjustments are recommended for patients with compromised renal function or undergoing hemodialysis.

### 9.5.4   Long-term Treatment

There were only ten cases with a treatment duration of one year or more.   The adverse events reported for this population were diverse.  Due to the limited number of cases no formal analyses were possible.

Pfizer  MPatel  0073640

Gabapentin Capsules & Tablets
December 2000 PSUR

## 10    CONCLUSIONS

Analysis of all reports of adverse events received by Pfizer's Warner-Lambert/Parke-Davis Drug Safety Surveillance between 01 February 2000 and 31 July 2000 identified no new safety information that alters the benefit-risk assessment of gabapentin.

During the current PSUR period, there were 15 reports of death for patients receiving gabapentin. Four cases involved stillbirths, one was a suicide, and another was an obese patient with sleep apnea for whom the physician prescribed overdose. Other probable causes of death were evident in the remaining deaths, but a relationship to gabapentin was unclear.

The number of occurrences of specific unlabeled adverse events with either serious or nonserious assessment are comparable to those in previous periods, and in fact many had decreased. One exception was myoclonus which showed a slight increase in the current PSUR period; all occurrences were assessed as nonserious and the event was also the subject of an article published in the current period. There is currently too little information for a conclusion on the suspected drug interaction between gabapentin and the relatively new non-steroidal anti-inflammatory agent, celecoxib, or between gabapentin, celecoxib and a third drug, carbamazepine.

The information on pregnancies received in the current period included reports of two stillbirths, two intrauterine deaths, five spontaneous abortions, and reports of congenital anomalies, but each case was different and the only relationship between gabapentin (or another anticonvulsant) and these adverse events was temporal. There were several patients with compromised renal function (or undergoing hemodialysis) who experienced tremors and encephalopathy; these patients also had gabapentin overdose (toxicity) even with relatively low doses; dosage adjustments in these patients is therefore essential.

Analysis of all reports of adverse events received by Pfizer's Warner-Lambert/Parke-Davis Drug Safety Surveillance between 01 February 2000 and 31 July 2000 identified no new safety information that alters the benefit-risk assessment of gabapentin. Adverse events reported for gabapentin will continue to be monitored.

Pfizer  MPatel  0073641

# Appendix 1A

# Core Data Sheet
## for
### Gabapentin (CI-0945)

## April 1999

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return.

Pfizer  MPatel  0073642

Gabapentin April 1999 Core Data Sheet
Page 1

CORE PRODUCT LABELING

**GENERIC NAME**
Gabapentin
(capsules, tablets)

**TRADE NAME**

Neurontin, Normatol, Equipax, Gabapentin PD

**DESCRIPTION**

[AMEND LOCALLY AS NECESSARY]

Gabapentin is supplied in capsules containing 100 mg, 300 mg, and 400 mg of active drug

substance for oral administration.  Each capsule also contains lactose, cornstarch, and talc.

Gabapentin is also supplied as 600 and 800 mg tablets.

Gabapentin is described as 1-(aminomethyl)cyclohexaneacetic acid with an empirical formula of

$C_9H_{17}NO_2$ and a molecular weight of 171.24.  The molecular structure of gabapentin is:



Gabapentin is a white to off-white crystalline solid.  It is freely soluble in water and both basic and

acidic aqueous solutions.

**CLINICAL PHARMACOLOGY**

Mechanism of Action

Gabapentin is structurally related to the neurotransmitter GABA (gamma-aminobutyric acid) but its

mechanism of action is different from that of several other drugs that interact with GABA synapses

including valproate, barbiturates, benzodiazepines, GABA transaminase inhibitors, GABA uptake

inhibitors, GABA agonists, and GABA prodrugs.  *In vitro* studies with radiolabeled gabapentin

have characterized a novel peptide binding site in rat brain tissues including neocortex and

hippocampus that may relate to anticonvulsant activity of gabapentin and its structural derivatives.[1]

However, the identification and function of the gabapentin binding site remains to be elucidated.

