15. A single-dose bioavailability study of gabapentin (CI-945) 100 mg and 400 mg market-image supro capsules relative to 200 mg capsules used in clinical trials and to a 400 mg solution: (Protocol 945-054-0). Parke-Davis Clinical Research.  RR 764-01490

16. A single-dose bioequivalence study of gabapentin (CI-945) in healthy subjects comparing 300 mg market-image supro capsules to 300 mg clinical trial capsules: (Protocol 945-055-0). Parke-Davis Clinical Research.  RR 764-01526

17. Effect of food on the bioavailability of gabapentin (CI-945) capsules in healthy subjects: (Protocol CT 877-073). Parke-Davis Clinical Research.  RR 4192-00331

18. Absolute and relative bioavailability of gabapentin (CI-945) 300 mg capsules and solution in healthy subjects, and a comparison of plasma and saliva concentrations after administration of a single 150 mg IV gabapentin dose: (Protocol 877-072). Parke-Davis Clinical Research.  RR 4192-00255

19. A single-dose bioavailability study of Neurontin (gabapentin) 100 mg and 400 mg supro market-image capsules manufactured in Puerto Rico relative to 400 mg market-image supro capsules manufactured in Freiburg: (Protocol 945-068-0). Parke-Davis Clinical Research.  RR 744-00035

20. Single- and multiple-dose pharmacokinetics of gabapentin (CI-945) in healthy subjects: (Protocol 945-12-0). Parke-Davis Clinical Research.  RR 744-00021

21. Pharmacokinetics of gabapentin (CI-945) following multiple oral dose administration of 300 mg capsules to eight healthy subjects: (Protocol CT 877-074). Parke-Davis Clinical Research. RR 4192-00336

22. Integrated summary of effectiveness data of gabapentin capsules. Parke-Davis Clinical Research.  RR 720-02845

23. Integrated summary of safety information of gabapentin capsules. Parke-Davis Clinical Research.  RR 720-02957

24. Protein binding of CI-945 (gabapentin) in human, monkey, and rat plasma. Parke-Davis Clinical Research.  RR 4192-00423

25. Gabapentin (CI-945) cerebrospinal fluid and corresponding plasma concentrations in a safety and efficacy study with gabapentin as add-on therapy in the treatment of partial seizures (Protocol 945-9-01 and 945-9-02). Parke-Davis Clinical Research.  RR Memo 4192-00409

26. Gabapentin (CI-945) cerebrospinal fluid and plasma concentrations in a safety and efficacy study with gabapentin as add-on therapy in the treatment of partial seizures (Protocol 945-10-01 and 945-10-02). Parke-Davis Clinical Research.  RR Memo 4192-00418

27. Single-dose pharmacokinetics of gabapentin (CI-945) in subjects with various degrees of renal function. Parke-Davis Clinical Research.  RR 4444-00006

28. Pharmacokinetics and metabolism of gabapentin (CI-945) in man following single oral doses of 200 mg 14C-gabapentin: (Protocol 104-005).  Parke-Davis Clinical Research.  RR 4192-00156

29. A double-blind comparative study of the effects of chronic administration of gabapentin (CI-945) and phenytoin on antipyrine clearance in 12 healthy male subjects (Protocol 945-3-0).  Parke-Davis Clinical Research.  RR 744-00045

30. A study to evaluate the effect of subject age on the single dose pharmacokinetics of orally administered gabapentin (CI-945).  Parke-Davis Clinical Research.  RR 764-01557

31. A single-dose pharmacokinetic study of gabapentin (CI-945) in subjects with various degrees of renal function (Protocol 945-062-0).  Parke-Davis Clinical Research.  RR 744-00048

32. A single-dose pharmacokinetic study of gabapentin (CI-945) in subjects with various degrees of renal function (Protocol 945-064-0).  Parke-Davis Clinical Research.  RR 744-00050

33. A single-dose pharmacokinetic study of gabapentin (CI-945) in subjects on chronic hemodialysis:  (Protocol 945-063-0).  Parke-Davis Clinical Research.  RR 744-00038

34. A Single-Dose Study of gabapentin (CI-945) Pharmacokinetics in Healthy Pediatric Patients.  Parke-Davis Clinical Research.  RR 744-00377

35. A 12-Week, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study of Gabapentin as Add-On Therapy in Children With Refractory Partial Seizures.  Parke-Davis Clinical Research.  RR 720-03891

36. A Double-Blind Placebo-Controlled Trial of Gabapentin for Treatment of Painful Diabetic Peripheral Neuropathy.  Parke-Davis Clinical Research.  RR 720-03908

37. Double-Blind, Randomized, Placebo-Controlled, Parallel Groups, Multi-Center Trial to Determine the Efficacy and Safety of Gabapentin in Subjects with Peripheral Neuropathy (Post-Herpetic Neuralgia).  Parke-Davis Clinical Research.  RR 995-00070.

38. Leiderman D, Garofalo E, LaMoreaux L.  Gabapentin patients with absence seizures: two double-blind, placebo controlled studies. Epilepsia 1993; 34(6):45.

39. Single- and multiple-dose pharmacokinetics of gabapentin (CI-945) in healthy subjects maintained on phenobarbital: (Protocol 945-7-0).  Parke-Davis Clinical Research.  RR 764-01572

40. Single- and multiple-dose pharmacokinetics of gabapentin (CI-945) in epileptic patients maintained on a constant phenytoin dose regimen: (Protocol 945-01).  Parke-Davis Clinical Research.  RR 764-01532

41. A study of potential interaction between valproic acid and gabapentin (CI-945) in epileptic patients maintained on valproic acid: (Protocol 945-44-0). Parke-Davis Clinical Research. RR 764-01443

42. A single- and multiple-dose drug interaction study of gabapentin (CI-945) in patients with epilepsy maintained on carbamazepine: (Protocol 945-45-0). Parke-Davis Clinical Research. RR 744-00004

43. A multiple-dose, dose proportionality study in healthy subjects receiving 100, 200, and 400 mg gabapentin (CI-945) doses every eight hours for 6 days: (Protocol 945-17). Parke-Davis Clinical Research. RR 4192-00363

44. A study to determine the effect of gabapentin (CI-945) on the pharmacokinetics of an oral contraceptive agent (Norlestrin 21 2.5/50) (Protocol 945-59). Parke-Davis Clinical Research. RR 744-00043

45. Drug interaction study of the effect of an antacid (Maalox TC) on the single-dose pharmacokinetics of orally administered gabapentin (CI-945) capsules in healthy subjects: (Protocol 945-047-0). Parke-Davis Clinical Research. RR 744-00012

