# Appendix 2E

## Distribution of Cases
## by
## COSTART Body System
## of Assigned Primary Term
## for
## Gabapentin (CI-0945)

## 01 February 2000 to 31 July 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-3521 and we will arrange for its return.

Pfizer  MPatel  0073688

## Distribution of Cases by COSTART Body System for
## Gabapentin (CI-0945), 01 February 2000 to 31 July 2000

| Body System (COSTART) | Serious (%) | NonSerious (%) | Total (%) | Male (%) | Female (%) | Unknown (%) |
|---|---|---|---|---|---|---|
| Body as a Whole | 17 (15) | 61 (16) | 78 (16) | 27 (20) | 36 (14) | 15 (14) |
| Cardiovascular System | 10 (9) | 17 (4) | 27 (5) | 8 (6) | 14 (5) | 5 (5) |
| Digestive System | 8 (7) | 41 (11) | 49 (10) | 12 (9) | 28 (11) | 9 (8) |
| Drug Usage* | 2 (2) | 0 (0) | 4* (0.8) | 1 (0.8) | 2 (0.8) | 1 (0.9) |
| Endocrine System | 0 (0) | 5 (1) | 5 (1) | 1 (0.8) | 2 (0.8) | 2 (2) |
| Hemic & Lymphatic Systems | 9 (8) | 15 (4) | 24 (5) | 8 (6) | 10 (4) | 6 (6) |
| Metabolism and Nutrition | 5 (4) | 32 (8) | 37 (7) | 7 (5) | 21 (8) | 9 (8) |
| Musculoskeletal System | 2 (2) | 12 (3) | 14 (3) | 4 (3) | 5 (2) | 5 (5) |
| Nervous System | 29 (26) | 96 (25) | 125 (25) | 33 (25) | 60 (23) | 32 (30) |
| Respiratory System | 7 (6) | 4 (1) | 11 (2) | 5 (4) | 4 (2) | 2 (2) |
| Skin and Appendages | 1 (1) | 56 (14) | 57 (11) | 1 (8) | 36 (14) | 10 (9) |
| Special Senses | 13 (12) | 25 (6) | 38 (8) | 10 (8) | 24 (9) | 4 (4) |
| Urogenital System | 10 (9) | 23 (6) | 33 (7) | 6 (5) | 19 (7) | 8 (7) |
| Totals*: % of Total Cases | 113 (23) | 387 (77) | 502 | 133 (26) | 261 (52) | 108 (22) |

Percentages (other than last row) are per column (hence in the first row, 15% of the total number of serious cases were listed under body as whole). In the third row, percentages are of the total number of cases (502; overall, 16% of all cases were listed under body as whole). Percentages may not sum to 100% due to rounding of numbers.  * numbers are inflated by 2 cases which were entered in the database with the most medically significant adverse event was in drug usage but where seriousness was assessed as "not applicable"

Pfizer  MPatel  0073689

# Appendix 2F


# Distribution of Adverse Events
## by
## COSTART Body System
## for
## Gabapentin (CI-0945)


# 01 February 2000 to 31 July 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-3521 and we will arrange for its return

