UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING,
         SALES PRACTICES AND
         PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:


*Dixon v. Pfizer Inc.,* Civil Action No. 05-11998 (PBS)


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:  MDL Docket No. 1629
:
:
:  Master File No. 04-10981
:
:
:  Judge Patti B. Saris
:
:
:  Magistrate Judge Leo T.
:  Sorokin
:
:
:
:
:

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Product Liability Plaintiffs ("PL Plaintiffs") and Defendants Pfizer Inc. and Warner-

Lambert Company ("Defendants"), by the undersigned counsel, submit this emergency motion to

extend discovery deadlines in *Dixon v. Pfizer*, No. 1:05-cv-11998-PBS, which was transferred to

this Court from the United States District Court for the Southern District of New York.  This

motion is brought on an emergency basis because the deadline for completing the depositions of

plaintiff(s), prescribing physician(s), and territory representative(s) is March 31, 2008, and,

despite plaintiff and defendants' best efforts, the parties have been unable to secure mutually

agreeable deposition dates or mutually agreeable physician deposition fees in this case.  For

example, counsel for the parties herein are presently working to resolve the availability and fee

of one of the prescribing physicians because only days prior to his deposition did he demand

payment of $2,000 per hour, which the parties believe is not consistent with the federal rules of

procedure for compensating fact witnesses.  See March 14, 2008 Letter from Francene M.

Rocco.

WHEREFORE, the parties jointly request an extension of the March 31, 2008 deadline to complete initial discovery in this case.  The parties further agree, and respectfully request, that plaintiffs shall have a corresponding extension to file their amended complaint in this case. Should the Court require oral argument as to this application, the parties respectfully request the matter be heard at the upcoming monthly conference, now scheduled for March 20, 2008.

Dated:  March 18, 2008                               Respectfully submitted,

                                                    DAVIS POLK & WARDWELL

                                                    By:  /s/James P. Rouhandeh
                                                         James P. Rouhandeh

                                                    450 Lexington Avenue
                                                    New York, NY 10017
                                                    Tel:  (212) 450-4000

                                                    SHOOK, HARDY & BACON L.L.P.

                                                    By:     /s/Scott W. Sayler
                                                         Scott W. Sayler

                                                    2555 Grand Blvd.
                                                    Kansas City, MO 64108-2613
                                                    Tel:  (816) 474-6550

                                                         -and-

                                                    HARE & CHAFFIN

                                                    By:     /s/David B. Chaffin
                                                         David B. Chaffin

                                                    160 Federal Street
                                                    Boston, MA 02110
                                                    Tel:  (617) 330-5000

                                                    *Attorneys for Defendants Pfizer Inc. and*
                                                    *Warner-Lambert Company LLC*

FINKELSTEIN & PARTNERS LLP

By:  /s/Kenneth B. Fromson
     Kenneth B. Fromson

*Attorneys for Product Liability Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 18, 2008.

/s/David B. Chaffin
David B. Chaffin