# EXHIBIT A

*ASSOCIATES IN DIAGNOSTIC INTERNAL MEDICINE*
*Lillian Kaufman Building*
*3471 Fifth Avenue, Suite 402*
*Pittsburgh PA 15213*
*Telephone: 412-692-2992*
*Fax: 412-687-5611*

# FAX TRANSMITTIAL SHEET

**DATE:** 03/17/2008

**RE:** J. FORD DEPOSITION

**TO:** KERRY STUFFLEBEAN, SENIOR PARALEGAL
SHOOK, HARDY & BACON

**# PAGES + COVER** 1 2 3 4 5 6 7 8 9 10 +___

**FAX:** 1-816-421-5547

**PHONE:** 1-816-474-6550

**FROM:** *FRANCENE*

Message:

**ORIGINAL LETTER TO FOLLOW IN US MAIL**

**ATTENTION: This fax contains CONFIDENTIAL MEDICAL RECORDS and/or CONFIDENTIAL MEDICAL INFORMATION.**

The PHI (Protected Health Information) contained in this FAX is HIGHLY CONFIDENTIAL. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. Any other use is a violation of the Federal Law (HIPAA).

If you receive this fax in error, please contact the sender via fax or phone.

*Associates in Diagnostic Internal Medicine*
Lillian Kaufmann Building
3471 Fifth Avenue, Suite 402
Pittsburgh, PA 15213
TELEPHONE: (412) 692-2992
FAX: (412) 687-5611

March 14, 2008

SHOOK, HARDY & BACON
2555 Grand Blvd
Kansas City   Missouri 64108-2613

RE: Jacqueline Ford
MDL DOCKET NO. 1629
MASTER FILE NO. 04-10981

ATTN: Kerry Stufflebean, Senior Paralegal

Ms. Stufflebean:

I am writing in regards to the deposition Dr. Robert Bernstein will be taking on March 21, 2008 at 1:00pm at Magee Women's Hospital, 300 Halket Street.

Our charge for depositions are $2,000.00 an hour, pre payment of the first hour is due prior the deposition. Make the check out to Dr. Robert W. Bernstein.

Due to the time constraints, you may overnight mail to ensure pre payment is received, before March 21, 2008

If you have any questions or concerns, please contact me at the above number.

Respectfully,

Francene M. Rocco
Office Manager