UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Dorsey v. Pfizer Inc., et al.*, Civil Action No. 05-10639-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S
RESPONSE TO JOHN F. DMOCHOWSKI, M.D.'S
<u>EMERGENCY MOTION FOR PROTECTIVE ORDER</u>**

Defendants Pfizer Inc. and Warner-Lambert Company LLC's ("defendants") respond as follows to the emergency motion for a protective order that was filed by John F. Dmochowski, M.D., in *Dorsey v. Pfizer Inc.*, Civil Action No. 05-10639-PBS (Docket # 16 in *Dorsey*):

1.  At approximately 1:45 p.m. yesterday, Dr. Dmochowski's counsel first advised defendants' counsel that Dr. Dmochowski is scheduled for surgery on March 27 (the date the doctor was to be deposed) and that he therefore intended to file a motion for a protective order.

2.  Rather than refusing to reschedule the deposition, defendants' counsel suggested to Dr. Dmochowski's counsel that the parties file a joint motion seeking more time to complete the deposition, such as was filed, and promptly addressed by the Court, in connection with the *Dixon* matter. (Docket # 1176.) Defendants' counsel suggested to

Dr. Dmochowski's counsel that he take a look at the motion in *Dixon* and the ruling thereon and consider that approach.

3. Dr. Dmochowski indicated that he was not interested in proceeding that way and that he would just go ahead and file his motion.

4. Defendants do not oppose postponing Dr. Dmochowski's deposition until he is feeling better.

        Respectfully submitted,

        DAVIS POLK & WARDWELL

        By: /s/ James P. Rouhandeh
             James P. Rouhandeh

        450 Lexington Avenue
        New York, New York 10017
        (212) 450-4000

        SHOOK, HARDY & BACON L.L.P.

        By: /s/ Scott W. Sayler
             Scott W. Sayler

        2555 Grand Boulevard
        Kansas City, Missouri 64108
        (816) 474-6550

           - and -

        HARE & CHAFFIN

        By:   /s/ David B. Chaffin
             David B. Chaffin

        160 Federal Street
        Boston, Massachusetts 02110
        (617) 330-5000

        *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on March 20, 2008.

        /s/ David B. Chaffin