UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| IN RE NEURONTIN MARKETING, SALES ) | |
| PRACTICES, AND PRODUCTS LIABILITY ) | |
| LITIGATION ) | |
| ) | |
| ) | MDL Docket No. 1629 |
| THIS ORDER RELATES TO: ) | Master File No. 04-10981 |
| ) | Judge Patti B. Saris |
| IRENE BARLOW ) | Mag. Judge Leo T. Sorokin |
| ) | |

REPORT & RECOMMENDATIONS ON MOTION TO DISMISS
AND MOTION TO SUBSTITUTE PARTY

March 27, 2008

SOROKIN, M.J.

On February 15, 2008, the Estate of defendant Jay Seastrunk, M.D. filed a Notice of Death and Motion to Dismiss (Docket # 1136). The motion also sought leave for Dr. Seastrunk's counsel, Robert K. Dowd, P.C. and Robert K. Dowd, to withdraw. The motion indicates that Denise Seastrunk, in her capacity as Executor of the Estate of Jay Seastrunk, consents to counsel's withdrawal.

Also on February 15, 2008, plaintiff Irene Barlow ("Barlow") filed a motion to substitute Denise Seastrunk, in her capacity as Executor of the Estate of Jay Seastrunk, as the party defendant (Docket # 1137). In the same filing, Barlow opposed the motion to dismiss filed by the Estate of Dr. Seastrunk.

On March 24, 2008, this Court entered an Electronic Order DENYING the motion to dismiss (Docket # 1136) and GRANTING the motion to substitute. On further reflection, the Court is of the belief that the motions must be resolved in the form of a Report and Recommendation to the District Judge. Accordingly, this Court VACATES the Electronic Order dated March 24, 2008, and makes the following recommendations:

Fed. R. Civ. P. 25 governs the substitution of parties in the event of party's death. Pursuant to Rule 25(a), if a motion for substitution is made within ninety (90) days of the filing of a Suggestion of Death, the Court may order substitution of the proper parties. Here, the Suggestion of Death was filed on February 15, 2008. Plaintiff filed the motion for substitution on the same date.

## CONCLUSION

Accordingly, the Court recommends that the District Judge <u>DENY</u> the motion to dismiss and for withdrawal (#1136) and <u>ALLOW</u> the motion for substitution. Denise Seastrunk, in her capacity as Executor of the Estate of Jay Seastrunk, M.D., should be substituted as the party defendant.[1]

        /s/ Leo T. Sorokin
        LEO T. SOROKIN
        United States Magistrate Judge

---

[1] The parties are hereby advised that under the provisions of Fed. R. Civ. P. 72, any party who objects to these proposed findings and recommendations must file specific written objections thereto with the Clerk of this Court within 10 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation. See <u>Keating v. Secretary of Health and Human Services,</u> 848 F.2d 271 (1st Cir.1988); <u>United States v. Emiliano Valencia-Copete,</u> 792 F.2d 4 (1st Cir.1986); <u>Park Motor Mart, Inc. v. Ford Motor Co.,</u> 616 F.2d 603 (1st Cir.1980); <u>United States v. Vega</u>, 678 F.2d 376, 378-379 (1st Cir.1982); <u>Scott v. Schweiker,</u> 702 F.2d 13, 14 (1st Cir.1983); <u>see also</u>, <u>Thomas v. Arn</u>, 474 U.S. 140, 106 S.Ct. 466 (1985).