UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| ) THIS DOCUMENT RELATES TO: ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' UNOPPOSED MOTION FOR ONE DAY EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF RENEWED MOTION FOR CLASS CERTIFICATION**

Class Plaintiffs respectfully request a one day an enlargement of time, from March 28, 2008 until March 31, 2008 at 10:00 a.m., to file their reply brief in support of class certification. One of the principal intended authors of Plaintiffs' reply brief had a child born on March 22, 2008 (several weeks in advance of the anticipated due date), and went on immediate paternity leave, which has slowed the preparation of Plaintiffs' reply. The present schedule allows Plaintiffs only two weeks to respond to a 44-page opposition brief with 50 exhibits. Accordingly, Plaintiffs respectfully request that they be granted a one day extension, from March 28, 2008 until 10:00 a.m. on the following business day, March 31, 2008, to file their reply. Defendants do not oppose the request, so long as the due date for their surreply is extended by the same amount of time, from April 11, 2008 to April 14, 2008 at 10:00 a.m.

557125.1

Dated: March 28, 2008                                Respectfully Submitted,

By:   **/s/ Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By:   **/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

By:   **/s/ Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:   **/s/ Daniel Becnel**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:   **/s/ James Dugan**
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By:   **/s/ Thomas Greene**
Thomas Greene Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

*Members of the Class Plaintiffs'*
*Steering Committee*

557125.1

**CERTIFICATION PURSUANT TO L.R. 7.1**

      The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on March 28, 2008 he conferred with James P. Rouhandeh, counsel for Defendants concerning the foregoing motion, and Defendants have no objection to the requested relief, so long as the deadline for their surreply is also extended as set forth above..

                                                               **/s/ Barry Himmelstein**
                                                               Barry Himmelstein, Esquire
                                                                Lieff Cabraser Heimann & Bernstein
                                                                Embarcadero Center West
                                                                275 Battery Street, 30th Floor
                                                                San Francisco, CA 94111-3339