UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**DECLARATION OF ILYAS J. RONA FILED IN SUPPORT
OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

I, Ilyas J. Rona, do hereby state and depose, the following:

1.  I am an associate at the law firm Greene & Hoffman, P.C., and I am an attorney duly admitted to practice law in the Commonwealth of Massachusetts and to appear before the United States District Court for the District of Massachusetts. All statements made herein are based on facts personally known or represented to me, and if called upon, I could testify competently thereto.

2.  Attached at Exhibit A is a true and accurate copy of Exhibit 6 from the Deposition of Carolyn Holloway taken on January 25, 2008.

3.  Attached at Exhibit B is a true and accurate copy of Exhibit 7 from the Deposition of Carolyn Holloway taken on January 25, 2008.

4.  Attached at Exhibit C is a true and accurate copy of Exhibit 8 from the Deposition of Carolyn Holloway taken on January 25, 2008.

5.  Attached at Exhibit D is a true and accurate copy of Exhibit 9 from the Deposition of Carolyn Holloway taken on January 25, 2008.

6.     Attached at <u>Exhibit E</u> is a true and accurate copy of Exhibit 10 from the Deposition of Carolyn Holloway taken on January 25, 2008.

7.     Attached at <u>Exhibit F</u> is a true and accurate copy of Exhibit 11 from the Deposition of Carolyn Holloway taken on January 25, 2008.

8.     Attached at <u>Exhibit G</u> is a true and accurate copy of Exhibit 12 from the Deposition of Carolyn Holloway taken on January 25, 2008.

9.     Attached at <u>Exhibit H</u> is a true and accurate copy of Exhibit 13 from the Deposition of Carolyn Holloway taken on January 25, 2008.

10.    It is my understanding that <u>Exhibits A – H</u> described above constitute a complete set of the medical records that were marked as exhibits during the Deposition of Carolyn Holloway taken on January 25, 2008.

11.    Attached as <u>Exhibit I</u> is a spreadsheet containing Neurontin detail (sales call) information relating to Dr. Gregory Rogers extracted from Pfizer's Sherlock database produced by the Defendants in this action. It is my understanding that the spreadsheet contains all of Dr. Roger's Neurontin detail data as faithfully extracted into Microsoft Excel file format from Pfizer's Sherlock database and that the extraction process used was a standard process known to produce accurate results.

12.    Attached as <u>Exhibit J</u> is a spreadsheet containing Neurontin prescription data relating to Dr. Gregory Rogers extracted from the Wolters Kluwer prescription data database produced by the Defendants in this action. It is my understanding that the spreadsheet contains all of Dr. Roger's Neurontin prescription data as faithfully extracted into Microsoft Excel file format from the Wolters Kluwer database and that the extraction process used was a standard process known to produce accurate results. The only modification to the spreadsheet are as

follows: (a) certain rows are highlighted in yellow to denote months in which Pfizer's records indicate that Dr. Rogers was detailed on Neurontin (see Exhibit I above); (b) the two rightmost columns (indicated by a black box) indicate the number of Neurontin prescriptions written by Dr. Rogers and the number of months in the interval between details, broken down by whether the prescriptions occurred within six months of a detail or not; and (c) the final two rows indicate the average number of Neurontin prescriptions per month that Dr. Rogers wrote within 6 months of a detail as compared to Neurontin prescriptions written beyond six months after a detail. Modifications (c) and (d) described above were performed by using Microsoft Excel's formula feature, a process known to produce accurate results.

13.     Attached as <u>Exhibit K</u> is an opinion in Clark v. Pfizer, Pa. Court of Common Pleas, Philadelphia County, Civ. No. 1819 (Mar. 14, 2008).

14.     Attached as <u>Exhibit L</u> is Radley, Finkelstein, and Stafford, Off-label Prescribing Among Office-Based Physicians, Arch Intern Med. 2006;166:1021-1026.

15.     Attached as <u>Exhibit M</u> is a chart which compares Neurontin's drug uses for off-label indications that are in this case to drug uses for those same indications for the other AEDs that were depicted in Exhibits 2A-2G to the Declaration of Henry G. Grabowski submitted by Pfizer in its opposition. (See Exhibit 34 to the Declaration of Matthew B, Roland, Document No. 1175). The chart was created using Microsoft Excel's graphing function, a process known to produce accurate results. In fact, Plaintiffs have used the exact same data as used in the Grabowski charts, with two important modifications. First, as mentioned above, Grabowski Exhibits 2A-2G did not visually compare the drug uses of the specific AED to Neurontin's off-label drug uses. Because the charts had variable Y-axis scales, the impression created by the charts is that the other AEDs had off-label drug uses of a similar magnitude as Neurontin. The

3

second modification is that Plaintiffs excluded drug uses for indications that subsequently received FDA approval. Grabowski Exhibits 2A-2G include these "not-yet approved" indications as off-label indications. The impression created by using this methodology is that other AEDs have a similar level of drug uses for off-label indications where there is no substantial scientific evidence of efficacy. Plaintiffs believe that this is not an appropriate methodology in a fraud case such as this, since obtaining FDA approval implies the existence of substantial scientific evidence of efficacy. Plaintiffs believe the more appropriate methodology is to classify all drug uses relating to an FDA-approved use, even if the drug uses precede the approval, as on-label uses. This is the same methodology used in the creation of the charts included in the Declaration of Rena Conti.

Signed under the pains and penalties of perjury this 31st day of March 2008.

/s/ Ilyas J. Rona
Ilyas J. Rona