

EXHIBIT 6 Holloway 3-25-08 TLC

01/17/2008  10:46   9184234736                COUNTRY MART RX                              PAGE 01
10:31 AM
                              Country Mart Pharmacy                                         01/17/2008
                              601 E. WYANDOTTE
                              MCALESTER, OK 74501
                         Fed. Id:73-1015155 NABP:3719955

HOLLOWAY, CAROLYN
1511 SOUTH 4TH
MCALESTER OK 74501, 00 00000

                         Profile From:01/01/2003 thru 01/17/2008

| Date | Rx# | Qty | Drug | NDC | Prescriber | Price |
|---|---|---|---|---|---|---|
| 06/04/2004 | 8915338 | 30 | PREMARIN 0.9MG TAB | 00046-1103-81 | ROGERS, GREGORY | $25.00 |
| 06/25/2004 | 8917536 | 30 | LIPITOR 10 MG | 00071-0155-23 | ROGERS, GREGORY | $25.00 |
| 07/16/2004 | 8915338 | 30 | PREMARIN 0.9MG TAB | 00046-1103-81 | ROGERS, GREGORY | $25.00 |
| 08/04/2004 | 8917536 | 30 | LIPITOR 10 MG | 00071-0155-23 | ROGERS, GREGORY | $25.00 |
| 08/24/2004 | 8915338 | 30 | PREMARIN 0.9MG TAB | 00046-1103-81 | ROGERS, GREGORY | $25.00 |
| 09/28/2004 | 8915338 | 30 | PREMARIN 0.9MG TAB | 00046-1103-81 | ROGERS, GREGORY | $25.00 |
| 10/25/2004 | 8925090 | 30 | LIPITOR 40 MG TAB | 00071-0157-23 | ROGERS, GREGORY | $25.00 |
| 11/09/2004 | 8915338 | 30 | PREMARIN 0.9MG TAB | 00046-1103-81 | ROGERS, GREGORY | $25.00 |
| 11/29/2004 | 8926823 | 30 | LIPITOR 40 MG TAB | 00071-0157-23 | ROGERS, GREGORY | $25.00 |
| 12/18/2004 | 8915338 | 30 | PREMARIN 0.9MG TAB | 00046-1103-81 | ROGERS, GREGORY | $25.00 |

HOLLOWAY0024