

# Country Mart Pharmacy
601 E. Wyandotte
McAlester, Ok 74501
(918)-423-2980
Fax: (918)-423-4736

# Fax

To: Matthew Rowland    From: Jerri

Fax: 212-450-3912    Pages: ____

Re: Carolyn Holloway    Date: 01-23-08

**Comments:**

01/23/2008  14:31  9184234736   COUNTRY MART RX   PAGE  02

01/23/2008                                                                                        02:16pm

**DOLLAR SAVER PHARMACY**
1530 S. MAIN
MC ALESTER, OK 74501
(918) 426-1110

NABP:3705893  Fed.Id: 73-1570015

HOLLOWAY, CAROLYN         From: 11/01/2002 to 03/01/2005

MCALESTER, OK 74502

| Fill Date | Rx Number | Quantity | Drug | NDC | Doctor | Retail | Patient Pay |
|---|---|---|---|---|---|---|---|
| 05/17/2004 | 371661 | 30 | LIPITOR 10 MG | 00071-0155-23 | ROGERS,GREGORY A | 68.66 | 25.00 |
| 04/30/2004 | 375357 | 30 | PREMARIN 0.9 MG | 00046-0864-81 | ROGERS,GREGORY A | 34.72 | 25.00 |
| 04/15/2004 | 371661 | 30 | LIPITOR 10 MG | 00071-0155-23 | ROGERS,GREGORY A | 69.44 | 25.00 |
| 03/29/2004 | 375357 | 30 | PREMARIN 0.9 MG | 00046-0864-81 | ROGERS,GREGORY A | 34.72 | 25.00 |
| 03/19/2004 | 379720 | 90 | TRAMADOL HCL 50MG | 53489-0499-05 | ROGERS,GREGORY A | 24.09 | 15.00 |
| 02/23/2004 | 375357 | 30 | PREMARIN 0.9 MG | 00046-0864-81 | ROGERS,GREGORY A | 34.72 | 20.00 |
| 01/19/2004 | 375357 | 30 | PREMARIN 0.9 MG | 00046-0864-81 | ROGERS,GREGORY A | 34.72 | 20.00 |
| 11/24/2003 | 375357 | 30 | PREMARIN 0.9 MG | 00046-0864-81 | ROGERS,GREGORY A | 32.18 | 20.00 |
| 11/24/2003 | 375356 | 30 | BEXTRA 20MG | 00025-1980-31 | ROGERS,GREGORY A | 83.97 | 20.00 |
| 11/24/2003 | 375355 | 60 | NEURONTIN 800MG TABLET | 00071-0426-24 | ROGERS,GREGORY A | 151.73 | 20.00 |
| 11/10/2003 | 362104 | 30 | CENESTIN 0.9MG | 51285-0443-02 | DOYLE | 29.16 | 20.00 |
| 10/03/2003 | 362104 | 30 | CENESTIN 0.9MG | 51285-0443-02 | DOYLE | 29.16 | 20.00 |
| 09/29/2003 | 371686 | 30 | BEXTRA 10MG | 00025-1975-31 | ROGERS,GREGORY A | 83.97 | 20.00 |
| 09/29/2003 | 371661 | 30 | LIPITOR 10 MG | 00071-0155-23 | ROGERS,GREGORY A | 66.51 | 20.00 |
| 09/26/2003 | 373052 | 14 | FAMVIR 250MG | 00078-0367-15 | ROGERS,GREGORY A | 51.31 | 20.00 |
| 09/26/2003 | 373051 | 20 | CEPHALEXIN 500MG | 64860-0105-08 | ROGERS,GREGORY A | 15.22 | 10.00 |
| 08/25/2003 | 362104 | 30 | CENESTIN 0.9MG | 51285-0443-02 | DOYLE | 29.16 | 20.00 |
| 08/21/2003 | 371686 | 30 | BEXTRA 10MG | 00025-1975-31 | ROGERS,GREGORY A | 83.97 | 20.00 |
| 08/21/2003 | 371661 | 30 | LIPITOR 10 MG | 00071-0155-23 | ROGERS,GREGORY A | 66.51 | 20.00 |
| 07/17/2003 | 362104 | 30 | CENESTIN 0.9MG | 51285-0443-02 | DOYLE | 29.16 | 20.00 |
| 05/22/2003 | 362104 | 30 | CENESTIN 0.9MG | 51285-0443-02 | DOYLE | 29.16 | 20.00 |
| 04/03/2003 | 362104 | 30 | CENESTIN 0.9MG | 51285-0443-02 | DOYLE | 29.16 | 20.00 |
| 02/18/2003 | 362104 | 30 | CENESTIN 0.9MG | 51285-0443-02 | DOYLE | 27.01 | 20.00 |
| 01/08/2003 | 362104 | 30 | CENESTIN 0.9MG | 51285-0443-02 | DOYLE | 27.01 | 20.00 |
| 11/26/2002 | 362104 | 30 | CENESTIN 0.9MG | 51285-0443-02 | DOYLE | 28.75 | 28.75 |
|  |  |  |  |  |  | 1194.17 | 513.75 |

