
EXHIBIT
8 Holloway
TASSOS JEC

**Gregory A. Rogers, D.O.**
*Family Physician*

**Allergies:** _____
_____
NKDA

## PROGRESS NOTE

6-17-03   WT 133.5   T 98.0   P 60   R 18   B/P 120/80
Needing to Est. c PCP
States was involved in MVA 5-24-03
was not seen in ER - now c/o back pain
neck pain

A:  1) S/P MVA c pelvic rotation & LBP → pelvic rotation improved c OMT
    2) Spontaneously developing Pneumothorax - Fell, + partial)
    3) M-T headaches
    4) S/P polypectomy - colon - ⊖ family hx of colon ca
    5) Fibrocystic Breast disease - s/p needle bxs
    6) Hysterectomy - s/p ectopic pregnancy c rupture

A:  1) OMT to pelvis - apparent leg length resolved
    2) ✓ CBC, Chem 14, Lipids, TSH, T4
    3) Recommend mammogram - PN c Springer Clinic
    4) Bextra 10 mg (1) daily R #30
    5) F/U prn

7-2-03   WT 131.5   T 98.0   P 60   R     B/P 120/72
         Follow up on lab results - Patient left had
         to return to work -

7-18-03   WT 131   T 99.1   P 64   R 16   B/P 112/64
          Follow up for lab results - Lower back
          hurts all the time - been taken hormone pills
          (Premarin) since hysterectomy 30 years ago.
S:   Pt had improvement of sx temporarily c previous tx. The
     pain has not been controlled c the Bextra. she has had
     concerns about being on Estrogen but becomes symptomatic
     if she stops the hormones.
          Pt had Chol test c ↑ results. Pt had mammogram yest
O:   VS as noted
          ↑ Chol 221   LDL 133

**Home Phone Number:** ( 918 ) 303 - 0078   **Work Phone:** (     )
Date Of Birth  9 / 27 / 45   Preferred Pharmacy  Cash Saver

| **Patient Name:** | Carolyn Holloway |

3 Clark Bass Blvd, McAlester, OK 74501      Phone: 918-423-5599    Fax: 918-423-5563

HOLLOWAY0020

Case 1:04-cv-10981-PBS    Document 1185-4    Filed 03/31/2008    Page 2 of 4

**Gregory A. Rogers, D.O.**
*Family Physician*

1

| Patient: *Carolyn Holloway* | DOB: *9-27-45* | Age: | SSN: ▓▓▓▓ | Date: *6/17/03* |

**Previous Doctor:** ___ **Specialist:** ___ **Specialist:** ___

**Chief Complaint:** *S/P MVA*  **History of Present Illness:** ___

Location *(R) leg/hip*  Quality *aching pains*
Severity *severe at times*  Duration: started √ *4 weeks* lasted
Timing *gradual onset c̄ MVA*  Context *S/P MVA 4 weeks*
Modifying factors *heating pad helps; as did Advil 200mg c̄ BID*
Associated Signs/Symptoms: See below ☒
Previous illnesses with similar sx: *No prior significant MVA*
**Medications:** No routine meds ☒  Multiple - see chart ☐

