

**Gregory A. Rogers, D.O.**
*Family Physician*

Allergies: _____

NKDA

## PROGRESS NOTE

| | |
|---|---|
| 7/18/03 CONT'D | ⊕ leg length difference - corrected č OMT. <br> ⊕ ® SI joint tenderness <br> Mildly ↑ tone of lumbar paravertebrals č moderate point tenderness <br> A: 1) Lumbar/pelvic dysfunction <br> 2) ↑ Chol <br> P: 1) L-spine series <br> 2) Zanaflex 4mg #20  ī @HS — may ↑ to ī BID + īī @HS <br> 3) ⓢ Lipitor 10mg #28  ī daily in PM <br> 4) ✓ Chol; Liver enzymes <br> 5) F/U sooner depending on back sx <br> *[signature]* |
| 7/23/03 | A) L-spine DJD/foraminal stenosis/DDD <br> Trial Bextra 10mg #18 (3) ī BID |
| 8-4-03 | WT 133.5   T 97.5   P 68   R 18   BP 110/90 <br> F/U on Back Pain (MVA 5-24-03) - Review of mammogram done in Tulsa <br> S: Pt is having ongoing back pain since last visit. Pt has had xrays & mammogram since last visit. <br> O: VS as noted <br> Mammogram - no diagnostic changes č fibroglandular changes w/o prior <br> xrays of L-spine - DJD/DDD/spinal foraminal stenosis <br> A: 1) Degenerative lumbar changes <br> 2) ↑ Chol <br> 3) hx of colonoscopy č polyps & family hx <br> P: 1) Trial Bextra (pt has not yet used samples) <br> 2) Rx Zanaflex 4mg #30  ī @HS prn x2 <br> 3) Refer to Dr Hayes for colonoscopy - 8-20-03  11AM <br> 4) ✓ Lipids/Liver panel <br> *[signature]* |
| 8-20-03 | Lipitor 10mg #30  ī q PM  x 5  called to Cash Savers |

---

Home Phone Number: ( 918 ) 302 - 0278   Work Phone: ( ___ )
Date Of Birth  9 / 27 / 65   Preferred Pharmacy Cash Saver
Patient Name:  Carolyn Holloway

3 Clark Bass Blvd, McAlester, OK 74501    Phone: 918-423-5599    Fax: 918-423-5563

HOLLOWAY0019