
EXHIBIT
10 Holloway
tec 1-25-09



**Gregory A. Rogers, D.O.**
*Family Physician*

Allergies: NKDA

## PROGRESS NOTE

9-22-03  WT 130  T 99.4  P 78  R 20  B/P 120/70
possible insect bites R Thigh
S: Pt developed a severe pruritic rash on the R thigh.
The rash has worsened through the last 5 days, c̄ increasing
erythema, mild nausea yest, ā chills. Still c̄ back pain.
O: VS as noted
erythematous lesion area to medial R thigh, c̄ ruptured blisters
in a spherical pattern
A: 1) Probable shingles
   2) Back strain 2° to MVA
P: 1) FamVir 500mg (s) #6 ṫ BID  Rx #14 250mg ṫ BID
   2) Keflex 500mg #20 ṫ BID
   3) MRI - Thoracic/L-spine
   4) F/U prn
                                            GA Rogers DO

10-14-03  B/P 130/68  P 64  R 18
F/U  T 97.1
S: Pt had good results c̄ the FamVir.
The back is still hurting, c̄ more frequent pain sx but
no change in the pain pattern
O: VS as noted
Reviewed reports c̄ pt & husband
A: DJD c̄ inflammatory changes
P: 1) Bextra 20mg (s) 30  ṫ daily or BID
   2) R Neurontin 800mg #21 ṫ daily x 7 d then ṫ BID
   3) F/U 2 weeks
                                            GA Rogers DO

11-24-03  T 97.3  P 60  R 24  B/P 130/68  WT 134
Back Pain  F/U Colonoscopy. Pt likes Bextra, has been taking 1 Aleve every
4 hours, needs refill Neurontin
S: Pt still c̄ back pain, some days better than others.
The pt had good results from the Neurontin, but she ran out.
The pt tried the Bextra and it helped, though she ran out
and has been taking Aleve ṫ Q4hr.

Home Phone Number: (918) 302-0278   Work Phone: (___)___
Date of Birth: 9/27/45   Preferred Pharmacy: Cash Saver
Patient Name: Carolyn Holloway

3 Clark Bass Blvd, McAlester, OK 74501   Phone: 918-423-5599   Fax: 918-423-5563

HOLLOWAY0018