

**Gregory A. Rogers, D.O.**
*Family Physician*

Allergies: NKDA

## PROGRESS NOTE

12/29/03 – Pt has significant menopausal syndrome when out of her estrogen.
cont    Pt needs refill
        Pt had a polypectomy/colonoscopy. The path report showed
        hyperplastic polyps
O:      VS as noted
        Alert, good spirits
        Path report 0.3 cm hyperplastic polyp
        Heart – reg rhythm
        Lungs – clear                              (Discussed path report and
        Pulses good                                 family hx in detail.)
A:  1) DJD c inflammatory changes
    2) Back strain 2° to MVA
    3) Menopausal syndrome    4) Hyperlipidemia
P:  1) Cont Premarin 0.9mg #30 ÷ daily RF x 11
    2) Bextra 20mg #30 ÷ daily RF x 2
    3) Neurontin 300mg #60 ÷ BID
    4) Cont Lipitor 10mg(s)
    5) F/u in Jan liver/lipid panel
                                        [signature] Rogers

1-13-04  Zyrtec 10mgm #30 ÷ daily c-
5 RF called to CashSavers             [signature]

1-15-04  wt 136  T 98.3  P 66  R 20  B/P 122/78
F/u on lab results, lipid + liver
S) Back is better on the Bextra but still occasional problem
O) Good chol numbers
A) ↑ Chol – responding
P:  1) Cont Bextra
    2) Cont Lipitor
    3) Rev liver panel in 3 months
                                        [signature] Rogers

Home Phone Number: (918) 302-0218  Work Phone: (    )
Date of Birth: 9/27/45   Preferred Pharmacy: Cash Saver
Patient Name: Carolyn Holloway

3 Clark Bass Blvd, McAlester, OK 74501    Phone: 918-423-5599    Fax: 918-423-5563

HOLLOWAY0017