

**Gregory A. Rogers, D.O.**
*Family Physician*

**Allergies:** NKDA

## PROGRESS NOTE

03-15-04  WT 135  T ___  P 60  R 16  BP 152/78
Pt is having trouble with back, would like to be reffered to Dr. Rogers in Tulsa. — Pt has taken Aleve - just takes the edge off
S: Pt is having specific point tenderness in the lower back, on a daily basis. Pt has sx ↑ through the course of the day. The pt has stopped the Neurontin
Pt is having some mildly worsening sx, and pt would like to go see the neurosurgeon (March 26)
O: VS as noted. BP ↑ but her back hurts and she has had a lot of stress today
Alert, oriented
HEART - reg rhythm
Lungs clear
Pulses good
⊕ spinal posturing
mod notch ↑ paravertebral tone & pressure at the L3-L4 nerve root producing pain and radiation of sx
A: 1) Chronic LBP
2) Subligamentous HNP
3) ↑ BP reading
P: 1) Cont Bextra
2) ℞ Tramadol 50mg #90 ɣ TID prn pain  RFx3
3) Refer to Dr Rodgers - Neurosurgeon - Tulsa
4) f/u prn

03-16-04 Pt referred to Dr. Rodgers (918)481-4965 Mar 29, 2004 11:00-0pm
3/22/04 (918) 481-4996 — records faxed to Dr Rodgers ABryan
7-19-04 Pt here for consult with Dr Rogers 10:___
S: This patient has had only mild pain relief consistently and is never totally free of sx. Pt is very concerned about her overall condition and prognosis.
O: Alert oriented. Anxious
BP 142/76. Pulses good.

**Home Phone Number:** ( 918 ) 302 - 0278  **Work Phone:** (___) ___
Date Of Birth  9 / 27 / 45   Preferred Pharmacy Cash Saver
**Patient Name:** Carolyn Holloway

3 Clark Bass Blvd, McAlester, OK 74501   Phone: 918-423-5599   Fax: 918-423-5563