EXHIBIT 18 Holloway To C 1850S

**Gregory A. Rogers, D.O.**
*Family Physician*

Allergies: NKDA

## PROGRESS NOTE

7/19/04 — Reviewed x-ray findings in detail
Cont  (A:) As noted
(P:) No changes in tx at this time because pt does not want to take any further/stronger meds unless she just has to
3) F/u prn
— R Rogers DO

9-9-04 — Courtney, Mart Pharmacy reorder form filled out for Lipitor, 10mg #30. RF0 — Will call pt to re-√ lab lipids — last √ was 1-04. — WR

9-14-04  WT 130#  T 98.5  P 64  R 18  BP 140/80
F/u on lab, Back Pain Cont.
(S:) Back pain since May of last year. She works all day & at the end of the day she is in pain. Mainly here for lab f/u. Just this AM she woke up c runny nose, clogged head, no fever or chills. No green or yellow discharge. No sore throat or cough. Mainly runny nose.
(O:) Vs as noted, B/P ↑
  Awake & alert                  Tchol 167
  Lungs: clear                   Trig  57
  heart: reg rhythm              HDL  60
  pulses: good                   LDL  98
  (B) Carotid bruits Rt > Lt
  Nose: runny, ↑ turbinates, erythema
  Pharynx: mildly erythematous
  Neck: ⊘ lymphadenopathy
(A:) 1) Carotid vascular dz
     2) ↑ chol
     3) elevated B/P
     4) LBP
(P:) 1) √ cmp - 2° lab v drw   3) Schedule carotid Doppler c/s c flow studies in 2-3 weeks
     2) Lipitor 40 mg  1 po q hs (s)  4) pt to f/u PRN or if sx worsen  — Ken Jenyn DO

Home Phone Number: (918) 302-0278   Work Phone: (   )
Date Of Birth  9/27/45    Preferred Pharmacy  Cash Saver
**Patient Name:** Carolyn Holloway

3 Clark Bass Blvd, McAlester, OK 74501   Phone: 918-423-5599   Fax: 918-423-5563