**Details on Dr. Gregory Rogers From Pfizer's Sherlock Database**

| ID | CALL_ID | PRESCRIBER | CALL_DATE | TERRITORY | REP_NAME | CALL_TYPE | ADDRESS_1 | ADDRESS_2 | ADDRESS_3 | ADDRESS_4 | ADDRESS_5 | CALL_NOTE | MI_NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 531727 | 232094000011818 | 57119000035796 | 06/09/03 | 3PB17G15 | Davis, Steven | Detail and Starter | 1429 Pennsylvania Ave | Hartshorne | | OK | 74547 | | |
| 943017 | 257916000041261 | 57119000035796 | 03/18/04 | 3PB17G15 | Davis, Steven | Detail and Starter | 1429 Pennsylvania Ave | Hartshorne | | OK | 74547 | | |
| 318792 | 707230000053540 | 57119000035796 | 11/13/02 | E6D14 | Davis, Steven | Detail Only | 1429 Pennsylvania Avenue | Hartshorne | | OK | 74547 | E6D14 | |

**Details on Dr. Gregory Rogers From Pfizer's Sherlock Database**

| AE_NOTES | SOURCE | BER.PRESC | LAST_NAME | FIRST_NAME |
|---|---|---|---|---|
| | S3.1 | 57119000035796 | Rogers | Gregory |
| | S3.1 | 57119000035796 | Rogers | Gregory |
| | S3 | 57119000035796 | Rogers | Gregory |