**Gregory Rogers Prescription Data From Wolters Kluwer Database**

| RC_REL_GI | S_PRCTR_G | STATE | MTH | NRX_CNT | TRX_CNT | NRX_QTY | TRX_QTY | NRX_CST | TRX_CST | LNAME | FNAME | Rx Count | # Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 221862 | 8276048 | OK | 11/30/02 | 4 | 4 | 112 | 112 | 125.72 | 125.72 | ROGERS | GREGORY | 8 | 4 |
| 221862 | 8276048 | OK | 03/31/03 | 3 | 3 | 270 | 270 | 501.42 | 501.42 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 04/30/03 | 0 | 3 | 0 | 270 | 0.00 | 501.42 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 05/31/03 | 1 | 1 | 90 | 90 | 95.08 | 95.08 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 06/30/03 | 5 | 11 | 125 | 665 | 147.35 | 1,150.19 | ROGERS | GREGORY | 70 | 6 |
| 221862 | 8276048 | OK | 07/31/03 | 5 | 5 | 450 | 450 | 530.40 | 530.40 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 08/31/03 | 11 | 15 | 480 | 840 | 603.80 | 1,335.24 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 09/30/03 | 9 | 12 | 810 | 1080 | 954.72 | 1,503.30 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 10/31/03 | 27 | 41 | 1135 | 2395 | 2,189.35 | 3,981.59 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 11/30/03 | 13 | 13 | 760 | 760 | 1,607.06 | 1,607.06 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 12/31/03 | 11 | 29 | 540 | 1890 | 892.19 | 3,395.81 | ROGERS | GREGORY | 16 | 3 |
| 221862 | 8276048 | OK | 01/31/04 | 0 | 20 | 0 | 1320 | 0.00 | 2,697.86 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 02/29/04 | 5 | 19 | 420 | 1260 | 597.80 | 2,590.40 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 03/31/04 | 9 | 17 | 265 | 865 | 459.18 | 1,265.66 | ROGERS | GREGORY | 56 | 6 |
| 221862 | 8276048 | OK | 04/30/04 | 0 | 9 | 0 | 690 | 0.00 | 990.28 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 05/31/04 | 18 | 26 | 450 | 1050 | 665.62 | 1,472.10 | ROGERS | GREGORY | | |

**Gregory Rogers Prescription Data From Wolters Kluwer Database**

| RC_REL_GID | PRCTR_GID | STATE | MTH | NRX_CNT | TRX_CNT | NRX_QTY | TRX_QTY | NRX_CST | TRX_CST | LNAME | FNAME | Rx Count | # Months |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 221862 | 8276048 | OK | 06/30/04 | 10 | 37 | 1020 | 2130 | 1,915.46 | 3,470.75 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 07/31/04 | 0 | 28 | 0 | 2055 | 0.00 | 3,226.77 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 08/31/04 | 19 | 46 | 1490 | 2870 | 2,072.91 | 4,621.49 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 09/30/04 | 1 | 1 | 270 | 270 | 758.70 | 758.70 | ROGERS | GREGORY | 10 | 5 |
| 221862 | 8276048 | OK | 09/30/04 | 8 | 33 | 400 | 1480 | 555.60 | 2,067.58 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 10/31/04 | 1 | 1 | 180 | 180 | 470.32 | 470.32 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 10/31/04 | 8 | 20 | 480 | 1380 | 628.96 | 2,348.92 | ROGERS | GREGORY | | |
| 221862 | 8276048 | OK | 11/30/04 | 0 | 9 | 0 | 660 | 0.00 | 1,472.94 | ROGERS | GREGORY | | |
| | | | | | | | | | | | 6month+ | 26 | 3.25 |
| | | | | | | | | | | | 6month- | 134 | 8.375 |