**EXHIBIT 2A**

