UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
      SALES PRACTICES AND :   Master File No. 04-10981
      PRODUCTS LIABILITY LITIGATION :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  Judge Patti B. Saris

THIS DOCUMENT RELATES TO: :   Magistrate Judge Leo T.
:   Sorokin
ALL PRODUCTS LIABILITY CASES :
:
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF SCOTT W. SAYLER, ESQ. IN SUPPORT OF DEFENDANTS
PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S
MOTION TO EXCLUDE THE TESTIMONY OF DOCTORS TRIMBLE,
KRUSZEWSKI AND BLUME ON THE ISSUE OF GENERAL CAUSATION**

# EXHIBIT 6 (CORRECTED)

Dated: April 1, 2008          Respectfully submitted,

                                    DAVIS POLK & WARDWELL

                                    By:    /s/James P. Rouhandeh
                                          James P. Rouhandeh

                                  450 Lexington Avenue
                                  New York, NY 10017
                                  Tel:  (212) 450-4000

-and-

SHOOK, HARDY & BACON L.L.P.

By:    /s/Scott W. Sayler
       Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

-and-

HARE & CHAFFIN

By:    /s/David B. Chaffin
       David B. Chaffin

(BBO # 549245)
160 Federal Street
Boston, MA 02110
Tel:  (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 1, 2008.

/s/David B. Chaffin

# Exhibit 6

1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


IN RE:  NEURONTIN            MDL DOCKET NO. 1629
MARKETING, SALES            MASTER FILE NO. 04-10981
PRACTICES AND PRODUCTS      JUDGE PATTI B. SARIS
LIABILITY LITIGATION        MAGISTRATE JUDGE LEO T.
                            SOROKIN

- - - - - - - - - - - - - -

DARLENE OWENS,              C.A. NO. 05-11017

        Plaintiff,

V.

PFIZER, INC., et al,

        Defendants.

- - - - - - - - - - - - - -

                    DATE:  October 18, 2007

                    TIME:  9:05 a.m.


        Videotaped deposition of MICHAEL R.

TRIMBLE, M.D., taken by and before JOYCE SILVER, a

Certified Shorthand Reporter and Notary Public of the

State of New York, held at the office of LANIER LAW

FIRM, 126 East 56th Street, New York, New York.

6

1        MICHAEL R. TRIMBLE, M.D.
2        MR. SOH:  Ken Soh from the Lanier Law
3 Firm for the plaintiffs.
4        MR. ALTMAN:  Mr. Keith Altman, a
5 non-attorney with Finkelstein and Partners.
6        MR. BONDALA:  Vjay Bondala from Pfizer.
7        MR. SAYLER:  Scott Sayler, Shook, Hardy
8 and Bacon representing the Pfizer defendants.
9        MR. TAYLOR:  Charles Taylor on behalf of
10 Pfizer.
11       MR. HOOPER:  I am Jim Hooper, Pfizer.
12 M I C H A E L   R O B E R T   T R I M B L E,
13 M. D., residing at Flat 22, Belvedere House, 130
14 Grosvenor Road, London SWIV 3JY, United Kingdom,
15 having been duly sworn by the Notary, testifies as
16 follows:
17
18       MR. FINKELSTEIN:  Before we get going, I
19 just want to put a statement on the record that the
20 plaintiffs are producing Dr. Trimble today on behalf
21 of the MDL as well as on behalf of the Smith versus
22 Pfizer matter in that individual litigation pursuant
23 to the notice that we served on October 1, 2007; and
24 I ask counsel to address both general causation
25 issues as well as any specific causation issues in

7

1        MICHAEL R. TRIMBLE, M.D.
2 that matter, as we have no intention of producing
3 Dr. Trimble a second time.
4        MR. SAYLER:  Just so we are clear, as we
5 have stated in correspondence to your law firm
6 pursuant to discovery, Discovery Order 14, we're here
7 today to depose Dr. Trimble on general causation
8 issues only, preserving our right to depose him on
9 case-specific issues in Smith or in any other case at
10 a later time.
11 DIRECT EXAMINATION BY MR. HOOPER:
12   Q.    Is it Professor Trimble, the term
13 professor, or do you prefer doctor?
14   A.    Professor, I think.
15   Q.    Professor, very good.
16        Professor Trimble, in the mathematical
17 fraction or rate one in 100 is equivalent to 10 in
18 1,000.  Correct?
19   A.    That's correct.
20        MR. HOOPER:  Can we mark -- this is
21 Exhibit 1, please.
22        (Trimble-1, Research Report Divalproex,
23 Lithium and Suicide Among Medicaid Patients With
24 Bipolar Disorder is received and marked for
25 identification.)

8

1        MICHAEL R. TRIMBLE, M.D.
2   Q.    Professor Trimble, do you recognize this
3 publication?
4   A.    I do.
5   Q.    This is cited in your report in this
6 case; is that correct?
7   A.    That is correct.
8   Q.    This is study by two persons named John
9 Collins and Benson McFarland; is that right?
10  A.    That's correct.
11  Q.    Entitled, "Research Report Divalproex,
12 Lithium and Suicide Among Medicaid Patients With
13 Bipolar Disorder."  Is that right?
14  A.    That is correct.
15  Q.    Published in 2007; is that right?
16  A.    That is correct.
17  Q.    Could I ask you to please read the
18 back -- within the abstract on the first page of the
19 article, could you please read the first couple of
20 sentences captioned "Background"?
21  A.    "Suicide completion and attempted suicide
22 are major concerns for people with bipolar disorder.
23 Studies in the private sector have suggested that
24 lithium treatment may be superior to divalproex
25 therapy with regard to minimizing suicidal behavior

9

1        MICHAEL R. TRIMBLE, M.D.
2 among individuals with bipolar disorder.  However,
3 few data are available regarding Medicaid patients
4 diagnosed with bipolar disorder."
5        MR. FINKELSTEIN:  I don't mean to
6 interrupt, just note we have somebody else joined us.
7        MS. RAYMOND:  Leigh Raymond with Shook,
8 Hardy and Bacon.
9   Q.    Professor Trimble, would you also mind
10 reading, please, the "Results" section which appears
11 two sections down?
12  A.    "Divalproex was the most common mood
13 stabilizer used by 33 percent of subjects followed by
14 gabapentin," in brackets, "32 percent, lithium," in
15 brackets, "25 percent, and carbamazepine," in
16 brackets, "three percent.  There were 11 suicide
17 deaths and 79 attempts.  Adjusted hazard ratios
18 versus lithium users for suicide attempts were 2.7
19 for divalproex users, statistical value is then given
20 a P less than nought .001.  1.6 for gabapentin
21 users," in brackets, "not significant," close
22 brackets, "and 2.8 for carbamazepine users," in
23 brackets, "not significant," close brackets stop.
24 "For suicide deaths the adjusted hazard ratios are
25 1.5, for divalproex users, not significant, 2.6 for

3 (Pages 6 to 9)

26

```
1          MICHAEL R. TRIMBLE, M.D.
2 that are quoted. I mean presumably these people were
3 on some treatment, but we don't know what it is.
4     Q.    Actually, Dr. Trimble, let me ask you to
5 read yet again. The second sentence -- I'm sorry,
6 Professor Trimble, I meant.
7          The very first five words of that
8 sentence are "...in the absence of treatment."
9 Correct?
10    A.    I accept that that is what it says.
11 Okay, I accept it.
12    Q.    So that is the obvious way that this and
13 Table 2 differ, the rates in the first paragraph are
14 for the absence of treatment, the rates in Table 2
15 are for the three treatments studied in this study
16 respectively; is that correct?
17    A.    That is correct.
18    Q.    Very good. All right.
19          May I please ask you to look at page
20 four of this same Collins and McFarland study,
21 Dr. Trimble?
22    A.    Yes.
23    Q.    Perhaps you could just read to yourself
24 the paragraph that is captioned, "4. Discussion" and
25 if you could just read those couple of paragraphs and
```

27

```
1          MICHAEL R. TRIMBLE, M.D.
2 I want for your thoughts on those.
3     A.    Beginning at "These data..."
4     Q.    Yes, sir.
5          MR. FINKELSTEIN: You're asking him to
6 read it to himself?
7     Q.    Yes, please just read silently, take your
8 time.
9     A.    I have read the first paragraph. Do you
10 want me to read the second as well?
11    Q.    Yes, if you would, please, the one that
12 begins with the words "This study..."
13    A.    Yes, I have read that.
14    Q.    Professor Trimble, the authors state that
15 the rate -- the elevated rate of completed suicide
16 relative to lithium among the gabapentin users, in
17 their words, "may well be related to prescription of
18 this medicine for people with chronic pain (in
19 addition to bipolar disorder) who could be at very
20 high risk for suicide." You read that part?
21    A.    I did.
22    Q.    Do you agree with the study authors that
23 chronic pain increases risk of suicide?
24    A.    I'm not a suicidologist. I believe that
25 is a true statement.
```

28

```
1          MICHAEL R. TRIMBLE, M.D.
2     Q.    And they go on to say in that second
3 paragraph, in that second sentence, they say that you
4 were kind enough to read in that second sentence,
5 they say, "Subjects were not of course assigned at
6 random to the various mood stabilizing medications."
7 You read that part?
8     A.    I did.
9     Q.    Why would it be important to randomize
10 patients to different treatments where one
11 methodologically could do so?
12    A.    In an epidemiological survey, which this
13 is, I believe randomization would be impossible.
14 So -- and, again, I'm not an epidemiologist, but I
15 read this paper as coming from an epidemiological
16 group and epidemiology has its own problems.
17          What epidemiology does is raise signals
18 and then it is usually left for other data to fit in
19 the rest of jigsaw. This is epidemiological paper
20 and you don't do randomized control trials in
21 epidemiological surveys.
22    Q.    And my question is: Why would it be
23 important scientifically as a matter of methodology
24 to randomize subjects if one could do so?
25    A.    For what?
```

29

```
1          MICHAEL R. TRIMBLE, M.D.
2     Q.    For what scientific --
3     A.    For what purpose?
4     Q.    Yes, exactly. What scientific purpose
5 would be served by randomizing patients as opposed to
6 studying them in the conditions here where they are,
7 as the authors say, not assigned at random?
8     A.    You usually set up a control randomized
9 trial if you're looking for a therapeutic outcome.
10 And drug trials classically require double-blind
11 preferably placebo control preferably trials where
12 patients or prospective candidates are randomly
13 assigned to one product, either a placebo or Verum is
14 the active drug. So that randomized trials usually
15 are set up to look at therapeutic outcomes.
16    Q.    I understand and we agree. And my
17 question is: Why are they randomized?
18    A.    In order to try to have as homogenous
19 population as possible in however many groups you're
20 studying.
21    Q.    Could you explain what you mean by
22 "homogeneous"?
23    A.    As little variation as possible.
24    Q.    So the authors point here is that this
25 being a non-randomized set of three groups, there
```

8 (Pages 26 to 29)

30

1          MICHAEL R. TRIMBLE, M.D.
2 were differences in the underlying conditions,
3 namely, for example, chronic pain, the possibility of
4 chronic pain in the gabapentin group?
5          MR. FINKELSTEIN: Objection as to what
6 the authors' point was.
7     Q.    Is that your sense of these two
8 paragraphs that I asked you to read?
9     A.    That is so. They say that they have
10 co-measures to look at a physical pain -- well,
11 physical conditions so they have done their best to
12 rule out co-existing medical conditions as relevant.
13    Q.    Professor Trimble, regarding the point
14 that you just used about controls used for
15 differences among groups, could you look at page
16 three of the article in the paragraph that begins at
17 the bottom of the leftmost column with the words,
18 "For each subject... "
19    A.    Yes.
20    Q.    Tell me if I read correctly. The authors
21 state, "For each subject potential confounding
22 factors were extracted from state Medicaid claims
23 files and mental health databases and used as
24 co-variants in the analysis. Co-variants included
25 physical and mental illness (seizure disorder,

31

1          MICHAEL R. TRIMBLE, M.D.
2 thyroid disorder, hepatic disorder, renal disease,
3 pancreatitis or other pancreatic disorder and anxiety
4 disorders) as well as concomitant use of
5 antidepressants, typical anti-psychotics and/or for
6 atypical anti-psychotic medications."
7          Did I read that correctly?
8     A.    You did.
9     Q.    Among the co-variants, chronic pain is
10 not listed; is that right?
11    A.    If those are the totality of the
12 variables, they merely say that this approach may not
13 capture indicators of especially poor health amongst
14 people with chronic pain. So there is a caveat to
15 using the word "may."
16    Q.    Is there anywhere in the paper that we're
17 discussing, Collins and McFarland, where the study
18 authors state or purport to have calculated a
19 relative risk or odds ratio for suicide in gabapentin
20 users versus an unexposed control group?
21    A.    That has not been done in this
22 epidemiological paper.
23    Q.    Are you aware of any epidemiological
24 study by which I mean cohort studies, case control
25 studies, ecological studies or cross-sectional

32

1          MICHAEL R. TRIMBLE, M.D.
2 studies in which any researcher has stated a relative
3 risk or odds ratio greater than one for the risk of
4 suicide in gabapentin users versus an unexposed
5 control population?
6     A.    I am not, but you might ask an
7 epidemiologist for the most firm data. But I am not
8 personally aware of that study.
9     Q.    And would the same be true for any
10 experimental epidemiological study by which I refer
11 to randomized control, randomized control trial?
12 Same question: Are you aware of any randomized
13 control trial in which researchers have stated or
14 purported to calculate a relative risk or odds ratio
15 greater than one for the relationship between suicide
16 risk and gabapentin-treated patients and suicide risk
17 in an unexposed control population?
18    A.    Suicide risk or completed suicide?
19    Q.    Suicide, completed suicide, a risk of
20 completed suicide?
21    A.    Suicide?
22    Q.    A risk of completed suicide?
23    A.    You would need to do a trial with over
24 30,000 patients in it which would be impossible to
25 set up and there is no such trial.

