**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, | ) | MDL DOCKET N0. 1629 |
| SALES PRACTICES AND | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | MASTER FILE NO. 04-10981 |
| | ) | |
| THIS DOCUMENT APPLIES TO: | ) | JUDGE PATTI B. SARIS |
| | ) | Magistrate Judge Leo T. Sorokin |
| *Brook v. Pfizer, et al.,* Case No. 07-1364 | ) | |

**MOTION TO DISMISS
WITH PREJUDICE PURSUANT TO DISCOVERY ORDER # 21**

Defendants, Actavis Inc., Actavis Elizabeth LLC, and Purepac Pharmaceuticals Co.

(collectively "Defendant"), respectfully moves this Court for an Order dismissing *Brook, et al. v.*

*Pfizer Inc., et al.,* 07-1364, with prejudice for failure to comply with Discovery Order # 21.

INTRODUCTION

On February 8, 2008, this Court, having received from the Finkelstein firm a Motion to

Withdraw as Counsel for Plaintiff, Susan Brook, [Docket # 1106] entered Discovery Order # 21

ordering Ms. Brook, to meet certain obligations in order to avoid dismissal of her action.

Specifically, the Court ordered that Ms. Brook:

> 1. Hire a different Attorney to represent you in this case and have
> Attorney file a Notice of Appearance on Your Behalf by February
> 25, 2008. [or]
>
> 2. Write to the Court by February 25, 2008 saying either you
> object to your lawyer withdrawing and/or you want to represent
> yourself in this lawsuit. Your letter should include the number of
> your case listed above. You will then be **required** to attend a
> hearing on March 7, 2008 at 10:00 a.m. in Courtroom #14 before
> Magistrate Judge Leo T. Sorokin of the United States District

Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210.  If you wish to attend this hearing by telephone and you do not live in Massachusetts, you must write to Deputy Clerk Maria Simeone, United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 by February 25, 2008 and provide her the telephone number at which you wish the Court to call you on March 7, 2008.

**If you fail to take either of the above steps by February 25, 2008, the Court will dismiss your case.**

[Doc. # 1120 (emphasis in original)].[1]

DISCUSSION

The Court previously ordered counsel in a number of cases, including *Brook,* to make certain certifications to the Court by February 1, 2008 (*See* Discovery Order # 19, Docket # 1049).  Because of the Finkelstein firm's Emergency Motion to Withdraw as Counsel (Docket # 1106, filed February 1, 2008), Ms. Brook was granted additional time to find a new attorney and meet the Court's requirements.  Notwithstanding the Court's generous extension to February 25, 2008, Plaintiff has made no appearance, and the case has remained completely moribund since it was transferred to this MDL action on April 4, 2007.

Simply, Ms. Brook has failed to meet any of the requirements of the Court, and, as a consequence, the case should be dismissed with prejudice.

CONCLUSION

Therefore, Defendant respectfully requests that this Court enter an Order consistent with Discovery Order # 21 dismissing Ms. Brook's  action with prejudice.

---

[1] Plaintiff was served with Discovery Order 21.  *See* Docket # 1124.

DC:50539620.2

Respectfully Submitted,


   /s/ Megan Kinsey-Smith, Esq._____
Ray M. Aragon, Esq.
Megan Kinsey-Smith, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

*Attorneys for Actavis Inc., Actavis Elizabeth LLC,*
*and Purepac Pharmaceuticals Co.*


## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to

Case Management Order No. 3. on April 3, 2008; and that this document has been served on

Plaintiff Susan Brook by (1) certified mail return receipt requested at Plaintiff's last known

address, 4035 120 Avenue N., West Palm Beach, FL 33411; and (2) electronic mail to Plaintiff's

email address, ssbrook@netzero.com.


Dated:  April 3, 2008

   /s/ Ray M. Aragon_____

   DC:50539620.2