UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Magistrate Judge Leo T. Sorokin |
| AETNA, INC. v. PFIZER, INC. | |

**COORDINATED PLAINTIFFS' MOTION TO COMPEL
DEFENDANTS TO PRODUCE ALL BUSINESS AND OPERATING PLANS
RELATING TO THIRD PARTY PAYORS AND TO PRODUCE
AN ADEQUATELY PREPARED RULE 30(B)(6) WITNESS**

The Coordinated Plaintiffs respectfully move to compel Defendants Pfizer, Inc. and Warner Lambert Company (collectively "Defendants") to (i) produce all remaining "business plans" and "operating plans" related to the named Third Party Payors, or in the alternative, to confirm the dates and circumstances of their destruction; and (ii) to produce a witness adequately prepared witness to testify to Topics 1 and 2 of the Coordinated Plaintiffs' amended deposition notice dated December 3, 2007.

The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of the Coordinated Plaintiff's Motion to Compel Defendants to Produce all Business and Operating Plans Relating to Third Party Payors and to Produce an Adequately Prepared Rule 30(b)(6) Witness (the "Memorandum of Law").

In support of this motion, the Coordinated Plaintiffs submit the accompanying Memorandum of Law and Declaration of Linda P. Nussbaum, dated of April 4, 2008.

WHEREFORE, the Coordinated Plaintiffs respectfully request that the Court grant their motion to compel Defendants to (i) produce an adequately prepared Rule 30(b)(6) witness and (ii) produce all "operating plans" and the "business plans" that pertain to the named Third Party Payors created during the relevant factual period and, if any such plan no longer exists, disclose the dates and circumstances of its destruction.

### REQUEST FOR ORAL ARGUMENT

The Coordinated Plaintiffs believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Respectfully submitted,

Dated: April 4, 2008	By:	/s/ Linda P. Nussbaum
	Linda P. Nussbaum, Esq.

KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York 10022

*Counsel for the Coordinated Plaintiffs*

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.1 and 37.1, I certify that Plaintiffs' counsel has conferred in good faith with Defendants' counsel to narrow the areas of disagreement to the greatest extent possible.

/s/ Linda P. Nussbaum
Linda P. Nussbaum, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

                        ATTORNEY FOR THE COORDINATED PLAINTIFFS

                        /s/ Elana Katcher
                        ELANA KATCHER