# EXHIBIT K

**From:**   Mizell, Nick P. (SHB) [NMIZELL@shb.com]
**Sent:**    Thursday, February 14, 2008 12:28 PM
**To:**      Daley, Annamarie A.
**Subject:** RE: Feb 13, 2008 Letter to Daley

Agreed. Lets talk after you've a had a chance to review the CD. I'll be out of the office for awhile to wrap up Valentine's day arrangements (I know, I know) - thankfully, Hallmark's HQ is literally next door.

---

**From:** Daley, Annamarie A. [mailto:AADaley@rkmc.com]
**Sent:** Thursday, February 14, 2008 11:02 AM
**To:** Mizell, Nick P. (SHB)
**Cc:** Daley, Annamarie A.
**Subject:** RE: Feb 13, 2008 Letter to Daley

>>>>  Please read the confidentiality statement below  <<<<

Nick,

What I wanted to discuss was whether you would agree to give us time to review the information you have just sent and not object, on the grounds of timeliness, to a motion to compel on the 30(b)(6) deposition for which Henderson was the designee. Since we are just receiving the information today and today is the February deadline, we would have to file the motion for the March hearing.

Annamarie

Annamarie Daley
Robins, Kaplan, Miller & Ciresi
800 LaSalle Avenue
Minneapolis, MN. 55402
612-349-8431
612-339-4181 (fax)

   -----Original Message-----
From:  Mizell, Nick P. (SHB) [mailto:NMIZELL@shb.com]
Sent:  Thursday, February 14, 2008 09:54 AM Central Standard Time
To:    Daley, Annamarie A.
Subject:    Feb 13, 2008 Letter to Daley

Annamarie, here's a copy of the transmittal letter for the CD that we sent you yesterday. As a courtesy, we put two copies of the same CD in the FedEx to you, which should arrive this morning. I received your v/m and I am available today to discuss. If I'm not at my desk when you call, feel free to have me paged (press zero and pound to reach my assistant).

Thanks, Nick.
  <<2-13-08 Ltr to Daley.pdf>>

Mail Gate made the following annotations on Thu Feb 14 2008 09:54:57

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or

distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

---

Mail Gate made the following annotations on Thu Feb 14 2008 11:28:54

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

# EXHIBIT L

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**Annamarie Daley**
612-349-8431

March 3, 2008

*Via Facsimile*
Nicholas P. Mizell, Esq.
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108

**Re:    *In re: Neurontin Marketing and Sales Practices Litigation***
**Our File No.: 092379.0000**

Dear Nick:

As you are aware, motions for the March 20, 2008 discovery hearing are due Friday, March 7, 2008. We would like to schedule a meet and confer regarding the issues raised by the production of documents after the 30(b)(6) deposition that occurred on December 5 & 6, 2007. Would you be available at 10:30 a.m. CST Wednesday, March 5, 2008, for such a conference call?

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Annamarie A. Daley

AAD/vo

# EXHIBIT M



www.shb.com

March 6, 2008

Nicholas P. Mizell

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2329 DD
816.421.5547 Fax
nmizell@shb.com

Linda P. Nussbaum
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor,
NY, NY 10022

Re:   Plaintiffs' Request to Continue 30(b)(6) Deposition of Defendants Regarding
      Communications with Third-Party-Payer Plaintiffs

Dear Ms. Nussbaum:

I am writing in response to the conversation we had on March 5, 2008, regarding issues
related to the 30(b)(6) deposition of the defendants concerning communications with the
named third-party-payor plaintiffs.

During our conversation, you requested an additional four hours to continue this 30(b)(6)
deposition without any limitations as to the scope of the continued examination. And,
notwithstanding the provisions of Discovery Order 14 that expressly limit the scope of
this deposition to communications with the named third-party-payor plaintiffs, you seek
to burden Pfizer with an obligation to prepare and produce designees to testify about any
Neurontin-related communications with the physicians that treated the third-party-payor
plaintiffs' insureds.

In Discovery Order 14, however, the Court expressly limited the topics for which the
Defendants were obligated to prepare and produce 30(b)(6) designees. Notably, the Court
rejected the imposition of a boundless duty to designate witnesses to testify about "any
information" regarding the promotion of Neurontin as "too broad," and instead provided
that the area of inquiry would be limited to: "The marketing or promotion of Neurontin
*directly to the named Third Party Payors*."

Defendants cannot agree to a request for a continued 30(b)(6) deposition of unlimited
scope and in contravention of Discovery Order 14.

Sincerely,

Nicholas P. Mizell

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

# EXHIBIT N

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING,
        SALES PRACTICES AND
        PRODUCTS LIABILITY LITIGATION

:     MDL Docket No. 1629

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA v. PFIZER, INC., and

AETNA, INC. v. PFIZER, INC.

