UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x
:  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,    :
SALES PRACTICES AND   :  Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION   :
:  Judge Patti B. Saris
------------------------------------------------------------------x
:  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:    :
:
ALL PRODUCTS LIABILITY CASES    :
:
------------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.**

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. My name is Andrew G. Finkelstein. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee. I have personal knowledge of the matters stated below in this declaration.

2. This declaration is made in opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the issue of General Causation. (ECF Doc. # 1147.)

3. Attached hereto as Exhibit 1 is a true and correct copy of the Warner-Lambert transcript of the Waiver, Change of Plea and Sentencing Hearing (June 7, 2004).

4. Attached hereto as Exhibit 2 is a true and correct copy of the expert report of Professor Dan Brock, Ph.D. (submitted October 22, 2007).

5. Attached hereto as Exhibit 3 is a true and correct copy of the Curriculum Vitae of Dr. Michael Robert Trimble.

6. Attached hereto as Exhibit 4 is a true and correct copy of the expert report of Dr. Cheryl D. Blume (submitted October 22, 2007).

7. Attached hereto as Exhibit 5 is a true and correct copy of the Division of Neuropharmacological Drug Products Combined Medical-Statistical Review dated January 31, 1992.

8. Attached hereto as Exhibit 6 is a true and correct copy of Vladimir V. Kalinin, *Suicidality and Antiepileptic Drugs, Is there a Link?*, Drug Safety 2007; 30(2); 123-142.

9. Attached hereto as Exhibit 7 is a true and correct copy of excepts of Douglas G. Jacobs, M.D., Guide to Suicide Assessment and Intervention.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Professor Michael Trimble, M.D., in Relation to Neurontin Causing Negative Mood and Behavioral Alterations, including Suicidal Behavior, in Treated Patients.

11. Attached hereto as Exhibit 9 is a true and correct copy of the list of articles and abstracts considered and brought to Deposition of Michael Trimble, M.D.

12. Attached hereto as Exhibit 10 is a true and correct copy of the Comprehensive Bibliography of Stefan D. Kruszewski, M.D.

13. Attached hereto as Exhibit 11 is a true and correct copy of the label for Neurontin (gabapentin capsules, tablets and oral solution) distributed by Parke-Davis, Revised January 2007.

14. Attached hereto as Exhibit 12 is a true and correct copy of excepts of the Deposition of Gerard Sanacora, M.D. (January 18, 2008).

15. Attached hereto as Exhibit 13 is a true and correct copy of excepts of the Deposition of Douglas Jacobs, M.D. (January 23, 2008).

16.     Attached hereto as Exhibit 14 is a true and correct copy of the Opinion and Order of the Court in <u>Melvin J. Cassidy and Diane V. Cassidy v. Eli Lilly Company</u>, Civil Action No. 821, by the Honorable Donetta W. Ambrose for the United States District Court for the Western District of Pennsylvania, dated May, 2002.

17.     Attached hereto as Exhibit 15 is a true and correct copy of the Order Denying Defendant Smithkline Beecham Corporation's Motion to Exclude or Limit the Testimony of Plaintiffs' Experts in <u>The Estates of Deborah Marie Tobin and Alyssa Ann Tobin, Deceased, by Timothy John Tobin, Personal Representative, and the Estate of Donald Jack Schell and Rita Charlotte Schell, Deceased, by Neva Hardy, Personal Representative</u>, by the Honorable William C. Beaman, United States District Court for the District of Wyoming, dated May 9, 2001.

18.     Attached hereto as Exhibit 16 is a true and correct copy of page from L. Tive custodial file "Study 1035-3: Conclusions."

19.     Attached hereto as Exhibit 17 is a true and correct copy of Professor Michael Trimble, *Psychosis with Gabapentin* (May 20, 1995).

20.     Attached hereto as Exhibit 18 is a true and correct copy of Professor Michael Trimble, *Behavioural Disturbance with Gabapentin*.

21.     Attached hereto as Exhibit 19 is a true and correct copy of Eve Bender, *APA's Newest Practice Guideline Addresses Suicide-Risk Issues*, <u>Psychiatric News</u>, July 18, 2003.

22.     Attached hereto as Exhibit 20 is true and correct copy of a letter from Ronald Wm. Maris, Ph.D. to Andrew G. Finkelstein (December 3, 2007).

