EXHIBIT 3

# Curriculum Vitae

## Personal details

| | |
|---|---|
| **Surname:** | **TRIMBLE** |
| **Christian names:** | Michael Robert |
| **Present Posts:** | Professor in Behavioural Neurology |
| | Consultant Physician to the department of psychological medicine. Institute of Neurology and the National Hospital for Neurology and Neurosurgery, London. |
| **Address:** | Institute of Neurology Queen Square, London WC1N 3BG |
| **Date of Birth:** | 20th May, 1946 |
| **Age:** | 58 |

**Education & distinctions**

**Malvern College, Worcestershire**

**Birmingham University Medical School**

Distinctions
- Distinctions in examinations: Medicine, surgery.
- Honours in: Obstetrics, anatomy and physiology.

Prizes & Scholarships

- University Prize
  - University Vice-Chancellor's Prize, 1970

- Medical School Prizes
  - Birmingham Medical School Queen's Scholar for Medicine,1970
  - The Sampson Gamgee Prize in Surgery,1970
  - Hogg Prize in Obstetrics,1970
  - Gilbert Barling Prize,1969
  - Arthur Thompson Travelling Scholarship to University of Minnesota, Minneapolis,1969

**Degrees and qualifications**

| | | |
|---|---|---|
| BSc (**First Class Honours**) | Univ. of Birmingham | |
| Jul 1967 | | |
| MB, ChB (**with Honours**) | Univ. of Birmingham | Jul 1970 |
| MRCP | | Oct 1972 |
| MRCPsych | | Oct 1975 |
| MPhil | Univ. of London | Oct 1976 |
| FRCPsych | | Apr 1982 |
| FRCP | | Jun 1986 |
| MD | Univ. of London | Dec 1993 |
| Recognised teacher in Behavioural Neurology | | |
| 1979 | | |

## Membership of Professional Bodies

Societies & Associations

| | |
|---|---|
| Member, Johns Hopkins Medical & Surgical Association | 1975 |
| Fellow, Royal Society of Medicine | 1977 |
| Member, Association of British Neurologists | 1978 |
| Member, Interdisciplinary Society for Biological Psychiatry 1978 | |
| Member, British Association of Psychopharmacology | 1979 |
| Member, Harveian Society of London | 1981 |
| Member, American Biological Psychiatry Association | 1981 |
| Member,Collegium Internationale Neuro-Psychopharmacologium 1983 | |
| Fellow, American Psychiatric Association | 1985 |
| Member, European College of Neuropsychopharmacology | 1985 |
| Member, New York Academy of Sciences | 1988 |
| Member, British Neuropsychiatry Association (BNA) | 1988 |
| Member, American Neurological Association | 1994 |
| Member,American Association for the Advancement of Science | 2001 |

Special Appointments

| | |
|---|---|
| Vice-President, Section of Psychiatry, Royal Society of Medicine -1998 | 1995 |
| Assessor: National health and Medical Research Council of Australia - 1998 | 1992 |
| Chairman of the commission on Psychobiology for the International League Against Epilepsy - 2001 | 1998 |
| Council Member of the Collegiate Internationale Neuropsychopharmacologium (CINP) - 2001 | 1998 |
| Member of the Education Committee of the CINP - 2001 | 2000 |
| Member of Council of the BNPA present | 1999  - |
| Member: Der deutsche sektion Der Internationalen Liga Gegen Epilepsie 30/08/99 | |
| Chairman of the British Association of Neuropsychiatry - 2003 | 2001 |
| Chair - Task Force Organic Brain Syndrome - World Federation of Societies of Biological Psychiatry - | 2001 |
| Honorary Membership to the Polish League Against Epilepsy | |

**Editorial Boards**

| | |
|---|---|
| Journal of Neurology, Neurosurgery & Psychiatry | 1982-1992 |
| Epilepsia | 1982-1986 |
| Journal of Traumatic Stress | 1988-1992 |
| Convulsive Therapy | 1985-1999 |
| Neuropsychiatry, Neuropsychology & Behavioural Neurology | 1988-2001 |
| Human Psychopharmacology (sub-editor) | 1986-2001 |
| The Journal of Forensic Psychiatry | 1989-1998 |
| Journal of Epilespy | 1990-1998 |
| Journal of the History of the Neurosciences | 1992-1994 |
| Harvard Review of Psychiatry | 1993-2003 |
| CNSSpectrums | 1996- |
| ActaPsychiatricaScandinavica | 1997- |
| EpilepsyResearch | 1998-2001 |
| Epilepsy and Behavior | 1999- |
| Cognitive and Behavioural Neurology | 2005- |

## Appointments held

| | |
|---|---|
| **Professor in Behavioural Neurology, Institute of Neurology, University of London** | Jan 1994 - to date |
| Reader in Behavioural Neurology, Institute of Neurology, University of London | Mar 1990 - Dec 1993 |
| Senior Lecturer in Behavioural Neurology, Institute of Neurology, University of London | Aug 1979 - Mar 1990 |
| **Consultant Physician in Department of Psychological Medicine, National Hospitals for Neurology & Neurosurgery, Queen Square, London** | Sep 1976 - to date |
| Senior Registrar, Dept. Psychological Medicine, National Hospitals for Nervous Diseases, Queen Square, London | Apr 1976 - Sep 1976 |
| Resident to The Johns Hopkins Hospital Baltimore | Mar 1975 - Sep 1975 |
| Senior House Officer, National Hospitals for Nervous Diseases, Queen Square, London | Aug 1972 - Jan 1973 |
| Senior House Physician to United Oxford Hospitals | Aug 1971 - Aug 1972 |
| House Physician to Dr B L Penticost, United Birmingham Hospitals (Queen Elizabeth & General Hospitals) | Jan 1971 - July 1971 |
| House Surgeon to Mr J Alexander Williams, Birmingham General Hospital, Birmingham | Jul 1970 - Jan 1971 |

**Scientific Career and Research findings**

My interest in brain-behaviour relationships stem back to my first degree when I studied neuroanatomy, in particular the effects of hormones on the primate CNS and behaviour.  Following this, for my second research degree (MPhil) I studied the effect of monoamines on seizure thresholds in primates.

Since my appointment to the Institute of Neurology, my research has been in the area epilepsy and movement disorders.  Neuroimaging has played an important part in the activity of my Unit, bringing the most modern neuroimaging techniques available to an understanding of psychopathology and brain-behaviour relationships.  Other areas of interest have been psychopharmacology; the influence of drugs that treat neurological disorders on behaviour; cerebral stimulation and its effects; patients that present to neurologists with neurological symptoms without define neurological disease (somatoform disorders), and the history of neuropsychiatry.

**International Awards**

International Bureau for Epilepsy and International League
Against Epilepsy:
June 1993
Ambassador for Epilepsy Life time Achievement Award Lecture,
Indo-UK Workshop On Epilepsy –Chennai India
2000

**Named Guest Lectures Given**

| | |
|---|---|
| American Epilepsy Society, Merritt Putman Lecture | 1982 |
| Royal College of Psychiatrists, Maudsley Bequest Lecture | 1983 |
| Dutch Psychiatric Association, Pieter Bann Lecture | 1984 |
| University of Trondheim, Norway, Ostmarka Lecturer | 1989 |
| Harry Crow Lecture, Burden Hospital Bristol | 1990 |
| First Ole Rafaelson Memorial Lecture, Copenhagen | 1990 |

The Allen Rubin Memorial Fund Research Lecture,Johns Hopkins Hospital. 1991

18th T S Srinivasan Endowment Lecture, Visiting Professor, Madras, India 1998

Word Neuropsychiatry Association, Aleryn Loshman Lecture, Athens 2004

## Publications

### Books - Written

1. **Trimble MR.** Neuropsychiatry. J. Wiley & Sons, Chichester; 1981.

2. **Trimble MR.** Post-traumatic Neurosis. J. Wiley & Sons, Chichester; 1981.

3. **Trimble MR.** Biological Psychiatry. J. Wiley & Sons, Chichester; 1988.

4. **Trimble MR.** The Psychoses of Epilepsy. Raven Press, New York; 1991.

5. Cummings JL, **Trimble MR.** Concise Guide to Neuropsychiatry and Behavioural Neurology. American Psychiatric Press Inc., Washington DC; 1995.

6. **Trimble MR.** Biological Psychiatry. 2nd ed. J. Wiley & Sons, Chichester; 1996.

7. Cummings JL, **Trimble MR.** Concise Guide to Neuropsychiatry and Behavioural Neurology. 2nded. American Psychiatric Press Inc., Washington DC; 2001.

8. **Trimble MR.** Somatoform Disorders – a medico legal guide. Cambridge University Press, Cambridge; 2004.

9. **Trimble MR.** The Soul in the Brain: the cerebral basis of language, art and belief. Johns Hopkins University Press, 2007.

## Books – edited

1. Reynolds EH, **Trimble MR.** Epilepsy and Psychiatry. Churchill Livingstone, Edinburgh; 1981.

2. Koella WP, **Trimble MR.** Temporal Lobe Epilepsy, Mania, Schizophrenia and the limbic system. Karger, Basel; 1982.

3. **Trimble MR**, Zarifian E. Benzodiazepines divided: a multidisciplinary review. J. Wiley & Sons, Chichester; 1982.

4. **Trimble MR.** Psychopharmacology of the limbic system. Oxford University Press, Oxford; 1984.

5. **Trimble MR.** New Brain Imaging Techniques and Psychopharmacology. Oxford Univeristy Press, Oxford; 1985.

6. **Trimble MR.** Interface between Neurology and Psychiatry. Karger, Basel; 1985.

7. **Trimble MR.** The psychopharmacology of Epilepsy. J. Wiley & Sons, Chichester; 1985.

8. **Trimble MR.** Aspects of epilepsy and psychiatry. J. Wiley & Sons, Chichester; 1986.

9. **Trimble MR**, Reynolds EH. What is Epilepsy? Churchill Livingstone, Edinburgh; 1987.

10. Post MR, **Trimble MR**, Reynolds EH. Epilepsy, Behaviour and Cognitive Function. J. Wiley & Sons, Chichester; 1988.

11. Bolwig TG, **Trimble MR.** The clinical Relevance of Kindling. J. Wiley & Sons, Chichester; 1989.

12. Post MR, **Trimble MR**, Pippenger CE. The clinical use of anticonvulsants in psychiatric disorders. Demos publications, New York; 1989.

13. Reynolds EH, **Trimble MR.** The bridge between Neurology and Psychiatry. Churchill Livingstone, Edinburgh; 1989.

14. **Trimble MR.** Chronic Epilepsy, its prognosis and management. J. Wiley & Sons, Chichester; 1989.

15. Smith D, Treiman D, **Trimble MR.** Advances in Neurology. Neurobehavioural problems in Epilepsy. Raven Press, New York; 1991.

16. **Trimble MR.** Women and Epilepsy. J. Wiley & Sons, Chichester; 1991.

17. **Trimble MR**, Bolwig TG. The temporal lobes and the limbic system. Wrightson Biomedical Publishing Ltd., Petersfield; 1992.

18. **Trimble MR.** New Anticonvulsants: Advances ub the treatment of epilepsy. J. Wiley & Sons, Chichester; 1994.

19. **Trimble MR**, Dodson ED. Epilepsy and quality of life. Raven Press, New York; 1994.

20. **Trimble MR**, Cummings JL. Contemporary Behavioural Neurology. Butterworth Heinemann; 1996.

21. **Trimble MR**, Schmitz B. Forced Normalization and alternative psychoses of epilepsy. Wrightson biomedical Publishing Ltd, Petersfield, UK; 1998.

22. **Trimble MR**, Hindmarch I. Benzodiazepines. Wrightson Biomedical Publishing Ltd, Petersfield, UK; 2000.

23. **Trimble MR**, Schmitz B. The Neuropsychiatry of epilepsy. Cambridge University Press, Cambridge; 2002.

24. **Trimble MR**, Schmitz B. Seizures, Affective Disorders and Anticonvulsant Drugs. Clarius Press Ltd. Guildford, UK; 2002.

25. **Trimble MR.** Learning disability and Function; an integrated approach. Clarius Press, Guildford; 2003.

26. **Trimble MR.** Seizure Freedom. Clarius Press, Guildford; 2007.

## Reports

1. **Trimble MR**, Patsalos PN. Institute of Neurology Annual Report 1999-2000. 2000.

2. **Trimble MR**, Patsalos PN. Institute of Neurology Annual Report 2000 - 2001. 2001.

3. **Trimble MR**, Patsalos PN. Institute of Neurology and National Hospital for Neurology and Neurosurgery Co-Editors Annual Report 2001- 2002. 2002.

## Book Chapters - edited

1. Meldrum BS, Anlezark G, Balzamo E, Horton RW, **Trimble MR.** Photically induced epilepsy in Papio papio as a model for drug studies. In: Meldrum BS, Marsden CD, editors. Advances in Neurology. Raven Press, New York; 1975. p. 119-28.

2. **Trimble MR.** Cognitive testing of new anticonvulsants. In: Hindmarch I, Stonier PD, editors. Human psychopharmacology: Measures and Methods. John Wiley & Sons, Chichester; 1977. p. 96-110.

3. **Trimble MR.** The effect of anticonvulsants on mental symptoms and behaviour. In: Roberts FD, editor. Tegretol in Epilepsy: Proceedings of an International Meeting 20-22 April 1977. Geigy Pharmaceutics, Horsham, England; 1977. p. 15-20.

4. **Trimble MR**, Meldrum BS. Monoamines,epilepsy and schizophrenia. In: Obiols J, Ballus, Gonzalez Monclus E, Pujol J, editors. Biological Psychiatry Today. Elsevier, North Holland/ Biomedical Press, Amsterdam; 1979. p. 470-5.

