EXHIBIT 5

## DIVISION OF NEUROPHARMACOLOGICAL DRUG PRODUCTS
## COMBINED MEDICAL-STATISTICAL REVIEW

OCT 13 1993

| | |
|---|---|
| **NDA:** | 20-235 |
| **Sponsor:** | Parke-Davis Pharmaceuticals |
| **Brand Name(generic name):** | Neurontin® (Gabapentin) |
| **Indication:** | Adjunctive Medication in Refractory Partial Epilepsy |
| **NDA Classification:** | 1P |
| **Original Receipt Date:** | January 31, 1992 |
| **Clinical Reviewer:** | Cynthia G. McCormick, M.D. |
| **Statistical Reviewer:** | Baldeo K. Taneja, Ph.D. |

Confidential

## TABLE OF CONTENTS

|  |  | Page(s) |
|---|---|---|
|  | Table of Contents |  |
| 1.0 | Background | 1 |
| 2.0 | Material Reviewed | 2 |
| 3.0 | Chemistry | 2 |
| 4.0 | Pharmacology | 3-7 |
| 5.0 | Proposed Indications | 7 |
| 6.0 | Description of Clinical Data Sources | 7-15 |
| 7.0 | Efficacy Findings | 16-74 |
| 8.0 | Safety Findings | 74-118 |
| 8.1 | Methods | 74-77 |
| 8.2 | Deaths | 77-81 |
| 8.3 | Assessment of Dropouts | 81-86 |
| 8.4 | Other Safety Findings | 86-92 |
| 8.5 | Laboratory Findings | 92-100 |
| 8.6 | Special Studies | 100-101 |
| 8.7 | Overdose Experience | 101-102 |
| 8.8 | Serious Adverse Events | 102-114 |
| 8.9 | Drug Interactions | 114-116 |
| 8.10 | Summary | 116-117 |
| 9.0 | Conclusions based on Statistical Analyses | 118 |
| 10.0 | Recommendations | 119 |

Pfizer_LAlphs_0084360

## 8.0 Safety Findings

The purpose of this section is to assess the safety data submitted in this NDA in order to identify the risks associated with the use of Gabapentin administered in the manner suggested in the proposed labeling and to determine if any additional analysis may be needed to establish the reasonable safety of the drug system. This portion of the review will attempt to distinguish those adverse effects which may be attributed to the known pharmacokinetic actions of Gabapentin from any unexpected, local, or idiosyncratic effects. The safety review focuses on data derived from clinical trials sponsored by Parke Davis in support of this NDA. This section will contain the human safety findings, analyses and interpretations, coming from individual studies, pools of relevant studies, and the entire population exposed in the sponsor's development program

## 8.1 Methods

In evaluating the safety of gabapentin the gabapentin-exposed population was examined for the most clinically serious adverse events and the most commonly collected and reported safety data were reviewed. The data that were relied upon for the assessment of serious adverse events were the summaries and case report forms of deaths, and dropouts due to adverse events as well as tabular summaries of adverse events determined to be serious by the investigators. In addition all case report forms that were provided in reference to these were reviewed. Finally a random check through other case report forms that were provided was made to screen for serious events that might have been missed thought other methods, such as those that were not labelled as serious, but were considered serious by other criteria. The population relied upon for these was the total exposed population. Additional materials that were reviewed for this analysis included the Integrated Safety Summary (NDA Vol 1.70-1.72 filed January 31, 1992), the Safety Update#1 (NDA Vol. 5.1-5.4 filed June 1, 1992), and Safety Update #2 (NDA Vol. 24.1-24.4) with the associated case report forms and tabular summaries of laboratory and adverse event data. the individual study reports of the major studies and the available CRF's as well as the extended treatment studies and the available case report forms provided for these studies.

This safety review is current as of 6/30/1992 in the drug's development except for deaths and serious adverse events which have been updated to 9/15/1992. The dates that are pertinent to this submission are shown below.

