NDA #20-235 Medical-Statistical Review                                                                                                                79

Summary of Deaths Occurring in GABAPENTIN-Treated Patients (N=2075)

| Study/Patient Number | Age (yrs) | Sex | Dose (mg/d) | Duration (days) | Cause of Death and Comments |
|---|---|---|---|---|---|
| | | | | | **Tumor Related** |
| RS | 63 | M | | 85 | Cause: Lung Cancer<br>Comment: Tumor diagnosed 6 weeks after stopping therapy. He died within 150 days of stopping therapy for LOE (MS, spasticity) |
| 945-13 | 65 | M | 2400 | 1589 | Cause: Lung Cancer with brain metastases onset during treatment(unk)<br>Comment: History of meningioma and prostatic CA. |
| 877-210PX | 37 | F | 1200 | 223 | Cause: Astrocytoma/Bronchopneumonia<br>Comment: Arachnoid Cyst on admission to study. Unchanged before treatment from 1981 to 1986 by CT. (Scanned on day 0.) Treatment with GBP started 1987. On day 113 of treatment, showed definite enlargement. Biopsy revealed glioma. |
| 945-14 | 41 | M | 1200 | 453 | Cause: Cerebral Infarction (by CT)<br>Comment: Non-Hodgkins Lymphoma diagnosed approximately 100 days into treatment. Pt died 71 days after treatment stopped |
| 945-13 | 35 | M | 2400 | 400 | Cause: Astrocytoma<br>Comment: Pt had been off therapy for 23 days |
| | | | | | **Seizure Associated** |
| 945-13 | 22 | M | 600 - 2400 | 183 | Cause: Not stated<br>Comment: Recurrent BT diagnosed on day 84. Pt died 9 mos after stopping therapy. Had BT resection and RT16 y.o. |
| 945-14 | 49 | F | 1800 | 301 | Cause: "Patient died in an epileptic seizure" Pt found dead<br>Comment: Lacerations and bruises on tongue at autopsy. "Pt developed ECG changes on treatment suggestive of a subendocardial infarct. |
| 945-14 | 37 | M | 1800 | 239 | Cause: Aspiration during a seizure. Witnessed.<br>Comment: Concussion on days 199-200 |
| 945-14 | 30 | M | 1800 | 765 | Cause: Accidental/complications of alcoholism(postmortem)<br>Comment: Circumstances at the scene suggested that the patient had had a seizure. House in disarray. Organs smelled of alcohol at autopsy. Blood EtOH 2.0 and urine alcohol 3.0. He was found in his yard frozen to death (outside temperature -16°C). Atherosclerosis. |
| 877-210G | 41 | F | 1200 | 62 | Cause: Aspiration (Postmortem)<br>Comment: Patient found dead in bed. Postmortem showed aspiration of gastric contents and intense pulmonary congestion |
| 860-033 | 43 | M | 900 | 26 weeks | Cause: Unknown (Postmortem)<br>Comment: Patient died in her sleep |
| 945-13 | 40 | F | 2400 | 523 | Cause: Unknown.<br>Comment: "The history of the circumstances of her death suggests patient may have suffocated during flurry of seizures secondary to aspiration" Patient had never reported seizure flurries. |



Confidential                                                                                                                Pfizer_LAlphs_0084439

NDA #20-235 Medical-Statistical Review                                                                      80

