NDA #20-235 Medical-Statistical Review                                                              84

The dropout statistics presented in the original NDA classified dropouts due to seizures as due either to adverse events or lack of efficacy or "other". They were divided in this manner according to the original coding by the individual investigator. Additionally, by the firm's convention if a convulsion was cited as an adverse event and the patient was also dropped due to lack of efficacy, the patient would be recorded as dropout due to an adverse event. In an effort to gain a sense of how many withdrawals occurred due to lack of efficacy, all withdrawals due to seizures were reclassified as withdrawals due to lack of efficacy in the Second Safety Update. However to retain the investigator's intent in calling these as adverse events they will be considered below in their original context.

**Adverse Events Associated with Dropout** The most common reason for discontinuation from treatment with gabapentin was neurological (convulsions), followed by somnolence, then death. The summary table below shows the adverse events most commonly associated with withdrawal from trials (all epilepsy studies and all trials) and their incidence. They are listed in order of most common occurrence. In some cases more than one adverse event was given as the reason for withdrawal.

| Adverse Event Associated with Withdrawal All Studies | N (%) N=2048 |
|---|---|
| Convulsions | 39 (1.9) |
| Somnolence | 23 (1.1) |
| Death | 23 (1.1) |
| Ataxia | 15 (.73) |
| Fatigue | 12 (.58) |
| Dizziness | 12 (.58) |
| Nausea and Vomiting | 12 (.58) |
| Rash | 11 (.54) |
| Depression and suicide ideation | 10 (.48) |
| Weight Gain | 9 (.43) |
| Headache | 7 (.34) |
| Thinking abnormal | 7 (.34) |
| Confusion | 6 (.29) |
| Diplopia | 6 (.29) |
| Abdominal Pain | 5 (.24) |
| Paresthesias | 5 (.24) |
| Amnesia | 5 (.24) |
| Dysarthria | 4 (.19) |
| Insomnia | 4 (.19) |
| Brain Neoplasm | 4 (.19) |
| Nervousness | 4 (.19) |
| Agitation | 4 (.19) |
| Anxiety | 4 (.19) |
| Impotence | 4 (.19) |
| Decreased WBC | 4 (.19) |

A total of 504 individuals withdrew from clinical trials because of convulsions which were coded as either adverse events (37), lack of efficacy (451), or "other " which included aggravation of disease (2) and no improvement (14). As alluded to earlier, these were reclassified at the request of FDA as withdrawal due to lack of efficacy in an effort to determine the magnitude of withdrawal relating to the underlying disease process. The withdrawals due to seizures that were originally coded as adverse events or "other/aggravation of disease" are included in this section because it is assumed by the investigator coding these as adverse events, the patient was perceived as having more than just a failure of treatment. Prior to reclassifying the convulsions as lack of efficacy, convulsions were the most common reason given for withdrawal as an adverse event, with an incidence of (39/2048)1.9% of all dropouts and ((39/1460) 2.7% among epilepsy dropouts). The most common adverse events responsible for withdrawal from therapy excluding convulsions and death (somnolence, ataxia, fatigue and dizziness) are also among the most commonly reported adverse events in general.

Also reported, but less frequently (.14% of patients) as reasons for withdrawal from studies due to adverse events included the following : emotional lability, tremor, hyperkinesia, asthenia, generalized edema, myalgias, brain surgery, intracranial hemorrhage, maculopapular rash (included with all rashes above), and pregnancy. Clearly not all pregnancies which resulted in withdrawal from therapy were recorded. Adverse events that were reported by .09% of patients were: malaise, suicidal ideation (also included above under depression), amblyopia, tinnitus, hostility, twitching, hypotonia, hypertonia, pain, chest pain and diarrhea. Finally adverse events reported by .04 % of patients associated with withdrawal include: urticaria (included with all rashes above), drug toxicity, fever, peripheral edema viral infection, heart block, vasodilatation, peripheral vascular disorder, ventricular extrasystoles, atrial fibrillation, stomatitis, dyspepsia, increased salivation, hyperthyroid, nonHodgkin's Lymphoma, arthralgia, fracture, hemiplegia, nystagmus, paresis, speech disorder, feeling high, doped-up sensation, antisocial reaction, alopecia, desquamation, asthma, pleural disorder, pneumonia, URI, lung edema, abnormal kidney function and anuria, urinary retention, urinary frequency, breast cancer, increased platelet count, decreased platelet count, decreased hemoglobin and hematocrit, decreased RBC count, increased hemoglobin and hematocrit, abnormal liver function studies, albuminuria and low serum albumin.

Of these events many were considered serious adverse events such as anuria, depression and suicidal ideation, tumors and will be considered more fully in that section. The abnormal laboratory values are discussed in more detail in the section on adverse common adverse events-Laboratory values.

