NDA #20-235 Medical-Statistical Review                                                                89

### Other Events Observed During the Premarketing Evaluation of Gabapentin

During the premarketing assessment multiple doses of gabapentin were administered to 1607 patients in phase 2 and 3 epilepsy studies. The conditions and duration of exposure to gabapentin differed and included (in overlapping categories) open and double blind studies, uncontrolled and controlled studies, fixed-dose and titration studies. The adverse events reported in the pool of all phase 2 and 3 epilepsy studies and grouped by system are summarized below.

In the tabulations that follow reported adverse events were classified using a standard COSTART- based terminology. The frequencies presented, therefore, represent the proportion of the 1506 patients exposed to multiple doses of gabapentin who experienced an event of the type cited on at least one occasion while receiving gabapentin. All reported events are included except for those events where a drug cause was remote.

Events are categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring on one or more occasions in at least 1/100 patients (only those not already listed in the tabulated results from placebo controlled trials are included in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients. Events of major clinical importance are described in the PRECAUTIONS section.

**Body as a whole:** frequent: face edema, asthenia, weight decrease, weight increase, fever, headache, malaise, pain, back pain, chest pain, head injury, generalized edema, peripheral edema, viral infection, injury, death; infrequent: drug toxicity, strange feelings, stress, pallor, chill, hernia, facial pains, abscess (NOS), injury to extremities, generalized trauma, near drowning; rare: lupus erythematosus*, hangover effect, lassitude, physical retardation, accidental drug ingestion, accidental injury, intentional injury, swollen clavicle, strep infection, rubeola, mucous membrane disorder, abnormal chest sounds.

**Cardiovascular System:** frequent: vasodilatation, migraine infrequent: angina pectoris, cardiovascular disorder, thrombophlebitis, peripheral vascular disorder, deep thrombophlebitis, atrial fibrillation, palpitation, tachycardia, extrasystoles, hypertension, murmur; rare: hypotension, heart failure, myocardial infarct, coronary artery disease, myocardial ischemia, pulmonary embolus, pulmonary thrombosis, ventricular fibrillation, heart block, hyperlipidemia, hypercholesterolemia, abnormal ECG, pericardial effusion, pericarditis, cardiovascular bruit.

**Digestive System:** frequent: nausea and vomiting, dental abnormalities, diarrhea, dyspepsia, constipation, anorexia, flatulence, gingivitis, stomatitis, mouth or throat dry, abdominal pain, increased appetite; infrequent: glossitis, thirst, gum hemorrhage, stomatitis-herpetic, increased salivation, other oral cavity symptoms, oral cavity laceration, esophagitis, gastritis, stomach ulcer/ peptic ulcer, gastroenteritis, colitis, appendicitis, hemorrhoids, fecal incontinence, dysentery, bloody stools/diarrhea, hepatomegaly, gallbladder disorder, ; rare: blisters in mouth, tooth

Confidential                                                                                                                                    Pfizer_LAlphs_0084449

discoloration, periodontal abscess, perleche, tongue disorder, lip hemorrhage, dysphagia, eructation, hiatal hernia, hematemesis, ulcer exacerbation, frequent bowel movements, proctitis, intestinal infection, irritable bowel syndrome, rectal hemorrhage, unspecified gastrointestinal disorder, increased liver enzymes.

**Endocrine System:** <u>infrequent:</u> hypothyroidism, epididymitis; <u>rare:</u> hyperthyroidism, goiter, nonspecific thyroid disorder, neurohypophysis disorder.

**Hemic and Lymphatic Systems:** <u>frequent:</u> purpura; <u>infrequent:</u> anemia, iron deficiency anemia, leukopenia, leukocytosis, thrombocytopenia, lymphadenopathy; <u>rare:</u> hypochromic anemia, abnormal RBC's, lymphocytosis, NonHodgkin's Lympnoma, bleeding time increased.

