Similarly BUN rose from 7 at baseline to 46 (norm 2.5-7.0) . Renal failure was reported as a severe adverse event. The investigator thought that the abnormalities were possibly drug related, stating that the patient withdrew because of side effects. The patient had not recovered as of the NDA cutoff date.

Additional cases of elevated BUN and creatinine have been found, but not associated with withdrawal from study. Example 877-210P (Center 220) Creatinine rose from µg/L to µg/L while on treatment it resolved without any apparent intervention. The possibility that abnormalities in renal function occurring in association with gabapentin therapy and worsening of existing renal disease are drug related cannot be ruled out based on the available evidence. It is of interest that while reports of elevated creatinine were infrequent in the treatment groups (10 reports (2%)) there were no such reports among the placebo treated patients.

Abnormal Liver function studies:
Patient    (Study 945-11) was a 6 year old female who withdrew from gabapentin because of *status epilepticus* and within 8 days was found to have mildly elevated liver function studies. The baseline values are not known. The child also had evidence for infection.

Abnormal Serum Protein/albumin:
Patient    · (Study 945-14 Center 47)    withdrew from treatment because of decreased serum albumin (4.2) She was treated for 778 days at which time her dose was increased to 1800 because of LOE. Decreased serum albumin was reported on day 960. Total proteins were normal until day 490. The patient also developed thrombocytopenia (day 792), hypertension to 170/100 requiring treatment with two medications during the study and lacunar infarcts on CT. Concomitant antiepileptic drugs throughout treatment included Valproate and carbamazepine.

Hematology
Criteria for identifying patients with changes from baseline in hematology variables of possible clinical significance are found in the table on the following page.

Confidential                                                                          Pfizer_LAlphs_0084454

CRITERIA FOR IDENTIFYING PATIENTS WITH POTENTIALLY
CLINICALLY SIGNIFICANT CHANGES IN HEMATOLOGY VARIABLES

| VARIABLE | LOW | HIGH |
|---|---|---|
| Hemoglobin | | |
| Female | $\leq 9.5$ g/dl | |
| Male | $\leq 11.5$ g/dl | |
| Hematocrit | | |
| Female | $\leq 32\%$ | |
| Male | $\leq 37\%$ | |
| White Blood Cells | $\leq 2.8$ ths/mm | $\geq 16$ ths/mm |
| Neutrophils | $\leq 15\%$ | |
| Lymphocytes | | $\geq 75\%$ |
| Monocytes | | $\geq 15\%$ |
| Eosinophils | | $\geq 10\%$ |
| Basophils | | $\geq 10\%$ |
| Platelets | $\leq 75$ ths/mm | $\geq 700$ ths/mm |
| Bands | | $\geq 10\%$ |

The table below provides the proportions of patients in placebo-controlled trials who were relatively normal at baseline and who then exceeded these criteria during treatment. None of the differences between gabapentin and placebo groups was significant.

**Proportions of Patients Having Potentially Clinically Significant Changes in Hematology Variables in Placebo-Controlled Studies**

| Hematology Variables | GABAPENTIN Total Patients | Abnormal # % | PLACEBO Total Patients | Abnormal # % |
|---|---|---|---|---|
| Hemoglobin-Low | 488 | (29) 6% | 326 | (13) 4% |
| Hematocrit-Low | 445 | (22) 5% | 308 | (22) 7% |
| WBC-Low | 444 | (36) 8% | 316 | (22) 7% |
| WBC-High | 527 | (11) 2% | 366 | (7) 2% |
| Neutrophils-Low | 397 | (36) 9% | 254 | (28) 11% |
| Lymphocytes-High | 446 | (22) 5% | 304 | (27) 9% |
| Monocytes-High | 323 | (76) 24% | 205 | (37) 18% |

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pfizer_LAlphs_0084455

NDA #20-235 Medical-Statistical Review                                                                                                   96

| | | | | | |
|---|---|---|---|---|---|
| Eosinophils-High | 422 | (25) | 6% | 271 | (11) 4% |
| Basophils-High | 393 | (24) | 6% | 245 | (17) 7% |
| Platelet Ct-Low | 526 | (5) | 1% | 360 | (0) 0% |
| Platelet Ct-High | 517 | (10) | 2% | 351 | (11) 3% |
| Bands-High | 306 | (3) | 1% | 1176 | (2) 1% |

A total of eight patients discontinued treatment with gabapentin due to abnormalities in hematology labs. Four patients withdrew because of low WBC. Each patient manifested a reduction from baseline, recovery on discontinuation of gabapentin and concomitant medication with carbamazepine. They are summarized as follows:

Patient          (Study 877-210P Center 214) was a 17 year old female who withdrew from gabapentin therapy because of decreasing WBC. The WBC was 7,100 at baseline and 2,500 (ANC 900) during treatment. The investigator thought that this was related to gabapentin therapy. The WBC recovered after gabapentin was stopped. Concomitant medication was carbamazepine.

Patient          (Study 945-15 Center 18) was a 41 year old male who withdrew from gabapentin 1800 mg because of a declining WBC from 4,360 at baseline to a low of 2,210 (ANC of 1490). Concomitant medications were carbamazepine and phenobarbital. The patient had not recovered after the one month of follow-up.

