NDA #20-235 Medical-Statistical Review                                                                99

clinical trials, there were rare reports of withdrawals due to abnormal laboratory variables which reached clinical significance in the eyes of the investigators such that they led to discontinuation of drug. In most but not all cases return to normal was seen upon withdrawal of the drug.

The most common findings in clinical laboratory evaluations were decreased white count and altered antiepileptic drug level. Depressed white counts were not only seen most commonly but were reported as the reason for withdrawal in 4 (.19%) patients in all studies. These individuals were all on concomitant treatment with carbamazepine but had normal WBC prior to and in some after gabapentin therapy. The possibility of a synergistic effect on the bone marrow might well be entertained. Regarding the latter, the only three abnormalities in concomitant drug levels which were of clinical significance were in patients on phenytoin, two Asian women for whom no alternative explanation has been given besides interaction and one in whom an interfering drug known to elevate phenytoin levels was used.

The less frequent reports of elevated BUN and creatinine reached clinical significance in one patient who received a single dose and went into renal failure. While the patient had a history of stable renal disease, the possibility of drug effect (in a drug which is excreted 100% renally) cannot be ruled out.

The two cases of thrombocytosis as described above were unassociated with any clinical pathology but remain unexplained. The one patient described with thrombocytopenia and hypoalbuminemia may have had a preexisting autoimmune disorder.

Vital Signs

The table below provides criteria for identifying patients with vital signs changes from baseline of potential clinical significance.

### Criteria for Identifying Patients with Potentially Clinically Significant Changes in Vital Signs Variables

|  | LOW | HIGH |
| --- | --- | --- |
| Systolic Blood Pressure | < 90 mm Hg | > 180 mm Hg |
| Change in Systolic BP | Decrease > 30 mm Hg | Increase > 40 mm Hg |
| Diastolic Blood Pressure | < 50 mm Hg | > 105 mm Hg |
| Change in Diastolic BP | Decrease > 20 mm Hg | Increase > 30 mm Hg |
| Pulse | < 50 bpm | > 120 bpm |
| Change in Pulse | Decrease > 30 bpm | Increase > 30 bpm |
| Temperature |  | > 101 Fah |
| Change in Temperature | Decrease > 2 Fah | Increase > 2 Fah |

Those patients in controlled studies who were relatively normal at baseline and who then exceeded the criteria as noted above at some time during treatment are listed in the table below.

Confidential                                                                                                                Pfizer_LAlphs_0084459

NDA #20-235 Medical-Statistical Review                                                                 100

## Proportions of Patients Having Potentially Clinically Significant Changes in Vital Signs Variables in Placebo-Controlled Studies

| Vital Signs Variables | GABAPENTIN | | PLACEBO | |
|---|---|---|---|---|
| | Total Patients | Abnormal # % | Total Patients | Abnormal # % |
| Systolic BP -Low | 508 | 1(0) | 340 | 0(0) |
| Systolic BP-High | 508 | 0(0) | 340 | 0(0) |
| Diastolic BP-Low | 508 | 0(0) | 339 | 0(0) |
| Diastolic BP-High | 508 | 0(0) | 339 | 0(0) |
| Heart Rate-Low | 508 | 0(0) | 341 | 1(0) |
| Heart Rate-High | 508 | 0(0) | 341 | 6(3) |
| Temperature -Low | 344 | 0(0) | 200 | 0(0) |
| Temperature-High | 344 | 18(5) | 200 | 6(3) |
| Weight increase | 502 | 59(12) | 336 | 20(6) |
| Weight decrease | 502 | 9(2) | 336 | 17(5) |

The only notable difference between the placebo and gabapentin-treated group was the report of weight gain reported in the latter. Weight gain was also a reason for withdrawal from clinical trials in 9 patients (.43% of all participants in all trials).

