NDA #20-235 Medical-Statistical Review

104

| Study | Age | Sex | Dose | Value | Description |
|---|---|---|---|---|---|
| 945-14 | 29 | F | 1200 | 112 | Stomach ulcer/ hemorrhage (gastric bleeding-gastric banding surgery) |
| | | | | | **PULMONARY EVENTS** |
| 077-210G | 59 | M | 1200 | 417 | Lower respiratory infection. |
| 077-21PX | 37 | M | 1200 | 113 | Pneumonia, this patient was also reported because of the astrocytoma which expanded while on treatment. Died. |
| 945-15 | 33 | M | 2400 | 585 | Pneumonia. Pt recovered while still on treatment. |
| 945-36 | 44 | M | 800 | 7 | Patient died with diagnosis of pneumonia, septic shock and status epilepticus. He had experienced flu-like symptoms for one week prior. |
| | | | | | **NEUROLOGICAL EVENTS** |
| 077-210PX | 30 | F | 1200 | 811 1171 | Status epilepticus |
| 945-5 | 35 | F | 0 | UL | Status epilepticus |
| 945-13 | 33 | F | 2400 | 225 | Patient was withdrawn from treatment. |
| 945-13 | 27 | M | 2000-2400 | 1003 906 | Subarachnoid hemorrhage post traumatic, following a seizure). Status epilepticus. |
| 945-5 | 22 | M | 2400 | 177 | Intracranial hemorrhage. Pt was also reported to have a brain tumor recurrent during treatment with gabapentin. Medication was discontinued. |
| 945-13 | 40 | M | 2400 | 738 | Cerebrovascular accident. Treatment was continued and the patient showed recovery with sequelae. |
| 945-13 | 29 | F | 2400 | 292 | Status epilepticus. |
| 945-13 | 36 | M | 2400 | 1226 1305 1306 | Convulsions (increased seizure activity) Status epilepticus Subdural hematoma |
| 945-13 | 42 | M | 2400 | 526 | Status epilepticus |
| 945-13 | 28 | F | 1800 | 426 537 | Status epilepticus Intracranial hemorrhage. Died |
| 945-14 | 29 | M | 1800 | 603 | Status epilepticus |
| 945-15 | 37 | F | 2400 | 187 | Status epilepticus |
| 945-15 | 45 | M | 2400 | 95 | Status epilepticus |
| 945-15 | 36 | M | 2400 | 97 | Status epilepticus |

Confidential                                                                 Pfizer_LAlphs_0084464

| Study | Age | Sex | Dose | Day | Event |
|---|---|---|---|---|---|
| 945-15 | 41 | M | 1400 | 71 | Status epilepticus |
| 945-15 | 41 | M | 1800 | 125 | Intracranial hemorrhage. The patient suffered a second intracranial hemorrhage and this was reported as possibly related to the drug (day 96) |
| 945-15 | 51 | M | 1800 | 125 | Somnolence (lethargy), and dysarthria |
| 945-15 | 41 | M | 2400 | 714 | |
| 945-15 | 19 | M | 2400 | 485 | Status Epilepticus |
| 945-15 | 21 | M | 1000 | 264 | Head injury (extradural hemorrhage) |
| 945-16 | 20 | M | 1800 | 105 | Status epilepticus |
| | | | | | PSYCHIATRIC |
| 945-13 | 27 | M | 2000 | 266 | Depression with suicidal ideation. Later reported status epilepticus, subarachnoid hemorrhage and death |
| 945-13 | 17 | M | 2400 | 166 | Suicidal ideation and attempted suicide. Depression was reported on day 13 as possibly related to the drug. Recovered while on medication. |
| 945-15 | 36 | F | 300 | 28 | Depression with suicidal ideation. |
| 945-15 | 27 | M | 2400 | 251 | Depression with suicidal ideation |
| | | | | | DRUG OVERDOSE |
| 077-210P | 10 | M | 1200 | 65 | Drug overdose |
| 945-13 | 32 | M | 8000 | 100 | Drug overdose |
| 945-16 | 17 | F | 1800 | 217 | Drug overdose (accompanied by phenytoin overdose) |
| 945-16 | 32 | F | 1800 | 83 | Drug overdose (phenytoin overdose also) |
| 945-15 | 20 | F | 2400 | 419 | |
| | | | | | OPHTHALMOLOGIC |
| 945-13 | 52 | M | 2400 | 919 | Cataract |
| | | | | | RENAL |
| 945-14 | 50 | F | 900 | 421 | Nephrosis(traumatic acute hydronephrosis) |
| | | | | | HEMATOLOGIC |
| 945-14 | 43 | F | 1800 | 792 | Leukopenia |
| | | | | | decreased platelet count |

