NDA #20-235 Medical-Statistical Review

109

### Important Adverse events Reported through Various Categories

| Adverse Event | Total Reports (N=1700) | Withdrawals N=2048 | "Serious" Reports N=2048 | Deaths N=2048 |
|---|---|---|---|---|
| Seizures: | 118 (8.1%)[1] | 37[2] | 0 | 12 |
| Status | 0 | 8 | 25 | 1 |
| Twitching | 23 | 2 | 0 | 0 |
| Myoclonus | 1 | 0 | 0 | 0 |
| | | | | |
| Depression all symptoms | | | | |
| Depression | 78 (5.3%)[3] | 9 | 7 [4] | 0 |
| Suicidal | 4 | 2 | - | 0 |
| Suicide gesture | 1 | 0 | 2 [5] | |
| OD (intentional) | 5 | 0 | 6 | 0 |
| | | | | |
| Tumors | | | | |
| general | 1 | 0 | | |
| abdominal | 1 | 0 | | |
| lymphoma | 1 | 1 | 1 | 1 |
| brain | 7 | 4 | 7 | 3 |
| lung | 1 | 0 | 1 | 2 |
| bladder | 1 | 0 | | 0 |
| breast | 2 | 1 | 2 | 0 |
| prostate | 1 | 0 | 1 | 0 |
| all tumors | 12[6] | 6 | 12 | 6[7] |
| | | | | |
| Deaths | 12 | 4 | | 23 |

[1] In here are included an undetermined number of cases of status epilepticus and prolonged seizure flurries which are not reported under serious adverse events because they did not require hospitalization. The exact number is not known.

[2] Note that a total of 488 patients withdrew because of LOE

[3] Seven cases of depression w/ suicidal ideation were reported in SU-2 text p. 45. This group also includes patients with mild or no depression on recruitment who required intervention with one or more antidepressant drugs while on treatment with gabapentin. These patients appear to have fallen through the cracks

[4] Includes only depression with suicidal ideation.

[5] Not the same patients as above

[6] Actually there were 18 reported in table 14 Safety Update-2

[7] This includes three patients who died after they were discontinued from medication but whose tumor began during treatment.

Confidential

## Discussion of Selected Serious Safety Findings (cont'd)

serious because they did not result in hospitalization including patients in nursing homes who were treated on site. The extent to which *status epilepticus* occurred and was not reported as serious or did not result in withdrawal cannot be accurately determined. Regardless, then, of the actual frequency of *status epilepticus*, it was not considered by individual investigators as drug related in certain cases, and yet in other cases it was thought to be possibly or definitely drug related. It could be argued that in certain cases failure of the antiepileptic to provide adequate protection against *status epilepticus* is not an adverse event caused by the drug, rather a failure of the drug to perform its purported effect. However as noted above there were numerous individuals who in controlled trials developed a worsening of their seizures from baseline to a greater magnitude than did placebo controls. One could argue, that in these patients the presence of increased seizure activity may have been a side effect of the drug rather than lack of effect.

A total of 118 patients reported seizures as adverse events. Of these, 37 patients withdrew from studies because of seizures reported initially reported as an adverse event. In addition there were 12 patients who died due to complications of seizures and an additional 24 patients required hospitalization due to *status epilepticus*. There were also 451 patients who withdrew from gabapentin because of lack of efficacy. At the request of this reviewer these 451 were grouped with the 37 patients who withdrew because of seizures , since the failure to control seizures was ultimately the reason for withdrawal in both groups. It is recognized that some or all of these 37 patient may have actually withdrawn from therapy because their seizures were worse. That information is currently not available. Assuming that the withdrawals and deaths had been previously reported as adverse events among the 118 adverse events: convulsions, then there are 569 patients either reported seizures as an adverse event or withdrew from studies because seizures were not adequately controlled or actually worse than before treatment.

In examining the subset of patients who developed *status epilepticus* during epilepsy studies, prior history of status was obtained. Of 31 patients who withdrew from epilepsy studies because of *status epilepticus*, 14 patient had never experienced *status epilepticus* before, and a one had never experienced *status epilepticus* while on treatment with an antiepileptic drug . Many of these patients were not considered to have had a serious adverse event, since they were not hospitalized. A spot check of case report forms revealed other patients who experienced prolonged seizure flurries (one patient did not stop for 8 days) who was not reported in any category. This apparent underreporting was most likely an artifact of the criteria set forth for defining adverse events.

In another way, looking at seizures as adverse events, the possibility of exacerbation of seizures on treatment was considered. Based on the reading of the case report forms in the three main placebo controlled studies, there was a small subset of the study population which appeared to become worse on drug than baseline as compared to placebo and that the degree of worsening was marked in some cases particularly in study 945-5.

In the original NDA 37 patients of adverse events recorded as seizures. This group was later reclassified as LOE at the request of FDA in an effort to obtain a better idea of how many withdrawals related to seizure activity. These case reports were reviewed in more detail and

Confidential

It was found that the majority patients (35/37) withdrew due to seizure exacerbation or *status epilepticus* rated as moderate to severe. There were 22/37 (60%) whose exacerbation was thought to be possibly, probably, or definitely attributable to drug by investigators. The mean duration on drug before withdrawal due to seizures was 166 days.

