NDA #20-235 Medical-Statistical Review                                                                                         114

**Depression/Suicidal Ideation/ suicide attempt**
In the total exposed population of the NDA 78 (5.3%) patients reported depression as an adverse event. This included one subject in a phase 1 study. There were 7 reports of depression as serious adverse events, and 9 patients who withdrew from studies because of depression.

There may be some underrepresentation of certain categories. For example, in some cases depression was reported as a serious adverse event, particularly if it resulted in hospitalization or was associated with suicidal ideation. However numerous examples were identified among the CRF's where a patient developed treatment emergent depression where pharmacological intervention was required and the report of a serious adverse event was not made. The actual incidence of treatment emergent depression in which pharmacologic intervention was begun and maintained throughout the course of a study. The firm has provided the FDA with a breakdown of the patient who reported depression as an adverse event, and it is found that of the 78 patients who reported depression as an adverse event, 19 had no prior history of depression, and 22 patients required treatment for their symptoms.

**Cataracts**
Cataracts were reported by 3 patients. Prior examinations are not yet available in two and was not performed in one.

**Summary of Drug Interactions**

Numerous studies have been conducted to evaluate drug interaction with gabapentin. They are summarized briefly below, although more detail can be found in the discussion of Pharmacology (NDA Review 4.0).

Based on the results of the available studies there appears to be no evidence for pharmacologic interaction between gabapentin and phenobarbital, phenytoin, valproate, or carbamazepine. Further it has been shown that gabapentin does not induce hepatic mixed function oxidases that are responsible for the metabolism of many antiepileptic drugs.

Among the adverse events considered serious were two isolated reports in Asian women of "overdose" involving phenytoin as a concomitant medication. Each of these cases were unintentional and occurred in the setting of prescribed medication. The first was an Asian woman who reported toxic phenytoin levels (> 29 µg/ml) and who was symptomatic. She required reduction of the dose of phenytoin from 330 mg/day to 200 mg/day TDD. The second involved an Asian woman who also reported toxicity with phenytoin (phenytoin level was 30.27 µg/ml) and was also symptomatic. Her phenytoin dose was reduced

A number of nonepileptic drugs were evaluated for interaction. These included maalox, cimetidine, norethindrone, and probenecid. It appears that the bioavailability of gabapentin is reduced following coadministration with Maalox. The effect of Maalox on the bioavailability of gabapentin is dependant upon the time of administration. A lesser effect is seen when Maalox is administered 2 hours before gabapentin. A more pronounced effect was seen when Maalox

Confidential                                                                                                      Pfizer_LAlphs_0084474

was given concomitantly or within 2 hours after gabapentin. Cimetidine coadministration has been shown to alter the renal clearance of gabapentin to a slight degree. The clinical significance of this drug interaction is not yet known. Probenecid has no effect on the renal excretion of gabapentin. The oral contraceptive norethindrone (Norlestrin) was evaluated for a possible interaction with gabapentin. It appears that the multiple dose pharmacokinetic profile of norethindrone is not affected by gabapentin.

No other obvious drug interactions were elicited in review of the adverse event data from clinical trials with gabapentin. While every effort was made to minimize the number of concomitant drugs beyond the antiepileptic drug products required for seizure control. Review of case report forms and tabular summaries indicated that additional drugs were used frequently in combination with gabapentin.

### Drug demographic Interactions

The demographics of the gabapentin development program suggest that the extremes of age are not well represented. The incidence of adverse events increased slightly with age in patients treated with both gabapentin and placebo, but to a greater extent in the treated group. One preliminary study did reveal that $AUC_{(0-\infty)}$ for gabapentin increased with age (see above).

The adverse event profile for men and women was similar in all epilepsy studies with gabapentin.

Caucasians were overrepresented in gabapentin studies. It is not possible to determine, based on the small numbers of blacks and orientals if there is an interaction with race. However, as noted above there is the suggestion of an interaction with two reports of phenytoin toxicity in Asian women treated with gabapentin and phenytoin. There needs to be further evaluation of this phenomenon as it might suggest a pharmacogenetic interaction.

No effect of sex on the incidence of particular adverse events was appreciated. demographic/adr tables)

### Pediatric Subjects

There have been no pediatric subjects exposed to Gabapentin.

### Drug-Disease Interactions

There is limited clinical experience with the use of gabapentin in systemic disease. In fact every effort is made in clinical trials with epilepsy to avoid patients who are suffering from underlying systemic illness. There have been several interaction studies specifically performed in an effort to explore the possibility of interaction between gabapentin and systemic disease, specifically renal and hepatic disease, using limited doses and duration of treatment.

In renal disease pharmacokinetic studies it was shown that impaired renal function resulted in higher plasma gabapentin concentrations, longer $t_{1/2}$, and greater $AUC_{(0-\infty)}$. Decreases in gabapentin CL/F and $CL_r$ are linearly correlated with $CL_{cr}$. It has also been shown that age-related alterations in renal function are responsible for altered gabapentin pharmacokinetics.

Confidential                                                                                                                    Pfizer_LAlphs_0084475

Gabapentin AUC $_{(0-\infty)}$ increases, and CL/F and $\lambda_z$ decreases as age increases. Thus it is recommended that gabapentin dosage be reduced in patients with renal dysfunction and in patients with age-related renal impairment according to the gabapentin clearance.

Gabapentin was evaluated in the context of hemodialysis. It was found that routine hemodialysis (three times weekly) lowers plasma gabapentin concentrations and decreases the apparent $t_{1/2}$ of gabapentin 2.5 fold. Pharmacokinetic results indicate that administration of gabapentin following each 4-hour hemodialysis treatment should achieve similar steady state peak and trough concentrations to those in subjects with normal renal function receiving gabapentin q8h.

There as been one report of a patient with impaired renal function, who, after receiving a single 400 mg dose of gabapentin, developed acute renal failure from which he has not recovered. (CRF).. While causation cannot be ascertained with certainty this suggests caution in the administration of gabapentin to patients with impaired renal function.

The interaction of gabapentin with hepatic disease was not studied. It is presumed that this was not evaluated because the drug is not metabolized in humans. No hepatic enzyme elevations of significant magnitude were reported during treatment with this drug.

8.10   Summary, Conclusions, and Recommendations

As of the data cut-off date of September 30, 1992, data from clinical trials involving 2048 subjects indicate that Gabapentin has a safety profile that is generally good but about which there remain several important concerns. Emphasis in this review has been on deaths and discontinuations from treatment occurring in association with Gabapentin as well as general reporting of adverse events.

The maximum dose in the placebo-controlled efficacy trials was 1800 mg/day, however, the firm has some experience in open extension use with doses up to 3600 mg in patients who did not derive benefit from lower doses. No delayed adverse effects were definitively identified in the long-term studies. The maximum duration of exposure is approximately 7 years in a few patients, with the majority of exposure of relatively shorter duration of 6 months to one year. The few overdoses reported with gabapentin showed no significant toxicity acutely with high doses. (Levels were not obtained)

The sedative side effects of gabapentin are prominent. The most frequently reported adverse experience was convulsions, followed by somnolence, dizziness, ataxia, fatigue, nystagmus, tremor and diplopia. In studies designed to characterize the adverse experience profile of gabapentin (in phase 1)headache, somnolence and fatigue, were also the most frequently reported events. Adverse events relating to the nervous system were most common and they were also the most commonly reported adverse events associated with withdrawal from treatment.

