NDA #20-235 Medical-Statistical Review                                                                 117

The greatest advantage of this drug could be the apparent lack of clinically significant pharmacokinetic interactions with concomitant AEDs. However, gabapentin administered adjunctly with other antiepileptic drugs resulted in an increased incidence of adverse events, such as s diplopia and depressed WBC seen with carbamazepine and gabapentin. These were generally mild in severity and most improved over time.

Gabapentin appears to lack significant hepatic and bone marrow toxicity.

Less common but more serious events may limit the drug's widespread usefulness. One of these is that seizures may become significantly worse, or lead to *status epilepticus* in a small subset of the treated population. A second is that the incidence of malignancies reported with only limited extended use of the drug coupled with the preclinical evidence that the drug may be carcinogenic. While causation has not been demonstrated in either the genesis or the expansion and recurrence of tumors, the firm has not provided convincing evidence that the drug does not cause or accelerate tumor growth in man. A third is that depression, while it may be not an infrequent occurrence in the epileptic population, may become worse and require intervention or lead to suicide, as it has resulted in some suicidal attempts. A fourth concern that a drug that is 100% cleared by the kidneys may in a small segment of the population be nephrotoxic. Adjustments in dose are recommended with increasing age and with renal failure. Fifth, the limited experience with gabapentin in pregnancy cannot rule out some risk of teratogenicity.

The attrition rate from treatment with gabapentin is high, approximately 63% (all epilepsy studies), however, this is not due primarily to adverse events, which account for only about 7% of all patients in clinical trials. The high dropout rate is due in part to lack of sustained efficacy, seizure exacerbation and an "other", a category which includes largely unclassified dropouts but also dropouts due to lack of efficacy, loss to follow-up, patient preference, and some. Discontinuations due to adverse events were reviewed. There were 3 cases of renal failure, some arrhythmias, 18 tumors reported, convulsions, 3 cataracts, and one case of atrial flutter, weight gain, low white count. There were no significant laboratory abnormalities identified that were seen consistently or frequently.

As of September 30, 1992 nineteen patients with epilepsy have died while receiving Gabapentin and an additional three patients died after discontinuing gabapentin but of a process that began during treatment, specifically cancer. The deaths were of diverse etiology, although twelve may be categorized as complications of inadequate seizure control and sudden unexplained death in epilepsy and six deaths were related to tumors that emerged or enlarged during gabapentin therapy. Whether these deaths due to tumors are related to therapy will be a matter for future studies or postmarketing surveillance.

In its clinical database of 2048 patients, gabapentin has a risk profile that is uncertain, with five groups of important adverse events that have not yet been fully characterized, specifically, seizure exacerbation, carcinogenicity, clinically important depression, renal failure and teratogenicity. Accumulated long range safety data are limited by the excessive attrition due to apparent lack of sustained efficacy.

Confidential                                                                                           Pfizer_LAlphs_0084477

NDA #20-235 Medical-Statistical Review                                                                 118

## 5.0 Conclusions based on Statistical Analyses

**Study 877-210P[25]:**

The analyses of response ratio, responder rate and global improvement have statistically demonstrated the efficacy of gabapentin as add-on therapy in the treatment of partial seizures in patients with medically uncontrolled epilepsy.

**Study 945-6[26]:**

The analyses of response ratio, responder rate and global evaluation have statistically demonstrated the efficacy of gabapentin (for 900 mg/day as well as 1200 mg/day) as add-on therapy in the treatment of partial seizures in patients with medically uncontrolled epilepsy.

**Study 945-5[27]:**

This study failed to provide statistical evidence to support the sponsor's claim of efficacy of gabapentin 1200 mg/day over placebo. However 1800 mg/day did appear superior to placebo in two of the major efficacy variables, Responder rate and Response ratio with seizure flurries included in the intent-to-treat analysis.

**Study 945-9/10[28]:**

The sponsor concedes that definite conclusions cannot be drawn from these results regarding the efficacy of gabapentin, 900 mg/day and 1200 mg/day, as as add-on therapy in the treatment of partial seizures in patients with medically uncontrolled epilepsy because of the small size of these studies. No statistical analysis was performed on the 1200 mg group.

---

[25] Refer to pp. 27-34 of this review.

[26] Refer to pp. 48-53 of this review.

[27] Refer to pp. 64-69 of this review.

[28] Refer to pp.72-73 of this review.

Confidential                                                                 Pfizer_LAlphs_0084478

## 10. Recommendations

In conclusion NDA 20-235 is approvable with appropriate and prominent labelling for use in a specific population. Specifically labelling should reflect that while short term efficacy has been demonstrated as add-on treatment in the refractory partial epilepsy population, the firm has not demonstrated that this effect is sustained. Additionally, in a subset of the epilepsy population, seizure exacerbation may occur, such as *status epilepticus* in patients who have not previously experienced status. The as yet unknown risk of carcinogenicity should be considered against possible limited benefit.

_____
Baldeo K. Taneja, Ph.D.
Mathematical Statistician (Biomedical)

_____
S. Edward Nevius, Ph.D. (concur)

_____
.ya D. Dubey, Ph.D. (concur)

_____
Cynthia G. McCormick, M.D.
Clinical Reviewer

_____
Russell Katz, M.D. (concur)

CC:NDA 20-235
HFD-120
HFD-120/Leber/Katz/McCormick/Chamberlin
HFD-713/Dubey/Group 2 File/Taneja
HFD-344/Lisook

This review contains 119 pages of text

Confidential                                                                    Pfizer_LAlphs_0084479