EXHIBIT 6

REVIEW ARTICLE

Drug Safety 2007; 30 (2): 123-142
0114-5916/07/0002-0123/$44.95/0

© 2007 Adis Data Information BV. All rights reserved.

# Suicidality and Antiepileptic Drugs
## Is there a Link?

*Vladimir V. Kalinin*

Department of Brain Organic Disorders and Epilepsy, Moscow Research Institute of Psychiatry, Ministry of Health and Social Development, Moscow, Russia

## Contents

Abstract ............................................................................. 123
1. Nonpharmacological Risk Factors for Suicidality in Epilepsy ............................. 125
2. Common Neuropsychological Basis for Depression and Cognitive Impairment ............. 126
3. Neurochemistry of Suicides ....................................................... 127
4. Serotonin Mechanisms in Epilepsy ................................................. 127
5. Mode of Action of Antiepileptic Drugs (AEDs) and Psychotropic Effects ................. 128
6. AEDs and their Influence on Depression, Cognition and Suicidality ..................... 129
    6.1  Phenobarbital ............................................................... 129
    6.2  Phenytoin .................................................................. 130
    6.3  Carbamazepine ............................................................. 130
    6.4  Oxcarbazepine .............................................................. 131
    6.5  Valproate .................................................................. 132
    6.6  Topiramate ................................................................. 133
    6.7  Gabapentin ................................................................. 134
    6.8  Tiagabine .................................................................. 134
    6.9  Vigabatrin ................................................................. 135
    6.10 Lamotrigine ................................................................ 135
    6.11 Levetiracetam .............................................................. 136
    6.12 Zonisamide ................................................................. 136
7. Discussion ..................................................................... 137
8. Conclusion .................................................................... 138

**Abstract**

The main purpose of the present article is to review the possible risk factors for suicidal behaviour in epilepsy with a special emphasis on the different antiepileptic drugs (AEDs).

Epidemiological data show that, in general, the suicide rate among patients with epilepsy is 5-fold higher than that in the general population, while in temporal lobe epilepsy and complex partial seizures it is approximately 25-fold higher. A certain psychiatric comorbidity may provoke suicidality in patients with epilepsy, and depression and cognitive impairment seem to be the main risk factors for suicidality in epilepsy. In addition, depression and cognitive deterioration in epilepsy may share common neuropsychological mechanisms in terms of hypofrontality. This may cause similar psychopathological signs in both diagnostic categories, including suicidality.

Analysis of the literature has shown that serotonin metabolism disturbances are involved in the pathogenesis of suicidal behaviour irrespective of primary diagnosis. Serotonin disturbances also seem to be a common link between depression, suicidality and even epilepsy itself.

The various AEDs differ not only in their mechanisms of action, but also in influences on cognition and mood in epileptic patients and suicidality, respectively. Until now, only Ketter's hypothesis has been proposed to explain the psychotropic effects of different AEDs, although it does not explain the positive psychotropic effects of some AEDs, such as carbamazepine and oxcarbazepine.

According to this model, all psychotropic effects of AEDs may be the result of effects on the function of two types of receptor functions: $\gamma$-aminobutyric acid (GABA) ergic and antiglutamatergic; other possible mechanisms have not been incorporated. Presumably, other neurochemical mechanisms, and a serotonergic mechanism in particular, should also be taken into account when explaining the psychotropic effects of different AEDs.

Based on these data, it has been suggested that AEDs with certain serotonergic properties should reduce the suicidality risk because they exert effects similar to antidepressants (i.e. selective serotonin reuptake inhibitors), whereas AEDs that lack serotonergic mechanisms would not be effective in suicidality prevention. In line with this paradigm, phenobarbital and phenytoin seem to be the only drugs with proven suicidality risk. On the other hand, carbamazepine, oxcarbazepine, valproate and lamotrigine could be regarded as drugs with antisuicidal properties because they all improve cognitive functions and mood in epileptic patients, and possess serotonergic mechanisms of action. The other AEDs, including topiramate, tiagabine, vigabatrin, levetiracetam and zonisamide, all exert negative effects on mood and cognition, although their influence on suicidality has not been proven in evidence-based studies yet. Although zonizamide has serotonergic properties, it exerts negative psychotropic effects, whereas gabapentin is devoid of serotonergic properties but has positive psychotropic effects on mood and cognition.

