The psychotoxic effects (cognitive adverse effects) of oxcarbazepine have not been evaluated systematically to date and contradictory results have been obtained. Thus, in the study by Aikia et al.,[89] the cognitive adverse effects of oxcarbazepine in patients with epilepsy were similar to those seen in patients receiving phenytoin. However, in another study there were no differences between carbamazepine and oxcarbazepine in cognitive testing, and neither AED disturbed memory nor attention in patients with newly diagnosed epilepsy.[90]

In the study by Sabers et al.,[91] the influence of three AEDs (carbamazepine, oxcarbazepine and valproate) on intelligence, learning and memory, verbal span, attention, psychomotor speed and visuospatial construction in patients with newly diagnosed epilepsy was evaluated. The results indicated no deterioration of cognitive function in any treatment modality after treatment within 4 months. In other words, all the compared drugs were quite similar in terms of their favourable influence on cognitive functions.

Interestingly, in another study performed in healthy individuals, oxcarbazepine administered in daily doses of 300mg and 600mg caused a stimulant effect in comparison with placebo.[92] Nevertheless, in patients with epilepsy, oxcarbazepine increased sedation and reduced aptitude on the psychomotor tests (performance, focused attention task, manual writing, alertness) 2–6 hours after administration.[93,94]

In summary, data on the influence of oxcarbazepine on mood and cognitive functions as a whole have demonstrated a favourable drug profile that is comparable with carbamazepine, although the single observation exists that oxcarbazepine exerts deteriorating effects on cognitive function in epileptic patients. Obviously, a definite conclusion cannot be made yet because of the small number of observations. Similarly the influence of oxcarbazepine on suicidality risk cannot be determined because this topic has not yet been adequately studied.

### 6.5 Valproate

Valproate continues to be regarded as the 'gold standard' in the treatment of all seizure types. Its principal mode of action is the enhancement of GABA functions in the brain.[95] Valproate influences other mediator systems, but this has not received much attention. Nevertheless, it has been reported that valproate enhances extracellular levels of serotonin in the hippocampus and striatum of rodents, and induces a behavioural syndrome in rats known as the 'wet dog shakes', which is regarded as similar to the serotonin syndrome.[68,96] Moreover, in bipolar patients, an ameliorating effect of valproate treatment upon central serotonergic transmission in the L-5-hydroxytryptophan (L-5-HTP) test has been shown.[97] All these data certainly indicate the definite serotonergic action of valproate. However, the correlation between serotonergic effect and anticonvulsant properties of valproate has not been revealed.[97]

The efficacy of valproate in the treatment of bipolar disorder is a well known fact, whereas the findings on its use for the treatment of depression are scarce.[98] Nevertheless, data exist that show the efficacy of valproate in the treatment of depression, particularly with atypical features,[99-101] and in borderline personality disorder with aggressive behaviour.[102-104] Based on these findings, the antisuicidal properties of valproate can be predicted, since suicide is usually attempted by patients with depression or aggressive behaviour.

At present, there are data that demonstrate the antisuicidal properties of valproate in epileptic females, but not in males. For women, an inverse correlation between mean daily dose of valproate and suicidality grade was shown.[9,10]

The psychotoxic effects of valproate treatment (on cognitive function) are thought to be minimal.[105-107] Thus, in the study by Prevey et al.,[107] valproate was compared with carbamazepine for its effects on motor speed and co-ordination, memory, concentration and mental flexibility. No significant differences were obtained between studied AEDs or in the comparison between pretreatment levels and following 6 and 12 months of treatment. Neverthe-

© 2007 Adis Data Information BV. All rights reserved.

less, subtle cognitive impairment may be revealed in children, particularly if high doses are used.[106]

In conclusion, valproate as a rule does not exert any serious cognitive deterioration if it is used in therapeutically adequate doses in adult epileptic patients. This corresponds with its positive antidepressant effect and antisuicidal properties. In other words, there is a certain similarity between valproate and carbamazepine in terms of their cognitive effects, and antidepressant and antisuicidal properties, despite their differences in structure and mode of action. Similar serotonin-enhancing properties in these two AEDs possibly explain the similar preventive effect against suicidality, although this needs to be demonstrated in a specific study.

### 6.6 Topiramate

Topiramate is one of the modern AEDs. It has proven efficacy against most seizure types except for absences. In addition, the excellent efficacy of topiramate in cases of so-called 'intractable epilepsies' has also been proven in numerous trials.[108-110]

The polyvalent mechanism of action is thought to determine efficacy of topiramate against the majority of epileptic seizures[111] and, as has been suggested by Ketter et al.,[51] to exert a unique spectrum of positive psychotropic effects. However, topiramate has no effect on serotonergic function. Perhaps, this is one of reasons for the negative psychotropic effects of topiramate, which the model of Ketter et al.[51] did not take into account.

Negative psychotropic effects of topiramate have been observed in several studies. They concern the influence of the drug on cognition and on mood with consequent development of depression, anxiety, psychosis and even suicidality.[72-75,111-116]

The cognitive adverse effects of topiramate include impaired concentration and attention, poorer performance on verbal fluency tests, and emotional lability.[112-114] Interestingly, in patients with partial and generalised epilepsies, topiramate seems to impair performance on the tests on verbal fluency, verbal IQ and list learning with no significant effects on spatial memory, measures of intellect, and list and story recall.[112] In other words, topiramate mainly influences the left hemisphere of the brain and has much less effect on the right hemisphere, although this topic warrants further study.

These kinds of negative psychotropic effects of topiramate do not develop in all patients with epilepsy. Thus, in a study by Mula et al.,[115] depression and cognitive dysfunction were compared in patients with temporal lobe epilepsy with hippocampal sclerosis (n = 70) or cryptogenic epilepsy (n = 128). It was noteworthy that depression and cognitive dysfunction developed in patients with hippocampal sclerosis, but not in patients with cryptogenic temporal epilepsy.

In another study by Mula et al.,[116] the occurrence of febrile seizures in early childhood was proven to be one of the strongest predictors of an adverse psychiatric reaction to topiramate (depression, cognitive deterioration). A history of febrile seizure is regarded as a strong predictor for the future development of mediotemporal epilepsy with hippocampal sclerosis. These findings again confirm the high probability for the occurrence of psychiatric adverse events in topiramate-treated patients with mediotemporal epilepsy. Obviously, hippocampal sclerosis seems to be *conditio sine qua non* for negative psychotropic effects of topiramate. Based upon these findings, it can be speculated that in temporal lobe epilepsy with hippocampal sclerosis, serotonin deficiency plays a central role in the development of depression with consequent possible suicidality.

