EXHIBIT 7

THE HARVARD MEDICAL SCHOOL



GUIDE TO

# Suicide Assessment
## AND
## Intervention

DOUGLAS G. JACOBS, M.D.
EDITOR

# CHAPTER ONE

# Suicide Assessment

## An Overview and Recommended Protocol

Douglas G. Jacobs, M.D.
Margaret Brewer, R.N., M.B.A.
Marci Klein-Benheim, Ph.D.

This chapter presents an overview of the clinical considerations involved in suicide assessment. We review what is known about risk factors associated with suicide and highlight both their clinical utility and limitations. The chapter presents our version of a suicide assessment protocol that is intended as a suggested guideline; it is not a standard of care but an approach to the clinical problem of suicide. A guiding principle is that suicide is a multidetermined phenomenon that requires a multidimensional approach. Each element of the protocol is reviewed and case examples are cited to demonstrate how the protocol can be used clinically. A purpose of the chapter is to provide clinicians methods of assessing patients' degree of suicide risk. It also demonstrates why reliable prediction of individual suicide at a specific time is impossible.

Suicide is the ninth leading cause of death in the United States, accounting for more than thirty thousand deaths per year, and the third leading cause of death for Americans aged fifteen to twenty-four (Mościcki, 1997). Moreover, these rates are almost certainly underreported because of the social stigma associated with suicide (Mościcki, 1995a).

Despite these statistics, suicide continues to have a very low base rate in the general U.S. population, with an annual incidence of 11.2 suicides for every 100,000 persons, or 0.011 percent (Mościcki, 1997). This low incidence contributes

---

We acknowledge Dr. Ross Baldessarini, who reviewed this chapter and provided meaningful comments.

3