EXHIBIT 9

Articles and abstracts considered and brought to deposition

Altshuler L, Keck PE Jr, McElroy SL, Suppes T, Brown ES, Denicoff K, Grye M, Gitlin M, Hwang S, Goodman R, Leverich G, Nolen W, Kupka R, Post R, (1999). **Gabapentin in the acute treatment of refractory bipolar disorder.** *Bipolar Disord.* 1(1): 61-5.

Arranz B, Eriksson A, Mellerup E, et al. (1994) **Brain 5-HT$_{1A}$, 5-HT$_{1D}$, and 5-HT$_2$ receptors in suicide victims.** *Biol Psychiatry.* 35: 457-463.

Asconape J, Diedrich A, DellaBadia J, (2000). **Myoclonus Associated with the Use of Gabapentin.** *Epilepsia,* 41(4): 479-481.

Bagdy E, Kiraly I, Harsing LG Jr., (2000). **Reciprocal Innervation between Serotonergic and GABAergic Neurons in Raphe Nuclei of the Rat.** *Neurochem Res.* 25(11): 1465-1473.

Baumeister AA, Frye GD. (1984). **Self-Injurious Behaviour in Rats Produced by Intranigral Microinjection of GABA Agonist.** *Pharmacology, Biochemistry and Behavior,* Vol. 21 pp. 89-95

Ben-Menachem E, Persson L, Hedner T, (1992). **Selected CSF biochemistry and gabapentin concentrations in the CSF and plasma in patients with partial seizures after a single oral dose of gabapentin.** *Epilepsy Res.* 11: 45-49.

Ben-Menachem E, Persson L, Schecthter PJ, et. al (1989). **The effect of different vigabatrin treatment regimens on CSF biochemistry and seizure control in epileptic patients.** *Br J Clin Pharmacol.* 27 (Suppl 1): 79S-85S.

Bertrand S, Nouel D, Morin F, et al. (2003) **Gabapentin Actions on Kir3 Currents and N-type Ca$^{2+}$ Channels via GABA$_B$ Receptors in Hippocampal Pyramidal Cells.** *Synapse.* 50: 95-109.

Bishop SJ, Duncan J, Lawrence AD, (2004). **State anxiety modulation of the amygdale response to unattended threat-related stimuli.** *J Neurosci.* 24(46): 10364-8.

Bloms-Funke P, Löscher W. (1996) **The anticonvulsant gabapentin decreases firing rates of substantia nigra pars reticula neurons.** *European Journal of Pharmacology.* 316: 211-218.

Brambilla P, Perez J, Barale F, Schettini G, Soares JC, (2003). **GABAergic dysfunction in mood disorders.** *Molecular Psychiatry.* 8: 721-737

Cherek DR, Lane SD, Pietras CJ, et al. (2002). **Acute effects of baclofen, a γ-aminobutyric acid-B agonist, on laboratory measures of aggressive and escape**

responses of adult male parolees with and without a history of conduct disorder. *Psychopharmacotherapy*. 164: 160-167.

Collins JC, McFarland BH. (2007) **Divalproex, lithium and suicide among Medicaid patients with bipolar disorder,** *Journal of Affective Disorders*.

Cugley, A, Swartz B, (1995). **Gabapentin-Associated mood changes?** *Epilepsia*. 36(Supp. 4): 72

Deveric K, Oquendo M, Grunebaum M, Ellis S, Burke A, Mann J, (2004). **Religious Affiliation and Suicide Attempt.** *Am J Psychiatry*. 161:2303-2308.

Dodrill C, Arnett J, Hayes A, Garofalo E, Greeley C, Greiner M, Pierce M, (1999). **Cognitie abilities and adjustment with gabapentin: results of a multisite study.** *Epilepsy Research* 35, 109-121.

Doherty K, Gates J, Penovich P, (1995). **Gabapentin in a medically refractory epilepsy population: seizure response and unusual side effects.** *Epilepsia*. 36(Supp. 4): 71.

Dooley DJ, Taylor CP, Donevan S, Feltner D, (2007). **Ca$^{2+}$ channel alpha2delta ligands: novel modulators of neurotransmission.** *TRENDS in Pharmac Sci*. 28(2): 75-82.

Errante L, Petroff O, (2003). **Acute effects of gabapentin and pregabalin on rat forebrain cellular GABA, glutamate, and glutamine concentrations.** *Seizure*. 12: 300-306.

Errante LD, Williamson A, Spencer DD, Petroff OA. (2002) **Gabapentin and vigabatrin increase GABA in the human neocortical slice.** *Epilepsy Res*. 49(3): 203-210.

Forchetti CM, Meek JL, (1981). **Evidence for a tonic GABAergic control of serotonin neurons in the median raphe nucleus.** *Brain Res*. 206: 208-212.

