EXHIBIT 10

# COMPREHENSIVE BIBLIOGRAPHY

alphabetized

945-15_1_1. Official research report from 945-15 Warner-Lambert. (5/8/1990) **Adverse Event Information, Patient 945-15-01 #001 RWB.** Parke-Davis Pharmaceutical Research Division, Warner-Lamber Company.

Acharya NV, Pickering RM, Wilton LW, Shakir SAW. (2005) **The Safety and Effectiveness of Newer Antiepileptics: A Comparative Postmarketing Cohort Study.** *J Clin Pharmacol.* 45: 385-393.

Adams, Chris and Alison Young. (Nov 4, 2003) **Risky RX Part 3 of 3: FDA oversight of 'off-label' drug use wanes.** *Star-Telegram.com.* 7 printed pages on 1/11/2005 from http://www.dfw.com/mld/dfw/news/special_packages/riskyrx/7152542.htm?1c.

Adelman JU, Adelman LC, Von Seggern R. (2002) **Cost-Effectiveness of Antiepileptic Drugs in Migraine Prophylaxis.** *Headache.* 42: 978-983.

Adler CH. (1997) **Treatment of restless legs syndrome with Gabapentin.** *Clin Neuropharmacol.* 20: 148-151.

Altman, FDA. (10/18/2004) **Neurontin. AntiEpileptic Drug-Induced Suicides.** 1-4.

Anderson, Elizabeth M. (June 18, 1997). **Patent Information. Parke-Davis Pharmaceutical Research Division, Warner-Lambert Co.** 1-4.

Andrews J, Chadwick D, Bates D, et al (UK Gabapentin Study Group). (May 12, 1990) **Gabapentin in Partial Epilepsy.** *Lancet.* 335: 1114-1117.

Anderson, Elizabeth M, Senior Patent Agent, Warner-Lambert Co. (4/16/99) **Time Sensitive Patent Information Persuant to 21 C.F.R. 314.53 for NDA #21-129.**

Angarola, Robert T and David E Joranson. (1995) **Off-Label Uses of Prescription Drugs in Pain Management.** *APS Bulletin.* 5(1): 14-15. 3 printed pages on 1/11/2005 from http:///www.medsch.wisc.edu/painpolicy/publicat/95apsol.htm.

Angst J, Angst F, Stassen HH. (1999). **Suicide risk in patients with major depressive disorder.** *J Clin Psychiatry.* 60(Suppl 2): 57-62; discussion 75-6, 113-116.

Anyanwu E, Harding GFA. (1993) **Effect of valproate on taurine levels: The involvement of taurine in the action mechanism of sodium valproate (VPA) in the treatment of epilepsy.** *Acta Physiol Pharmacol Ther Latinoam (Argentina).* 43(1-2): 20-27. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Arranz B, Eriksson A, Mellerup E, et al. (1994) **Brain 5-HT$_{1A}$, 5-HT$_{1D}$, and 5-HT$_2$ receptors in suicide victims.** *Biol Psychiatry.* 35: 457-463.

Arroyo S, Anhut H, Kugler AR, et al. (2004) **Pregabalin Add-on Treatment: A Randomized, Double-blind, Placebo-controlled, Dose-Response Study in Adults with Partial Seizures.** *Epilepsia.* 45(1): 20-27.

Asberg M, Traskman L, Thoren P (1976) **5-HIAA in the Cerebrospinal Fluid.** *Arch Gen Psychiatry.* 33: 1193-1197.

Ashton H, Young AH. (2003) **GABA-ergicdrugs: exit stage left, enter stage right.** *Journal of Psychopharmacology.* 17(2): 174-178.

Aulakh CS, Tolliver T, Wozniak KM, Hill JL, Murphy DL. (Nov 1994) **Functional and Biochemical Evidence for Altered Serotonergic Function in the fawn-hooded rat strain.** *Pharmacol Biochem Behav.* 49(3): 615-20.

Ayşegül Y, Gönül AS, Tamam L. (2002) **Mechanism of Actions of Antidepressants: Beyond the Receptors.** *Bulletn of Clin Psychopharmacology.* (12)4: 194-200.

Backonja M, Beydoun A, Edwards KR, et al (for the Gabapentin Diabetic Neuropathy Study Group). (1998) **Gabapentin for the Symptomatic Treatment of Painful Neuropathy in Patients With Diabetes Mellitus**. *JAMA*. 280(21): 1831-1836.

Backonja M, Glanzman RL. (2003) **Gabapentin Dosing for Neuropathic Pain: Evidence from Randomized, Placebo-Controlled Clinical Trials**. *Clinical Therapeutics*. 25(1): 88-104.

Backonja M-M, Serra J. (2004) **Pharmacologic Management Part 1: Better-Studied Neuropathic Pain Diseases.** *Pain Medicine,* 5(S1): S28-S47.

Banki CM, Arató M, Kilts CD. (1986) **Aminergic studies and cerebrospinal fluid cations in suicide**. *Ann N Y Acad Sci*. 487: 221-230.

Baumeister AA, Frye GD. (1984) **Self-Injurious Behavior in Rats Produced by Intranigral Microinjection of GABA Agonists**. *Pharmacol Biochem Behav*. 21: 89-95.

Beghi, Ettore. (Oct 2004) **Efficacy and tolerability of the new antiepileptic drugs: comparison of two recent guidelines**. *The Lancet: Neurology*. 3: 618-621.

Behar KL, Rothman DL, Petersen KF, et al. (1999 Jun) **Preliminary evidence of low cortical GABA levels in localized 1H-MR spectra of alcohol-dependent and hepatic encephalopathy patients.** *Am J Psychiatry*. 156(6): 952-954. Abstract from http://PubMed.com. PMID: 10360140 [PubMed – indexed for MEDLINE] Printed 3/21/2005.

Ben-Menachem E, Persson LI, Hedner T. (1992) **Selected CSF biochemistry and Gabapentin concentrations in the CSF and plasma in patients with partial seizures after a single oral dose of Gabapentin**. *Epilepsy Res*. 11: 45-49.

Benassi E, Besio G, Bo GP, Cocito L, Maffini M, Mainardi P, Morselli PL and Loeb C. (1988) **Preliminary Observations on the Activity of Progabide, Administered Monotherapy in Complex Partial Seizures.** *Int J Clin Pharmacol Res*. 8(5): 353-361.

Bennett GJ. (1998) **Neuropathic Pain: New Insights, New Interventions**. *Hosp Pract (Off Ed)*. 33: 95-98, 101-104, 107-110.

Bennett J, Goldman WT, Suppes T. (1997) **Gabapentin for treatment of bipolar and schizoaffective disorders**. *J Clin Psychopharmacol*. 17:141-2.

Bennett MI and Simpson KH. (2004) **Gabapentin in the treatment of neuropathic pain**. *Palliat Med*. 18: 5-11.

Beran RG, Gibson RJ. (1998) **Aggressive Behavior in Intellectually Challenged Patients with Epilepsy Treated with Lamotrigine**. *Epilepsia*. 39(3): 280-282.

Berberena, Victor, Director, Quality Operations, Warner Lambert Inc. (December 22, 1994). **Draft of Letter to FDA (Diana Amador); investigator observations and company responses**. 1-22.

Bernstein, Michael. (12/1/1992) **Memo: Committee Mailing – Neurontin (gabapentin) NDA 20-235**. *Dept of Health and Human Services, Public Health Service, FDA, Center for Drug Evaluation and Research*. A-S (or 19 pages, including 2 attachments).
- FDA. (November 1992) **Agenda/Question List/Committee Membership List**. *FDA, Center for Drug Evaluation and Research*. B-D (or 3 pages).
- Katz, Russell. (12/1/1992) **Memo: Briefing Materials for December 15 meeting, NDA 20-235, Gabapentin for Treatment of Partial Seizures**. *FDA, Division of Neuropharmacological Drug Products*. E-S (or 15 pages).

Bertrand S, Ng GYK, Purisai MG, et al. (2001) **The Anticonvulsant, Antihyperalgesic Agent Gabapentin Is an Agonist at Brain γ-Aminobutyric Acid Type B Receptors Negatively Coupled to Voltage-Dependent Calcium Channels**. *The Journal of Pharmacology and Experimental Therapeudics*. 298(1): 15-24.

Bertrand S, Nouel D, Morin F, et al. (2003) **Gabapentin Actions on Kir3 Currents and N-type Ca$^{2+}$ Channels via GABA$_B$ Receptors in Hippocampal Pyramidal Cells**. *Synapse*. 50: 95-109.

Besag, Frank MC. (2004) **Behavioral effects of the newer antiepileptic drugs: an update**. *Drug Safety*. 3(1): 1-8.

Beydoun A, Uthman BM, Sackellares JC. (1995) **Gabapentin: pharmacokinetics, efficacy, and safety**. *Clin Neuropharmacol*. 18(6): 469-481.

Bezchlibnyk-Butler KZ, Jeffries JJ, Eds. (2000) **Clinical Handbook of Psychotropic Drugs: 10th Revised Edition**. *Hogrefe & Huber Publishers*. Seattle, WA.

Biancosino B, Facchi A, Marmai L, Grassi L. (June 2002) **Gabapentin Treatment of Impulsive-Aggressive Behaviour**. *Canadian Journal of Psychiatry*. 47(5): 483-484.

Bloms-Funke P, Löscher W. (1996) **The anticonvulsant gabapentin decreases firing rates of substantia nigra pars reticula neurons**. *European Journal of Pharmacology*. 316: 211-218.

Bloom, Sara Miron, Asst US Attorney, Dist of MA, Stanley Alderson, Trial Attorney, US Dept of Justice, Larry J Goldberg, Asst Inspector General for Legal Affairs, Office of Counsel to the Inspector General, Office of Inspector General, US Dept of Health and Human Services, Martin Teicher, Vice President, Warner Lambert LLC, Pfizer Inc, Douglas M Lankler, Asst Gen Counsel, Dep Corp Compliance Officer, Pfizer Inc, Robert B Fiske & James P Rouhandeh, Davis Polk & Wardell, Counsel to Pfizer Inc and Warner-Lambert Company LLC, David Franklin, Relator, Thomas Greene, Greene & Hoffman, Counsel to Relator David Franklin. (5/13/04). **Settlement Agreement between US and Pfizer Inc, Warner-Lambert, and David Franklin**. Pp. 1-26.

Blum RA, Comstock TJ, Sica DA, et al. (1994) **Pharmacokinetics of Gabapentin in subjects with various degrees of renal function**. *Clin Pharmacol Ther*. 56: 154-159.

Blumberg, Alan. (March 30, 1992) **Memo to Distribution: Gabapentin MAA – Product Profile**. International Regulatory Affairs, Parke-Davis Pharmaceutical Research Division, Warner-Davis Company. 1-3.

Blume, Cheryl. **Animal Models of Human Pathological States**. 1-19.

Blume, Cheryl, Pharmaceutical Development Group Senior Research Consultant. **Attachment II: Why will Lyrica (Pregabalin) be listed as a scheduled drug in the US?** 1.

Blume, Cheryl, Pharmaceutical Development Group Senior Research Consultant. **Attachment IV [listing of following documents]**. 1.

Blume, Cheryl, Pharmaceutical Development Group Senior Research Consultant. **Attachment V [content page]**. 1.

Blume, Cheryl. **Neurontin and Clinical Neuropathic Pain Studies**. 1-27.

Blume, Cheryl. . **Neurontin and Painful Diabetic Neuropathy**. 1-10.
- Backonja M, et al. (1998) **Gabapentin for the Symptomatic Treatment of Painful Neuropathy in Patients with Diabetes Mellitus: A Randomized Controlled Trial**. *JAMA*. 280: 1831-1836.
- Gorson KC, et al. (1999) **Gabapentin in the Treatment of Painful Diabetic Neuropathy: A Placebo Controlled, Double Blind, Crossover Trial**. *Journal of Neurology, Neurosurgery, and Psychiatry*. 66(2): 252-252.

- Reckless et al. (February 7, 2000). **MultiNational Trial: Double-Blind, Placebo Controlled Studies**. *Study*. 945-224.
- Morello CM, et al. (1999) **Randomised Double-Blind Study Comparing the Efficacy of Gabapentin With Amitriptyline on Diabetic Peripheral Neuropathy Pain**. *Archives of Internal Medicine*. 159(16): 1931-1937.
- Dallocchio C, et al. (2000) **Gabapentin vs. Amitriptyline in Painful Diabetic Neuropathy: An Open-Label Pilot Study.** *Journal of Pain and Symptom Management*. 20(4): 280-285.

Blume, Cheryl. **Neurontin and Prophylaxis of Migraine Headache**. 1-8.
- Mathew NT, Rapoport A, Saper J, et al. (2001) **Efficacy of Gabapentin in Migraine Prophylaxis**. *Headache*. 41(2): 119-128.
- Spira PJ, Beran RG. (2003) **Gabapentin in the Prophylaxis of Chronic Daily Headache: A Randomized, Placebo-Controlled Study**. *Neurology*. 61(12): 1753-1759.
- Di Trapani G, Mei D, Marra C, et al. (2000) **Gabapentin in the Prophylaxis of Migraine: A Double-Blind Randomized Placeb-Controlled Study**. *La Clinica Terapeutica*. 151(3): 145-148.
- Leandri M, Luzzanii M, Cruccu G, Gottlieb A. (2001) **Drug-resistant Cluster Headache Responding to Gabapentin: a Pilot Study**. *Cephalalgia*. 21: 744-746.
- Fragoso YD, Carrazana EJ. (2000) **Low Doses of Gabapentin May be Helpful in the Management of Chronic Daily Headache**. *Medscape General Medicine*. 2(3): 1-5.
- Jimenez-Hernandez MD, Torrecillas N, Friera AG. (2002) **Effectiveness and safety of gabapentin in the preventative treatment of migraine**. *Rev Neurol*. 35: 603-606.
- Capuano A, Vollono C, Mei D et al. (2004). **Antiepilectic drugs in migraine prophylaxis: state of the art**. *Clin Ter*, 155: 79-87.

Blume, Cheryl. **Neurontin and Restless Legs Syndrome**. 1-6.
- Garcia-Borreguero D, Larrosa O, de la LlaveY, et al. (2002) **Treatment of restless legs syndrome with gabapentin: a double-blind, cross-over study**. *Neurology*. 59: 1573-1579.
- Thorp ML, Morris CD, and Bagby SP. (2001) **A crossover study of gabapentin in treatment of restless legs syndrome among hemodialysis patients**. *Am J Kidney Dis*. 38: 104-108.
- Adler CH. (1997) **Treatment of restless legs syndrome with Gabapentin.** *Clin Neuropharmacol*. 20: 148-151.
- Mellick GA, Mellick LB. (1996) **Letter to the Editor: Management of restless legs syndrome with gabapentin (Neurontin)**. *Sleep*. 19: 224-226.
- Happe S, Klösch G, Saletu B, et al. (2001) **Treatment of idiopathic restless legs syndrome (RLS) with Gabapentin**. *Neurology*. 57: 1717-1719.
- Happe S, Sauter C, Klösch G, et al. (2003) **Gabapentin vesus ropinirole in the treatment of idiopathic restless legs syndrome**. *Neuropsychobiology*. 48: 82-86.
- Merren MD. (1998) **Gabapentin for treatment of pain and tremor: a large case series**. *South Med J*. 91: 739-744.

Blume, Cheryl. **Neurontin Effects on Mood and Behavior: Appendix #1**. 1.
- Blume, Cheryl. (2000) **Agression Associated with Gabapentin (Neurontin®) Treatment (personal communication with Parke-Davis describing more than 100 reports of aggression to the manufacturer): Appendix #1**. 1-2.
- Blume, Cheryl. **Hypomania/ Mania/ Depression/ Psychomotor Agitation Associated with Gabapentin (Neurontin®) Treatment: Appendix #1**. 1-2.
- Blume, Cheryl. **Successful Gabapentin (Neurontin®) Treatment for Aggressive/ Psychotic Conditions: Appendix #2**. 1.
- Blume, Cheryl. **Effects of Gabapentin (Neurontin®) on Cognitive Function: Appendix #3**. 1-3.

