EXHIBIT 12

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Sanacora, Gerard MD (Defense Expert)**
**1/18/2008**

**Printed : 3/20/2008**

**Page 109**

GERARD SANACORA, M.D., Ph.D.
2   A.  Not since residency, no.
3   Q.  Are you familiar with anti-epileptic
4   drugs?
5   A.  Yes.
6   Q.  Do you believe anti-epileptic drugs
7   are psychoactive?
8   A.  I guess reword that: Do I think they
9   have effects on the brain? Yes.
10  Q.  Do you believe anti-epileptic drugs
11  have effect on the mental state in humans?
12  A.  They clearly can.
13  Q.  Do you believe the effects of
14  anti-epileptic drugs on the mental state of
15  humans can be positive?
16  A.  It is hard for me to talk about the
17  whole group of anti-epileptic drugs, there is
18  huge differences. But in general if they have
19  proven to be anti-epileptic, then I guess they
20  can have positive effects.
21  Q.  Do you believe that -- I know it is a
22  broad statement -- but some anti-epileptic drugs
23  can have negative effects on mood?
24  A.  Again, in that broad sense you can
25  kill somebody with overdoses of some

**Page 110**

GERARD SANACORA, M.D., Ph.D.
2   anti-epileptic drugs, so it would have negative
3   consequences.
4   Q.  I'm not asking about toxicity, I'm
5   asked about the effects on mood. Do you believe
6   some anti-epileptic drugs can have an effect on
7   mood?
8   A.  I think it is pretty clear that some
9   anti-epileptic drugs are associated at higher
10  rates of depressed mood and some other changes,
11  yes.
12  Q.  What anti-epileptic drugs do you
13  understand those to be?
14  A.  The one that's probably written most
15  about would vigabatrin, but I think you can find
16  it associated with almost any drug that is
17  having a -- effects on the brain that -- that
18  they are being given for people with epilepsy in
19  these case. So there is a high co-morbidity in
20  general. So it is hard for me to parse out.
21      But I think the data that I am most
22  familiar with is the vigabatrin data.
23  Q.  Would you ever prescribe vigabatrin to
24  one of your patients who you diagnosis with a
25  major depressive disorder?

**Page 111**

GERARD SANACORA, M.D., Ph.D.
2   A.  Standing long term? For the
3   treatment -- no, that would not be a treatment
4   that I would typically use and I have never
5   prescribed vigabatrin.
6   Q.  Why not, for mood disorders?
7   A.  Well, for one the risk and, you know,
8   the risk of visual field cuts would be something
9   I would really consider probably more
10  prominently than anything. And there is really
11  no good evidence that I am aware of or no even
12  strong reason to believe that vigabatrin is
13  going to have antidepressant effects.
14      Now, if it is co-morbid with cocaine,
15  there has been some interested there.
16  Q.  How about tiagabine, are you familiar
17  with tiagabine?
18  A.  Yes.
19  Q.  And are you familiar with whether or
20  not tiagabine has found efficacy in the
21  treatment of --
22  A.  There are some reports, I know Linda
23  Carpenter had a series, studies looking at
24  tiagabine for mood and depression, and there is
25  some case reports and studies suggesting it

**Page 112**

GERARD SANACORA, M.D., Ph.D.
2   might have some antidepressant effects.
3   Q.  Do you believe tiagabine can have a
4   deleterious effect on mood?
5   A.  I believe it is possible. I don't see
6   any strong evidence right now for it.
7   Q.  How about baclofen -- strike that.
8       Is baclofen an anti-epileptic drug?
9   A.  It is not indicated as an
10  anti-epileptic drug.
11  Q.  Right. I just wanted to be clear.
12  I'm not suggesting that it is an anti-epileptic
13  drug. So we agree, baclofen is not an
14  anti-epileptic drug, right?
15      Do you know if baclofen has ever found
16  use in treating mood disorders?
17  A.  There is one or two old studies -- I
18  know there were some studies looking at
19  baclofen, but I think they were more challenged
20  studies looking at the endocrine effects in mood
21  disorder patients.
22      So, no, I'm -- as I sit here I am
23  unaware of any studies looking at baclofen in
24  mood disorder patients for treatment.
25  Q.  Have you ever written a peer-reviewed