EXHIBIT 13

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
## Jacobs, Douglas MD (Defense Expert)
**1/23/2008**

**Printed : 3/20/2008**

25

1  Q. No, I'm now moving away from pain. I'm
2     asking -- you answered what -- here is very
3     simply the reason why I'm asking this: You
4     answered on a percentage basis as relates to
5     epilepsy, chronic pain and bipolar, I
6     believe, but when I asked you with respect
7     to the overall population, you said 10 to 11
8     per 100,000. So I'm simply asking you, on
9     the entire population if you could answer in
10    the same percentage, what...
11 A. Oh, it's .01, I think it might be 14
12    percent, something like that.
13 Q. Okay.
14 A. I'm sorry. It would be .011 percent.
15 Q. And now with respect to attempted suicides,
16    do you know what the rate is for attempted
17    suicides per 100,000 people?
18 A. Attempted suicides we don't have as -- we
19    have figures, but they're not as defined as
20    per 100,000. We believe that there are in
21    the adult population anywhere from 600 to
22    700,000 attempts affecting anywhere from .3
23    percent to .8 percent of the adult
24    population over the age of 18. For under
25    the age of 18 there's a wide variation where

26

1     the suicide attempt rate has been reported
2     to be as high as 8 percent. So the
3     background rate in the young people is
4     dramatic.
5  Q. Do you believe there's an underreporting of
6     suicide in the United States?
7        MS. McGRODER: Object to form. You
8     mean in an adverse event database?
9        MR. FINKELSTEIN: No.
10 Q. My question is, is there an underreporting
11    of suicide in the United States?
12 A. I think there's some.
13 Q. Do you think there's an underreporting of
14    attempted suicide in the United States?
15 A. There's probably an underrecording, I don't
16    know if it's necessarily reporting, but it's
17    an underrecording in terms of determining,
18    you know, whether it was a suicide attempt
19    or not.
20 Q. Why do you think there is an underreporting
21    of suicide in the United States?
22 A. Well, I think there's still -- the
23    determination of suicide is made by the
24    coroner, and that's how the official
25    classifications are made in terms of

27

1     recording with the CDC. And certainly
2     they've progressed dramatically so that
3     the -- so that the underreporting is less,
4     but there has to be a determination that a
5     coroner makes either based upon some
6     evidence of intent that -- the manner of the
7     death, you know, whether it's a jump or
8     hanging, if there's a suicide note.
9        So there's many facets that go into a
10    coroner's determination before they classify
11    a death as a suicide. And some of that may
12    be the reporting. The area of single-
13    passenger car fatalities are among the most
14    difficult to determine.
15 Q. Could you agree that suicide is a multi-
16    factorial analysis?
17 A. Well, it's a multi-factorial event.
18 Q. A multi-factorial event that -- can you
19    define what that is, "multi-factorial"?
20 A. That involves, you know, without parroting
21    back, it involves multiple factors. It
22    can -- the number one factor is the presence
23    of a psychiatric disorder, but there can be
24    a presence of comorbid psychiatric disorders
25    such as substance, there can be a

28

1     personality disorder, there can be a
2     physical disorder, there can be psychosocial
3     stressors, access to weapons, what we call
4     psychological turmoil, family history.
5     There are many -- I think I've given you the
6     majority of them.
7  Q. And each one of those multi-factorial facts
8     that you've just outlined for us, are they
9     independent of one another necessarily in
10    evaluating suicide risk?
11 A. I guess I'm not sure if I understand that
12    question.
13 Q. Well, let me ask this: Do you think there
14    is a biological marker for suicide in
15    humans?
16 A. We have not -- we're searching for one, but
17    we have not come up with a specific biologic
18    marker. The answer would be no.
19 Q. The risk factors that -- well, strike that.
20       Do you think depression is a risk
21    factor for suicide?
22 A. Yes, I do. Well, let me say the depression
23    is a diagnosis, yes, I do.
24 Q. Do you think anxiety as a symptom is a risk
25    factor for suicide?

### 29

1  A. Yes, I do.
2  Q. Do you think hostility as a symptom is a
3     risk factor for suicide?
4  A. I'm not aware of any studies that have
5     looked at specifically hostility.
6  Q. Do you think impulsivity as a symptom is a
7     risk factor for suicide?
8  A. I think there are studies that show that it
9     is a risk factor, yes.
10 Q. Are there any another symptoms that you
11    believe are risk factors for suicide?
12 A. Hopelessness, global insomnia.
13 Q. Do you believe aggression is a risk factor
14    for suicide?
15 A. I have not -- I have not seen any studies
16    that have indicated that it is.
17 Q. Do you believe a clinician should always
18    make a suicide assessment for all their
19    patients who have an affective disorder?
20 A. Certainly at the initial evaluation I do,
21    yes.
22 Q. And we'll talk about the suicide assessment,
23    how a clinician would go about making such
24    an assessment, and what factors should they
25    consider?

### 30

1  A. Well, a suicide assessment is what is
2     referred to as the quintessentially
3     psychiatric examination in which you -- one
4     would start by, as one does in any
5     examination, taking the chief complaint
6     which could be the evaluation of any -- of
7     a, what's been manifested as, let's say,
8     suicidal behavior or suicidal ideation and
9     then make a determination of is there any --
10    what is the psychiatric diagnosis? Is there
11    more than one psychiatric diagnosis? Is
12    there -- what is the current or past
13    treatment? What about the presence or
14    absence of a physical disorder? What's the
15    relationship to the physical disorder, to
16    the -- if it's to the suicidal behavior.
17       And then if there's a physical
18    disorder, reviewing what type of treatment
19    there has been, then going through social
20    history, family history, access to weapons,
21    looking at what we call protective factors,
22    their support system, their coping styles,
23    reality testing, are they involved in a
24    therapeutic relationship or a positive
25    clinician relationship?

