# EXHIBIT 16

# Study 1035-3: Conclusions

- Gabapentin does not appear to increase abuse potential of hydrocodone.
- Combinations well-tolerated
- No physiologic changes

- Investigator report: gabapentin alone is psychoactive and liked and lacks respiratory depressant or miotic effects

Confidential

Pfizer_LTive_0009985