EXHIBIT 18

# BEHAVIOURAL DISTURBANCE WITH GABAPENTIN

## PROFESSOR MICHAEL TRIMBLE

Institute of Neurology, London
**REPORT FOR PARKE, DAVIS & COMPANY**

*(signature)*
..................................
Professor Michael Trimble
MD FRCP FPCPsych
Professor in Behavioural Neurology
Consultant Physician in Psychological Medicine

Pfizer_CPacella_0009404

# BEHAVIOURAL DISTURBANCE WITH GABAPENTIN (NEURONTIN)

## INTRODUCTION

I have been asked to provide a report on the relationship of anticonvulsant drugs to behavioural disturbance, specifically commenting on the situation with regards to gabapentin. I have been provided with relevant adverse event report forms, by Parke, Davis & Company and this report is prepared in the light of the information contained in those reports, and on my clinical experience with the use of the newer anticonvulsant drugs in the management of epilepsy.

I qualified in Medicine in Birmingham in 1970, having earlier obtained a first class honours degree in neuroanatomy. I did postgraduate training at the Radcliffe Infirmary, Oxford, the National Hospital for Nervous Diseases, Queen Square, the Maudsley Hospital, and the Johns Hopkins Hospital, Baltimore.

In 1976 I was appointed consultant physician to the National Hospitals, in 1979 became Senior Lecturer in Behavioural Neurology to the Department of Neurology, at the Institute of Neurology. At the present time I am now Professor of Behavioural Neurology, in the Department of Neurology, at the Institute of Neurology, Queen Square, London. I am also consultant physician to the National Hospital for Neurology and Neurosurgery, Queen Square, and Consultant to the Chalfont Centre for Epilepsy.

The research group that I run has as its main interest, epilepsy, and its management. I have written five books. These include: Neuropsychiatry (J Wiley and sons, 1981), Biological Psychiatry (J Wiley and sons, 1988), The Psychoses of Epilepsy (Raven Press, 1991), and recently, A Concise Guide to Behavioural Neurology and Neuropsychiatry, jointly with J Cummings (APA Press, 1995). In addition I have edited 19 books, with a common theme, namely

1

Pfizer_CPacella_0009405

the interface between neurology and psychiatry. I have in addition over 300 literature publications, which include 97 peer-reviewed papers.

I have three research degrees (BSc, MPhil, MD). I am a Fellow of the Royal College of Physicians, a Fellow of the Royal College of Psychiatrists, a Corresponding Fellow of the American Psychiatric Association, and a Member of the Association of British Neurologists, and the American Neurological Association.

I have had a special interest in the links between epilepsy and psychiatric illness, and have researched the areas of both epilepsy and psychosis, and the effects of anticonvulsant drugs on the mental state and behaviour. In the past three years we have been collecting data on the newer anticonvulsant drugs, and we have specific data on the following agents (in alphabetical order): clobazam, felbamate, gabapentin, lamotrigine, tiagabin, and vigabatrin.

## EPILEPSY AND PSYCHOSIS

Psychiatric aspects of epilepsy were virtually neglected in this century until they were "rediscovered" in the 1950s and 60s (Gastaut 1956). American and English authors reported an excess of schizophrenia-like psychoses in epilepsy patients, especially in those suffering from temporal lobe epilepsy (Slater and Beard 1963).

Slater and his colleagues published a detailed analysis of 69 patients from two London hospitals who suffered from epilepsy and interictal psychoses. On the basis of this case series authors postulated a positive link between epilepsy and schizophrenia, and they noted an association with temporal lobe epilepsy. The temporal lobe hypothesis soon became broadly accepted and stimulated extensive research into the role of temporal lobe pathology in schizophrenia. The use of epileptic psychoses as a biological model or "mock-up" of schizophrenia (Roberts et al. 1990) is largely based on Gibbs and Slater's work.

2

Pfizer_CPacella_0009406

There are several population-based studies on the frequency of mixed psychoses in epilepsy. These report prevalences ranging from two to 20% (for references see Trimble 1991).

Most figures in the literature on the frequency of psychosis in epilepsy derive from clinical case series and are therefore likely to be biased by unknown selection mechanisms. In table 1, prevalence rates are presented as a function of the source of patients. The table suggests that psychoses are highly over-represented in specialized centres, where patients with difficult to control epilepsy may be expected to accumulate.

The strongest risk factors for psychosis in epilepsy are those which indicate severity of epilepsy. These are long duration of active epilepsy (Slater and Beard 1963), multiple seizure types (Schmitz 1988), history of status epilepticus (Schmitz 1988) and poor response to drug treatment (Lindsay et al. 1979). It is precisely these characteristics that are found in patients who are in the first instance placed on the newer antiepileptic drugs.

**Forced Normalisation**

A full understanding of the relationships between epilepsy and psychosis requires appreciation of this concept.

Earlier this century reports appeared that suggested there was some kind of antagonism between epilepsy and psychosis. These led von Meduna to introduce convulsive therapy for the treatment of schizophrenia. In the 1950's Landolt (Landolt 1953, 1958), published a series of papers on patients who had epilepsy who became psychotic when their seizures were under control. He defined forced normalisation thus:

> "Forced normalisation is the phenomenon characterised by the fact that, with the recurrence of psychotic states, the EEG becomes more normal, or entirely normal as compared with previous and subsequent EEG findings".

Forced normalisation was thus essentially an EEG phenomenon. The clinical counterpart of

3

Pfizer_CPacella_0009407