patients becoming psychotic when their seizures became under control, and their psychosis resolving with return of seizures, is referred to as alternative psychoses. These phenomena have now been well documented clinically. The clinical presentation need not necessarily be a psychosis, but sometimes is. In childhood, or in the mentally handicapped, aggression and agitation are common. Other manifestations include pseudo-seizures or other conversion symptoms, depression, mania and anxiety states. The psychotic episodes may last days or weeks. They may be terminated by a seizure, and the EEG abnormalities then return.

It is important in the context of this report to note that forced normalisation may be provoked by the administration of anticonvulsants, and has been reported with barbiturates, benzodiazepines, ethosuximide, and several of the newer drugs
(Trimble 1991).

## EPILEPSY AND DEPRESSION

Epilepsy is frequently associated with depression, although there are fewer studies than with psychosis. Interestingly, forced normalisation seems less associated with depression than with psychosis, at least in the published literature (Trimble 1991).

The clinical spectrum of depression seen in epilepsy varies from mild dysthymic pictures, through the irritable dysphoria of drug induced states, to a more florid major affective disorder. Bipolar disorders, with classical manic and depressive swings are considered rare.

There is a less clear relationship between side or site of an epileptic focus and depression than with psychosis, although most investigators have noted an excess of patients with complex partial seizures, and a focus on the left side (Robertson et al 1987: Trimble 1991). Psychosocial factors are more likely to be important than with the psychoses, in view of the distressing and unrewarding life that many patients with epilepsy have.

4

Pfizer_CPacella_0009408

## EPILEPSY AND AGGRESSION

This has, for a long time, been a controversial issue. While in clinical practice, patients with episodic outbursts of aggression are frequently encountered, it has been difficult experimentally to identify the nature of the aggression, and any underlying variables.

In laboratory animal models, clear associations between the amygdala and the hypothalamus and control of aggression are known, but in epilepsy attempts to link aggression to, for example, temporal lobe epilepsy have not been conclusive (Trimble 1991). The epidemiology of this problem is simply not known, although aggressive episodes represent one of the more difficult but frequent management problems of epilepsy in neuropsychiatric practice.

## ANTICONVULSANT DRUGS AND THE MENTAL STATE.

It has been known for a long time that anticonvulsant drugs influence the mental state, and this can be broken down into adverse and beneficial effects. However, the behavioural toxicity profile of most drugs is not simple. A particular drug may influence one aspect of behaviour positively and another negatively.

The main adverse effect of anticonvulsants is the link between anticonvulsant drugs and depression. Robertson et al (1987), studying epileptic patients on polytherapy presenting with a depressive illness, noted that patients on phenobarbitone were judged to be significantly more depressed than those not receiving the drug. This was in contrast to patients treated with carbamazepine who were less depressed, and had lower anxiety scores than patients on other anticonvulsants.

Another drug recently linked with the reporting of depression is vigabatrin. Idiosyncratic responses are described in a group of patients given the drug as add-on therapy. The depression

5

seems in some cases interlinked with improvement of seizure frequency (an example of forced normalisation), and is more common in patients with a past history of affective disorder

Adverse effects of anticonvulsant drugs are often seen in children. Essentially these include the provocation of conduct disorder, or the development of hyperactivity syndrome, similar phenomenologically to attention-deficit-hyperactivity-disorder (ADHD). The drug most frequently implicated is phenobarbitone, but similar responses have been shown following some benzodiazepines (for example, clonazepam) and vigabatrin. It is of interest that all of these drugs have some action at the GABA-benzodiazepine receptor. It is further of interest that these drugs seem to have associations with irritability and dysphoria, which may include release of aggression.

There is literature demonstrating that in some cases anticonvulsant drugs can be associated with the development of a psychosis. This is interlinked with the concept of forced normalisation. It was well described with ethosuximide (Trimble 1991). Several clinical pictures may evolve, not all psychotic, and the development of psychotic symptomatology may be preceded by premonitory symptoms, especially insomnia, anxiety and withdrawal.

Vigabatrin appears to be related to the development of a psychotic illness in a small number of patients. A recent series of cases was compared with a group of patients developing a psychosis in epilepsy that had not been exposed to vigabatrin (Thomas and Trimble 1995 - in preparation). The main factors that distinguished the two groups were that the vigabatrin sample had a 30% incidence of previous history of psychosis, and remarkably, 60% became seizure free on starting the drug. This compared with around 7% of a larger sample of trial patients. Two patterns were especially noted. In the first, patients became seizure free and then, in a time interval between ten days and six weeks, developed a psychosis, the pattern being typical for that seen in forced normalisation. In the second, a three to six week seizure free interval was followed by a cluster of seizures and the development of a post-ictal psychosis. The clinical features were

6

Pfizer_CPacella_0009410