characteristic, with the exception that the mental state often showed minimal confusion, and where it was captured, the EEG appeared "normalised". In nearly all cases the psychosis resolved on stopping the drug, and in most patients, neuroleptic medication was not required.

Behavioral problems including psychoses have also been described with felbamate, and lamotrigine, again forced normalisation, or the precipitation of a partial seizure status being relevant. I am not aware of any published reports with gabapentin, with the exception of one case in a recent edition of the British Journal of Psychiatry (see below).

## SUMMARY.

In summary, psychosis and other behaviour problems are common in epilepsy. They are more likely to be seen in association with difficult to control epilepsy, with a temporal lobe focus, presenting with partial seizures. It is this group that are being given new anticonvulsants in the first instance.

There is a further problem with this group of patients, namely that sudden control of seizures can precipitate behavioural problems, which is not so much a drug effect, as a seizure related effect. It is in the light of these comments that the adverse reports of behavioural problems associated with gabapentin have been reviewed.

## REPORTS OF ADVERSE EFFECTS WITH GABAPENTIN

The whole of the Parke Davis worldwide adverse events database has been searched for events in these categories during the full life history of gabapentin (the first clinical trials in humans were performed in 1982). The total exposure of gabapentin since launch is estimated at 62,758 patient years. All of the valid reports related to the categories in question have been evaluated as detailed below. Many of these reports are from clinical trials which have a lower reporting threshold than

7

Pfizer_CPacella_0009411

spontaneous reports.  The case reports studied are as follows:

| | |
|---|---|
| Psychosis | 22 (14 from studies) |
| Mood disturbance | 33 (20 from studies) |
| Aggressive behaviour | 21 ( 8 from studies) |

At the outset it should be commented that the information contained within the charts is subject to the limitations of adverse event reporting and not always complete even though I understand all details given to the company have been included in the charts.

## (1) PSYCHOSIS

There are twenty two adverse event reports with psychosis including 8 spontaneous events. From the 22 cases, it seems that in 2 cases, information on the same case has been duplicated (event nos: 30746 and 30640; and 11667 and 12912).  Information has therefore been analysed on the 20 events although additionally one single patient (208/R & B) was the subject of four reports.  There are 12 males, in one case sex is not given.  The mean age is 38.0.  Most patients (16 out of the total 17) were on polytherapy, receiving one or more drugs in association with gabapentin.  In 14 cases this was carbamazepine, although it is not clear from the reports that full information on concomitant drugs has been given on all forms.

The descriptions of the mental state do not allow any comprehensive assessment, most patients being referred to as  psychotic or paranoid.  Interestingly, in the light of other studies of psychoses in epilepsy, the term schizophrenia-like psychosis is not used. At least three have associated mental handicap.

One patient died from an unrelated cause, otherwise where information is available, 14 of 18 recovered from their psychiatric episode.  In other reports, follow-up information is incomplete.

8

Pfizer_CPacella_0009412

Eleven reports are of a clear post-ictal psychosis, some with a past history of similar events. In one patient (No. 8212) there was a failed temporal lobectomy. The psychoses here are seizure related, and were simply treatment emergent effects of gabapentin, not drug related. Thus, reports 12/KVK, and /N/S, 5-208/RCB (x3), 002/DBF, 220/WCW, 102/VE, 002/IML, 002/PC, 33490 are unrelated.

Case 009/KEM may have been post ictal or related to a prescription of phenytoin, but in any case had been on gabapentin 518 days before the report was made.

Cases 009/GHH and 02/CAN became psychotic after gabapentin had been discontinued. In the first case it was thought due to mysoline which had been prescribed, but there was no indication of any seizure frequency given. In the second case the event was eight months after stopping gabapentin.

Of the remaining cases, one (/JB) developed a psychosis after withdrawal of felbamate, and had been experiencing increased seizures. These are both possible causes.

A further case was probably not psychotic, but had anxiety or agitation (NT). In the latter, improved seizure frequency suggests possible forced normalisation.

This leaves six cases for consideration of a possible neurotoxic effect of gabapentin provoking a psychosis. One (/JW) became psychotic three to six weeks after starting the drug. However, the psychosis did not resolve, the patient had a probable past psychiatric history, and came from a typical group of patients at risk for the development of psychosis anyway (complex partial seizures with brain damage). This probably represented the development of a schizophrenia-like psychosis unrelated to any drug.

The second (/LC), was a clearer example of forced normalisation with alternative psychosis. On gabapentin she became seizure free, the psychosis gradually emerged over a four to six week period, and seems later to have resolved.

9

Pfizer_CPacella_0009413

The third case was a patient who developed psychotic episodes while on gabapentin, but this was after the prescription of a potentially hallucinogenic agent (atropine), and surgery. The patient continued on the gabapentin treatment.

This leaves three cases for further consideration, cases 007/BWB, NS (28999) and NS or /SM (30746/30640). The first started gabapentin on 30.3.90 and on 1800mgm had an acute psychosis, similar to previous episodes of psychosis on 4.8.90. The case NS (or /SM) seems to have developed an acute psychotic reaction three days after being on gabapentin at a dose of 1.2gms, having begun therapy on 23 February 1994. However, the details are rather muddled, two reports being provided with differing dose regimes and start of therapy dose. The event lasted only three days. She appears to have remained on the drug at a reduced dose. Case 28999 is impossible to interpret  A 45 year old man, with prior frontal lobe abscess and neurosurgery for this, who had a past history of similar events, started gabapentin in June 1993, was also on carbamazepine and lamotrigine. The date of the event not given, neither is there any detail of the clinical picture.

There is one further case for consideration, the case report in the British Journal of Psychiatry. This was a case of hypomania, but the patient was coprescribed lamotrigine. The seizures were said to be complex partial and in "good control". Previous episodes of psychiatric disturbance, possibly of a similar nature were suspected. This is probably another example of forced normalisation, but interactions between lamotrigine and gabapentin cannot be ruled out.

## (II) MOOD DISORDERS

I have reviewed 33 case reports including 13 spontaneous events in which some kind of mood disorder is mentioned as a treatment emergent effect of gabapentin. As a general comment, the information provided in these reports is less satisfactory than the psychosis data reviewed

10

Pfizer_CPacella_0009414