above.   Little or no information is given on the clinical psychiatric picture, no diagnostic categories are used, and usually no mention of either the past history, or the progress of the seizures during gabapentin therapy is made.

In five cases, there is simply no worthwhile information, and they have been omitted from further analysis (32526; 4098; 36184; 5833; 5754).   One case (11671) is reported twice, the patient developed the problem while gabapentin had been discontinued.   In another case, my opinion is that the patients problem was, if drug related, associated with ethosuximide, not gabapentin.

In my view 14 of the reports, despite having only little clinical data, were simply not an affective disorder, or were not associated with gabapentin.   An example would be case 25655, in which the problem emerged nearly 3 years after starting gabapentin.   Another, 34780, an 11 year old boy who developed screaming and crying.   Case number 29632 seemed to be a report of a continuation of a previous illness, not influenced by gabapentin. The other cases in this group are 31998, 31848, 32960, 33572, 31917, 30638, 32611, 3663, 30797, 28828, 27694, 14362.

This leaves for further consideration, 10 cases where fuller information is available.   There were 7 females (in one case unknown sex).   Of the ten cases, there is a report of a past history of depression in seven, it should be noted that in nine of the ten cases all except one recovered.   Also of interest, there are no reports of any relationship of the depression to seizure events, no post ictal depressions, forced normalisation or seizure clusters.   These data are of interest in comparison with the psychosis reports since that group contains more males, more seizure related events and  more past history of psychosis.

Two cases (30362, 14752) had been on the drug for a year or longer, the relationship to depression must be considered doubtful.

The remaining eight cases are considered in more detail.   No 36128 seemed like an

11

Pfizer_CPacella_0009415

exacerbation of a continuing disorder; In No. 25691 the event occurred after 232 days of treatment; in 14801 it was after ten months therapy. Cases 10353 and 5977 were not thought to be related to gabapentin by the investigators, and several serious psychosocial difficulties were discussed in relation to the event in both reports.

This leaves three possible cases from this data base.   Case 7621 was an 18 year old female, doing badly in college.  She seems to have started Gabapentin in July 1990, and in November was hospitalised with a depression. In January 1991 she discontinued gabapentin and in July committed suicide. The latter was clearly not gabapentin associated.  Cases 30714 and 4827, both with a past history of affective disorder, may have been more  directly linked with gabapentin but the reporting of data is not good.

## (III) AGGRESSION AND RELATED DISORDERS

Twenty one such cases have been evaluated including 13 spontaneous events, some kind of aggressive outburst or irritability has been the main clinical report.  In general, it has to be stated that these reports are even less helpful than the data on affective disorder.  Once again, clinical descriptions are weak, and there is no information at all given on the relationship of seizure frequency to the outburst of behaviour in question.

However, the population, as may be expected, is different in character from the other two examined.  There are more males than in the depression sample (14 out of 20, not revealed in the other case), and they have more mental handicap and autism (7/21 cases)  There seem to be more in this group receiving polytherapy, fewer patients on carbamazepine, and the average dose of gabapentin seems higher.  This reflects the more severe nature of the epilepsy in these patients and identifies them as coming from a population in which such behaviour disorders and aggression are common.

12

Pfizer_CPacella_0009416

In 11 cases I can find no association between the gabapentin prescribed and the resulting behaviour. In cases such as 29581, 28827 and 35719, there was a long time interval between the prescription of the drug and the onset of the behaviour - (1312, 306 and 246 days respectively). In two other cases felbamate was probably more relevant (34631; 32483). The others of this group are: 31276, 34236, 25979, 8844, 20586, 6115. Case number 34757 is simply not evaluable.

Of the remaining 9 cases, it seems that behaviour problems may have been exacerbated in 4, and occurred de novo in 5. The first groups are all male and all recovered from the exacerbation (No. 32046: 34956: 29355: 36123). Two were mentally handicapped.

In the second group, one was an eight year old boy, on 300mgms of gabapentin, the clinical details of the case are unclear (34828). The other four cases were all male, two were mentally handicapped and all recovered from the episode (35363; 35397; 35855; 31469).

## DISCUSSION

I have considered all the cases histories that have been sent to me. Most of the **psychosis** cases were typical post-ictal psychoses, and directly seizure related, not drug induced. There are two possible cases of forced normalisation, a well recognised complication of controlling seizures in a population such as this, containing patients with difficult to control seizures.

I am very familiar with the pattern of drug induced psychoses associated with anticonvulsant drugs, and have investigated this, following clinical presentations of patients with psychoses after the prescription of vigabatrin, lamotrigine and tiagabine. I find no convincing evidence that any case I have reviewed can be directly attributable to gabapentin. I have not personally seen a case of psychosis, or acute behaviour deterioration with gabapentin, and the failure in these case reports to find clear evidence of a link would be in accord with my clinical

13

Pfizer_CPacella_0009417

experience.

