EXHIBIT 23



Confidential

In addition to reducing neurotransmitter release, gabapentin (and pregabalin) reduce calcium influx into synaptosomes in vitro.

These data indicate that pregabalin modulates the action of voltage-gated calcium channels located at synapses.



Gabapentin Inhibits K+-Induced [Ca2+]i Increase in Fura-PE3-Loaded Rat Synaptosomes

Br. J. Pharmacol. 130: 900 (2000).

Meder & Dooley

Confidential

Pfizer_CTaylor_0010853