EXHIBIT 26

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Sanacora, Gerard MD (Defense Expert)**
1/18/2008

**Printed : 3/20/2008**

**Page 85**

GERARD SANACORA, M.D., Ph.D.

2  A.  When weighing the risk-benefit ratio I
3  would -- in prescribing any medication, like I
4  said, there is always that risk-benefit ratio.
5  This would weight a little bit heavier on the
6  risk side for me.  I would inform the patient
7  that currently it is considered a major concern
8  and that there might be some risk, specifically
9  any adolescent, even early 20-year-old I would
10  do that.
11  Q.  Can you explain what the mechanism of
12  action that serves as the foundation for the
13  SSRI hypothesis of inducing suicidal thought in
14  adolescents?
15  A.  No, I really can't.
16  Q.  I just didn't hear you.
17  A.  No, I really can't.
18  Q.  Why is it that you can't explain that?
19  A.  I don't think it is known.  First of
20  all, I am not convinced that it is known that it
21  does happen without knowing what the mechanism
22  of it would be.
23  Q.  Have you ever heard of the term
24  serotonergic dysfunction?
25  A.  I have heard it used, yes.

**Page 86**

GERARD SANACORA, M.D., Ph.D.

2  Q.  Have you ever used it?
3  A.  Have I ever used it?
4  Q.  I mean, is it a term that you use?
5  A.  It is not a term I commonly use at
6  present.  It is not a term I commonly use.
7  Q.  Based on what is known in psychiatry,
8  would you agree that many knowledgeable
9  scientists and physicians accept the working
10  hypothesis that serotonergic dysfunction is
11  related to negative effects on mood in humans?
12  A.  I guess I just ask -- we can agree
13  upon a definition of serotonergic dysfunction.
14  Q.  What do you understand the term
15  "dysfunction" to be?
16  A.  To me it would mean abnormal function.
17  Q.  Based on what you know in psychiatry,
18  would you agree that many knowledgeable
19  scientists and physicians accept the working
20  hypothesis that abnormal function of the
21  serotonergic systems is related to negative
22  effects on mood and behavior in humans?
23      MR. HOOPER:  Objection.
24  A.  I guess I would agree that it would be
25  commonly accepted that there is an association

**Page 87**

GERARD SANACORA, M.D., Ph.D.

2  between abnormal serotonergic measures and the
3  diagnosis of depression.
4  Q.  Would you agree that there is -- it is
5  well known in psychiatry that there is an
6  association between low measures of serotonin
7  and suicide victims?
8  A.  There are -- there is a fairly large
9  literature base showing abnormal measures of
10  serotonin associated with suicide, yes.
11  Q.  Have you reviewed that literature base
12  for purposes of this litigation?
13  A.  I have reviewed some of it, yes.  I
14  don't think I have reviewed exhaustively every
15  study, but yes.
16  Q.  Did you think it was important to
17  review for purposes of this litigation?
18  A.  Yes.  To some extent, yes.
19  Q.  Why?
20  A.  Because I was asked to review that, I
21  guess with the -- knowing that this would be
22  asked about.
23  Q.  What did you review that you recall?
24  A.  I reviewed a lot of John Mann studies
25  going through those.  I reviewed Asberg and a

**Page 88**

GERARD SANACORA, M.D., Ph.D.

2  few others, older studies, studies by Maria
3  Oquendo.
4  Q.  You said John Mann studies?
5  A.  The Columbia Group.
6  Q.  And Asberg --
7  A.  I'm not sure.
8  Q.  -- you said?
9  A.  Trying to remember the actual name.
10  Yes, an older study.
11  Q.  And I just didn't hear the third name.
12  A.  Maria Oquendo who is actually part of
13  John Mann's group, so it is the Columbia Group.
14  Q.  So Maria Oquendo?
15  A.  O-Q-U-E-N-D-O.
16  Q.  Would you agree that it is not novel
17  in the medical field or the scientific community
18  to accept a working hypothesis that low
19  serotonin is associated with postmortem studies
20  of suicide victims?
21      MR. HOOPER:  Objection.
22  A.  I would agree that it is not -- I'm
23  coming to accept that low serotonin measures
24  have -- are associated -- are found commonly in
25  suicide victims.

