EXHIBIT 27

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Trimble, Michael MD (FP Expert)**
**10/19/2007**

**Printed : 3/20/2008**

326

2  MR. FINKELSTEIN: Okay. Why don't we
3  go off the record?
4  THE VIDEOGRAPHER: Going off the
5  record.
6  The time is 1:27 p.m.
7  (Recess taken.)
8  THE VIDEOGRAPHER: We are back on the
9  record.
10  The time is 1:35 p.m.
11  EXAMINATION
12  BY MR. FINKELSTEIN:
13  Q  Good afternoon, Professor Trimble.
14  As you know, I am Andrew Finkelstein,
15  and I represent the Smiths in their matter against
16  Smith against Pfizer.
17  I'm going to ask you several
18  questions with respect to that matter, as well as
19  your general opinion associated with Neurontin and
20  its effect on mood and behavior. Okay?
21  Professor Trimble, are you
22  particularly qualified to assess the effect of
23  Neurontin and its effect on humans' mood and
24  behavior?
25  A  Yes.

327

2  Q  And how is it that you are qualified?
3  A  I have spent most of my research
4  career examining the effects of drugs on behavior,
5  with specific reference to the class of drugs
6  called antiepileptic drugs, of which Neurontin is
7  one such drug.
8  I am also a neurologist and a
9  psychiatrist and a neuropharmacologist, and
10  believe that all three of these disciplines
11  together are very important in understanding these
12  issues.
13  Q  And can you describe basically how
14  the confluence of those three degrees are
15  important in understanding this particular issue?
16  A  If you only have a neurological
17  perspective, then you will not be able to
18  understand the psychiatry and the behavior
19  disorders. If you have a psychiatric perspective,
20  you will not understand the basic underlying
21  neurology. If you have not had acquaintance with
22  neuroanatomy and neurochemistry and experimental
23  methods, you will not understand the translation
24  of those into clinical practice.
25  Q  And in all three of those disciplines

328

2  do you have advanced degrees?
3  A  I do.
4  Q  Professor Trimble, would you
5  succinctly state your opinion with a reasonable
6  degree of scientific, psychiatric and medical
7  certainty, how the ingestion of Neurontin may be a
8  substantial factor in leading to suicide and
9  attempted suicide?
10  A  It's my considered opinion, based
11  upon scientific papers and my own reading of those
12  papers, that the following apply: If you take
13  gabapentin, this leads to an increase in cerebral
14  GABA, in brain GABA.
15  Increasing brain GABA, has been
16  shown, in scientific, peer-reviewed papers, to
17  lead to decrease of serotonin. Serotonin is vital
18  for the regulation of mood, and it has been shown
19  in many published, scientific, peer-reviewed
20  papers that decrease of turnover of serotonin in
21  the human brain is associated with depression,
22  suicide, and in particular, with violent suicides.
23  Q  Professor Trimble, you have
24  articulated that gabapentin, in your considered
25  opinion, increases human brain GABA, is that one

329

2  element of your opinion?
3  A  That is correct.
4  Q  And in forming that opinion, did you
5  apply a scientific method in forming that opinion.
6  A  I reviewed the peer-reviewed papers
7  that have examined the effect of gabapentin on
8  brain GABA.
9  Q  In addition to the peer-reviewed
10  papers, did you also review any controlled trials.
11  A  I reviewed controlled trials of
12  gabapentin in epilepsy, yes.
13  Q  And did you also review corporate
14  documents?
15  A  I have reviewed corporate documents.
16  Q  And can you cite to any peer-reviewed
17  papers that support the proposition that
18  gabapentin increases human brain GABA?
19  A  There is substantial evidence in
20  peer-reviewed papers that gabapentin increases
21  GABA in the human brain. This work comes from
22  Petrov, in particular, and his group. And there
23  is an alternative group, one of those difficult
24  names, Kuznetsky, who have independently
25  replicated the finding, that if you give GABA to