# EXHIBIT 29

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Blume, Cheryl (FP Expert)**
11/13/2007

**Printed : 3/20/2008**

```
                                                                    415
 1    explained by confounding factors?
 2        A.   Yeah, you asked me that and I don't know how
 3    to explain that.  I don't know how to respond to that.
 4            For an association to be valid -- an observed
 5    association is valid.  The degree of -- the degree with
 6    which you can directly correlate that event to the drug
 7    may be impacted by other issues.  But, still, that
 8    patient experienced an im- -- an adverse event in
 9    association with that drug.
10            Now, it may be possibly explained by other
11    issues, but at the end of the day, that adverse event
12    still occurred.  And if those biases are ones that
13    happen every day in their lives in an uncontrolled
14    postmarketing world, then that association is still
15    important.
16        Q.   Do you agree that it's critical to determine
17    whether the association between agent and disease is
18    causal and a result of confounding?
19            MR. FROMSON:  Objection as to the form.
20            THE WITNESS:  If it's causal or confounding?
21    BY MR. BARNES:
22        Q.   Yeah, if it's a result of -- when you look
23    at it -- look at the data you've just been describing,
24    do you agree that it's critical to determine whether the
25    association between an agent and a disease in question
```

```
                                                                    416
 1    is causal or the result of -- of confounding factors?
 2            MR. FROMSON:  Objection as to form.
 3            THE WITNESS:  When epidemiology, especially
 4    the forward-looking epidemiology studies are done,
 5    they say these are planned studies.  And the
 6    planned studies discuss on the front end what can
 7    be possible confounding influences.  They control
 8    for those in the enrollment process.  At the end of
 9    the study, they address the confounding factors.
10            If there is no differences between or among
11    the groups in those confounding factors, then there
12    is no confounding influence and the results can be
13    considered causal or not causal.  If at the end of
14    the study they have some confounding events, they
15    still report the data and note that there could be
16    confounding factors.
17    BY MR. BARNES:
18        Q.   Yesterday when you were testifying, you stated
19    that you could conclude there was a causal association
20    when there was some evidence of biological plausibility.
21    Do you remember that discussion yesterday?
22        A.   Yes.
23        Q.   You also said that you would consider evidence
24    of a single case of a dechallenge/rechallenge to
25    establish causation.  Do you remember that?
```

```
                                                                    417
 1        A.   Yes.
 2        Q.   These questions were specifically with regard
 3    to the question of does -- is -- does Neurontin cause
 4    suicide, correct?
 5            MR. FROMSON:  Objection as to form.
 6            THE WITNESS:  Well, I don't --
 7    BY MR. BARNES:
 8        Q.   That was the context of the discussion, right?
 9        A.   It was the context.  I don't know --
10        Q.   Yeah.
11        A.   -- if you specifically said "suicide" when I
12    was giving those general comments.
13        Q.   Well, let me just ask you this.
14            So to assess causation, you consider
15    biological plausibility and dechallenge/rechallenge in
16    the context of your opinions with regard to whether
17    Neurontin causes suicide?
18        A.   Do I consider biologic plausibility and the --
19    and information relating to dechallenge and rechallenge
20    in my opinions relating to Neurontin and suicide?
21        Q.   Yes.
22        A.   Yes.
23        Q.   Is there any other data that you consider in
24    reaching your opinions with regard to the question does
25    Neurontin cause suicide?
```

```
                                                                    418
 1            MR. FROMSON:  Just note my objection as to
 2    form to the extent it may have been asked and
 3    answered yesterday.
 4            THE WITNESS:  Okay.  So it's biologic
 5    plausibility, the clinical data, the clinical
 6    literature, the dechallenge events, the rechallenge
 7    events, and information relating to other products
 8    that have similar actions on neurotransmitters are
 9    all provided in my report.
10            So based on the expansive information that's
11    in this report, those are -- those are the
12    information that I using to predicate that there is
13    a causal relationship between -- precipitating
14    action between Neurontin and suicide behavior.
15    BY MR. BARNES:
16        Q.   Let's get the list.  Clinical literature,
17    correct?
18        A.   Right.
19        Q.   The dechallenge/rechallenge?
20        A.   Right.  Clinical trials.
21        Q.   Clinical trials.  What else?
22        A.   Information relating to other products or
23    issues that impact neurotransmitters, the same
24    neurotransmitters.
25        Q.   Okay.  Clinical literature,
```