EXHIBIT 30

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Sanacora, Gerard MD (Defense Expert)**
1/18/2008

**Printed : 3/20/2008**

Page 77

```
1       GERARD SANACORA, M.D., Ph.D.
2   indirectly can create hostility in humans?
3       A.  I think that's less clear.
4       Q.  Do you believe that altering
5   neurotransmitter systems either directly or
6   indirectly can have an effect on impulsivity in
7   humans?
8       A.  Again, less clear, but yes.
9       Q.  Do you believe that altering
10  neurotransmitter systems either directly or
11  indirectly can release depression in humans?
12      MR. HOOPER:  Objection.
13      A.  Again, just to get the semantics,
14  release depression?
15      Q.  Do you believe that altering
16  neurotransmitter systems either directly or
17  indirectly can release hostility in humans?
18      MR. HOOPER:  Objection.
19      A.  I'm stuck on the "release." Can it --
20      Q.  Do you believe that altering
21  neurotransmitter systems either directly or
22  indirectly can cause depression in humans?
23      A.  Depression meaning the clinical
24  diagnosis of major depressive disorder?
25      Q.  Yes.
```

Page 78

```
1       GERARD SANACORA, M.D., Ph.D.
2       A.  Can you repeat the whole question
3   again?
4       Q.  Do you believe that altering
5   neurotransmitter systems either directly or
6   indirectly can cause depression in humans?
7       MR. HOOPER:  Objection.
8       A.  I believe that altering
9   neurotransmitter systems either directly or
10  indirectly can be associated with several of the
11  symptoms that we use in the diagnosis of major
12  depression.
13      Q.  Would you tell me what those symptoms
14  would be?
15      A.  Sure.  Ranging from changes in sleep,
16  appetite, psychomotor behavior, interest,
17  concentration.  It's the broad things, suicidal
18  or obsessive -- or not obsessive, suicidal or
19  frequent thoughts of morbid preoccupations.
20      Q.  Anything else?
21      A.  I didn't check each one as I was going
22  through it.  Effects on energy.  I think I got
23  all of them there.  There are associated
24  symptoms that go with it also but you can draw a
25  long list there.
```

Page 79

```
1       GERARD SANACORA, M.D., Ph.D.
2       Q.  Based on what you know about
3   biological psychiatry, would you agree that
4   alterations directly or indirectly in the
5   neurotransmitter system of serotonin is related
6   to mood?
7       A.  Again, if we just -- the wording -- I
8   would say changes in serotonergic system has
9   been associated with differences in mood.
10      Q.  Based on what you know about
11  biological psychiatry, would you agree that
12  alterations either directly or indirectly in the
13  neurotransmitter system of serotonin is
14  associated with depression?
15      A.  Again, I would say is associated -- we
16  commonly see abnormalities in some serotonergic
17  measures either -- or changes with either
18  treatments of depression or in some cases in
19  patients with depression.
20      Q.  The treatments with depression, are
21  they pharmacological as well as other
22  psychological means?
23      A.  And other forms of treatment including
24  ACT and others also, yes.
25      Q.  Are you familiar with the
```

Page 80

```
1       GERARD SANACORA, M.D., Ph.D.
2   pharmacological treatment of depression?
3       A.  Yes.
4       Q.  Are you familiar with SSRIs?
5       A.  Yes.
6       Q.  What are SSRIs?
7       A.  The acronym is selective serotonin
8   reuptake inhibitors.
9       Q.  Do you understand SSRIs to be
10  antidepressants?
11      A.  Along with a host of other activities,
12  yes.
13      Q.  Can you describe how SSRIs have their
14  antidepressant qualities in human brain?
15      A.  No.  I can give some hypotheses and
16  can I say what the immediate effect of them are.
17      Q.  Would you be kind enough to explain
18  what the immediate effects of an SSRI has on
19  human brain?
20      A.  It seems to be a common mechanism that
21  is shared by the group that we call SSRIs that
22  they bind to the serotonin transporter and
23  inhibit the reuptake of serotonin from the
24  synaptic space.  So that seems to be the common
25  mechanism that they share.
```