EXHIBIT 33

# Finkelstein & PARTNERS
*Counselors At Law*

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)

Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY & NJ)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)

Terry D. Horner (NY)
Robert F. Moson (NY)
Debra J. Reisenman (NY)
Michael T. McGarry (NY)

Julio E. Urrutia (NY & NJ)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie Dusault (NY)
Andrew I. Falk (NY)

*Of Counsel*
Jules P. Levine, P.C. (NY & NJ)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)

*Accredited CLE Provider*

REFER TO OUR FILE #:200599

October 10, 2007

VIA E-MAIL and REGULAR MAIL

Dr. Russell Katz
Director, Neuropharmacological Drug Products
Food and Drug Administration, FDA 120
1451 Rockville Pike, Room 4037
Rockville, MD 20852

Re: FDA Neurontin Safety Analyses

Dear Dr. Katz:

In 2004, I advised you of thousands of suicides and attempted suicides that happened while American citizens were taking the prescription drug Neurontin®. Also, in 2004, a request was made of the FDA via a Citizen Petition to enhance the warning on Neurontin® labeling so that prescribing physicians and consumers could be warned of the psychiatric side effects associated with Neurontin® use. No response to this request has ever been received.

On March 21, 2005, I provided you with two-hundred-fifty-eight death certificates of Americans who committed suicide while taking the prescription drug Neurontin®. Over three and a half years have passed since the FDA has been on formal notice, yet the FDA remains completely silent on the issue: no letter to prescribing physicians has been issued; no public health advisory has been provided; and the FDA has not informed the public whether it is actively investigating the effect of anti-seizure drugs on mood and behavior.

In April, 2005, the FDA took the unusual step of asking anticonvulsant drug makers to review raw data from clinical trials to determine if the medications increase the risk of suicide. This action was triggered, not only by my firm's information, but was also sparked by the actions of another pharmaceutical company that came to FDA after looking at their controlled trial database: this company "thought they might have seen a signal for increased suicidal behavior," (*Neurology Today*, June 2005, quoting you).

> Dr. Katz said he could not name the drug at this time. But, he said, there is another anticonvulsant drug that already has been linked with a slight increase in suicidal risk. Zonisamide has on its label a rate of 1.1. percent suicide attempts versus 0.4 percent for placebo, Dr. Katz said. So, taken together with this second

Newburgh • Albany • Binghamton • Goshen • Middletown • New Windsor • Spring Valley • Poughkeepsie • Syracuse • Troy • Utica • Newark

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

drug, whose sponsor felt might have a signal, we suggested that we might look back at all the newer anticonvulsants. *Id.*

Notwithstanding the FDA's disclosure that it requested a review of effects of anticonvulsant drugs on mood and behavior, there has been no further public notice of the results. In December 2005, you indicated in a personal correspondence to me that "[w]e assure your that we will continue to handle this matter as expeditiously as possible." If there has been any progress, none has been communicated to the general public which remains at risk.

Importantly, in correspondence to me on April 12, 2005, you indicated FDA's request that my firm "engage the services of an expert to help you analyze and interpret" the data regarding Neurontin® and suicidaility. This is not the obligation of private citizens, but rather it is the FDA's responsibility to investigate dangerous drugs and protect the health and safety of Americans. Notwithstanding your efforts to circumvent your duty, we retained the world renowned expert Michael Trimble, M.D., to provide opinions regarding Neurontin®. Dr. Trimble's qualifications are set forth in his attached *curriculum vitae*. I have enclosed Dr. Trimble's report which outlines Neurontin's mechanisms of action which causes negative mood and behavioral alterations, including suicidal behavior. Any portion that mentions confidential documents obtained through litigation has been redacted. Specifically, Dr. Trimble states;

> *In summary*, the GABAergic action of gabapentin (Neurontin) has an effect on GABA that has never been refuted. The GABAergic effects on the human brain have been demonstrated in peer-reviewed imaging studies and replicated from independent centers, and the results used by the company to explain mechanisms of action. This effect, combined with the well demonstrated effect of gabapentin on reducing the release of key monoamines central to the regulation of mood, especially but not exclusively on serotonin, also forms a part of the company profile of the compound. These facts regarding mechanism of action, combined with the knowledge of negative affects on mood revealed in clinical trials should have alerted those investigating this drug to the potential for provoking serious behavioral side effects, especially in the depression-aggression-suicide spectrum.

Lastly, your correspondence of April 12, 2005 referenced your concern that the "absence of an appropriate control group" makes it difficult to assess the association of Neurontin® with suicidaility. I have therefore enclosed the recent epidemiological study that was published in the Journal of Affective Disorders in July, 2007. Doctors Collins and McFarland evaluated 12,662 people, including over 4,000 people taking Gabapentin (Neurontin®), and they compared these subjects to a control group of Lithium users. The adjusted hazard ratio for completed suicides was 2.6 for gabapentin users (p<0.001). Neurontin® users were found to be ***more than twice as likely*** to commit suicide when compared to Lithium users. Noteworthy, this study was funded by Abbott Laboratories. We cannot help but wonder why Pfizer did not sponsor such a study, or why the FDA did not require that such a study be performed by Pfizer. I do look forward to FDA's response to the March, 2004 Citizens Petition.

Very truly yours,

FINKELSTEIN & PARTNERS, LLP

BY:

ANDREW G. FINKELSTEIN