EXHIBIT 34



# Finkelstein & PARTNERS
### Counselors At Law
A Limited Liability Partnership

| | | | |
|---|---|---|---|
| Howard S. Finkelstein, P.C. (NY) | Thomas C. Yatto (NY) | Steven P. Shultz (NY & MA) | Glenn W. Kelleher (NY) |
| Andrew G. Finkelstein, P.C. (NY & NJ) | Elyssa M. Fried-DeRosa (NY) | Julio E. Urrutia (NY & NJ) | |
| George M. Levy (NY) | Mary Ellen Wright (NY) | Victoria Lieb Lightcap (NY & MA) | *Of Counsel* |
| Kenneth L. Oliver, P.C. (NY) | Kenneth B. Fromson (NY & NJ) | Ann R. Johnson (NY & CT) | Jules P. Levine, P.C. (NY & FL) |
| Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) | Joel Bossom (NY) | Marshall P. Richer (NY) | Michael O. Gittelsohn, P.C. (NY) |
| Duncan W. Clark (NY) | Nancy Y. Morgan (NY, NJ & PA) | Thomas J. Pronti (NY) | Joel A. Reback (NY & Israel) |
| Ronald Rosenkranz (NY) | Andrew L. Spitz (NY) | Kristine M. Cahill (NY & CT) | Sheila Rosenrauch (NY) |
| Robert J. Camera (NY & NJ) | James W. Shuttleworth, III (NY) | Kara L. Campbell (NY & CT) | Kenneth Cohen (NJ) |
| Joseph P. Rones (NY & FL) | Lawrence D. Lissauer (NY) | Arieh Mezoff (NY) | Cynthia M. Maurer (NY & NJ) |
| Steven Lim (NY) | David E. Gross (NY & NJ) | Christopher T. Milliman (NY) | Raye D. Futerfas (NJ) |
| George A. Kohl, 2nd (NY & MA) | | Silvia Fermanian (NY) | Frances M. Bova (NY & NJ) |
| Eleanor L. Polimeni (NY) | Terry D. Horner (NY) | Edward M. Steves (NY) | Kenneth G. Bartlett (CT & NJ) |
| Steven H. Cohen (NY) | Robert F. Moson (NY) | Karen M. Queenan (NY & CT) | Ari Kresch (NY & MI) |
| Francis Navarra (NY) | Debra J. Reisenman (NY) | Marie Dusault (NY) | |
| Andrew J. Genna, LLM (NY & PA) | Michael T. McGarry (NY) | Andrew I. Falk (NY) | |

*Accredited CLE Provider*

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

REFER TO OUR FILE #:200599

November 30, 2007

VIA OVERNIGHT MAIL

Dr. Russell Katz
Director
Division of Neurology Drug Products
Food and Drug Administration,
10903 New Hampshire Ave
Silver Spring, MD 20903

Re: Neurontin Safety Analyses - Docket No. 2004P-0235/CP1

Dear Dr. Katz:

Thank you for your correspondence dated November 28, 2007, acknowledging receipt of Professor Trimble and Professor Greenland's reports. In addition to those reports, kindly accept the enclosed report of Dr. Cheryl Blume regarding her independent safety analysis of Neurontin for your consideration. Once again, I would appreciate confirmation of receipt.

Your attention to this matter is appreciated.

Very truly yours,

FINKELSTEIN & PARTNERS, LLP

BY: ANDREW G. FINKELSTEIN

Newburgh • Albany • Binghamton • Goshen • Middletown • New Windsor • Spring Valley • Poughkeepsie • Syracuse • Troy • Utica • Newark

436 ROBINSON AVENUE 50 PARK PLACE, 10th FLOOR
NEWBURGH, NY 12550 NEWARK, NJ 07102