# EXHIBIT 35



DEPARTMENT OF HEALTH & HUMAN SERVICES        Public Health Service

                                              Food and Drug Administration
                                              Rockville, MD 20857

Andrew G. Finkelstein, Esq.
Finkelstein & Partners, L.L.P.
436 Robinson Avenue
Newburgh, New York 12550


      Re:  Neurontin -- Docket No. 2004P-0235/CP1


Dear Mr. Finkelstein:

I am writing to confirm that we have received your letters of October 10, 2007, and October 25, 2007, as well as the Declaration of Michael Trimble, the Expert Report of Sander Greenland, and the two articles enclosed therewith. We are reviewing these submissions and plan to incorporate our analysis of them into our response to your Citizen Petition.

We thank you for your submissions and, as indicated previously, assure you that we are handling this matter as expeditiously as possible.


                                     Sincerely,

                                     Russell Katz, M.D.
                                     Director
                                     Division of Neurology Products
                                     Office of Drug Evaluation I
                                     Center for Drug Evaluation and Research