EXHIBIT 36

**Neurontin Pfizer Sales ̠Marketing Team**
**Alphs, Larry MD (Pfizer)**
6/22/2007

460

1       Confidential - Larry Alphs, M.D.
2          MS. SCHULTZ: Object to form of
3       the question.
4          A    Yes.
5          Q    Yes. And was that study, you said it
6       was focused on acute suicidality, and relieving
7       somebody from acute suicidality?
8          A    No.
9          Q    What was it with respect to
10      suicidality?
11         A    It was the prevention of suicidality.
12      So, these people, the most acute cases were to be
13      treated immediately with whatever therapies were
14      available. There was no pharmacologic treatment,
15      but you would intervene with whatever behavioral
16      types of thing.
17             But if someone had been demonstrated
18      to be chronically highly suicidal, that is with a
19      number of episodes in the last -- my recollection
20      is the last year, but I could have gotten that
21      wrong, they were considered to be highly suicidal.
22             And then we were trying to see
23      whether or not a future event might be prevented
24      by this drug.
25         Q    By the drug?

461

1       Confidential - Larry Alphs, M.D.
2          A    It didn't change. This is related to
3       the testimony about mania that I had a few minutes
4       ago. It had -- we were not looking at all in sort
5       of if someone was having a lot of thoughts about
6       suicide, we were not trying to bring them down
7       quickly. What we were trying to do was prevent
8       the next episode.
9              That was very much the issue with
10      gabapentin and bipolar disorder, were not trying
11      to bring it down from an acute manic episode or up
12      from a depressed, but we were trying to prevent
13      those events, and that's what I was trying to do
14      with suicidality as well.
15         Q    And my question is not related to
16      gabapentin, but with respect to your intercept
17      study, the attempt to alter that future activity
18      of suicidality, which is what your goal was, was
19      through pharmacological agents?
20         A    That's correct.
21         Q    And those pharmacological agents had
22      some -- caused an alteration in the brain
23      chemistry, didn't it?
24         A    Undoubtedly, yes.
25         Q    And a result of the alteration of the

462

1       Confidential - Larry Alphs, M.D.
2       brain chemistry for the study that you championed
3       and ultimately got approval for, in fact, was
4       successful; right?
5          A    That's correct.
6          Q    And it was successful because the
7       chemical modified the neurotransmitters in the
8       brain and changed the thought process, didn't it?
9              MS. SCHULTZ: Object to the form of
10      the question. I think that misstates his
11      testimony.
12         A    That, that is a hypothesis. That we
13      don't know.
14             We, our best hypothesis suspect that,
15      but we don't know that. I would hypothesize that,
16      but I don't know that. No one in the world knows
17      that.
18         Q    I'm aware of that.
19         A    Okay. But so I would say we don't
20      know that.
21         Q    My question is: You would
22      hypothesize that though, wouldn't you? And
23      haven't you written to that effect?
24         A    I probably have.
25         Q    And what you have written is that the

463

1       Confidential - Larry Alphs, M.D.
2       alteration of the neurotransmitter systems relieve
3       the individual from their suicidality, in sum and
4       substance?
5              MS. SCHULTZ: Object to the form,
6       lacks foundation.
7          A    If I said that, I would like you to
8       show me the statement. I would disagree with my
9       own statement if I said that.
10             That is a reasonable hypothesis. I
11      say again, only God knows at the moment. Maybe
12      some day we will know. That is my hypothesis. I
13      think it's very reasonable, and many knowledgeable
14      people, many knowledgeable scientists and
15      clinicians would agree with that hypothesis.
16         Q    The hypothesis, just so we are clear,
17      is that a pharmacological agent can transition
18      from some -- an individual from being suicidal to
19      not being imminently suicidal.
20             MS. SCHULTZ: Object to the form of
21      the question. It misstates his testimony.
22         A    That would be a reasonable
23      hypothesis.
24         Q    I want to know if this hypothesis you
25      subscribe to: Just as a chemical can relieve

