EXHIBIT 37

Case 1:04-cv-10981-PBS   Document 1197-51   Filed 04/04/2008   Page 1 of 3

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Rothschild, Anthony MD (Defense Expert)**
**1/15/2008**

**Printed : 3/20/2008**

**Page 77**

1   A. Yes.
2   Q. And do you treat depression via
3      psychotherapy?
4   A. Sometimes.
5   Q. And do you treat depression via
6      pharmacological agents?
7   A. Sometimes.
8   Q. And how else do you treat depression?
9   A. Those would be the two main treatments,
10     pharmacotherapy or psychotherapy or the
11     combination.
12  Q. And when somebody presents to your office
13     who has not had a significant life event but
14     is -- you've diagnosed as having depression,
15     do you ever prescribe pharmacotherapy?
16  A. Yes.
17  Q. And for what purposes do you prescribe
18     pharmacotherapy when they've presented
19     without a life event causing their
20     depression?
21  A. To get them better.
22  Q. And what is your expectation that that
23     pharmacological agent will do with respect
24     to the brain neurochemistry?
25  A. Well, just to clarify, when I say "get them

**Page 78**

1      better," to get their symptoms of major
2      depression better, which includes the sad
3      mood, the sleep disturbance, the, you know,
4      loss of energy and the change in appetite
5      and possibly also suicidal thinking, all
6      those symptoms of major depression. The
7      antidepressants, depending on which one I
8      prescribe, would usually be a reuptake
9      blocker of either serotonin or
10     norepinephrine, would be the most common
11     treatments that I would use.
12  Q. The symptoms of major depression that you've
13     just outlined, sad mood, is that a
14     subjective complaint?
15  A. Sad mood or depressed mood is something that
16     the person is describing their mood. I
17     guess I'm not sure what you mean by
18     "subjective."
19  Q. Is it subjective from the individual
20     presenting it to you, or is it some
21     objective observation that you are making?
22  A. Well, it's both. I mean, the person says
23     how they're feeling, and, you know, one can
24     actually rate the depressed mood on a
25     Hamilton Depression Rating Scale, which is

**Page 79**

1      item one, is to the degree of the
2      depression. I mean, it's subjective in a
3      sense that the person is reporting it as
4      opposed to like an X-ray, if that answers
5      your question.
6   Q. That does answer my question.
7      And the other element that you
8      described, decreased appetite, is that a
9      subjective presentation in the fact that the
10     patient is reporting it?
11  A. Well, it's all from patient report,
12     obviously. I don't go home with them and
13     watch how much they're eating, it's what
14     they report.
15  Q. Do you agree Neurontin directly influences
16     neurotransmitter function in the brain?
17  A. Which neurotransmitter are we talking about?
18  Q. I'm just saying a broad statement, then
19     we'll narrow it down as to which ones. Does
20     it influence neurotransmitter systems in the
21     brain? If your answer is no, then I have no
22     follow-up questions.
23  A. I guess the answer to the question yes, the
24     way you phrased it.
25  Q. Do you agree Neurontin changes the brain

**Page 80**

1      chemistry in humans?
2         MS. McGRODER: Objection,
3      overbroad.
4   A. Neurontin is thought to be a -- to affect
5      the GABAergic system to directly answer your
6      system.
7   Q. Do you agree that Neurontin is GABAergic?
8   A. It's -- you know, the evidence is not
9      conclusive, but it's thought to have effects
10     through the GABA system.
11  Q. Well, a pharmacological agent that affects
12     the GABA system, do you define that as
13     GABAergic?
14  A. I would.
15  Q. You would.
16     So if I ask, is it your opinion that
17     Neurontin is GABAergic, your answer would
18     be?
19        MS. McGRODER: Objection.
20  A. Yes.
21  Q. Do you agree it's not novel -- it is not a
22     novel position for the physician to take the
23     position that Neurontin changes the brain
24     chemistry through the GABA pathways?
25        MS. McGRODER: Objection.