EXHIBIT 38

# Modulation of cerebral GABA by topiramate, lamotrigine, and gabapentin in healthy adults

R. Kuzniecky, MD; S. Ho, MD, FRACP; J. Pan, MD, PhD; R. Martin, PhD; F. Gilliam, MD, E. Faught, MD; and H. Hetherington, PhD

**Abstract**—*Background*: Anticonvulsant drugs have multiple mechanisms of action. Recent in vivo MRS studies suggest that cerebral γ-aminobutyric acid (GABA) increases occur with the administration of certain anticonvulsants in humans. *Objective*: To investigate the effect of topiramate, gabapentin, and lamotrigine on cerebral GABA concentrations in healthy volunteers and correlate the GABA concentrations with serum drug levels. *Methods*: Seventeen healthy adults were randomly assigned to receive topiramate, gabapentin, and lamotrigine and underwent GABA measurements using a 4.1-T magnet from a 13.5-mL volume over the occipital region. GABA concentrations and serum levels were measured at 3 and 6 hours following administration of an acute single dose of one of the drugs. Thereafter, drugs were titrated over 4 weeks to target doses, with GABA measurements performed at 2 and 4 weeks. *Results*: Cerebral GABA concentrations rose 70% in the acute phase compared with baseline for topiramate. GABA rose 48% at 6 hours with gabapentin but not with lamotrigine. With long-term dosing and once target doses were achieved at 4 weeks, significant elevations in GABA were observed compared with baseline for all three drugs (topiramate 46%, gabapentin 25%, lamotrigine 25%). *Conclusion*: This study demonstrates that single doses of topiramate and gabapentin increase cerebral GABA concentrations acutely (hours) in healthy individuals, but all drugs at clinically utilized doses increase cerebral GABA at 4 weeks. These results suggest that the mechanisms of action of anticonvulsant drugs are more complex and are likely to be multiple in nature.
NEUROLOGY 2002;58:368–372

γ-Aminobutyric acid (GABA) is a major inhibitory neurotransmitter in the forebrain structures.[1] Decreases in GABA inhibitory function may cause seizures whereas enhancement may result in an anticonvulsant effect.[2] Activation of GABA receptors increases membrane conductance to ions, which results in a depressant effect. Studies show that GABA inhibition may be abnormal in epilepsy.[2,3]

Traditional GABA agonist antiepileptic drugs include phenobarbital and benzodiazepines. New antiepileptic drugs such as tiagabine and vigabatrin appear to enhance GABA function by inhibition of GABA uptake or GABA transaminase. Recently, MRI studies[4,5] have been shown to reliably measure cerebral GABA in vivo. These studies have demonstrated, e.g., that some patients with intractable seizures have subnormal cerebral GABA concentrations.[6] In addition, MRI studies have demonstrated that vigabatrin and gabapentin can increase cerebral GABA in patients with epilepsy. Similarly, we have recently shown that topiramate significantly increases GABA concentrations in healthy volunteers 3 and 6 hours after a single dose.[7]

In this study we report our observations on the effects of acute and chronic doses of topiramate, gabapentin, and lamotrigine on cerebral GABA concentrations in healthy individuals. We performed these experiments in healthy individuals because of the potential effects of seizures or the underlying epileptic substrate on cerebral GABA concentrations. In addition, we report the concurrent serum drug concentrations for each anticonvulsant group.

**Materials and methods.** Seventeen healthy young subjects (10 men, 7 women; mean age, 28.8 years; age range, 19 to 36 years) were studied. All subjects were screened for neurologic, systemic, and psychiatric disorders. Subjects received a physical and screening laboratory examination including complete blood count, chemistry 20, toxic screen, and EKG. Subjects were asked to refrain from alcoholic beverages or any type of medications for at least 2 weeks before the beginning of the experiment. In addition, subjects were asked to refrain from ingesting alcohol or any medications during the experimental phase. No subject had received any drug (e.g., benzodiazepines) that could have influenced the results prior to randomization. All subjects gave full consent for the study, which was approved by the University of Alabama at Birmingham Institutional Review Board Committee.

