EXHIBIT 40

# In Vivo Determination of Human Brain GABA concentrations in volunteers receiving Gabapentin: A escalating dose response study.

Ruben Kuzniecky, M.D.
Hoby Hetherington, Ph.D.

## Rationale

Magnetic resonance spectroscopic (MRS) techniques provide the capability to measure noninvasively the concentrations of GABA and other neurotransmitters in vivo. Recent studies have shown changes in GABA brain concentrations after Vigabatrin and Gabapentin administration. More important however, is the fact that GABA measurements have surprisingly demonstrated changes in GABA brain concentrations well-beyond the expected pharmacologic effect of some drugs. We have developed a reliable technique to measure GABA levels in humans and as part of an ongoing study sponsored by Parke-Davis, we have preliminary data that suggest that GABA brain concentrations remain elevated for up to 24 hs following the administration of a single dose of Gabapentin (see preliminary results). However, there is no knowledge about the dose response relationship between GABA levels and Gabapentin dose in healthy adults and the temporal domain of the GABA concentration changes after single doses of Gabapentin.

## Objectives

1) To establish GABA concentrations in normal human brain after single escalating doses of Gabapentin (10 mg/kg, 18 mg/kg, 35 mg/kg).

WQ7080

WLC_FRANKLIN_0000100526

2) To measure GABA concentration changes following acute Gabapentin administration and correlate with plasma Gabapentin levels.

3) To establish the temporal evolution of GABA alterations following single escalating doses of Gabapentin to better understand the dynamics of brain GABA metabolism.

### Preliminary Results

As part of an ongoing study investigating the neuropsychologic effects of Gabapentin with concomitant GABA brain measurements we have preliminary data that suggest that GABA brain levels increase dramatically following single dose administration of Gabapentin at 25mg/kg. This dose represent approximately half of the maintenance dose (3600 mg/day) of an adult treated with Gabapentin. In the figure below, we show GABA brain concentrations for 3 healthy individuals receiving acute doses of Gabapentin. The figure shows that GABA levels are between 60 and 120% higher at 3 hs and remain elevated at 6 hs. However, we do not know for how long do GABA concentrations remain elevated.



W07081

WLC_FRANKLIN_0000100527

Methods

Study design:

Volunteers will be recruited as part of the ongoing Gabapentin study. The experiments will involve that subjects receive an additional single dose of Gabapentin and additional MRS studies.

1-screening and baseline MRS study.

2-GBP 10 mg/kg mg acute dose --> MRS at 3, 12, 24, 48 hs with concomitant plasma GBP levels.

3- GBP 18 mg/kg mg acute dose --> MRS at 3, 12, 24, 48 hs with concomitant plasma GBP levels..

4- GBP 35 mg/kg mg acute dose --> MRS at 3, 12, 24, 48 hs with concomitant plasma GBP levels.

Subjects:

3 normal subjects will participate in the study.

MRS Technique: All MRS studies will be acquired using a 4.1 T whole-body imaging spectroscopy system with a matchable head coil. After obtaining a sagittal scalp image, inversion recovery grading echo sequences are obtained to visualize the temporal regions. From this image the degree of angulation is determined. A series of angulated multislice images are then obtained. Slice selection is performed, as well as lipid and water suppression. Spectroscopic images are acquired with a slice thickness of 1 cm. Homonuclear editing of GABA resonance using a J-editing pulse sequence.

Analysis: Analysis is performed by two independent blinded investigators. Measurement of GABA concentrations will be compared to normal control baseline

107082

WLC_FRANKLIN_0000100528

studies using a t test for means. Concentrations will be measured in milimoles per Kg of brain. Plasma GBP levels will be sent for analysis.

## Publication Plan

The results will be presented in abstract form at the Annual meeting of the American Academy of Neurology or the American Epilepsy Society. The complete manuscript will be submitted to *Annals of Neurology*, *Neurology* or *Epilepsia*.

## Institutional Review Board

The protocol has IRB approval as addendum to previous Gabapentin study.

W07083

WLC_FRANKLIN_0000100529