EXHIBIT 41

*Epilepsia*, 41(6):675–680, 2000
Lippincott Williams & Wilkins, Inc., Baltimore
© International League Against Epilepsy

Clinical Research

# Effects of Gabapentin on Brain GABA, Homocarnosine, and Pyrrolidinone in Epilepsy Patients

Ognen A. C. Petroff, *Fahmeed Hyder, *Douglas L. Rothman, and Richard H. Mattson

*Departments of Neurology and *Diagnostic Radiology, Yale University, New Haven, Connecticut, U.S.A.*

**Summary:** *Purpose:* Gabapentin (GBP) was introduced as an antiepileptic drug (AED) and has been used in the management of neuropathic pain. We reported that daily dosing increased brain γ-aminobutyric acid (GABA) in patients with epilepsy. This study was designed to determine how rapidly brain GABA and the GABA metabolites, homocarnosine and pyrrolidinone, increase in response to the first dose of GBP.

*Methods:* In vivo measurements of GABA, homocarnosine, and pyrrolidinone were made of a 14-cc volume in the occipital cortex by using a $^1$H spectroscopy with a 2.1-Tesla magnetic resonance spectrometer and an 8-cm surface coil. Six patients (four women) were studied serially after the first oral dose (1,200 mg) of GBP. Five patients (three women) taking a standard daily dose (range, 1,200–2,000 mg) of GBP were rechallenged with a single high dose (2,400 mg).

*Results:* The first dose of GBP increased median brain GABA by 1.3 m$M$ (range, 0.4–1.8 m$M$) within 1 h. Homocarnosine and pyrrolidinone did not change significantly by 5 h. Daily GBP therapy increased GABA (0.5 m$M$; 95% CI, 0.2–0.9), homocarnosine (0.3 m$M$; 95% CI, 0.2–0.4), and pyrrolidinone (0.10 m$M$; 95% CI, 0.06–0.14). Rechallenging patients taking GBP daily increased median brain GABA by 0.4 m$M$ (range, 0.3–0.5) within 1 h.

*Conclusions:* GBP promptly elevates brain GABA and presumably offers partial protection against further seizures within hours of the first oral dose. Patients may expect to experience the anticonvulsant effects of increased homocarnosine and pyrrolidinone with daily therapy. **Key Words:** Gabapentin—γ-Aminobutyric acid—Homocarnosine—Pyrrolidinone—Human—Epilepsy—$^1$H nuclear magnetic resonance spectroscopy—Brain—Antiepileptic drugs.

---

Gabapentin (GBP) is a clinically useful antiepileptic drug (AED) as adjunctive and monotherapy (1–4). It is useful in the management of neuropathic pain (5). Designed to mimic γ-aminobutyric acid (GABA) structurally, the mechanisms of the antiepileptic actions of GBP remain unclear (5–8). Patients with epilepsy treated daily with GBP have higher brain GABA levels than patients treated with carbamazepine (CBZ), phenytoin (PHT), barbiturate, or valproate (VPA) (9,10). Brain GABA levels appear to be higher in patients receiving a high daily dose of GBP (3,300–3,600 mg/day) than a standard dose (1,200–2,400 mg/day). Patients who respond to GBP have above normal GABA and the best seizure control. This study addressed the question of how fast does the human brain's GABAergic metabolism respond to GBP.

GBP is rapidly absorbed, with peak serum concentrations 2–3 h after ingestion ($T_{max}$) (11–14). At 6 h, a single oral 1,200-mg dose results in a plasma level of 3.4 µg/ml (20 µ$M$) with a cerebrospinal fluid (CSF) level of 0.44 µg/ml (3 µ$M$) (15). Bioavailability of GBP decreases with increasing dose because absorption is limited to the proximal small intestines, and transport across the intestinal wall and blood–brain barrier is carrier mediated. Maximal serum concentrations increase with daily dose to 4,800 mg (13,14). The time to maximal concentration ($T_{max}$) and half-life ($T_{1/2}$), remain the same at 2–3 and 5–7 h, respectively. Long-term therapy with standard doses (plasma concentration, 6.75 µg/ml, 39 µ$M$) results in a human cortex GBP concentration of 30 µ$M$ (16).

