EXHIBIT 42

Brain Research, 331 (1985) 81–90
Elsevier

BRE 10640

81

# Inhibitory Influence of GABA on Central Serotonergic Transmission. Involvement of the Habenulo-Raphé Pathways in the GABAergic Inhibition of Ascending Cerebral Serotonergic Neurons

TORU NISHIKAWA and BERNARD SCATTON*

Synthélabo-L.E.R.S., Biochemistry Group, 31, avenue Paul Vaillant Couturier, F-92220 Bagneux (France)

(Accepted July 10th, 1984)

Key words: γ-aminobutyric acid (GABA) — cerebral serotonergic neurons — stria medullaris — habenular nuclei — fasciculus retroflexus — raphé dorsalis and medianus — catecholamines — 5-hydroxytryptophan accumulation

In order to explore the anatomical nature of the inhibitory GABAergic control of cerebral serotonergic neurons exerted at the level of the anterior raphé cells in the rat, we have studied the effect of GABA agonist agents (given systemically or infused locally into the raphé dorsalis or medianus) on cerebral 5-hydroxytryptophan (5-HTP) accumulation after lesion or pharmacological manipulation of various raphé inputs. Destruction of noradrenergic pathways by local injection of 6-hydroxydopamine in the pedunculus cerebellaris superior or by systemic injection of DSP-4 (50 mg/kg i.p.), or alteration of central dopaminergic transmission (by systemic administration of apomorphine or haloperidol) failed to modify the ability of progabide (400 mg/kg i.p.) or dipropylacetamide (150 mg/kg i.p.) to diminish 5-HTP accumulation in the striatum, hippocampus and substantia nigra. In contrast, electrolytic lesion of the habenular nuclei blocked the ability of these compounds (given systemically) to reduce 5-HTP accumulation both in serotonergic nerve terminal and cell body (raphé dorsalis and medianus) areas. A similar blockade of the effects of GABA mimetics was seen after ibotenate-induced lesion of the habenula but not after electrolytic lesion of the stria medullaris (which conveys most of the afferents to the habenula). Acute cessation of impulse flow in the habenulo-raphé tract also prevented the depamide-induced diminution of cerebral 5-HTP accumulation. Finally, interruption of nerve transmission in the habenulo-raphé pathways (by means of electrolytic lesion of the habenula or fasciculus retroflexus) blocked the ability of GABA (100 μg) or muscimol (50 ng) injected into the raphé dorsalis or medianus to reduce 5-HTP accumulation in the corresponding serotonergic nerve terminal areas. It is concluded that the GABAergic inhibition of ascending serotonergic neurons exerted in the raphé dorsalis and medianus depends upon an ongoing neuronal activity in the habenulo-raphé pathways; GABA may exerts its inhibitory control over serotonergic neurons by tuning down a facilitatory influence on these cells exerted by the habenula.

INTRODUCTION

GABA exerts an inhibitory control over central serotonergic neurons apparently via stimulation of GABA receptors located in the midbrain raphé nuclei. Thus, local application of GABA or GABA mimetics into the raphé dorsalis or into the raphé medianus caused a decrease in biochemical indices of serotonergic neuronal activity (i.e. serotonin (5-HT) synthesis rate[27], extracellular levels of 5-hydroxyindoleacetic acid (5-HIAA)[35], release of [³H]5-HT[20] and endogenous 5-HIAA levels[13,30]) in the corresponding areas of projection of serotonergic neurons in the rat and cat. Moreover, iontophoretic application of GABA into the raphé dorsalis reduced the firing rate of 5-HT-sensitive raphé cells[15]. This GABAergic control appears to be non-tonic in nature as infusion of GABA receptor antagonists into the raphé dorsalis or medianus did not alter the serotonergic transmission in brain areas that receive serotonergic afferents from these nuclei[27,32,35].

The exact nature of the GABAergic influence exerted onto 5-HT-sensitive raphé cells is not yet clear. The GABAergic influence might be mediated by afferents arising outside the raphé nuclei, e.g. the controversial GABAergic pathway emanating from the lateral habenula[9,16,26,42,43]. Alternatively, the GABAergic interneurons which appear to be present

---

* Correspondence: B. Scatton. Present address: Synthélabo-L.E.R.S., Biochemistry Group, 31, avenue Paul Vaillant Couturier, F-92220 Bagneux, France.

0006-8993/85/$03.30 © 1985 Elsevier Science Publishers B.V. (Biomedical Division)

in the raphé nuclei might mediate the influence of GABA on 5-HT-containing cells directly or by modulating afferent neurotransmitter systems arising outside the raphé. Noradrenergic neurons (that may originate in the locus coeruleus[14,23]) and putative dopaminergic projections emanating from the ventral tegmental area and substantia nigra[1,28,33,40], as well as afferents (that may contain substance P[26,42]) arising from the lateral habenula[1,19,33] all appear to take part in the regulation of the activity of serotonergic neurons originating from the raphé dorsalis and medianus. Since these raphé afferents seem to be influenced by GABAergic processes[2,5–7,32,34,40,43] we have explored the involvement of these pathways in the GABAergic control of cerebral serotonergic transmission. To this end, we have studied, in the rat, the effects of GABA mimetics and GABA receptor antagonists (given systemically or injected locally into the raphé nuclei) on the synthesis of 5-HT in discrete brain areas after lesion or pharmacological manipulation of noradrenergic and dopaminergic neurons and after acute or chronic interruption of nerve impulse flow in the habenula-raphé tract.

MATERIALS AND METHODS

*Animals and drugs*

Male Sprague–Dawley albino rats (COBS CD strain from Charles River, France) weighing 170–250 g were used. Animals were housed at $22 \pm 0.5$ °C and at 50% humidity under a 12 h light/dark cycle and had free access to food and water.

