# EXHIBIT 44

| GÖDECKE AG<br>Research & Development | RESEARCH REPORT<br>—confidential— | RR -No. 4192-o166 |
|---|---|---|
| | | Date of issue May 1984 |
| | | Complete Report ............... 8 Pages |

| Department | Biochemistry | Compound No. Gö 345o |
|---|---|---|
| Investigator | U. Köllhofer | Generic Name Gabapentin |
| Monitor | Dr. W. Reimann | Trade Name |

Title of investigation

Gabapentin attenuates the release of noradrenaline and serotonin but not acetylcholine from brain slices

Abstract

In previous investigations gabapentin inhibited the release of dopamine from rabbit brain caudate nucleus slices in a similar manner as GABA and baclofen. However, a different site of action became evident. We now investigated whether gabapentin also reduced the release of other biogenic amines and of acetylcholine.

Slices of rat cerebral cortex were preincubated with either $^3$H-noradrenaline or $^3$H-serotonin and slices of rabbit caudate nucleus with $^3$H-choline. The slices were subsequently superfused and electrically stimulated twice ($S_1$; $S_2$). Gabapentin o.o1, o.1 and 1 mmol/l was added to the superfusion medium 15 min before $S_2$. When slices were preincubated with $^3$H-noradrenaline, addition of gabapentin reduced the stimulation-evoked overflow by 6 %, 1o % and 19 %, respectively. After preincubation with $^3$H-serotonin, tritium overflow was reduced by 15 %, 15 % and 21 %, respectively. Gabapentin had no influence on the stimulation-evoked release of tritium in slices preincubated with $^3$H-choline. Gabapentin o.1 mmol/l retained its inhibitory activity on noradrenaline release when baclofen 1 mmol/l was added to the medium.

Thus gabapentin impaired the release of biogenic amines in a similar manner as has been reported for GABA and baclofen. However, the site of action seems to be different from that of baclofen. The inhibitory action of gabapentin is not effected by a generalized depression of neuronal excitability, since the release of acetylcholine was not affected.

Reported by _____
Dr. W. Reimann

Translated by _____
J. Eysell

Approved by _____
Dr. K.-O. Vollmer

Dr. E. Fritschi

OK-Nr. 565/77

| GÖDECKE AG | RESEARCH REPORT | |
|---|---|---|
| Research & Development | No. 4192-0166 | Page 2 of 8 |

Introduction

Bowery et al (1980)  reported on a novel GABA receptor, which, when activated, inhibited the $K^+$-stimulated release of noradrena-line, dopamine and serotonin from brain slices. This receptor was activated by GABA and baclofen.  We, too, were able to observe the effect of GABA and baclofen on the electrically-stimulated release of dopamine, whereby gabapentin showed a comparable effect.  However, it was apparent that baclofen and gabapentin have different sites of action  (Reimann, 1983).  It was to be investigated whether gabapentin also inhibits the release of noradrenaline and serotonin, as GABA and baclofen do.  We further investigated the release of acetylcholine to see whether gabapentin might possibly influence other transmitter systems and maybe possesses a general depressive effect on neuronal excitability.

| GÖDECKE AG<br>Research & Development | RESEARCH REPORT<br>No. ................4192-0166................ | Page ............3............ of ............8............ |
| --- | --- | --- |

Materials and methods

Experimental procedure

Using a blade, a 0.4 mm thick slice of the cerebral cortex of male Sprague-Dawley rats (240-280 g) was cut after removal of the superficial layer (particularly pia mater; 0.3 mm). Round slices 5 mm in diameter were prepared from this slice. The caudate nucleus of brains from male or female rabbits (2.3-2.5 kg) were removed and dissected into frontal slices 0.4 mm thick with a tissue chopper. Slices of the rat cerebral cortex were pre-incubated for 30 min at 37°C either with $2\times10^{-7}$ mol/l $^3$H-noradrenaline or $10^{-7}$ mol/l $^3$H-serotonin. The caudate nucleus slices were pre-incubated with $10^{-7}$ mol/l $^3$H-choline. Then the slices were placed in superfusion chambers equipped with platinum electrodes. The slices were superfused for 105-135 min with medium at a flow rate of 1 ml/min. After 50 min pre-perfusion, 5-min fractions were collected. At the end of the experiment, the slices were solubilized in 0.5 ml Soluene$^R$ (Packard Instrument Co.). The incubation and superfusion medium contained (mmol/l):

NaCl 118, KCl 4.8, $CaCl_2$ 1.3, $MgSO_4$ 1.2, $NaHCO_3$ 25, $KH_2PO_4$ 1.2, glucose 11, ascorbic acid 0.57, $Na_2EDTA$ 0.03. It was saturated with 5% $CO_2$ in $O_2$.

