EXHIBIT 45

*Neurochemical Research, Vol. 25, No. 11, 2000, pp. 1465–1473*

# Reciprocal Innervation between Serotonergic and GABAergic Neurons in Raphe Nuclei of the Rat

Erzsebet Bagdy,[1] Istvan Kiraly,[1] and Laszlo G. Harsing, Jr.[1,2]

*(Accepted June 28, 2000)*

Midbrain slices containing the dorsal and medial raphe nuclei were prepared from rat brain in order to study serotonergic-GABAergic interaction. The slices were loaded with either [³H] serotonin or [³H]GABA, superfused and the electrically induced efflux of radioactivity was determined. The GABA$_A$ receptor agonist muscimol (3 to 30 μM) and the GABA$_B$ receptor agonist baclofen (30 and 100 μM) inhibited [³H]serotonin and [³H]GABA release. These effects of muscimol were reversed by the GABA$_A$ antagonist bicuculline (100 μM). The GABA$_B$ antagonist phaclofen (100 μM) also antagonized the baclofen-induced inhibition of [³H]serotonin and [³H]GABA release. Phaclofen by itself increased [³H]serotonin release but it did not alter [³H]GABA overflow. Muscimol (10 μM) and baclofen (100 μM) also inhibited [³H]serotonin release after depletion of GABAergic neurons by isoniazid pretreatment. These findings indicate the presence of postsynaptic GABA$_A$ and GABA$_B$ receptors located on serotonergic neurons. The 5-HT$_{1A}$ receptor agonist 8-OH-DPAT (0.01 to 1 μM) and the 5-HT$_{1B}$ receptor agonist CGS-12066A (0.01 to 1 μM) inhibited the electrically stimulated [³H]serotonin and [³H]GABA release. The 5-HT$_{1A}$ antagonist WAY-100135 (1 μM) was without effect on [³H]serotonin and [³H]GABA efflux by itself but it reversed the 8-OH-DPAT-induced transmitter release inhibition. During KCl (22 mM)-induced depolarization, tetrodotoxin (1 μM) did not alter the inhibitory effect of CGS-12066A (1 μM) on [³H]GABA release, it did blocked, however, the ability of 8-OH-DPAT (1 μM) to reduce [³H]GABA efflux. After depletion of raphe serotonin neurons by p-chlorophenylalanine pretreatment, CGS-12066A (1 μM) still inhibited [³H]GABA release whereas in serotonin-depleted slices, 8-OH-DPAT (1 μM) was without effect on the release. We conclude that reciprocal influence exists between serotonergic projection neurons and the GABAergic interneurons or afferents in the raphe nuclei and these interactions may be mediated by 5-HT$_{1A/B}$ and GABA$_{A/B}$ receptors. Both synaptic and non-synaptic neurotransmission may be operative in the 5-HTergic-GABAergic reciprocal interaction which may serve as a local tuning in the neural connection between cerebral cortex and midbrain raphe nuclei.

KEY WORDS: Raphe nuclei; serotonin release; GABA release; 5-HT$_{1A/1B}$ receptors; GABA$_{A/B}$ receptors.

## INTRODUCTION

Most of the ascending serotonergic (5-HTergic) pathways that innervate various areas of the forebrain

originate from the midbrain raphe nuclei (1,2). The serotonin (5-HT)-containing cells present in this brain area are medium-sized and their dendritic trees possess numerous spines (3,4). Serotonin (5-HT) can be released from vesicles of the dendrites (5,6) and also from the dense recurrent axon collaterals (7), although the regulation of 5-HT release may be different from the two sites (8). Various subtypes of 5-HT$_1$ receptors mediate autoinhibition of 5-HT release in the raphe

[1] Institute for Drug Research, Ltd., Budapest, Hungary.
[2] Address reprint request to: Dr. Laszlo G. Harsing, Jr., Present address: Egis Pharmaceuticals Ltd., 1165 Budapest, Bokenyfoldi ut 118/a, Tel: 361-404-1052; Fax: 361-407-4888; E-mail: lharsing@matavhet.hu

0364-3190/00/1100–1465$18.00/0 © 2000 Plenum Publishing Corporation

1466

nuclei. Thus, 5-$HT_{1A}$ receptors present on the somato-dendritic part of 5-HT-containing neurons inhibit the release of 5-HT (8,9,10), the neuronal firing rate (11,12) and 5-HT synthesis (13). In addition, 5-$HT_{1B}$ receptors are also involved in the autoinhibition of 5-HT release in the somatodendritic area (8,14). Other observations indicate that 5-$HT_{1D}$ receptors located on the soma and dendrites of 5-HT neurons also inhibit the release of 5-HT (15,16) but this process is independent from neuronal firing (17). In the raphe nuclei, few data are available about the types of 5-HT receptors mediating heteroreceptor functions i.e. those located on other neurons. Postsynaptic 5-HT receptors are the target of 5-HT released from dendritic varicosities into the synaptic gap or into the extracellular space as both synaptic and non-synaptic 5-HTergic neurotransmission may occur in the raphe nuclei (4,7). Recently it has been reported that postsynaptic 5-$HT_2$ receptors are present in the raphe nuclei and they participate in the regulation of GABA release (18).

A part of non-5-HT neurons in the raphe nuclei are -aminobutyric acid(GABA)-containing interneurons (19) and they participate in GABAergic-5-HTergic interaction in this brain region (4,20). GABAergic inhibition may also be mediated by efferent projections and the fibers of the habenulo-raphe pathway is one of the possible sources for this influence (21,22). GABA inhibits 5-HTergic system as it decreases the turnover rate of 5-HT in the median raphe nucleus (23). In addition, 5-HTergic neural activity was blocked by local application of GABA agonists in the raphe nuclei (24,25) and both $GABA_A$ and $GABA_B$ receptors may be involved in the GABAergic inhibitory influence on 5-HT cells (26). Moreover, $GABA_A$ and $GABA_B$ receptor subtypes located on presynaptic axon terminals of GABAergic neurons possess release-mediating autoreceptor functions (27).

The aim of the present investigation was to further characterize GABAergic-5-HTergic influence in the raphe nuclei and to asses the reciprocal pattern of these interactions. For this, 5-HTergic and GABAergic neurons in slices of rat raphe nuclei were loaded with either [$^3$H]5-HT or [$^3$H]GABA in order to evoke radiolabeled neurotransmitter release by electrical stimulation. We found that reciprocal interaction may exist between 5-HTergic and GABAergic neurons in the raphe nuclei and pre- and postsynaptic 5-$HT_{1A}$ and 5-$HT_{1B}$ as well as $GABA_A$ and $GABA_B$ receptors mediate these influences.

