EXHIBIT 46

Brain Research, 279 (1983) 325–329
Elsevier

325

# Evidence for a GABAergic inhibitory influence on serotonergic neurons originating from the dorsal raphe

TORU NISHIKAWA and BERNARD SCATTON*

Synthélabo-L.E.R.S., Biochemistry Group, 31, avenue Paul Vaillant-Couturier, 92220 Bagneux (France)

(Accepted July 19th, 1983)

Key words: GABA — GABA agonist and antagonist agents — serotonergic neurons — 5-hydroxytryptophan accumulation — dorsal raphé — striatum

Systemic administration of progabide, dipropylacetamide and $\gamma$-acetylenic-GABA diminished striatal 5-HTP accumulation; the effect of progabide was abolished after hemitransection. Intradorsal raphé (but not intrastriatal) infusion of GABA or GABA agonist agents reduced striatal 5-HTP accumulation. Infusion of picrotoxinin or bicuculline into the dorsal raphé was without effect. It is concluded that GABA exerts an inhibitory influence on striatal serotonergic transmission via stimulation of GABA receptors located in the dorsal raphé.

Recent evidence has been provided that GABA exerts an inhibitory influence on striatal serotonergic transmission. Thus, systemic administration of the GABA receptor agonist progabide reduces the rate of serotonin (5-HT) disappearance after inhibition of tryptophan hydroxylase in the rat striatum[14]. Moreover, progabide, muscimol and amino-oxyacetic acid decrease striatal 5-HT synthesis in the rat[12,14]. Finally, repeated administration of progabide diminishes the release of extracellular 5-hydroxyindoleacetic acid (as evaluated by differential pulse voltammetry) from the rat striatum[13]. The site at which GABA exerts its inhibitory influence on serotonergic neurons projecting to the striatum is as yet unclear. Anatomical[3] and electrophysiological evidence[7,16] point to the existence of a direct GABAergic input onto dorsal raphé cells which are the source of the striatal serotonergic afferents[1]. High levels of glutamic acid decarboxylase are present in the dorsal raphé[3,8] and GABA-accumulating neurons have been visualized in this brain area[3]. Moreover, microiontophoretic application of GABA into the dorsal raphé suppresses the firing of raphé cells sensitive to 5-HT in a picrotoxin-reversible manner[7]. In as much as GABA receptors also appear to be present on serotonergic terminals in some brain areas (e.g. substantia nigra[6]) receiving a serotonergic innervation, the possibility has also to be considered that the GABAergic inhibitory influence on serotonergic neurons might be exerted at the level of the serotonergic terminals.

In order to investigate the neuroanatomical sites at which GABA inhibits striatal serotonergic transmission we have studied the effect of GABA agonist drugs on striatal 5-hydroxytryptophan (5-HTP) accumulation (an index of serotonergic neuronal activity[4]) after systemic administration and after local injection in the dorsal raphé or in the striatum.

Male Sprague–Dawley albino rats (COBS CD strain from Charles River, France) weighing 180 g were used. Animals were housed at $22 \pm 0.5$ °C in a humidity controlled room under a 12 h light/dark cycle and had free access to food and water.

Progabide (4-{[(4-chlorophenyl)(5-fluoro-2-hydroxyphenyl)methylene]amino}butanamide), its main active metabolite SL 75102 (4-{[(4-chlorophenyl)(5-fluoro-2-hydroxyphenyl)methylene]amino}butyric acid) and dipropylacetamide were synthetized in our Chemistry Department. $\gamma$-Acetylenic-GABA (GAG) and $\gamma$-vinyl-GABA (GVG) were gifts from Merrell International. Progabide, dipropylacetamide and GAG were injected intraperitoneally as a

---

* To whom correspondence and reprint requests should be addressed.

0006-8993/83/$03.00 © 1983 Elsevier Science Publishers B.V.

