# EXHIBIT 50

# Magnetic Resonance in Epilepsy

## Neuroimaging Techniques

### Second Edition

Ruben I. Kuzniecky, M.D., F.A.A.N.

Graeme D. Jackson, B.SC.(Hons), MB.BS., M.D., F.R.A.C.P.



ELSEVIER
ACADEMIC
PRESS

AMSTERDAM • BOSTON • HEIDELBERG • LONDON
NEW YORK • OXFORD • PARIS • SAN DIEGO
SAN FRANCISCO • SINGAPORE • SYDNEY • TOKYO

# Biochemistry for Magnetic Resonance Spectroscopy

Ognen Petroff

## GLUTAMATE METABOLISM

In the normal adult brain, the glutamate concentration of gray matter primarily reflects the glutamate concentration in glutamatergic neurons, the glutamate content of which is far greater than that of nonglutamatergic neurons or glia (40). Neuronal glutamate is lost during glutamate transmitter release and is taken up by glia, where it is recycled by glutamine synthetase (GS) (41). With increased excitatory activity, the rate of neuronal glutamate loss would be greater. Glutamate lost from the neuron is replaced through phosphate-activated glutaminase (PAG) acting upon glutamine synthesized in the glia (42, 43).

The glutamate–glutamine cycle is the main pathway of astroglial glutamate uptake and may be measured by MRS. Astroglia replace neuronal glutamate through the glutamate–glutamine cycle, supplemented in certain situations by the glial release of TCA cycle intermediates, including alpha-ketoglutarate (2-oxoglutarate), citrate, and succinate. Neurons lack the enzymes required for de novo synthesis of glutamate and therefore depend on astroglia to provide substrates for the synthesis of glutamate lost during neurotransmission (44). The complete pathway is called the glutamate–glutamine cycle.

Although the pathways of astroglial glutamate uptake and cycling were well established from cellular studies, their physiologic importance was controversial prior to recent in-vivo studies using MRS (45). Because the neurotransmitter glutamate is packaged in vesicles (46, 47), the concept arose of a small, nonmetabolic 'transmitter' pool, which did not interact with the large 'metabolic' glutamate pool. The initial studies that brought this concept into question were, it was found, using carbon MRS ($[^{13}C]$-MRS), a high rate of glutamine labeling from 1-$^{13}$C-glucose (36) in the human occipital parietal lobe. To test whether this rapid labeling was due to the glutamate–glutamine cycle, a series of MRS studies in healthy rat models were undertaken to determine whether glutamine was synthesized primarily from the glutamate–glutamine cycle or from ammonia detoxification, as was previously believed (48). Labeling from ammonia detoxification, which involves net anaplerosis, was measured using $^{2-13}C$ glucose and $^{15}N$ ammonia as label precursors, both of which require anaplerosis to label glutamine at specific carbon positions (49, 50).

Magnetic resonance spectroscopy studies in the rat cerebral cortex have shown that the rate of the glutamate–glutamine cycle is coupled in a close to 1:1 ratio to neuronal (primarily glutamatergic) glucose oxidation above the rate measured with an isoelectric electroencephalogram (EEG) (51). There is a highly significant association between electrical activity measured using EEG, the rate of glucose consumption, the TCA cycle (oxygen consumption), and glutamate–glutamine cycling (Fig. 13.16). Changes in rate of glutamate turnover and thus the glutamate–glutamine cycle are proportional to EEG power and changes in the neuronal spiking frequency (52–54). Measuring the rate of glutamate–glutamine cycle reflects the rate of glutamatergic neurotransmission through a wide range of conditions from pentobarbital coma with an isoelectric EEG through sensory stimulation with evoked potentials.

The rate of metabolism of the TCA cycle and the glutamate–glutamine cycle varies with the species studied. Basal rates of glucose uptake, glycolysis, TCA cycle (oxygen consumption), and the glutamate–glutamine cycle are twofold faster



FIG. 13.16. The rate of the glutamate–glutamine cycle decreases in proportion to the decrease in neural activity as measured using scalp electroencephalography. Brain glutamate content also decreases in parallel to the change in neural activity as the depth of anesthesia increases. (From data in Sibson et al, 1998 (51).)



FIG. 13.17. The glutamate–glutamine cycle rate changes in proportion to the rate of the tricarboxylic acid (TCA) cycle under a variety of levels of brain activity, e.g. depth of anesthesia. Data derived from Sibson et al. 1998 (51), Hyder et al. 2001 (52), Shen et al. 1999 (55), and Kanamatsu & Tsukada 1999 (56).



FIG. 13.18. The glutamate–glutamine cycle and the anaplerotic pathway used by the brain for the de-novo synthesis of glutamate from glucose. AST, aspartate transaminase; GDH, glutamate dehydrogenase; GLAST, glutamate aspartate transporter; GS, glutamine synthetase; PAG, phosphate activated glutaminase; PC, pyruvate carboxylase; SAT1, system-A transporter; SN1, system-N transporter.

in rats than in humans (Fig. 13.17). Using the glutamate–glutamine cycle/TCA cycle ratio compensates for the nearly twofold difference in cerebral metabolic rates. The ratio is similar in both rat (0.49, SE 0.05) and human brain (0.46, SE 0.04) (55, 56). Although the glutamate–glutamine cycle/TCA cycle ratio is clearly decreased by surgical-grade anesthesia with chloralose, the effects are minor compared with the major decrease seen during pentobarbital coma with an isoelectric EEG. Intracellular glutamate concentrations of the rat forebrain also decrease in parallel with the decrease in electrical activity. Glutamatergic neurotransmission and cellular glutamate content appear to decrease in parallel.

