# EXHIBIT 51

| | |
|---|---|
| **From:** | Feltner, Douglas |
| **Sent:** | Tuesday, October 14, 2003 7:38 PM |
| **To:** | Taylor, Charles; Garofalo, Elizabeth; DePaolis, Chiara; Corrigan, Brian; Wang, Fong; Griffin, Timothy; Feltner, Douglas |
| **Subject:** | RE: GABA and PMDD |

In terms of the reality of the increases in GABA in human brain, I would point out that the yale group's neuroimaging findings have been replicated by the group at Univ. Alabama. Also, the increases in GABA in human neocortical slices appear to use the same technique as the rat studies (PCA extracts).
I suppose the question is: what are the consequences of the increases in GABA in human brain that are caused by gabapentin? It strikes me that they mgiht contribute to efficacy and adverse events in humans. (2 abstracts attached)



gabapentin and
GABA.doc

In terms of PMDD,  I don't see a need to do neuroimaging around/about GABA. A clinical study testing efficacy is more likely to get funded.

Doug

-----Original Message-----
**From:** Taylor, Charles
**Sent:** Tuesday, October 14, 2003 1:12 PM
**To:** Garofalo, Elizabeth; DePaolis, Chiara; Corrigan, Brian; Feltner, Douglas; Wang, Fong; Griffin, Timothy
**Subject:** RE: GABA and PMDD

The most recent data on this is that neither gabapentin nor [Redaction] alters brain GABA concentration in rats (where much greater signal-to-noise is available than in the clinical studies from the Petroff group. Here is the recent paper:

<< File: Petroff_Seizure5-30-2003.pdf >>

Since we know that both gabapentin and [Redaction] have clear-cut pharmacology in rats in models related to each of seizures, pain and anxiety, I don't think that there is any good reason to think that elevation of GABA in brain has anything to do with the pharmacology of either compound.

This recent development has me wondering whether the increased brain GABA concentrations seen in humans with gabapentin could be some type of instrumental artefact (the GABA peaks in NRS from human brain are truly small, and are buried under relatively gigantic peaks of phosphocreatine, which have to be "moved over" by mathematical tricks). Even if the changes in brain GABA in human brain with gabapentin is real, we have no data suggesting that the changes are relevant for pharmacology. The case is much different for binding of drugs to alpha2-delta protein, where we know that high-affinity binding is necessary for pharmacology in vivo with mouse and rat models.

We don't have data in the rat brain GABA model for 200390, but I don't think we need to say anything about GABA in regards to 200390. I think it is likely to be irrelevant.

Please give me a call if you'd like to talk this over further.

Best regards,

Charlie

-----Original Message-----
**From:** Garofalo, Elizabeth
**Sent:** Tuesday, October 14, 2003 11:18 AM
**To:** DePaolis, Chiara; Corrigan, Brian; Feltner, Douglas; Wang, Fong; Griffin, Timothy
**Cc:** Taylor, Charles
**Subject:** RE: GABA and PMDD

1

Chiara,
I did notice it - you asked the right question.  I believe the answer is that we don't want to connect to GABA - but think that Charlie should be involved in the discussion.  So not I have copied him.
Thanks,
Betsy


