EXHIBIT 52

THIRD EDITION

The American Psychiatric Publishing

# TEXTBOOK OF PSYCHOPHARMACOLOGY



Alan F. Schatzberg, M.D.

Charles B. Nemeroff, M.D., Ph.D.

tion (Cooper et al. 2001; Squire et al. 2003). Additionally, glycine may also be produced from glyoxylate by the enzyme D-glycerate dehydrogenase. This amino acid is found in higher concentrations in the spinal cord than in the rest of the CNS. Glycine acts as an inhibitory neurotransmitter predominantly in the brainstem and spinal cord (Nestler et al. 2001). As discussed earlier, a very important role that glycine also plays is to augment the NMDA-mediated frequency of NMDA receptor channel opening. This effect is strychnine-insensitive and pharmacologically suggests that the actions of glycine on NMDA receptor function are different from its effect on the spinal cord, where glycine's inhibitory effect is blocked by strychnine (Cooper et al. 2001). The allosteric modulation of NMDA receptors via a glycine-insensitve site is further underscored by receptor binding experiments yielding an anatomic distribution similar to that of NMDA receptors. Functionally, it has been postulated that glycine is able to augment the NMDA-mediated responses by speeding up the recovery process of the receptor (Cooper et al. 2001). Given the ability of glycine to alter NMDA function, glycine may be beneficial in the treatment of schizophrenia (Coyle et al. 2002).

## GABAergic System

γ-Aminobutyric acid—the major inhibitory neurotransmitter system in the CNS—is one of the most abundant neurotransmitters, and GABA-containing neurons are located in virtually every area of the brain. Unlike the monoamines, GABA occurs in the brain in high concentrations in the order of micromoles per milligrams (about 1,000-fold higher than concentrations of monoamines) (Cooper et al. 2001; Nestler et al. 2001; Squire et al. 2003). GABA is produced when glucose is converted to α-ketoglutarate, which is then transaminated to glutamate by GABA α-oxoglutarate transaminase (GABA-T). Glutamic acid is decarboxylated by glutamic acid decarboxylase, which leads to the formation of GABA (Figure 1–8). Indeed, the neurotransmitter and the rate-limiting enzyme are localized together in the brain and at approximately the same concentration. Catabolism of GABA occurs via GABA-T, which is also important in the synthesis of this transmitter.

The function of this dual-role enzyme becomes apparent when placed into the context of its role in the metabolic process. GABA-T converts GABA to succinic acid, and subsequent removal of the amino group yields α-ketoglutarate. Thus, α-ketoglutarate is able to be used by GABA-T in GABA biosynthesis as mentioned above (Cooper et al. 2001). This process, called *the GABA shunt*, maintains a steady GABA supply in the brain. As with the monoamines, the major mechanism by which the effects of GABA are terminated in the synaptic cleft is by reuptake through GABA transporters. The GABA transporters have a high affinity for GABA and mediate their reuptake via a $Na^+$ and $Cl^-$ gradient (Squire et al. 2003).

## GABA Receptors

There are two major types of well-characterized GABA receptors, $GABA_A$ and $GABA_B$, and most neurons in the CNS possess at least one of these types. The $GABA_A$ receptor is the more prevalent of the two in the mammalian CNS and as a result has been extensively studied and characterized. $GABA_A$ contains an integral transmembrane chloride channel, which is opened upon receptor activation, generally resulting in hyperpolarization of the neuron (i.e., suppressing excitability). The GABA receptor is a heteropentameric glycoprotein of approximately 275 kDa composed of a combination of multiple polypeptide subunits. $GABA_A$ displays enormous heterogeneity, being composed of a combination of five classes of polypeptide subunits ($\alpha, \beta, \gamma, \delta, \varepsilon$), of which there are at least 18 total subtypes. The various receptors display variation in functional pharmacology, hinting at the multiple, finely tuned roles that inhibitory neurotransmission plays in brain function.

