EXHIBIT 53

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Trimble, Michael MD (FP Expert)**
**10/19/2007**

**Printed : 3/20/2008**

**Page 334**

1
2  amount of the chemical.
3    Q   In addition to the Petrov study and
4  the Kuznetsky spectroscopy study, were there any
5  other peer-reviewed journal articles that support
6  your opinion that Neurontin increases whole brain
7  human GABA?
8    A   We have the data on human GABA. It
9  is supported by many articles in the experimental
10 literature, which suggest and show that gabapentin
11 increases, by one mechanism or another, GABA
12 within the brain.
13   Q   And are there any studies that you
14 recall or are they outlined in your paper?
15   A   Well, I have outlined a number in my
16 paper. My reading of this is that Dr. Taylor's
17 own review of this is that there are at least
18 eight different potential mechanisms revealed in
19 animal studies whereby gabapentin increases or
20 could increase the level of GABA?
21   Q   Now, Professor Trimble, you
22 articulated that Neurontin increases human brain
23 GABA.
24      Would you kindly state the next step
25 as to what happens when human brain GABA occurs in

**Page 335**

1
2  man, and the effect that it has on serotonin and
3  any other monoamine?
4    A   It has been known, since at least the
5  early 1980's, that there is a reciprocal link
6  between GABA and serotonin in the brain, and by
7  that I mean, if you increase the level of GABA,
8  you decrease the output of serotonin.
9    Q   And the opinion you just set forth,
10 is that supported by peer-reviewed journal
11 articles, and do you have any personal experience
12 with that?
13   A   Not in the experiments that I
14 personally carried out. The opinion of the effect
15 of GABA on serotonin mechanisms comes, to some
16 extent, from brain anatomical studies, showing
17 what happens if you stimulate or inhibit brain
18 pathways to the small cluster of cells called the
19 raphe nucleus, where the majority of serotonin
20 neurons originate.
21   Q   Would you describe the effect of
22 reducing the output of serotonin in the human
23 brain and its effect on mood and behavior?
24   A   Serotonin is a crucial and central
25 brain transmitter for regulating the control of

**Page 336**

1
2  mood. It is one of the most established findings
3  in the whole of biological psychiatry that
4  decreasing the release of serotonin, decreasing
5  the turnover of serotonin is deleterious to mood,
6  and that low levels of serotonin turnover are
7  associated with suicide and, in particular, with
8  aggressive suicide.
9    Q   You used a term that I am embarrassed
10 to say I'm not certain I am familiar with, that it
11 is deleterious to mood. Would you be kind
12 enough --
13   A   It has a negative effect on mood.
14   Q   So, one takes Neurontin that
15 predictably increases brain GABA, the increase of
16 brain GABA predictably reduces serotonin, and the
17 reduction of the serotonin has a negative effect
18 on mood. Is that what your opinion is?
19   A   That's correct.
20   Q   And is that opinion with a reasonable
21 degree of scientific and medical certainty?
22   A   That is correct.
23   Q   And in forming that opinion, did you
24 use generally accepted scientific methodologies?
25   A   Yes.

**Page 337**

1
2    Q   In that regard, Professor Trimble,
3  you said you sit on many peer-reviewed boards, is
4  that true?
5    A   That is correct.
6    Q   And are you fully familiar with the
7  scientific scrutiny in evaluating peer-reviewed
8  materials?
9    A   I am.
10   Q   And in forming the opinion that you
11 have just articulated, did you apply those same
12 standards that you apply when evaluating
13 peer-reviewed materials.
14   A   I did.
15   Q   Is there anything in your opinion,
16 Professor Trimble, that is not supported on
17 generally accepted scientific principles?
18   A   No.
19   Q   Is the type of research you performed
20 of the nature that physicians and scientists in
21 the field customarily rely upon?
22   A   It is.
23   Q   Do you have an opinion with a
24 reasonable degree of psychiatric, medical and
25 scientific certainty as to whether or not the