EXHIBIT 54

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES PRACTICES  :   MDL Docket no. 1629

      AND PRODUCT LIABILITY LITIGATION  :   Master File no 04-10981

------------------------------------------------------------------------------x

THIS DOCUMENT RELATES TO:  :  Judge Patti B. Saris

ALL PRODUCT LIABILITY CASES  : Magistrate Leo T. Sorokin

------------------------------------------------------------------------------x


**DECLARATION OF MICHAEL TRIMBLE, MD, FRCP, FRCPsych.**


I, **Michael Trimble**, declare and state as follows:


1. I have read in some detail the document 1158 related to the motion to exclude my testimony on the issue of general causation. Much of this has to do with legal matters, but I wish to make the following comments.

2. I am not a neuropsychopharmacologist. The fact that I am introduced as a neuropsychopharmacologist, and not as a neurologist and a psychiatrist, with a special interest in neuropsychiatry and behavioural neurology, with a life long experience of managing epilepsy and carrying out research on antiepileptic drugs means the authors simply do not understand the depth and breadth of my expertise.

3. The idea that my opinion flows from litigation is frankly bizarre. Further the idea that I was some how recruited by Dr Kruszewski is likewise bizarre. Dr Kruszewski did not recruit me. He was a student at a course I was teaching on. My opinions about the effects of antiepileptic drugs on mood and behaviour I have developed after studying this for some 25 years, and I have published on this subject on many occasions prior to being involved in this litigation.

4. The central logic of the case is missing from this document. It is that antiepileptic drugs are known to alter mood and cause behaviour disturbances, that amongst those behaviour disturbances include depression, but also hostility and impulsivity, all of which lead to an increase risk of suicide. There are good scientific grounds to provide a coherent explanation of this in the peer reviewed literature.

5. In my research I have over the years particularly drawn attention to the negative effects of agents which increase GABA on mood and behaviour, with particular attention to the antiepileptic drugs.

6. There is a comment that in my 1996 book I refer to Neurontin as having a novel mechanism of action, not influencing <u>directly</u> the GABA system, and having its own CNS binding site. This is referred to in the text as 2006, but the publication is my book Biological Psychiatry, Second Edition, J Wiley and Sons, Chichester. This was published in 1996. In terms of the actual writing of the manuscript this would have occurred between 1992 and 1993, when much less was known about the action of these drugs. I am at present in the process of writing a third edition, which will be published by American Psychiatric Association Press in 2009, and

    the third edition will contain up to date information about antiepileptic drugs generally, but gabapentin in particular, addressing the points within my prior report and testimony.

7. The document suggests that I should have submitted my paper in chief for peer review and publication. However, this would not only break my confidentiality agreement, but my understanding is that these matters are at present *sub judice*, and therefore no journal would accept such a paper at the present time.

8. When I am released from this case a revised version will be submitted to a peer review journal for publication, and I have no reason to believe that it will not be accepted as I deployed the same level of intellectual rigor and scientific methodology that I use in my professional practice and which I have used in authoring the more than 200 peer reviewed articles that have been published.

9. There is a further statement that I apparently admit that a GABA theory is not the consensus in the scientific community and has not been replicated. The fact that alteration of GABA has marked effects on behaviour is well accepted within the scientific community.

10. It is also asserted that GABA agonists are effective antidepressant and anti-manic agents. I do not believe this to be the case, and I do not believe it to be an opinion held with the scientific community.

11. References are made in these documents to the reports that I have provided for Park Davis in 1995 and 1996. The data which were sent to me were basic case narratives, and in many of the cases such inadequate data was given that it was not possible to draw precise conclusions. My analysis was clearly limited

therefore to the documents that I was provided with. It has to be understood that both of these reports were specifically to do with the issue of the link between gabapentin and psychosis. I was unable to conclude from those reports a link between the drug and specifically psychosis. However, in looking back on those reports, in the context of the position with which they are now quoted, I can only highlight again that I perspicaciously detected an association with depression and aggression. Those reports were confidential documents provided to the company, again a under a confidentiality agreement, and not intended for publication.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March, 2008, in London, UK.

*[signature]*

**M R TRIMBLE MD, FRCP, FRCPsych**

**Professor of Behavioural Neurology**

**and Consultant Physician of Psychological Medicine**