# EXHIBIT 55

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Trimble, Michael MD (FP Expert)**
**10/18/2007**

**Printed : 3/20/2008**

### Page 97

1  MICHAEL R. TRIMBLE, M.D.
2  A. No.
3  Q. You mentioned earlier, Professor Trimble,
4  a term that I need to ask you to define. You
5  referred to the transcription of events in the brain?
6  A. If I used that word, I'm happy to have
7  used it, yes.
8  Q. Could you explain what you mean by the
9  transcription of events?
10  A. Well, something happens, A, which leads
11  to an affect, B, which leads to a further affect, C,
12  et cetera.
13  Q. Ultimately producing behavior?
14  A. So transcribing of one event into another
15  event.
16  Q. Very purposefully, a general question.
17  Given what you told us so far, with respect to any
18  medication or treatment that you might prescribe for
19  one of your own patients, if you could know in
20  advance before administering it that the treatment
21  would elevate the person's GABA levels, would you be
22  concerned for that reason that the treatment might
23  increase their risk of suicide?
24  A. Yes.
25  MR. HOOPER: Let's mark this as whatever

### Page 98

1  MICHAEL R. TRIMBLE, M.D.
2  number we are up to.
3  (Trimble-5, Journal of Alternative
4  Complementary Medicine, Yoga Asana Sessions Increase
5  Brain Gaba Levels: A Pilot Study is received and
6  marked for identification.)
7  Q. Professor Trimble, could you please
8  confirm that what you have been handed is a copy of a
9  publication entitled "Yoga Asana Sessions Increase
10  Brain Gaba Levels: A Pilot Study," lead author Chris
11  C. Streeter, S-t-r-e-e-t-e-r, M.D. along with others,
12  published in the Journal of Alternative and
13  Complementary Medicine in 2007? Is that what the
14  document in front of you says?
15  A. Yes, it is.
16  Q. And have you seen this document?
17  A. No. I haven't.
18  Q. Would you please take time to read it as
19  much as you feel. I'm only going to ask you a very
20  few questions about it.
21  MR. FINKELSTEIN: Take your time and read
22  it.
23  Q. Take your time and feel comfortable with
24  it.
25  A. Am I allowed, please, to mark this?

### Page 99

1  MICHAEL R. TRIMBLE, M.D.
2  Q. Sure.
3  MR. HOOPER: So we have enough tape to
4  continue, can you stop it and just turn it back on?
5  Just go off the record. Let him finish.
6  MR. LONDON: The difficulty we had when
7  we were deposing your folks like Dr. Pande, they
8  would continue running against our time clock.
9  MR. HOOPER: Keep going then.
10  MR. LONDON: It's not an apples or
11  oranges thing. I understand your problem. I don't
12  mind turning it off, if we just continue to treat
13  this as part of the time group.
14  MR. HOOPER: Let's just keep going. It's
15  not a long article.
16  If you don't object, can he switch it
17  now?
18  THE VIDEOGRAPHER: Going off the record.
19  The time is 12:29 p.m. This is the end of tape
20  three.
21  (A discussion is held off the record.)
22  THE VIDEOGRAPHER: We're back on the
23  record. The time is 12:31 p.m. This is the beginning
24  of tape four.
25  BY MR. HOOPER:

### Page 100

1  MICHAEL R. TRIMBLE, M.D.
2  A. I'm having a lot of trouble understanding
3  the method here and it is quite important. I'm sorry
4  to delay, but this is quite complicated, but I have
5  now read it.
6  Q. The Streeter study that we're looking at
7  found a 27 percent increase in GABA levels in a yoga
8  practitioner group after a yoga session but no change
9  in a comparison group that was subject to a reading
10  session. Correct?
11  A. That's correct.
12  Q. All right. And the technique they used
13  to measure those brain GABA levels was a technique
14  called nuclear magnetic resonance spectroscopy?
15  A. Spectroscopy.
16  Q. That's, by the way, if you recall, that's
17  the same technique used by Dr. Petroff and colleagues
18  in looking at GABA levels; they, also, used nuclear
19  magnetic resonance techniques?
20  A. They used -- that's why I was having
21  trouble with the methodology. The methods used here
22  are entirely different from the methods of
23  spectroscopy used by Dr. Petroff.
24  Q. All right.
25  A. The machine is the same but the

**101**

MICHAEL R. TRIMBLE, M.D.

calculations are very different.

