EXHIBIT 56

THIRD EDITION

The American Psychiatric Publishing

# TEXTBOOK OF PSYCHOPHARMACOLOGY



Alan F. Schatzberg, M.D.

Charles B. Nemeroff, M.D., Ph.D.

phosphotyrosines is undoubtedly one of the keys to the pleiotropic effects that neurotrophins can exert. These pleiotropic and yet distinct effects of growth factors are mediated by varying degrees of activation of three major signaling pathways: the MAP kinase pathway, the $PI_3$ (phosphoinositide-3) kinase pathway, and the PLC (phospholipase C)-$\gamma$1 pathway (see Figure 1–9 later in this chapter).

## Nuclear Receptors

Nuclear receptors are transcription factors that regulate the expression of target genes in response to steroid hormones and other ligands. Many hormones (including glucocorticoids, gondal steroids, and thyroid hormones) are able to rapidly penetrate into the lipid bilayer membrane, because of their lipophilic composition, and thereby directly interact with these cytoplasmic receptors inside the cell (Figure 1–1). Upon activation by a hormone, the nuclear receptor-ligand complex translocates to the nucleus, where it binds to specific DNA sequences referred to as *hormone responsive elements* (HREs), and subsequently regulates gene transcription (Mangelsdorf et al. 1995; Truss and Beato 1993). Nuclear receptors often interact with a variety of coregulators that promote transcriptional activation when recruited *(coactivators)*, and those that attenuate promoter activity *(corepressors)*.

With this overview of neurotransmitters and receptor subtypes, we now turn to a discussion of selected individual neurotransmitters and neuropeptides, before discussing the intricacies of cellular signal transduction systems.

## Neurotransmitter and Neuropeptide Systems

### Serotonergic System

Largely on the basis of the observation that most current effective antidepressants and antipsychotics target these systems, the monoaminergic systems (e.g., 5-HT, NE, DA) have been extensively studied. Serotonin (5-HT) was given that name because of its activity as an endogenous vasoconstrictor in blood serum (Rapport et al. 1947). It was later acknowledged as being the same molecule (secretine) found in the intestinal mucosa and that is "secreted" by chromaffin cells (Brodie 1900). Following these findings, 5-HT soon became characterized as being a neurotransmitter in the CNS (Bogdansky et al. 1956).

5-HT-producing cell bodies in the brain are localized to the central gray, in the surrounding reticular formation, and in cell clusters located in the center, and thus the name *raphe* (from Latin, meaning midline) was adopted (Figure 1–3A) (discussed more extensively in Chapter 3). The dorsal raphe (DR), the largest brainstem 5-HT nucleus, contains approximately 50% of the total 5-HT neurons in the mammalian CNS; in contrast, the medial raphe (MR) comprises 5% (Descarries et al. 1982; Wiklund and Bjorklund 1980). Serotonergic neurons project widely throughout the CNS rather than to discrete anatomical locations (as the dopaminergic neurons appear to do; see Figure 1–4A later in this chapter), leading to the suggestion that 5-HT exerts a major *modulatory* role thoughout the CNS (Reader 1980).

The precursor for 5-HT synthesis is L-tryptophan, an amino acid that comes primarily from the diet and crosses the blood-brain barrier through a carrier for large neutral amino acids. Tryptophan hydroxylase (TrpH) is the rate-limiting enzyme in serotonin biosynthesis (Figure 1–3B), and polymorphisms in this enzyme have been extensively investigated in psychiatric disorders, with equivocal results to date. A more fruitful research strategy in humans has been tryptophan depletion via dietary restriction to study the role of serotonin in the pathophysiology and treatment of psychiatric disorders (Bell et al. 2001). These studies have indicated that tryptophan depletion produces a rapid depressive relapse in patients treated with selective serotonin reuptake inhibitors (SSRIs) but not in those treated with norepinephrine reuptake inhibitors; the data suggesting induction of depressive symptoms in remitted patients or individuals with family histories of mood disorders are more equivocal (Bell et al. 2001).

