EXHIBIT 57



BIOLOGICAL
PSYCHIATRY
Second Edition
Michael R. Trimble
WILEY

Case 1:04-cv-10981-PBS Document 1197-71 Filed 04/04/2008 Page 3 of 10

and sites for synapses (see Figure 14). Essential metabolic molecules are synthesized in the soma and transported to other regions of the neurone. The difficulty of moving products down the long axon is accomplished by a microtubular system composed of a protein called tubulin. The larger axons are surrounded by a myelin sheath which aids the speed of electrical conduction.

The glial cells vastly outnumber the neurones, and while they play a structural supportive role, they are also involved in metabolic processes and the manufacture of myelin. Five types are identified: astrocytes, oligodendrocytes, microglia, Schwann cells and ependyma cells the latter which line the inner surface of the brain.

The synaptic region of the neurone is highly specialized for the storage and release of neurotransmitters. The latter are contained in storage vesicles along with ATP and proteins, and are here protected from breakdown from intracytoplasmic degradation enzymes. Release of the transmitter into the synaptic cleft is by exocytosis, and quanta of transmitter are shed into the synaptic cleft. This process requires calcium, which interacts with presynaptic release areas facilitating fusion between the vesicle and cell membranes. The interaction of transmitter with receptors then takes place, and IPSP or EPSP are generated. The synaptic contacts can be to an opposing soma (axo-somatic), dendrite (axo-dendritic) or axon (axo-axonic), and the position of contact has relevance for the postsynaptic effect: the nearer to the axon hillock the greater the effect.

## NEUROTRANSMITTERS

A neurotransmitter is a substance that is manufactured by a cell, released into the synaptic cleft in response to stimulation and has a specific effect on another cell. In the central nervous system this cell is a neurone, but peripherally it may be a secretory cell. Further, to qualify, the substance should, when applied experimentally, mimic the effect of the natural release, and some mechanism should be available to remove it from the synaptic cleft (Schwartz, 1981).

Although it was generally understood that one neurone used only one transmitter, it is now known that two transmitters can be identified in many neurones, especially the coexistence of a peptide and an amine together (see below). Further, while the criteria given for neurotransmitter status have been identified, the situation is not so clearly defined. Thus it is possible to see all levels of chemical communication between cells from direct neurone–neurone contact, through to neurosecretory cells that release neurohormones either into the hypophyseal portal system which

Case 1:04-cv-10981-PBS Document 1197-71 Filed 04/04/2008 Page 4 of 10

influences pituitary cell output or directly into the circulation via the posterior pituitary gland (neurohypophysis). Receptors for some neurohormones have been identified in the brain, and the possibility of feedback from release into the peripheral circulation exists. Finally, as in the autonomic system, neurones make contact with adrenal medulla cells, directly influencing hormonal output.

The situation is further complicated by the concept of neuromodulators. Thus, the action of neurotransmitters is considered to be brief and to operate over a short distance. However, some neurotransmitter candidates, especially the peptides, lead to longer alterations of synaptic tone, thus modulating the environment of other ongoing neurotransmitter events.

Of the many potential transmitters, the synthesis of a few key ones is described.

**Acetylcholine**

This is synthesized from choline and acetyl coenzyme A, the reaction being catalysed by choline acetyltransferase. Following release into the synaptic cleft, it is broken down by acetylcholinesterase. It is the main transmitter used by motor neurones in the spinal cord and is the transmitter for all preganglionic autonomic neurones and for postganglionic parasympathetic neurones. In the central nervous system it is found in high concentration in the caudate nucleus and hippocampus, and an ascending cholinergic system has been defined innervating the thalamus, the striatum, the cerebellum, the limbic system and the cerebral cortex.

**GABA**

GABA is synthesized from L-glutamate utilizing the enzyme glutamate decarboxylase (GAD). It is metabolized by GABA transaminase to glutamic acid and succinic semialdehyde, which, following oxidation, enters the citric acid cycle. The highest concentrations of GABA are in the substantia nigra, the globus pallidus, hippocampus and the hypothalamus and cortex. In the spinal column it is in the spinal grey matter. It is an inhibitory transmitter, and antagonists such as bicuculline provoke convulsions. It is one of a group of amino acid transmitters that have a ubiquitous distribution, some of which serve as substrates in metabolic cycles. These include glycine, beta-alanine, glutamate and aspartate.

**Glycine**

Glycine is an inhibitory transmitter, especially in the spinal cord and brainstem. It inhibits neuronal firing by gating chloride channels. It can modulate the action of glutamate at the NMDA receptor.

