EXHIBIT 58

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Trimble, Michael MD (FP Expert)**
**10/19/2007**

**Printed : 3/20/2008**

Page 45

1  MICHAEL R. TRIMBLE, M.D.
2  of the brain you were looking at and what the
3  physiological state of that brain was at the time.
4  So it is an impossible question to answer.
5     Q.  Are you aware of any research or
6  scientific publications that do, in fact, quantify
7  the amount of GABA that is located intracellularly
8  within the cell versus extracellularly, outside the
9  cell?
10    A.  In the human brain?
11    Q.  Yes, sir.
12    A.  I don't think I am. I'll say no to that.
13    Q.  Professor Trimble, you have opined in
14  your report in this case that GABA -- that use of
15  gabapentin can cause a person to commit suicide; is
16  that correct?
17    A.  That is correct.
18    Q.  Is that your opinion, sir?
19    A.  That is my opinion.
20    Q.  And is that -- that is an opinion that
21  you posit is a scientific one; is that right?
22    A.  The opinion has been derived through my
23  knowledge of the literature and the application of
24  scientific principles to the conclusion.
25    Q.  Professor Trimble, beginning with the

Page 46

1  MICHAEL R. TRIMBLE, M.D.
2  event of ingestion of gabapentin, I would like to ask
3  you to explain for us step by step how ingestion of
4  gabapentin produces suicice, including any
5  intermediate events that you contend constitute that
6  causal chain.
7     A.  May I just ask how long an explanation
8  you would like that to be because it could be a very,
9  very long explanation.
10    Q.  I fully expect it will be. Let's start
11  with the first thing after ingestion of gabapentin,
12  what is the next step in the causal chain that you
13  contend exists between the ingestion of gabapentin
14  and ultimately suicice?
15    A.  The -- to be very clear, the steps that
16  lead to this chain would be as follows: Gabapentin
17  was developed as a GABAergic which means a drug which
18  increases GABA potential in the brain. So it was
19  developed as a GABA agonist.
20        It was structurally related to GABA and
21  to another GABA agonist baclofen and it was, to some
22  extent, a designer drug. By this I mean it was known
23  to the scientific community at the time of the
24  development of this product that GABA was the major
25  inhibitory transmitter in the human brain and in

Page 47

1  MICHAEL R. TRIMBLE, M.D.
2  animal brains; that people with epilepsy, some of
3  them, had lower levels of GABA in parts of their
4  brain that was probably related to their epileptic
5  seizures or the reason they had epileptic seizures.
6        So a number of companies began to develop
7  drugs that were GABA agonists. And vigabatrin, which
8  was one such drug, which was very like the GABA
9  molecule and gabapentin was another. So the compound
10  was developed with the idea of it being a GABA
11  agonist.
12        The question as to whether or not
13  gabapentin exerted its anti-epileptic effect through
14  GABA is one which has been looked at considerably
15  since the initial use of the drug for epilepsy. It
16  is not clear, even to this day, that the therapeutic
17  effect of gabapentin in epilepsy relates to its
18  GABAergic properties; but over the last decade or
19  more, considerable evidence had been accumulated to
20  show that in some way, and there are various ways
21  that have been suggested in the literature,
22  gabapentin is an agonist of GABA either by increasing
23  the turnover of the product or by influencing GABA
24  receptors that are not traditionally the receptors
25  examined for treatment of epilepsy.

Page 48

1  MICHAEL R. TRIMBLE, M.D.
2        So gabapentin was developed as a GABA
3  agonist, and there is considerable experimental work
4  showing that it enhances GABA in the central nervous
5  system, particularly, not exclusively, in the human
6  brain.
7        So the next step in the scientific
8  argument is as follows: If you have GABA agonists,
9  how do they affect human behavior? And there is
10  within the scientific community undisputed evidence
11  that GABA agonist can produce deleterious effects on
12  human behavior. The literature on this goes back to
13  the use of compounds such as barbiturates,
14  benzodiazepines like Valium, for example, which
15  compounds are known to produce deleterious effects on
16  human behavior.
17        Now specifically, for the purposes of
18  this question, we are dealing with depression and the
19  release of impulsivity, hostility and aggression,
20  such behaviors being linked with barbiturates and
21  with benzodiazepines as early examples.
22        The question arises as to what might be
23  the next step in the biochemistry of the link between
24  GABA and these adverse behaviors. And it is again
25  established within the scientific community in many

