EXHIBIT 59



*edited by*

MARC HERTZMAN, M.D.
and DOUGLAS E. FELTNER, M.D.,

# The

# Handbook of

# Psychopharmacology

# Trials

AN OVERVIEW

OF SCIENTIFIC,

POLITICAL, AND

ETHICAL CONCERNS

additional problem in the Solvay Duphar study was the use of nineteen different centers in order to obtain a robust sample. It seems unlikely that most of these centers had routine experience with protocol patients and aggression ratings. Consequently, the potential for a Hawthorne Effect was substantial and could well have been responsible for the high positive placebo response rate observed in the study.

## A Brief Review of the Pharmacotherapy of Aggressive Behavior

Within the past quarter of a century, there have been periodic comprehensive reviews of the pharmacotherapy of aggressive behavior. The first was provided as part of a symposium presented at the 1973 meeting of the American Psychiatric Association and subsequently published in the *Journal of Nervous and Mental Disease.* Included within this symposium were extensive reviews of antipsychotic agents (Itil and Wadud 1975); lithium (Sheard 1975); anxiolytics (Azcarate 1975); anticonvulsants (Monroe 1975); stimulants (Allen et al. 1975), and hormonal agents (Blumer and Migeon 1975). An extensive single-chapter review by Leventhal and Brodie followed in 1981. Eichelman extensively reviewed this literature for the *Handbook of Psychiatry* in 1986. Miczek et al. reviewed the pharmacologic literature for the National Academy of Sciences in 1994. Other recent reviews include those by Corrigan et al. (1993); Vitiello and Stoff (1995); Silver and Yudofsky (1995); and Markowitz (1995).

The following sections review various pharmacologic intervention studies grouped according to putative neurotransmitter involvement. The studies selected are illustrative; this review is not exhaustive. Pharmacologic interventions that appear to treat an underlying psychiatric disorder (e.g., valproic acid in the case of aggressive, manic patients) are not reviewed.

### Noradrenergic Agents

Enhancement or activation of the noradrenergic system in animal models has been associated with increased aggressive behavior, suggesting that norepinephrine may act as a facilitatory neurotransmitter in aggression (Eichelman and Thoa 1972; Eichelman 1987). In rodent studies, clonidine—which suppresses firing of the locus coeruleus—

reduces rodent aggressive behavior (Sheard 1979). Beta blockers also reduce rodent aggressive behavior (Delini-Stula and Vassout 1979; Leavitt et al. 1989). Clinically, clonidine has been less extensively researched than the beta blockers. It has been used in conduct-disordered youth (Kemph et al. 1993) and has been studied in a crossover study of eight hyperactive and impulsive autistic children (Jaselskis et al. 1992). Treatment duration was six weeks. There was a 33% decrease in irritability during the clonidine treatment period. Six patients were continued on drug therapy after the study and four of the six relapsed.

Beta blockers have been more widely researched and used. Their initial effectiveness was proposed by Elliott (1977) in the reporting of open treatment of neurologically injured aggressive patients. The first blinded study using propranolol involved ten patients in a crossover design. Subjects for this study had "organic" diagnoses such as "post-traumatic brain damage" (Greendyke et al. 1984). Subsequently, blinded studies using pindolol (Greendyke et al. 1986) and nadolol (Ratey et al. 1992) (previously reviewed) have been completed. Open studies using propranolol (Yudofsky et al. 1981; Petrie and Ban 1981; Yudofsky et al. 1984; Williams et al. 1982; Whitman et al. 1987) have reported efficacy in reducing aggressive behavior in organic brain syndromes, in Korsakoff's psychosis, in schizophrenia, and in rage outbursts in children. Mattes (1988), in a comparison of carbamazepine and propranolol, found both drugs effective in diminishing aggressive behavior. However, no control group was provided. Other beta blockers are also effective: nadolol (Ratey et al. 1992; Albert et al. 1990); metoprolol (Mattes 1985); and pindolol (Greendyke and Kanter 1986). The mechanism of action effecting the observed reduction in aggressive behavior is unclear. It has been attributed to beta adrenergic receptor blockade, suppression of akathisia, or action on serotonergic receptors (Frances et al. 1994). Since propranolol increases the blood level of phenothiazines, this has also been argued as the origin of the effect for those patients concurrently taking antipsychotic medications (Lader 1988).

