EXHIBIT 62

Case 1:04-cv-10981-PBS   Document 1197-76   Filed 04/04/2008   Page 2 of 14

THIRD EDITION

The American Psychiatric Publishing

# TEXTBOOK OF
# PSYCHOPHARMACOLOGY



Alan F. Schatzberg, M.D.

Charles B. Nemeroff, M.D., Ph.D.

son and Foote 1986). In contrast, the different regions of the cerebellar cortex (i.e., the vermis, intermediate zones, and hemispheres) are all moderately innervated by noradrenergic axons (Melchitzky and Lewis 2000). In addition, unlike the distribution of DA axons, NE axons are found in both the granule and molecular layers. Within the hypothalamus and amygdala, the paraventricular and basolateral nuclei, respectively, contain the highest density of NE axons in these structures (Ginsberg et al. 1993; Li et al. 2001).

The noradrenergic nuclei in lateral ventral tegmental fields appear to project exclusively to the brainstem and spinal cord in primates. By contrast, in rodents, these nuclei have been shown to also project to subcortical structures, such as the amygdala and septum (Delfs et al. 2000; Zardetto-Smith and Gray 1995).

### Receptors

The receptors that recognize NE and $\alpha$- and $\beta$-adrenoreceptors belong to the G protein superfamily of receptors. Thus, similar to DA, NE elicits responses in the postsynaptic cell via G protein–mediated second-messenger systems. Both $\alpha$- and $\beta$-adrenoreceptors have two subtypes: $\alpha_1$-, $\alpha_2$-adrenoreceptors and $\beta_1$-, $\beta_2$-adrenoreceptors (Cooper et al. 1996). All of these receptors are widely distributed across the cerebral cortex, although their regional and laminar patterns differ. For example, in primate prefrontal cortex, autoradiography using appropriate ligands demonstrated that $\alpha_1$- and $\alpha_2$-adrenoreceptors are prominent in layer 1–superficial 3, whereas the highest density of $\beta_1$- and $\beta_2$-adrenoreceptors is in deep layer 3–layer 4 (Goldman-Rakic et al. 1990). Furthermore, in the human brain, $\alpha_1$-adrenoreceptors are also present in high density in the cortex, as well as in regions of the thalamus, hypothalamus, and hippocampus (Palacios et al. 1987). Autoradiographic studies have also revealed high densities of $\beta$-adrenoreceptors in the striatum, hippocampus, and cerebral cortex in the human brain (Pazos et al. 1985). Lower densities of $\beta$-adrenoreceptors have been found in the thalamus, hypothalamus, and amygdala and in the molecular and granule cell layers of the cerebellar cortex (Pazos et al. 1985).

## Neuroanatomy of the Serotonergic System

Only 2% of the serotonin (5-hydroxytryptamine, 5-HT) in the body is found in the brain. The neurons within the brain synthesize 5-HT, starting with the amino acid tryptophan, which is then hydroxylated, via the enzyme tryptophan hydroxylase, to form 5-hydroxytryptophan. 5-HT is then formed by decarboxylation of 5-hydroxytryptophan. As with DA, reuptake via the 5-HT transporter is the principal mechanism for terminating serotonergic neurotransmission. Azmitia and Gannon (1986) provide a detailed description of the primate serotonergic system.

### Cell Locations

The highest concentration of 5-HT-containing neurons in the mammalian brain is found in the raphe nuclei of the brainstem (Figure 3–5). The cellular morphology and anatomical distribution of 5-HT neurons indicate that the raphe nuclei can be divided into rostral and caudal brainstem groups in the monkey and human brainstem (Tork and Hornung 1990). The principal subdivisions of the rostral raphe nuclei consist of the median raphe, dorsal raphe, and caudal linear nuclei, all of which are located in the pons and midbrain. The caudal raphe nuclei consist of the raphe pallidus, raphe obscurus, and raphe magnus, located in the caudal pons and medulla. The rostral raphe nuclei provide the bulk of the ascending axonal projections to the cerebral cortex and other subcortical structures, whereas the caudal raphe nuclei give rise to descending projections to the lower brainstem and spinal cord (Tork and Hornung 1990). Because of the functional and clinical importance of the 5-HT input to the cerebral cortex and limbic forebrain provided by the rostral nuclei, the following anatomical description of the 5-HT system focuses on the rostral raphe nuclei and their axonal projections.

The most rostral 5-HT neurons are located in the interpeduncular nucleus of the ventral mesencephalon (Tork and Hornung 1990). The caudal linear nucleus, located dorsal and caudal to the interpeduncular nucleus, lies between the red nuclei and contains both 5-HT and DA neurons. The most diverse of the raphe nuclei is the dorsal raphe nucleus (Baker et al. 1990). It is located in the central gray matter, ventral to the cerebral aqueduct and fourth ventricle. On the basis of the topography and density of neurons in the primate, the dorsal raphe can be subdivided into five distinct subnuclei. Of these subnuclei, the ventrolateral subnucleus exhibits the highest density of 5-HT neurons in the entire brainstem (Baker et al. 1990). The median raphe extends from the caudal midbrain into the rostral pons (Tork and Hornung 1990). 5-HT neurons in the rostral level of the median raphe are densely packed along the midline, whereas at caudal levels, the nucleus expands laterally to form its characteristic barrel-shaped appearance. The barrel-like appearance of the nucleus is formed by the development of the paramedian



**FIGURE 3–5.** Serotonin-containing projections from the raphe nuclei in the human brain.
BST = bed nucleus of the stria terminalis.
Source.  Based on Heimer 1995.

raphe nuclei, which straddle the midline and consist of both 5-HT neurons and the 5-HT axons that arise from more caudal levels.

## Projection Sites

The cerebral cortex is a major recipient of 5-HT axons arising from the mesencephalon. The heaviest projections to the frontal cortex, including prefrontal (Figure 3–3) and motor cortices, arise from the dorsal raphe (Wilson and Molliver 1991). The median raphe and supralemniscal group project equally to the parietal, occipital, and frontal cortices. Unlike DA axons in the dopaminergic system, 5-HT axons are homogeneously distributed across different cortical areas, with the greatest density of axons usually present in the middle cortical layers (Morrison and Foote 1986).

Although this area has been less well studied in primates, investigations in rodents suggest that the median raphe and dorsal raphe projections to the cerebral cortex are distinct in a number of respects (Mamounas and Molliver 1991). The cortical 5-HT axons originating from the median raphe are characterized by the presence of large spherical varicosities with thin intervaricose segments that give these axons a beaded appearance. In contrast, cortical axons originating from the dorsal raphe are fine and tortuous, with irregularly spaced small varicosities. Most cortical regions contain both types of 5-HT axons; however, the intracortical distribution of 5-HT axons is not uniform. For example, in the primate prefrontal cortex, the fine axons are present in all layers but are more abundant in layers 3–6, whereas the beaded axons predominate in layers 1–2 (Smiley and Goldman-Rakic 1996). These distinct morphological features of 5-HT axons, together with the unique topographical distributions, suggest that different functional roles for the two 5-HT fiber systems may exist. For example, in rodents, administration of amphetamine derivatives, such as methylenedioxyamphetamine and p-chloroamphetamine, causes selective degeneration of fine 5-HT-containing axons, whereas the beaded axons are spared (see Mamounas and Molliver 1991).

