EXHIBIT 63

EIGHTH EDITION
The Biochemical Basis
of
Neuropharmacology
JACK R. COOPER FLOYD E. BLOOM ROBERT H. ROTH

Fluoxetine

Citalopram

Paroxetine

Sertraline

FIGURE 10–7. Selective inhibitors of the serotonin transporter.

cleotides to decrease steady-state levels of target proteins and transgenic animals in which specific receptors have been "knocked out," will undoubtedly enhance our understanding of the function of central serotonergic systems. The existence of a large number of receptors with distinct signaling properties and expression patterns might enable a single substance like 5-HT to generate simultaneously a large array of effects in many discrete brain structures.

## *Behavioral Aspects of Serotonin Function*

5-HT neurons in the brain stem raphe nuclei exhibit spontaneous monotonic activity, discharging in a clock-like manner with an intrinsic frequency of 1 to 5 spikes/second. In the rodent, these monotonic properties are manifested early in development (3 to 4 days before birth). The 5-HT neurons appear to possess a negative feedback mechanism that limits their neuronal activity. As the physiological activity of the 5-HT neuron increases, the local release of 5-HT from dendrites or axonal collaterals acts on somatodendritic 5-HT autoreceptors to inhibit neuronal activity. This autoregulatory mechanism seems to function only under physiological conditions and to be inoperative during periods of low-level activity, but it becomes functional as neuronal activity increases. Dysfunction of this autoregulatory mechanism

has been implicate
tors have become
intervention. The
lective 5-HT upta

In view of the e
pacemaker patteri
broad homeostatic
exerting simultane
regions of the bra
gic position to co
ied behavioral stat
tonergic neurons
activity is highest
reduced further in
sleep. An increase
arousal would enh
to the ventral ho
versely, would scr
neuronal activity
motor function in
ated with diminish
has been reported
tive illness, hyper
evidence for impa
suicidal behavior.
appear to act by e

The pathophysi
several lines of cli
5-HT-mediated n
to different types
shows the effects
pressant on the 5-
Treatment with a
neurotransmission
evidence of a pivo
ample, a large nur
ically have been f
long to different
property, the abili
ical studies show
pressed patients,

Case 1:04-cv-10981-PBS Document 1197-77 Filed 04/04/2008 Page 4 of 6

≡C

$CH_2CH_2CH_2N(CH_3)_2$

F

ɔpram

H NHCH$_3$

Cl

Cl

aline

ɘ serotonin transporter.

:arget proteins and transgenic ı "knocked out," will undoubt- **on of central serotonergic sys-** ceptors with distinct signaling ·le a single substance like 5-HT effects in many discrete brain

:tion

i exhibit spontaneous monoto- ıer with an intrinsic frequency ıonotonic properties are man- ɔre birth). The 5-HT neurons ıism that limits their neuronal -HT neuron increases, the lo- collaterals acts on somatoden- ıl activity. This autoregulatory siological conditions and to be y, but it becomes functional as his autoregulatory mechanism

has been implicated in some forms of human neuropathology, so autoreceptors have become a potentially important site for drug-targeted therapeutic intervention. The combined use of 5-HT$_{1B}$ autoreceptor antagonists and selective 5-HT uptake blockers holds some promise.

In view of the extraordinarily widespread projections and highly regulated pacemaker pattern of activity that is characteristic of serotonin neurons, a broad homeostatic function has been suggested for serotonergic systems. By exerting simultaneous modulatory effects on neuronal excitability in diverse regions of the brain and spinal cord, the serotonergic system is in a strategic position to coordinate complex sensory and motor patterns during varied behavioral states. Single-unit electrophysiological recordings from serotonergic neurons in unanesthetized animals have shown that serotonergic activity is highest during periods of waking arousal, reduced in quiet waking, reduced further in slow-wave sleep, and absent during rapid-eye-movement sleep. An increase in tonic activity of serotonergic neurons during waking arousal would enhance motor neuron excitability via descending projections to the ventral horn of the spinal cord. Suppression of sensory input, conversely, would screen out distracting sensory cues. Cessation of serotonergic neuronal activity during rapid-eye-movement sleep would tend to impede motor function in this paradoxical state in which internal arousal is associated with diminished motor output. Altered function of serotonergic systems has been reported in several psychopathological conditions, including affec**tive illness, hyper-aggressive states, and schizophrenia. There is mounting** evidence for impaired serotonergic function in major depressive illness and suicidal behavior. In this connection, several effective antidepressant drugs appear to act by enhancing serotonergic transmission.

