# EXHIBIT 65

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Tive, Leslie**
**7/19/2006**

```
                                                                    297
 1    Q.   And is there a certain purpose in the
 2    brain for dopamine?
 3    A.   Yes.
 4    Q.   What -- generally speaking, what's
 5    the -- this -- this purpose for dopamine in the
 6    brain?
 7    A.   Well, it depends on what part of the
 8    brain. It can be different in different parts of
 9    the brain, so I can't answer that.
10    Q.   How about in the -- in the context of
11    treating a person for depression? All right. Can
12    you explain the significance of dopamine in the
13    brain?
14         MR. ROUHANDEH: Objection to the form.
15    It's vague and ambiguous.
16    Q.   Well, you indicated that when I asked
17    what the purpose of dopamine in the brain indicated
18    that it depends on what part of the brain. And I'm
19    reading off this computer, I'm hoping it is as
20    accurate as possible, but what generally -- what,
21    generally speaking, is the purpose for dopamine in
22    the brain?
23         And you indicated in sum and substance
24    that it pertains to -- it -- you can't answer the
25    question till we discuss what part of the brain
```

```
                                                                    298
 1    we're talking about, basically. Right?
 2    A.   No. You asked me, what does it do in
 3    the brain? And I said it does different things in
 4    different parts of the brain.
 5    Q.   Okay. Well --
 6    A.   And I didn't say anything about not
 7    being able to explain.
 8    Q.   Explain to me the part of the brain --
 9    all right? -- in which dopamine is involved and for
10    which an antidepressant drug would have an effect.
11         MR. ROUHANDEH: Objection to form,
12    vague and ambiguous.
13    A.   The antidepressant drug that Pfizer has
14    works on serotonin, not dopamine.
15    Q.   Are you referring to Zoloft?
16    A.   Yes, I am.
17    Q.   And when you reference serotonin, what
18    is serotonin?
19    A.   It's another neurotransmitter.
20    Q.   And is Zoloft used to increase
21    serotonin or deplete serotonin?
22         MR. ROUHANDEH: I think we're -- we're
23    not going to go into Zoloft. That has nothing to do
24    with this case.
25         MR. FROMSON: She's referenced there's
```

```
                                                                    299
 1    another drug sold by the company as an
 2    anticonvulsant --
 3         MR. ROUHANDEH: But you asked her
 4    already.
 5         MR. FROMSON: I didn't ask her that at
 6    all.
 7         MR. ROUHANDEH: I gave you a little
 8    leeway.
 9         MR. FROMSON: Give me a little more
10    then, Jim, 'cause I'm not going far with it. And I
11    didn't open the door. She said there's another drug
12    sold by Pfizer as an antidepressant.
13         MR. ROUHANDEH: Because you asked.
14         MR. FROMSON: I didn't ask her if
15    there's another drug sold by Pfizer as an
16    antidepressant. She just told me.
17         MR. ROUHANDEH: No. You asked earlier
18    in your questions --
19         MR. FROMSON: I didn't hear --
20         MR. ROUHANDEH: -- does Pfizer sell
21    drugs with antidepressant purposes.
22         MR. FROMSON: Well, they sell
23    Neurontin, and it's used as an antidepressant by
24    some physicians. I didn't ask whether it was Zoloft
25    or not --
```

```
                                                                    300
 1         MR. ROUHANDEH: According to you.
 2         MR. FROMSON: No. Pfizer does sell
 3    drugs, and they are used as an antidepressant.
 4         MR. ROUHANDEH: And --
 5         MR. FROMSON: I didn't say they're
 6    marketed for in any event.
 7    Q.   Miss Tive, do you have an understanding
 8    as to whether an increased amount of serotonin or a
 9    decreased amount of serotonin in the brain can be
10    associated with depression?
11    A.   An increase or decrease of serotonin in
12    the brain can be associated with depression. But
13    when you talk about depression, are we talking about
14    central nervous system depression, or are we talking
15    about clinical depression?
16    Q.   Let's talk about clinical depression.
17         All right. What happens when there's a
18    reduction in the flow of monoamines such as
19    dopamine, serotonin, and norepinephrine?
20         MR. ROUHANDEH: Objection to the form.
21    A.   You're saying monoamines in general?
22    Q.   Correct.
23    A.   A reduction in monoamines has been
24    associated with depression.
25    Q.   Okay. What is your understanding of
```

