EXHIBIT 66

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Sanacora, Gerard MD (Defense Expert)**
1/18/2008

**Printed : 3/20/2008**

### Page 85

GERARD SANACORA, M.D., Ph.D.

2  A.  When weighing the risk-benefit ratio I
3  would -- in prescribing any medication, like I
4  said, there is always that risk-benefit ratio.
5  This would weight a little bit heavier on the
6  risk side for me.  I would inform the patient
7  that currently it is considered a major concern
8  and that there might be some risk, specifically
9  any adolescent, even early 20-year-old I would
10  do that.
11  Q.  Can you explain what the mechanism of
12  action that serves as the foundation for the
13  SSRI hypothesis of inducing suicidal thought in
14  adolescents?
15  A.  No, I really can't.
16  Q.  I just didn't hear you.
17  A.  No, I really can't.
18  Q.  Why is it that you can't explain that?
19  A.  I don't think it is known.  First of
20  all, I am not convinced that it is known that it
21  does happen without knowing what the mechanism
22  of it would be.
23  Q.  Have you ever heard of the term
24  serotonergic dysfunction?
25  A.  I have heard it used, yes.

### Page 86

GERARD SANACORA, M.D., Ph.D.

2  Q.  Have you ever used it?
3  A.  Have I ever used it?
4  Q.  I mean, is it a term that you use?
5  A.  It is not a term I commonly use at
6  present.  It is not a term I commonly use.
7  Q.  Based on what is known in psychiatry,
8  would you agree that many knowledgeable
9  scientists and physicians accept the working
10  hypothesis that serotonergic dysfunction is
11  related to negative effects on mood in humans?
12  A.  I guess I just ask -- we can agree
13  upon a definition of serotonergic dysfunction.
14  Q.  What do you understand the term
15  "dysfunction" to be?
16  A.  To me it would mean abnormal function.
17  Q.  Based on what you know in psychiatry,
18  would you agree that many knowledgeable
19  scientists and physicians accept the working
20  hypothesis that abnormal function of the
21  serotonergic systems is related to negative
22  effects on mood and behavior in humans?
23      MR. HOOPER:  Objection.
24  A.  I guess I would agree that it would be
25  commonly accepted that there is an association

### Page 87

GERARD SANACORA, M.D., Ph.D.

2  between abnormal serotonergic measures and the
3  diagnosis of depression.
4  Q.  Would you agree that there is -- it is
5  well known in psychiatry that there is an
6  association between low measures of serotonin
7  and suicide victims?
8  A.  There are -- there is a fairly large
9  literature base showing abnormal measures of
10  serotonin associated with suicide, yes.
11  Q.  Have you reviewed that literature base
12  for purposes of this litigation?
13  A.  I have reviewed some of it, yes.  I
14  don't think I have reviewed exhaustively every
15  study, but yes.
16  Q.  Did you think it was important to
17  review for purposes of this litigation?
18  A.  Yes.  To some extent, yes.
19  Q.  Why?
20  A.  Because I was asked to review that, I
21  guess with the -- knowing that this would be
22  asked about.
23  Q.  What did you review that you recall?
24  A.  I reviewed a lot of John Mann studies
25  going through those.  I reviewed Asberg and a

### Page 88

GERARD SANACORA, M.D., Ph.D.

2  few others, older studies, studies by Maria
3  Oquendo.
4  Q.  You said John Mann studies?
5  A.  The Columbia Group.
6  Q.  And Asberg --
7  A.  I'm not sure.
8  Q.  -- you said?
9  A.  Trying to remember the actual name.
10  Yes, an older study.
11  Q.  And I just didn't hear the third name.
12  A.  Maria Oquendo who is actually part of
13  John Mann's group, so it is the Columbia Group.
14  Q.  So Maria Oquendo?
15  A.  O-Q-U-E-N-D-O.
16  Q.  Would you agree that it is not novel
17  in the medical field or the scientific community
18  to accept a working hypothesis that low
19  serotonin is associated with postmortem studies
20  of suicide victims?
21      MR. HOOPER:  Objection.
22  A.  I would agree that it is not -- I'm
23  coming to accept that low serotonin measures
24  have -- are associated -- are found commonly in
25  suicide victims.