# EXHIBIT 67

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Rothschild, Anthony MD (Defense Expert)**
1/15/2008

**Printed : 3/20/2008**

Page 9

1  DIRECT EXAMINATION
2
3  BY MR. FINKELSTEIN:
4  Q.  Dr. Rothschild, based upon what is known in
5  biological psychiatry, would you agree
6  changing brain chemistry can have an effect
7  on mood and behavior?
8  A.  Yes.
9  Q.  And you would agree it's not a novel
10  position for a physician to take that
11  changing brain chemistry can have an effect
12  on mood and behavior?
13  A.  All right.  If you phrase it in a general
14  sense like that, yes, I would agree that
15  that's correct.
16  Q.  You would agree it's not novel?
17       MS. McGRODER:  Objection.
18  A.  It's not novel to make a broad statement
19  that if you change brain chemistry it could
20  have effects on mood and behavior.  That
21  would not be a novel statement.
22  Q.  Okay.  Based upon what is known in
23  psychiatry, would you agree that many
24  knowledgeable scientists and physicians
25  accept a working hypothesis that the

Page 10

1  alteration of the neurotransmitter systems
2  affects mood and behavior?
3       MS. McGRODER:  Objection.
4  A.  Generally speaking, it's thought that mood
5  and behavior are related to changes in
6  neurotransmitter systems.
7  Q.  And would you agree that it's not novel for
8  a physician to take that position, that
9  changing neurotransmitters is --
10  A.  Well, it's --
11  Q.  Let me just finish my question so the
12  record's clear, and I'll let you answer as
13  long as you want.  I just -- just so it's
14  clear.  She can't take down two things at a
15  time.
16      Would you agree it's not a novel
17  position for a physician to take the
18  position that changing neurotransmitter
19  systems in the human brain affects mood and
20  behavior?
21       MS. McGRODER:  Objection.
22  A.  Well, the question you're raising is such a
23  broad general statement that it's not -- it
24  would not be novel.
25  Q.  Okay.  Would you agree that based upon what

Page 11

1  you know in psychiatry, that altering the
2  neurotransmitter systems may affect mood and
3  behavior in a positive fashion?
4       MS. McGRODER:  Objection.
5  A.  Yes, that's possible.
6  Q.  And would you agree it's not a novel
7  position for a physician to take the
8  position that altering human brain
9  neurotransmitter systems may affect mood
10  positively?
11       MS. McGRODER:  Objection.
12  A.  Yes, it can affect it positively.
13  Q.  And based upon what you know in psychiatry,
14  would you agree that many knowledgeable
15  scientists and physicians accept a working
16  hypothesis that altering neurotransmitter
17  systems may affect mood negatively?
18       MS. McGRODER:  Objection.
19  A.  Yes.
20  Q.  And would you agree it's not a novel
21  position for a physician to take the
22  position that altering brain -- human brain
23  neurotransmitter systems may affect mood and
24  behavior negatively --
25       MS. McGRODER:  Objection.

Page 12

1  Q.  -- that it's not novel?
2  A.  Well, again, that's a very broad statement
3  you're making, so that would not be a novel
4  thing.
5  Q.  Okay.  And based upon what is known in
6  psychiatry, would you agree that many
7  knowledgeable scientists and physicians
8  accept a working hypothesis that serotonin
9  is related to mood and behavior in humans?
10       MS. McGRODER:  Objection.
11  A.  Yes.
12  Q.  And would you agree it's not novel for a
13  position -- for a physician to take the
14  position that serotonin is, in fact, related
15  to mood and behavior?
16       MS. McGRODER:  Objection.
17  A.  Yes.
18  Q.  Is it your position that serotonin is
19  related to mood and behavior?
20  A.  Yes.
21  Q.  Is it your position that norepinephrine is
22  related to mood and behavior?
23  A.  Yes.
24  Q.  And based upon what you know in psychiatry,
25  would you agree that knowledgeable