EXHIBIT 69

Case 1:04-cv-10981-PBS    Document 1197-83    Filed 04/04/2008    Page 1 of 3



- Home
- About Zoloft
  - Tolerability
  - What to Expect on Zoloft
  - Important Treatment Considerations
  - How Zoloft Works
  - Importance of Taking Zoloft as Prescribed
  - Common Questions
- Learning About Depression
- Learning About Certain Types of Anxiety Disorders
- Learning About PMDD
- Managing Your Condition
- Recognizing Depression and Anxiety Symptoms in Others



Click Here for Medication Guide

## About Zoloft
# How Zoloft Works

Zoloft® (sertraline HCl) is a type of antidepressant known as a selective serotonin reuptake inhibitor or SSRI.

Nerve cells in the brain and the rest of the nervous system use chemical messengers. These messengers help cells send messages to each other. One of these messengers is called serotonin.

Studies show that serotonin plays a vital role in how our body works. It controls sleep, appetite, temperature, and blood vessel tone. It's also in charge of the release of certain hormones and how much pain we feel.

Because it is linked with so many functions in our body, serotonin has an effect on a wide range of conditions such as depression.

This tie between depression and serotonin led scientists to an interesting find. Scientists believe people with depression could have an imbalance of serotonin in their brain.

That means the level of serotonin is "off." So the nerve cells can't communicate, or send messages to each other the right way. This lack of contact between cells might cause depression.

Zoloft helps fix this. Zoloft helps the nerve cells send messages to each other the way they normally should.

Watch the animation of how Zoloft works to correct this imbalance of serotonin levels in the brain.



**Previous:** Important Treatment Considerations

**Next:** Importance of Taking Zoloft as Prescribed

## Print or Send to a Friend

**Click here for a printer-friendly version.**

**Fill out these forms to send this page to a friend.**

Enter your friend's e-mail address

Enter your e-mail address here.



---

Prescribing Information and Med Guide   |   About Pfizer   |   Sitemap

  Copyright © 2007 Pfizer Inc. All rights reserved.
ZTU00002

Depression is a serious medical condition, which can lead to suicidal thoughts and behavior. Children, adolescents, and young adults, taking antidepressants, may increase the risk for suicidal thoughts and behavior within the first few months of treatment. This risk must be balanced with the medical need. Those starting medication or changing doses should be watched closely for suicidal thoughts, worsening of depression, or unusual changes in mood or behavior. In children and teens, Zoloft is only approved for use in those with obsessive-compulsive disorder. A patient Medication Guide about "Antidepressant Medicines, Depression and Other Serious Mental Illness, and Suicidal Thoughts or Actions" is available.

Zoloft is not for everyone. People taking MAOIs or pimozide shouldn't take Zoloft. Concomitant use of Zoloft with NSAIDs or aspirin may be associated with an increased risk of bleeding. Side effects may include dry mouth, insomnia, sexual side effects, diarrhea, nausea and sleepiness. In studies, few people were bothered enough by side effects to stop taking Zoloft. Side effects may result from stopping Zoloft particularly when abrupt. You should, however, stop taking Zoloft if you get any of the following symptoms of Serotonin Syndrome, a rare but life-threatening reaction, such as fever, sweating, muscle stiffness, trouble thinking clearly, a change in mental functioning, sleepiness, or change in your breathing, heartbeat and blood pressure.

You should tell your doctor if you are pregnant or plan to become pregnant, as there is a potential risk to the fetus with Zoloft. Like many antidepressants, Zoloft can be present in breast milk so tell your doctor if you are nursing.

Zoloft is approved to treat depression, social anxiety disorder, posttraumatic stress disorder (PTSD), panic disorder, obsessive-compulsive disorder (OCD), and premenstrual dysphoric disorder (PMDD) in adults over age 18. It is also approved for OCD in children and adolescents age 6-17 years.

Zoloft is not habit-forming and is not associated with weight gain. So talk to your doctor about how Zoloft might help you. Zoloft comes in 25-mg, 50-mg, and 100-mg tablets. You and your doctor can discuss the right dose for you.

Pfizer is a licensee of the TRUSTe Privacy Program.