EXHIBIT 70

THE HARVARD MEDICAL SCHOOL



# GUIDE TO Suicide Assessment AND Intervention

DOUGLAS G. JACOBS, M.D.
EDITOR

Case 1:04-cv-10981-PBS   Document 1197-84   Filed 04/04/2008   Page 2 of 19

This chapter reviews neurobiological correlates of suicidal behavior and is organized by neurotransmitter system. Within the discussion of each system, the findings relevant to the above issues will be discussed. Data are drawn from studies of completed suicides and suicide attempters, which appear to be on a continuum depending partly on the degree of medical damage inflicted.

## GENETICS OF SUICIDE

A considerable body of evidence indicates that there is transmission of familial and genetic factors that contribute to the risk for suicidal behavior. Major psychiatric illness such as mood disorders, schizophrenia, alcoholism and substance abuse, and cluster B personality disorders are found in association with most suicides. All of these conditions have a genetic component in their etiology. It is therefore critical to determine whether the genetic transmission of suicide risk is explained by the transmission of psychiatric illness associated with suicide. Several studies have found that genetic and familial transmission of suicide risk is independent of the transmission of psychiatric syndromes (Brent, Bridge, Johnson, and Connolly, 1996; Schulsinger, Kety, Rosenthal, and Wender, 1979). Because there is genetic transmission of part of the risk for suicidal behavior, it is an indication that this predisposition has a neurobiological component and potentially a behavioral trait or traits that can be measured.

## SEROTONERGIC SYSTEM IN SUICIDE VICTIMS AND ATTEMPTERS

We will address serotonergic neuron activity, serotonin receptors, and neuroendocrine studies of the serotonergic system in suicide attempters.

### Serotonergic Neuron Activity

The serotonergic system is complex. Major cortical and subcortical projections arise from the median and dorsal raphe nuclei. Each serotonin neuron innervates several thousand cortical neurons, mostly, but not exclusively, GABAergic interneurons. There are thick and thin ascending fiber systems with few to numerous varicosities. The dorsal raphe nuclei have six subnuclear groups in human brain. Finally, there are over one dozen serotonin receptors, including at least two autoreceptor populations at the somatodendritic level, the $5\text{-}HT_{1A}$ and $5\text{-}HT_{1D/B}$ subtypes. Table 6.1 summarizes results from postmortem studies in suicide victims, although not all studies are in agreement with the conclusions shown.

Case 1:04-cv-10981-PBS    Document 1197-84    Filed 04/04/2008    Page 5 of 19

100 THE HARVARD MEDICAL SCHOOL GUIDE TO SUICIDE ASSESSMENT AND INTERVENTION

Table 6.1: Neurobiology of the Serotonergic System in Suicide at the Synaptic Level.

| Presynaptic/Brainstem | Postsynaptic/Nerve Terminal |
| --- | --- |
| Serotonin decreased | $5\text{-HT}_{1A}$ increased |
| 5-HIAA decreased | $5\text{-HT}_{2A}$ increased |
| SERT decreased | $5\text{-HT}_{2C}$ remained the same |
| SERTlike decreased | $5\text{-HT}_3$ remained the same |
| $5\text{-HT}_{1D}$ ? | G-proteins decreased |
|  | Signal transduction cyclic AMP ? |
|  | PI decreased |

The first studies of the serotonergic system in suicide victims span a period from the late 1960s to the mid-1980s and reported modest reductions in brainstem serotonin and/or its metabolite 5-hydroxyindoleacetic acid (5-HIAA). A major methodological caveat is that these postmortem assays cannot distinguish intrasynaptic transmitter, readily releasable transmitter in the fast turnover pool, and slow turnover pool transmitter that may be less available for release and of less functional importance. Another consideration is the rapidity with which serotonin and 5-HIAA levels drop after death. There is about a 70 percent loss of serotonin prior to assay in most studies. This means that group differences must be detected in the residual 30 percent of the serotonin or metabolite, a more difficult objective. Nevertheless, five of seven studies found reductions in either brainstem serotonin or 5-HIAA. In contrast, only three out of nine studies found a reduction in prefrontal cortex 5-HIAA levels, and no study found a reduction in serotonin (see Table 6.2). Four of six studies of other brain regions reported reductions in serotonin or 5-HIAA (not shown in Table 6.2). The evidence for a reduction in serotonin or serotonin turnover therefore appears most consistent in the brainstem. This may be a function of the sensitivity of the assay methodology, since the brainstem contains the serotonin synthesizing neurons and the highest concentrations of serotonin and 5-HIAA. Alternatively, there may be a regional localization of changes in serotonin levels or turnover, such that serotonin and 5-HIAA in the terminal fields are altered in some areas and not others.