Pfizer  MPatel  0073643

**Gabapentin April 1999 Core Data Sheet**
**Page 2**

Gabapentin at relevant clinical concentrations does not bind to other common drug or neurotransmitter receptors of the brain including $GABA_A$, $GABA_B$, benzodiazepine, glutamate, glycine or N-methyl-d-aspartate receptors.[2]

<u>Pharmacokinetics and Metabolism</u>

Gabapentin does not interact with sodium channels *in vitro* and so differs from phenytoin and carbamazepine.[3,4] Gabapentin partially reduces responses to the glutamate agonist N-methyl-D-aspartate (NMDA) in some test systems *in vitro*, but only at concentrations greater than 100 μM, which are not achieved *in vivo*.[5] Gabapentin slightly reduces the release of monoamine neurotransmitters *in vitro*.[6,7] Gabapentin administration to rats increases GABA turnover in several brain regions in a manner similar to valproate sodium, although in different regions of brain.[8] The relevance of these various actions of gabapentin to the anticonvulsant effects remains to be established. In animals, gabapentin readily enters the brain and prevents seizures from maximal electroshock, from chemical convulsants including inhibitors of GABA synthesis, and in genetic models of seizures.[9-12]

Gabapentin bioavailability is not dose-proportional. That is, as the dose is increased, bioavailability decreases. Following oral administration, peak plasma gabapentin concentrations are observed within 2 to 3 hours. Absolute bioavailability of gabapentin capsules is approximately 60%. Food, including a high-fat diet, has no effect on gabapentin pharmacokinetics.[13]

Gabapentin elimination from plasma is best described by linear pharmacokinetics. The elimination half-life of gabapentin is independent of dose and averages 5 to 7 hours.[14-19] Gabapentin pharmacokinetics are not affected by repeated administration, and steady state plasma concentrations are predictable from single dose data.[20,21] Although plasma gabapentin concentrations were generally between 2 μg/mL and 20 μg/mL in clinical studies, such concentrations were not predictive of safety or efficacy.[22,23] Plasma gabapentin concentrations are dose proportional at doses of 300 or 400 mg given every 8 hours. Pharmacokinetic parameters are given in Table 1.[20,21]

Pfizer  MPatel  0073644

TABLE 1.    Summary of Gabapentin Mean (%RSD) Steady-State Pharmacokinetic Parameters
Following Q8H Administration

| Pharmacokinetic Parameter | 300 mg (N = 7) | | 400 mg (N = 11) | |
|---|---|---|---|---|
| $C_{max}$ μg/mL) | 4.02 | (24) | 5.50 | (21) |
| $t_{max}$ (hr) | 2.7 | (18) | 2.1 | (47) |
| t1/2 (hr) | 5.2 | (12) | 6.1 | ND |
| AUC (0–∞) μg•hr/mL) | 24.8 | (24) | 33.3 | (20) |
| Ae% (%) | NA | NA | 63.6 | (14) |

ND = Not determined
NA = Not available

Gabapentin is not bound to plasma proteins and has a volume of distribution equal to 57.7 liters.[24]
In patients with epilepsy, gabapentin concentrations in CSF are approximately 20% of corresponding steady-state trough plasma concentrations.[25,26]  Gabapentin is eliminated solely by renal excretion.[18] There is no evidence of metabolism in man.  Gabapentin does not induce hepatic mixed function oxidase enzymes responsible for drug metabolism.

In elderly patients, and in patients with impaired renal function, gabapentin plasma clearance is reduced.  Gabapentin elimination-rate constant, plasma clearance, and renal clearance are directly proportional to creatinine clearance.[27-32]

Gabapentin is removed from plasma by hemodialysis.[33]  Dosage adjustment in patients with compromised renal function or undergoing hemodialysis is recommended.  (See DOSAGE AND ADMINISTRATION, Table 3.)