46. Potential effect of a 1000-mg single dose of probenecid on the single-dose pharmacokinetics of 200-mg gabapentin capsules in healthy subjects: (Protocol 945-048-0). Parke-Davis Clinical Research. RR 4192-00420

47. A study to determine the effect of cimetidine on the single-dose pharmacokinetics of gabapentin (CI-945): (Protocol 945-058-0). Parke-Davis Clinical Research. RR 764-01570

48. One-hundred-four-week carcinogenicity study of CI-945 in male and female Wistar rats. Parke-Davis Clinical Research. RR 745-01599

49. CI-945 tumor bioassay in rats-interim report of pancreas findings. Parke-Davis Clinical Research. RR Memo 745-01662

50. NTP review of male rat pancreas from carcinogenesis bioassay with CI-945 (gabapentin). Parke-Davis Clinical Research. RR Memo 745-01719

51. One hundred and four week dietary carcinogenicity study of gabapentin (CI-945) in mice. Parke-Davis Clinical Research. RR 250-01600

52. Mutagenicity evaluation of GO 9027 (= GO 3450) in the bone marrow cells of Chinese hamsters by chromosome-metaphase analysis. Parke-Davis Clinical Research. RR 4188-00323

53. *In vitro* mutation assay of CI-945 in V79 Chinese hamster lung cells. Parke-Davis Clinical Research. RR 745-01460

54. *In vitro* chromosomal aberration assay of CI-945 in V79 Chinese hamster lung cells. Parke-Davis Clinical Research. RR 745-01515

Pfizer  MPatel  0073660

55. Mutagenicity study with GO 9027 (= GO 3450) in the bone marrow cells of Chinese hamsters by chromosome-metaphase analysis.  Parke-Davis Clinical Research.  RR 4188-00330

56. Micronucleus-test in the bone marrow of Chinese hamsters test.  Parke-Davis Clinical Research.  RR 4188-00314

57. Fertility and general reproduction study in male and female rats with CI-945.  Parke-Davis Clinical Research.  RR 745-01353

58. Exploratory dose-range finding study in pregnant mice with CI-945.  Parke-Davis Clinical Research.  RR 745-01061

59. Teratology study in mice with CI-945.  Parke-Davis Clinical Research.  RR 745-01109

60. Influence of GOE 3450, Batch No. 65499, on the pregnant rat, the embryo and the fetus by oral administration.  Parke-Davis Clinical Research.  RR 4188-00485

61. Influence of GOE 3450 on the pregnant rabbit, the embryo and the fetus by oral administration.  Parke-Davis Clinical Research.  RR 4188-00483

62. Critical assessment of the teratogenic potential of CI-945 (gabapentin) in rats and rabbits, studies 9300 and 9301.  Parke-Davis Clinical Research.  RR 745-01455

63. Perinatal - postnatal study in rats with CI-945 (gabapentin).  Parke-Davis Clinical Research.  RR 745-01355

64. A single dose study of Neurontin pharmacokinetics in healthy lactating women and evaluation of gabapentin concentrations in breast milk.  Parke-Davis Clinical Research.  RR 744-00309

65. Gabapentin fourth safety update.  Parke-Davis Clinical Research.  RR REG 720-03334

66. Gabapentin 4 month safety update.  Parke-Davis Clinical Research.  RR REG 720-03079

67. Gabapentin second safety update.  Parke-Davis Clinical Research.  RR REG 720-03132

68. A Double-Blind, Dose-Controlled, Multicenter Study Comparing Three Doses of Gabapentin (CI-945-Neurontin®) and Open-Label Carbamazepine in Patients with Newly-Diagnosed Epilepsy: Titration and Evaluation Phases.  Parke-Davis Clinical Research RR 720-03779.

69. Combined Safety Data from two Double-Blind, Dose-Controlled, Multicenter Studies Comparing Tree Doses of Gabapentin (CI-945, Neurontin®) and Open-Label Carbamazepine in Patients with Newly-Diagnosed Epilepsy: Titration and Evaluation Phases. Parke-Davis Clinical Research  RR-720-03847

Pfizer  MPatel  0073661

**Gabapentin April 1999 Core Data Sheet**
**Page 20**

70. Determination of the acute toxicity of GO 3450 in mice and rats after intragastric,
    subcutaneous and intravenous administration.  Parke-Davis Clinical Research.  RR 4188-00276

71. Summary of clinical pharmacology data.  Clinical Pharmacy Summary.  Parke-Davis Clinical
    Research.  RR 724-00139

72. A multicenter, randomized, double-blind, comparative study of gabapentin (CI-945)
    administered as an initial dosage of 900 mg/day versus a dosage titrated to 900 mg/day over
    three days.  Parke-Davis Medical Research.  RR 995-00059

Pfizer  MPatel  0073662

# Appendix 1B

# Core Data Sheet
# for
## Gabapentin (CI-0945)

## February 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return.

Pfizer  MPatel  0073663

Gabapentin February 2000 Core Data Sheet
Page 1

CORE PRODUCT LABELING

**GENERIC NAME**
Gabapentin
(capsules, tablets)

**TRADE NAME**
Neurontin, Normatol, Equipax, Gabapentin PD

**DESCRIPTION**

[AMEND LOCALLY AS NECESSARY]

Gabapentin is supplied in capsules containing 100 mg, 300 mg, and 400 mg of active drug

substance for oral administration.  Each capsule also contains lactose, cornstarch, and talc.

Gabapentin is also supplied as 600 and 800 mg tablets.

Gabapentin is described as 1-(aminomethyl)cyclohexaneacetic acid with an empirical formula of

$C_9H_{17}NO_2$ and a molecular weight of 171.24.  The molecular structure of gabapentin is:



Gabapentin is a white to off-white crystalline solid.  It is freely soluble in water and both basic and

acidic aqueous solutions.

**CLINICAL PHARMACOLOGY**

Mechanism of Action

Gabapentin is structurally related to the neurotransmitter GABA (gamma-aminobutyric acid) but its

mechanism of action is different from that of several other drugs that interact with GABA synapses

including valproate, barbiturates, benzodiazepines, GABA transaminase inhibitors, GABA uptake

inhibitors, GABA agonists, and GABA prodrugs.  *In vitro* studies with radiolabeled gabapentin

have characterized a novel peptide binding site in rat brain tissues including neocortex and

hippocampus that may relate to anticonvulsant activity of gabapentin and its structural derivatives.[1]

However, the identification and function of the gabapentin binding site remains to be elucidated.