Pfizer  MPatel  0073690

**Distribution of Adverse Events by COSTART Body System for Gabapentin (CI-0945), 01 February 2000 to 31 July 2000**

| Body System (COSTART) | Unlabeled Adverse Events | | | Labeled Adverse Events | | | Cumulative Total (%) |
|---|---|---|---|---|---|---|---|
| | Serious (%) | NonSerious (%) | Total (%) | Serious (%) | NonSerious (%) | Total (%) | |
| Body as a Whole | 21 (17) | 59 (17) | 80 (17) | 16 (27) | 56 (14) | 72 (16) | 152 (17) |
| Cardiovascular System | 13 (11) | 23 (7) | 36 (8) | 0 (0) | 5 (1) | 5 (1) | 41 (4) |
| Digestive System | 10 (8) | 37 (11) | 47 (10) | 7 (12) | 53 (14) | 60 (13) | 107 (12) |
| Endocrine System | 1 (1) | 8 (2) | 9 (2) | 0 (0) | 0 (0) | 0 (0) | 9 (1) |
| Hemic & Lymphatic Systems | 10 (8) | 21 (6) | 31 (7) | 1 (2) | 5 (1) | 6 (1) | 37 (4) |
| Metabolism and Nutrition | 4 (3) | 18 (5) | 22 (5) | 9 (15) | 47 (12) | 56 (13) | 78 (8) |
| Musculoskeletal System | 3 (2) | 8 (2) | 11 (2) | 0 (0) | 10 (3) | 10 (2) | 21 (2) |
| Nervous System | 27 (22) | 72 (21) | 99 (21) | 17 (29) | 136 (35) | 153 (34) | 252 (27) |
| Respiratory System | 8 (7) | 6 (2) | 14 (3) | 3 (5) | 7 (2) | 10 (2) | 24 (3) |
| Skin and Appendages | 2 (2) | 45 (13) | 47 (10) | 2 (3) | 37 (10) | 39 (9) | 86 (9) |
| Special Senses | 12 (10) | 25 (7) | 37 (8) | 4 (7) | 27 (7) | 31 (7) | 68 (7) |
| Urogenital System | 10 (8) | 28 (8) | 38 (8) | 0 (0) | 6 (2) | 6 (1) | 44 (5) |
| Totals (Percent of Total Cases) | 121 (13) | 350 (38) | 471 (51) | 59 (6) | 389 (42) | 448 (49) | 919 |

Percentages (other than last row) are per column (hence, in the first row, 17% of the total number of unlabeled cases were cited under body as whole and overall, 17% of all cases were cited under body as whole). In the last row, percentages are of the total number of cases (919). Percentages may not sum to 100% due to rounding of numbers.

Pfizer  MPatel  0073691

# Appendix 2G

# Summary Tabulation of
# Adverse Events
# Reported by Health Care Professionals
# for Gabapentin (CI–0945)
# 01 February 2000 to 31 July 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will arrange for its return

Pfizer  MPatel  0073692

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 1

## Summary Tabulation of Adverse Events for Gabapentin (CI-0945)
## Period 01 February 2000 to 31 July 2000

| PREFERRED TERM | UNLABELED | | Total Unlabeled | LABELED | | Total Labeled | TOTAL |
|---|---|---|---|---|---|---|---|
| | Serious | Nonserious | | Serious | NonSerious | | |
| **BODY AS A WHOLE** | | | | | | | |
| Abdomen Enlarged | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Abdominal Pain | 0 | 0 | 0 | 3 | 7 | 10 | 10 |
| Abscess | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Accidental Injury | 2 | 2 | 4 | 2 | 0 | 2 | 6 |
| Accidental Overdose | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Allergic Reaction | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Anaphylactoid Reaction | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Asthenia | 0 | 0 | 0 | 0 | 18 | 18 | 18 |
| Back Pain | 0 | 1 | 1 | 1 | 0 | 1 | 2 |
| Birth Weight Subnormal | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Cyst | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Death | 4 | 0 | 4 | 0 | 0 | 0 | 4 |
| Drug Interaction | 6 | 18 | 24 | 0 | 0 | 0 | 24 |
| Drug Level Decreased | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Face Edema | 0 | 1 | 1 | 0 | 7 | 7 | 8 |
| Fever | 0 | 0 | 0 | 1 | 3 | 4 | 4 |
| Flu Syndrome | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Generalized Edema | 0 | 6 | 6 | 0 | 0 | 0 | 6 |
| Headache | 0 | 1 | 1 | 1 | 13 | 14 | 15 |
| Hormone Level Altered | 0 | 4 | 4 | 0 | 0 | 0 | 4 |
| Hypertrophy | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Infection | 0 | 0 | 0 | 1 | 1 | 2 | 2 |
| Intentional Overdose | 0 | 0 | 0 | 3 | 2 | 5 | 5 |
| Lab Test Abnormal | 0 | 0 | 0 | 1 | 1 | 2 | 2 |
| Lack Of Drug Effect | 0 | 1 | 1 | 0 | 1 | 1 | 2 |
| Malaise | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Multiple Congenital Anomalies | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Neoplasm | 2 | 1 | 3 | 0 | 0 | 0 | 3 |
| Overdose | 0 | 1 | 1 | 3 | 1 | 4 | 5 |
| Pain | 0 | 10 | 10 | 0 | 0 | 0 | 10 |
| Perinatal Disorder | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Photosensitivity Reaction | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Reaction Unevaluable | 1 | 4 | 5 | 0 | 0 | 0 | 5 |
| Sarcoma | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Suicide Attempt | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| *Total for Body as a Whole* | *13* | *59* | *80* | *16* | *56* | *72* | *152* |
| **CARDIOVASCULAR SYSTEM** | | | | | | | |
| Arrhythmia | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Arteriosclerosis | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Cardiomyopathy | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Cardiovascular Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |

Pfizer_MPatel_0073693

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 2

| Preferred Term | Unlabeled | | Total Unlabeled | Labeled | | Total Labeled | Total |
|---|---|---|---|---|---|---|---|
| | Serious | NonSerious | | Serious | NonSerious | | |
| Cerebral Hemorrhage | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Cerebral Ischemia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Cerebrovascular Accident | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Congestive Heart Failure | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Heart Arrest | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Heart Malformation | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Hemorrhage | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Hypertension | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Hypotension | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Migraine | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Myocardial Infarct | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Palpitation | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Pericarditis | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Syncope | 1 | 3 | 4 | 0 | 0 | 0 | 4 |
| Tachycardia | 0 | 6 | 6 | 0 | 0 | 0 | 6 |
| Vascular Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Vasculitis | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Vasodilatation | 0 | 0 | 0 | 0 | 2 | 2 | 2 |
| Vasospasm | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| *Total for Cardiovascular System* : | *13* | *23* | *36* | *0* | *5* | *5* | *41* |
| **Digestive System** | | | | | | | |
| Abnormal Stools | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Anorexia | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Cholelithiasis | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Cholestatic Jaundice | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Colitis | 0 | 4 | 4 | 0 | 0 | 0 | 4 |
| Constipation | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Diarrhea | 0 | 1 | 1 | 1 | 13 | 14 | 15 |
| Dry Mouth | 0 | 0 | 0 | 1 | 4 | 5 | 5 |
| Duodenal Ulcer | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Dyspepsia | 0 | 0 | 0 | 0 | 5 | 5 | 5 |
| Dysphagia | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Fecal Impaction | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Flatulence | 0 | 0 | 0 | 0 | 6 | 6 | 6 |
| GGT Increased | 0 | 0 | 0 | 1 | 2 | 3 | 3 |
| Gingivitis | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Gum Hemorrhage | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Gum Hyperplasia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Hepatitis | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Hepatomegaly | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Increased Appetite | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Jaundice | 1 | 3 | 4 | 0 | 0 | 0 | 4 |
| Liver Function Tests Abnormal | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Melena | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Mouth Ulceration | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Nausea | 0 | 1 | 1 | 0 | 10 | 10 | 11 |