Pharmacist _____

-1-

01/23/2008  14:31    9184234736                    COUNTRY MART RX                              PAGE  03

2:18 PM                           Country Mart Pharmacy                                    01/23/2008
                                    601 E. WYANDOTTE
                                    MCALESTER, OK 74501
                              Fed. Id:73-1015155 NABP:3719955

HOLLOWAY, CAROLYN
1511 SOUTH 4TH
MCALESTER OK 74501, 00 00000

Profile From:11/01/2002 thru 03/01/2005

| Fill Date | Rx Num | Qty | Drug | NDC | Doctor | Charge |
|---|---|---|---|---|---|---|
| 06/04/2004 | 8915338 | 30 | PREMARIN 0.9MG TAB | 00046-1103-81 | ROGERS, GREGORY | $25.00 |
| 06/25/2004 | 8917536 | 30 | LIPITOR 10 MG | 00071-0155-23 | ROGERS, GREGORY | $25.00 |
| 07/16/2004 | 8915338 | 30 | PREMARIN 0.9MG TAB | 00046-1103-81 | ROGERS, GREGORY | $25.00 |
| 08/04/2004 | 8917536 | 30 | LIPITOR 10 MG | 00071-0155-23 | ROGERS, GREGORY | $25.00 |
| 08/24/2004 | 8915338 | 30 | PREMARIN 0.9MG TAB | 00046-1103-81 | ROGERS, GREGORY | $25.00 |
| 09/28/2004 | 8915338 | 30 | PREMARIN 0.9MG TAB | 00046-1103-81 | ROGERS, GREGORY | $25.00 |
| 10/25/2004 | 8925090 | 30 | LIPITOR 40 MG TAB | 00071-0157-23 | ROGERS, GREGORY | $25.00 |
| 11/09/2004 | 8915338 | 30 | PREMARIN 0.9MG TAB | 00046-1103-81 | ROGERS, GREGORY | $25.00 |
| 11/29/2004 | 8926923 | 30 | LIPITOR 40 MG TAB | 00071-0157-23 | ROGERS, GREGORY | $25.00 |
| 12/16/2004 | 8915338 | 30 | PREMARIN 0.9MG TAB | 00046-1103-81 | ROGERS, GREGORY | $25.00 |
| 01/19/2005 | 8926923 | 30 | LIPITOR 40 MG TAB | 00071-0157-23 | ROGERS, GREGORY | $25.00 |
| 01/27/2005 | 8915338 | 30 | PREMARIN 0.9MG TAB | 00046-1103-81 | ROGERS, GREGORY | $25.00 |
| 02/25/2005 | 8926923 | 30 | LIPITOR 40 MG TAB | 00071-0157-23 | ROGERS, GREGORY | $25.00 |
| | | | | | | $325.00 |

Pharmacist _____                    1 Of 1