**Allergies:** None ☒  See chart ☐ ___
**Adverse medication reactions:** ___

**History/Review of Systems:** -------------------- *Complete Systems Review is Unremarkable* ☐
**Constitutional:** fever ___ chills ___ fatigue ___ lethargy ___ body aches ___ sweats ___ thirst ___ appetite ___ Wt ch. ___
**Eyes:** discharge ___ blurring ___ pain ___ cataracts ___ glaucoma ___ injury ___ blind ___ diplopia ___ other ___
**ENT:** hearing ___ ear pain ___ dizziness ___ dentures ___ discharge ___ S.T. ___ sinuses ___ TMJ ___ voice ___ other ___
**CV:** palpitations ___ chest pain ___ tachy ___ brady ___ CHF ___ MVP ___ MI ___ HTN ___ murmur ___ other ___
**Resp:** asthma ___ COPD ___ cough ___ wheezing ___ dyspnea ___ inhalers ___ pneum. ___ bronch. ___ other ___
**GI:** nausea ___ vomiting ___ diarrhea ___ melena ___ ulcers ___ H.pylori ___ reflux ___ liver ___ divertic ___ Ca ___ other ___
**GU:** frequency ___ urgency ___ dysuria ___ hematuria ___ stones ___ UTI hx ___ prostate ___ ED ___ other ___
**Gyn:** Grav ___ Para ___ FDLMP / ___ birth control ___ pain ___ discharge ___ PMS ___ menses ___ other ___
**Spine:** arthritis ___ pain *(lumbar)* spasm ___ strain ___ degen disc ___ HNP ___ sciatica ___ injury ___ other ___
**Extremities:** arthritis ___ pain ___ swelling ___ edema ___ deformity ___ injury ___ other ___
**Psych:** depression ___ anxiety ___ sleep disorder ___ bipolar ___ past psych tx ___ other ___
**Skin:** rash ___ cancer ___ itching ___ bruising ___ eczema ___ psoriasis ___ burns ___ other ___
**Neuro:** seizures ___ HAs ⊕ migraines ___ deficits ___ head inj. ___ CVA ___ TIA ___ LOC ___ other ___
**Hem/Lymph:** anemia ___ bleeding disorders ___ phlebitis ___ other ___
**Endo:** DM ___ thyroid ___ hypoglycemia ___ other ___
**Other symptoms:** hemorrhoids ___ mood swings ___ hair loss ___ menopausal ___ memory problems ___
**Ortho:** Osteoporosis ___ shoulder ___ elbow ___ CTS ___ wrist/hand ___ hip ___ knee ___ ankle/foot ___
**Past Medical History:** *Negative other than above* ☐ *Spontaneous pneumothorax on (R)*
*Pt relates being "hyper". Prior mammogram c̄ fibrocystic breast disease - had needle bx*

**Immunizations:** Tetanus ___ Hep B ___ Flu ___ Pneumonia ___ Other ___ Childhood (Up-to-date) Y N
**Past Surgical History:** *None* ☐  C-Section ___ D&C ___ hyst ⊕ tubal lig ___ cataract ___ glauc ___ laser ___
inguinal-hern ___ ventral ___ umbilical ___ other hernia ___ PB tubes ___ tonsils ___ sinus ___ oral ___ ENT ___
chole ___ stomach ___ colon ___ appy ___ hemorrhoid ___ EGD ___ colonoscopy ⊕ esophagus ___ explor lap ___
CABG ___ card cath ___ angioplasty ___ stent ___ pacer ___ auto-defib ___ heart valve ___ AAA ___ periph bypass ___
vasectomy ___ TURP ___ prostate ___ kidney stone ___ urethra ___ bladder ___ breast ___ cone ___
skin ___ thyroid ___ knee ___ hip ___ arm ___ back ___ neck ___
other: *Chest tube on (R). Ectopic pregnancy → hyst. Polypectomy, Needle bx (B) breasts*
**Significant Past Injuries:** MVA ___ Skull Fx ___ Coma ___ Job inj. ___ Other ___
**Family History:** CAD ⊕ Cancer ⊕ leukemia ___ lymphoma ___ DM ___ HTN ⊕ OA ___ RA ___ CVA ___ Seizures ___
SLE ___ osteoporosis ___ asthma ___ migraines ___ ↑chol ___ thyroid ___ other ___

**Social History:** Smoke ∅ packs/day for ___ years. Quit ___ years ago. Chews ___ EtOH ∅ drinks/week ___
Caffeine *4-5* drinks/day of *coffee*  Marital status *M*  Job status *Bank Officer*  Other ___

| Positive:+ | Negative:∅ | Slight: sl. | Left: L | Right: R | Bilateral:B | Present/Done:√ | Not Tested: N.T. |