33

1          MICHAEL R. TRIMBLE, M.D.
2     Q.    And the reason you would need so many
3 patients is because of the rarity of the outcome that
4 you -- that would be expected. Correct?
5     A.    And the statistical power to detect the
6 statistical difference between two groups.
7     Q.    And I take it you are not aware of any
8 clinical trial that has found such a relative risk or
9 odds ratio?
10    A.    That is correct.
11    Q.    Would the same be true for suicide
12 attempt, that is uncompleted suicides?
13    A.    That is correct.
14    Q.    Professor Trimble, one last question
15 about the Collins and McFarland article. Do you know
16 either of two authors?
17    A.    No, I do not.
18    Q.    Have you heard their names, other than
19 seeing them on the paper?
20    A.    No, again this is epidemiology, and this
21 is not a field that I have any expertise in.
22    Q.    Are you aware through any means whether
23 either of those gentlemen is working in any way in
24 connection with this litigation?
25    A.    I do not.

9 (Pages 30 to 33)

42

1       MICHAEL R. TRIMBLE, M.D.
2 in my head.
3     Q.   Is that something that you considered or
4 looked up in connection with preparing your report in
5 this case?
6     A.   Not -- figures precisely like that, you
7 can look up -- I imagine you could look up in a book,
8 and it's not the kind of information I like to absorb
9 into my brain so I just don't have a figure, sorry to
10 tell you.
11    Q.   Is the same true for a serotonin and
12 norepinephrine and dopamine, that is that you
13 wouldn't be able to state a normal level or
14 concentration in a healthy adult?
15    A.   With due respect, I doubt if anybody
16 could. I mean with serotonin, for example, the
17 majority of the manufacture is down in the specific
18 nuclei in the brain stem, but it is divided
19 disseminated widely across the cortex. It is
20 probably more -- greater levels, more anteriorly than
21 posteriorly. Dopamine, anyway. And people have
22 looked at this, but these aren't the kind of figures
23 that I keep in my head, I'm afraid.
24    Q.   My point is -- my point is simply that
25 there are many things about our body, like blood

43

1       MICHAEL R. TRIMBLE, M.D.
2 pressure, heart rate where medical science has
3 established normal ranges for adults or ranges that
4 are considered healthy, things that one can assess
5 and measure?
6     A.   That's correct.
7     Q.   And make a judgment about whether someone
8 is in a "normal" range?
9     A.   That's correct.
10    Q.   That's not true for the GABA levels or
11 serotonin levels?
12    A.   As far as I know, it's not.
13         MR. FINKELSTEIN: Do you want to take a
14 break?
15         MR. HOOPER: He has to change the tapes.
16         MR. FINKELSTEIN: We are going about an
17 hour so why don't we take a little break.
18         THE VIDEOGRAPHER: Going off the record.
19 The time is 10:02 a.m. This is the end of tape one.
20         (Recess taken at 10:03 a.m.
21         Resumed at 10:15 a.m.)
22         THE VIDEOGRAPHER: We are back on the
23 record. The time is 10:15 a.m. This is the
24 beginning of tape two.
25 BY MR. HOOPER:

44

1       MICHAEL R. TRIMBLE, M.D.
2     Q.   Professor Trimble, do you know or could
3 you state a concentration level or range of levels of
4 GABA in patients with epilepsy?
5     A.   No.
6     Q.   Would the answer be the same for patients
7 with chronic pain?
8     A.   Yes.
9     Q.   And for other psychiatric conditions such
10 as bipolar disorder, depression, would you be able to
11 state an expected or normal range or level of GABA in
12 the brains of patients with those conditions?
13    A.   No.
14    Q.   Can you -- do you know how much GABA in
15 the brain is located within the neurons, the nerve
16 cells versus located outside the neurons in the
17 synapses that you described earlier?
18    A.   Not exactly, but I can tell you that
19 there's a considerable amount of GABA that is without
20 the neuron as well as within the neuron.
21    Q.   And are you able to quantify any more
22 precisely than considerable, than a considerable
23 amount, some percentage within neurons, some
24 percentage outside neurons?
25    A.   No, because it would depend on which part

45

1       MICHAEL R. TRIMBLE, M.D.
2 of the brain you were looking at and what the
3 physiological state of that brain was at the time.
4 So it is an impossible question to answer.
5     Q.   Are you aware of any research or
6 scientific publications that do, in fact, quantify
7 the amount of GABA that is located intracellularly
8 within the cell versus extracellularly, outside the
9 cell?
10    A.   In the human brain?
11    Q.   Yes, sir.
12    A.   I don't think I am. I'll say no to that.
13    Q.   Professor Trimble, you have opined in
14 your report in this case that GABA -- that use of
15 gabapentin can cause a person to commit suicide; is
16 that correct?
17    A.   That is correct.
18    Q.   Is that your opinion, sir?
19    A.   That is my opinion.
20    Q.   And is that -- that is an opinion that
21 you posit is a scientific one; is that right?
22    A.   The opinion has been derived through my
23 knowledge of the literature and the application of
24 scientific principles to the conclusion.
25    Q.   Professor Trimble, beginning with the

12 (Pages 42 to 45)

50

```
 1        MICHAEL R. TRIMBLE, M.D.
 2 effect on behavior of altering the turnover of
 3 serotonin in the brain.  This is well-known, and to
 4 help with the explanation, serotonin which we have
 5 already mentioned is a neurotransmitter that is
 6 extremely important in regulating background tone,
 7 background hedonic tone, mood, for example, is a good
 8 expression in animals but, also, humans.
 9        One of the most replicated findings in
10 the whole of biological psychiatry, a finding that
11 has been replicated repeatedly since at least the
12 early 1980s is as follows: People with low levels of
13 serotonin turnover behave or have the propensity to
14 behave differently from people who have higher levels
15 of serotonin turnover.  And decreased serotonin
16 turnover as measured directly from measurements
17 related to the human brain, the decrease turnover is
18 associated with impulsivity, aggressivity and in
19 humans suicidal actions and completed suicides; and
20 the lower the turnovers, the more suicides are by
21 very aggressive means.
22        So I hope I've answered your question
23 in full how we get from GABA agonism to low serotonin
24 turnover to suicice.
25    Q.    Let me see if I can fairly state the
```

51

```
 1        MICHAEL R. TRIMBLE, M.D.
 2 steps, make sure I understand.  I'm seeking clarity,
 3 not agreement.
 4        Ingestion of gabapentin increases GABA
 5 levels?
 6    A.    Correct.
 7    Q.    Which in your theory next decreases the
 8 turnover of serotonin?
 9    A.    Correct.
10    Q.    And I'm not sure I understand what the
11 next step is.  I think we have the first three:
12 Injection, elevated GABA and decreased serotonin
13 turnover?
14    A.    Yes.
15    Q.    And what is the next thing that happens
16 at a pharmacological/neurobiological level?
17    A.    The next step -- perhaps I should just
18 put in another important piece of information.
19        If you lower serotonin in the human
20 brain, even in healthy volunteers, you will see an
21 alteration of mood towards one of depression.  You
22 can do this by removing tryptophan -- removing
23 tryptophan from the diet.  And even healthy
24 individuals will show a decrease of their mood within
25 a relatively short period of time.
```

52

```
 1        MICHAEL R. TRIMBLE, M.D.
 2        MR. FINKELSTEIN:  He asked about the
 3 decrease of serotonin in the human brain, what
 4 happens.
 5    A.    If you decrease tryptophan, you decrease
 6 serotonin and with that you get a change of mood
 7 towards depression.  So the link is lowering
 8 serotonin alters mood in the direction of depression.
 9 But, in addition, the behaviors most associated with
10 that are impulsive, aggression, hostility and, as an
11 end product, suicidal actions and completed suicides.
12    Q.    Let me see if I've got the steps now.  I
13 appreciate that.
14        Ingestion of gabapentin.  Step two is
15 elevation of GABA levels.  Step three, lowering
16 serotonin?
17    A.    Correct.
18    Q.    Step four, an alteration of mood toward
19 depression and in addition impulsive aggression?
20    A.    Correct.
21    Q.    And then step five is the suicidal act?
22    A.    Correct.
23    Q.    Let's go about those steps a little more.
24        In step one, the initial ingestion with
25 relation to that first necessary act, do you believe
```

53

```
 1        MICHAEL R. TRIMBLE, M.D.
 2 that any dose of gabapentin can produce the end
 3 result of suicide?
 4    A.    Within the human brain, the dose of
 5 gabapentin you take does not have a direct
 6 relationship to the amounts you find in the brain.
 7 So the answer to your question must be that that it
 8 is not dependent on dose.
 9    Q.    Do you believe that one molecule of
10 gabapentin ingested could cause a person to commit
11 suicide?
12    A.    I doubt that.  No is the answer.
13    Q.    Why do you doubt that and why is the
14 answer no?
15    A.    One molecule would represent homeopathy.
16    Q.    And what is homeopathy?
17    A.    The belief that the most effective
18 treatment you have is with the smallest possible
19 doses you can give.
20    Q.    If one molecule of gabapentin won't
21 elevate GABA and set in motion this sequence of
22 events, how much gabapentin is required to be
23 ingested before steps two, three, four and five take
24 place?
25        MR. FINKELSTEIN:  Objection.  He didn't
```

14 (Pages 50 to 53)

54

```
 1          MICHAEL R. TRIMBLE, M.D.
 2 say that one molecule does not elevate gabapentin.
 3 You just said one molecule cause suicide.
 4     Q.    Does one molecule of gabapentin elevate
 5 brain GABA?
 6     A.    I haven't the first idea.
 7     Q.    How much gabapentin would be required to
 8 be ingested in order to set in motion steps two,
 9 three, four and five?
10     A.    Well, the clinical doses that were used,
11 I suppose we would start between 200 and 300
12 milligrams a day, but the individual levels that
13 people take are very varied.  But I would accept
14 between 200 and 600 milligrams of gabapentin a day.
15     Q.    Are you aware of any study or publication
16 stating that ingestion of 200 or 300 milligrams of
17 gabapentin per day can -- is associated with suicide,
18 will cause a suicide?
19     A.    No.
20     Q.    In your report I noticed you describe in
21 several places -- I believe the word you used was
22 vulnerable patients to this phenomenon.  What -- do
23 you believe persons, patients differ in their
24 susceptibility to this sequence of events that you
25 have outlined for us?
```