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T.
Sorokin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF WITHDRAWAL
## OF MOTION WITHOUT PREJUDICE

Pending before the Court is Coordinated Plaintiffs' Motion to Compel Defendants to Produce an Adequately Prepared Rule 30(b)(6) Witness (ECF Dkt. # 1165) (the "Motion to Compel").

Pursuant to the request of the Defendants, and a subsequent meet-and-confer between the parties, the Coordinated Plaintiffs hereby withdraw the Motion to Compel without prejudice. The parties intend to continue to meet and confer regarding the issues raised in the Motion to Compel. Accordingly, the motion no longer needs to be calendared for argument during the March 20, 2008 discovery motion hearing.

If the parties are unable to reach a mutually satisfactory resolution to the issues raised in the Motion to Compel, it is further agreed that the Plaintiffs may submit any outstanding issue(s)

to the Court by motion and the Defendants will not object to such a motion on the grounds of timeliness.

Dated: March 11, 2008                    KAPLAN FOX & KILSHEIMER LLP


                                         By:s/Linda P. Nussbaum
                                         Linda P. Nussbaum, Esq.
                                         850 Third Avenue, 14th Floor
                                         New York, NY 10022
                                         Tel:    (212) 687-1980

                                         *Counsel for the Coordinated Plaintiffs*

                                         SHOOK, HARDY & BACON LLP


Dated: March 11, 2008                    By: s/Nicholas P. Mizell
                                         Nicholas P. Mizell, Esq.
                                         2555 Grand Boulevard
                                         Kansas City, MO 64108
                                         Tel:    (816) 474-6550

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

ATTORNEY FOR THE COORDINATED PLAINTIFFS


/s/ Elana Katcher_____
ELANA KATCHER

# EXHIBIT O

# Elana Katcher

| | |
|---|---|
| **From:** | Mizell, Nick P. (SHB) [NMIZELL@shb.com] |
| **Sent:** | Friday, March 21, 2008 10:02 AM |
| **To:** | Elana Katcher |
| **Subject:** | Henderson Declaration |

Elana - in response to your voicemail, I have been and will be out of the office this week for a hearing and for Good Friday. I will call you early next week. Thanks, Nick.

**Nicholas P. Mizell**
2555 Grand Boulevard
Kansas City, MO 64108
816.559.2329 (direct)
913.579.2775 (mobile)
www.shb.com

Mail Gate made the following annotations on Fri Mar 21 2008 09:01:37

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

# Elana Katcher

**From:** Mizell, Nick P. (SHB) [NMIZELL@shb.com]
**Sent:** Wednesday, March 26, 2008 10:43 AM
**To:** Elana Katcher
**Subject:** RE: Henderson Declaration

Elana,

As we previously advised, Henderson was out of the country until March 17. We have since discussed the issues raised in plaintiffs' motion with him. When I spoke with Linda on March 10, she said she would send us proposed time and scope limitations for the continued deposition that plaintiffs have requested. Do plaintiffs still intend to send these proposed limits to us for consideration?

Thanks, Nick.

**Nicholas P. Mizell**
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
816.559.2329 (direct)
913.579.2775 (mobile)
www.shb.com

**From:** Elana Katcher [mailto:ekatcher@kaplanfox.com]
**Sent:** Friday, March 21, 2008 2:21 PM
**To:** Mizell, Nick P. (SHB)
**Subject:** RE: Henderson Declaration

Nick:

Would you be able to update us via email on the status of the Henderson affidavit? The details can certainly wait until we speak by phone but we are a bit anxious to know any information on its timing. We withdrew our motion because the prospects of resolving our issues without court intervention seemed promising when the parties spoke on March 10, and the possibility of a supplemental affidavit from Henderson was central to those prospects. However, we haven't heard anything since March 11 and the next filing deadline we would have to meet is April 4.

Thanks in advance,

Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Tel No.: 212.687.1980
Fax No.: 212.687.7714
ekatcher@kaplanfox.com

**From:** Mizell, Nick P. (SHB) [mailto:NMIZELL@shb.com]
**Sent:** Friday, March 21, 2008 10:02 AM
**To:** Elana Katcher
**Subject:** Henderson Declaration

Elana - in response to your voicemail, I have been and will be out of the office this week for a hearing and for Good Friday. I

will call you early next week. Thanks, Nick.