23.     Attached hereto as Exhibit 21 is a true and correct copy of MDL Discovery Order No. 8; MDL Docket No 1629, Master File No. 04-10981, Document 609.

24.     Attached hereto as Exhibit 22 is a true and correct copy of excepts of David J. Rowbotham, *Clinical Expert Report and Written Summary of Clinical Studies, Neuropathic Pain, Neurontin Capsules, 100 mg, Neurontin Capsules, 300 mg, Neurontin Capsules, 500 m*g (June, 1999).

25.     Attached hereto as Exhibit 23 is a true and correct copy of excepts from custodial file C. Taylor containing Power Point of Charlie Taylor, Ph.D., *Clinical Development in the Slipstream of Gabapentin*.

26.     Attached hereto as Exhibit 24 is a true and correct copy of excepts from custodial file C. Taylor *Gabapentin: Pharmacology Written Summary.*

27.     Attached hereto as Exhibit 25 is a true and correct copy of excerpts from Neurontin Product Monograph.

28.     Attached hereto as Exhibit 26 is a true and correct copy of excepts of the Deposition of Gerard Sanacora, M.D. (January 18, 2008).

29.     Attached hereto as Exhibit 27 is a true and correct copy of excerpts of the Deposition of Michael Trimble, M.D. (October 19, 2007).

30.     Attached hereto as Exhibit 28 is a true and correct copy of Stefan P. Kruszewski, M.D., *Gabapentin, Mechanism of Mood-Altering Action*.

31.     Attached hereto as Exhibit 29 is a true and correct copy of excepts of the Deposition of Cheryl Blume, M.D. (November 13, 2007).

32.     Attached hereto as Exhibit 30 is a true and correct copy of excepts of the Deposition of Gerard Sanacora, M.D. (January 18, 2008).

33.     Attached hereto as Exhibit 31 is a true and correct copy of the U.S. Food and Drug Administration, FDA Alert (January 31, 2008).

34. Attached hereto as Exhibit 32 is a true and correct copy of a Gabapentin Data Capture Aid.

35. Attached hereto as Exhibit 33 is a true and correct copy of a letter from Andrew G. Finkelstein to Dr. Russell Katz (October 10, 2007).

36. Attached hereto as Exhibit 34 is a true and correct copy of a letter from Andrew G. Finkelstein to Dr. Russell Katz (November 30. 2007).

37. Attached hereto as Exhibit 35 is a true and correct copy of a letter from Dr. Russell Katz to Andrew G. Finkelstein (undated).

38. Attached hereto as Exhibit 36 is a true and correct copy of excerpts of the Deposition of Larry Alphs, M.D. (June 22, 2007).

39. Attached hereto as Exhibit 37 is a true and correct copy of excerpts of the Deposition of Anthony Rothschild, M.D. (January 15, 2008).

40. Attached hereto as Exhibit 38 is a true and correct copy of R. Kuzniecky, M.D., *Modulation of Cerebral GABA Topiramate, Lamotrigine, and Gabapentin in Healthy Adults*, Neurology 58 (February 2002).

41. Attached hereto as Exhibit 39 is a true and correct copy of O.A.C. Petroff, M.D., *Gabapentin Raises Human Brain GABA Within Thirty Minutes*, Yale University, New Haven, Connecticut.

42. Attached hereto as Exhibit 40 is a true and correct copy of Ruben Kuzniecky, M.D., In Vivo Determination of Human Brain GABA concentrations in volunteers receiving Gabapentin: A escalating dose response study.

43.     Attached hereto as Exhibit 41 is a true and correct copy of Ognen A. C. Petroff, *Effects of Gabapentin on Brain GABA, Homocarnosine, and Pyrroldinonein Epilepsy Patients*, Epilepsia, 41(6): 672-350. 2000.

44.     Attached hereto as Exhibit 42 is a true and correct copy of Toru Nishikawa, *Inhibitory Influence of GABA on Central Serontonergic Transmission. Involvement of the Habenulo-Raphe Pathways in the GABAergic Inhibition of Ascending Cerebral Serotonergic Neurons*, Brain Research, 331 (1998) 81-90.

45.     Attached hereto as Exhibit 43 is a true and correct copy of R. Schlicker, *Gabapentin Decreases Monamine ReleaseWithout Affecting Acetylcholine Release in the Brain*, Arzniemelforschung, 1985; 35(9): 1347-9.

46.     Attached hereto as Exhibit 44 is a true and correct copy of Research Report No. 4192-0166 of Godecke AG Research and Development (May, 1984).