5. **Trimble MR.** Movement disorders in psychiatric patients. Proceedings of the 4th Seminar for Pharmacists in Psychiatric Hospitals. York Univ; 1979. p. 34-40.

6. **Trimble MR**, Thompson PJ, Huppert F. Anticonvulsant drugs and cognitive abilities. In: Canger R, Angeleri F, Penry JK, editors. Advances in epileptology: 11th International Epilepsy Symposium. Raven Press, New York; 1980. p. 199-204.

7. **Trimble MR.** Some neuropsychiatric apects of epilepsy. Epilepsy Updated: Causes and Treatment. Symposia Specialists Inc. Illinois; 1980. p. 125-36.

8. **Trimble MR**, Perez MM. Quantification of psychopathology in adult patients with epilepsy. In: Kulig BM, Meinardi H, Stores G, editors. Epilepsy and behaviour. Svets & Zeitlinger, Lisse; 1980. p. 118-26.

9. **Trimble MR**, Corbett J. Anticonvulsant drugs and cognitive function. In: Wada J, editor. Epilepsy 10th International Symposium. Raven Press, New York; 1980. p. 113-20.

10. Oxley J, Roberts M, Dana-Haeri J, **Trimble MR.** Evaluation of prolonged 4-channel EEG tape recordings and serum prolactin levels in the diagnosis of epileptic and non-epileptic fits. In: Dam M, Gram L, Penry JK, editors. Advances in Epilepsy, 12th Epilepsy International Symposium. Raven Press, New York; 1981. p. 343-55.

11. **Trimble MR.** The Limbic system. In: Reynolds EH, **Trimble MR**, editors. Epilepsy and Psychiatry. Churchill Livingstone, Edinburgh; 1981. p. 216-26.

12. **Trimble MR.** Antidepressant drugs and the seizure threshold. In: Dam M, Gram L, Penry JK, editors. 12th Epilepsy International Symposium. Raven Press, New York; 1981. p. 51-7.

13. **Trimble MR**, Richens A. Psychotropic effects of anticonvulsant drugs. In: Burrows GD, Werry JS, editors. Advances in Human Psychopharmacology. JAI Press, Greenwich; 1981. p. 183-202.

14. **Trimble MR.** Psychotropic drugs in the management of epilepsy. In: Reynolds EH, **Trimble MR**, editors. Epilepsy and Psychiatry. Churchill Livingstone, Edinburgh; 1981. p. 337-46.

15. **Trimble MR.** Anticonvulsant drugs, behaviour and cognitive abilities. In: Essman W, Valzelli L, editors. Current Developments in Psychopharmacology. Spectrum Publications Inc., New York; 1981. p. 65-91.

16. **Trimble MR.** Hysteria and other non-epileptic convulsions. In: Reynolds EH, **Trimble MR**, editors. Epilepsy and Psychiatry. Churchill Livingstone, Edinburgh; 1981. p. 92-112.

17. Koella WP, **Trimble MR.** Epilogue. In: Koella WP, **Trimble MR**, editors. Temporal Lobe Epilepsy, Mania, Schizophrenia and the Limbic System. Karger, Basel; 1982. p. 157-62.

18. Thompson PJ, **Trimble MR.** Clobazam and cognitive functions. In: Akimoto H, Kazamatsuri H, Seino M, Ward A, editors. Advances in Epileptology, XIIIth Epilepsy International Symposium. Raven Press, New York; 1982. p. 229-31.

19. **Trimble MR.** Phenomenology of epileptic psychosis: a historical introduction to changing concepts. In: Koella WP, **Trimble MR**, editors. Temporal Lobe Epilepsy, Mania, Scizophrenia and the Limbic System. Karger, Basel; 1982. p. 1-11.

20. **Trimble MR**, Thompson PJ. Anticonvulsant drugs and behaviour. In: Akimoto H, Kazamatsuri H, Seimo M, Ward A, editors. Advances in Epileptology: 13th Epilepsy International Symposium. Raven Press, New York; 1982. p. 205-9.

21. **Trimble MR.** Anticonvulsant drugs in mental retardation. In: Gissy P, editor. Mental Retardation. Ciba-Geigy, Gothenberg; 1982. p. 163-7.

22. **Trimble MR**, Grant I. Psychiatric aspects of multiple schlerosis. In: Benson DF, Blumer D, editors. Psychiatric aspects of Neurologic Disease. Grune & Stratton, New York; 1982. p. 279-99.

23. **Trimble MR.** The interictal psychoses of epilepsy. In: Benson DF, Blumer D, editors. Psychiatric Apects of Neurological Disease. Grune & Stratton, New York; 1982. p. 75-91.

24. **Trimble MR**, Perez MM. The phenomenology of the chronic psychoses of epilepsy. In: Koella WP, **Trimble MR**, editors. Temporal Lobe Epilepsy, Mania, Schizophrenia and the limbic system. Karger Basel; 1982. p. 98-105.

25. **Trimble MR.** Anticonvulsant drugs and hysterical seizures. In: Riley T, Roy A, editors. Pseudoseizures. Williams & Wilkings Co.,Baltimore; 1982. p. 148-58.

26. **Trimble MR**, Thompson PJ, Corbett J. Anticonvulsant drugs, cognitive function and behaviour. In: Sandler M, editor. Psychopharmacology of Anticonvulsants. Oxford University Press; 1982. p. 106-21.

27. **Trimble MR.** Psychosis and epilepsy. In: Laidlaw J, Richens A, editors. A textbook of Epilepsy. 2nd ed. Churchill Livingstone, Edinburgh; 1982. p. 275-81.

28. Dana-Haeri J, **Trimble MR**, Oxley J. Serum prolactin levels after generalised and partial seizures in epileptic patients. In: Parsonage M, editor. Advances in Epileptology: XIVth epilepsy International Symposium. Raven Press; 1983. p. 127-31.

29. **Trimble MR.** Anticonvulsant drugs and psychosocial development: phenobarbitone, sodium valporate and benzodiazepines. In: Morselli PL, Peppenger CE, Penry JK, editors. Antiepileptic drug therpay in Pediatrics. Raven Press, New York; 1983. p. 201-12.

30. **Trimble MR.** Interictal behaviour and temporallobe epilepsy. In: Pedley T, Meldrum BS, editors. Recent Advances in Epilepsy. Churchill Livingstone, Edinburgh; 1983. p. 211-29.

31. **Trimble MR**, Thompson PJ. The influence of anticonvulsants drugs on cognitive function and behaviour. In: Rose C, editor. Recent Progress in Epilepsy. Pitmann Press, Bath; 1983. p. 428-41.

32. **Trimble MR.** Electroconvulsive therapy, epilepsy and the link with psychiatry. In: Parsonage M, editor. Advances in Epileptology: XIVth epilepsy International Symposium. Raven Press, New York; 1983. p. 165-71.

33. **Trimble MR**, Corbett JA. Some somatic consequences of antiepileptic drugs. In: Oxley J, editor. Antiepileptic Therapy: Chronic Toxicity of Antiepileptic Drugs. Raven Press, New York; 1983. p. 125-32.

34. **Trimble MR**, Thompson PJ. The toxic effects of medical treatment and their effects on driving. In: Godwin-Austin RB, Espir MLE, editors. Driving and Epilepsy. RSM & Academic Press, London; 1983. p. 17-22.

35. **Trimble MR.** History of classification of epilepsy. In: Rose C, editor. Recent Progress in Epilepsy. Pitman Press, Bath; 1983. p. 1-7.

36. **Trimble MR.** Benzodiazepines in epilepsy. In: **Trimble MR**, editor. Benzodiazepines Divided. John Wiley & Sons, Chichester; 1983. p. 277-89.

37. Bernardi S, Gallhofen B, **Trimble MR**, Frackowiak RSJ. An interictal study of partial epilepsy using the Oxygen-15 inhalation technique and positron emission tomography, with special reference to psychosis. In: Meldrum BS, editor. Current Problems in Epilepsy. John Libby London; 1984. p. 44-5.

38. Corbett J, **Trimble MR.** Epilepsy and anticonvulsant medication. In: Rutter M, editor. Developmental Neuropsychiatry. Churchill Livingstone, Edinburgh; 1984. p. 112-29.

39. Nawishy SA, **Trimble MR**, Richens A. Antidepressant drugs in epilepsy: the use of mianserin and nomifensine. Nomifensine: Royal Society of Medicine, International Congress and Symposium Series no 70. 1984. p. 105-9.

40. Robertson MM, **Trimble MR.** A double-blind antidepressant trial in depressed patients with epilepsy: a preliminary report. Nomifensine: Royal Society of Medicine, International Congress and Symposium Series no 70. 1984. p. 93-4.

41. **Trimble MR**, Reynolds EH. Neuropsychiatric toxicity of anticonvulsant drugs. In: Matthews WB, Glaser GH, editors. Recent Advances in Clinical Neurology. 4 ed. Churchill Livingstone, Edinburgh; 1984. p. 261-80.

42. **Trimble MR.** New brain imaging techniques and psychiatry. In: Granville-Grossman K, editor. Recent Advances in Clinical Psychiatry. 5 ed. Churchill Livingstone, Edinburgh; 1984. p. 225-44.

43. **Trimble MR**, Gallhofen B, Frackowiak RSJ, Wise RSJ, Jones T. A study of epilepsy and interictal psychosis using the Oxygen-15 inhalation technique and positron emission topography. In: Porter RJ, editor. Advances in Epileptology: XVth epilepsy International Symposium. Raven Press, New York; 1984. p. 111-4.

44. **Trimble MR.** Psychiatric apects of vertigo. In: Dix MR, Hood JD, editors. Vertigo. John Wiley & Sons Lyd, Chichester; 1984. p. 345-58.

45. **Trimble MR.** Limbic system disorders in man. In: **Trimble MR**, Zarifan E, editors. Psychopharmacology of the limbic system. Oxford University Press, Oxford; 1984. p. 110-24.

46. **Trimble MR**, Dana-Haeri J, Oxley J, Baylis PH. Some neuroendocrine conseuqnces of seizures. In: Porter RJ, editor. Advances in Epileptology: XVth epilepsy International Symposium. Raven Press, New York; 1984. p. 201-8.

47. **Trimble MR.** Foreword. In: Roberts JK, editor. Differential Diagnosis in Neuropsychiatry. John Wiley & Sons Ltd, Chichester; 1984.

48. Cull CA, **Trimble MR.** Anticonvulsant benzodiazepines and performance. Clobazam: Royal Society of Medicine, International Congress and Symposium Series no 74. 1985. p. 121-8.

49. Gallhofen B, **Trimble MR**, Frackowiak RSJ, Wise RSJ, Jones T. A study of epilepsy and interictal psychosis using the Oxygen-15 inhalation technique and positron emission tomography. In: Pichot P, Berner P, Wolf R, Thau K, editors. Psychiatry - the state of the Art. Plenum Press, New York; 1985. p. 299-304.

50. **Trimble MR.** Psychopathology and epilepsy - an introduction. In: **Trimble MR**, editor. The psychopharmacology of Epilepsy. John Wiley & Sons Ltd, Chichester; 1985. p. 1-16.

51. **Trimble MR.** Introduction. In: **Trimble MR**, editor. Interface between Neurology and Psychiatry. Karger, Basel; 1985. p. vii-xi.

52. **Trimble MR.** Psychiatric and psychological aspects of epilepsy. In: Porter RJ, Morselli PL, editors. The Epilepsies. Butterworth, London; 1985. p. 322-55.

53. **Trimble MR.** The psychoses of epilepsy and their treatment. In: **Trimble MR**, editor. The psychopharmacology of Epilepsy. John Wiley & Sons, Chichester; 1985. p. 83-94.

54. **Trimble MR.** Conclusions. In: **Trimble MR**, editor. The psychopharmacology of Epilepsy. John Wiley & Sons Ltd, Chichester; 1985. p. 173-80.

55. **Trimble MR.** Post-traumatic stress disorder - history of a concept. In: Figley CT, editor. Trauma and its wake. Brunner, Mazel; 1985. p. 5-14.

56. **Trimble MR**, Thompson PJ. Neuropsychological aspects of epilepsy. In: Grant I, Adams K, editors. Neuropsychological Assessment of Neuropsychiatric Disorders. Oxford University Press, Oxford; 1985. p. 321-46.

57. **Trimble MR**, Thompson PJ. Anticonvulsant Drugs, cognitive function and behaviour. In: Ross E, Reynolds EH, editors. Paediatric perspectives on Epilepsy. John Wiley & Sons Ltd, Chichester; 1985. p. 141-58.

58. **Trimble MR.** Benzodiazepines, psychiatry and epilepsy. Clobazam: Royal Society of Medicine, International Congress and Symposium Series no 74. 1985. p. 199-206.

59. **Trimble MR.** Psychosomatic aspects of epilepsy. In: **Trimble MR**, editor. Interface between Neurology and psychiatry. Karger,Basel; 1985. p. 133-50.

60. Rogers D, Lees AJ, **Trimble MR**, Stern GM. Concept of bradyphrenia: a neuropsychiatric approach. In: Yahr MD, Bergmann KJ, editors. Advances in Neurology. Raven Press, New York; 1986. p. 447-50.

61. **Trimble MR.** Hypergraphia. In: **Trimble MR**, Burrows GD, editors. Aspects of Epilepsy and Psychiatry. John Wiley & Sons Ltd, Chichester; 1986. p. 75-88.

62. **Trimble MR.** Radiological studies in epileptic psychosis. In: Doane BK, Livingstone KE, editors. The Limbic System: Functional Organisation and Clinical Disorders. Raven Press, New York; 1986. p. 195-200.

63. **Trimble MR.** Hysteria, hystero-epilepsy and epilepsy. In: **Trimble MR**, Reynolds EH, editors. What is Epilepsy? 1986. p. 192-205.