### Data Cutoff Dates for Gabapentin Submissions

| Document | Submitted | Safety Cutoff | Deaths Cutoff | Serious AE |
|---|---|---|---|---|
| NDA | 1/31/92 | 4/30/90 | 8/31/91 | 6/30/91 |
| First Safety Update | 5/29/92 | 6/30/91 | 2/29/92 | 2/29/92 |
| Second Safety Update | 11/2/92 | 6/30/92 | 9/15/92 | 9/15/92 |

Relevant background information (noted in section 1.0) in the preclinical development of gabapentin necessitated a review of the safety data with the potential for carcinogenicity in mind. No other significant preclinical issues emerged during development, and indeed it appeared as though this drug was free of many of the adverse



effects seen from other antiepileptic drugs, such as the propensity to cause liver toxicity and bone marrow depression and the tendency for interaction with other antiepileptic drugs.

The data for review are derived from two data bases: the Clinical Pharmacology and the Clinical Safety Databases. The Clinical Pharmacology Database consists of information from 462 individuals (355 healthy subjects, 52 epilepsy patients and 55 patients with renal dysfunction) enrolled in phase 1 pharmacokinetic studies.

| Phase 1 | |
|---|---|
| gabapentin | 448 (14 of these patients also received PBO) |
| placebo | 28 |
| total | 462 |

These were derived from a total of 35 pharmacokinetic studies which are reported only in the original NDA submission[22].

The Clinical Safety Database contains safety information from Phase 2-3 studies which include the controlled clinical trials in epilepsy, uncontrolled epilepsy studies, and the smaller trials for the evaluation of gabapentin in migraine and spasticity , yielded a database of 1607 patients who received drug as well as 489 placebo patients.

| Phase 2-3 | | |
|---|---|---|
| gabapentin | 1607 | |
| placebo | 489 | (all but 47 of these patients eventually |
| total | 1654 | received drug) |

Of the 1607 patients who received gabapentin in phase 2-3 trials, 1460 had epilepsy, 102 spasticity,and 45 had migraine. Seven (7) of these patients had been in phase 1 trials and are not counted twice. The total number of patients exposed to gabapentin in phase 2-3 studies is 1607. During the course of development, some patients moved from one study to another. The usual path of movement is shown in sponsor's Figure 1 [23] shown on the following page

A small number of patients (N=33) were evaluated in epilepsy monotherapy trials. Of these, only 15 were exposed to gabapentin, and 18 to placebo. Because of the safety concerns raised about the preclinical toxicity of gabapentin and the imposition of clinical hold these trials were not brought to completion. They are included in the above totals for phase 2-3 studies

---

22 NDA   Vol 1.70-1.72

23NDA Vol 1.70 page 17

Confidential

| Double-Blind Placebo-Controlled | Uncontrolled | |
| --- | --- | --- |
| | Short-Term | Long-Term |

FIGURE 1.  Schematic Overview of All Epilepsy Studies

The total number of patients exposed to drug in all studies as of June 30, 1992 was 2048 (448+1607-7) or 1961 patient years excluding patients in named patient or compassionate use protocols, Huntington's disease and patients enrolled in early pharmacokinetics studies for whom there were no case report forms. As of September 15, 1992, 2096[24] patients are estimated to have received drug. Patient exposure to gabapentin can also be expressed as 1971 patient years of exposure excluding the patients in the two placebo controlled trials still in progress. There are an estimated 14 gabapentin-exposed patients for whom there is no information.

## 8.2 Deaths

A total of 25 deaths were reported out of an estimated total exposed population of 2096 patients. Seven (7) of these occurred following discontinuation of treatment. Of the 25, there were 13 deaths associated with complications of epilepsy and seizures out of control. There were 3 cardiac deaths, one homicidal death and one death due to an apparently spontaneous cerebral hemorrhage. In addition there were 6 deaths from or related to complications of cancer. One suicide occurred long after discontinuation of treatment. The overall death rate, then, is approximately 1% of all exposures and the majority occurred after one year of treatment. The table shown on the pages following this section summarizes the deaths reported in association with gabapentin therapy and lists causes by patient with dose and duration of therapy prior to death.