| ID | Age | Sex | Dose | Day | Cause / Comment |
|---|---|---|---|---|---|
| 945-15 | 85 | M | 2400 | 620 | Cause: Unknown(?) PM<br>Comment: Reported as asphyxia due to seizure but no seizure was witnessed. Found on floor in fetal position. |
| 945-16 | 26 | M | 2400 | 294 | Cause: Drowning<br>Comment: Patient was thought to have had a seizure while swimming. |
| 945-36 | 44 | M | 1200 | 8 | Cause: Complications of seizures (PM)<br>Comment: Recurrent status epilepticus, hospitalized. Developed pneumonia, septic shock, aspiration suspected. |
| 945-13 | 27 | M | 2000 | 1005 | Cause: Traumatic SAH following a seizure(no postmortem)<br>Comment:Three additional hospitalizations following seizures, broken hip. Ataxia noted in CRFs |
| 880-033 | 23 | M | | | Cause:Unknown (no postmortem)<br>Comment: Died 13 weeks after treatment stopped |
| 945-6 | 17 | M | | 26 Week +? | Cause: Seizure, Drowned in bath<br>Comment: Poorly controlled seizures, died 54 days after stopping Gabapentin |
| | | 17 | M | | |
| 945-13 | 25 | M | 2400 | 1479 | Cause: Unexplained (no postmortem)<br>Comment: Patient died in his sleep |
| | | | | | Cardiac Related |
| 945-13 | 65 | M | 1800 | 799 | Cause: Cardiac Tamponade<br>Comment:Patient died in the immediate postoperative period following coronary artery bypass surgery |
| 945-15 | 87 | M | 2400 | 657 | Cause: CHF, ventricular tachycardia, cardiac standstill<br>Comment. Myocardial infarction, ventricular fibrillation, cardiogenic shock, cardiac arrest 3 months prior, no COPD |
| 945-13 | 37 | M | 2400 | 870 | Cause: Cardiac complications of CAD (PM)<br>Comment: Severe CAD at autopsy found hyperventilating at bus stop |
| 945-13 | 87 | M | 2300 | 1845 | Cause: Cardiac arrest |
| | | | | | Other |
| 945-13 | 33 | M | 2400 | 845 | Cause: Stabbed<br>Comment:Pt was stabbed in the abdomen and died on the same day of his wounds |
| 945-14 | 55 | M | 2400 | 1053 | Cause:Cerebral Hemorrhage<br>Comment: Pt admitted with uncontrolled arterial hypertension, hyponatremia 121 and evidence of multiple intraparenchymal hemorrhages on CT scan. |

Confidential                                                                      Pfizer_LAlphs_0084440

NDA #20-235 Medical-Statistical Review

81

### 8.3 Assessment of Dropouts

**Overall Pattern of Dropouts**

Discontinuations are classified according whether they occurred because of adverse events, lack of efficacy and "other". The "other" category is poorly characterized but it includes such reasons as unknown, personal reasons, administrative reasons, noncompliance, patient preference, no improvement, lost to follow-up, surgery, protocol violation, therapy ended, study site closed, and aggravation of disease. The table on this and the next page provides the percentage of patients dropping out by treatment group and reason for the pooled phase 2 and 3 database. The overall dropout rate by gabapentin-treated patients and subjects from gabapentin studies (including deaths) is 45%. The rate for withdrawal during placebo controlled trials is also shown so that the dropout rate due to drug in the first months of treatment can be compared to placebo. The dropout rates are comparable in these two groups. More representative of the long term attrition rates are the pooled clinical trials including the uncontrolled extended treatment studies in epilepsy. If all clinical epilepsy studies with gabapentin are considered the overall dropout rate is 63%. This can be broken down further into a 33% withdrawal rate for lack of efficacy and 7% from adverse events. The withdrawal rate due to "other" is high at 23%. One cannot assume with an dropout rate of 63% from all clinical studies that 37% of all patients and participants are still on treatment, since these numbers do not reflect patients who completed one study but did not go into extended treatment protocols. In fact, the actual number of patients still on drug is 289 (14%).

### Withdrawal Rates by Treatment Group

| Reason for Withdrawing | Percent Withdrawals | |
|---|---|---|
| | Gabapentin | Placebo |
| **Pharmacokinetic studies** | N=449 | N=28 |
| Lack of Efficacy | 0 | 0 |
| Adverse Events | 3 | 0 |
| Other/Unspecified | 1 | 0 |
| Subtotal | 4 (.8%) | |
| | | |
| **All Clinical Studies** | | |
| Controlled Epilepsy trials Add-on N=921 | N=543 | N=378 |
| Lack of Efficacy | 12(2%) | 7(2%) |
| Adverse Events | 27(5%) | 13 (3%) |
| Other/ Unspecified | 10 (2%) | 6(2%) |
| Subtotal | 48 (9%) | 26(7%) |
| | | |
| Controlled Epilepsy Trials Monotherapy N=33 | N=15 | N=18 |
| Lack of Efficacy | 0 | 0 |
| Adverse Events | 0 | 0 |