**Lack of Efficacy:** All patients enrolled in Gabapentin epilepsy studies were by design refractory to standard AEDs. Lack of efficacy was not defined specifically but was the reason given by patients who withdrew from clinical trials because of inadequate seizure control. The firm was asked to consolidate the data on withdrawal due to seizures by combining the pertinent numbers from other categories. The final number would include the 37 patients who had been coded as withdrawal due to adverse event, the 2

Confidential                                                    Pfizer_LAlphs_0084445

NDA #20-235 Medical-Statistical Review                                                      86

"other" patients who withdrew because of aggravation of disease, the 14 patients who withdrew because they showed "no improvement" with the 488 patients who withdrew because of lack of efficacy. The dropout rate, then, for all Gabapentin clinical epilepsy studies due to inadequate response or deterioration as of 6/30/92 was (504/1460) 35%. This may be an underestimate of the actual attrition due to LOE since 291/1460 (20%) withdrew for "other" reasons, which included not stated, termination form not required, left to start another medication, lost to follow-up, requested by mother, and so on, who may have indeed experienced lack of effect.

8.4   Other Safety Findings

ADR Incidence Tables:
Incidence in Controlled Clinical Trials
The table below and continued on the following pages enumerates adverse events that occurred at a frequency of 1% or more among gabapentin treated patients who participated in placebo controlled studies of similar design. Reported adverse events were classified using a modified COSTART-preferred terminology. These figures provide some basis for estimating the relative contribution of drug vs. nondrug factors to the side effect incidence rate in the population studied.

Distribution of Treatment Emergent Adverse Events with an incidence of ≥1%

| Adverse Event | All Participants (N=2048) | Clinical Studies (N=1607) | Epilepsy Patients (N=1460) |
|---|---|---|---|
| **Body as a Whole** | | | |
| Headache | 339 (16.55%) | 269 (16.7%) | 267 (18.3%) |
| Fatigue | 315 (15.38%) | 249 (15.5%) | 236 (16.2%) |
| Weight Increase | 131 (6.4%) | 131 (8.2%) | 131 (9.0%) |
| Viral Infection | 130 (6.35%) | 128 (8.0%) | 128 (8.8%) |
| Back Pain | 73 (3.56%) | 73 (4.5%) | 73 (5.0%) |
| Peripheral Edema | 72 (3.52%) | 71 (4.4%) | 71 (4.9%) |
| Fever | 66 (3.22%) | 66 (4.1%) | 65 (4.5%) |
| Asthenia | 53 (2.59%) | 45 (2.8%) | 43 (2.9%) |
| Pain | 42 (2.05%) | 41 (2.6%) | 40 (2.7%) |
| Chest Pain | 28 (1.37%) | 24 (1.5%) | 23 (1.6%) |
| Malaise | 23 (1.12%) | 20 (1.2%) | 20 (1.4%) |
| Head Injury | 22 (1.07%) | 21 (1.3%) | 21 (1.4%) |
| | | | |
| **Cardiovascular** | | | |
| Vasodilatation | 25 (1.22%) | 18 (1.1%) | 18 (1.2%) |
| | | | |
| **Digestive** | | | |
| Nausea and Vomiting | 212 (10.35%) | 188 (11.7%) | 182 (12.5%) |
| Abdominal Pain | 113 (5.52%) | 104 (6.5%) | 101 (6.9%) |

Confidential                                                                                         Pfizer_LAlphs_0084446

NDA #20-235 Medical-Statistical Review                                                                87