**Musculoskeletal System:** <u>frequent:</u> fracture, arthralgia, joint disorder, myalgia, muscle strains and sprains; <u>infrequent:</u> back injury, rib injury, tendinitis, arthritis, joint stiffness, joint swelling, degenerative joint disease, hypertonia, muscle injury, pulled muscle, positive romberg test, <u>rare:</u> osteoporosis, bone pain, knee injury, disc disorder, herniated disc, bone spurs, tendon injury, costochondritis, vertebral column disorder, muscle tension, myasthenia, contracture, postural disorders.

**Nervous System:** <u>frequent:</u> confusion, convulsion, coordination abnormalities, insomnia, vertigo, hyperkinesia, dysarthria, amnesia, twitching, hypesthesia, paresthesia, hemiplegia, decreased/absent reflexes, increased reflexes; <u>infrequent:</u> intracranial hemorrhage, stupor, cerebrovascular accident, syncope, dreaming abnormalities, aphasia, speech disorder, apraxia, motor skills disorder, hypokinesia, paresis, hypotonia, abnormal reflexes, positive babinski sign, abnormal reflex (localized), movement disorder, dystonia, choreoathetosis, orofacial dyskinesia, cerebellar dysfunction, cranial nerve disorder, neuritis, neuropathy, dysesthesia, decreased position sense; <u>rare:</u> local myoclonus, encephalopathy, mental retardation, more talkative, fine motor control disorder, perception disorder, paralysis, facial paralysis, nerve palsy, hyperesthesia, subdural hematoma, meningismus.

**Psychobiologic Function:** <u>frequent:</u> anxiety, depression, thinking abnormal, nervousness, agitation, hostility, emotional lability; <u>infrequent:</u> apathy, hallucination, personality disorder, libido disorder including decrease/increase/loss libido, frustration, subdued temperament, depersonalization, euphoria, feeling high, doped-up sensation, suicidal, psychological problem, psychosis; <u>rare:</u> paranoia, mania, psychiatric disorder, neurosis, hysteria, antisocial reaction.

**Respiratory System:** <u>frequent:</u> pharyngitis, rhinitis, sinusitis, bronchitis, coughing, upper respiratory infection, pneumonia, dyspnea; <u>infrequent:</u> epistaxis, mucositis, nasal mucosa disorder, tonsil disorder, nose symptoms, asthma, pleural disorder, hyperventilation, respiratory disorder, respiratory infection, apnea, lower respiratory infection; <u>rare:</u> soreness in nasal area, throat disorder, nasal obstruction, snoring, bronchospasm, chest congestion, trachea pain, hypoventilation, lung edema, aspiration pneumonia.

Confidential                                                                                    Pfizer_LAlphs_0084450

NDA #20-235 Medical-Statistical Review                                                                91

**Skin and Appendages:** frequent: acne, alopecia, pruritus, nonspecific rash, maculopapular rash, sweating increased, burn, skin laceration. infrequent: dermatitis, eczema, erythematous rash, vesiculobullous rash, skin dry, urticaria, hirsutism, nail disorder, scar, herpes zoster, skin infection, mycotic skin infection, sunburn, skin papules, abscess, cellulitis, cyst furunculosis, mycotic infection, herpes simplex, skin disorder, abrasion, contusion, localized infection, skin tenderness (localized), puncture wound; rare: photosensitivity reaction, petechial rash, hair disorder, seborrhea (scalp), psoriasis, desquamation, epidermal necrolysis, skin discoloration, skin nodules, subcutaneous nodules, slow healing of cuts, skin necrosis, mole, skin hypertrophy, skin injury.