Patient          (Study 945-15 Center 18) was a 21 year old male who withdrew from gabapentin 800 mg because of a declining WBC from 5,100 at baseline to a low of 3,410 (ANC of 1580). Concomitant drugs included carbamazepine and valproate. The patient's WBC recovered to 8,860 one month after withdrawing from the drug. The frequency of reports of low WBC in the placebo group (22 (7%)) was approximately the same as in the treatment group (36 (8%)). It is not known if the depression in WBC was more significant or prolonged in the latter, however, but it is significant to note that there were no withdrawals due to low WBC among placebo patients.

Platelet abnormalities were seen with about equal frequency in placebo and treatment groups. However, two patients withdrew from gabapentin because of platelet abnormalities, and an additional patient had a platelet abnormality identified in the setting of withdrawal.

Patient          (Study 945-14 Center 801) was a 29 year old male who discontinued gabapentin because of an elevated platelet count (707,000). The investigator thought that this was possibly related to gabapentin therapy. The patient recovered within two months after the drug was discontinued.

Confidential                                                                                                                                                    Pfizer_LAlphs_0084456

Patient       (Study 945-11) was a 17 year old female who withdrew from gabapentin because of *status epilepticus* and within 8 days had an elevated platelet count (765,000) was measured. The platelet count had been normal one month before treatment was stopped (172,000). No platelet count is available from the hospitalization for status and therefore the exact date of onset of the adverse event cannot be determined.

Patient       (Study 945-14 Center 47 Reported above) withdrew from treatment. She was treated for 778 days at which time her dose was increased to 1800 because of LOE. She also developed thrombocytopenia (day 792). She also developed hypertension, albuminuria and required treatment for hypothyroidism (day 650) during the study. It was suspected that the patient had developed an autoimmune disease. She recovered with the institution of prednisolone and with the discontinuation of gabapentin. Concomitant drugs throughout treatment included Valproate and carbamazepine.

There was one report of an abnormal Hgb/Hct:
Patient       (Study 877-210P Center 211) was a 33 yr old male who withdrew from gabapentin 1200 mg because of an elevated hemoglobin and hematocrit. The patient recovered following discontinuation of treatment.

These data do not suggest any pattern of change in hematology variables that could be attributed to gabapentin treatment. While there were 22 routine reports and 8 reports of withdrawal due to low WBC, patients were frequently on other medications which are associated with depression in white count. A synergistic effect cannot be ruled out, however the magnitude of depression in all of these cases was not severe.

**Urinalysis**

The criteria for identifying patients with changes from baseline of potential clinical significance on the urinalysis variables of interest are shown on the table below:

CRITERIA FOR IDENTIFYING PATIENTS WITH POTENTIALLY
CLINICALLY SIGNIFICANT CHANGES IN URINALYSIS VARIABLES

|  | LOW | HIGH |
|---|---|---|
| Specific Gravity | < 1.001 |  |
| pH | < 4 | > 9 |
| Protein |  | > 10 |
| Ketone |  | 4 + |
| Glucose |  | 4 + |
| Red Blood Cells |  |  |
| Female |  | > 10/hpf |
| Male |  | > 8/hpf |
| White Blood Cells |  | > 10/hpf |
| Casts |  | > 9/hpf |
| Epithelials |  | > 50/hpf |
| Crystals |  | > 10/hpf |

Confidential                                                                                      Pfizer_LAlphs_0084457

NDA #20-235 Medical-Statistical Review                                                                  98

Those patients relatively normal at baseline and who then exceed these criteria while on treatment are tabulated and can be found in the table on the following page. There did not appear to be any significant differences between the two groups except for a higher frequency of reports of low urine specific gravity among treated patients as compared to controls. The clinical significance if any of this is not known.

**Proportions of Patients Having Potentially Clinically Significant Changes in Urinalysis Variables in Placebo-Controlled Studies**

| Urinalysis Variables | GABAPENTIN | | PLACEBO | |
|---|---|---|---|---|
| | Total Patients | Abnormal (#)  % | Total Patients | Abnormal #   % |
| Spec Grav-Low | 270 | (24)  9% | 156 | (8)  5% |
| Ph-Low | 374 | (15)  4% | 210 | (11)  4% |
| Ph-High | 381 | (27) 75 | 221 | (11) 5% |
| Protein-High | 212 | (9) 14% | 173 | (22) 13% |
| Ketone-High | | | | |
| Glucose-High | 442(9)  2% | 271 | (3) 1% | |
| RBC-High | | | | |
| WBC-High | | | | |
| Casts-High | | | | |
| Epithelials-High | | | | |
| Crystals-High | | | | |

In addition, there was one discontinuation from gabapentin therapy because of an abnormal urinalysis. This was Patient        (Study 877-210G Center 211) who withdrew from gabapentin because of proteinuria which developed 3 months after starting treatment. It was associated with weight gain which began 4 months into therapy. Serum albumin was not measured during the study. The investigator thought at this was possibly due to medication. There does not appear to have been a renal evaluation into the cause of proteinuria, and there was no follow-up provided to determine if the patient recovered. Concomitant antiepileptic medications were valproate and carbamazepine.

None of the other patients who had complaints of weight gain reported abnormal urinalyses. None of the differences between the gabapentin and the placebo groups was significant. These data did not suggest any pattern of change in urinalysis values that could be reasonably attributed to gabapentin.

**Summary**
The changes seen in clinical laboratory evaluations during gabapentin adjunctive therapy were infrequent, small in magnitude, and generally not clinically significant. While in general laboratory abnormalities of possible clinical significance were infrequent in controlled