### ECG's
The percentage of patients in a pool of placebo controlled studies with ECG judged to be "more abnormal" as compared to an earlier tracing is shown in the following table is very low. Reports of patients withdrawing from clinical trials due to arrhythmias were rare (.04%) and these included single reports of ventricular extrasystoles, atrial fibrillation and heart block. Another patient who withdrew for other reasons was identified who experienced ECG abnormalities during gabapentin therapy. She is described below:

Patient     ( Study 945-10 Center 1, later coded as Study 945-14 -801 Patient entered double blind treatment with a normal ECG. An ECG obtained 3 months later demonstrated ST segment depression suggestive of myocardial ischemia. An ECG obtained at 4 months demonstrated sinus tachycardia (104/min) , t-wave inversion diaphragmatically suggestive of subendocardial infarction. At 5 months, sinus rhythm, and inverted t-waves and ST-depression in II, AVF, and III. Essentially unchanged from previous. One additional ECG was interpreted as improved. There is no follow-up of this patient.

### 8.6  Special Studies

#### Withdrawal Phenomena/Abuse Potential
Abuse potential was not specifically evaluated in clinical trials. A related phenomenon, withdrawal symptomatology as it relates to the increase in convulsive symptoms with discontinuation of treatment was also not specifically evaluated in this study. There were no specific reports of *status epilepticus* associated with withdrawal from gabapentin.

Confidential                                                                                          Pfizer_LAlphs_0084460

NDA #20-235 Medical-Statistical Review                                                              101

Preclinical studies (Section 4.0 Pharmacology) evaluated gabapentin in its ability to increase the analgesic potency or effectiveness of narcotic analgesics and found no effect.

## Human Reproduction Data

Little human reproductive data is available for this drug. There have been 8 pregnancies reported during clinical trials in epilepsy with gabapentin. The policy in general with pregnancy reported while on treatment with gabapentin was to terminate the drug as soon as possible after the diagnosis of pregnancy was made. Four pregnancies were allowed to continue to delivery. In one instance the infant was born prematurely and suffered from complications of severe prematurity including respiratory distress syndrome, asphyxia, acidosis, and patent ductus arteriosus. This child also was reported to have an inguinal hernia and pyloric stenosis which have been repaired. Three children were carried to term and are reportedly normal. The four pregnancies were ended by elective abortion of the fetus. Examination of fetal tissues and placenta was performed in only one case. There were no abnormalities reported in this case. There were no pregnancies reported in the nonepilepsy studies. Of the four pregnancies which ended in live birth, the dose and duration of exposures are shown in the table below:

| Study/Center Patient Number | Gabapentin Dose (MG) | Duration of Fetal Exposure | Outcome |
|---|---|---|---|
| 945-14 | 1800 | 56 days | normal term infant (child normal 3 yo) |
| 877-210 PX | 1200 | 99 days | normal term infant |
| 945-14 | 1200 | 90 days | Prematurity/ congenital anomalies |
| 877-210P | unk | unk | normal infant |

Based on the available human data it is not possible to determine the fetal risk if exposed to gabapentin. Cautious interpretation of available date suggests there is the potential for fetal risk with Gabapentin as in other antiepileptic drugs.

### 8.7 Overdose Experience

There have been a total of 5 reports of overdoses from gabapentin. All were nonfatal overdoses and in each case the patient recovered uneventfully. Four of the overdoses involved patients in clinical trials with gabapentin and in all cases involved the ingestion of additional drugs. The fifth involved the child of a study subject who ingested 30 grams of the drug but no other drugs. There were no serious sequelae in any of the above cases. The symptoms included drowsiness, diplopia and slurred speech in the cases of multiple overdose, and dizziness and diarrhea in the case of isolated gabapentin OD.

There is a paucity of relevant detail in these cases. However there were no serious sequelae reported in the four cases of gabapentin overdose. Because blood levels were not available and the exact doses of concomitant drug was not recorded or determined from the cases of overdose,

Confidential                                                                                                    Pfizer_LAlphs_0084461

NDA #20-235 Medical-Statistical Review                                            102

one cannot determine the extent of absorption of gabapentin and whether the symptoms experienced by the patients was attributable in part to the other drugs involved in the overdose.