Confidential

Pfizer_LAlphs_0084465

NDA #20-235 Medical-Statistical Review

| | | | | |
|---|---|---|---|---|
| 945-15 | 18 | F | 2400 | 83 |
| 945-15 | 21 | M | 2100 | 309 |
| 945-15 | 20 | F | 2400 | 671 |
| 945-15 | 18 | F | 2100 | 106 |

106

| | |
|---|---|
| **MISCELLANEOUS** | |
| Anemia | |
| Fever | |
| Cellulitis | |
| Viral Syndrome | |

Confidential                                                                                      Pfizer_LAlphs_0084466

NDA #20-235 Medical-Statistical Review

107

Summary of Serious Adverse Events Occurring in GABAPENTIN-Treated Patients Considered Possibly or Probably Drug-Related by the Investigator
(N=2048 or 1961 patient years)

| Study/Patient # | Age (yrs) | Sex | Dose (mg/d) | Duration (days) | Adverse Event |
|---|---|---|---|---|---|
| | | | | | Neurological |
| 945-5X | 19 | F | 2400 | 88 | Status Epilepticus |
| 945-15 | 18 | F | 2400 | 241 | Status Epilepticus |
| 945-36 | 44 | M | 800 | 105 | Status Epilepticus |
| 945-15 | 51 | M | 1800 | 196 | Intracranial Hemorrhage |
| | | | | | Psychiatric |
| 945-13 | 17 | M | 1200 | 13 | Depression |
| 945-15 | 23 | F | 1200 | 10 | Alleged suicide day 166 |
| | | | | | Depression Resolved with dose reduction (revision indicated that this was not WDAE since it was not treatment emergent--pt has had depression in past |
| 945-15 | 36 | M | 1200 | 11 | Depression with suicide ideation improved on tapering and did |
| | | | | 1500 | 270 | Depression with suicide ideation recurred on rechallenge |
| 945-14 | 31 | F | 1800 | 254 | Drug Overdose |
| 945-15 | 17 | F | 2000 | 384 | Depression and attempted suicide |
| 877-210P | 18 | M | 1200 | 65 | Drug Overdose |
| | | | | | Other |
| 945-36 | 50 | M | UNK | 16 | Allergy (rash and fever) |
| 945-38 | 66 | M | 400 | 1 | Renal Failure: Patient with history of stable renal disease went into renal failure after one dose |
| 945-15 | 29 | M | 1200 | M | Bloody diarrhea |

**Serious Adverse Events Considered Drug Related**
Serious AE considered possibly drug related included drug overdose, depression with suicidal ideation/drug overdose, *status epilepticus*, renal failure.

**Drug overdose**
Patient       (Study 877-210P Center 214) took an overdose of medication. While no other adverse events were reported as serious in association, the investigator though that this overdose was possibly drug related.

Patient       (Study 945-14 Center 801) took an overdose of medication. While no other adverse events were reported as serious in association, the investigator though that this overdose was possibly drug related.

**Depression:**
Patient       (Study 945-13 Center 14) reported severe depression and attempted suicide. Depression was thought to be possibly related to gabapentin in this patient.

Patient    (Study 945-15 Center 1) was reported to have experienced depression with suicidal ideation on numerous occasions while on treatment with gabapentin. The investigator thought that this was probably due to medication and he ultimately discontinued the drug. SEE CRF.

Patient       (Study 945-15 Center 19) was reported to have depression and attempted suicide. Thought to be possibly related to the drug.

*Status epilepticus*
There were 25 patients who had *status epilepticus* which resulted in a hospital visit. These events were considered serious. Not all patients who withdrew from studies because of *status epilepticus* were included in the listing of adverse events considered serious.

**Discussion of Selected Serious Safety Findings**
Certain adverse events emerged as both serious and frequent. Due to the nature of the reporting process it was initially difficult to determine the magnitude of these and therefore how much of a safety issue they represent. These include seizures/status; depression/suicide/overdose and cancers. The table on the following page reflects some of the important adverse events reported through the variety of mechanisms and how they are distributed in terms of severity.

Not all patients who withdrew from studies because of *status epilepticus* were included in the listing of adverse events considered serious. *Status epilepticus* was reported as a serious adverse event only when it led to hospitalization. There were 37 patients who reported status epilepticus as an adverse event during clinical epilepsy studies with gabapentin. There were 25 patients who had *status epilepticus* which resulted in a hospital visit. The result of this arbitrary distinction was underreporting in this category. For example there were numerous cases of seizure flurries some lasting up to several days at a time which were not considered

Confidential                                                              Pfizer_LAlphs_0084468