In summary, there appears to be a small subset of patients treated with gabapentin who ostensibly become worse. Evidence which has led to this hypothesis includes 1) seizure counts obtained from DBPC trials in which seizure frequency increases by a greater magnitude in gabapentin treated patients than in placebo patients, and 2) the development of *status epilepticus* in patients who have never experienced status in the past or who have not experienced status since childhood. The characteristics of this population is not yet well defined but this should be further evaluated by the sponsor.

## Tumors

A total of 16 tumors were reported in association with gabapentin therapy. These are listed by tumor type in the table on the following page. There was a total of 11 brain tumors. Of these six were recurrent or expanding tumors that were dormant prior to entering studies, and three were emergent during treatment, two were newly diagnosed tumors arising after discontinuing a prolonged course of gabapentin (9-10 months), and one was a recurrence of a tumor that was dormant and arose shortly after discontinuing 3 weeks of gabapentin therapy. The deaths due to brain tumors were evaluated in the context of expected incidence rates. The question arises in the cases of preexisting stable lesions whether the course of the disease was accelerated by the drug. One could maintain that in the cases where a preexisting stable tumor became worse, the natural history of the disease might have predicted the same outcome, however, one could also argue that progression of the tumors was temporally associated with worsening and the possibility of causation cannot be ruled out on the basis of the available information.

Other tumor types included 2 cases of treatment-emergent breast cancer following treatment with 1200-2400 mg for 146 to 440 days. Two cases of lung cancer, one in the case of a chronic smoker. One patient had prolonged exposure to a high dose of gabapentin (2400 mg for 1437 days), the other had low dose and brief exposure.

In summary there appear to be no particular patterns of dose/duration of exposure and any particular tissue type of tumor with the exception of the brain. The only concern is that there is a particularly high incidence of astrocytoma either treatment emergent or recurrent/expanding. This raises the specter of carcinogenicity to the target organ of this drug, the brain.

NDA #20-235 Medical-Statistical Review                                        112

Table 8.8
Tumors Associated with Gabapentin Therapy

| Study /pt | Age | Sex | Dose | Duration | Tumor:Comments Brain Tumors |
|---|---|---|---|---|---|
| 945-13 | 51 | M | 2400 | 467 | Astrocytoma |
|  |  |  |  |  | Comment: Treatment emergent |
| 877-210PX | 37 | M | 1200 | 223 | Astrocytoma |
|  |  |  |  |  | Comment: DIED. Expansion |
| 945-5 | 22 | M | 600 | 84 | Brain Tumor |
|  |  |  |  |  | Comment: Recurrence |
| 945-13 | 36 | M | 2200 | 369 | Brain Tumor |
|  |  |  |  |  | Comment: DIED. Expansion |
| 945-13 | 39 | M | 2400 | 441 | Meningioma |
|  |  |  |  |  | Comment: Recurrence |
| 945-15 | 26 | F | 1800 | 151 | Astrocytoma |
|  |  |  |  |  | Comment: Recurrence |
| 877-035X | 32 | M | 1500 | 20 | Astrocytoma |
|  |  |  |  |  | Comment: Recurrence found 9 days after Rx stopped |
| 945-13 | 36 | F | 2400 | 304 | Astrocytoma |
|  |  |  |  |  | Comment: Discovered 707 days after treatement stopped |
| 945-15 | 23 | F | 2100 | 264 | Astrocytoma, Grade II |
|  |  |  |  |  | Comment: Had abnormality on MRI by history; tumor found 171 days after stopping gabapentin |
| 945-15 | 28 | M | 1800 | 703 | Astrocytoma: recurrence |
|  |  |  |  |  | Comment: Grade I Astrocytoma resected in 1984.  Dormant until day 703 of treatment. |
| 890-130 | 34 | F | 900 | 150 | Astrocytoma: recurrence |
|  |  |  |  |  | Comment: Withdrawn from treatment for surgery on astrocytoma day 164 |

Confidential

Pfizer_LAlphs_0084472

NDA #20-235 Medical-Statistical Review

113

| ID | Age | Sex | Dose | | Cancer / Comment |
|---|---|---|---|---|---|
| 077-210PX | 49 | F | 1200 | 440 | **Breast** — Breast Cancer; Comment: Diagnosed during treatment. |
| 945-13 | 42 | F | 2400 | 146 | Breast Cancer; Comment: Diagnosed during treatment. |
| 945-13 | 63 | M | 1000 | 45 | **Lung** — Lung Cancer; Comment: DIED. Tumor found 2 mos after drug stopped |
| 945-13 | 65 | M | 2400 | 1437 | Lung Cancer with mets to brain; Comment: DIED. History of nonmyoma in 1946, prostate Ca in 1996 35 PY smoker. Diagnosed during treatment. |
| 945-13 | 71 | M | 800 | 141++ | **Prostate** — Prostate Carcinoma; Comment: |
| 945-14 | 41 | M | 1200 | 379 | **Lymphoma** — Non-Hodgkin's Lymphoma; Comment:DIED. Diagnosed during treatment:IS |

Confidential