To more fully explain the positive and negative psychotropic effects and influence on suicidality of AEDs, Ketter's paradigm should be supplemented by an understanding of the serotonergic mechanisms of different AEDs. Further trials are required to prove or refute this model.

---

The title of this article may seem challenging and rather provocative because it is hard to imagine that some antiepileptic drugs (AEDs) may cause suicide. Suicide is thought to have a multi-factorial origin and every completed suicide should be regarded as a result of a multi-dimensional interaction between different factors. This is the same for suicides in the general population as it is for suicides in certain groups, especially in mentally ill patients.

Although epilepsy is a neurological disease, the condition may lead to a broad palette of psychiatric disorders, including affective and anxiety disorders, psychoses, personality deviations and intelligence deficiency. Each of these disorders may provoke suicide in patients with epilepsy; the suicide risk for each of these disorders is different, although the real degree of each suicidal-risk factor is not strictly determined.

© 2007 Adis Data Information BV. All rights reserved.

Numerous data have shown that AEDs differ in their modes of action and certain mechanisms *a priori* may interact with other potential risk factors for suicidality, thereby triggering the suicidal behaviour. Ultimately, the final degree of suicidal behaviour and recommendations for suicide prevention can only be described in terms of probabilities.

It should be stressed that completed suicides, attempted suicides and suicide ideation are not the same states and principal differences between them exist, although all these states may be regarded in terms of suicidality within one continuum. Suicidal thoughts without any actual attempts represent one end of the spectrum. Suicidal attempts that have not been completed are thought to be a more severe form of suicidality and fall in the middle of the spectrum. Completed suicides represent the severest form of suicidal behaviour that finalise the aforementioned continuum.

The main purpose of this review is to draw attention to the possible risk factors for suicidal behaviour in epilepsy, with a special emphasis on the different AEDs; however, it should be borne in mind that the role of the AEDs may be an additive rather than a causal factor in a patient's suicide.

A MEDLINE search was conducted for all relevant articles on suicidality under AED treatment and in patients with epilepsy. The search was conducted in March/April 2006. All possible articles relevant to the review topic were analysed and included in the review. The main keywords used included 'epilepsy', 'suicide', 'suicidal risk factors in epilepsy', 'AEDs and suicide', 'personality in epilepsy' and 'serotonin and suicides'. All available journal articles and chapters in monographs (in English and German) relevant to the study topic were also included in the analysis. Additional papers were identified by a hand search of references.

## 1. Nonpharmacological Risk Factors for Suicidality in Epilepsy

The basic characteristics of epilepsy and psychiatric comorbidity may provoke suicidality in patients with epilepsy. The principal data on this topic are listed in table I. It is noteworthy that generalised

**Table I.** Nonpharmacological risk factors for suicidality in epilepsy

| Variables | Suicidality risk |
|---|---|
| Simple partial seizures | M↑[9,10] |
| Complex partial seizures | ↑,[1-4] F↓[9,10] |
| Secondary generalised seizures | M↑[9,10] |
| Depression | ↑,[5-8] F↑[9,10] |
| Personality disorder | ↑,[1] F↑ >M↑,[9,10] ↑[11,12] |
| Cognitive deterioration | F↑ >M↑,[9,10] ↑[11,12] |

F = female; M = male; ↑ indicates increase; ↓ indicates decrease.

and temporal lobe seizures along with psychotic episodes, personality disorders and young age in male patients should be regarded as risk factors for suicidality.[1] Similarly, the role of complex partial seizures as a risk factor for suicidal behaviour has been described.[2-4] Many studies have confirmed that depression and suicidality are more common in patients with complex partial seizures, especially in those with temporal lobe epilepsy.[5-8]

The sex differences in seizure semiotics also seem to exist in relation to suicidality in epilepsy. Thus, for men, a positive correlation between the suicidality grade and frequency of simple partial seizures and secondary generalised seizures has been demonstrated, which implies an increased risk for suicidality associated with temporal lobe epilepsy in men.[9,10] For women, the inverse correlation between complex partial seizures and suicidality grade was revealed.[9,10] On the other hand, the total sum of all seizures correlated positively with suicidality irrespective of sex.[9]

Depression, personality disorders and cognitive impairment are believed to be the crucial risk factors among psychiatric comorbidity for suicidality in epilepsy,[9-12] although the impact of these disorders on suicidal behaviour should be studied more meticulously.