Several lines of evidence can confirm this suggestion. First, serotonin is recognised as a regulator of neurogenesis in the dentate gyrus.[40,117] Secondly, the depletion of serotonin decreases neurogenesis and neuroplasticity, whereas the administration of an SSRI conversely increases serotonin levels in the hippocampus and facilitates neurogenesis.[40,118] Thirdly, mediotemporal epilepsy with hippocampal sclerosis is characterised by reduced hippocampal volume,[119,120] which is quite similar to that in nonepileptic patients with depression.[40,47,48] It is probable that topiramate cannot reverse depression in mediotemporal epilepsy because of its lack of serotonin-enhancing properties. In such cases,

topiramate seems to play a strictly additive role, whereas the depression itself is caused by hippocampal sclerosis.

Suicidal behaviour during topiramate treatment has been reported in an article by Abraham;[121] however, a single clinical vignette is insufficient evidence on which to base conclusions regarding the drug. Nevertheless, certain caution is needed if cognitive deterioration or depression appears during topiramate administration. To prevent suicidality, topiramate should not be used in patients with temporal lobe epilepsy and hippocampal sclerosis, although specific studies on this topic are required.

Data by Shorvon[122] have shown that depression and cognitive dysfunction may be the result of a rapid dose escalation of topiramate. Obviously, slow titration of topiramate should be used to avoid the occurrence of these adverse events.

### 6.7 Gabapentin

Gabapentin is currently used as add-on therapy for the treatment of partial and generalised tonic-clonic seizures. Structurally, gabapentin is a cyclic GABA analogue and exerts influence on GABAergic neurotransmitter systems, especially GABA turnover.[75,123]

Clinical reports of patients with epilepsy treated with gabapentin generally indicate a mood improvement in tandem with a decreased level of depression and anxiety.[124-128] Such a favourable psychotropic profile for gabapentin seems to be promising for suicidality prevention, although the specific data in this domain are absent. The meticulous statistical analysis (with numerous psychometric scales) performed by Harden et al.,[125,126] revealed a significant influence exclusively on dysthymia, but not on depression or anxiety. This implies a subtleness, but not a magnitude, of gabapentin effect because dysthymia represents a mild depressive state that is quite different from major depression.[75]

Gabapentin also exerts beneficial effects on cognition in patients with epilepsy[72-74] and in healthy volunteers in comparison with carbamazepine.[129] Gabapentin had certain advantages over carbamazepine in 26% of assessed neuropsychological variables. In line with these data are findings on better gabapentin tolerability compared with carbamazepine in elderly patients.[74,130]

Interestingly, gabapentin has been shown to exert some efficacy in the management of social phobia, panic disorders and major affective disorders, i.e. in the treatment of affective spectrum disorders.[131] However, its efficacy against recurrent (unipolar) depression seems to be exaggerated. Thus, the findings of a randomised, placebo-controlled study by Frye et al.[132] indicated that gabapentin turned out to be ineffective in the treatment unipolar depression.

Gabapentin efficacy in the treatment of the broad spectrum of affective and anxiety disorders certainly implies the definite anxiolytic and thymoleptic properties of gabapentin. This, in turn, implies that it might be useful in the treatment of epileptic patients with high suicidality risk, although again the relevant data are absent. On the other hand, a certain similarity can be seen between gabapentin psychotropic effects and the effects of SSRIs, although gabapentin does not exert an influence on serotonergic receptors. All this is yet to be explained thoroughly.

In summary, gabapentin seems to be drug with certain positive psychotropic effects, as has been demonstrated in numerous studies on its efficacy in affective spectrum disorders and in patients with epilepsy. Obviously, such a positive psychotropic profile of gabapentin may be useful in epilepsy patients with a high risk for suicidality, and affective and behavioural disturbances. However, the primary efficacy of gabapentin concerned mostly dysthymia or mild forms of mood disorders, whereas in more severe cases its efficacy has yet to be proven. This implies that in epileptic patients with depression of a severe degree and suicidality, the additional administration of antidepressants is needed.

### 6.8 Tiagabine

Tiagabine is a GABA uptake inhibitor that prolongs the GABA presence in the synapses.[133] By that mechanism, tiagabine exerts its anticonvulsant effect. Tiagabine does not bind to catecholamine, acetylcholine, serotonin, histamine, opiate, glycine

© 2007 Adis Data Information BV. All rights reserved.

or glutamate receptors.[133] The drug is indicated mostly for the management of patients with intractable partial epilepsy in an add-on regime.[134] Cognitive adverse effects of tiagabine in epilepsy treatment were, as a rule, not frequently registered.[135,136]

Thus, in a study by Fritz et al.,[137] tiagabine and topiramate were compared in terms of their efficacy and cognitive adverse effects. Both drugs have shown approximately equal efficacy, although differences in their influence on cognitive functions were revealed.

Tiagabine, unlike topiramate, did not have any influence on frontal-lobe associated functions (tests on verbal fluency, language comprehension, working memory and visual block tapping). Tiagabine had a negative effect on verbal memory only and, therefore, had advantages over topiramate. This would imply a more favourable profile of tiagabine in terms of influence on mood and suicidality, although the special studies on this issue have not yet been carried out. Nonetheless, in several placebo-controlled studies, increased nervousness and depressive mood were observed.[138,139] In this context, nervousness is believed to be a prominent tiagabine-related phenomenon.[75,138] The findings of Grabowska-Grzyb et al.[139] on the whole are consistent with these observations. The authors reported that tiagabine was more frequently used in epilepsy patients with depression than in patients without depression (14% vs 5%; p < 0.05), and regarded this drug as a risk factor in development of depression. Data concerning tiagabine suicidality provoking properties are not available, but in cases of severe nervousness physicians should be aware of a possible transformation from nervousness to suicidality.

### 6.9 Vigabatrin

Vigabatrin represents another GABAergic AED that inhibits the GABA breakdown.[140] Data on behavioural and cognitive effects of vigabatrin are controversial. Thus, the absence of any negative influence on cognition was reported in several trials.[74,141] On the other hand, some data suggest vigabatrin causes negative mood changes in patients with epilepsy.[16,74,141] Depression was registered in 5.1%, whereas psychosis was registered in approximately 1.1% of 2682 vigabatrin-treated patients.[10]

In the study by Grabowska-Grzyb et al.,[139] vigabatrin was much more frequently administered to patients with concomitant depression compared with patients without depression (30% vs 8%; p < 0.05). The data concerning vigabatrin influence on suicidality are still absent.