Ghaemi SN, Goodwin FK, (2001). **Gabapentin treatement of the non-refractory bipolar spectrum: an open case series.** *J. Affect Disord*. 65(2): 167-71.

Goldney, R, Winefield A, Saebel J, Winefield H, Tiggeman M, (1997). **Anger, suicidal ideation, and attempted suicide: a prospective study.** *Compr Psychiatry* 38(5): 264-8.

Götz E, Feuerstein TJ, Lais A, Meyer DK, (1993) **Effects of gabapentin on release of y-aminobutyric acid from slices of rat neostriatum.** *Arzneimittelforschung (Drug Research)*. 43: 636-638.

Honmou O, Kocsis JD, Richerson GB, (1995). **Gabapentin potentiates the conductance increase induced by nipecotic acid in CA1 pyramidal neurons in vitro.** *Epilepsy Res.* 20(3): 193-202.

Honmou O, Oyelese AA, Kocsis JD, (1995). **The anticonvulsant gabapentin enhances promoted release of GABA in hippocampus: a field potential analysis.** *Brain Res.* 692(1-2): 273-277.

Keele NB, (2005). **The role of serotonin in impulsive and aggressive behaviors associated with epilepsy-like neuronal hyperexcitability in the amygdala.** *Epil & Behav.* 7: 325-335.

Kocsis JD, Honmou O, (1994). **Gabapentin increases GABA-induced depolarization in rat neonatal optic nerve.** *Neurosci Lett.* 169(1-2): 181-4.

Kuzniecky R, Ho S, Pan J, et al. (2002) **Modulation of cerebral GABA by topiramate, lamotrigine, and gabapentin in healthy adults.** *Neurology.* 58(1): 365-372.

Leach JP, Sills GJ, Butler E, et al. (1997) **Neurochemical actions of gabapentin in mouse brain.** *Epilepsy Res.* 27:175-180.

Lee DO, Steingard RJ, Cesena M, et al. (1996) **Behavioral Side Effects of Gabapentin in Children,** *Epilepsia.* 37 (1): 87-90.

Levinson AJ, Young LT, Fitzgerald PB, Daskalakis ZJ, (Oct. 2007). **Cortical inhibitory dysfunction in bipolar disorder: A study using transcranial magnetic stimulation.** *J Clin. Psychoparm.* 27(5): 493-497.

Löscher W, (1998). **New visions in the pharmacology of anticonvulsion.** *European J Pharmac.* 342: 1-13.

Löscher W, Hönack D, Taylor CP. (1991) **Gabapentin increases aminooxyacetic acid-induced GABA accumulation in several regions of rat brain.** *Neuroscience Letters.* 128: 150-154.

Mann JJ, Currier D, Stanley B, et al. (2005). **Can biological tests assist predictionfos suicide in mood disorders?** *Intl J of Neuropsychopharm.* 9: 465-474.

Mann JJ, Malone KM, (1997). **Cerebrospinal fluid amines and higher-lethality suicide attempts in depressed inpatients.** *Biol Psychiatry.* 41(2): 162-171.
Mortimore C, Trimble M, Emmers E, (1998). **Effects of gabapentin on cognition and quality of life in patients with epilepsy.** *Seizure* 7: 359-364.

Ng GYK, Bertrand S, Sullivan R, et al. (2001) γ-Aminobutyric Acid Type B Receptors with Specific Heterodimer Composition and Postsynaptic Actions in Hippocampal

Neurons Are Targets of Anticonvulsant Gabapentin Action. *Molecular Pharmacology.* 59(1):144-152.

Nishikawa T, Scatton B, (1983). **Evidence for a GABAergice inhipitory influence on serotonergic neurons originating from the dorsal raphe.** *Brain Res.* 279: 325-329.

Nishikawa T, Scatton B, (1985). **Inhibitory Influence of GABA on Central Serotonergic Transmission. Involvement of the Habenulo-Raphe Pathways in the GABAergic Inhibition of Ascending Cerebral Serotonergic Neurons.** *Brain Res.* 331: 81-90.

Parker DAS, Ong J, Marino V, Kerr DIB, (2004). **Gabapentin activates presynaptic GABA$_B$ heteroreceptors in rat cortical slices.** *European J of Pharma.* 495(2-3): 137-143.

Pande AC, Crockatt JG, Janney CA, Wertch JL, Tsaroucha G, (2000). **Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy.** *Bipolar Disord.* 2(3): 249-255(7).