Blume, Cheryl. (1991). **Neurontin NDA Original Submission, Case Summaries and Reports, Adverse Side Effects in Preliminary Trials.**

Blume, Cheryl, Pharmaceutical Development Group Senior Research Consultant. **Proposal: Black Box [Insert Introduction]: Suicidality Related to Neurontin; Warnings**. 1.

Bone M, Critchley P, Buggy DJ. (2002. **Gabapentin in Postamputation Phantom Limb Pain: A Randomized, Double-Blind, Placebo-Controlled, Cross-Over Study.** *Regional Anesthesia and Pain* Medicine. 27(5): 481-486.

Bowery NG, Enna SJ. (2000) **Gamma-aminobutyric acid$_B$ receptors: first of the functional metabotropic heterodimers.** *J Pharmacol Exp Ther.* 292: 2-7.

Bowery NG, Hill DR, Hudson AL, et al. (1980) **Baclofen decreases neurotransmitter release in the mammalian CNS by an action at a novel GABA receptor**. *Nature.* 283: 92-94.

Bowsher D. (2001) **Comment on Rice ASC, Maton S, the Postherpetic Neuralgia Study Group (UK), Gabapentin in postherpetic neuralgia: a randomised, double blind, placebo-controlled study**. *PAIN.* 94: 215-224.

Boyles, Salynn. (2005) **Depression, Epilepsy, and Suicide May Be Linked.** *WebMD Health* 1-2.

Brankiewicz, Alexander J, Manager, Worldwide Regulatory Affairs. (June 2, 1998). **Letter from Parke-Davis to Paul Leber, MD, Director, Division of Neuropharmacological Drug Products, Center for Drugs Evaluation and Research, FDA Re: Amendment – Chemistry, Manufacturing and Controls**. 1-2.

Brankiewicz, Alexander J SIGNED FOR Sean Brennan, Parke-Davis Pharmaceutical Research. (February 10, 1998, received 2/11/98). **Letter from Parke-Davis to Paul Leber, MD, Director, Division of Neuropharmacological Drug Products, Center for Drugs Evaluation and Research, FDA Re: Response to Request for Information, Division of Biopharmaceutics**. Parke-Davis. 1-2.

Brankiewicz, Alexander J, Manager, Worldwide Regulatory Affairs. (March 12, 1998). **Letter from Parke-Davis to Paul Leber, MD, Director, Division of Neuropharmacological Drug Products, Center for Drugs Evaluation and Research, FDA Re: General Correspondence**. 1.

Brankiewicz, Alexander J SIGNED FOR Sean Brennan, Parke-Davis Pharmaceutical Research. (April 2, 1998). **Letter from Parke-Davis to Paul Leber, MD, Director, Division of Neuropharmacological Drug Products, Center for Drugs Evaluation and Research, FDA Re: Amendment – Chemistry, Manufacturing and Controls, Neurontin® 600- and 800-mg Tablets**. 1-2.

Brankiewicz, Alexander J SIGNED FOR Sean Brennan, Parke-Davis Pharmaceutical Research. (April 14, 1998). **Letter from Parke-Davis to Paul Leber, MD, Director, Division of Neuropharmacological Drug Products, Center for Drugs Evaluation and Research, FDA Re: Amendment – Chemistry, Manufacturing and Controls, Neurontin® 600- and 800-mg Tablets**. 1-2.

Brankiewicz, Alexander J, Manager, Worldwide Regulatory Affairs. (6/2/98 received 6/3/98). **Letter from Parke-Davis to Paul Leber, MD, Director, Division of Neuropharmacological Drug Products, Center for Drugs Evaluation and Research, FDA Re: Amendment – Chemistry, Manufacturing and Controls**. 1-2.

Bremner JD. (2005) **Brain Imaging Handbook**. *NW Norton & Company*. New York, NY.

Bremner JD, Fani N, Ashraf A, et al. (May 2005) **Functional Brain Imaging Alterations in Acne Patients Treated With Isotretinoin**. *Am J Psychiatry*. 162(5): 983-991.

Brennan, Sean, Senior Director, Worldwide Regulatory Affairs, Pharmaceutical Research. (July 1, 1997). **Letter from Parke-Davis to Paul Leber MD, Director, Division of Neuropharmacological Drug Products, Center for Drug Evaluation and Research, FDA re: New Drug Application**. 1-2.

Brennan, Sean, Pharmaceutical Research. (January 9, 1998). **Letter from Parke-Davis to Paul Leber, MD, Director, Division of Neuropharmacological Drug Products, Center for Drugs Evaluation and Research, FDA Re: Amendment – Chemistry, Manufacturing and Controls – Claim for Categorical Exclusion for Preparation of an Environmental Assessment**. Parke-Davis. 1-2.

Brennan, Sean, Vice President, Worldwide Regulatory Affairs, Parke-Davis Pharmaceutical Research. (4/30/99) **Letter to FDA, Center for Drug Evaluation and Research re: New Drug Application**. 1-2. 18 Pages redacted, Draft Labeling.

Brigell MG, Taylor CP. (Oct 2001) **ALS defeats gabapentin: Reflections on another failed treatment [correspondence]**. *Neurology*. 57(8): 1524.

Brodie, Martin J. (2004) **Pregabalin as Adjunctive Therapy for Partial Seizures**. *Epilepsia*. 45(Suppl 6): 19-27.

Brown, Regina T, Marídalia Torres, Margarita Santiago, & Andres Toro. (11/17-12/15/1994). **Inspection of Warner Lambert, Vega Baja, Puerto Rico, 00694**. 1-25, att 1-3.

Brown GL, Linnoila MI. (April 1990) **CSF Serotonin Metabolite (5-HIAA) Studies in Depression, Impulsivity, and Violence**. *J Clin Psychiatry*. 51(4 Suppl): 31-41.

Brown TM, Stoudemire A. (1998) **Psychiatric Side Effects of Prescription and Over-the Counter Medications: Recognition and Management.** *American Psychiatric Press, Inc*. Washington, DC.

Bruni J (NEON Study Investigators Group). (May 1998) **Outcome Evaluation of Gabapentin as Add-on Therapy for Partial Seizures**. *Le Journal Canadien Des Sciences Neurologiques*. 25(2): 134-140.

Bruni J, Saunders M, Anhut H, Sauerman W. (March 1991) **Efficacy and Safety of Gabapentin (Neurontin): A Multicenter, Placebo-Controlled, Double-Blind Study**. *Neurology*. 41 (Suppl 1): 330-331.

Buchler, Gary J, Acting Director, Office of Generic Drugs, Center for Drug Evaluation and Research, Department of Health and Human Services, FDA (January 12th 2001) **Letter to Gordon R. Johnston, Lachman Consultant Services Inc: Docket No. OOP-1419/CPI**. 1-2.

Buck ML. (2002) **Pediatric Use of Gabapentin**. *Pediatr Pharm*. 8(10). 5 printed pages from www.medscape.com.

Burchell, Brendan J PhD. (May 2003) **To the Editor re: Treatment of restless legs syndrome with Gabapentin: A double-blind, cross-over study**. *Neurology*. 60: 1558.

Campbell K, Kalén P, Lundberg C, Wictorin K, Rosengren E, Bjorklund A. (1993) **Extracellular γ-aminobutyric acid levels in the rat caudate-putamen: monitoring the neuronal and glial contribution by intracerebral microdialysis**. *Brain Res*. 614: 241-250.

Capuano A, Vollono C, Mei D, et al. (2004) **Antiepilectic drugs in migraine prophylaxis: state of the art**. *Clin Ter*. 155: 79-87.

Carlson H, Ronne-Engstrom E, Ungerstedt U, Hillered L. (Jun 8, 1992) **Seizure related elevations of extracellular amino acids in human focalepilepsy**. *Neurosci Lett (Netherlands)*. 140(1): 30-32. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Carta MG, Hardoy MC, Hardoy MJ, Grunze H, Carpiniello B. (2003) **Special review:  The clinical use of gabapentin in bipolar spectrum disorders**. *Journal of Affective Disorders*. 75: 83-91.

Cassano P, Lattanzi L, Fava M, et al. (2005) **Ropinirole in Treatment-Resistant Depression: A 16-Week Pilot Study.** *Can J Psychiatry*. May; 50(6): 357-360.

7

Center for Drug Evaluation and Research. . **Application Number: 20882, Administrative Documents/ Correspondence**. 1.

Center for Drug Evaluation and Research. . **Application Number: 20882, Chemistry Review(s)**. 1.

Center for Drug Evaluation and Research. . **Application Number : 20882, Clinical Pharmacology and Biopharmaceutics Review(s)**.

Center for Drug Evaluation and Research. . **Application Number : 20882, Medical Reviews**.

Center for Drug Evaluation and Research. . **Application Number : 20882, Pharmacology Review(s)**. 1.

Center for Drug Evaluation and Research.. . **Application Number : 20882, Statistical Review(s)**. 1.

Center for Drug Evaluation and Research. . **Application Number: 20882, Approval Letter**. 1.

Chen T-J, Younger W-YY, Chen M-C, et al. (2005) **Serotonin Dysfunction and Suicide Attempts in Major Depressives: An Auditory Event-Related Potential Study**. *Neuropsychobiology*. 52: 28-36.

Chen Y, Phillips K, Minton G, Sher E. (2005) **GABA$_B$ receptor modulators potentiate baclofen-induced depression of dopamine neuron activity in the rat ventral tegmental area**. *British Journal of Pharmacology*. 144: 926-932.

Cherek DR, Lane SD, Pietras CJ, et al. (2002) **Acute effects of baclofen, a γ-aminobutyric acid-B agonist, on laboratory measures of aggressive and escape responses of adult male parolees with and without a history of conduct disorder.** *Psychopharmacotherapy*. 164: 160-167.

Cherek DR, Tcheremissine OV, Lane SD, Pietras CJ. (2004) **Acute effects of Gabapentin on laboratory measures of aggressive and escape responses of adult parolees with and without a history of conduct disorder.** *Psychopharmacology*. 171: 405-412.

Childers MK, Holland D. (1997) **Psychomotor agitation following gabapentin use in brain injury.** *Brain Injury*.11(7): 537-540.

Cockburn, Jill. (1997) **Prescribing behaviour in clinical practice: patients' expectations and doctors' perceptions of patients' expectations – a questionnaire study**. *BMJ*. 315: 520-523. 7 printed pages on 1/11/2005 from http://bmj.bmjjournals.com/cgi/content/full/315/7107/520.

Collins JC, McFarland BH. (2007) **Divalproex, lithium and suicide among Medicaid patients with bipolar disorder,** *Journal of Affective Disorders*.

Collins SL, Moore RA, McGuay HJ, et al. (2000) **Antidepressants and anticonvulsants for diabetic neuropathy and postherpetic neuralgia: a quantitative systematic review**. *J Pain Symptom Manage*. 20: 449-458.

Collins TL, Petroff OA, Mattson RH. (2000 Jun) **A comparison of four new antiepileptic medications**. *Seizure*. 9(4): 291-293. Abstract from http://PubMed.com. PMID: 10880292 [PubMed – indexed for MEDLINE] Printed 3/21/2005.

Colman E and Stadel BV. (1999) **Gabapentin for postherpetic Neuralgia**. *JAMA*. 282: 134-135.

Constant EL, Adam S, Gillain B, et al. (2005)  **Effects of Sertraline on Depressive Symptoms and Attentional and Executive Functions in Major Depression.**  *Depression and Anxiety*. 21: 78-89.

Cooper JR, Bloom FE, Roth RH. (1986) **The Biochemical Basis of Neuropharmacology: Fifth Edition**. *Oxford University Press*. New York, NY.

Cornaggie CM, Schmitz B, Trimble MR. (2002) **The Use of Psychotropic Drugs in Patients with Epilepsy.** *Epilepsia.* 43(S2): 1.

Cornelius JR, Salloum IM, Mezzich J, et al. (1995) **Disproportionate suicidality in patients with comorbid major depression and alcoholism.** *Am J Psychiatry.* 152: 358-364.

Crawford, Pamela. (1998) **An audit of topiramate use in a general neurology clinic.** *Seizure.* 7: 207-211.

Crawley JN, Sutton ME, Pickar D. (1985) **Animal Models of Self-Destructive behavior and suicide.** *Psychiatr Clin North Am.* 8(2): 299-310.

Crockatt J, Hankin SA, Lamoreaux LK, Myers S. (7/10/96) **Research Report # RR 720-03675: Gabapentin Inpatient Monotherapy Trial: A Double-blind, dose-controlled, multicenter study in patients with refractory partial epilepsy (Protocol 945-088, US & Canada).** *Parke-Davis, Division of Warner-Lambert Company.* 1, 10-11.

Dallocchio C, Buffa C, Mazzarello P. (October 2000) **Gabapentin vs. Amitriptyline in Painful Diabetic Neuropathy:An Open-Label Pilot Study.** *Journal of Pain and Symptom Management.* 201(4): 280-285.

Davidson JRT, Bose A, Kortzer A, et al. (2004) **Escitalopram in the treatment of generalized anxiety disorder: Double-blind, Placebo Controlled, Flexible-dose Study.** *Depression and Anxiety.* 19:234-240.

De Sarro G, Gareri P, Falconi U, De Fazio P. (2000) **Conventional and new antidepressant drugs in the elderly.** *Progress in Neurobiology.* 61: 353-396. GBP on 387.

Debarment Certification. **Item 16: Debarment Certification, Gabapentin Syrup 250 mg/ 5 ml.** 1-2.

Department of Health and Human Services (1999) **Mental Health: A Report of the Surgeon General.** *US Department of Health and Human Services, Substance Abuse and Mental Health Services Administration, Center for Mental Health Services, National Institutes of Health, National Institute of Mental Health.* Rockville, MD.

Di Trapani G, Mei D, Marra C, et al. (2000) **Gabapentin in the Prophylaxis of Migraine: A Double-Blind Randomized Placeb-Controlled Study.** *La Clinica Terapeutica.* 151(3): 145-148.

Dimond KR, Pande AC, LaMoreaux L, et al. (1996) **Effect of Gabapentin (Neurontin) [corrected] on mood and well-being in patients with epilepsy.** *Prog Neuropsychopharmacol Biol Psychiatry.* 20: 407-417.

Dodrill CB, Arnett JL, Hayes AG, et al. (1999) **Cognitive abilities and adjustment with gabapentin: results of a multisite study.** *Epilepsy Research,* 35:109-121.

Dodrill CB, Arnett JL, Shu V, et al. (1998) **Effects of Tiagabine Monotherapy on Abilities, adjustment, and Mood.** *Epilepsia.* 39(1): 33-42.

Dolina S, Peeling J, Sutherland G, et al. (1993). **Effect of sustained pyridoxine treatment on seizure susceptibility and regional brain amino acid levels in genetically epilepsy-prone BALB/c mice.** *Epilepsia (USA).* 34(1): 33-42.

Donohue JM, Berndt ER. (Fall 2004) **Effects of Direct-to-Consumer Advertising on Medication Choice: The Case of Antidepressants.** *Journal of Public Policy and Marketing.* 23(2): 115-127.

Donohue JM, Berndt ER, Rosenthal M, et al. (Dec 2004) **Effects of Pharmaceutical Promotion on Adherence to the Treatment Guidelines for Depression.** *Medical Care.* 42(12): 1176-1185.

Dooley DJ, Mieske CA, Borosky SA. (2000) **Inhibition of $K^+$-evoked glutamate release from rat neocortical and hippocampal clices by gabapentin.** *Neuroscience Letters.* 280: 107-110.

Draghi, Nancy J, CSO, Newark District, Eric Thostesen, CSO, Newark District, Christine M. Marmara, CSO, Newark District, Jean Blackston Hill, Chemist, Philadelphia District & Martin Browning, CSO, Division of Field Investigations. (9/21-11/2/1994). **Inspection of Warner Lambert Company, Morris Plains, NJ 07950**. 1-34.

Dworkin RH, Baonja M, Rowbotham MC, et al. (Nov 2003) **Advances in Neuropathic Pain – Diagnosis, Mechanisms, and Treatment Recommendations**. *Arch Neurol*. 60: 1524-1534.