### 31

1     It could be with a primary care doctor
2     since we know a large part of mental health
3     occurs -- mental health treatment is given
4     by primary care physicians; then to do a
5     specifics or what's referred to as a
6     specific suicide inquiry in which one
7     examines the presence or absence of suicidal
8     ideation, the intensity, what is the degree
9     of planning, have there been any attempts at
10    suicide that were, quote, aborted, for
11    example, someone taking a gun to their head
12    but not firing it, someone driving to a
13    bridge but not jumping or playing around
14    with a noose. Has there
15    been -- if there's been planning, what has
16    been the nature of the planning? If there's
17    been an attempt, what's the lethality of the
18    attempt, looking at whether it's reversible
19    or irreversible, looking at what are the
20    precautions against discovery in terms of
21    what we call risk-rescue issues.
22 Q. I don't need a -- I appreciate your answer.
23    I'm not quizzing you on --
24 A. No, I'm --
25 Q. It's an exhaustive evaluation; is that fair

### 32

1     to say?
2  A. It's an exhaustive evaluation. And -- but
3     think the point, the reason I go through all
4     these items is there's no one scale or no
5     one test that we use, and then we -- so I
6     don't make a judgment based upon, you know,
7     that the examination is geared to identify
8     all the factors that I answered in my first
9     question to you.
10 Q. And you agree there's no technique to
11    determine the level of risk, specific
12    quantifiable --
13 A. If you're talking about technique, I mean,
14    what I've described to you, it would be
15    referred to as a technique. There's no
16    test.
17 Q. Yeah, I'm sorry, I meant to inquire, there's
18    no objective technique to quantify the risk?
19 A. That's correct.
20 Q. But after the evaluation is performed by a
21    physician, a patient can be placed along a
22    risk continuum of suicide?
23 A. I would agree with that.
24 Q. And would you agree that it's a clinician's
25    goal not to push a patient further down the

### Page 33

1  risk continuum?
2  A. Most definitely.
3  Q. And are there stratifications of what that
4  risk would be, and specifically no risk, low
5  risk, med -- what would your stratifications
6  be?
7  A. Well, since certainly all patients that one
8  comes in contact with would have sort of a
9  base level of risk, so there is -- you know,
10 no risk would not be a category. There
11 would be minimal, moderate, high, minimal,
12 moderate, severe. Those are the different
13 categories.
14 Q. And when you say that when a physician would
15 come into contact, are you restricting that
16 to psychiatry or primary care physicians in
17 dealing with mental health or all physicians
18 no matter what the disorder?
19 A. No. It would certainly vary by the
20 disorder. Certainly psychiatrists,
21 presuming they're evaluating someone who has
22 a psychiatric disorder, primary care
23 physicians evaluate patients who have a
24 psychiatric disorder, but -- excuse me, but
25 they're involved with patients who have

### Page 34

1  certain physical disorders which have risk,
2  some of which we've talked about already
3  today.
4  Q. My question is, is every patient who goes to
5  a physician, regardless of specialty, at
6  some level of risk for suicide?
7  A. In terms of statistical risk, the answer is
8  yes.
9  Q. Do you believe every physician should
10 evaluate their patient on the risk continuum
11 for suicide?
12 A. No, I do not.
13 Q. Do you agree that risk factors for suicide
14 are synergistic in increasing the risk?
15 A. There is some indication that they are.
16 Q. And can you define what "synergistic" is?
17 A. Where the sort of the risk levels would be
18 greater with the combination than each
19 individual, and certainly one of the
20 examples is a combination of a depression
21 and a physical disorder.
22 Q. If somebody has depression and hostility was
23 added -- well, strike that.
24    If somebody had depression and
25 hopelessness was added to that depression,

### Page 35

1  would that be a compounding of the suicide
2  risk?
3  A. Again, I'm not -- I don't know the answer to
4  that question. There have been studies that
5  have looked at hopelessness in depressed
6  patients and determined a level of risk but
7  not as a sort of a synergistic risk factor
8  as you've asked, so...
9  Q. What about the risk factor of depression and
10 adding impulsivity with respect to the
11 synergistic fashion of increasing the risk?
12 A. Again, when -- I'm not sure I know the
13 answer to that question because I think that
14 the synergistic risk factors refer to
15 disorders. Certainly theoretically having
16 impulsivity with depression would
17 theoretically increase the risk, but I'm not
18 aware of a -- if that's how it's looked at
19 in studies. I'm aware that we've looked at
20 impulsivity and determined a certain level
21 of risk, but, again, not in the way you've
22 asked that as sort of a -- as a synergistic
23 risk factor.
24 Q. Would you consider it a novel position for a
25 physician to take the opinion that adding

### Page 36

1  impulsivity to depression synergistically
2  increases the risk?
3     MS. McGRODER: Object to form.
4  A. Well, with the -- to take the position that
5  it synergistically increases the risk would
6  be novel to the extent that I'm not aware of
7  research that would support that. I am
8  aware of research that has looked at persons
9  with impulsivity, regardless of diagnosis,
10 can be at risk for suicide.
11 Q. Let me ask the same question with respect to
12 chronic pain and impulsivity. Adding those
13 two risk factors together, would there be a
14 synergistic increase in risk for suicide?
15 A. Again, I don't know the answer to that -- to
16 that question because I would want to know
17 what was the underlying -- was there an
18 underlying disorder that was related to the
19 impulsivity?
20 Q. Is it important to know the severity of the
21 chronic pain as well?
22 A. Yes, it is.
23 Q. What if there was no underlying disorder
24 associated with the impulsivity? Would that
25 factor in?