With regards to the data on **depression and affective disorder,** sadly the case information provided is of less useful than that for the psychosis cases. Of the 33 reports of depression, I could only with some confidence consider in more detail 10. It is of interest that the sex ratio (F > M) of this group is in accord with the sex ratio of depression (as opposed to psychosis where males are more equivalent to females) in the community. Further, there was a frequent reporting of a past history of depression (at least 70%) and no clear association with seizure patterns. This may reflect clear differences compared with the psychoses, in that the latter are strongly associated in several studies with seizure related variables (seizure clusters; forced normalisation). On the other hand, it may be that these treatment emergent affective disorders seen on gabapentin are a part of the continuing history of recurrent depression in these patients. It has to be remembered that depression is commoner by far than psychosis in the general population, but also in epilepsy. Many of the patients given gabapentin would be in a group considered susceptible to develop depression (poorly controlled partial seizures), and reporting of some cases in trials would be expected. Although I have noted possible associations in two cases (30714:4827), it is in truth not possible to clearly link gabapentin with any case directly.

The population with reported **aggression and related behavioural disorders** are again different, but reflect the patients in which such behaviours may be anticipated. Thus they were mainly male, and there was a high frequency of associated mental handicap. Outbursts of aggression are very common in the latter, and these may be provoked or exacerbated by anti convulsant medications. This is well known with treatments such as phenobarbitone, benzodiazepines and primidone although cases have been reported with several of the newer drugs including vigabatrin and lamotrigine. Often the aggression is seen in the setting of improved seizure frequency (forced normalisation), but in the case reports I have reviewed, no information

14

on this important variable has been provided.

I have identified 9 cases where the behaviour may be explicable in terms of a drug related effect, essentially these are of no surprise for an anti convulsant emergent behaviour; in terms of the population given gabapentin (add-on therapy for difficult patients), such reports would be expected. Relatively, the problem seems of small proportion, figures for other drugs suggesting considerably higher proportions of patients being given anti-convulsants developing these behaviours (for example, 45% with some benzodiazepines, Brown & Penry 1973).

## SUMMARY AND CONCLUSIONS

In this report I have considered all 76 cases of behaviour problems reported with gabapentin. The more serious problem, potentially, namely the psychoses, seem relatively few in number, and, no cases can be directly attributable to the drug. Links between gabapentin and psychosis cannot be made on the basis of the information reviewed.

Interpretation of the data on affective disorder, aggression and agitation is more complicated because of the "background noise" of these problems in the population prescribed the gabapentin. However, I do not find the number of cases in either group surprising, and, considering the world-wide data base has been examined, there seem relatively few cases. The possible provocation of aggression seems perhaps the strongest relationship I note with gabapentin, but this is no different from (as a problem) and less frequent than, this problem as encountered with all other anti-convulsants, standard and new.

With regard to the data sheet, I cannot see it is necessary to change that which is already given. Nervousness covers a good deal and minor changes of mood or agitation are embraced by this term. It may be worth stating that mood and behavioural disturbances are observed in this susceptible patient population but no specific change of behaviour can be directly attributed to gabapentin.

15

Pfizer_CPacella_0009419

Table 1

Frequency of Mixed Psychoses in Epilepsy (Europe, Japan, USA)

| Source of Patients | Author | Year | Prevalence |
|---|---|---|---|
| Field study | Gudmundsson | 1966 | 7 % |
| | Zielinski | 1974 | 2 % |
| General practices | Edeh and Toone | 1987 | 5 % |
| Neurological departments | Roger et al. | 1956 | 9 % |
| | Standage and Fenton | 1975 | 8 % |
| Epileptological departments | Bruens | 1973 | 6 % |
| | Sengoku et al. | 1983 | 6 % |
| | Schmitz | 1988 | 4 % |
| Psychiatric departments | Roger et al. | 1956 | 41 % |
| | Betts | 1974 | 21 % |
| | Bash and Mahnig | 1984 | 60 % |

16

Pfizer_CPacella_0009420

# REFERENCES

Brown T & Penry K (1973).  Benzodiazepines in the treatment of epilepsy.  A Review of Epilepsia 14: 277 - 310.

Gastaut H (1956) Colloque de Marseille. 15-19 Octobre 1956. Compte rendu du colloque sur l'etude electroclinique des episodes psychotiques qui survennient chez les epileptiques en dehors des crises cliniques. Rev Neurol 95:587-616.

Landolt H  (1953) Some clinical EEG correlations in epileptic psychoses (twilight states).  EEG and Clinical Neurophysiology; 5: 121.

Lindsay J, Ounsted C, Richards P  (1979)  Long-term outcome in Children with Temporal Lobe Seizures. II. Psychiatric Aspects in Childhood and Adult Life. Devel Med Child Neurol 21:630-636.

Roberts G W, Done D J, Bruton C, Crow T J  (1990)  A "mock up" of schizophrenia: Temporal lobe epilepsy and schizophrenia-like psychosis. Biol Psychiatry 28:127-143.

Robertson MM, Trimble MR , Townsend HRA, (1987).  Phenomenology of depression in epilepsy. Epilepsia, 28, 364-372.

Schmitz B  (1988) Psychosen bei Epilepsie. Eine epidemiologische Untersuchung. Thesis, FU Berlin.

Slater E, Beard A W, Glithero E (1963)  The Schizophrenia-Like Psychoses of Epilepsy. V. Discussion and Conclusions. Brit J Psychiat 109:95-150.

Trimble M. (1991) The Psychoses of Epilepsy. Raven Press. New York.

Pfizer_CPacella_0009421