**89**

```
 1            GERARD SANACORA, M.D., Ph.D.
 2      Q.  Do you agree that inadequacy of
 3   serotonin in parts of the limbic system can
 4   induce suicidal thoughts?
 5      A.  Again, inadequacy meaning
 6   inappropriate serotonergic or decreased,
 7   increased or --
 8      Q.  Well, let's take them all.
 9          Do you believe that decrease of
10   serotonergic activity in parts of the limbic
11   system can induce suicidal behavior in humans?
12      A.  The straight answer I guess would be
13   no.  I don't think it is a single one-to-one
14   correlation.
15      Q.  Do you think it could be a
16   contributing factor, the reduced serotonergic
17   function in parts of the limbic system can
18   induce suicidal behavior?
19      A.  Again, is it possible?  I think it is
20   possible.  Hard to say it would be impossible.
21      Q.  From a biochemical basis, do you think
22   that individuals who have low serotonergic
23   turnover are at a higher risk of suicide?
24      A.  I said I think there is an
25   association, so I think you -- through that
```

**90**

```
 1            GERARD SANACORA, M.D., Ph.D.
 2   association it might put them at a higher risk,
 3   yes.
 4      Q.  Would you agree that anybody who has a
 5   prior history of a major depressive disorder has
 6   a greater likelihood of having lower
 7   serotonergic turnover?
 8      A.  I am trying to think of a specific
 9   reference for that that I am aware of.  Anybody
10   with a prior history at any point --
11      Q.  Is more likely to have a lower
12   serotonergic turnover?
13      A.  As I sit here right now I can't think
14   of a reference that I can call upon to make a
15   decision for that.  I would have to really -- I
16   would have to look at that, I think.
17      Q.  Do you agree that impulsive,
18   unpredictable, violent suicides are more related
19   to decreased brain serotonin than to any
20   specific psychiatric diagnosis?
21      A.  No.
22      Q.  Do you agree that a component of
23   depression is aggression, or a symptom --
24      A.  It's not -- depression -- major
25   depressive disorder I assume is what we are
```

**91**

```
 1            GERARD SANACORA, M.D., Ph.D.
 2   talking about.
 3      Q.  No, I'm not talking about major
 4   depressive disorder.  Is there a diagnosis of
 5   depression that is not major depressive
 6   disorder?
 7      A.  Yes.
 8      Q.  A diagnosis of depression that is not
 9   major depressive disorder?
10      A.  So major depressive episode?
11      Q.  If somebody is diagnosed -- can
12   somebody be diagnosed as depressed without
13   having a major depressive disorder?
14      A.  Depressed isn't really a diagnosis
15   that we use.
16      Q.  What diagnosis would you use?
17      A.  Depends on which one.  There could be
18   major depressive disorder, it could be bipolar
19   disorder, it could be adjustment disorder with
20   depressed mood.  There are many -- it's a
21   description of behaviors and -- but the
22   diagnosis is based on other things.
23      Q.  Would the diagnosis of major
24   depressive disorder include symptoms of
25   aggression?
```

**92**

```
 1            GERARD SANACORA, M.D., Ph.D.
 2      A.  It is not in the diagnostic list for
 3   major depressive -- major depression, or major
 4   depressive episode.  You really get the
 5   diagnosis major depressive episode that gives
 6   you the diagnosis of major depression.
 7      Q.  Would you agree that aggression is a
 8   risk factor for suicide?
 9      A.  I believe there are studies suggesting
10   that aggression is associated with suicide.
11      Q.  Would you agree that anxiety is a risk
12   factor for suicide?
13      A.  I agree that anxiety is associated
14   with suicide.
15      Q.  Would you agree that impulsivity is a
16   risk factor for suicide?
17      A.  Yes.
18      Q.  Would you agree that major depressive
19   disorder is a risk factor for suicide?
20      A.  Yes.
21      Q.  Would you agree that aggression -- I'm
22   sorry, I don't believe I asked you this -- would
23   you agree that aggression is a risk factor for
24   suicide?
25          MR. HOOPER:  Objection, asked and
```