**464**

1        Confidential - Larry Alphs, M.D.
2    someone of imminent suicidality, can't the
3    chemical create imminent suicidality by altering
4    the brain chemistry?
5        A    That, too, is a reasonable
6    hypothesis.
7        Q    Okay.  What does idiosyncratic mean?
8        A    Basically it means that it happens,
9    we don't know why.  It -- we observe it to happen
10    and we really don't understand why it's happening.
11        Q    Well, if, as a physician, I want
12    to -- I want to ask specifically with respect to
13    clinical trials.
14        If somebody is involved in a clinical
15    trial, and you are the clinician overseeing the
16    clinical trial, and your investigator describes an
17    event as being idiosyncratic --
18        A    Um-hum.
19        Q    -- within the purview of a clinical
20    trial, what does that mean?
21        A    That would mean, as I just said, that
22    the investigator has made this observation and he
23    doesn't have an underlying hypothesis of why it my
24    might have occurred.  It's an observation that
25    definitely happened, and it's probably not that

**465**

1        Confidential - Larry Alphs, M.D.
2    common an observation as well, because usually a
3    more common observation, we would have some
4    hypothesis that we developed around it.  We are
5    not exactly sure why it happened.
6        Q    Do you rely upon anecdotal reports?
7        MS. SCHULTZ:  Object to the form.
8    For what?
9        MR. FINKELSTEIN:  I will withdraw the
10    question.
11        Q    What is an anecdotal report in
12    clinical trials?
13        A    An anecdotal report is simply a
14    report that happened, an event that happens to
15    occur without context of much reference material
16    around it.
17        So it -- I think that is probably as
18    good as I am going to do right at the moment.
19        Q    Do you believe they are important?
20        A    In a very limited way, yes.
21        Q    Do you think --
22        A    But one has to use extreme caution,
23    because they can be very dangerous pieces of
24    information, because they can lead you down very
25    wrong pathways if you misinterpret them, and they

**466**

1        Confidential - Larry Alphs, M.D.
2    are very easy to misinterpret.
3        Q    Do you think anecdotal reports
4    support a physician's basis for prescribing a
5    drug?
6        MS. SCHULTZ:  Object to form.  Lacks
7    foundation.  Improper hypothetical.
8        A    I would want to know a lot more
9    before I answered that.  I would want to know the
10    specific case.
11        In some circumstances, the answer
12    might be yes; in other circumstances, definitely
13    not.
14        Q    Okay.  Anecdotal reports are -- do
15    they describe beneficial effects of drugs at
16    times?
17        MS. SCHULTZ:  Object to the form.
18    Lacks foundation.
19        A    Anecdotal reports, and one of the
20    problems -- they can describe anything and they
21    can have absolutely nothing to do with a drug,
22    anecdotal reports.
23        It also depends on the source of the
24    anecdotal reports.  Anecdotal reports that come
25    from a very reliable, experienced investigator are

**467**

1        Confidential - Larry Alphs, M.D.
2    far different than someone that you might pick up
3    in Mason City Globe Gazette that just -- some
4    newspaper reporter happens to pick up somewhere.
5    That, too, is an anecdotal report.  There are huge
6    differences in that.
7        Q    I'm talking specifically with respect
8    to medically reported anecdotal reports by
9    physicians regarding observations that they have
10    had of their patients when they are on a
11    particular medication --
12        MS. SCHULTZ:  Object to form.
13        Q    -- not newspaper articles, not the
14    news.  I'm talking about scientific journals.
15        A    Certainly, I would give more credence
16    to those, but unfortunately, even amongst
17    clinicians, there is variations in the
18    credibility.  And so one has to look at the
19    quality of the clinician who is looking at them as
20    well.
21        In general, and depending on the
22    levels of evidence available, I would put
23    anecdotal reports way down at the bottom.
24        If it's all I have and I have nothing
25    else, yeah, I'm going to take a look at it.  I'm