*Experimental design. Acute phase.* A randomized single-blind, parallel group design was employed. After informed consent, subjects were randomly assigned to re-

From the Department of Neurology and Center for Nuclear Imaging Research, University of Alabama at Birmingham Epilepsy Center.
Supported in part by grants from the National Center Research Resources, RR-118811, and grants from Parke-Davis (Ann Arbor, MI) and GlaxoSmithKline (Research Triangle Park, NC).
Received June 15, 2001. Accepted in final form September 10, 2001.
Address correspondence and reprint requests to Dr. Ruben Kuzniecky, Department of Neurology, UAB Station, Birmingham, AL 35294.

ceive one of three antiepileptic drugs. The group underwent a baseline (on no drug) GABA MRS study within 5 days before the acute experiment. Each subject then received an acute oral dose of one of the following drugs according to randomization. The acute dose was designed to approximate 50% of the target dose at 4 weeks. Individuals received topiramate 2.8 mg/kg, lamotrigine 3.5 mg/kg, or gabapentin 17 mg/kg. After ingestion, the subjects were under continuous medical observation. Three hours after the ingestion of the single acute dose, the individuals were placed in the magnet and cerebral GABA measurements were obtained. At termination, the subjects were removed from the scanner and were taken to the laboratory to rest. The same MRS procedure was repeated 6 hours after the administration of the initial acute dose of the anticonvulsant drug.

*Chronic phase.* Following the single-dose acute phase, subjects received no further drug for 72 hours. After telephone contact and if the subject was free of side effects, titration of the respective drug began. We elected the following target doses to approximate clinically relevant doses (topiramate 400 mg/d, lamotrigine 500 mg/d, gabapentin 2,400 mg/d for a 70-kg individual). The target dose on a milligrams per kilograms per day base for subjects on topiramate was 5.7 mg/kg/d, for lamotrigine 7.1 mg/kg/d, and for gabapentin 35 mg/kg/d. Subjects randomly assigned to receive topiramate began with 25 mg/d, lamotrigine 50 mg/d, and gabapentin 300 mg/d to facilitate adjustment to potential side effects. The dose was then calculated to the target dose by increments of 25% each week, so individuals received 25% of their total dose during week 1, 50% by week 2, 75% by week 3, and 100% of their maximum target dose by week 4. The maximal dose was reached at day 30 following the beginning of the chronic phase.

MRS GABA measurements were performed at the end of 2 and 4 weeks while subjects were receiving 50% (at week 2) and 100% (at week 4) of their target doses. Anticonvulsant drug levels were obtained conjointly with the GABA MRS measurements at 3 hours, 6 hours, and 2 and 4 weeks. The samples were frozen, then blinded as to the identity of the subject and sent for analysis. In order to avoid bias, no information was provided to the laboratory.

*MRS study.* The GABA measurements were obtained according to previously published methods.[7,8] In summary, all spectra were acquired using a 4.1-T whole body imaging spectrometer equipped with a 25mT/m shielded gradient set (Magnex Scientific, Oxford, UK) and a single tuned 7-cm surface coil over the occipital lobe as previously described. The occipital lobe was used because visualization is easy and to date most GABA studies have been performed in the occipital lobe. Volume localized $^1$H edited spectra were acquired using a slice selective excitation pulse parallel to the plane of the coil (15 mm in thickness) with two dimensions of image selected in vivo spectroscopy (30 × 30 mm$^2$), to select a 13.5-mL volume. Single quantum editing of the GABA resonance was performed using a numerically optimized selective inversion pulse.[8] The inversion pulse was applied on alternate acquisitions to the $C^3H$ resonance of GABA (1.9 ppm) and to a position symmetric about the $C^4H$ resonance of GABA (4.1 ppm).