The goals of this study were to measure the acute effects of a standard dose (1,200 mg) of GBP on human brain GABA, homocarnosine, and pyrrolidinone (metabolites of GABA). We also measured the effects of a high-dose (2,400 mg) rechallenge in patients taking a standard daily dose. Portions of the data were published in abstract form (17).

Accepted January 19, 2000.
Address correspondence and reprint requests to Dr. O. A. C. Petroff at Department of Neurology, Yale University, 333 Cedar Street, New Haven, CT 06520-8018, U.S.A.

## METHODS

### Subject characteristics

Five men and five women volunteered as medication-free, control subjects. The median age of the nonepilepsy subjects was 36 years (range, 25–46 years) The median age of the seven patients (five women) studied was 38 years (range, 20–61 years). All patients were evaluated extensively by the Yale Epilepsy Program and had complex partial seizures. AEDs included four patients taking CBZ monotherapy, two patients taking primidone (PRM) monotherapy, and one patient taking PHT and phenobarbital (PB). Patients kept a seizure diary. Before each spectroscopic measurement, they were interviewed concerning seizure frequency and side effects of the medications. All subjects gave informed consent for the study, which was approved by the Yale Human Investigations Committee.

### Protocol for first dose of gabapentin

Six patients served as their own control for baseline brain GABA and homocarnosine concentrations before starting GBP. After the initial measurements, a 1,200-mg oral dose of GBP was given, followed by serial measurements 0.25–1.25, 1.5–2.5, and 3.5–4.5 h later. One patient experienced an unpleasant side effect (ataxia) with the initial dose.

### Protocol for gabapentin rechallenge

Four patients were restudied after several months taking GBP daily. The patient who experienced ataxia with the first dose of GBP chose not to participate in the rechallenge portion of the study. One patient's daily GBP dose was escalated to 3,600 mg rapidly to control her frequent seizures, and she was not a suitable candidate. An additional patient was recruited for the rechallenge portion of this study. The five patients rechallenged (three women) were taking a median daily dose of 1,600 mg (range, 1,200–2,000). After baseline measurements, an additional 2,400-mg oral dose of GBP was given, followed by serial measurements 0.25–1.25, 1.5–2.5, and 3.5–4.5 h later.

### Magnetic resonance spectroscopy

Studies were performed at Yale Medical School with a 2.1-T (89.43 MHz for $^1$H) Oxford Magnet Technologies 1-m bore magnet equipped with an Avance-Biospec spectrometer (Bruker Instruments, Billerica, MA, U.S.A.) and OMT shielded gradients and power supplies (Oxford Magnetic Technology, Oxford, U.K.). Each subject's head was positioned in an adjustable holder (designed for minimal motion and maximal comfort) such that a flat-surface spoiler and an 8.0-cm distributed capacitance $^1$H transceiver radiofrequency (RF) coil lay just below the occipital cortex. Before the nuclear magnetic resonance (NMR) measurement, a gradient-echo magnetic resonance image (MRI) of the subject's brain was obtained. From the image a 3.0 × 1.5 × 3.0 cm (14 cc) volume in the occipital cortex was chosen for spectroscopic measurements. An automated shimming routine was used to optimize the $B_0$ field homogeneity in the sensitive volume (18). Pulse power was optimized, and spectra of brain water were made by using the same voxel.

Our laboratory has considerable experience in obtaining high-quality spectra from the occipital lobe. The signal-to-noise ratio can easily be optimized because the posterior portions of the brain are relatively free of magnetic susceptibility variations. Incorporating the surface coil within the headrest allows an "open architecture," minimizing claustrophobia. More studies are successfully completed. Gravity assists the subjects to maintain the proper position, minimizing motion-induced artifacts. The stability of the supine position and easily defined anatomic landmarks (i.e., tentorium, occipital pole, superior occipital fissure) help to ensure that serial measurements are made in a consistent part of the occipital lobe. Image segmentation of the voxel size used in our experiments shows relatively uniform grey–white matter ratios in the occipital lobe among subjects.