Progabide (4-{[4-chlorophenyl)(5-fluoro-2-hydroxyphenyl)methylene]amino}butanamide), dipropylacetamide (depamide) and muscimol were synthesized in the Chemistry Department, L.E.R.S. MK 212 (6-chloro-2-[1-piperazinyl]-pyrazine) was a gift from Merck Sharp and Dohme (West Point, U.S.A.). The other drugs were obtained from commercial sources. Progabide and depamide were injected intraperitoneally (i.p.) as a suspension in a 0.1% Tween 80 solution. MK 212, GABA, muscimol, tetrodotoxin and DSP-4 were dissolved in physiological saline. Ibotenic acid (Sigma, St. Louis, MO, U.S.A.) was dissolved in phosphate-buffered saline (pH 7.4). NSD 1015 (*m*-hydroxybenzylhydrazine) was dissolved in distilled water. 6-Hydroxydopamine (6-OHDA) was dissolved in Ringer medium (containing 0.02% ascorbic acid), apomorphine in a solution of 0.2% ascorbic acid and haloperidol in a solution of 0.08% tartaric acid.

*Electrolytic and chemical lesions*

Bilateral electrolytic or ibotenate-induced lesions of the habenula, the fasciculus retroflexus and the stria medullaris were performed 5–7 days before the experiments in animals anesthetized with chloral hydrate (400 mg/kg, i.p.).

A monopolar stainless-steel electrode (0.35 mm in diameter, length 0.5 mm for habenula and fasciculus retroflexus lesion and 0.25 mm for stria medullaris lesion) was inserted at the following coordinates: habenula A +4.0, V +5.1, L ±0.6; fasciculus retroflexus: A +6.4, V +4.8, L ±0.85, at a posterior angle of 30°; stria medullaris: A +5.3, V +4.85, L ± 0.7 (atlas of König and Klippel[22]). A current of 3.5 mA (habenula), 3.0 mA (fasciculus retroflexus) and 3.7 mA (stria medullaris) was applied for 15, 8 and 8 s, respectively. Ibotenate (10 $\mu$g) was infused into the lateral habenula in a volume of 0.5 $\mu$l for 3 min at the following coordinates: A +4.0, V +4.9, L ±0.7 (atlas of König and Klippel[22]). The infusion cannula was left in place for a further 5 min before removal. For sham-operation, the electrode or the infusion cannula was inserted 3 mm dorsal to the habenula.

As the cholinergic afferents of the interpeduncular nucleus pass through the habenula and the fasciculus retroflexus[16,18,19,42] the activity of choline acetyltransferase (ChAT) in the interpeduncular nucleus was used as a biochemical index of the extent of the lesion of the habenula or of the fasciculus retroflexus. For this measurement, the interpeduncular nucleus was punched out from 200 $\mu$m thick coronal brain slices cut serially from levels 5.8 to 6.8 (vs bregma) of the atlas of Paxinos and Watson[29]. Unilateral degeneration of the ascending noradrenergic pathways was achieved by injecting 6-OHDA (2 $\mu$g in 1 $\mu$l for 2 min) into the right pedunculus cerebellaris superior (PCS) (coordinates A 0.25, L 1.4, V −1.8, atlas of König and Klippel[22]) 21 days before the experiments. DSP-4 (50 mg/kg) was administered i.p. 21 days before the experiments. The extent of degeneration of noradrenergic neurons was verified by measuring norepinephrine levels in the frontal cortex.

Cerebral hemisection was performed under light ether anesthesia according to Bédard et al.[8].

*Local injections*

The procedure for local infusion of drugs into the raphé nuclei and fasciculus retroflexus of conscious rats via indwelling cannulae was similar to that described in detail previously[27]. The following coordinates (atlas of König and Klippel[22]) were used: raphé dorsalis A +4.5, V +5.0, L ±0 (at a posterior angle of 45° to the vertical axis), raphé medianus A +2.2, V +2.1, L ±0 (posterior angle of 45°), fasciculus retroflexus A +6.4, V +4.8, L ±0.85 (posterior angle of 30°). GABA (100 μg), muscimol (50 ng) or saline were infused into the raphé dorsalis and medianus 60 min before sacrifice. Drugs were infused in a volume of 1 μl for 3 min and the injection cannula was left in place for a further 1 min before removal. Tetrodotoxin (50 ng) was infused bilaterally into the fasciculus retroflexus in a volume of 0.5 μl for 3 min and the infusion cannula was left in place for 2 min before removal.

In sham-operated animals, the guide cannula was inserted 3 mm dorsal to the fasciculus retroflexus. The site of every injection was verified histologically.

*Biochemical analysis*

The rate of 5-HT synthesis was determined by measuring the accumulation of 5-HTP for 30 min following inhibition of L-aromatic amino acid decarboxylase by NSD 1015 (100 mg/kg i.p.). Animals were stunned and decapitated. The various brain areas were dissected out and stored at −80 °C until biochemical analysis. 5-HTP was assayed by reversed-phase high-performance liquid chromatography with electrochemical detection as described previously[37].

ChAT activity was assayed according to Fonnum[12] using [$^{14}$C]acetylcoenzyme A (spec. act. 56 mCi/mmol; NEN).

Norepinephrine was measured using the radioenzymatic method of Da Prada and Zürcher[11].

Protein was assayed according to Lowry et al.[24].

*Statistics*

For statistical analysis, the two-tailed Student's $t$-test and one-way analysis of variance (ANOVA) followed by multiple comparison test (Duncan's method) were used.