The slices were stimulated electrically for two periods of 2 min each ($S_1$; $S_2$). The stimulation periods were started 60 and 95 min ($^3$H-noradrenaline), 60 and 90 min ($^3$H-serotonin) or 60 and 120 min ($^3$H-choline) after onset of superfusion. Rectangular pulses lasting 2 ms, at a current of 24 mA and a frequency of 3 Hz were delivered from a Stimulator T (Hugo Sachs Elektronik). Gabapentin was added to the medium 15 min before $S_2$.

OK-Nr. 566/77

| GÖDECKE AG<br>Research & Development | RESEARCH REPORT<br>No. ......4192-0166...................... | Page .......4........ of ......8........ |

Measurement of radioactivity

Tritium was measured in the superfusates (5 ml) after addition of 7 ml Lumagel$^R$ SB (Lumac) by means of liquid scintillation counting. Tritium was measured in the solubilized slices after addition of 10 ml Rotiszint$^R$ (Roth). The counting efficiency was determined by addition of $^3$H-toluol or $^3$H-water.

Evaluation

The stimulation-evoked overflow of tritium was calculated from the difference between the total tritium released and the calculated basal tritium outflow. It was assumed that basal tritium outflow decreases linearly from the fraction prior to the onset of stimulation to the fraction 15-20 min ($^3$H-noradrenaline) or 10-15 min ($^3$H-serotonin, $^3$H-choline) after onset of stimulation. The influence of gabapentin on the stimulation-evoked tritium release was evaluated by the calculation of the ratio $S_2/S_1$. Means and S.E.M. are given. The significance of deviations was calculated with the two-tailed t-test. $\underline{n}$ represents the number of experiments.

Substances used.

Levo- [ring-2,5,6,-$^3$H] -norepinephrine, spec. activity 47.5-53.5 Ci/mmol, 5- [1.2-$^3$H(N)] -hydroxytryptamine creatinine sulfate, spec. activity 26.3 Ci/mmol and [methyl-$^3$H] choline-chloride, spec. activity 80 Ci/mmol (NEN). Baclofen (Ciba Geigy); gabapentin (Gödecke).

**GÖDECKE AG**
Research & Development

**RESEARCH REPORT**
**No.** 4192-0166

Page ........5........ of ......8........

## Results and Discussion

Slices of rat cerebral cortex were pre-incubated with $^3$H-noradrenaline or $^3$H-serotonin and slices from rabbit caudate nucleus with $^3$H-choline. During subsequent superfusion, the slices were stimulated electrically for two periods of two min each. Due to the stimulation, the overflow of tritium into the medium increased (Tab.). This overflow of tritium (largely) represents a quasi-physiological release of noradrenaline, serotonin and acetylcholine (see Starke, 1979; Göthert, 1980; Hertting et al., 1980). After pre-incubation with noradrenaline, the release at $S_1$ was lower when baclofen was present in the medium (Tab.). This finding confirms the reported results (Bowery et al., 1980). When gabapentin was present at $S_2$, stimulation-evoked release of tritium was reduced (Tab.). Thus, gabapentin showed a comparable effect to baclofen and GABA in the noradrenergic system. However, since gabapentin $10^{-4}$ mol/l was effective to the same degree in the presence or absence of baclofen $10^{-3}$ mmol/l, a different site of action may be assumed for the two substances (cf Reimann, 1983).

The stimulation-evoked release of serotonin was also reduced when gabapentin was added to the medium at $S_2$ (Tab.). The effect of gabapentin on the release of the biogenic amines noradrenaline, serotonin and dopamine (Reimann, 1983) is, however, probably not due to a generally reduced excitability of the neurons. The release of acetylcholine, namely, was not influenced at all by gabapentin. Since electrical stimulation does not excite the nerve terminal itself, but can only act on other parts of the neuron, a general reduction of nerve conductability in the sense of local anesthetic effects, appears to be excluded.

OK-Nr. 666/77

| GÖDECKE AG | RESEARCH REPORT | |
|---|---|---|
| Research & Development | No. ............4192-0166.............................. | Page .........6........... of ........8........ |

Gabapentin only influenced the stimulation-evoked release in the noradrenergic and serotonergic system. Basal release was not changed in the three systems examined.