## EXPERIMENTAL PROCEDURE

*Brain Slice Preparation.* Male Sprague-Dawley rats weighing 250–300 g were killed by decapitation and the brain was removed from the skull. Slices (350 μm) containing the raphe nuclei were prepared according to Kerwin and Pycock (28) and they were cut by using a McIlwain tissue chopper (The Mickie Laboratory Engineering Co., Gromshall, UK). The slices were collected into ice-cold Krebs-bicarbonate buffer, pH 7.4 with the following composition in mM: NaCl 118, KCl 4.7, $CaCl_2$ 1.25, $NaH_2PO_4$ 1.2, $MgCl_2$ 1.2, $NaHCO_3$ 25, glucose 11.5. The Krebs-bicarbonate buffer used throughout the experiments was continuously gassed with 5% $CO_2$ in $O_2$.

*Measurement of [$^3$H]5-HT Efflux from Raphe Nuclei Slice.* Slices from midbrain containing the raphe nuclei were incubated with [$^3$H]5-HT (5 μCi/ml) in Krebs-bicarbonate buffer containing ascorbic acid (0.3 mM) and $Na_2$EDTA (0.03 mM) for 30 min at 36°C (29). The tissues were then transferred into low volume (300 μl) superfusion chambers (Experimetria Inc., Budapest, Hungary) and superfused with aerated and preheated (37°C) Krebs-bicarbonate buffer. The flow rate was kept at 1 ml/min by a Gilson multichannel peristaltic pump (type M312, Villiers-Le-Bel, France). The superfusate was discarded for the first 60-min period of the experiments then twenty-two 3-min fractions were collected by a Gilson multichannel fraction collector (type FC-203B, Middleton, WI, USA). Electrical field stimuli (40 V voltage, 2-msec impulse duration, 2 Hz frequency for 2 min) were delivered by an S88 Grass electrostimulator (Quincy, MA, USA) to stimulate the efflux of tritium in fractions 4 (first stimulation) and 15 (second stimulation).

*Measurement of [$^3$H]GABA Efflux from Raphe Nuclei Slices.* Slices containing the raphe nuclei were incubated with [$^3$H]GABA (2.5 μCi/ml) in oxygenated Krebs-bicarbonate buffer for 30 min at 37°C. β-Alanine (1 mM), an inhibitor of GABA uptake in glial cell (30), was present in the incubation buffer. The tissues were then loaded into superfusion chambers and superfused with aerated and preheated (37°C) Krebs-bicarbonate buffer that contained the aminotransferase inhibitor aminooxyacetic acid (0.1 mM) and the GABA uptake inhibitor nipecotic acid in a concentration of 0.1 mM (31). The flow rate was kept at 1 ml/min by a multichannel peristaltic pump. The superfusate was discarded for the first 60 min period of the experiments then twenty-two 3-min fractions were collected. Electrical field stimulation (40 V voltage, 2-msec impulse duration, 2 Hz frequency for 3 min) was used to stimulate the efflux of tritium in fractions 4(first stimulation) and 15 (second stimulation). In experiments measuring [$^3$H]5-HT or [$^3$H]GABA release, agonists were added to the perfusion buffer 8 min, antagonists were added 20 min before the 2nd electrical stimulation. When agonist-antagonist interactions were studied, the antagonist was added to the superfusion buffer 12 min prior to the agonist.

In separate experiments raphe nuclei slices were depolarized by Krebs-bicarbonate buffer containing KCl in an elevated concentration (22 mM). In these cases, NaCl in the buffer was reduced proportionally in order to maintain isosmolarity. As with electrical stimulation, KCl depolarization-induced [$^3$H]GABA release was evoked in fractions 4 and 15 for 3 min. Addition of drugs occurred 8 min before second stimulation. When it was used, tetrodotoxin (TTX) was added to the superfusion buffer at 30 min before fraction collection started in a concentration of 1 μM.

*Determination of Tritium Efflux.* At the end of the experiments, the tissues were collected from the superfusion chambers and solubilized in 0.8 ml Soluene-100 and an aliquot (100 μl) was processed for determination of tissue content of radioactivity. To determine the ra-

dioactivity released from the tissue, a sample (0.8 ml) of the super-fusate was mixed with 4.2 ml of liquid scintillation reagent (Ultima Gold, Packard, Groningen, The Netherlands) and subjected to liquid scintillation spectrometry.

The efflux of tritium was expressed as a fractional rate, i.e. as a percentage of the amount of radioactivity in the tissue at the time of the release was determined (32). To estimate the electrical or KCl stimulation-induced tritium overflow, the mean of the basal tritium outflow determined before and after stimulation was subtracted from each sample and summed. A computer program (Quattro Pro V6.0) was used to calculate the fractional rate of tritium efflux obtained for the first and second electrical or KCl stimulations (S1 and S2). The ratio of S2/S1 was calculated to determine the effects of drugs on $[^3H]$5-HT and $[^3H]$GABA release.

*Measurement of 5-HT and GABA Concentrations in the Raphe Nuclei Slices.* 5-HT-depleted raphe nuclei slices were prepared from p-chlorophenylalanine (pCPA)-pretreated rats. pCPA, an inhibitor of tryptophan hydroxylase, was injected in doses of 100 mg/kg/day ip for 5 days. GABA-depleted raphe nuclei slices were prepared from isoniazid-pretreated rats. Isoniazid, an inhibitor of glutamic acid decarboxylase, was injected in a dose of 450 mg/kg, 45 min before decapitation. The 5-HT and GABA concentrations in the raphe nuclei slices of the rat were measured by HPLC/electrochemistry according to Mefford (33) and Rowley et al., (34), respectively.

*Statistical Analysis.* One-way analysis of variance (ANOVA) followed by the Dunnett's multiple comparison test, the Student t-statistics for two-means and the paired t-test were used for statistical analysis of the data. The mean ± SEM was calculated and the number of independent determinations (n) is indicated. The level of probability (P) less than 5% was considered significant.