Case 1:04-cv-10981-PBS    Document 1197-60    Filed 04/04/2008    Page 3 of 6

suspension in a 0.1% Tween 80 solution 90, 120 and 180 min before sacrifice, respectively. For local injection, SL 75102, GABA, GVG, bicucullin (Fluka) and picrotoxinin (Sigma) were dissolved in physiological saline.

Cerebral hemitransection was performed under light ether anesthesia according to Bédard et al.[2]. Progabide was injected immediately following transection and animals were sacrificed 45 or 90 min later. For local infusion studies, stainless-steel guide cannulas (external diameter 0.8 mm) were implanted stereotaxically under chloral hydrate (400 mg/kg i.p.) anesthesia 5–7 days before the experiments. On the day of the experiment the mandrel was replaced by an injection cannula (external diameter 0.45 mm) which extended 1 mm longer than the guide cannula. The following coordinates (atlas of König and Klippel[10]) were used: striatum A 8.6, L 2.3, V +0.7, dorsal raphé A 4.5, L 0, V 5.0 (implantation at a posterior angle of 45° vs the vertical axis). The injection cannula was connected by polyethylene tubing to a motor driven 10 $\mu$l Hamilton syringe. Drugs were infused in a volume of 2 $\mu$l for 2 min (striatum) or of 1 $\mu$l for 3 min (dorsal raphé). The injection cannula was left in place for 1 min before removal. Animals were sacrificed 60 min after infusion of GABA, SL 75102 or bicucullin and 180 min after GVG injection. Picrotoxinin was injected twice, 90 and 45 min before sacrifice. The location of the injection site was in all cases verified histologically on 200 $\mu$m thick serial slices from each injected region. In some experiments, the extent of diffusion of [$^3$H]GABA after its intrastriatal injection was verified. For this purpose, [$^3$H]GABA (44,000 cpm, 100 $\mu$g) was infused in a volume of 2 $\mu$l (for 2 min) in the striatum and the animals were sacrificed 1 h later. To determine the dorsoventral and mediolateral distribution of [$^3$H]GABA the brain was cut in coronal slices (400 $\mu$m thick, A 9800 to 6400 of the atlas of König and Klippel) and the striatal tissue was punched out concentrically on the serial slices using fine needles (0.9, 2.0 and 4.0 mm in diameter). The radioactivity present in each tissue punch was then measured by liquid scintillation.

In all experiments the rate of 5-HT synthesis was estimated by measuring the accumulation of 5-HTP after inhibition of L-aromatic amino acid decarboxylase by $m$-hydroxybenzylhydrazine (NSD 1015, 100 mg/kg, i.p.) which was injected 30 min before sacrifice. For biochemical analysis rats were stunned and decapitated and brains were rapidly removed. The striatum and the hippocampus were dissected out at 4 °C, frozen on dry-ice and stored at −80 °C until analysis. Samples were homogenized in 0.5 ml of 0.1 M perchloric acid and centrifuged at 0 °C (20,000 g for 15 min). 5-HTP was subsequently assayed in the supernatant by reversed phase high-performance liquid chromatography with electrochemical detection as described previously[15].

Statistical analysis of the data was performed by one-way analysis of variance (ANOVA) followed by multiple comparison test (Ryan's method).

As shown in Table I, systemic administration of the GABA receptor agonist progabide (50–1200 mg/kg, i.p.) caused a dose-dependent diminution of 5-HTP accumulation in the rat striatum ($ED_{50}$ 160 mg/kg, i.p.). A similar reduction in 5-HT synthesis was observed after administration of the indirect acting GABA agonists GAG (200 mg/kg, i.p.) and dipropylacetamide (150 mg/kg, i.p.).

Acute cerebral hemitransection markedly reduced striatal 5-HTP accumulation at 45 and 90 min after the operation (Table II). Administration of a high dose of progabide (1200 mg/kg, i.p.) to hemitransected rats failed to affect striatal 5-HTP accumulation.