In many animal models of epilepsy, extracellular and intracellular glutamate concentrations increase markedly with the onset of seizures (57, 58). Intracellular glutamate content is increased interictally in the epileptogenic zone. Basal extracellular glutamate concentrations, measured by microdialysis or supraperfusion of the pial cortex, also are increased interictally.

### GLUTAMATE–GLUTAMINE CYCLE

The components of the glutamate–glutamine cycle (Fig. 13.18) include the following steps.

1. Vesicular or nonvesicular release of glutamate takes place from the glutamatergic neuron into the synaptic cleft/extracellular space.
2. Astroglial uptake of glutamate plays a key role in maintaining the low extracellular levels needed for proper receptor-mediated functions. Studies of glutamatergic synapses have shown them to be closely surrounded by glial end processes possessing high densities of glutamate transporters. Glutamate transporters are sodium-dependent and electrogenic and have an affinity, $K_m$, of 1–3 μmol/l, which is in the range of normal estimated extracellular glutamate concentration (59, 60). Reuptake of glutamate from the extracellular space is accomplished primarily by glia using the sodium-dependent, electrogenic glutamate transporters EAAT1 (GLAST) and EAAT2 (GLT-1) (41). Under normal conditions, GLAST and GLT-1 are located on astrocytic membranes and terminate excitatory neurotransmission by first binding glutamate (buffering) then transporting glutamate into the astrocytic cytosol in an energy (ATP)-consuming step. The physiologic importance of astroglial glutamate transport was demonstrated in studies in which antisense oligonucleotides directed against the astrocytic glutamate and aspartate transporters GLT-1 or GLAST in vivo resulted in elevated extracellular glutamate in vivo and excitotoxicity (61). The large majority of cortical glutamate uptake after release is astroglial and tightly coupled to the glial sodium–potassium ATPase and therefore glial energy metabolism. Under severely depolarizing conditions of elevated extracellular potassium and glutamate, which can occur during a seizure, glutamate transporters reverse catastrophically releasing glutamate and aspartate (62).
3. Rising glial cytosolic glutamate stimulates GS, which consumes one glutamate, one ATP (complexed with magnesium), and one ammonia ($NH_3$) molecule to synthesize one glutamine, one ADP, one Pi, one free magnesium and releases acid, lowering cytosolic pH (63). In the brain, GS is an enzyme of primary neurochemical importance, since it converts neurotoxic ammonia and the

neurotransmitter glutamate into glutamine. Nonbrain GS responds to end-product (glutamine and its derivatives) feedback inhibition, whereas brain GS does not.

4. Glial release of glutamine is tightly controlled (64–66). The system-N (SN1) transporter is coupled to the hydrogen and sodium ion gradients and thus tightly coupled to the sodium–potassium ATPase, which consumes ATP and generates Pi, hydrogen ion, ADP, and free magnesium under physiologic conditions. Intracellular acidification promotes the uptake of glutamine and down the sodium gradient into the cell and releases hydrogen ion into the extracellular fluid. Glial alkalosis (pH ≈7.4) slows the release of glutamine. When the SN1 transporter is blocked, intracellular pH drops toward 6.5. Because of its electroneutral character, glutamine transport readily reverses under physiologic conditions and during a seizure. The SN1 transporter system is primarily localized to glia near synaptic terminals.

5. Conversely, the system-A transporter (SAT1 and SAT2) is expressed almost exclusively by neurons rather than glia (66). It exhibits particularly high levels of expression by inhibitory neurons with the location of SAT1 at the nerve terminal. SAT1 and SAT2 proteins all mediate electrogenic transport due to the uptake of sodium ion and neutral amino acid, i.e. glutamine, unopposed although modulated by hydrogen ion. Because it is electrogenic, SAT1 is more resistant to reversal under physiologic conditions, but can fail with collapse of the sodium gradient and intracellular acidosis; the changes that occur during a seizure.

6. Glutamine is converted to glutamate and ammonia by PAG (67–69). This enzyme is usually bound to the mitochondrial membrane (inner or outer) and can translocate from one to the other surface. PAG bound to the inner mitochondrial membrane appears to be largely inactive. PAG activity is activated by Pi and, therefore, is intimately coupled to energy-state and cytosolic pH. Fatty acids, valproate, NMDA receptor antagonists, and free calcium stimulate PAG activity. The primary inhibitors of PAG include glutamate, ammonia, and hydrogen ions. Other potent inhibitors of PAG activity include NAA, leucine, homocysteine, histidine, glycine, and taurine.

7. Cytosolic glutamate is repackaged into vesicles by a specific energy-dependent vesicular glutamate transporter (VGLUT1) (41). Vesicular uptake of glutamate is driven by membrane potential and the hydrogen ion gradient. VGLUT1 appears to be a vesicular membrane-bound ATPase that pumps hydrogen ions and glutamate into the vesicle. It also appears to be a Pi transporter.

**Magnetic Resonance Spectroscopy Methods used to Measure the Glutamate–Glutamine Cycle**

Several strategies were developed to measure glutamate–glutamine cycling and the TCA cycle using glucose, acetate,



FIG. 13.19. The primary route of glucose metabolism in brain. Acetyl-CoA, acetyl coenzyme A; ALT, alanine transaminase; AST, aspartate transaminase; CMR, cerebral metabolic rate; GABA-T, GABA transaminase; GDH, glutamate dehydrogenase; α-KG, alpha-ketoglutarate; LDH, lactate dehydrogenase; OAA, oxaloacetic acid; PDH, pyruvate dehydrogenase; SSADH, succinic semi-aldehyde dehydrogenase.

and BHB labeled with $^{13}$C, a nonradioactive isotope of carbon and in-vivo MRS (38, 50, 70, 71). Dynamic measurements of the rate of incorporation of $^{13}$C into brain glutamate and glutamine may be used to measure the rate of glucose uptake, glycolysis, the TCA cycle, glycogen, and the synthesis of glutamate, glutamine, and aspartate (Fig. 13.19). Several enzymes catalyze the fast chemical exchange between alpha-ketoglutarate and glutamate, including aspartate transaminase, alanine transaminase, glutamate dehydrogenase, and GABA transaminase (GABA-T).