> -----Original Message-----
> **From:**              DePaolis, Chiara
> **Sent:**              Tuesday, October 14, 2003 11:12 AM
> **To:** Garofalo, Elizabeth; Corrigan, Brian; Feltner, Douglas; Wang, Fong; Griffin, Timothy
> **Subject:**           FW: GABA and PMDD
>
> Betsy,
>
> You touched exactly on the aspect that was making me uncomfortable...See my initial message at the bottom of this string.
>
> Chiara
>
>
> > -----Original Message-----
> > **From:**              Garofalo, Elizabeth
> > **Sent:**              Tuesday, October 14, 2003 10:38 AM
> > **To:** DePaolis, Chiara; Corrigan, Brian; Feltner, Douglas; Wang, Fong; Griffin, Timothy
> > **Subject:**           RE: GABA and PMDD
> >
> > All,
> > We need to discuss this issue with Charlie Taylor.  At the meeting last week, he relayed to me that there is a real push to distance the a2d compounds from any involvement of GABA (levels, receptors etc.) in the MOA.  Should we invite Charlie into this conversation?
> > Thanks,
> > Betsy
> >
> >
> > > -----Original Message-----
> > > **From:**              DePaolis, Chiara
> > > **Sent:**              Friday, October 10, 2003 11:15 AM
> > > **To:**                Corrigan, Brian; Feltner, Douglas; Wang, Fong; Griffin, Timothy; Garofalo, Elizabeth
> > > **Subject:**           RE: GABA and PMDD
> > >
> > > I like this suggestion very much. The MR spectroscopy addition to the study may be the key to keep the project with the CNS group (at least up to POC).
> > >
> > > Chiara
> > >
> > > > -----Original Message-----
> > > > **From:**              Corrigan, Brian
> > > > **Sent:**              Friday, October 10, 2003 10:52 AM
> > > > **To:**                DePaolis, Chiara; Feltner, Douglas; Wang, Fong; Griffin, Timothy; Garofalo, Elizabeth
> > > > **Subject:**           RE: GABA and PMDD
> > > >
> > > > There was an  plan to study GABA and 685 with Petroff in the original CDP.
> > > >
> > > > A nice Pilot PMDD study might be to do the GABA imaging study at the Yale center where the PMDD/GABA stuff in the literature was reported (I think this is also where the gabapentin stuff was done), and to do the subjective/clinical measures in these patients at the same time. At the end of the day, you could have both positive results on the endpoints of interest and evidence of a potential mechanism in hand.
> > > >
> > > > > -----Original Message-----
> > > > > **From:**              DePaolis, Chiara
> > > > > **Sent:**              Friday, October 10, 2003 9:11 AM
> > > > > **To:**                Corrigan, Brian; Feltner, Douglas; Wang, Fong; Griffin, Timothy; Garofalo, Elizabeth
> > > > > **Subject:**           RE: GABA and PMDD
> > > > >
> > > > > Hi Brian,

2

Confidential                                                                                                                                                      Pfizer_CTaylor_0015443

what I read so far about the SSRIs' possible MOA in PMDD seems to hypothesize one that is not serotonin related, given the absence of the response lag that is instead observed in depression...

Is there any plan to actually assess the effects of 685 on Gaba synthesis and release?

Chiara

-----Original Message-----
**From:** Corrigan, Brian
**Sent:** Friday, October 10, 2003 9:01 AM
**To:** DePaolis, Chiara; Feltner, Douglas; Wang, Fong; Griffin, Timothy; Garofalo, Elizabeth
**Subject:** RE: GABA and PMDD

Hi Chiara:
Thanks for the extra information: I will attempt to incorporate it into the slides along with the info On Gaba and PMDD now in the presentation.

I have also concluded that their is ample evidence preclinically and clinically for at least a partial gabaergic mechanism for PMDD, although SSRI fans in the crowd may differ in opinion.

Some initial responses on the GABA theory from around here have been that we were trying to distance the A2ds from changes in GABA levels in order to differntiate from antiepileptic drugs. Gabapentin changes GABA; [Redaction] believe). [Redaction]
[Redaction] [Redaction]

Any comments would be appreciated.

Cheers
Brian

-----Original Message-----
**From:** DePaolis, Chiara
**Sent:** Thursday, October 09, 2003 3:40 PM
**To:** Corrigan, Brian; Feltner, Douglas; Wang, Fong; Griffin, Timothy; Garofalo, Elizabeth
**Subject:** GABA and PMDD

I have located a number of articles, attached here below, that support the role of GABA in the pathogenesis of PMDD. **How much do we want to emphasize a possible gabaergic mechanism for PD0200390?**

Chiara

Confidential    Pfizer_CTaylor_0015444