It is now well established that benzodiazepines (BZDs) function by binding to a potentiator site on the $GABA_A$ receptor, increasing the amplitude and duration of inhibitory postsynaptic currents in response to GABA binding. Co-expression of additional γ subunits is believed to be necessary for the potentiation of GABA-mediated responses by BZDs. In addition to BZDs, barbiturates and ethanol are also believed to exert many of their effects by potentiating the opening of the $GABA_A$ receptor chloride channel (Figure 1–8). As noted earlier, $GABA_A$ receptors have a widespread distribution in the brain, and the majority of these receptors in the brain are targets of the currently available BZDs. For this reason, there has been considerable interest in determining if the desirable and undesirable effects of BZDs can be differentiated on the basis of the presence of different subunit composition. Much of the work has used gene knockout technology; thus, mutation of the BZD-binding site of the $\alpha_1$ subunit in mice blocks the sedative, anticonvulsive, and amnesic, but not the anxiolytic, effects of diazepam (see Gould et al. 2003; Mohler et al. 2002). In contrast, the $\alpha_2$ subunit (expressed highly in the cortex and hippocampus) is necessary for diazepam anxiolysis and myorelaxation. Thus, there is now optimism that an $\alpha_2$-selective ligand will soon pro-

Case 1:04-cv-10981-PBS    Document 1197-66    Filed 04/04/2008    Page 4 of 5



vide effective, acute treatment of anxiety disorders without the unfavorable side-effect profile of current BZDs. A compound with this preferential affinity has already been demonstrated to exert fewer sedative/depressant effects than diazepam in rat behavioral studies (see Gould et al. 2003; Mohler et al. 2002).

The phosphorylation of $GABA_A$ receptors is another mechanism by which this receptor complex can be regulated in function and expression. In this context, it is noteworthy that recent studies have shown that knock-out mice deficient in PKC $\varepsilon$ isoforms show reduced anxiety and alcohol consumption and an enhanced response to effects of BZDs (discussed in Gould et al. 2003).

The $GABA_B$ receptors are coupled to $G_i$ and $G_o$ and thereby regulate adenylyl cyclase activity (generally inhibit), $K^+$ channels (open), and $Ca^{2+}$ channels (close). $GABA_B$ receptors can function as an autoreceptor but are also found abundantly postsynaptically on non-GABAergic neurons. Of interest, there is mounting evidence that receptor dimerization may be required for the act-

**FIGURE 1–8.** The GABAergic system *(opposite page)*.

This figure depicts the various regulatory processes involved in GABAergic neurotransmission. The amino acid (and neurotransmitter) glutamate serves as the precursor for the biosynthesis of γ-aminobutyric acid (GABA). The rate-limiting enzyme for the process is glutamic acid decarboxylase (GAD), which utilizes pyridoxal phosphate as an important cofactor. Furthermore, agents such as L-glutamine-γ-hydrazide and allylglycine inhibit this enzyme and, thus, the production of GABA. Once released from the presynaptic terminal, GABA can interact with a variety of presynaptic and postsynaptic receptors. Presynaptic regulation of GABA neuron firing activity and release occurs through somatodendritic (not shown) and nerve-terminal $GABA_B$ receptors, respectively. Baclofen is a $GABA_B$ receptor agonist. The binding of GABA to ionotropic $GABA_A$ receptors and metabotropic $GABA_B$ receptors mediates the effects of this receptor. The $GABA_B$ receptors are thought to mediate their actions by being coupled to $Ca^{2+}$ or $K^+$ channels via second-messenger systems. Many agents are able to modulate $GABA_A$ receptor function. Benzodiazepines, such as diazepam, increase $Cl^-$ permeability, and there are numerous available antagonists directed against this site. There is also a distinctive barbiturate binding site on $GABA_A$ receptors, and many psychotropic agents are capable of influencing the function of this receptor (see blow-up diagram). GABA is taken back into presynaptic nerve endings by a high-affinity GABA uptake transporter (GABAT) similar to that of the monoamines. Once inside the neuron, GABA can be broken down by GABA transaminase (GABA-T), which is localized in the mitochondria; GABA that is not degraded is sequestered and stored into secretory vesicles by vesicle GABA transporters (VGTs), which differ from VMATs in their bioenergetic dependence. The metabolic pathway that produces GABA, mostly from glucose, is referred to as the *GABA shunt*. The conversion of α-ketoglutarate into glutamate by the action of GABA-T and GAD catalyzes the decarboxylation of glutamic acid to produce GABA. GABA can undergo numerous transformations, of which the simplest is the reduction of succinic semialdehyde (SS) to γ-hydroxybutyrate (GHB). On the other hand, when SS is oxidized by succinic semialdehyde dehydrogenase (SSADH), the production of succinic acid (SA) occurs. GHB has recently received much attention because it regulates narcoleptic episodes and may produce amnestic effects. The mood stabilizer and antiepileptic drug valproic acid is reported to inhibit SSADH and GABA-T. TBPS = *t*-butylbicyclophosphorothionate.