Q. I see. And if you look at the results section on the first page, Professor Trimble, the results quote along with the 27 percent increase in GABA a P value of 0.018. Do you see that?

A. Just point me to the page.

Q. The very first cover page, sir.

A. Of the abstract?

Q. Yes, sir.

A. Okay.

Q. And the results section there. I just wanted you to acknowledge that it states a P value of 0.018.

A. That is correct.

Q. And that is a common scientific means of expressing statistical significance at a 95 percent confidence level. Correct?

A. That is correct.

Q. Assuming the findings in this study are accurate and that this yoga session as opposed to reading increased GABA levels by 12 percent, could that trigger the series of events that you've outlined for us today that culminate in suicide?

MR. FINKELSTEIN: Objection as to form.

**102**

MICHAEL R. TRIMBLE, M.D.

Incomplete hypothetical.

A. Could you rephrase that for me?

Q. Assuming the accuracy of a 27 percent acute increase in GABA, could that produce the sequence of events that you have outlined for us today that culminate in suicide?

A. The assumption is incorrect, firstly; but assuming that, the answer is no in the sense that this is merely an acute study of what happens in a small group of people and the control group is not comparable to the group who have been examined, the experimental group and the control group are not matched to reach the conclusions the authors have reached.

MR. FINKELSTEIN: It's time to break for lunch.

MR. HOOPER: Just a couple of questions.

Q. I recognize -- we both recognize there was no suicide recorded in this small study?

A. Of course.

Q. All right. And my question is: Do you believe that a 27 percent acute increase in GABA levels could set -- could produce the sequence of events that you've outlined today as the sequence

**103**

MICHAEL R. TRIMBLE, M.D.

capable of producing suicide?

MR. FINKELSTEIN: Objection, asked and answered.

A. If continued over a period of time, yes.

MR. LONDON: Two yoga sessions and I wanted to kill myself.

Q. Do you believe that people like Mr. London should be warned, when they enter yoga sessions, that their GABA levels may be elevated and that may lead them to become suicidal?

A. You cannot included from there study that yoga raises brain GABA levels, so I would not caution Mr. London about his yoga sessions.

MR. FINKELSTEIN: Can we continue this after lunch? I mean you just going to keep following up with more and more questions. We're going an hour and 15 minutes already.

MR. HOOPER: Two minutes. I do want to finish this line.

Q. What is it that causes you to conclude, based on the measurements in this study, that you cannot use the study to conclude that yoga increased GABA levels?

A. Well, thank you for asking me, and I have

**104**

MICHAEL R. TRIMBLE, M.D.

only just seen this paper for the first time.

There's two important factors, to make this short. One is that the yoga practitioners were using motor sequences, standing poses, sitting poses, twists, supine and prose poses inverted poses, balancing poses and back bends, page 421. The control group were reading.

Now -- so that clearly there is the issue of the motoric activity which the one group is undergoing that the other group is not. If you want to activate parts of brain, you will do it easily with motor for activity. You can show that easily on scanning.

The second point, and this applies to method, but I urge you to look carefully at the Figure 1 which -- and it's a poor reproduction and unless you're very familiar with neuroanatomy, you won't derive perhaps as much as I might from it, but the areas that are being looked at include areas underneath the cortex, subcortical structures and of course these are activated by motor patterns.

So the control group is not the same as the active yoga practitioners. And, secondly, they are including in their analysis areas that relate to