### Serotonin Transporters

As is the case for many classical neurotransmitters, termination of the effects of 5-HT in the synaptic cleft is brought about in large part by an active reuptake process mediated by the 5-HT transporter (5-HTT). 5-HT is taken up into the presynaptic terminals, where it is metabolized by the enzyme monoamine oxidase (MAO) or sequestered into secretory vesicles by the vesicle monoamine transporter (see Figure 1–3B). This presumably underlies the mechanism by which MAO inhibitors initiate their therapeutic effects; that is, the blockade of monoamine breakdown results in increasing the available pool for release when an action potential invades the nerve terminal. It is now well established that many tricyclic antidepressants and SSRIs exert their initial primary pharmacological effects by binding to the 5-HTT and blocking 5-HT reuptake, thereby increasing the intrasynaptic levels of 5-HT, which initiates a cascade of down-



**FIGURE 1–3.**   The serotonergic system.
This figure depicts the location of the major serotonin (5-HT)–producing cells (raphe nuclei) innervating brain structures (A), and various cellular regulatory processes involved in serotonergic neurotransmission (B). 5-HT neurons project widely throughout the CNS and innervate virtually every part of the neuroaxis. L-Tryptophan, an amino acid actively transported into presynaptic 5-HT-containing terminals, is the precursor for 5-HT. It is converted to 5-hydroxytryptophan (5-HTP) by the rate-limiting enzyme tryptophan hydroxylase (TrpH). This enzyme is effectively inhibited by the drug p-chlorophenylalanine (PCPA). Aromatic amino acid decarboxylase (AADC) converts 5-HTP to 5-HT. Once released from the presynaptic terminal, 5-HT can interact with a variety (15 different types) of presynaptic and postsynaptic receptors. Presynaptic regulation of 5-HT neuron firing activity and release occurs through somatodendritic 5-HT$_{1A}$ (not shown) and 5-HT$_{1B, 1D}$ autoreceptors, respectively, located on nerve terminals. Sumatriptan is a 5-HT$_{1B, 1D}$ receptor agonist. (The antimigraine effects of this agent are likely mediated by local activation of this receptor subtype on blood vessels, which results in their constriction.) Buspirone is a partial 5-HT$_{1A}$ agonist that activates both pre- and postsynaptic receptors. Cisapride is a preferential 5-HT$_4$ receptor agonist that is used to treat irritable bowel syndrome as well as nausea associated with antidepressants. The binding of 5-HT to G protein receptors ($G_o$, $G_i$, etc. that are coupled to adenylyl cyclase (AC) and phospholipase C–β (PLC-β) will result in the production of a cascade of second-messenger and cellular effects. Lysergic acid diethylamide (LSD) likely interacts with numerous 5-HT receptors to mediate its effects. Pharmacologically this ligand is often used as a 5-HT$_2$ receptor agonist in receptor binding experiments. Odansetron is a 5-HT$_3$ receptor antagonist that is marketed as an antiemetic agent for chemotherapy patients but is also given to counteract side effects produced by antidepressants in some patients. 5-HT has its action terminated in the synapse by rapidly being taken back into the presynaptic neuron through 5-HT transporters (5-HTT). Once inside the neuron it can either be repackaged into vesicles for reuse or undergo enzymatic catabolism. The selective 5-HT reuptake inhibitors (SSRIs) and older-generation tricyclic antidepressants (TCAs) are able to interfere/block the reuptake of 5-HT. 5-HT is then metabolized to 5-hydroxyindoleacetic acid (5-HIAA) by monoamine oxidase (MAO), located on the outer membrane of mitochondria or sequestered and stored in secretory vesicles by vesicle monoamine transporters (VMATs). Reserpine causes a depletion of 5-HT in vesicles by interfering with uptake and storage mechanisms (depressive-like symptoms have been reported with this agent). Tranylcypromine is an MAO inhibitor (MAOI) and an effective antidepressant. Fenfluramine (an anorectic agent) and MDMA ("Ecstasy") are able to facilitate 5-HT release by altering 5-HTT function. DAG = diacylglycerol; 5-HTT = serotonin transporter; $IP_3$ = inositol-1,4,5-triphosphate.
*Source.* Adapted from *The Biochemical Basis of Neuropharmacology*, 7th Edition, by Jack R. Cooper, F. Bloom, and R. Roth. Copyright 1970, 1974, 197 1982, 1986, 1991, 1996, 2001 by Oxford University Press, Inc. Used by permission of Oxford University Press, Inc. Modified from Nestler et al. 200

stream effects (see Figure 1–3B for details). It has been hypothesized that the first step in 5-HT transport involves the binding of 5-HT to the 5-HTT and then a cotransport with $Na^+$, while the second step involves the translocation of $K^+$ across the membrane to the outside of the cell. SSRIs bind to the same site on the transporter as 5-HT itself.