Case 1:04-cv-10981-PBS Document 1197-71 Filed 04/04/2008 Page 5 of 10

**Serotonin (5HT)**

This is one of the amine neurotransmitters; others include dopamine and noradrenaline. It is synthesized from tryptophan under the influence of the enzyme tryptophan hydroxylase, which converts it to 5-hydroxytryptophan. This is decarboxylated to serotonin. It is metabolized to 5-hydroxyindole acetic acid (5-HIAA) by the enzyme monoamine oxidase.

The main nucleus containing serotonin is the raphe nucleus of the brainstem, from which fibres ascend and descend to influence many areas of the brain, especially the neocortex, limbic system, thalamus and hypothalamus.

**Catecholamines**

These are metabolized from tyrosine. Conversion to DOPA occurs under the influence of tyrosine hydrolase. DOPA is then decarboxylated to dopamine. In the presence of dopamine-beta hydrolase this is converted to noradrenaline. In a few areas, *N*-methylation of the latter results in adrenaline.

Breakdown involves two main enzyme systems: monoamine oxidase and catechol-*O*-methyl transferase. The former acts mainly intraneuronally, the latter in the synaptic cleft. The main metabolites of dopamine are homovanillic acid (HVA) and DOPAC, while noradrenaline breaks down to vanillomandelic acid (VMA) and methoxyhydroxyphenylglycol (MHPG).

Noradrenaline is the transmitter at postganglionic sympathetic neurones, but in the brain the main synthesizing neurones are in the brainstem, in the locus coeruleus and related nuclei. The ascending neurones terminate widely to influence cerebral cortex, limbic system and hypothalamus.

Dopamine derives from nuclei in the brainstem, but its output is more restricted than noradrenaline or serotonin. In particular, it involves the striatum and limbic system. It is of interest that the cortical dopamine projections in primates suggest a functional specialization. The major influences are motor rather than sensory; sensory association areas more than primary regions; and auditory association over visual association areas (Lewis *et al.*, 1986).

**Peptides**

In recent years a large number of peptides have been recognized that may have a central role, either as neurotransmitters or as neuromodulators. A

Case 1:04-cv-10981-PBS Document 1197-71 Filed 04/04/2008 Page 6 of 10

**Table 6.** Potential peptide neurotransmitters

| | |
|---|---|
| ACTH | |
| Angiotensin | Lipotropin |
| Bombesin | LHRH |
| Bradykinin | Alpha-MSH |
| Calcitonin | Motilin |
| Carnosine | Neuropeptide Y |
| CCK (cholecystokinin) | Neurotensin |
| CRF (corticotrophin releasing factor) | Oxytocin |
| Dynorphin | Prolactin |
| Beta-endorphin | Secretin |
| Met-enkephalin | Somatostatin |
| Leu-enkephalin | Substance P |
| Gastrin | TRH |
| Glucagon | Vasopressin |
| Growth hormone | VIP |

list of these is given in Table 6, although at present the evidence that many are actually transmitters awaits confirmation. Most peptides are formed by cleavage of larger precursors and understanding the functional significance of the fragments is quite incomplete.

An interesting feature of the peptides is their wide distribution throughout the body, identical ones being found, for example, in the gut and the brain. These include cholecystokinin, vasoactive intestinal peptide (VIP) and gastrin.

Peptide receptors are coupled mainly with secondary messenger systems.

*Enkephalins*

These were the first morphine-like (endorphin) substances to be discovered in the brain, being penta peptides. They were shown to possess opiate-like activity, along with other peptides such as beta-endorphin and dynorphin. Enkephalin neurones and opiate receptors have been identified in the limbic system and striatum, and receptors in such areas as the hippocampus, nucleus accumbens, thalamus and amygdala. They occur in several areas of the spinal cord including the substantia gelatinosa. Beta-endorpin distribution is more restricted, the highest concentration being in the pituitary, which structure is almost devoid of enkephalins. Mu receptors are more related to sensory events, being found in cerebral cortex, whereas the limbic system has an abundance of delta receptors.

Case 1:04-cv-10981-PBS Document 1197-71 Filed 04/04/2008 Page 7 of 10

*Neurotensin*

This is found in high concentrations in the hypothalamus, basal ganglia and the amygdala. *It inhibits neuronal firing in the locus coeruleus*, where neurotensin is abundant. Receptor sites in the brain are widespread.

*Substance P*

This occurs in dorsal root ganglia with terminals in the substantia gelatinosa, a region of the spinal cord thought to be involved in the pain pathways. It is found in high concentrations in the striatal–nigral system, the habenula, the amygdala and the bed nucleus of the stria terminalis.