**Page 49**

          MICHAEL R. TRIMBLE, M.D.
2  peer review papers that there is a link between GABA
3  and serotonin in the brain.
4       So going back to experiments carried out
5  in the 1980s, experimenters were able to, for
6  example, place GABA in neuron collections, the nuclei
7  in the brain where the serotonin comes from, and show
8  a direct effect that GABA had upon the release of
9  serotonin; and the release of serotonin was inhibited
10 by such methods in areas of the brain quite distant
11 from the small group of nuclei referred to as the
12 raphe nuclei, that's r-a-p-h-e nuclei which I had
13 referred to before as the collection of neurons, a
14 center from which the main serotonin pathway emerges.
15      There are, also, other neuroanatomical
16 links that I could add here.  For example, the links
17 which show that pathways going into the raphe nuclei,
18 anatomical pathways when stimulated, the GABA
19 pathways when stimulated, lead to a decrease of
20 serotonin output.
21      So if we have a GABA agonist, this will
22 alter serotonin within the central nervous system.
23 It will decrease the activity of serotonergic
24 neurons.
25      So the question then arises what is the

**Page 50**

          MICHAEL R. TRIMBLE, M.D.
2  effect on behavior of altering the turnover of
3  serotonin in the brain.  This is well-known, and to
4  help with the explanation, serotonin which we have
5  already mentioned is a neurotransmitter that is
6  extremely important in regulating background tone,
7  background hedonic tone, mood, for example, is a good
8  expression in animals but, also, humans.
9       One of the most replicated findings in
10 the whole of biological psychiatry, a finding that
11 has been replicated repeatedly since at least the
12 early 1980s is as follows: People with low levels of
13 serotonin turnover behave or have the propensity to
14 behave differently from people who have higher levels
15 of serotonin turnover.  And decreased serotonin
16 turnover as measured directly from measurements
17 related to the human brain, the decrease turnover is
18 associated with impulsivity, aggressivity and in
19 humans suicidal actions and completed suicides; and
20 the lower the turnovers, the more suicides are by
21 very aggressive means.
22      So I hope I have answered your question
23 in full how we get from GABA agonism to low serotonin
24 turnover to suicice.
25      Q.  Let me see if I can fairly state the

**Page 51**

          MICHAEL R. TRIMBLE, M.D.
2  steps, make sure I understand.  I'm seeking clarity,
3  not agreement.
4       Ingestion of gabapentin increases GABA
5  levels?
6       A.  Correct.
7       Q.  Which in your theory next decreases the
8  turnover of serotonin?
9       A.  Correct.
10      Q.  And I'm not sure I understand what the
11 next step is.  I think we have the first three:
12 Injection, elevated GABA and decreased serotonin
13 turnover?
14      A.  Yes.
15      Q.  And what is the next thing that happens
16 at a pharmacological/neurobiological level?
17      A.  The next step -- perhaps I should just
18 put in another important piece of information.
19      If you lower serotonin in the human
20 brain, even in healthy volunteers, you will see an
21 alteration of mood towards one of depression.  You
22 can do this by removing tryptophan -- removing
23 tryptophan from the diet.  And even healthy
24 individuals will show a decrease of their mood within
25 a relatively short period of time.

**Page 52**

1       MICHAEL R. TRIMBLE, M.D.
2       MR. FINKELSTEIN:  He asked about the
3  decrease of serotonin in the human brain, what
4  happens.
5       A.  If you decrease tryptophan, you decrease
6  serotonin and with that you get a change of mood
7  towards depression.  So the link is lowering
8  serotonin alters mood in the direction of depression.
9  But, in addition, the behaviors most associated with
10 that are impulsive, aggression, hostility and, as an
11 end product, suicidal actions and completed suicides.
12      Q.  Let me see if I've got the steps now.  I
13 appreciate that.
14      Ingestion of gabapentin.  Step two is
15 elevation of GABA levels.  Step three, lowering
16 serotonin?
17      A.  Correct.
18      Q.  Step four, an alteration of mood toward
19 depression and in addition impulsive aggression?
20      A.  Correct.
21      Q.  And then step five is the suicidal act?
22      A.  Correct.
23      Q.  Let's go about those steps a little more.
24      In step one, the initial ingestion with
25 relation to that first necessary act, do you believe