## Dopaminergic Agents

In the animal literature, dopamine has been viewed as a neurotransmitter enhancing aggressive behavior (e.g., Thoa et al. 1972). There is a long and established literature suggesting that dopamine antagonists can

reduce human aggressive behavior across many diagnostic categories that include psychotic disorders (Feldman et al. 1969; Goldstein et al. 1968), dementia (Sugarman et al. 1964), mental retardation (Burk and Menolascino 1968), and conduct disorder (Campbell et al. 1984). Thus, both controlled and open studies suggest that dopamine antagonists reduce aggressive behavior across many diagnostic categories even in the absence of psychotic behavior. Comparable effects are now reported with clozapine (Bartell et al. 1994) suggesting that the pharmacologic action responsible for these effects is either heterogeneous or at least not fully linked to $D_2$ receptor blockade.

The pharmacologic literature of dopamine is interesting in relation to the "paradoxical" effects of dopamine-enhancing agents in certain populations. When individuals diagnosed with attention deficit disorder and hyperactivity are treated with drugs such as d-amphetamine (Amery et al. 1984) or methylphenidate (Klorman et al. 1988), there is a diminution of aggressive behavior. Symptom improvement occurs proportional to an increase in dosage. Doses to control aggressive behavior are greater than those necessary to control attention and modify cognitive performance (Sprague and Sleator 1977). In open studies, Chandler et al. (1988) have noted that amantadine appears to reduce aggressive behavior in brain injured individuals, perhaps by a similar mechanism of dopaminergic enhancement.

## Serotonergic Agents

Enhanced levels of aggressive behavior follow serotonin depletion in animals (Eichelman 1987). Conversely, increasing levels of serotonin in brain-damaged rats through administration of the serotonin precursor tryptophan can attenuate aggressive behavior (Kantak et al. 1981).

In open clinical trials, administration of the serotonin precursor tryptophan has been reported to reduce aggressive behavior in schizophrenics (Morand et al. 1983). As noted earlier, researchers were unable to demonstrate efficacy beyond placebo levels for the mixed 5HT1 agonist, eltoprazine, in an aggressive, mentally retarded population (de Koning et al. 1994). However, Ratey et al. (1991) demonstrated a modest anti-aggressive effect with the serotonin agonist buspirone in a small population of mentally retarded patients. The study utilized a multiple-baseline, placebo lead-in protocol in which staff and researchers were

blinded as to the onset of active agent (buspirone) treatment. This study is limited by an absence of substantive statistical treatment of group data. There appears to be a drift downward in aggression scores during the placebo treatment period at the end of the study. The mixed agonist-antagonist trazodone has been reported to be effective in reducing aggressive behavior in open case reports for patients with mental retardation (O'Neil et al. 1986) and dementia (Simpson and Foster 1986). Clomipramine, a tricyclic antidepressant, has shown in both open (Garber et al. 1992) and double-blind crossover (Gordon et al. 1992) conditions, efficacy in reducing stereotypic and self-injury behaviors in developmentally disabled individuals.

The developing literature on selective serotonin reuptake inhibitors appears even more promising. Coccaro's (Coccaro et al. 1990) group has reported a reduction in aggressive behavior as determined by overt aggression scale measurements in patients meeting criteria for impulsive aggressive behavior. These studies include the use of fluoxetine in doses ranging from 20 to 60 mg/day and sertraline in doses ranging from 50 to 200 mg/day (Kavoussi et al. 1994). Case reports have also suggested efficacy within the developmentally disabled population in tests of both fluoxetine (Markowitz 1990) and fluvoxamine (McDougle et al. 1990). Markowitz (1992) has extended an open-study observation of 21 mentally retarded persons using dosages of 20 to 40 mg of fluoxetine. On a global scale "marked improvement" was reported in 13 (62%) and moderate to mild improvement in six (29%) patients. The next step in this research requires the use of blinded protocols. Fava et al. (1993) described in an open study the efficacy of fluoxetine in reducing the frequency of "rage outbursts" in medical patients whom they posit as having an underlying depression.

*Lithium.* The neurochemical mechanism underlying lithium's efficacy in treating behavior remains unclear. It has been described as affecting both noradrenergic and serotonergic systems and also can affect second messengers such as cyclic AMP. It has been demonstrated to decrease aggressive behavior in animal models (Weischer 1969; Eichelman et al. 1973). In controlled and "blinded" experiments, it has been demonstrated to decrease aggressive behavior in psychotic children (Gram and Rafaelsen 1972), in conduct-disordered children (Campbell et al. 1984), and in impulsive prisoners (Sheard et al. 1976).