With regard to 5-HT synapses in primate cortex, the presence of 5-HT-labeled varicosities does not necessarily correspond to 5-HT synaptic specializations. In fact, it has been reported that over three-fourths of 5-HT varicos-

ities in the primate cortex do not form identifiable synaptic specializations, even though many have synaptic vesicles and accumulate 5-HT immunoreactivity (Smiley and Goldman-Rakic 1996). These observations suggest that, like DA, 5-HT release may occur at sites other than identified synapses and support the concept that nonsynaptic mechanisms of 5-HT neurotransmission are present in the primate cortex.

The raphe nuclei also project to a number of subcortical structures. The rostral group, including the caudal linear and dorsal raphe nuclei, project to the caudate, putamen, substantia nigra, and thalamus. In primates, 5-HT innervation of the thalamus is heterogeneous and widespread. The midline, rostral intralaminar, and reticular nuclei are the most densely innervated, whereas the ventral anterior and habenula are sparsely innervated (Lavoie and Parent 1991). The median raphe and the interfascicular subnucleus of the dorsal raphe project to limbic structures, such as the hippocampus, amygdala, and septum. 5-HT neurons in both the median raphe and dorsal raphe contain highly collateralized axons that innervate multiple terminal fields. This axonal organization pattern suggests that functionally related nuclei can be innervated by the same group of 5-HT neurons or even the same individual neuron.

### Receptors

Physiological and biochemical studies have revealed that multiple receptors exist for 5-HT and that many of these receptors have subtypes. To date, 14 5-HT receptors have been identified. The current classification of 5-HT receptors is based on structural characteristics and the second-messenger systems that are utilized. All but one of the 5-HT receptors belongs to the G protein receptor superfamily. The exception is the 5-HT$_3$ receptor, which belongs to the ligand-gated ion channel family (Peroutka 1997).

The distribution of 5-HT receptors in the serotonergic system, similar to receptor distribution in other monoaminergic systems, has been studied mostly in rodents by localization of receptor mRNAs. However, studies performed in humans reveal receptor mRNA distributions that are similar to those in rodents. The 5-HT$_1$ receptor has six subtypes, 5-HT$_{1A-F}$ (Peroutka 1997). Several of the 5-HT$_1$ subtypes (5-HT$_{1A}$, 5-HT$_{1B}$, and 5-HT$_{1D}$) appear to also function presynaptically, because the mRNA for these subtypes has been localized to 5-HT-containing neurons in both the dorsal and median raphe. In addition, 5-HT$_{1A}$ and 5-HT$_{1B}$ receptors, as revealed by immunocytochemistry and autoradiography, are present in the cerebral cortex, as well as in other projection sites of the dorsal raphe and median raphe (DeFelipe et al. 2001; Goldman-Rakic et al. 1990; Jakab and Goldman-Rakic 2000; Mengod et al. 1996).

The 5-HT$_2$ receptor has three subtypes, A–C (Peroutka 1997). The mostly widely studied of these is 5-HT$_{2A}$, the mRNA of which is most abundant in the cerebral cortex. In monkey prefrontal cortex, the 5-HT$_{2A}$ receptor appears to be expressed by pyramidal cells, as well as by the parvalbumin-containing subclass of nonpyramidal neurons (Jakab and Goldman-Rakic 2000), which provide potent inhibitory input to pyramidal cells. 5-HT$_{2B}$ mRNA is also localized to the cerebral cortex, whereas the 5-HT$_{2C}$ receptor mRNA has been identified in the hypothalamus and medulla (Mengod et al. 1996).

The 5-HT$_3$ receptor mRNA has been identified in rodent cerebral cortex, where it was found to be colocalized in GABA-containing neurons (Tecott et al. 1993). In addition, in monkey prefrontal cortex, the 5-HT$_3$ receptor has been localized to small GABA-containing neurons that also express substance P and the calcium-binding protein calbindin (Jakab and Goldman-Rakic 2000).

The anatomical localization of the remaining 5-HT receptors (i.e., 5-HT$_4$, 5-HT$_{5A-B}$, 5-HT$_6$, and 5-HT$_7$) has not been as well studied. However, mRNA for these receptor subtypes appears to be predominantly localized to subcortical structures, such as the caudate, nucleus accumbens, hippocampus, thalamus, and amygdala.

## Neuroanatomy of the Acetylcholinergic System

Acetylcholine (ACh) is phylogenetically a very old molecule that is widely distributed in eukaryotic, as well as prokaryotic, cells. Furthermore, ACh is found in many nonneuronal tissues, in which it appears to modulate basic cellular actions. ACh is formed by the synthesis of acetyl coenzyme A and choline via the enzyme choline acetyltransferase. Acetyl coenzyme A is available from mitochondria, and choline is obtained through the diet. ACh is rapidly inactivated in the synaptic cleft by the enzyme acetylcholinesterase. The presence of ACh-containing cell bodies and axons has been demonstrated by the use of histochemical procedures to visualize the acetylcholinesterase molecule, as well as by the use of specific antibodies directed against choline acetyltransferase. Immunocytochemical identification of ACh-containing axons based on choline acetyltransferase antibodies is the preferred method, because acetylcholinesterase may not be a specific marker of cholinergic structures. A detailed review of the primate cholinergic system can be found in de Lacalle and Saper (1997).

## Cell Locations

ACh-containing neurons are located in two main groups in the brain (Figure 3-6). The basal forebrain cholinergic complex is located near the inferior surface of the telecephalon, between the hypothalamus and orbital cortex. This complex includes the medial septal nucleus, the diagonal band of Broca, the nucleus basalis (also known as the basal nucleus of Meynert), the magnocellular preoptic area, and the substantia innominata. All of these regions are characterized by the presence of large ACh-containing multipolar neurons (Semba and Fibiger 1989).

The pontomesencephalotegmental cholinergic complex consists of the pedunculopontine nucleus, which is located along the dorsolateral aspect of the superior cerebellar peduncle, and the laterodorsal tegmental nucleus in the ventral part of the periaqueductal gray. Similar to the cells in the basal forebrain complex, the pontomesencephalotegmental complex is also characterized by the presence of large ACh-containing cells (Semba and Fibiger 1989).

In addition to these cell groups, ACh-containing neurons are also present in all nuclei of the striatum (i.e., the caudate, putamen, and nucleus accumbens). However, these cholinergic cells are interneurons and thus do not project out of the striatum (Cooper et al. 1996).

## Projection Sites

The cerebral cortex is a major recipient of cholinergic projections that originate predominantly from the basal forebrain complex. The organization of these projections in primates is similar to the organization in rodents. In general, these projections are topographically organized, with a distinct population of neurons projecting to a particular location in the cortex.