The pathophysiology of major affective illness is poorly understood, but several lines of clinical and preclinical evidence indicate that enhancement of 5-HT-mediated neurotransmission might underlie the therapeutic response to different types of antidepressant treatment (see Chapter 13). Table 10–3 shows the effects of long-term administration of different types of antidepressant on the 5-HT system assessed with electrophysiological techniques. Treatment with all of these drugs appears to cause a net increase in 5-HT neurotransmission. Several clinical observations have also provided strong evidence of a pivotal role for 5-HT neurotransmission in depression. For example, a large number of selective 5-HT reuptake inhibitors examined clinically have been found to be effective in major depression. These drugs belong to different chemical families but appear to share a single common property, the ability to inhibit the 5-HT reuptake carrier. In addition, clinical studies show that inhibition of 5-HT synthesis in drug-remitted depressed patients, using either the tryptophan hydroxylase inhibitor *p*-

**TABLE 10–3.** Effects of Long-Term Administration of Antidepressant Drugs and Electroconvulsive Therapy on the 5-Hydroxytryptamine (5-HT) System Assessed Using Electrophysiological Techniques

| *Antidepressant Treatment* | *Responsiveness of Somatodendritic 5-$HT_{1A}$ Autoreceptors*[a] | *Function of Terminal 5-HT Autoreceptors* | *Function of Terminal $\alpha_2$-Adrenoceptors* | *Responsiveness of Postsynaptic 5-HT Receptors*[a] | *Net 5-HT Neurotransmission*[b] |
|---|---|---|---|---|---|
| Selective 5-HT reuptake inhibitors | Decrease | Decrease | n.c. | n.c. | Increase |
| Monoamine oxidase inhibitors | Decrease | n.c. | Decrease | n.c. or decrease | Increase |
| 5-$HT_{1A}$ receptor agonists | Decrease | n.c. | n.d. | n.c. | Increase |
| Tricyclic antidepressants | n.c. | n.c. | n.d. | Increase | Increase |
| Electroconvulsive shocks | n.c. | n.c. | n.c. | Increase | Increase |

n.c., No change; n.d., not determined.

[a]Assessed by microiontophoresis or systemic injection of 5-HT receptor agonists.

[b]Determined from the firing activity of the presynaptic neurons and the effect of stimulating the ascending pathway on postsynaptic neurons.

SOURCE: Modified from Blier and deMontigny (1994).

Case 1:04-cv-10981-PBS Document 1197-77 Filed 04/04/2008 Page 6 of 6

n.c., No change; n.d., not determined.

[a]Assessed by microiontophoresis or systemic injection of 5-HT receptor agonists.

[b]Determined from the firing activity of the presynaptic neurons and the effect of stimulating the ascending pathway on postsynaptic neurons.

SOURCE: Modified from Blier and deMontigny (1994).

chlorophenylalanine or the tryptophan depletion paradigm, produces a rapid relapse of depression. In the latter paradigm, the symptomatology reactivated by the tryptophan depletion was nearly identical to that present before the response to the antidepressant treatment, suggesting a causal relationship.

### *Signal-Transduction Pathways*

Only recently has it been possible to examine the mechanisms of signal transduction in central 5-HT receptor systems, and evidence is emerging that major transducing systems are linked to different 5-HT receptors in the mammalian brain.

In general, two major 5-HT receptor–linked signal-transduction pathways exist: direct regulation of ion channels and a multistep enzyme-mediated pathway. Both pathways require a guanine nucleotide triphosphate (GTP)–binding protein (G protein) to link the receptor to the effector molecule. The 5-$HT_1$ family of receptors is negatively coupled to adenylyl cyclase via the $G_1$ family of G proteins. The 5-$HT_{1A}$ receptor is the best characterized of this family. This receptor, in addition to coupling with adenylyl cyclase, is linked directly to voltage-sensitive $K^+$ channels via $G_i$-like proteins. This direct coupling with both adenylyl cyclase and the $K^+$ channel is a recognized characteristic of $G_i$-linked receptors. Direct coupling to L-type $Ca^{2+}$ channels has also been described as an additional transduction pathway for the $G_i$-linked family of receptors. The other members of the 5-$HT_1$ family of receptors have also been shown to be negatively coupled to adenylyl cyclase (Table 10–2). The 5-$HT_2$ family of receptors, in contrast to the 5-$HT_1$ family, is coupled to phospholipase C. The G protein involved has not been identified but is assumed to be a member of the $G_q$ family. Phospholipase C activation induces diverse changes in the cell, leading to regulation of numerous cellular processes. All members of this family appear to be coupled primarily to phospholipase C, leading to phosphoinositide hydrolysis. Although stimulation of adenylyl cyclase was the first signal-transduction pathway to be linked to 5-HT, the specific receptors mediating activation of adenylyl cyclase, the 5-$HT_4$, 5-$HT_6$, and 5-$HT_7$ receptors, were identified only recently. The 5-$HT_4$ receptor is found in rodent brain (hippocampus) and peripheral tissue, including the guinea pig ileum and human atrium. The 5-$HT_7$ receptor is also found in the brain and heart (see Table 10–1). Another novel receptor, 5-$HT_6$, is the most recent serotonin receptor to be identified by molecular cloning. The 5-$HT_6$ receptor has also been shown conclusively to couple positively to adenylyl cyclase and to have a high affinity for tricyclic antidepressant drugs. The interesting distribution of this receptor in the brain coupled with its high affinity for atypical antipsychotic