Tive, Leslie   7/19/2006   10:15:00 AM

**301**

1  the term "association" when you reference it -- when
2  you reference it in terms of, a reduction of
3  monoamines has been reportedly involved in
4  association of depression?
5       MR. ROUHANDEH: Objection to the form.
6   Q.   And let me rephrase it. When you just
7  said the word "associated," what did you mean?
8   A.   I meant that in -- there have been
9  studies done that show that the decreased amount of
10 these monoamines occurred in patients who have
11 clinical depression.
12  Q.   When you reference that GABA is an
13 inhibitory transmitter, what is it inhibiting?
14  A.   Again, that's a big question, and it
15 depends on where in the nervous system.
16  Q.   With respect to the mechanism of action
17 of gabapentin, are you aware of whether gabapentin
18 is GABAergic?
19  A.   I think originally it was thought to
20 be, but I think subsequently it's been found to work
21 through the alpha (2) delta receptor system as a
22 modulator, and its effect on GABA right now is not
23 very clear.
24       But Charlie Taylor, who is the
25 pharmacologist, could give you a lot more detail

**302**

1  about that.
2   Q.   Do you know if Charlie Taylor has ever
3  been invited to speak at the pharmacovigilance and
4  maintenance committee meetings?
5   A.   I don't know.
6   Q.   But you have been. Correct?
7   A.   Yes.
8   Q.   And you were a member of the Neurontin
9  worldwide team. Correct?
10  A.   Yes, I was.
11  Q.   And you sat as an invitee at those
12 meetings. Correct?
13  A.   Sometimes.
14  Q.   And you understand what modulation
15 means. Right?
16  A.   Yeah.
17  Q.   And you understand that gabapentin
18 modulates GAD. Right?
19       MR. ROUHANDEH: Objection to the form.
20  Q.   Are you familiar with the synthetic
21 enzyme glutamic acid decarboxylase?
22  A.   Yes.
23  Q.   And are you aware of the acronym GAD
24 for that name?
25  A.   It's also an acronym used for

**303**

1  generalized anxiety disorder, so I really didn't
2  know what you were referring to there.
3   Q.   I wasn't trying to trick you.
4   A.   Okay. That's why I couldn't answer. I
5  wasn't clear.
6   Q.   I didn't want to butcher the words
7  synthetic enzyme glutamic acid --
8   A.   No, that's fine. Now that we're clear
9  what you are talking about.
10  Q.   Okay. So are you aware that gabapentin
11 modulates that -- when I say that, I mean GAD.
12       MR. ROUHANDEH: Objection to the form.
13  Q.   Let me rephrase it.
14       Are you aware of whether gabapentin
15 modulates the action of the GABA synthetic enzyme
16 GAD?
17  A.   I seem to recall reading some -- some
18 publications that said that it did.
19  Q.   Do you know whether any of those
20 publications had been reviewed as manuscripts by the
21 defendants prior to their publication?
22       MR. ROUHANDEH: Objection to form.
23  A.   I -- I don't know what you're talking
24 about.
25  Q.   Well, you -- we -- Mr. Rosenkranz

**304**

1  discussed with you the issue of developing
2  manuscripts for later publication.
3   A.   Okay.
4   Q.   And do you recall that conversation
5  with Mr. Rosenkranz?
6   A.   Yes. Yes.
7   Q.   Now, do you recall whether any of the
8  published journals you referenced regarding GAD were
9  previously manuscripts that had been reviewed by the
10 defendants in this case? Particularly Pfizer,
11 during your employment with them.
12       MR. ROUHANDEH: Does she know if
13 anybody at Pfizer ever reviewed one of those?
14  A.   No, I don't know.
15  Q.   Do -- and when I use the word
16 "manuscript," what is your understanding of the term
17 "manuscript" as I'm using it?
18  A.   I understand that it is something -- a
19 document that's being prepared for publication.
20  Q.   Okay. And we can agree that
21 manuscripts were in your files, your custodial
22 files. Right?
23  A.   Yes.
24  Q.   And for what reason would manuscripts
25 be in your files?

Neurontin Track One (Plaintiff / Prescriber / Expert Depos)            Page 301 - 304