We previously reported that the degree of reduction in serotonin or 5-HIAA in the brainstem of suicide victims has no relationship to diagnostic category (Mann et al., 1989a). The degree of reduction was similar in depressed patients, schizophrenics, personality disorders, and alcoholics. The proportion of suicide victims suffering from a major depressive illness with decreased serotonin or 5-HIAA was not different from suicide victims with other psychiatric disorders (Mann et al., 1989a). This is a critical point because it indicates that the reduction in serotonergic activity is related to suicide independent of psychiatric diagnosis. It has frequently been asserted that reduced serotonergic activity is associated with

Table 6.2. Serotonin and 5-HIAA in the Brainstem of Suicide Victims Versus Controls.

| Study | Brainstem | | Cerebral Cortex | |
|---|---|---|---|---|
| | Serotonin | 5-HIAA | Serotonin | 5-HIAA |
| Shaw, Camps, and Eccleston (1967) | less than 19 percent* | — | — | — |
| Bourne et al. (1968) | NC | less than 28 percent* | — | — |
| Paré, Yeung, Price, and Stacey (1969) | less than 11 percent* | NC | — | — |
| Lloyd, Farley, Deck, and Hornykiewicz (1974) | less than 30 percent* | NC | — | — |
| Beskow, Gottfries, Roos, and Winblad (1976) | NC | less than 30 percent* | — | less than 43 percent* |
| Cochran, Robins, and Grote (1976) | NC | — | NC | — |
| Owen et al. (1983) | — | — | — | less than 71 percent |
| Crow et al. (1984) | — | — | — | less than 25 percent |
| Korpi et al. (1986) | NC | NC | NC | NC |
| Owen et al. (1986) | — | — | — | — |
| Arató, Tekes, Palkovits, Demeter, and Falus (1987) | — | — | NC | NC |
| Cheetham, et al. (1989) | — | — | NC | NC |
| Ohmori, Arora, and Meltzer (1992) | — | — | — | NC |
| Mann et al. (1996) | — | — | NC | NC |
| Arranz, Blennow, Eriksson, Mansson, and Marcusson (1997) | — | — | NC | NC |

*Note:* * = Statistically significant difference. NC = No change was detected between groups.

Case 1:04-cv-10981-PBS    Document 1197-84    Filed 04/04/2008    Page 7 of 19

violent suicide. However, there is no convincing evidence to support this contention (Arango and Mann, 1992; Mann et al., 1989b). Therefore, the method of suicide appears to be unrelated to the biochemical findings. These analyses did not extend to an examination of specific drugs that may have been used in a suicide attempt or the antemortem drug treatment history of the subjects.

Although postmortem interval is considered critical in the quantification of indoleamines, differences in postmortem interval do not appear to explain discrepancies in the literature (Arango and Mann, 1992), probably because most of the decline in indoleamine levels occurs in the first two hours postmortem, and virtually all cases have a longer postmortem delay.

In summary, there is evidence for a modest reduction in levels of 5-hydroxytryptamine (5-HT) and 5-HIAA in the brainstem of suicide victims. It is an open question as to whether serotonin and 5-HIAA are altered in the prefrontal cortex or other brain regions.

Consistent with these findings in the brainstem of suicide victims, lower cerebrospinal fluid (CSF) 5-HIAA has been reported by most studies in depressed patients, schizophrenics, or those with personality disorders with a history of a suicide attempt, compared to control groups with the same psychiatric diagnosis. The degree of medical damage sustained in either the most recent or most lethal past suicide attempt correlates inversely with CSF 5-HIAA. Future suicide and attempted suicide are associated with low CSF 5-HIAA. Thus, low CSF 5-HIAA predicts a higher rate of past and future suicidal acts, as well as the maximal seriousness of suicidal acts in the past lifetime of the individual. CSF 5-HIAA as an index of serotonergic activity is under significant genetic regulation and stable unless perturbed by medications or medical illness. Thus, serotonergic activity represents a mechanism whereby genes can influence behaviors such as suicide. We and others have reported that the lifetime history of impulsive behaviors, including externally directed aggression, is more severe in suicide attempters with major depression or schizophrenia compared to nonattempters matched for psychiatric diagnosis. As shown in Table 6.3, there have been at least twenty-two studies of CSF 5-HIAA and suicidal behavior in mood disorders. Some involve overlapping study populations. Overall, sixteen of the twenty-two studies find evidence for a relationship between lower levels of CSF 5-HIAA and suicidal behavior. The significance of this finding and that it is consistent with reports of reduced serotonin or 5-HIAA in the brainstem of suicide victims means that regardless of receptor changes, at least part of the pathology related to suicidal behavior is reduced serotonin turnover or serotonergic neuron activity.

A possible reason for some of the negative reports (see Table 6.3) may be the type of affective disorder included in the study population. Three of the five studies that did not find reduced CSF 5-HIAA levels had included a significant number with bipolar disorder (Roy-Byrne et al., 1983; Secunda et al., 1986; Vestergaard et al., 1978). Closer examination reveals that it is not clear whether

Table 6.3. CSF 5-HIAA and Suicidal Behavior in Major Depression.