Gabapentin pharmacokinetics in children were determined in 24 healthy subjects between the ages of 4 and 12 years.  In general, plasma gabapentin concentrations in children are similar to those in adults.[34]


**INDICATIONS AND USAGE**

**Epilepsy:**

Gabapentin is indicated as monotherapy in the treatment of partial seizures with and without secondary generalization in adults and children over 12 years of age.[22]

Pfizer  MPatel  0073645

**Gabapentin April 1999 Core Data Sheet**
**Page 4**

Gabapentin is indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults and children age 3 years and above.[35]

**Neuropathic Pain:**

Gabapentin is indicated for the treatment of neuropathic pain in adults age 18 years and above.[36,37]

## CONTRAINDICATIONS

Gabapentin is contraindicated in patients who are hypersensitive to gabapentin or the product's components.

## WARNINGS

(See PRECAUTIONS.)

## PRECAUTIONS

General

Although there is no evidence of rebound seizures with gabapentin, abrupt withdrawal of anticonvulsants in epileptic patients may precipitate status epilepticus.  When in the judgement of the clinician there is a need for dose reduction, discontinuation, or substitution of alternative anticonvulsant medication, this should be done gradually over a minimum of one week.

Gabapentin is not generally considered effective in the treatment of absence seizures.[38]

Information for Patients

To assure safe and effective use of gabapentin, the following information and instructions should be given to patients:

1.    Inform your physician about any prescription or nonprescription medications, alcohol, or drugs you are now taking or plan to take during your treatment with gabapentin.

2.    You should inform your physician if you are pregnant, or if you are planning to become pregnant, or if you become pregnant while you are taking gabapentin.

Pfizer  MPatel  0073646

**Gabapentin April 1999 Core Data Sheet**
**Page 5**

3.　　Gabapentin is excreted in human milk, and the effect on the nursing infant is unknown. You should inform your physician if you are breast feeding an infant. (See Usage in Nursing Mothers.)

4.　　Until you experience how this medication affects you, do not drive a car or operate potentially dangerous machinery.

5.　　You should not allow more than 12 hours between gabapentin doses.

Laboratory Tests

False positive readings were reported with the Ames N-Multistix SG® dipstick test when gabapentin was added to other anticonvulsant drugs.[23]  To determine urinary protein, the more specific sulfosalicylic acid precipitation procedure is recommended.

Drug Interactions

No interaction between gabapentin and phenobarbital, phenytoin, valproic acid, or carbamazepine has been observed.[39-43]  Gabapentin steady-state pharmacokinetics are similar for healthy subjects and patients with epilepsy receiving these antiepileptic agents.[25,26]

Coadministration of gabapentin with oral contraceptives containing norethindrone and/or ethinyl estradiol, does not influence the steady-state pharmacokinetics of either component.[44]

Coadministration of gabapentin with antacids containing aluminum and magnesium, reduces gabapentin bioavailability by about 20%.[45]  It is recommended that gabapentin be taken about two hours following antacid administration.

Renal excretion of gabapentin is unaltered by probenecid.[46]

A slight decrease in renal excretion of gabapentin observed when it is coadministered with cimetidine is not expected to be of clinical importance.[47]

Carcinogenesis, Mutagenesis, Impairment of Fertility

Gabapentin was given in the diet to mice at 200, 600, and 2000 mg/kg/day and to rats at 250, 1000, and 2000 mg/kg/day for two years.[48-51]  A statistically significant increase in the incidence of pancreatic acinar cell tumors was found only in male rats at the highest dose.  Peak plasma drug concentrations in rats at 2000 mg/kg/day are 10 times higher than plasma concentrations in humans given 3600 mg/day.  The pancreatic acinar cell tumors in male rats are low grade malignancies, did

Pfizer_MPatel_0073647

Gabapentin April 1999 Core Data Sheet
Page 6

not affect survival, did not metastasize or invade surrounding tissue, and were similar to those seen in concurrent controls.   The relevance of these pancreatic acinar cell tumors in male rats to carcinogenic risk in humans is unclear.