Pfizer  MPatel  0073664

Gabapentin February 2000 Core Data Sheet
Page 2

Gabapentin at relevant clinical concentrations does not bind to other common drug or neurotransmitter receptors of the brain including $GABA_A$, $GABA_B$, benzodiazepine, glutamate, glycine or N-methyl-d-aspartate receptors[2]

Pharmacokinetics and Metabolism

Gabapentin does not interact with sodium channels *in vitro* and so differs from phenytoin and carbamazepine.[3,4] Gabapentin partially reduces responses to the glutamate agonist N-methyl-D-aspartate (NMDA) in some test systems *in vitro*, but only at concentrations greater than 100 μM, which are not achieved *in vivo*.[5] Gabapentin slightly reduces the release of monoamine neurotransmitters *in vitro*.[6,7] Gabapentin administration to rats increases GABA turnover in several brain regions in a manner similar to valproate sodium, although in different regions of brain.[8] The relevance of these various actions of gabapentin to the anticonvulsant effects remains to be established. In animals, gabapentin readily enters the brain and prevents seizures from maximal electroshock, from chemical convulsants including inhibitors of GABA synthesis, and in genetic models of seizures.[9,10,11,12]

Gabapentin bioavailability is not dose-proportional. That is, as the dose is increased, bioavailability decreases. Following oral administration, peak plasma gabapentin concentrations are observed within 2 to 3 hours. Absolute bioavailability of gabapentin capsules is approximately 60%. Food, including a high-fat diet, has no effect on gabapentin pharmacokinetics.[13]

Gabapentin elimination from plasma is best described by linear pharmacokinetics. The elimination half-life of gabapentin is independent of dose and averages 5 to 7 hours.[14,15,16,17,18,19] Gabapentin pharmacokinetics are not affected by repeated administration, and steady state plasma concentrations are predictable from single dose data.[20,21] Although plasma gabapentin concentrations were generally between 2 μg/mL and 20 μg/mL in clinical studies, such concentrations were not predictive of safety or efficacy.[22,23] Plasma gabapentin concentrations are dose proportional at doses of 300 or 400 mg given every 8 hours. Pharmacokinetic parameters are given in Table 1.[20, 21]

Pfizer_MPatel_0073665

Gabapentin February 2000 Core Data Sheet
Page 3

TABLE 1.    Summary of Gabapentin Mean (%RSD) Steady-State Pharmacokinetic Parameters
            Following Q8H Administration

| Pharmacokinetic Parameter | 300 mg (N = 7) | | 400 mg (N = 11) | |
|---|---|---|---|---|
| $C_{max}$ µg/mL) | 4.02 | (24) | 5.50 | (21) |
| $t_{max}$ (hr) | 2.7 | (18) | 2.1 | (47) |
| t1/2 (hr) | 5.2 | (12) | 6.1 | ND |
| AUC (0–∞) µg•hr/mL) | 24.8 | (24) | 33.3 | (20) |
| Ae% (%) | NA | NA | 63.6 | (14) |

ND = Not determined
NA = Not available

Gabapentin is not bound to plasma proteins and has a volume of distribution equal to 57.7 liters.[24] In patients with epilepsy, gabapentin concentrations in CSF are approximately 20% of corresponding steady-state trough plasma concentrations.[25,26]  Gabapentin is eliminated solely by renal excretion[18]  There is no evidence of metabolism in man.  Gabapentin does not induce hepatic mixed function oxidase enzymes responsible for drug metabolism.

In elderly patients, and in patients with impaired renal function, gabapentin plasma clearance is reduced.  Gabapentin elimination-rate constant, plasma clearance, and renal clearance are directly proportional to creatinine clearance.[27,28,29,30,31,32]

Gabapentin is removed from plasma by hemodialysis.[33]  Dosage adjustment in patients with compromised renal function or undergoing hemodialysis is recommended.  (See DOSAGE AND ADMINISTRATION, Table 3.)

Gabapentin pharmacokinetics in children were determined in 24 healthy subjects between the ages of 4 and 12 years.  In general, plasma gabapentin concentrations in children are similar to those in adults.[34]


**INDICATIONS AND USAGE**

**Epilepsy:**

Gabapentin is indicated as monotherapy in the treatment of partial seizures with and without secondary generalization in adults and children over 12 years of age.[22,68,69]

Gabapentin is indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults and children age 3 years and above.[35]

Pfizer  MPatel  0073666

Gabapentin February 2000 Core Data Sheet
Page 4

**Neuropathic Pain:**

Gabapentin is indicated for the treatment of neuropathic pain in adults age 18 years and above.[36,37]

**CONTRAINDICATIONS**

Gabapentin is contraindicated in patients who are hypersensitive to gabapentin or the product's components.

**WARNINGS**

(See PRECAUTIONS.)

**PRECAUTIONS**

General

Although there is no evidence of rebound seizures with gabapentin, abrupt withdrawal of anticonvulsants in epileptic patients may precipitate status epilepticus.  When in the judgement of the clinician there is a need for dose reduction, discontinuation, or substitution of alternative anticonvulsant medication, this should be done gradually over a minimum of one week.

Gabapentin is not generally considered effective in the treatment of absence seizures.[38]

Information for Patients

To assure safe and effective use of gabapentin, the following information and instructions should be given to patients:

1.    Inform your physician about any prescription or nonprescription medications, alcohol, or drugs you are now taking or plan to take during your treatment with gabapentin.

2.    You should inform your physician if you are pregnant, or if you are planning to become pregnant, or if you become pregnant while you are taking gabapentin.

3.    Gabapentin is excreted in human milk, and the effect on the nursing infant is unknown. You should inform your physician if you are breast feeding an infant. (See Usage in Nursing Mothers.)

4.    Until you experience how this medication affects you, do not drive a car or operate potentially dangerous machinery.

Pfizer  MPatel  0073667

Gabapentin February 2000 Core Data Sheet
Page 5

5.      You should not allow more than 12 hours between gabapentin doses.

<u>Laboratory Tests</u>

False positive readings were reported with the Ames N-Multistix SG® dipstick test when gabapentin was added to other anticonvulsant drugs.[23]  To determine urinary protein, the more specific sulfosalicylic acid precipitation procedure is recommended.

<u>Drug Interactions</u>

No interaction between gabapentin and phenobarbital, phenytoin, valproic acid, or carbamazepine has been observed. [39,40,41,42,43]  Gabapentin steady-state pharmacokinetics are similar for healthy subjects and patients with epilepsy receiving these antiepileptic agents.[25,26]

Coadministration of gabapentin with oral contraceptives containing norethindrone and/or ethinyl estradiol, does not influence the steady-state pharmacokinetics of either component.[44]

Coadministration of gabapentin with antacids containing aluminum and magnesium, reduces gabapentin bioavailability by about 20%.[45]  It is recommended that gabapentin be taken about two hours following antacid administration.