Pfizer_MPatel_0073694

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 3

| PREFERRED TERM | UNLABELED | | TOTAL UNLABELED | LABELED | | TOTAL LABELED | TOTAL |
|---|---|---|---|---|---|---|---|
| | SERIOUS | NONSERIOUS | | SERIOUS | NONSERIOUS | | |
| Nausea And Vomiting | 0 | 0 | **0** | 0 | 1 | **1** | 1 |
| Oral Moniliasis | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Pancreatitis | 0 | 0 | **0** | 1 | 0 | **1** | 1 |
| Rectal Disorder | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Rectal Hemorrhage | 1 | 0 | **1** | 0 | 0 | **0** | 1 |
| Stomach Ulcer | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Stomatitis | 0 | 2 | **2** | 0 | 0 | **0** | 2 |
| Tongue Edema | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Tooth Caries | 0 | 2 | **2** | 0 | 0 | **0** | 2 |
| Tooth Discoloration | 0 | 3 | **3** | 0 | 0 | **0** | 3 |
| Tooth Disorder | 0 | 3 | **3** | 0 | 0 | **0** | 3 |
| Ulcerative Stomatitis | 1 | 2 | **3** | 0 | 0 | **0** | 3 |
| Vomiting | 0 | 1 | **1** | 3 | 3 | **6** | 7 |
| *Total for Digestive System :* | *10* | *37* | *47* | *7* | *53* | *60* | *107* |
| **ENDOCRINE SYSTEM** | | | | | | | |
| ADH Inappropriate | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Cushings Syndrome | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Diabetes Mellitus | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| GFSH Increased | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Hyperthyroidism | 1 | 0 | **1** | 0 | 0 | **0** | 1 |
| Hypothyroidism | 0 | 2 | **2** | 0 | 0 | **0** | 2 |
| Prolactin Increased | 0 | 2 | **2** | 0 | 0 | **0** | 2 |
| *Total For Endocrine System :* | *1* | *8* | *9* | *0* | *0* | *0* | *9* |
| **HEMIC & LYMPHATIC** | | | | | | | |
| Agranulocytosis | 1 | 0 | **1** | 0 | 0 | **0** | 1 |
| Anemia | 1 | 3 | **4** | 0 | 0 | **0** | 4 |
| Coagulation Disorder | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Coagulation Time Decreased | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Cyanosis | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Ecchymosis | 0 | 0 | **0** | 0 | 3 | **3** | 3 |
| Eosinophilia | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Erythrocytes Abnormal | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Hemolytic Anemia | 1 | 0 | **1** | 0 | 0 | **0** | 1 |
| Hypochromic Anemia | 1 | 2 | **3** | 0 | 0 | **0** | 3 |
| Leukocytosis | 1 | 1 | **2** | 0 | 0 | **0** | 2 |
| Leukopenia | 1 | 1 | **2** | 1 | 1 | **2** | 4 |
| Microcytic Anemia | 1 | 0 | **1** | 0 | 0 | **0** | 1 |
| Prothrombin Decreased | 1 | 0 | **1** | 0 | 0 | **0** | 1 |
| Prothrombin Increased | 0 | 3 | **3** | 0 | 0 | **0** | 3 |
| Purpura | 1 | 0 | **1** | 0 | 1 | **1** | 2 |
| Thrombocytopenia | 0 | 5 | **5** | 0 | 0 | **0** | 5 |
| Thrombocytopenic Purpura | 1 | 1 | **2** | 0 | 0 | **0** | 2 |
| *Total for Hemic System :* | *10* | *21* | *31* | *1* | *5* | *6* | *37* |
| **METABOLISM AND NUTRITION** | | | | | | | |
| Alkaline Phosphatase Increased | 0 | 0 | **0** | 1 | 4 | **5** | 5 |
| Creatinine Increased | 0 | 1 | **1** | 0 | 0 | **0** | 1 |

Pfizer_MPatel_0073695

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 4

| PREFERRED TERM | UNLABELED | | TOTAL UNLABELED | LABELED | | TOTAL LABELED | TOTAL |
|---|---|---|---|---|---|---|---|
| | SERIOUS | NONSERIOUS | | SERIOUS | NONSERIOUS | | |
| Dehydration | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Edema | 1 | 6 | 7 | 0 | 0 | 0 | 7 |
| Healing Abnormal | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Hypercholesteremia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Hyperglycemia | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Hypoglycemia | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Hyponatremia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| NPN Increased | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Obesity | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Peripheral Edema | 0 | 0 | 0 | 1 | 20 | 21 | 21 |
| SGOT Increased | 0 | 0 | 0 | 2 | 3 | 5 | 5 |
| SGPT Increased | 0 | 0 | 0 | 3 | 4 | 7 | 7 |
| *Total for Metabolism & Nutrition:* | *4* | *18* | *22* | *9* | *47* | *56* | *78* |
| **MUSCULOSKELETAL SYSTEM** | | | | | | | |
| Arthralgia | 0 | 0 | 0 | 0 | 7 | 7 | 7 |
| Arthritis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Arthrosis | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Bone Disorder | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Joint Disorder | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Myalgia | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Myasthenia | 0 | 4 | 4 | 0 | 0 | 0 | 4 |
| Osteoporosis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| *Total for Musculoskeletal System:* | *3* | *8* | *11* | *0* | *10* | *10* | *21* |
| **NERVOUS SYSTEM** | | | | | | | |
| Abnormal Dreams | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Abnormal Gait | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Agitation | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Akathisia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Amnesia | 0 | 0 | 0 | 1 | 10 | 11 | 11 |
| Antisocial Reaction | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Anxiety | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Aphasia | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Ataxia | 0 | 0 | 0 | 1 | 8 | 9 | 9 |
| Choreoathetosis | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| CNS Congenital Anomaly | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| CNS Depression | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| CNS Neoplasia | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Coma | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Confusion | 0 | 0 | 0 | 1 | 9 | 10 | 10 |
| Convulsion | 5 | 2 | 7 | 4 | 7 | 11 | 18 |
| Delirium | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Depersonalization | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Depression | 1 | 1 | 2 | 0 | 8 | 8 | 10 |
| Dizziness | 0 | 0 | 0 | 1 | 17 | 18 | 18 |
| Drug Dependence | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Dysarthria | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Dyskinesia | 0 | 2 | 2 | 0 | 0 | 0 | 2 |