HOLLOWAY0021

**Gregory A. Rogers, D.O.**
*Family Physician*

2

**PHYSICAL EXAMINATION:**    Wt. _133_ lbs    AGE: _57_ y.o. Male ☐ Female ☒

**General:** Alert _✓_ lethargic___ acute distress___ well-nourished___ pale___ flushed___ gait___ obese___ cachexic___

**Vital signs:** BP _110/7D_ Pulse _60_ Resps _18_ Temp _97.8_ °F per Ax___ PO___ rect.___ Pulse ox:___ % on___ L/m O2

**Eyes:** pupils _✓_ reactive to light _✓_ fundi___ lids _✓_ discharge _ø_ arcus _ø_ sensitive _ø_ pteryg. _ø_ other___

**ENT:** canals _✓_ TMs _✓_ nasal disch___ tonsils___ throat _✓_ sinus tenderness___
teeth___ dentures___ occlusion___ TMJ___ ketone odor___ EtOH___ lips___ gums___ hygiene___ other___

**Neck:** Supple _✓_ thyromegaly _ø_ lymphadenopathy _ø_ tender? bruits___ JVD _ø_ other___

**Resp:** effort _✓_ retractions _ø_ wheezing _ø_ rales _ø_ rhonchi _ø_ resp cycle _✓_ other___

**CV:** murmur _/6_ rate _✓_ gallop _ø_ rub _ø_ rhythm _✓_ ectopy _ø_ other___

**Chest:** deformity___ tender___ pacemaker___ scars___ other___

**GI:** masses _ø_ liver _ø_ spleen _ø_ guarding _ø_ rebound _ø_ scars___ hernias___
tenderness: _sl in (R)_ percussed resonance _✓_ bowel tones _✓_ other___

**Male GU:** testicles___ prostate___ penis___ discharge___ other___

**Female GU:** discharge___ lesions___ cervix___ uterus___ adnexa___
If pregnant FHTs___ at___ breasts___ other___

**Lymph:** inguinal nodes___ axillary nodes___ other___

**Extremities:** deformities _ø_ edema _ø_ cyanosis _ø_ clubbing _ø_
periph pulses _✓_ tenderness _ø_ ROM _✓_ DTRs _+3/4_ muscle tone _✓_

**Spine:** scoliosis _sl_ deformity _ø_ ROM _✓_ tenderness _sl_ paravertebral muscle tone _↑_

**Skin:** turgor _✓_ color___ bruises___ lesions___

**Neuro:** CN _✓_ GCS E(4) M(6) V(5)___ oriented _✓_ recent memory _✓_ distant memory _✓_
periph motor exam _✓_ periph sensory exam _✓_ other___

**Psych:** judgment _✓_ affect _✓_ demeanor _✓_ openness___

| Mini-Mental Status Exam (MMSE) time | /5 place | /5 repeat 3 objects | /3 serial 7s | /5 3-objects recall | /3 |
|---|---|---|---|---|---|
| item names | /2 repeat saying | /1 3-stage | /3 read&obey | /1 sentence | /1 copy drawing | /1 **TOTAL:** | /30 |

**Other PE findings:** _____

---

| **KEY:** Present: + ‖ Absent: φ ‖ Increased: ↑ ‖ Decreased: ↓ ‖ Normal: √ ‖ Abnormal: X |
|---|

**CBC:** WBC___ HGB___ HCT___ PLT___ Diff: neut___ bands___ lymph___ mono___ eos___

**CHEM:** Na___ K___ Cl___ CO2___ Gluc___ BUN___ Creat___ Mg___ Ca___ Amylase___

**C-RP (card)** CPK___ MB___ LDH___ LD1___ Trop I___ Dig___ PT___ INR___ PTT___

SGOT___ SGPT___ alk ph___ T. bili___ H. pylori___ Stool guiac___ U/HCG___ EtOH___ Urine Drug Screen___

ESR___ mm/hr. C-RP (inflam)___ ANA___ RF___ EBV-IGG___ Hepatitis___ Other___

**UA:** sp gr l___ pH___ WBC___ RBC___ Nitrite___ gluc___ ketones___ UCG___ C&S___

**Xrays:** _____

**EKG:** _____ Final pulse ox (___ L/M)___ %

**Cardiac Monitor:** _____

**Cultures taken:** _____

**Other treatments:** _____

**HHN Tx given with** ___ / ___ Results: ___

| **Treatment/Additional Information:** |
|---|

HOLLOWAY0022

 