55

```
 1          MICHAEL R. TRIMBLE, M.D.
 2     A.    I do believe that patients -- I do
 3 believe that patients vary in their susceptibility to
 4 the effects of the drugs.
 5     Q.    Do you believe that there are some
 6 patients who are not vulnerable to this phenomenon of
 7 gabapentin-induced suicide that you described for us?
 8     A.    I would assume that is the case.
 9     Q.    Which would those be, do you think?  How
10 much would you describe those non-vulnerable
11 patients?
12     A.    The least vulnerable would be those who
13 have in biological terms the high levels of turnover
14 of serotonin.
15     Q.    What constitutes a high level of turnover
16 of serotonin?
17     A.    Well, in the human population, the
18 turnover of serotonin tends to be bimodal; that is
19 there are two peaks, one at the lower end of the
20 spectrum and one at the higher end of the spectrum as
21 opposed to being unimodal.
22          And there are figures for the measurement
23 of 5-HIAA levels in the literature which will give
24 you the measurements of the low levels as compared to
25 the high levels.  So there is a group of people with
```

56

```
 1          MICHAEL R. TRIMBLE, M.D.
 2 low levels and there's a group of people with high
 3 levels and they appear to be relatively separated.
 4     Q.    Is there any means clinically that a
 5 practicing physician could distinguish persons with
 6 high serotonin turnover from patients who have low
 7 serotonin turnover?
 8     A.    The patients with the low serotonin
 9 turnover are more likely to have histories of a
10 psychiatric nature, including personality disorders
11 including personalities disorders of an aggressive or
12 borderline subtype.
13     Q.    Would they, also, be more likely to mood
14 disorders with low serotonin turnover?
15     A.    Correct.
16     Q.    Those would include depression and
17 dysthymia, the other mood disorders?
18     A.    Dysphoria, correct.
19     Q.    Suicidal ideation or thoughts as well as
20 suicidal acts are among the diagnostic criteria for
21 depression; would you agree?
22     A.    Suicidal ideation, yes.  Suicidal acts,
23 no.
24     Q.    What is your view on the validity of the
25 diagnostic criteria for major depressive episode in
```

57

```
 1          MICHAEL R. TRIMBLE, M.D.
 2 the Diagnostic and Statistical Manual of Mental
 3 Disorders?
 4     A.    Could you repeat the question?
 5     Q.    Sure, sure.  What is your view as to the
 6 validity of the diagnostic criteria for major
 7 depressive episode set out in the Diagnostic and
 8 Statistical Manual of Mental Disorders, the DSM as it
 9 is known?
10     A.    Thank you.  It has no validity
11 whatsoever.
12     Q.    Could you tell me what you believe are
13 the valid diagnostic criteria for major depression?
14     A.    Major depression is actually a clinical
15 diagnosis and I can give you some of the key clinical
16 features, but in terms of validity of rating scales
17 which I think you're asking me about or diagnostic
18 schedules.
19     Q.    Actually, no.  Are you familiar with the
20 Diagnostic and Statistical Manual of Mental
21 Disorders, the DSM?
22     A.    Yes, I am.  Perhaps I could ask you to
23 repeat the question because I'm not sure I'm
24 following.
25     Q.    If you're not familiar with the manual, I
```

15 (Pages 54 to 57)

58

1          MICHAEL R. TRIMBLE, M.D.
2 can bring it tomorrow and --
3    A.    With due respect, I do know it very well.
4    Q.    Okay. Very good, very good. You're
5 familiar with in the DSM, I'll refer to it, there is
6 a set of diagnostic criteria?
7    A.    Yes.
8    Q.    For the diagnosis termed major depressive
9 episode?
10    A.    Yes.
11    Q.    And do you recall that there are -- there
12 is a list of nine symptom categories?
13    A.    Yes.
14    Q.    And in order for the diagnosis to apply,
15 one of the first two listed symptoms should apply and
16 at least three of the others should apply?
17    A.    Yes.
18    Q.    And the ninth one is -- relates to
19 suicidal ideation and suicidality, I'll just say. Is
20 that generally correct?
21    A.    That is correct.
22    Q.    Let me ask it this way. If those
23 diagnostic criteria are met in the judgment of the
24 clinician, do you believe that this is a valid
25 diagnosis of depression?

59

1          MICHAEL R. TRIMBLE, M.D.
2    A.    Yes, that was a different question to
3 your first one. Yes, that would be acceptable.
4    Q.    I really wasn't asking about rating
5 scales, but what are rating scales? Could you
6 explain the difference between the DSM criteria and
7 rating scales?
8    A.    Rating scales tend to be given mainly by
9 psychologists and they have a list of questions, for
10 example, how are you feeling today and you tick off a
11 list of answers. And then these are scored and they
12 are standardized and validated and reliable.
13          DSM IV has very little validity is the
14 problem with your question; you asked me the validity
15 of the DSM IV categories. That was my difficulty.
16    Q.    Could you explain what you mean by the
17 concept of validity when you expressed the opinion
18 that you don't believe the DSM is valid?
19    A.    Yes. I will explain by an example.
20    Q.    Please do.
21    A.    That within your category of major
22 depressive disorder -- within the category of
23 effective disorder, there are over 2,200 different
24 diagnostic slots that you could put a patient into.
25 That has no validity in clinical practice.

60

1          MICHAEL R. TRIMBLE, M.D.
2          So if you have a category where you have
3 over 2,200 different subsections, this is clearly
4 invalid as a clinical denominator for something like
5 major depressive disorder. It has reliability but
6 not validity as a scientific concept.
7    Q.    Just to be clear about what I thought I
8 heard you say earlier, your view is that suicidal
9 ideation is a symptom of depression. Did I hear you
10 correctly?
11    A.    Is a symptom of depression.
12    Q.    But did I hear you correctly to say that
13 suicidal behavior acts are not a symptom of
14 depression?
15    A.    They can be a symptom -- they would be a
16 sign rather than a symptom. A sign, yes. They can
17 be a sign of depression that occur in other settings
18 as well, of course.
19    Q.    Certainly. Certainly.
20    A.    That was my point.
21    Q.    Yes. The presence of depression is a
22 risk factor for suicide?
23    A.    Presence of depression is a risk factor
24 for suicide.
25    Q.    Do you agree with that? We agree on

61

1          MICHAEL R. TRIMBLE, M.D.
2 that. Correct?
3    A.    Correct.
4    Q.    Meaning that when present in a person, it
5 increases the chances that that person will
6 eventually commit suicide?
7    A.    When depression is present in a person it
8 increases the chance of suicide.
9    Q.    You've practiced psychiatry for some 30
10 years, Professor Trimble; is that right?
11    A.    Correct.
12    Q.    What is your sense of the prevalence of
13 depression in suicide victims?
14          MR. FINKELSTEIN: Object as to form. I
15 am not sure what you mean by the sense of prevalence.
16    Q.    What is your understanding -- you are
17 familiar with the word "prevalence"?
18    A.    I am.
19    Q.    What is your view or belief as to the
20 prevalence of suicide in persons who have depression?
21    A.    Again, I need to point out my brief is
22 not as a suicidologist, and I have no -- I am not an
23 expert in the field of suicidology. But as a general
24 psychiatrist, of the number of people who
25 successfully commit suicide, a good percentage will

62

MICHAEL R. TRIMBLE, M.D.

2 have depression.

3    Q.    Have you seen yourself a figure of 60
4 percent or more for depression in suicide?

5    A.    I have not, but that figure would not
6 surprise me.

7    Q.    Is there increased risk of suicide in
8 bipolar disorder as well as depression?

9    A.    There is increased risk of suicide in
10 bipolar disorder.

11    Q.    And is there increased risk in suicide of
12 epilepsy?

13    A.    That is correct, there is an increased
14 risk of suicide in people with epilepsy.

15    Q.    Can you quantify how much the presence of
16 epilepsy increases risk of suicide in persons versus
17 persons with no epilepsy?

18    A.    The figures are approximately five times
19 greater, but it does depend on the type of the
20 epilepsy, but five times is about right.

21    Q.    You have specialized in epilepsy for many
22 years; is that correct?

23    A.    That is correct.

24    Q.    Which of the subtypes of epilepsy are
25 most risky in terms of suicide risk and which are

63

MICHAEL R. TRIMBLE, M.D.

2 least?

3    A.    Most risky are people with temporal lobe
4 epilepsy who have continuing -- difficult to treat
5 seizures. The least at risk are people with genetic,
6 generalized epilepsies, just as two broad
7 distinctions.

8    Q.    Can you explain a little bit more, for
9 people who are unfamiliar with epilepsy, what do you
10 mean by generalized epilepsy in terms of how that
11 disease manifests clinically in its symptoms and its
12 features?

13    MR. FINKELSTEIN: I mean are you asking
14 just him to define what generalized epilepsy is?

15    MR. HOOPER: He just used a term and I
16 want him to explain what it means, that term
17 "generalized epilepsy."

18    A.    I understand. The seizures of
19 somebody -- by seizures I mean the attack of somebody
20 with generalized seizure disorder occur suddenly and
21 affect both sides of the body and, therefore, the
22 brain at the same time. So it's generalized across
23 the whole brain.

24    Whereas in temporal lobe epilepsy, it's
25 focal so you don't get the generalization from the

64

MICHAEL R. TRIMBLE, M.D.

2 outset. So the generalized seizure arises in many
3 people because their brains have a susceptibility to
4 the epileptic seizure and that, as I said, was
5 genetic. So there's a genetic tendency to have
6 seizures and you have the generalized seizure.

7    Q.    Do you have any belief as to whether the
8 presentation of chronic pain increases risk of
9 suicide?

10    MR. FINKELSTEIN: Asked and answered.

11    A.    I'm sorry, could you repeat the question?

12    Q.    Do you have any belief as to the whether
13 the presence of chronic pain increases the risk of
14 suicide?

15    MR. FINKELSTEIN: Objection, asked and
16 answered.

17    A.    I do not have a belief.

18    Q.    Do you have any knowledge about whether
19 it does?

20    A.    My indication is that -- I understand
21 that it does. Common sense might say it does as
22 well.

23    Q.    Same question, Professor Trimble, for
24 chronic serious medical conditions such as cancer or
25 lung disease, can a chronic medical disease increase

65

MICHAEL R. TRIMBLE, M.D.

2 risk of suicide?

3    MR. FINKELSTEIN: Objection, broad and
4 vague.

5    A.    I'm not a suicidologist. I do not know.
6 Certainly with regards to the second category, again,
7 common sense might say that with cancer there would
8 be an increased risk, but I have no data on that.

9    MR. HOOPER: Let's mark that as Exhibit
10 2, please.

11    (Trimble-2, American Psychiatric
12 Association Practice Guidelines for the Treatment of
13 Psychiatric Disorders Compendium 2006 is received and
14 marked for identification.)

15    Q.    Professor Trimble, you're a member of the
16 American Psychiatric Association; is that correct?

17    A.    That's incorrect.

18    Q.    Not correct? Have you ever been a member
19 of the APA?

20    A.    I'm a fellow.

21    Q.    A fellow, I'm sorry. I apologize.

22    You're a fellow of the American
23 Psychiatric Association?

24    A.    That is correct.

25    Q.    And what is the difference between a

17 (Pages 62 to 65)

94

MICHAEL R. TRIMBLE, M.D.

2  A.    That's correct.
3  Q.    I'd like to go back to step two, the
4 elevation of GABA step, a little bit. Does it matter
5 to your theory whether the elevation of GABA occurs
6 acutely within several hours, let's say, of ingestion
7 or rather whether the elevation occurs over --
8 chronically over a period of weeks of treatment?
9 Does that make a difference in the chain of causal
10 events?
11        MR. FINKELSTEIN: I don't mean to
12 interrupt, could you just read that back? I'm
13 terribly sorry.
14        (The reporter read back the last
15 question.)
16        MR. FINKELSTEIN: Just note my objection.
17  Q.    Let me ask it a different way. Do you
18 believe gabapentin can elevate GABA within three
19 hours of ingestion?
20  A.    Yes.
21  Q.    Do you believe that an elevation of GABA
22 that occurs three hours after ingestion can itself
23 produce the remainder of the sequence of events that
24 you say culminate in suicide?
25  A.    Not within -- are you suggesting that

95

MICHAEL R. TRIMBLE, M.D.