**Nicholas P. Mizell**
2555 Grand Boulevard
Kansas City, MO 64108
816.559.2329 (direct)
913.579.2775 (mobile)
www.shb.com

Mail Gate made the following annotations on Fri Mar 21 2008 09:01:37

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the
person or entity to which it is addressed and may contain confidential and/or privileged material. Any
unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient,
please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Mail Gate made the following annotations on Wed Mar 26 2008 09:42:40

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the
person or entity to which it is addressed and may contain confidential and/or privileged material. Any
unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient,
please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

# Elana Katcher

**From:** Elana Katcher
**Sent:** Friday, March 21, 2008 3:21 PM
**To:** 'Mizell, Nick P. (SHB)'
**Subject:** RE: Henderson Declaration

Nick:

Would you be able to update us via email on the status of the Henderson affidavit? The details can certainly wait until we speak by phone but we are a bit anxious to know any information on its timing. We withdrew our motion because the prospects of resolving our issues without court intervention seemed promising when the parties spoke on March 10, and the possibility of a supplemental affidavit from Henderson was central to those prospects. However, we haven't heard anything since March 11 and the next filing deadline we would have to meet is April 4.

Thanks in advance,

Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Tel No.: 212.687.1980
Fax No.: 212.687.7714
ekatcher@kaplanfox.com

**From:** Mizell, Nick P. (SHB) [mailto:NMIZELL@shb.com]
**Sent:** Friday, March 21, 2008 10:02 AM
**To:** Elana Katcher
**Subject:** Henderson Declaration

Elana - in response to your voicemail, I have been and will be out of the office this week for a hearing and for Good Friday. I will call you early next week. Thanks, Nick.

**Nicholas P. Mizell**
2555 Grand Boulevard
Kansas City, MO 64108
816.559.2329 (direct)
913.579.2775 (mobile)
www.shb.com

Mail Gate made the following annotations on Fri Mar 21 2008 09:01:37

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

4/4/2008

## Elana Katcher

| | |
|---|---|
| **From:** | Elana Katcher |
| **Sent:** | Friday, March 28, 2008 10:11 AM |
| **To:** | 'Mizell, Nick P. (SHB)' |
| **Cc:** | Linda P. Nussbaum; 'Daley, Annamarie A.' |
| **Subject:** | RE: Henderson Declaration |

Nick:

We had understood that you were to speak with Mr. Henderson to determine whether a declaration could be procured to narrow the issues raised in our withdrawn motion, and as you know, I called and emailed you several times last week to check on the status of that declaration. If you were waiting for a proposal for us to be issued before working on that declaration, we wish you would have responded to me earlier to let us know that you believed there has been a misunderstanding.

We nonetheless understand that the Defendants would be open to an additional 30(b)(6) deposition that would be limited in time and scope. In the spirit of resolving this dispute in a timely manner and without Court intervention, we have drafted the below compromise position which is offered without prejudice to any argument for broader relief that we feel we would otherwise be entitled and may alternatively seek in a renewed motion to the Court.

Accordingly, we propose a deposition, to be scheduled to go forward on a date prior to the end of April 2008, with respect to the following topics and to a duration of four hours of direct examination (any time used by Defendants for cross-examination or speaking objections would not be counted towards this limit). Note, the term "named Third-Party Payors" is used below as defined in Discovery Order No. 14:

1) Any information that Defendants have regarding the marketing or promotion of Neurontin or gabapentin to physicians affiliated with, or who prescribed medications to insureds of, named Third-Party Payors during the class period;
2) All documents created or possessed by Defendants concerning the marketing or promotion of Neurontin or gabapentin to physicians affiliated with, or who prescribed medications to the insureds of, the Coordinated Plaintiffs or any other named Third Party Payor; and
3) Any information that Defendants have regarding the creation and contents of business or operating plans pertaining to the Plaintiffs named in the Coordinated Complaint and the Third Party Payors named as Plaintiffs in the Class Complaint, including physicians affiliated with any such plaintiff or who prescribed Neurontin or gabapentin to any insured of any such physician.

We also again request the production of all operating plans and business plans related to Plaintiffs named in the Coordinated Complaint and the Third Party Payors named as Plaintiffs in the Class Complaint, including physicians affiliated with any such Plaintiff, that were created within the class period. If any such document no longer exists or is not reasonably available, we ask Defendants to advise us of the date when the document was destroyed or rendered unavailable, and the surrounding circumstances that rendered the document unavailable.

Please notify us by the end of business day Monday whether the Defendants are amenable to this proposal. Please also inform us of whether we should continue to expect a Declaration from Mr. Henderson.

Many thanks,

Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Tel No.: 212.687.1980
Fax No.: 212.687.7714
ekatcher@kaplanfox.com

**From:** Mizell, Nick P. (SHB) [mailto:NMIZELL@shb.com]
**Sent:** Wednesday, March 26, 2008 10:43 AM
**To:** Elana Katcher
**Subject:** RE: Henderson Declaration

Elana,

As we previously advised, Henderson was out of the country until March 17. We have since discussed the issues raised in plaintiffs' motion with him. When I spoke with Linda on March 10, she said she would send us proposed time and scope limitations for the continued deposition that plaintiffs have requested. Do plaintiffs still intend to send these proposed limits to us for consideration?