47.     Attached hereto as Exhibit 45 is a true and correct copy of Erzebet Bagdy, *Reciprocal Innervation between Serotonergic and GABAergic Neurons in Raphe Nuclei of the Rat*, Neurochemical Research, Vol. 25, No. 11, 2000.

48.     Attached hereto as Exhibit 46 is a true and correct copy of Toru Nishikawa, *Evidence for a GABAergic Inhibitory Influence on Serotonergic Neurons Otriginating from the Dorsal Raphe,* Brain Research, 279 (1983) 325, 329.

49.     Attached hereto as Exhibit 47 is a true and correct copy of Concetta M. Forchelli, *Evidence for a Tonic GABAergic Control of Serotonin Neurons in the Median Raphe Nucleus*, Brain Research, 206 (1981) 208-212.

50. Attached hereto as Exhibit 48 is a true and correct copy of R. Schlicker, *GABA, Receptor-Mediated Inhibition of Serotonin Release in the Rat Brain*, Naunym-Schmiedeberg's Arch Pharmacol, (1984) 326; 99-105.

51. Attached hereto as Exhibit 49 is a true and correct copy of excepts of Deposition of Michael Trimble, M.D. (October 19, 2007).

52. Attached hereto as Exhibit 50 is a true and correct copy of excepts of Ognen Petroff, *Biochemistry for Magnetic Resonance Spectroscopy*, contained in Ruben J. Kuzniecky, M.D., Magnetic Resonance in Epilepsy, Neuroimaging Techniques.

53. Attached hereto as Exhibit 51 is a true and correct copy of an e-mail transmission from Douglas Feltner to Charles Taylor, Elizabeth Carofalo, Chiara DePaolis, Brian Corrigan, Timothy Wang and Douglas Feltner (October 14, 2003).

54. Attached hereto as Exhibit 52 is a true and correct copy of excepts of Alan F. Schatzberg, M.D., Textbook of Psychopharmacology.

55. Attached hereto as Exhibit 53 is a true and correct copy of excepts of the Deposition of Michael Trimble, M.D. (October 19, 2007).

56. Attached hereto as Exhibit 54 is a true and correct copy of the Declaration of Michael Trimble, M.D. (March 28, 2008).

57. Attached hereto as Exhibit 55 is a true and correct copy of excepts of the Deposition of Michael Trimble, M.D. (October 18, 2007).

58. Attached hereto as Exhibit 56 is a true and correct copy of excepts of Alan F. Schatzberg, M.D., Textbook of Psychopharmacology.

59. Attached hereto as Exhibit 57 is a true and correct copy of excepts of Michael R. Trimble, Biological Psychiatry.

60. Attached hereto as Exhibit 58 is a true and correct copy of excerpts of the Deposition of Michael Trimble, M.D. (October 19, 2007).

61. Attached hereto as Exhibit 59 is a true and correct copy of excerpts of Marc C. Hertzman, M.D., The Handbook of Psychopharmacology Trials.

62. Attached hereto as Exhibit 60 is a true and correct copy of Kevin M. Kelly, *Gabapentin-Antiepleptic Mechanism of Action*, Neuropsychobiology, 1998: 38: 139-144.

63. Attached hereto as Exhibit 61 is a true and correct copy of excerpts of the Deposition of Gerard Sanacora, M.D. (January 18, 2008).

64. Attached hereto as Exhibit 62 is a true and correct copy of excerpts of Alan F. Schatzberg, M.D., Psychopharmacology.

65. Attached hereto as Exhibit 63 is a true and correct copy of excerpts of Jack R. Cooper, The Biochemical Basis Neuropharmacology.

66. Attached hereto as Exhibit 64 is a true and correct copy of Joan Arehart-Treichel, *Data Back Relationship Between Serotonin Binding, Suicide Attempts*, Psychiatric News (June 20, 2003).

67. Attached hereto as Exhibit 65 is a true and correct copy of excerpts of the Deposition of Leslie Tive (July 19, 2006).

68. Attached hereto as Exhibit 66 is a true and correct copy of excerpts of the Deposition of Gerard Sanatora (January 18, 2008).

69. Attached hereto as Exhibit 67 is a true and correct copy of excerpts of the Deposition of Anthony Rothschild (January 15, 2008).

70. Attached hereto as Exhibit 68 is a true and correct copy of excerpts of the Deposition of Gerard Sanatora (January 18, 2008).