64. **Trimble MR.** PET scanning in epilepsy, with special reference to the psychosis. In: **Trimble MR**, editor. New Brain Imaging Techniques and Psychopharmacology. Oxford University Press, Oxford; 1986. p. 79-90.

65. **Trimble MR.** Pseudoseizures. In: Porter RJ, editor. Neurologic Clinics . 3 ed. 1986.

66. **Trimble MR.** PET scanning in epilepsy. In: **Trimble MR**, Bolwig TG, editors. Aspects of epilepsy and Psychiatry. John Wiley & Sons Ltd, Chichester; 1986. p. 147-62.

67. Cull CA, **Trimble MR.** Automated testing and psychopharmacology. In: Hindmarch I, Stonier P, editors. Human psychopharmacology: Measures and Methods. John Wiley & Sons, Chichester; 1987. p. 113-53.

68. **Trimble MR**, Rogers D. Neurological disorder and scizophrenia. In: Henn FA, DeLisi LE, editors. Handbook of Schizophrenia. Elsevier, Holland; 1987. p. 439-65.

69. **Trimble MR**, Robertson MM. Clobazam and 1,5 benzodiazepines. In: Meldrum BS, Porter RJ, editors. Current problems in Epilepsy: New Anticonvulsant Drugs. John Libby, London; 1987. p. 65-84.

70. **Trimble MR**, Robertson MM. Laterality and psychopathology, recent findings in epilepsy. In: Takahashi R, Flor-Henry P, Gruzelier J, Niwa S, editors. Cerebral Dynamics, Laterality and Psychopathology. Elsevier, Holland; 1987. p. 359-69.

71. **Trimble MR**, Cull CA, Thompson PJ. Anticonvulsant drugs and cognitive function: an update. In: Dam M, editor. Epilepsy: Progress and Treatment. John Wiley & Sons, Chichester; 1987. p. 137-49.

72. **Trimble MR.** Antidepressant drugs, seizures and epilepsy. In: Biziere K, Garattini S, Simon P, editors. Diagnosis and treatment of depression: "Quo Vadis?" symposium. Sanofi, France; 1987. p. 299-309.

73. **Trimble MR**, Robertson MM. Psychopathology of tics. In: Marsden CD, Fahn S, editors. Movement Disorders. 2nd ed. Butterworths, London; 1987. p. 406-22.

74. **Trimble MR.** Differential diagnosis of non-epileptic attacks. In: Laidlaw J, Richens A, Oxley J, editors. A textbook of epilepsy. 2nd ed. Churchill Livingstone, Edinburgh; 1988. p. 385-92.

75. **Trimble MR.** Psychiatrische und psychologische Aspekte der Epilepsie. In: Kisker KP, Lauter H, Meyer J-E, Müller C, Stromgen E, editors. Psychiatrie der Gegenwart, Band 6 Organische Psychosen. Springer-Verlag, Berlin Heidelberg; 1988. p. 325-63.

76. **Trimble MR.** The relationship between psychiatry and neurology. In: Mueller, editor. Neurology and Psychiatry: a meeting of minds. Karger, Basle; 1988. p. 14-30.

77. **Trimble MR.** Anticonvulsant drugs: mood and cognitive function. In: **Trimble MR**, Reynolds EH, editors. Epilepsy, Behaviour and Cognitive Function. John Wiley & Sons, Chichester; 1988. p. 135-43.

78. **Trimble MR.** The psychoses of epilepsy. In: Laidlaw J, Richens A, Oxley J, editors. A textbook of epilepsy. 2nd ed. Churchill Livingstone, Edinburgh; 1988. p. 292-405.

79. Conlon P, **Trimble MR.** Magnetic resonance imaging in epilepsy. Advances in Epileptology. 17 ed. Raven Press, New York; 1989. p. 6-8.

80. Cull CA, **Trimble MR.** Change in Anticonvulsant Drug Regimen and cognitive function in children with Epilepsy. Advances in Epileptology. 17 ed. RavenPress, New York; 1989. p. 392-5.

81. Cull CA, **Trimble MR.** Effects of Anticonvulsant Medications on Cognitive functioning in children with epilepsy. In: Hermann B, Seidenberg M, editors. Childhood epilepsies: Neuropsychological and Intervention Aspects. John Wiley & Sons, Chichester; 1989. p. 83-109.

82. Grant I, McDonald WI, Patterson T, **Trimble MR.** Multiple Sclerosis. In: Brown GW, Harris TO, editors. Life events and illness. Guildford Press, London; 1989. p. 295-311.

83. McGuire AM, Duncan JS, **Trimble MR.** Withdrawal of Anticonvulsants and cognitive function. Advances in Epileptology. 17 ed. Raven Press, New York; 1989. p. 400-3.

84. McGuire AM, **Trimble MR**, Scott M. From the laboratory to Clinic: The development of a computerized System to assist in the management of people with epilepsy. Advances in Epileptology. 17 ed. Raven Press, New York; 1989. p. 54-7.

85. **Trimble MR.** Psychiatric aspects of temporal lobe epilepsy. In: Kennard C, Swash M, editors. Hierarchies in Neurology. Springer, Berlin; 1989. p. 59-63.

86. **Trimble MR.** Psychiatry and Neurology. In: Aminoff M, editor. Neurology and General Medicine. Churchill Livingstone, Edinburgh; 1989. p. 413-29.

87. **Trimble MR.** Psychiatric problems of epilepsy and their management. In: Post RM, **Trimble MR**, Pippenger CE, editors. The clinical use of anticonvulsant in psychiatric disorder. Demos, New York; 1989. p. 17-40.

88. **Trimble MR.** Neuropsychopharmacology. In: Reynolds EH, **Trimble MR**, editors. The Bridge between Psychiatry and Neurology. Churchill Livingstone, Edinburgh; 1989. p. 334-52.

89. **Trimble MR.** Cognitive Hazards of Seizure Disorders. In: **Trimble MR**, editor. Chronic Epilepsy, its prognosis and management. 8 ed. John Wiley & Sons, Chichester; 1989. p. 103-11.

90. **Trimble MR.** Some behaviour consequences of epileptic seizures. In: **Trimble MR**, editor. Chronic Epilepsy, its prognosis and management. 10 ed. John Wiley & Sons, Chichester; 1989. p. 133-42.

91. **Trimble MR.** Epilepsy and its classification. In: Post RM, **Trimble MR**, Pippenger CE, editors. The clinical use of anticonvulsants in psychiatric disorders. Demos, New York; 1989. p. 1-16.

92. **Trimble MR.** Hysteria. In: Reynolds EH, **Trimble MR**, editors. The Bridge between psychiatry and neurology. Churchill Livingstone, Edinburgh; 1989. p. 159-76.

93. **Trimble MR.** Kindling, Epilepsy and behaviour. In: Bolwig TG, **Trimble MR**, editors. The clinical relevance of Kindling. John Wiley & Sons, Chichester; 1989. p. 177-90.

94. **Trimble MR.** Behavioural disorder in childhood. In: Post RM, **Trimble MR**, Pippenger CE, editors. The clinical use of anticonvulsants in psychiatric disorders. Demos, New York; 1989. p. 99-111.

95. McGuire AM, **Trimble MR.** Quality of life in patients with epilepsy: the role of cognitive factors. In: Chadwick D, editor. Quality of life and quality of care in epilepsy. 23 ed. RSM Medical Services, Round Table series; 1990. p. 69-77.

96. **Trimble MR.** The use of carbamazepine in seizure disorders. In: Johnson S, Johnson N, editors. Reviews in contemporary pharmacotherapy - Carbamazepine. 1 ed. Marius Press, Carnforth; 1990.

97. **Trimble MR.** Benzodiazepines in clinical practice. In: Wheatley D, editor. The anxiolytic Jungle: where next? 2 ed. John Wiley & Sons, Chichester; 1990. p. 9-21.

98. **Trimble MR.** Epilepsy and chronic psychosis. In: Weller M, editor. International perspectives in schizophrenia. J Libby and Co.; 1990. p. 71-7.

99. **Trimble MR.** Interictal psychoses of epilepsy. In: Smith DB, Treiman DM, **Trimble MR**, editors. Neuro-behavioural problems in epilepsy. Raven Press, New York; 1990. p. 143-53.

100. **Trimble MR.** Neuropsychiatry. In: Dam M, Gram L, editors. Comprehensive Epileptology. 35 ed. Raven Press, New York; 1990. p. 485-94.

101. **Trimble MR.** Psychopathology of Frontal Lobe Syndromes. In: **Trimble MR**, editor. Seminars in Neurology. 10 ed. Thieme Medical Publishers Inc, New York; 1990.

102. Conlon P, **Trimble MR.** Current relevance of Magnetic Resonance Imaging to Clinical Psychiatry. In: Granville-Grossman K, editor. Recent Advances in Clinical Psychiatry. 7 ed. 1991. p. 99-104.

103. Mace CJ, **Trimble MR.** Psychogenic amnesias. In: Yanagihara T, Peterson RC, editors. Memory disorders - research and clinical practice. Dekker, New York; 1991. p. 429-53.

104. **Trimble MR.** Women and Epilepsy: Famous and not-so famous. In: **Trimble MR**, editor. Women and epilepsy. John Wiley & Sons, Chichester; 1991. p. 263-73.

105. **Trimble MR.** Clozepam. In: Resor SR, Kutt H, editors. The MEdical Treatment of Epilepsy. Marcel Dekker, New York; 1991. p. 319-28.

106. **Trimble MR.** The Gastaut-Geschwind Syndrome. In: **Trimble MR**, Bolwig TG, editors. The temporal Lobes and the limbic system. Wrightson Biomedical Publishing Ltd, Petersfield; 1992. p. 137-47.

107. Ring HA, **Trimble MR.** Depression in Epilepsy. In: Starkstein SE, Robinson RG, editors. Depression in Neurologic Disease. John Hopkins University Press; 1993. p. 63-83.

108. **Trimble MR.** Behavioural and Cognitive Issues in Childhood Epilepsy. In: Dodson WE, Pellock JM, editors. Paediatric Epilepsy: Diagnosis and Therapy. Demos, New York; 1993. p. 387-408.

109. **Trimble MR.** Forward. In: Modigh K, Robak OH, Vestergaard P, editors. Anticonvulsants in psychiatry. Wrightson Biomedical Publishing, Petersfield; 1994.

110. **Trimble MR.** Clozabam. In: **Trimble MR**, editor. New Anticonvulsants: Advances in the treatment of epilepsy. John Wiley & Sons, Chichester; 1994. p. 51-60.

111. **Trimble MR.** Psychiatry and Neurology. In: Aminoff M, editor. Neurology and general Medicine. 2nd ed. Churchill Livingstone, Edinburgh; 1994. p. 473-90.

112. **Trimble MR.** Quality of life and cognitive function. In: **Trimble MR**, editor. Epilepsy and Quality of Life. Raven Press, New York; 1994. p. 183-98.

113. **Trimble MR.** Long-term treatment of dysfunctional behaviour in epilepsy. In: Ancill RJ, Lader MH, editors. Pharmacological Management of Chronic Psychiatric Disorders. Balliere Tindall, London; 1995. p. 667-82.

114. **Trimble MR.** Idiopathic and organic presentations of scizophrenia. In: Hafner H, Gattaz WF, editors. Search for the causes of schizophrenia. Springer-Verlag, Berlin; 1995.

115. Thompson PJ, **Trimble MR.** Neuropsychological aspects of epilepsy. In: Grant I, Adams KM, editors. Neuropsychological assessment of Neuropsychiatric disorders. 2nd ed. Oxford University Press, New York; 1996. p. 263-87.

116. **Trimble MR**, Cummings JL. Introduction to contemporary Behavioural Neurology. In: **Trimble MR**, Cummings JL, editors. Contemporary Behavioural Neurology. Butterworth-Heinemann, New York; 1996. p. 1-5.

117. **Trimble MR.** Behaviour and personality disturbances. In: Bradley WJ, Daroff RB, Fenichel GM, Marsden CD, editors. Neurology in clinical practice. 2nd ed. Butterworth-Heinemann, New York; 1996. p. 91-106.

118. **Trimble MR.** Behavioural complications of limbic epilepsy: implications for an understanding of the emotional motor system in man. In: Holstege G, Bandier R, Saper CB, editors. The emotional Motor System. Elsevier, New York; 1996. p. 605-16.

119. **Trimble MR**, Ring HA, Schmitz B. Neuropsychiatric aspects of epilepsy. In: Fogel BS, Schiffer RB, Rao SM, editors. Neuropsychiatry. Williams and Wilkins; 1996. p. 771-803.

120. **Trimble MR.** Depression and psychosis in neurological practice. In: Bradley WJ, Daroff RB, Fenichel GM, Marsden CD, editors. Neurology in clinical practice. 2nd ed. Butterworth-Heinemann, New York; 1996. p. 107-19.

121. **Trimble MR.** Temperolimbic syndromes. In: **Trimble MR**, Cummings JL, editors. Contemporary Behavioural Neurology. Butterworth-Heinemann, New York; 1996. p. 215-23.

122. **Trimble MR**, Ring HA. Psychological and psychiatric aspects of epilepsy. In: Duncan JS, Shorvon SD, Fish D, editors. Clinical Epilepsy. Churchill Livingstone, Edinburgh; 1996. p. 321-49.

123. **Trimble MR.** Psychiatric disorders in epilepsy. In: Shorvon S, Dreifuss F, Fish D, Thomas D, editors. Treatment of epilepsy. Blackwell Science, Oxford; 1996. p. 337-45.

124. **Trimble MR.** Anticonvulsants and psychopathology. In: Sackellares JC, Berent S, editors. Psychological disturbances in epilepsy. Butterworth-Heinemann, New York; 1996. p. 233-44.