The incidence of Sudden Unexplained Death in Epilepsy (SUDE) was examined. There were only two patients who were reported to have died on gabapentin treatment unexpectedly and without a reasonable explanation or evidence for cause of death at autopsy. Three additional patients had death attributed to seizure when none was observed. If these numbers are included among the "unexplained deaths" there are 5

---

24 Since studies 945-36 and 945-8 are still in progress, and the randomization code has not yet been broken, the actual number of patients exposed to gabapentin is not known, and is therefore estimated as half of the patients currently enrolled. One death was reported in 945-36 but the treatment assignment has not yet been revealed.

Patients in the following studies received gabapentin but their data are not included in the safety database and they are not included in the 2048 patients reported in the Second Safety Update.

| Study 945-15 | 9 | An additional 9 patients received gabapentin between June 30 and September 15, 1992 |
| Study 945-73 | 12 | All 12 participants in this PK study received gabapentin |
| Study 8803-013 | 1 | Patient RS who received gabapentin on a compassionate basis died. His death was reported but he was not included among the numbers in safety database of 2048. |

Confidential

patients who could reasonably be called unexplained. If all five are considered, the overall rate of SUDE for the exposed patients in the combined studies would amount to 5 per 1971 patient years , or 2.5 SUDE /1000 pt years.   In the absence of controls one cannot determine for this population specifically what that risk should accurately be and therefore it must be noted that the risk is slightly higher than the background rate reported among epileptics in some studies.

Other deaths associated with seizures were infrequent and not unexpected from the population studied.  These included deaths due to drowning, aspiration during  seizure activity, and death resulting from a traumatic subarachnoid hemorrhage occurring during a fall in an ataxic patient whose seizures were not adequately controlled.   There was one reported death associated with complications of *status epilepticus* .

There were six deaths associated with cancer in the population treated with gabapentin. Four of these were treatment emergent,  the fifth represented a stable (5 years) lesion that showed rapid growth during the first 113 days on drug.  The sixth death was reported in a patient who had a recurrence of a brain tumor that had been resected  6 years earlier, and was stable on entry into 945-5.   Four of patients with tumors died after medication had been discontinued. The remainder died on treatment.  The average time from onset of treatment to diagnosis  of the patients who died of tumors was 489 days with a range of             days.  Tumors represented a range of tissue types from lymphoma to astrocytoma to lung cancer with no particular tissue type, therefore, emerging as prominent.   Further discussion of tumors emergent during treatment can be found in Section 8.8

There were three cardiac associated deaths. One patient died as a complication of coronary artery bypass surgery.  A second had a history of active cardiovascular disease, with a recent infarction.  The third death was associated with severe coronary artery disease found at autopsy. The patient was only 37 years of age.  The finding of severe coronary artery disease has not been reported with the other postmortem examinations of patients who have been on gabapentin therapy, however, only 10 postmortem examinations have been performed.  There was an additional male patient reported as dying at the age of 30  of another cause who had evidence of mild atherosclerosis at postmortem examination.

 **Comment.**  None of these deaths was considered by the investigators or by the sponsor to be related to Gabapentin. The deaths accounted for by SUDE ( sudden unexplained death in epilepsy) and accidental or seizure related deaths are not inconsistent with mortality rates for epileptic populations.   The deaths are diverse in etiology, without clear temporal relationship to Gabapentin therapy.   The  fact that six subjects died of complications of tumors after prolonged use of a drug shown to be carcinogenic in at least one species of animals should  support some degree of  caution in labelling.   Tumors emergent, recurrent and expanding  during treatment will be discussed further in section 8.8.

Confidential