NDA #20-235 Medical-Statistical Review                                    82

| | | |
|---|---|---|
| Other/Unspecified | 0 | 0 |
| Subtotal | 0 | 0 |
| | | |
| Uncontrolled Epilepsy Studies | N=1842 | |
| Lack of Efficacy | 422 | |
| Adverse Events | 104 | |
| Other/Unspecified | 273 | |
| Subtotal | 819 | |
| | | |
| All Epilepsy Studies N=1507 | N=1460 | N=387 |
| Lack of Efficacy | 488 | 7 |
| Adverse Events | 134 | 17 |
| Other/Unspecified | 305 | 6 |
| Subtotal | 927 | 26 |
| | | |
| Migraine/Spasticity N=240 | N=147 | N=93 |
| Lack of Efficacy | 2 | 1 |
| Adverse Events | 9 | 4 |
| Other/Unspecified | 13 | 13 |
| Subtotal | 24 (16%) | 20 (22%) |
| | | |
| All Clinical Studies N=1746 | N=1605 | N=489 |
| Lack of Efficacy | 456 | 8 |
| Adverse Events | 139 | 17 |
| Other/Unspecified | 295 | 19 |
| Subtotal | 890 | 44 |
| | | |
| Total: All Studies N=2201 | N=2048 | N=517 |
| Lack of Efficacy | 488 | 8 |
| Adverse Events | 146 | 17 |
| Other/Unspecified | 296 | 19 |
| Grand Total | 893 | 44 |

Note: Patients are counted only once in the totals, even though they may be represented in more than one study. For example, a patient may appear in several uncontrolled studies before ultimately withdrawing, but he will be counted as a dropout only once. Therefore the apparent percent of attrition in certain groups, especially the uncontrolled studies may appear falsely low.

Upon receipt of further information on treatment assignment from the firm, many of the "other" patients will be reclassified according to the appropriate category, lack of efficacy or adverse event.

Confidential                                            Pfizer_LAlphs_0084442

NDA #20-235 Medical-Statistical Review                                     83

**Overall Pattern of Dropouts (cont'd)**

The dose range associated most frequently (32%) with withdrawal due to adverse events is the 900-1200 mg/day range.

The sponsor has provided a graph of the Kaplan Meier estimated cumulative time to withdrawal which reflects withdrawal due to an adverse event. This is shown below. More than half of the withdrawals due to adverse events have occurred within the first year and a half of treatment.



FIGURE 6.  Kaplan-Meier Estimated Cumulative Time to Onset of Serious Adverse Events for All Studies:  Second Safety Update

Confidential                                                     Pfizer_LAlphs_0084443

NDA #20-235 Medical-Statistical Review                                                                84

The dropout statistics presented in the original NDA classified dropouts due to seizures as due either to adverse events or lack of efficacy or "other". They were divided in this manner according to the original coding by the individual investigator. Additionally, by the firm's convention if a convulsion was cited as an adverse event and the patient was also dropped due to lack of efficacy, the patient would be recorded as dropout due to an adverse event. In an effort to gain a sense of how many withdrawals occurred due to lack of efficacy, all withdrawals due to seizures were reclassified as withdrawals due to lack of efficacy in the Second Safety Update. However to retain the investigator's intent in calling these as adverse events they will be considered below in their original context.

**Adverse Events Associated with Dropout** The most common reason for discontinuation from treatment with gabapentin was neurological (convulsions), followed by somnolence, then death. The summary table below shows the adverse events most commonly associated with withdrawal from trials (all epilepsy studies and all trials) and their incidence. They are listed in order of most common occurrence. In some cases more than one adverse event was given as the reason for withdrawal.

| Adverse Event Associated with Withdrawal All Studies | N (%) N=2048 |
|---|---|
| Convulsions | 39 (1.9) |
| Somnolence | 23 (1.1) |
| Death | 23 (1.1) |
| Ataxia | 15 (.73) |
| Fatigue | 12 (.58) |
| Dizziness | 12 (.58) |
| Nausea and Vomiting | 12 (.58) |
| Rash | 11 (.54) |
| Depression and suicide ideation | 10 (.48) |
| Weight Gain | 9 (.43) |
| Headache | 7 (.34) |
| Thinking abnormal | 7 (.34) |
| Confusion | 6 (.29) |
| Diplopia | 6 (.29) |
| Abdominal Pain | 5 (.24) |
| Paresthesias | 5 (.24) |
| Amnesia | 5 (.24) |
| Dysarthria | 4 (.19) |
| Insomnia | 4 (.19) |
| Brain Neoplasm | 4 (.19) |
| Nervousness | 4 (.19) |
| Agitation | 4 (.19) |
| Anxiety | 4 (.19) |
| Impotence | 4 (.19) |
| Decreased WBC | 4 (.19) |