| | | | |
|---|---|---|---|
| Diarrhea | 99 (4.83%) | 89 (5.5%) | 87 (6.0%) |
| Dyspepsia | 66(3.22%) | 59(3.7%) | 57(3.9%) |
| Dental Abnormalities | 54 (2.64%) | 53 (3.3%) | 53 (3.6%) |
| Constipation | 42 (2.05%) | 40 (2.5%) | 40(2.7%) |
| Increased Appetite | 36 (1.76%) | 36(2.2%) | 36 (2.5%) |
| Flatulence | 30 (1.46%) | 19 (1.2%) | 18 (1.2%) |
| Mouth or Throat dry | 29(1.42%) | 15 (0.9%) | 14 (1.0%) |
| Anorexia | 28(1.37%) | 27 (1.7%) | 27 (1.8%) |
| | | | |
| **Heme/Lymphatic** | | | |
| Purpura | 59(2.88%) | 59 (3.7%) | 59(4.0%) |
| | | | |
| **Musculoskeletal** | | | |
| Myalgia | 126 (6.15%) | 121(7.5%) | 121(8.3%) |
| Fracture | 74(3.61%) | 74(4.6%) | 74(5.1%) |
| Arthralgia | 28(1.37%) | 28((1.7%) | 28(1.9%) |
| Muscle sprains/strains | 27(1.32%) | 27(1.7%) | 27 (1.8%) |
| Joint Disorder | 22(1.07%) | 22(1.4%) | 22(1.5%) |
| | | | |
| **Neurological** | | | |
| Dizziness | 496(24.22%) | 343(21.3%) | 336(23%) |
| Somnolence | 487(23.78%) | 390(24.3%) | 383(26.2%) |
| Ataxia | 342(16.70%) | 324 (20.2%) | 322(22.1%) |
| Nystagmus | 258( 12.6%) | 257(16%) | 256(17.5%) |
| Tremor | 199(9.72%) | 196(12.2%) | 195(13.4%) |
| Convulsions | 118 (5.76%) | 118 (7.3%) | 118 (8.1%) |
| Confusion | 96(4.69%) | 74(4.6%) | 73(5.0%) |
| Amnesia | 85(4.15%) | 82 (5.1%) | 82(5.6%) |
| Coordination abn | 72(3.52%) | 64(4.0%) | 64(4.4%) |
| Insomnia | 72(3.52%) | 60(3.7%) | 59(4.0%) |
| Dysarthria | 67(3.27%) | 61(3.8%) | 60(4.1%) |
| Paresthesia | 63(3.08%) | 57(3.5%) | 56(3.8%) |
| Vertigo | 25(1.22%) | 25(1.6%) | 22(1.5%) |
| Twitching | 24(1.17%) | 24(1.5%) | 23(1.6%) |
| Increased Reflex | 23(1.12%) | 23(1.4%) | 23(1.6%) |
| Brain Surgery | 22(1.07%) | 22(1.04%) | 22(1.5%) |
| Decreased Reflex | 22(1.07%) | 22(1.4%) | 22(1.5%) |
| Hyperkinesia | 22(1.07%) | 21(1.03%) | 21(1.04%) |
| | | | |
| **Psychobiologic** | | | |
| Thinking abnormal | 96(4.69%) | 69(4.3%) | 66(4.5%) |
| Nervousness | 92(4.49%) | 88(5.5%) | 88(6.0%) |
| Depression | 82(4.0%) | 79(4.9%) | 78(5.3%) |
| Emotional Lability | 38(1.86%) | 36(2.2%) | 36(2.5%) |
| Anxiety | 36(1.76%) | 36(2.2%) | 36(2.5%) |
| Hostility | 25(1.22%) | 25(1.6%) | 25(1.7%) |

Confidential                                                                Pfizer_LAlphs_0084447

NDA #20-235 Medical-Statistical Review                                    88

| | | | |
|---|---|---|---|
| **Respiratory** | | | |
| Rhinitis | 165(8.06%) | 158(9.8%) | 158(10.8%) |
| Pharyngitis | 119(5.81%) | 115(7.2%) | 115(7.9%) |
| URI | 92(4.49%) | 89(5.5%) | 89(6.1%) |
| Sinusitis | 45(2.2%) | 43(2.7%) | 43(2.9%) |
| Bronchitis | 35(1.71%) | 35(2.2%) | 35(2.4%) |
| **Skin &Appendages** | | | |
| Rash | | | |
| Acne | 45(2.2%) | 45(2.8%) | 45(3.1%) |
| Burn | 34(1.66%) | 34(2.1%) | 34(2.3%) |
| Pruritis | 23(1.12%) | 21(1.3%) | 21(1.4%) |
| Skin Disorder | 24(1.7%) | 23(1.4%) | 23(1.6%) |
| **Urogenital** | | | |
| Urinary Tract Infx | 39(1.90%) | 38(2.4%) | 38(2.6%) |
| **Special Senses** | | | |
| Diplopia | 173(8.45%) | 171(10.6%) | 171(11.7%) |
| Amblyopia | 125(6.1%) | 121(7.5%) | 120(8.2%) |
| **Laboratory** | | | |
| Decreased WBC | 21(1.03%) | 21(1.3%) | 21(1.4%) |

**Adverse Events Observed Commonly in Controlled Clinical Trials**

The most commonly observed adverse events associated with the use of gabapentin (incidence of 5% or greater) and not seen at an equivalent incidence among placebo treated patients (i.e., incidence for gabapentin at least twice that for placebo) were somnolence, dizziness, ataxia, fatigue, nystagmus, tremor and diplopia. The latency from initiation of treatment to onset of these symptoms (with the exception of nystagmus) was earlier in the treated group than in placebo. These are shown in the table below

| Body System | Preferred Term | Gabapentin (N=543) | Placebo (N=378) |
|---|---|---|---|
| Body as a whole | Somnolence | 19.9% | 9.0% |
| Neurologic | Dizziness | 17.8% | 6.8% |
| Body as a whole | Ataxia | 13.3% | 6.0% |
| Body as a whole | Fatigue | 11.3% | 5.1% |
| Special Senses | Nystagmus | 8.3% | 4.0% |
| Neurologic | Tremor | 7.2% | 3.4% |
| Neurologic | Diplopia | 6.0% | 2.0% |

Common Adverse Experience Incidence in
Placebo-Controlled Clinical Trials

Confidential                                    Pfizer_LAlphs_0084448