**Urogenital System:** frequent: urinary tract infection, impotence; infrequent: hematuria, dysuria, urination disorders including frequency, urinary retention, urinary incontinence, cystitis, menstrual disorder, leukorrhea, amenorrhea, vaginitis, intermenstrual bleeding, dysmenorrhea, genital pruritus, menorrhagia, menopause disorders, pap smear suspicious (2) /vaginal urethral surgery (4), breast cancer (2), mastectomy (2), prostate disorder, unable to climax, pregnancy (5), male genital disorders, ejaculation abnormal; rare: kidney pain, renal stone, pyelonephritis, glycosuria, nephrosis, oliguria, polyuria, nocturia, pyuria, urinary urgency, urethral disorder, bladder neoplasm, vaginal hemorrhage, vaginal pain, hysterectomy, vaginal monilia, biopsy genital area, breast lump, nipple disorders, testicular pain.

**Special Senses:** frequent: conjunctivitis, vision abnormal, diplopia, amblyopia, infrequent: cataract, eye abnormality, eye pain, visual field defect, photophobia, ptosis, eye twitching, eye hemorrhage, eye flickering, visual loss, refraction disorder, eyelid surgery, lacrimal dysfunction including lacrimal duct and gland disorders, hordeolum, blindness", pupil disorder, deafness", earache, tinnitus, inner ear dysfunction, ear disorders, ear infections, taste loss, unusual taste, rare: dry eyes, eye itching, watery eyes, retinopathy, glaucoma, black eye, eye injury, iritis, corneal disorder, degenerative eye changes, retinal degeneration, accommodation abnormal, eye pressure abnormal, glassy eyed, miosis, chorioretinitis, strabismus, labyrinthitis, ear fullness, sensitivity to noise, odd smell.

**Laboratory Deviations:** frequent: WBC decreased, antiepileptic level increased infrequent: hemoglobin decreased, elevated WBC, WBC differential abnormal, decreased RBC, elevated platelet count, decreased platelet count, granulocytopenia, granulocytosis, urine abnormal, urine protein increased, increased WBC in urine, albuminuria, elevated SGOT, elevated SGPT, elevated Alkaline Phosphatase, elevated creatinine, elevated BUN, increased total protein, hyperkalemia, hyponatremia, hyperglycemia, hypoglycemia, hypocalcemia, rare: elevated eos count, hematocrit decreased, increased hemoglobin/hematocrit, mean cell volume increased, folate deficiency, decreased B-12, decreased/low monocytes, urine glucose increased, bacteria in urine, urine alkaline, elevated bilirubin, albumin decreased or increased, decreased creatinine clearance, hypernatremia, hypokalemia, decreased chloride, hypercalcemia, fluctuating AED level, toxic dilantin level, decreased thyroxine level, elevated TSH, hyperammonemia.

Confidential                                                                                                          Pfizer_LAlphs_0084451

NDA #20-235 Medical-Statistical Review                                                        92

Generally, the adverse experiences with GPT have appeared to be dose-related and mild to moderate in severity. The maximum tolerated dose for 24h in the NDA database is 3600 mg/day. The adverse experiences in epileptics are the same as those that occurred in healthy volunteers.

## B.5 Laboratory Findings

Clinical laboratory data were obtained at pre-and post dose visits in a majority of the gabapentin trials, yielding a sample of approximately 2048 gabapentin-treated patients with at least some laboratory data. Of these exposed to gabapentin abnormal laboratory reports comprised only 6.8% of all reports. This section will focus on a subgroup of exposed patients, those in placebo controlled epilepsy trials in order to explore contrasts with laboratory changes in the treated and the control groups. In this group the relationship of the concomitant drugs to laboratory changes will be evaluated.

### Clinical Chemistry

The table below provides criteria of identifying patients with changes from baseline in clinical chemistry variables of possible clinical significance.