## 8.8 Summary of Serious Events

As required by 21 CFR 312.32 (a), the sponsor used the term 'serious' to describe certain kinds of AEs. Adverse events were reported as serious if they were thought to be immediately life threatening, permanently disabling, or requiring hospitalization, cancer, overdose, congenital anomaly, or other events deemed of medical concern by the PDMM. All hospitalizations were reviewed to determine if the reason for hospitalization was serious. All cases of *status epilepticus* resulting in hospitalization were considered serious. Treatment emergent adverse events requiring pharmacologic intervention either acutely or chronically were not considered as serious adverse events.

A total of 78 adverse events in all trials (2048 patients exposed) were considered serious. This amounts to an incidence of 4% of all exposures to gabapentin. Of interest, serious adverse events did not always result in withdrawal from treatment and these will be discussed in another section of the review. Serious adverse events occurred most often in the nervous system and were generally convulsions, specifically status epilepticus requiring hospitalization (25 reports). Other serious adverse events in order of frequency included brain neoplasm (7), depression (7), drug overdose (6), intracranial hemorrhage (4), pneumonia (3), suicide attempt, (2) CVA (2), heart failure(2), breast cancer (2), and subdural hematoma(2).

Each investigator was asked to report the likelihood of drug attributability, that is, events considered serious but not reasonably attributed to drug or events considered serious and possibly or probably attributed to drug. On the following two pages is a summary of serious adverse events which were thought by the investigator to be unlikely or definitely not related to drug. Immediately following that table is a second table which lists serious adverse events which were thought to be drug related by the investigator. Since there was not agreement about certain types of adverse events, this distinction will be put aside in summary and the events which are considered possible drug related by this reviewer will be discussed as a group under Discussion of Selected Safety Findings in this section.

Confidential                                                            Pfizer_LAlphs_0084462

NDA #20-235 Medical-Statistical Review

103

Summary of Serious Adverse Events Occurring in Gabapentin-Treated Patients and Considered Unlikely to be Drug-Related

| Study/Patient Number | Age (yrs) | Sex | Dose (mg/d) | Duration (days) | Adverse Event |
|---|---|---|---|---|---|
| | | | | | **CARDIOVASCULAR EVENTS** |
| 877-210D | 37 | F | Unk | 541 | Syncope. Resolved spontaneously. |
| 945-13 | 60 | M | 1200 | 174 | Congestive Heart failure. Resolved after temporarily stopping drug. |
| 945-13 | 66 | M | 2300 | 1271 | Angina Pectoris. Resolved spontaneously. |
| 945-15 | 67 | M | 2400 | 570 | Myocardial infarction, cardiogenic shock, pulmonary edema, ventricular tachycardia, death |
| | | | | | **CANCERS** |
| 877-210PX | 37 | M | 1200 | 113 | Astrocytoma.Expansion of existing lesion. Died. |
| 877-210PX | 49 | F | 1200 | 440 | Breast cancer. Onset during gabapentin therapy. Died. |
| 945-13 | 51 | M | 2400 | 467 | Neoplasm, brain. New onset during gabapentin therapy. |
| 945-13 | 55 | M | 2400 | 1436 | Lung cancer. Onset during gabapentin therapy. Died |
| 945-13 | 35 | M | 2400 | 369 | Neoplasm, brain. Onset during gabapentin therapy. Died. |
| 945-13 | 42 | F | 2400 | 441 | Breast cancer. Onset during gabapentin treatment. |
| 945-13 | 39 | M | 800 | 92 | Meningioma (recurring during gabapentin treatment) |
| 945-13 | 70 | M | 1200 | 379 | Prostate carcinoma. (Expanding) |
| 945-14 | 41 | M | 1800 | 151 | Non-Hodgkin's Lymphoma. Onset during gabapentin therapy. |
| 945-15 | 26 | F | 1800 | 151 | Astrocytoma (recurrent) |
| | | | | | **GASTROINTESTINAL** |
| 877-210PX | 33 | F | 600 | 1327 | Appendicitis |
| 945-14 | 41 | M | 900 | UNK | Cholecystitis |

Confidential    Pfizer_LAlphs_0084463