Concomitant depression is usually the main causal factor in suicidal behaviour in epilepsy, and the incidence of affective disorders in the epileptic population ranges from 11% to 65%.[13-16] Depression may develop during the long-term period of seizure control, which may be explained by reduced excitability of cerebral neurons under continued AED treatment.[2,4,15]

Case 1:04-cv-10981-PBS    Document 1197-16    Filed 04/04/2008    Page 5 of 10

The left-sided foci in temporal lobe epilepsy are thought to be more important in terms of risk factors[17-19] because in such a case the phenomenon of hypofrontality may develop.[20] On the other hand, endogenous (recurrent) depression is believed to be linked with reduced frontal lobe function. Therefore, the hypofrontality may be considered as *conditio sine qua non* for depression development in temporal lobe epilepsy with left-sided foci.[20]

Personality disorders and cognitive impairment in relation to suicidal behaviour in epileptic patients are much less studied than depression. Nevertheless, Steinert and Fröscher[11] and Rösche et al.[12] stressed that personality disorders and cognitive deterioration in epilepsy should also be considered as risk factors for suicidality in the interictal period. These traits concern the constellation of such personality features, which in the 20th century were known under the names 'glishroidia', 'enechetic constitution' or 'ixoid character'.[21] Sex differences were also revealed in suicidality risk factors in relation to these personality traits.[9,10]

## 2. Common Neuropsychological Basis for Depression and Cognitive Impairment

The cognitive deterioration in epilepsy affects the patient's ability to perform some neuropsychological tests for the assessment of executive functions and working memory. The frontal lobes are believed to be responsible for performing these functions; frontal lobe dysfunction occurs in up to 50% of epilepsy cases and often determines the neurobehavioural complications in epilepsy patients.[22] Principally, in such cases of so-called 'dysexecutive syndrome', symptoms of depression may be present in addition to the reduced executive functions. Indeed approximately half of these patients meet the criteria for major depression.[23]

On the other hand, cognitive deterioration has also been revealed in cases of depression (irrespective of its origin) and depressive patients usually perform much worse than control patients in the neuropsychological tests for attention, vigilance, memory and executive function.[20,23-25] Such poor results are thought to be determined by frontal lobe dysfunction.[22,23] By considering all these data, it can be concluded that depression and cognitive deterioration in epilepsy could share common neuropsychological mechanisms that, in turn, may cause similar psychopathological signs in both diagnostic categories, including suicidality. In other words, both depression and cognitive impairment may represent relatively separate parts of one complex neuropsychological syndrome.

Data from Helmstaedter et al.[26] have confirmed this suggestion. In their study, the inverse correlations between the Beck Depression Inventory (BDI) score and verbal learning, verbal recognition and figural learning for patients with left-lateral temporal lobe epilepsy were obtained, confirming the significance of foci lateralisation for depression development and presumably suicidality. Interestingly, significant correlations between BDI score, right temporal lobe epilepsy (for mesial and lateral) and left-mesial temporal lobe epilepsy were absent. This confirms the significance of left-lateral temporal lobe foci precisely in the development of depression and cognitive impairment in cases of neocortical epilepsy.

On the contrary, in mesial (paleocortical) temporal epilepsy, depression may evolve irrespective of the focus lateralisation.[27] The mean depression score in a study conducted by Quiske et al.[27] was significantly higher in patients with mesial temporal sclerosis, irrespective of mesial temporal sclerosis lateralisation, than in patients with so-called lateral temporal (neocortical) epilepsy. The authors concluded that depression is a good indicator of mesial temporal sclerosis, but not vice versa. However, in such cases, the link between depression and cognitive deterioration is absent.[26] It implies that depression may occur irrespective of the side of the foci in mesial epilepsy, but predominantly in the case of left-sided foci in neocortical epilepsy. In both cases, the risk for suicidality is high enough that it should alarm clinicians.

Along with this conclusion, a suggestion can be made that all AEDs that have the propensity to reduce cognitive function may cause depression and

© 2007 Adis Data Information BV. All rights reserved.

possibly suicidality if they are used for the treatment of neocortical temporal lobe epilepsy with left-sided foci, but not with right-sided foci. The role of AEDs in the genesis of depression in patients with mesial epilepsy remains unclear and epilepsy itself is much more important in depression development than AEDs, although these suggestions remain entirely speculative and require further study. At present, no systematic studies on this topic have been performed.

### 3. Neurochemistry of Suicides

A large number of studies have been published within the last three decades that reveal the possible associations between suicides and neurochemical mechanisms.