### 6.10 Lamotrigine

Lamotrigine is the oldest drug among the new generation of AEDs. The main mechanism of lamotrigine action is thought to block voltage-dependent sodium and calcium channels and thereby prevent excitatory glutamate release.[73,74,142] This mode of action is quite similar to that of carbamazepine,[75] although (unlike carbamazepine) lamotrigine is effective not only against partial and secondary generalised seizures, but primary generalised seizures as well.[75] The inhibition of glutamate and aspartate release by lamotrigine, according to a paradigm by Ketter et al.,[51] seems to be the principal mechanism of antidepressant efficacy of lamotrigine. Interestingly, lamotrigine exerts weak influence on serotonin reuptake in human plates and rat-brain synaptosomes *in vitro*[141-143] and, therefore, it shares common features with carbamazepine, valproate and zonisamide.

The favourable profile of lamotrigine psychotropic effects has been proven in numerous studies carried out in healthy volunteers and in patients with epilepsy. As a whole, no adverse cognitive effects were revealed after lamotrigine treatment.[73-75] Lamotrigine-treated patients showed much better results on attention, memory, affective symptoms and items of quality of life scales.[73-75]

Mood improvement is thought to be the most prominent among lamotrigine positive psychotropic effects.[144-146] Thus, in the study by Edwards et al.,[146] lamotrigine was compared with valproate in their influence upon mood disorders by using the Profile of Mood States (POMS), the BDI and Cornell Dysthymia Rating Scale. Interestingly, patients treated by lamotrigine had 21% improvement in

BDI, whereas POMS scores have shown improvement in several scales, including depression (33%), anger (30%), tension (27%) and total score (37%) compared with baseline level.

In a study by Cramer et al.,[147] lamotrigine was used as adjunctive medication to other AEDs in 155 epileptic patients with poorly controlled seizures. The authors could confirm mood improvement to a clinically significant degree despite the presence of other AEDs. They concluded that this effect was not likely to have been caused by synergy with other AEDs, but was rather attributed strictly to lamotrigine itself because it remained stable after withdrawal of the other AEDs.

In another study by Cramer et al.,[148] the improvement in the quality of life of patients with epilepsy after the conversion to lamotrigine monotherapy was demonstrated. The authors assessed the quality of life in patients with epilepsy who had previously been treated with either phenytoin or carbamazepine and were subsequently switched to lamotrigine monotherapy by use of the Quality of Life in Epilepsy (QOLIE)-31 scale. The total QOLIE-31 scores increased 10.7 points for patients rated by physicians as having mild improvement, and 17 points for patients having moderate or marked improvement. Nevertheless, the authors concluded that positive changes in quality of life are independent of seizure reduction. It assumes again the positive effect of lamotrigine on mood, which *a priori* could reduce the risk for suicidal behaviour.

Kockelmann et al.[149] compared the cognitive profile of lamotrigine and topiramate in patients with epilepsy receiving AED polytherapy and revealed lamotrigine superiority on several cognitive tests. After controlling for multiple comparisons, differences between lamotrigine- and topiramate-treated patients remained significant ($p < 0.0022$) for verbal fluency, verbal digit, visual block spans and nonverbal working memory, whereas for visual anticipation speed, planning ability, verbal working memory, verbal comprehension and mental rotation a nonsignificant trend towards differences was observed.

Looking at all these data together, the suggestion could be made that lamotrigine exerts positive psychotropic influence on both mood and cognitive functions, which could imply its preventive efficacy against suicidal behaviour, although specific data on suicidality and lamotrigine are not available.

### 6.11 Levetiracetam

Levetiracetam is regarded as the newest AED and is now approved for the treatment of partial seizures in add-on therapy and as monotherapy all over the world. Unfortunately, the exact levetiracetam mechanisms of action are not yet known and its psychotropic effects have yet to be studied thoroughly.

In a review by Cramer et al.,[150] increased levels of depression, nervousness, hostility, emotional lability and anxiety were reported. Devinsky and D'Esposito[67] had similar findings and stressed that approximately 10% of adults and 25% of children receiving levetiracetam exhibited irritability, anxiety, depression and other behavioural problems that, in turn, were seen more often in patients with developmental delays. All these symptoms may lead to suicidality if they are not recognised and treated in time.

The existence of suicidal thoughts with levetiracetam is actually well recognised and was discussed by French et al.[151] and Mula et al.[152] Clinicians should be more attentive to affective disturbances in patients with epilepsy during novel AED administration.

### 6.12 Zonisamide

Zonisamide shares multiple mechanisms of action with topiramate: blockade of voltage-dependent sodium channels, blockade of calcium channels and GABAergic action. Like topiramate, zonisamide inhibits carbonic anhydrase, but unlike the former has influence on serotonin turnover in striatal and hippocampal brain regions.[153,154] Psychotropic properties of zonisamide have not been properly studied yet, and available reports on this issue are entirely contradictory. Thus, in the pooled data of placebo-controlled studies the more frequent incidences of

© 2007 Adis Data Information BV. All rights reserved.

Table II. The influence of antiepileptic drugs (AEDs) on mood, cognitive functions and suicidality[a]

| AED | Mood | Cognitive functions | Suicidality |
|---|---|---|---|
| Phenobarbital | ↓[54-63] | ↓[54-63] | ↑[9,10,58] |
| Phenytoin | ↓[66,67,69] | ↓[66,67,69] | ↑ F, ↑M[9,10] |
| **Carbamazepine** | ↑[83-85] | ↑[90,91] | ↓F, M?[9,10] |
| **Oxcarbazepine** | ↑[88] | ↓,[89,93,94]↑ [90,91] | ↓? |
| **Valproate** | ↑[75,99-104] | ↑[73,74,90,91,105-107] | ↓F, M?[9,10] |
| Topiramate | ↓[72-75,115,116] | ↓[112-114] | ↑?[121] |
| **Gabapentin** | ↑[124-128] | ↑[72-74,129] | ↓? |
| Tiagabine | ↓[75,138,139] | ↓[135-137] | NA |
| Vigabatrin | ↓[16,139,141] | NE | NA |
| **Lamotrigine** | ↑[144-148] | ↑[73-75,148] | ↓? |
| Levetiracetam | ↓[150] | ↓[150] | ↑[151,152] |
| Zonisamide | ↓?[155,156] | ↓? [155,156] | NA |

a  AEDs with mood improvement and probable antisuicidal properties are marked in boldface.

F = female; M = male; NA = data are not available; NE = no effect; ↑ indicates increase; ↓ indicates decrease; ↑? indicates possible increase; ↓? indicates possible decrease.

irritability, depression, anxiety, paranoia and hallucinations during zonisamide therapy in comparison with placebo were revealed. Moreover, psychotic episodes that met the *International Classification of Diseases* (10th Edition) criteria for organic delusional disorder and organic hallucinosis also developed in 14 patients treated by zonisamide.[155,156] Sedation and mild sleepiness were also observed during zonisamide administration.[155,156] Data on possible zonisamide influence upon suicidality are not available.