Perugi G, Toni C, Frare F, et al. (Dec 2002). **Effectiveness of Adjunctive Gabapentin in Resistant Bipolar Disorder: Is it due to Anxious-Alcohol Abuse Comorbidity?** *J Clin Psychopharmacol.* 22(6): 584-591

Peters DC, Boutros NN, (2007). **EEG Findings in Addressive, Violent and Psychopathic Subjects.** *Clin. EEG and Neuro.* 38(4): 218.

Petroff O, (2005). **Biochemistry for Magnetic Resonance Spectrsocopy.** *Magnetic Resonance in Epilepsy: Neuroimaging Techniques. 2nd edition.* Ed: Kuzniecky RI, Jackson G, Elsevier, New York, pp 351-368.

Petroff O, (2002). **GABA and Glutamate in the Human Brain.** *The Neuroscientist.* 8: 562-573.

Petroff OA, Hyder F, Rothman DL, Mattson RH, (2006). **Brain homocarnosine and seizure control of patients taking gabapentin and topiramate.** *Epilepsia.* 47(3): 495-498.

Petroff OA, Hyder F, Rothman DL, Mattson RH, (2000). **Effects of Gabapentin on brain GABA, homocarnosine, and pyrrolidinone in epilepsy patients.** *Epilepsia.* 41(6): 675-680.

Petroff OA, Rothman DL, Behar KL, Lamoureaux D, Mattson, RH, (1996). **The effect of gabapentin on brain gamma-aminobutyric acid in patients with epilepsy.** *Ann Neurol.* 39(1): 95-9

Petty F, (1995). **GABA and mood disorders: a brief review and hypothesis.** *J of Affective Disorder.* 34: 275-281.

Petty F, Kramer GL, Fulton M, Davis L, Rush AJ, (1995). **Stability of plasma GABA at four-year follow-up in patients with primary unipolar depression.** *Biol Psychiatry.* 37(11): 806-10.

Placidi, GH, Oquendo MA, Malone KM, et al. (2001) **Aggressivity, suicide attempts and depression: relationship to cerebrospinal fluid monoamine metabolite levels.** *Biol Psychiatry*; 50: 783-91

Pugsley T, Whetzel S, Dooley D, (1998). **Reduction of 3,4diaminopyridine-induced biogenic amine synthesis and release in rat brain by gabapentin.** *Psychopharmacology.* 137:74-80

Rocha L, Odorza-Rovira R, Maidmen NT, (1999) **Gapapentin modifies extracellular opiod peptide content in amygdale: a microdialysis study.** *Epilepsy Research* 35, 13-20.

Roisa JP, Levy J, Fromm SJ, et al. (2007). **The effect of acute tryptophan depletion on the neural correlates of emotional processing in healthy volunteers.** *Neuropsychopharm.* 2007 Sept 19 [Epub ahead of print].

Ruhe HG, Mason NS, Schene AH, (2007). **Mood is indirectly related to serotonin, norepinephrine and dopamine levels in humans: a meta-analysis of monoamine depletion studies.** *Mol Psychiatry.* 4: 331-59.

Salinsky MC, Binder LM, Oken BS, et al. (2002). **Clinical Research: Effects of Gabapentin and Carbamazepine on the EEG and Cognition in Healthy Volunteers.** *Epilepsia.* 43(5): 482-490.

Samuelsson M, Jokinen J, Nordstrom AL, Nordstrom P, (2005). **CSF 5-HIA, suicide intent and hopelessness in the prediction of early suicide in male high-risk suicide attempters.** *Acta Psychiatr Scand.* 113: 48-53.

Santorius A, Henn FA, (2007). **Deep brain stimulation of the lateral habenula in treatment resistant major depression.** *Med Hypotheses.* 2007 May 9: [Epub ahead of print].

Scatton B, Serrano A, Nishikawa T, (1985). **GABA mimetics decrease extracellular concentrations of 5-HIAA (as measured by in vivo voltemmetry) in the dorsal raphe of the rat.** *Brain Res.* 341(2): 372-376.

Schlicker E, Classen K, Göthert M. (1984). **GABA$_B$ receptor-mediated inhibition of serotonin release in the rat brain.** *Arch of Pharmacol.* 326: 99-105.

Schlicker E, Reimann W, Göthert M. (1985). **Gabapentin Decreases Monoamine Release without Affecting Acetylcholine Release in the Brain.** *Drug Res.* 35(II) Nr. 9: 1347-1349.

Shantz D, Towbin JA, Spitz MC, (1995). **Changes in mood and affect in patients on gabapentin.** *Epilepsia.* 36(Supp. 4): 73

Siegal A, Roeling TAP, Gregg, TR, Kruk MR. (1999) **Neuropharmacology of brain-stimulation-evoked aggression.** *Neuroscience and Biomedical Reviews.* 23: 359-389.