Dworkin RH, Corbin AE, Young JP, et al. (2003) **Pregabalin for the treatment of postherpetic neuralgia: A Randomized, placebo-controlled trial**. *Neurology*. 60(2): 1274-1283.

EMEA (a European Medicines Agency). (2004) **Scientific Discussion [for the approval of Lyrica]**. 1-42.

Engberg G, Kling-Petersen T, Nissbrandt H. (1993) **GABA$_B$-Receptor Activation Alters the Firing Pattern of Dopamine Neurons in the Rat Substantia Nigra**. *Synapse*. 15: 229-238.

Engström G, Alling C, Blennow K, et al. (1999) **Reduced cerebrospinal HVA concentrations and HVA/ 5-HIAA ratios in suicide attempters Monoamine metabolites in 120 suicide attempters and 47 controls.** *European Neuropsychopharmacology*. 9: 399-405.

Ernst CL, Goldberg JF. (published April 2003, received 2001) **Antidepressant Properties of Anticonvulsant Drugs for Bipolar Disorder.** *Journal of Clinical Psychopharmacology*. 23(2): 182-192.

Errante LD, Petroff OAC. (2003 Jul) **Acute effects of Gabapentin and pregabalin on rat forerain cellular GABA, glutamate, and glutamine concentrations**. *Seizure*. 12(5): 300-306.

Errante LD, Williamson A, Spencer DD, Petroff OA. (2002 May) **Gabapentin and vigabatrin increase GABA in the human neocortical slice**. *Epilepsy Res*. 49(3): 203-210.

Erspamer, DM, Investigator, DET-DO. (4/20-23/1993). **Inspection of Parke-Davis Div of Warner Lambert, Holland MI 49424**. 1-18.

Erspamer, DM, Investigator, DET-DO. (6/7-10/1993). **Inspection of Parke-Davis Div of Warner Lambert, Holland MI 49424**. 1-16.

Ettinger AB, Weisbrot DM, Saracco J, et al. (1998) **Positive and Negative Psychotropic Effects of Lamotrigine in Patients with Epilepsy and Mental Retardation**. *Epilepsia*. 39(8): 874-877.

European Union (EU). **Products containing Gabapentin authorized in the European Union**. Table format.

Everitt BS, Wessely S. (2004) **Clinical Trials in Psychiatry**. *Oxford University Press, Inc.* New York, NY.

FDA. (May 2004) **Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment: Draft Guidance**. US Dept of Health and Human Services, FDA, Center for Drug Evaluation and Research (CDER), Center for Biologics Evaluation and Research (CBER). 1-19.

Fehrenbacher JC, Taylor CP, Vasko MR. (2003) **Pregabalin and gabapentin reduce release of substance P and CGRP from rat spinal tissues only after inflammation or activation of protein kinase C**. *Pain*. 105: 133-141.

Feltner DE, Crockatt JG, Dubovsky SJ, et al. (June 2003) **A Randomised, Double-Blind, Placebo-Controlled, Fixed-Dose, Multicenter Study of Pregabalin in Patients with Generalized Anxiety Disorder**. 23(3): 240-249.

Ferrier IN. (1998) **Lamotrigine and Gabapentin. Alternative in the treatment of bipolar disorder**. *Neuropsychobiology*. 38: 192-197.

Fichter N, Taylor CP, Feuerstein TJ. (1996) **Nipecotate-Induced GABA Release from Slices of the Rat Caudate-Putamen: Effects of Gabapentin**. *Naunyn-Schmiedeberg's Arch Pharmacol*. 354: R35.

Fisher, WE PhD. (4/30/1998). **Review and Evaluation of Pharmacology and Toxicology, Original NDA Review, NDA: 20/882**. 1-2.

Fitzgerald, Glenna G PhD, Pharmacology Team Leader, Division of Neuropharmacological Drug Products, Center for Drug Evaluation and Research, FDA. (3/1/2000) **Memo to Parke-Davis re: Neurontin (Gabapentin) oral solution: Approvability**. 1. 4 Pages Redacted due to trade secret/ confidentiality/ commercial.

Fink K, Dooley DJ, Meder WP, et al. (2002) **Inhibition of neuronal Ca$^{2+}$ influx by gabapentin and pregabalin in the human neocortex**. *Neuropharmacology*. 42: 229-236.

Flattery KV, Spero L. (1985) **Drugs acting on adrenergic neurons (adrenergic neuronal blocking drugs), in Principles of Medical Pharmacology, 4th Edition**. Edited by Kalant H, Roschlau WH, Sellers EM. Toronto, University of Toronto Press. 203-212. as referenced in: Brown TM, Stoudemire A. (1998) **Psychiatric Side Effects of Prescription and Over-the Counter Medications: Recognition and Management.** *American Psychiatric Press, Inc*. Washington, DC.

foi Services, Inc. **Quality Control Page: 5203426 A**. www.foiservices.com.

foi Services, Inc. **Quality Control Page: 5203517 B**. www.foiservices.com.

foi Services, Inc. **Quality Control Page: 5203517 D**. www.foiservices.com.

foi Services, Inc. **Quality Control Page: 5203523 G**. www.foiservices.com.

foi Services Inc. **5206986 A: Quality Control Page**. 1.

foi Services, Inc. **5207284 G. Quality Control Page**. www.foiservices.com.

foi Services, Inc. **5209863 A: Quality Control Page**. 1.

Foi Services, Inc. **Quality Control Page, Document 151923 A**. www.foiservices.com.

foi Services, Inc. **Parke-Davis, Holland, Michigan: EIR, 483, Company Response 4/20-23-1993: 5203517 B**. www.foiservices.com.

foi Services, Inc. (6/7-10/1993) **Parke-Davis, Holland, Michigan: EIR, 483, Company Response 6/7-10/1993: 5203517 D**. www.foiservices.com.

foi Services, Inc. (9/21-11/2/1994) **Warner-Lambert, Morris Plains, New Jersey: EIR 9/21-11/2/1994: 5203426 A**. www.foiservices.com.

foi Services, Inc. (11/17-12/15/1994) **Warner-Lambert, Vega Baja, Puerto Rico: EIR. 483, Company Response 11/17-12/15/1994: 5203523 G**. www.foiservices.com.

foi Services, Inc. (10/9/1998). 5207284 G. www.foiservices.com.

foi Services, Inc. (2003) **5209863 A: Neurontin 100, 300, 400mg Capsules (Parke-Davis Pharmaceutical Research) 12/30/1993 Approval [Epilepsy]: Approval Letter; Final Labeling; Approvable Letter.** www.foiservices.com

foi Services Inc. (5/15/2003 received 5/21/2003) **Control #5209863: Letter to Freedom of Information Staff, FDA requesting any disclosable approval information of Neurontin (Gabapentin), manufactured by Parke-Davis**. 1.

Fragoso YD, Carrazana EJ. (2000) **Low Doses of Gabapentin May be Helpful in the Management of Chronic Daily Headache**. *Medscape General Medicine*. 2(3): 1-5.

Freiman JA, Chalmers TC, Smith H, Kuebler RR. (1978) **The importance of beta, the type II error and sample size in the design and interpretation of the randomized control trial. Survey of 71 "negative" trials**. *N Engl J Med*. 299(13): 690-694.

French JA, Kugler AR, Robbins JL, et al. (2003) **Dose-Responsive trial of pregabalin adjunctive therapy in patients with partial seizures**. *Neurology*. 60(2): 1631-1637.

Frye MA, Ketter TA, Kimbrell TA, et al. (2000). **A Placebo-Controlled Study of Lamotrigine and Gabapentin Monotherapy in Refractory Mood Disorders.** *Journal of Clinical Psychopharmacology*. 20(6): 607-614.

Garcia-Borreguero D, Larrosa O, de la Llave Y, et al. (2002) **Gabapentin improved sensory and motor symptoms in the restless legs syndrome**. *ACP Journal Club*. 17.

Garcia-Borreguero D, Larrosa O, de la LlaveY, et al. (2002) **Treatment of restless legs syndrome with gabapentin: a double-blind, cross-over study, SPANISH TRIAL**. *Neurology*. 59: 1573-1579.

Garcia-Borreguero D, Larrosa O, de la Llave Y, et al.  (May 2003) **Reply from the Authors: Treatment of restless legs syndrome with Gabapentin: A double-blind, cross-over study**. *Neurology*. 60: 1558.

Gee NS, Brown JP, Dissanayake VUK, et al. (1996) **The novel anticonvulsant drug, Gabapentin (Neurontin), binds to the alpha2delta subunit of a calcium channel**. *J Biol Chem*. 271(10): 5768-5776.

Gehling M, Tryba M. (2001) **Comment on Rice ASC, Maton S, the Postherpetic Neuralgia Study Group (UK), Gabapentin in postherpetic neuralgia: a randomised, double blind, placebo-controlled study**. *PAIN*. 94: 215-224.

Geracioti TD Jr., Loosen PT, Ekhator NN, et al. (1997) **Uncoupling of serotonergic and noradrenergic systems in depression: Preliminary evidence from continuous cerebrospinal fluid sampling**. *Depression and Anxiety*.  6: 89-94.

Ghaemi SN, Goodwin FK. (2001) **Gabapentin treatment of the non-refractory bipolar spectrum: an open case series**. *J Affect Disord*. 65: 167-171.

Gibbons RD, Davis JM. (1986) **Consistent Evidence for a Biological Subtype of Depression Characterized by low CSF Monoamine Levels**. *Acta Psychiatr Scand*. 74: 8-12.

Gillin S, Sorkin LS. (1998) **Gabapentin Reverses the Allodynia Produced by the Administration of Anti-GD2 Ganglioside, an Immunotherapeutic Drug**. *Anesth Analog*. 86(1): 111-116.

Gilron I, Bailey JM, Tu D, et al. (March 31, 2005) **Morphine, Gabapentin, or Their Combination for Neuropathic Pain**. *N Engl J Med*. 352(13): 1324-1334.

Giordani AB, Clinical Communications Scientist; Holley HP, Director, Clinical Development; Robbins JL, Senior Statistician, Clinical Biostatistics, CNS. **Appendix B.2.2: Listing of Serious Adverse Events: Study 945-411, Patient Number 001018**. 1.

Gnanadesikan M, Freeman MP, Gelenberg AJ. (2003) **Review article: Alternative to lithium and divalproex in the maintenance treatment of bipolar disorder.** *Bipolar Disorders*. 5: 203-216.

Goa KL, Sorkin EM. (1993) **Gabapentin: a Review of its Pharmacological Properties and Clinical Potential in Epilepsy**. *Drugs*. 46(3): 409-427.

Godlee, Fiona, Executive Editor. (2004) **Clinical evidence: mental health: The international source of the best available evidence for effective mental health care**. *BMJ Publishing Group*. London, UK.

Goldlust A, Su T-Z, Welty DF, et al. (1995) **Effects of anticonvulsant drug gabapentin on the enzymes in metabolic pathways of glutamate and GABA**. *Epilepsy Research*. 22: 1-11.

Gonzalez LE, Andrews N, File SE. (1996) **5-HT$_{1A}$ and benzodiazepine receptors in the basolateral amygdale modulate anxiety in the social interaction test, but not in the elevated plus-maze.** *Brain Research*. 732: 145-153.

Goodwin, Frederick K MD. (1999) **Anticonvulsant Therapy and Suicide Risk in Affective Disorders**. *J Clin Psychiatry*. 60(suppl 2): 89-116.

Gorson KC, Schott C, Herman R, et al. (February 1999) **Gabapentin in the treatment of painful diabetic neuropathy: a placebo controlled , double-blind, crossover trial.** *Journal of Neurology, Neurosurgery, and Psychiatry.* 66**:** 251-252. As listed on www.bmjjournal.com. 1-3, 1.

Götz E, Feuerstein TJ, Lais A, Meyer DK. (1993) **Effects of gabapentin on release of gamma-aminobutyric acid from slices of rat neostriatum**. *Arzneimittelforschung*. (Drug Research) 43: 636-638.

Grace AA, Bunney BS. (1979) **Paradoxical GABA Excitation of Nigral Dopaminergic Cells: Indirect Mediation Through Reticulata Inhibitory Neurons**. *European Journal of Pharmacology*. 59: 211-218.

Griffith NC, Cunningham AM, Goldsmith R, Bandler R. (1991) **Interictal behavioral alterations and cerebrospinal fluid amino acid changes in a chronic seizure model of temporal lobe epilepsy.** *Epilepsia (USA)*. 32(6): 767-777. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Gu Y, Huang L-YM. (2001) **Gabapentin actions on N-methyl-D-aspartate receptor channels are protein kinase C-dependent**. *Pain*. 93: 85-92.

Gupta S, Frank BL, Masand PS. (April 2000) **Gabapentin in the Treatment of Aggression Associated With Conduct Disorder.** *Primary Care Companion to the Journal of Clinical Psychiatry,* 2(2): 60-61.

Guzewska, Maryla PhD, Chemistry Team Leader, Neurology Drugs for the Division of Neuropharmacological Drug Products, DNDCI, Office of New Drug Chemistry, Center for Drug Evaluation and Research, FDA. (11/10/99) **Letter to Alexander J Brankiewicz, Manager, Worldwide Regulatory Affairs, Parke-Davis Pharmaceuticals Ltd. Re disagreement with Brankiewicz 9/15/99 response to the unknown, unidentified impurities.**

Hales RE, Yudofsky SC, Eds. (1987) **Textbook of europsychiatry**. *The American Psychiatric Press, Inc*. Washington DC.

Hamer AM, Haxby DG, et al. (2002) **Gabapentin use in a Managed Medicaid Population.** *J Man Care*. (8)4: 266-271.

Handforth A, Treiman DM. (1994) **Efficacy and Tolerance of Long-Term, High-Dose Gabapentin: Additional Obervations.** *Epilepsia*. 35(5): 1032-1037.

Hansen RA, Gartlehner G, Lohr KN, et al. (2005) **Efficacy and Safety of Second-Generation Antidepressants in the Treatment of Major Depressive Disorder**. *Ann Intern Med.* 143: 415-426.

Happe S, Klösch G, Saletu B, et al. (2001) **Treatment of idiopathic restless legs syndrome (RLS) with Gabapentin**. *Neurology*. 57: 1717-1719.

Happe S, Sauter C, Klösch G, et al. (2003) **Gabapentin vesus ropinirole in the treatment of idiopathic restless legs syndrome**. *Neuropsychobiology*. 48: 82-86.

Heimer, Lennart MD, course director. (Sept 29-Oct 2, 2005) **A New Anatomical Framework for Neuropsychiatric Disorders: Systems Analysis and Hands-On Dissection of the Human Brain**. *Practical Anatomy & Surgical Education, St. Louis University School of Medicine, Saint Louis University*. St. Louis, MO.

Heninger GR, Delgado PL, Charney DS. (1996) **The Revised Monoamine Theory of Depression: A Modulatory Role for Monoamines, Based on New Findings From Monoamine Depletion Experiments in Humans**. *Pharmacopsychiat*. 29: 2-11.

Henriksson MM, Aro HM, Marttunen MJ, et al. (1993) **Mental disorders and comorbidity in suicide.** *Am J Psychiatry*. 150: 935-940.

Hesdorffer DC, Hauser WA, Olafsson E, et al. (2005) **Depression and suicide attempt as risk factors for incident unprovoked seizures.** *Ann Neurol*.

Harden CL, Lazar LM, Pick LH, et al. (1999) **A Beneficial Effect on Mood in Partial Epilepsy Patients Treated with Gabapentin.** *Epilepsia*. 40(8): 1129-1134.

Hill CM, Balkenohl M, Thomas DW, et al. (2001) **Pregabalin in patients with postoperative dental pain**. *Eur J Pain*. 5: 119-124.

Hill DR, Suman-Chauhan N, Woodruff GN. (1993) **Localization of [$^3$H]gabapentin to a novel site in rat brain: autoradiographic studies**. *European Journal of Pharmacology (Molecular Pharmacology Section)*. 244: 303-309.