In vivo edited spectra from 13.5-mL volumes were collected from the volunteers employing an echo time of 72 ms and interleaving the measurements into two bins of 64 scans (inversion at 1.9 ppm or 4.1 ppm). The data were acquired with a repetition time of 2 seconds resulting in acquisition duration of 4.26 minutes per measurement. For signal-to-noise considerations, two such measurements were summed. To account for the residual overlap of the macromolecule resonance, data were also collected with the optimized inversion pulse positioned at the 1.70 ppm macromolecule resonance position.[9] The resonance areas from the predominantly GABA spectra (inversion at 1.9 ppm) and macromolecule edited spectra (inversion at 1.7 ppm) were determined by integrating over a bandwidth of ±30 Hz, centered at 3.0 ppm.[8]

To minimize the effect of study variation in signal amplitude resulting from small differences in subject positioning, the GABA levels were referenced to the creatine area determined from that particular study. This was determined by integration of the creatine resonance over a ±30-Hz bandwidth centered at 2.96 ppm (to minimize the inclusion of choline). To convert the measured areas to millimoles per liter values, a creatine concentration of 7.1 mmol/L, corresponding to a 50:50 mixture of gray and white matter, was assumed along with equivalent T2 losses for creatine and GABA.

*Analysis.* The investigators performing the GABA acquisition and analysis were unaware of the drug and dose given to each subject. The millimoles per liter values of GABA for each subject were tabulated at baseline, at 3 and 6 hours, and at 2 and 4 weeks after administration of the anticonvulsant drugs. The percent increase in GABA level was determined in each individual and the mean and SD of the group are reported. Significance was determined by comparing the millimoles per liter values at baseline to GABA levels at 3 and 6 hours and at weeks 2 and 4 during the chronic phase using a two-tailed *t*-test.

**Results.** *Subjects.* There were no differences between groups with respect to age (mean, 28.7 years) or sex distribution. Six subjects received topiramate and gabapentin and five received lamotrigine. Vomiting occurred in one patient who received lamotrigine 4 hours after drug intake. The lamotrigine levels obtained at 3 and 6 hours were in the range of values for the other individuals. Thus, the episode of vomiting did not have an effect on the validity of the results. Three individuals in the topiramate group reported perioral numbness and word-finding difficulties.

*Acute effects.* For the entire group, the mean baseline concentration of cerebral GABA was 1.16 ± 0.11. GABA concentrations for the topiramate group increased to 2.15 ± 0.45 at 3 hours and 2.01 ± 0.37 at 6 hours after topiramate administration. The mean increase in cerebral GABA concentration from baseline was 70% at 3 hours and 64% at 6 hours for the topiramate group. Similarly, a significant increase in cerebral GABA (1.91 ± 0.5) was observed for the gabapentin group at 6 hours, although the increases (48%) were of much less magnitude when compared with the topiramate group. Conversely, no significant changes in GABA concentrations were observed with lamotrigine. Figures 1, 2, and 3 show the mean group cerebral GABA concentrations at baseline and at 3 hours, 6 hours, and 2 and 4 weeks following administration and titration of each drug. Two subjects who received gabapen-



Figure 1. Mean brain γ-aminobutyric acid (GABA) concentrations and serum drug levels of topiramate during the acute and chronic phases. Statistical increases in GABA were observed at 3 hours, 6 hours, 2 weeks, and 4 weeks. Dashed lines refer to GABA levels and solid line to topiramate serum levels. Note that scale on the left is for serum levels and on the right for GABA millimoles per liter concentrations. *p < 0.001; **p < 0.006; ***p < 0.002; ****p < 0.005.

tin withdrew after the acute phase due to side effects (dizziness). All subjects who reported side effects were asymptomatic 48 hours after the acute dose.