The advantages of using the occipital lobe include our extensive work using MR studying the occipital lobe, the normal MRI appearance of the region in the patients reported here, and the ease of assessing the functional normality clinically. We studied the effects of GBP on human GABA metabolism in epilepsy patients; this was not a study of the epileptogenic regions. Our GABA measurement is dominated by the cytosolic concentration of GABA; glutamic acid decarboxylase is a cytosolic enzyme. The critical serial measurements are made during one scan lasting ~1 h. Therefore, patients served as their own controls. Voxel location, field homogeneity, and spectrometer conditions were constant during the scan. We used fixed landmarks, met field homogeneity criteria, and recalibrated pulse power at the start of each 1-h scan with internal checks during that hour.

### Homonuclear spin-spin editing

Homonuclear editing of the 3.0 ppm C4 GABA resonance was performed by using the spin-spin (J) editing pulse sequence described previously (19,20). The localization techniques were 3D-ISIS sequence, outer volume suppression, plane-selective excitation, and a surface spoiler coil. An inversion recovery pulse and a semi-selective refocusing pulse was used for water suppression. Spectral editing was used to separate the GABA C4 resonance at 3.0 ppm from overlapping resonances by a 26.5-ms DANTE pulse applied symmetrically in time about the center of the sequence to improve editing selectivity to the 1.9 ppm C3 resonance. Spectral acquisition conditions were TR, 4.1 s; TE, 68 ms; sweep width, 15,000 Hz; and acquisition time 546 ms. At 2.1 Tesla,

the homologous C4-resonance of 2-pyrrolidinone resonance at 3.42 ppm partially co-edits with the C4 GABA resonance with an efficiency of 87% (20).

### Long-$T_1$ (metabolite) editing

Homocarnosine measurements were made by using macromolecule suppressed, short echo time (TE) spectra (21). Localization and water suppression were achieved as described. The TE time was 16 ms with the semi-selective refocusing pulse optimum at 2.30 and 7.16 ppm, repetition time of 4.1 s, and an inversion recovery delay of 1.03 s. "Metabolite-nulled" spectra were obtained by a broadband inversion recovery sequence, which suppresses all metabolites with a long $T_1$. Subtraction of the "metabolite-nulled" (short $T_1$ macromolecule-only) spectrum from the full short-TE spectrum results in a flat spectral baseline. Other spectral acquisition conditions included a sweep width of 15,000 Hz and acquisition time of 546 ms.

### Spectral processing

In the edited spectra, GABA and pyrrolidinone were measured as previously described (19,20,22,23). In vivo time domain data were zero filled to 32,768 points and apodized with a 3.0-Hz exponential function before Fourier transformation. The GABA and pyrrolidinone resonances in the $^1$H-NMR edited spectrum were integrated over a limited bandwidth and compared with the limited bandwidth integrated resonance of creatine obtained in the same measurement set. Homocarnosine concentrations were measured as previously described (21,23). In vivo time domain data were zero filled to 32,768 points. Before Fourier transformation, time domain spectra were filtered with a −2.0-Hz exponential function followed by a 7.5-Hz gaussian window. After Fourier transformation, a zero order phase correction was performed. After subtraction of the metabolite nulled spectrum, a zero and first-order baseline correction were applied between 4.5 and −0.5 ppm and 10.0 and 5.5 ppm.

### Statistical treatment

Student's $t$ test two-tailed probability distribution tables were used to calculate 95% confidence interval (95% CI) of the group. Normal values were defined as two standard deviations around the mean of the control population. For nonparametric statistics, the median and range were used, because the range approximates the 95% CI for the median for five and six measurements (24).

## RESULTS

Serial spectra from a single patient (Fig. 1) show that edited GABA (GABA plus homocarnosine) doubled within 1 h of the first dose of GBP. The response to the first 1,200-mg dose (median, 18 mg/kg; range, 14–19 mg/kg) of GBP administered as capsules was measured in six patients (four women). As shown in Fig. 2, brain GABA increased rapidly between 30 and 60 min after the first dose. The median rate of increase was 3.0 m$M$/h (range, 0.8–6.0 m$M$/h). Patients with low starting GABA levels increased at a faster rate than those with higher ones (correlation coefficient, 0.82; p < 0.05). Five hours after the first dose of GBP, the median increase in GABA was 0.8 m$M$ (range, 0.3–1.3 m$M$). Homocarnosine and pyrrolidinone did not change appreciably (Table 1).