RESULTS

*Effect of progabide on cerebral 5-HTP accumulation after destruction of noradrenergic neurons*

Systemic administration of the GABA receptor agonist progabide[5] (400 mg/kg i.p.) reduced 5-HTP accumulation in the striatum, hippocampus and substantia nigra of the normal rat (Table I). The destruction of noradrenergic pathways (by a local infusion of 6-OHDA at the level of the PCS or by systemic injection of the neurotoxic agent DSP-4[21]) did not affect the ability of progabide to decrease 5-HT synthesis in these brain areas. Similar results were obtained after repeated administration of progabide (data not shown). The chemical lesion of noradrenergic neurons did not modify 5-HT synthesis in stria-

TABLE I

*Destruction of noradrenergic neurons does not alter the ability of progabide to diminish cerebral 5-HT synthesis in the rat*

Three weeks following local injection of 6-OHDA (2 μg in 1 μl laterally to the PCS) or systemic injection of DSP4 (50 mg/kg i.p.), animals received progabide (400 mg/kg i.p.) or vehicle (0.1% Tween 80) and were sacrificed 1.5 h later. NSD 1015 (100 mg/kg i.p.) was injected 30 min before sacrifice. Results are means with S.E.M. of data obtained on 7–8 animals per group. Within brackets, percentage of respective controls. * $P < 0.05$ vs respective controls. † $P < 0.01$ vs sham-operated rats.

| Pretreatment | Treatment | 5-HTP (ng/g) | | | NA (ng/g), frontal cortex |
|---|---|---|---|---|---|
| | | Striatum | Hippocampus | Substantia nigra | |
| Sham | vehicle | 176.4±10.7 (100) | 152.4±6.0 (100) | 300.6±14.6 (100) | 267.6±13.4 (100) |
| | progabide | 136.2±12.0* (77) | 102.8±6.7* (68) | 229.6±17.9 (76) | – |
| 6-OHDA | vehicle | 181.4±7.8 (100) | 149.6±6.1 (100) | 306.7±18.5 (100) | 13.1±2.0† (5) |
| | progabide | 149.0±5.8* (82) | 117.6±4.2* (78) | 258.0±8.4* (84) | 13.4±1.2† (5) |
| Sham | vehicle | 199.8±18.9 (100) | 129.0±10.4 (100) | | 298.8±24.4 (100) |
| | progabide | 143.5±12.5* (72) | 92.2±6.2* (72) | | – |
| DSP4 | vehicle | 218.6±11.2 (100) | 115.4±6.2 (100) | | 106.6±12.5† (36) |
| | progabide | 165.1±10.3* (75) | 87.4±7.3* (76) | | 105.1±7.0† (35) |

tum, hippocampus and substantia nigra (Table I). Norepinephrine levels in the frontal cortex of 6-OHDA and DSP-4 lesioned animals were 95% and 66% lower than in sham controls, respectively (Table I).

*Effect of a combined administration of depamide and apomorphine or haloperidol on 5-HTP accumulation in the striatum and hippocampus*

The indirect acting GABA agonist depamide (150 mg/kg i.p.) diminished 5-HTP accumulation in both striatum and hippocampus of the rat (by 20–22%) (Table II). Administration of a high dose of the dopamine receptor agonist apomorphine (10 mg/kg s.c.) also reduced 5-HTP accumulation in these brain areas (by 25–30%); this effect was antagonized by haloperidol (2 mg/kg i.p.). When both apomorphine and depamide were administered to the same animal, striatal and hippocampal 5-HTP accumulation was still reduced as compared to animals receiving apomorphine alone, the two effects being additive; the magnitude of the effect of depamide was the same as that found in animals not treated with apomorphine (Table II). Similar results were obtained when a lower dose of apomorphine (2 mg/kg s.c.) was administered (data not shown). Haloperidol (2 mg/kg i.p.) by itself did not modify hippocampal 5-HTP accumulation and when co-administered with depamide failed to affect the GABA mimetic-induced decrease of hippocampal 5-HT synthesis (Table II). Apomorphine and haloperidol also failed to affect the ability of progabide (400 mg/kg i.p.) to reduce hippocampal 5-HTP accumulation (data not shown).

*Effect of a systemic injection of GABA mimetics on cerebral 5-HTP accumulation after lesion of the habenula or of the stria medullaris*

The systemic administration of progabide (1200 mg/kg i.p.), depamide (150 mg/kg i.p.) or of the 5-HT receptor agonist MK 212[10] (10 mg/kg i.p.) to sham-operated rats reduced 5-HTP accumulation in raphé dorsalis and medianus, and in several brain areas receiving serotonergic projections from these nuclei (striatum, hypothalamus, hippocampus and substantia nigra)[3] (Fig. 1). The electrolytic lesion of the habenula, which slightly reduced 5-HT synthesis by itself, prevented the ability of progabide and of depamide, but not that of MK 212, to decrease cerebral 5-HTP accumulation in these areas. However, cerebral hemisection abolished the MK 212-induced effect on 5-HT synthesis in the striatum and hippocampus (ng/g striatum: transection, $112.8 \pm 6.6$; transection + MK 212, $118.2 \pm 7.2$; hippocampus: transection, $81.6 \pm 5.5$; transection + MK 212 $82.3 \pm 9.7$, n = 7–8 rats per group).

The habenular lesion by electrocoagulation was essentially confined to the habenular complex (lateral and medial parts) with little damage to adjacent thalamic tissue. However, the lesion slightly encroached the hippocampus suggesting that some hip-

TABLE II

*Apomorphine or haloperidol does not affect the ability of depamide to reduce striatal and hippocampal 5-HTP accumulation in the rat*

Animals received depamide and/or apomorphine or haloperidol 120 min before sacrifice. NSD 1015 (100 mg/kg i.p.) was injected 30 min before decapitation. Results are means with S.E.M. of data obtained from 7–16 animals per group. * $P < 0.01$ when compared to vehicle-treated controls. † $P < 0.05$, †† $P < 0.01$ as compared to apomorphine-injected animals. § $P < 0.05$ as compared to haloperidol-injected animals. Within brackets: percentage of controls.