Gabapentin inhibits the release of the biogenic amines nor-adrenaline, dopamine and serotonin in a manner similar to that described for GABA and baclofen (Bowery et al, 1980). However, gabapentin apparently acts via a different site of action. A general neuronal depression appears, however, to be excluded, since the stimulated release of acetylcholine was not influenced.

OK-Nr. 666/77

OK-Nr. 666/77

GÖDECKE AG
Research & Development

RESEARCH REPORT
No. 4192-0166

Page 7 of 8

| Pre-incubation with: present in the medium: | Stimulation-evoked tritium overflow $(S_2/S_1)$ at a concentration of gabapentin at $S_2$ of: | | | |
|---|---|---|---|---|
| | o | $10^{-5}$ mol/l | $10^{-4}$ mol/l | $10^{-3}$ mol/l |
| $^3$H-Noradrenaline | $o,94 \pm o,o1$ (18) | $o,89 \pm o,o2$ (1o)[+] | $o,85 \pm o,o2$ (11)[++] | $o,76 \pm o,o1$ (10)[++] |
| $^3$H-Noradrenaline Baclofen $10^{-3}$ mol/l | $o,94 \pm o,o2$ (5) | | $0,85 \pm o,o2$ (8)[+] | $o,83 \pm o,o4$ (4)[+] |
| $^3$H-Serotonin | $o,92 \pm o,o2$ (10) | $o,78 \pm o,o3$ (6)[++] | $o,78 \pm o,o5$ (6)[+] | $0,72 \pm o,o3$ (8)[++] |
| $^3$H-Choline | $o,78 \pm o,o1$ (8) | $o,8o \pm o,o1$ (4) | $o,78 \pm o,o2$ (6) | $o,78 \pm o,o2$ (6) |

Table: Effects of gabapentin on the stimulation-evoked overflow of tritium from brain slices. Rat cortex slices were pre-incubated with $^3$H-noradrenaline or $^3$H-serotonin and rabbit caudate nucleus slices with $^3$H-choline. After pre-incubation, slices were superfused with medium containing no drugs or baclofen as indicated, and stimulated electrically for two periods $(S_1, S_2)$. Gabapentin was added to the medium 15 min prior to $S_2$. The stimulation-evoked overflow of tritium at $S_1$ was $3.25 \pm 0.09\%$ (n = 49; $^3$H-noradrenaline), $2,89 \pm 0.12\%$ (n = 17; $^3$H-noradrenaline, baclofen in the superfusion medium, p 0.05 compared to noradrenaline without baclofen), $2.17 \pm 0.11\%$ (n = 30; $^3$H-serotonin) and $10.53 \pm 0.21\%$ (n = 24; $^3$H-choline) of the tritium contained in the tissue at the onset of stimulation. Means $\pm$ S.E.M. are given for the number of experiments indicated in parentheses. Significant differences from corresponding controls (gabapentin concentration = 0):

[+] $p < 0.05$;    [++] $p < 0.005$

**GÖDECKE AG**
Research & Development

**RESEARCH REPORT**
No. 4192-0166

Page ........8........ of ........8........

References:


Bowery, N.G., D.R. Hill, A.L. Hudson, A. Doble, D.N. Middlemiss, J. Shaw and M. Turnbull

(-) Baclofen decreases neurotransmitter release in the mammalian CNS by an action at a novel GABA receptor

Nature 283, 92-94 (1980)



Göthert, M.

Serotonin-receptor-mediated modulation of $Ca^{2+}$-dependent 5-hydroxytryptamine release from neurones of the rat brain cortex

Naunyn-Schmiedeberg's Arch. Pharmacol.
314, 223-230 (1980)



Hertting, G., A. Zumstein, R. Jackisch, I. Hoffmann and K. Starke

Modulation by endogenous dopamine of the release of acetylcholine in the caudate nucleus of the rabbit

Naunyn-Schmiedeberg's Arch. Pharmacol.
315, 111-117 (1980)



Reimann, W.

Inhibition by GABA, baclofen and gabapentin of dopamine release from rabbit caudate nucleus: are there common or different sites of action?

Eur. J. Pharmacol. 94, 341-344 (1983)



Starke, K.

Presynaptic regulation of release in the central nervous system
in:
The Release of Catecholamines from Adrenergic Neurons
(D.M. Paton ed.) pp 143-183
Pergamon Press, Oxford and New York (1979)