*Drugs Used.* The following drugs were used in this study: 8-OH-DPAT HBr, CGS-12066A maleate, muscimol HBr, (±)baclofen, bicuculline, phaclofen, all purchased from Research Biochemicals, Natick MA, USA. Aminooxyacetic acid, β-alanine, nipecotic acid, p-chlorophenylalanine (pCPA) were from Sigma Chemicals, Co., St. Louis, MO, USA, isoniazid was from Gedeon Richter Pharmaceuticals, Budapest, Hungary, and tetrodotoxin (TTX) was from Latoxan, Rosans, France. (+)WAY-100135 (N-tert-butyl-3-[4-(2-methoxyphenyl) piperazine-1-yl]-2-phenylpropionamide 2HCl) was a gift from Wyeth Research, Ltd. 5-Hydroxy-$[^3H]$tryptamine creatinine sulphate ($[^3H]$5-HT, specific activity 437 GBq/mmol) and γ-[2,3-$^3H(N)$]-aminobutyric acid ($[^3H]$GABA, specific activity 1.3 TBq/mmol) were purchased from Amersham Life Sciences, UK and New England Nuclear Life Science Products, Boston, MA, USA. All other chemicals used were of analytical grade.

## RESULTS

*$[^3H]$GABA and $[^3H]$5-HT Release from Rat Raphe Nuclei Slices.* After a 60-min initial washout period, the spontaneous $[^3H]$GABA and $[^3H]$5-HT outflow approached a rate of 0.29 ± 0.04 and 1.95 ± 0.12% of tissue content of radioactivity in 3 min, respectively. Electrical stimulation increased the release of $[^3H]$GABA and $[^3H]$5-HT over the resting efflux and reached the values of 0.20 ± 0.06 and 1.63 ± 0.31% of tissue content of radioactivity for the 1st stimulation (S1). The fractional

release of $[^3H]$GABA and $[^3H]$5-HT were 0.22 ± 0.04 and 1.67 ± 0.34% of tissue content for the 2nd electrical stimulation (S2). In control experiments, the calculated ratios of fractional release S2 over fractional release S1 (S2/S1) were 0.99 ± 0.08 and 0.98 ± 0.06 for $[^3H]$GABA and $[^3H]$5-HT, respectively (n = 5).

*Effects of GABA Receptor Ligands on $[^3H]$GABA and $[^3H]$5-HT Release.* The effects of GABA receptor ligands on $[^3H]$GABA and $[^3H]$5-HT release is summarized in Table I. The GABA$_A$ receptor agonist muscimol (30 μM) and the GABA$_B$ receptor agonist baclofen (30 μM) decreased electrical stimulation-induced $[^3H]$GABA efflux from isolated raphe nuclei slices of the rat. Stimulation of either GABA$_A$ or GABA$_B$ receptors by the correspondent agonists also inhibited the electrically induced $[^3H]$5-HT overflow in the raphe nuclei slices (Table I).

The GABA$_A$ receptor antagonist bicucullin (30 and 100 μM) did not affect the release of $[^3H]$5-HT or $[^3H]$GABA on its own right. Bicucullin, however, antagonized the inhibitory effects of muscimol on electrical stimulation-evoked $[^3H]$GABA and $[^3H]$5-HT efflux. The GABA$_B$ receptor antagonist phaclofen (100 μM) increased $[^3H]$5-HT overflow elicited by electrical stimulation. Phaclofen (30 and 100 μM) did not influence the release of $[^3H]$GABA in raphe nuclei slices (Table I). Phaclofen (100 μM) reversed the baclofen (100 μM)-induced inhibition of $[^3H]$5-HT and $[^3H]$GABA efflux (Table I).

*Effects of 5-HT Receptor Ligands on $[^3H]$5-HT and $[^3H]$GABA Release.* As it is showed in Table I the 5-HT$_{1A}$ receptor agonist 8-OH-DPAT (1 μM) and the 5-HT$_{1B}$ receptor agonist CGS-12066A (1 μM) decreased electrical stimulation-induced $[^3H]$5-HT overflow from isolated raphe nuclei slices of the rat. Stimulation of either 5-HT$_{1A}$ or 5-HT$_{1B}$ receptors by the correspondent agonists also inhibited the electrically induced $[^3H]$GABA efflux in the raphe nuclei slices.

The 5-HT$_{1A}$ receptor antagonist (+)WAY-100135 added in a concentration of 1 μM to the superfusion buffer, did not affect the $[^3H]$5-HT or $[^3H]$GABA release on its own right. (+)WAY-100135, however, antagonized the inhibitory effects of 8-OH-DPAT on electrical stimulation-evoked $[^3H]$5-HT and $[^3H]$GABA efflux (Table I).

*Effects of 5-HT Receptor Ligands on $[^3H]$GABA Release in the Presence and Absence of Tetrodotoxin.* TTX was used to determine whether 5-HT$_{1A}$ and 5-HT$_{1B}$ receptors influencing $[^3H]$GABA release were on GABA neurons or located on other neuronal elements (Table II). TTX did not block overflow in response to elevated

1468                                                                                          Bagdy, Kiraly, and Harsing

Table 1. Effects of GABA and 5-HT Receptor Ligands on Electrical Stimulation-Induced [$^3$H]GABA and [$^3$H]5-HT Overflow from Rat Raphe Nuclei Slices Preloaded with [$^3$H]GABA or [$^3$H]5-HT

| Compounds | Concentration (μM) | [$^3$H]GABA | | [$^3$H]5-HT | |
|---|---|---|---|---|---|
| | | overflow (S2/S1) | | | |
| 1 Control | — | 0.89 ± 0.05 | | 0.99 ± 0.06 | |
| 2 | 3 | 0.86 ± 0.13 | | 0.95 ± 0.14 | |
| 3 Muscimol | 10 | 0.75 ± 0.06 | | 1.03 ± 0.12 | |
| 4 | 30 | 0.53 ± 0.07* | | 0.56 ± 0.05** | |
| 5 Baclofen | 30 | 0.91 ± 0.16 | | 0.58 ± 0.06* | |
| 6 | 100 | 0.31 ± 0.09** | | 0.27 ± 0.04** | |
| 7 Control | — | 0.92 ± 0.05 | | 0.95 ± 0.03 | |
| 8 | 0.01 | 0.92 ± 0.09 | | 1.05 ± 0.08 | |
| 9 8-OH-DPAT | 0.1 | 0.52 ± 0.10 | | 0.61 ± 0.03** | |
| 10 | 1.0 | 0.29 ± 0.05** | | 0.44 ± 0.04** | |
| 11 | 0.01 | 0.76 ± 0.22 | | 0.78 ± 0.06 | |
| 12 CGS-12066A | 0.1 | 0.46 ± 0.12** | | 0.61 ± 0.08** | |
| 13 | 1.0 | 0.36 ± 0.04** | | 0.45 ± 0.02** | |
| 14 Control | — | 0.91 ± 0.07 | | 0.99 ± 0.05 | |
| 15 Bicuculline | 30 | 1.02 ± 0.08 | | 0.74 ± 0.08 | |
| 16 | 100 | 1.13 ± 0.12 | | 0.98 ± 0.08 | |
| 17 Phaclofen | 30 | 0.96 ± 0.06 | | 0.88 ± 0.07 | |
| 18 | 100 | 0.77 ± 0.20 | | 2.11 ± 0.63* | |
| 19 (+)WAY-100135 | 1.0 | 0.94 ± 0.13 | | 1.17 ± 0.08 | |
| 20 Muscimol+ | 30 | 0.80 ± 0.04 | 4:20 < 0.05 | 1.01 ± 0.14 | 4:20 < 0.05 |
| 21 Bicuculline | 100 | | | | |
| 22 Baclofen+ | 100 | 0.96 ± 0.19 | 6:21 < 0.05 | 0.83 ± 0.09 | 6:21 < 0.01 |
| 23 Phaclofen | 100 | | | | |
| 24 8-OH-DPAT+ | 1 | 1.04 ± 0.15 | 10:22 < 0.01 | 0.93 ± 0.04 | 10:22 < 0.01 |
| 25 (+)WAY-100135 | 1 | | | | |