Local infusion of GABA (100 $\mu$g), GVG (100 $\mu$g)

TABLE I

*Effect of GABA agonist agents on striatal 5-HTP accumulation in the rat*

Animals received progabide, GAG and dipropylacetamide 90, 180 and 120 min before sacrifice, respectively. NSD 1015 (100 mg/kg, i.p.) was injected 30 min before decapitation. Results are means with S.E.M. of data obtained on 5–76 animals per group.

| Treatment | Dose (mg/kg, i.p.) | 5-HTP (ng/g) |
|---|---|---|
| Controls | – | 181.5 ± 3.4 |
| Progabide | 50 | 172.3 ± 8.1 |
| Progabide | 150 | 169.6 ± 7.7 |
| Progabide | 400 | 160.6 ± 4.4** |
| Progabide | 600 | 154.4 ± 7.5** |
| Progabide | 1200 | 151.0 ± 4.2** |
| GAG | 200 | 144.3 ± 10.0* |
| Dipropylacetamide | 150 | 116.3 ± 13.8** |

* $P < 0.05$, ** $P < 0.01$ as compared to controls.

TABLE II

*Effects of progabide on striatal 5-HTP accumulation after cerebral hemisection*

Rats received progabide (1200 mg/kg, i.p.) or vehicle immediately after operation and were killed 45 or 90 min later. NSD 1015 (100 mg/kg, i.p.) was in all cases injected 30 min before sacrifice. Values represent the mean with S.E.M. of data obtained from 5–6 animals.

| Treatment (time post-transection) | 5-HTP (ng/g) | | | |
|---|---|---|---|---|
| | Sham | Hemisection | Sham | Hemisection |
| | (45 min) | | (90 min) | |
| Vehicle (controls) | 178.3 ± 9.9 | 127.3 ± 5.8** | 175.2 ± 11.8 | 80.8 ± 7.4** |
| Progabide (1200 mg/kg) | 135.3 ± 13.9* | 109.8 ± 8.6** | 126.0 ± 10.7* | 88.1 ± 7.6** |

* $P < 0.05$, ** $P < 0.01$ when compared to the vehicle-treated sham-operated animals.

or SL 75102, the active and soluble metabolite of progabide (100 $\mu$g) into the striatum did not modify striatal 5-HTP accumulation (ng/g: saline-injected 151.2 ± 6.3, GABA 168.8 ± 9.9, GVG 142.6 ± 2.7, SL 75102 148.9 ± 7.2, n = 4–13 animals/group). The lack of effect of intrastriatally injected GABA and GABA agonists does not appear to be due to the failure of these drugs to reach a substantial portion of this nucleus, as in complementary experiments we found that the radioactivity of [$^3$H]GABA infused into the striatum was not confined to the site of injection but was distributed throughout the whole striatum. In contrast, local infusion of GABA (100 $\mu$g), GVG (100 $\mu$g) or SL 75102 (10 and 100 $\mu$g) into the dorsal raphé diminished 5-HTP accumulation in the striatum by 21, 23, 20 and 40%, respectively (Table III). However, intra-dorsal raphé injection of these drugs failed to affect 5-HTP accumulation in the hippocampus (ng/g: saline 156.9 ± 6.9, GABA 158.3 ± 6.4, GVG 138 ± 3.8, SL 75102 (10 $\mu$g) 137 ± 3.4, (100 $\mu$g) 136 ± 11, n = 5–18 animals per group). Local infusion of picrotoxinin (5 $\mu$g × 2) or bicucullin (1 and 10 $\mu$g) into the dorsal raphé failed to affect striatal 5-HTP accumulation (Table III).

The present results indicate that enhancement of GABA synaptic activity by direct stimulation of GABA receptors (progabide) or by elevation of GABA levels in the synaptic gap (GAG, dipropylacetamide) causes a decrease of 5-HTP accumulation in the rat striatum confirming the view that GABA exerts an overall inhibitory influence on striatal serotonergic neurons[9,12,13,14].

The failure of progabide (given systemically) to affect striatal 5-HTP accumulation after cerebral hemi-transection together with the inability of GABA, GVG and SL 75102 to alter striatal 5-HTP accumulation after local injection in the striatum indicate that this GABAergic influence is not exerted at the level of striatal serotonergic terminals via GABA receptors located on nerve endings or intrastriatal multi-neuronal circuits.