*Measuring the Glutamate–Glutamine Cycle at Steady-state using 2-$^{13}$C Glucose*

Several strategies were developed for determining the ratio of the glutamate–glutamine cycle to TCA cycle from steady state $^{13}$C-labeling patterns of glutamate and glutamine at steady-state. One strategy takes advantage of the label from 2-$^{13}$C-glucose being incorporated into the internal positions of glutamate and glutamine only through the glia (50, 72). Label from 2-$^{13}$C-glucose, which enters the TCA cycle through pyruvate dehydrogenase, is incorporated into (5–13) C-glutamate and 1-$^{13}$C-glutamate. It does not label the internal positions of glutamate or glutamine. In contrast, $^{13}$C-label entering the TCA cycle from the anaplerotic pathway through pyruvate carboxylase will label glial glutamine C2 and C3 initially because both pyruvate carboxylase and GS are found exclusively in glia. Subsequently, labeled glutamine will be taken up by the neurons to replenish released glutamate by the glutamate–glutamine cycle. The labeling in neuronal C3-glutamate is diluted relative to the precursor C3 glutamine as a result of unlabeled carbons entering through the neuronal TCA cycle ($V_{unlabeled}$). From the ratio of

Case 1:04-cv-10981-PBS   Document 1197-64   Filed 04/04/2008   Page 5 of 13

through shrinkage of dendrite, synapses, and other processes). The neuron loss, particularly of large glutamatergic neurons, and glial proliferation should decrease glutamate concentrations in the sclerotic hippocampus. The findings suggest that there appears to be a relative increase in cellular glutamate content in the epileptogenic human hippocampus. Whether this increase in glutamate is localized in the remaining neurons or proliferating glia remains to be determined. There are no significant associations seen between tissue glutamate concentrations and neuron loss or glial density.

The findings raise two possibilities. Either the remaining neurons, mainly 'GABAergic', have extremely high intracellular glutamate content, or a subpopulation of glial cells must have high glutamate content. Cell culture studies suggest that glial precursor cells have high intracellular glutamate content (79, 80). Above-normal intracellular glutamate concentrations could contribute to the above-normal release of glutamate measured in the epileptogenic human hippocampus during spontaneous seizures. The high glutamate content would be expected to contribute to the epileptic state by increasing network excitability and promoting excitotoxicity.

### Measuring the Glutamate–Glutamine Cycle in the Epileptic Human Hippocampus

The glutamate–glutamine cycle/TCA cycle ratio (Fig. 13.21) is severely compromised in almost all patients with hippocampal sclerosis (72). Using glutamate–glutamine cycle/TCA cycle ratios automatically corrects for the decreased glucose and TCA cycle (oxygen) metabolism that characterizes the epileptogenic hippocampus during the interictal state. Paradoxically, widespread hypometabolism centered on the epileptogenic region appears to characterize the interictal state in ≈80% of patients with mesial TLE (81). The decrease in glucose uptake has been attributed to hippocampal neuron loss and the widespread involvement to diaschisis.

Overall, there is only a weak association between brain volume and cerebral metabolism measured using positron emission tomography (PET) with about 13% of the variance attributable to atrophy (82). This relationship breaks down even further in the epileptogenic regions, suggesting that the hypometabolism is not mainly due to neuron loss. Quantitative pathologic studies show that hippocampal neuron loss does not account for the severity of the hypometabolism. Hypometabolism measured using fluorodeoxyglucose (FDG-PET) improves after successful surgery, which suggests that the epileptic state rather than neuron loss is the dominant factor (83).

Unexpectedly, normal glutamate–glutamine cycle/TCA cycle ratios are seen in patients with mesial TLE and normal-appearing hippocampi on the presurgical, clinical MRI and minimal neuron loss by histopathologic examination (see Fig. 13.21). This suggests that interictal, glutamatergic neurotransmission remains in the normal range for patients with normal-appearing hippocampi by MRI, despite the elevated intracellular glutamate.

No associations with antiepileptic drugs in use at the time of surgery, duration of the epilepsy, gender, or age were seen that did not reflect the pathology. There were no significant associations between glutamate–glutamine cycle/TCA cycle ratio and hippocampal glutamate or glutamine content seen that did not reflect the pathology. Measurements of the glutamate–glutamine cycle/neuronal TCA cycle ratio in the normal human hippocampus are not available. The closest comparisons to these results are recent measurements using in-vivo $^{13}C$-MRS in the human occipital-parietal lobe and the awake and lightly anesthetized rat forebrain (84, 85). Under low light, unstimulated conditions, values range between 0.4 and 0.5.

The relative rate of the glutamate–glutamine cycle to glutamate synthesis is decreased in epileptic hippocampi that show sclerosis. The association with histopathology is striking. Neuron–glia cycling is not low in all epileptic hippocampi; it is lowest in those with significant loss of neurons and glial proliferation. Because this ratio is calculated from the relative labeling of the glutamate (primarily neuronal) and glutamine (synthesized in glia) pools, as opposed to absolute flux rates, the low glutamate–glutamine cycle/neuronal TCA cycle ratio is not simply due to reduced cellular density or generalized hypometabolism. If the remaining neurons and glia were functioning normally the ratio of the glutamate–glutamine cycle to the neuronal TCA cycle would be independent of neuronal loss.