*Source.* Adapted from *The Biochemical Basis of Neuropharmacology*, 7th Edition, by Jack R. Cooper, F. Bloom, and R. Roth. Copyright 1970, 1974, 1978, 1982, 1986, 1991, 1996, 2001 by Oxford University Press, Inc. Used by permission of Oxford University Press, Inc. Modified from Paul 1995.

vation of $GABA_B$ and possibly other G protein–coupled receptors; although receptor dimerization has long been known to occur for growth factor and JAK (JAK (Janus tyrosine kinase)/STAT (signal transducers and activators of transcription) receptors (discussed later in this chapter), this was not expected for GPCRs. However, recent studies have reported that coexpression of two $GABA_B$ receptor subunits—subunit 1 ($GABA_BR1$) and subunit 2 ($GABA_BR2$)—is necessary for the formation of a functional $GABA_B$ receptor (Bouvier 2001). Some data suggest that $GABA_BR2$ may be necessary for proper protein folding of $GABA_BR1$ (acting as a molecular chaperone) in the endoplasmic reticulum, but this remains to be definitively established. Support for the physiological relevance of this dimerization comes from studies showing that the $GABA_B$ R1 and R2 subunits can be co-immunoprecipitated in rat cortical membrane preparations (Kaupmann et al. 1997); thus, the dimerization is not simply an in vitro phenomenon.

## Purinergic Neurotransmission: Focus on Adenosine

It has been known for quite sometime that ATP is capable of exerting profound effects on the nervous system (Drury and Szent-Györgyi 1929). However, adenosine and adenosine nucleotides have gained acceptance as neuroactive substances in the CNS only relatively recently (Cooper et al. 2001). Adenosine is released from neurons and glia, but many of the neurotransmitter criteria outlined in the beginning of this chapter are not met. Nonetheless, adenosine is able to activate many cellular functions that are able to produce changes in neuronal and behavioral states. For instance, adenosine is able to stimulate cAMP in vitro in brain slices, and caffeine (in addition to being a phosphodiesterase inhibitor, it is a well known adenosine receptor antagonist) is able to block this response.

Four adenosine receptors have been cloned ($A_1$, $A_{2A}$, $A_{2B}$, and $A_3$), each of which exhibits unique tissue distribution, ligand binding affinity (nanomolar range), and signal transduction mechanisms (Cooper et al. 2001). Currently available data suggest that the high-affinity adenosine receptors ($A_1$ and $A_{2A}$) may be activated under normal physiological conditions, whereas in pathological states such as hypoxia and inflammation (in which high adenosine concentrations [micromolar range] are present), low-affinity $A_{2B}$ and $A_3$ receptors are also activated. $A_{2B}$ receptors are expressed in low levels in the brain but are ubiquitous in the rest of the body, whereas $A_{2A}$ receptors are found in high concentrations in areas of the brain that receive dopaminergic projects (i.e., striatum; nucleus accumbens, and olfactory tubercle) (Nestler et al. 2001). Given this receptor's distribution, and the inverse relationship between DA and adenosine, it has been postulated that $A_{2A}$ antagonists may have some utility in the treatment of Parkinson's disease (Nestler et al. 2001). The mood stabilizer and antiepileptic drug carbamazepine acts as an antagonist of the $A_1$ subtype and also decreases protein levels of the receptor (for review, see Gould et al. 2002).