In the brain, 5-HTTs have been radiolabeled with [$^3$H]-imipramine (Hrdina et al. 1985; Langer et al. 1980) and more recently with other SSRIs such as [$^3$H]cyanoimipramine (Wolf and Bobik 1988), [$^3$H]paroxetine (Habert et al. 1985), and [$^3$H]citalopram (D'Amato et al. 1987). The regional distribution of 5-HTT corresponds to discrete regions of rat brain known to contain cell bodies of 5-HT neurons and synaptic axon terminals, most notably the cerebral cortex, neostriatum, thalamus, and limbic areas (Cooper et al. 2001; Hrdina et al. 1990; Madden 2002). The specific cellular localization of 5-HTT in the CNS has also been accomplished by using site-specific antibodies (Lawrence et al. 1995a). Immunohistochemical studies utilizing antibodies against the 5-HT carrier have revealed both neuronal and glial staining in areas of the rat brain containing 5-HT somata and terminals (i.e., DR and hippocampus) (Lawrence et al. 1995b). Furthermore, 5-HT uptake ability has been documented in primary astrocyte cultures (Kimelberg and Katz 1985) and has been postulated to account for considerable 5-HT uptake in the frontal cortex and periventricular region (Ravid et al. 1992). Since 5-HTT is transcribed from a single copy gene, abnormalities in platelet 5-HTT have been postulated to reflect CNS abnormalities (Owens and Nemeroff 1998). A number of studies on platelet 5-HTT density have been undertaken using [$^3$H]imipramine binding or [$^3$H]paroxetine binding in mood disorders. Although the results of these studies are not entirely consistent, in toto the results suggest that the $B_{max}$ value for platelet 5-HT density is significantly lower in depressed subjects compared with healthy control subjects (Owens and Nemeroff 1998).

## Serotonin Receptors

In 1957, the existence of two separate 5-HT receptors was first proposed primarily because of the opposing phenomenon this neurotransmitter produces in reference to cholinergic mediation of smooth muscle contraction (Gaddum and Picarelli 1957). Today, through the use of more precise molecular cloning and pharmacological and biochemical studies, seven distinct 5-HT receptor families have been identified (5-HT$_{1-7}$), many of which contain several subtypes. With the exception of the 5-HT$_3$ receptor, which is an excitatory ionotropic receptor, all the other 5-HT receptors are GPCRs. The 5-HT$_{1A, B, D, E, F}$ receptors are negatively coupled to adenylyl cyclase, the 5-HT$_{2A,B,C}$ subtypes are positively coupled to PLC, and the 5-HT$_4$, 5-HT$_5$, 5-HT$_6$, and 5-HT$_7$ subtypes are positively coupled to adenylyl cyclase (Figure 1–3B) (Humphrey et al. 1993).

**5-HT$_1$ receptors.** 5-HT$_{1A}$ receptors are found in particularly high density in several limbic structures, including the hippocampus, septum, amygdala, and entorhinal cortex, as well as on serotonergic neuron cell bodies, where they serve as autoreceptors regulating 5-HT neuronal firing rates (Blier et al. 1998; Cooper et al. 2001; Pazos and Palacios 1985). The highest density of labeling is found in the DR, with lower densities observed in the remaining raphe nuclei (Pazos and Palacios 1985). The density and mRNA expression of 5-HT$_{1A}$ receptors appear insensitive to reductions in 5-HT transmission associated with lesioning the raphe or administering the serotonin-depleting agent $p$-chlorophenylalanine (PCPA). Similarly, elevation of 5-HT transmission resulting from chronic administration of an SSRI or monoamine oxidase inhibitor (MAOI) does not consistently alter 5-HT$_{1A}$ receptor density or mRNA in the cortex, hippocampus, amygdala, or hypothalamus. In contrast to the insensitivity to 5-HT, 5-HT$_{1A}$ receptor density is down-regulated by adrenal steroids. Postsynaptic 5-HT$_{1A}$ receptor gene expression is under tonic inhibition by adrenal steroids in the hippocampus and some other regions. Thus, in rodents, hippocampal 5-HT$_{1A}$ receptor mRNA expression is increased by adrenalectomy and decreased by corticosterone administration or chronic stress. The stress-induced down-regulation of 5-HT$_{1A}$ receptor expression is prevented by adrenalectomy. Mineralocorticoid receptor stimulation has the most potent effect on down-regulating 5-HT$_{1A}$ receptors, although glucocorticoid receptor stimulation also contributes to this effect.