*Cholecystokinin*

This is found in high concentrations in the cortex, this and VIP being brain peptides well represented within cells in the cortex. It is found in the hypothalamus, and terminals are in the amygdala. It also is seen in the periaqueductal grey region and, like substance P, in the dorsal root ganglia cells.

*VIP*

Highest levels are found in the cerebral cortex, and terminals containing it are identified in the amygdala and the hypothalamus. In the body it has several functions including vasodilation and enhancing lipolysis and pancreatic secretion.

*Angiotensin*

This has for some time been known to be involved in vasoconstriction and sodium regulation by the kidney. It is found centrally in several regions including the hypothalamus, and many angiotensin receptor sites have been identified. Complementing its peripheral action, it is involved in the central regulation of drinking.

*Releasing factors*

These are found in the median eminence of the hypothalamus, and pass through the portal capillaries to influence hormonal release from the anterior pituitary. They include thyrotropin releasing hormone (TRH), a tripeptide, the majority of which is found outside the hypothalamus. Somatostatin inhibits growth hormone release, and is found in the amygdala, hippocampus and cortex, with terminals in these sites and in

Case 1:04-cv-10981-PBS Document 1197-71 Filed 04/04/2008 Page 8 of 10






**Figure 15.** Some differences between peptides and classical transmitters. (Reprinted by permission from Hokfelt *et al.*, *Nature*, **284**, p. 516. Copyright © 1980 Macmillan Journals Limited.)

**Table 7.** The coexistence of classical and peptide transmitters

| Transmitter | Peptide | Location |
|---|---|---|
| Dopamine | Enkephalin | Carotid body |
| Dopamine | CCK | Ventral tegmental area |
| Noradrenaline | Somatostatin | Adrenal medulla |
| Noradrenaline | Enkephalin | Adrenal medulla |
| Noradrenaline | Neurotensin | Adrenal medulla |
| Serotonin | Substance P | Medulla oblongata |
| Serotonin | TRH | Medulla oblongata |
| Adrenaline | Enkephalin | Adrenal medulla |
| Acetylcholine | VIP | Autonomic ganglia, sweat glands |

the striatum. Luteinizing hormone-releasing factor (LHRH) stimulates LH and FSH release, and is found primarily in the hypothalamus. CRF releases ACTH.

*Other central peptides*

The posterior pituitary hormones oxytocin and vasopressin seem to have a central role with pathways projecting to some brainstem and limbic system structures. Adrenocorticotrophic hormone (ACTH) is found throughout the brain, especially in the hypothalamus, thalamus, periaqueductal grey and reticular formation.

Some of the differences between the peptide transmitters and the more classical ones are summarized by Hokfelt *et al.* (1980) and shown in Figure 15. In particular, peptides are produced in the cell soma and not synthesized at synaptosomes as are other transmitters, and there are no re-uptake mechanisms back from the synaptic cleft. This may be compensated for by their effective action at much lower concentrations, their more prolonged action and intermittent rather than tonic release.

## INTERRELATIONSHIPS AMONG TRANSMITTERS

Dale's principle, namely that one neurone synthesizes and releases only one neurotransmitter, has had to be modified in the light of recent data. Although it has been known for some time that certain neurones probably released both acetylcholine and noradrenaline, the coexistence of peptides and other neurotransmitters has been reported for several neurone groups. A list is shown in Table 7. However, not all neurones possessing one classical transmitter contain the same peptide, and vice versa. The functional significance of such arrangements has been a matter of

Case 1:04-cv-10981-PBS Document 1197-71 Filed 04/04/2008 Page 10 of 10

speculation. For example, in one group of neurones from sympathetic ganglia involved in sweat gland secretion, both acetylcholine and VIP are present (Hokfelt *et al.*, 1980). It is suggested that the VIP may be the mediator of vasodilation aiding the acetylcholine primed secretion. A further example is the coexistence of CCK in a subpopulation of dopamine neurones. These are mainly in the substantia nigra and related ventral tegmental area (VTA), and project to the limbic forebrain (Hokfelt *et al.*, 1980).

Other examples of interaction include the influence of monoamine release by peptides, such as the association between substance P and dopamine, the former acting as an excitatory transmitter for some dopamine neurones (Iversen and Iversen, 1981), or peptides interacting with peptides as in the case of opiate receptors located on substance P terminals.

## TRANSMITTER DISPERSAL

Following interaction with the postsynaptic cell, transmitters are either broken down by enzyme systems in the synaptic cleft or taken back up by the neurone for degradation for re-use. Some are lost by simple diffusion away from the cell. The intracellular enzymes, monoamine oxidase and catechol-O-methyl transferase are of importance for the amine transmitters, and the major extracellular mechanism for the degradation of acetylcholine is acetylcholinesterase.