The distribution of ACh-containing axons in the cerebral cortex is heterogeneous, with paralimbic areas having the greatest density of ACh-containing axons. Sensory and association regions of neocortex are less densely innervated by cholinergic axons than are paralimbic areas. For example, in human brain, the density of cholinergic axons is lowest in primary visual cortex; moderate in association areas, including parts of the prefrontal (Figure 3-3) and parietal cortices; and highest in paralimbic entorhinal and cingulate cortices (Mesulam et al. 1992). The density of cholinergic axons also differs within a cortical region. In monkey prefrontal cortex, there is a rostral to caudal increase in the density of ACh-containing axons, so that area 10 at the frontal pole has a lower density of cholinergic axons than does area 9, which is less densely innervated than the more caudal area 8B. Furthermore, the more caudal premotor (area 6) and motor (area 4) cortices have the highest density of ACh-containing axons in the frontal lobe (Lewis 1991).

The distribution of ACh-containing axons across the cortical layers is also heterogeneous. In general, layers 1-2 and layer 5 have the highest density of cholinergic axons, whereas layer 4 has the lowest density of ACh-containing axons (Lewis 1991; Mesulam et al. 1992).

The hippocampus is also densely innervated by cholinergic axons. These projections arise from the medial septal and diagonal band of Broca nuclei of the basal forebrain complex (Kitt et al. 1987). The molecular layer of the dentate gyrus and the CA2, CA3, and CA4 subsectors of the hippocampus contain the highest densities of ACh-containing axons (Mesulam et al. 1992). Although the densities of the ACh-containing fibers in the CA1 subsector and in the subiculum are lower than those in other portions of the hippocampus, they are still more densely innervated than most cortical areas (see Mesulam et al. 1992).

The amygdala also receives projections from the basal forebrain cholinergic complex. Within the amygdala, all nuclei are densely innervated by ACh-containing axons, with the basolateral nucleus having the highest density (Mesulam et al. 1992). Retrograde tracing has demonstrated that this projection arises principally from the nucleus basalis (Kitt et al. 1987).

In rodents, the reticular nucleus of the thalamus and the interpeduncular nucleus are densely innervated by cholinergic axons that originate from the nucleus of the diagonal band of Broca and the nucleus basalis, respectively. These projections have not been investigated in primates (Semba and Fibiger 1989).

The thalamus is densely innervated by cholinergic axons that originate from the pedunculopontine and laterodorsal tegmental nuclei (Semba and Fibiger 1989). In addition, acetylcholinesterase activity and immunoreactivity for choline acetyltransferase have revealed a heterogeneous distribution of cholinergic axons within the thalamus. For example, in primates, the midline, intralaminar, anterodorsal, lateral mediodorsal, and medial pulvinar nuclei contain very high levels of cholinergic axons (Barbas et al. 1991; Cavada et al. 1995). A similar pattern of cholinergic axons is found in rodents (Levey et al. 1987).

The pedunculopontine and laterodorsal tegmental nuclei project to other subcortical structures, including the lateral hypothalamus, the superior colliculus, and the lateral preoptic area. However, these projections have only been investigated in rodents (Semba and Fibiger 1989).



**FIGURE 3–6.**   Acetylcholine-containing projections in the human brain.
*Source.*   Based on Heimer 1995.

## Receptors

Ach receptors have been divided into two main classes, the muscarinic and nicotinic receptors. There are five ($M_1$–$M_5$) subtypes of the muscarinic receptor, all of which are coupled to G proteins and linked to a variety of second-messenger systems. The neuronal nicotinic receptor has two subunits, $\alpha$ and $\beta$; the $\alpha$ subunit has seven different forms and the $\beta$ subunit has three different forms. The nicotinic receptors are ionotropic, acting directly on sodium channels.

Most of the studies investigating the localization of Ach receptors in the brain have employed autoradiography, utilizing tritiated nicotine or receptor subtype–specific ligands.

For example, $M_1$ and $M_2$ receptor subtypes have been shown to be present in many regions of the cerebral cortex, including the frontal, parietal, and occipital cortices. Specifically, the overall densities of $M_1$ and $M_2$ receptor subtypes were similar, but the laminar distributions varied across the cortex (Lidow et al. 1989). In parietal, occipital, and motor cortices, both receptor subtypes were concentrated in the superficial layers. In contrast, $M_1$ and $M_2$ subtypes were evenly distributed across the cortical layers in the prefrontal cortex.

The distribution of tritiated nicotine binding sites similar in both rat and monkey brains. For example, both species, dense labeling occurs in sensory- and motor related thalamic nuclei, the dentate gyrus of the hippocampus, and layer 3 of the cerebral cortex (Clarke 1989 Furthermore, the anatomical distributions of the mRN for the nicotinic Ach receptor subunits have been invest gated in the monkey brain. The $\alpha_4$ and $\beta_2$ receptor su units are the most widely distributed, with highest den ties in the dorsal thalamus and the DA-containing nucl of the mesencephalon (Han et al. 2000).

## Excitatory and Inhibitory Amino Acid Neurotransmitters in the Context of Neural Circuitry

Amino acid neurotransmitters are the most abundant a widely used neurotransmitters in the brain. The exci tory neurotransmitter glutamate and the inhibitory ne rotransmitter GABA are the predominant transmitters both the local and long-range circuits that form distr

uted neural networks. In the brain, L-glutamate is synthesized in axon terminals from glucose (via the Kreb's cycle) or from glutamine that is converted into glutamate by the enzyme glutaminase. The synaptic action of glutamate is terminated by the glutamate transporter that is located on the presynaptic axon terminal. GABA is synthesized in the brain by the decarboxylation of L-glutamic acid, which is catalyzed by the enzyme glutamic acid decarboxylase. As in other neurotransmitter systems, the synaptic action of GABA is terminated by the GABA transporter. In the following section, we focus on the cell types and projections utilizing these two neurotransmitters in the neocortex, thalamus, and basal ganglia, because these brain regions have been implicated in the pathophysiology of a number of psychiatric disorders.

## Cerebral Cortex

Pyramidal cells, the predominant projection neurons of the cerebral cortex, utilize glutamate as their neurotransmitter. Most pyramidal neurons are characteristically shaped and possess a single apical dendrite that extends toward the pial surface. In addition, several basilar dendrites extend from the base of the cell body in a radial fashion. Dendritic spines, short extensions of the dendritic shafts, coat both apical and basilar dendrites. Pyramidal neurons have principal axons that enter the white matter and project to other cortical regions, as well as axon collaterals that travel either horizontally or vertically within the gray matter. In all cortical areas, pyramidal cells are located in layers 2–6, and the laminar location of a pyramidal cell often indicates its projection target. For example, cortically projecting pyramidal neurons are predominantly located in layer 3, whereas striatal- and thalamic-projecting cells reside in layers 5 and 6, respectively (DeFelipe and Farinas 1992).