| Study | Findings |
| --- | --- |
| Åsberg, Träskman, and Thorén (1976) | Low CSF 5-HIAA predicted 22 percent suicide rate in one year |
| Åsberg, Thorén, Träskman, Bertilsson, and Ringberger (1976) | Less than 40 percent of attempters had low CSF 5-HIAA versus 15 percent of nonattempters |
| Vestergaard et al. (1978) | No difference |
| Ågren (1980) | Seriousness of intent of worst suicide attempt; negative correlation with CSF 5-HIAA in unipolar but not bipolar depression |
| Träskman, Åsberg, Bertilsson, and Sjöstrand (1981) | CSF 5-HIAA decreased in violent attempters and decreased in nonviolent attempters |
| Banki and Arató (1983) | Decreased in attempters; less than 37 percent in violent versus nonviolent attempters and violent attempters versus nonattempters |
| Palaniappan, Ramachandran, and Somasundaram (1983) | CSF 5-HIAA decreased in attempters |
| **Roy-Byrne et al. (1983)** | **No difference** |
| Ågren and Niklasson (1986) | CSF 5-HIAA less than 12 percent in attempters ($p = 0.07$) |
| Edman, Åsberg, Levander, and Schalling (1986) | CSF 5-HIAA decreased in attempters |
| Secunda et al. (1986) | No difference |
| van Praag (1986) | CSF 5-HIAA decreased (probenecid) in attempters |
| Peabody et al. (1987) | CSF 5-HIAA correlated with HAM-D |
| Nordin (1988) | No correlation with suicidal thoughts |
| Westenberg and Verhoeven (1988) | No difference |
| Jones et al. (1990) | CSF 5-HIAA decreased in attempters |
| Lopez-Ibor, Lana, and Saiz-Ruiz (1990) | Low CSF 5-HIAA group had more attempters |
| Roy et al. (1990) | CSF 5-HIAA 22 percent decreased in attempters versus nonattempters but nonsignificant |
| Nordström et al. (1994) | Low CSF 5-HIAA predicted future suicide |
| Mann et al. (1992) | Only high planned suicide attempts associated with lower CSF 5-HIAA |
| Mann et al. (1996) | Reduced in higher lethality attempters |
| Mann et al. (1996) | Negative correlation with most lethal lifetime attempt |

bipolar disorder is associated with lower serotonergic activity in suicide attempters; whereas one study found lower CSF 5-HIAA levels in association with suicidal behavior in unipolar but not in bipolar depressed patients (Ågren, 1980), a second study, where the depressed study group comprised about 50 percent bipolar cases, did find reduced CSF 5-HIAA in the attempters (Banki and Arató, 1983). Clearly there are other reasons that may explain why not all suicide attempter patients have low CSF 5-HIAA. Moreover, disagreement is not limited to studies of depression because it also occurs in studies of schizophrenia, where about two-thirds of all studies find low CSF 5-HIAA in attempters.

The type of suicidal act may relate to low CSF 5-HIAA, the degree of impulsivity, or the degree of medical damage inflicted. We found that more lethal suicide attempts were associated with lower CSF 5-HIAA (Malone, Corbitt, Li, and Mann, 1996). We also found that more lethal attempts are more carefully planned (Mann and Malone, 1997). Planning and impulsivity are not mutually exclusive. The decision to act on a careful plan may be impulsive. Studies of externally directed aggression suggest that it is impulsive, and not planned or predatory, aggression that correlates with low CSF 5-HIAA (Lidberg, Tuck, Åsberg, Scalia Tomba, and Bertilsson, 1985; Linnoila et al., 1983; Virkkunen et al., 1989b; Virkkunen, De Jong, Bartko, and Linnoila, 1989a; Virkkunen, Nuutila, Goodwin, and Linnoila, 1987). On that basis, it may be presumed that impulsivity plays a role in suicide attempters; if so, impulsivity would be hypothesized to be negatively correlated with CSF 5-HIAA. We have found that suicide attempters have greater lifetime aggression and impulsivity compared to depressed suicide nonattempters (Mann, Waternaux, Haas, and Malone, 1998).

As with completed suicide (Arango and Mann, 1992), it has been hypothesized that the dimension of the suicidal behavior related to low CSF 5-HIAA is the degree of violence of the attempt as opposed to some other aspect of suicidal behavior, such as suicidal intent. However, this hypothesis is not supported by the data because only three of nine studies with available data report that violent suicide attempts are associated with lower levels of CSF 5-HIAA (see Table 6.1). Since availability of method is a major factor determining choice of suicide method (Marzuk et al., 1992b), selection of a violent method for suicide is probably not directly biologically determined, but instead is dependent on the degree of intent and the availability of a specific method.

## Serotonin Receptors

The most studied serotonin receptor in suicidal behavior is the serotonin transporter (SERT). There have been at least eighteen published studies of SERT binding in suicide victims (see Table 6.4). Six of ten studies reported a decrease in imipramine binding in suicide victims. In contrast, a majority of the studies that used ligands other than imipramine, or used imipramine without using desipramine as the displacing agent, did not find a reduction in binding. Three

studies, however, did find decreases in binding in suicide victims: Laruelle et al. (1993) used $^3$H-paroxetine combined with clomipramine as a displacing agent; Lawrence et al. (1990a) found a decrease in $^3$H-paroxetine binding in the putamen; and a study from our laboratory (Arango, Underwood, Gubbi, and Mann, 1995) examined $^3$H-cyanoimipramine binding by autoradiography.