Gabapentin demonstrated no genotoxic potential.  It was not mutagenic *in vitro* in standard assays using bacterial or mammalian cells.[52,53]   Gabapentin did not induce structural chromosome aberrations in mammalian cells *in vitro* or *in vivo*, and did not induce micronucleus formation in the bone marrow of hamsters.[54-56]

No adverse effects on fertility or reproduction were observed in rats at doses up to 2000 mg/kg (approximately five times the maximum daily human dose on a $mg/m^2$ basis).[57]

Usage in Pregnancy[58-63]

Gabapentin did not increase the incidence of malformations, compared to controls, in the offspring of mice, rats, or rabbits at doses up to 50, 30 and 25 times respectively, the daily human dose of 3600 mg, (four, five or eight times, respectively, the human daily dose of a $mg/m^2$ basis).  There are, however, no adequate and well-controlled studies in pregnant women.  Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if the potential benefit to the patient justifies the potential risk to the fetus.

Gabapentin induced delayed ossification in the skull, vertebrae, forelimbs, and hindlimbs in rodents, indicative of fetal growth retardation.  These effects occurred when pregnant mice received oral doses of 1000 or 3000 mg/kg/day during organogenesis and in rats given 500, 1000, or 2000 mg/kg prior to and during mating and throughout gestation.  These doses are approximately 1 to 5 times the human dose of 3600 mg on a $mg/m^2$ basis.

No effects were observed in pregnant mice given 500 mg/kg/day (approximately 1/2 of the daily human dose on a $mg/m^2$ basis).

An increased incidence of hydroureter and/or hydronephrosis was observed in rats given 2000 mg/kg/day in a fertility and general reproduction study, 1500 mg/kg/day in a teratology study, and 500, 1000, and 2000 mg/kg/day in a perinatal and postnatal study.  The significance of these findings is unknown, but they have been associated with delayed development.  These doses are also approximately 1 to 5 times the human dose of 3600 mg on a $mg/m^2$ basis.

Pfizer  MPatel  0073648

In a teratology study in rabbits, an increased incidence of postimplanation fetal loss, occurred in doses given 60, 300, and 1500 mg/kg/day during organogenesis. These doses are approximately 1/4 to 8 times the daily human dose of 3600 mg on a mg/m$^2$ basis.

<u>Usage in Nursing Mothers</u>

Gabapentin is excreted in human milk. Because the effect on the nursing infant is unknown, caution should be exercised when gabapentin is administered to a nursing mother.[64] Gabapentin should be used in nursing mothers only if the benefits clearly outweigh the risks.

<u>Pediatric Use</u>

*Epilepsy:* Safety and effectiveness for adjunctive therapy in pediatric patients below the age of 3 years have not been established. Safety and effectiveness for monotherapy in children below the age of 12 years have not been established. (See DOSAGE AND ADMINISTRATION)

*Neuropathic pain:* Safety and effectiveness in patients below the age of 18 years have not been established.

<u>Geriatric Use</u>

Fifty-nine individuals 65 years of age or older received gabapentin in premarketing clinical trials. Side effects reported among these patients did not differ in kind from those reported in younger individuals. For patients with compromised renal function, the dosage should be adjusted. (See DOSAGE and ADMINISTRATION.)

**ADVERSE REACTIONS**

Gabapentin has been evaluated for safety in more than 2000 subjects and patients in adjunctive therapy studies and was well tolerated.[65] Of these, 543 patients participated in controlled clinical trials.[66] Since gabapentin was most often administered in combination with other antiepileptic agents, it was not possible to determine which agent(s), if any, was associated with adverse events. Gabapentin has also been evaluated as monotherapy in more than 600 patients. Adverse events were usually mild to moderate in intensity.

<u>Incidence in Controlled Adjunctive Therapy Clinical Trials:</u>

The following table lists treatment-emergent signs and symptoms that occurred in at least 1% of patients with partial seizures participating in controlled adjunctive therapy studies

Pfizer_MPatel_0073649

**Gabapentin April 1999 Core Data Sheet**
**Page 8**

comparing gabapentin with placebo.[67]  In these studies, either gabapentin or placebo was added to the patient's current antiepileptic drug therapy.  Adverse events were usually reported as mild to moderate.