Renal excretion of gabapentin is unaltered by probenecid.[46]

A slight decrease in renal excretion of gabapentin observed when it is coadministered with cimetidine is not expected to be of clinical importance.[47]

<u>Carcinogenesis, Mutagenesis, Impairment of Fertility</u>

Gabapentin was given in the diet to mice at 200, 600, and 2000 mg/kg/day and to rats at 250, 1000, and 2000 mg/kg/day for two years.[48,49,50,51]  A statistically significant increase in the incidence of pancreatic acinar cell tumors was found only in male rats at the highest dose.  Peak plasma drug concentrations in rats at 2000 mg/kg/day are 10 times higher than plasma concentrations in humans given 3600 mg/day.  The pancreatic acinar cell tumors in male rats are low grade malignancies, did not affect survival, did not metastasize or invade surrounding tissue, and were similar to those seen in concurrent controls.  The relevance of these pancreatic acinar cell tumors in male rats to carcinogenic risk in humans is unclear.

Pfizer_MPatel_0073668

Gabapentin February 2000 Core Data Sheet
Page 6

Gabapentin demonstrated no genotoxic potential. It was not mutagenic *in vitro* in standard assays using bacterial or mammalian cells.[52,53] Gabapentin did not induce structural chromosome aberrations in mammalian cells *in vitro* or *in vivo*, and did not induce micronucleus formation in the bone marrow of hamsters.[54,55,56]

No adverse effects on fertility or reproduction were observed in rats at doses up to 2000 mg/kg (approximately five times the maximum daily human dose on a mg/m$^2$ basis).[57]

<u>Usage in Pregnancy</u>[58,59,60,61,62,63]

Gabapentin did not increase the incidence of malformations, compared to controls, in the offspring of mice, rats, or rabbits at doses up to 50, 30 and 25 times respectively, the daily human dose of 3600 mg, (four, five or eight times, respectively, the human daily dose of a mg/m$^2$ basis). There are, however, no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if the potential benefit to the patient justifies the potential risk to the fetus. Gabapentin induced delayed ossification in the skull, vertebrae, forelimbs, and hindlimbs in rodents, indicative of fetal growth retardation. These effects occurred when pregnant mice received oral doses of 1000 or 3000 mg/kg/day during organogenesis and in rats given 500, 1000, or 2000 mg/kg prior to and during mating and throughout gestation. These doses are approximately 1 to 5 times the human dose of 3600 mg on a mg/m$^2$ basis.

No effects were observed in pregnant mice given 500 mg/kg/day (approximately 1/2 of the daily human dose on a mg/m$^2$ basis).

An increased incidence of hydroureter and/or hydronephrosis was observed in rats given 2000 mg/kg/day in a fertility and general reproduction study, 1500 mg/kg/day in a teratology study, and 500, 1000, and 2000 mg/kg/day in a perinatal and postnatal study. The significance of these findings is unknown, but they have been associated with delayed development. These doses are also approximately 1 to 5 times the human dose of 3600 mg on a mg/m$^2$ basis.

In a teratology study in rabbits, an increased incidence of postimplanation fetal loss, occurred in doses given 60, 300, and 1500 mg/kg/day during organogenesis. These doses are approximately 1/4 to 8 times the daily human dose of 3600 mg on a mg/m$^2$ basis.

<u>Usage in Nursing Mothers</u>

Pfizer_MPatel_0073669

**Gabapentin February 2000 Core Data Sheet**
**Page 7**

Gabapentin is excreted in human milk.  Because the effect on the nursing infant is unknown, caution should be exercised when gabapentin is administered to a nursing mother.[64]   Gabapentin should be used in nursing mothers only if the benefits clearly outweigh the risks.

Pediatric Use

*Epilepsy:*  Safety and effectiveness for adjunctive therapy in  pediatric patients below the age of 3 years have not been established.  Safety and effectiveness for monotherapy in children below the age of 12 years have not been established. (See DOSAGE AND ADMINISTRATION)

*Neuropathic pain:*  Safety and effectiveness in patients below the age of 18 years have not been established.

Geriatric Use

Fifty-nine individuals 65 years of age or older received gabapentin in premarketing clinical trials. Side effects reported among these patients did not differ in kind from those reported in younger individuals. For patients with compromised renal function, the dosage should be adjusted.  (See DOSAGE and ADMINISTRATION.)

**ADVERSE REACTIONS**

Gabapentin has been evaluated for safety in more than 2000 subjects and patients in adjunctive therapy studies and was well tolerated.[65] Of these, 543 patients participated in controlled clinical trials.[66]   Since gabapentin was most often administered in combination with other antiepileptic agents, it was not possible to determine which agent(s), if any, was associated with adverse events.

Gabapentin has also been evaluated as monotherapy in more than 600 patients.  Adverse events were usually mild to moderate in intensity.

Incidence in Controlled Adjunctive Therapy Clinical Trials:

The following table lists treatment-emergent signs and symptoms that occurred in at least 1% of patients with partial seizures participating in controlled adjunctive therapy studies comparing gabapentin with placebo.[67]  In these studies, either gabapentin or placebo was added to the patient's current antiepileptic drug therapy. Adverse events were usually reported as mild to moderate.

Pfizer  MPatel  0073670

**Gabapentin February 2000 Core Data Sheet**

**Page 8**

TABLE 2.    Summary of Treatment-Emergent Signs and Symptoms in $\geq$1% of
Gabapentin-Treated Patients in Adjunctive Therapy Placebo-Controlled Studies
Number (Percent) of Patients