Pfizer  MPatel  0073696

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 5

| PREFERRED TERM | UNLABELED | | TOTAL UNLABELED | LABELED | | TOTAL LABELED | TOTAL |
|---|---|---|---|---|---|---|---|
| | SERIOUS | NONSERIOUS | | SERIOUS | NONSERIOUS | | |
| Dystonia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Emotional Lability | 0 | 0 | 0 | 1 | 5 | 6 | 6 |
| Encephalopathy | 3 | 0 | 3 | 0 | 0 | 0 | 3 |
| Euphoria | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Hallucinations | 1 | 6 | 7 | 0 | 0 | 0 | 7 |
| Hemiplegia | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Hostility | 0 | 0 | 0 | 1 | 1 | 2 | 2 |
| Hyperalgesia | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Hyperkinesia | 0 | 0 | 0 | 0 | 2 | 2 | 2 |
| Hypertonia | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Hypesthesia | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Hypokinesia | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Hypotonia | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Incoordination | 0 | 0 | 0 | 1 | 2 | 3 | 3 |
| Insomnia | 0 | 0 | 0 | 0 | 3 | 3 | 3 |
| Libido Decreased | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Manic Reaction | 2 | 0 | 2 | 0 | 0 | 0 | 2 |
| Movement Disorder | 1 | 2 | 3 | 0 | 0 | 0 | 3 |
| Myoclonus | 0 | 5 | 5 | 0 | 0 | 0 | 5 |
| Nervousness | 0 | 0 | 0 | 1 | 4 | 5 | 5 |
| Nystagmus | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Paralysis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Paresthesia | 0 | 0 | 0 | 2 | 5 | 7 | 7 |
| Peripheral Neuritis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Personality Disorder | 1 | 3 | 4 | 0 | 0 | 0 | 4 |
| Psychosis | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Sleep Disorder | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Somnolence | 0 | 2 | 2 | 0 | 21 | 21 | 23 |
| Speech Disorder | 1 | 7 | 8 | 0 | 0 | 0 | 8 |
| Thinking Abnormal | 1 | 0 | 1 | 2 | 7 | 9 | 10 |
| Tremor | 0 | 0 | 0 | 0 | 14 | 14 | 14 |
| Twitching | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Vertigo | 0 | 0 | 0 | 1 | 5 | 6 | 6 |
| Withdrawal Syndrome | 0 | 11 | 11 | 0 | 0 | 0 | 11 |
| *Total for Nervous System:* | *27* | *72* | *99* | *17* | *136* | *153* | *252* |
| **RESPIRATORY SYSTEM** | | | | | | | |
| Apnea | 3 | 0 | 3 | 0 | 0 | 0 | 3 |
| Asthma | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Bronchitis | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Dyspnea | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Hypoventilation | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Lung Edema | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Lung Fibrosis | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Pharyngitis | 0 | 0 | 0 | 0 | 4 | 4 | 4 |
| Pneumonia | 0 | 0 | 0 | 3 | 2 | 5 | 5 |
| Respiratory Disorder | 1 | 1 | 2 | 0 | 0 | 0 | 2 |
| Rhinitis | 0 | 0 | 0 | 0 | 1 | 1 | 1 |