# Gregory A. Rogers, D.O.
*Family Physician*

## PATIENT'S PERSONAL HISTORY

**Referred to us by:** _____     **Today's Initial Visit Date:** 6/17/03

CONFIDENTIAL RECORD:  THIS INFORMATION WILL NOT BE RELEASED WITHOUT YOUR AUTHORIZATION

**Last Name:** Holloway   **First:** O Drew   **Middle:** J
**Address:** Po Box 8182   **City:** McAlester   **State:** OK   **Zip:** 74502
**Home Phone:** (918) 302-0278   **Date of Birth:** 09/27/45   **Age:** 57   **Sex:** F
**Occupation:** Officer - BANK   **Work Ph:** (918) 423-2265   **Religion:** BAPTIST
**Marital Status:** S  M  D  W   **Medicare No.** _____   **Disability?** _____   **Type?** _____
**INSURANCE COMPANY:** _____
**Person to Notify:** Jerry Holloway   **Relationship to you:** Husband   **Their telephone:** (918) 302-0278
**Primary pharmacy you use:** CASH SAVER   **Second pharmacy:** _____

**Do you smoke NOW?** No   **Smoked?** ___ years. How many? ___ packs per day. If you quit smoking, when? ___
**Do you dip?** ___   **Do you drink alcohol NOW?** ___   **How many drinks in a typical week?** ___   **History of drinking?** ___
**Do you drink any caffeinated beverages?** Yes   **How many on a typical day?** _____   **What beverages?** Coffee

**Have YOU ever had these diseases:** Heart disease?   Heart attacks?   Rapid heartbeats?   Blood pressure?
High cholesterol?   Pacemaker?   Thyroid problems?   Diabetes?   -uses insulin?   Low blood sugar?
Migraines?   Other headaches?   Dizziness?   Seizures?   Depression?   Anxiety/panic disorder?
Colitis?   Ulcers?   Acid Reflux?   Diverticulitis?   Liver diseases?   Gallbladder   Anemia?
Back pains?   Arthritis?   Bursitis?   Glaucoma?   Stroke or TIAs?   Black Lung Disease?
Nasal allergies?   Asthma?   Pneumonia?   Bronchitis?   Emphysema?   Collapsed lung?
Serious injuries?   Any Cancers?   Bleeding disorders?   Blood clots?   Skin diseases?

**List ANY other medical conditions:** _____

**List if you had ANY SURGERY:** C-Section   hysterectomy   tubal ligation   D&C   ovaries
head or brain   cataracts   glaucoma   ears   tonsils   sinus   neck   back   hip
inguinal hernia   other hernia   kidney   colon   stomach   gallbladder   appendix   rectal
heart cath   cardiac stent   bypass   heart valve   pacemaker   angioplasty   chest   lungs
vasectomy   prostate   bladder   skin cancer   plastic surgery   transplant   breast
**List any other surgeries:** _____

**Do you take any medications on a regular basis?** ___   **If so, do you have a list we can attach to your chart?** ___
**If you don't have a list, please tell us what they are** _____
_____
_____
_____

**WHO WAS/WERE YOUR LAST DOCTOR(S)?** _____
**Do any diseases run in your FAMILY?** Cancer?   Stroke?   Diabetes?   Thyroid?   Heart disease?
High blood pressure?   Depression?   Mental Illness?   Migraines?   Bleeding disorders?   Asthma
Seizure disorders?   Osteoarthritis?   Rheumatoid Arthritis?   (SLE) Lupus?   High cholesterol
Leukemia?   Ulcers?   Kidney disease?   Osteoporosis?   Colon polyps?   colitis?   phlebitis?
**Other FAMILY medical problems?** _____

**Have you gained/lost more than ten pounds of weight over the past six months?** ___   **Over the past year?** ___
**Are YOU allergic to any medications or have you had reactions to any medications?** No   If yes, please list below.
_____
_____

**3 Clark Bass Blvd., McAlester, OK  74501     Phone: 918-423-5599   Fax: 918-423-5563**

HOLLOWAY0023