2 somebody might have an affect within three hours that
3 would lead to suicide? I'm not suggesting that.
4  Q.    Not necessarily that the suicide itself
5 occurs within three hours but can an elevation of
6 GABA --
7  A.    Yes.
8  Q.    -- resulting from ingestion of gabapentin
9 that manifests within the first three hours alone
10 lead to the remaining steps, lower serotonin
11 turnover, alteration of mood and the suicidal act?
12        MR. FINKELSTEIN: Objection.
13  A.    We have no idea what the transcription of
14 the events is in the central nervous system, but the
15 general proposition that an increase in GABA leads to
16 a decrease of serotonin I hold to; and if gabapentin
17 raises GABA within a short period of time, then I
18 opine that this will lead to a decrease in serotonin
19 over a period of time --
20  Q.    All right.
21  A.    -- and that helps.
22  Q.    Can that increase in GABA that occurs
23 within a dose over a period of a few hours set in
24 motion the sequence of events that culminates in
25 suicide --

96

MICHAEL R. TRIMBLE, M.D.

2  A.    Yes.
3  Q.    -- according to your theory?
4  A.    Yes.
5  Q.    All right. Can you quantify the amount
6 of GABA elevation that would require to set in motion
7 the sequence of events that you've opined culminates
8 in suicide?
9        MR. FINKELSTEIN: Objection.
10  A.    No, I cannot.
11  Q.    Do you have any opinion one way or the
12 other whether, say, a full 10 percent increase in
13 GABA level after a dose of gabapentin could produce
14 this sequence of events?
15  A.    No.
16  Q.    And I hate to belabor it, but I must ask.
17 It's my only chance. Do you believe that a one
18 percent increase in GABA produced by ingestion of a
19 single dose of gabapentin could set in motion the
20 chain of events that culminates in suicide?
21  A.    One percent -- I just have no idea.
22  Q.    I take it you have seen no published
23 medical or scientific research that attempts to
24 quantify an amount of GABA elevation that would
25 produce suicide?

97

MICHAEL R. TRIMBLE, M.D.

2  A.    No.
3  Q.    You mentioned earlier, Professor Trimble,
4 a term that I need to ask you to define. You
5 referred to the transcription of events in the brain?
6  A.    If I used that word, I'm happy to have
7 used it, yes.
8  Q.    Could you explain what you mean by the
9 transcription of events?
10  A.    Well, something happens, A, which leads
11 to an affect, B, which leads to a further affect, C,
12 et cetera.
13  Q.    Ultimately producing behavior?
14  A.    So transcribing of one event into another
15 event.
16  Q.    Very purposefully, a general question.
17 Given what you told us so far, with respect to any
18 medication or treatment that you might prescribe for
19 one of your own patients, if you could know in
20 advance before administering it that the treatment
21 would elevate the person's GABA levels, would you be
22 concerned for that reason that the treatment might
23 increase their risk of suicide?
24  A.    Yes.
25        MR. HOOPER: Let's mark this as whatever

25 (Pages 94 to 97)

106

1      MICHAEL R. TRIMBLE, M.D.
2 ·       This is the beginning of tape five.
3 BY MR. HOOPER:
4     Q.    Professor Trimble, could you describe for
5 us where the raphe nuclei are located within the
6 brain?
7     A.    The raphe nuclei are situated in a part
8 of the brain referred to as the hind brain or the
9 rhombencephalon.  Sometimes -- yeah, sometimes
10 referred to as in the region of the pons.
11        To be clear, it is not in the cortex
12 which is the mantle of the brain.  It is one of the
13 deep structures in the hind brain.
14    Q.    This may partially -- you may partially
15 answer this but let me ask you the same question and
16 describe where the occipital neocortex is located
17 within the brain.
18    A.    The occipital cortex is at the back part
19 of the brain (indicating).
20    Q.    Are there any studies that you're aware
21 of in which anyone has measured GABA level changes
22 with gabapentin exposure in the raphe?
23    A.    Sorry, just ask to repeat the question
24 once more.
25    Q.    Certainly.  Are there any studies of

107

1      MICHAEL R. TRIMBLE, M.D.
2 which you're aware in which anyone has measured GABA
3 level changes with gabapentin exposure in the raphe
4 specifically?
5     A.    Gabapentin directly on the raphe, not to
6 my knowledge.
7     Q.    Are there studies of which you're aware
8 where researchers have measured GABA level changes
9 with gabapentin exposure in the occipital neocortex?
10    A.    Yes.
11    Q.    Dr. Petroff's study would be one such
12 study?
13    A.    He has done one such study.
14    Q.    Do changes in GABA in the occipital in
15 the neocortex predict changes in the raphe?
16    A.    No.
17    Q.    One more question about the discussion we
18 were having before lunch.  You mentioned in that yoga
19 studies, the Streeter paper, one concern you had with
20 it is that the yoga practitioners were engaged in
21 movement?
22    A.    As I understand the situation.
23    Q.    Are there -- is movement generally
24 associated with elevations of GABA levels in some or
25 all parts of the brain?

108

1      MICHAEL R. TRIMBLE, M.D.
2     A.    I can't answer that directly because I am
3 not familiar with any study that has specifically
4 looked at GABA in relationship to movement.  But GABA
5 is very much involved in the regulation of movement,
6 particularly in some of the areas that are shown
7 (indicating) on that scan.
8     Q.    Are you of the opinion that physical
9 exercise can be effective in improving symptoms of
10 depression?
11    A.    I believe that's mythology.
12    Q.    Is there a relationship, Professor
13 Trimble, between GABA levels and manic states?
14    A.    GABA levels anywhere?
15    Q.    Let me ask it this way.  Is there a --
16 are there any parts of the brain in which an
17 elevation of GABA level correlates with the
18 manifestation or abatement of manic symptoms?
19        MR. FINKELSTEIN: Objection. It's
20 compound.
21    A.    Not to my knowledge.
22        MR. FINKELSTEIN: While you're looking,
23 one thing we didn't do is turn the phone back on.
24        MR. SOH: I turned it back on.
25        MR. FINKELSTEIN:  Okay.  Is anybody on

109

1      MICHAEL R. TRIMBLE, M.D.
2 the phone?
3        MS. GOLD:  Yes, Elana Gold.
4     Q.    Professor Trimble, would you agree that
5 numerous researchers in your field have stated that
6 low GABA levels are associated with the presence of
7 depression?
8     A.    It is an accepted finding that low GABA
9 levels are associated with depression.
10    Q.    Is the same true for -- well, let me see.
11        Would you agree that numerous researchers
12 in your field, yourself included, have written that
13 low serotonergic function is associated with
14 aggressive behavior?
15    A.    That is correct.
16    Q.    In a population of adults, let's say,
17 with epilepsy, treated with gabapentin, what
18 percentage of that patient population would you
19 expect to develop depression after beginning therapy
20 as a result of gabapentin exposure?
21    A.    My understanding from the documents that
22 I have read is that the percentage of reporting of
23 depression as a treatment emergent effect is in the
24 region of five percent of people treated.
25    Q.    Is that percentage taken from placebo

28 (Pages 106 to 109)

110

1        MICHAEL R. TRIMBLE, M.D.
2 control studies or all studies of all kinds?
3     A.    My recollection is that that is taken
4 from the trial data of gabapentin.
5     Q.    Do you know whether that percentage comes
6 from those trials that were placebo controlled or
7 rather from all of the trials uncontrolled and
8 controlled alike?
9     A.    It would be -- well, it's in the internal
10 company documents.  It's referred to in my report.
11 If I may take a second just to refer to my report.
12     Q.    Certainly.
13     A.    I will use my own copy.  I wouldn't like
14 to mislead you in terms of the statement.
15        If I may refer you to page 37, and I am
16 here referring to the 2002 investigator's brochure,
17 Table 53 notes the adverse events -- well, the
18 adverse event depression occurring in one percent of
19 placebo subjects and 5.6 of patients taking 1800
20 milligrams grams of gabapentin a day.
21        So these are data from trials because we
22 are comparing placebo at one percent with nearly six
23 percent of patients on gabapentin.
24     Q.    On gabapentin at 1800 milligrams per day.
25 Correct?

111

1        MICHAEL R. TRIMBLE, M.D.
2     A.    That is correct.
3     Q.    Do you know whether the document that you
4 cited there, also, specifies the analogous rates for
5 different doses, 900, 1200 and 2400?
6     A.    That I don't recall, but I will be
7 pleased to spend some time looking at the document if
8 you would like to show it to me.
9     Q.    We will come back to it.
10        Professor Trimble, in a population of
11 epileptic adults treated with gabapentin, what
12 percentage of those patients would you expect to
13 definitely -- well, to manifest a suicidal act,
14 attempt or suicide -- actual suicidal act as a result
15 of gabapentin or some other factor or factors?
16        MR. FINKELSTEIN: In the epileptic
17 population?
18        MR. HOOPER: Yes, adult epileptics.
19     A.    I have no data from that.  From my own
20 studies or from other studies, I have no data on
21 percentage.
22     Q.    Do you have any for other patient
23 population such as chronic pain patients or any other
24 diagnostic category?
25     A.    I do not.

112

1        MICHAEL R. TRIMBLE, M.D.
2     Q.    Professor Trimble, when were you first
3 contacted by anyone about working in this litigation?
4     A.    Around September 2005.
5     Q.    And who contacted you, sir?
6     A.    There was a Dr. Kruszefski, if I
7 pronounce his name correctly, and I apologize if I
8 pronounce it incorrectly.
9     Q.    Kruszewski?  Or --
10     A.    I apologize for not getting the name
11 exact.  He was a student at the time on a course.  I
12 think I wrote down his name.  Dr. Kruscewski.
13     Q.    Could spell it for us, please?
14     A.    No.  I'm sorry.
15     Q.    You have it phonetically?
16     A.    Yes, I apologize for not being precise
17 but that's what I think his name was Dr. Kruszewski.
18     Q.    Dr. Kruszewski was a student of yours; is
19 that correct?
20     A.    At the time --
21     Q.    At the time?
22     A.    -- he was a student on a course that I
23 was leading and organizing with somebody else.
24     Q.    And did he contact you in person or by
25 telephone or how?

113

1        MICHAEL R. TRIMBLE, M.D.
2     A.    He contacted me in person.
3     Q.    What did he ask you to do?
4     A.    He -- let me just say this was a
5 neuroanatomical brain dissection course that I was
6 organizing.  My first degree is as a neuroanatomist,
7 and I have taken part in this course for some time.
8 And he was a student and he started talking to me
9 about Neurontin and asking me about it.
10        And then he said -- I can't remember what
11 he said nearly -- over two years ago, but anyway he
12 said would I be interested in looking at this problem
13 and I said -- I probably said yes.
14     Q.    Did he tell anything about the nature of
15 the litigation, such as the claims made in the
16 litigation?
17     A.    I honestly don't recall what the
18 conversation was at that time.
19     Q.    Did you have further communication with
20 Dr. Kruszewski about the litigation, after that
21 initial contact?
22     A.    I've not met him again and I've not had
23 any -- I can't -- I can't think of any -- I might
24 have had an E-mail from him, but it would be a long
25 time ago and he might have thanked me for whatever.

29 (Pages 110 to 113)

MICHAEL R. TRIMBLE, M.D.

118

1         MICHAEL R. TRIMBLE, M.D.
2 you received it from Mr. Finkelstein?
3     A.    Thought about it.
4     Q.    You read it?
5     A.    Excuse me.  First of all, I read it and
6 then I thought about it.
7     Q.    Did you contact someone else, Mr.
8 Finkelstein or anyone else, about the document after
9 you had read it and thought about it?
10    A.    Again, we're going back in time but
11 Mr. Finkelstein wanted my professional opinion as to
12 whether or not this paper had any face validity.
13    Q.    What was the approximate length of the
14 document that you were sent to review?
15    A.    I'm sorry, I don't recall.  I really
16 don't.
17    Q.    Do you have a copy of it today?
18    A.    No.
19    Q.    Where did you send the copy that had been
20 provided to you initially?
21    A.    Where did I send it?
22    Q.    Yes.  What did you do with it?
23    A.    It may well be in a waste paper bin
24 somewhere.  I mean it's not a document which has any
25 particular relevance for me.