Thanks, Nick.

**Nicholas P. Mizell**
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
816.559.2329 (direct)
913.579.2775 (mobile)
www.shb.com

**From:** Elana Katcher [mailto:ekatcher@kaplanfox.com]
**Sent:** Friday, March 21, 2008 2:21 PM
**To:** Mizell, Nick P. (SHB)
**Subject:** RE: Henderson Declaration

Nick:

Would you be able to update us via email on the status of the Henderson affidavit? The details can certainly wait until we speak by phone but we are a bit anxious to know any information on its timing. We withdrew our motion because the prospects of resolving our issues without court intervention seemed promising when the parties spoke on March 10, and the possibility of a supplemental affidavit from Henderson was central to those prospects. However, we haven't heard anything since March 11 and the next filing deadline we would have to meet is April 4.

Thanks in advance,

Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Tel No.: 212.687.1980
Fax No.: 212.687.7714
ekatcher@kaplanfox.com

**From:** Mizell, Nick P. (SHB) [mailto:NMIZELL@shb.com]
**Sent:** Friday, March 21, 2008 10:02 AM
**To:** Elana Katcher
**Subject:** Henderson Declaration

Elana - in response to your voicemail, I have been and will be out of the office this week for a hearing and for Good Friday. I will call you early next week. Thanks, Nick.

**Nicholas P. Mizell**
2555 Grand Boulevard
Kansas City, MO 64108
816.559.2329 (direct)
913.579.2775 (mobile)
www.shb.com

Mail Gate made the following annotations on Fri Mar 21 2008 09:01:37

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Mail Gate made the following annotations on Wed Mar 26 2008 09:42:40

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

# EXHIBIT P
# (FILED UNDER SEAL)

# EXHIBIT Q

**From:** Piron, Steve
**Sent:** 8/4/2003 5:03:38 PM
**To:** Doft, Suzanne
**CC:**
**Subject:** RE: Displayin Neurontin within Kaiser

I spoke to Ann Marie about this today. There's some history of PD adding the 2%, and she mentioned that this step would resolve access issues. I'll pursue.
-----Original Message-----
From: Doft, Suzanne
Sent: Monday, August 04, 2003 8:53 AM
To: Piron, Steve
Cc: George, Tim
Subject: RE: Displayin Neurontin within Kaiser


Hi Steve-

As our managed care liasion, please check with Claire Kennedy as to her thoughts on contracting with Kaiser. Mark Emtiaz is the NAM for this account. Please let Tim and me know what you uncover.

Thanks
SD
-----Original Message-----
From: George, Tim
Sent: Monday, August 04, 2003 7:41 AM
To: Doft, Suzanne
Subject: FW: Displayin Neurontin within Kaiser


Suzanne..

Kaiser has stated that they would stop counter detailing Neurontin if they received a 2% contract.. the bigger issue for me is the potential impact on pregabalin.

Tim George
"first we will be BEST, then we will be first"
Pfizer
Vice President, Parke-Davis-2
office: 212-733-0877
fax: 212-883-4892

-----Original Message-----
From: MacDonald, Ann Marie
Sent: Friday, August 01, 2003 2:00 PM
To: George, Tim
Subject: FW: Displayin Neurontin within Kaiser

Here is an update with regards to Neurontin at Kaiser. I assume still a moot issue of getting a 2% discount to off set the counter detailing and actual grow business in this multi million life account.
-----Original Message-----
From: Reese, Curtis D
Sent: Tuesday, July 29, 2003 11:46 PM
To: MacDonald, Ann Marie; Johnson, Clay R
Subject: Displayin Neurontin within Kaiser
Ann Marie,
Over the past couple of months as I have met with Kaiser DEC's I have been asking if we can work with them in promoting Neurontin where they want the product to be used. They are currently counter detailing nortriptyline ( a TCA anti-depressant) against Neurontin for the treatment of pain and not allowing us to display or discuss Neurontin even though it is a formulary product. We have proposed that if we can display and detail Neurontin we would be more then happy to have a sample of Kaiser's nortriptyline starter pak on our display table and Kaiser recommendations for neuropathic pain and work with them on helping their MD's understand when and where to use Neurontin. To our benefit we have obtained approval within the LA Kaiser's. San Diego Kaiser has told us no, but once they hear that LA is doing it they will change. Also two of the DEC's told me they would discuss this at their monthly DEC meeting to share with other DEC's how we are willing to work with them on this issue. Now we just need to get a purchasing agreement out of NYHQ's. Any input from Tim George on this issue since we talked to him at the POA. Thanks for all you do.

BE your BEST!
Curtis Reese
Senior District Manager
Pfizer Pharmaceuticals
-----Original Message-----

Pfizer_SPiron_0015885