71. Attached hereto as Exhibit 69 is a true and correct copy of Zoloft web site *About Zoloff – How Zoloff Works*.

72. Attached hereto as Exhibit 70 is a true and correct copy of excepts of Douglas G. Jacobs, M.D., Guide to Suicide Assessment and Intervention.

73. Attached hereto as Exhibit 71 is a true and correct copy of J. Gonzalez-Maeso, *Neurotransmitter Receptor-Mediated Activation of G-Protiens in Brains of Suicide victims with Mood Disorders: Selective Supersensitivity of Adrenoceptors*, Molecular Psychiatry (2002) 7, 755-767.

74. Attached hereto as Exhibit 72 is a true and correct copy of J. John Mann, *Positron Emission Tomographical Imaging of Serotonin Activation Effects on Prefrontal Cortex in Healthy Volunteers*, Journal of Cerebral Blook Flow and Metabolism, (1996) 16, 418-426.

75. Attached hereto as Exhibit 73 is a true and correct copy of Larry Alphs, M.D., Ph.D., *Suicidality: The Problem and Emerging Solutions*, slide presentation.

76. Attached hereto as Exhibit 74 is a true and correct copy of excerpts of Ronald W. Maris, Comprehensive Textbook of Suicidology.

77. Attached hereto as Exhibit 75 is a true and correct copy of excerpts of the Deposition of Gerard Sanacora (January 18, 2008).

78. Attached hereto as Exhibit 76 is a true and correct copy of excerpts of the Deposition of Charles J. Taylor, M.D., Ph.D. (June 4, 2007).

79. Attached hereto as Exhibit 77 is a true and correct copy of excepts of the Deposition of Larry Alphs, M.D. (June 22, 2007).

80. Attached hereto as Exhibit 78 is a true and correct copy of Elinor Ben-Menachim, *Seizure Frequency and CSF Parameters in a Double-Blind Placebo Controlled Trial of*

*Gabapentin in Patients with Intractable Complex Partial Seizures*, <u>Epilepsy Research</u> 21 (1995) 231-236.

81.     Attached hereto as Exhibit 79 is a true and correct copy of excerpts of the Deposition of Michael Trimble (October 18, 2007).

82.     Attached hereto as Exhibit 80 is a true and correct copy of Andrew Edmund Slaby, M.D., Ph.D., MPH, *Micropharmacology Treating Disturbances of Mood, Thought, and Behavior as Specific Neurotransmitter Rather than Clinical Syndromes*, <u>Primary Psychiatry</u> 2001:8(4): 28-32.

83.     Attached hereto as Exhibit 81 is a true and correct copy of the Products Liability Plaintiffs' Supplemental Expert Disclosure on General Causation in All Products Liability Cases In Re: Neurontin Marketing, Sales Practices, and Products Liability Litigation, MDL Docket No. 1629 (dated February 1, 2008).

84.     Attached hereto as Exhibit 82 is a true and correct copy of a Declaration of Sander Greenland, M.A., M.S., Dr.P.H., C. Stat. (March 11, 2008).

85.     Attached hereto as Exhibit 83 is a true and correct copy of an e-mail transmission from Manfred Hauben to John Wolleben and Gretchen Dieck (April 25, 2004).

86.     Attached hereto as Exhibit 84 is a true and correct copy of Revisions to Product Labeling for Suicidality and Antidepressant Drugs.

87.     Attached hereto as Exhibit 85 is a true and correct copy of an excerpt of Food and Drug Administration, HHS, 21 CFR Ch. I (4-1-07 Edition) §201.57.

88.     Attached hereto as Exhibit 86 is a true and correct copy of excerpts of the Deposition of Bentson McFarland (November 5, 2007).

89. Attached hereto as Exhibit 87 is a true and correct copy of excerpts of the Deposition of Bentson McFarland (November 5, 2007).

90. Attached hereto as Exhibit 88 is a true and correct copy of the Curriculum Vitae of Sander Greenland (March 29, 2007).

91. Attached hereto as Exhibit 89 is a true and correct copy of the Expert Report of Sander Greenland, M.A., M.S., Dr.P.H., Regarding the Epidemiology of Neurontin (gabapentin) and Suicidal Behavior (October 19, 2007).