125. Varma AR, **Trimble MR.** Subcortical Neurologic Syndromes. In: **Trimble MR**, Cummings JL, editors. Contemporary Behavioural Neurology. Butterworth-Heinemann, New York; 1996. p. 223-39.

126. Selai CE, **Trimble MR.** Quality of life in psychopharmacology: what are we measuring and why does itmatter? In: Hindmarch I, Stonier PD, editors. Human psychopharmacology: Measures and methods. John Wiley and Sons, Chichester; 1997. p. 125-50.

127. Thomas L, **Trimble MR.** Dissociative Disorders. In: Engel K, Pedley TA, editors. Epilepsy: A comprehensive Textbook. Lippincott-Raven Press, New York; 1997. p. 2775-84.

128. **Trimble MR.** Anticonvulsants and psychopathology. In: Sackellares JC, Berent S, editors. Psychological Disturbances in Epilepsy. Butterworth-Heinemann, New York; 1997. p. 233-44.

129. **Trimble MR.** Overview: Psychiatric Disturbances. In: Engel K, Pedley TA, editors. Epilepsy: A comprehensive textbook. Lippincott-Raven Press, New York; 1997. p. 2755-6.

130. **Trimble MR.** Pseudoseizures: a semantic and clinical muddle. In: Bhugra D, Munro A, editors. Troublesome Disguises: undiagnosed psychiatric syndromes. Blackwell Science, Oxford; 1997. p. 258-72.

131. **Trimble MR**, Schmitz EB. The psychoses of Epilepsy and Schizophrenia. In: Engel K, Pedley TA, editors. Epilepsy: A comprehensive textbook. Lippincott-Raven Press, New York; 1997. p. 2071-82.

132. **Trimble MR.** Neuropsychiatric consequenes of pharmacotherapy. In: Engel K, Pedley TA, editors. Epilepsy: A comprehensive Textbook. Lippincott-Raven Press, New York; 1997. p. 2161-70.

133. **Trimble MR**, Mendez MF, Cummings JL. Neuropsychiatric symptoms from the temporolimbic Lobes. In: Salloway S, Malby P, Cummings JL, editors. The neuropsychiatry of limbic and subcortical disorders. American Psychiatric Press; 1997. p. 123-32.

134. Krishamoorthy ES, **Trimble MR.** Mechanisms of Forced Normalization. In: **Trimble MR**, Schmitz B, editors. Forced Normalization and alternative psychoses of epilepsy. Wrightson Biomedical Publishing Ltd., Petersfield, UK; 1998.

135. **Trimble MR.** A neurobiological perspective of the behavioural disorders of epilepsy. In: Ron MA, David AS, editors. Disorders of the brain and mind. Cambridge University Press; 1998. p. 233-51.

136. **Trimble MR**, Schmitz EB. Psychosis of epilepsy and neuro-biological perspective. In: McConnell HW, Schneider PJ, editors. Psychiatric Comorbidity in Epilepsy. American Psychiatric Press; 1998. p. 169-86.

137. **Trimble MR.** Neuropsychopharmacology IV: anticonvulsants. In: Coffey CE, Brumback RA, editors. Textbook of paediatric Neuropsychiatry. APA Press; 1998. p. 1373-89.

138. **Trimble MR.** Forced normalizationa dn the role of anticonvulsants. In: **Trimble MR**, Schmitz B, editors. Forced Normalization and the alternative psychoses of epilepsy. Wrightson Biomedical Publishing Ltd., Petersfield, UK; 1998.

139. **Trimble MR**, Schmitz B. Epilogue. Forced normalization and the alternative psychoses of epilepsy. Wrightson Biomedical Publishing Ltd., Petersfield, UK; 1998. p. 221-7.

140. Selai CE, **Trimble MR**, Rossor MN, Harvey RJ. The quality of life Assessment Schedule (QOLAS) - a new method for assessing Quality of Life (QOL) in dementia.

In: Albert SM, Logsdon RG, editors. Assessing quality of life in Alzheimer's disease. 2000. p. 31-50.

141. **Trimble MR.** Personality and behaviour disturbances. In: Bradley WG, Daroff RB, Fenichel GM, Marsden CD, editors. Pocket companion to neurology in clinical practice. 2nd ed. Butterworth Heinemann, Oxford; 2000.

142. **Trimble MR.** Behaviour and personality disturbances. In: Bradley WG, Daroff RB, Fenichel GM, Marsden CD, editors. Neurology in clinical practice: volume 1 principles of diagnosis and managament. 3rd ed. Butterworth-Heinemann, New York; 2000. p. 89-104.

143. **Trimble MR.** Benzodiazepines in Epilepsy: an overview in bezodiazepines. In: **Trimble MR**, editor. Hindmarch. 1 ed. 2000. p. 65-73.

144. **Trimble MR.** Cognitive and Personality Profiles in Patients with Juvenile Myoclonic Epilepsy. In: Schmitz B, Sander T, editors. Juvenile myoclonic epilepsy: the Janz syndrome. Wrightson Biomedical Publishing Ltd, Petersfield; 2000. p. 101-9.

145. **Trimble MR.** Depression and psychosis in neurological practice. In: Bradley WG, Daroff RB, Fenichel GM, Marsden CD, editors. Neurology in clinical practice: volume 1 principles of diagnosis and management. 3rd ed. Butterworth-Heinemann, New York; 2000. p. 105-15.

146. **Trimble MR.** Psychiatry and Neurology. In: Aminoff MJ, editor. Neurology and General MEdicine. 3rd ed. Churchill Livingstone, Edinburgh; 2001. p. 483-97.

147. **Trimble MR.** Non-epileptic seizures. In: Halligan PW, Bass C, Marshall JC, editors. Contemporary approaches to the study of hysteria. Oxford University Press, Oxford; 2001. p. 143-54.

148. Selai CE, Elstner K, **Trimble MR.** Choosing measures to assess quality of life (QOL) in epilepsy. In: **Trimble MR**, Schmitz B, editors. The neuropsychiatry of Epilepsy. Cambridge University Press; 2002. p. 323-42.

149. **Trimble MR.** On the use of psychotropic drugs in patients with seizure disorder. In: **Trimble MR**, Schmitz B, editors. The neuropsychiatry of epilepsy. Cambridge University Press, Cambridge; 2002. p. 299-312.

150. **Trimble MR.** Creativity and Bipolar Disorders. In: **Trimble MR**, Schmitz B, editors. Seizures, Affective Disorders and anticonvulsant Drugs. Clarius Press Ltd, Guildford; 2002. p. 181-91.

151. Lambert MV, Thompson PJ, **Trimble MR.** Neuropsychiatric aspects of Epilepsy. In: Rizzo M, Eslinger PJ, editors. Principles and practice of behavioural neurology and neuropsychology. Elsevier; 2004. p. 763-80.

152. **Trimble MR,** Krishnamoorthy ES. The use of ECT in neuropsychiatric disorders. In: Scott AIF, editors. The ECT Handbook. Royal College of Psychiatrists; 2005. p. 47-56.

153. **Trimble MR.** Somatization Disorder: Briquet's Hysteria. In Hallett M, Fahn S, Jankovic J, Lang AE, Cloninger CR Yudofsky SC, editors. Psychogenic Movement Disorders. American Academy of Neurology. Lippincott Williams & Wilkins; 206. p. 180-185.

154. **Trimble MR,** Mula M. Antiepileptic drug interactions in patients requiring psychiatric drug treatment. In Majkowksi J, Bourgeois BFD, Patsalos PN, Mattson RH, editors. Antiepileptic drugs, combination Therapy and Interactions. Cambridge University Press, Cambridge; 2005. p. 350-368.

## Papers - peer reviewed

1. Herbert J, **Trimble MR.** Effect of oestradiol and testosterone on the sexual receptivity and attractiveness of the female receptivity and attractiveness of the female rhesus monkey. Nature 1967;216(111):165-6.

2. **Trimble MR**, Herbert J. The effect of testosterone or oestradiol upon the sexual and associated behaviour of the adult female Rhesus monkey. J.Endocrinol. 1968;42(2):171-85.

3. Meldrum B, Anlezark G, **Trimble M**. Drugs modifying dopaminergic activity and behaviour, the EEG and epilepsy in Papio papio. Eur.J.Pharmacol. 1975;32(02):203-13.

4. Meldrum BS, Anlezark G, Balzamo E, Horton RW, **Trimble M**. Photically induced epilepsy in Papio papio as a model for drug studies. Adv.Neurol. 1975;10:119-32.

5. Kellett J, **Trimble M**, Thorley A. Anorexia nervosa after the menopause. Br.J.Psychiatry 1976;128:555-8.

6. **Trimble MR**, Reynolds EH. Anticonvulsant drugs and mental symptoms: a review. Psychol.Med. 1976;6(2):169-78.

7. Corbett JA, Harris R, Taylor E, **Trimble MR.** Progressive disintegrative psychosis of childhood. J.Child Psychol.Psychiat 1977;18:211-9.

8. **Trimble M**, Anlezark G, Meldrum B. Seizure activity in photosensitive baboons following antidepressant drugs and the role of serotoninergic mechanisms. Psychopharmacology (Berl) 1977;51(2):159-64.

9. **Trimble M**. The relationship between epilepsy and schizophrenia: a biochemical hypothesis. Biol.Psychiatry 1977;12(2):299-304.

10. Chadwick D, **Trimble M**, Jenner P, Driver MV, Reynolds EH. Manipulation of cerebral monoamines in the treatment of human epilepsy: a pilot study. Epilepsia 1978;19(1):3-10.

11. **Trimble M**. Non-monoamine oxidase inhibitor antidepressants and epilepsy: a review. Epilepsia 1978;19(3):241-50.

12. **Trimble MR.** Serum prolactin in epilepsy and hysteria. Br.Med.J. 1978;2(6153):1682.

13. Merskey H, **Trimble M**. Personality, sexual adjustment, and brain lesions in patients with conversion symptoms. Am.J.Psychiatry 1979;136(2):179-82.

14. Perez MM, **Trimble MR.** Epileptic psychosis--diagnostic comparison with process schizophrenia. Br.J.Psychiatry 1980;137:245-9.

15. **Trimble MR**, Corbett JA, Donaldson D. Folic acid and mental symptoms in children with epilepsy. J.Neurol.Neurosurg.Psychiatry 1980;43(11):1030-4.

16. Robertson MM, **Trimble MR.** Neuroleptics as antidepressants. Neuropharmacology 1981;20(12B):1335-6.

17. Thompson P, Huppert FA, **Trimble M**. Phenytoin and cognitive function: effects on normal volunteers and implications for epilepsy. Br.J.Clin.Psychol. 1981;20(Pt 3):155-62.

18. Thompson PJ, **Trimble MR.** Sodium valproate and cognitive functioning in normal volunteers. Br.J.Clin.Pharmacol. 1981;12(6):819-24.

19. **Trimble M**. Anticonvulsant drugs, behavior, and cognitive abilities. Curr.Dev.Psychopharmacol. 1981;6:65-91.

20. **Trimble MR**, Cummings JL. Neuropsychiatric disturbances following brainstem lesions. Br.J.Psychiatry 1981;138:56-9.

21. Roberts JK, Robertson MM, **Trimble MR.** The lateralising significance of hypergraphia in temporal lobe epilepsy. J.Neurol.Neurosurg.Psychiatry 1982;45(2):131-8.

22. Robertson MM, **Trimble MR.** Major tranquillisers used as antidepressants. A review. J.Affect.Disord. 1982;4(3):173-93.

23. Thompson PJ, **Trimble MR.** Non-MAOI antidepressant drugs and cognitive functions: a review. Psychol.Med. 1982;12(3):539-48.

24. Thompson PJ, **Trimble MR.** Anticonvulsant drugs and cognitive functions. Epilepsia 1982;23(5):531-44.

25. **Trimble MR.** Functional diseases. Br.Med.J.(Clin.Res.Ed) 1982;285(6357):1768-70.

26. Allen JW, Oxley J, Robertson MM, **Trimble MR**, Richens A, Jawad SS. Clobazam as adjunctive treatment in refractory epilepsy. Br.Med.J.(Clin.Res.Ed) 1983;286(6373):1246-7.

27. Bernardi S, **Trimble MR**, Frackowiak RS, Wise RJ, Jones T. An interictal study of partial epilepsy using positron emission tomography and the oxygen - 15 inhalation technique. J.Neurol.Neurosurg.Psychiatry 1983;46(6):473-7.

28. Dana-Haeri J, **Trimble M**, Oxley J. Prolactin and gonadotrophin changes following generalised and partial seizures. J.Neurol.Neurosurg.Psychiatry 1983;46(4):331-5.

29. Roberts JK, **Trimble MR**, Robertson M. Schizophrenic psychosis associated with aqueduct stenosis in adults. J.Neurol.Neurosurg.Psychiatry 1983;46(10):892-8.

30. Thompson PJ, **Trimble MR.** Anticonvulsant serum levels: relationship to impairments of cognitive functioning. J.Neurol.Neurosurg.Psychiatry 1983;46(3):227-33.

31. **Trimble MR.** Living with anticonvulsant drugs. Br.J.Clinical Practice Suppl. 1983;27:126-30.

32. **Trimble MR.** Personality disturbances in epilepsy. Neurology 1983;33(10):1332-4.

33. **Trimble MR**, Robertson MM. Flupenthixol in depression. A study of serum levels and prolactin response. J.Affect.Disord. 1983;5(1):81-9.

34. Dana-Haeri J, **Trimble MR.** Prolactin and gonadotrophin changes following partial seizures in epileptic patients with and without psychopathology. Biol.Psychiatry 1984;19(3):329-36.

35. Grant I, McDonald WI, **Trimble MR**, Smith E, Reed R. Deficient learning and memory in early and middle phases of multiple sclerosis. J.Neurol.Neurosurg.Psychiatry 1984;47(3):250-5.