**CRITERIA FOR IDENTIFYING PATIENTS WITH POTENTIALLY CLINICALLY SIGNIFICANT CHANGES IN CLINICAL CHEMISTRY VARIABLES**

|  | LOW | HIGH |
|---|---|---|
| Albumin | ≤2.5 g/dl |  |
| Alkaline Phosphatase |  | ≥390 U/L |
| BUN |  | ≥30 mg/dl |
| Calcium | ≤8.2 mg/dl | ≥12 mg/dl |
| Chloride | ≤90 meq/L | ≥118 meq/L |
| Cholesterol |  | ≥600 mg/dl |
| CPK |  | ≥200 I.U./L |
| Creatinine |  | ≥2 mg/dl |
| Globulin | ≤1 g/dl |  |
| Glucose |  | ≥175 mg/dl |
| LDH |  | >750 u/ml |
| Phosphorous | ≤1.7 mg/dl |  |
| Potassium | ≤3 meq/L | ≥6 meq/L |
| SGOT |  | ≥150 U/L |
| SGPT |  | ≥165 U/L |
| Sodium | ≤126 meq/L | ≥156 meq/L |
| Total Bilirubin |  | ≥2 mg/dl |
| Total Protein | ≤4.5 g/dl | ≥10 g/dl |
| Triglycerides |  | >600 mg/dl |
| Uric Acid |  |  |
|  Female |  | ≥8.5 mg/dl |
|  Male |  | ≥10.5 mg/dl |

Confidential                                                                                      Pfizer_LAlphs_0084452

NDA #20-235 Medical-Statistical Review                                93

The Table below provides the proportions of patients who were relatively normal at baseline and who then exceeded these criteria during treatment. There appeared to be no significant differences in the frequencies of specific laboratory abnormalities between the two groups.

**Proportions of Patients Having Potentially Clinically Significant Changes in Blood Chemistry Variables in Placebo-Controlled Studies**

| Blood Chemistry Variables | GABAPENTIN | | PLACEBO | |
|---|---|---|---|---|
| | Total Patients | Abnormal # % | Total Patients | Abnormal # % |
| Albumin-Low | 383 | (4) 1% | 223 | (2) 1% |
| Alk. P'tase-High | 439 | (31) 7% | 313 | (13) 4% |
| BUN-High | 445 | (9) 2% | 301 | (3) |
| Calcium-Low | 467 | (56) 12% | 324 | (23) 7% |
| Calcium-High | 520 | (5) 1% | 355 | (4) 1% |
| Chloride-Low | 372 | (7) 2% | 219 | (11) 5% |
| Chloride-High | 363 | (18) 5% | 204 | (8) 2% |
| Creatinine-High | 520 | (10) 2% | 357 | (0) 0% |
| Creatinine-Low | 489 | (20) 4% | 325 | (20) 6% |
| Glucose-High | 179 | (13) 7% | 116 | (6) 5% |
| Glucose-Low | 184 | (11) 6% | 124 | (5) 4% |
| Potassium-High | 514 | (5) 1% | 350 | (7) 2% |
| Potassium-Low | 512 | (5) 1% | 349 | (10) 3% |
| SGOT-High | 470 | (5) 1% | 310 | (6) 2% |
| SGPT-High | 424 | (21) 5% | 268 | (9) 3% |
| Sodium-Low | 484 | (19) 4% | 335 | (23) 7% |
| Sodium-High | 514 | (10) 2% | 356 | (25) 7% |
| Total Bilirubin-High | 115 | (1) 1% | 127 | (0) 0% |
| Total Protein-Low | 395 | (8) 2% | 231 | (7) 3% Total |
| Total Protein-High | 388 | (8) 2% | 222 | (4) 2% |

In addition, the entire gabapentin population ( N=2096) was screened for patients who discontinued or died because of abnormalities in clinical chemistry variables and the following patients were identified:

Cases associated with abnormal renal function studies:

Patient     ( Study 877-210P Center 216) discontinued gabapentin 1200 mg because of elevated BUN and creatinine. (BUN 9.8/ Creatinine 124 μg/L). The investigator's impression was that this was possibly due to drug. BUN and creatinine have returned to baseline since stopping medication.

Patient    (Study 945-6 Center 3) was a 40 year old male who discontinued gabapentin 900 mg because of an elevated BUN and creatinine. Creatinine at baseline was 0.8 and after 3 months on treatment had a creatine of 2.5 which rose to 4.3 within several days.

Confidential                                                Pfizer_LAlphs_0084453