Dysfunction of serotonin metabolism is thought to be involved not only in the pathogenesis of depression, but also in anxiety, obsessions, aggression and suicidality.[28-37] The data relevant to this topic have revealed the reduced level of 5-hydroxyindolacetic acid (5-HIAA), which is the main metabolite of serotonin, in cerebrospinal fluid of depressed patients with suicidal behaviour. Moreover, a significant correlation was revealed between a decreased level of 5-HIAA in cerebrospinal fluid and aggressive behaviour and suicidal tendencies in patients with personality disorders.[32-35] Moreover, the linear relationship between aggression score in patients with personality disorders and 5-HIAA level in cerebrospinal fluid was found,[32,33] and in the studies by van Praag[36] and van Praag and Plutchik[37] a much more reduced level of 5-HIAA was observed in cases with more severe depression compared with mild cases. Whether the decreased 5-HIAA level in cerebrospinal fluid in patients with depression is a primary or secondary phenomenon (due to the hyperactivity in postsynaptic receptors) remains unclear.[28,36,37]

The data on brain serotonin 5-HT$_2$ receptor binding in depressed patients have confirmed the protective role of serotonin in suicidal behaviour.[28] The 5-HT$_2$ receptors are located on the postsynaptic neurons and their maximal density seems to be in the frontal cortex projections of the ascending dorsal raphe nucleus.[28] Based on the experimental observation that the lesioning of serotonergic neurons in the raphe nuclei leads to up-regulation of the postsynaptic 5-HT$_2$ receptors and decreased imipramine binding presynaptically, Stanley and Mann[38] suggested that if the serotonin hypothesis is operative, then a similar pattern would be found in suicide completers.[39] The authors found that the density of 5-HT$_2$ receptors was 44% higher in the frontal cortex of suicide victims than in the control group.[28,38] These data were subsequently confirmed in some, but not in all, studies.[28]

Several principal conclusions may be made after these aforementioned findings. First, the study of platelet 5-HT$_2$ binding is a useful test for the prediction of suicidality, irrespective of the primary psychiatric diagnosis. Secondly, in epileptic patients with a high risk of suicidal behaviour, similar results should be obtained, although such a trial has not been explored yet. Thirdly, possible association might exist between suicidality, platelet 5-HT$_2$ binding and cognitive deterioration in patients with epilepsy, although again the specific data relevant to this issue are absent. If the third suggestion is true, then simple and robust tests would be useful in predicting suicidality following treatment with individual AEDs.

### 4. Serotonin Mechanisms in Epilepsy

In addition to the recognised role of serotonin in the genesis of depression, anxiety, obsession and suicidality, evidence exists that implicate its role in epilepsy. The general understanding that serotonin plays a certain role in epilepsy is based as much on evidence from animal models of epilepsy as from clinical observations.[40-46] Thus, in a genetically epilepsy-prone rat model of generalised epilepsy, the serotonin level in the brain,[41] [$^3$H]serotonin uptake by synaptosomes and tryptophan hydroxylase activity are decreased.[42] Furthermore, drugs that facilitate serotonergic transmission inhibit seizure activity in many animal models of epilepsy.[42] Conversely, a reduction of brain serotonin levels leads to an increase in seizure susceptibility in

animal models of epilepsy as well as in humans.[43-45]

However, contradictory data exist indicating that serotonin depletion by use of parachlorophenylalanine protects against experimental atypical absence seizures in rats.[46] Serotonin seems to exert equivocal influence on different types of seizures, and this can in some way explain the contradictory data.

The depletion of serotonin is thought to decrease neurogenesis, whereas the use of antidepressants (mostly selective serotonin reuptake inhibitors [SSRIs]) increases serotonin levels in the brain and thereby facilitates neuroplasticity and neurogenesis in the hippocampus.[40] This can be seen in positron emission tomography (PET) scanning studies, if the tryptophan analogue $\alpha$-[$^{11}$C]methyl-L-tryptophan (AMT) is used to measure serotonin synthesis in the human brain.[40]