## 7. Discussion

Three principal hypotheses form the cornerstones of the current article.

First, suicidality in patients with epilepsy should be regarded in association with depression, personality disorder and cognitive impairment, which, in turn, may not have a common neuropsychological basis. In other words, suicidality in epilepsy does not represent a single isolated phenomenon, but rather is a part of more complex syndrome. Thus, cognitive deterioration and depression in patients with epilepsy should warn clinicians of a high risk of suicidality.

Secondly, all AEDs differ in their mechanisms of action, and any that provoke depression and cognitive deterioration in patients with epilepsy should be regarded as drugs with a potential risk for suicidality.

Thirdly, since serotonergic mechanisms are involved in the pathogenesis of depression with suicidal behaviour and epilepsy itself, AEDs with serotonergic properties should reduce the suicidality risk because they exert effects similar to antidepressants such as SSRIs.

The analysis of numerous data has convincingly shown that different AEDs have differences not only in their mechanisms of action, but also in their influences on cognition and mood in patients with epilepsy. The main data on AED psychotropic effects and suicidality are summarised in table II. As has been shown, phenobarbital and phenytoin are the only two AEDs that decrease mood and cognitive functions and increase suicidality at the same time. Similarly, topiramate also decreases mood and cognition, but its influence upon suicidality has not been proven in evidence-based trials. On the other hand, carbamazepine, oxcarbazepine, valproate, gabapentin and lamotrigine are characterised by favourable effects on mood, cognition and suicidality. Carbamazepine and valproate have been found to exert antisuicidal effect in patients with epilepsy,[9,10] whereas lamotrigine, oxcarbazepine and gabapentin supposedly may prevent suicidality because they improve mood and cognitive functions.

Until now, only the hypothesis of Ketter et al.[51] has been proposed to explain the positive and negative psychotropic effects of different AEDs.[51] In this model, only GABAergic and antiglutamatergic mechanisms have been included; other possible mechanisms that could explain the differences between the AEDs in terms of their psychotropic effects have not been incorporated. Furthermore, the opposition of sedating and anxiolytic properties on the one hand and activating and antidepressive properties on the other hand seems to be rather artificial and hardly true, because depression and anxiety are frequently seen together in cases of psychiatric comorbidity. Moreover, carbamazepine and oxcarbazepine have not been included in Ketter's hypothesis. Although both drugs are devoid as GABAergic and antiglutamatergic mechanisms, they possess certain positive psychotropic effects.

Obviously, as suggested by Ketter et al.,[51] two components of the complex antiepileptic activity of different AEDs are not enough to thoroughly explain the possible mechanisms of the broad spectrum of psychotropic effects seen with these agents, including any antidepressive and antisuicidal properties of AEDs.

Interestingly, among five AEDs with antisuicidal properties, at least three drugs (carbamazepine, valproate and lamotrigine) definitely, and oxcarbazepine supposedly, possess serotonergic activity, as can be seen from table III. The influence on serotonin receptors seems to be once again a mechanism that has not been taken into consideration to explain the positive psychotropic effects of AEDs, including antisuicidal properties. Therefore, in order to explain all the psychotropic effects of AEDs and their influence on suicidality, Ketter's paradigm should be supplemented by an understanding of the serotonergic mechanisms of AEDs, although this proposition remains to be proven in studies.

## 8. Conclusion

This review has covered a broad range of problems on suicidality risk factors in epilepsy patients with special emphasis on AEDs. Patients with epilepsy have increased risk for suicidality. Suicidality in patients with epilepsy should be regarded only as one facet of more complex neuropsychiatric syndrome, including depression and personality deviations coupled with cognitive impairment. AEDs may interact with nonpharmacological risk factors and by that can provoke suicides. Some AEDs have prosuicidal properties, whereas others exert antisuicidal effects.

## Acknowledgements

No sources of funding were used to assist in the preparation of this review. The author has no conflicts of interest that are directly relevant to the content of this review.

**Table III.** Modes of action of antiepileptic drugs (AEDs)[a]

| AED | Na+ channels | Ca2+ channels | GABA | Glutamate | Serotonin |
|---|---|---|---|---|---|
| Phenobarbital | – | – | + | – | – |
| Phenytoin | + | –? | – | – | – |
| **Carbamazepine** | + | – | – | – | + |
| **Oxcarbazepine** | + | + | – | – | +? |
| **Valproate** | + | + | + | – | + |
| Topiramate | + | + | + | + | – |
| **Gabapentin** | + | ? | + | – | – |
| Tiagabine | – | – | + | – | – |
| Vigabatrin | – | – | + | – | – |
| **Lamotrigine** | + | + | – | + | + |
| Levetiracetam | – | + | – | – | – |
| Zonisamide | + | + | – | – | + |

a  AEDs with mood improvement and probable antisuicidal properties are marked in boldface.
+ indicates proven effect; – indicates lack of effect; +? indicates questionable effect; –? indicates questionable lack of effect.

© 2007 Adis Data Information BV. All rights reserved.                                        Drug Safety 2007; 30 (2)