Sills G, (2006). **The mechanism of action of gabapentin and pregabalin.** *J Pharmac.* 6(1): 108-113.

Sokero TP, Merlartin TK, Tytsala HJ, Leskela US, Lestela-Mielonen PS, Isometsa ET, (2003). **Suicidal ideation and attempts among psychiatric patients with major depressive disorder.** *J Clin. Psychiatry.* 64(9): 1094-100

Srivastava SK. (2000) **Facilitation of Behavioural Depression by Certain Antiepileptic Drugs.** *Indian Journal of Pharmacology.* 32: 31-33.

Stanley M, Stanley B. (1990) **Postmordem Evidence for serotonin's Role in Suicide.** *J Clin Psychiatry.* 51(suppl 4): 22-28.

Stanley B, Molcho A, Stanley M, Mann JJ, et al. (2000). **Association of aggressive behavior with altered seroternergic function in patients who are not suicidal.** *Am J Psychiatry.* 157: 609-614.

Tallian KB, Nahata MC, Lo W, Tsao CY. (1996) **Gabapentin Associated with Aggressive Behavior in Pediatric Patients with Seizures.** *Epilepsia.* 37(5): 501-502.

Taylor CP, Gee NS, Su T-Z, et al. (1998) **A summary of mechanistic hypotheses of Gabapentin pharmacology.** *Epilepsy Research.* 29: 233-249.

Taylor CP, Vartanian MG, Andruszkiewicz R, Silverman RB. (1992) **3-Alkyl GABA and 3-alkylglutamic analogues: two new classes of anticonvulsant agents.** *Epilepsy Res.* 11: 103-110.

Timmerman W, Bouma M, De Vries JB, Davis M, Westernik BHC, (2000). **A microdialysis study on the mechanism of action of gabapentin.** *European J of Pharmac.* 398: 53-57.

Tremont-Lukats IW, Megeff C, Backonja M-M. (2000) **Anticonvulsants for Neuropathic Pain Syndromes: Mechanisms of Action and Place in Therapy.** *Drugs.* 60(5): 1029-2052.

Trinka A, Niedermüller U, Thaler C, et al. (2000) **Gabapentin-induced mood changes with hypomanic features in adults.** *Seizure.* 9: 505-508.

Tunnicliff G, Malatynska E, (2003). **Central GABAergic Systems and Depressive Illness.** *Neurochem Research.* 28(6): 965-976.

Van Heeringen K. (June 2003). **The Neurobiology of Suicide and Suicidality.** *Can J Psychiatry.* 48(5): 292-300.

Van Praag HM, (2004). **Can stress cause depression?** *Progress in Neuro-psychopharm & Biol Psy.* 28: 891-907.

Vieta A, Martinez-Aran A, Nieto E, Colom F, Reinares M, Benabarre A, Gasto C, (2000). **Adjunctive gabapentin treatment of bipolar disorder.** *European Psychiatry.* 15(7): 433-437.

Vieta E, Goikolea JM, Martinez-Aran A, Comes M, Berger K, Masramon X, Sanchez-Moreno J, Colom F, (2006). **A Double-Blind, Randomized, Placebo-Controlled, Prophylaxis Study of Adjunctive Gabapentin for Bipolar Disorder.** *J Clin Psychiatry.* 67(3): 473-477.

Weilburg JB, Schachter S, Worth J, Pollack MH, Sachs GS, Ives JR, Schomer DL, (1995). **EEG abnormalities in patients with atypical panic attacks.** *J Clin Psychiatry.* 56(8): 358-62.

Weintraub D, Buchsbaum R, Resor Jr. S.R., Hirsch L.J., (2006). **Psychiatric and behavioral side effects of the newer antiepileptic drugs in adults with epilepsy.** *Epilepsy & Behavior* 10: 105-110.

Whitworth TL, Quick MW, (2001). **Upregulation of $y$-aminobutyric acid transporter expression: role of alkylated $y$-amniobutyric acid derivatives.** *Biochem Soc.* 29(6): 736-741.

Wolf S, Mayer T, Schutte W. (1996) **Gabapentin Toxicity in Children Manifesting as Behavioral Changes.** *Epilepsia,* 36 (12): 1203-1205.

Young LT, Robb JC, Hasey GM, et al. (1999) **Gabapentin as an Adjunctive Treatment in Bipolar Disorder,** *Journal of Affective Disorders,* 55; 73-77

Young LT, Robb JC, Patelis-Siotis I, et al. (1997) **Acute Treatment of Bipolar Depression with Gabapentin.** *Biol. Psychiatry.* 42: 851-853.

Zupanc M, Schroeder V, (1995). **Behavioral changes in children on Gabapentin.** *Epilepsia.* 36(Supp. 4): 73