Hill RR, Stagno SJ, Tesar GE. (Aug 1995) **Secondary Mania Associated with the use of Felbamate**. *Psychosomatics*. 36(4): 404-406.

Hirai K, Kimiya S, Tabata K, Seki T, et al. (2002) **Selective mutism and obsessive compulsive disorders associated with zonisamide**. *Seizure*. 11: 468-470.

Hjalmarsson L, Corcos M, Jeammet PH. (2005) **Indication des inhibiteurs de la recapture de la sérotonine au cours d'un episode dépressif majeur chez l'enfant et l'adolescent (benefices/risques)**. *L'Encéphale*. 31: 309-316.

Hollander E, Tracy KA, Swann AC, et al. (2003) **Divalproex in the Treatment of Impulsive Aggression: Efficacy in Cluster B Personality Disorders**. *Neuropsychopharmacology*. 28: 1186-1197.

Honmou O, Oyelese AA, Kocsis JD. (1995b). **The anticonvulsant Gabapentin enhances promoted release of GABA in hippocampus: a field potential analysis**. *Brain Res*. 692: 273-277.

Hurley RW, Chatterjea D, Feng MR, et al. (2002) **Gabapentin and Pregabalin Can Interact Synergistically with Naproxen to Produce Antihyperalgesia**. *Anesthesiology*. 97: 1263-1273.

Hwang JH, Yaksh TL. (1997) **Effect of subarachnoid Gabapentin on Tactile-Evoked Allodynia in a Surgically Induced Neuropathic Pain Model in the Rat**. *Regional Anesthesia*. 22(3): 249-256.

Igisu H, Matsuoka M, Iryo Y. (1995) **Vitamin B13 (carnitine): Protection of the brain by carnitine**. *Journal of Occupational Health (Japan)*. 37(2): 75-82. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Inhouse Pharmacy (2004) **Neurontin. (Gabapentin). Neurontin Information**. (www.inhousepharmacy-europe.com/neurological/neurontin-information.html.) Printed 26 pages on 1/15/2004.

Ipsos Health. (2004) **PharmTrends**. *Ipsos-Insight, Inc.* 1.

Ipsos PharmTrends®. (2004). **Rx DTC Behavior Report**. *Ipsos-Insight*. 2 printed pages on 1/11/2005 from http://www.ipsos-insight.com/health/publications/rxDTC.cfm.

Jaffer FA, Weissleder R. (2005) **Molecular Imaging in the Clinical Arena**. *JAMA*. (293)7: 855-862.

James S (7/15/2003) **Letter from HHS to FOI Services, Inc. US Department of Health and Human Services. #5209863 A**. 1.

Janjua NA, Kabuto H, Mori A. (1992) **Link between genetics & epilepsy: Increased plasma glutamic acid in a genetic model of epilepsy**. *Neurochem Res (USA)*. 17(3): 293-296. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Jensen AA, Mosbacher J, Elg S, et al. (2002) **The Anticonvulsant Gabapentin (Neurontin) Does Not Act through γ-Aminobutyric Acid-B Receptors**. *Molecular Pharmacology*. 61: 1377-1384.

Jensen FE, Privitera MD, Shields WD. (March 2002) **The National Institute of Neurological Disorders and Stroke of the National Institutes of Health Presents: Evolving Directions in the Management of Epilepsy**. *Clinician*. 20(1): 1-31.

Jiménez-Hernández MD, Torrecillas-Narváez MD, Friera-Acebal G. (2002) **[Effectiveness and safety of Gabapentin in the preventive treatment of migraine]**. *Rev Neurol*. 35: 603-606.

Jin, Kun PhD, Team Leader; Sharon Yan, PhD, Mathematical Statistician; Chi, George PhD, Director, Division of Biometrics I. (9/14/98). **Statistical Review and Evaluation, Stability Review. Applicant: Parke-Davis Pharmaceutical Research**. 1-3.

Johnston, Gordon R, Associate, Lachman Consultant Services, Inc. (June 22, 2000) **Letter from Lachman Consultant Services Inc to Dockets Management Branch, FDA: Citizen Petition**. 1-3.
   • Attachment: **Prescription Drug Product List**. Table.
   • Attachment 2: Parke-Davis, Div of Warner-Lambert (©1998, '99, Revised Feb '99) **Neurontin Insert Labeling: Neurontin®  (Gabapentin Capsules and Gabapentin Tablets)**. 1-15.
   • Attachment 3: **Draft Labeling: Gabapentin** Tablets. 1-7.

Joseph R. (1996) **Neuropsychiatry, Neuropsychology, and Clinical Neuroscience: Emotion, Evolution, Cognition, Language, Memory, Brain Damage, and Abnormal Behavior: Second Edition**. *Williams & Wilkins, A Waverly Company*. Baltimore, MD.

Kaiser Family Foundation. (November 2001) **Understanding the Effects of Direct-to-Consumer Prescription Drug Advertising**. Menlo Park CA. 1-18.

Kaiser Family Foundation. (June 2003) **Impact of Direct-to-Consumer Advertising on Prescription Drug Spending**. Menlo Park CA. 1-8.

Kanba S, Yagi G, Kamijima K, et al. (1994) **The First Open Study of Zonisamide, a Novel Anticonvulsant, Shows Efficacy in Mania**. *Prog Neuro-Psychopharmacol & Biol Psychiat*. 18: 707-715.

Kanner AM, Wuu J, Faught E, et al (the PADS Investigators). (2003) **A past psychiatric history may be a risk factor for topiramate-related psychiatric and cognitive adverse events**. *Epilepsy & Behavior*. 4: 548-552.

Kanthan R, Shuaib A, Griebel R, Miyashita H. (May 1995) **Intracerebral human microdialysis. In vivo study of an acute focal ischemic model of the human brain**. *Stroke (United States)*. 26(5): 870-873. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Karle J, Laudrup P, Sams-Dodd F, Mikkelsen JD, Nielsen M. (Dec 11, 1997) **Theory that epilepsy caused in part by deficiency of inhibitory neurotransmitters: Differential changes in induced seizures after hippocampal treatment of rats with an antisense oligodeoxynucleotide to the GABA(A) receptor gamma2 subunit [published erratum appears in Eur J Pharmacol 1998 Apr 24;347(2-3):367]**. *Eur J Pharmacol (Netherlands)*. 340(2-3): 153-160. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Karson CN, Casanova MF, Kleinman JE, Griffin ST. (Mar 1993) **Choline Acetyltransferase in Schizophrenia**. *Am J Psychiatry*. 150(3): 454-459.

Katz, Russell MD, Deputy Director, Division of Neuropharmacological Drug Products. (June 3, 1998). **Memorandum: Supervisory Review of NDA 20-882, for the introduction of new dosage forms for Neurontin (600 and 800 mg tablets)**. 1-4.

Katz, Russell, MD, Deputy Director, Division of Neuropharmacological Drug Products. (October 1, 1998). **Memo: Supervisory Review of Sponsor's Response to Not Approvable Letter for NDA 20-882 for Neurontin 600 and 800 mg tablets**. 1-2.

Katz, Russell MD, Director, Division of Neuropharmacological Drug Products/HFD-120. (2/24/2000) **Memo: Approval Action for NDA 21-129, for the use of Neurontin oral solution**. 1-2.

Katz, Russell MD, Director, Division of Neuropharmacological Drug Products, Office of Drug Evaluation I, Center for Drug Evaluation and Research. (3/2/2000) **Letter from FDA to Alexander J Brankiewicz, CMC Manager, Worldwide Regulatory Affairs, Parke-Davis Pharmaceutical Limited**. 1-3.
- Attachment to above: (3/2/2004) **Approved Labeling Text, NDA 21-129, Neutontin® (Gabapentin) capsules, Neutontin® (Gabapentin) tablets, Neutontin® (Gabapentin) oral solution.**

Katz, Russell MD, Director, HFD-120, Parke-Davis Pharmaceuticals. (3/2/2000) **Exclusivity Summary for NDA 21-129**. 1-5.

Katz, Russell MD, Director, Division of Neuropharmacological Drug Products, Office of Drug Evaluation I, Center for Drug Evaluation and Research. (October 12, 2000). **Letter from FDA to Parke-Davis Pharmaceutical Research (Janeth L. Turner, RN, BSN)**. 1-4.
- Parke-Davis, Div of Warner-Lambert Co. (1999). **NDA 21-216, NDA 20-235/S-015, NDA 20-882/S-002, NDA 21-129/S-005: FDA approved labeling text: Neurontin (gabapentin) capsules, Neurontin (gabapentin) tablets, Neurontin (gabapentin) oral solution**. 1-21.

Katz, Russell MD, Director, Division of Neuropharmacological Drug Products, Office of Drug Evaluation I, Center for Drug Evaluation and Research. (1/30/02). **Letter from FDA to Pfizer Pharmaceuticals Group (Lucy Castro, Director, Worldwide Regulatory Strategy)**. 1-3.

Katz, Russell MD, Director, Division of Neuropharmacological Drug Products, Office of Drug Evaluation I, Center for Drug Evaluation and Research. (8/15/02). **Letter from FDA to Parke-Davis Pharmaceutical Limited c/o Pfizer, Inc. (Drusilla Scott, PhD, Director, Regulatory Strategy and Registration, Worldwide Regulatory Affairs)**. 1-3.

Keegan DL, Richardson JS, Kirby AR. (1983) **A Possible Neurochemical Basis for the Neuropsychiatric Aspects of Baclofen Therapy**. *Intern J Neuroscience*. 20: 249-254.

Kelly KM. (Oct 1998) **Gabapentin: Antiepileptic Mechanism of Action**. *Neuropsychobiology*. 38(3): 139-144.

Keltner NL, Hall S. (2005) **Biological Perspectives: Neonatal Serotonin Syndrome.** *Perspectives in Psychiatric Care.* April-June; 41(2): 88-91.

Kennedy DL, Goldman SA and Lillie RB. (2000) **Spontaneous Reporting in the United States**. Chapter 10 in *Pharmacoepidemiology: Third Edition*. Ed. Brian L Strom. John Wiley & Sons, Ltd. 165-166.

Ketter TA, Malow BA, Flamini R, et al. (1994) **Anticonvulsant withdrawal-emergent psychopathology**. *Neurology*. 44: 55-61.

Ketter TA, Malow BA, Flamini R, et al. (1996) **Felbamate monotherapy has stimulant-like effects in patients with epilepsy**. *Epilepsy Research*. 23: 129-133.

Khan A, Faught E, Gilliam F, Kuzniecky R. (1990) **Acute psychotic symptoms induced by topiramate**. *Siezure*. 8: 235-237.

Khurana DS, Riviello J, Helmers S, et al. (1996) **Efficacy of gabapentin therapy in children with refractory partial seizures.** *The Journal of Pediatrics*. 128(6): 829-833.

Kimura, Seiji. (1994) **Zonisamide-Induced Behavior Disorder in Two Children**. *Epilepsia*. 35(2): 403-405.

Klein, Daniel B and Alexander Tabarrok. (after 2003) **Do Off-Label Drug Practices Argue Against FDA Efficacy Requirements? Testing an Argument by Structured Conversations with Experts**. 1-50.

Knable MB, Rickler K. (1995) **Psychosis Associated with Felbamate Treatment**. *J Clin Psychopharmacol*. 15(4): 292-293.

Knoll J, Stegman K, Suppes T. (1998) **Clinical experience using gabapentin adjunctively in patients with a history of mania or hypomania.** *Journal of Affective Disorders*. 49: 229-233.

Köchling, Josef PhD, General Manager, Parke-Davis. (April 27, 1993). **Letter to FDA (Carl Reynolds, District Director); investigator observations and company responses.** 1-2.

Köchling, Josef PhD, General Manager, Parke-Davis. (June 16, 1993). **Letter to FDA (Carl Reynolds, District Director); investigator observations and company responses**. 1-3.

Kocsis JD, Honmou O. (1994) **Gabapentin increases GABA-induced depolarization in rat neonatal optic nerve**. *Neuroscience Letters*. 169: 181-184.

Kocsis JH, Zisook S, Davidson J, Shelton R, et al. (1997) **Double-Blind Comparison of Sertraline, Imipramine, and Placebo in the Treatment of Dysthmia: Psychosocial Outcomes.** *Am J Pscyhiatry*. March; 154(3): 390-395.

Kondo T, Fromm GH, Schmidt B. (1991) **Comparison of gabapentin with other antiepileptic and GABAergic drugs**. *Epilepsy Res*. 8: 226-231.

Kruszewski SP, Brown JA. (2005) **The Timing of Published Non-Confirmatory Data Re-Analysis Deserves Attention**. *BMJ*. 331: 321-327.

Kurlemann G, Loscher W, Dominick HC, et al. (Mar 1987) **Vitamin B6 and GABA: Disappearance of neonatal seizures and low CSF GABA levels after treatment with vitamin B6**. *Epilepsy Res (Netherlands)*. 1(2): 152-154. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Kuzniecky R, Ho S, Pan J, et al. (2002) **Modulation of cerebral GABA by topiramate, lamotrigine, and gabapentin in healthy adults**. *Neurology*. 58(1): 365-372.

Laar MV, Volkerts E, Verbaten M. (2001) **Subchronic effects of the GABA-agonist lorazepam and the 5-HT $_{2A/2C}$ antagonist ritanserin on driving performance, slow wave sleep and daytime sleepiness in healthy volunteers.** *Psychopharmacology.* 154: 189-197.

Lahmame A, del Arco C, Pazos A, et al. (Oct 22, 1997) **Are Wistar-Kyoto rats a genetic animal model of depression resistant to antidepressants?** *Eur J Pharmacol.* 337(2-3): 115-123.

Lai H, Tolat R. (2005) **Paroxetine-related tremor: While this SSRI can significantly improve mood, its adverse effect warrants second look.** *Geriatrics.* July; 60(7):18-20.

Lallement G, Carpentier P, Collet A, Pernot-Marino I, Baubichon D, Blanchet G. (1991) **Effects of soman-induced seizures on different extracellular amino acid levels and on glutamate uptake in rat hippocampus.** *Brain Res (Netherlands).* 563(1-2): 234-240. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Lanneau C, Green A, Hirst WD, et al. (Dec 2001) **Gabapentin is not a GABAB receptor agonist**. *Neuropharmacology.* 41(8): 965-975.

Lautin A, Angrist B, Stanley M, et al. (1980) **Sodium Valproate in Schizophrenia: Some Biochemical Correlates**. *Brit J Psychiat.* 137: 240-244.

Leach JP, Brodie MJ. (January 17, 1998) **Drug Profile: Tiagabine**. *The Lancet.* 351: 203-207.

Leach JP, Girvan J, Paul A, Brodie MJ. (1997) **Gabapentin and cognition: a double-blind, dose ranging, placebo controlled study in refractory epilepsy.** *Journal of Neurology, Neurosurgery, and Psychiatry.* 62: 372-376.

Leandri M, Luzzanii M, Cruccu G, Gottlieb A. (2001) **Drug-resistant Cluster Headache Responding to Gabapentin: a Pilot Study**. *Cephalalgia.* 21: 744-746.

Leber, Paul MD, director, division of Neuropharmacological Drug Products, FDA. (12/13/93) **Neurontin Approvable Action Memorandum.** 1-7.

Leber, Paul MD, Director, Parke-Davis. (9/11/1997, received 1/30/1998). **Request for Proprietary/ Established Name Review, Neurontin (Gabapentin) Tablets**. 1.

Leber, Paul MD, Director, Division of Neuropharmacological Drug Products, Office of Drug Evaluation I, Center for Drug Evaluation and Research. (July, 1, 1998). **Letter from FDA to Sean Brennan, PhD, Parke-Davis Pharmaceutical Research, Div of Warner Lambert Co**. 1-5.

Leber, Paul MD, Director, Division of Neuropharmacological Drug Products, Office of Drug Evaluation I, Center for Drug Evaluation and Research. (September 1998). **Letter from FDA to Parke-Davis Pharmaceutical Research (Janeth L. Turner, RN, BSN, Director, Worldwide Regulatory Affairs)**. 1-2.
  • Attachment to above: Parke-Davis, Div of Warner-Lambert Co. (Revised May 1998). **NDA 20-235/S-011 Approval Draft Labeling: Neurontin (Gabapentin Capsules)**. 1-8.