*Long-term effects.* At 2 weeks individuals were at 50% of the target anticonvulsant drug dose, and at 4 weeks individuals were at 100% of the target dose. The mean increase in GABA concentrations for the topiramate group was similar to the mean concentration following the acute dose. Mean cerebral GABA remained elevated from baseline at 2 weeks (72%) and 4 weeks (46%). Conversely, cerebral GABA concentrations for gabapentin and lamotrigine were not significantly different compared with baseline at 2 weeks but reached statistically significant elevations at full target dose at 4 weeks. The mean increase in cerebral GABA from baseline, however, was modest, approximately 25% for both gabapentin and lamotrigine.

No serious side effects were reported. Side effects were reported by four individuals and consisted of dizziness, slow thinking, perioral numbness, and drowsiness (topiramate). One individual had transient ataxia (gabapentin). One subject withdrew during the 4th week of titration (topiramate) due to side effects (irritability and concentration problems).

*GABA concentrations and serum anticonvulsant drug levels.* Figures 1, 2, and 3 serve to represent the mean cerebral GABA concentrations and the concurrent mean anticonvulsant drug serum levels for each group. In the topiramate group, the median serum level increase from 0 to 3.5 μg/mL at 3 hours and to 5.1 μg/mL at 2 weeks and to 11.5 μg/mL at target dose. The rise in topiramate serum levels did parallel the increases in GABA concentrations during the acute phase but did not during the chronic phase. In the lamotrigine group, a reverse pattern was observed. Lamotrigine serum levels increased from a mean of 2.5 μg/mL at 3 hours to a mean of 7.7 μg/mL at 4 weeks whereas GABA concentration did not significantly change until the target dose was achieved at 4 weeks. In the



Figure 2. Mean brain γ-aminobutyric acid (GABA) concentrations and serum drug levels of gabapentin during acute and chronic phases. Statistical increases in GABA were observed at 6 hours (0.006) and at week 4 at full target dose (p < 0.008). Dashed lines refer to GABA levels and solid line to gabapentin serum levels. Note that scale on the left is for serum levels and on the right for GABA millimoles per liter concentrations. *p < 0.006; **p < 0.008.



*Figure 3. Mean brain γ-aminobutyric acid (GABA) concentrations and serum drug levels of lamotrigine (LTG) during acute and chronic phases. Statistical increases in GABA were observed at week 4 at full target dose (\*p < 0.04). Dashed lines refer to GABA levels and solid line to lamotrigine serum levels. Note that scale on the left is for serum levels and on the right for GABA millimoles per liter concentrations.*

gabapentin group, the median serum level increased from 0 to 9.4 µg/mL at 3 hours and to 7.33 at 6 hours. The mean gabapentin serum level was 5.3 µg/mL at 2 weeks and 10.5 µg/mL at 4 weeks. Gabapentin serum levels and GABA concentrations were dissociated at 6 hours, with GABA concentrations rising and gabapentin levels decreasing. A parallel relationship was observed at 2 and 4 weeks between GABA concentrations and gabapentin serum levels.

**Discussion.** In vivo cerebral GABA measurements by NMR have been reported in rat and human brain.[9-11] In several studies, Petroff et al.[5,12] have used this technique to study the effects of vigabatrin, gabapentin, and other drugs on brain GABA concentrations in patients with epilepsy. These studies have shown that GABA is decreased in some patients with epilepsy and that GABA concentrations and seizure control are directly correlated independently of drug treatment.[6] These studies have also shown that vigabatrin increases cerebral GABA levels within 2 hours after a single oral dose and GABA concentrations remain elevated for more than 24 hours.[12] The aim of our study was to examine the acute and chronic effects of three new antiepileptic drugs on cerebral GABA concentrations in healthy young adults. Preliminary and published data suggest that some of these drugs have potent effects on GABA and that the changes may not parallel the serum levels of these drugs. We chose to investigate these changes in healthy individuals because of the potential confounding effects of seizures,[6] drugs,[13] and brain pathology associated with epilepsy on GABA concentrations.