Five patients experienced no acute side effects. One of the patients, a 61-year-old woman taking PHT (350 mg/day) and PB (90 mg/day), developed ataxia, sedation, and nystagmus within 4–6 h after the first dose of GBP (5,25). The side effects resolved overnight.

Daily GBP therapy (median, 1,400 mg; range, 800–2,800 mg, in divided doses) increased homocarnosine (mean increase, 0.3 m$M$; 95% CI, 0.1–0.4) and pyrrolidinone (mean increase, 0.09 m$M$; 95% CI, 0.06–0.13). Brain GABA decreased (mean decrease, 0.3 m$M$; 95% CI, 0.0–0.5) from levels measured at 4–5 h after the initial dose, but remained significantly higher than before starting GBP (mean increase, 0.5 m$M$; 95% CI, 0.2–0.9).

Five patients (three women) treated with median daily GBP dose of 1,600 mg (range, 1,200–2,000 mg in divided doses) were rechallenged with a 2,400-mg (median, 38 mg/kg; range, 28–43) oral dose. As shown in Fig. 3, GABA increased in the first hour at a median rate of 1.3 m$M$/h (range, 0.8–1.5). Five hours after the rechallenge dose of GBP, median GABA levels were increased (mean increase, 0.1 m$M$; range, 0.0–0.3). Homocarnosine and pyrrolidinone did not change appreciably (Table 1). No side effects were noted after the rechallenge dose.



**FIG. 1.** Serial spin-spin-edited proton magnetic resonance spectra showing the rise in brain GABA after the first dose of gabapentin (GBP). The patient was a 32-year-old woman with a history of complex partial seizures beginning as a teenager. With carbamazepine monotherapy (1,200 mg/day), she had one or more seizures per week. Within 1 h of the first oral dose of GBP (1,200 mg), edited GABA increased from 1.0 to 2.2 m$M$ in the occipital lobe.



**FIG. 2.** The responses of brain GABA of six patients to the first oral dose of gabapentin (GBP; 1,200 mg). Occipital lobe GABA increased in all patients in <1 h. The response was maintained for ≥5 h. Lines connect serial edited GABA measurements of individual patients. A unique symbol is assigned to each patient.



**FIG. 3.** The responses of brain GABA of five patients taking gabapentin (GBP) daily (median, 1,600 mg; range, 1,200–2,000) who were rechallenged with a 2,400-mg oral dose. Occipital lobe GABA increased in all patients in <1 h. The response was maintained for ≥5 h. Lines connect serial edited GABA measurements of individual patients. A unique symbol is assigned to each patient.

## DISCUSSION

GBP increases occipital lobe GABA concentrations within 1 h of the first oral dose (1,200 mg) in all patients. GBP achieves peak serum concentrations in 2–3 h after oral dosing, with brain tissue levels 75% of plasma concentrations with daily use (11,13–16). The speed of the effect suggests that low concentrations of GBP rapidly increase the rate of GABA synthesis or decrease the rate of catabolism by a yet to be determined mechanism. The acute effects of increased brain GABA, presumably beneficial, should be evident in all patients within hours of the first dose of GBP.

Daily therapy with GBP was associated with a decrease in brain GABA, which, nevertheless, remained 55% above the levels measured before the start of GBP. A similar effect was seen with elevation of GABA concentrations induced by vigabatrin (VGB), a GABA-transaminase inhibitor (26). The relative decrease probably reflects a decrease in the rate of GABA synthesis and perhaps a decrease in the genetic expression of one isoform of glutamic acid decarboxylase, $GAD_{67}$. In rodents, elevated GABA decreases the rate of GABA synthesis within 24 h and decreases the activity of GAD, presumably by downregulating the expression of $GAD_{67}$ (27,28). The blunted increase in GABA after the 2,400-mg GBP rechallenge could be attributed to decreased GABA synthesis, although it could reflect saturation of the transporters across the duodenal wall and blood–brain barrier. A blunted response also occurs when patients are rechallenged with double the dose of VGB, which is well absorbed (26). The increase in GABA with GBP is inversely associated with starting levels (rank correlation coefficient, 0.94; n = 11; p < 0.002). Patients with lower levels of GABA show the greatest increase, both with the initial challenge and rechallenge.