| Treatment | Dose (mg/kg) | Route | 5-HTP (ng/g) | |
|---|---|---|---|---|
| | | | Striatum | Hippocampus |
| Vehicle | – | i.p. | $190.0 \pm 5.4$ (100) | $136.5 \pm 5.8$ (100) |
| Depamide | 150 | i.p. | $143.5 \pm 8.7^*$ (76) | $95.6 \pm 6.7^*$ (70) |
| Apomorphine | 10 | s.c. | $147.3 \pm 4.3^*$ (78) | $92.4 \pm 4.7^*$ (68) |
| Depamide + | 150 | i.p. | $109.7 \pm 6.0^{*\dagger}$ (58) | $66.7 \pm 3.3^{*\dagger\dagger}$ (49) |
| apomorphine | 10 | s.c. | | |
| Haloperidol | 2 | i.p. | – | $125.4 \pm 4.3$ (92) |
| Depamide + | 150 | i.p. | – | $94.4 \pm 6.4^{*\S}$ (69) |
| haloperidol | 2 | i.p. | | |
| Apomorphine + | 10 | s.c. | – | $120.6 \pm 11.9^\dagger$ (88) |
| haloperidol | 2 | i.p. | | |



Fig. 1. Failure of GABA mimetics (given systemically) to diminish cerebral 5-HTP accumulation after electrolytic lesion of the habenular nuclei. Six days after habenula lesion, animals were injected with vehicle (C), progabide (PRO), depamide (DEP) or MK 212 (MK), and were killed 120, 90, 120 and 120 min later, respectively. NSD 1015 (100 mg/kg i.p.) was injected 30 min before decapitation. Results are means with S.E.M. of data obtained from 8–20 animals per group and are expressed as a percentage of absolute control values which were (ng/g): striatum, $181.1 \pm 8.6$; hypothalamus, $384.0 \pm 14.1$; hippocampus, $160.2 \pm 7.0$; (ng/mg protein): substantia nigra, $4.13 \pm 0.16$; raphé dorsalis, $42.34 \pm 2.65$; raphé medianus, $15.57 \pm 0.84$. * $P < 0.05$, ** $P < 0.01$ as compared to vehicle-treated sham-operated animals. + $P < 0.05$, ++ $P < 0.01$ as compared to vehicle-treated habenula-lesioned animals.

pocampal serotonergic neurons may be damaged. This could account for the larger diminution of 5-HTP accumulation observed in the hippocampus as compared to the other brain areas after habenula lesion. There was also a 90% lower ChAT activity in the interpeduncular nucleus of these lesioned animals (nmol·h$^{-1}$·mg protein$^{-1}$: sham-operated, $472.1 \pm 23.4$; lesioned, $51.1 \pm 2.5$; * $P < 0.001$ vs sham).

Lesion of the lateral habenula by ibotenate likewise slightly reduced 5-HT synthesis by itself, and completely blocked the ability of depamide to diminish 5-HTP accumulation in striatum, olfactory tubercle, hypothalamus, hippocampus, substantia nigra and raphé dorsalis (Fig. 3). There was a large cell loss in the lateral habenula 7 days after ibotenate infusion and the major part of the medial habenula remained intact (Fig. 2). In contrast, neuronal fibers passing through the habenula appeared to be spared as no significant alteration of ChAT activity was observed in the interpeduncular nucleus of these animals (nmol·h$^{-1}$·mg protein$^{-1}$: sham-operated, $466 \pm 18$; ibotenate-injected, $473 \pm 24$).

The 5-HTP accumulation in the hypothalamus and striatum was slightly increased after an electrolytic lesion of the stria medullaris (which conveys most of the afferents to the habenula[18]), but the ability of depamide (150 mg/kg i.p.) to diminish 5-HTP formation in these brain areas was not affected (Table III).

*Effect of systemic injection of GABA mimetics on cerebral 5-HTP accumulation after acute cessation of impulse flow in the fasciculus retroflexus*

Cessation of impulse flow in the fasciculus retroflexus (where habenulo-raphé pathways run) by

TABLE III

*Electrolytic lesion of the stria medullaris does not alter the ability of depamide to diminish cerebral 5-HT synthesis*

Six days following electrolytic lesion of the stria medullaris, rats received depamide (150 mg/kg i.p.) or vehicle (0.1% Tween 80) and were sacrificed 2 h later. NSD 1015 (100 mg/kg i.p.) was injected 30 min before sacrifice. Results are means with S.E.M. of data obtained on 8 animals per group. * $P < 0.05$, ** $P < 0.01$ vs absolute controls. † $P < 0.05$ vs lesioned vehicle-treated rats.

| Surgery | Treatment | 5-HTP (ng/g) | | | |
|---|---|---|---|---|---|
| | | Striatum | | Hypothalamus | |
| Sham | vehicle | 191.9±9.4 | (100) | 341.1±18.4 | (100) |
| | depamide | 148.9±10.5** | (77) | 250.0±10.5** | (73) |
| Lesion | vehicle | 228.3±9.6* | (100) | 393.9±12.0* | (100) |
| | depamide | 194.9±10.3† | (85) | 302.7±10.2† | (77) |

86



Fig. 2. Light photomicrographs showing the extent of lesion of the habenula after local injection of ibotenate. Animals were killed 7 days after the habenula lesion. Brains were fixed with a solution of formalin (10%), acetic acid (10%) and methanol (80%). Coronal sections (10 μm thick) were stained with cresyl violet. A: controls. B: ibotenate-induced lesion. MHb, medial habenula; LHb, lateral habenula.

means of a local infusion of tetrodotoxin (50 ng) induced a slight decrease (5–15%) in 5-HTP accumulation in the striatum, olfactory tubercle, hypothalamus and hippocampus, and blocked the effect of depamide (150 mg/kg i.p.) in these areas (Fig. 4). The site of tetrodotoxin injection in the fasciculus retroflexus was located in the middle portion of the parafascicular nuclei.