Rat raphe nuclei slices were loaded with [$^3$H]GABA or [$^3$H]5-HT, superfused and stimulated electrically twice for determination of [$^3$H]GABA or [$^3$H]5-HT overflow as described in the Experimental Procedure. Agonists were added 8 min, antagonists were added 20 min before 2nd stimulation. One-way ANOVA followed by the Dunnett's test, [$^3$H]GABA release experiments for GABA agonists: $F_{(5,21)} = 5.609$, $P < 0.01$; [$^3$H]GABA release experiments for 5-HT agonists: $F_{(6,27)} = 5.229$, $P < 0.01$; [$^3$H]GABA release experiments for GABA and 5-HT antagonists: $F_{(5,17)} = 0.960$, $P > 0.05$; [$^3$H]5-HT release experiments for GABA agonists: $F_{(5,19)} = 12.406$, $P < 0.01$; [$^3$H]5-HT release experiments for 5-HT agonists: $F_{(6,24)} = 21.331$, $P < 0.01$; [$^3$H]5-HT release experiments for GABA and 5-HT antagonists: $F_{(5,19)} = 3.655$, $P < 0.05$, * $P < 0.05$, ** $P < 0.01$. For analysis of the agonist-antagonist interactions, the Student $t$-statistics for two-means was used. Values represent mean ± SEM of 3 to 7 experiments.

KCl, a depolarizing stimulus that appears to act directly on axon terminals (35). Moreover, 8-OH-DPAT (1 μM) significantly decreased K$^+$-induced [$^3$H]GABA overflow and this inhibition was completely abolished by TTX (Table II). Although CGS-12066A (1 μM) also inhibited [$^3$H]GABA efflux elicited by KCl depolarization, this inhibition persisted even in the presence of TTX.

*Effects of 5-HT and GABA Receptor Ligands in 5-HT- or GABA-Depleted Raphe Nuclei Slices.* pCPA-pretreatment reduced 5-HT content in the raphe nuclei from 1.67 ± 0.10 to 0.49 ± 0.04 μg/g (n = 4 and 3, P < 0.001). In 5-HT deficient slices, CGS-12066A (1 μM) decreased the electrically evoked [$^3$H]GABA efflux whereas 8-OH-DPAT (1 μM) did not exert any inhibition on transmitter overflow (Table III).

Isoniazid-pretreatment reduced GABA content in the raphe nuclei from 334 ± 13 to 189 ± 23 μg/g (n = 4 and 3, P < 0.01). In GABA-deficient slices, muscimol and baclofen added in concentrations of 100 μM to the superfusion buffer, decreased the electrically evoked [$^3$H]5-HT efflux (Table III).

## DISCUSSION

In the present study we prepared slices from rat midbrain area that contained the raphe nuclei, they were incubated with [$^3$H]5-HT or [$^3$H]GABA and the effects on 5-HT$_{1A/1B}$ and GABA$_{A/B}$ receptor ligands were determined on electrically stimulated neurotransmitter release. Using this approach, we observed that

Serotonin and GABA Reciprocal Interaction in the Raphe Nuclei                                    1469

Table II. Effects of 5-HT$_{1A}$ and 5-HT$_{1B}$ Receptor Agonists on KCl-Induced [$^3$H]GABA Overflow from Rat Raphe Nuclei Slices in the Presence and Absence of Tetrodotoxin

| Compounds | Concentration (μM) | [$^3$H]GABA overflow (S2/S1) | Significance (P) |
|---|---|---|---|
| 1 Control | — | 0.91 ± 0.10 | |
| 2 Control + TTX | — | 0.87 ± 0.08 | #1:2 NS |
| 3 8-OH-DPAT | 1 | 0.60 ± 0.04 | 1:3 < 0.05 |
| 4 8-OH-DPAT + TTX | 1 | 0.87 ± 0.06 | 2:4 NS |
| | | | #3:4 < 0.05 |
| 5 CGS-12066A | 1 | 0.59 ± 0.02 | 1:5 < 0.05 |
| 6 CGS-12066A + TTX | 1 | 0.55 ± 0.08 | 2:6 < 0.05 |
| | | | #5:6 NS |

Rat raphe nuclei slices were loaded with [$^3$H]GABA, superfused and stimulated electrically twice for determination of [$^3$H]GABA overflow as described in the Experimental Procedure. Agonists were added 8 min before 2nd stimulation. TTX was added to the superfusion buffer from 30 min before starting fraction collection in a concentration of 1 μM. One-way ANOVA followed by the Dunnett's test, [$^3$H]GABA release experiments without TTX: $F(2,7) = 5.634$, $P < 0.05$ and [$^3$H]GABA release experiments with TTX: $F(2,9) = 5.553$, $P < 0.05$. #t-Statistics for two means. Values represent mean ± SEM of 3 to 4 experiments.