The GABAergic inhibitory control of striatal serotonergic transmission is more likely exerted at the level of the dorsal raphé cells: thus, infusion of GABA or GABA agonists into the dorsal raphé resulted in a reduction of 5-HTP accumulation in the striatum. This effect is due to an action of the GABA agonists in, and not to a diffusion of the drug to structures adjacent to, the dorsal raphé as: (1) no significant change in striatal 5-HTP accumulation was observed when microinjections were made 1 mm lat-

TABLE III

*Effect of local infusion of GABA agonist and antagonist agents in the dorsal raphe on 5-HTP accumulation in the rat striatum*

GABA, SL 75102 or bicuculline, GVG and picrotoxinin (twice) were infused 60, 180, and 90 and 45 min before sacrifice, respectively. Rats received NSD 1015 (100 mg/kg i.p.) 30 min before decapitation. Results are means with S.E.M. of data obtained from 4–22 animals per group (4 experiments).

| Treatment | Amount injected ($\mu$g) | 5-HTP (ng/g) |
|---|---|---|
| Control | – | 178.5 ± 5.7 |
| GABA | 100 | 140.2 ± 11.2* |
| GVG | 100 | 137.5 ± 9.8** |
| SL 75102 | 10 | 143.9 ± 8.2* |
| | 100 | 106.4 ± 20.0*** |
| Bicuculline | 1 | 202.6 ± 8.6 |
| | 10 | 178.5 ± 5.4 |
| Picrotoxinin | 5 × 2 | 149.1 ± 17.1 |

* $P < 0.05$, ** $P < 0.02$, *** $P < 0.01$ as compared to saline-injected controls.

erally to the dorsal raphé; (2) injection of GABA agonists into the dorsal raphé did not modify 5-HTP accumulation in the hippocampus, the serotonergic innervation of which is originating from the adjacent median raphé[1]; (3) in complementary experiments we found that after local infusion of [3H]GABA into the dorsal raphé the radioactivity remained confined to this region. That GABA exerts an inhibitory control on striatal serotonergic transmission by acting on raphé cells is also supported by our recent observation that intra-raphé dorsalis application of SL 75102, GVG and GABA causes a decrease in the release of extracellular 5-hydroxyindoleacetic acid (as evaluated by in vivo electrochemical detection) in striatum (Scatton et al., in preparation). Moreover, infusion of GABA into the dorsal raphé has been shown to reduce the release of newly synthesized [3H]5-HT from the cat caudate nucleus[9].

The present results also indicate that picrotoxinin or bicucullin even when injected in high amounts in the dorsal raphé did not influence striatal 5-HTP accumulation. This is in line with previous studies which showed that in the cat application of picrotoxin into the dorsal raphé did not modify the release of [3H]5-HT in the substantia nigra[11], a brain area also receiving its serotonergic innervation from the dorsal raphé[1]. These data suggest that the inhibitory influence of GABA on dorsal raphé cells is not tonic in nature. In contrast, the median raphé has been shown to be under a tonic GABAergic influence[5].

The inhibitory action of GABA on dorsal raphé 5-HT-containing cells is compatible with available anatomical and electrophysiological evidence suggesting the existence of a GABAergic input onto dorsal raphé cells (see Introduction). However, the exact nature of this interaction remains to be elucidated. The GABAergic influence might be exerted by afferents arising outside the raphé, e.g. the controversial[8] lateral habenulo-dorsal raphé GABAergic pathway[16]. Alternatively, the GABAergic interneurons which appear to be present in the dorsal raphé[8] might mediate influence of GABA on 5-HT cells via a direct link or via a modulation of afferents (substance Pergic, dopaminergic or noradrenergic in nature) arising outside the raphé.

In conclusion, the present data indicate that GABA exerts an inhibitory (non-tonic) influence on striatal serotonergic transmission which is mediated via stimulation of GABA receptors located in the dorsal raphé.