### Glutamate Concentrations in Epilepsy

Extensive studies in animals have shown that changes in glutamate release and metabolism may play an important role in the origin and spread of seizure activity. Glutamate metabolism is coupled closely to mitochondrial respiration and ATP synthesis. Glia efficiently remove glutamate released



FIG. 13.21. The ratio of the glutamate–glutamine cycle rate normalized to the tricarboxylic acid cycle rate is very low in hippocampal sclerosis. (From data in Petroff et al. 2002 (82).)



FIG. 13.24. Occipital lobe glutamate content is above normal in patients with refractory, localization-related epilepsy treated with carbamazepine or phenytoin. (From data in Petroff et al. 1999, 2000 (86, 90).)

temporal or frontal lobes, are increased in patients with refractory complex partial seizures (86, 89, 90). Occipital lobe glutamate levels were below normal in 44% of patients treated with carbamazepine or phenytoin, 40% on valproate, 29% on gabapentin, and none on vigabatrin. Mean brain glutamate levels were lower on vigabatrin than on carbamazepine or phenytoin. Patients taking phenobarbital or primidone appeared to have the lowest levels on cortical glutamate. Whether a decrease in brain glutamate is associated with improved seizure control requires serial measurements in a larger sample of patients.

### Cellular Glutamate is Highest Ipsilateral to the Epileptogenic Human Hippocampus

The glutamate plus glutamine levels (GLX) appear to be increased in the temporal lobe ipsilateral to the seizure onset (Fig. 13.25) (91, 92). The level appears to be even higher ipsilateral to the seizure focus in patient without abnormalities on MRI (MR-negative). Neurotransmitter glutamate release from synaptosomes is drastically reduced if either ATP or cytosolic glutamate concentrations are depleted, which is consistent with a critical role for cytosolic glutamate metabolism for maintaining the vesicular pool. As a result of the relationship between cytosolic and vesicular glutamate concentrations, an increase in cytosolic glutamate may enhance both vesicular and nonvesicular glutamate release. Serial in-vivo MRS studies measuring the relationship between cellular glutamate levels and cortical excitability have not been reported. The increased neocortical glutamate levels ipsilateral to the epileptogenic temporal lobe suggest that increased intracellular glutamate content could contribute to the hyperexcitability of the epileptic network, facilitating spread of seizure activity to brain regions outside of the ictal onset zone. Spectroscopic imaging of brain glutamate should improve our understanding of both focal and generalized epilepsies and may become very useful in mapping epileptic networks (39).

In MRI-negative patients, the GLX levels appear to be increased in the temporal lobe ipsilateral to the seizure onset (92, 91). Neurotransmitter glutamate release from synaptosomes is drastically reduced if either ATP or cytosolic glutamate concentrations are depleted, which is consistent with a critical role for cytosolic glutamate metabolism for maintaining the vesicular pool. As a result of the relationship between cytosolic and vesicular glutamate concentrations, an increase in cytosolic glutamate may enhance both vesicular and nonvesicular glutamate release. Although it is attractive to speculate that increased cellular glutamate levels may contribute to widespread cortical excitability thus facilitating the spread of the seizure from the epileptogenic zone to become generalized, serial in-vivo MRS studies measuring the relationship between cellular glutamate levels and cortical excitability have not been reported. Spectroscopic imaging of brain glutamate should improve our understanding of both focal and generalized epilepsies (29).

### GAMMA-AMINO BUTYRIC ACID METABOLISM

Gamma-amino butyric acid has had a central role in neural control theory since it was first discovered in 1950 (93). It is the major inhibitory neurotransmitter in human cortex. GABA serves as the primary inhibitory neurotransmitter at 20–44% of cortical neurons (94). MRS has been in clinical use for a number of years and permits serial, noninvasive measurements of certain cerebral metabolites without discomfort or known hazards. Continuing MRS development has resulted in techniques for the measurement of intracellular GABA and its major metabolites noninvasively, and safely in the brain of healthy human subjects (17, 95–98). Recently, MR methods to image GABA have been developed (55).

Several lines of evidence support a major role for GABA levels affecting GABA release and by this mechanism having



FIG. 13.25. The glutamate plus glutamine to total creatine ratio (GLX/Cr) is above normal in the mesial temporal lobes of patients with temporal lobe epilepsy (TLE) without lesions seen by MRI. The GLX/Cr ratio is increased ipsilateral to the seizure focus in TLE. (From data in Woermann et al. 1999 (91).)

Case 1:04-cv-10981-PBS   Document 1197-64   Filed 04/04/2008   Page 8 of 13

a key role in the regulation of cortical excitability. Studies in cell culture and brain slice have shown directly that increasing cellular GABA levels increases tonic GABA release and in response to physiologic activation (99, 100). Primate models of photosensitive epilepsy have low GABA levels and seizures improve with GABAergic drugs (101, 102). Similarly, antiepileptic drugs that increase GABA or enhance GABAergic inhibition block the photoparoxysmal response in photosensitivity epilepsies (103, 104). Drug-induced enhancement of GABAergic inhibition reduces abnormal flash-evoked potentials in parallel with an improvement in the associated myoclonus (105).

Myoclonus without loss of consciousness, characteristic of juvenile myoclonic epilepsy (JME) and other myoclonic epilepsy syndromes, is attributed to a defect in GABAergic inhibition (106). Spontaneous and photosensitive seizures are seen in alcohol and other drug withdrawal states characterized by downregulation of the GABA-A receptors or low occipital GABA levels (107). MRS-based measurements show low GABA levels in the visual cortex of patients, consistent with the enhanced cortical excitability observed in JME (108). In primates, light deprivation results in decreased glutamic acid decarboxylase (GAD) content within several days and decreased genetic transcription (GAD mRNA) within several weeks (94, 109). Long-term deprivation of visual input leads to marked changes in the excitability and function of the visual cortex. Recent studies show an association between increasing excitability in the visual cortex and decreasing GABA concentrations, induced by 1–2 hours of light-deprivation in healthy human subjects (110).