In addition to being expressed on neurons, postsynaptic 5-HT$_{1A}$ receptors are also abundantly expressed by astrocytes and some other glia (Whitaker-Azmitia et al. 1990) (see Figure 1–7 later in this chapter). Stimulation of astrocyte-based 5-HT$_{1A}$ sites causes astrocytes to acquire a more mature morphology and to release the trophic factor S-100β, which promotes growth and arborization of serotonergic axons. Administration of 5-HT$_{1A}$ receptor antagonists, antibodies to S-100β, or agents that deplete 5-HT produces similar losses of dendrites, spines, and/or synapses in adult and developing animals—effects that are blocked by administration of 5-HT$_{1A}$ receptor agonists or SSRIs. These observations have led to the hypothesis that a reduction of 5-HT$_{1A}$ receptor function may play an important role in mood disorders that are known to be as-

sociated with glial reductions (Manji et al. 2001). The recent use of conditional knockouts of the 5-$HT_{1A}$ receptor, in which gene expression is altered only in particular anatomical regions and/or during particular times, has illustrated the caution necessary in attributing complex behaviors to simple "too much" or "too little" neurotransmitter/receptor hypotheses. Using a knockout/rescue approach with regional and temporal specificity, Gross and associates (2002) demonstrated that the anxiety-related effect of the 5-$HT_{1A}$ receptor knockout was actually developmental. Specifically, expression limited to the hippocampus and cortex during early postnatal development was sufficient to counteract the anxious phenotype of the mutant, *even though the receptor was still absent in adulthood* (Gross et al. 2002). As is discussed in the chapters on antidepressants (see Chapters 12–23), there is growing interest in the observation that antidepressants enhance hippocampal neurogenesis (Duman 2002; Malberg et al. 2000). It is thus noteworthy that preliminary data suggest that the 5-$HT_{1A}$ receptor activation is required for SSRI-induced hippocampal neurogenesis (Jacobs et al. 2000).

5-$HT_{1A}$ receptors are now known to utilize a variety of signaling mechanisms to bring about their effects in distinct brain areas. Thus, somatodendritic 5-$HT_{1A}$ receptors appear to inhibit the firing of serotonergic neurons by opening a $K^+$ channel through a pertussis toxin–sensitive G protein (likely $G_o$, discussed later in the section on G proteins) (Andrade et al. 1986), as well as by reducing cAMP levels. Postsynaptic 5-$HT_{1A}$ receptors appear to exert many of their effects by inhibiting adenylyl cyclase via $G_i$ (De Vivo and Maayani 1990) but have also been demonstrated to potentiate the activity of certain adenylyl cyclases (Bourne and Nicoll 1993) and to stimulate inositol-1,4,5-triphosphate ($IP_3$) production and activate PKC (Liu and Albert 1991).

5-$HT_{1D}$ receptors are virtually absent in the rodent but have been detected in guinea pig and man (Bruinvels et al. 1993). On the basis of an approximately 74% sequence homology, it has been proposed that 5-$HT_{1B}$ receptors are the rodent homolog of 5-$HT_{1D}$ receptors (see Saxena et al. 1998). Furthermore, the distribution of the 5-$HT_{1D}$ receptors in guinea pig and man are roughly equivalent to that of the 5-$HT_{1B}$ receptors in the rat (Bruinvels et al. 1993). Both 5-$HT_{1B}$ and 5-$HT_{1D}$ receptors have been proposed to represent the major nerve terminal autoreceptors regulating the amount of 5-HT released per nerve impulse (Pineyro and Blier 1999) (Figure 1–3B). Like 5-$HT_{1A}$ receptors, 5-$HT_{1B}$ and 5-$HT_{1D}$ receptors inhibit cAMP formation and stimulate $IP_3$ production and activate PKC (Schoeffter and Bobirnac 1995). As we discuss later, this appears to be the case for many receptors coupled to $G_i$ and $G_o$ (see Table 1–1). The α subunits of the G protein ($α_i$ and $α_o$) inhibit adenylyl cyclase and regulate ion channels, respectively, whereas the βγ subunits activate PLC isozymes to stimulate $IP_3$ production and activate PKC.