Nonpyramidal neurons are the other major class of cortical neuron, and the majority (90%) of these neurons utilize GABA as their neurotransmitter. Also known as interneurons, the axons of cortical GABA cells arborize within the gray matter and thus do not project out of the cortical region in which they reside. As many as 12 different subtypes of GABA neurons can be found in the cortex and can be distinguished biochemically and morphologically (Fairen et al. 1984; Lund and Lewis 1993) (Figure 3–7). For example, subpopulations of GABA cells can be distinguished by the presence of certain neuropeptides or calcium-binding proteins (Condé et al. 1994; Gabbott and Bacon 1996). In addition, the organization of the axonal arbor and synaptic targets of the axon terminals differ greatly across these different subtypes (Lund and Lewis 1993). As depicted in Figure 3–7, the chandelier class of GABA cell expresses the calcium-binding protein parvalbumin (DeFelipe et al. 1989; Lund and Lewis 1993) and has axon terminals that are arrayed as distinct vertical structures termed *cartridges* (Fairen and Valverde 1980; Goldman-Rakic and Brown 1982). These axon terminals form Gray's type II (inhibitory) synapses exclusively with the axon initial segments of pyramidal cells (DeFelipe et al. 1985). In contrast, double bouquet cells, which contain the calcium-binding proteins calretinin or calbindin (Condé et al. 1994), have radially oriented axonal arbors and axon terminals that form Gray's type II synapses predominantly onto the dendritic shafts of other GABA neurons (Gonchar and Burkhalter 1999; Meskenaite 1997).

## Thalamus

The dorsal thalamus is a heterogeneous structure comprising numerous nuclei that are distinguished by location, cytoarchitecture, and connections with other brain regions. The projection or relay neurons within these nuclei use glutamate as their neurotransmitter and thus provide excitatory input to their target regions. For example, the axon terminals that project from the thalamus to primary sensory cortices contain glutamate immunoreactivity and form Gray's type I synapses (Kharazia and Weinberg 1994).

There are two groups of GABA-containing neurons in the primate thalamus, the interneurons, whose axons and actions are confined within the various dorsal thalamic nuclei, and the neurons of the reticular nucleus. All of the neurons in the reticular nucleus are GABAergic and they provide extensive projections to the nuclei of the dorsal thalamus, the principal (and possibly sole) target of the reticular nucleus (Steriade et al. 1997). Thus, as in the cortex, the activity of the long-range excitatory projections from the thalamus is regulated by inhibitory inputs from nearby GABA neurons.

## Basal Ganglia

The basal ganglia consist of the striatum (comprising the caudate nucleus, putamen, and nucleus accumbens), globus pallidus (internal and external segments), and substantia nigra pars reticulata. In contrast to the cortex and thalamus, the projection neurons of the basal ganglia utilize GABA as a neurotransmitter. For example, the GABA-containing medium spiny neurons of the striatum, which are the principal target of the excitatory projections from cortical pyramidal cells (Alexander and Crutcher 1990), project to the substantia nigra pars reticulata. The large nonspiny GABA projection neurons of the substantia nigra

Case 1:04-cv-10981-PBS   Document 1197-76   Filed 04/04/2008   Page 9 of 14



**FIGURE 3–7.** Schematic drawing of the possible synaptic interactions between different classes of interneurons and a layer 3 pyramidal neuron (P) in monkey prefrontal cortex.

The indicated synaptic connections of each morphological class of local circuit neuron are based upon previous studies (see text for details). These classes of interneurons are based on the presence of the calcium-binding proteins parvalbumin (PV), calbindin (CB), or calretinin (CR).

C = chandelier neuron (PV-labeled); CRC = Cajal Retzius neuron (CR- and/or CB-labeled); DB = double bouquet neuron (CR-labeled, or possibly CB-labeled); M = Martinotti cell (CB-labeled); N = neurogliaform neuron (CB-labeled); PL = pyramidal-like neuron (CR-labeled); WA = wide arbor (basket) neuron (PV-labeled); WM = white matter.
Source.  Based on Condé et al. 1994.

pars reticulata (Yelnik et al. 1987) project to the thalamus, where they make inhibitory contacts onto thalamic projection neurons. This pathway from the striatum through the substantia nigra pars reticulata to the thalamus is known as the "direct" pathway through the basal ganglia, and it results in disinhibition of the thalamus, which in turn, sends a glutamatergic projection back to the cerebral cortex (Alexander and Crutcher 1990). An example of GABAergic connections in the basal ganglia is the projections from the striatum to the internal and external portions of the globus pallidus (Alexander and Crutcher 1990).

## Neuropeptides

Neuropeptides are proteins that have been shown to modulate classical neurotransmitters and are often colocalized with neurotransmitters within neurons. This section focuses on four neuropeptides that have been implicated in the pathophysiology of psychiatric disorders.

### Corticotropin-Releasing Factor

Corticotropin-releasing factor (CRF) is best known as a hormone that is secreted by the hypothalamus and that

stimulates ACTH release from the pituitary, which results in the production of cortisol by the adrenal glands. Specifically, CRF is localized to neurons of the paraventricular nucleus in the hypothalamus, which send axons to the median eminence. CRF-containing cells are also localized to other hypothalamic nuclei, such as the medial preoptic area and the dorsomedial, arcuate, and mammillary nuclei (DeSouza and Grigoriadis 2002). It has been hypothesized that hyperactivity of hypothalamic CRF might underlie the hypercortisolemia and contribute to the symptomatology seen in major depression (Aborelius et al. 1999). Furthermore, given that both NE and DA have been shown to be involved with stress as well as with depression, the presence of CRF-containing axons in NE- and DA-containing nuclei provides another mechanism by which CRF can affect stress responses (Austin et al. 1997).

CRF also appears to have effects on cognitive processing. Of interest, CRF is found in GABA-containing cells in the cerebral cortex, with the highest densities of these cells found in prefrontal, insular, and cingulate cortices (DeSouza and Grigoriadis 2002). In addition, cortical CRF has also been implicated in major depression and in Alzheimer's disease. For example, a decrease in CRF binding sites in the frontal cortex of suicide victims, compared with normal controls, has been demonstrated (Nemeroff et al. 1988). Furthermore, in postmortem tissue from individuals with Alzheimer's disease, the number of CRF-containing neurons is reduced in the amygdala, and CRF-containing axons are associated with amyloid deposits in the cerebral cortex (Powers et al. 1987).

## Neuropeptide Y

Neuropeptide Y (NPY) is a 36–amino acid peptide, which, along with its receptors, is widely distributed within the CNS (Wettstein et al. 1995). The regions of the human brain that contain high densities of NPY-containing neurons include the striatum and amygdala, while the hypothalamus, cerebral cortex, hippocampus, periaqueductal gray, and basal forebrain contain moderate levels of NPY-containing cells (Schwartzberg et al. 1990). In addition to having a role in the regulation of eating behavior, NPY has been implicated in affective disorders. For example, NPY cerebrospinal fluid (CSF) and plasma levels are lower in patients with depression than in the control group (Nilsson et al. 1996; Westrin et al. 1999), and these levels increase after electroconvulsive treatment (Mathé et al. 1996). In addition, NPY immunoreactivity appears to be reduced in the caudate nucleus and frontal cortex of individuals who committed suicide (Widdowson et al. 1992).