We have found that $^3$H-paroxetine binds with comparable affinity to two high-affinity binding sites (Mann et al., 1996a). One site corresponds to the SERT, and the binding is sodium chloride dependent. Binding to the other site is sodium chloride independent, and that site appears to be a related but nontransporter presynaptic binding site. Binding to the sodium chloride–dependent SERT site was not reduced in homogenates from prefrontal cortex of suicide victims compared to controls. Interestingly, this transporter binding site is the same site as that displaced by citalopram, the competition drug used in the studies by Andersson, Eriksson, and Marcusson (1992) and Lawrence, De Paermentier, Cheetham, Crompton, Katona, and Horton (1990a, 1990b), who also found no change in SERT binding in prefrontal cortex in suicide victims. In contrast, the sodium-independent binding site, for which sertraline has lower affinity, was reduced in number in suicides compared to controls, indicating that this site may be the one that accounts for previous reports of reduced $^3$H-imipramine binding. A recent report by Rosel et al. (1997) that $^3$H-imipramine binding, but not $^3$H-paroxetine binding, was reduced in the hypothalamus of suicide victims supports this conclusion. Reductions in apparent SERT binding in the dorsal PFC reported in earlier studies may in fact have involved a binding site other than the physiologically relevant transporter site. Nevertheless, this site may still be an index of serotonergic innervation, and if it is demonstrated to be such, it may be a guide to serotonin innervation.

Another factor to consider is the brain region being studied. Gross-Isseroff et al. (1989) and Ikeda, Noda, and Sugita (1989) found regions of unchanged, increased, and decreased $^3$H-imipramine binding in suicide victims. A reduction in $^3$H-cyanoimipramine binding to the SERT appears to be confined to ventrolateral prefrontal cortex. This suggests that the reduction in SERT binding appears to be localized to ventrolateral prefrontal cortex (PFC), whereas most previous studies have examined dorsal PFC. Reduced $^3$H-imipramine binding in the dorsal prefrontal cortex of suicide victims may reflect fewer non-SERT sites. Studies of other brain regions are limited, but a critical area is the brainstem, where the dorsal and median raphe are located. A preliminary report indicates no change in brainstem SERT binding or messenger RNA (mRNA) (Little et al., 1997).

A major postsynaptic serotonin receptor is the 5-HT$_{2A}$ receptor. We initially reported a 44 percent increase in $^3$H-spiroperidol binding to the postsynaptic 5-HT$_{2A}$ receptor as defined by mianserine in prefrontal cortex of suicide victims (Stanley and Mann, 1983). We subsequently replicated this finding in two further series of brains (Arango et al., 1990; Mann, Stanley, McBride, and McEwen, 1986). Arora and Meltzer (1989a), Laruelle et al. (1993), and Hrdina, Demeter,

106 THE HARVARD MEDICAL SCHOOL GUIDE TO SUICIDE ASSESSMENT AND INTERVENTION

Table 6.4. SERT-Binding Studies in Suicide Victims.

| Study | Frontal Cortex | Other Regions |
|---|---|---|
| Meyerson et al. (1982) | Increase of 25%[a] | — |
| Stanley, Virgilio, and Gershon (1982) | Decrease of 44%[a] | — |
| Crow et al. (1984) | Decrease of 19%[a] | — |
| Paul, Rehavi, Skolnick, and Goodwin (1984) | — | Decrease of 30%[a] |
| Owen et al. (1986) | NC | NC |
| Arató, Tekes, Palkovits, Demeter, and Falus (1987) | Decrease of 48%[a] | NC |
| Arora and Meltzer (1989) | NC | — |
| Gross-Isseroff, Israeli, and Biegon (1989) | NC | Decrease,[a] Increase[a] |
| Lawrence et al. (1990a) | NC | NC, decrease[a] |
| Lawrence et al. (1990b) | NC | NC |
| Arató et al. (1991) | Decrease of 53%[a] | — |
| Arora and Meltzer (1991) | NC | — |
| Andersson, Eriksson, and Marcusson (1992) | NC | NC |
| Hrdina, Demeter, Vu, Sótónyi, and Palkovits (1993) | NC | NC |
| Joyce et al. (1993) | — | Decrease[a,c] |
| Laruelle et al. (1993) | Decrease of 31%[a] | NC |
| Arango, Underwood, Gubbi, and Mann (1995) | Decrease of 10–20% | — |
| Mann et al. (1996) | Decrease[b] | NC |
| Little et al. (1997) | NC | NC |
| Rosel et al. (1997) | NC | Decrease |

*Note:* NC = No change was detected between groups.

[a]Indicates a statistically significant difference.

[b]Decrease only due to non-SERT site.

[c]Temporal and entorhinal cortex.

Vu, Sótónyi, and Palkovits (1993) also replicated this finding using different ligands. Seven published studies have reported no alteration in 5-HT$_{2A}$ binding (Arranz, Eriksson, Mellerup, Plenge, and Marcusson, 1994; Cheetham, Crompton, Katona, and Horton, 1988; Crow et al., 1984; Gross-Isseroff, Salama, Israeli, and Biegon, 1990; Lowther, De Paermentier, Crompton, Katona, and Horton, 1994; Owen et al., 1986; Owen et al., 1983), but three of these studies came from a single research group.

Laruelle et al. (1993) and Hrdina, Demeter, Vu, Sótónyi, and Palkovits (1993) used the more selective ligand, $^3$H-ketanserin, and found increased binding in suicide victims. The degree of difference between the suicides and the controls

appears to be greater in prefrontal cortex than in temporal cortex (Arango et al., 1990), suggesting regional differences in the suicide effect. Further work is needed to map the distribution of change in 5-$HT_{2A}$ receptors in suicide victims throughout the prefrontal cortex as well as in other cortical brain regions.