TABLE 2.     Summary of Treatment-Emergent Signs and Symptoms in  ≥1% of Gabapentin-Treated Patients in Adjunctive Therapy Placebo-Controlled Studies

| | Number (Percent) of Patients | |
| --- | --- | --- |
| Adverse Event[a] (AE) | Gabapentin[b] N = 543 | Placebo[b] N = 378 |
| Somnolence | 105 (19.3) | 33 (8.7) |
| Dizziness | 93 (17.1) | 26 (6.9) |
| Ataxia | 68 (12.5) | 21 (5.6) |
| Fatigue | 60 (11.0) | 19 (5.0) |
| Nystagmus | 45 (8.3) | 15 (4.0) |
| Headache | 44 (8.1) | 34 (9.0) |
| Tremor | 37 (6.8) | 12 (3.2) |
| Nausea and/or vomiting | 33 (6.1) | 27 (7.1) |
| Diplopia | 32 (5.9) | 7 (1.9) |
| Amblyopia[c] | 23 (4.2) | 4 (1.1) |
| Rhinitis | 22 (4.1) | 14 (3.7) |
| Weight Increase | 16 (2.9) | 6 (1.6) |
| Pharyngitis | 15 (2.8) | 6 (1.6) |
| Dysarthria | 13 (2.4) | 2 (0.5) |
| Nervousness | 13 (2.4) | 7 (1.9) |
| Dyspepsia | 12 (2.2) | 2 (0.5) |
| Amnesia | 12 (2.2) | 0 (0.0) |
| Myalgia | 11 (2.0) | 7 (1.9) |
| Coughing | 10 (1.8) | 5 (1.3) |
| Abdominal Pain | 10 (1.8) | 9 (2.4) |
| Back Pain | 10 (1.8) | 2 (0.5) |
| Depression | 10 (1.8) | 7 (1.8) |
| Thinking Abnormal | 9 (1.7) | 5 (1.3) |
| Mouth or Throat Dry | 9 (1.7) | 2 (0.5) |
| Peripheral Edema | 9 (1.7) | 2 (0.5) |
| Confusion | 9 (1.7) | 7 (1.9) |
| Constipation | 8 (1.5) | 3 (0.8) |
| Impotence | 8 (1.5) | 4 (1.1) |
| Dental Abnormalities | 8 (1.5) | 1 (0.3) |
| Rash | 8 (1.5) | 6 (1.6) |
| Diarrhea | 7 (1.3) | 8 (2.1) |
| Viral Infection | 7 (1.3) | 8 (2.1) |
| Fever | 7 (1.3) | 5 (1.3) |
| Twitching | 7 (1.3) | 2 (0.5) |
| Abrasion | 7 (1.3) | 0 (0.0) |
| Pruritus | 7 (1.3) | 2 (0.5) |
| Increased Appetite | 6 (1.1) | 3 (0.8) |
| WBC Decreased | 6 (1.1) | 2 (0.5) |
| Insomnia | 6 (1.1) | 7 (1.9) |
| Acne | 6 (1.1) | 5 (1.3) |
| Fracture | 6 (1.1) | 3 (0.8) |
| Vasodilatation | 6 (1.1) | 1 (0.3) |
| Leukopenia | 6 (1.1) | 2 (0.5) |
| Coordination Abnormal | 6 (1.1) | 1 (0.3) |
| Emotional Lability | 6 (1.1) | 5 (1.3) |

[a] COSTART preferred term
[b] Plus background antiepileptic drug therapy
[c] Blurred vision

Pfizer  MPatel  0073650

**Gabapentin April 1999 Core Data Sheet**
**Page 9**

<u>Other Adverse Events Observed During All Clinical Trials</u>:[65]

*Adjunctive Therapy*

Those events that occurred in at least 1% of the study participants with epilepsy who received gabapentin as adjunctive therapy in any clinical study and that are not described in the previous section as frequently occurring treatment-emergent signs and symptoms during placebo-controlled studies are summarized below.