| Adverse Event[a] (AE) | Gabapentin[b]<br>N = 543 | Placebo[b]<br>N = 378 |
|---|---|---|
| Somnolence | 105 (19.3) | 33 (8.7) |
| Dizziness | 93 (17.1) | 26 (6.9) |
| Ataxia | 68 (12.5) | 21 (5.6) |
| Fatigue | 60 (11.0) | 19 (5.0) |
| Nystagmus | 45 (8.3) | 15 (4.0) |
| Headache | 44 (8.1) | 34 (9.0) |
| Tremor | 37 (6.8) | 12 (3.2) |
| Nausea and/or vomiting | 33 (6.1) | 27 (7.1) |
| Diplopia | 32 (5.9) | 7 (1.9) |
| Amblyopia[c] | 23 (4.2) | 4 (1.1) |
| Rhinitis | 22 (4.1) | 14 (3.7) |
| Weight Increase | 16 (2.9) | 6 (1.6) |
| Pharyngitis | 15 (2.8) | 6 (1.6) |
| Dysarthria | 13 (2.4) | 2 (0.5) |
| Nervousness | 13 (2.4) | 7 (1.9) |
| Dyspepsia | 12 (2.2) | 2 (0.5) |
| Amnesia | 12 (2.2) | 0 (0.0) |
| Myalgia | 11 (2.0) | 7 (1.9) |
| Coughing | 10 (1.8) | 5 (1.3) |
| Abdominal Pain | 10 (1.8) | 9 (2.4) |
| Back Pain | 10 (1.8) | 2 (0.5) |
| Depression | 10 (1.8) | 7 (1.8) |
| Thinking Abnormal | 9 (1.7) | 5 (1.3) |
| Mouth or Throat Dry | 9 (1.7) | 2 (0.5) |
| Peripheral Edema | 9 (1.7) | 2 (0.5) |
| Confusion | 9 (1.7) | 7 (1.9) |
| Constipation | 8 (1.5) | 3 (0.8) |
| Impotence | 8 (1.5) | 4 (1.1) |
| Dental Abnormalities | 8 (1.5) | 1 (0.3) |
| Rash | 8 (1.5) | 6 (1.6) |
| Diarrhea | 7 (1.3) | 8 (2.1) |
| Viral Infection | 7 (1.3) | 8 (2.1) |
| Fever | 7 (1.3) | 5 (1.3) |
| Twitching | 7 (1.3) | 2 (0.5) |
| Abrasion | 7 (1.3) | 0 (0.0) |
| Pruritus | 7 (1.3) | 2 (0.5) |
| Increased Appetite | 6 (1.1) | 3 (0.8) |
| WBC Decreased | 6 (1.1) | 2 (0.5) |
| Insomnia | 6 (1.1) | 7 (1.9) |
| Acne | 6 (1.1) | 5 (1.3) |
| Fracture | 6 (1.1) | 3 (0.8) |
| Vasodilatation | 6 (1.1) | 1 (0.3) |
| Leukopenia | 6 (1.1) | 2 (0.5) |
| Coordination Abnormal | 6 (1.1) | 1 (0.3) |
| Emotional Lability | 6 (1.1) | 5 (1.3) |

[a] COSTART preferred term
[b] Plus background antiepileptic drug therapy
[c] Blurred vision

Other Adverse Events Observed During All Clinical Trials:[65]

*Adjunctive Therapy*

Those events that occurred in at least 1% of the study participants with epilepsy who received

gabapentin as adjunctive therapy in any clinical study and that are not described in the previous

**Gabapentin February 2000 Core Data Sheet**
**Page 9**

section as frequently occurring treatment-emergent signs and symptoms during placebo-controlled studies are summarized below.

<u>Body as A Whole</u>: asthenia, malaise, facial edema

<u>Cardiovascular System</u>: hypertension

<u>Digestive System</u>: flatulence, anorexia, gingivitis

<u>Hemic, Lymphatic Systems</u>: purpura most often described as bruises resulting from physical trauma

<u>Musculoskeletal System</u>: arthralgia

<u>Nervous System</u>: vertigo, hyperkinesia, increased, decreased or absent reflexes, paresthesia, anxiety, hostility

<u>Respiratory System</u>: pneumonia

<u>Urogenital System</u>: urinary tract infection

<u>Special Senses</u>: abnormal vision most often described as a visual disturbance

*Monotherapy* [68,69]

No new and unexpected adverse events were reported during the clinical trials for monotherapy.  Dizziness, ataxia, somnolence, paresthesia, and nystagmus showed a dose relationship when comparing 300 with 3600 mg/day.

*Pediatric* [34,35]

The most commonly observed adverse events reported with the use of gabapentin in combination with other antiepileptic drugs in children 3 to 12 years of age, not seen in equal frequency among placebo-treated patients, were viral infection, fever, nausea and/or vomiting, and somnolence.

Pfizer  MPatel  0073672

Gabapentin February 2000 Core Data Sheet
Page 10

TABLE 3.   Treatment Emergent Adverse Event Incidence in Children Age 3 to 12 years in
Controlled Add-On Trials (Events in at least 2% of Gabapentin patients and
numerically more frequent than in the placebo group)

| Body System/Adverse Event | Gabapentin[a] N=119 % | Placebo[a] N=128 % |
|---|---|---|
| Body as a Whole | | |
| Viral Infection | 10.9 | 3.1 |
| Fever | 10.1 | 3.1 |
| Weight Increase | 3.4 | 0.8 |
| Fatigue | 3.4 | 1.6 |
| | | |
| Digestive | | |
| Nausea and/or Vomiting | 8.4 | 7.0 |
| | | |
| Nervous System | | |
| Somnolence | 8.4 | 4.7 |
| Hostility | 7.6 | 2.3 |
| Emotional Lability | 4.2 | 1.6 |
| Dizziness | 2.5 | 1.6 |
| Hyperkinesia | 2.5 | 0.8 |
| | | |
| Respiratory System | | |
| Bronchitis | 3.4 | 0.8 |
| Respiratory Infection | 2.5 | 0.8 |

[a]   Plus existing antiepileptic drug therapy

Other events in more than 2% of children that occurred equally or more frequent in the
placebo group included: pharyngitis, upper respiratory infection, headache, rhinitis,
convulsions, diarrhea, anorexia, coughing, and otitis media.

Withdrawal from Treatment Due to Adverse Events:

*Adjunctive Therapy*

Approximately 7% of the more than 2000 healthy volunteers and patients with epilepsy, spasticity,
or migraine who received gabapentin in clinical studies withdrew due to adverse events.[65]
In all clinical studies, the most frequently occurring events that contributed to discontinuation of
gabapentin included somnolence, ataxia, dizziness, fatigue, nausea and/or vomiting.  Almost all
participants had multiple complaints, none of which could be characterized as primary.

Pfizer  MPatel  0073673

Gabapentin February 2000 Core Data Sheet
Page 11

_Monotherapy_ [68,69]

Approximately 8% of the 659 patients who received gabapentin as monotherapy or conversion to monotherapy in premarketing trials discontinued treatment because of an adverse event.  The adverse events most commonly associated with withdrawal were dizziness, nervousness, weight gain, nausea and/or vomiting, and somnolence.

_Pediatric_[34,35]

Approximately 8% of the 292 children age 3 to 12 years who received gabapentin in clinical trials discontinued treatment because of an adverse event.  The adverse events most commonly associated with withdrawal in children were somnolence, hyperkinesia, and hostility.

Post-marketing Experience:

Sudden, unexplained deaths have been reported where a causal relationship to treatment with gabapentin has not been established.  Additional post-marketing adverse events reported include urinary incontinence, pancreatitis, erythema multiforme, Stevens-Johnson syndrome, blood glucose fluctuations in patients with diabetes and elevated liver function tests (LFTs).