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 6

| Preferred Term | Unlabeled | | Total Unlabeled | Labeled | | Total Labeled | Total |
|---|---|---|---|---|---|---|---|
| | Serious | Nonserious | | Serious | Nonserious | | |
| Sinusitis | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| *Total for Respiratory System:* | *8* | *6* | *14* | *3* | *7* | *10* | *24* |
| **Skin and Appendages** | | | | | | | |
| Acne | 0 | 0 | **0** | 0 | 3 | **3** | 3 |
| Alopecia | 0 | 16 | **16** | 0 | 0 | **0** | 16 |
| Angioedema | 0 | 3 | **3** | 0 | 0 | **0** | 3 |
| Contact Dermatitis | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Dry Skin | 0 | 2 | **2** | 0 | 0 | **0** | 2 |
| Eczema | 0 | 3 | **3** | 0 | 0 | **0** | 3 |
| Exfoliative Dermatitis | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Herpes Simplex | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Herpes Zoster | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Maculopapular Rash | 0 | 1 | **1** | 0 | 1 | **1** | 2 |
| Nail Disorder | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Pruritus | 0 | 0 | **0** | 1 | 13 | **14** | 14 |
| Psoriasis | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Purpuric Rash | 1 | 0 | **1** | 0 | 0 | **0** | 1 |
| Pustular Rash | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Rash | 0 | 0 | **0** | 1 | 20 | **21** | 21 |
| Skin Discoloration | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Skin Disorder | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Sweating | 0 | 5 | **5** | 0 | 0 | **0** | 5 |
| Urticaria | 1 | 5 | **6** | 0 | 0 | **0** | 6 |
| Vesiculobullous Rash | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| **Total Skin & Appendages** | *2* | *45* | *47* | *2* | *37* | *39* | *86* |
| **Special Senses** | | | | | | | |
| Abnormal Vision | 1 | 0 | **1** | 1 | 7 | **8** | 9 |
| Amblyopia | 0 | 0 | **0** | 1 | 16 | **17** | 17 |
| Cataract Specified | 1 | 0 | **1** | 0 | 0 | **0** | 1 |
| Color Blindness | 1 | 0 | **1** | 0 | 0 | **0** | 1 |
| Conjunctivitis | 0 | 4 | **4** | 0 | 0 | **0** | 4 |
| Corneal Lesion | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Deafness | 3 | 1 | **4** | 0 | 0 | **0** | 4 |
| Diplopia | 0 | 0 | **0** | 1 | 4 | **5** | 5 |
| Dry Eyes | 0 | 4 | **4** | 0 | 0 | **0** | 4 |
| Ear Pain | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Eye Disorder | 0 | 3 | **3** | 0 | 0 | **0** | 3 |
| Eye Hemorrhage | 1 | 1 | **2** | 0 | 0 | **0** | 2 |
| Eye Pain | 0 | 3 | **3** | 0 | 0 | **0** | 3 |
| Iritis | 1 | 0 | **1** | 0 | 0 | **0** | 1 |
| Lacrimation Disorder | 0 | 1 | **1** | 0 | 0 | **0** | 1 |
| Mydriasis | 1 | 0 | **1** | 0 | 0 | **0** | 1 |
| Otitis Media | 0 | 0 | **0** | 1 | 0 | **1** | 1 |
| Refraction Disorder | 0 | 2 | **2** | 0 | 0 | **0** | 2 |
| Retinal Disorder | 1 | 0 | **1** | 0 | 0 | **0** | 1 |
| Retinal Hemorrhage | 1 | 0 | **1** | 0 | 0 | **0** | 1 |
| Retrobulbar Neuritis | 0 | 1 | **1** | 0 | 0 | **0** | 1 |