119

1         MICHAEL R. TRIMBLE, M.D.
2     Q.    Did you provide comments or critique of
3 the document to any person?
4     A.    I don't remember whether I provided a
5 written document about that paper or whether I
6 communicated my understanding of it by telephone.  I
7 just -- I really don't remember at that time.
8          Could I just have some more water?  I'm
9 sorry, whoever provides water.  I do beg your pardon.
10 Thank you.
11         I don't remember the next step in the
12 process.
13    Q.    Do you recall whether you ever spoke with
14 Dr. Kruszewski before the draft of the document that
15 you had received?
16    A.    I don't believe I ever spoke to him
17 about -- I don't believe I have spoken to him again,
18 actually, since that first meeting.  But I don't
19 recall discussing that particular document with him.
20    Q.    Do you recall whether you recommended
21 that -- well, do you recall whether you informed any
22 person that the document had scientific merit?
23    A.    I must have informed Mr. Finkelstein.
24    Q.    Okay.  Do you know whether the document
25 has ever been published since then?

120

1         MICHAEL R. TRIMBLE, M.D.
2     A.    My belief is it's never been published.
3 It was not a document that was in a publishable form.
4     Q.    I apologize if you have already told me,
5 could you tell me where Dr. Kruszewski is from, if
6 you know?
7     A.    I'm very sorry.
8     Q.    Do you recall his first name?
9     A.    Stefan.
10    Q.    S-t-e-f-a-n?
11    A.    I think that's correct.  I think that's
12 correct.
13    Q.    After your review of the Kruszewski paper
14 provided to you by Mr. Finkelstein, what was the next
15 thing that you did in connection with your work in
16 this case?
17    A.    I would have gone to the library and
18 looked up certain aspects of the problem that I was
19 either unfamiliar with or was not familiar enough
20 with.
21    Q.    And do you recall how many -- well, let
22 me ask it this way.  Do you recall how long a period
23 of time you spent going to the library, looking into
24 aspects of the problem you weren't familiar with?  A
25 period of weeks, months?

121

1         MICHAEL R. TRIMBLE, M.D.
2     A.    No, no, I really don't know how long --
3 what the timing was.  I really don't know.
4     Q.    Did there come a time when you were
5 formally retained, hired to consult with the
6 Finkelstein firm in this case?
7     A.    There must have been, yes.
8     Q.    Do you know when that was?
9     A.    The answer is no.  I mean I don't wish to
10 be vague about this but I'm a very busy person and I
11 don't keep this kind of information in my head.  But
12 obviously it was sometime between September 2005 and
13 today's date.
14    Q.    Between those dates, let me ask you, have
15 you conducted any experimental research specifically
16 related to your work in this case?
17    A.    No.
18    Q.    Have you performed any biostatistical
19 analysis of others' data in connection with your work
20 in this specific case?
21    A.    No.
22    Q.    Have you designed any tests or studies of
23 any kind in connection with your work in this case?
24    A.    No.
25    Q.    Did you do any research into methods used

31 (Pages 118 to 121)

122

1          MICHAEL R. TRIMBLE, M.D.
2 in medical or epidemiological sciences for assessing
3 causal relationships in connection with your work in
4 this case?
5          MR. FINKELSTEIN: Objection as to form.
6     A.    I am not an epidemiologist. And I
7 believe epidemiology is a highly specialized area
8 with its own statistical field. I did no work in
9 relationship to epidemiology.
10    Q.    Once you had been retained by the
11 Finkelstein firm to work in the case, what were you
12 asked to do at that point?
13    A.    I was asked if I would prepare what I
14 will refer to as a generic report on the relationship
15 between gabapentin and suicide with specific
16 attention to brain neuroanatomy and neurochemistry
17 and biological psychiatry which may explain the link
18 between gabapentin and suicide.
19    Q.    Professor Trimble, once you were asked to
20 prepare such a report on those subjects, could you
21 explain for me in sequence what you did between being
22 asked and preparation of the report that you
23 ultimately did prepare?
24    A.    A lot of reading, firming up on the peer
25 reviewed scientific papers noting in particular the

123

1          MICHAEL R. TRIMBLE, M.D.
2 potential chain of events of gabapentin increasing
3 GABA leading to a decrease of serotonin leading to an
4 increase in suicide.
5     Q.    Anything else that you did before you
6 began committing pen to paper in preparing the report
7 in this case?
8     A.    I'm sorry to rebound the question, but
9 what other things -- I mean I always need lots of
10 things, but I'm not quite sure what you would like me
11 to answer specifically.
12    Q.    I will break it down. Did you consult
13 with any professional colleagues about the theory
14 that you were asked to report upon?
15    A.    No.
16    Q.    Have you communicated in any way, in
17 writing, via informal contacts at professional
18 conferences or literally in any way whatsoever with
19 any other physicians or scientists about your work in
20 this case?
21    A.    That I have done. And in terms now I
22 know what you're seeking, other things that I have
23 done is attend international epilepsy meetings
24 and of course the American Epilepsy Association
25 annual meeting, going to lectures and hearing

124

1          MICHAEL R. TRIMBLE, M.D.
2 presentations and, also, attempting to find out from
3 the manufacturers of gabapentin any information that
4 they could give me about that particular compound.
5 So I have listened to and attended a number of
6 meetings where drugs have been -- information about
7 drugs were being discussed, but, also, generally
8 discussed it with some my colleagues, but very few
9 because so very few of my colleagues have the
10 expertise that I have in this area.
11    Q.    Who are those professional colleagues
12 with whom you have spoken about your work in this
13 case?
14    A.    I couldn't possibly -- I have dinner with
15 somebody and -- let me say that I have to be discreet
16 about these matters, not necessarily here but I
17 obviously don't go around saying, by the way, I'm
18 involved in this, what do you know about it. I mean
19 this is a legal matter, one which is within the
20 equivalent of sub judice.
21          MR. FINKELSTEIN: Confidentiality is the
22 American way.
23    A.    Or confidentiality or whatever. So my
24 discussions have always been at a discreet level
25 inquiring about latest findings with gabapentin or

125

1          MICHAEL R. TRIMBLE, M.D.
2 GABA or whatever.
3     Q.    Can you remember the names of anyone with
4 whom you had such a conversation?
5     A.    Professor Sander, Professor Ley Sander,
6 S-a-n-d-e-r, who is a close colleague of mine. But
7 these would not be targeted discussions, in other
8 words, if I could put it like that.
9     Q.    You didn't mention the litigation?
10    A.    I avoided the issue of litigation as far
11 as possible, yes.
12    Q.    The discussions would have been about the
13 theory or elements of the theory without reference to
14 the litigation; is that correct?
15    A.    How does gabapentin work, what do we know
16 about gabapentin now that we didn't know some time
17 ago, these kind of discussions.
18    Q.    Are there any other professional
19 colleagues that you can recall with whom you've
20 discussed this case or the theories in this case?
21    A.    May I discreetly ask you to -- ask me
22 again later. I really don't want to give you false
23 information but just drawing names quickly is a
24 little bit difficult to do.
25    Q.    Sure, sure. Once asked to prepare a

32 (Pages 122 to 125)

**130**

MICHAEL R. TRIMBLE, M.D.
2 a co-author on that if you recall, Dr. Trimble --
3 Professor Trimble?
4    A.    On my book?  No, it's a solo author book.
5    Q.    A single author?
6    A.    Single author.
7    Q.    Was your book peer reviewed prior to its
8 publication?
9    A.    Well, I'm not quite sure what peer review
10 means in that context.  The way you publish a book is
11 that -- it's an academic book.  It's not a trade book
12 that you go and buy over the counter.  But the ideas
13 and the content of a book like that are peer
14 reviewed.
15    Q.    You are a peer reviewer for certain
16 journals, are you not?
17    A.    Correct.
18    Q.    And peer review entails the submission of
19 a draft of a potential publication to a committee of
20 other qualified --
21    A.    That's correct.
22    Q.    -- physicians or scientists who review
23 that draft and comment about the methodology, the
24 reasoning and scientific aspects of the draft
25 publication.  Correct?

**131**

MICHAEL R. TRIMBLE, M.D.
2    A.    That is correct.
3    Q.    Peer review is regarded as important
4 because it is a kind of vetting of a potential
5 publication for scientific validity before it is
6 published for the use of the broader medical
7 scientific community.  Correct?
8        MR. FINKELSTEIN:  Objection.
9    Q.    Fair?  Is that fair to say?
10    A.    That is correct.
11    Q.    Okay.  Let me ask you:  Would you explain
12 what the peer review process is in the context of
13 publishing medical or scientific studies like the
14 ones we have looked at today and several cited in
15 your report and so forth?
16        MR. FINKELSTEIN:  I don't mean -- I just
17 think it would be helpful for him, because he is a
18 peer reviewer in many different periodicals, that it
19 may be different for different periodicals.  I was
20 going to object as to vague and ambiguous, but I have
21 no idea if it's different for different periodicals
22 or if you want to take him down that.
23    Q.    The specific process and mechanics of
24 peer review may differ from journal to journal.
25 Correct?

**132**

MICHAEL R. TRIMBLE, M.D.
2    A.    I don't think so in the medical field,
3 but you were asking me about my book, not about
4 journals.
5    Q.    We will come back.  We will circle back.
6    A.    With regards to journals, I think the
7 peer review process is probably similar for medical
8 journals.  It is different for journals outside
9 medicine, maybe, but I think it's probably similar.
10    Q.    Within medicine -- having published,
11 you've published many peer review articles yourself.
12 Correct?
13    A.    I have.
14    Q.    Can you tell us or can you give us an
15 explanation of what the peer review process is and
16 how it works?
17    A.    Within medical field and certainly within
18 neurology and psychiatry, which are my areas of
19 expertise, you write a paper which may be a review
20 article summarizing the field or you write up your
21 original research data.  The paper is then sent to an
22 editor of a journal.
23        The editor will send out your paper to a
24 number of reviewers and this is where there may be
25 differences between journals.  So some journals use

**133**

MICHAEL R. TRIMBLE, M.D.
2 up to eight reviewers whereas others use less.
3        The reviewers will send back a critique
4 of that paper and there is usually a form to fill out
5 (indicating) which often has quite a blunt instrument
6 on it such as accept this paper, accept with minor
7 revision, accept with major revision, reject and then
8 the reasons for all of that are laid out; if you want
9 to reject this paper, why.
10        The editor will look at this and may
11 decide at that point that the paper is worthy of
12 inclusion in the journal or not, and then if there
13 are revisions requested, the editor will send back
14 the paper to you again with a statement which says we
15 might publish this paper if you could answer these
16 various criticisms.
17        And if you answer them appropriately and
18 within a certain time interval, then your paper may
19 be accepted for publication.  So that is the peer
20 review process for journals.
21    Q.    Going back to your book, "Somatoform
22 Disorders" you mentioned just a moment ago --
23    A.    I did.
24    Q.    -- was that book peer reviewed in that
25 kind of process?