92. Attached hereto as Exhibit 90 is a true and correct copy of the Defendants Pfizer Inc., Parke-Davis and Warner-Lambert Company's Response to Plaintiffs' Request for Admissions, Set One, in Nicollette Crone, et al. v. Pfizer, Inc., et al, Case No. CV-400432 for the Superior Court of the State of California, County of Lake, dated July 31, 2007

93. Attached hereto as Exhibit 91 is a true and correct copy of the Defendant Narrative from Research Report 720-02957 Patient 1 (Study 945-15, Center 1).

94. Attached hereto as Exhibit 92 is a true and correct copy of the Calendar for Patient 945-15, Exhibit 24, Cynthia McCormick Deposition (February 14, 2008)

95. Attached hereto as Exhibit 93 is a true and correct copy of excerpts of Brian L. Storm, Pharmacoepidemiology.

96. Attached hereto as Exhibit 94 is a true and correct copy of Pfizer Global Research and Development Research Report No.: RR-REG 720-30134 (November 28, 2001).

97. Attached hereto as Exhibit 95 is a true and correct copy of a Parke-Davis Pharmaceutical Research Division Memorandum from V. Trudeau to R. DeJong (May 8, 1990).

98. Attached hereto as Exhibit 96 is a true and correct copy of excerpts of the minutes of a meeting of the Dermatologic and Ophthalmic Drugs Advisory Committee of the Food and Drug Administration Center for Drug Evaluation and Research (August 19, 2000).

99. Attached hereto as Exhibit 97 is a true and correct copy of an e-mail transmission from Maribeth Lazzaro, Ph.D., of Health Canada, Therapeutic Products Directorate, to Tina Carriero (May 13, 2005).

100. Attached hereto as Exhibit 98 is a true and correct copy of Kathryn A. O'Connell, M.D., Ph.D., *Isotretinoin (Accutane) and Serious Psychiatric Adverse Events*, Journal of the American Academy of Dermatology (February, 2003).

101. Attached hereto as Exhibit 99 is a true and correct copy of excerpts of *Manual for Complex Litigation, Fourth, Federal Judicial Center 2004.*

102. Attached hereto as Exhibit 100 is a true and correct copy of Jeffrey K. Aronson, *Anecdotes that Provide Definitive Evidence*, BMJ, Volume 333 (December 16, 2006).

103. Attached hereto as Exhibit 101 is a true and correct copy of excerpts of the Deposition of Cheryl Blume (November 12, 2007).

104. Attached hereto as Exhibit 102 is a true and correct copy of a Declaration of Cheryl Blume, Ph.D. (April 3, 2008).

105. Attached hereto as Exhibit 103 is a true and correct copy of a letter from James P. Rouhandeh of Davis, Polk and Wardwell to the Hon. Jed S. Rakoff (February 8, 2005).

106. Attached hereto as Exhibit 104 is a true and correct copy of Defendant Gabapentin Data Capture Aid.

107. Attached hereto as Exhibit 105 is a true and correct copy of Defendant Lyrica Risk Management Committee Meeting, Power Point of Rachel E. Sobel, *Epidemiology and Risk Management* (September 17, 2004).

108. Attached hereto as Exhibit 106 is a true and correct copy of a Neurontin Declaration of Robert H. Roth, Ph.D. (October 9, 2007).

109. Attached hereto as Exhibit 107 is a true and correct copy of excerpts of the Deposition of Charles Taylor, Jr., Ph.D. (June 4, 2007).

110. Attached hereto as Exhibit 108 is a true and correct copy of Alan Baumeister, *Self-Injurious Behavior in Rats Produced by Intranigral Microinjection of GABA Agonists*, Biochemistry and Behavior, Volume 21., pp. 89-95.

111. Attached hereto as Exhibit 109 is a true and correct copy of S. K. Srivastava, *Facilitation of Behavioural Depression by Certain Antiepileptic Drugs*, Indian Journal of Pharmacology 2000; 32: 31-33.

112. Attached hereto as Exhibit 110 is a true and correct copy of Elinor Ben-Menachem, *Selected CSF Biochemistry and Gabapentin Concentrations in the CSF and Plasma in Patients with Partial Seizures After a Single Oral Does of Gabapentin,* Epilepsy Res. 11 (1992) 45-59).

113. Attached hereto as Exhibit 111 is a true and correct copy of excerpts of the Deposition of Gerard Sanacora, M.D. (January 18, 2008).

114. Attached hereto as Exhibit 112 is a true and correct copy of excerpts of the Deposition of Anthony Rothschild, M.D. (January 15, 2008).