36.  Lees AJ, Robertson M, **Trimble MR**, Murray NM. A clinical study of Gilles de la Tourette syndrome in the United Kingdom. J.Neurol.Neurosurg.Psychiatry 1984;47(1):1-8.

37.  **Trimble MR.** Disorders of the limbic system. Integr.Psychiatry 1984;2:96-102.

38.  Wilson-Barnett J, **Trimble M**. Abnormal illness behaviour: the nursing contribution. Int.J.Nurs.Stud. 1984;21(4):267-78.

39.  Corbett JA, **Trimble MR**, Nichol TC. Behavioral and cognitive impairments in children with epilepsy: the long-term effects of anticonvulsant therapy. J.Am.Acad.Child Psychiatry 1985;24(1):17-23.

40.  Gallhofer B, **Trimble MR**, Frackowiak R, Gibbs J, Jones T. A study of cerebral blood flow and metabolism in epileptic psychosis using positron emission tomography and oxygen. J.Neurol.Neurosurg.Psychiatry 1985;48(3):201-6.

41.  Perez MM, **Trimble MR**, Murray NM, Reider I. Epileptic psychosis: an evaluation of PSE profiles. Br.J.Psychiatry 1985;146:155-63.

42.  Reynolds EH, **Trimble MR.** Adverse neuropsychiatric effects of anticonvulsant drugs. Drugs 1985;29(6):570-81.

43.  Robertson MM, **Trimble MR.** The treatment of depression in patients with epilepsy. A double-blind trial. J.Affect.Disord. 1985;9(2):127-36.

44.  **Trimble MR.** The psychoses of epilepsy and their treatment. Clin.Neuropharmacol. 1985;8(3):211-20.

45.  Wilson-Barnett J, **Trimble MR.** An investigation of hysteria using the Illness Behaviour Questionnaire. Br.J.Psychiatry 1985;146:601-8.

46.  Wolf P, **Trimble MR.** Biological antagonism and epileptic psychosis. Br.J.Psychiatry 1985;146:272-6.

47.  Frankel M, Cummings JL, Robertson MM, **Trimble MR**, Hill MA, Benson DF. Obsessions and compulsions in Gilles de la Tourette's syndrome. Neurology 1986;36(3):378-82.

48.  Robertson MM, Coppen A, **Trimble MR.** The dexamethasone suppression test in medicated epileptic patients. Biol.Psychiatry 1986;21(2):225-8.

49.  **Trimble MR.** Positive and negative symptoms in psychiatry. Br.J.Psychiatry 1986;148:587-9.

50.  Conlon P, **Trimble MR.** Magnetic resonance imaging in psychiatry. Can.J.Psychiatry 1987;32(8):702-12.

51.  Cull CA, **Trimble MR.** Cognitive Sequelae of 1,4- and 1,5- Benzodiazepines. Hum.Psychopharmacol. 1987;2:221-9.

52.  Robertson M, Evans K, Robinson A, **Trimble M**, Lascelles P. Abnormalities of copper in Gilles de la Tourette syndrome. Biol.Psychiatry 1987;22(8):968-78.

53.  Robertson MM, **Trimble MR**, Townsend HR. Phenomenology of depression in epilepsy. Epilepsia 1987;28(4):364-72.

54.  Rogers D, Lees AJ, **Trimble M**, Stern GM. Concept of bradyphrenia: a neuropsychiatric approach. Adv.Neurol. 1987;45:447-50.

55.  Rogers D, Lees AJ, Smith E, **Trimble M**, Stern GM. Bradyphrenia in Parkinson's disease and psychomotor retardation in depressive illness. An experimental study. Brain 1987;110 ( Pt 3):761-76.

56.  **Trimble MR.** Psychiatric aspects of epilepsy. Psychiatr.Dev. 1987;5(4):285-300.

57.  Conlon P, **Trimble MR.** A study of the corpus callosum in epileptic psychosis using magnetic resonance imaging. Biol.Psychiatry 1988;24(7):857-60.

58.  Conlon P, **Trimble MR.** A study of the corpus callosum in epilepsy using magnetic resonance imaging. Epilepsy Res. 1988;2(2):122-6.

59.  Conlon P, **Trimble MR**, Rogers D, Callicott C. Magnetic resonance imaging in epilepsy: a controlled study. Epilepsy Res. 1988;2(1):37-43.

60.  Duncan JS, Shorvon SD, **Trimble MR.** Withdrawal symptoms from phenytoin, carbamazepine and sodium valproate. J.Neurol.Neurosurg.Psychiatry 1988;51(7):924-8.

61.  Robertson MM, **Trimble MR.** Some personality variables in functional neurological disorders. Behavioural Neurology 1988;1:23-8.

62.  Robertson MM, **Trimble MR**, Lees AJ. The psychopathology of the Gilles de la Tourette syndrome. A phenomenological analysis. Br.J.Psychiatry 1988;152:383-90.

63.  **Trimble MR.** Epilepsy and its significance for psychiatry. Transmission: Biological Psychiatry in Clinical Practice 1988;1(5):4-8.

64.  Wessely S, Feinstein A, **Trimble MR.** State-dependent movement disorder. Biol.Psychiatry 1988;24(8):945.

65.  Duncan JS, Smith SJ, Forster A, Shorvon SD, **Trimble MR.** Effects of the removal of phenytoin, carbamazepine, and valproate on the electroencephalogram. Epilepsia 1989;30(5):590-6.

66.  Grant I, Brown GW, Harris T, McDonald WI, Patterson T, **Trimble MR.** Severely threatening events and marked life difficulties preceding onset or exacerbation of multiple sclerosis. J.Neurol.Neurosurg.Psychiatry 1989;52(1):8-13.

67.  Robertson MM, **Trimble MR**, Lees AJ. Self-injurious behaviour and the Gilles de la Tourette syndrome: a clinical study and review of the literature. Psychol.Med. 1989;19(3):611-25.

68.  Conlon P, **Trimble MR**, Rogers D. A study of epileptic psychosis using magnetic resonance imaging. Br.J.Psychiatry 1990;156:231-5.

69.  Dolan RJ, Poynton AM, Bridges PK, **Trimble MR.** Altered magnetic resonance white-matter T1 values in patients with affective disorder. Br.J.Psychiatry 1990;157:107-10.

70.  Duncan JS, Shorvon SD, **Trimble MR.** Effects of removal of phenytoin, carbamazepine, and valproate on cognitive function. Epilepsia 1990;31(5):584-91.

71.  Duncan JS, Shorvon SD, **Trimble MR.** Discontinuation of phenytoin, carbamazepine, and valproate in patients with active epilepsy. Epilepsia 1990;31(3):324-33.

72.  Robertson M, Doran M, **Trimble M**, Lees AJ. The treatment of Gilles de la Tourette syndrome by limbic leucotomy. J.Neurol.Neurosurg.Psychiatry 1990;53(8):691-4.

73. **Trimble MR.** First-rank symptoms of Schneider. A new perspective? Br.J.Psychiatry 1990;156:195-200.

74. Binder RL, **Trimble MR**, McNiel DE. The course of psychological symptoms after resolution of lawsuits. Am.J.Psychiatry 1991;148(8):1073-5.

75. Binder RL, **Trimble MR**, McNiel DE. Is money a cure? Follow-up of litigants in England. Bull.Am.Acad.Psychiatry Law 1991;19(2):151-60.

76. Deahl M, **Trimble M**. Serotonin reuptake inhibitors, epilepsy and myoclonus. Br.J.Psychiatry 1991;159:433-5.

77. Faber R, **Trimble MR.** Electroconvulsive therapy in Parkinson's disease and other movement disorders. Mov Disord. 1991;6(4):293-303.

78. Mace CJ, **Trimble MR.** 'Hysteria', 'functional' or 'psychogenic'? A survey of British neurologists' preferences. J.R.Soc.Med. 1991;84(8):471-5.

79. Mace CJ, **Trimble MR.** Psychosis following temporal lobe surgery: a report of six cases. J.Neurol.Neurosurg.Psychiatry 1991;54(7):639-44.

80. Ring HA, **Trimble MR.** Affective disturbance in Parkinson's Disease. International J.Geriatric Psychiatry 1991;6:385-93.

81. Robertson MM, **Trimble MR.** Gilles de la Tourette syndrome in the Middle East. Report of a cohort and a multiply affected large pedigree. Br.J.Psychiatry 1991;158:416-9.

82. Sander JW, Hart YM, **Trimble MR**, Shorvon SD. Vigabatrin and psychosis. J.Neurol.Neurosurg.Psychiatry 1991;54(5):435-9.

83. **Trimble MR.** Neurobehavioral effects of anticonvulsants. JAMA 1991;265(10):1307-8.

84. **Trimble MR.** Can schizophrenia be localized? J.Neuropsychiatry Clin.Neurosci. 1991;3(1):89-94.

85. Cull CA, **Trimble MR**, Wilson J. Changes in Antiepileptic Drug Regimen and Behaviour in Children with Epilepsy. J.Epilepsy 1992;5:1-9.

86. Dijkstra JB, McGuire AM, **Trimble MR.** The effect of vigabatrin on cognitive function and mood. Hum.Psychopharmacol. 1992;7:319-23.

87. George MS, **Trimble MR**, Costa DC, Robertson MM, Ring HA, Ell PJ. Elevated frontal cerebral blood flow in Gilles de la Tourette syndrome: a 99Tcm-HMPAO SPECT study. Psychiatry Res. 1992;45(3):143-51.

88. George MS, **Trimble MR.** A fluvoxamine-induced frontal lobe syndrome in a patient with comorbid Gilles de la Tourette's syndrome and obsessive compulsive disorder. J.Clin.Psychiatry 1992;53(10):379-80.

89. George MS, **Trimble MR.** The changing 19th-century view of epilepsy as reflected in the West Riding Lunatic Asylum Medical Reports, 1871-1876, vols 1-6. Neurology 1992;42(1):246-9.

90. Grant I, Caun K, Kingsley DPE, Winer J, **Trimble MR**, Pinching AJ. Neuropsychological and NMR Abnormalities in HIV infection. The St Mary's-Queen Square Study. Neuropsychiat Neuropsych & Behavioural Neurol. 1992;5:185-93.

91. McGuire AM, Duncan JS, **Trimble MR.** Effects of vigabatrin on cognitive function and mood when used as add-on therapy in patients with intractable epilepsy. Epilepsia 1992;33(1):128-34.

92. Meierkord H, Shorvon S, Lightman S, **Trimble M**. Comparison of the effects of frontal and temporal lobe partial seizures on prolactin levels. Arch.Neurol. 1992;49(3):225-30.

93. Ring HA, **Trimble MR**, Costa DC, George MS, Verhoeff P, Ell PJ. Effect of vigabatrin on striatal dopamine receptors: evidence in humans for interactions of GABA and dopamine systems. J.Neurol.Neurosurg.Psychiatry 1992;55(9):758-61.

94. Schmitz B, **Trimble M**. Epileptic equivalents in psychiatry: some 19th century views. Acta Neurol.Scand.Suppl 1992;140:122-6.

95. **Trimble MR.** Behaviour changes following temporal lobectomy, with special reference to psychosis. J.Neurol.Neurosurg.Psychiatry 1992;55(2):89-91.

96. **Trimble MR.** The Schizophrenia-like psychosis of Epilepsy. Neuropsychiat Neuropsych & Behavioural Neurol. 1992;5(2):103-7.

97. George MS, **Trimble MR**, Robertson MM. Fluvoxamine and sulpiride in comorbid obsessive-compulsive disorder and Gilles de la Tourette syndrome. Hum.Psychopharmacol. 1993;8:327-34.

98. George MS, **Trimble MR**, Ring HA, Sallee FR, Robertson MM. Obsessions in obsessive-compulsive disorder with and without Gilles de la Tourette's syndrome. Am.J.Psychiatry 1993;150(1):93-7.

99. Kendrick AM, Duncan JS, **Trimble MR.** Effects of discontinuation of inidividual antiepileptic drugs on mood. Hum.Psychopharmacol. 1993;8:263-70.

100. Pugh C, **Trimble MR.** Psychiatric injury after Hillsborough. Br.J.Psychiatry 1993;163:425-9.

101. Robertson MM, **Trimble MR.** Normal Chromosomal findings in Gilles de la Tourette syndrome. Psychiatric Genetics 1993;3:95-9.

102. **Trimble MR.** Neuropsychiatry or Behavioural Neurology? Neuropsychiat Neuropsych & Behavioural Neurol. 1993;6:60-9.

103. Freeman CP, **Trimble MR**, Deakin JF, Stokes TM, Ashford JJ. Fluvoxamine versus clomipramine in the treatment of obsessive compulsive disorder: a multicenter, randomized, double-blind, parallel group comparison. J.Clin.Psychiatry 1994;55(7):301-5.

104. George MS, Robertson MM, Costa DC, Ell PJ, **Trimble MR**, Pilowsky L et al. Dopamine receptor availability in Tourette's syndrome. Psychiatry Res. 1994;55(4):193-203.

105. George MS, Ketter TA, Parekh PI, Rosinsky N, Ring H, Casey BJ et al. Regional Brain Activity when selecting a response despite interference: An $H_2O^{15}$ PET study of the STROOP and an emotional STROOP. Human Brain Mapping 1994;1:194-209.

106. Moriarty J, Schmitz B, **Trimble MR**, De Koning P. A trial of Eltoprazine in the treatment of agressive behaviours in two populations: Patients with epilepsy or Gilles de la Tourette's Syndrome. Hum.Psychopharmacol. 1994;9:253-8.

107. Ring HA, **Trimble MR**, Costa DC, Moriarty J, Verhoeff NP, Ell PJ. Striatal dopamine receptor binding in epileptic psychoses. Biol.Psychiatry 1994;35(6):375-80.