Principally, decreased hippocampal volume and decreased $5-HT_{1A}$ binding in the mesiotemporal cortex and in the raphe have also been revealed in patients with depression.[40,47] Serotonergic mechanisms seem to represent the common pathogenetic link between epilepsy, depression and suicidality. The study of Gilliam et al.[48] confirmed this. The authors evaluated epilepsy and depression severity in 62 patients with refractory temporal lobe epilepsy in relation to fluorodeoxyglucose-PET findings. Of these 62 patients, abnormal PET images were observed in 55 patients and normal images were observed in seven patients. The BDI was used for the assessment of the degree of depression. Interestingly, the BDI scores were higher in the group with abnormal PET images than in the group with normal PET results ($9.7 \pm 8.5$ vs $1.8 \pm 2.6$, respectively; $p < 0.01$). These data help to explain the high frequency of depression in temporal lobe epilepsy and are relevant to the findings on the bidirectional relationship between depression and epilepsy.[49,50] This implies that depression may not only develop after the onset of epilepsy (a widely recognised fact), but may also precede the onset of epilepsy.

Thus, depression and epilepsy in some patients should be regarded as one disease and serotonin seems to be the common link between these two diagnostic categories.

## 5. Mode of Action of Antiepileptic Drugs (AEDs) and Psychotropic Effects

Assessment of the psychotropic properties of AEDs was seldom the aim of any trial in epileptology. These effects were broadly assessed in the treatment of bipolar and schizoaffective disorders but this goes beyond the scope of present article.

All AEDs have certain differences in their modes of action and in their efficacy in different types of seizures. This requires physicians to select the appropriate AED based on the individual patient's characteristics following the motto 'the right drug for the right patient'; however, the seizure semiotics and adverse events of AEDs are often taken into account while their psychotropic properties, as a rule, are ignored.

The influence of AEDs on suicidal behaviour in patients with epilepsy has not been studied systematically to date and only a few reports exist.[9,10] All available findings in this domain were received after casual observations. These circumstances make it very difficult to present a great vista of issues covering suicidality and AEDs from the point of view of evidence-based medicine. Nonetheless, because of the lack of evidence-based data, these few clinical reports should be included in the final analysis of the problem, although the risk of suicidal behaviour during AED treatment can only be approximately assessed, taking into account the presence of depression and cognitive deterioration developed after the use of a specific AED.

Although the psychotropic properties of AEDs *per se* were seldom evaluated, endeavours were made to create a paradigm that explains the psychotropic effects of these drugs. One of these models, proposed by Ketter et al.,[51] explained the complete range of affective effects of AEDs based upon their neuroreceptor modes of action. According to this paradigm, all psychotropic effects of AEDs may be the result of effects on the function of two types of receptor functions: $\gamma$-aminobutyric acid (GABA) ergic and antiglutamatergic. Positive effects on

© 2007 Adis Data Information BV. All rights reserved.

GABAergic function determines the sedating, anxiolytic and antimanic effects of AEDs, whereas the antiglutamatergic function causes activating, anxiogenic and antidepressive effects. Ketter et al.[51] divided all available AEDs into two groups in relation to their dominant mechanism of action. According to this model, barbiturates, benzodiazepines, valproate, vigabatrin, tiagabin and gabapentin are all drugs with a GABAergic mechanism. On the other hand, felbamate and lamotrigine, in line with the model of Ketter et al.,[51] belong to the group of drugs with an antiglutamatergic mechanism. In addition, topiramate occupies the intermediate position between the aforementioned mechanisms because of its polyvalent mode of action.

The GABAergic functions and consequent sedative effects are needed for the treatment of activated patients with psychomotor excitement, and excited patients benefit from these effects. Conversely, the antiglutamatergic functions and activating effects are desirable for the treatment of depressed and inhibited patients. Moreover, primarily sedated and inhibited patients *a priori* would become worse if they were treated mainly with an AED with the GABAergic mechanism. Conversely, patients with an activated profile at baseline may become worse under treatment with an AED with the antiglutamatergic mechanism.

This model represents an oversimplification of complex psychiatric phenomena in patients with epilepsy and the psychotropic effects of AEDs. However, as some authors argue, it promises a useful approach and a starting point in identifying optimal drugs for specific patients, based on their psychotropic profiles.[20,52] However, the current paradigm unfortunately does not take into account other possible modes of action of AEDs that could also explain the pathogenesis of depression and suicidal behaviour in epilepsy. Several questions remain unanswered regarding this issue.