## References

1. Diehl LW. Epilepsie und Suizid. Psychiatr Neurol Med Psychol (Leipz) 1986; 38: 625-33
2. Blumer D. Postictal depression: significance for the neurobehavioral disorder of epilepsy. J Epilepsy 1992; 5: 214-9
3. Blumer D, Montouris G, Davis K, et al. Suicide in epilepsy: psychopathology, pathogenesis, and prevention. Epilepsy Behav 2002; 3 (3): 232-41
4. Blumer D. Dysphoric disorders and paroxysmal affects: recognition and treatment of epilepsy-related psychiatric disorders. Harvard Rev Psychiatry 2000; 8 (1): 8-17
5. Mendez MF, Cummings JL, Benson DE. Depression in epilepsy: significance and phenomenology. Arch Neurol 1986; 43: 766-70
6. Robertson MM, Trimble MR, Townsend HRA. Phenomenology of depression in epilepsy. Epilepsia 1987; 28: 364-72
7. Lambert MV, Schmitz EB, Ring HA, et al. Neuropsychiatric aspects of epilepsy. In: Schiffer RB, Rao SM, Fogel BS, editors. Neuropsychiatry. 2nd ed. Philadelphia (PA): LWW, 2003: 1071-131
8. Lambert MV, Thompson PJ, Trimble M. Neuropsychiatric aspects of epilepsy. In: Rizzo M, Eslinger PJ, editors. Principles and practice of behavioral neurology and neuropsychology. Philadelphia (PA): Saunders, 2004: 763-79
9. Kalinin V, Polyanskiy D. Gender differences in risk factors of suicidal behavior in epilepsy. Epilepsy Behav 2005; 6: 424-9
10. Kalinin V, Polyanskiy D. Gender and suicidality prediction in epilepsy. Epilepsy Behav 2005; 7, 4: 657-63
11. Steinert T, Fröscher W. Aggression bei Epilepsie. Nervenheilkd 1994; 13: S199-205
12. Rösche J, Uhlmann C, Möller A. Psychische Störungen. In: Fröscher W, Vassella F, Hufnagel A. (Hrsgb.) Die Epilepsien. Grundlagen, Klinik, Behandlung. Stuttgart: Schattauer, 2004: 243-62
13. Kanner A, Rivas Nieto JC. Depressive disorders in epilepsy. Neurology 1999; 53 Suppl. 1: S26-32
14. Attarian H, Vahle V, Carter J, et al. Relation between depression and intractability of seizures. Epilepsy Behav 2003; 4: 298-301
15. Kanner A. Depression in epilepsy is much more than a reactive process. Epilepsy currents 2003; 3 (3): 202-3
16. Harden CL, Goldstein MA. Mood disorders in patients with epilepsy: epidemiology and management. CNS Drugs 2002; 16 (5): 291-302
17. Altshuler LL, Devinsky O, Post RM, et al. Depression, anxiety and temporal lobe epilepsy: laterality of focus and symptoms. Arch Neurol 1990; 47: 284-8
18. Mendez MF, Taylor JL, Doss RC, et al. Depression in secondary epilepsy: relation to lesion laterality. J Neurol Neurosurg Psychiatry 1994; 57: 232-3
19. Victoroff JL, Benson F, Grafton ST, et al. Depression in complex partial seizures: electroencephalography and cerebral metabolic correlates. Arch Neurol 1994; 51: 155-63
20. Schmitz B. Depressive disorders in epilepsy. In: Trimble M, Schmitz B, editors. Seizures, affective disorders and anticonvulsant drugs. Guildford: Clarius Press Ltd, 2002: 19-34
21. Ritaccio AL, Devinsky O. Personality disorders in epilepsy. In: Ettinger A, Kanner A, editors. Psychiatric issues in epilepsy: a practical guide to diagnosis and treatment. Philadelphia (PA): LWW, 2001: 147-61
22. Doval O, Gaviria M, Kanner A. Frontal lobe dysfunction in epilepsy. In: Ettinger A, Kanner A, editors. Psychiatric issues in epilepsy: a practical guide to diagnosis and treatment. Philadelphia (PA): LWW, 2001: 261-71
23. Castellon SA, Hinkin CH, Satz P. Behavioral disorders associated with central nervous system dysfunction. In: Adams HE, Sutker PB, editors. Comprehensive handbook of psychopathology. 3rd ed. New York: Springer, 2004: 813-40
24. Herman BP, Seidenberg M, Haltiner A, et al. Mood state in unilateral temporal lobe epilepsy. Biol Psychiatry 1991; 30: 1205-18
25. Schneider F, Habel U, Bestman S. Affektive Störungen. In: Förstl H. (Hrsg.) Frontalhirn. Funktionen und Erkrankungen, 2 Auflage. Heidelberg: Springer, 2005: 233-65
26. Helmstaedter C, Sonntag-Dillender M, Hoppe C, et al. Depressed mood and memory impairment in temporal lobe epilepsy as a function of focus lateralization and localization. Epilepsy Behav 2004; 5 (5): 696-701
27. Quiske A, Helmstaedter C, Lux S, et al. Depression in patients with temporal lobe epilepsy is related to mesial temporal sclerosis. Epilepsy Res 2000; 39: 121-5
28. Conwell Y, Burhan A. The neuropsychiatry of suicide. In: Schiffer RB, Rao SM, Fogel BS, editors. Neuropsychiatry. 2nd ed. Philadelphia (PA): LWW, 2003: 679-723
29. Asberg M, Thoren P, Traskman L, et al. "Serotonin depression": a biochemical subgroup within the affective disorder? Science 1976; 191: 478-80
30. Asberg M, Traskman L, Thoren P. 5-HIAA in the cerebrospinal fluid: a biochemical suicide predictor? Arch Gen Psychiatry 1976; 33: 1193-7
31. Agren H. Symptom patterns in unipolar and bipolar depression correlating with monoamine metabolites in the cerebrospinal fluid: II. Suicide. Psychiatry Res 1980 Oct; 3 (2): 225-35
32. Brown GL, Goodwin FK, Ballenger JC, et al. Aggression in human correlates with cerebrospinal fluid metabolites. Psychiatry Res 1979; 1: 131-9
33. Brown GL, Ebert ME, Goyer PF, et al. Aggression, suicide and serotonin: relationships to CSF amine metabolites. Am J Psychiatry 1982; 139: 741-6
34. Lidberg L, Tuck JR, Asberg M, et al. Homocide, suicide and CSF 5-HIAA. Acta Psychiatr Scand 1985; 71: 230-6
35. Linnoila VM, Virkkunen M. Aggression, suicidality, and serotonin. J Clin Psychiatry 1992; 53 Suppl.: 46-51
36. van Praag HM. Biological suicide research: outcome and limitations. Biol Psychiatry 1986; 21 (13): 1305-23
37. van Praag HM, Plutchik R. Depression type and depression severity in relation to risk of violent suicide attempt. Psychiatry Res 1984; 12: 333-8
38. Stanley M, Mann JJ. Increased serotonin-2 binding sites in frontal cortex of suicide victims. Lancet 1983; 1: 214-6
39. Janicak PG, Davis JM, Preskorn SH, et al. Principles and practice of psychopharmacotherapy. Philadelphia (PA): LWW, 2001: 700
40. Chugani HT, Chugani DC. Imaging of serotonin mechanisms in epilepsy. Epilepsy Currents 2005; 5 (6): 201-6
41. Dailey JW, Reigel CE, Mishra PK, et al. Neurobiology of seizure predisposition in the genetically epilepsy-prone rat. Epilepsy Res 1989; 3: 317-20
42. Statnick MA, Daile JW, Jobe PC, et al. Abnormalities in brain serotonin concentration, high-affinity uptake, and tryptophan hydroxylase activity in severe-seizure genetically epilepsy-prone rats. Epilepsia 1996; 37: 311-21
43. Wenger GR, Stitzel RE, Craig CR. The role of biogenic amines in the reserpine-induced alteration of minimal electroshock