Leber, Paul MD, Director, Division of Neuropharmacological Drug Products, Office of Drug Evaluation I, Center for Drug Evaluation and Research. (October 9, 1998). **Letter from FDA to Sean Brennan, PhD, Parke-Davis Pharmaceutical Research, Div of Warner Lambert Co**. 1-3.

Leber, Paul MD, Director, Division of Neuropharmacological Drug Products, Office of Drug Evaluation I, Center for Drug Evaluation and Research. (October 9, 1998). **Letter from FDA to Sean Brennan, PhD, Parke-Davis Pharmaceutical Research, Div of Warner Lambert Co, Approval Letter as AED**. 1-3.

Lee DO, Steingard RJ, Cesena M, et al. (1996) **Behavioral Side Effects of Gabapentin in Children**. *Epilepsia.* 37(1): 87-90.

Lee T-W, Yua YWY, Chen T-J, et al. (2005) **Loudness dependence of the auditory evoked potential and response to antidepressants in Chinese patients with major depression.** *Rev Psychiatr Neurosci.* 30(3): 202-205.

Leppik IE. (1995) **Tiagabine: The Safety Landsccape**. *Epilepsia.* 36(Suppl 6): S10-S13.

Lesser H, Sharma U, LaMoreaux L, Poole RM. (2004) **Pregabalin relieves symptoms of painful diabetic neuropathy: A randomized controlled trial**. *Neurology.* 63(1): 2104-2110.

Letterman L, Markowitz JS. (1999) **Gabapentin: A Review of Published Experience in the Treatment of Bipolar Disorder and Other Psychiatric Conditions.** *Pharmacotherapy.* 19(5): 565-572.

Levendoğlu F, Öğün CÖ, Özerbil Ö, et al. (2004) **Gabapentin Is the First Line Drug for the Treatment of Neuropathic Pain in Spinal Cord Injury.** Spine. 29(7): 743-750.

Levine, Beth Esq (General Counsel, US Pharmaceuticals, Pfizer Inc), Douglas Lankler, Esq (Deputy Compliance Officer, Pfizer Inc), Lynn Shapiro Snyder, Esq & John Rah, Esq (Epstein Becker & Green, PC), Stuart Gerson, Esq (Epstein Becker & Green, PC), Larry J Goldberg (Asst Inspector Gen for Legal Affairs, Office of Inspector Gen, US Dept of Health and Human Services). (5/11/04). **Corporate Integrity Agreement Between the Office of Inspector General of the Department of Health and Human Services and Pfizer Inc.** Pp. 1-39.

Leweke FM, Bauer J, Elger CE. **Manic episode due to gabapentin treatment.** *British Journal of Psychiatry.* 175: 291.

Lloyd KGO, Hornykiewicz L, Davidson K, et al. (1981) **Biochemical Evidence of dysfunction of brain neurotransmitters in the Lesch-Nyhan syndrome.** *NEJM.* 305(19): 1106-1111.

Lloyd KG, Morselli PL, Depoortere H, et al. (1983) **The Potential Use of GABA Agonists in Psychiatric Disorders: Evidence from Studies with Progabide in Animal Models and Clinical Trials**. *Pharmacology Biochemistry & Behavior.* 18: 957-966.

Loiseau P, Bossi L, Guyot M, Orofiamma B, Morselli PL. (1983) **Double-Blind Crossover Trial of Progabide Versus Placebo in Severe Epilepsies**. *Epilepsia.* 24: 703-715.

Loring, David W and Kimford J Meador. (2004). **Cognitive side effects of antiepileptic drugs in children**. *Neurology.* 62(2): 872-877.

Löscher W, Hönack D, Taylor CP. (1991) **Gabapentin increases aminooxyacetic acid-induced GABA accumulation in several regions of rat brain**. *Neuroscience Letters.* 128: 150-154.

MAA_MISC_028_0224.

MAA_MISC_030_0077.

Mack, A. (Nov-Dec 2003). **Examination of the evidence for off-label use of Gabapentin**. *J Manag Care Pharm.* 9(6): 559-568. 2 page summary printed from www.PubMed.com on 1/15/2004.

Mack G, Mandel P. (Sep 1976) **Inhibition of mouse-killing behavior by rats with taurine, GABA, and its analogues**. C R Acad Sci Hebd Seances Acad Sci D. 283(4): 361-362. p1 of article as listed on www.PubMed.com on 10/29/2004.

Mackonja, Miroslav MD. (July 1999) **In Reply to Letters to the Editor Re: Gabapentin for Painful Diabetic Neuropathy.** *JAMA.* 282(2): 134.

Maidment ID. (October 2001) **Gabapentin Treatment for Bipolar Disorders.** *The Annals of Pharmacotherapy.* 35: 1264-1269.

Maneuf YP, Gonzalez MI, Sutton KS, et al. (2003) **Cellular and Molecular Action of the putative GABA-mimetic, Gabapentin**. *Cellular and Molecular Life Sciences*. 60: 742-750.

Mann JJ. (Dec 1987) **Psychobiologic Predictors of Suicide**. *J Clin Psychiatry*. 48 Suppl: 39-43.

Marangell LB. (1999) **Advances in Anticonvulsant Therapy**. *Confidential Parke-Davis document*. 11 pages.

Margolis K. (July 1999) **To the Editor Re: Gabapentin for Painful Diabetic Neuropathy.** *JAMA*. 282(2): 133.

Marson AG, Kadir ZA, Hutton JL, Chadwick DW. (1997) **The New Antiepileptic Drugs: A Systematic Review of Their Efficacy and Tolerability**. *Epilepsia*. 38(8): 859-880.

Martin R, Kuzniecky R, Ho S, et al. (1999) **Cognitive effects of topiramate, gabapentin, and lamotrigine in healthy young adults.** *Neurology*. 52(2): 321-327.

Martin R, Meador K, Turrentine L, et al. (2001) **Comparative Cognitive Effects of Carbamazepine and Gabapentin in Healthy Senior Adults.** *Epilepsia*, 42(6): 764-771.

Masson, Alison and Paul H Rubin. (1985) **Sounding Board: Matching Prescription Drugs and Consumers: The Benefits of Direct Advertising**: *New Engl J Med*. 313(8): 513-515.

Mathew NT, Rapoport A, Saper J, et al. (2001) **Efficacy of Gabapentin in Migraine Prophylaxis**. *Headache*. 41(2): 119-128.

Matsuura A, Trimble MR. (1997) **Zonisamide and Psychosis**. *Epilepsy*. 10: 52-54.

Mattson RH, Scheyer RD, Petroff OA During MJ, et al. (1998) **Novel methods for studying new antiepileptic drug pharmacology**. *Adv Neurol*. 76: 105-112. Abstract from http://PubMed.com. PMID: 9408467 [PubMed – indexed for MEDLINE] Printed 3/21/2005.

McCleane GJ. (prob 2002 or 2003) **Comment on: Serpell et al.,Gabapentin in neuropathic pain syndromes: a randomised, double-blind, placebo-controlled trial. (*Pain*, 99:557-566. 2002**). *Pain: Letters to the Editor*. 227.

McConnell H, Snyder PJ, Duffy JD, et al. (1996) **Neuropsychiatric Side Effects Related to Treatment With Felbamate**. *Journal of Neuropsychiatry*. 8(3): 341-346.

McCormick, Cynthia G MD. (1/31/1992) **Review and Evaluation of Clinical Data: NDA #20-235**. *Parke-Davis, sponsor*. 70-74, 78-99, 105-113, +9 attached tables.

McCormick, Cynthia MD, Director, Division of Anesthetic, Critical Care, and Addiction Drug Products, Office of Drug Evaluation II, Center for Drug Evaluation and Research. (5/24/02 ) **Letter from FDA to Parke-Davis Pharmaceutical Research (Drusilla Scott, PhD, Director, Regulatory Strategy and Registration, Worldwide Regulatory Affairs)**. 1-3.
- Parke-Davis, Division of Pfizer Inc. (Revised May 2002). **NDA 21-397: Neurontin (gabapentin) capsules, Neurontin (gabapentin) tablets, Neurontin (gabapentin) oral solution**. 3-35.

McCormick DA, Williamson A. (1989) **Convergence and divergence of neurotransmitter action in human cerebral cortex**. *Proc Natl Acad Sci USA*. 86: 8098-8102.

McDonagh J, Stephen LJ, Dolan FM, et al. (2003) **Peripheral retinal dysfunction in patients taking vigabatrin**. *Neurology*. 61(12): 1690-1694.

McDonnell GV, Morrow JI. (1996) **An audit of the new antiepileptic drugs in clinical neurological practice.** *Seizure*. 5: 127-130.

McElroy SL, Soutullo CA, Keck PE, Kmetz GF. (1997) **A Pilot Trial of Adjunctive Gabapentin in the Treatment of Bipolar Disorder.** *Annals of Clinical Psychiatry.* 9(2): 99-103.

McLean MJ, Ramsay RE, Leppik IE, et al (US Gabapentin Study Group #5). (1993) **Gabapentin as add-on therapy in refractory partial epilepsy: A double-blind, placebo-controlled, parallel-group study**. *Neurology.* 43: 2292-2298.

Meador KJ, Loring DW, Ray PG, et al. (1999) **Differential Cognitive Effects of Carbamazepine and Gabapentin.** *Epilepsia.* 40(9): 1279-1285.

Megna JL, Devitt PJ, Sauro MD, Dewan MJ. (January 2002) **Gabapentin's Effect on Agitation in Severely and Persistantly Mentally Ill Patients.** *The Annals of Pharmacotherapy*. 36: 12-16.

Mellick GA, Mellick LB. (1996) **Letter to the Editor: Management of restless legs syndrome with gabapentin (Neurontin)**. *Sleep.* 19: 224-226.

Melzack R. (1975) **The McGill Pain Questionnaire: Major Properties and Scoring Methods**. *Pain.* 1: 277-299.

Melzack R. (1987) **The short-form McGill Pain Questionnaire**. *Pain.* 30: 191-197.

Merren MD. (1998) **Gabapentin for treatment of pain and tremor: a large case series**. *South Med J.* 91: 739-744.

Messenheimer J, Mullens EL, Giorgi L, Young F. (1998) **Safety Review of Adult Clinical Trial Experience with Lamotrigine**. *Drug Safety.* 18(4): 281-296.

Modesto-Lowe V, Huard J, Conrad C. (2005) **Alcohol Withdrawal Kindling: Is There a role for Anticonvulsants?** *Psychiatry.* 25-31.

Mokdad AH, Marks JS, Stroup DF, Gerberding JL. (March 10, 2004) **Actual Causes of Death in the United States, 2000**. *JAMA.* 291(10): 1238-1245. – (January 19, 2005) **CORRECTION**. *JAMA.* 293(3): 298.

Molina V, Ciesielski L, Gobaille S, Mandel P. (March 1986) **Effects of the potentiation of the GABAergic Neurotransmission in the olfactory bulbs on mouse-killing behavior**. *Pharmacol Biochem Behav.* 24(3): 657-664. p.1 of article as listed on www.PubMed.com on 10/29/2004.

Moore KA, Baba H, Woolf CJ. (Dec 2002) **Gabapentin – actions on adult superficial dorsal horn neurons**. *Neuropharmacology.* 43(7): 1077-1081.

Morello CM, Leckband SG, Stoner CP, et al. (1999) **Randomized Double-blind Study Comparing the Efficacy of Gabapentin With Amitriptyline on Diabetic Peripheral Neuropathy Pain**. *Arch Intern Med.*159: 1931-1937.

Moretti R, Torre P, Antonello RM, et al. (2003) **Gabapentin for the Treatment of Bahavioural Alterations in Dementia.** *Drugs Aging.* 20(14): 1035-1040.

Morrell MJ. (Sep 11, 1999) **Epilepsy in Women: The science of why it is special**. *Neurology (United States).* 53(4 Suppl 1): S42-S48. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Morris GL. (1999) **Gabapentin (Neurontin)**. *Epilepsia (USA).* 40/Suppl 5: S63-S70. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Mortimore C, Trimble M, Emmers E. (1998) **Effects of gabapentin on cognition and quality of life in patients with epilepsy.** *Seizure.* 7: 359-364.

Mueller ME, Gruenthal M, Olson WL. (1997). **Gabapentin for Relief of Upper Motor Neuron Symptoms in Multiple Sclerosis.** *Arch Phys Med* Rehabil. 78: 521-524.

Mula M, Trimble MR. (2003) **The importance of being seizure free: topiramate and psychopathology in epilepsy**. *Epilepsy & Behavior*. 4: 430-434.

Naranjo CA, Busto U, Sellers EM, et al. (1981) **A method for estimating the probability of adverse drug reactions**. *Clin Pharmacol. Ther.,* 30(2): 239-45.

National Institute for Healthcare Management (NIHCM). (Sept 2000) **Prescription Drugs and Mass Media Advertising**. NIHCM Foundation, Washington, DC. 1-8.

National Institute of Mental Health. (2003) **Older Adults: Depression and Suicide Facts.** *National Institute of Mental Health.* Pub No. 03-4593: 1-4.

National Institute of Mental Health. (3/19/2005) **Active Accural, Protocols Recruiting New Patients: The effect of gabapentin on prefrontal GABA concentration and emotional processing in Healthy Humans**. Warren Grant Magnuson Clinical Center (CC), National Institutes of Health (NIH), Bethesda, MD 20892. 1-4.

NDA20235_MISC_005_0589.

Neurontin (Gabapentin) Treatment of Bipolar Disorder. Cheryl. **Tabular Literature Summary and Additional Related Articles: Neurontin (Gabapentin) Treatment of Bipolar Disorder**. 8-10.

Nomenclature. Chair, CDER Labeling and Nomenclature Committee, Parke-Davis. (1/28/98). **Consult #868 (HFD-120)**. 1.

Ng GYK, Bertrand S, Sullivan R, et al. (2001) **γ-Aminobutyric Acid Type B Receptors with Specific Heterodimer Composition and Postsynaptic Actions in Hippocampal Neurons Are Targets of Anticonvulsant Gabapentin Action**. *Molecular Pharmacology*. 59(1):144-152.

Owen F, Chambers DR, Cooper SJ, et al. (1986) **Serotonergic Mechanisms in Brains of Suicide Victims**. *Brain Research*. 362: 185-188.

Ozawa K, Kobayashi K, Noda S, Iyo M. (Feb 2004) **Zonisamide-Induced Depression and Mania in Patients with Epilepsy**. *J Clin Psychopharm*. 24(1): 110-111.

Ozcanli T, Unsalver B, Ozdemir S, et al. (2005) **Sertraline- and Mirtazapine- Induced Severe Neutropenia.** *Am J Psychiatry.* 162(7): 1386.

Pande AC, Crockatt JG, Feltner DE, et al. (Mar 2003) **Pregabalin in Generalized Anxiety Disorder: A Placebo-Controlled Trial**. *Am J Psychiatry*. 160(3): 533-540.

Pande AC, Crockatt JG, Janney CA, Werth GT. (2000) **Gabapentin in bipolar disorders: a placebo-controlled trial of adjunctive therapy**. *Bipolar Disorders*. 2: 249-255.

Pande AC, Feltner DE, Jefferson JW, et al. (Apr 2004) **Efficacy of the Novel Anxiolytic Pregabalin in Social Anxiety Disorder: a Placebo-Controlled, Multicenter Study**. *J Clin Psychopharmacol*. 24(2): 141-149.

Pandey CK, Bose N, Garg G, et al. (2002) **Gabapentin for the Treatment of Pain in Guillain-Barre Syndrome: A Double-Blinded, Placebo-Controlled, Crossover Study.** *Anesth* Analg. 95: 1719-23.

Parke-Davis. **NDA 21-397, Vol 001: Neurontin (gabapentin): Item 3**. *Warner-Lambert Company*. 126-130.