The acute administration of gabapentin increased GABA moderately by 6 hours ($p < 0.006$), although a rise in GABA was observed at 3 hours. During the titration period, gabapentin concentrations at 50% of target dose (mean dose, 17.5 mg/kg, 1,300 mg/d) did not increase GABA concentrations. However, at target dose (35 mg/kg) GABA increased above baseline ($p < 0.008$). To our knowledge, this is the first study to report on the rapid rise in GABA concentrations (6 hours) after a single dose of gabapentin. In the chronic phase, increases in GABA concentrations were similar to those described by others[5] in patients receiving high doses of gabapentin; thus our results serve to corroborate their findings. The mechanism by which gabapentin increases GABA is unknown but the rapid rise of GABA levels within hours suggests that the increases might be mediated by nonvesicular GABA release,[5] though other mechanisms such as inhibition of GABA reuptake are possible. Serum gabapentin levels/GABA concentration correlations showed a dissociation during the 6-hour acute dose and the 2-week interval. At 4 weeks, however, GABA increased above baseline concurrently with serum gabapentin levels.

GABA concentrations did not change compared with baseline in individuals receiving lamotrigine during acute dosing or at 2 weeks' titration. However, a 26% increase in GABA concentrations relative to control ($p < 0.04$) was detected at 4 weeks on a daily dose of 7.1 mg/kg/d (mean serum level: 8 µg/mL). This was an unexpected finding because lamotrigine has been traditionally characterized as a sodium channel drug similar to carbamazepine or phenytoin.[14] However, lamotrigine is effective against generalized seizure models and it is recognized as a broad-spectrum anticonvulsant drug. In addition, lamotrigine blocks veratridine-induced release of GABA, and it might have an indirect effect on GABA concentrations.[15] Thus, lamotrigine may have other mechanisms of action previously unknown.

Topiramate is the newest of the drugs tested in this experimental work. We previously reported that topiramate increases GABA brain concentrations at 3 and 6 hours after a single oral dose in healthy

controls.[7] In the chronic phase, the GABA increases were maintained at 2 and 4 weeks whereas the serum levels increased from a mean of 4 to 11 µg/mL. The findings during the chronic phase are similar to those reported recently.[13] Interestingly, GABA changes did not parallel the increases in the serum levels, suggesting that the increase in GABA concentrations may plateau after a certain dose. Although there was no significant difference between the mean GABA concentrations at 2 and 4 weeks, mean GABA concentrations were higher at 2.2 mg/kg/d than at 5.7 mg/kg/d (see figure 1). This phenomenon is similar to the one described by the Yale group using vigabatrin.[12] These investigators found that vigabatrin doses >3 g/d failed to increase GABA concentrations in patients with partial-onset seizures. The findings also correlated with the lack of further clinical improvement (seizure control) in those patients. Although no dose-response data regarding GABA concentration and topiramate have been published, our results may suggest that a dose-limiting effect on GABA similar to the one observed with vigabatrin may occur with topiramate. This may explain why topiramate at doses >400 mg/d is not more effective than doses of 600 to 1,000 mg/d.[16] To investigate this issue further, however, it will be necessary to test this hypothesis using a longitudinal dose-escalating study.

Our findings confirm previous observations and serve to reinforce the idea that the response of GABA metabolism to antiepileptic drugs is to some degree species dependent because in vitro studies in rodents have not shown increases in GABA concentration with topiramate.[17] This study shows that cerebral GABA elevations occur rapidly in brains exposed de novo to topiramate and gabapentin but do not change with lamotrigine. However, all three anticonvulsant drugs appear to increase GABA concentrations at clinically therapeutic doses by 4 weeks. It is important to note that an increase in GABA concentrations may not directly correlate with increased GABA inhibition, but human data with anticonvulsant drugs are not available. No studies support the fact that any of these drugs either inhibit GABA transaminase or stimulate GABA synthesis. It is plausible that GABA level increases may be mediated by nonvesicular GABA release or other mechanisms. These results and those derived from traditional animal and in vitro experiments suggest that anticonvulsant drug mechanisms are complex and likely to be multiple in nature. Future studies should assess GABA concentrations in other brain regions, the chronic effects of anticonvulsant drugs on GABA concentrations, and the stability of GABA measurements over time.