Daily therapy with GBP increases homocarnosine and pyrrolidinone, metabolites of GABA. We are unaware of prior reports showing that GBP alters the concentrations of these GABA metabolites. Homocarnosine is a dipeptide of GABA and histidine localized in subclasses of GABAergic neurons with anticonvulsant properties (29–32). Regional homocarnosine concentrations vary independent of GABA concentrations (30,33). Pyrrolidinone, the internal lactam of GABA, crosses the blood–brain barrier more readily than GABA and has anticonvulsant activity (34,35). High levels of homocarnosine and pyrrolidinone are measured in patients taking topiramate (TPM) and VGB and may contribute to seizure protection (20,23,29,31,35).

Homocarnosine and pyrrolidinone levels remain the same after the first dose of GBP. This is not unexpected because the rate of homocarnosine synthesis is limited by the low histidine concentration in the subclass of GABAergic neurons that synthesize homocarnosine. The factors that regulate the rate of synthesis of pyrrolidinone in human brain are poorly understood (34). The effects, beneficial or otherwise, of an increase in these major GABA metabolites should not be observed after the first dose of GBP, but with daily dosing.

Changes in GABA metabolism may play an important role in human epilepsy (36). In vivo brain GABA concentrations measured by using NMRS are low in patients who had frequent seizures (37). Patients who benefited the most from GBP have higher mean GABA levels than

**TABLE 1.** *Concentrations of human brain GABA, homocarnosine, and pyrrolidinone*

| Time | GABA (mM) | Homocarnosine (mM) | Pyrrolidinone (mM) |
|---|---|---|---|
| Response to first, 1.2-g, oral dose of gabapentin | | | |
| Before | 0.9 (0.7–1.0) | 0.4 (0.2–0.6) | 0.29 (0.24–0.34) |
| 5 h | 1.7 (1.4–1.9) | 0.4 (0.3–0.6) | 0.30 (0.25–0.35) |
| Daily dosing | 1.4 (1.3–1.5) | 0.7 (0.5–0.9) | 0.39 (0.35–0.43) |
| Response to rechallenge with 2.4-g, oral dose of gabapentin | | | |
| Before | 1.5 (1.2–1.7) | 0.7 (0.5–0.8) | 0.42 (0.40–0.45) |
| 5 h | 1.6 (1.4–1.8) | 0.7 (0.5–0.8) | 0.43 (0.41–0.45) |
| Controls | 1.1 (0.9–1.3) | 0.5 (0.4–0.6) | 0.24 (0.22–0.26) |

Values expressed as mean (95% confidence interval).

patients with less adequate seizure control (10). Whether low GABA levels are the cause or the result of frequent seizures is unknown. However, AEDs that target the GABAergic system are highly effective AEDs (38,39).

The time course of seizure protection after short-term administration of drugs designed to raise GABA is closely related to the increase in GABA concentration (40). Increased cytosolic GABA levels raise the synaptosomal concentrations of GABA, and thus the vesicular content (28,41). The nonvesicular release of GABA, which increases with increasing cytosolic levels of GABA and has been shown to be enhanced by GBP, could contribute to the suppression of the evolution and spread of seizure activity (38,42). GBP promptly elevates brain GABA and presumably offers partial protection against further seizures within hours of the first dose.

**Acknowledgment:** We thank our patients for donating their time and expenses. Salary support provided by Yale University, Department of Veterans Affairs, and National Institutes of Health (NINDS) grants RO1-NS032518, PO1-NS06208, and RO1-NS37527. We thank Ms. Theresa Collins, our study coordinator, and Mr. Terry Nixon for modifications and maintenance of the spectrometer. Parke-Davis provided gabapentin. Dr. Mattson receives grant support and serves on the speakers bureau for Parke-Davis. Dr. Petroff is the recipient of an unrestricted gift.