*Effect of a local infusion of GABA mimetics into the raphé nuclei on cerebral 5-HTP accumulation after lesion of the habenulo-raphé pathways*

Local infusion of GABA (100 μg) into the raphé dorsalis of sham-operated animals caused a decrease in 5-HTP accumulation in the striatum, olfactory tubercle and substantia nigra (Fig. 5). However, intra-raphé dorsalis infusion of GABA in the habenula-lesioned animals no longer reduced 5-HT synthesis in these serotonergic projection areas.

Fig. 3. Failure of depamide to diminish cerebral 5-HTP accumulation after ibotenate-induced lesion of the habenula. Seven days after bilateral injection of ibotenate into the habenular nuclei, animals were injected with depamide (150 mg/kg i.p., DEP) or vehicle (C) and were sacrificed 2 h later. NSD 1015 (100 mg/kg i.p.) was injected 30 min before decapitation. Results are means with S.E.M. of data obtained from 7–11 animals per group and are expressed as a percentage of absolute control values. * $P < 0.05$, ** $P < 0.01$ as compared to vehicle-treated sham-operated animals. NS, no significant difference.



Fig. 4. Failure of depamide to diminish cerebral 5-HTP accumulation after local infusion of tetrodotoxin into the fasciculus retroflexus. Rats received depamide (DEP) (150 mg/kg i.p.) or vehicle (C) 15 min after bilateral infusion of tetrodotoxin (TTX) (50 ng) into the fasciculus retroflexus (via indwelling cannulae) and were killed 120 min later. NSD 1015 (100 mg/kg i.p.) was injected 30 min before sacrifice. Results are means with S.E.M. of data from 13–21 animals per group (two experiments) and are expressed as a percentage of control values. * $P < 0.05$, ** $P < 0.01$ as compared to vehicle-injected sham-operated animals. NS, no significant difference.



Fig. 5. Lack of effect of an intra-raphé dorsalis infusion of GABA on cerebral 5-HTP accumulation after electrolytic lesion of the habenula. Six days after electrolytic lesion of the habenular nuclei, GABA (100 μg) or saline (C) was infused into the raphé dorsalis (via indwelling cannulae), 60 min before sacrifice. NSD 1015 (100 mg/kg i.p.) was administered 30 min before decapitation. Results are means with S.E.M. of data obtained from 6–18 animals per group and are expressed as a percentage of control values. * $P < 0.05$, ** $P < 0.01$ as compared to saline-injected sham-operated rats. NS, no significant difference.

Whereas intra-raphé medianus infusion of muscimol (50 ng) in sham-operated rats caused a diminution of 5-HTP accumulation in the hippocampus and septum, in rats with a bilateral electrolytic lesion of the fasciculus retroflexus, muscimol did not diminish 5-HT synthesis in these areas (Table IV). The lesion of the fasciculus retroflexus by itself reduced 5-HT synthesis by 24% in the hippocampus and septum (Table IV) as well as in the raphé medianus and dorsalis (not shown). It also reduced ChAT activity by 90% in the interpeduncular nucleus (nmol·h$^{-1}$·mg protein$^{-1}$: sham-operated, 439.7 ± 10.4; lesioned, 44.9 ± 2.3; * $P < 0.001$ vs sham) showing the effectiveness of the lesion. Histologically, the electrocoagulation produced a discrete lesion of the fasciculus retroflexus itself and of the nucleus parafascicularis with no damage to the hippocampus and septum.

DISCUSSION

The present study was undertaken in order to assess the anatomical substrate of the inhibitory GABAergic control of serotonergic neurons which is exerted within the raphé nuclei. The results allow us to conclude that this local inhibitory GABAergic influence does not involve noradrenergic and dopaminergic afferents to the 5-HT-sensitive raphé cells but depends upon the integrity of the habenulo-raphé pathways.

Evidence has been provided for the existence of a noradrenergic input onto the anterior raphé nuclei[14,23] which plays an important role in maintaining the tonic firing activity of raphé 5-HT-containing cells[4,25]. Since GABA mimetics have been shown to alter cerebral noradrenergic transmission[2,5,35], the inhibitory influence of GABA onto serotonergic raphé cells could be mediated indirectly via a modulation of the noradrenergic influence on these cells. This is, however, unlikely since GABA exerts an indirect *facilitatory* influence on noradrenergic neurons[5,35], and enhancement of GABA synaptic activity should result in an increase, rather than in a decrease, in cerebral 5-HT synthesis. Moreover, GABA mimetics (given systemically) diminished 5-HT synthesis in brain areas receiving serotonergic projections from the raphé dorsalis and medianus even after the chemical destruction of central noradrenergic pathways. The raphé nuclei (and espec-

TABLE IV

*Lack of effect of an intra-raphé medianus infusion of muscimol on hippocampal and septal 5-HTP accumulation after lesion of the fasciculus retroflexus*

Six days after electrolytic lesion of the fasciculus retroflexus, muscimol (50 ng) or saline was infused (via indwelling cannula) into the raphé medianus of conscious rats 60 min before sacrifice. NSD 1015 (100 mg/kg i.p.) was injected 30 min before decapitation. Results are means with S.E.M. of data obtained from 6–11 animals per group. * $P < 0.05$, ** $P < 0.01$ as compared to saline-treated sham-operated animals. Within brackets, percentage of respective saline-treated controls.

| Treatment | 5-HTP (ng/g) | | | |
|---|---|---|---|---|
| | Hippocampus | | Septum | |
| | Sham | Lesion | Sham | Lesion |
| Saline | 159.2±10.8 (100) | 114.1±14.0* (100) | 220.7±14.8 (100) | 157.1±13.1* (100) |
| Muscimol (50 ng) | 109.9±9.6* (69) | 101.4±9.5* (89) | 171.5±9.7* (78) | 168.6±12.4* (107) |

ially the raphé dorsalis) also appear to receive projections from the substantia nigra and ventral tegmental area[28,33,40] possibly dopaminergic in nature[17]. Since GABA exerts an inhibitory influence on cerebral dopaminergic neurons[2,6,7], the GABAergic influence onto serotonergic raphé cells may be effected indirectly via dopaminergic afferents. This is, however, unlikely as GABA mimetics retain their ability to reduce 5-HT synthesis in the striatum and hippocampus after systemic administration of a high dose of apomorphine or haloperidol.