Table III. Effects of 5-HT and GABA Receptor Ligands on Electrical Stimulation-Induced [$^3$H]GABA and [$^3$H]5-HT Overflow from Para-Chlorophenylalanine- or Isoniazid-Treated Rat Raphe Nuclei Slices

| Compounds | Concentration (μM) | [$^3$H]GABA | [$^3$H]5-HT |
|---|---|---|---|
| | | overflow (S2/S1) | |
| | | *pCPA-treated slices* | |
| Control | — | 0.83 ± 0.07 | |
| 8-OH-DPAT | 1 | 0.95 ± 0.17 | |
| CGS-12066A | 1 | 0.49 ± 0.06** | |
| | | *Isoniazid-treated slices* | |
| Control | — | | 0.93 ± 0.02 |
| Muscimol | 10 | | 0.44 ± 0.07** |
| Baclofen | 100 | | 0.36 ± 0.06** |

Brain slices containing raphe nuclei were prepared from rats treated with either pCPA or isoniazid. Rat raphe nuclei slices were loaded with [$^3$H]GABA or [$^3$H]5-HT, superfused and stimulated electrically twice for determination of [$^3$H]GABA or [$^3$H]5-HT overflow as described in the Experimental Procedure. Agonists were added 8 min before S2. One-way ANOVA followed by the Dunnett's test, $F(2,18) = 8.595$, $P < 0.01$ for pCPA-treated slices and $F(2,9) = 23.115$, $P < 0.01$ for isoniazid-treated slices, **$P < 0.01$. Values represent mean ± SEM of 4 to 7 experiments.

(1) GABA inhibits [$^3$H]5-HT release by GABA$_A$ and GABA$_B$ receptors located on 5-HTergic neurons, (2) 5-HT inhibits [$^3$H]GABA release by 5-HT$_{1A}$ and 5-HT$_{1B}$ receptors, (3) GABA inhibits its own release by GABA$_A$ and GABA$_B$ receptors located on GABAergic afferent neurons or interneurons and (4) 5-HT inhibits its own release by somatodendritic release-mediating 5-HT$_{1A}$ and 5-HT$_{1B}$ receptors.

*Effects on Serotonergic Projection Neurons in the Raphe Nuclei.* In vivo electrophysiological experiments indicate that activation of ascending 5-HTerg pathway causes a poststimulus inhibition of 5-HT cell firing in the dorsal raphe nucleus (21). This effect is mediated through 5-HT released from dendrites and axon varicosities within the raphe nuclei leading to activation of inhibitory somatodendritic 5-HT autoreceptors. Different 5-HT$_1$ receptors including 5-HT$_{1A}$, 5-HT$_{1B}$ and 5-HT$_{1D}$ are present on the somatodendritic part of 5-HT-containing neurons and they inhibit 5-HT release (8,14,15,36). Using midbrain slice preparations containing raphe nuclei, we have also shown previously that 5-HT$_{1A}$ and 5-HT$_{1B}$ receptors inhibit 5-HT release in vitro (10). Our present data further confirm that 8-OH-DPAT, an agonist on 5-HT$_{1A}$ receptors (37)

and CGS-12066A, an agonist on $5-HT_{1B}$ receptors (38), inhibit 5-HT release in raphe nuclei. It is not clear where these receptors are situated on 5-HTergic neurons although the location of $5-HT_{1A}$ receptors on the somatodendritic part and the location of $5-HT_{1B/1D}$ receptors on recurrent axon collaterals have been suggested (8) and thus these might be the sites for the action of 8-OH-DPAT and CGS-12066A, respectively. Besides the various subtypes of $5-HT_1$ receptors, $5-HT_3$ receptors may also be involved in regulation of 5-HTergic neurons, the latter mediate a feedback stimulation of 5-HT release in the raphe nucleus (29). Moreover, the involvement of $5-HT_2$ receptors in the regulation of neuronal circuitry in the raphe nuclei was evidenced by recent electrophysiological experiments (18).

Besides different 5-HT autoreceptors, 5-HTergic neurons in the raphe nuclei also possess GABA heteroreceptors mediating GABAergic inhibition on these neurons (39). There are morphological and neurochemical evidence for the GABAergic-5-HTergic interaction in the raphe nuclei(4,23). Our experiments indicate that both $GABA_A$ and $GABA_B$ receptors may be involved in the GABAergic-5-HTergic neural interaction in the raphe nuclei. $GABA_A$ and $GABA_B$ receptors which regulate 5-HT release may be situated postsynaptically on 5-HT neurons since depletion of releasable GABA by isoniazid failed to alter their inhibitory effects. The dual expression of $GABA_A$ and $GABA_B$ receptors on postsynaptic membranes have been demonstrated and even interactions at the level of GABA receptor subtypes were suggested (27). The two GABA receptor subtypes may exert different types of inhibition on 5-HTergic neuronal activity as phaclofen, on its own right, increased and bicuculline was without effect on somatodendritic 5-HT release. Tonic regulation of $GABA_B$ receptors by the endogenously released GABA suggests a possible synaptic location of these receptors whereas a more phasic regulation by $GABA_A$ receptors is in favor of non-synaptic influence on 5-HTergic neurons.

*Effects on GABAergic Neurons in the Raphe Nuclei.* Although it has been shown that $GABA_A$ and $GABA_B$ receptors occur on raphe 5-HT neurons (26) our data indicate that they are also present on GABAergic cells in the raphe nuclei. We found here that stimulation of $GABA_A$ and $GABA_B$ receptors by the corresponding agonists led to inhibition of GABA release from superfused rat raphe nuclei slices. The inhibitory effect of baclofen on GABA release observed in our experiments is consistent with the hypothesis that $GABA_B$ receptors on presynaptic axon terminals may function as GABA release-inhibitory autorecep-

tors (40,41). Presynaptic $GABA_B$ receptors on nerve endings are not inhibited tonically by endogenous GABA as phaclofen, when added by itself, was without effect on GABA release. Moreover, release-mediating $GABA_A$ autoreceptors may also be situated on presynaptic axon terminals. Using the in vivo microdialysis technique, it has been shown that muscimol inhibited high potassium-evoked GABA release from rat globus pallidus whereas baclofen was without effect (42). We found here that stimulation of $GABA_A$ receptors could also reduce GABA release suggesting that axon terminals of GABA neurons in the raphe nuclei may be under dual control of $GABA_A$ and $GABA_B$ receptors. *The inhibitory effect of muscimol on GABA release is also in agreement with the finding of Ennis and Minchin (43) who have demonstrated that muscimol reduced GABA release in superfused rat cerebral cortical slices.* Others have reported the opposite and ruled out the participation of $GABA_A$ receptors in autoinhibition of further-release of GABA (41). It is important to point out that extrinsic GABAergic efferents may terminate on GABA interneurons in the raphe nuclei (4). GABAergic-GABAergic neural interactions frequently occur in the central nervous system and this interaction may be mediated by postsynaptic $GABA_A$ receptors. Therefore, the inhibitory effect of muscimol on GABA release observed in our experiments may indicate either a pre- or a postsynaptic event.