The authors wish to thank Dr. McRae-Degueurce for helpful advice, A. Serrano, R. L'Heureux and J. P. Rivy for excellent technical assistance and V. Neveux for typing the manuscript.

1 Azmitia, E. C. and Segal, M., An autoradiographic analysis of the differential ascending projections of the dorsal and median raphe nuclei in the rat, J. comp. Neurol., 179 (1978) 641–667.
2 Bédard, P., Carlsson, A. and Lindqvist, M., Effect of transverse cerebral hemisection on 5-hydroxytryptamine metabolism in the rat brain, Naunyn-Schmiedeberg's Arch. exp. Pharmacol., 272 (1972) 1–15.
3 Belin, M. F., Aguera, M., Tappaz, M., McRae-Deguerce, A., Bobillier, P. and Pujol, J. F., GABA-accumulating neurons in the nucleus raphe dorsalis and periaqueductal gray in the rat: a biochemical and radioautographic study, Brain Research, 170 (1979) 279–297.
4 Carlsson, A., Lindqvist, M., Magnusson, T. and Atack, C., Effect of acute transection on the synthesis and turnover of 5-HT in the rat spinal cord, Naunyn Schmiedeberg's Arch. Pharmacol., 277 (1973) 1–12.
5 Forchetti, C. M. and Meek, J. L., Evidence for a tonic GABAergic control of serotonin neurons in the median raphe nucleus, Brain Research, 206 (1981) 208–212.
6 Gale, K., Evidence for GABA receptors on serotonergic afferent terminals in the substantia nigra and on nigral efferents projections to the caudal mesencephalon, Brain Research, 231 (1982) 209–215.
7 Gallager, D. W. and Aghajanian, G. K., Effect of antipsychotic drugs on the firing of dorsal raphe cells. II. Reversal by picrotoxin, Europ. J. Pharmacol., 39 (1976) 357–364.
8 Gottesfeld, Z., Hoover, D. B., Muth, E. A. and Jacobowitz, D. M., Lack of biochemical evidence for a direct habenulo-raphé GABAergic pathway, Brain Research, 141 (1978) 353–356.
9 Héry, F. and Ternaux, J. P., Regulation of release processes in central serotoninergic neurons, J. Physiol. (Paris), 77 (1981) 287–301.
10 König, J. F. R. and Klippel, R. A., The Rat Brain, Williams and Wilkins, Baltimore, 1973.
11 Reisine, T. D., Soubrié, P., Artaud, F. and Glowinski, J., Involvement of lateral habenula-dorsal raphe neurons in the differential regulation of striatal and nigral serotonergic transmission in cats, J. Neurosci., 2 (1982) 1062–1071.
12 Saner, A. and Pletscher, A., Effect of diazepam on cerebral 5-hydroxytryptamine synthesis, Europ. J. Pharmacol., 55 (1979) 315–318.
13 Scatton, B. and Serrano, A., Inhibitory influence of GABA on striatal serotonergic transmission as evaluated by differential pulse voltammetry in the rat, Brit. J. Pharmacol., 78 (1983) 90P.
14 Scatton, B., Zivkovic, B., Dedek, J., Lloyd, K. G., Con-

stantinidis, J., Tissot, R. and Bartholini, G., γ-Aminobutyric acid (GABA) receptor stimulation. III. Effect of progabide (SL 76 002) on norepinephrine, dopamine and 5-hydroxytryptamine turnover in rat brain areas, *J. Pharmacol. exp. Ther.*, 220 91982) 678–688.
15 Semerdjian-Rouquier, L., Bossi, L. and Scatton, B., Concurrent determination of 5-hydroxytryptophan, serotonin and 5-hydroxyindole acetic acid in rat and human brain and biological fluids by reversed-phase high performance liquid chromatography with electrochemical detection, *J. Chromatogr.*, 218 (1981) 663–670.
16 Wang, R. Y. and Aghajanian, G. K., Physiological evidence for habenula as major link between forebrain and midbrain raphe, *Science*, 197 (1977) 89–91.