Two-thirds of patients with refractory, localization-related epilepsy treated with traditional antiepileptic drugs have below-normal occipital lobe GABA levels (86). Below-normal GABA levels in the visual cortex are associated with poor seizure control, not with being seizure-free (111). GABAergic neurons are decreased in the human epileptogenic neocortex associated with TLE, low-grade tumors, and cortical malformations (94, 112–114). Loss of GABAergic processes is seen in some cases. Circulating autoantibodies against GAD occur in some patients with refractory epilepsy (115). Below-normal cellular GABA levels in the visual cortex contribute to enhanced cortical excitability and therefore to the potential for seizures. What is unknown is whether the low cellular GABA is caused by frequent seizures or is an epiphenomenon.

Some studies have shown that patients with epileptiform abnormalities on interictal EEG recorded shortly after a seizure are more likely to have another seizure within 2 years than those with normal EEGs (116). These interictal epileptiform abnormalities probably reflect increased cortical excitability and serve as a biomarker of epileptogenicity. Similarly, localization of the site of termination of seizures of focal origin to cortical regions other than the onset is associated with a poorer surgical prognosis (117). This observation raises the possibility of additional abnormal epileptogenic cortical regions with impaired seizure-terminating capabilities, i.e. increased cortical excitability.

The presence of interictal epileptiform discharges extending beyond the area of resection correlates with poor surgical outcome in patients with extrahippocampal epilepsy (118). In contrast, patients with focal interictal epileptiform discharges included in surgical resection have good surgical outcomes. This observation suggests that increased cortical excitability outside the epileptogenic region predicts failure to become seizure-free after surgery. The observations are consistent with the hypothesis that increased cortical excitability beyond the epileptogenic region appears to contribute to continued seizure activity.

Intracellular GABA plus homocarnosine levels measured in the visual cortex, remote from the presumed seizure focus in the temporal or frontal lobes, are lowest in those patients with epileptiform abnormalities on interictal EEG (111). The associations between the interictal EEG and cellular GABA plus homocarnosine are similar to the associations between the EEG and the likelihood that seizures will recur. Low cortical cellular GABA levels could contribute to increased cortical excitability, which allows the focal seizure to spread and become generalized. Below-normal cellular GABA plus homocarnosine, measured by in-vivo MRS, could become a useful marker for epileptogenicity. Combined with other EEG and other neuroimaging methods, MRS-based imaging of GABA, homocarnosine, and glutamate may become useful modalities in the evaluation of patients presenting with possible seizures.

GABA is formed from the alpha-decarboxylation of glutamate by GAD and is metabolized to succinate by the sequential actions of GABA-T and succinic semi-aldehyde dehydrogenase (SSADH). The activity of GAD is believed to be primarily responsible for regulating the steady-state concentration of GABA in vivo through the pyridoxal-5′-phosphate-dependent interconversion of active (holo-GAD) and inactive forms (apo-GAD) (93). Apo-GAD accounts for at least 50% of total GAD present in the brain. The activation of GAD is stimulated by Pi and inhibited by ATP, GABA, and aspartate. ATP promotes the formation of apo-GAD and stabilizes it. The activation of apo-GAD to holo-GAD by pyridoxal phosphate is a two-step process. The reversible association of apo-GAD with activated pyridoxine is rapid (ATP inhibits binding of apo-GAD with pyridoxal phosphate). Pi antagonizes the inhibitory effects of ATP and, through allosteric mechanisms, accelerates the formation of holo-GAD from the apo-GAD/pyridoxyl-phosphate intermediate. GAD is activated by changes in energy state – depolarization, acidosis, increased carbon dioxide, low bicarbonate, low phosphocreatine, increased magnesium, increased ADP, and decreased ATP.

GAD consists of two major isoforms, GAD65 and GAD67, that are the products of two different genes located in humans on chromosomes 2 and 10 (119). The two isoforms have different distributions and functions (120). GAD65 appears to comprise the bulk of GAD protein in the brain but most of it is in the inactive, apoenzyme, form. This isoform is localized primarily in synapses, perhaps associated with

deficiency and succinic-semialdehyde-dehydrogenase deficiency (141–143). Subjects with pyridoxine-dependent epilepsies have been observed to have extremely low CSF GABA levels, elevated glutamate, and low levels of brain GABA. Recent reports have suggested that similar changes in CSF GABA occur in children with infantile spasms (144). Despite the known role of pyridoxine (vitamin B6) as an important co-factor for GAD, a key regulatory enzyme of GABA metabolism, characterization of the molecular defect in pyridoxine-dependent epilepsies has yet to be discovered. However, mutations in the $\gamma_2$ subunit of the GABA-A receptor were recently reported to cause familial epilepsy with febrile seizures or absence (145, 146).

Measurements of cerebral GABA levels will provide a more efficient procedure for identifying families carrying genes affecting GABA metabolism, and will facilitate the identification of the specific mutated genes. MRS-based GABA and homocarnosine imaging may become useful in extending the phenotype to detect presymptomatic family members of patients with inherited causes of low brain GABA and epilepsy.

Studies using MRS have found reduced cellular GABA levels in the human visual cortex in localization-related epilepsies. Below-normal GABA levels in the visual cortex are associated with poor seizure control in refractory localization-related epilepsy syndromes (108, 111, 147–149). Whether low GABA levels are the cause or the result of frequent seizures is unknown.