Finally, it should be noted that the 5-$HT_{1C}$ receptor classification has been revoked, as these receptors have structural and tranductional similarities to the 5-$HT_2$ receptor class (Hoyer et al. 1986; Saxena et al. 1998).

**5-$HT_2$ receptors.**    There are three subtypes of 5-$HT_2$ receptors: 5-$HT_{2A}$, 5-$HT_{2B}$, and 5-$HT_{2C}$. The highest level of 5-$HT_{2A}$ binding sites and mRNA for these receptors exists in the cortex, and these receptors have been implicated in the psychomimetic effects of agents like lysergic acid diethylamide (LSD) (for review, see Aghajanian and Marek 1999). In addition, lesioning 5-HT neurons with 5,7-DHT does not reduce the 5-$HT_2$ receptor density reported in brain regions (Hoyer et al. 1986), indicating that these receptors are primarily (if not exclusively) postsynaptic. Autoradiography performed with the potent and selective radioligand [$^3$H]MDL 100,907 has localized 5-$HT_{2A}$ receptors to many similar brain regions in the rat and primate brain (Lopez-Gimenez et al. 1997). Competition studies with other radioligands (Westphal and Sanders-Bush 1994) and their mRNA distribution indicate that 5-$HT_{2C}$ receptors are considerably widespread throughout the CNS, with the highest density in the choroid plexus (Hoffman and Mezey 1989). 5-$HT_{2B}$ receptors are detected sparingly in the brain and are more prominently located in the fundus, gut, kidney, lungs, and heart (Hoyer et al. 1986).

Several antidepressants (e.g., mianserin, mirtazapine) and antipsychotics (e.g., clozapine) bind to 5-$HT_2$ receptors, raising the possibility that blockade of 5-$HT_2$ receptors may play an important role in the therapeutic efficacy of these agents. Indeed, a leading hypothesis concerning the mechanism of action of atypical antipsychotic agents suggests that the ratio of $D_2$/5-$HT_2$ blockade confers "atypicality" properties on many currently available antipsychotic agents (Meltzer 2002). Furthermore, chronic administration of many antidepressants down-regulates 5-$HT_2$ receptors, suggesting that this effect may be important for their efficacy (Scott and Crews 1986); however, chronic electroconvulsive shock (ECS) appears to up-regulate 5-$HT_2$ expression, precluding a simple mechanism for antidepressant efficacy. The obesity seen in 5-$HT_{2C}$ knockout animals suggests that, in addition to histamine receptor blockade, 5-$HT_{2C}$ blockade may play a role in the weight gain observed with certain psychotropic agents; this is an area of considerable current research. The regulation of 5-$HT_2$ receptors is

## Neurotransmitters, Receptors, Signal Transduction, and Second Messengers 13

intriguing, as both agonists and antagonists appear to cause an internalization of the receptor. Moreover, emerging data suggest that mRNA editing may play an important role in regulating the levels and activity of this receptor subtype (Niswender et al. 1998). All of the 5-HT$_2$ receptor subtypes are linked to the phosphoinositide signaling system, and their activation produces IP$_3$ and diacylglycerol (DAG), via PLC activation (Conn and Sanders-Bush 1987) (Figure 1–3B).