## Substance P

Substance P is a member of the family of neuropeptides known as the tachykinins, which also includes neurokinin A and B. The actions of these neuropeptides are mediated through the specific G protein–coupled receptors $NK_1$, $NK_2$ and $NK_3$, and substance P is the preferred agonist for the $NK_1$ receptor (Hökfelt et al. 2001). Substance P is found throughout the nervous system. In particular, substance P is expressed in brain regions that appear to be involved in emotion, such as the amygdala, periaqueductal gray, and hypothalamus (Pioro et al. 1990). In addition, substance P is colocalized with serotonin in approximately 50% of the dorsal raphe neurons in the human brain (Baker et al. 1991; Sergeyev et al. 1999).

Studies in animals have suggested that substance P, besides having a role in pain and inflammation, may also be involved in anxiety and in neurochemical responses to stress. For example, injection of substance P agonists causes fear-related behavior in animals (see Aguiar and Brandao 1994; Teixeira et al. 1996). Furthermore, in rats subjected to inescapable foot shocks, substance P levels were reduced in the hypothalamus, periaqueductal gray, and mesolimbic system (Bannon et al. 1983; Takayama et al. 1986).

Substance P also appears to be involved in depression. For example, elevated concentrations of substance P have been reported in the CSF of patients with depression (Rimon et al. 2002). In addition, $NK_1$ receptor antagonists appear to have antidepressant effects. For example, in a randomized, double-blind study, the $NK_1$ receptor antagonist MK-869 was shown to be as effective as or more effective than paroxetine in relieving symptoms of depression and anxiety (Kramer et al. 1998). These findings suggest that selective serotonin reuptake inhibitors, such as paroxetine, and $NK_1$ receptor antagonists may both act on the serotonergic raphe cells that co-express substance P.

## Neurotensin

Neurotensin is a tridecapeptide that has a strong association with the dopaminergic system (Lambert et al. 1995). For example, neurotensin is present in nuclei that have high densities of DA cells or axons, such as the ventral tegmental area and the amygdala, respectively (Manberg et al. 1982). Given the role of DA in neuropsychiatric disorders, such as schizophrenia, the localization and function of neurotensin in the brain has been widely studied. One of the most consistent findings is the reduced CSF concentration of neurotensin in neuroleptic-naive individuals with schizophrenia (Sharma et al. 1997).

In addition, clinically effective antipsychotic drug treatment may increase CSF neurotensin levels in schizophrenia (Sharma et al. 1997).

## Conclusion

This chapter reviews the basic framework of the anatomical distribution of the major neurochemical systems in the primate brain. These organizational schemas provide important constraints on the actions of neurotransmitters and neuromodulators. In addition, the consequences of the cellular actions and pharmacological manipulations of their synthesis, release, reuptake, and receptor binding depend on the rich and diverse interplay across these neurochemical systems. Clearly, a major challenge for the future involves the elucidation of these interactions and the characterization of how these interactions are disturbed in psychiatric disorders.

## References

Aborelius L, Owns MJ, Plotsky PM, et al: The role of corticotropin-releasing factor in depression and anxiety disorders. J Endocrinol 160:1–12, 1999

Aguiar MS, Brandao ML: Conditioned place aversion produced by microinjections of substance P into the periaqueductal gray of rats. Behav Pharmacol 5:369–373, 1994

Akil M, Lewis DA: The dopaminergic innervation of monkey entorhinal cortex. Cereb Cortex 3:533–550, 1993

Alexander GE, Crutcher MD: Functional architecture of the basal ganglia circuits: neural substrates of parallel processing. Trends Neurosci 13:266, 1990

Andreasen NC, O'Leary DS, Cizaldo T, et al: Schizophrenia and cognitive dysmetria: a positron-emission tomography study of dysfunctional prefrontal-thalamic-cerebellar circuitry. Proc Natl Acad Sci USA 93:9985–9990, 1996

Arsenault M-Y, Parent A, Seguela P, et al: Distribution and morphological characteristics of dopamine-immunoreactive neurons in the midbrain of the squirrel monkey (*Saimiri sciureus*). J Comp Neurol 267:489–506, 1988

Austin MC, Rhodes JL, Lewis DA: Differential distribution of corticotropin-releasing hormone immunoreactive axons in monoaminergic nuclei of the human brainstem. Neuropsychopharmacology 17:326–341, 1997

Azmitia EC, Gannon PJ: Anatomy of the serotonergic system in the primate and subprimate brain. Adv Neurol 43:407–468, 1986

Baker KG, Halliday GM, Tork I: Cytoarchitecture of the human dorsal raphe nucleus. J Comp Neurol 301:147–161, 1990

Baker KG, Halliday GM, Hornung J-P, et al: Distribution, morphology and number of monoamine-synthesizing and substance P-containing neurons in the human dorsal raphe nucleus. Neuroscience 42:757–775, 1991

Bannon MJ, Elliott PJ, Alpert JE, et al: Role of endogenous substance P in stress-induced activation of mesocortical dopamine neurons. Nature 306:791–792, 1983

Barbas H, Haswell Henion TH, Dermon CR: Diverse thalamic projections to the prefrontal cortex in the rhesus monkey. J Comp Neurol 313:65–94, 1991

Beaudet A, Descarries L: Fine structure of monoamine axon terminals in cerebral cortex, in Monoamine Innervation of Cerebral Cortex. Edited by Descarries L, Reader TR, Jasper HH. New York, Alan R Liss, 1984, pp 77–93

Berger B, Gaspar P, Verney C: Dopaminergic innervation of the cerebral cortex: unexpected differences between rodent and primates. Trends Neurosci 14:21–27, 1991

Bergson C, Mrzljak L, Smiley JF, et al: Regional, cellular, and subcellular variations in the distribution of $D_1$ and $D$ dopamine receptors in primate brain. J Neurosci 15:7821–7836, 1995

Cavada C, Compañy T, Hernández-González A, et al: Acetylcholinesterase histochemistry in the macaque thalamus reveals territories selectively connected to frontal, parietal and temporal association cortices. J Chem Neuroanat 8:245–257, 1995

Ciliax BJ, Heilman C, Demchyshyn LL, et al: The dopamine transporter: immunochemical characterization and localization in brain. J Neurosci 15:1714–1723, 1995

Ciliax BJ, Drash GW, Staley JK, et al: Immunocytochemical localization of the dopamine transporter in human brain. J Comp Neurol 409:38–56, 1999

Clarke PB: Mapping of brain nicotinic receptors by autoradiographic techniques and the effect of experimental lesions. Prog Brain Res 79:65–71, 1989