The six studies that found an increase in 5-$HT_{2A}$ receptor binding in suicide victims had a higher proportion of subjects' committing suicide using violent methods than the studies that did not find an increase in 5-$HT_{2A}$ receptor binding. Yates et al. (1990) reported lower levels of 5-$HT_{2A}$ receptor binding sites in depressed subjects who had recently been treated with antidepressants. Therefore, it is conceivable that those depressed subjects who took neuroleptics or antidepressants antemortem may have undergone downregulation of 5-$HT_{2A}$ receptors, and such an effect would potentially obscure or reverse the upregulation related to suicide. The presence or absence of a depressive illness may also be relevant. Yates et al. (1990) found an increase in 5-$HT_{2A}$ receptor number in depressed patients who died of causes other than suicide. Therefore, an increase in 5-$HT_{2A}$ receptor number may be associated with the presence of a depressive illness independent of suicide risk.

Another major cortical postsynaptic SERT is the 5-$HT_{1A}$ receptor. There have been at least six published studies of 5-$HT_{1A}$ receptors in suicide victims (see Table 6.5). Two studies reported an increase in 5-$HT_{1A}$ binding in suicide victims (Arango, Underwood, Gubbi, and Mann, 1995; Joyce et al., 1993), and four did not (Cheetham, Crompton, Katona, and Horton, 1990; Dillon, Gross-Isseroff, Israeli, and Biegon, 1991; Matsubara, Arora, and Meltzer, 1991; Stockmeier et al., 1997). Arango, Underwood, Gubbi, and Mann (1995), and Joyce et al. (1993) found the increase in 5-$HT_{1A}$ binding to be confined to discrete brain regions. Corticosteroids can mediate stress effects via mineralocorticoid receptors (MR) and glucocorticoid receptors (GR) on 5-$HT_{1A}$ receptors in the hippocampus (López, Chalmers, Little, and Watson, 1998). Stress results elevated glucocorticoid levels and downregulation of hippocampal 5-$HT_{1A}$ receptors in rodents. Suicide victims have lower levels of MR and 5-$HT_{1A}$ mRNA in hippocampus, effects consistent with stress (López, Chalmers, Little, and Watson, 1998). Therefore, techniques such as autoradiography, which can identify regional differences, are more likely to show 5-$HT_{1A}$ receptor binding changes that are highly localized.

Other receptor subtypes have barely begun to be investigated, and few studies are published of 5-$HT_{1B}$, 5-$HT_{2C}$, and 5-$HT_{1D}$ (Arranz, Eriksson, Mellerup, Plenge, and Marcusson, 1994) receptors in suicide victims. Lowther, Katona, Crompton, and Horton (1997) reported an increase in 5-$HT_{1D}$ binding in globus pallidus but not in putamen, parietal, or prefrontal cortex of violent suicide victims. Overall, the preponderance of data suggests that there are alterations in the serotonin system in suicide, and the use of techniques such as autoradiography coupled with gene expression studies will help to clarify the range and extent of the receptor and transmitter changes, as well as identifying where in the brain these changes are most pronounced.

Table 6.5. 5-HT$_{1A}$ Receptor Binding in Suicide.

| Study | Prefrontal Cortex | Other Regions |
|---|---|---|
| Cheetham, Crompton, Katona, and Horton (1990)[a] | NC | NC, decrease |
| Dillon, Gross-Isseroff, Israeli, and Biegon (1991) | NC | NC |
| Matsubara, Arora, and Meltzer (1991) | NC | — |
| Joyce et al. (1993) | — | Increase[b,c] |
| Arranz, Eriksson, Mellerup, Plenge, and Marcusson (1994) | NC | NC |
| Arango, Underwood, Gubbi, and Mann (1995) | Increase of 28 percent | NC |
| Stockmeier et al. (1997) | — | NC |

Note: NC = No change was detected between groups.
[a]Only depressed suicides were included in the study.
[b]Indicates a statistically significant difference.
[c]Temporal and entorhinal cortex.

## Neuroendocrine Studies of the Serotonergic System in Suicide Attempters

The most common method of study of the serotonergic system in suicide attempters using the neuroendocrine technique is to measure the prolactin response to fenfluramine, which causes the release of serotonin and inhibits its reuptake. There are at least sixteen published studies of the effects of fenfluramine challenges on prolactin or cortisol in depressed and personality-disordered patients (see Table 6.6; see also Asnis et al., 1988; Coccaro et al., 1989; Kasper, Vieira, Schmidt, and Richter, 1990; Lichtenberg et al., 1992; Lopez-Ibor, Lana, and Saiz-Ruiz, 1990; Lopez-Ibor, Saiz-Ruiz, and Iglesias, 1988; Maes, Jacobs, Suy, Minner, and Raus, 1989; Mitchell and Smythe, 1990; Mitchell et al., 1990; Muhlbauer and Müller-Oerlinghausen, 1985; O'Keane and Dinan, 1991; Siever, Murphy, Slater, de la Vega, and Lipper, 1984; Targum, 1990; Weizman et al., 1988). Seven out of fourteen studies found a blunted prolactin response to fenfluramine in major depression (see Table 6.6). Three out of four studies found a blunted prolactin response in association with a history of a suicide attempt. Most studies (ten out of fourteen) lack a placebo control. A placebo challenge can determine whether differential stress responses distinguish the groups or if depression is associated with a reduction in dopaminergic activity, hypothesized to be present in major depression (Kapur and Mann, 1992).