<u>Body as A Whole</u>: asthenia, malaise, facial edema

<u>Cardiovascular System</u>: hypertension

<u>Digestive System</u>: flatulence, anorexia, gingivitis

<u>Hemic, Lymphatic Systems</u>: purpura most often described as bruises resulting from physical trauma

<u>Musculoskeletal System</u>: arthralgia

<u>Nervous System</u>: vertigo, hyperkinesia, increased, decreased or absent reflexes, paresthesia, anxiety, hostility

<u>Respiratory System</u>: pneumonia

<u>Urogenital System</u>: urinary tract infection

<u>Special Senses</u>: abnormal vision most often described as a visual disturbance

*Monotherapy* [68,69]

No new and unexpected adverse events were reported during the clinical trials for monotherapy.  Dizziness, ataxia, somnolence, paresthesia, and nystagmus showed a dose relationship when comparing 300 with 3600 mg/day.

*Pediatric* [34,35]

The most commonly observed adverse events reported with the use of gabapentin in combination with other antiepileptic drugs in children 3 to 12 years of age, not seen in equal frequency among placebo-treated patients, were viral infection, fever, nausea and/or vomiting, and somnolence.

TABLE 3.  Treatment Emergent Adverse Event Incidence in Children Age 3 to 12 years in

Controlled Add-On Trials (Events in at least 2% of Gabapentin patients and numerically more frequent Than in the placebo group)

Pfizer  MPatel  0073651

Gabapentin April 1999 Core Data Sheet
Page 10

| Body System/<br>Adverse Event | Gabapentin[a]<br>N=119<br>% | Placebo[a]<br>N=128<br>% |
|---|---|---|
| Body as a Whole | | |
| Viral Infection | 10.9 | 3.1 |
| Fever | 10.1 | 3.1 |
| Weight Increase | 3.4 | 0.8 |
| Fatigue | 3.4 | 1.6 |
| Digestive | | |
| Nausea and/or Vomiting | 8.4 | 7.0 |
| Nervous System | | |
| Somnolence | 8.4 | 4.7 |
| Hostility | 7.6 | 2.3 |
| Emotional Lability | 4.2 | 1.6 |
| Dizziness | 2.5 | 1.6 |
| Hyperkinesia | 2.5 | 0.8 |
| Respiratory System | | |
| Bronchitis | 3.4 | 0.8 |
| Respiratory Infection | 2.5 | 0.8 |

[a]    Plus existing antiepileptic drug therapy

Other events in more than 2% of children that occurred equally or more frequent in the placebo group included: pharyngitis, upper respiratory infection, headache, rhinitis, convulsions, diarrhea, anorexia, coughing, and otitis media.

Withdrawal from Treatment Due to Adverse Events:

*Adjunctive Therapy*

Approximately 7% of the more than 2000 healthy volunteers and patients with epilepsy, spasticity, or migraine who received gabapentin in clinical studies withdrew due to adverse events.[65]

In all clinical studies, the most frequently occurring events that contributed to discontinuation of gabapentin included somnolence, ataxia, dizziness, fatigue, nausea and/or vomiting.  Almost all participants had multiple complaints, none of which could be characterized as primary.

*Monotherapy* [68,69]

Approximately 8% of the 659 patients who received gabapentin as monotherapy or conversion to monotherapy in premarketing trials discontinued treatment because of an adverse event.

The adverse events most commonly associated with withdrawal were dizziness, nervousness, weight gain, nausea and/or vomiting, and somnolence.

*Pediatric* [34,35]

Pfizer  MPatel  0073652

Gabapentin April 1999 Core Data Sheet
Page 11

Approximately 8% of the 292 children age 3 to 12 years who received gabapentin in clinical trials discontinued treatment because of an adverse event.  The adverse events most commonly associated with withdrawal in children were somnolence, hyperkinesia, and hostility.