**OVERDOSAGE**

An oral lethal dose of gabapentin was not identified in mice and rats given doses as high as 8000 mg/kg.  Signs of acute toxicity in animals included ataxia, labored breathing, ptosis, hypoactivity, or excitation.[70]

Acute, life-threatening toxicity has not been observed with gabapentin overdoses of up to 49 g. Symptoms of the overdoses included dizziness, double vision, slurred speech, drowsiness, lethargy and mild diarrhea.  All patients recovered fully with supportive care.  Reduced absorption of gabapentin at higher doses may limit drug absorption at the time of overdosing and, hence, minimize toxicity from overdoses.

Although gabapentin can be removed by hemodialysis, based on prior experience it is usually not required.  However, in patients with severe renal impairment, hemodialysis may be indicated.

**DOSAGE AND ADMINISTRATION**

Gabapentin is given orally with or without food.[13,71]

**Epilepsy:**

Pfizer  MPatel  0073674

Gabapentin February 2000 Core Data Sheet
Page 12

_Adults and Pediatric Patients over 12 years of age:_

In clinical trials, the effective dosing range was 900 to 3600 mg/day[22]  Therapy may be initiated by administering 300 mg three times a day (TID) on Day 1, or by titrating the dose as described below.[72]  Thereafter, the dose can be increased in three equally divided doses up to a maximum of 3600 mg.  Dosages up to 4800 mg/day have been well tolerated in long-term open-label clinical studies.[23,72] The maximum time between doses in the three times a day (TID) schedule should not exceed 12 hours.

Dosing Chart

Initial Titration [72]

| DOSE | DAY 1 | DAY 2 | DAY 3 |
|---|---|---|---|
| 900 mg | 300 mg QD | 300 mg BID | 300 mg TID |
| 1200 mg | 400 mg QD | 400 mg BID | 400 mg TID |

Maintenance Dosing

| DOSE | SCHEDULE |
|---|---|
| 900 mg | 300 mg TID |
| 1200 mg | 400 mg TID |
| 1800 mg | 2 x 300 mg TID or 600 mg TID |
| 2400 mg | 2 x 400 mg TID or 800 mg TID |
| 3600 mg | 3 x 400 mg TID |

_Pediatric Patients Age 3-12 years:_

The effective dose of gabapentin is 25 to 35 mg/kg/day given in divided doses (3 times a day).

Titration to an effective dose can take place over 3 days by giving 10 mg/kg/day on Day 1, 20

Pfizer_MPatel_0073675

**Gabapentin February 2000 Core Data Sheet**
**Page 13**

mg/kg/day on Day 2, and 30 mg/kg/day on Day 3.  Dosages up to 40 to 50 mg/kg/day have been well tolerated in a long-term clinical study.

It is not necessary to monitor gabapentin plasma concentrations to optimize gabapentin therapy.[22] Further, gabapentin may be used in combination with other antiepileptic drugs without concern for alteration of the plasma concentrations of gabapentin or serum concentrations of other antiepileptic drugs.[39,40,41,42]

If gabapentin is discontinued and/or an alternate anticonvulsant medication is added to the therapy, this should be done gradually over a minimum of one week.

**Neuropathic Pain in Adults:**

The starting dose is 900 mg/day given as three daily divided doses, and titrated if necessary, based on response, up to a maximum dose of 3600 mg/day.[36,37]

**Dosage Adjustment in Impaired Renal function for Patients with Neuropathic Pain or Epilepsy:**

Dosage adjustment is recommended in patients with compromised renal function or those undergoing hemodialysis.[31,32]  (See TABLE 4.)

TABLE 4.    Dosage of Gabapentin in Adults Based on Renal Function[73]

| Renal Function Creatinine Clearance (mL/min) | Total Daily Dose[a] mg/day | | | | |
|---|---|---|---|---|---|
| ≥ 80 | 900 | 1200 | 2400 | 3600 | 4800 |
| 50-79 | 600 | 600 | 1200 | 1800 | 2400 |
| 30-49 | 300 | 300 | 600 | 900 | 1200 |
| 15-29 | 150[b] | 300 | 300 | 600 | 600 |
| <15 | 150[b] | 150[b] | 150[b] | 300 | 300 |

[a] Total daily dose should be administered as a TID regimen.  Doses used to treat patients with normal renal function (creatinine clearance >80 mL/min) range from 900 to 4800 mg/day.  Reduced dosages are for patients with renal impairment (creatinine clearance < 79 mL/min).

[b] To be administered as 300 mg every other day.

Pfizer  MPatel  0073676

**Gabapentin February 2000 Core Data Sheet**
**Page 14**

For patients undergoing hemodialysis who have never received gabapentin, a loading dose of 300 to 400 mg is recommended, then 200 to 300 mg of gabapentin following each 4 hours of hemodialysis.

**HOW SUPPLIED** [AMEND LOCALLY AS NECESSARY.]

Gabapentin capsules are supplied as follows:

100-mg capsules:

300-mg capsules:

400-mg capsules:

600–mg tablets:

800–mg tablets:

**STORAGE**

Store at controlled room temperature 15 - 30°C (59-86°F).

Pfizer  MPatel  0073677

**Gabapentin February 2000 Core Data Sheet**
**Page 15**

## REFERENCES

1. Characterization of 3H-gabapentin binding to a novel site in rat brain: homogenate and autoradiographical studies. Parke-Davis Clinical Research. RR 770-00263

2. The affinity of gabapentin (CI-945, PD 87842) in various receptor binding assays. Parke-Davis Clinical Research. RR 740-02866

3. Effects of ralitoline (CI-946, PD 117818), CI-953 (PD 114946-2), CI-966 (PD 126420-2), zonisamide (CI-912, PD 110483, AD 810), and gabapentin (CI-945, PD 87842) on binding of batrachotoxinin, a 20-alpha-benzoate to rat brain sodium channels *in vitro*. Parke-Davis Clinical Research. RR 740-02477

4. Effects of gabapentin on intracellular voltage responses of cultured spinal cord neurons. Parke-Davis Clinical Research. RR 740-02074

5. The anticonvulsant action of gabapentin involves a selective interaction with the glycine/NMDA receptor complex. Parke-Davis Clinical Research. RR 770-00252

6. Gabapentin inhibits the release of dopamine from rabbit caudate nucleus: comparison to the actions of baclofen and GABA and investigation on the site of action. Parke-Davis Clinical Research. RR 4192-00149

7. Gabapentin attenuates the release of noradrenaline and serotonin but not acetylcholine from brain slices. Parke-Davis Clinical Research. RR 4192-00166

8. Gabapentin (CI-945) increases GABA turnover in several regions of rat brain including substantia nigra. Parke-Davis Clinical Research. RR 740-02847

9. Review of NINCDS data on the anticonvulsant pharmacology of gabapentin (ADD 129018) in rodents. Parke-Davis Clinical Research. RR 4188-00548

10. A comparative study of drugs with anticonvulsant activity and of GO 3450 in isoniazid induced seizures. Parke-Davis Clinical Research. RR 4188-00270