Pfizer  MPatel  0073698

Summary Tabulation for Gabapentin PSUR
September 2000 - Page 7

| Preferred Term | Unlabeled | | Total Unlabeled | Labeled | | Total Labeled | Total |
|---|---|---|---|---|---|---|---|
| | Serious | NonSerious | | Serious | NonSerious | | |
| Taste Loss | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Tinnitus | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Visual Field Defect | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Vitreous Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| *Total For Special Senses :* | *12* | *25* | *37* | *4* | *27* | *31* | *68* |
| **Urogenital System** | | | | | | | |
| Abortion | 5 | 0 | 5 | 0 | 0 | 0 | 5 |
| Albuminuria | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Amenorrhea | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Breast Abscess | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Cystitis | 0 | 3 | 3 | 0 | 0 | 0 | 3 |
| Hematuria | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Impotence | 0 | 0 | 0 | 0 | 4 | 4 | 4 |
| Lactation Decreased | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Menstrual Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Metrorrhagia | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Nephrosis | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| Ovarian Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Stillbirth | 4 | 0 | 4 | 0 | 0 | 0 | 4 |
| Testis Disorder | 0 | 2 | 2 | 0 | 0 | 0 | 2 |
| Urethral Pain | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Urinary Frequency | 0 | 4 | 4 | 0 | 0 | 0 | 4 |
| Urinary Incontinence | 0 | 4 | 4 | 0 | 0 | 0 | 4 |
| Urinary Retention | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Urinary Tract Disorder | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Urinary Tract Infection | 0 | 0 | 0 | 0 | 2 | 2 | 2 |
| Urinary Urgency | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| Urine Abnormality | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| *Total for Urogenital :* | *10* | *28* | *38* | *0* | *6* | *6* | *44* |

Pfizer_MPatel_0073699

# Appendix 2H

# Cumulative Adverse Event
# Number & Ratio Data
# across
# Six Time Periods
# for
# Gabapentin (CI–0945)

# 01 January 1996 to 31 January 2000

# All Adverse Events

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-3521 and we will arrange for its return.

Pfizer  MPatel  0073700

Insert Table

Pfizer  MPatel  0073701

# Appendix 2I

# Cumulative Number & Ratio Data
# for
# Serious Unlabeled Events

# Across all PSUR Periods

# for
# Gabapentin (CI–0945)

# 01 January 1996 to 31 January 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-3521 and we will arrange for its return.

Pfizer  MPatel  0073702

Insert Table

Pfizer  MPatel  0073703

# Appendix 2J

# Cumulative Number & Ratio Data
# for
# NonSerious Unlabeled Events
# Across all PSUR Periods
# for
# Gabapentin (CI–0945)

# 01 January 1996 to 31 January 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 001-734-622-3521 and we will arrange for its return.

Pfizer  MPatel  0073704

Insert Table

Pfizer  MPatel  0073705

# Appendix 3

# Ongoing & Completed
# Clinical Studies
# for Gabapentin (CI-0945)
# 01 February 2000 to 31 July 2000

The information contained in this document is proprietary and confidential and is intended for the exclusive
use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this
information outside of Pfizer, its Affiliates, its Licensees, or their Regulatory Agencies is strictly prohibited. If
you have received this document in error, please contact Pfizer immediately at 001-734-622-1440 and we will
arrange for its return.

Pfizer  MPatel  0073706

Ongoing and Completed Gabapentin Studies
October 2000 PSUR

**Gabapentin Studies with Ongoing Status during Current Period, 01 February - 31July 2000**

| Protocol Number | Protocol Title | Country |
|---|---|---|
| 945-271 | Post-Operative and posttraumatic pain study. gabapentin vs. placebo in patients with neuropathic Pain. | Sweden |
| 945-436-288 | Multicenter, open-label pragmatic study in two group of patients (first line or switch-over treatment) intended to optimize the use of Neurontin in monotherapy in order to achieve the objective of 0 seizure in patients presenting with partial epilepsy. | France |
| 945-301 | Open-label safety study of gabapentin as adjunct therapy in children aged 1 month to 4 years, with seizures uncontrolled by current anticonvulsant drugs. | Canada |
| 945-401 | Open-label, safety study of gabapentin as adjunct therapy in children aged 1 month through 4 years with seizures uncontrolled by current anticonvulsant drugs. | International: Brazil, Belgium, Hungary, Italy, Mexico, South Africa, Spain, UK |
| 945-411 | A randomized, open-label trial to determine the relative efficacy and safety of a fixed dose of gabapentin versus optional titration to effect for the treatment of painful diabetic peripheral neuropathy. | Chile, Venezuela |
| 945-420-276 945-420-009 | Double-blind, placebo controlled, randomized, multicenter study on the efficacy and safety of gabapentin as adjuvant analgesic in neuropathic pai in patients with malignancies. | Italy |
| 945-468-001 | Gabapentin in the control of refractory epilepsy. | Taiwan |