34 (Pages 130 to 133)

134

1        MICHAEL R. TRIMBLE, M.D.
2    A.    No.
3    Q.    Can you explain what a somatoform
4 disorder is for the benefit of those who may not be
5 familiar with the term?
6    A.    Yes. Somatoform disorder refers to
7 people who present to doctors with medical symptoms
8 and signs which are not explainable by underlying
9 pathology?
10   Q.    Professor Trimble, between the time that
11 you were asked to prepare a report in this case, the
12 general causation report in this case specifically
13 that we marked as Exhibit 3, between the time that
14 you were asked to prepare that report and the time
15 that you first submitted a draft of that report to
16 the firm that hired you, retained you, did you meet
17 with any representatives of that firm in the interim?
18       MR. FINKELSTEIN: Objection. That
19 presumes he submitted a draft.
20       MR. HOOPER: Let me ask that first then.
21 You're quite right.
22   Q.    Did you submit a draft of the report
23 marked as Exhibit 3 to the Finkelstein firm?
24   A.    I did submit a draft to Mr. Finkelstein.
25   Q.    Did you meet with any representatives of

135

1        MICHAEL R. TRIMBLE, M.D.
2 Finkelstein firm between the time you were first
3 asked to prepare a report and the time you first
4 submitted that draft?
5    A.    I think so, but I cannot be certain.
6 Again, I don't keep these kind of dates in my head.
7 I think I was in -- some point, don't ask me when, I
8 was in New York at a meeting and Mr. Finkelstein is
9 in New York and I met with him. But at what time
10 point that was, I don't know. I just don't keep that
11 in my head.
12   Q.    Were you provided written materials for
13 your consideration in preparing your report in this
14 case?
15   A.    I was.
16   Q.    Were those sent to you by the Finkelstein
17 firm?
18   A.    They were.
19   Q.    Were materials provided to you for your
20 consideration in connection with preparing your
21 report in this case by anyone other than the
22 Finkelstein firm?
23   A.    I don't believe so. Again, one of the
24 names that comes up who I have discussed this with,
25 this Professor Patsalos, P-a-t-s-a-l-o-s, who sent me

136

1        MICHAEL R. TRIMBLE, M.D.
2 a report that his group had prepared on gabapentin
3 relationships between blood levels and CSF levels,
4 for example.
5        I may well have received some papers from
6 other experts who said, well, we have done some work
7 in that field, but off the top of my head, I don't
8 think it was very significant.
9    Q.    Is Philip Patsalos a scientist, I take
10 it?
11   A.    Yes, he's a very well-known and respected
12 pharmacologist who deals specifically with
13 anti-epileptic drugs, pharmacology of anti-epileptic
14 drugs.
15   Q.    Is he affiliated or employed by a
16 particular academic or private institution?
17   A.    Yes, he is part of the epilepsy group
18 that I work with and have worked with for many years.
19   Q.    And what institution is he affiliated
20 with?
21   A.    Well, the Institute of Neurology at
22 Queens Square, and the Chalfont, C-h-a-l-f-o-n-t,
23 Center For Epilepsy which is a major research center
24 for studying epilepsy and treatment.
25   Q.    Do you know whether the paper that

137

1        MICHAEL R. TRIMBLE, M.D.
2 Dr. Patsalos provided you is a published paper?
3    A.    It is but it is not a peer reviewed
4 paper. It is in abstract form in a journal referred
5 to as Epilepsia.
6    Q.    In terms of materials that were provided
7 to you by the Finkelstein firm, did those include the
8 Pfizer documents that are cited in your report?
9    A.    That is correct.
10   Q.    Did those include the FDA-authored
11 documents that are cited in your report?
12   A.    That is correct.
13   Q.    Okay. Did you ever yourself
14 independently of the Finkelstein firm request
15 documents from the FDA?
16   A.    No.
17   Q.    Did you ever independently yourself
18 request documents from the analogous agency in the UK
19 which, I believe, is known as the MHRA in connection
20 with your work in this case?
21   A.    No.
22   Q.    Did you independently, apart from the
23 Finkelstein firm, request any documents from the
24 European Unions drug safety agency?
25   A.    No.

35 (Pages 134 to 137)

174

1          MICHAEL R. TRIMBLE, M.D.
2     Q.    Have the patients for whom you have
3 prescribed gabapentin been epileptic patients?
4     A.    That is correct.
5     Q.    To the best of your recollection, have
6 you prescribed gabapentin for any patients who did
7 not have epilepsy?
8     A.    I have not.
9     Q.    Are you familiar with a compound known as
10 pregabapentin?
11    A.    I am.
12    Q.    Known as Lyrica here in the United
13 States?
14    A.    And Lyrica in the United Kingdom, I am
15 familiar with that.
16    Q.    Have you prescribed that compound for any
17 of your own patients?
18    A.    No, I haven't.
19          MR. HOOPER: We can take a break. We are
20 end of tape.
21          THE VIDEOGRAPHER: Going off the record.
22 The time is 3:54 p.m. This is the end of tape six.
23          (Recess taken.)
24          THE VIDEOGRAPHER: We're back on the
25 record. The time is 4:15 p.m. this is the beginning

175

1          MICHAEL R. TRIMBLE, M.D.
2 of tape seven.
3 BY MR. HOOPER:
4     Q.    Professor Trimble, among the
5 anti-epileptic compounds that we discussed earlier,
6 do you have any knowledge as to -- as to which of
7 those compounds is the most GABAergic, by which I
8 mean which of them elevates GABA levels the most to
9 the greatest degree?
10    A.    It would appear to be vigabatrin.
11    Q.    And could you describe the mechanism of
12 action of vigabatrin for us?
13          MR. FINKELSTEIN: I am just going to
14 object, only I've asked for a definition of
15 "mechanism of action" because mechanism of action,
16 they may not be able to define the anti-seizure
17 capacity of it but they may know a lot about it.
18          MR. HOOPER: Good point.
19    Q.    Professor Trimble, could you explain for
20 us the mechanism by which vigabatrin elevates GABA
21 levels?
22    A.    Yes. It interferes with the action of
23 the enzyme that breaks down GABA once it is released
24 from the nerve, the GABA transaminates. It
25 interferes with the action of the enzyme that breaks

176

1          MICHAEL R. TRIMBLE, M.D.
2 down GABA. So you have more GABA in the synaptic
3 cleft.
4     Q.    Could you explain the mechanism by which
5 carbamazepine elevates GABA?
6     A.    I don't believe I suggested it did.
7     Q.    Forgive me, did you say that you believe
8 valproic acid was GABAergic?
9     A.    Valproic acid appears to be GABAergic in
10 animal models or some animal models but not in
11 humans, and I do not believe we know how it works,
12 what it's mechanism of action is.
13    Q.    In terms of GABAergicity?
14    A.    In terms of GABAergicity.
15    Q.    Again, is phenytoin GABAergic or GABA
16 elevating?
17    A.    Not to my knowledge, not specifically to
18 my knowledge.
19    Q.    I believe you told us that lamotrigine
20 was one you considered not GABAergic, though there is
21 some evidence to the contrary; is that right?
22    A.    There has been some recent evidence which
23 suggests that there may be some influence of
24 lamotrigine on GABA.
25    Q.    Any knowledge of a lamotrigine mechanism

177

1          MICHAEL R. TRIMBLE, M.D.
2 that might raise GABA?
3     A.    I don't have an explanation.
4     Q.    And what is the mechanism by which you
5 believe that gabapentin elevates GABA?
6     A.    The number of possibly different
7 mechanisms that have been described really seem to
8 relate more to possibly GABA turnover or to GABA
9 acting at either a subclass of the GABA B receptor or
10 possibly at some other site, some other extra
11 neuronal or extra synaptic, I should say, extra
12 synaptic GABA receptor as might be found -- sorry, as
13 might be found on neuronal-glial cells.
14    Q.    Is there in your view a consensus view as
15 to a mechanism by which gabapentin may raise GABA
16 levels?
17          MR. FINKELSTEIN: Objection as to form.
18          MR. LONDON: Say that question again?
19          MR. HOOPER: Sure.
20    Q.    In your opinion, is there a consensus
21 view in the medical and scientific community as to a
22 mechanism by which gabapentin is believed to raise
23 GABA levels?
24          MR. FINKELSTEIN: Again, object as to
25 form.

45 (Pages 174 to 177)

178

1       MICHAEL R. TRIMBLE, M.D.
2       MR. LONDON: Thank you.
3    A.    There is no consensus view as to a single
4 mechanism, as far as I know.
5    Q.    Could you explain the mechanism by which
6 tiagabine is believed to raise GABA levels?
7    A.    That is believed to block the reuptake,
8 that's the taking back into cells of the GABA in the
9 synaptic area, possibly acting more at glial cells
10 rather than neurons themselves.
11   Q.    Is tiagabine selective for the GABA
12 reuptake protein or reuptake pump or does it
13 interfere with the reuptake of other
14 neurotransmitters as well?
15   A.    I cannot answer that question.
16   Q.    And I think we are at the end.
17 Topiramate, what is the mechanism by which topiramate
18 is believed to increase GABA levels?
19   A.    Again, I'm not so certain that has been
20 resolved, but it has to do with reuptake mechanisms
21 again.
22       MR. FINKELSTEIN: Did you want your book
23 back?
24       MR. HOOPER: Yes, please.
25   Q.    Professor Trimble, when you prescribe

179

1       MICHAEL R. TRIMBLE, M.D.
2 anti-epileptic drugs for your own patients, do you
3 have a discussion with your patients about the
4 potential risks and benefits of those medications?
5    A.    Of course.
6    Q.    Do you specifically discuss the risk of
7 suicidal thoughts or acts emerging during treatment
8 with anti-epileptic drugs?
9    A.    If I'm prescribing an anti-epileptic drug
10 that is going to lead to depression or something -- a
11 negative mood in patients, then I must discuss that
12 with them.
13   Q.    When you prescribe anti-depressants for
14 your patients, do you also have a discussion with the
15 patients about the potential risks and benefits of
16 medications?
17   A.    Of course.
18   Q.    And in particular do you discuss a risk
19 of treatment-emergent suicidal thoughts or act with
20 patients who are prescribed anti-depressants?
21   A.    The answer to that is no, with the
22 exception of a specific population which are the
23 adolescents. But since those data have emerged, I
24 avoid the SSRIs that have been linked with suicidal
25 actions. But if we're treating teenagers, we have to

180

1       MICHAEL R. TRIMBLE, M.D.
2 be very careful which SSRIs to prescribe.
3    Q.    How long have you -- how long have you
4 had the practice of discussing with your patients who
5 are prescribed AEDs, risks of treatment-emergent
6 depression and suicide?
7    A.    Since -- well, certainly since the
8 introduction of vigabatrin which was in 1989, 19 --
9 1989, 1990.
10   Q.    And can you give me an example -- a fair
11 representative typical example that you're
12 comfortable with of the kind of communication you'd
13 have with a patient about those risks when you're
14 prescribing, say, vigabatrin?
15       MR. FINKELSTEIN: Objection.
16   A.    Vigabatrin leads to, in some patients,
17 depressive illness and depressive disorder. So one
18 would have to warn people that if they developed any
19 of the following features, they should immediately
20 report it back to me of which I would refer to sleep
21 disturbance, mood lability, suicide ideation, to
22 answer your question in general terms.
23   Q.    Have you ever personally drafted language
24 intended to be incorporated in the package insert,
25 also known as labelling, also known as product

181

1       MICHAEL R. TRIMBLE, M.D.
2 information, for a prescription drug?
3    A.    No.
4    Q.    Have you in your long career ever served
5 on an advisory committee to a regulatory agency
6 tasked with developing labelling for a prescription
7 pharmaceutical?
8    A.    No.
9    Q.    Have you ever had any formal training in
10 terms of academic course work, seminars, tutorials or
11 any other professional education the subject of which
12 was prescription drug labelling?
13       Let me rephrase that.
14   A.    It's a long question, isn't it?
15   Q.    The drafting of prescription drug
16 labelling.
17   A.    Yes, I have. Yes.
18   Q.    Can you describe that?
19   A.    Well, this usually has to do with
20 advisory board work on neurological products where
21 behavior problems have emerged. And, as I am an
22 expert in those areas of the neurological disorders
23 and treatment of neurological disorders leading to
24 psychiatric problems, I have sat on advisory boards
25 to advise about treatment-emergent behavioral

46 (Pages 178 to 181)

198

1          MICHAEL R. TRIMBLE, M.D.
2 to certain aspects of brain function.
3     Q.    In any of the books that you have
4 written, Professor Trimble, have you expressed a view
5 that use of the anti-epileptic drugs causes suicide?
6     A.    I think the data on that are not included
7 in the last edition of "Biological Psychiatry"
8 because it would have been written in 1994 when our
9 own work on the links between GABAergic agents and
10 depression and overdoses, et cetera, was just
11 emerging.
12        So it would not have got into that book.
13 And that really was my last book related specifically
14 to those issues. So it would not be in that edition.
15 It could be in the next edition.
16    Q.    Just to speed things along, am I correct
17 that apart from your report on general causation in
18 this case, you have not published a book, book
19 chapter or journal article in which you state or
20 argue that use of GABAergic medications causes or
21 increases risk of suicide?
22    A.    I think probably not but I -- I think
23 probably not, but I really do write so many chapters,
24 but I think probably not.
25    Q.    Are you able to identify any of your

199

1          MICHAEL R. TRIMBLE, M.D.
2 book, book chapters or journal articles in which you
3 have stated that use of GABAergic compounds increases
4 the risk of or causes suicide?
5     A.    Well, directly in that sense, no.
6     Q.    The best I can do is to say that about,
7 I'm guessing, 10 pages from the end there is a
8 section, "Papers and Non-Peer Reviewed"?
9     A.    Yes. I have that.
10    Q.    Item number six listed is a non-reviewed
11 paper entitled, "Neuropsychiatric Aspects of Pain"?
12        MR. FINKELSTEIN:  Just what number is
13 that?
14        MR. HOOPER:  That's number six down the
15 list.
16        MR. FINKELSTEIN:  Okay.
17    Q.    Can you recall, Professor Trimble, what
18 that piece was about?
19    A.    No.
20    Q.    That's published in 1979?
21    A.    Exactly.  It must have been a teaching
22 paper, but I do not recall.
23    Q.    All right.  Do you maintain copies of all
24 of your prior publications?
25    A.    I have copies of nearly all of my

200

1          MICHAEL R. TRIMBLE, M.D.
2 publications, yes.
3     Q.    Do you have any knowledge or professional
4 belief about the prevalence of depression in persons
5 who are suffering from a chronic pain condition?
6        MR. FINKELSTEIN:  Objection, asked and
7 answered.
8     A.    No.
9     Q.    And the last two pages of the CV itself
10 list letters at the top?
11    A.    Yes.
12    Q.    Am I correct that these references all
13 refer to publications such as letters to the editor
14 of a journal that have been published in the
15 correspondence or letters to the editor section?
16    A.    That is correct.
17    Q.    And are some of these letters case
18 reports on individual patient's experiences with a
19 particular condition or its treatment?
20    A.    That is correct.
21    Q.    Okay.  Have you ever -- do any of these
22 constitute case reports where you have published a
23 letter describing one of your own patients who has
24 taken a GABAergic drug and while in treatment
25 committed suicide?