115. Attached hereto as Exhibit 113 is a true and correct copy of excerpts of the Deposition of Douglas Jacobs, M.D. (January 23, 2008).

116.    Attached hereto as Exhibit 114 is a true and correct copy of a Brief Resume of Stefan P. Kruszewski, M.D. (September, 2007).

117.    Attached hereto as Exhibit 115 is a true and correct copy of a Declaration of Stefan D Kruszewski, M.D. (April 3, 2008).

118.    Attached hereto as Exhibit 116 is a true and correct copy of the Curriculum Vitae of Cheryl D. Blume, Ph.D.

119.    Attached hereto as Exhibit 117 is a true and correct copy of excerpts of the Deposition of Cheryl Blume (November 12, 2007).

120.    Attached hereto as Exhibit 118 is a true and correct copy of United States Patent No. 4,910,023 (March 20, 1990).

121..    Attached hereto as Exhibit 119 is a true and correct copy of excerpts of the Deposition of Michael Trimble, M.D. (October 19, 2007).

122.    Attached hereto as Exhibit 120 is a true and correct copy of a Declaration of Keith Altman (April 4, 2008).

123.    Attached hereto as Exhibit 121 is a true and correct copy of excerpts of the Deposition of Cheryl Blume (November 12, 2007).

124.    Attached hereto as Exhibit 122 is a true and correct copy of excerpts of the Deposition of Cheryl Blume (November 12, 2007).

125.    Attached hereto as Exhibit 123 is a true and correct copy of excerpts of the Deposition of Cheryl Blume (November 12, 2007).

126.    Attached hereto as Exhibit 124 is a true and correct copy of excerpts of the Deposition of Cheryl Blume (November 12, 2007).

127.    Attached hereto as Exhibit 125 is a true and correct copy of excerpts of Michael R. Trimble, Biological Psychiatry.

128.    Attached hereto as Exhibit 126 is a true and correct copy of the expert report of Sheila Weiss Smith, Ph.D. FISPE (submitted December 20, 2007).

129.    Attached hereto as Exhibit 127 is a true and correct copy of D.O. Lee, *Behavioral Side Effects of Gabapentin and Children*, Epilepsia, 37(1); 87-90, 1996.

129.    Attached hereto as Exhibit 128 is a true and correct copy of Kimberly B. Tallian, *Gabapentin Associated with Aggressive Behavior in Pediatric Patients with Seizures*, Epilepsia, 37(5); 50; 501-502, 1996.

130.    Attached hereto as Exhibit 129 is a true and correct copy of Laura D. Errante, *Gabapentin and Vigabatrin increase GABA in the Human Neocortical Slice*, Epilepsy Research, 49 (2002) 203-210.

131.    Attached hereto as Exhibit 130 is a true and correct copy of the Declaration of Professor Michael Trimble, M.D. In Relation to Gabapentin Causing Negative Mood and Behavioural Alterations, Including Suicidal Behavior in Treated Patients, In the Case of Richard Smith, Deceased.

132.    Attached hereto as Exhibit 131 is a true and correct copy of excerpts of Marc Hertzman, M.D., The Handbook of Psychopharmacology Trials.

133.    Attached hereto as Exhibit 132 is a true and correct copy of Cynthia G. McCormick, M.D., *Division of Neuropharmacological Drug Products*, *Review and Evaluation of Clinical Data (*September 27, 1993).

134. Attached hereto as Exhibit 133 is a true and correct copy of Cynthia G. McCormick, M.D., *Division of Neuropharmacological Drug Products*, *Review and Evaluation of Clinical Data (* December 28, 1993).

135. Attached hereto as Exhibit 134 is a true and correct copy of excerpts of Ronald W. Maris, Assessment of Prediction of Suicide.

136. Attached hereto as Exhibit 135 is a true and correct copy of excerpts of the Deposition of Michael Trimble, M.D. (October 18, 2007).

Dated:  April 4, 2008

  **/s/ Andrew G. Finkelstein**
  Andrew G. Finkelstein
  FINKELSTEIN & PARTNERS, LLP
  Attorneys for Plaintiffs
  436 Robinson Avenue
  Newburgh, NY  12550
  Tel.: 845-562-0203
  Fax:  845-562-3492

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 4, 2008.

  **/s/ Andrew G. Finkelstein**
  Andrew G. Finkelstein