108. Ring HA, Bench CJ, **Trimble MR**, Brooks DJ, Frackowiak RS, Dolan RJ. Depression in Parkinson's disease. A positron emission study. Br.J.Psychiatry 1994;165(3):333-9.

109. Selai CE, **Trimble MR.** The role of Quality of Life measures in Psychopharmacology. Hum.Psychopharmacol. 1994;9:211-4.

110. **Trimble MR.** Images in Psychiatry: Hughlings Jackson. Am.J.Psychiatry 1994;151(11):1686.

111. Moriarty J, Costa DC, Schmitz B, **Trimble MR**, Ell PJ, Robertson MM. Brain perfusion abnormalities in Gilles de la Tourette's syndrome. Br.J.Psychiatry 1995;167(2):249-54.

112. O'Neill BA, **Trimble MR**, Bloom DS. Adjunctive therapy in epilepsy: a cost-effectiveness comparison of alternative treatment options. Seizure. 1995;4(1):37-44.

113. Schmitz B, **Trimble MR.** Carbamazepine and PIP-syndrome in temporal lobe epilepsy. Epilepsy Res. 1995;22(3):215-20.

114. Schmitz EB, Costa DC, Jackson GD, Moriarty J, Duncan JS, **Trimble MR** et al. Optimised interictal HMPAO-SPECT in the evaluation of partial epilepsies. Epilepsy Res. 1995;21(2):159-67.

115. Selai CE, **Trimble MR.** Quality of Life Assessment in Epilepsy: The State of the Art. J.Epilepsy 1995;8:249-54.

116. **Trimble M**. Medicine and the law: conflict or debate. J.Psychosom.Res. 1995;39(6):671-4.

117. **Trimble MR.** Introduction. New Anticonvulsant drugs and the role of clozazam as an adjunctive therapy. Human Psycho-pharmacology 1995;10:S65-S79.

118. UneAnong S, **Trimble MR.** MRI in Schizophrenia: a review of recent findings. Asian Journal of Psychiatry 1995;3:35-44.

119. Cockerell OC, Moriarty J, **Trimble M**, Sander JW, Shorvon SD. Acute psychological disorders in patients with epilepsy: a nation-wide study. Epilepsy Res. 1996;25(2):119-31.

120. Eapen V, **Trimble MR**, Robertson MM. The use of fluoxetine in Gilles de la Tourette syndrome and obsessive compulsive behaviours: preliminary clinical experience. Prog.Neuropsychopharmacol.Biol.Psychiatry 1996;20(4):737-43.

121. Eapen V, **Trimble MR**, Robertson MM. The use of fluoxetine in Gilles de la Tourette syndrome and obsessive compulsive behaviours: preliminary clinical experience. Prog.Neuro-Psychopharmacol.& Biol. 1996;20:737-43.

122. Mace CJ, **Trimble MR.** Ten-year prognosis of conversion disorder. Br.J.Psychiatry 1996;169(3):282-8.

123. Panico A, Parmegriani A, **Trimble MR.** Compulsive painting: a varient of hypergraphia? Behavioural Neurology 1996;9:177-80.

124. Pilo L, Ring H, Quinn N, **Trimble M**. Depression in multiple system atrophy and in idiopathic Parkinson's disease: a pilot comparative study. Biol.Psychiatry 1996;39(9):803-7.

125. Robertson MM, Scull DA, Eapen V, **Trimble MR.** Risperidone in the treatment of Tourette syndrome: a retrospective case note study. Journal of Psychopharmacology 1996;10(4):317-20.

126. Thomas L, **Trimble M**, Schmitz B, Ring H. Vigabatrin and behaviour disorders: a retrospective survey. Epilepsy Res. 1996;25(1):21-7.

127. Thomas L, **Trimble M**. The effects of vigabatrin on attention, concentration and mood: an investigation in healthy volunteers. Seizure. 1996;5(3):205-8.

128. **Trimble M**. Behavioural complications of limbic epilepsy: implications for an understanding of the emotional motor system in man. Prog.Brain Res. 1996;107:605-16.

129. **Trimble MR.** Anticonvulsant-induced psychiatric disorders. The role of forced normalisation. Drug Saf 1996;15(3):159-66.

130. Varma AR, Moriarty J, Costa DC, Gacinovic S, Schmitz EB, Ell PJ et al. HMPAO SPECT in non-epileptic seizures: preliminary results. Acta Neurol.Scand. 1996;94(2):88-92.

131. Chi-Wan Lai, **Trimble MR.** Stress and Epilepsy. J.Epilepsy 1997;10:177-86.

132. Matsuura M, **Trimble MR.** Zonisamide and Psychosis. J.Epilepsy 1997;10:52-4.

133. Moriarty J, Eapen V, Costa DC, Gacinovic S, **Trimble M**, Ell PJ et al. HMPAO SPET does not distinguish obsessive-compulsive and tic syndromes in families multiply affected with Gilles de la Tourette's syndrome. Psychol.Med. 1997;27(3):737-40.

134. Moriarty J, Varma AR, Stevens J, Fish M, **Trimble MR**, Robertson MM. A volumetric MRI study of Gilles de la Tourette's syndrome. Neurology 1997;49(2):410-5.

135. Schmitz EB, Moriarty J, Costa DC, Ring HA, Ell PJ, **Trimble MR.** Psychiatric profiles and patterns of cerebral blood flow in focal epilepsy: interactions between depression, obsessionality, and perfusion related to the laterality of the epilepsy. J.Neurol.Neurosurg.Psychiatry 1997;62(5):458-63.

136. Shetty T, **Trimble MR.** The Bear Fedio Inventory: Twenty Years On. J.Epilepsy 1997;10:254-62.

137. **Trimble MR**, Mendez MF, Cummings JL. Neuropsychiatric symptoms from the temporolimbic lobes. J.Neuropsychiatry Clin.Neurosci. 1997;9(3):429-38.

138. Mortimore C, **Trimble M**, Emmers E. Effects of gabapentin on cognition and quality of life in patients with epilepsy. Seizure. 1998;7(5):359-64.

139. Ring HA, Moriarty J, **Trimble MR.** A prospective study of the early postsurgical psychiatric associations of epilepsy surgery. J.Neurol.Neurosurg.Psychiatry 1998;64(5):601-4.

140. Selai CE, **Trimble MR.** Adjunctive therapy in epilepsy with new antiepileptic drugs: is it of any value? Seizure. 1998;7(5):417-8.

141. **Trimble M**, Cutting J. Invited commentaries on: nuclear schizophrenic symptoms as a window on the relationship between thought and speech. Br.J.Psychiatry 1998;173:310-1.

142. **Trimble MR.** Patients with epilepsy and psychosis treated with vigabatrin. J.Epilepsy 1998;11:61-6.

143.  **Trimble MR**, Whurr R, Brookes G, Robertson MM. Vocal tics in Gilles de la Tourette syndrome treated with botulinum toxin injections. Mov Disord. 1998;13(3):617-9.

144.  Ring HA, Acton PD, Scull D, Costa DC, Gacinovik S, **Trimble MR.** Patterns of brain activity in patients with epilepsy and depression. Seizure. 1999;8(7):390-7.

145.  Schmitz EB, Robertson MM, **Trimble MR.** Depression and schizophrenia in epilepsy: social and biological risk factors. Epilepsy Res. 1999;35(1):59-68.

146.  Selai C, **Trimble MR.** The Validity and sensitivity of three quality of life measures used to assess outcomes in epilepsy. Epilepsia 1999;**40**:213.

147.  Selai C, **Trimble MR.** Quality of life pre and post epilepsy surgery. Epilepsia 1999;40:183.

148.  Selai C, **Trimble MR.** Assessing Quality of Life in dementia. Ageing and Mental Health 1999;3:101-11.

149.  Selai CE, Smith K, **Trimble MR.** Adjunctive therapy in epilepsy: a cost-effectiveness comparison of two AEDs. Seizure. 1999;8(1):8-13.

150.  **Trimble MR**, van Elst LT. On some clinical implications on the ventral striatum and the extended amygdala - investigations of agression. Annals of the New York Academy of Sciences 1999;877:638-44.

151.  **Trimble MR.** Epilepsy and psychiatric disorders. Acta Neuropsychiatrica 1999;11:137-40.

152.  van Elst LT, Woermann FG, Free SL, Thompson PJ, **Trimble MR**, Duncan JS. Affective aggression in patients with temporal lobe epilepsy (TLE): Reduction of frontal neocortical grey matter demonstrated using quantitative MRI. Epilepsia 1999;40:58.

153.  van Elst LT, Woermann FG, Lemieux L, **Trimble MR.** Amygdala enlargement in dysthymia--a volumetric study of patients with temporal lobe epilepsy. Biol.Psychiatry 1999;46(12):1614-23.

154.  Anhoury S, Brown RJ, Krishnamoorthy ES, **Trimble MR.** Psychiatric outcome after temporal lobectomy: a predictive study. Epilepsia 2000;41(12):1608-15.

155.  Brown RJ, **Trimble MR.** Dissociative psychopathology, non-epileptic seizures, and neurology. J.Neurol.Neurosurg.Psychiatry 2000;69(3):285-9.

156.  Maier M, Mellers J, Toone B, **Trimble M**, Ron MA. Schizophrenia, temporal lobe epilepsy and psychosis: an in vivo magnetic resonance spectroscopy and imaging study of the hippocampus/amygdala complex. Psychol.Med. 2000;30(3):571-81.

157.  Matsuura M, **Trimble MR.** Psychoses in Epilepsy: A Review of Japanese Studies. Epilepsy Behav. 2000;1(5):315-26.

158.  Selai CE, Elstner K, **Trimble MR.** Quality of life pre and post epilepsy surgery. Epilepsy Res. 2000;38(1):67-74.

159.  Stern E, Silbersweig DA, Chee KY, Holmes A, Robertson MM, **Trimble M** et al. A functional neuroanatomy of tics in Tourette syndrome. Arch.Gen.Psychiatry 2000;57(8):741-8.

160.  **Trimble MR.** Charles Lloyd: epilepsy and poetry. Hist Psychiatry 2000;11 Pt 3(43):273-89.

161. **Trimble MR**, Rusch N, Betts T, Crawford PM. Psychiatric symptoms after therapy with new antiepileptic drugs: psychopathological and seizure related variables. Seizure. 2000;9(4):249-54.

162. van Elst LT, Woermann FG, Lemieux L, Thompson PJ, **Trimble MR.** Affective aggression in patients with temporal lobe epilepsy: a quantitative MRI study of the amygdala. Brain 2000;123 ( Pt 2):234-43.

163. Woermann FG, van Elst LT, Koepp MJ, Free SL, Thompson PJ, **Trimble MR** et al. Reduction of frontal neocortical grey matter associated with affective aggression in patients with temporal lobe epilepsy: an objective voxel by voxel analysis of automatically segmented MRI. J.Neurol.Neurosurg.Psychiatry 2000;68(2):162-9.

164. Elstner K, Selai CE, **Trimble MR**, Robertson MM. Quality of Life (QOL) of patients with Gilles de la Tourette's syndrome. Acta Psychiatr.Scand. 2001;103(1):52-9.

165. Krishnamoorthy ES, Brown RJ, **Trimble MR.** Personality and Psychopathology in Nonepileptic Attack Disorder and Epilepsy: A Prospective Study. Epilepsy Behav. 2001;2(5):418-22.

166. Nees H, Moriarty J, Kitchen ND, **Trimble MR.** Psychosocial and Neurobehavioral Factors Related to Surgical Treatment for Partial Epilepsy: A Multivariate Analysis. Epilepsy Behav. 2001;2(2):135-9.

167. Satishchandra P, **Trimble MR.** On Being Seizure-Free. Epilepsy Behav. 2001;2(1):4-7.

168. Schrag A, **Trimble M**. Poetic talent unmasked by treatment of Parkinson's disease. Mov Disord. 2001;16(6):1175-6.

169. Selai CE, **Trimble MR**, Rossor MN, Harvey RJ. Assessing quality of life in dementia: Preliminary psychometric testing of thev Quality of Life Assessment Schedule (QOLAS). Neuropsychological Rehabilitation 2001;11(3/4):219-43.

170. **Trimble MR.** Epilepsy and Psychiatry - The contribution of neuroimaging studies. Epileptologia 2001;9:113-24.

171. Hensiek AE, **Trimble MR.** Relevance of new psychotropic drugs for the neurologist. J.Neurol.Neurosurg.Psychiatry 2002;72(3):281-5.

172. Kaiser S, Selai CE, **Trimble MR.** Long-term follow-up of topiramate and lamotrigine: a perspective on quality of life. Seizure. 2002;11(6):356-60.

173. Krishnamoorthy ES, **Trimble MR**, Sander JW, Kanner AM. Forced normalization at the interface between epilepsy and psychiatry. Epilepsy Behav. 2002;3(4):303-8.

174. Langosch JM, **Trimble MR.** Epilepsy, psychosis and clozapine. Hum.Psychopharmacol. 2002;17(2):115-9.

175. Munchau A, Bloem BR, Irlbacher K, **Trimble MR**, Rothwell JC. Functional connectivity of human premotor and motor cortex explored with repetitive transcranial magnetic stimulation. J.Neurosci. 2002;22(2):554-61.

176. Munchau A, Bloem BR, Thilo KV, **Trimble MR**, Rothwell JC, Robertson MM. Repetitive transcranial magnetic stimulation for Tourette syndrome. Neurology 2002;59(11):1789-91.

177. **Trimble M**. Psychopathologie des epilepsies du lobe temporal chez l'adulte. Approche Neuropsychologique Des Apprentissages Chez L'Enfant. Epilepsie, comportement et cognition 2002(68).

178. **Trimble MR.** Clinical presentations in neuropsychiatry. Semin.Clin.Neuropsychiatry 2002;7(1):11-7.