First, the strict dichotomy of all psychiatric phenomena in epileptic patients into sedation and activation hardly reflects clinical reality and represents the rather oversimplification of complex psychopathological syndromes. This is because the symptoms of depression and anxiety often overlap and in such a case the possibility for comorbidity exist. Principally, in comorbidity of depression and anxiety the maximal risk for suicidality exists.[53] Secondly, Ketter et al.[51] have limited their paradigm to only two modes of action and have not considered the possibility of other mechanisms in depression, anxiety, suicidality and the antidepressant properties of AEDs. Thirdly, the authors have not tried to relate their model with findings on cognitive deterioration (mostly executive function, working memory and verbal fluency) during AED treatment. Obviously, some other mechanisms are also involved in the pathogenesis of epilepsy, depression, anxiety and suicidality, and possibly in the mode of action of some AEDs, and these mechanisms should be elucidated by further studies.

## 6. AEDs and their Influence on Depression, Cognition and Suicidality

### 6.1 Phenobarbital

Phenobarbital remains one of the oldest AEDs still widely used for epilepsy treatment all over the world. The low price of phenobarbital and its efficacy against the broad range of seizure types is the main cause of its popularity. Nevertheless, phenobarbital actually represents a single AED that exerts widely recognised adverse effects on cognitive and affective spheres in patients with epilepsy. Cognitive deterioration, depression and suicidality are believed to be the most frequent behavioural adverse effects observed during phenobarbital treatment.[54-63] A majority of studies evaluating the risk of development for undesirable behavioural problems concluded that there was a link between phenobarbital treatment and the incidence of depression, the development of mood disorders and suicidal ideation.[62]

In the study by Brent et al.,[54] the prevalence of major depression in children receiving phenobarbital (n = 15) and carbamazepine (n = 21) was studied. Of the children receiving phenobarbital, 40% were diagnosed with major depressive disorder compared with only 4% of the children receiving

carbamazepine. Interestingly, the frequency of suicidal ideations was 47% vs 4% (p = 0.005), respectively. In a study by Kalinin and Polyanskiy,[9] the positive correlation between mean daily dose of phenobarbital and suicidal-severity grade, regardless of the patient's sex, was revealed. In another study by Kalinin and Polyanskiy,[10] the authors showed that the mean daily dose of phenobarbital was included in the discriminant analysis equation for suicidality prediction in women only and, therefore, the final suicidal risk was increased in the female group. The authors concluded that long-term use of phenobarbital could result in a psychotoxic (neurotoxic) effect and consequently in suicidal attempts mostly in females.

Phenobarbital cannot be considered a harmless AED for long-term treatment in patients with epilepsy and numerous data confirm the depressogenic properties and damaging effect of phenobarbital on cognitive functions.[54-63] This could explain the prosuicidal effect of phenobarbital and should warn against broad use of this drug in epileptic patients with depression or cognitive disability.

The folate deficiency caused by phenobarbital is believed to determine the negative psychotropic effects of this AED and to lead to the gradual onset of depression, psychosis and, finally, dementia.[64,65]

### 6.2 Phenytoin

Phenytoin is the oldest epilepsy medication after phenobarbital and it is still widely used in epileptology because of its excellent anticonvulsant properties and broad-spectrum efficacy. Nevertheless, as a result of its undesirable psychotoxic effects (i.e. sedation, psychomotor slowing, cognitive impairment and depression with suicidality), phenytoin should not be regarded as an ideal AED.[66,67] However, cases of hyperactivity, alterations of emotional state and agitation have been described, although only in higher dose regimens. As with phenobarbital administration, folate deficiency has also been detected in patients treated with phenytoin,[64,65] which may be regarded as a possible common pathogenetic link between phenytoin and depression and suicidality,[68] although this has not been proven in other studies.[62]

Furthermore, the findings on cognitive and mood deterioration as a result of phenytoin treatment are equivocal and the ambiguous data are presented in a review by Parnas et al.[69] The depressogenic effect was observed in two studies: in one study an increase in anxiety level was reported and in the other study a sedating effect was reported.[70,71] In other words, phenytoin produced positive and negative mood effects in an equal number of reports.[16]

Although Aldenkampf et al.[72,73] stressed that the differences in psychotropic properties between phenytoin, carbamazepine and valproate can usually be considered relatively small when these drugs are used within a normal therapeutic range, a certain amount of caution in relation to depression and suicidality should be taken into account in cases of phenytoin prescribing.