seizure thresholds in the mouse. Neuropharmacology 1983; 12: 693-703
44. Maynert E, Marczynski T, Browning R. The role of neurotransmitters in the epilepsies. Adv Neurology 1975; 13: 79-143
45. Louw D, Sutherland GB, Glavin GB, et al. A study of monoamine metabolism in human epilepsy. Can J Neurol Sci 1989; 16: 394-7
46. Bercovici E, Cortez MA, Wang X, et al. Serotonine depletion attenuates AY-9944-mediated atypical absence seizures. Epilepsia 2006; 47 (2): 240-6
47. Drevets WC, Frank E, Price JC, et al. PET imaging of serotonin 1A receptor binding in depression. Biological Psychiatry 1999; 46: 1375-87
48. Gilliam F, Santos J, Vahle V, et al. Depression in epilepsy: ignoring clinical expression of neuronal network dysfunction? Epilepsia 2004; 45 Suppl. 2: 28-33
49. Forsgren L, Nystrom L. An incident case referent study of epileptic seizures in adults. Epilepsy Res 1990; 6: 66-81
50. Hesdorffer DC, Hauser WA, Annegers JF, et al. Major depression is a risk factor for seizures in older adults. Ann Neurol 2000; 47: 246-9
51. Ketter TA, Post RM, Theodore WH. Positive and negative psychiatric effects of antiepileptic drugs in patients with seizure disorders. Neurology 1999; 53 Suppl. 2: 53-67
52. Hirsch E, Schmitz B, Carreño M. Epilepsy, antiepileptic drugs (AEDs) and cognition. Acta Neurologica Scand 2003; 108 Suppl. 180: 23-32
53. Frances A, Manning D, Marin D, et al. Relationship of anxiety and depression. Psychopharmacology 1992; 106 Suppl.: S82-86
54. Brent D, Crumrine P, Varma R. Phenobarbital treatment and major depressive disorder in children with epilepsy. Pediatrics 1987; 80: 909-17
55. Ferrari N, Barabas G, Mathews W. Psychological and behavioral disturbance among epileptic children treated with barbiturate anticonvulsants. Am J Psychiatry 1983; 140: 112-3
56. Smith D, Collins J. Behavioral effects of carbamazepine, phenobarbital, phenitoin and primidone [abstract]. Epilepsia 1987; 28: 598
57. Barabas G, Mathews W. Barbiturate anticonvulsant as a cause of severe depression. Pediatrics 1988; 82: 284-5
58. Hawton K, Fagg J, Marsack P. Association between epilepsy and attempted suicide. J Neurol Neurosurg Psychiatry 1980; 43: 168-70
59. Calandre EP, Dominguez-Granados R, Gomez-Rubio M, et al. Cognitive effects of long-term treatment with Phenobarbital and valproic acid in school children. Acta Neurologica Scandinavica 1990; 81: 504-6
60. Kanner A, Weisbrot D. Psychiatric evaluation of the patient with epilepsy: a practical approach for the "Nonpsychiatrists". In: Ettinger A, Kanner A, editors. Psychiatric issues in epilepsy: a practical guide to diagnosis and treatment. Philadelphia (PA): LWW, 2001: 19-43
61. Brown SW. Dementia and epilepsy. In: Trimble M, Schmitz B, editors. The neuropsychiatry of epilepsy. Cambridge: Cambridge University Press, 2002: 135-51
62. Barry JJ, Lembke A, Huynh N. Affective disorders in epilepsy. In: Ettinger A, Kanner A, editors. Psychiatric issues in epilepsy: a practical guide to diagnosis and treatment. Philadelphia (PA): LWW, 2001: 45-71
63. Barry JJ. The recognition and management of mood disorders as a comorbidity of epilepsy. Epilepsia 2003; 44 Suppl. 4: 30-40
64. Reynolds E, Chanarin I, Milner G, et al. Anticonvulsant therapy, folic acid and vitamin B12 metabolism and mental symptoms. Epilepsia 1966; 7: 261-70
65. Fröscher W, Maier V, Laage M, et al. Folate deficiency, anticonvulsant drugs, and psychiatric morbidity. Clin Neuropharmacol 1995; 18: 165-82
66. Devinsky O. Cognitive and behavioral effects of antiepileptic drugs. Epilepsia 1995; 36 Suppl. 2: 46-65
67. Devinsky O, D'Esposito M. Neurology of cognitive and behavioral disorders. New York: Oxford University Press, 2004: 451
68. Biggs CS, Pearce BR, Fowler LJ, et al. Regional effects of sodium valproate on extracellular concentrations of 5-hydroxytryptamine, dopamine, and their metabolites in the rat brain: an in vivo microdialysis study. J Neurochem 1992; 59: 1702-8
69. Parnas J, Flachs H, Gram L. Psychotropic effect of antiepileptic drugs. Acta Neurologica Scand 1979; 60: 329-43
70. Lefkowitz MM. Effects of diphenylhydantoin on disruptive behaviour. Arch Gen Psychiatry 1969; 20: 643-51
71. Malitz S, Kanzler M. Are antidepressants better than placebo? Am J Psychiatry 1971 Jun; 127 (12): 1605-11
72. Aldenkampf AP. Antiepileptic drug treatment and epileptic seizure effect on cognitive function. In: Trimble M, Schmitz B, editors. The Neuropsychiatry of Epilepsy. Cambridge: Cambridge University Press, 2002: 256-267
73. Aldenkampf AP, De Krom M, Reijs R. Newer antiepileptic drugs and cognitive issues. Epilepsia 2003; 44 Suppl. 4: 21-9
74. Ortinski P, Meador KJ. Cognitive side effects of antiepileptic drugs. Epilepsy Behav 2004; 5 Suppl. 1: 60-5
75. Reijs R, Aldenkampf AP, De Krom M. Mood effects of antiepileptic drugs. Epilepsy Behav 2004; 5 Suppl. 1: 66-76
76. Yan QS, Mishra PK, Burger RL, et al. Evidence that carbamazepine and antiepilepsirine may produce a component of their anticonvulsant effects by activating serotonergic neurons in genetically epilepsy-prone rats. J Pharmacol Exp Ther 1992; 261: 652-9
77. Dailey JW, Reith ME, Yan QS, et al. Carbamazepine increases extracellular serotonin concentration: lack of antagonism by tetrodoxin or zero Ca2+. Eur J Pharmacology 1997; 328: 153-62
78. Grunze H, Amann B, Walden J. How might anticonvulsant drugs work in bipolar affective disorders. In: Trimble M, Schmitz B, editors. Seizures, affective disorders and anticonvulsant drugs. Guildford: Clarius Press Ltd, 2002: 117-30
79. Mclean MJ. Oxcarbazepine. Mechanisms of action. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 452-8
80. Kanner A. Is major depression a neurologic disorder with psychiatric symptoms? Epilepsy Behav 2004; 5: 636-44
81. Jobe P, Browning R. The serotonergic and noradrenergic effects of antidepressant drugs are anticonvulsant, not proconvulsant. Epilepsy Behav 2005; 7: 602-19
82. Stein G. Drug treatment of the personality disorders. British J Psychiatry 1992; 161: 167-84
83. Dalby MA. Antiepileptic and psychotropic effect of carbamazepine (Tegretol) in the treatment of psychomotor epilepsy. Epilepsia 1971; 12: 325-34
84. Dodrill CB, Troupin AS. Psychotropic effects of carbamazepine in epilepsy: a double-blind comparison with phenytoin. Neurology 1977; 27: 1023-8
85. Dodrill CB, Troupin AS. Psychotropic effects of carbamazepine and phenytoin: a reanalysis. Neurology 1991; 41: 141-3
86. Bialer M. Oxcarbazepine. Chemistry, biotransformation, and pharmacokinetics. In: Levy RH, Mattson RH, Meldrun B, et