Parke-Davis. **Neurontin ® (gabapentin): DM_FILE/CI-0945 (ICI7601a): Item 3**. NDA 21-397 Vol 001. 113-148. (from 3.7 to 3.8.3.3.1)

Parke-Davis. (10/14/1988) **Gabapentin Open-Label Treatment, Inclusion/Exclusion Criteria, Patient RWB, Protocol 945-15---1**. *Parke Davis Pharmaceutical Research Division, Warner-Lambert Company*. 1-2.

Parke-Davis (1991) **NDA CI-945: Table 15: Summary of all adverse events in ≥1% of Patients…** 46.

Parke-Davis. (11/9/1991) **RR-REG 720-02957, Gabapentin Capsules: Appendix C.3**. *Warner-Lambert*. 51-54.

Parke-Davis. (11/20/91) **NDA CI-945, Gabapentin Capsules: Table 15**. *Warner-Lambert Company*. 46.

Parke-Davis. (Aug 1994) "Neurontin® (Gabapentin Capsules)". Ronald Arky, MD, Medical Consultant & William J Gole, Pres & CEO. **PDR: 49 Edition: 1995: Physicians' Desk Reference**. Medical Economics Data Production Company. Montvale, NJ. 1995. 1856.

Parke-Davis, Div of Warner-Lambert Co. (December 1994). **Neurontin (Gabapentin Capsules)**. 1-8.

Parke-Davis Pharmaceutical Research, applicant. (July 1, 1998). **Pediatric Page for NDA/BLA# 20-882**. 1.

Parke-Davis, Project Manager & Supervisor, Project Management Staff. (8/12/98, received 8/13/98, signed 9/30/98). **Project Manager Review: Application Number NDA 20-882: Response to Not Approvable N(AZ)**. 1-3

Parke-Davis Pharmaceutical Research, Division of Warner Lambert Co. (10/9/98). **Approval Package (Title Page & Contents)**. 1-2.

Parke-Davis Pharmaceutical Research. (July 1, 1998). **Pediatric Page for NDA/BLA# 20-882**. 1.

Parke-Davis Pharmaceutical Research, Project Manager & Office/Division Director. (approved October 9, 1998). **Exclusivity Summary for NDA #20-882**. 1-4.

Parke-Davis, Div of Warner-Lambert Co. (Revised February 1999). **Neurontin (Gabapentin Capsules and Gabapentin Tablets)**. 1-15.

Parke-Davis Pharmaceutical, Center for Drug Evaluation and Research. (3/2/2000) **Approval package for Neurontin Oral Solution 250 mg/5 ml, Application #021129**. cover page, contents page.

Parke-Davis, Div of Warner-Lambert Co. (3/2/00). **NDA 21-129/ Neurontin (gabapentin) oral solution: Approved Labeling Text**. 2-18.

Parke-Davis, Division of Warner-Lambert Co. (Revised August 2000). **Copies:  Neurontin promotional material with clinical data**, **Full prescribing information, Neurontin (Gabapentin) capsules, Neurontin (Gabapentin) tablets**. 2-25.

Parke-Davis, Division of Pfizer Inc. (Revised May 2001). **Neurontin (gabapentin) capsules, Neurontin (gabapentin) tablets, Neurontin (gabapentin) oral solution**. 1-19.

Parke-Davis. (Aug 2003) "Neurontin® (Gabapentin) Capsules: Neurontin® (Gabapentin) Tablets: Neurontin® (Gabapentin) Oral Solution". Lori Murray, Senior Ed. **PDR: 58 Edition: 2004: Physicians' Desk Reference**. *Thompson PDR*. Montvale, NJ. 2004. 2559.

Parke-Davis, Division of Pfizer Inc. (Revised August 2003). **Neurontin (gabapentin) capsules, Neurontin (gabapentin) tablets, Neurontin (gabapentin) oral solution**. 1-27.

Park-Davis (2005) **Lyrica ® (pregabalin) 25, 50, 75, 100, 150, 200, 225, and 300-mg Capsules**. *Pfizer Inc*. New York, NY 1-42.

Patent Information. **3.4 Claim for a Categorical Exclusion for Preparation of an Environmental Assessment**. 1.

Patent Information. **Item 13: Market Exclusivity Information and Certification for Generic Drug Enforcement Act**. 1.

Patent Information. **Item 13.1: Request and Justification for 3-Year Marketing Exclusivity**. 1.

Pavuluri MN, Janicak PG. (2004) **Handbook of Psychopharmacotherapy: A Life Span Approach**. *Lippincott Williams & Wilkins, A Walters Kluwer Company*. Philadelphia, PA.

Pazdernik TL, Layton M, Nelson SR, Samson FE. (1992). **The osmotic/calcium stress theory of brain damage: Are free radicals involved?** *Neurochem Res (USA)*. 17(1): 11-21. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Pellock, John M. (Sept 199) **Felbamate in Epilepsy Therapy: Evaluation the Risks**. *Drug Safety*. 21(3): 225-239.

Pepe S, Overstreet DH, Crocker AD. (Sep 1988) **Enhanced benzodiazepine responsiveness in rats with increased cholinergic function**. *Pharmacol Biochem Behav*. 31(1): 15-19. p1 of article as listed on www.PubMed.com on 10/29/2004.

Perugi G, Toni C, Frare F, et al. (Dec 2002) **Effectiveness of Adjunctive Gabapentin in Resistant Bipolar Disorder: Is it due to Anxious-Alcohol Abuse Comorbidity?** *J Clin Psychopharmacol*. 22(6): 584-591.

Perugi G, Toni C, Ruffolo G, et al. (1999) **Clinical experience using adjunctive Gabapentin in treatment-resistant bipolar mixed states**. *Pharmacopsychiatry*. 32: 136-141.

Petroff, OA. (11/12/2001) **Curriculum Vitae**. http://myprofile.cos.com/petroffo85. 1-7.

Petroff OA. (2002 Dec) **GABA and glutamate in the human brain**. *Neuroscientist*. 8(6): 562-573.

Petroff OA, Errante LD, Rothman DL, Kim JH, Spencer DD. (2002 Nov) **Neuronal and glial metabolite content of the epileptogenic human hippocampus**. *Ann Neurol*. 52(5): 635-642.

Petroff OAC, Hyder F, Rothman DL, Mattson RH. (2000) **Effects of Gabapentin on Brain GABA, Homocarnosine, and Pyrrolidinonein Epilepsy Patients**. *Epilepsia*. 41(6): 675-680.

Petroff OA, Hyder F, Mattson RH, Rothman DL. (1999) **Topiramate (Topomax): Topiramate increases brain GABA, homocarnosine, and pyrrolidinone in patients with epilepsy**. *Neurology (United States)*. 52(3): 473-478.

Petroff OAC, Rothman DL. (1998) **Measuring Human Brain GABA in Vivo**. *Molecular Neurobiology*. 16(1): 97-121.

Petroff OAC, Rothman DL, Behar KL, et al. (1996) **The Effect of Gabapentinon Brain Gamma-aminobutyric Acid in Patients with Epilepsy**. *Annals of Neurology*. 39(1): 95-99.

Pfizer. (Mar 22, 1995) **Confidential documents, sections 6.2.4.2.2 through 6.2.4.2.4**. *Pfizer*. 24-26.

Pfizer. (1995) **Central Nervous System Complications**. *Confidential Pfizer documents*. 24-26.

Pfizer, Inc. (7/04) **Advertising, Sales Materials**. Pfizer Headquarters Guide 7/04. C0, C2-C13.

Pfizer (Sept 2004) **Advertisement: Bringing stability, taking control: New Lyrica (Pregabalin)**. *Advances in Clinical Neuroscience &Rehabilitation*. 4(4): 1 page ad.

Pfizer, Inc. (December 31, 2004) **Release: FDA Approves Pfizer's Lyrica for the Treatment of the Two Most Common Forms of Neuropathic (Nerve) Pain**. 1-3.

Pfizer_CPacella_0009404.

Pfizer_Lalphs_0084359. McCormick, Cynthia G MD. (1/31/1992) **Review and Evaluation of Clinical Data: NDA #20-235**. *Parke-Davis, sponsor*.

Pfizer_Lalphs_0084680.

Pfizer_LCastro_0003585. Jensen TS, Sindrup SH.  **Clinical Expert Report and Written Summary of Clinical Studies: Gabapentin for the Treatment in Neuropathic Pain.** University of Aarhus & Odense University Hospital, Denmark.

Pfizer_LCastro_0011361.

Pfizer_MPatel_0039110.

Pfizer_Mdong_0000061.

Pfizer_PSUR_0002010. Trimble, Michael. (1995) **Psychosis With Gabapentin.** *Confidential Pfizer documents: Institute of Neurology, London, Report for Warner Lambert.*

Pfizer_THO_0005262.

Pharmacia & Upjohn Company. (Revised July 2003) **Motrin® Ibuprofen tablets, USP**. A subsidiary of Pharmacia Corp. 1-3.

Pinninti N. (2001) **Gabapentin-Associated Aggression**. *Journal of Neuropsychiatry and Clinical Neurosciences,* 13(3): 424.

Pinninti NR, Mahajan DS. (Summer 2001) **Letters: Gababpentin-Associated Aggression.** *Journal of Neuropsychiatry and Clinical Neurosciences,* 13(3): 424.

Placidi GPA, Oquendo MA, Malone KM, et al. (2001) **Aggressivity, Suicide Attempts, and Depression: Relationship to Cerebrospinal Fluid Monoamine Metabolite Levels**. *Biol Psychiatry*. 50: 783-791.

Pokk P, Väli M. (2001) **The effects of flumazenil, Ro 15-4513 and β-CCM on the behaviour of control and stressed mice in the staircase test**. *Journal of Psychopharmacology*. 15(3): 155-159.

Pollack MH, Matthews J, Scott EL. (1998) **Gabapentin as a potential treatment for anxiety disorders**. *Am J Psychiatry*. 155: 992-993.

Post-Marketing Safety Surveillance. **Post-Marketing Safety Surveillance for Neurontin: Reports of Arrhythmias and/or Related Events in Gabapentin Clinical Trials of Patients with Epilepsy or PHN**. 1-2.

Post-Marketing Safety Surveillance. **Post-Marketing Safety Surveillance, Table 1. Reports of Suicidal and Suicide Gesture in Gabapentin Clinical Trials of Patients with Epilepsy or PHN: Table 2. Case Reports of Suicide Attempt in Patients Receiving Gabapentin**. 1-5.

Prichard JW, Zhong J, Petroff OA, Gore JC. (1995) **Diffusion-weighted NMR imaging changes caused by electrical activation of the brain.** *NMR Biomed*. 8(7-8): 359-364.

Pritts J, Panek D. (March 5, 2001) **Drugs in Clinical Development for Epilepsy: March 2001**. PGRD Ann Arbor Laboratories for Pfizer, Inc. 1-9.

Prochazka H, Agren H. (2003) **Self-rated aggression and cerebral monoaminergic turnover: Sex differences in patients with persistent depressive disorders.** *Eur Arch Pscyhiatry Clin Neurosci*. 253:185-192.

Pugsley TA, Whetzel SZ, Dooley DJ. (May 1998) **Reduction of 3,4-diaminopyridine-induced biogenic amine synthesis and release in rat brain by Gabapentin**. *Psychopharmacology*. 137(1): 74-80. p.1 of article as listed on www.PubMed.com on 10/29/2004.

Purvis, John S, Chief, Project Management Staff, Division of Neuropharmacological Drug Products, Office of Drug Evaluation I, Center for Drug Evaluation and Research. (July 24, 1997). **Letter from FDA to Sean Brennan, Parke-Davis Pharmaceutical Research, Division of Warner-Lambert Company. FDA**. 1-2.

Purvis, John S, Chief, Project Management Staff, Division of Neuropharmacological Drug Products, Office of Drug Evaluation I, Center for Drug Evaluation and Research, FDA. (May 27, 1999) **Letter to Sean Brennan, PhD, Vice President, Worldwide Regulatory Affairs, Parke-Davis Pharmaceutical Research re: receipt of new drug application**. 1-2.

Ramboz S, Oosting R, Amara DA, et al. (Nov 1998) **Serotonin receptor 1A knockout: An animal Model Anxiety-Related Disorder**. *Proc Natl Acad Sci USA*. 95: 14476-14481.

Ramsay, R Eugene. (1994) **Clinical efficacy and safety of gabapentin.** *Neurology*. 44 (suppl 5) S23-S32.

Ramsay RE, Wallace J, Shellenberger W, Wibberg M. (March 1991) **Efficacy and Safety of Gabapentin (Neurontin) as Add-On Therapy in Patients with Uncontrolled Partial Seizures**. *Neurology*. 41 (Suppl 1): 330.

Rao ML, Clarenbach P, Vahlensieck M, Krätzschmar S. (1988) **Gabapentin augments whole blood serotonin in healthy young men**. *Journal of Neural Transmission*. 73: 129-134.

Regulatory History (Initial DRAFT. August 15, 2002.) **United States Regulatory History for Neurontin (Gabapentin)**. 1-2.

Reimann W. (Oct 1983) **Inhibition by GABA, baclofen and Gabapentin of dopamine release from rabbit caudate nucleus: are there common or different sites of action?** *Eur J Pharmacol*. 94(3-4):341-344.

Reimann W, Fritschi E, Köllhofer U, Eysell J (translator). (May 1984) **Confidential Research Report #4192-0166: Gabapentin attenuates the release of Noradrenaline and serotonin but not acetylcholine from brain slices**. *Gödecke AG, Research and Development*. 1-8.

Remesz J. (1/4/05) **Homepage, Joseph Michael Remesz, pharmacology student: Physiological Mechanism of Action of Neurontin: Neurontin's Class of Compounds**. From http://homepage.mac.com/pharmacology/students/Remesz/index.html. 5 printed pages.

Ricci LC, Wellman MM. (Jan 1990) **Monoamines: Biochemical Markers of Suicide?** *J Clin Psychology*. 46(1): 106-116.

Rice ASC. (2001) **Response to Comment on Rice ASC, Maton S, the Postherpetic Neuralgia Study Group (UK), Gabapentin in postherpetic neuralgia: a randomised, double blind, placebo-controlled study**. *PAIN*. 94: 215-224.

Rice ASC, Maton S (Postherpetic Neuralgia Study Group). (2001) **Gabapentin in postherpetic neuralgia: a randomised, double blind, placebo controlled study.** *Pain*. 94: 215-224.

Richens, Alan. (1994) **Safety of Lamotrigine**. *Epilepsia*. 35 (Suppl 5): S37-S40.

Riley, Brian PhD, Office of New Drug Chemistry, Microbiology Staff, sponsor: Parke-Davis. (8/16/99 completed 8/16/99) **Review for HFD-120, Microbiologist's Review #1 of NDA**. 1-3.

Ring HA, Crellin R, Kirker S, Reynolds EH. (1993) **Vigabatrin and Depression**. *J Neurol Neurosurg Psychiatry*. 56: 925-928.

Robillard. (2001) **Gabapentin Use in Geriatric Patients with Depression and Bipolar Illness.** *Canadian Journal of Psychiatry*. 46(8): 764.

Robillard M, Conn D. (2001) **Gabapentin Use in Geriatric Patients with Depression and Bipolar Illness**. *Canadian Journal of Psychiatry*. 46(8): 764.

Rocha L, Ondarza-Rovira R, Maidment NT. (1999) **Gabapentin modifies extracellurlar opioid peptide content in amygdale: a mcrodialysis study.** *Epilepsy Research*. 35: 13-20.

Rock DM, Kelly KM, MacDonald RL. (1993) **Gabapentin actions on ligand- and voltage-gated responses in cultured rodent neurons.** *Epilepsy Research*. 16: 89-98.

Ronne-Engstrom E, Hillered L, Flink R, Spannare B, Ungerstedt U, Carlson H. (1992) **Intracerebral microdialysis of extracellular amino acids in the human epileptic focus**. *J Cereb Blood Flow Metab (USA)*. 12(5): 873-876. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Rosack, Jim (2002) **Data Show Strong Link Between Depression Mortality.** *Psychiatric News*. 37(20): 22.