## References

1. Meldrum BS. In vivo and in vitro models of epilepsy and their relevance to man. In: Meldrum BS, Ferrendelli JA, Wiesere HG, eds. Current problems in epilepsy. 6: Anatomy of epileptogenesis. London: John Libbey, 1988.
2. Olsen RW, Avoli M. GABA and epileptogenesis. Epilepsia 1997;38:399–407.
3. During M, Spencer DD. Extracellular hippocampal glutamate increases prior to spontaneous seizure activity in the conscious human brain. Lancet 1993;341:1607–1610.
4. Petroff A, Rothman D, Behar K, Lamoureux D, Mattson R. The effects of gabapentin on brain GABA in patients with epilepsy. Ann Neurol 1996;39:95–98.
5. Petroff OAC, Rothman DL, Behar KL, Lamoureux D, Mattson RH. The effect of gabapentin on brain gamma-aminobutyric acid in patients with epilepsy. Ann Neurol 1996;39:95–99.
6. Petroff OA, Rothman DL, Behar KL, Mattson RH. Low brain GABA level is associated with poor seizure control. Ann Neurol 1996;40:908–911.
7. Kuzniecky R, Hetherington H, Ho S, et al. Topiramate increases cerebral GABA in healthy humans. Neurology 1998;51:627–629.
8. Hetherington H, Newcomer B, Pan J. Measurements of human cerebral GABA at 4.1T using numerically optimized editing pulses. Magn Reson Med 1998;39:6–10.
9. Rothman DL, Petroff OA, Behar KL, Mattson RH. Localized 1H NMR measurements of gamma-aminobutyric acid in human brain in vivo. Proc Natl Acad Sci USA 1993;90:5662–5666.
10. Petroff OA, Prichard JW, Behar KL, Alger JR, Shulman RG. In vivo phosphorus nuclear magnetic resonance spectroscopy in status epilepticus. Ann Neurol 1984;16:169–177.
11. Rothman DL, Behar K, Hetherington HP, Shulman RG. Homonuclear 1H-double resonance difference spectroscopy of the rat brain in vivo. Proc Natl Acad Sci USA 1984;81:6330–6334.
12. Petroff OAC, Rothman DL, Behar KL, Mattson RH. Human brain GABA levels rise following initiation of vigabatrin therapy, but fail to rise further with increasing dose. Neurology 1996;46:1459–1463.
13. Petroff A, Rothman D, Behar K, Hyder F, Mattson R. Effects of valproate and other antiepileptic drugs on brain glutamate, glutamine, and GABA in patients with refractory complex partial seizures. Seizure 1999;8:120–127.
14. Rogawski MA, Porter RJ. Antiepileptic drugs: pharmacological mechanisms and clinical efficacy and consideration of promising developmental stage compounds. Pharmacol Rev 1990;42:223–286.
15. Cheung H, Kamp D, Cooper B. An in vitro investigation of the action of lamotrigine on neuronal activated sodium channels. Epilepsy Res 1992;13:107–112.
16. Faught E, Wilder B, Reife R, et al. Topiramate placebo-controlled dose-ranging trial in refractory partial epilepsy using 200, 400, 600 daily dosages. Neurology 1996;46:1684–1690.
17. Petroff A, Hyder F, Mattson R, Rothman D. Topiramate increases brain GABA, homocarnosine, and pyrrolidine in patients with epilepsy. Neurology 1999;52:473–478.