## REFERENCES

1. Beydoun A, Fischer J, Labar DR, et al. Gabapentin monotherapy: II. A 26-week, double-blind, dose-controlled, multicenter study of conversion from polytherapy in outpatients with refractory complex partial or secondarily generalized seizures: The US Gabapentin Study Group 82/83. *Neurology* 1997;49:746–52.
2. Marson AG, Kadir ZA, Hutton JL, Chadwick DW. The new antiepileptic drugs: a systematic review of their efficacy and tolerability. *Epilepsia* 1997;38:859–80.
3. Chadwick DW, Anhut H, Greiner MJ, et al. A double-blind trial of gabapentin monotherapy for newly diagnosed partial seizures: International Gabapentin Monotherapy Study Group 945-77. *Neurology* 1998;51:1282–8.
4. Beydoun A, Fakhoury T, Nasreddine W, Abou-Khalil B. Conversion to high dose gabapentin monotherapy in patients with medically refractory partial epilepsy. *Epilepsia* 1998;39:188–93.
5. Bryans JS, Wustrow DJ. 3-Substituted GABA analogs with central nervous system activity: a review. *Med Res Rev* 1999;19:149–77.
6. Satzinger G. Antiepileptics from gamma-aminobutyric acid. *Drug Res* 1994;44:261–6.
7. Goldlust A, Su TZ, Welty DF, Taylor CP, Oxender DL. Effects of anticonvulsant drug gabapentin on the enzymes in metabolic pathways of glutamate and GABA. *Epilepsy Res* 1995;22:1–11.
8. Taylor CP, Gee NS, Su T-Z, et al. A summary of mechanistic hypotheses of gabapentin pharmacology. *Epilepsy Res* 1998;29:233–49.
9. Petroff OAC, Rothman DL, Behar KL, Lamoureux D, Mattson RH. The effect of gabapentin on brain gamma-aminobutyric acid in patients with epilepsy. *Ann Neurol* 1996;39:95–9.
10. Petroff OAC, Behar KL, Rothman DL. New NMR measurements in epilepsy: measuring brain GABA in patients with complex partial seizures. *Adv Neurol* 1999;79:945–51.
11. Vollmer KO, von Hodenberg A, Kölle EU. Pharmacokinetics and metabolism of gabapentin in rat, dog, and man. *Arzneimittelforschung* 1986;36:830–9.
12. McLean MJ. Clinical pharmacokinetics of gabapentin. *Neurology* 1994;44(suppl 5):S17–22.
13. Bockbrader HN. Clinical pharmacokinetics of gabapentin. *Drugs Today* 1995;31:613–9.
14. Gidal BE, Decerce J, Bockbrader HN, et al. Gabapentin bioavailability: effect of dose and frequency of administration in adult patients with epilepsy. *Epilepsy Res* 1998;31:91–9.
15. Ben-Menachem E, Persson LI, Hedner T. Selected CSF biochemistry and gabapentin concentrations in the CSF and plasma in patients with partial seizures after a single oral dose of gabapentin. *Epilepsy Res* 1992;11:45–9.
16. Ojemann LM, Friel PN, Ojemann GA. Gabapentin concentrations in human brain. *Epilepsia* 1988;29:694.
17. Petroff OAC, Hyder F, Rothman DL, Collins TL, Mattson RH. Gabapentin increases human brain GABA within one hour. [Abstract] *Epilepsia* 1998;39(suppl 6):71.
18. Shen J, Rycyna RE, Rothman DL. Improvements on an in vivo automated shimming method (FASTERMAP). *Magn Reson Med* 1997;38:834–9.
19. Rothman DL, Petroff OAC, Behar KL, Mattson RH. Localized $^1$H NMR measurements of GABA levels in human brain in vivo. *Proc Natl Acad Sci U S A* 1993;90:5662–6.
20. Hyder F, Petroff OAC, Mattson RH, Rothman DL. Localized $^1$H NMR measurements of 2-pyrrolidinone in human brain in vivo. *Magn Reson Med* 1999;41:889–96.
21. Rothman DL, Behar KL, Prichard JW, Petroff OAC. Homocarnosine and the measurement of neuronal pH in patients with epilepsy. *Magn Reson Med* 1997;32:924–9.
22. Petroff OAC, Pleban LA, Spencer DD. Symbiosis between in vivo and in vitro NMR spectroscopy: the creatine, N-acetylaspartate, glutamate, and GABA content of epileptic human brain. *Magn Reson Imaging* 1995;13:1197–211.
23. Petroff OAC, Hyder F, Mattson RH, Rothman DL. Topiramate increases brain GABA, homocarnosine, and pyrrolidinone in patients with epilepsy. *Neurology* 1999;52:473–8.
24. Altman DG. *Practical statistics for medical research.* London: Chapman & Hall, 1991.
25. Steinhoff BJ, Herrendorf G, Bittermann HJ, Kurth C. Isolated ataxia as an idiosyncratic side effect under gabapentin. *Seizure* 1997;6:503–4.
26. Petroff OAC, Hyder F, Collins T, Mattson RH, Rothman DL. Acute effects of vigabatrin on brain GABA and homocarnosine in patients with complex partial seizures. *Epilepsia* 1999;40:958–64.
27. Manor D, Rothman DL, Mason GF, Hyder F, Petroff OAC, Behar KL. The rate of turnover of cortical GABA from [$^{1-13}$C]glucose is reduced in rats treated with the GABA-transaminase inhibitor vigabatrin (gamma-vinyl GABA). *Neurochem Res* 1996;21:1037–47.
28. Rimvall K, Martin DL. The level of $GAD_{67}$ protein is highly sensitive to small increases in intraneuronal gamma-aminobutyric acid levels. *J Neurochem* 1994;62:1375–81.
29. Petroff OAC, Mattson RH, Behar KL, Hyder F, Rothman DL. Vigabatrin increases human brain homocarnosine and improves seizure control. *Ann Neurol* 1998;44:948–52.
30. Kish SJ, Perry TL, Hansen S. Regional distribution of homocarnosine, homocarnosine-carnosine synthetase, and homocarnosinase in human brain. *J Neurochem* 1979;32:1629–36.
31. Jackson MC, Scollard DM, Mack RJ, Lenney JF. Localization of a novel pathway for the liberation of GABA in human CNS. *Brain Res Bull* 1994;33:379–85.
32. Riekkinen PJ, Ylinen A, Halonen T, Sivenius J, Pitkänen A. Cerebrospinal fluid GABA and seizure control with vigabatrin. *Br J Clin Pharmacol* 1989;27(suppl 1):87S–94S.
33. Perry TL, Berry K, Hansen S, Diamond S, Mok C. Regional distribution of amino acids in human brain obtained at autopsy. *J Neurochem* 1971;18:513–9.
34. Seiler N. On the role of GABA in vertebrate polyamine metabolism. *Physiol Chem Physics* 1980;12:189–97.