The existence of massive afferent projections to the nucleus raphé dorsalis and medianus originating in the lateral habenula has been demonstrated in anatomical studies[1,19,33]. This pathway appears to play a major role in the control of the activity of anterior raphé serotonergic neurons. Indeed, electrical stimulation of the lateral habenula decreased the firing rate of raphé serotonergic neurons in the rat[40,43] and reduced the release of [$^3$H]5-HT from terminals of raphé dorsalis neurons in the cat[32]. Moreover, application of potassium chloride to the lateral habenula facilitated the release of [$^3$H]5-HT in serotonergic projection areas in the cat[38] whereas electrolytic lesion of the habenula increased the concentrations of 5-HIAA in the raphé dorsalis[39]. But from these data it is not clear whether the control exerted by the habenula over the anterior raphé 5-HT neurons is inhibitory or excitatory in nature. Our results tend to support the view that the habenula exerts an excitatory tonic influence on anterior raphé cells since 5-HT synthesis is decreased in brain areas innervated by serotonergic neurons arising from the raphé dorsalis and/or medianus after electrolytic or ibotenate-induced lesion of the habenula, or acute or chronic interruption of nerve impulse flow in the fasciculus retroflexus (where the habenulo-raphé pathway runs[19]). Whatever the nature of this habenular influence, the results of this study suggest that the GABAergic control of anterior raphé 5-HT-containing cells depends upon an ongoing neuronal activity in the habenulo-raphé pathways. Thus, the ability of GABA mimetics (given systemically or applied locally into the raphé nuclei) to diminish 5-HT synthesis in both terminals and cell bodies of 5-HT neurons is blocked by chronic lesion of the habenula (by electrocoagulation or local injection of the axon sparing agent ibotenate) or interruption of impulse flow in the habenulo-raphé pathways (by local infusion of tetrodotoxin or electrocoagulation of the fasciculus retroflexus). These findings are consonant with our recent data showing that electrolytic lesion of the habenular nuclei blocked the ability of GABA, infused locally into the raphé dorsalis, to diminish the extracellular concentrations of 5-HIAA in the rat striatum[35].

The observation that an electrolytic lesion of the habenula does not alter the ability of the 5-HT receptor agonist MK 212[10] to reduce cerebral 5-HT synthesis is evidence against the possibility that the loss of GABAergic influence on cerebral serotonergic transmission observed after habenula lesion is due to a non-specific effect. From these data and from the observation that acute cessation of neuronal activity in the fasciculus retroflexus blocked the GABA mimetic-induced diminution of cerebral 5-HT synthesis, it also does not appear possible that adaptive mechanisms occurring in serotonergic neurons as a consequence of the chronic impairment of the habenulo-raphé transmission render them refractory to GABAergic inhibition.

The ability of GABA mimetics to diminish cerebral 5-HT synthesis was blocked after either electrolytic lesion of the habenular nuclei (lateral and medial parts) or after specific lesion of the lateral habenula with the excitotoxin ibotenate. Since ibotenate appears to destroy cell bodies and leave passing fibers intact[36], neurons originating from, but not passing through the lateral habenula may play a crucial role in the GABAergic regulation of anterior raphé serotonergic neurons. In support of this view, electrolytic lesion of the stria medullaris which conveys most of the afferents (e.g. cholinergic) to the habenula[18] was found not to alter the ability of depamide to diminish striatal and hypothalamic 5-HT synthesis. The habenular efferents involved in the GABAergic control of serotonergic transmission probably run in the fasciculus retroflexus as cessation of impulse flow in this tract (by local application of tetrodotoxin) also prevented the diminution of cerebral 5-HT synthesis caused by GABA mimetics.

The nature of the transmitters of the lateral habenula projections to the anterior raphé has not yet been clearly established. Wang and Aghajanian[43] have proposed that GABA could be a transmitter of some of the habenular afferents to the raphé dorsalis.

The loss of GABAergic inhibitory influence on cerebral 5-HT synthesis after habenula lesion that we have observed may thus be related to the interruption of this GABAergic input. But this appears to be unlikely. Thus: (1) the existence of a monosynaptic habenulo-raphé GABAergic tract has been questioned since neither habenula lesion[16,26,42], nor deafferentation of the raphé dorsalis[9] affect glutamic acid decarboxylase activity or GABA levels in the raphé dorsalis and (2) interruption of a hypothetical habenulo-raphé GABAergic pathway would not be expected to block the inhibitory effect of direct acting GABA receptor agonists on cerebral 5-HT synthesis when these are applied directly into the raphé nuclei.

From the observation of a large loss of SP-like immunoreactivity in the raphé dorsalis following lesions of the lateral habenula[26,42], it has been suggested that substance P (SP) is contained within some of the habenulo-raphé neurons. Accordingly, the abolition of the GABA mimetic-induced diminution of cerebral serotonergic transmission after interruption of habenulo-raphé pathways may be explained by the action of GABA upon 5-HT-sensitive cells in the anterior raphé blocking a facilitatory influence (possibly mediated by SP) onto these neurons. GABA receptors may be located on habenular afferents to the raphé nuclei, then enhancement of GABAergic transmission might cause a reduction of the excitatory influence exerted on the raphé cells leading to a decrease in cerebral serotonergic transmission. Alternatively, GABAergic interneurons may impinge directly on 5-HT cells in the anterior raphé but these cells would be inhibited by GABA only in the presence of a tonic excitatory drive exerted by the habenulo-raphé input. The activity of 5-HT raphé cells would then be controlled by a balance of an inhibitory GABAergic and an opposing and independent excitatory SPergic influence. Another possibility is that adaptive mechanisms occurring in serotonergic neurons as a consequence of the degeneration of the habenulo-raphé pathways would render them refractory to GABAergic inhibition. However, this appears unlikely since habenula lesion did not affect the ability of the 5-HT receptor agonist MK 212, given systemically, to diminish cerebral 5-HT synthesis.