The most important finding of this paper is that dendritic and/or axonal release of 5-HT inhibits GABA release in the raphe nuclei. This finding indicates the existence of a reciprocal innervation between the two major neuronal cell types in the raphe nuclei. In fact, reciprocal innervation between neurotransmitter systems is quite common in the central nervous system and was demonstrated in several experimental conditions (44). We found here that both $5-HT_{1A}$ and $5-HT_{1B}$ receptors are involved in inhibition of GABAergic cells in the raphe nuclei. The location of the two 5-HT receptor subtypes may be, however, different as was shown by experiments carried out in 5-HT-deficient raphe nuclei slices and in slices treated with the Na$^+$-channel blocker TTX.

Using 5-HT-deficient slices of the raphe nuclei, we found that the inhibitory effect of $5-HT_{1B}$ receptors on GABA release was independent from the tissue concentration of endogenous 5-HT. In addition, the inhibitory effect of CGS-12066A on KCl depolarization-induced GABA release was not influenced by addition of the neurotoxin TTX. These two sets of experiments strongly suggest that $5-HT_{1B}$ receptors are located on GABAergic axon terminals and they mediate a direct

inhibition of GABA release in the raphe nuclei. On the contrary, the inhibitory effect of 5-HT$_{1A}$ receptor stimulations on GABA release that we observed in non-treated raphe nuclei slices, was suspended after depletion of 5-HT stores by pCPA administration. This may indicate that 5-HT$_{1A}$ receptors which inhibit GABA release, are those located on 5-HT cells and mediate auto-inhibition of 5-HT release. Thus, inhibition of GABA release by 5-HT$_{1A}$ receptors is probably an indirect effect and it may involve operation of an excitatory 5-HT receptor. The postulated excitatory 5-HT receptors may be of 5-HT$_2$ type and their activation state depends on biophase concentration of 5-HT. Stimulation of somatodendritic 5-HT$_{1A}$ receptors by 8-OH-DPAT decreases extracellular concentration of 5-HT which then leads to an attenuated 5-HT$_2$ receptor-mediated neural excitation. The stimulatory 5-HT$_2$ receptors may be located on the somatodendritic membranes of GABA interneurons separeted by TTX-sensitive voltage-dependent Na$^+$-channels from the 5-HT$_{1B}$ receptor-regulated release sites on axon terminals. In fact, stimulation of GABA release by 5-HT$_2$ receptors has already been reported in the hippocampus and recently also in the raphe nuclei (18,45).

Alternatively, excitatory 5-HT$_2$ receptors involved in the regulation of GABA cells may also be located on glutamatergic axon terminals in the raphe nuclei. Somatodendritic 5-HT$_{1A}$ receptors, when they are activeted, decrease 5-HT levels in the biophase of excitatory 5-HT$_2$ receptors and the reduced glutamatergic input will then result in decrease of GABA release. Synaptic connection between glutamatergic and GABAergic neurons in the raphe circuitry has been demonstrated by a number of laboratories. For example, morphological evidence has been presented for the existence of a glutamatergic pathway arising from the median prefrontal cortex and projecting to the raphe nuclei (46). Furthermore, it has been shown that GABA interneurons in the raphe nuclei are the primary target for the cortico-raphe glutamatergic neurons and their stimulation by glutamate released leads to inhibition of 5-HTergic cells (47).

In conclusion, local interaction between GABAergic interneurons and 5-HTergic projection neurons operates in a reciprocal fashion establishing a fine tune between the main neural cells types in the raphe nuclei (Fig 1). GABA exerts transssynaptic control on 5-HT neurons as was shown by a series of biochemical, electrophysiological and morphological experiments whereas very few 5-HT nerve endings were found only in contact with GABA elements (4,48,49). Thus, both synaptic and non-synaptic release of neurotransmitters



Fig. 1. A model for possible reciprocal interaction between serotonergic and GABAergic neurons in the raphe nuclei. 5-HT released from dendrites or recurrent axon collaterals of medium-sized spiny 5-HTergic neurons inhibits its own release by release-mediating 5-HT$_{1A}$ and 5-HT$_{1B}$ receptors. GABA-containing cells in the raphe nuclei are interneurons but these brain nuclei also receive inhibitory GABAergic projection from the habenula (21). Interaction may exist between GABAergic projection neurons and interneurons in the raphe nuclei (4). GABA once released inhibits its further-release through stimulation of GABA$_A$ and GABA$_B$ autoreceptors located on GABAergic neurons. Moreover, GABA inhibits 5-HT release by stimulating GABA$_A$ and GABA$_B$ receptors located on 5-HTergic projection neurons. GABA$_B$ receptors may mediate a tonic inhibition whereas GABA$_A$ receptors exert a more phasic inhibition on 5-HT release. On the other hand, 5-HT inhibits GABA release in a non-synaptic communication by 5-HT$_{1B}$ heteroreceptors of GABAergic axon terminals. The 5-HT$_{1A}$ autoreceptor-mediated inhibition of GABA release is probably an indirect effect and it may be mediated by excitatory 5-HT$_2$ receptors on GABAergic interneurons or on glutamatergic axon terminals. Glutamate in the raphe nuclei may be released from the cortico-raphe projection neurons originated from the medial prefrontal cortex (47) and the latter in turn, receives inhibitory influence from the raphe-cortical 5-HTergic projection (51). Noradrenergic fibers also terminate on 5-HTergic neurons and the noradrenergic-GABAergic influence may represent a dual control on the activity of raphe nuclei 5-HT neurons (53,54).

(50) might be involved in the local 5-HTergic, GABAergic and glutamatergic circuitry of the raphe nuclei. This neural network forms complicated excitatory-inhibitory connections by which incoming excitatory signals from the cerebral cortex are converted into inhibitory output and send back to the cerebral cortical areas where stimulations was generated from. In fact, 5-HT innervation of the medial prefrontal cortex originates from the raphe nuclei and the raphe-cortical 5-HT neurons mediate an inhibition in the cortical neural network (2,51).

## ACKNOWLEDGMENTS

A preliminary report of these findings was presented on the 29th Annual Meeting of the Society for Neuroscience held in Miami Beach, FL, USA (52). This research was supported in part by the

Bagdy, Kiraly, and Harsing

Hungarian Science Research Fund (OTKA) grant No. T-025060 and the Research Council for Health Sciences, Hungarian Ministry and Welfare (ETT-123/96/99). The authors wish to thank Mrs. Zsuzsa Major and Mrs. Irma Kelenyi for technical assistance.