It is surprising that intracellular GABA levels are below normal in many patients with poor seizure control, particularly in regions presumably remote from the epileptogenic areas (most often temporal and frontal lobes in our series). Both GABA concentrations and synthesis rates increase in most seizure models (57). Serial MRS measurements, made in the occipital lobe cortex before and after a series of bilateral electroconvulsive therapy treatments with documented electrographic seizures, show GABA increases in most morbidly depressed patients (150). One plausible hypothesis is that below-normal cellular GABA levels in the visual cortex contribute to enhanced cortical excitability and therefore to the potential for seizures. Low cellular GABA levels reflect an intrinsic alteration in GABA metabolism and are not sufficient in themselves to cause epilepsy in most patients. Low neocortical GABA levels contribute to the expression of seizure disorders in the localization-related epilepsies by increasing cortical excitability in a global fashion, thereby facilitating the spread of seizure to regions remote from the epileptogenic zone.

### Cortical Excitability and GABA Content

Some studies have shown that patients with epileptiform abnormalities on interictal EEG recorded shortly after a seizure are more likely to have another seizure within 2 years than those with normal EEGs (116). These interictal epileptiform abnormalities probably reflect increased cortical excitability and serve as a biomarker of epileptogenicity. Similarly, localization of the site of termination of seizures of focal origin to cortical regions other than the onset is associated with a poorer surgical prognosis (117). This observation raises the possibility of additional abnormal epileptogenic cortical regions with impaired seizure-terminating capabilities, i.e. increased cortical excitability.

The presence of interictal epileptiform discharges extending beyond the area of resection correlates with poor surgical outcome in patients with extrahippocampal epilepsy (118). In contrast, patients with focal interictal epileptiform discharges included in surgical resection have good surgical outcomes. This observation suggests that increased cortical excitability outside the epileptogenic region predicts failure to become seizure-free after surgery. The observations are consistent with the hypothesis that increased cortical excitability beyond the epileptogenic region appears to contribute continued seizure activity.

Intracellular GABA plus homocarnosine levels measured in the visual cortex, remote from the presumed seizure focus in the temporal or frontal lobes, are lowest in those patients with epileptiform abnormalities on interictal EEG (Fig. 13.28) (111). The associations between the interictal EEG and cellular GABA plus homocarnosine are similar to the associations between the EEG and the likelihood that seizures will recur. Low cortical cellular GABA levels could contribute to increased cortical excitability, which allows the focal seizure to spread and become generalized. Below-normal cellular GABA plus homocarnosine, measured by in-vivo MRS, could become a useful marker for epileptogenicity. Combined with other EEG and other neuro-imaging methods, MRS-based imaging of GABA, homocarnosine, and



FIG. 13.28. The occipital GABA plus homocarnosine content of the occipital lobe, remote from the seizure focus, is below normal in patients with refractory, complex partial seizures. Those patients with epileptiform discharges on interictal EEG have the lowest levels. (From data in Petroff et al. 1996 (111).)

362 / CHAPTER 13



FIG. 13.29. Proton-MRS measurements of the GABA+ to creatine (GABA+/Cr) ratio of the occipital lobe ipsilateral and contralateral to the seizure focus in patients with temporal lobe epilepsy show that the ratio is significantly less on the ipsilateral side. Low GABA may define the epileptic network in localization-related epilepsies. (From data in Mueller et al. 2001 (151).)

reverberates within the neural structures of the network to culminate in the eventual expression of seizures. The low neocortical GABA levels ipsilateral to the epileptogenic temporal-lobe suggest that low cellular GABA could contribute to the hyperexcitability of the epileptic network.

Imaging GABA may become very useful in mapping epileptic networks. MRS-based GABA, homocarnosine, and glutamate imaging may become a key part of the presurgical evaluation of patients with refractory localization-related epilepsies. GABA and glutamate imaging may be useful for the localization of the epileptogenic network. Bilateral below-normal GABA or homocarnosine may herald the recurrence of seizures after epilepsy surgery.

glutamate may become useful modalities in the evaluation of patients presenting with possible seizures.

### Occipital GABA Levels are Reduced Ipsilateral to Epileptic Focus

Occipital-posterior-temporal lobe GABA+/Cr ratios are reported to be 30% lower ipsilateral to the seizure focus (Fig. 13.29) (151). The ratios are lowest ipsilateral to the seizure focus in those patients who achieved good seizure control after GABA levels are increased with vigabatrin. Vigabatrin is a GABA-T inhibitor that increases intracellular and extracellular GABA and homocarnosine (147, 148). This suggests that increased GABA may contribute to the reduction in symptoms. A recent review proposes that human epilepsy is a disorder of large neural networks (152). The electrical hyperexcitability associated with seizure activity

### Effects of Antiepileptic Drugs on Cortical GABA Content

The use of the traditional antiepileptic drugs do not appear to have a major effect on intracellular GABA and homocarnosine levels measured in the visual cortex using MRS (86, 90, 149). In patients with refractory localization-related epilepsies treated with carbamazepine, phenytoin, phenobarbital, primidone, valproate, or combinations of these drugs, cortical GABA and homocarnosine levels are low. In animal models, valproate is reported to increase intracellular GABA by inhibiting SSADH and possibly stimulating GABA synthesis.

Daily use of vigabatrin, topiramate, gabapentin, or zonisamide appears to be associated with increased cellular GABA plus homocarnosine (Fig. 13.30). Vigabatrin is a potent, irreversible inhibitor of GABA-T that is known to increase the cytosolic and vesicular GABA content of neurons, the cytosolic GABA content of glia, and extracellular and serum GABA concentration (147). Topiramate and gabapentin clearly raise GABA and homocarnosine in human brain but have no clear-cut effect in rodent models (153–156).