**5-HT$_{3-7}$ receptors.**  Unlike the other 5-HT receptors, 5-HT$_3$ receptors are ligand-gated ion channels capable of mediating fast synaptic responses (Figure 1–3B). They are present in multiple brain areas, including the hippocampus, dorsal motor nucleus of the solitary tract, and area postrema (Laporte et al. 1992). The 5-HT$_3$ receptor is effectively modulated by a variety of compounds, such as alcohols and anesthetics, and antagonists against this receptor are used as effective anti-emetics in patients who are undergoing chemotherapy (e.g., odansetron). 5-HT$_4$, 5-HT$_6$, and 5-HT$_7$ are GPCRs that are preferentially coupled to G$_s$ and activate adenylyl cyclases (Figure 1–3B). 5-HT$_4$ receptors are able to modulate the release of monoamines and GABA in the brain. 5-HT$_5$ receptors are located in the hypothalamus, hippocampus, corpus callosum, fibra, cerebral ventricles, and glia (Hoyer et al. 2002). The 5-HT$_{5A}$ receptor is negatively coupled to adenylyl cyclase, whereas the 5-HT$_{5B}$ receptor does not involve cAMP accumulation or phosphoinositide turnover. 5-HT$_6$ receptors are located in the striatum, amygdala, nucleus accumbens, hippocampus, cortex, and olfactory tubercle (Hoyer et al. 2002). Of interest, many antipsychotic agents and antidepressants have high affinity for 5-HT$_6$ receptors and act as antagonists at this receptor. 5-HT$_7$ receptors have been localized to the cerebral cortex, medial thalamic nuclei, substantia nigra, central gray, and dorsal raphe nucleus (Hoyer et al. 2002). It appears that chronic treatment with antidepressants is able to down-regulate this receptor, whereas acute stress has been reported to alter 5-HT$_7$ expression (Sleight et al. 1995; Yau et al. 2001).

## Dopaminergic System

Dopamine (DA) was originally thought to represent simply a precursor of norepinephrine (NE) and epinephrine synthesis, but the demonstration that its distribution in the brain was quite distinct to that of NE led to extensive research demonstrating its role as a critical, unique neurotransmitter. DA synthesis requires transport of the amino acid L-tyrosine across the blood-brain barrier and into the cell. Once tyrosine enters the neuron, the rate-limiting step for DA synthesis is conversion of L-tyrosine to L-dihydroxyphenylalanine (L-DOPA) by the enzyme tyrosine hydroxylase (TH); L-DOPA is readily converted to dopamine and, hence, is used as a precursor strategy to correct a dopamine deficiency in the treatment of Parkinson's disease (Figure 1–4B). The activity of TH can be regulated by many factors, including the activity of catecholamine neurons; furthermore, catecholamines function as end-product inhibitors of TH by competing with a tetrahydrobiopterin cofactor (Cooper et al. 2001).

In contrast to the widespread 5-HT and NE projections, DA neurons form more discrete circuits, with the nigrostriatal, mesolimbic, tuberoinfundibular, and tuberohypophysial pathways comprising the major CNS dopaminergic circuits (Figure 1–4A). The nigrostriatal circuit is composed of DA neurons from the mesencephalic reticular formation (region A8) and the pars compacta region of the substantia nigra (region A9) of the mesencephalon. These neurons give rise to axons that travel via the medial forebrain bundle to innervate the caudate nucleus and putamen (see Anden et al. 1964; Ungerstedt 1971). The DA neurons that make up the nigrostriatal circuit have been assumed to be critical for maintaining normal motor control, since destruction of these neurons is associated with Parkinson's disease; however, it is now clear that these projections subserve a variety of additional functions.

The mesolimbic DA circuit consists of DA neurons located in the midbrain just medial to the A9 cells in an area termed the *ventral tegmental area* (VTA) (Cooper et al. 2001; Nestler et al. 2001; Squire et al. 2003). This circuit shares some similarities to the nigrostriatal circuit in that it is a parallel circuit consisting of axons that make up the medial forebrain bundle. However, these axons ascend through the lateral hypothalamus and project to the nucleus accumbens, olfactory tubercle, bed nucleus of the stria terminalis, lateral septum, and frontal, cingulate, and entorhinal regions of the cerebral cortex (Cooper et al. 2001). This circuit innervates many limbic structures known to play critical roles in motivational, motor, and reward pathways and has therefore been implicated in a variety of clinical conditions, including mood disorders, psychosis, and drug abuse (Cooper et al. 2001). The firing pattern of mesolimbic DA neurons appears to be an important regulatory mechanism; thus, in rats, electrical or glutamatergic stimulation of medial prefrontal cortex elicits a burst firing pattern of dopaminergic cells in the VTA and increases DA release in the nucleus accumbens (Murase et al. 1993; Taber and Fibiger 1993). The burst firing of DA cell activity elicits more terminal DA release per action potential than the nonbursting, pacemaker firing pattern (Roth et al. 1987). The phasic, burst firing of