Condé F, Lund JS, Jacobowitz DM, et al: Local circuit neurons immunoreactive for calretinin, calbindin D-28k, or parvalbumin in monkey prefrontal cortex: distribution and morphology. J Comp Neurol 341:95–116, 1994

Cooper JR, Bloom FE, Roth RH: The Biochemical Basis of Neuropharmacology. New York, Oxford, 1996

Dahlström A, Fuxe K: Evidence for the existence of monoamine neurons in the central nervous system, I: demonstration of monoamines in the cell bodies of brain stem neurons. Acta Physiol Scand 62:1–55, 1964

DeFelipe J, Farinas I: The pyramidal neuron of the cerebral cortex: morphological and chemical characteristics of the synaptic inputs. Prog Neurobiol 39:563–607, 1992

DeFelipe J, Hendry SHC, Jones EG, et al: Variability in the terminations of GABAergic chandelier cell axons on initial segments of pyramidal cell axons in the monkey sensorimotor cortex. J Comp Neurol 231:364–384, 1985

DeFelipe J, Hendry SH, Jones EG: Visualization of chandelier cell axons by parvalbumin immunoreactivity in monkey cerebral cortex. Proc Natl Acad Sci USA 86:2093–2097, 1989

DeFelipe J, Arellano JI, Gómez A, et al: Pyramidal cell axons show a local specialization for GABA and 5-HT inputs in monkey and human cerebral cortex. J Comp Neurol 433:148–155, 2001

de Lacalle S, Saper CB: The cholinergic system in the primate brain: basal forebrain and pontine-tegmental cell groups, in Handbook of Chemical Neuroanatomy: The Primate Nervous System, Vol 13. Edited by Bloom FE, Björklund A, Hökfelt T. Amsterdam, Elsevier, 1997, pp 217–262

Delfs JM, Zhu Y, Druhan JP, et al: Noradrenaline in the ventral forebrain is critical for opiate withdrawal-induced aversion. Nature 403:430–434, 2000

DeSouza EB, Grigoriadis DE: Corticotropin-releasing factor, in Neuropsychopharmacology: The Fifth Generation of Progress. Edited by Davis KL, Charney DS, Coyle JT, et al. New York, Lippincott Williams & Wilkins, 2002, pp 91–107

Diaz J, Lévesque D, Lammers CH, et al: Phenotypical characterization of neurons expressing the dopamine $D_3$ receptor in the rat brain. Neuroscience 65:731–745, 1995

Fairen A, Valverde F: A specialized type of neuron in the visual cortex of cat: a Golgi and electron microscope study of chandelier cells. J Comp Neurol 194:761–779, 1980

Fairen A, DeFelipe J, Regidon J: Nonpyramidal neurons, general account, in Cerebral Cortex, Vol 1. Edited by Peters A, Jones EG. New York, Plenum, 1984, pp 201–245

Felten DL, Sladek JR: Monoamine distribution in primate brain V. Monoaminergic nuclei: anatomy, pathways and local organization. Brain Res Bull 10:171–284, 1983

Foote SL: The primate locus coeruleus: the chemical neuroanatomy of the nucleus, its efferent projections, and its target receptors, in Handbook of Chemical Neuroanatomy: The Primate Nervous System, Part 1. Edited by Bloom FE, Björklund A, Hökfelt T. New York, Elsevier, 1997, pp 187–215

Gabbott PLA, Bacon SJ: Local circuit neurons in the medial prefrontal cortex (areas 24a,b,c, 25 and 32) in the monkey, I: cell morphology and morphometrics. J Comp Neurol 364:567–608, 1996

Gaspar P, Berger B, Fabvret A, et al: Catecholamine innervation of the human cerebral cortex as revealed by comparative immunohistochemistry of tyrosine hydroxylase and dopamine-beta-hydroxylase. J Comp Neurol 279:249–271, 1989

Gatter KC, Powell TPS: The projection of the locus ceruleus upon the neocortex in the macaque monkey. Neuroscience 2:441–445, 1977

Ginsberg SD, Hof PR, Young WG, et al: Noradrenergic innervation of the hypothalamus of rhesus monkeys: distribution of dopamine-beta-hydroxylase immunoreactive fibers and quantitative analysis of varicosities in the paraventricular nucleus. J Comp Neurol 327:597–611, 1993

Goldman-Rakic PS, Brown RM: Postnatal development of monoamine content and synthesis in the cerebral cortex of rhesus monkeys. Dev Brain Res 4:339–349, 1982

Goldman-Rakic PS, Lidow MS, Gallagher DW: Overlap of dopaminergic, adrenergic, and serotoninergic receptors and complementarity of their subtypes in primate prefrontal cortex. J Neurosci 10:2125–2138, 1990

Gonchar Y, Burkhalter A: Connectivity of GABAergic calretinin-immunoreactive neurons in rat primary visual cortex. Cereb Cortex 9:683–696, 1999

Haber SN, Fudge JL: The primate substantia nigra and VTA: integrative circuitry and function. Crit Rev Neurobiol 11:323–342, 1997

Haber SN, Ryoo H, Cox C, et al: Subsets of midbrain dopaminergic neurons in monkeys are distinguished by different levels of mRNA for the dopamine transporter: comparison with the mRNA for the $D_2$ receptor, tyrosine hydroxylase and calbindin immunoreactivity. J Comp Neurol 362:400–410, 1995

Han Z-Y, Le Novere N, Zoli M, et al: Localization of nAChR subunit mRNAs in the brain of Macaca mulatta. Eur J Neurosci 12:3664–3674, 2000

Heimer L: The Human Brain and Spinal Cord: Functional Neuroanatomy and Dissection Guide, 2nd Edition. New York, Springer-Verlag, 1995

Hökfelt T, Pernow B, Wahren J: Substance P: a pioneer amongst neuropeptides. J Intern Med 249:27–40, 2001

Jaber M, Robinson SW, Missale C, et al: Dopamine receptors and brain function. Neuropharmacology 35:1503–1519, 1996

Jaber M, Jones S, Giros B, et al: The dopamine transporter: a crucial component regulating dopamine transmission. Mov Disord 12:629–633, 1997

Jakab RL, Goldman-Rakic PS: Segregation of serotonin $5-HT_{2A}$ and $5-HT_3$ receptors in inhibitory circuits of the primate cerebral cortex. J Comp Neurol 417:337–348, 2000

Khan ZU, Gutiérrez A, Martín R, et al: Differential regional and cellular distribution of dopamine $D_2$-like receptors: an immunocytochemical study of subtype-specific antibodies in rat and human brain. J Comp Neurol 402:353–371, 1998

Kharazia VN, Weinberg RJ: Glutamate in thalamic fibers terminating in layer IV of primary sensory cortex. J Neurosci 14:6021–6032, 1994

Kitt CA, Mitchell SJ, DeLong MR, et al: Fiber pathways of basal forebrain cholinergic neurons in monkeys. Brain Res 406:192–206, 1987