Table 6.6. The Fenfluramine Challenge Test in Depressed and Suicidal Patients.

| Study | Findings |
|---|---|
| Siever, Murphy, Slater, de la Vega, and Lipper (1984) | PRL decreased in major depression |
| Muhlbauer and Muller-Oerlinghausen (1985) | Cortisol responses were unaltered in untreated depressed patients |
| Asnis et al. (1988) | No difference |
| Lopez-Ibor, Saiz-Ruiz, and Iglesias (1988) | PRL response correlated with subtype of depression or suicidal behavior |
| Weizman, Mark, Gil-Ad, Tyano, and Laron (1988) | No difference |
| Coccaro et al. (1989) | PRL decreased in patients with major depression and in suicide attempters |
| Maes, Jacobs, Suy, Minner, and Raus (1989) | PRL increased in major versus minor depression |
| Kasper, Vieira, Schmidt, and Richter (1990) | PRL before treatment correlates with PRL after treatment |
| Lopez-Ibor, Lana, and Saiz-Ruiz (1990) | PRL and cortisol decreased in comparison with controls |
| Mitchell and Smythe (1990) | PRL decreased in melancholia |
| Targum (1990) | PRL increased in personality disorders with or without major depression |
| O'Keane and Dinan (1991) | PRL decreased in comparison with controls (no correlation with severity of depression but with anxiety) |
| Lichtenberg et al. (1992) | |
| Mann, McBride, Malone, DeMeo, and Keilp (1995) | PRL decreased in major depression and in suicide attempters |
| Malone, Corbitt, Li, and Mann (1996) | PRL decreased in more lethal attempters |

*Note:* PRL = prolactin.

Case 1:04-cv-10981-PBS   Document 1197-84   Filed 04/04/2008   Page 15 of 19

Lopez-Ibor, Saiz-Ruiz, and Iglesias (1988) and Coccaro et al. (1989) found a blunted prolactin response in patients with a personality disorder characterized by suicidal acts, but not in major depression, compared to similar patients without a history of suicide attempts. These results are consistent with our findings (Mann et al., 1995) in the sense that we found that 78 percent of the younger depression cases with a blunted prolactin response had comorbid borderline personality disorders, compared to only 29 percent of the older group ($p = 0.0375$). O'Keane et al. (1992) found blunted prolactin responses compared to placebo in antisocial personality disorder. We found that a blunted prolactin response was associated with a past suicide attempt, comorbid borderline personality disorder, and lifetime aggressive behavior. These effects are partially additive.

Studies using serotonergically mediated neuroendocrine responses to other agents have generated results that support the indoleamine deficiency hypothesis of depression, but there are virtually no studies of suicidal behavior. A diminished prolactin response to intravenous tryptophan is found in depressed patients compared to matched controls (Cowen, McCance, Gelder, and Grahame-Smith, 1990; Deakin, Pennell, Upadhyaya, and Lofthouse, 1990; Heninger, Charney, and Sternberg, 1984; Koyama, Lowy, and Meltzer, 1987; Price, Charney, Delgado, and Heninger, 1991). In 1991, Upadhyaya, Pennell, Cowen, and Deakin found a blunted growth hormone and prolactin to tryptophan in depression. Intravenous clomipramine generates a blunted prolactin response in depressed patients (Anderson, Ware, Da Roza Davis, and Cowen, 1992; Golden et al., 1992). Increased cortisol responses to 5-hydroxytryptophan in depressed and manic patients have been attributed to increased serotonin receptor sensitivity (Meltzer, Perline, Tricou, Lowy, and Robertson, 1984). Studies of the $5\text{-HT}_{1A}$ receptor in depressed patients have generated conflicting results (Cowen, Power, Ware, and Anderson, 1994; Lesch, 1991; Meltzer and Maes, 1994). Pitchot et al. (1995) used the $5\text{-HT}_{1A}$ drug flesinoxan and found differences in responses in suicide attempters.

There is evidence that the fenfluramine-stimulated increase in prolactin levels appears to be primarily mediated by serotonin rather than other neurotransmitter systems (Coccaro, Kavoussi, and Hauger, 1993; Fuller, Snoddy, and Robertson, 1988; Mann et al., 1992; Meyendorff, Jain, Träskman-Bendz, Stanley, and Stanley, 1986). However, differential levels of endogenous dopaminergic activity may potentially modulate prolactin responses to fenfluramine. Since decreased dopaminergic activity has been associated with depression (Kapur and Mann, 1992), such a change may be associated with elevated prolactin levels. We found no evidence of elevated prolactin levels during the placebo day in the depressed patients, suggesting that endogenous dopaminergic tonic regulation of prolactin release in depressed patients did not differ from the healthy controls.