Post-marketing Experience:

Sudden, unexplained deaths have been reported where a causal relationship to treatment with gabapentin has not been established.  Additional post-marketing adverse events reported include urinary incontinence, pancreatitis, erythema multiforme, Stevens-Johnson syndrome, blood glucose fluctuations in patients with diabetes and elevated liver function tests (LFTs).

## OVERDOSAGE

An oral lethal dose of gabapentin was not identified in mice and rats given doses as high as 8000 mg/kg.  Signs of acute toxicity in animals included ataxia, labored breathing, ptosis, hypoactivity, or excitation.[70]

Acute, life-threatening toxicity has not been observed with gabapentin overdoses of up to 49 g.  Symptoms of the overdoses included dizziness, double vision, slurred speech, drowsiness, lethargy and mild diarrhea.  All patients recovered fully with supportive care.  Reduced absorption of gabapentin at higher doses may limit drug absorption at the time of overdosing and, hence, minimize toxicity from overdoses.

Although gabapentin can be removed by hemodialysis, based on prior experience it is usually not required.  However, in patients with severe renal impairment, hemodialysis may be indicated.

## DOSAGE AND ADMINISTRATION

Gabapentin is given orally with or without food.[13,71]

## Epilepsy:

*Adults and Pediatric Patients over 12 years of age:*

In clinical trials, the effective dosing range was 900 to 3600 mg/day.[22]  Therapy may be initiated by administering 300 mg three times a day (TID) on Day 1, or by titrating the dose as described

Pfizer  MPatel  0073653

Gabapentin April 1999 Core Data Sheet
Page 12

below.[72]  Thereafter, the dose can be increased in three equally divided doses up to a maximum of 3600 mg.  Dosages up to 4800 mg/day have been well tolerated in long-term open-label clinical studies.[23,72]  The maximum time between doses in the three times a day (TID) schedule should not exceed 12 hours.

Dosing Chart

Initial Titration [72]

| DOSE | DAY 1 | DAY 2 | DAY 3 |
|------|-------|-------|-------|
| 900 mg | 300 mg QD | 300 mg BID | 300 mg TID |
| 1200 mg | 400 mg QD | 400 mg BID | 400 mg TID |

Maintenance Dosing

| DOSE | SCHEDULE |
|------|----------|
| 900 mg | 300 mg TID |
| 1200 mg | 400 mg TID |
| 1800 mg | 2 x 300 mg TID or 600 mg TID |
| 2400 mg | 2 x 400 mg TID or 800 mg TID |
| 3600 mg | 3 x 400 mg TID |

*Pediatric Patients Age 3-12 years:*
The effective dose of gabapentin is 25 to 35 mg/kg/day given in divided doses (3 times a day). Titration to an effective dose can take place over 3 days by giving 10 mg/kg/day on Day 1, 20 mg/kg/day on Day 2, and 30 mg/kg/day on Day 3.  Dosages up to 40 to 50 mg/kg/day have been well tolerated in a long-term clinical study.

It is not necessary to monitor gabapentin plasma concentrations to optimize gabapentin therapy.[22] Further, gabapentin may be used in combination with other antiepileptic drugs without concern for alteration of the plasma concentrations of gabapentin or serum concentrations of other antiepileptic drugs.[39-42]

If gabapentin is discontinued and/or an alternate anticonvulsant medication is added to the therapy, this should be done gradually over a minimum of one week.

**Neuropathic Pain in Adults:**

The starting dose is 900 mg/day given as three daily divided doses, and titrated if necessary, based on response, up to a maximum dose of 3600 mg/day.[36,37]

**Dosage Adjustment in Impaired Renal function for Patients with Neuropathic Pain or Epilepsy:**

Dosage adjustment is recommended in patients with compromised renal function or those undergoing hemodialysis.[31,32]  (See TABLE 4.)