11. Protection from audiogenic seizures. Parke-Davis Clinical Research. RR 4188-00410

12. Efficacy of gabapentin and the standard antiepileptic drugs carbamazepine, phenobarbital, phenytoin, and valproate against reflex epilepsy in the Mongolian gerbil. Parke-Davis Clinical Research. RR 4188-00537

13. A single-dose food-effect study of Neurontin (gabapentin) 400 mg market -image supro capsules in healthy volunteers: (Protocol 945-073). RR 744-00131

14. A clinical pharmacokinetic study of gabapentin (CI-945) in healthy volunteers at three different doses: (Protocol CT 877-070). Parke-Davis Clinical Research. RR 4192-00254

Pfizer_MPatel_0073678

Gabapentin February 2000 Core Data Sheet
Page 16

15. A single-dose bioavailability study of gabapentin (CI-945) 100 mg and 400 mg market-image supro capsules relative to 200 mg capsules used in clinical trials and to a 400 mg solution: (Protocol 945-054-0).  Parke-Davis Clinical Research.  RR 764-01490

16. A single-dose bioequivalence study of gabapentin (CI-945) in healthy subjects comparing 300 mg market-image supro capsules to 300 mg clinical trial capsules: (Protocol 945-055-0).  Parke-Davis Clinical Research.  RR 764-01526

17. Effect of food on the bioavailability of gabapentin (CI-945) capsules in healthy subjects: (Protocol CT 877-073).  Parke-Davis Clinical Research.  RR 4192-00331

18. Absolute and relative bioavailability of gabapentin (CI-945) 300 mg capsules and solution in healthy subjects, and a comparison of plasma and saliva concentrations after administration of a single 150 mg IV gabapentin dose: (Protocol 877-072).  Parke-Davis Clinical Research.  RR 4192-00255

19. A single-dose bioavailability study of Neurontin (gabapentin) 100 mg and 400 mg supro market-image capsules manufactured in Puerto Rico relative to 400 mg market-image supro capsules manufactured in Freiburg: (Protocol 945-068-0).  Parke-Davis Clinical Research.  RR 744-00035

20. Single- and multiple-dose pharmacokinetics of gabapentin (CI-945) in healthy subjects: (Protocol 945-12-0).  Parke-Davis Clinical Research.  RR 744-00021

21. Pharmacokinetics of gabapentin (CI-945) following multiple oral dose administration of 300 mg capsules to eight healthy subjects: (Protocol CT 877-074).  Parke-Davis Clinical Research.  RR 4192-00336

22. Integrated summary of effectiveness data of gabapentin capsules.  Parke-Davis Clinical Research.  RR 720-02845

23. Integrated summary of safety information of gabapentin capsules.  Parke-Davis Clinical Research.  RR 720-02957

24. Protein binding of CI-945 (gabapentin) in human, monkey, and rat plasma.  Parke-Davis Clinical Research.  RR 4192-00423

25. Gabapentin (CI-945) cerebrospinal fluid and corresponding plasma concentrations in a safety and efficacy study with gabapentin as add-on therapy in the treatment of partial seizures (Protocol 945-9-01 and 945-9-02).  Parke-Davis Clinical Research.  RR Memo 4192-00409

26. Gabapentin (CI-945) cerebrospinal fluid and plasma concentrations in a safety and efficacy study with gabapentin as add-on therapy in the treatment of partial seizures (Protocol 945-10-01 and 945-10-02).  Parke-Davis Clinical Research.  RR Memo 4192-00418

27. Single-dose pharmacokinetics of gabapentin (CI-945) in subjects with various degrees of renal function.  Parke-Davis Clinical Research.  RR 4444-00006

Pfizer  MPatel  0073679

28. Pharmacokinetics and metabolism of gabapentin (CI-945) in man following single oral doses of 200 mg 14C-gabapentin: (Protocol 104-005).  Parke-Davis Clinical Research.  RR 4192-00156

29. A double-blind comparative study of the effects of chronic administration of gabapentin (CI-945) and phenytoin on antipyrine clearance in 12 healthy male subjects (Protocol 945-3-0).  Parke-Davis Clinical Research.  RR 744-00045

30. A study to evaluate the effect of subject age on the single dose pharmacokinetics of orally administered gabapentin (CI-945).  Parke-Davis Clinical Research.  RR 764-01557

31. A single-dose pharmacokinetic study of gabapentin (CI-945) in subjects with various degrees of renal function (Protocol 945-062-0).  Parke-Davis Clinical Research.  RR 744-00048

32. A single-dose pharmacokinetic study of gabapentin (CI-945) in subjects with various degrees of renal function (Protocol 945-064-0).  Parke-Davis Clinical Research.  RR 744-00050

33. A single-dose pharmacokinetic study of gabapentin (CI-945) in subjects on chronic hemodialysis:  (Protocol 945-063-0).  Parke-Davis Clinical Research.  RR 744-00038

34. A Single-Dose Study of gabapentin (CI-945) Pharmacokinetics in Healthy Pediatric Patients.  Parke-Davis Clinical Research.  RR 744-00377

35. A 12-Week, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study of Gabapentin as Add-On Therapy in Children With Refractory Partial Seizures.  Parke-Davis Clinical Research.  RR 720-03891

36. A Double-Blind Placebo-Controlled Trial of Gabapentin for Treatment of Painful Diabetic Peripheral Neuropathy.  Parke-Davis Clinical Research.  RR 720-03908

37. Double-Blind, Randomized, Placebo-Controlled, Parallel Groups, Multi-Center Trial to Determine the Efficacy and Safety of Gabapentin in Subjects with Peripheral Neuropathy (Post-Herpetic Neuralgia).  Parke-Davis Clinical Research.  RR 995-00070.

38. Leiderman D, Garofalo E, LaMoreaux L.  Gabapentin patients with absence seizures: two double-blind, placebo controlled studies.  Epilepsia 1993; 34(6):45.