Pfizer_MPatel 0073707

Ongoing and Completed Gabapentin Studies
October 2000 PSUR

**Gabapentin Studies with Completed Status or Research Report Published during Current PSUR Period,  01 February 2000 to 31 July 2000**

| Protocol Number | Protocol Title and Research Report Numbers | Country |
|---|---|---|
| 945-092 | Gabapentin monotherapy trial: A 36-week, double-blind, parallel-group, multicenter, comparative study of the efficacy and safety of gabapentin versus carbamazepine in patients with partial epilepsy. Research Reports: RR 720-04229, RR 720-04330 | Europe, New Zealand, South Africa, Israel |
| 945-224 | A double-blind placebo-controlled trial with 3 doses of gabapentin for treatment of painful diabetic peripheral neuropathy. Research Reports: RR 720-04130 | International |
| 945-286 | A monocenter, open study evaluating the effects of under nutrition on CYP 1A2 hepatic activity in elderly; Summary in English in progress. | France |
| 945-095 | An extended open-label gabapentin (CI-945) pediatric monotherapy Trail following a double-blind study (Protocol 945-094) in pediatric patients with benign childhood epilepsy with centrotemporal spikes (BECTS) Research Reports: RR 720-04362 | US Canada |
| 945-212 | Neurontin vs Lamotrigine: A double-blind, monotherapy, parallel-group, multicenter, comparative study in patients with partial and/or generalized tonic-clonic seizures Research Report: RR 720-04422 | UK, Australia, Austria, Belgium, France, Germany, Ireland, Spain, Switzerland |
| 945-213 | Case report from tabulations for gabapentin monotherapy trial: A 4-month, double-blind, dose-controlled, parallel-group, multicenter study to determine the efficacy and safety of gabapentin in Newly diagnosed patients with partial epilepsy. Research Reports: RR 720-04233, RR 720-04234 | US Canada |
| 945-423-030 1-OS | Neurontin monotherapy in newly diagnosed partial epilepsy (post-marketing study) | Germany Data analysis ongoing |
| 945-225 | A comparison of gabapentin BID vs TID dosing regime: Open-label, randomized, parallel-group, 6-week add-on treatment, multicenter study in patients with partial seizures. | International Data analysis ongoing |

Pfizer_MPatel_0073708

Ongoing and Completed Gabapentin Studies
October 2000 PSUR

**Gabapentin Studies with Completed Status or Research Report Published during Current PSUR Period, 01 February 2000 to 31 July 2000**

| | | |
|---|---|---|
| 945-305 | Gabapentin pediatric add-on trial: A randomized, double-blind, placebo-controlled, parallel group multicenter study in patients with partial seizures. Research Reports: RR 720-04333 | Canada |
| 945-418-30! | Belgian open label study of titration to effect and profile safety with Neurontin in patients with partial seizure with or without secondary generalization | Belgium Data analysis ongoing |
| 945-430-306 | A double-blind placebo-controlled trial of gabapentin for the treatment of patients exhibiting symptoms of neuropathic pain. Research Reports: RR 430-00125 | UK |
| 945-420-007 | Multicenter, national study, randomized, 52 weeks duration preceded by 8 weeks screening period, of the efficacy and safety of gabapentin in patients with partial epilepsy, with either simple or complex seizures, with or without secondary generalization | Italy Data analysis ongoing |
| 945-420-27! 945-420-00! | The representation of central components of pain in patients with postherpetic neuralgia(PHN) and effect of gabapentin - An exploratory positron emission topography (PET) activation study using regional cerebral blood flow (rCBF) as index for neuronal activity | Italy Data analysis ongoing |
| 945-405 | Gabapentin pediatric add-on trail: A randomized double-blind, placebo-controlled, parallel-group, multicenter study in patients with partial seizures. | International: Brazil, Belgium, Hungary, Italy, Mexico, South Africa, Spain, UK |

Pfizer  MPatel  0073709

Pfizer  MPatel  0073710