201

1          MICHAEL R. TRIMBLE, M.D.
2     A.    No.
3     Q.    Do any of them refer to any case report
4 of a patient of your own who has attempted suicide
5 while taking a GABAergic --
6     A.    The letters, no.
7     Q.    Have you, in your clinical practice, had
8 any patients who, while taking an anti-epileptic drug
9 of any kind, committed suicide?
10    A.    Yes.
11    Q.    Do you recall them individually?
12    A.    Well, no, I don't think I do, really.
13    Q.    How recently -- how long ago was your
14 most recent instance of having the unfortunate
15 circumstance of a patient committing suicide?
16    A.    That was related to our studies with
17 vigabatrin and patients treated with vigabatrin. But
18 that was a long time back, but during the clinical
19 trials with vigabatrin.
20    Q.    Is that the most recent patient that you
21 have had that committed suicide while taking an
22 anti-epileptic drug?
23    A.    In the trial. I'm not saying that that
24 was a patient that I personally had but in the
25 vigabatrin series.

51 (Pages 198 to 201)

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-----------------------------X

In re: NEURONTIN MARKETING     MDL Docket No. 1629

SALES PRACTICES, AND PRODUCTS  Master File No.

LIABILITY LITIGATION           04-10981

-----------------------------X


VIDEOTAPED DEPOSITION OF

MICHAEL ROBERT TRIMBLE, M.D.

New York, New York

October 19, 2007

VOLUME II


Reported by:
Bonnie Pruszynski, RMR

Page 235

1
2    Q    Professor Trimble, I want to ask you,
3  as a scientist, is it your opinion that the
4  receipt of uncontrolled adverse event reports
5  proves causation between exposure to the medicine
6  and the reported events?
7    A    It is a signal. It is not an
8  identification of causation.
9    Q    When you used term "side effect" --
10    A    Yes.
11    Q    -- what do you mean by "side effect"?
12    A    I prefer the term "treatment emergent
13  effect," but side effect is commonly used in
14  medical practice to refer to adverse clinical
15  events that occur in people who are prescribed
16  medications.
17    Q    Have you made any assessment in this
18  case of post-marketing reports of suicidal
19  behavior in patients taking Neurontin?
20        MR. FINKELSTEIN: Assessment? Can
21    you just define?
22    Q    Have you conducted any analysis of
23  any kind of post-marketing reports of suicidal
24  behavior in patients reported to have been treated
25  with gabapentin?

Page 236

1
2        MR. FINKELSTEIN: Objection as to
3  form as to analysis.
4    A    I have only seen, in that respect,
5  the company documents, which revealed the
6  percentage of side effects, and have some clinical
7  data within them of patients who have reported
8  depression, have reported suicidal attempts, and
9  who have, in some cases, been subject to
10  rechallenge with the drug. So, coming off the
11  drug, the depression improves, going back on the
12  drug, the depression was worse. So, in that
13  sense, I have seen the documents provided to me
14  that come from the company documents.
15    Q    Professor Trimble, do you understand
16  there to be a difference between reports of events
17  that occur in clinical trials and reports of
18  events that occur outside of the context of a
19  clinical trial in clinical practice with
20  medication?
21    A    Post-marketing surveillance, yes.
22    Q    My question to you is regarding
23  post-marketing reports, sometimes referred to as
24  spontaneous reports --
25    A    Yes.

Page 237

1
2    Q    -- that do not come from clinical
3  trials, have you conducted any analysis of
4  post-marketing reports of any adverse event on
5  gabapentin in connection with your work in this
6  case?
7    A    No.
8    Q    Have you conducted any analysis of
9  control data from placebo controlled clinical
10  trials of the adverse events reported in patients
11  in clinical trials being treated with gabapentin
12  versus the same events reported in patients who
13  were administered placebo?
14    A    The data I have on that comes from
15  the internal company documents.
16    Q    And what was your approach -- well,
17  let me ask you this. When you looked at the data
18  from the placebo controlled clinical trials, what
19  were you looking for as a scientist relevant to
20  your opinions in your report in this case?
21    A    Whether, in the clinical documents
22  that I was provided with, there was a signal that
23  gabapentin was associated with an increased
24  reporting of depression, abnormal thinking,
25  hostility, suicidal ideation, suicidal events, and

Page 238

1
2  irritability.
3        Those were some of the key terms that
4  I was interested in.
5    Q    When you say you were looking for an
6  association, can you define what you mean by
7  "association"?
8    A    An association means that an -- a --
9  an event A, has a correlation with an event B.
10    Q    And when you look at data from
11  controlled clinical trials, how would you know
12  whether that correlation exists?
13    A    The relationship to -- with a drug,
14  the relationship with the time of taking the drug,
15  to the reporting the adverse event is very
16  relevant, and also relevant is the relationship to
17  dose of drug.
18    Q    How do scientists measure the
19  strength of an association in assessing causation,
20  if you know?
21    A    See, the -- if you have a difference,
22  a major difference in a placebo-controlled trial
23  between the reporting of an adverse event on
24  placebo, and the reporting of an adverse event on
25  verum, that is the active drug, V-E-R-U-M, active

5  (Pages 235 to 238)

Page 251

1
2  us yesterday; do you recall that? Changes in mood
3  and depression leading to suicide.
4      A    More than just depression.
5  Psychiatric adverse events leading to suicide
6  which include depression.
7      Q    And as a scientific matter, if you
8  are assessing a causal relationship between
9  exposure to an agent of interest and an outcome of
10 interest, is it preferable to examine the outcome
11 of interest or, rather, is it preferable to look
12 at an intermediate step between exposure and the
13 ultimate outcome of interest?
14      MR. FINKELSTEIN:  Objection as to
15 form.
16      A    If you have a signal of an adverse
17 event, then you may want to go backwards to see
18 other associations to that adverse event, if
19 that's what you mean by an intermediate outcome.
20      So, if you have an event, such as in
21 the Smith case, of a suicide, you may want to go
22 back to see what the relationship, intermediate
23 relationship could have been between depression,
24 hostility, anger, et cetera, and that ultimate
25 event, if that is what you mean by an intermediate

Page 252

1
2  event.
3      (Trimble Exhibit Number 10 marked for
4      identification as of this date.)
5      Q    Let's look at what we have marked as
6  Exhibit 10.
7      Professor Trimble what has been
8  placed in front of you is a letter addressed to
9  Russell G. Katz of the FDA, dated 22 June, 2006;
10 is that correct?
11      A    Correct.
12      Q    Have you ever seen this document
13 before, sir?
14      A    I don't believe so.  I have seen a
15 lot of documents.  I don't believe I have seen
16 this.
17      Q    The central issue in your report in
18 this litigation deals with a presumed connection
19 between or an alleged connection --
20      MR. FINKELSTEIN:  Do you want him to
21 read the letter?
22      A    I would like to know what it is you
23 are going to ask me questions about.
24      Q    I'm asking you about your report
25 right now.

Page 253

1
2      A    Okay.
3      Q    I will ask you about that in a
4  minute.
5      A    Okay.
6      Q    Your central, the central issue of
7  your report in this case is the alleged
8  relationship between exposure to gabapentin and
9  suicidal behavior; correct?
10      A    Correct.
11      Q    All right.  You have not seen this
12 document before?
13      A    I would like time to read it, please.
14      Q    Can you recognize, looking at the
15 first page, whether you have seen it or not?
16      A    No, I can't.
17      Q    Read it, please.
18      A    Could you clarify for me what the
19 nature of the document is?  Why it was sent from
20 one person to another?
21      Q    It should be evident if are you going
22 to take the time to read it.
23      A    Okay.  Thank you.
24      Excuse me.  Do you have a pen --
25 marker pen?

Page 254

1
2      Am I permitted to mark this, please?
3      Q    No, I would prefer you didn't.
4      A    Oh, okay.
5      Q    Mark his copy.
6      A    Can I --
7      MR. FINKELSTEIN:  Sure.
8      (Discussion held off the record.)
9      A    You did ask me to read it.
10      Q    You asked to read it.  Please, go
11 ahead.
12      Have you ever seen the document
13 marked as Exhibit 10 before I showed it to you
14 this morning?
15      A    No, I haven't.
16      Q    Turn to page four, please.
17      A    I have page four.
18      Q    There is a table there that lists
19 incidence rates for completed suicide, suicide
20 attempt and suicidal ideation, among other
21 outcomes; correct?
22      A    That is correct.
23      Q    In the second column from the right,
24 gabapentin, what is the N or number of patients
25 comprising that group?

Page 255

1
2    A    5194.
3    Q    To the right of it, what is the
4    number patients comprising the placebo group?
5    A    2682.
6    Q    What is the incidence of completed
7    suicide in the gabapentin group?
8    A    Zero.
9    Q    What is the incidence of completed
10   suicide in the placebo group?
11   A    Zero.
12   Q    What is the incidence of suicide
13   attempt in the gabapentin group?
14   A    Zero.
15   Q    And what is the incidence of suicide
16   attempt in the placebo group?
17   A    Zero.
18   Q    And, Professor, if you would please
19   look down at the fourth row from the bottom,
20   suicidal ideation, what is the number of, excuse
21   me, the number of events of suicidal ideation and
22   the percentage thereof in the gabapentin group?
23   A    Two, in parentheses 0.039.
24   Q    And what is the number of events and
25   percentage in the placebo group?

Page 256

1
2    A    One, in parentheses 0.037.
3    Q    Is this something that you think a
4    scientist should have looked at in assessing
5    whether there is a relationship between gabapentin
6    and suicide in this case?
7    A    It is not relevant to the issue. The
8    answer is no.
9    Q    Professor Trimble, I just want to
10   give you another chance on that.
11       Is it your opinion, as a scientist,
12   that the incidence rates of completed suicide,
13   suicide attempt and suicidal ideation from
14   randomized, double blind, placebo-controlled
15   clinical trials are not relevant to a causal
16   assessment of whether the agent of interest,
17   gabapentin, has a causal association with either
18   of those three outcomes? Is that your opinion?
19   A    That is my opinion.
20       Have we finished with this?
21   Q    Yes.
22       Do you have any information or
23   knowledge as to the total patient exposure to
24   gabapentin in clinical use since the time of its
25   introduction in 1993?