179. van Elst LT, Baeumer D, Lemieux L, Woermann FG, Koepp M, Krishnamoorthy S et al. Amygdala pathology in psychosis of epilepsy: A magnetic resonance imaging study in patients with temporal lobe epilepsy. Brain 2002;125(Pt 1):140-9.

180. Vijayaraghavan L, Krishnamoorthy ES, Brown RG, **Trimble MR.** Abulia: a delphi survey of British neurologists and psychiatrists. Mov Disord. 2002;17(5):1052-7.

181. Cramer JA, De Rue K, Devinsky O, Edrich P, **Trimble MR.** A systematic review of the behavioral effects of levetiracetam in adults with epilepsy, cognitive disorders, or an anxiety disorder during clinical trials. Epilepsy Behav. 2003;4(2):124-32.

182. Mula M, **Trimble MR**, Yuen A, Liu RS, Sander JW. Psychiatric adverse events during levetiracetam therapy. Neurology 2003;61(5):704-6.

183. Mula M, **Trimble MR**, Thompson P, Sander JW. Topiramate and word-finding difficulties in patients with epilepsy. Neurology 2003;60(7):1104-7.

184. Mula M, **Trimble MR**, Lhatoo SD, Sander JW. Topiramate and psychiatric adverse events in patients with epilepsy. Epilepsia 2003;44(5):659-63.

185. Mula M, **Trimble MR.** Pharmacokinetic Interactions between Antiepileptic and Antidepressant Drugs. World J.Biol.Psychiatry 2003;4(1):21-4.

186. Mula M, **Trimble MR.** The importance of being seizure free: topiramate and psychopathology in epilepsy. Epilepsy Behav. 2003;4(4):430-4.

187. Mula M, **Trimble MR**, Sander JW. The role of hippocampal sclerosis in topiramate-related depression and cognitive deficits in people with epilepsy. Epilepsia 2003;44(12):1573-7.

188. Satishchandra P, Krishnamoorthy ES, van Elst LT, Lemieux L, Koepp M, Brown RJ et al. Mesial temporal structures and comorbid anxiety in refractory partial epilepsy. J.Neuropsychiatry Clin.Neurosci. 2003;15(4):450-2.

189. van Elst LT, Krishnamoorthy ES, Baumer D, Selai C, von Gunten A, Gene-Cos N et al. Psychopathological profile in patients with severe bilateral hippocampal atrophy and temporal lobe epilepsy: evidence in support of the Geschwind syndrome? Epilepsy Behav. 2003;4(3):291-7.

190. Nagai Y, Critchley HD, Featherstone E, **Trimble MR**, Dolan RJ. Activity in ventromedial prefrontal cortex covaries with sympathetic skin conductance level: a physiological account of a "default mode" of brain function. Neuroimage. 2004;22(1):243-51.

191. Nagai Y, Critchley HD, Featherstone E, Fenwick PB, **Trimble MR**, Dolan RJ. Brain activity relating to the contingent negative variation: an fMRI investigation. Neuroimage. 2004;21(4):1232-41.

192. Nagai Y, Goldstein LH, Fenwick PB, **Trimble MR.** Clinical efficacy of galvanic skin response biofeedback training in reducing seizures in adult epilepsy: a preliminary randomized controlled study. Epilepsy Behav. 2004;5(2):216-23.

193.  Rusch N, **Trimble MR.** Absence of Cortical Gray Matter Abnormalities in Psychosis of Epilepsy: A voxel-Based MRI study in patients with Temporal Lobe Epilepsy. Journal of Neuropsychiatry 2004;16:148-56.

194.  Schrag A, Brown RJ, **Trimble MR.** Reliability of self-reported diagnoses in patients with neurologically unexplained symptoms. J.Neurol.Neurosurg.Psychiatry 2004;75(4):608-11.

195.  Serra-Mestres J, Ring HA, Costa DC, Gacinovic S, Walker Z, Lees AJ et al. Dopamine transporter binding in Gilles de la Tourette syndrome: a [123I]FP-CIT/SPECT study. Acta Psychiatr.Scand. 2004;109(2):140-6.

196.  **Trimble MR.** The end of the seizure can be the beginning of the problem: Epilepsy is more than just the ictus. Neurology 2004;62(5):683.

197.  Wuerfel J, Krishnamoorthy ES, Brown RJ, Lemieux L, Koepp M, Tebartz vE et al. Religiosity is associated with hippocampal but not amygdala volumes in patients with refractory epilepsy. J.Neurol.Neurosurg.Psychiatry 2004;75(4):640-2.

198.   Remak E, John H, Selai CE, **Trimble MR**, Price MJ. A cost-utility analysis of adjunctive treatment with newer antiepileptic drugs in the UK. J. Medical Economics 2004; 7: 29-40.

199.   Gene-Cos N, Pottinger R, Barret G, Trimble MR, Ring HA. A comparative study of mismatch negativitiy (MMN) in epilepsy and non-epileptic seizures. Epileptic Disorder 2005; 7(4): 1-10.

200.   Cavanna AE, Trimble MR. The precuneus: a review of its functional anatomy and behavioural correlates. Brain 2006; 129: 564-58.

201.   Mula M, Sander J W, **Trimble M R.** The role of hippocampal sclerosis in antiepileptic drug-related depression in patients with epilepsy: A study on levetiracetam. Seizure 2006; 15, 405-408.

202.   Orth M, **Trimble M R.** Friedrich Nietzsche's mental illness – general paralysis of the insane vs. frontotemporal dementia. Acta Psychiatri Scand 2006: 1-6.

203.   Mula M, **Trimble MR.** Neuropharmacological aspects of cognitive neurorehabilitation in epilepsy.Behav Neurol. 2006;17(1):69-75. Review

204.   **Trimble MR**, Freeman A. An investigation of religiosity and the Gastaut-Geschwind syndrome in patients with temporal lobe epilepsy. Epilepsy and Behaviour 2006; 9: 407-414.

205.   Critchley HD, Lewis PA, Orth M., Josephs O., Deichmann R., **Trimble MR**., Dolan RJ. Vagus nerve stimulation for treatment-resistant depression: Behavioral and neural effects on encoding negative material. Psychosomatic Medicine 2007; 69: 17-22.

206.   Cavanna A E, **Trimble M R**, Cinit F, Monaco F. The "bicameral mind" 30 years on: a critical reappraisal of Julian Jaynes' hypothesis. Functional Neurology 2007; 22: 1-5

**Papers – non-peer reviewed**

1. **Trimble MR.** Personal View. Br.Med J. 1974;ii:608.

2. **Trimble MR**, Wilson-Barnett J. Psychological needs of coronary patients. Nurs.Times 1974;70(38):1464-5.

3. **Trimble MR**, Meldrum BS, Anlezark G. Effect of nomifensine on brain amines and epilepsy in photosensitive baboons. Br.J.Clin.Pharmacol. 1977;4Suppl 2:101S-7S.

4. **Trimble M**. Altered consciousness. Nursing.(Lond) 1979(8):344-7.

5. **Trimble M**. The effect of anti-convulsant drugs on cognitive abilities. Pharmacol.Ther.[B] 1979;4(3):677-85.

6. **Trimble MR.** Neuropsychiatric aspects of pain. Pharmac Med 1979;**1**:199-202.

7. Antidepressants and epilepsy: the place of nomifensine. Royal Society of Medicine International Congress and Symposium, Series no. 25. JRSM 1980:11-6.

8. Thompson P, Huppert F, **Trimble M**. Anticonvulsant drugs, cognitive function and memory. Acta Neurol.Scand.Suppl 1980;80:75-81.

9. **Trimble MR.** Psychotropic drugs in epilepsy. Res.Clin.Forum 1980;2:113-20.

10. **Trimble MR.** New antidepressant drugs and the seizure threshold. Neuropharmacology 1980;19(12):1227-8.

11. **Trimble MR.** Non-MAOI antidepressants, epilepsy and the seizure threshold. Br.J.Clin.Pract.Suppl 1980;7:103-5.

12. **Trimble MR**, Corbett JA. Behavioural and cognitive disturbances in epileptic children. Irish Med.J.Suppl. 1980;73:21-8.

13. **Trimble MR**, Perez MM, Pratt RTC. Some uses of prolactin in psychiatry. Adv.Biol.Psychiat 1980;5:46-57.

14. Robertson MM, **Trimble MR.** The antidepressant action of flupenthixol. Practitioner 1981;225(1355):761-3.

15. Thompson PJ, **Trimble MR.** Clobazam and cognitive functions: effects in healthy volunteers. Royal Society of Medicine International Congress and Symposium Series, Academic Press, London 1981:33-8.

16. Thompson PJ, **Trimble MR.** Further studies on anticonvulsant drugs and seizures. Acta Neurol.Scand.Suppl 1981;89:51-8.

17. **Trimble MR.** Gilles de la Tourette Syndrome. TINS 1981;4(12):13-5.

18. **Trimble MR.** Visual and auditory hallucinations. TINS 1981;4(12):1-4.

19. **Trimble MR**, Thompson PJ. Memory, anticonvulsant drugs and seizures. Acta Neurol.Scand.Suppl 1981;89:31-41.

20. Bernardi S, **Trimble MR**, Lammertsma AA, Frackowiak RSJ, Roberts JKA, Jones T. Cerebral blood flow and oxygen consumption in epilepsy investigated with positron emission tomography. Br.J.Clin.Pract.Suppl 1982;18:21-2.

21. Robertson MM, **Trimble MR.** Depression in patients with epilepsy. Br.J.Clin.Pract.Suppl 1982;18:27-8.

22. Robertson MM, **Trimble MR.** Depression and epilepsy: a review. Br.J.Clin.Pract.Suppl 1982;18:48-51.

23. Thompson PJ, **Trimble MR.** Comparative effects of anticonvulsant drugs on cognitive functioning. Br.J.Clin.Pract.Suppl 1982;18:154-6.

24. **Trimble MR**, Thompson PJ. Clobazam and cognitive function. Neurol et Psychiat. 1982;2/3:1-6.

25. **Trimble MR**, Wilson-Barnett J. Neuropsychiatric aspects of stress. Practitioner 1982;226(1371):1580-6.

26. **Trimble MR.** CT scan in schizophrenia. Lancet leader 1982;2:968.

27. Richens A, Nawishy S, **Trimble M**. Antidepressant drugs, convulsions and epilepsy. Br.J.Clin.Pharmacol. 1983;15 Suppl 2:295S-8S.

28. Robertson MM, **Trimble MR.** Depressive illness in patients with epilepsy: a review. Epilepsia 1983;24 Suppl 2:S109-S116.

29. **Trimble M**. Pseudo problems pseudoseizures. Br.J.Hosp.Med. 1983;29(4):326-33.

30. **Trimble MR.** Gilles de la Tourette's Syndrome. Psychiatry in practice 1983;17:7-14.

31. **Trimble MR**, Thompson PJ. Anticonvulsant drugs, cognitive function, and behavior. Epilepsia 1983;24 Suppl 1:S55-S63.

32. **Trimble MR**, Thompson PJ. Les drogues anticonvulsivantes et la fonction cognitive. Rev.Internat.Pediatrie 1983;136:27-36.

33. **Trimble MR.** Review. J.International Biomedical Information (IBID) 1983;4(1).

34. **Trimble MR.** Post traumatic stress disorder, the history and concept. Psychiatry in practice 1984;3:5-7.

35. **Trimble MR**, Thompson PJ. Sodium valproate and cognitive function. Epilepsia 1984;25 Suppl 1:S60-S64.

36. **Trimble MR.** Epilepsy and some of its consequences. Islamic Journal of World Medicine 1984;May:32-7.

37. **Trimble MR.** Epilepsy, antidepressants, and the role of nomifensine. J.Clin.Psychiatry 1984;45(4 Pt 2):39-42.

38. **Trimble MR.** Interictal psychoses of epilepsy. Acta Psychiatr.Scand.Suppl 1984;313:9-20.

39. **Trimble MR**, Paykel E. The current scope of psychopharmacology in the UK. Nord.Psykiatr.Tidsskr.Suppl. 1984;10:33-4.

40. **Trimble MR.** Management of psychoses in epilepsy. Clin.Neuropharmacol. 1984;7 (Suppl.1):483.

41. **Trimble MR.** Dementia in epilepsy. Acta Neurol.Scand.Suppl 1984;99:99-104.

42. **Trimble MR.** The neurological basis of anxiety. Br.J.Clin.Pract.Suppl 1985;38:10-4.

43. **Trimble MR.** Commentry. Vigilance and psychiatric disease. Integr.Psychiat. 1985;3:185-8.

44. **Trimble MR.** Commentry. Cerebral function, blod flow and metabolism. Integr.Psychiat. 1985;3:297-305.

45. **Trimble MR.** Post-traumatic stress disorder. Lancet 1985;1(8428):562.

46. **Trimble MR.** Psychosomatic aspects of epilepsy. Adv.Psychosom.Med. 1985;13:133-50.

47. **Trimble MR.** The physiological link between epilepsy and psychosis. Int.J.Neurol. 1985;19-20:211-7.

48. **Trimble MR.** Carbamazepine in recurrent affective disorders? Drug & Therapeutics Bulletin 1986;24:59-60.

49. **Trimble MR**, Thompson PJ. Neuropsychological and behavioral sequelae of spontaneous seizures. Ann.N.Y.Acad.Sci. 1986;462:284-92.

50. **Trimble MR.** Pseudoseizures. Neurol.Clin. 1986;4(3):531-48.

51. **Trimble MR.** Introduction. Recent Contibutions of Benzodiazepines to the management of epilepsy. 27 ed. 1986. p. 1-3.

52. Reveley MA, **Trimble MR.** Application of imaging techniques. Br.Med.Bull. 1987;43(3):616-33.

53. **Trimble MR.** Hysteria. Psychiatry in practice 1987;6:17-20.