### 6.3 Carbamazepine

Carbamazepine is the main AED used for the treatment of localisation-related forms of epilepsy, and remains the drug of choice for the management of partial seizures (simple and complex partial seizures with and without secondary generalisation). The principal mode of action of carbamazepine is quite similar to that of phenytoin but with less of a 'slowing' effect in the recovery state compared with phenytoin.[73-75]

Another neurochemical mechanism that has not received the necessary attention of clinicians concerns the influence of carbamazepine on serotonin levels in the interstitial space. In experimental animal models, serotonin levels have been reported to increase after carbamazepine treatment at therapeutically relevant doses.[76-78] A serotonin level increase may contribute to the antiepileptic efficacy of carbamazepine by stimulating GABA or by activation of inhibititory serotonin receptors.[79] This effect seems to be similar to those of antidepressants, i.e. SSRIs. Moreover, SSRIs are now regarded as drugs with anticonvulsant and cerebroprotective properties, and their administration is thought to increase neuroplasticity.[80,81]

© 2007 Adis Data Information BV. All rights reserved.

Drug Safety 2007; 30 (2)

Based on all these findings, we may conclude that carbamazepine should reduce the risk for depression and suicidality in patients with epilepsy because of its serotonergic mechanisms. Nevertheless, carbamazepine is not an effective antidepressant,[66,67] although it may be useful for treating impulse control disorders, such as borderline personality disorder with aggression.[67,82] Although this diagnosis at first glance is not relevant enough to the topic of current review, it should be remembered that in a person with borderline personality disorder the risk for suicidal behaviour is much higher compared with healthy individuals.[66,82]

Moreover, a number of studies on carbamazepine have revealed an activating 'psychotropic' effect (i.e. improving mood).[83,84] A study by Dodrill and Troupin,[84] revealed the mood-improving effect of carbamazepine in comparison with phenytoin. However, after the authors controlled for the high serum levels of both AEDs, they could not find any difference between the drugs in a reanalysis 14 years later.[85] An opinion exists that the previously described positive psychotropic properties of carbamazepine may not be explained by a directly favourable effect of the drug itself, but rather by the discontinuation of more sedative drugs previously used by the patient, and by improved seizure control.[85]

In contrast to a previous study,[69] some authors, based upon their own experience in psychiatry,[52] regarded carbamazepine as a drug with a "sedating psychotropic profile" used for the treatment of depression and dysphoria. This *a priori* implies an antisuicidal property too. Indeed, in studies by Kalinin and Polyanskiy,[9,10] the inverse correlation between the mean daily dose of carbamazepine and suicidality grade was revealed in the female group and the combined group of patients, but not in the male group. In other words, the antisuicidal property of carbamazepine has been found separately for females, but not for males with epilepsy. The authors interpreted their results in terms of more expressed vulnerability of women with epilepsy for the development of depression in comparison with men. Carbamazepine could reduce the suicide risk as a result of a possible antidepressive, even antidysphoric, effect in epileptic females with depression, but not in males because the probability for depression in women is higher than in men.[9,10]

In summary, carbamazepine remains the drug of choice for the treatment of partial seizures associated with mood disturbances and suicidality because it improves affective symptoms and reduces an amplitude of affective undulations and aggressive behaviour in patients with epilepsy. It has been demonstrated that an inverse correlation between the mean daily dose of carbamazepine and suicidality rate exists.[9,10] Nonetheless, whether there is an association between its blood concentration and suicidality remains unknown. If the inverse correlation between serum carbamazepine concentration and suicidality rate was obtained, this drug could be regarded as an antisuicidal agent and should be used for the purpose of suicide prevention in epileptic patients.

### 6.4 Oxcarbazepine

Oxcarbazepine is structurally similar to carbamazepine, but the drug has certain advantages, including a nonoxidative metabolic pathway and consequently low induction potential.[86] However, data on the effect of oxcarbazepine on serotonin levels are inconsistent and controversial. Some authors believe that, unlike carbamazepine, oxcarbazepine does not influence interstitial serotonin levels,[78,79] whereas others stress that the serotonin synthesis, turnover and metabolism may be increased by oxcarbazepine.[87] Nevertheless, whether there is any relationship between the neurochemical effects of oxcarbazepine and its influence upon mood and behaviour remains unknown, and a specific study is required to prove or refute this suggestion.

Clinical findings on the efficacy of oxcarbazepine for psychopathology, including mood disorders and suicidality in epileptic patients, are limited and a definite conclusion on its anti- or prosuicidal effect cannot be made. Nevertheless, when oxcarbazepine is used to treat children, observation suggests that the drug is able to improve mood levels to a similar degree as lamotrigine.[88]