al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 459-65

87. Clinckers R, Smolders I, Meurs A, et al. Quantitative in vivo microdialysis study on the influence of multidrug transporters on the blood-brain barrier passage of oxcarbazepin: concomitant use of hippocampal monoamines as pharmacodynamic markers for the anticonvulsant activity. J Pharm Exp Ther 2005; 314: 725-31

88. Besag FM. Behavioral effect of the new anticonvulsants. Drug Saf 2000; 24: 513-36

89. Aikia M, Kälviäinen R, Sivenius J, et al. Cognitive effects of oxcarbazepine and phenytoin monotherapy in newly diagnosed epilepsy: one year follow-up. Epilepsy Research 1992; 11: 199-203

90. Laaksonen R, Kaimola K, Grahn-Teräväionen E, et al. A controlled clinical trial of the effects of carbamazepine and oxcarbazepine on memory and attention [abstract]. 16th International Epilepsy Congress; 1985 Sep 6-9; Hamberg

91. Sabers A, Moller A, Dam M, et al. Cognitive function and anticonvulsant therapy: effect of monotherapy in epilepsy. Acta Neurol Scand 1995; 92: 19-27

92. Curran HV, Java R. Memory and psychomotor effects of oxcarbazepine in healthy human volunteers. Eur J Clin Pharmacology 1993; 44: 529-33

93. Gillham RA, McKee PJW, Brodie MJ. Oxcarbazepine and cognitive function after a single dose and during double-blind placebo-controlled cross-over study [abstract]. Epilepsia 1993; 34 Suppl. 2: 122

94. Krämer G. Oxcarbazepine. Adverse effects. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 479-86

95. Löscher W. Valproic acid. Mechanisms of action. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 767-79

96. Whitton PS, Oreskovic D, Jernej B, et al. Effect of valproic acid on 5-hydroxytryptamine turnover in mouse brain. J Pharm Pharmacology 1985; 37: 199-200

97. Maes M, Calabrese J, Jayathilake K, et al. Effects of subchronic treatment with valproate on L-5-HTP-induced cortisol responses in mania: evidence for increased central serotonergic neurotransmission. Psychiatry Res 1997; 71: 67-76

98. Swann AC. Valproic acid: clinical efficacy and use in psychiatric disorders. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic Drugs. 5th edition. Philadelphia (PA): LWW, 2002: 828-36

99. Pies R, Adler DA, Ehrenberg BL. Sleep disorders and depression with atypical features: response to valproate. J Clin Psychopharmacology 1989; 9: 352-7

100. Kemp LI. Sodium valproate as an antidepressant. Br J Psychiatry 1992; 160: 121-3

101. Davis LL, Kabel D, Patel D, et al. Valproate as an antidepressant in major depressive disorder. Psychopharmacol Bulletin 1996; 32: 647-52

102. Hollander E, Allen A, Lopez RP, et al. A preliminary double-blind, placebo-controlled trial of divalproex sodium in borderline personality disorder. J Clin Psychiatry 2001; 62: 199-203

103. Lindenmayer JP, Kotsaftis A. Use of sodium valproate in violent and aggressive behaviors: a critical review. J Clin Psychiatry 2000; 61: 123-8

104. Kavoussi RJ, Coccaro EF. Divalproex sodium for impulsive aggressive behavior in patients with personality disorder. J Clin Psychiatry 1998; 59: 676-80

105. Trimble MR, Tompson PJ. Sodium valproate and cognitive function. Epilepsia 1984; 25 Suppl. 1: S60-4

106. Genton P, Gelisse P. Valproic acid: adverse effects. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 837-51

107. Prevey ML, Delaney RC, Cramer JA, et al. Effect of valproate on cognitive functioning: comparison with carbamazepine. Arch Neurology 1996; 53: 1008-16

108. Privitera MD, Twyman RE. Topiramate: clinical efficacy and use in epilepsy. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 740-52

109. Privitera M, Fincham R, Penry J, et al. Topiramate placebo-controlled dose-ranging trial in refractory partial epilepsy using 600-, 800-, and 1000-mg daily dosages. Neurology 1996; 46: 1678-83

110. Faught E, Wilder BJ, Ramsay RE. Topiramate placebo-controlled dose ranging trial in refractory partial epilepsy using 200-, 400-, and 600-mg daily dosages. Neurology 1996; 46: 1684-90

111. White HS. Topiramate: mechanisms of action. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 719-26

112. Thompson PJ, Baxendale SA, Duncan JS, et al. Effects of topiramate on cognitive function. J Neurol Neurosurg Psychiatr 2000; 69: 636-41

113. Burton LA, Harden C. Effect of topiramate on attention. Epilepsy Research 1997; 27: 29-32

114. Aldencamp AP, Baker G, Mulder OG, et al. A multicentre randomized clinical study to evaluate the effect on cognitive function of topiramate compared with valproate as add-on therapy to carbamazepine in patients with partial-onset seizures. Epilepsia 2000; 41: 1167-78

115. Mula M, Trimble MR, Sander JW. The role of hippocampal sclerosis in topiramate-related depression and cognitive deficits in people with epilepsy. Epilepsia 2003; 44 (12): 1573-7

116. Mula M, Trimble MR, Lhatoo SD, et al. Topiramate and psychiatric adverse events in patients with epilepsy. Epilepsia 2003; 44: 659-63

117. Gould E. Serotonin and hippocampal neurogenesis. Neuropsychopharmacology 1999; 21 Suppl.: S46-51

118. Toczek MT, Carson RE, Lang L, et al. PET imaging of 5-HT1A receptor binding in patients with temporal lobe epilepsy. Neurology 2003; 60: 749-56