Rosack, Jim. (2004) **FDA Orders Stricter Suicide Warnings on Anitdepressants.** *Psychiatric News*. 39(8): 1.

Rosack, Jim (2004) **FDA Poised to intensify Suicide Warnings on SSRIs.** *Psychiatric News*. 39(5): 1.

Rosenberg JM, Harrell C, Ristic H, et al. (1997) **The effect of Gabapentin on neuropathic pain**. *Clin J Pain*. 13: 251-255.

Rosenstock J, Tuchman M, LaMoreaux L, Sharma U. (2004) **Pregabalin for the treatment of painful diabetic peripheral neuropathy: a double-blind, placebo-controlled trial**. *Pain*. 110: 628-638.

Rosner H, Rubin L, Kestenbaum A. (1996) **Case Report: Gabapentin Adjunctive Therapy in Neuropathic Pain States**. *Clin J Pain*. 12: 56-58.

Rothman DL, Behar KL, Prichard JW, Patroff OA. (1997 Dec) **Homocarnosine and the measurement of neuronal pH in patients with epilepsy**. *Magn Reson Med*. 38(6): 924-929. Abstract from http://PubMed.com. PMID: 9402193 [PubMed – indexed for MEDLINE] Printed 3/21/2005.

Rowbotham M, Harden N, Stacey B, et al (for the Gabapentin Postherpetic Neuralgia Study Group). (1998) **Gabapentin for the Treatment of Postherpetic Neuralgia – A Randomized Controlled Trial**. *JAMA*. 280(21): 1837-1842.

Roy, A. (Spring 1994) **Recent Biologic Studies on Suicide**. *Suicide and Life-Threatening Behavior*. 24(1): 10-14.

Roy A, Karoum F, Pollack S. (June 1992) **Marked Reduction in Indexes of Dopamine Metabolism Among Patients with Depression Who Attempt Suicide**. *Arch Gen Psychiatry*. 49: 447-450.

Roy A, Virkkunen M, Guthrie S, et al. (1986) **Monoamines, Glucose Metabolism, Suicidal and Aggressive Behaviors.** *Pyschopharmacology Bulletin*. (22)3: 661-665.

Roy CW, Wakefield IR. (1986) **Baclofen Pseudopsychosis: Case Report**. *Paraplegia*. 24: 318-321.

RR720-30134.

RR 720-02837. Friedman MW, Shellehberger MK, Wallace JD, Wibberg M. (9/6/91) **An Interim report on an open-label, uncontrolled, multicenter study to determine the long term safety and efficacy of gabapentin (CI-945) administered as monotherapy or in combination with**

other antiepileptic drugs in patients with medically uncontrolled partial or generalized epileptic seizures (Protocol 945-15) (US). Parke-Davis Pharmaceutical Research Division, Warner Lambert Company. pp. i-x, 1-820.

RR-Reg720-30077. Giordani AB, Clinical Communications Scientist; Holley HP, Director, Clinical Development; Robbins JL, Senior Statistician, Clinical Biostatistics, CNS. Appendix B.2.2: Listing of Serious Adverse Events: Study 945-411, Patient Number 001018. 1.

RR-REG 740-03550. at Pfizer_LTive_0007563 - Pfizer_LTive_0007580. Pfizer. 3.2 Studies With Gabapentin Directed at Mechanism of Action. Confidential Pfizer Documents. DM_FILE/CI-0945 (JMF08901a).

Ryan, Neal D. (2005) Treatment of depression in children and adolescents. The Lancet. September 10; 366: 933-940.

Rzeszotarski, W. Janusz PhD. (2/19/98; 2/26/98). Memorandum of Telecon, Conversation with Mr. Alexander J. Brankiewicz. 1.

Rzeszotarski, W. Janusz PhD, Chemist. (5/28/98). NDA #20-882, Chem. Review #2. 1.

Rzeszotarski, W. Janusz PhD, Chemist. (3/18/98 received 4/2/98). NDA # 20-882, Chem. Review #1. 1.

Rzeszotarski, W. Janusz PhD, Chemist. (8/31/98, received 9/15/98). NDA # 20-882, Chem. Review #3. 1.

Rzeszotarski, W. Janusz PhD, Chemist, Warner-Lambert. (9/15/98, received 9/16/98). NDA #20-882, Chem. Review #4. 1.

Rzeszotarski, W. Janusz PhD, chemist, Division of Neuropharmacological Drug products, Parke-Davis. (8/10/99) NDA # 21-129 Chem. Review #1. 1-2.

Rzeszotarski, W. Janusz PhD, chemist, Division of Neuropharmacological Drug products, Parke-Davis. (11/3/99) NDA # 21-129 Chem. Review #2.

Rzeszotarski, W. Janusz PhD, chemist, Division of Neuropharmacological Drug products, Parke-Davis. (2/23/2000) NDA # 21-129 Chem. Review #4.

Sabatowski R, Gálvez R, Cherry DA, et al. (2004) Pregabalin reduces pain and improves sleep and mood disturbances in patients with post-herpetic neuralgia: results of a randomized, placebo-controlled clinical trial. Pain. 109: 26-35.

Sackellares JC, Krauss G, Sommerville KW, Deaton R. (2002) Occurrence of Psychosis in Patients with Epilepsy Randomized to Tiagabine or Placebo Treatment. Epilepsia. 43(4): 394-398.

Salinsky MC, Binder LM, Oken BS, et al. (2002) Clinical Research: Effects of Gabapentin and Carbamazepine on the EEG and Cognition in Healthy Volunteers. Epilepsia. 43(5): 482-490.

SAMSHA, CDC, NIH, HRSA, IHS. (2005) SUICIDE- SOME ANSWERS; Depression and Mood Disorders. Department of Health and Human Services, NSSP, USA. 1-3.

Sanacora G, Mason GF, Rothman DL, Behar KL, Hyder F, Patroff OA, Berman RM, Charney DS, Krystal JH. (1999 Nov) Reduced cortical gamma-aminobutyric acid levels in depressed patients determined by proton magnetic resonance spectroscopy. Arch Gen Psychiatry. 56 (11): 1043-1047. Abstract from http://PubMed.com. PMID: 10565505 [PubMed – indexed for MEDLINE] Printed 3/21/2005.

Satzinger G. (1994) Antiepileptics from Gamma-aminobutyric Acid. Drug Res. 44: 261-266.

Scahill L, Hamrin V, Pachler ME. (2005) **Psychopharmacology Notes: The Use of Selective Serotonin Reuptake Inhibitors in Children and Adolescents with Major Depression.** *JCAPN*. April-June; 18(2): 86-89.

Schaffer CB, Schaffer LC. (1999) **Open Maintenance Treatment of Bipolar Disorder Spectrum Patients who Responded to Gabapentin Augmentation in the Acute Phase of Treatment**. *J Affect Disord*. 55: 237-240.

Schiebel NEE, Ebbert J. (July 1999) **To the Editor Re: Gabapentin for Painful Diabetic Neuropathy**. *JAMA*. 282(2): 133.

Schlicker E, Reimann W, Göthert M. (1985) **Gabapentin Decreases Monoamine Release without Affecting Acetylcholine Release in the Brain.** *Drug Res*. 35(II) Nr. 9: 1347-1349.

Schwarz JB, Gibbons SE, Graham SR, et al. (2005) **Novel Coclypropyl β-Amino Acid Analogues of Pregabalin and Gabapentin That Target the $\alpha_2$-δ Protein**. *J Med Chem*. 48: 3026-3035.

Secunda SK, Cross CK, Koslow S, et al. (1986) **Biochemistry and Suicidal Behavior in Depressed Patients**. *Biol Psychiatry*. 21: 756-767.

Serpell MG. **Response to: Comment on: Serpell et al.,Gabapentin in neuropathic pain syndromes: a randomised, double-blind, placebo-controlled trial.** *Pain: Letters to the Editor*. 228.

Serpell MG (Neuropathic Pain Study Group). (2002). **Gabapentin in neuropathic pain syndromes: a randomised, double-blind, placebo-controlled trial.** *Pain*. 99: 557-566.

Shen E-Y, Lai Y-J, Ho C-S, et al. (1999) **Excitatory and inhibitory amino acid levels in the cerebrospinal fluids of children with neurological disorders**. *Acta Paediatrica Sinica (Taiwan)*. 40(2): 65-69. Abstract from http://www.lef.org/protocols/abstracts/abst-txt/t-abst-142.html. printed 3/21/2005.

Shimoyama N, Shimoyama M, Davis AM, et al. (1997) **Spinal Gabapentin is antinociceptive in the rat formalin test**. *Neuroscience Letters*. 222: 65-67.

Shimoyama M, Shimoyama N, Hori Y. (2000) **Gabapentin affects glutamatergic excitatory neurotransmission in the rat dorsal horn**. *Pain*. 85: 405-414.

Shimoyama M, Shimoyama N, Inturissi CE, Elliott KJ. (1997) **Gabapentin enhances the antinociceptive effects of spinal morphine in the rat tail flick test.** *Pain*. 72: 375-382.

Short C, Cooke L. (1995) **Hypomania induced by gabapentin.** *British Journal of* Psychiatry. 166(5): 679-680.

Shorvon SD. (1996) **Safety of Topiramate: Adverse Events and Relationships to Dosing**. *Epilepsia*. 37 (Suppl 2): S18-S22.

Siegal A, Roeling TAP, Gregg, TR, Kruk MR. (1999) **Neuropharmacology of brain-stimulation-evoked aggression.** *Neuroscience and Biomedical Reviews*. 23: 359-389.

Sindrup SH, Jensen TS. (1999) **Efficacy of pharmacological treatments of neuropathic pain: an update and effect related to mechanism of drug action**. *Pain*. 83: 389-400.

Singh L, Field MJ, Ferris P, et al. (1996) **The antiepileptic agent Gabapentin (Neurontin) possesses anxiolytic-like and antinociceptive actions that are reversed by D-Serine**. *Psychopharmacology*. 127: 1-9.

Sival RC, Haffmans PMJ, Jansen PAF, Duursma SA. (2002) **Sodium valproate in the treatment of aggressive behavior in patients with dementia – a randomized placebo controlled clinical trial**. *Intern J Geri Psychiatry*. 17: 579-585.

Sivam SP. (May 1996) **Dopamine, serotonin and tachykinin in self-injurious behavior**. *Life Sci*. 58(26): 2367-2375. p1 of article as listed on www.PubMed.com on 10/29/2004.

Skausig OB, Korsgaard S. (June 11, 1977) **Hallucinations and Baclofen**. *The Lancet*. 1258.

Smeeth L, Haines A, Ebrahim S. (June 5, 1999) **Education and Debate: Numbers needed to treat derived from meta-analyses – sometimes informative, usually misleading**. *BMJ*. 318: 1548-1551.

Snead OC III, Gibson KM. (2005) **γ-Hydroxybutyric Acid.** *N Engl J Med*. 352: 2721-2732.

Sokolski KN, Green C, Maris DE, DeMet EM. (1999) **Gabapentin as an Adjunct to Standard Mood Stabilizers in Outpatients with Mixed Bipolar Symptomatology**. *Annals of Clin Psychiatry*. 11(4): 217-222.

Solomons K, Gooch S, Wong A. (June 2005) **Toxicity With Selective Serotonin Reuptake Inhibitors**. *Am J Psyhciatry*. 162(6): 1225.

Sommer BR, Petrides G. (June 1992) **A Case of Baclofen-Induced Psychotic Depression**. *J Clin Psychiatry*. 53(6): 211-212.

Spier, Scott A. (1998) **Use of Bupropion with SRI's and Venlafaxine**. *Depression and Anxiety*. 7: 73-75.

Spira, PJ, Beran, RG. (2003) **Gabapentin in the Prophylaxis of Chronic Daily Headache: A Randomized, Placebo-Controlled Study**. *Neurology*. 61(12): 1753-1759.

Srivastava SK. (2000) **Facilitation of Behavioural Depression by Certain Antiepileptic Drugs**. *Indian Journal of Pharmacology*. 32: 31-33.

Stanley M, Stanley B. (1990) **Postmordem Evidence for serotonin's Role in Suicide**. *J Clin Psychiatry*. 51(suppl 4): 22-28.

Stewart BH, Kugler AR, et al. (1993) **A Saturable Transport mechanism in the Intestinal Absorption of Gabapentin Is the Underlying Cause of the Lack of Proportionality Between Increasing Dose and Drug levels in Plasma.** *Pharmaceutical Research*. (10)2: 276-281.

Stockbridge, Lisa L, PhD, Regulatory Reviewer, Division of Drug Marketing, Advertising, FDA. (June 29, 2001, received 6/01). **letter to: Ms Andrea Garrity, Director, Regulatory Affairs, Pfizer, Inc. Re: NDA #s 20-235, 20-882, Neurontin (Gabapentin), MACMIS #10174**. 1-3.

Stockbridge, Lisa L, PhD, Regulatory Reviewer, Division of Drug Marketing, Advertising, FDA. (7/1/2002, received 7/2/2002). **Letter to O. Lucy Castro, Director, Worldwide Regulatory Strategy, Pfizer, Inc Re: NDA #s 20-235, 20-882, Neurontin (Gabapentin), MACMIS #10174**. 1-3.

Stringer JL, Taylor, CP. (2000) **The effects of gabapentin in the rat hippocampus are mimicked by two structural analogs, but not by nimodipine**. *Epilepsy Research*. 41: 155-162.

Sullivan, Michael J, United States Attorney, District of Massachusetts, Thomas E. Kanwit, Assistant US Attorney. (5/13/04). **United States of America v Warner-Lambert Company LLC, Defendant, Crim. No. \***, US Dist Court, Dist of MA. Pp. 1-15.

Sullivan, Michael J, United States Attorney, District of Massachusetts, Thomas E. Kanwit and Sara M Bloom, Assistant US Attorneys, US Attorney's Office, Dist. Of Massachusetts, Jill Furman, Trial Attorney, Department of Justice. (6/2/04). **United States of America v Warner-Lambert Company LLC, Defendant, Criminal No. 04-10150 RGS, Sentencing Memorandum**, US Dist Court, Dist of MA. Pp. 1-53.

Sveinbjornsdottir S, Sander JWAS, Patsalos PN, et al. (1994) **Neuropsychological effects of tiagabine**. *Seizure*. 3: 29-35.

Tabarrok, Alexander T. (Summer 2000) **Assessing the FDA via the Anomaly of Off-Label Drug Prescribing**. *The Independent Review*. V(1): 25-53.

Tai Q, Kirshblum S, Chen B, et al. (2002). **Gabapentin in the treatment of Neuropathic Pain after Spinal Cord Injury: A Prospective, Randomized, Double-blind Crossover Trial.** *The Journal of Spinal Cord Medicine*. 25(2): 100-105.

Tallian KB, Nahata MC, Lo W, Tsao C-Y. (1996) **Gabapentin Associated with Aggressive Behavior in Pediatric Patients with Seizures.** *Epilepsia*. 37(5): 501-502.