35. Fasolato C, Bertazzon A, Previero A, Galzigna L. Effects of 2-pyrrolidone on the concentration of GABA in rat tissue. *Pharmacology* 1988;36:258–64.
36. Olsen RW, Avoli M. GABA and epileptogenesis. *Epilepsia* 1997;38:399–407.
37. Petroff OAC, Rothman DL, Behar KL, Mattson RH. Low brain GABA level is associated with poor seizure control. *Ann Neurol* 1996;40:908–11.
38. Kocsis JD, Mattson RH. GABA levels in the brain: a target for new antiepileptic drugs. *Neuroscientist* 1996;6:326–34.
39. Petroff OAC, Rothman DL. Measuring human brain GABA in vivo: effects of GABA-transaminase inhibition with vigabatrin. *Mol Neurobiol* 1998;16:97–121.
40. Jung MJ, Palfreyman MG. Vigabatrin: mechanisms of action. In: Levy RH, Mattson RH, Meldrum BS, eds. *Antiepileptic drugs*. 4th ed. New York: Raven Press, 1995:903–13.
41. Fyske EM, Fonnum F. Amino acid neurotransmission: dynamics of vesicular uptake. *Neurochem Res* 1996;21:1053–60.
42. Richerson GB, Gaspary HL. Carrier-mediated GABA release: is there a functional role? *Neuroscientist* 1997;3:151–7.