In conclusion, the present results are consistent with the view that the inhibitory GABAergic regulation of cerebral serotonergic neuronal activity which is exerted within the anterior raphé nuclei depends upon an ongoing neuronal activity in the habenulo-raphé pathways. It is proposed that GABA exerts its inhibitory influence onto serotonergic cells in the raphé nuclei by tuning down a facilitatory influence exerted upon these cells by the habenula input.

ACKNOWLEDGEMENTS

The authors wish to thank A. Serrano and J. P. Rivy for excellent technical assistance, C. Lecoffre and D. Duverger for histological control, V. Neveux for typing the manuscript and Dr. J. Dedek for language correction.

REFERENCES

1 Aghajanian, G. K. and Wang, R. Y., Habenular and other midbrain raphé afferents demonstrated by a modified retrograde tracing technique, *Brain Research*, 122 (1977) 229–242.
2 Andén, N. E. and Stock, G., Inhibitory effect of γ-hydroxybutyric acid and γ-aminobutyric acid on the dopamine cells in the substantia nigra, *Naunyn-Schmiedeberg's Arch. Pharmacol.*, 279 (1973) 89–92.
3 Azmitia, E. C. and Segal, M., An autoradiographic analysis of the differential ascending projections of the dorsal and median raphé nuclei in the rat, *J. comp. Neurol.*, 179 (1978) 641–667.
4 Baraban, J. M. and Aghajanian, G. K., Suppression of firing activity of 5-HT neurons in the dorsal raphé by alpha adrenoceptor antagonists, *Neuropharmacology*, 19 (1980) 355–363.
5 Bartholini, G., Scatton, B., Zivkovic, B. and Lloyd, K. G., On the mode of action of SL 76002, a new GABA receptor agonist. In H. Kofod, J. Scheel-Krüger and P. Krogsgaard-Larsen (Eds.), *GABA-Neurotransmitters*, Munksgaard, Copenhagen, 1978, pp. 326–339.
6 Bartholini, G. and Stadler, H., Neurotransmitter interaction in the basal ganglia: relation to extrapyramidal disorders. In W. Birkmayer and O. Hornykiewicz (Eds.), *Advances in Parkinsonism*, Editions Roche, Basle, 1976, pp. 115–123.
7 Bartholini, G. and Stadler, H., Evidence for an intrastriatal GABAergic influence on dopamine neurons of the cat, *Neuropharmacology*, 16 (1977) 343–347.
8 Bédard, P., Carlsson, A. and Lindqvist, M., Effect of transverse cerebral hemisection on 5-hydroxytryptamine metabolism in the rat brain, *Naunyn-Schmiedeberg's Arch. Pharmacol.*, 272 (1972) 1–15.
9 Belin, M. F., Aguera, M., Tappaz, M., McRae-Degueurce, A., Bobillier, P. and Pujol, J. F., GABA-accumulating neurons in the nucleus raphé dorsalis and periaque-

ductal gray in the rat: a biochemical and radioautographic study, *Brain Research*, 170 (1979) 279–297.

10 Clineschmidt, B. V., McGuffin, J. C. and Pflueger, A. B., Central serotonin-like activity of 6-chloro-2-[1-piperazinyl]-pyrazine (CPP; MK 212), *Europ. J. Pharmacol.*, 44 (1977) 65–74.

11 Da Prada, M. and Zürcher, G., Simultaneous radioenzymatic determination of plasma and tissue adrenaline, noradrenaline and dopamine within the femtomole range, *Life Sci.*, 19 (1976) 1161–1174.

12 Fonnum, F., Radiochemical assays for choline acetyltransferase and acetylcholinesterase. In N. Marks and R. Rodnight (Eds.), *Research Methods in Neurochemistry, Vol. 3*, Plenum Press, New York, 1975, pp. 253–275.

13 Forchetti, C. M. and Meek, J. L., Evidence for a tonic GABAergic control of serotonin neurons in the median raphé nucleus, *Brain Research*, 206 (1981) 208–212.

14 Fuxe, K., Evidence for the existence of monoamine neurons in the central nervous system. IV. Distribution of monoamine nerve terminals in central nervous system. *Acta Physiol. Scand.*, 64, Suppl. 247 (1965) 37–85.

15 Gallager, D. W. and Aghajanian, G. K., Effect of antipsychotic drugs on the firing of dorsal raphé cells. II. Reversal by picrotoxin, *Europ. J. Pharmacol.*, 39 (1976) 357–364.

16 Gottesfeld, Z., Hoover, D. B., Muth, E. A. and Jacobowitz, D. M., Lack of biochemical evidence for a direct habenulo-raphé GABAergic pathway, *Brain Research*, 141 (1978) 353–356.

17 Grabowska, M., Przewlocki, R. and Smialowska, M., On the direct or indirect influence of apomorphine on central serotonin neurons, *J. Pharm. Pharmacol.*, 28 (1976) 64–65.

18 Herkenham, M. and Nauta, W. J. H., Afferent connections of the habenular nuclei in the rat. A horseradish peroxidase study, with a note on the fiber-of-passage problem, *J. comp. Neurol.*, 173 (1977) 123–146.

19 Herkenham, M. and Nauta, W. J. H., Efferent connections of the habenular nuclei in the rat, *J. comp. Neurol.*, 187 (1979) 19–48.