## REFERENCES

1. Parent, A., Descarries, L., and Beaudet, A. 1981. Organization of ascending serotonin systems in the adult rat. A radioautographic study after intraventricular administration of [$^3$H]5-hydroxytryptamine. Neuroscience 6:115–138.

2. Steinbusch, H. W. M. 1981. Distribution of serotonin-immunoreactivity in the central nervous system of the rat-cell bodies and terminals. Neuroscience 6:557–618.

3. Kapadia, S. E., De Lanerolle, N. C., and Lamotte, C. C. 1985. Immunocytochemical and electron microscopic study of serotonin neuronal organization in the dorsal raphe nucleus of the monkey. Neuroscience 16:729–746.

4. Harandi, M., Aguera, M., Gamrani, H., Didier, M., Maitre, M., Calas, A., and Belin, M. F. 1987. γ-Aminobutyric acid and 5-hydroxytryptamine interrelationship in the rat nucleus raphe dorsalis: combination of radiographic and immunocytochemical techniques at light and electron microscopy levels. Neuroscience 21:237–251.

5. Hery, F., Faudon, M., and Ternaux, J. P. 1982. In vivo release of serotonin in two raphe nuclei (raphe dorsalis and magnus) of cat. Brain Res. Bull. 8:123–129.

6. Saavedra, J. P., Brusco, A., Pressini, S., and Olivia, D. 1986. A new case for the presynaptic role of dendrites: an immunocytochemical study of the N. Raphe Dorsalis. Neurochem. Res. 11:997–1009.

7. Chazal, G. and Ralston, H. J., II. 1987. Serotonin-containing structures in the nucleus raphe dorsalis of the cat: an ultrastructural analysis of dendrites, presynaptic dendrites, and axon collaterals. J. Comp. Neurol. 259:259–317.

8. Davidson, C. and Stamford, J. A. 1995. Evidence that 5-hydroxytryptamine release in rat dorsal raphe nucleus is controlled by 5-HT$_{1A}$, 5-HT$_{1B}$ and 5-HT$_{1D}$ autoreceptors. Br. J. Pharmacol. 114:1107–1109.

9. O'Connor, J. J. and Kruk, Z. L. 1992. Pharmacological characteristics of 5-hydroxytryptamine autoreceptors in rat brain slices incorporating the dorsal raphe or the suprachiasmatic nucleus. Br. J. Pharmacol. 106:524–532.

10. Bagdy, E. and Harsing, L. G., Jr. 1995. The role of various calcium and potassium channels in the regulation of somatodendritic serotonin release. Neurochem. Res. 12:1409–1415.

11. Arborelius, L., Backlund Hook, B., Hacksell, U., and Svenson, T. H. 1994. The 5-HT$_{1A}$ receptor antagonist (S)-UH-301 blocks the (R)-8-OH-DPAT-induced inhibition of serotonergic dorsal raphe cell firing in the rat. J. Neural. Transm. 96:179–186.

12. Hajos, M., Gartside, S. E., Villa, A. E. P., and Sharp, T. 1995. Evidence for a repetitive (bursty) firing pattern in a sub-population in the dorsal and median raphe nuclei of the rat. Neuroscience 69:189–197.

13. Hjorth, S. and Magnusson, T. 1988. The 5-HT$_{1A}$ receptor agonist, 8-OH-DPAT, preferentially activates cell body 5-HT autoreceptors in rat brain in vivo. Naunyn-Schmiedeberg's Arch. Pharmacol. 338:463–471.

14. Sprouse, J. S. and Aghajanian, G. K. 1987. Electrophysiological responses of serotonergic dorsal raphe neurons to 5-HT$_{1A}$ and 5-HT$_{1B}$ agonists. Synapse 1:3–9.

15. Starley, S. J. and Skingle, M. 1994. 5-HT$_{1D}$ as well as 5-HT$_{1A}$ autoreceptors modulate 5-HT release in the guinea-pig dorsal raphe nucleus. Neuropharmacology 33:393–402.

16. El Mansari, M. and Blier, P. 1996. Functional characterization of 5-HT$_{1D}$ autoreceptors on the modulation of 5-HT release in the guinea-pig mesencephalic raphe, hippocampus and frontal cortex. Br. J. Pharmacol. 118:681–689.

17. Craven, R., Grahame-Smith, D., and Newberry, N. 1994. WAY-100635 and GR127935: efffects on 5-hydroxytryptamine-containing neurones. Eur. J. Pharmacol. 271:R1–R3.

18. Liu, R. J., Jolas, T., and Aghajanian, G. K. 1999. Serotonin, via receptors, induces an increase in spontaneous IPSCs in 5-HT cells of the dorsal raphe nucleus (DRN). Soc. Neurosci. Abstract 174.9.

19. Belin, M. F., Augera, M., Tappaz, M., McRae-Deguerce, A., Bobillier, P., and Pujol, J. F. 1979. GABA-accumulating neurons in the nucleus raphe dorsalis and periaquaductal gray in the cat: biochemical and radioautographic study. Brain Res. 170:279–297.

20. Wang, Q. P., Ochiata, P. G., and Nakai, Y. 1992. GABAergic innervation of serotonergic neurons in the dorsal raphe nucleus of the rat studied by electron microscopy double immunostaining. Brain Res. Bull. 29:943–948.

21. Wang, R. Y. and Aghajanian, G. K. 1977. Physiological evidence for habenula as major link between forebrain and midbrain raphe. Science 197:89–91.

22. Stern, W. C., Johnson, A., Bronzino, J. D., and Morgane, J. P. 1981. Neuropharmacology of the afferent projection from the lateral habenula and substantia nigra to the anterior raphe in the rat. Neuropharmacology 20:979–989.

23. Forchetti, C. M. and Meek, J. L. 1981. Evidence for a tonic GABAergic control of serotonin neurons in the median raphe nucleus. Brain Res. 206:208–212.

24. Gallager, D. W. and Aghajanian, G. K. 1976. Effect of antipsychotic drugs on the firing of dorsal raphe cells. II. Reversal by picrotoxin. Eur. J. Pharmacol. 39:357–364.

25. Ferraro, G., Montalbano, M. E., Sardo, P., and La Grutta, V. 1996. Lateral habenular influence on dorsal raphe neurons. Brain Res. Bull. 41:47–52.

26. Tao, R., Ma, Z., and Auerbach, S. B. 1996. Differential regulation of 5-hydroxytryptamine release by GABA$_A$ and GABA$_B$ receptors in midbrain raphe nuclei and forebrain of rats. Br J. Pharmacol. 119:1375–1384.