In drug-free volunteers without epilepsy, topiramate, gabapentin, and lamotrigine increased intracellular brain



FIG. 13.30. Treatment with vigabatrin, topiramate, gabapentin, or zonisamide appears to be associated with increased cellular GABA plus homocarnosine, measured in the occipital lobe using proton-MRS. (From data in Petroff et al. 1999, 2000 (86, 90).)



FIG. 13.31. A. Serial proton-MRS measurements show that topiramate, gabapentin, and lamotrigine increase intracellular brain GABA within 3 hours of the first oral dose. B. Similarly, topiramate, or vigabatrin increase intracellular GABA levels in the visual cortex within 1–2 hours in patients with epilepsy. (From data in Kuzniecky et al. 2002 (155) and Petroff et al. 1999, 2000, 2001(86, 90, 148).)

GABA with 3 hours of the first oral dose (155, 157) (Fig. 13.31). Increased levels are maintained for at least 4 weeks on daily doses of topiramate 400 mg, gabapentin 2400 mg, and lamotrigine 500 mg.

In patients with refractory localization-related epilepsies, the first oral doses of gabapentin, topiramate, or vigabatrin increase intracellular GABA levels in the visual cortex within 1–2 hours of the first oral dose (Fig. 13.31) (153, 154, 158). In-vivo MRS-based studies of GABA metabolism have shown that human and rodent GABA metabolism are clearly different. Whether GABA metabolism is different in young children remains to be further evaluated (159). Using GABA, homocarnosine, and glutamate imaging may help tailor the selection of anti-epileptic drugs to individualize therapy for the neurotransmitter/neurometabolic condition of the patient. An epilepsy patient with low GABA or homocarnosine may benefit from a drug that increases cellular GABA or homocarnosine or perhaps lowers cellular glutamate. Vigabatrin and phenobarbital, drugs that are thought to exert their anticonvulsant effects through the GABAergic system, appear to lower cellular glutamate too.

## HOMOCARNOSINE: A UNIQUE ASPECT OF PRIMATE GAMMA-AMINO BUTYRIC ACID METABOLISM

Homocarnosine, a dipeptide of GABA and histidine unique to brain, is present in human brain in greater amounts (0.3–1.6 mmol/l) than in other mammals (<0.07 mmol/l). Homocarnosine is an inhibitory neuromodulator synthesized in the neuron from GABA and histidine (160–162). Immunohistology studies for homocarnosine suggest a cytosolic localization in human brain, most probably in subclasses of GABAergic neurons. In the human neocortex and white matter tracts, homocarnosine immunoreactivity is seen along projecting fibers rather than in GABAergic interneurons. Autopsy-based studies show that regional homocarnosine and GABA levels vary independently (163).

Homocarnosine concentrations are three- to sixfold higher in adults than in infants.

Human CSF GABA consists of micromolar concentrations of homocarnosine and pyrrolidinone (the internal lactam of GABA), small amounts of other GABA-containing peptides, and nanomolar quantities of free GABA (164). It comprises approximately 40% of the GABA measured in human CSF after acid extraction of human CSF. The histidyl portion of the homocarnosine molecule is sensitive to pH with a pK in the physiologic range (6.86) (165). The chemical shift of the homocarnosine resonances can be used to measure the pH of the human brain (7.06) in the homocarnosine-specific (neuronal cytosol) compartment. It has been proposed that homocarnosine contributes to intracellular buffering.

Although homocarnosine may serve as an important inhibitory neuromodulator in the human brain, little is known about the regulation of its synthesis (166). Homocarnosine is synthesized in the cytosol of a subclass of GABAergic neurons by the enzyme homocarnosine synthetase (161) (Fig. 13.32). Human homocarnosine synthetase activity is



FIG. 13.32. Homocarnosine synthesis. GAD67, glutamic acid decarboxylase isoform 67 kDa; GAT1, neuronal GABA transporter; SN1, system-N transporter.

highest in the occipital cortex, basal ganglia, and cervical cord and lowest in the cerebellar cortex. Immunoreactivity is seen in neuronal cell bodies, axons, and synapses, correlating well with the cytosolic distribution of homocarnosine itself (162). The distribution of homocarnosine synthetase appears to correlate better with the reported distribution of GAD67 than for GAD65. Not unexpectedly, regional homocarnosine and GABA levels do not correlate (163). The substrates for the enzyme are histidine and GABA and ATP. The products include homocarnosine, ADP, free magnesium, and a hydrogen ion.

In vitro, human homocarnosine synthetase has a $V_{max}$ of 18 nmol/g/h and a $Km$ for GABA of 8.8 mmol/l. The $Km$ for histidine is approximately 1 mmol/l based upon studies of the rat enzyme (carnosine-homocarnosine synthetase) (167). Substrate availability, based on estimated cytosolic concentrations of GABA (5–10 mmol/l) and histidine (0.1–0.2 mmol/l), may limit homocarnosine synthetase activity. Consistent with substrate limitation, in-vivo MRS-based studies have shown that homocarnosine concentrations increase following administration of drugs that elevate GABA, but only after a delay of at least 24 hours (153, 154, 158).

Whether homocarnosine is packaged in vesicles and co-released with GABA remains unresolved. GABAergic neurons often co-release a variety of short peptides with GABA. Alternatively, homocarnosine may be released through GABA-transporter (GAT1) reversal. This possibility is less likely because homocarnosine is a significantly larger molecule than GABA and positively charged.