Kramer MS, Cutler N, Feighner J, et al: Distinct mechanism for antidepressant activity by blockade of central substance P receptors. Science 281:640, 1998

Lambert PD, Gross R, Nemeroff CB, et al: Anatomy and mechanisms of neurotensin-dopamine interactions in the central nervous system. Ann N Y Acad Sci 757:377–389, 1995

Lavoie B, Parent A: Serotonergic innervation of the thalamus in the primate: an immunohistochemical study. J Comp Neurol 312:1–18, 1991

Levey AI, Hallanger AE, Wainer BH: Choline acetyltransferase immunoreactivity in the rat thalamus. J Comp Neurol 257:317–332, 1987

Lewis DA: Distribution of choline acetyltransferase immunoreactive axons in monkey frontal cortex. Neuroscience 40:363–374, 1991

Lewis DA: Neural circuitry approaches to understanding the pathophysiology of schizophrenia, in Neuropsychopharmacology: The Fifth Generation of Progress. Edited by Davis KL, Charney DS, Coyle JT, et al. Philadelphia, PA, Lippincott Williams & Wilkins, 2002, pp 729–743

Lewis DA, Morrison JH: The noradrenergic innervation of monkey prefrontal cortex: a dopamine-beta-hydroxylase immunohistochemical study. J Comp Neurol 282:317–330, 1989

Lewis DA, Sesack SR: Dopamine systems in the primate brain, in Handbook of Chemical Neuroanatomy. Edited by Bloom FE, Björklund A, Hökfelt T. Amsterdam, Elsevier Science, 1997, pp 261–373

Lewis DA, Campbell MJ, Foote SL, et al: The distribution of tyrosine hydroxylase-immunoreactive fibers in primate neocortex is widespread but regionally specific. J Neurosci 7: 279–290, 1987

Lewis DA, Foote SL, Goldstein M, et al: The dopaminergic innervation of monkey prefrontal cortex: a tyrosine hydroxylase immunohistochemical study. Brain Res 449:225–243, 1988a

Lewis DA, Morrison JH, Goldstein M: Brainstem dopaminergic neurons project to monkey parietal cortex. Neurosci Lett 86:11–16, 1988b

Lewis DA, Hayes TL, Lund JS, et al: Dopamine and the neural circuitry of primate prefrontal cortex: implications for schizophrenia research. Neuropsychopharmacology 6:127–134, 1992

Lewis DA, Melchitzky DS, Sesack SR, et al: Dopamine transporter immunoreactivity in monkey cerebral cortex: regional, laminar and ultrastructural localization. J Comp Neurol 432:119–138, 2001

Li R, Nishijo H, Wang Q, et al: Light and electron microscopic study of cholinergic and noradrenergic elements in the basolateral nucleus of the rat amygdala: evidence for interactions between the two systems. J Comp Neurol 439:411–425, 2001

Lidow MS, Gallagher DW, Rakic P, et al: Regional differences in the distribution of muscarinic cholinergic receptors in macaque cerebral cortex. J Comp Neurol 289:247–259, 1989

Lund JS, Lewis DA: Local circuit neurons of developing and mature macaque prefrontal cortex: Golgi and immunocytochemical characteristics. J Comp Neurol 328:282–312, 1993

Mamounas LA, Molliver ME: Evidence for dual serotonergic projections to neocortex: axons from the dorsal and median raphe nuclei are differentially vulnerable to the neurotoxin P-chloroamphetamine (PCA). Exp Neurol 102:23–36, 1991

Manaye KF, McIntire DD, Mann DM, et al: Locus coeruleus cell loss in the aging human brain: a non-random process. J Comp Neurol 358:79–87, 1995

Manberg PJ, Youngblood WW, Nemeroff CB, et al: Regional distribution of neurotensin in human brain. J Neurochem 38:1777–1780, 1982

Mathé AA, Rudorfer W, Stenfors C, et al: Effects of electroconvulsive treatment on somatostatin, neuropeptide Y, endothelin, and neurokinin A concentrations in cerebrospinal fluid of depressed patients. Depression 3:250–256, 1996

Meador-Woodruff JH: Update on dopamine receptors. Ann Clin Psychiatry 6:79, 1994

Meador-Woodruff JH, Mansour A, Civelli O, et al: Distribution of D2 dopamine receptor mRNA in the primate brain. Prog Neuropsychopharmacol Biol Psychiatry 15:885–893, 1991

Melchitzky DS, Lewis DA: Tyrosine hydroxylase- and dopamine transporter–immunoreactive axons in the primate cerebellum: evidence for a lobular- and laminar-specific dopamine innervation. Neuropsychopharmacology 22:466–472, 2000

Melchitzky DS, Lewis DA: Dopamine transporter-immunoreactive axons in the mediodorsal thalamic nucleus of the macaque monkey. Neuroscience 103/104:1035–1044, 2001

Mengod G, Vilaró MT, Niznik HB, et al: Visualization of a dopamine D1 receptor mRNA in human and rat brain. Mol Brain Res 10:185–191, 1991

Mengod G, Villaro MT, Landwehrmeyer GB, et al: Visualization of dopamine D1, D2 and D3 receptor mRNAs in human and rat brain. Neurochem Int 20(suppl):33S–43S, 1992

Mengod G, Vilaró MT, Raurich A, et al: 5-HT receptors in mammalian brain: receptor autoradiography and in situ hybridization studies of new ligands and newly identified receptors. Histochem J 28:747–758, 1996

Meskenaite V: Calretinin-immunoreactive local circuit neurons in area 17 of the cynomolgus monkey, Macaca fascicularis. J Comp Neurol 379:113–132, 1997

Mesulam M-M, Hersh LB, Mash DC, et al: Differential cholinergic innervation within functional subdivisions of the human cerebral cortex: a choline acetyltransferase study. J Comp Neurol 318:316–328, 1992

Moore RY, Bloom FE: Central catecholamine neuron systems: anatomy and physiology of the dopamine systems. Annu Rev Neurosci 1:129–169, 1978

Morrison J, Foote S: Noradrenergic and serotonergic innervation of cortical, thalamic, and tectal visual structures in Old and New World monkeys. J Comp Neurol 243:117–138, 1986

Morrison JH, Foote SL, O'Connor D, et al: Laminar, tangential and regional organization of the noradrenergic innervation of monkey cortex: dopamine-beta-hydroxylase immunohistochemistry. Brain Res Bull 9:309–319, 1982

Mrzljak L, Bergson C, Pappy M, et al: Localization of dopamine D4 receptors in GABAergic neurons of the primate brain. Nature 381:245–248, 1996

Nemeroff CB, Owen MJ, Bissette G, et al: Reduced corticotropin releasing factor binding sites in the frontal cortex of suicide victims. Arch Gen Psychiatry 45:577–579, 1988

Nilsson C, Karlsson G, Blennow K, et al: Differences in neuropeptide Y-like immunoreactivity of the plasma and platelets of human volunteers and depressed patients. Peptides 17:359–362, 1996