No difference in prolactin responses to thyroid releasing hormone has been found in depressed patients (Anderson, Ware, Da Roza Davis, and Cowen, 1992; Golden et al., 1992; Heninger, Charney, and Sternberg, 1984; Kjellman, Ljunggren,

Beck-Friis, and Wetterberg, 1983) indicating that lactotroph function is not compromised in depression and does not explain the blunted prolactin response to fenfluramine.

# THE NORADRENERGIC SYSTEM IN SUICIDE VICTIMS AND ATTEMPTERS

Along with compromised serotonergic function in suicidal behavior, a growing body of evidence has accumulated implicating altered brain noradrenergic transmission. Postmortem studies performed to date have sought to examine the noradrenergic system in the brain by measuring the concentration of norepinephrine (NE) or its metabolites in brain tissue, morphometric studies of noradrenergic neurons, measurement of tyrosine hydroxylase (the rate-limiting enzyme for NE synthesis), and assaying NE receptor subtypes. Each measure addresses a different aspect of noradrenergic function and has its own advantages and limitations, particularly in human postmortem brain. By and large, studies of suicide attempters are consistent with postmortem findings. From these varied approaches, despite methodological differences and technical limitations, a picture of altered noradrenergic neurotransmission in suicide is starting to emerge.

Alterations in noradrenergic neurotransmission in suicide are suggested based on a variety of findings, including changes in neurotransmitter indexes in postmortem brain tissue (Table 6.7) and comparable findings in vivo. Noradrenergic innervation of the mammalian cerebral cortex is derived nearly exclusively from pigmented neurons of the locus ceruleus (LC) (Dahlström and Fuxe, 1964; Freedman, Foote, and Bloom, 1975; Jones and Moore, 1977; Levitt and Moore, 1978; Porrino and Goldman-Rakic, 1982). Much like the serotonergic neurons of the dorsal raphe nuclei, these noradrenergic neurons provide widespread innervation throughout the neuraxis, including the limbic system.

We found fewer 23 percent noradrenergic LC neurons in the brain of completed suicides (Arango, Underwood, and Mann, 1996). Widdowson, Ordway, and Halaris (1992) reported less neuropeptide Y in the LC of suicide victims. Klimek

Table 6.7. Neurobiology of the Noradrenergic System in Suicide at the Synaptic Level.

| Presynaptic | Postsynaptic |
| --- | --- |
| NE decreased | NE increased |
| NET decreased | $\alpha_1$ decreased |
| $\alpha_2$ decreased | $\alpha_2$ decreased |
| Tyrosine hydroxylase increased | $\beta_1$ decreased |
| Cell number decreased | |

Note: NE = norepinephrine; NET = norepinephrine transporter

et al. (1997) found fewer NE transporter sites in the LC. Ordway, Widdowson, Smith, and Halaris (1994) reported increased binding to $\alpha_2$-adrenergic receptors and increased tyrosine hydroxylase protein (Ordway, Smith, and Haycock, 1994) in the LC of suicide victims, but no difference between groups in the number of LC neurons (Ordway, Smith, and Haycock, 1994) and reduced concentration of NE in the LC (Ordway, Widdowson, Smith, and Halaris, 1994). The latter two observations are consistent with animal studies of stress-induced reductions in NE levels in the LC due to release and compensatory increases in tyrosine hydroxylase activity. Our finding of fewer noradrenergic neurons may reflect reduced functional reserve and a greater susceptibility to depletion of NE by stress-induced release. Arango, Ernsberger, Sved, and Mann (1993) and Manchon et al. (1987) found increased NE in cortex and hippocampus, respectively. A stress effect on $5\text{-}HT_{1A}$ receptors in hippocampus reported in rats also resembles findings in suicide victims (López, Chalmers, Little, and Watson, 1998).

Evidence from neurotransmitter or metabolite concentrations in the CSF is less convincing, with only a minority (Ågren, 1980, 1982) of studies finding reduced concentrations of the norepinephrine metabolite 3-methoxy, 4-hydroxyphenyl glycol (MHPG) in suicide attempters (Brown et al., 1982; Pickar et al., 1986; Roy et al., 1985; Roy, Pickar, De Jong, Karoum, and Linnoila, 1989; Secunda et al., 1986; Träskman, Åsberg, Bertilsson, and Sjöstrand, 1981). Reduced urinary excretion of the metabolite MHPG in suicide attempters provides some further indirect evidence (Ågren, 1980, 1982). Increased binding to $\beta$-adrenergic receptors in the cerebral cortex in suicide victims compared to controls has been reported by some investigators (Arango et al., 1990; Biegon and Israeli, 1988; Mann, Stanley, McBride, and McEwen, 1986) but not by others (De Paermentier, Cheetham, Crompton, Katona, and Horton, 1990; Little, Clark, Ranc, and Duncan, 1993; Stockmeier and Meltzer, 1991). $\alpha_1$-adrenergic and/or $\alpha_2$-adrenergic receptor binding in suicide victims in cerebral cortex have been reported to be increased (Arango, Ernsberger, Sved, and Mann, 1993; Callado et al., 1998; González et al., 1994; Meana and García-Sevilla, 1987) or decreased (Gross-Isseroff, Dillon, Fieldust, and Biegon, 1990). These receptor changes are difficult to interpret. Taken together, these studies suggest that altered noradrenergic neurotransmission is associated with suicidal behavior.