TABLE 4.    Dosage of Gabapentin in Adults Based on Renal Function[13]

| Renal Function Creatinine Clearance (mL/min) | Total Daily Dose[a] mg/day | | | | |
|---|---|---|---|---|---|
| ≥ 80 | 900 | 1200 | 2400 | 3600 | 4800 |
| 50-79 | 600 | 600 | 1200 | 1800 | 2400 |
| 30-49 | 300 | 300 | 600 | 900 | 1200 |
| 15-29 | 150[b] | 300 | 300 | 600 | 600 |
| <15 | 150[b] | 150[b] | 150[b] | 300 | 300 |

[a] Total daily dose should be administered as a TID regimen.  Doses used to treat patients with normal renal function (creatinine clearance >80 mL/min) range from 900 to 4800 mg/day.  Reduced dosages are for patients with renal impairment (creatinine clearance < 79 mL/min).

[b] To be administered as 300 mg every other day.

Pfizer  MPatel  0073655

**Gabapentin April 1999 Core Data Sheet**
**Page 14**

For patients undergoing hemodialysis who have never received gabapentin, a loading dose of 300 to 400 mg is recommended, then 200 to 300 mg of gabapentin following each 4 hours of hemodialysis.

**HOW SUPPLIED** [AMEND LOCALLY AS NECESSARY.]

Gabapentin capsules are supplied as follows:

100-mg capsules:

300-mg capsules:

400-mg capsules:

600–mg tablets:

800–mg tablets:

**STORAGE**

Store at controlled room temperature 15 - 30°C (59-86°F).

Pfizer  MPatel  0073656

**Gabapentin April 1999 Core Data Sheet**
**Page 15**

## REFERENCES

1.  Characterization of 3H-gabapentin binding to a novel site in rat brain:  homogenate and autoradiographical studies.  Parke-Davis Clinical Research.  RR 770-00263

2.  The affinity of gabapentin (CI-945, PD 87842) in various receptor binding assays.  Parke-Davis Clinical Research.  RR 740-02866

3.  Effects of ralitoline (CI-946, PD 117818), CI-953 (PD 114946-2), CI-966 (PD 126420-2), zonisamide (CI-912, PD 110483, AD 810), and gabapentin (CI-945, PD 87842) on binding of batrachotoxinin, a 20-alpha-benzoate to rat brain sodium channels *in vitro*.  Parke-Davis Clinical Research.  RR 740-02477

4.  Effects of gabapentin on intracellular voltage responses of cultured spinal cord neurons.  Parke-Davis Clinical Research.  RR 740-02074

5.  The anticonvulsant action of gabapentin involves a selective interaction with the glycine/NMDA receptor complex.  Parke-Davis Clinical Research.  RR 770-00252

6.  Gabapentin inhibits the release of dopamine from rabbit caudate nucleus: comparison to the actions of baclofen and GABA and investigation on the site of action.  Parke-Davis Clinical Research.  RR 4192-00149

7.  Gabapentin attenuates the release of noradrenaline and serotonin but not acetylcholine from brain slices.  Parke-Davis Clinical Research.  RR 4192-00166

8.  Gabapentin (CI-945) increases GABA turnover in several regions of rat brain including substantia nigra.  Parke-Davis Clinical Research.  RR 740-02847

9.  Review of NINCDS data on the anticonvulsant pharmacology of gabapentin (ADD 129018) in rodents.  Parke-Davis Clinical Research.  RR 4188-00548

10. A comparative study of drugs with anticonvulsant activity and of GO 3450 in isoniazid induced seizures.  Parke-Davis Clinical Research.  RR 4188-00270

11. Protection from audiogenic seizures.  Parke-Davis Clinical Research.  RR 4188-00410

12. Efficacy of gabapentin and the standard antiepileptic drugs carbamazepine, phenobarbital, phenytoin, and valproate against reflex epilepsy in the Mongolian gerbil.  Parke-Davis Clinical Research.  RR 4188-00537

13. A single-dose food-effect study of Neurontin (gabapentin) 400 mg market -image supro capsules in healthy volunteers: (Protocol 945-073).  RR 744-00131

14. A clinical pharmacokinetic study of gabapentin (CI-945) in healthy volunteers at three different doses: (Protocol CT 877-070).  Parke-Davis Clinical Research.  RR 4192-00254

Pfizer_MPatel_0073657