39. Single- and multiple-dose pharmacokinetics of gabapentin (CI-945) in healthy subjects maintained on phenobarbital: (Protocol 945-7-0).  Parke-Davis Clinical Research. RR 764-01572

40. Single- and multiple-dose pharmacokinetics of gabapentin (CI-945) in epileptic patients maintained on a constant phenytoin dose regimen: (Protocol 945-01).  Parke-Davis Clinical Research.  RR 764-01532

41. A study of potential interaction between valproic acid and gabapentin (CI-945) in epileptic patients maintained on valproic acid: (Protocol 945-44-0).  Parke-Davis Clinical Research.  RR 764-01443

Gabapentin February 2000 Core Data Sheet
Page 18

42. A single- and multiple-dose drug interaction study of gabapentin (CI-945) in patients with epilepsy maintained on carbamazepine: (Protocol 945-45-0).  Parke-Davis Clinical Research.  RR 744-00004

43. A multiple-dose, dose proportionality study in healthy subjects receiving 100, 200, and 400 mg gabapentin (CI-945) doses every eight hours for 6 days: (Protocol 945-17).  Parke-Davis Clinical Research.  RR 4192-00363

44. A study to determine the effect of gabapentin (CI-945) on the pharmacokinetics of an oral contraceptive agent (Norlestrin 21 2.5/50) (Protocol 945-59)  Parke-Davis Clinical Research.  RR 744-00043

45. Drug interaction study of the effect of an antacid (Maalox TC) on the single-dose pharmacokinetics of orally administered gabapentin (CI-945) capsules in healthy subjects: (Protocol 945-047-0).  Parke-Davis Clinical Research.  RR 744-00012

46. Potential effect of a 1000-mg single dose of probenecid on the single-dose pharmacokinetics of 200-mg gabapentin capsules in healthy subjects: (Protocol 945-048-0).  Parke-Davis Clinical Research.  RR 4192-00420

47. A study to determine the effect of cimetidine on the single-dose pharmacokinetics of gabapentin (CI-945): (Protocol 945-058-0).  Parke-Davis Clinical Research.  RR 764-01570

48. One-hundred-four-week carcinogenicity study of CI-945 in male and female Wistar rats.  Parke-Davis Clinical Research.  RR 745-01599

49. CI-945 tumor bioassay in rats-interim report of pancreas findings.  Parke-Davis Clinical Research.  RR Memo 745-01662

50. NTP review of male rat pancreas from carcinogenesis bioassay with CI-945 (gabapentin).  Parke-Davis Clinical Research.  RR Memo 745-01719

51. One hundred and four week dietary carcinogenicity study of gabapentin (CI-945) in mice.  Parke-Davis Clinical Research.  RR 250-01600

52. Mutagenicity evaluation of GO 9027 (= GO 3450) in the bone marrow cells of Chinese hamsters by chromosome-metaphase analysis.  Parke-Davis Clinical Research.  RR 4188-00323

53. In vitro mutation assay of CI-945 in V79 Chinese hamster lung cells.  Parke-Davis Clinical Research.  RR 745-01460

54. In vitro chromosomal aberration assay of CI-945 in V79 Chinese hamster lung cells.  Parke-Davis Clinical Research.  RR 745-01515

55. Mutagenicity study with GO 9027 (= GO 3450) in the bone marrow cells of Chinese hamsters by chromosome-metaphase analysis.  Parke-Davis Clinical Research.  RR 4188-00330

56. Micronucleus-test in the bone marrow of Chinese hamsters test.  Parke-Davis Clinical Research.  RR 4188-00314

Pfizer_MPatel_0073681

57. Fertility and general reproduction study in male and female rats with CI-945. Parke-Davis Clinical Research. RR 745-01353

58. Exploratory dose-range finding study in pregnant mice with CI-945. Parke-Davis Clinical Research. RR 745-01061

59. Teratology study in mice with CI-945. Parke-Davis Clinical Research. RR 745-01109

60. Influence of GOE 3450, Batch No. 65499, on the pregnant rat, the embryo and the fetus by oral administration. Parke-Davis Clinical Research. RR 4188-00485

61. Influence of GOE 3450 on the pregnant rabbit, the embryo and the fetus by oral administration. Parke-Davis Clinical Research. RR 4188-00483

62. Critical assessment of the teratogenic potential of CI-945 (gabapentin) in rats and rabbits, studies 9300 and 9301. Parke-Davis Clinical Research. RR 745-01455

63. Perinatal - postnatal study in rats with CI-945 (gabapentin). Parke-Davis Clinical Research. RR 745-01355

64. A single dose study of Neurontin pharmacokinetics in healthy lactating women and evaluation of gabapentin concentrations in breast milk. Parke-Davis Clinical Research. RR 744-00309

65. Gabapentin fourth safety update. Parke-Davis Clinical Research. RR REG 720-03334

66. Gabapentin 4 month safety update. Parke-Davis Clinical Research. RR REG 720-03079

67. Gabapentin second safety update. Parke-Davis Clinical Research. RR REG 720-03132

68. A Double-Blind, Dose-Controlled, Multicenter Study Comparing Three Doses of Gabapentin (CI-945-Neurontin®) and Open-Label Carbamazepine in Patients with Newly-Diagnosed Epilepsy: Titration and Evaluation Phases. Parke-Davis Clinical Research RR 720-03779.

69. Combined Safety Data from two Double-Blind, Dose-Controlled, Multicenter Studies Comparing Tree Doses of Gabapentin (CI-945, Neurontin®) and Open-Label Carbamazepine in Patients with Newly-Diagnosed Epilepsy: Titration and Evaluation Phases. Parke-Davis Clinical Research RR-720-03847

70. Determination of the acute toxicity of GO 3450 in mice and rats after intragastric, subcutaneous and intravenous administration. Parke-Davis Clinical Research. RR 4188-00276

71. Summary of clinical pharmacology data. Clinical Pharmacy Summary. Parke-Davis Clinical Research. RR 724-00139

72. A multicenter, randomized, double-blind, comparative study of gabapentin (CI-945) administered as an initial dosage of 900 mg/day versus a dosage titrated to 900 mg/day over three days. Parke-Davis Medical Research. RR 995-00059

**Gabapentin February 2000 Core Data Sheet**

**Page 20**

73. Recommended Gabapentin dosage Adjustments in Patients with compromised Renal Function.
    Parke-Davis Clinical Research.  RR 744-00306.

Pfizer  MPatel  0073683

# Appendix 2A

# Line Listing of Reports
# by Health Care Professionals
# for Gabapentin (CI-0945)
# 01 February 2000 to 31 July 2000

# Serious Reports

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return

Pfizer  MPatel  0073684

# Appendix 2B

# Line Listing of Reports
# by Health Care Professionals
# for Gabapentin (CI-0945)
# 01 February 2000 to 31 July 2000

# NonSerious Unlabeled Reports

The information contained in this document is proprietary and confidential and is intended for the exclusive
use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this
information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If
you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will
arrange for its return.

Pfizer  MPatel  0073685

# Appendix 2C

# Line Listing of Reports
# by Health Care Professionals
# for Gabapentin (CI-0945)
# 01 February 2000 to 31 July 2000

# NonSerious Labeled Reports

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return.

# Appendix 2D

# Line Listing of Reports
# by Healthcare Professionals
# for Gabapentin (CI-0945)
# 01 February 2000 to 31 July 2000

# Serious Related Study and
# Literature Reports

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return.

Pfizer  MPatel  0073687