Page 257

1
2    A    As of today, no.
3    Q    So, I take it you, therefore, have no
4    expectation as to how many events of suicide or
5    suicide attempt or ideation would have, might have
6    been reported if your theory were true?
7    A    I do not know how many cases of
8    suicidal ideation, suicide attempt or completed
9    suicide have been reported worldwide.
10   Q    Now, do you have any belief as to
11   what those numbers might be?
12   A    I do not.
13   Q    Have you looked at any post-marketing
14   data analyses in connection with this case?
15   A    I have referred already to company
16   documents that I have seen.
17   Q    None other than what is cited in your
18   report; correct?
19       Let me ask it better.
20       Have you looked at any post-marketing
21   pharmacovigilance data regarding suicide, suicide
22   attempt or suicidal ideation that are not
23   referenced in your report?
24   A    My report did not reference every
25   single document that I have seen for obvious

Page 258

1
2    reasons that it has to be a containable document
3    and readable by people involved in the case, but I
4    have cited the most relevant that I consider to be
5    important in this case, but there are other
6    company documents. There are hundreds of company
7    documents that I could have quoted leading, for
8    example, to the conclusion that depression is a
9    side effect that occurs in five percent or more of
10   the population, but I don't quote them all, but I
11   quote some.
12   Q    Were you provided any company
13   documents constituting an overall analysis of the
14   post-marketing safety database for gabapentin?
15   A    I just don't know the status of some
16   of the documents that I have had — I don't, I
17   just don't know whether a document that I have
18   here in front of me now is the kind of document
19   you are talking about. I just don't know the
20   status of the documents, that is all I am saying.
21   And, of course, they change from year to year, I
22   expect.
23   Q    Please take a look at page 3806 in
24   your report marked as Exhibit 3.
25   A    Yes.

Page 271

1
2    A    That is the generally accepted view
3  in the epilepsy community.  The only study that I
4  know of that has suggested an effect on the GABA
5  system is that one study.
6         I believe, if you read through the
7  paper, it comments that this was unexpected and
8  should be replicated.  So, the generally accepted
9  view within the epilepsy community is that the
10  levetiractam does not act upon the GABA system,
11  unlike gabapentin, vigabatrin, topiramate, which
12  are accepted as acting on the GABA system.  They
13  do state it is an unexpected finding.
14    Q    In science, in your field of science,
15  one when group of researchers conducts an
16  experiment and has one finding, and other groups,
17  multiple other groups try to observe the same
18  phenomenon in their own experiments and cannot
19  replicate it, what does that signify, if anything,
20  to you about the validity of the initial finding
21  of the first group?
22    A    It raises questions about the
23  validity.
24    Q    Would it cause you to -- would it
25  cause you to doubt whether the conclusion of first

Page 272

1
2  group had been shown with scientific reliability
3  if other groups were unable to replicate it?
4    A    It depends how many other groups
5  failed.
6    Q    Multiple, let's suppose it's multiple
7  groups.
8    A    If multiple groups failed to
9  substantiate the one finding, you would be very
10  concerned about the validity of the one finding.
11    Q    Did you ever hear about the cold
12  fusion experiments conducted at University of
13  Colorado, in my own home state?
14    A    No, please tell me.
15    Q    That's okay.  It's a classic example
16  of what you just told us about.
17         Let me see.  Let's go.  Please take a
18  look at your report at page 22.
19    A    Yes, I have that.
20    Q    At page 22, Professor Trimble, in the
21  middle paragraph of the page that begins with --
22  well, this is in a section of your report
23  captioned gabapentin and the GABA system; correct?
24    A    That is correct.
25    Q    If you could direct your attention to

Page 273

1
2  the second paragraph, please, second sentence
3  thereof?
4    A    Yes.
5    Q    Tell me if read correctly, you wrote
6  in your report in this case, "thus Bertran, et al,
7  2001, used a variety of cellular models and showed
8  that gabapentin was an agonist at a sub type of
9  GABA B receptors, and GABA sensitive GABA B
10  receptors have been identified in CNS neurons."
11         Did I read that correctly?
12    A    That is correct.
13    Q    That is the only -- the Bertran 2001
14  study is the only study that you have cited here
15  for the proposition that it has been shown that
16  gabapentin was an agonist of GABA B receptors;
17  correct?
18    A    That is the only one I have cited
19  here, correct.
20    Q    When you say that gabapentin was an
21  agonist at a sub type of GABA B receptors, that is
22  a way -- that is a one way in which you contend
23  that it has been shown that gabapentin is a
24  GABAergic, GABA elevating drug; correct?
25    A    That is correct.

Page 274

1
2         (Trimble Exhibit Number 13 marked for
3    identification as of this date.)
4    Q    I'm not going to ask you that many.
5         MR. FINKELSTEIN:  I have just been
6    marking down, I'm sorry, what time did we
7    start here?  This tape.
8         THE VIDEOGRAPHER:  10:20.
9         MR. FINKELSTEIN:  Thank you.  I'm
10    sorry.
11  BY MR. HOOPER:
12    Q    Professor Trimble, please confirm
13  that what's been marked as Exhibit 13, is a
14  publication entitled, "The Anticonvulsant
15  Gabapentin, (Neurontin), does not act through
16  gamma aminobutyric acid B receptors."
17    A    That is the title of this paper.
18    Q    Have you seen this paper before?
19    A    Amongst the many papers I have seen,
20  again, I don't -- I don't recognize it.
21    Q    Do you, as you sit here today, do you
22  have any reason for not having cited it in your
23  report, along with the statement that gabapentin
24  has been shown to be an agonist of GABA -- a sub
25  type of GABA B receptors?

14  (Pages 271 to 274)

Page 323

1
2  your pardon. Page 74.
3       "These findings indicate that the
4  increased synthesis of biogenic amines induced by
5  DAP is antagonized by gabapentin."
6       Q    What does "induced by DAP" mean?
7       A    This means that the release of
8  biogenic amines inhibited by gabapentin.
9       Q    What is DAP?
10      A    You have already spelled it.
11      Q    Is it the long word on the top?
12      A    It's the diominopyridine induced
13 biogenic amine synthesis, but it's DAP for short.
14      Q    Is it your view that antagonism or
15 reduction in DAP induced synthesis of amines
16 indicates that gabapentin reduces synthesis of
17 amines in the absence of DAP?
18      A    No.  This paper is specifically
19 related to stimulation by DAP.
20      Q    Professor Trimble, let me ask you to
21 look a couple, a few lines higher than that, in
22 the middle of that section, that begins with the
23 word gabapentin.
24      A    Yes.
25      Q    Tell me if I am reading correctly

Page 324

1
2  that the paper says, "in fact, gabapentin also did
3  not alter 5HT synthesis as determined by the
4  unaltered accumulation of 5HGT in the same brain
5  areas"?
6       A    This, this -- that statement does not
7  refer to the release by DAP.  This is related, I
8  think, just reading it quickly, this is related to
9  the baseline level.  I think I am right.  I will
10 need some time to read through if that is a point
11 of contention.  The conclusion is, as I have said,
12 that the DAP release of monoamines is inhibited by
13 gabapentin and serotonin is a monoamine.
14      Q    What is a depolarizing agent?
15      A    A depolarizing agent is something
16 that leads to, without being too technical, to
17 leading to a brain -- or leading to a neuron,
18 nerve cell to fire.
19      Q    This study measured the effects of
20 gabapentin on biogenic amine neuronal activity
21 both in the presence and absence of the
22 depolarizing agent, DAP; correct?
23      A    That's correct.
24      Q    What were the findings in the absence
25 of the depolarizing agent, DAP?

Page 325

1
2       A    Well, in the absence of the
3  stimulation, there is no detectable effect.
4       Q    That's all.
5            Professor Trimble, is
6  electroconvulsive therapy, ECT, an effective
7  therapy we for the treatment of depression?
8       A    Could you rephrase that into a
9  question?
10      Q    Yes.  Is, I'm sorry, is
11 electroconvulsive therapy, ECT an effective
12 treatment for depression?
13      A    It is.
14      Q    Is electroconvulsive therapy an
15 effective means of reducing suicide risk in
16 suicidal patients?
17      A    It is.
18      Q    Does electroconvulsive therapy
19 increase or decrease GABA levels?
20      A    I don't know the answer to that.  I
21 really don't know the answer to that.  I do not
22 know the answer to that question.
23           MR. HOOPER:  I will preserve any
24 remaining time for any recross that is
25 necessary and pass the witness to you.

Page 326

1
2            MR. FINKELSTEIN:  Okay.  Why don't we
3  go off the record?
4            THE VIDEOGRAPHER:  Going off the
5  record.
6            The time is 1:27 p.m.
7            (Recess taken.)
8            THE VIDEOGRAPHER:  We are back on the
9  record.
10           The time is 1:35 p.m.
11 EXAMINATION
12 BY MR. FINKELSTEIN:
13      Q    Good afternoon, Professor Trimble.
14           As you know, I am Andrew Finkelstein,
15 and I represent the Smiths in their matter against
16 Smith against Pfizer.
17           I'm going to ask you several
18 questions with respect to that matter, as well as
19 your general opinion associated with Neurontin and
20 its effect on mood and behavior.  Okay?
21           Professor Trimble, are you
22 particularly qualified to assess the effect of
23 Neurontin and its effect on humans' mood and
24 behavior?
25      A    Yes.

Page 327

1
2    Q    And how is it that you are qualified?
3    A    I have spent most of my research
4  career examining the effects of drugs on behavior,
5  with specific reference to the class of drugs
6  called antiepileptic drugs, of which Neurontin is
7  one such drug.
8         I am also a neurologist and a
9  psychiatrist and a neuropharmacologist, and
10 believe that all three of these disciplines
11 together are very important in understanding these
12 issues.
13   Q    And can you describe basically how
14 the confluence of those three degrees are
15 important in understanding this particular issue?
16   A    If you only have a neurological
17 perspective, then you will not be able to
18 understand the psychiatry and the behavior
19 disorders. If you have a psychiatric perspective,
20 you will not understand the basic underlying
21 neurology. If you have not had acquaintance with
22 neuroanatomy and neurochemistry and experimental
23 methods, you will not understand the translation
24 of those into clinical practice.
25   Q    And in all three of those disciplines

Page 328

1
2  do you have advanced degrees?
3    A    I do.
4    Q    Professor Trimble, would you
5  succinctly state your opinion with a reasonable
6  degree of scientific, psychiatric and medical
7  certainty, how the ingestion of Neurontin may be a
8  substantial factor in leading to suicide and
9  attempted suicide?
10   A    It's my considered opinion, based
11 upon scientific papers and my own reading of those
12 papers, that the following apply: If you take
13 gabapentin, this leads to an increase in cerebral
14 GABA, in brain GABA.
15        Increasing brain GABA, has been
16 shown, in scientific, peer-reviewed papers, to
17 lead to decrease of serotonin. Serotonin is vital
18 for the regulation of mood, and it has been shown
19 in many published, scientific, peer-reviewed
20 papers that decrease of turnover of serotonin in
21 the human brain is associated with depression,
22 suicide, and in particular, with violent suicides.
23   Q    Professor Trimble, you have
24 articulated that gabapentin, in your considered
25 opinion, increases human brain GABA, is that one

Page 329

1
2  element of your opinion?
3    A    That is correct.
4    Q    And in forming that opinion, did you
5  apply a scientific method in forming that opinion.
6    A    I reviewed the peer-reviewed papers
7  that have examined the effect of gabapentin on
8  brain GABA.
9    Q    In addition to the peer-reviewed
10 papers, did you also review any controlled trials.
11   A    I reviewed controlled trials of
12 gabapentin in epilepsy, yes.
13   Q    And did you also review corporate
14 documents?
15   A    I have reviewed corporate documents.
16   Q    And can you cite to any peer-reviewed
17 papers that support the proposition that
18 gabapentin increases human brain GABA?
19   A    There is substantial evidence in
20 peer-reviewed papers that gabapentin increases
21 GABA in the human brain. This work comes from
22 Petrov, in particular, and his group. And there
23 is an alternative group, one of those difficult
24 names, Kuznetsky, who have independently
25 replicated the finding, that if you give GABA to

Page 330

1
2  the human, you will reliably increase -- if you
3  give gabapentin to the human, you will reliably
4  increase GABA in a dose-dependent and
5  time-dependent way.
6    Q    Now, Professor Trimble, you have been
7  using gabapentin. Is there a trade name for
8  gabapentin?
9    A    Neurontin.
10   Q    And is, every time you say
11 gabapentin, can it be interchanged with Neurontin?
12   A    It can.
13   Q    And other than the -- well, strike
14 that.
15        Back to your credentials, if I may.
16        Do you have any particular expertise
17 in neuroimaging?
18   A    I have studied and researched most of
19 the methods of neuroimaging that are available in
20 neurological practice up to this date and time.
21   Q    And the Petrov and Kuznetsky, if I
22 said that correctly, I will start with just the
23 Petrov study.
24        Can you describe what type of study
25 that was, what actually was done?

28  (Pages 327 to 330)