54. **Trimble MR.** Cognitive effects of anti-epileptic drugs. Rev.Neurol (Paris) 1987;143:420-8.

55. **Trimble MR.** The neurology of schizophrenia. Br.Med.Bull. 1987;43(3):587-98.

56. **Trimble MR.** Anticonvulsant drugs and cognitive function: a review of the literature. Epilepsia 1987;28 Suppl 3:S37-S45.

57. **Trimble MR.** Generic prescribing. Human psychopharmacol 1987;2:1-2.

58. Antiepileptic and psychotropic properties of carbamazepine. Int.Clin.Psychopharm. 1988;2(Suppl.):1-10.

59. **Trimble MR.** Body image and the temporal lobes. Br.J.Psychiatry Suppl 1988(2):12-4.

60. **Trimble MR.** Epilepsy and its significance for psychiatry. Biological Psychiatry in Clinical Practice 1988;1(5):4-8.

61. **Trimble MR.** Neuropsychiatry. Current opinion in Neurology and Neurosurgery 1988;1:504-8.

62. **Trimble MR.** Carbamazepine and mood: evidence from patients with seizure disorders. J.Clin.Psychiatry 1988;49 Suppl:7-12.

63. **Trimble MR**, Cull C. Children of school age: the influence of antiepileptic drugs on behavior and intellect. Epilepsia 1988;29 Suppl 3:S15-S19.

64. **Trimble MR.** The neurology of anxiety. Postgrad.Med.J. 1988;64 Suppl 2:22-6.

65. **Trimble MR.** Cognitive hazards of seizure disorders. Epilepsia 1988;29 Suppl 1:S19-S24.

66. **Trimble MR.** Personality disorders and epilepsy. Acta Neurochir.Suppl (Wien.) 1988;44:98-101.

67. **Trimble M**. Psychopathology and movement disorders: a new perspective on the Gilles de la Tourette syndrome. J.Neurol.Neurosurg.Psychiatry 1989;Suppl:90-5.

68. **Trimble MR.** Pseudocrises. Jornal da Liga Brasileira de Epilepsia 1989;2:39-40.

69. **Trimble MR**, Cull CA. Antiepileptic drugs, cognitive function, and behavior in children. Cleve.Clin.J.Med. 1989;56 Suppl Pt 1:S140-S146.

70. **Trimble MR.** Funcoes cognitivas e epilepsia. Jornal da Liga Brasileira de Epilepsia 1989;2:79-80.

71. **Trimble MR.** Worldwide use of clomipramine. J.Clin.Psychiatry 1990;51 Suppl:51-4.

72. **Trimble MR.** Anticonvulsants in Children and Adolescents. J.Child & Adolescent Psychopharmacology 1990;1:107-24.

73. **Trimble MR.** Antiepileptic drugs, cognitive function, and behavior in children: evidence from recent studies. Epilepsia 1990;31 Suppl 4:S30-S34.

74. **Trimble MR.** Carbamazepine: an interface drug between neurology and psychiatry. Int.Clin.Psychopharm. 1990(suppl 5):95-103.

75. **Trimble MR.** Psychopathology of frontal lobe syndromes. Semin.Neurol. 1990;10(3):287-94.

76. Conlon P, **Trimble MR.** Current relevance of magnetic resonance imaging to clinical psychiatry. Recent Advances in Clinical Psychiatry 1991;7:93-104.

77. McGuire AM, Joyce CRB, **Trimble MR.** Patients perceived Quality of Life: a novel method. Quality of Life Newsletter 1991;2:5.

78. Ring HR, **Trimble MR.** Affective Disturbance in Parkinson's disease. International J.of Geriatric Psychiatry 1991;6:385-93.

79. **Trimble MR.** Interictal psychoses of epilepsy. Adv.Neurol. 1991;55:143-52.

80. **Trimble MR.** Can schizophrenia be localised? Journal of Neuropsychiatry 1991;3.

81. **Trimble MR.** Epilepsy and behaviour. Epilepsy Res. 1991;10(1):71-9.

82. Kendrick AM, **Trimble MR.** Assessment of quality of life in patients with chronic epilepsy. Quality of Life Newsletter 1992;3:5.

83. McGuire AM, **Trimble MR.** Patient perceived quality of life: a novel method. Quality of Life Newsletter 1992;2:4.

84. **Trimble M**. Neurological models of schizophrenia--regional implications. Clin.Neuropharmacol. 1992;15 Suppl 1 Pt A:395A-6A.

85. **Trimble MR.** Schizophrenia-like illness of Temporal Lobe Epilepsy. Current approaches to psychosis 1992;1:1063-5165.

86.  **Trimble MR.** Cognitive problems of patients with seizure disorders. New issues in Neurosciences 1992;IV:17-24.

87.  **Trimble MR**, Schmitz EB. SPET in epilepsy. European Journal of Nuclear Medicine 1994;11:1134-5.

88.  **Trimble MR.** New anticonvulsant drugs and the roleof cloazam as adjunctive therapy. Human psychopharmacol 1995;10:S65-S79.

89.  **Trimble MR.** Antidepressents and Seizures. Psyche 1996;2(1):9-11.

90.  **Trimble MR.** Hughlings Jackson comes home. J.R.Soc.Med. 1997;90(6):350-1.

91.  **Trimble MR.** Progress in Research into the neurobiological bases of schizophrenia. Nursing Times Research 1997;2(6):441-2.

92.  Selai CE, **Trimble MR.** Quality of Life (QOL) in Dementia. Quality of Life Newsletter 1998;19.

93.  **Trimble MR.** New antiepileptic drugs and psychopathology. Neuropsychobiology 1998;38(3):149-51.

94.  Krishnamoorthy ES, **Trimble MR.** Forced normalization: clinical and therapeutic relevance. Epilepsia 1999;40 Suppl 10:S57-S64.

95.  **Trimble MR**, van Elst LT. On some clinical implications of the ventral striatum and the extended amygdala. Investigations of aggression. Ann.N.Y.Acad.Sci. 1999;877:638-44.

96.  **Trimble M.** Dr. Moebius and his syndrome. CNS.Spectr. 2002;7(4):268.

97.  **Trimble M.** The fasting woman. CNS.Spectr. 2002;7(10):701.

98.  **Trimble M.** Sea horses and almonds. CNS.Spectr. 2002;7(6):421.

99.  **Trimble M.** William james and the religious experience. CNS.Spectr. 2002;7(12):850.

100. **Trimble M.** Dead reckoning. CNS.Spectr. 2002;7(8):565.

101. **Trimble MR.** Forcierte Normalisierung. Aktuelle Neurologie 2002;29(suppl 1):S12-S14.

102. **Trimble MR.** On the use of tranquillisers in epilepsy. Epilepsia 2002;43 Suppl 2:25-7.

103. **Trimble M.** Tubular sclerosis and the question of genetics. CNS.Spectr. 2003;8(8):562.

104. **Trimble M.** Magnetic resonance imaging and Hallervorden-Spatz syndrome. CNS.Spectr. 2003;8(6):420.

105. **Trimble M.** Epilepsy in England. CNS.Spectr. 2003;8(4):288.

106. **Trimble MR**, van Elst LT. The amygdala and psychopathology studies in epilepsy. Ann.N.Y.Acad.Sci. 2003;985:461-8.

107. **Trimble MR**, Krishnamoorthy ES. Neuropsychiatric disorders in epilepsy: some transcultural issues. Epilepsia 2003;44 Suppl 1:21-4.

108. **Trimble MR.** The tales neurologists tell. Book Review  Brain, 2005: 690-692.

109.   **Trimble MR.** Classics in Epilepsy and Behavior: Commentary. Epilepsy Behav. 2005; 6: 279-81.

110.   Selai C, Bannister D, Trimble MR. Antiepileptic Drugs and the Regulation of Mood and Quality of Life (QOL): The Evidence from Epilepsy. Epilepsia 2005; 46 (Suppl. 3): 1-8.

111.   **Trimble MR.** Happy seventh birthday Epilepsy and behavior. Epilepsy Behav. 2006; 8: 1-2.

112.   **Trimble MR.** Forward. Confinia Neuropsychiatrica 2006; 1:1

113.   **Trimble MR.** Mula M, Monaco F. Neuropsychiatry in Italy. Confinia Neuropsychiatrica 2006; 1: 9-16.

**Perspectives titles**
MONOGRAPHS AND SUPPLEMENTS:

**Trimble M R** (1979): Neuropsychiatric aspects of epilepsy.  SKF Publications.

**Trimble M R** (1982): The psychopathology of epilepsy.  Ciba-Geigy, Horsham, England.

**Trimble M R** (1983): Gilles de la Tourette: his syndrome.  A Guide for Physicians.  Colmore Press, London.

**Trimble M R** (1983): Gilles de la Tourette: his syndrome.  A Guide for Teachers and Parents.  Colmore Press, London.

**Trimble M R** (1986): Epilepsy.  The International Monograph Series.  Medicom International.

**Trimble M R** (1986):  Recent contributions of benzodiazepines to the management of epilepsy.  Epilepsia 27.  Suppl 1.

**Trimble M R** (1987): A study of movement disorders.  Janssen Cilag VK.

**Trimble M R** (1988): The management of resistant epilepsy.  Epilepsia 29.  Suppl.1.

**Trimble M R**  (1990):  Psychiatric syndromes in psychiatric disease.  Seminars in Neurology 10 (3).  Thieme Medical Publishers, New York.

**Trimble M R**, Cornaggia C M and Schmitz B. Ed. The Use of Psychotropic Drugs in Patients with Epilepsy.  Epilepsia 43 (Suppl2): 1, 2002.

Schmitz B, Trimble MR. Neurobiological Links of Epilepsy, Bipolar Disorder, and Anticonvulsants. Epilepsia 46 (Suppl3): 1-2.

## **LETTERS**:

1. **Trimble M**, Chadwick D, Reynolds EH, Marsden CD. Letter: L 5-Hydroxytryptophan and mood. Lancet 1975;1(7906):583.

2. **Trimble M**. Use of depot tranquillisers in psychiatric disorders. Br.Med.J. 1977;2(6101):1541.

3. **Trimble M**, Kingsley D. Cerebral ventricular size in chronic schizophrenia. Lancet 1978;1(8058):278-9.

4. **Trimble M**. Maprotiline hydrochloride and grand-mal seizures. Br.Med.J. 1978;2(6149):1430.

5. **Trimble MR.** Antidepressant drugs and convulsions. Lancet 1980;1(8163):307.

6. Thompson PJ, **Trimble MR.** Changing to one anticonvulsant. Lancet 1981;1(8217):447.

7. **Trimble MR.** Post-traumatic neurosis. J.Roy.Soc.Med. 1981;74:940-1.

8. **Trimble MR.** Doctors, drugs and the DHSS. Br.Med.J. 1984;289:1615.

9. Allen JW, Jawad S, Oxley J, **Trimble M**. Development of tolerance to anticonvulsant effect of clobazam. J.Neurol.Neurosurg.Psychiatry 1985;48(3):284-5.

10. **Trimble MR.** Viloxazine and anticonvulsants. J.Neurol.Neurosurg.Psychiatry 1985;48(2):193-4.

11. **Trimble MR.** Antidepressant drugs and seizures. J.Neurol.Neurosurg.Psychiatry 1985;48:193.

12. **Trimble MR.** The benzodiazepine muddle. Epilepsy now 1985;15:4.

13. **Trimble MR.** Behavioural Neurology. Brit.J.Psychiat. 1987;151:128.

14. Trend P, **Trimble M**, Wessely S. Schizophrenic psychosis associated with benzhexol (artane) therapy. J.Neurol.Neurosurg.Psychiatry 1989;52(9):1115.

15. **Trimble MR.** Cognitive effects of anticonvulsants. Neurology 1991;41(8):1326.

16. George MS, **Trimble MR.** Dystonic reaction associated with fluvoxamine. J.Clin.Psychopharmacol. 1993;13(3):220-1.

17. Moriarty J, **Trimble M**, Hayward R. Obsessive-compulsive disorder onset after removal of a brain tumor. J.Nerv.Ment.Dis. 1993;181(5):331.

18. Varma AR, Moriarty J, **Trimble MR.** Thalamo-frontal psychosis. Br.J.Psychiatry 1994;164(1):124-5.

19. Scull DA, **Trimble MR.** Mania precipitated by carbamazepine withdrawal. Br.J.Psychiatry 1995;167(5):698.

20. Selai CE, **Trimble MR.** Patient's assessments of disability in multiple sclerosis. Most patients have difficulty in rating themselves on visual analogue scales. BMJ 1997;315(7118):1305-6.

21. Selai CE, **Trimble MR**, Rossor MN, Harvey RJ. Effectiveness of rivastigmine in Alzheimer's disease. Patients' view on quality of life should be assessed. BMJ 1999;319(7210):641-2.

22. van Elst LT, Woermann F, Lemieux L, **Trimble MR.** Increased amygdala volumes in female and depressed humans. A quantitative magnetic resonance imaging study. Neurosci.Lett. 2000;281(2-3):103-6.

23. Tebartz vE, Ebert D, **Trimble MR.** Aggression and Violence in Patients with Epilepsy. Epilepsy Behav. 2001;2(1):65-6.

24. **Trimble MR.** Psychopathology of Epilepsy. Epilepsy Behav. 2001;2(5):500-1.

25. van Elst LT, **Trimble MR**, Ebert D, van Elst LT. Dual brain pathology in patients with affective aggressive episodes. Arch.Gen.Psychiatry 2001;58(12):1187-8.

26. van Elst LT, Ebert D, **Trimble MR.** Hippocampus and amygdala pathology in depression. Am.J.Psychiatry 2001;158(4):652-3.