119. Andermann F. Temporal pole and mesiotemporal epilepsy: introductory remarks. Epileptic disorders 2002; 4 Suppl. 1: S7-8

120. Kahane P, Chabardes S, Minotti L, et al. The role of temporal pole in the genesis of temporal lobe seizures. Epileptic disorders 2002; 4 Suppl. 1: S51-8

121. Abraham G. Topiramate-induced suicidality. Can J Psychiatry 2003; 48 (2): 127-8

122. Shorvon SD. Safety of topiramate: adverse events and relationship to dosing. Epilepsia 1996; 37 (S2): 18-22

123. Taylor CP. Gabapentin: mechanisms of action. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 321-34

124. Dimond KR, Pande AC, Lamoreus L, et al. Effect of gabapentin (Neurotin) on mood and well-being in patients with epilepsy. Prog Neuropsychopharmacol Biol Psychiatry 1996; 20: 407-17

125. Harden CL, Pick LH. Alterations in mood and anxiety in epilepsy patients treated with gabapentin [abstract]. Epilepsia 1996; 37 (5): 137

126. Harden CL, Lazar LM, Pick LH, et al. A beneficial effect on mood in partial epilepsy patients treated with gabapentin. Epilepsia 1999; 40: 1129-34

127. Dodrill CB, Arnett JL, Hayes AG, et al. Cognitive abilities and adjustment with gabapentin: results of multisite study. Epilepsy Res 1999; 35: 109-21

128. Greist JH. Gabapentin: clinical efficacy and use in psychiatric disorders. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 349-59

129. Meador KJ, Loring DW, Ray PG, et al. Differential cognitive effects of carbamazepine and gabapentin. Epilepsia 1999; 40: 1279-85

130. Martin R, Meador K, Turrentine L, et al. Comparative cognitive effects of carbamazepine and gabapentin in healthy senior adults. Epilepsia 2001; 42: 764-71

131. Hudson JI, Pope HG. Affective spectrum disorder: does antidepressant response identify a family of disorders with a common pathophysiology? Am J Psychiatry 1990; 147 (5): 552-64

132. Frye MA, Ketter TA, Kimbrell TA, et al. A placebo-controlled study of lamotrigine and gabapentin monotherapy in refractory mood disorders. J Clin Psychopharmacol 2000; 20: 607-14

133. Giardina WJ. Tiagabine: mechanisms of action. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 675-80

134. Kälviäinen R. Tiagabine: clinical efficacy and use in epilepsy. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 698-704

135. Sveinbjornsdottir S, Sander J, Patsalos P, et al. Neuropsychological effects of tiagabine, a potential new antiepileptic drug. Seizure 1994; 3: 29-35

136. Dodrill CB, Arnett JL, Sommerville K, et al. Cognitive and quality of life effects of differing dosages of tiagabine in epilepsy. Neurology 1997; 48: 1025-31

137. Fritz N, Glogau S, Hoffmann J, et al. Efficacy and cognitive side effects of tiagabine and topiramate in patients with epilepsy. Epilepsy Behav 2005, 381

138. Pereira J, Marson AG, Hutton JL. Tiagabine add-on for drug resistant partial epilepsy. Cochrane Database Syst Rev 2002; 3: CD001908

139. Grabowska-Grzyb A, Jedrzejczak J, Naganska E, et al. Risk factors for depression in patients with epilepsy. Epilepsy Behav 2006, 417

140. Ben-Menachem E. Vigabatrin. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 855-63

141. Ferrie CD, Robinson RO, Panayitopoulos CP. Psychotic and severe behavioral reactions with vigabatrin: a review. Acta Neurol Scand 1996; 93: 1-8

142. Leach MJ, Randall AD, Stefani A, et al. Lamotrigine: mechanisms of action. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 363-9

143. Southam E, Kirkby D, Higgins GA, et al. Lamotrigine inhibits monoamine uptake in vitro and modulates 5-hydroxytryptamine uptake in rats. Eur J Pharmacolology 1998; 358: 19-24

144. Smith D, Baker G, Davies G, et al. Outcomes of add-on treatment with lamotrigine in partial epilepsy. Epilepsia 1993; 34: 312-22

145. Brodie MJ, Richens A, Yuen AW, for the UK Lamotrigine/Carbamazepine Monotherapy Trial Group. Double blind comparison of lamotrigine and carbamazepine in newly diagnosed epilepsy. Lancet 1995; 345: 476-9

146. Edwards KR, Sackellares JC, Vuong A, et al. Lamotrigine monotherapy improves depressive symptoms in epilepsy: a double-blind comparison with valproate. Epilepsy Behav 2001; 2: 28-36

147. Cramer JA, Hammer AE, Kustra RP. Improved mood states with lamotrigine in patients with epilepsy. Epilepsy Behav 2004; 5: 702-7

148. Cramer JA, Hammer AE, Kustra RP. Quality of life improvement with conversion to lamotrigine monotherapy. Epilepsy Behav 2004; 5: 224-30

149. Kockelmann E, Elger CE, Helmstaedter C. Cognitive profile of topiramate as compared with lamotrigine in epilepsy patients on antiepileptic drug polytherapy: relationships to blood serum levels and comedication. Epilepsy Behav 2004; 5: 716-21

150. Cramer JA, Van Hammee G, N132 Study Group. Maintenance of improvement in health-related quality of life during long-term treatment with levetiracetam. Epilepsy Behav 2003; 4: 118-23

151. French J, Edrich P, Cramer J. A systematic review of the safety profile of levetiracetam: a new antiepileptic drug. Epilepsy Res 2001; 47: 77-90

152. Mula M, Trimble MR, Yuen A, et al. Psychiatric adverse events during levetiracetam therapy. Neurology 2003; 61 (5): 704-6

153. Macdonald RL. Zonisamide: mechanisms of action. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 867-72

154. Frampton JE, Scott LJ. Zonisamide: a review of its use in the management of partial seizures in epilepsy. CNS Drugs 2005; 19 (4): 347-67

155. Lee BI. Zonisamide: adverse effects. In: Levy RH, Mattson RH, Meldrun B, et al., editors. Antiepileptic drugs. 5th ed. Philadelphia (PA): LWW, 2002: 892-8

156. Miyamoto T, Kohsaka M, Koyama T. Psychotic episodes during zonisamide treatment. Seizure 2000; 9 (1): 65-70

Correspondence and offprints: Dr *Vladimir V. Kalinin*, Department of Brain Organic Disorders and Epilepsy, Moscow Research Institute of Psychiatry, 107076 Poteshnaya Str. 3, Moscow, Russia.
E-mail: doct.kalinin@mail.ru; research-kalinin@yandex.ru

© 2007 Adis Data Information BV. All rights reserved.