Tammara VK, Sahajwalla C, Division of Pharmaceutical Evaluation I. (August 12, 1998 received September 16, 1998). **New NDA (New Dosage Form) & Response to Not Approvable Letter**. 1-2.
- Sahajwalla, C. PhD, Vijay K. Tammara PhD, Division of Pharmaceutical Evaluation I. (3/11/98, 3/12/98). **Comparison Study Gabapentin 600 mg tablet vs. (2) Gabapentin 300 mg capsules; Comparison Study Gabapentin 800 mg tablet vs. (2) Gabapentin 400 mg capsules**. 1-2. 8 redacted pages contained trade secrets and/or confidential/ commercial information.
- Pharmacokinetics. Sahajwalla, C. PhD, Vijay K. Tammara PhD, Division of Pharmaceutical Evaluation I, Warner-Lambert. (2/4/97). **A Single-Dose Bioequivalence Study Comparing 600-mg CI-945 Tablets to 300-mg Gabapentin * Capsules (Protocol 945-189-0)**. 6-7, 33-35.
- Pharmacokinetics. Sahajwalla, C. PhD, Vijay K. Tammara PhD, Division of Pharmaceutical Evaluation I, Warner-Lambert. (studied period 12/10/96-2/10/97). **A Single-Dose Bioequivalence Study Comparing 600-mg Gabapentin Tablets Manufactured in * to 300-mg Gabapentin * Capsules**. 4-5, 20, Appendix D(8-9).
- Pharmacokinetics. Sahajwalla, C. PhD, Vijay K. Tammara PhD, Division of Pharmaceutical Evaluation I, Warner-Lambert. (studied period 3/5/96-3/28/96). **A Single-Dose Bioavailability Study Comparing 800-mg CI-945 Tablets to 400-mg Gabapentin *® Capsules (Protocol 945-208-0)**. 4-5, 21, Appendix D.6(2).
- Parke-Davis Pharmaceutical Research, Div of Warner-Lambert Co, Pharmacokinetics/ Drug Metabolism and Clinical Pharmacology. (2/4/97). **Research Report No RR 744-00249, A Single-Dose Bioequivalence Study Comparing 600-mg CI-945 Tablets to 300-mg Gabapentin * Capsules (Protocol 945-189-0)**. Cover page, 29-32. 19 redacted pages contained trade secrets and/or confidential/ commercial information.
- Parke-Davis Pharmaceutical Research, Div of Warner-Lambert Co, Pharmacokinetics/ Drug Metabolism and Clinical Pharmacology. (6/9/1997). **Research Report No RR 744-00337, A Single-Dose Bioequivalence Study Comparing 600-mg Gabapentin Tablets Manufactured in * to 300-mg Gabapentin * ® Capsules**. Cover page, Appendix D(4-7).
- Parke-Davis Pharmaceutical Research, Div of Warner-Lambert Co, Pharmacokinetics/ Drug Metabolism and Clinical Pharmacology. (6/9/1997). **Research Report No RR 744-00328, A Single-Dose Bioavailability Study Comparing 800-mg CI-945 Tablets to 400-mg Gabapentin * Capsules (Protocol 945-208-0)**. Cover page, 6, Appendix D.4.1(2), Appendix D.4.2(2), Appendix D.5.1(2), Appendix D.5.2(2).
- Parke-Davis Pharmaceutical Research, Div of Warner-Lambert Co, Pharmacokinetics/ Drug Metabolism and Clinical Pharmacology. (2/4/1997). **Research Report No RR 744-00249, A Single-Dose Bioequivalence Study Comparing 600-mg CI-945 Tablets to 300-mg Gabapentin * Capsules (Protocol 945-189-0)**. Cover page, 29-32. 2 redacted pages contained trade secrets and/or confidential/ commercial information (missing).
- Parke-Davis Pharmaceutical Research, Div of Warner-Lambert Co, Pharmacokinetics/ Drug Metabolism and Clinical Pharmacology. (6/9/1997**). Research Report No RR 744-00337, A Single-Dose Bioequivalence Study Comparing 600-mg Gabapentin Tablets Manufactured in * to 300-mg Gabapentin * Capsules**. Cover page, Appendix D(4-7).
- Parke-Davis Pharmaceutical Research, Div of Warner-Lambert Co, Pharmacokinetics/ Drug Metabolism and Clinical Pharmacology. (6/9/1997). **Research Report No RR 744-00328, A Single-Dose Bioavailability Study Comparing 800-mg CI-945 Tablets to**

**400-mg Gabapentin * Capsules (Protocol 945-208-0)**. Cover page, 6, Appendix D.4.1(2), Appendix D.4.2(2), Appendix D.5.1(2), Appendix D.5.2(2).

Taylor, Charlie. (1/10/94) **E-mail to Alan Blumberg, cc: Frank Marcoux and Wendell Wierenga re: Neurontin pharmacology (France)**. *TAYLORC@AM@PDAV01 to BLUMBEA@AM@COMDOC, MARCOUF@AM@PDAV01, WIERENW@AM@PDAV01*. 1-9.
- Reimann W, Fritscho E, Köllhofer U, Eysell J (translator). (May 1984) **Confidential Research Report #4192-0166: Gabapentin attenuates the release of Noradrenaline and serotonin but not acetylcholine from brain slices**. *Gödecke AG, Research and Development*. 1-8.

Taylor CP. (1993) **Mechanism of Action of New Anti-Epileptic Drugs**. In: Int Congr Symp Ser, No. 198, *New Trends in Epilepsy Management: The Role of Gabapentin*, edited by D. Chadwick, London, R Soc Med Serv, 13-40.

Taylor, CP. (June 1994) **Emerging perspectives on the mechanism of action of Gabapentin**. *Neurology*. 44 (Suppl 5): S10-S16.

Taylor, CP. (1997) **Mechanisms of action of gabapentin**. *Rev Neurol*. 153: 1S, 39-45.

Taylor CP, Gee NS, Su T-Z, et al. (1998) **A summary of mechanistic hypotheses of Gabapentin pharmacology**. *Epilepsy Research*. 29: 233-249.

Taylor CP, Vartanian MG, Andruszkiewicz R, Silverman RB. (1992) **3-Alky GABA and 3-alkylglutamic analogues: two new classes of anticonvulsant agents.** *Epilepsy Res*. 11: 103-110.

Temple R. (December 30, 1993). **Approval Letter from Director, FDA, Office of Drug Evaluation I, Center for Drug Evaluation and Research to J.L. Turner, Worldwide Regulatory Affairs, Parke-Davis Pharmaceutical Research**.
- Attachment to above: Parke-Davis, Div of Warner-Lambert Co. (12/29/1993). **Final draft of labeling**. 1-33.

Temple, Robert MD, Director, Office of Drug Evaluation 1, Center for Drug Evaluation and Research, FDA (12/30/93) **Letter from FDA to Ms. Janet L. Turner, Worldwide Regulatory Affairs, Parke-Davis Pharmaceutical Research Division of Warner-Lambert Company**. 1-3.

Teruel AF, Boix F, Escorihuela RM, et al. (1988) **Sodium valproate reduces immobility in the behavioral 'despair' test in rats**. *Eur J Pharmacology*. 152: 1-7.

Thorp ML, Morris CD, and Bagby SP. (2001) **A crossover study of gabapentin in treatment of restless legs syndrome among hemodialysis patients**. *Am J Kidney Dis*. 38: 104-108.

Thurlow RJ, Brown JP, Gee NS, et al. (1993) **[³H]Gabapentin may label a system-L-like neutral amino acid carrier in brain**. *European Journal of Pharmacology*. 247: 341-345.

Timmerman W, Bouma M, De Vries JB, et al. (2000) **A microdialysis study on the mechanism of action of Gabapentin**. *European Journal of Pharmacology*. 398: 53-57.

Timmerman W, Westerink BHC. (1997) **Brain microdialysis of GABA and glutamate: what does it signify?** *Synapse*. 27: 242-261.

Träskman-Bendz L, Åsberg M, Bertilsson L, Thorén P. (1984) **CSF Monoamine Metabolites of Depressed Patients During Illness and After Recovery**. *Acta psychiatr scand*. 69: 333-342.

Tremont-Lukats IW, Megeff C, Backonja M-M. (Nov 2000) **Anticonvulsants for Neuropathic Pain Syndromes: Mechanisms of Action and Place in Therapy**. *Drugs*. 60(5): 1029-2052.

Trimble, Michael. (2007) Declaration of Professor Michael Trimble, MD in relation to neurontin causing negative mood and behavioural alterations, including suicidal behaviour,

Trimble, Michael. (1995) **Psychosis With Gabapentin.** *Confidential Pfizer documents: Institute of Neurology, London, Report for Warner Lambert.* Pfizer_PSUR_0002000 – Pfizer_PSUR_0002013.

Trimble, Michael R. (1996) **Anticonvulsant-Induced Psychiatric Disorders; The role of Forced Normalization.** *Drug Safety.* 15(3): 159-166.

Trimble, Michael R. (1998) **New Antiepileptic Drugs and Psychopathology.** *Neuropsychobiology.* 38: 149-151.

Trimble MR, Rüsch N, Betts T, Crawford PM. (2000) **Psychiatric symptoms after therapy with new antiepileptic drugs: Psychopathological and seizure related variables.** *Seizure.* 9: 249-254.

Trinka A, Niedermüller U, Thaler C, et al. (2000) **Gabapentin-induced mood changes with hypomanic features in adults.** *Seizure.* 9: 505-508.

Turner, Janeth L, RN, BSN, Director, Worldwide Regulatory Affairs, Parke-Davis Pharmaceutical Research. (8/4/99, received 8/5/99) **Letter to Russell G Katz, MD, Acting Division Director, Division of Neuropharmacological Drug Products, Center for Drug Evaluation and Research, FDA re: Pediatric drug development plan for infants and children: Request for waiver for the study of neonates.** 1-2.

Unützer J, Patrick DL, Marmon T, et al. (2002) **Depressive Symptoms and mortality in Prospective Study of 2,558 Older Adults.** *Am J Geriatr Psychiatry* 10: 521-530.

US Gabapentin Study Group #5. (1993) **Gabapentin as add-on therapy in refractory partial epilepsy: a double-blind, placebo-controlled, parallel-group study.** *Neurology.* 43(11): 2292-2298. 1 page abstract printed from www.neurology.com.

US Public Health Service (1999) **The Surgeon General's Call to Action to Prevent Suicide.** *Washington, DC.* 1-20.

Valzelli L. (1984) **Reflections on experimental and human pathology of aggression.** *Prog Neuropsychopharmacol Biol Psychiatry.* 8: 311-325.

Van Heeringen K. (June 2003) **The Neurobiology of Suicide and Suicidality.** *Can J Psychiatry.* 48(5): 292-300.

Van Praag HM. (Summer 1986) **Affective Disorders and Aggression Disorders: Evidence for a Common Biological Mechanism.** *Suicide and Life-Threatening Behavior.* 16(2): 21-50.

Vieta E, Martinez-Arán A, Nieto E, et al. (2000) **Adjunctive Gabapentin treatment of bipolar disorder.** *Eur Psychiatry.* 15: 433-437.

Vinet V, Goudet C, Brajon C, et al. (2004) **Molecular mechanisms of GABA$_B$ receptor activation: new insights from the mechanism of action of CGP7930, a positive allosteric modulator.** *Biochemical Society Transactions.* 32(5): 871-872.

Vollmer KO, von Hodenberg A, Kölle EU. (1986) **Pharmacokinetics and Metabolism of Gabapentin in Rat, Dog and Man.** *Arzneim-Forsch Drug Res.* 36(1), Nr 5: 830-839.

Vu, To-Nhu H MD. (2004) **Current Pharmacologic Approaches to Treating Neuropathic Pain.** *Current Pain and Headache Reports 2004.* 8: 15-18.

Wahba, Zakaria Z, Division of Pharmaceutical Evaluation I, Parke-Davis Pharmaceuticals and Raman Baweja PhD. (4/30/99, received 9/20/99) **Clinical Pharmacology and Biopharmaceutics Review, Gabapentin (Neurontin®) Syrup 250 mg/ 5 ml.** 1-4, G 959-00053(3), Figure #1, Table #1, Table #2, G959-00053(6).

Ware, Jackie Pharm D, Project Manager, Division of Neuropharmacological Drug Products. (2/24/2000) **Memo of Telecon with Alexander Brankiewicz, CMC Manager, Wordlwide Regulatory Affairs, Parke-Davis on 2/23 and 2/24/2000**.

Ware, Jacqueline H Pharm. D, Project Manager, Parke-Davis Pharmaceutical Research for Parke-Davis Pharmaceuticals Limited and John S Purvis, Chief, Project Management Staff. (2/24/2000) **Project Manager Labeling Review for NDA 21-129 Neurontin (Gabapentin) oral solution**. 1-2.

Ware, Jackie, Project Manager/ Consumer Safety Officer. (3/1/2000) **Pediatric Page, NDA/ BLA #21129, Neurontin (Gabapentin) 250-mg/ 5-ml syrup**.

Warner-Lambert.  **Item 13.2 Certification for Generic Drug Enforcement Act of 1992 Title Page**.

Warner-Lambert. (7/20/1987) **Gabapentin versus placebo in Patients with Partial Seizures, Patient CD #205, Protocol #945-5-010**. *Warner-Lambert International*. 1-2, 88, 96, 108-109.

Warner-Lambert. (4/8/1988) **Gabapentin versus placebo in Patients with Partial Seizures, Patient CKS #213, Protocol #945-5---1**. *Warner-Lambert International*. 154-155, 349, 352, 363.

Warner-Lambert. (5/8/1990) **Adverse Event Information, Patient 945-15-01 #001 RWB.** *Parke-Davis Pharmaceutical Research Division, Warner-Lamber Company*. 101-103, 118, 121, 127.

Weinberger DR. (1997) **The biological Basis of Schizophrenia**. *J Clin Psychiatry Monogr*. 15: 4-6.

Weizman R, Paz L, Peter Y, et al. (2001) **Behavioral effects of agents active at the γ-aminobutyric acid receptor complex in the staircase paradigm**. *Brain Research*. 901: 137-142.

Westerink BHC, De Vries JB. (1989) **The origin of extracellular GABA recorded by brain microdialysis and assayed by a simplified on-line method**. *Naunyn-Schmiedeberg's Arch Pharmacol*. 339: 603-607.

Westerink BHC, Damsma G, Rollema H, De Vries JB, Horn AS. (1987) **Scope and limitations of in vivo brain dialysis: a comparison of its application to various neurotransmitter systems.** *Life Sci*. 41: 1763-1776.

Whiting, Paul J. (May 2003) **GABA-A receptor subtypes in the brain: a paradigm for CNS drug discovery?** *Drug Discovery Today*. 8(10): 445-450.

Wilson S, Argyropoulos S. (2005) **Antidepressants and Sleep: A Qualitative Review of the Literature**. *Drugs*. 65(7): 927-947.

Winters, Nancy C. (2005) **Are antidepressants safe for adolescents?** *Postgraduate Medicine, 0032-5481*. September 1; 118(3): 2p.

Wolf S, Mayer T, Schutte W. (1996) **Gabapentin Toxicity in Children Manifesting as Behavioral Changes.** *Epilepsia*, 36 (12): 1203-1205.

Wolf FM, Shinnar S, Kang H, et al. (1995) **Gabapentin Toxicity in Children Manifesting as Behavioral Changes.** *Epilepsia*. 36(12):1203-1204.

Wood AJJ, Drazen JM, Greene MF. (2005) **A Sad Day for Science at the FDA**. *NEJM*. 353(12): 1197-1199.

Yassa RY, Iskandar HL. (August 1988) **Baclofen-Induced Psychosis: Two Cases and a Review**. *J Clin Psychiatry*. 49(8): 318-320.

Young LT, Robb JC, Hasey GM, MacQueen GM, et al. (1998) **Gabapentin as an Adjunctive Treatment in Bipolar Disorder.** *Journal of Affective Disorders*. 55: 73-77.

Young TL, Robb JC, Hasey GM, et al. (1999) **Gabapentin as an Adjunctive Treatment in Bipolar Disorder.** *Journal of Affective* Disorders. 55: 73-77.

Young LT, Robb JC, Pateli-Siotis I, et al. (1997) **Acute Treatment of Bipolar Depression with Gabapentin.** *Society of Biological Psychiatry*. 42: 851-853.

Young LT, Robb JC, Patelis-Siotis I, et al. (1997) **Acute Treatment of Bipolar Depression with Gabapentin.** *Biol Psychiatry*. 42: 851-853.

Zarate CA, Tohen M, Narendran R, et al. (April 1999) **The Adverse Effect Profile and Efficacy of Divalproex Sodium Compared With Valproic Acid: A Pharmacoepidemiology Study**. *J Clin Psychiatry*. 60(4): 232-236.

Zhong J, Petroff OA, Pleban LA, et al. (1997 Jan) **Reversible, reproducible reduction of brain water apparent diffusion coefficient by cortical electroshocks.** *Magn Reson Med*. 37(1): 1-6. Abstract from http://PubMed.com. PMID: 8978625 [PubMed – indexed for MEDLINE] Printed 3/21/2005.