20 Héry, F. and Ternaux, J. P., Regulation of release processes in central serotoninergic neurons, *J. Physiol. (Paris)*, 77 (1981) 287–301.

21 Jonsson, G., Hallman, H., Ponzio, F. and Ross, S., DSP-4 (N-(2-chloroethyl)-N-ethyl-2-bromobenzylamine) a useful denervation tool for central and peripheral noradrenaline neurons, *Europ. J. Pharmacol.*, 72 (1981) 173–188.

22 König, J. F. R. and Klippel, R. A., *The Rat Brain*, Williams and Wilkins, Baltimore, 1963.

23 Levitt, P. and Moore, R. Y., Origin and organization of brain stem catecholamine innervation in the rat, *J. comp. Neurol.*, 186 (1979) 505–528.

24 Lowry, O. H., Rosebrough, M. J., Farr, A. L. and Randall, R. J., Protein measurement with the Folin phenol reagent, *J. biol. Chem.*, 193 (1951) 265–268.

25 Marwaha, J. and Aghajanian, G. K., Relative potencies of alpha-2 antagonists in the locus coeruleus, dorsal raphé and dorsal lateral geniculate nuclei: an electrophysiological study, *J. Pharmacol. exp. Ther.*, 217 (1982) 287–293.

26 Neckers, L. M., Schwartz, J. P., Wyatt, R. J. and Speciale, S. G., Substance P afferents from the habenula innervate the dorsal raphé nucleus, *Exp. Brain Res.*, 37 (1979) 619–623.

27 Nishikawa, T. and Scatton, B., Evidence for a GABAergic inhibitory influence on serotonergic neurons originating from the dorsal raphé, *Brain Research*, 279 (1983) 325–329.

28 Pasquier, D. A., Kemper, T. L., Forbes, W. B. and Morgane, P. J., Dorsal raphé, substantia nigra and locus coeruleus: interconnections with each other and the neostriatum, *Brain Res. Bull.*, 2 (1977) 323–339.

29 Paxinos, G. and Watson, C., *The Rat Brain in Stereotaxic Coordinates*, Academic Press, Sydney, 1982.

30 Przewlocka, B., Stala, L. and Scheel-Krüger, J., Evidence that GABA in the nucleus dorsalis raphé induces stimulation of locomotor activity and eating behavior, *Life Sci.*, 25 (1979) 937–946.

31 Pycock, C. and Horton, R., Regional changes in the concentrations of cerebral monoamines and their metabolites after ethanolamine-O-sulphate induced elevation of brain $\gamma$-aminobutyric acid concentration, *Biochem. Pharmacol.*, 27 (1978) 1827–1830.

32 Reisine, T. D., Soubrié, P., Artaud, F. and Glowinski, J., Involvement of lateral habenula-dorsal raphé neurons in the differential regulation of striatal and nigral serotonergic transmission in cats, *J. Neurosci.*, 2 (1982) 1062–1071.

33 Sakai, K., Salvert, D., Touret, M. and Jouvet, M., Afferent connections of the nucleus raphé dorsalis in the cat as visualized by the horseradish peroxidase technique, *Brain Research*, 137 (1977) 11–35.

34 Scatton, B., Zivkovic, B., Dedek, J., Lloyd, K. G., Constantinidis, J., Tissot, R. and Bartholini, G., $\gamma$-Aminobutyric acid (GABA) receptor stimulation. III. Effect of progabide (SL 76002) on norepinephrine, dopamine and 5-hydroxytryptamine turnover in rat brain areas, *J. Pharmacol. exp. Ther.*, 220 (1981) 678–688.

35 Scatton, B., Serrano, A., Rivot, J. P. and Nishikawa, T., Inhibitory GABAergic influence on striatal serotonergic transmission exerted in the dorsal raphé as revealed by in vivo voltammetry, *Brain Research*, 305 (1984) 343–352.

36 Schwarcz, R., Hökfelt, T., Fuxe, K., Jonsson, G., Goldstein, M. and Terenius, L., Ibotenic acid-induced neuronal degeneration. A morphological and neurochemical study, *Exp. Brain Res.*, 37 (1979) 199–216.

37 Semerdjian-Rouquier, L., Bossi, L. and Scatton, B., Concurrent determination of 5-hydroxytryptophan, serotonin and 5-hydroxyindole acetic acid in rat and human brain and biological fluids by reversed-phase high-performance liquid chromatography with electrochemical detection, *J. Chromatog.*, 218 (1981) 663–670.

38 Soubrié, P., Reisine, T., Artaud, F. and Glowinski, J., Role of the lateral habenula in modulating nigral and striatal in vivo [$^3$H]serotonin release in the cat, *Brain Research*, 222 (1981) 192–197.

39 Speciale, S. G., Neckers, L. M. and Wyatt, R. J., Habenular modulation of raphé indoleamine metabolism, *Life Sci.*, 27 (1980) 2367–2372.

40 Stern, W. C., Johnson, A., Bronzino, J. D. and Morgane, P. J., Neuropharmacology of the afferent projections from the lateral habenula and substantia nigra to the anterior raphé in the rat, *neuropharmacology*, 20 (1981) 979–989.

41 Svensson, T. H., Bunney, B. S. and Aghajanian, G. K., Inhibition of both noradrenergic and serotonergic neurons in brain by the $\alpha$-adrenoceptor agonist clonidine, *Brain Research*, 92 (1975) 291–306.

42 Vincent, S. R., Staines, W. A., McGeer, E. G. and Fibiger, H. C., Transmitters contained in the efferents of the habenula, *Brain Research*, 195 (1980) 479–484.

43 Wang, R. Y. and Aghajanian, G. K., Physiological evidence for habenula as major link between forebrain and midbrain raphé, *Science*, 197 (1977) 89–91.