27. Krogsgaard-Larsen, P., Frölund, B., Jörgensen, F. S., and Schousboe, A. 1994. GABA$_A$ receptor agonists, partial agonists, and antagonists. Design and therapeutic prospects. J. Med. Chem. 37:2489–2505.

28. Kerwin, R. W. and Pycock, C. J. 1979. The effect of some putative neurotransmitters on the release of 5-hydroxytryptamine and γ-aminobutyric acid from slices of the rat midbrain raphe area. Neuroscience 4:1359–1365.

29. Bagdy, E., Solyom, S., and Harsing, L. G., Jr. 1998. Feedback stimulation of somatodendritic serotonin release: a 5-HT$_2$ receptor-mediated effect in the raphe nuclei of the rat. Brain Res. Bull. 45:203–208.

30. Iversen, L. L. and Kelly, J. S. 1975. Uptake and metabolism of γ-aminobutyric acid by neurones and glial cells. Biochem. Pharmac. 24:933–938.

31. Harsing, L. G., Jr. and Zigmond, M. J. 1997. Influence of dopamine on GABA release in striatum: Evidence for D1-D2 interactions and non-synaptic influences. Neuroscience 77: 419–429.

32. Harsing, L. G., Jr., Sershen, H., and Lajtha, A. 1992. Dopamine efflux from striatum after chronic nicotine: evidence for autoreceptor desensitization. J. Neurochem. 59:48–54.

33. Mefford, N. N. 1981. Application of high performance liquid chromatography with electrochemical detection to the neurochemical analysis : measurement of catecholamines, serotonin and metabolites in rat brain. J. Neurosci. Methods 3: 207–224.

34. Rowley, H. L., Martin, K. F., and Marsden, C. A. 1995. Determination of in vivo amino acid neurotransmitters by high performance liquid chromatography with ophthalaldehyde-sulphite derivatisation. J. Neurosci. Methods 57:93–99.

35. Starke, K. 1987. Presynaptic alpha adrenoceptors. Rev. Physiol. Biochem. Pharmac. 107:73–146.

36. Pineyro, G. and Blier, P. 1996. Regulation of 5-hydroxytryptamine release from rat midbrain raphe nuclei by 5-hydroxytryptamine$_{1D}$ receptors: Effect of tetrodotoxin, G protein inactivation and long-term antidepressant administration. J. Pharm. Exp. Ther. 276:697–707.

37. Middlemiss, D. N. and Fozard, J. R. 1983. 8-Hydroxy-2-(di-n-propylamino) tetralin discriminates between subtypes of the 5-HT$_1$ recognition site. Eur. J. Pharmacol. 90:151–153.

38. Neale, R. F., Fallon, S. L., Royar, W. C., Wasley, J. W. F., Martin, L. L., Stone, G. A., Glaester, B. S., Sinton, C. M., and Williams, M. 1987. Biochemical and pharmacological characterization of CGS-12066A, a selective 5-HT$_{1B}$ agonist. Eur. J. Pharmacol. 136:1–9.

39. Abellan, T., Jolas, T., Aghajanian, G. K., and Artigas, F. 1997. GABA-serotonin interactions in the dorsal raphe nucleus of the rat: role of GABA$_B$ receptors. Soc. Neurosci. Abst. 907.9.

40. Limberger, N., Spaeth, L., and Starke, K. 1986. A search for receptors modulating the release of γ-[$^3$H]aminobutyric acid in rabbit caudate nucleus slices. J. Neurochem. 46:1109–1117.

41. Waldmeier, P. C. and Baumann, P. A. 1990. Presynaptic GABA receptors, Ann. NY Acad. Sci. 604:136–151.

42. Hashimoto, T. and Kuriyama, K. 1997. GABA$_A$ receptor-mediated K(+)-evoked GABA release from globus pallidus-analysis using microdialysis. Neurochem. Inter. 30:247–252.

43. Ennis, C. and Minchin, M. C. 1993. Modulation of GABA$_A$-like autoreceptor by barbiturates but not by steroids. Neuro-pharmacology 32:355–357.

44. Vizi, E. S. and Kiss, J. P. 1998. Neurochemistry and pharmacology of the major hippocampal transmitter systems: synaptic and nonsynaptic interactions. Hippocampus 8:566–607.

45. Shen, R. Y. and Andrade, R. 1998. 5-Hydroxytryptamine$_2$ receptor facilitates GABAergic neurotransmission in rat hippocampus. J. Pharm. Exp. Ther. 285:805–812.

46. Behzadi, G., Kalen, P., Parvapassu, F., and Wiklund, L. 1990. Afferents to the median raphe nucleus of the rat: retrograde choleratoxin and wheat germ-conjugated horseradish peroxidase tracing and selective D-[$^3$H]aspartate labelling of possible excitatory amino acid inputs. Neuroscience 37:77–100.

47. Hajos, M., Richards, C. D., Szekely, A. D., and Sharp, T. 1998. An electrophysiological and neuroanatomical study of the medial prefrontal cortical projection to the midbrain raphe nuclei in the rat. Neuroscience 87:95–108.

48. Scatton, B., Serrano, A., Rivot, J. P., and Nishikawa, T. 1984. GABAergic inhibitory influence on striatal serotonergic transmission exerted in the dorsal raphe as revealed by in vivo voltametry. Brain Res. 305:343–352.

49. Nishikawa, T. and Scatton, B. 1985. Inhibitory influence of GABA on central serotonergic transmission. Involvement of the habenulo-raphe pathways in the GABAergic inhibition of ascending cerebral serotonergic neurons. Brain Res. 331:81–90.

50. Vizi, E. S. 2000. Role of high-affinity receptors and membrane transporters in nonsynaptic communication and drug action in the CNS. Pharmacol. Rev. 52:63–89.

51. O'Hearn, E. and Molliver, M. E. 1984. Organization of raphe-cortical projections in the rat: a quantitative retrograde study. Brain Res. Bull. 13:709–726.

52. Harsing, L. G., Jr., Kiraly, I., and Bagdy, E. 1999. Reciprocal innervation between serotonergic and GABAergic neurons in the raphe nuclei of the rat. Soc. Neurosci. Abst. 481.9.

53. Loizou, L. 1969. Projections of the nucleus locus coeruleus in the albino rat. Brain Res. 15:563–566.

54. Pineyro, G. and Blier, P. 1999. Autoregulation of serotonin neurons: role in antidepressant drug action. Pharmacol. Rev. 51:533–591.