A specific enzyme, homocarnosinase (human serum carnosinase), rapidly hydrolyzes homocarnosine. It has an extracellular location associated with a subtype of GABAergic synapses. Homocarnosine is hydrolyzed in the extracellular space into GABA and histidine. Neurons are unable to synthesize histidine and utilize the SN1 transporter, which has a greater affinity for histidine than glutamine. SN1 is coupled to the hydrogen and sodium ion gradients. Intracellular acidification promotes the uptake of histidine as it stimulates GAD67 to synthesize GABA. Homocarnosinase immunoreactivity is associated with synapses of projecting fibers, localization suggesting that homocarnosine may act as an important modulator of excitability in the human neocortex.

Homocarnosinosis, secondary to the inherited absence of homocarnosinase, has been reported (140, 160, 166). The phenotype is unclear. Some patients are neurologically normal, others have cognitive and developmental problems, spinal muscular atrophy, or seizures. Diagnosis requires CSF or MRS analysis because homocarnosine that enters the blood is rapidly hydrolyzed by carnosinase, a serum enzyme that is present in normal amounts in patients with homocarnosinosis.

The regulation of homocarnosine concentrations is poorly understood. Restriction of histidine lowers the abnormally elevated homocarnosine levels associated with a dysfunctional degradative enzyme, homocarnosinase (168). CSF homocarnosine levels are elevated 6–24 hours after the first dose of vigabatrin, the GABA-T inhibitor that raises GABA levels in the CSF, cytosol, and vesicles (169). CSF studies in patients suggest that above-normal levels of homocarnosine may contribute to improved seizure control (170).

### Homocarnosine Content and Seizure Control

The primary effect of vigabatrin at low daily doses (1–2 g/d) appears to be an increase in intracellular GABA. At standard doses (3–4 g/d), homocarnosine continues to increase with minimal change in cortical GABA. Greater than 50% improvement in seizure frequency was reported with higher homocarnosine levels in most patients treated with vigabatrin (Fig. 13.33) (148). Patients whose seizure control more than doubled had higher homocarnosine concentrations than patients who did not benefit ($p < 0.05$). Mean GABA levels were the same in patients who improved and those who did not improve. Increased homocarnosine failed to benefit some patients. The increase in homocarnosine contributed to improved seizure control.

Patients with refractory localization-related epilepsies often have below-normal intracellular GABA and homocarnosine measured by in-vivo MRS in the visual cortex. Low cellular GABA and poor seizure control are associated in such patients treated with valproate or lamotrigine (Fig. 13.34). Surprisingly, patients with JME, even those with excellent seizure control (no convulsions in years), often have cellular GABA levels lower than patients with poorly controlled complex partial seizures (108). Over half (69%) of patients with JME treated with valproate or lamotrigine had GABA levels more than 2 SD below-normal. The discordant finding of low GABA and excellent seizure control in JME may be explained by the normal homocarnosine levels. Patients with refractory complex partial seizures have below-normal mean GABA and homocarnosine levels; patients with JME had the lowest mean GABA levels, yet had normal homocarnosine levels.



FIG. 13.33. Improved seizure control is associated with increased homocarnosine concentrations in epilepsy patients treated with vigabatrin. (From data in Petroff et al. 1998 (148).)



FIG. 13.34. Excellent seizure control is associated with increased homocarnosine concentrations in patients with juvenile myoclonic epilepsy. (From data in Petroff et al. 2001 (154).)

Higher levels of homocarnosine were associated with better seizure control in all patients, irrespective of seizure type. All patients with below-normal homocarnosine had poor seizure control – several seizures with loss of contact per month. All patients with JME had normal homocarnosine levels; those with the lowest homocarnosine levels had had at least one seizure with loss of contact within the past year. Log-linear regression revealed a significant association between homocarnosine levels and seizure control. These results indicate that higher brain homocarnosine levels strongly correlate with better seizure control in human epilepsy. However, while this correlation implies a causal linkage, it does not prove that homocarnosine directly decreases cortical excitability and by this mechanism improves seizure control.

Hydrolysis of homocarnosine has been proposed as an alternate metabolic pathway to rapidly increase GABAergic activity and thus serve as an important inhibitory neuromodulator in human neocortex. Intraventricular injections show that homocarnosine has anticonvulsant properties. It may interact directly with GABA receptors or after hydrolysis to GABA and histidine (162).

The mechanisms of homocarnosine release, possible synaptic co-release with GABA or, more likely, nonsynaptic routes, are obscure. Paracrine models appear to be favored, with homocarnosine serving as an inhibitory modulator rather than a point-to-point synaptic signaling. Release of homocarnosine could contribute to glutamate–GABA cycling and reflect an adaptive response to excess extracellular glutamate. Homocarnosine may modulate synaptic transmission directly by altering the availability of zinc (171). Because homocarnosine is an excellent chelator of zinc and copper with relatively little affinity for calcium or magnesium, it can buffer zinc and copper levels with little impact on calcium. Alternatively, histidine, another excellent chelator of zinc, may be the primary effector. Having a strong zinc chelator at the GABA receptor should enhance the inhibitory action of GABA, particularly at those GABA receptors expressing the gamma-subunit (172, 173). Zinc also synchronizes release of GABA and modulates glutamatergic receptors (174). Thus homocarnosine can modulate neuronal excitability through a number of mechanisms. Low homocarnosine could reflect decreased fractional volumes of homocarnosine-containing neurons, expression of homocarnosine synthetase, or down-regulation of homocarnosine synthetase activity.

A number of the new antiepileptic drugs—topiramate, lamotrigine, levetiracetam, gabapentin—increase cellular homocarnosine. Daily use of vigabatrin, gabapentin, and topiramate increases intracellular concentrations of GABA and homocarnosine (Fig. 13.35) (88, 153, 154, 158). Surprisingly, daily use of levetiracetam appears to increase intracellular homocarnosine without appreciably increasing intracellular GABA.