Pakkenberg B: Pronounced reduction of total neuron number in mediodorsal thalamic nucleus and nucleus accumbens in schizophrenics. Arch Gen Psychiatry 47:1023–1028, 1990

Palacios JM, Hoyer D, Cortes R: $\alpha_1$-Adrenoceptors in the mammalian brain: similar pharmacology but different distribution in rodents and primates. Brain Res 419:65–75, 1987

Pazos A, Probst A, Palacios JM: $\beta$-Adrenoceptor subtypes in the human brain: autoradiographic localization. Brain Res 358:324–328, 1985

Peroutka SJ: 5-Hydroxytryptamine receptor subtypes, in Serotonin Receptors and Their Ligands. Edited by Oliver B, van Wijngaarden I, Soudijn W. Amsterdam, Elsevier Science, 1997, pp 3–13

Pioro EP, Mai JM, Cuello AC: Distribution of substance-P- and enkaphalin-immunoreactive neurons and fibers, in The Human Nervous System. Edited by Paxinos G. New York, Academic Press, 1990, pp 1051–1094

Poirier LJ, Giguère M, Marchand R: Comparative morphology of the substantia nigra and ventral tegmental area in the monkey, cat and rat. Brain Res Bull 11:371–397, 1983

Popken GJ, Bunney WE Jr, Potkin SG, et al: Subnucleus-specific loss of neurons in medial thalamus of schizophrenics. Proc Natl Acad Sci USA 97:9276–9280, 2000

Porrino LJ, Goldman-Rakic PS: Brainstem innervation of prefrontal and anterior cingulate cortex in the rhesus monkey revealed by retrograde transport of HRP. J Comp Neurol 205:63–76, 1982

Powers RE, Walker LC, DeSouza EB, et al: Immunohistochemical study of neurons containing corticotropin-releasing factor in Alzheimer's disease. Synapse 1:405–410, 1987

Rimon R, Le Greves P, Nyberg F, et al: Elevation of substance P-like peptides in the CSF of psychiatric patients. Biol Psychiatry 19:509–516, 2002

Samson Y, Wu JJ, Friedman AH, et al: Catecholaminergic innervation of the hippocampus in the cynomolgus monkey. J Comp Neurol 298:250–263, 1990

Schwartzberg M, Unger J, Weindl A, et al: Distribution of neuropeptide Y in the prosencephalon of man and cotton-head tamarin (Saguinus oedipus): colocalization with somatostatin in neurons of striatum and amygdala. Anat Embryol (Berl) 181:157–166, 1990

Semba K, Fibiger HC: Organization of the central cholinergic systems. Prog Brain Res 79:37–63, 1989

Sergeyev V, Hokfelt T, Hurd Y: Serotonin and substance P coexist in dorsal raphe neurons of the human brain. Neuroreport 10:3967–3970, 1999

Sesack SR, Hawrylak VA, Matus CV, et al: Dopamine axon varicosities in the prelimbic division of the rat prefrontal cortex exhibit sparse immunoreactivity for the dopamine transporter. J Neurosci 18:2697–2708, 1998

Sharma RP, Janicak PG, Bissette G, et al: CSF neurotensin concentrations and antipsychotic treatment in schizophrenia and schizoaffective disorder. Am J Psychiatry 154:1019–1021, 1997

Smiley JF, Goldman-Rakic PS: Heterogeneous targets of dopamine synapses in monkey prefrontal cortex demonstrated by serial section electron microscopy: a laminar analysis using the silver-enhanced diaminobenzidine sulfide (SEDS) immunolabeling technique. Cereb Cortex 3: 223–238, 1993

Smiley JF, Goldman-Rakic PS: Serotonergic axons in monkey prefrontal cerebral cortex synapse predominantly on interneurons as demonstrated by serial section electron microscopy. J Comp Neurol 367:431–443, 1996

Smiley JF, Levey AI, Ciliax BJ, et al: D1 dopamine receptor immunoreactivity in human and monkey cerebral cortex: predominant and extrasynaptic localization in dendritic spines. Proc Natl Acad Sci USA 91:5720–5724, 1994

Smith Y, Parent A, Seguela P, et al: Distribution of GABA-immunoreactive neurons in the basal ganglia of the squirrel monkey (Saimiri sciureus). J Comp Neurol 259:50–64, 1987

Steriade M, Jones EG, McCormick DA: Thalamus: Organisation and Function. Amsterdam, Elsevier Science, 1997

Takayama H, Ota Z, Ogawa N: Effect of immobilization stress on neuropeptides and their receptors in rat central nervous system. Regul Pept 15:239–248, 1986

Tecott LH, Maricq AV, Julius D: Nervous system distribution of the serotonin 5-HT3 receptor mRNA. Proc Natl Acad Sci USA 90:1430–1434, 1993

Teixeira RM, Santos AR, Ribeiro SJ, et al: Effects of central administration of tachykinin receptor agonists and antagonists on plus-maze behavior in mice. Eur J Pharmacol 311: 7–14, 1996

Tork I, Hornung JP: Raphe nuclei and the serotonergic system, in The Human Nervous System. Edited by Paxinos G. New York, Academic Press, 1990, pp 1001–1022

Tran KD, Smutzer GS, Doty RL, et al: Reduced Purkinje cell size in the cerebellar vermis of elderly patients with schizophrenia. Am J Psychiatry 155:1288–1290, 1998

Westrin Å, Ekman R, Träskman-Bendz L: Alterations of corticotropin releasing hormone (CRH) and neuropeptide Y (NPY) plasma levels in mood disorder patients with a recent suicide attempt. Eur Neuropsychopharmacol 9:205–211, 1999

Wettstein JG, Earley B, Junien JL: Central nervous system pharmacology of neuropeptide Y. Pharmacol Ther 65:397–414, 1995

Widdowson PS, Ordway GA, Halaris AE: Reduced neuropeptide Y concentrations in suicide brain. J Neurochem 59: 73–80, 1992

Williams SM, Goldman-Rakic PS: Characterization of the dopaminergic innervation of the primate frontal cortex using a dopamine-specific antibody. Cereb Cortex 3:199–222, 1993

Williams SM, Goldman-Rakic PS: Widespread origin of the primate mesofrontal dopamine system. Cereb Cortex 8:321–345, 1998

Wilson MA, Molliver ME: The organization of serotonergic projections to cerebral cortex in primates: retrograde transport studies. Neuroscience 44:555–570, 1991

Yelnik J, Francois C, Percheron G, et al: Golgi study of the primate substantia nigra, I: Quantitative morphology and typology of nigral neurons. J Comp Neurol 265:455–472, 1987

Young KA, Manaye KF, Liang C-L, et al: Reduced number of mediodorsal and anterior thalamic neurons in schizophrenia. Biol Psychiatry 47:944–953, 2000

Zardetto-Smith AM, Gray TS: Catecholamine and NPY efferents from the ventrolateral medulla to the amygdala in the rat. Brain Res Bull 38:253–260, 1995