## OTHER NEUROCHEMICAL FINDINGS IN SUICIDE

Cholinergic receptor binding ($^3$H-ZNB) appears unaltered (Stanley, 1984). $\mu$-Opioid receptor binding appears increased in PFC and caudate but not thalamus (Gabilondo, Meana, and García-Sevilla, 1995). Corticotropin binding to PFC is reduced (Nemeroff, Owens, Bissette, Andorn, and Stanley, 1988). $GABA_B$ sites in the prefrontal cortex, temporal cortex, and hippocampus are reported to be

unchanged (Cross, Cheetham, Crompton, Katona, and Horton, 1988), whereas benzodiazepine binding is increased in suicides (Manchon et al., 1987). We reported no change in the NMDA receptor (Palmer, Burns, Arango, and Mann, 1994), but Nowak, Ordway, and Paul (1995) found altered NMDA binding in the prefrontal cortex, as indicated by a decrease in high-affinity $^3$H-CGP-39653 binding.

Several studies have evaluated postreceptor indexes, such as G-proteins and signal transducers. Cowburn, Marcusson, Eriksson, Wiehager, and O'Neill (1994) reported lower basal, GTPγS, and forskolin-stimulated adenylyl cyclase activity in the PRF of suicide victims. Levels of $G_{s\alpha S}$ were reduced, whereas $G_{s\alpha}$ and $G_{i\alpha}$ were not different in suicides. Pacheco et al. (1996) reported GTPγS stimulation of PI hydrolysis to be reduced by 30 percent in suicides, and levels of $G_{\alpha 12}$ were increased 21 percent in PFC. Pandey et al. (1997) found reduced protein kinase C binding of $^3$H-phorbol dibutyrate in prefrontal cortex of teenage suicides. It appears that G-protein coupling and signal transduction are impaired, though it remains to be determined if this involves only selected receptors.

## IMPLICATIONS FOR THE CLINICIAN

Although opiate, GABA, and other systems have been studied, the data are too few to formulate any conclusions, so interested readers are encouraged to monitor the emerging literature.

Reduced serotonergic and noradrenergic function in the brains of suicide victims is suggested (see Tables 6.1 and 6.7). Complementary findings have been made in the serotonergic system of suicide attempters and completers. Studies of the noradrenergic system of suicide attempters have generated inconsistent findings, partly reflected in the lack of indexes of brain noradrenergic activity in vivo.

Most postmortem studies have focused on the prefrontal cortex because of its hypothesized role in behavioral restraint. It is in the prefrontal cortex that there is the greatest consensus regarding receptor binding changes in suicide victims. With respect to the serotonergic system, postsynaptic serotonin 5-HT$_{2A}$ and 5-HT$_{1A}$ receptors may be increased, and the SERT binding (or to a related binding site) is decreased. 5-HT$_{2C}$ sites are present only in very low concentrations in prefrontal cortex and are more abundant, but appear unaltered, in the hippocampus of suicide victims. Since 5-HT$_{2A}$ and 5-HT$_{1A}$ receptors are located predominantly on cortical neurons and the SERT is located on the presynaptic axon terminal of serotonergic neurons that innervate the cortex, the most parsimonious conclusion is that there is reduced serotonergic innervation and a consequent upregulation of postsynaptic receptor sites in suicide victims. However, lesion studies in rodents have largely failed to demonstrate such upregulation,

114  THE HARVARD MEDICAL SCHOOL GUIDE TO SUICIDE ASSESSMENT AND INTERVENTION

so the precise mechanism in suicide victims is unclear. In the brainstem of suicides, serotonin and 5-HIAA levels appear to be lower. It remains to be determined whether this reduction is because of fewer serotonin-synthesizing neurons in the dorsal and median raphe or whether there is reduced capacity for serotonin synthesis.

The ventral PFC is involved in mediating inhibition. Injuries to this brain region can result in behavioral disinhibition. If the preliminary suggestion that serotonergic input to the ventral PFC is compromised is correct, then it may explain why it plays a role in inhibition of behaviors such as suicidal and aggressive acts.

The picture for norepinephrine is less clear than for serotonin (see Table 6.7). In the cerebral cortex, $\alpha_1$-, $\alpha_2$-, and $\beta$-adrenergic receptors, although there is not complete agreement, appear to be altered. In the brainstem, NE and MHPG concentrations seem to be reduced, there are fewer pigmented noradrenergic neurons, and activity of the NE biosynthetic enzyme tyrosine hydroxylase is increased. The conclusion that best fits the bulk of the findings is that there is a period of noradrenergic overactivity prior to suicide, and this, together with fewer noradrenergic neurons in the LC, results in NE depletion and a compensatory increase in synthesis. This noradrenergic overactivity may have been a stress response and therefore state dependent. In contrast, serotonergic activity is generally relatively stable or traitlike and under considerable genetic control. Therefore, there may be a serotonergic trait marker that will identify the person at risk for suicide. Identification of the brain systems most affected, or predictive, of suicide may then provide the opportunity for effective pharmacological intervention. Much remains to be learned through further systematic postmortem neurochemical studies of tissue from individuals where clinical information is available and in vivo studies of high-risk patients.