# EXHIBIT 71

Molecular Psychiatry (2002) 7, 755–767
© 2002 Nature Publishing Group All rights reserved 1359-4184/02 $25.00
www.nature.com/mp



ORIGINAL RESEARCH ARTICLE

# Neurotransmitter receptor-mediated activation of G-proteins in brains of suicide victims with mood disorders: selective supersensitivity of $\alpha_{2A}$-adrenoceptors

J González-Maeso[1], R Rodríguez-Puertas[1], JJ Meana[1,2], JA García-Sevilla[2] and J Guimón[2]

[1]*Department of Pharmacology, University of the Basque Country, Leioa, Bizkaia, Spain;* [2]*Department of Psychiatry, University of Geneva, Hôpital Belle-Idée (HUG), Chêne-Bourg, Switzerland*

**Abnormalities in the density of neuroreceptors that regulate norepinephrine and serotonin release have been repeatedly reported in brains of suicide victims with mood disorders. Recently, the modulation of the [$^{35}$S]GTP$\gamma$S binding to G-proteins has been introduced as a suitable measure of receptor activity in postmortem human brain. The present study sought to evaluate the function of several G-protein coupled receptors in postmortem brain of suicide victims with mood disorders. Concentration-response curves of the [$^{35}$S]GTP$\gamma$S binding stimulation by selective agonists of $\alpha_2$-adrenoceptors, 5-HT$_{1A}$ serotonin, $\mu$-opioid, GABA$_B$, and cholinergic muscarinic receptors were performed in frontal cortical membranes from 28 suicide victims with major depression or bipolar disorder and 28 subjects who were matched for gender, age and postmortem delay. The receptor-independent [$^{35}$S]GTP$\gamma$S binding stimulation by mastoparan and the G-protein density were also examined. The $\alpha_{2A}$-adrenoceptor-mediated stimulation of [$^{35}$S]GTP$\gamma$S binding with the agonist UK14304 displayed a 4.6-fold greater sensitivity in suicide victims than in controls, without changes in the maximal stimulation. No significant differences were found in parameters of 5-HT$_{1A}$ serotonin receptor and other receptor-mediated [$^{35}$S]GTP$\gamma$S binding stimulations. The receptor-independent activation of G-proteins was similar in both groups. Immunoreactive densities of G$_{\alpha i1/2}$-, G$_{\alpha i3}$-, G$_{\alpha o}$-, and G$_{\alpha s}$-proteins did not differ between suicide victims and controls. In conclusion, $\alpha_{2A}$-adrenoceptor sensitivity is increased in the frontal cortex of suicide victims with mood disorders. This receptor supersensitivity is not related to an increased amount or enhanced intrinsic activity of G-proteins. The new finding provides functional support to the involvement of $\alpha_2$-adrenoceptors in the pathogenesis of mood disorders.**

*Molecular Psychiatry* (2002) **7,** 755–767. doi:10.1038/sj.mp.4001067

**Keywords:** $\alpha_{2A}$-adrenoceptors; G-proteins; mood disorders; suicide; human brain; [$^{35}$S]GTP$\gamma$S binding; guanosine 5′-O-(3-thiotriphosphate)

## Introduction

Alterations of neurotransmitter receptors and their intracellular signal transduction cascades on serotonin (5-HT) and/or norepinephrine (NE) pathways are believed to play a direct role in the pathogenesis of depression[1,2] or, alternatively, they could represent an indirect adaptative response to other neurochemical disturbances.[2–4]

Presynaptic regulation of NE/5-HT release involves activity of several neurotransmitter receptors located on nerve terminals. Among them, $\alpha_2$-adrenoceptors, $\mu$-opioid, GABA$_B$ and cholinergic muscarinic M$_2$/M$_4$ receptors, by acting as autoreceptors or heteroreceptors, contribute to the inhibition of neurotransmitter release.[5–7] In depressed suicide victims, high densities of brain $\alpha_2$-adrenoceptors have been found in terminal areas of NE and 5-HT pathways[8–13] and at the somatodendritic level of noradrenergic cells.[14] Many antidepressant treatments are able to modulate $\alpha_2$-adrenoceptor density and/or function. Thus, chronic administration of antidepressant drugs reduces the density and activity of $\alpha_2$-adrenoceptors in rat brain[15–19] and in platelets of depressed patients.[20,21] Based on these observations, it has been suggested that patients with mood disorders might have an underlying disturbance of noradrenergic and/or serotonergic function, perhaps due to hyperactive $\alpha_2$-adrenoceptor function.[22]

$\alpha_2$-Adrenoceptors are members of the G protein coupled receptors family. Activation of these receptors promotes a conformational change in the heterotrim-

Correspondence: JJ Meana, Departamento de Farmacología, Universidad del País Vasco / EHU, E-48940 Leioa, Bizkaia, Spain. E-mail: kfpmemaj@lg.ehu.es
Received 18 July 2001; revised 11 December 2001; accepted 17 December 2001

eric G-proteins from an inactive guanosine diphosphate (GDP)-bound oligomeric form to an active guanosine triphosphate (GTP)-bound monomeric form. The prototypical $\alpha_{2A}$-adrenoceptor of the human brain activates inhibitory G-proteins[23,24] that dissociate into $G_{\alpha i}$-GTP and $G_{\beta\gamma}$ components. These molecular events are assumed to also occur for many other receptors that couple with inhibitory G-proteins ($G_i/G_o$) and, among them, 5-$HT_{1A}$ serotonin receptors, $\mu$-opioid receptors, $GABA_B$ receptors and $M_2/M_4$ muscarinic cholinergic receptors.[25] In the last years, the immunodetection of G-proteins with specific antibodies has led to altered levels of the different G-protein subunits in the brain of subjects with mood disorders.[13,26–30] Because the amount of $G_i$-proteins and the density of mature $\alpha_2$-adrenoceptors maintain an stoichiometric equilibrium,[23,31–33] the debate persists as to whether the receptor or the G-protein have the greater role in the observed up-regulation of $\alpha_2$-adrenoceptors in mood disorders.

Recently, a method ([$^{35}$S]GTP$\gamma$S binding) developed to assess receptor-dependent functional activity of G-proteins has been applied to postmortem human brain.[34,35] Activation of receptors by selective agonists promotes the GDP/GTP exchange, which facilitates the binding of radiolabeled GTP analogues to the $\alpha$ subunit of G-proteins, allowing a functional measure of receptor sensitivity. The present study was designed to directly evaluate the functional sensitivity of several brain neurotransmitter receptors, all of them coupled to inhibitory $G_i/G_o$-proteins, in a group of subjects with mood disorders who committed suicide and their matched controls. The receptor-independent functional activity of $G_i/G_o$-proteins was also examined and the levels of the different G-proteins were quantified in the same preparations. On the basis of previous postmortem data, it was hypothesized that any relevant up-regulation of a given neurotransmitter receptor in the brain of suicide victims with mood disorders would be associated with a selective receptor-dependent hyperactivity of $G_i/G_o$-proteins in response to a specific agonist.

## Subjects and methods

*Subject selection and brain samples*

Human brains were obtained at autopsies performed in the Forensic Anatomical Institute, Bilbao, Spain, and the Institute of Forensic Medicine, Geneva, Switzerland. The study was developed in compliance with policies of research and ethical review boards for postmortem brain studies (Basque Institute of Legal Medicine, Bilbao, and Department of Psychiatry, University of Geneva, Geneva). A total of 245 consecutive brains, from subjects in whom the medical examiner had determined that suicide was the cause of death, were collected from May 1990 to December 1998. One subject with a previous diagnosis of bipolar disorder who died in a motor vehicle accident (case 9 in Table 1) was also included, although suicide was not the cause of death. Deaths recorded as suicide were subjected to retrospective careful searching for previous medical diagnosis and treatment using examiner's information and records of hospitals and mental health centers. After searching of antemortem information was fulfilled, 29 subjects had met criteria of major depression ($n = 22$), bipolar disorder ($n = 6$) or dysthymic disorder ($n = 1$), according to the Diagnostic and Statistical Manual of Mental Disorders (DSM-III-R).[36] One of the suicide victims with major depression also had a comorbid diagnosis of dysthymia. Another suicide victim who showed diagnostic criteria for major depression and alcohol abuse and dependence was excluded from the study. Thus, the definitive group of cases with mood disorders included 28 subjects (27 suicide victims and one bipolar patient accidentally dead, see above). The suicide victims died by trauma due to a fall from a height ($n = 11$), drug overdose ($n = 5$), gunshot wound ($n = 4$), hanging ($n = 3$), drowning ($n = 3$), and caustic ingestion ($n = 1$). The demographic characteristics (gender, age, postmortem delay) and the psychiatric diagnoses and treatments of the mood disorder group are summarized in Table 1. Four of the 28 cases had been included in previous radioligand binding studies of $\alpha_2$-adrenoceptors[9,12] and the other five cases had been used for immunoblot detection of G-proteins and $\alpha_{2A}$-adrenoceptors.[13] A toxicological screening (quantitative assays for antidepressants, other psychotropic drugs and ethanol) was performed on blood, urine, liver and gastric content samples of 21 cases. The rest of the suicide victims (seven cases) were medicated at the time of death and apparently showed good compliance with treatments. All subjects who were drug-free shortly before death (as revealed by the absence of prescriptions in medical histories) also gave negative results in the toxicological screening. The results of the toxicological testing are listed in Table 1. The toxicological assays were performed at the National Institute of Toxicology, Madrid, Spain, or at the Toxicology Unit, Institute of Forensic Medicine, Geneva, using a variety of standard procedures including radioimmunoassay, enzymatic immunoassay, high-performance liquid chromatography and gas chromatography-mass spectrometry.

Over the same period of time (1990–1998), 330 brains of non-suicide potential controls were consecutively obtained at autopsy from subjects who died suddenly, mainly from violent causes. A retrospective searching for antemortem clinical history in these control subjects was also performed. Drug and alcohol toxicological screening was carried out on blood and urine samples of most of the subjects. Controls for the present study ($n = 28$) were chosen among the collected brains on the basis, whenever possible, of the following cumulative criteria: (1) negative medical information on the presence of neuropsychiatric disorders or drug abuse; (2) appropriate gender, age (normally ± 10 years) and postmortem delay (normally ±12 hours, except in two cases) to match each subject in the suicide group; (3) sudden and unexpected death (motor vehicle accidents, $n = 22$; cardiac arrest, $n = 4$; accidental asphyxia, $n = 1$; sport accident, $n = 1$); and (4) toxicological

**Table 1** Demographic characteristics, diagnoses, prescribed treatment and toxicological analysis of individual cases of suicide victims with mood disorders and their respective control subjects

| | *Gender (F/M)* | *Age at death (years)* | *Postmortem delay (h)* | *Psychiatric diagnosis* | *Treatment* | *Drug blood levels ($\mu g\ ml^{-1}$)* |
|---|---|---|---|---|---|---|
| Case 1 | F | 57 | 10 | MD | ATD, BDZ | Not performed |
| Control 1 | F | 63 | 20 | | | Not performed |
| Case 2 | F | 26 | 46 | BD | APS, LIT, BDZ | Not performed |
| Control 2 | F | 28 | 55 | | | Drug-free |
| Case 3 | F | 73 | 18 | MD | LIT, BDZ | Not performed |
| Control 3 | F | 70 | 17 | | | Not performed |
| Case 4 | F | 72 | 49 | MD | Untreated | Drug-free |
| Control 4 | F | 75 | 43 | | | Not performed |
| Case 5 | F | 53 | 17 | MD | Untreated | BDZ, Metamizol |
| Control 5 | F | 62 | 21 | | | Drug-free |
| Case 6 | F | 35 | 39 | MD | Untreated | Antibiotics |
| Control 6 | F | 33 | 43 | | | Drug-free |
| Case 7 | M | 73 | 60 | MD | ATD | CIT 0.1 |
| Control 7 | M | 79 | 65 | | | Not performed |
| Case 8 | F | 58 | 48 | MD | ATD, APS, ACH | Not performed |
| Control 8 | F | 53 | 19 | | | Not performed |
| Case 9 | M | 23 | 32 | BD | APS, LIT, ACH | Not performed |
| Control 9 | M | 34 | 32 | | | ETH 1 $g\ l^{-1}$ |
| Case 10 | F | 70 | 28 | BD | ATD, APS, ACH | Not performed |
| Control 10 | F | 65 | 27 | | | CHb/Hb 45% |
| Case 11 | M | 37 | 44 | BD | APS, LIT, ACH, BDZ | Not performed |
| Control 11 | M | 39 | 43 | | | Not performed |
| Case 12 | F | 35 | 23 | MD | Untreated | Drug-free |
| Control 12 | F | 33 | 68 | | | Drug-free |
| Case 13 | M | 23 | 14 | BD | ATD, APS, ACH | Drug-free |
| Control 13 | M | 24 | 15 | | | Drug-free |
| Case 14 | F | 58 | 27 | MD | ATD, BDZ | Drug-free |
| Control 14 | F | 58 | 36 | | | BDZ, Piroxicam |
| Case 15 | M | 65 | 30 | MD | ATD, BDZ | CLO 0.7, SUL 3.3, BDZ ETH 2 $g\ l^{-1}$ |
| Control 15 | M | 68 | 26 | | | Drug-free |
| Case 16 | F | 68 | 25 | MD | ATD | SER 0.4 |
| Control 16 | F | 68 | 38 | | | Salicilate |
| Case 17 | F | 88 | 9 | MD | ATD, BDZ | MAP 0.2, SER 0.03, BDZ |
| Control 17 | F | 81 | 19 | | | Drug-free |
| Case 18 | F | 56 | 24 | MD | ATD | Drug-free |
| Control 18 | F | 52 | 26 | | | Not performed |
| Case 19 | M | 42 | 37 | BD | LIT | PHE 48 |
| Control 19 | M | 49 | 24 | | | Drug-free |
| Case 20 | M | 59 | 24 | MD | ATD | VEN 1.8 |
| Control 20 | M | 58 | 27 | | | Drug-free |
| Case 21 | M | 26 | 14 | DD | ? | Drug-free |
| Control 21 | M | 28 | 15 | | | ETH 2.7 $g\ l^{-1}$ |
| Case 22 | F | 74 | 48 | MD | ATD | CIT 1.0 |
| Control 22 | F | 70 | 39 | | | Drug-free |
| Case 23 | F | 20 | 10 | MD | ATD, BDZ | NOR 4.9, TRA 5.6 |
| Control 23 | F | 23 | 15 | | | ETH 0.7 $g\ l^{-1}$ |
| Case 24 | M | 55 | 8 | MD, DD | ? | Drug-free |
| Control 24 | M | 52 | 14 | | | Not performed |
| Case 25 | M | 52 | 72 | MD | ? | ETH 0.03 $g\ l^{-1}$ |
| Control 25 | M | 47 | 63 | | | Not performed |
| Case 26 | F | 32 | 18 | MD | ? | BDZ, ETH 2.27 $g\ l^{-1}$ |
| Control 26 | F | 35 | 17 | | | Drug-free |
| Case 27 | F | 39 | 20 | MD | ? | BDZ |
| Control 27 | F | 42 | 18 | | | ETH 0.41 $g\ l^{-1}$ |
| Case 28 | M | 56 | 16 | MD | ATD, BDZ | VEN 0.05, BDZ |
| Control 28 | M | 55 | 16 | | | Drug-free |
| Suicide group | 17F/11M | $51 \pm 4$ | $29 \pm 3$ | | | |
| Control group | 17F/11M | $51 \pm 3$ | $31 \pm 3$ | | | |

Group values are means ± SEM. Psychiatric diagnoses were major depression (MD), bipolar disorder (BD) and dysthymic disorder (DD). Treatment are coded as antidepressants (ATD), antipsychotics (APS), lithium (LIT), anticholinergics (ACH) and benzodiazepines (BDZ). Blood levels of clomipramine (CLO), sulpiride (SUL), sertraline (SER), maprotiline (MAP), phenobarbital (PHE), venlafaxine (VEN), citalopram (CIT), nortryptiline (NOR) and trazodone (TRA) are expressed in $\mu g\ ml^{-1}$. Blood levels of ethanol (ETH) are expressed in $g\ l^{-1}$. Several benzodiazepines and metabolites (BDZ) were also detected in blood samples. CHb/Hb is the rate carboxyhemoglobine/hemoglobine.

screening of psychotropic drugs with negative results except for ethanol. The past medical records of the selected controls revealed the presence of subjects with cardiomyopathy ($n=1$), arterial hypertension ($n=1$), fatty liver ($n=1$) and diabetes mellitus ($n=1$). Ethanol was detected in some control subjects ($1.2\pm0.5$ g $l^{-1}$; $n=4$). Toxicological screening in control subjects was not performed in nine cases. The tissue storage period before assays did not differ between suicide victims ($36\pm5$ months) and controls ($32\pm4$ months). The definitive pairs of subjects (suicides and their respective matched controls) are shown in Table 1.

Specimens of prefrontal cortex (Brodmann's area 9) were dissected (0.5–1 g tissue) on an ice-cooled surface and immediately stored at –70°C until membrane preparation.

*Membrane preparation*
After thawing of the cortical specimens, membranes ($P_2$ fractions) were obtained as described previously.[34] The samples were processed under code to blind the diagnostic group of the subjects. Cortical tissues were homogenized (1:30 weight/volume dilution) in an ice-cold Tris buffer (50 mmol $l^{-1}$ Tris hydrochloride, 3 mmol $l^{-1}$ magnesium chloride, 1 mmol $l^{-1}$ dithiothreitol, 1 mmol $l^{-1}$ ethyleneglycoldiaminetetracetic acid, pH 7.4) containing 0.25 mol $l^{-1}$ sucrose. After centrifugation ($1000\times g$, 5 min, 4°C), the supernatants were saved and recentrifuged at $40\,000\times g$ for 10 min at 4°C. The pellet was washed twice with 10 ml of ice-cold Tris homogenization buffer and recentrifuged at $40\,000\times g$. The resultant pellet was resuspended in 1-ml aliquots, recentrifuged, and after discharge of the supernatant, it was stored at –70°C for binding assays, immunoblot analyses and protein content determinations.

*[$^{35}$S]GTP$\gamma$S binding assays*
The functional activity of G proteins was assessed by the [$^{35}$S]GTP$\gamma$S binding assay as described previously.[34] The method is based on the ability of the radiolabeled GTP analog termed sulfur 35 labeled guanosine-5′-*O*-($\gamma$-thio)-triphosphate ([$^{35}$S]GTP$\gamma$S) to specifically bind to G-proteins. Activation of receptors by selective agonists promotes the GDP/GTP exchange and, therefore, facilitates the binding of [$^{35}$S]GTP$\gamma$S to the $\alpha$ subunit of G proteins (Figure 1). Thus, the [$^{35}$S]GTP$\gamma$S binding provides a functional measure of receptor-mediated activity. Additionally, the GDP/[$^{35}$S]GTP$\gamma$S exchange on inhibitory $G_i/G_o$-proteins may also be promoted by the peptide mastoparan,[37,38] which acts directly on the $\alpha$ subunit allowing the evaluation of G-proteins activity in a receptor-independent manner (Figure 1). For these binding assays, aliquots of membrane preparations were thawed, resuspended at 80 $\mu$g $ml^{-1}$ of protein concentration and incubated with shaking at 30°C for 2 h in Tris incubation buffer (50 mmol $l^{-1}$ Tris hydrochloride, 3 mmol $l^{-1}$ magnesium chloride, 0.2 mmol $l^{-1}$ dithiothreitol, 1 mmol $l^{-1}$ ethyleneglycoldiaminetetracetic acid, 100 mmol $l^{-1}$ sodium chloride, 50 $\mu$mol $l^{-1}$ guanosine 5′-diphosphate, pH 7.4) containing 0.5 nmol $l^{-1}$ [$^{35}$S]GTP$\gamma$S. The $\alpha_2$-adrenoceptor agonist UK14304, the 5-$HT_{1A}$ serotonin receptor agonist 8-OH-DPAT), the $\mu$-opioid receptor agonist DAMGO, the $GABA_B$ receptor agonist baclofen or the muscarinic cholinergic receptor agonist carbachol were added ($10^{-10}/10^{-9}$ to $10^{-4}/10^{-3}$ mol $l^{-1}$) to determine receptor-stimulated [$^{35}$S]GTP$\gamma$S binding. In another set of experiments, the direct activator of $G_i/G_o$-proteins mastoparan ($10^{-7}$ to $10^{-4}$ mol $l^{-1}$) was used to determine receptor-independent stimulation of [$^{35}$S]GTP$\gamma$S binding.[37,38] The incubations were terminated by diluting the samples with incubation buffer, and membrane-bound [$^{35}$S]GTP$\gamma$S was separated by rapid filtration under vacuum through glass fiber filters. After separation of the bound and free radioligand, the filters were rinsed twice with ice-cold incubation buffer, transferred to minivials containing liquid scintillation cocktail and counted for radioactivity (Packard model 2200CA). The assays were carried out in a paired design. Thus, in a given experiment, aliquots of one suicide victim were processed and incubated in parallel with the previously matched control. In this manner, concentration-response curves to each receptor agonist and to mastoparan were always performed in one suicide victim and one control subject under the same experimental conditions. Aliquots of the same membrane preparations were used in all experiments performed for each subject.




**Figure 1** Schematic representation of receptor-dependent and receptor-independent activation of G-proteins. The activation of the receptor (R) by an agonist (A) leads to the exchange of GDP by GTP or its analog [$^{35}$S]GTP$\gamma$S. This conformational change promotes the dissociation of the heterotrimeric G-protein into $G_\alpha$ and $G_{\beta\gamma}$ subunits. The direct activation of the $G_\alpha$ subunit by the peptide mastoparan (MP) induces a similar GDP/[$^{35}$S]GTP$\gamma$S exchange and the subsequent subunit dissociation.

*Immunoblot assays*
The relative levels of $G_{\alpha i1/2}$-, $G_{\alpha i3}$-, $G_{\alpha o}$-, and $G_{\alpha s}$-proteins in cortical membrane preparations were assessed by Western blotting according to previously described methods.[13,39] Briefly, aliquots of the prepared membranes were loaded on a 10% polyacrylamide gel (Bio-Rad Laboratories, Hercules, CA, USA) and submitted to sodium dodecyl sulfate-polyacrylamide gel electrophoresis. Proteins were immediately transferred to nitrocellulose membranes and incubated in blocking solution[39] for 1 h at room temperature. Then, the membranes were incubated in blocking solution containing the primary antibody: anti $G_{\alpha i1/2}$ (dilution 1:7000), anti $G_{\alpha i3}$ (1:3000), anti $G_{\alpha o}$ (1:4000), and anti $G_{\alpha s}$ (1:3000), followed by the secondary antibody, horseradish peroxidase-linked donkey antirabbit IgG at 1:5000 dilution. The nitrocellulose membranes were stripped and $\alpha$-tubulin was detected in the same membrane using an anti $\alpha$-tubulin antibody (1:3000) and sheep antimouse IgG as secondary antibody (1:5000). Immunoblotting was detected with an enhanced chemiluminiscence (ECL) Western blot detection system (Amersham, Bucks, UK), followed by exposure to AGFA film for 1–10 min. Films were scanned in an image analyzer using the NIH-IMAGE software (Bethesda, MA, USA). For the quantification of G-proteins and $\alpha$-tubulin, duplicate problem samples (suicide victims and their matched controls), containing 3–4 $\mu$g of total protein, were evaluated using standard curves, all loaded on the same gel.[39] This quantification procedure was repeated at least twice in different gels, for a total of four measurements for each subject sample. In a given gel, the relative amount of G-proteins of two suicide victims and their corresponding matched controls were quantified in a coded blind manner as problem samples together with the standard curve. The optical density of each $G_{\alpha}$-protein sample was corrected for the optical density of the corresponding $\alpha$-tubulin band. The intra-assay and inter-assay coefficients of variation were in the range 0.3–1% and 10–19%, respectively.

*Analyses of data*
Data of [$^{35}$S]GTP$\gamma$S binding stimulations are expressed as the maximal net stimulation ($E_{max}$) (stimulated minus basal levels) expressed in fmol mg$^{-1}$ protein. Nonlinear regression analysis was performed on individual concentration-response curves of the agonist- and mastoparan-induced stimulations (Prism™, GraphPad Software, San Diego, CA, USA). The concentration of each drug that elicited half-maximal effect ($EC_{50}$) was obtained and normalized as –log $EC_{50}$ value to be compared.[40] Data are expressed as mean values ± standard error of the mean (SEM). Differences of [$^{35}$S]GTP$\gamma$S binding parameters between suicide and control populations were assessed by the unpaired Student's *t*-test. The level of significance was chosen at $P = 0.05$.

In immunoblot assays, the theoretical amount of protein in a problem sample (PT) was obtained by interpolation of the integrated optical density (IOD) value in the standard curve and compared with the real amount of protein (PR) loaded into the gel well. Values were obtained as percentage of change (PT × 100/PR), where this value is 100 for the samples used as standards. Data are expressed as mean values ± standard error of the mean (SEM). Differences between suicide victims and control subjects were assessed by unpaired Student's *t*-test with a level of significance at $P = 0.05$.

Age and postmortem delay interactions with the [$^{35}$S]GTP$\gamma$S binding parameters (–log$EC_{50}$, $E_{max}$) and G-protein levels were explored by using independent analyses of covariance (ANCOVA). The group (suicide victim or control) was assumed as the independent variable, age and postmortem delay as covariates, and [$^{35}$S]GTP$\gamma$S binding or G-protein values as dependent variables (SYSTAT™, Systat, Evanston, IL, USA).

In addition to the previous pathophysiological evaluation, a logistic regression analysis model was undertaken to compare potential altered factors between suicide cases and controls. Analyses of [$^{35}$S]GTP$\gamma$S binding parameters were repeated within different levels of other potential confounding factors: age at death, postmortem delay and basal levels (STATA™, Stata Corp, College Station, TX, USA). Results are expressed as odds ratios with 95% confidence intervals compared with the control groups.

*Materials*
[$^{35}$S]GTP$\gamma$S was purchased from DuPont NEN (Brussels, Belgium). Baclofen and UK14304 were obtained from Tocris Cookson (Bristol, UK). Mastoparan was purchased from Research Biochemicals International (Natick, MA, USA). Carbachol, DAMGO ([D-Ala$^2$, N-Me-Phe$^4$, Gly$^5$-ol]-enkephalin), 8-OH-DPAT ((±)-8-hydroxy-2-(di-n-propylamino)tetralin) and other reagents were from Sigma Chemical Co (St Louis, MO, USA). Anti $G_{\alpha}$-protein polyclonal antisera raised against specific C-terminal peptides were purchased from Dupont NEN. Anti $\alpha$-tubulin monoclonal antibody (clone DM 1A) was from Sigma. Secondary antibodies were from Amersham.

## Results

There were no significant differences in basal levels of [$^{35}$S]GTP$\gamma$S binding between the group of suicide victims with mood disorders and the control group ($t = 0.61$; df = 54; $P = 0.55$) (Table 2). Analyses of covariance (ANCOVA) did not detect any effect of age ($F_{1,52} = 0.68$; $P = 0.41$), postmortem delay ($F_{1,52} = 0.25$; $P = 0.62$), or group differences ($F_{1,52} = 0.40$; $P = 0.53$) on basal levels of [$^{35}$S]GTP$\gamma$S binding.

*Activation of G-proteins through $\alpha_2$-adrenoceptors*
The stimulation of the [$^{35}$S]GTP$\gamma$S binding to G-proteins displayed a 4.6-fold greater sensitivity ($EC_{50}$ values) to the $\alpha_2$-adrenoceptor agonist UK14304 in the suicide victims than in controls (Table 2). Thus, the mean concentration-response curve for this agonist in the suicide group was shifted to the left when compared to that obtained in the control group (Figure 2).





**Table 2** Receptor-dependent stimulation of [$^{35}$S]GTP$\gamma$S binding to G-proteins induced by selective agonists in frontal cortical membranes of suicide victims with mood disorders and control subjects

| | *Mood disorders (n = 28)* | *Control subjects (n = 28)* |
|---|---|---|
| Basal levels (fmol mg$^{-1}$ protein) | 785 ± 37 | 817 ± 37 |
| UK14304 ($\alpha_{2A}$-adrenoceptor) | | |
| $EC_{50}$ ($\mu$mol l$^{-1}$) | 0.45 ± 0.10** | 2.06 ± 0.52 |
| $E_{max}$ (fmol mg$^{-1}$ protein) | 212 ± 17 | 195 ± 17 |
| 8-OH-DPAT (5-$HT_{1A}$ receptor) | | |
| $EC_{50}$ high ($\mu$mol l$^{-1}$) | 0.035 ± 0.006 | 0.027 ± 0.003 |
| $EC_{50}$ low ($\mu$mol l$^{-1}$) | 362 ± 235 | 260 ± 94 |
| $E_{max}$ (fmol mg$^{-1}$ protein) | 344 ± 15 | 319 ± 18 |
| % high affinity | 55 ± 2 | 57 ± 2 |
| DAMGO ($\mu$-opioid receptor) | | |
| $EC_{50}$ ($\mu$mol l$^{-1}$) | 0.66 ± 0.09 | 0.74 ± 0.10 |
| $E_{max}$ (fmol mg$^{-1}$ protein) | 473 ± 27 | 495 ± 26 |
| Baclofen ($GABA_B$ receptor) | | |
| $EC_{50}$ ($\mu$mol l$^{-1}$) | 44.7 ± 2.62 | 46.3 ± 3.69 |
| $E_{max}$ (fmol mg$^{-1}$ protein) | 509 ± 29 | 576 ± 30 |
| Carbachol (muscarinic receptor) | | |
| $EC_{50}$ ($\mu$mol l$^{-1}$) | 34.9 ± 5.42 | 26.8 ± 9.02 |
| $E_{max}$ (fmol mg$^{-1}$ protein) | 235 ± 24 | 216 ± 20 |

Values are means ± SEM. $EC_{50}$ values are the half-maximal effect obtained from individual concentration-response curves. $E_{max}$ is the maximal net stimulaton of [$^{35}$S]GTP$\gamma$S binding over basal values. **$P < 0.01$ when compared with the normalized (–log $EC_{50}$) values by Student's *t*-test.

Analysis of individual matched comparisons of normalized $EC_{50}$ values showed a clear potentiation (reduced $EC_{50}$ values for the agonist) of the $\alpha_2$-adrenoceptor-mediated stimulation of [$^{35}$S]GTP$\gamma$S binding in almost all the suicide victims (Figure 3). Interestingly, the three suicide cases in which no potentiation was observed were subjects who had died by a drug overdose mechanism. The maximal stimulations of [$^{35}$S]GTP$\gamma$S binding induced by the $\alpha_2$ adrenoceptor agonist were not different between suicide victims with mood disorders and control subjects (Table 2; Figure 2). No age or postmortem delay effects were observed in the separate ANCOVAs for each [$^{35}$S]GTP$\gamma$S binding parameter (normalized $EC_{50}$, $E_{max}$) of the stimulation by UK14304 (data not shown). In this type of analysis, the differences between suicide victims and controls for the $\alpha_2$-adrenoceptor-mediated sensitivity ($EC_{50}$) were maintained ($F_{1,52} = 8.95$; $P = 0.004$) whereas the maximal stimulations ($E_{max}$) did not differ between groups ($F_{1,52} = 0.62$; $P = 0.44$).

In the logistic regression analysis model, the only factor associated with suicide victims was the normalized $EC_{50}$ parameter. Odds ratio values reflected a selective and strong association between subjects displaying low $EC_{50}$ values for the $\alpha_2$ adrenoceptor agonist UK14304 and their presence in the suicide group (Table 3).







**Figure 2** Concentration-response curves of the stimulation by selective $\alpha_{2A}$-adrenoceptor and 5-$HT_{1A}$ serotonin receptor agonists of the [$^{35}$S]GTP$\gamma$S binding in the frontal cortex of suicide victims with mood disorders (white circles) and matched controls (black circles). Points are means ± SEM (bars) values of 28 subjects in each group.

*Activation of G-proteins through 5-$HT_{1A}$ serotonin receptors*

The stimulation of the [$^{35}$S]GTP$\gamma$S binding by the 5-$HT_{1A}$ serotonin receptor agonist 8-OH-DPAT resulted in biphasic concentration-response curves (Figure 2). The sensitivity of the high-affinity ($EC_{50}$ high) and the low-affinity ($EC_{50}$ low) components were similar in suicide victims with mood disorders and control subjects (Table 2). The individual matched comparison of normalized $EC_{50}$ high values displayed the absence of differences between groups (Figure 3). The maximal stimulations of [$^{35}$S]GTP$\gamma$S binding induced by the 5-$HT_{1A}$ serotonin receptor agonist were similar in suicide victims and controls (Table 2; Figure 2). Also the proportions of high- and low-affinity components were similar in both groups (Table 2). Consequently, the mean concentration-response curves for the agonist 8-OH-DPAT in suicide victims and controls were almost identical (Figure 2). No association between parameters of the [$^{35}$S]GTP$\gamma$S binding stimulation by 8-OH-DPAT and the inclusion in the suicide or control groups was observed (Table 3).






**Figure 3** Individual representation of normalized $EC_{50}$ values for each concentration-response curve of the agonist-induced [$^{35}$S]GTPγS binding in suicide victims with mood disorders and control subjects. Each point of suicide victims is connected to the point of the respective matched control. Bold line represents the connection between mean values.

*Activation of G-proteins through μ-opioid, $GABA_B$ and muscarinic cholinergic receptors*
The most powerful stimulations of the [$^{35}$S]GTPγS binding to G-proteins were induced by the μ-opioid receptor agonist DAMGO and the $GABA_B$ receptor agonist baclofen (Table 2). The sensitivities of DAMGO- and baclofen-induced stimulations of [$^{35}$S]GTPγS binding were not significantly different between suicide victims and controls (Table 2; Figure 4). Similarly, the maximal stimulations induced by DAMGO and baclofen were also unchanged in suicide victims when compared to matched controls (Table 2; Figure 4). Consequently, the mean concentration-effect curves for both agonists in suicide victims did not differ from those obtained in controls (Figure 4). The sensitivity and maximal stimulation of [$^{35}$S]GTPγS binding induced by the muscarinic cholinergic receptor agonist carbachol also remained unchanged in suicide victims when compared to controls (Table 2; Figure 4). Odds ratio values did not show any association between response of [$^{35}$S]GTPγS binding parameters to stimulations by DAMGO, baclofen or carbachol and the presence of subjects in the suicide or control groups (Table 3).

*Receptor-independent activation of G-proteins*
To test whether supersensitivity of the [$^{35}$S]GTPγS binding to the agonist UK14304 represents a receptor-dependent or an enhanced intrinsic activity of G-proteins, direct activation of the G-protein by mastoparan was performed in a new set of assays with the same subjects (Figure 1). As shown in Table 4, basal levels of [$^{35}$S]GTPγS binding were similar to those obtained in previous conditions. The peptide mastoparan displayed concentration-response curves with similar sensitivity ($EC_{50}$ values) in suicide victims with mood disorders and in control subjects (Table 4). The maximal stimulations elicited by mastoparan did not differ between suicide victims and controls (Table 4). The separate ANCOVA analyses for each [$^{35}$S]GTPγS binding parameter (normalized $EC_{50}$, $E_{max}$) did not show any significant influence of age or postmortem delay on the previous findings (data not shown).

*Immunodensities of G-proteins and α-tubulin*
In order to confirm that the observed changes in [$^{35}$S]GTPγS binding were not related to increased amount of G-proteins in suicide victims, G-protein densities were quantified by immunoblot assays. The levels of the $G_{\alpha i1/2}$- ($t = 0.83$; df = 54; $P = 0.41$), $G_{\alpha i3}$- ($t = 0.49$; df = 54; $P = 0.63$), $G_{\alpha o}$- ($t = 0.84$; df = 54; $P = 0.41$) and 52 KDa $G_{\alpha s}$- ($t = 0.94$; df = 54; $P = 0.35$) proteins in brains of suicide victims were not different from those in controls (Figure 5). No differences of α-tubulin levels were observed between suicide victims (102 ± 3%, $n = 28$) and controls (99 ± 3%, $n = 28$).

*Effect of psychotropic drug treatments*
The suicide victims in whom the toxicological screening confirmed the absence of treatment with psychotropic drugs other than benzodiazepines and alcohol (cases 4, 5, 6, 12, 13, 14, 18, 21, 24, 25, 26 and 27 in Table 1) were compared with the rest of suicide victims. There were no significant differences between

**Table 3** Logistic regression analysis of parameters of [$^{35}$S]GTP$\gamma$S binding to G-proteins in suicide victims with mood disorders

| | *Odds ratio* | *95% Confidence interval* | *P value* |
|---|---|---|---|
| UK14304 ($\alpha_{2A}$-adrenoceptor) | | | |
| Normalized $EC_{50}$ | 6.563 | 1.70–25.26 | 0.006 |
| Maximal effect ($E_{max}$) | 1.006 | 0.99–1.01 | 0.133 |
| Age at death | 1.009 | 0.97–1.04 | 0.580 |
| Postmortem delay | 1.006 | 0.96–1.04 | 0.730 |
| Basal levels | 0.999 | 0.99–1.00 | 0.538 |
| 8-OH-DPAT (5-$HT_{1A}$ receptor) | | | |
| Normalized $EC_{50}$ (high) | 0.435 | 0.05–3.60 | 0.441 |
| Maximal effect ($E_{max}$) | 1.002 | 0.99–1.01 | 0.530 |
| Age at death | 0.994 | 0.96–1.03 | 0.717 |
| Postmortem delay | 0.989 | 0.96–1.02 | 0.538 |
| Basal levels | 0.998 | 0.99–1.00 | 0.466 |
| DAMGO ($\mu$-opioid receptor) | | | |
| Normalized $EC_{50}$ | 3.361 | 0.45–25.30 | 0.239 |
| Maximal effect ($E_{max}$) | 0.999 | 0.99–1.00 | 0.746 |
| Age at death | 0.999 | 0.97–1.03 | 0.954 |
| Postmortem delay | 0.990 | 0.96–1.02 | 0.575 |
| Basal levels | 0.999 | 0.99–1.00 | 0.695 |
| Baclofen ($GABA_B$ receptor) | | | |
| Normalized $EC_{50}$ | 1.051 | 0.03–35.63 | 0.978 |
| Maximal effect ($E_{max}$) | 0.997 | 0.99–1.00 | 0.235 |
| Age at death | 0.997 | 0.96–1.03 | 0.893 |
| Postmortem delay | 1.003 | 0.97–1.04 | 0.877 |
| Basal levels | 0.999 | 0.99–1.00 | 0.854 |
| Carbachol (muscarinic receptor) | | | |
| Normalized $EC_{50}$ | 2.818 | 0.87–9.04 | 0.082 |
| Maximal effect ($E_{max}$) | 1.003 | 0.99–1.01 | 0.235 |
| Age at death | 0.995 | 0.96–1.02 | 0.789 |
| Postmortem delay | 0.985 | 0.94–1.02 | 0.455 |
| Basal levels | 0.998 | 0.99–1.00 | 0.481 |

The comparison group was the matched control group.

both groups of suicide victims in any of the parameters evaluated and for all receptors included in the study. The sensitivity ($EC_{50}$) of the [$^{35}$S]GTP$\gamma$S binding stimulation through $\alpha_2$-adrenoceptors was higher in drug-free ($EC_{50} = 0.34 \pm 0.09$ $\mu$mol $l^{-1}$) than in drug-treated suicide victims ($EC_{50} = 0.53 \pm 0.16$ $\mu$mol $l^{-1}$), but the difference (1.6-fold) did not reach statistical significance (normalized $EC_{50}$: $t = 1.39$; df = 26; $P = 0.18$). No significant effect of drug treatment was observed on the density of the different G-proteins.

*Effect of diagnosis*
Because of the important presence of bipolar disorders among the group of suicide victims with mood disorders, the [$^{35}$S]GTP$\gamma$S binding data and G-protein densities were further analyzed in bipolar disorders *vs* matched controls, and in major depression *vs* matched controls. The overall supersensitivity of $\alpha_2$-adrenoceptor-mediated stimulations was maintained although it remained statistically significant in major depression ($EC_{50} = 0.47 \pm 0.14$ $\mu$mol $l^{-1}$; $t = 2.36$; df = 40; $P = 0.023$) and it did not reach statistical significance in bipolar disorder ($EC_{50} = 0.44 \pm 0.11$ $\mu$mol $l^{-1}$; $t = 1.49$; df = 10; $P = 0.16$). No other significant effects were found in [$^{35}$S]GTP$\gamma$S binding parameters. The levels of G-proteins did not reflect variations in bipolar disorder or major depression with respect to their corresponding matched controls.

## Discussion

The present study was designed to evaluate pathophysiological alterations in the postmortem brain of subjects with mood disorders who committed suicide. A logistic regression model was also applied to the data in order to examine possible factors that might influence the results in this matched case-control study design. An $\alpha_{2A}$-adrenoceptor functional supersensitivity was found in prefrontal cortex whereas 5-$HT_{1A}$ serotonin, $\mu$-opioid, $GABA_B$, and muscarinic cholinergic receptor activities were not altered.

Depression is the most important risk factor for suicide and, therefore, analysis of brain samples from suicide victims represents a widely used approach to study neurochemical alterations in mood disorders.[41–43] The main limitation of the study is that subjects committing suicide represent a subset of the total population with mood disorders and therefore, it is not










**Figure 4** Concentration-response curves of the stimulation by selective $\mu$-opioid, $GABA_B$, and muscarinic receptor agonists of the $[^{35}S]GTP\gamma S$ binding in the frontal cortex of suicide victims with mood disorders (white circles) and matched controls (black circles). Points are means ± SEM (bars) values of 28 subjects in each group.

**Table 4** Receptor-independent stimulation of $[^{35}S]GTP\gamma S$ binding to G-proteins induced by mastoparan in frontal cortical members of suicide victims with mood disorders and control subjects

| | *Mood disorders (n = 28)* | *Control subjects (n = 28)* |
|---|---|---|
| Basal levels (fmol $mg^{-1}$ protein) | 693 ± 34 | 757 ± 43 |
| Mastoparan ($G_{i/o}$ activation) | | |
| $EC_{50}$ ($\mu$mol $l^{-1}$) | 60.8 ± 13.7 | 70.5 ± 19.6 |
| $E_{max}$ (fmol $mg^{-1}$ protein) | 735 ± 71 | 814 ± 60 |

Values are mean ± SEM. $EC_{50}$ values are the half-maximal effect obtained from individual concentration-response curves. $E_{max}$ is the maximal net stimulation of $[^{35}S]GTP\gamma S$ binding over basal values.




**Figure 5** Levels of the different guanine nucleotide binding (G) proteins in prefrontal cortex of suicide victims with mood disorders (white) and matched controls (black). Columns represent percentages of the relative levels in relation to a normalized standard control curve and are the means ± SEM (bars) values of 28 subjects in each group. Below are representative immunoblots from a suicide victim and the respective matched control.

possible to exclude the role of suicide in producing the changes herein observed. A control group based on suicide victims with other neuropsychiatric diseases different from mood disorders could have been considered to blind the case-control status of the subjects. However, the multiple psychotropic drug treatments in subjects with established psychiatric disorders would have added new potential confounding factors to the design. Furthermore, a bias for the present results based on the presence of suicide is unlikely because previous studies have demonstrated that biochemical alterations of brain $\alpha_2$-adrenoceptor density are selectively found in suicide victims with major depression but not in suicide victims with other diagnoses.[9]

The receptor activation induced by selective agonists promotes the exchange of GDP by GTP (or its analogue GTPγS) (Figure 1) allowing the functional examination of G-protein coupled receptors in postmortem brain tissues.[34,35] Thus, the displacement to the left (decreased $EC_{50}$ values) of the concentration-response curves of $[^{35}S]GTP\gamma S$ binding stimulation in mood disorders should be interpreted as an increased activity of the respective receptor. The occurrence in the same membrane preparations of an enhanced $[^{35}S]GTP\gamma S$

binding stimulatory response to UK14304 but not to other receptor agonists supports the relevance of supersensitive $\alpha_2$-adrenoceptors in the biochemistry of mood disorders.[9,13,14,20,22,44] Besides receptor supersensitivity, changes in receptor-activated [$^{35}$S]GTP$\gamma$S binding could reflect the presence of an increased amount of G proteins. The data presented show that the receptor-independent activation of guanine nucleotide exchange on $G_i$/$G_o$-proteins induced by mastoparan was not altered in the sample of suicide victims. Furthermore, the immunoreactive levels of G-proteins in the same membrane preparations did not show significant changes in suicide victims when compared to control subjects. Therefore, the alternative hypothesis of a primary alteration in G-proteins was rejected based on these data.

The finding of an enhanced functional activity of $\alpha_2$-adrenoceptors in suicide victims with mood disorders is in accord with some, but not all, previous studies where radiolabeled agonists allowed the detection of increased $\alpha_2$-adrenoceptor densities in postmortem brain areas.[8–12,14] A lack of differences in the agonist radioligand binding density of $\alpha_2$-adrenoceptors has also been reported between subjects with major depression and controls.[45,46] The more rigorous diagnosis methodology (psychological autopsy *vs* searching of established medical records in the present study), the stricter inclusion and exclusion criteria, and the careful matching one-to-one reported herein could explain the apparent discrepancies between authors. Likewise, the present findings emphasize the proposed $\alpha_2$-adrenoceptor supersensitivity in brain of depressed suicide victims by using a functional approach to the evaluation of receptor sensitivity. Although several $\alpha_2$-adrenoceptor subtypes are expressed in human brain,[47,48] the $\alpha_{2A}$-adrenoceptor subtype is the predominant one in frontal cortex.[48,49] Therefore, the observed supersensitivity may reasonably be attributed to this adrenoceptor subtype[12] as recently confirmed by the presence of enhanced $\alpha_{2A}$-adrenoceptor protein immunoreactive levels in brains of depressed suicide victims.[13]

Neurochemical alterations of 5-$HT_{1A}$ serotonin receptors have been suggested to play a role in major depression and suicidality. However, clear evidence for an increased agonist binding density has been only demonstrated in the brainstem area[50] where 5-$HT_{1A}$ serotonin receptors are located on dorsal and medial raphe neurons.[51] In contrast, most, but not all, studies in frontal cortex have reported no changes of postsynaptic 5-$HT_{1A}$ serotonin receptors in depressed suicide victims.[52–57] The present study agrees with these data and demonstrates the unaltered functional status of these postsynaptic 5-$HT_{1A}$ serotonin receptors in suicide victims with mood disorders. Recently, a widespread reduction in 5-$HT_{1A}$ serotonin receptor binding potential has been drawn from positron emission tomography analysis of 25 depressed patients (unmedicated or medicated) with the selective antagonist [$^{11}$C]WAY-100635,[58] which could reflect either a reduction in the number of 5-$HT_{1A}$ serotonin receptors or a decrease in receptor affinity.

In previous receptor radioligand binding studies, the lack of changes in brain $GABA_B$ and muscarinic receptor densities of depressed suicides has been a consistent finding.[59–61] The density of $\mu$-opioid receptors has been reported to be elevated in young[62,63] but not in elderly[62] depressed suicide victims. The present study, comprising a distribution of subjects similar to the subgroup termed as old by Gross-Isseroff *et al*,[62] did not reveal differences in functional activity of $\mu$-opioid receptors between suicide victims and controls.

Friedman and Wang[29] reported enhanced [$^{35}$S]GTP$\gamma$S binding responses to single concentrations of 5-HT, the $\beta$-adrenoceptor agonist isoproterenol and the muscarinic receptor agonist carbachol in the frontal cortex of five subjects with bipolar disorder. The preliminary findings were interpreted in congruence with the observed increase of heterotrimeric G-proteins, but the status of the receptor involved in the response was not explored (ie, delineation of full concentration-response curves to the agonists). Therefore, it is difficult to compare precisely such information with the present results.

Chronic antidepressant and lithium treatments have been repeatedly shown to induce downregulation and desensitization of $\alpha_2$-adrenoceptors in platelets of depressed patients[20,21,64] and in rat brain.[15–17,19,65] In the human brain, chronic antidepressant treatment seems to downregulate $\alpha_{2A}$-adrenoceptors in depressed suicide victims.[11] Nevertheless, the enhanced immunoreactive levels of the $\alpha_{2A}$-adrenoceptor protein in depressed suicide victims remain more resistant to downregulation by antidepressants.[13] The present observations suggest a higher sensitivity (lower $EC_{50}$ values) of $\alpha_{2A}$-adrenoceptors in drug-free than in drug-treated suicide victims. Whatever the status of the subject, the sensitivity of $\alpha_{2A}$-adrenoceptors in suicide victims was higher than that in matched controls. It is possible that an insufficient treatment,[66,67] patient compliance,[68] and pharmacokinetic (inadequate blood levels), or pharmacodynamic (lack of response) reasons could have contributed to the observed supersensitivity of $\alpha_{2A}$-adrenoceptors in suicide victims under treatment. On the other hand, the ability of lithium and antidepressant drugs to induce downregulation and desensitization of $\alpha_2$-adrenoceptors makes it improbable that the $\alpha_{2A}$-adrenoceptor supersensitivity observed herein could be ascribed to the treatment with psychotropic drugs.

The increasing interest in the involvement of G-proteins in psychiatric disorders has yielded multiple findings in postmortem brain samples. An enhanced immunoreactivity of brain $G_{\alpha s}$-protein has been associated with bipolar disorders[27,29,69] and depression[28,30] but evidence of unaltered $G_{\alpha s}$-protein levels has also been obtained,[26] even by the same groups.[70] Potential changes in $G_{\alpha 1/2}$- and $G_{\alpha o}$-protein levels occurring in brain of subjects with mood disorders have also been considered. Unaltered $G_{\alpha i1/2}$-, $G_{\alpha o}$-protein immunoreactivity is the most often reported finding[26–29,69,70]

although propensity for decreased $G_{\alpha i2}$[30] and increased $G_{\alpha i1/2}$[13] have also been found. The small sample size[29] and the treatment with mood-stabilizing medications[70] might account for the discrepancies between and within groups. The present study did not find changes of G-protein immunoreactivity in a larger sample size of suicide victims and treatment-related alterations were not present.

The role that $\alpha_{2A}$-adrenoceptors play in mood disorders may be related to the location of these receptors on noradrenergic and serotonergic neurons. Somatodendritic $\alpha_{2A}$-adrenoceptors on locus coeruleus cells regulate the firing activity of noradrenergic neurons and, consequently, the release of NE in projecting areas such as the frontal cortex.[71] A reduced number of noradrenergic neurons[72] associated with reduced NE transporter density,[73] elevated levels of tyrosine hydroxylase,[74,75] and upregulation of $\alpha_{2A}$-adrenoceptors[14] have been found in the locus coeruleus of suicide and/or depressed subjects. In terminal areas, $\alpha_{2A}$-adrenoceptors are located as autoreceptors on noradrenergic terminals[7,76] and as heteroreceptors on serotonergic terminals.[77] At these levels, $\alpha_{2A}$-adrenoceptors modulate the local release of NE and 5-HT from the respective terminals. Thus, the observed enhanced activity of presynaptic $\alpha_{2A}$-adrenoceptors in the frontal cortex of suicide victims with mood disorders could contribute to the diminished activity of noradrenergic and serotonergic neurons in these subjects.[78–81]

## Acknowledgements

This work was supported by grants from the Basque Government (PI98/8), FIS (01/0358) and the University of the Basque Country (G13/98) to JJM, and from the FNSRS (32.57066.99 and 31.52242.97) to JAG-S and JG. JG-M was the recipient of a predoctoral fellowship from MEC, Spain. We wish to thank the staff members of the Basque Institute of Legal Medicine (Dr R Alcaraz), and the Department of Forensic Medicine, Geneva (Dr R La Harpe) for their cooperation in the study. Statistical advice was given by Dr J Ballesteros, Department of Neurosciences, Section of Psychiatry, University of the Basque Country.

## References

1 Mann JJ. Role of the serotonergic system in the pathogenesis of major depression and suicidal behavior. *Neuropsychopharmacology* 1999; **21**: 99S–105S.
2 Ressler KJ, Nemeroff CB. Role of norepinephrine in the pathophysiology and treatment of mood disorders. *Biol Psychiatry* 1999; **46**: 1219–1233.
3 Ordway GA. Pathophysiology of the locus coeruleus in suicide. *Ann NY Acad Sci* 1997; **836**: 233–252.
4 López JF, Akil H, Watson SJ. Neural circuits mediating stress. *Biol Psychiatry* 1999; **46**: 1461–1471.
5 Starke K. Presynaptic receptors. *Annu Rev Pharmacol Toxicol* 1981; **21**: 7–30.
6 Schlicker E, Göthert M. Interactions between the presynaptic alpha$_2$-autoreceptor and presynaptic inhibitory heteroreceptors on noradrenergic neurones. *Brain Res Bull* 1998; **47**: 129–132.
7 Feuerstein TJ, Huber B, Vetter J, Aranda H, Van Velthoven V, Limberger N. Characterization of the $\alpha_2$-adrenoceptor subtype, which functions as $\alpha_2$-autoreceptor in human neocortex. *J Pharmacol Exp Ther* 2000; **294**: 356–362.
8 Meana JJ, García-Sevilla JA. Increased $\alpha_2$-adrenoceptor density in the frontal cortex of depressed suicide victims. *J Neural Transm* 1987; **70**: 377–381.
9 Meana JJ, Barturen F, García-Sevilla JA. $\alpha_2$-Adrenoceptors in the brain of suicide victims: increased receptor density associated with major depression. *Biol Psychiatry* 1992; **31**: 471–490.
10 González AM, Pascual J, Meana JJ, Barturen F, del Arco C, Pazos A, García-Sevilla JA. Autoradiographic demonstration of increased $\alpha_2$-adrenoceptor agonist binding sites in the hippocampus and frontal cortex of depressed suicide victims. *J Neurochem* 1994; **63**: 256–265.
11 De Paermentier F, Mauger JM, Lowther S, Crompton MR, Katona CLE, Horton RW. Brain $\alpha$-adrenoceptors in depressed suicides. *Brain Res* 1997; **757**: 60–68.
12 Callado LF, Meana JJ, Grijalba B, Pazos A, Sastre M, García-Sevilla JA. Selective increase of $\alpha_{2A}$-adrenoceptor agonist binding sites in brains of depressed suicide victims. *J Neurochem* 1998; **70**: 1114–1123.
13 García-Sevilla JA, Escribá PV, Ozaita A, La Harpe R, Walzer C, Eytan A, Guimón J. Up-regulation of immunolabeled $\alpha_{2A}$-adrenoceptors, $G_i$ coupling proteins, and regulatory receptor kinases in the prefrontal cortex of depressed suicides. *J Neurochem* 1999; **72**: 282–291.
14 Ordway GA, Widdowson PS, Smith KS, Halaris A. Agonist binding to $\alpha_2$-adrenoceptors is elevated in the locus coeruleus from victims of suicide. *J Neurochem* 1994; **63**: 617–624.
15 Smith CB, García-Sevilla JA, Hollingsworth PJ. $\alpha_2$-Adrenoceptors in rat brain are decreased after long-term tricyclic antidepressant drug treatment. *Brain Res* 1981; **210**: 413–418.
16 Kovachich GB, Frazer A, Aronson CE. Effect of chronic administration of antidepressants on $\alpha_2$-adrenoceptors in the locus coeruleus and its projection fields in rat brain determined by quantitative autoradiography. *Neuropsychopharmacology* 1993; **8**: 57–65.
17 Mongeau R, De Montigny C, Blier P. Electrophysiologic evidence for desensitization of $\alpha_2$-adrenoceptors on serotonergic terminals following long-term treatment with drugs increasing norepinephrine synaptic concentration. *Neuropsychopharmacology* 1994; **10**: 41–51.
18 Esteban S, Lladó J, Sastre-Coll A, García-Sevilla JA. Activation and desensitization by cyclic antidepressant drugs of $\alpha_2$-autoreceptors, $\alpha_2$-heteroreceptors and 5-$HT_{1A}$-autoreceptors regulating monoamine synthesis in the rat brain in vivo. *Naunyn-Schmiedeberg's Arch Pharmacol* 1999; **360**: 135–143.
19 Invernizzi RW, Parini S, Sacchetti G, Fracasso C, Caccia S, Annoni K, Samanin R. Chronic treatment with reboxetine by osmotic pumps facilitates its effect on extracellular noradrenaline and may desensitize $\alpha_2$-adrenoceptors in the prefrontal cortex. *Br J Pharmacol* 2001; **132**: 183–188.
20 García-Sevilla JA, Guimón J, García-Vallejo P, Fuster MJ. Biochemical and functional evidence of supersensitive platelet $\alpha_2$-adrenoceptors in major affective disorder. Effect of long-term lithium carbonate treatment. *Arch Gen Psychiatry* 1986; **43**: 51–57.
21 García-Sevilla JA, Padró D, Giralt MT, Guimón J, Areso P. $\alpha_2$-Adrenoceptor-mediated inhibition of platelet adenylate cyclase and induction of aggregation in major depression. Effect of long-term cyclic antidepressant drug treatment. *Arch Gen Psychiatry* 1990; **47**: 125–132.
22 Fu CHY, Reed LJ, Meyer JH, Kennedy S, Houle S, Eisfeld BS, Brown GM. Noradrenergic dysfunction in the prefrontal cortex in depression: an $[^{15}O]H_2O$ PET study of the neuromodulatory effects of clonidine. *Biol Psychiatry* 2001; **49**: 317–325.
23 Sastre M, García-Sevilla JA. Density of alpha-2A adrenoceptors and $G_i$ proteins in the human brain: ratio of high-affinity agonist sites to antagonist sites and effect of age. *J Pharmacol Exp Ther* 1994; **269**: 1062–1072.
24 Gudermann T, Kalkbrenner F, Schultz G. Diversity and selectivity of receptor-G protein interaction. *Annu Rev Pharmacol Toxicol* 1996; **36**: 429–459.
25 Pitcher JA, Freedman NJ, Lefkowitz RJ. G protein-coupled receptor kinases. *Annu Rev Biochem* 1998; **67**: 653–692.
26 Ozawa H, Gsell W, Frölich L, Zöchling R, Pantucek F, Beckmann H, Riederer P. Imbalance of the $G_s$ and $G_{i/o}$ function in postmortem

human brain of depressed patients. *J Neural Transm* 1993; **94**: 63–69.
27 Young LT, Li PP, Kish SJ, Siu KP, Kamble A, Hornykiewicz O, Warsh JJ. Cerebral cortex $G_s\alpha$ protein levels and forskolin-stimulated cyclic AMP formation are increased in bipolar affective disorder. *J Neurochem* 1993; **61**: 890–898.
28 Cowburn RF, Marcusson JO, Eriksson A, Wiehager B, O'Neill C. Adenylyl cyclase activity and G-protein subunit levels in postmortem frontal cortex of suicide victims. *Brain Res* 1994; **633**: 297–304.
29 Friedman E, Wang H-Y. Receptor-mediated activation of G proteins is increased in postmortem brains of bipolar affective disorder subjects. *J Neurochem* 1996; **67**: 1145–1152.
30 Pacheco MA, Stockmeier C, Meltzer HY, Overholser JC, Dilley GE, Jope RS. Alterations in phosphoinositide signaling and G-protein levels in depressed suicide brain. *Brain Res* 1996; **723**: 37–45.
31 Tian W-N, Duzic E, Lanier SM, Deth RC. Determinants of $\alpha_2$-adrenergic receptor activation of G proteins: evidence for a precoupled receptor/G protein state. *Mol Pharmacol* 1994; **45**: 524–531.
32 Ribas C, Miralles A, Escribá PV, García-Sevilla JA. Effects or the alkylating agent EEDQ on regulatory G proteins and recovery of agonist and antagonist $\alpha_2$-adrenoceptor binding sites in rat brain. *Eur J Pharmacol* 1998; **351**: 145–154.
33 Happe HK, Bylund DB, Murrin C. Alpha-2 adrenergic receptor functional coupling to G proteins in rat brain during postnatal development. *J Pharmacol Exp Ther* 1999; **288**: 1134–1142.
34 González-Maeso J, Rodríguez-Puertas R, Gabilondo AM, Meana JJ. Characterization of receptor-mediated [$^{35}$S]GTP$\gamma$S binding to cortical membranes from postmortem human brain. *Eur J Pharmacol* 2000; **390**: 25–36.
35 Rodríguez-Puertas R, González-Maeso J, Meana JJ, Pazos A. Autoradiography of receptor-activated G-proteins in postmortem human brain. *Neuroscience* 2000; **96**: 169–180.
36 American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders*, 3rd edn revised. American Psychiatric Association: Washington, DC, 1987.
37 Odagaki Y, Nishi N, Koyama T. Effects of the wasp venom peptide, mastoparan, on GTP hydrolysis in rat brain membranes. *Br J Pharmacol* 1997; **121**: 1406–1412.
38 Odagaki Y, Nishi N, Koyama T. Receptor-mediated and receptor-independent activation of G-proteins in rat brain membranes. *Life Sci* 1998; **62**: 1537–1541.
39 Escribá PV, Sastre M, García-Sevilla JA. Increased density of guanine nucleotide-binding proteins in the postmortem brains of heroin addicts. *Arch Gen Psychiatry* 1994; **51**: 494–501.
40 Hancock AA, Bush EN, Stanisic D, Kyncl JJ, Lin CT. Data normalization before statistical analysis: keeping the horse before the cart. *Trends Pharmacol Sci* 1988; **9**: 29–32.
41 Black DW, Winokur G, Nasrallah A. Suicide in subtypes of major affective disorder. A comparison with general population suicide mortality. *Arch Gen Psychiatry* 1987; **44**: 878–880.
42 Lester D. Suicidal behavior in bipolar and unipolar affective disorders: a meta-analysis. *J Affect Disord* 1993; **27**: 117–121.
43 Cheng ATA. Mental illness and suicide. *Arch Gen Psychiatry* 1995; **52**: 594–603.
44 Piletz JE, Schubert DSP, Halaris A. Evaluation of studies of platelet $\alpha_2$-adrenoceptors in depressive illness. *Life Sci* 1986; **39**: 1589–1616.
45 Arango V, Ernsberger P, Sved AF, Mann JJ. Quantitative autoradiography of $\alpha_1$ and $\alpha_2$ adrenergic receptors in the cerebral cortex of controls and suicide victims. *Brain Res* 1993; **630**: 271–282.
46 Klimek V, Rajkowska G, Luker SN, Dilley G, Meltzer HY, Overholser JC *et al*. Brain noradrenergic receptors in major depression and schizophrenia. *Neuropsychopharmacology* 1999; **21**: 69–81.
47 De Vos H, Vauquelin G, De Keyser J, De Backer J-P, Van Liefde I. Regional distribution of $\alpha_{2A}$- and $\alpha_{2B}$-adrenoceptor subtypes in postmortem human brain. *J Neurochem* 1992; **58**: 1555–1560.
48 Grijalba B, Callado LF, Meana JJ, García-Sevilla JA, Pazos A. $\alpha_2$-Adrenoceptor subtypes in the human brain: a pharmacological delineation of [$^3$H]RX821002 binding to membranes and tissue sections. *Eur J Pharmacol* 1996; **310**: 83–93.
49 Sastre M, García-Sevilla JA. $\alpha_2$-Adrenoceptor subtypes identified by [$^3$H]RX821002 binding in the human brain: the agonist guanoxabenz does not discriminate different forms of the predominant $\alpha_{2A}$ subtype. *J Neurochem* 1994; **63**: 1077–1085.
50 Stockmeier CA, Shapiro LA, Dilley GE, Kolli TN, Friedman L, Rajkowska G. Increase in serotonin-1A autoreceptors in the midbrain of suicide victims with major depression — postmortem evidence for decreased serotonin activity. *J Neurosci* 1998; **18**: 7394–7401.
51 Stockmeier CA, Shapiro LA, Haycock JW, Thompson PA, Lowy MT. Quantitative subregional distribution of serotonin$_{1A}$ receptors and serotonin transporters in the human dorsal raphe. *Brain Res* 1996; **727**: 1–12.
52 Yates M, Ferrier IN. 5-HT$_{1A}$ receptors in major depression. *J Psychopharmacol* 1990; **4**: 69–74.
53 Matsubara S, Arora RC, Meltzer HY. Serotonergic measures in suicide brain: 5-HT$_{1A}$ biding sites in frontal cortex of suicide victims. *J Neural Transm* 1991; **85**: 181–194.
54 Arranz B, Eriksson A, Mellerup E, Plenge P, Marcusson J. Brain 5-HT$_{1A}$, 5-HT$_{1D}$, and 5-HT$_2$ receptors in suicide victims. *Biol Psychiatry* 1994; **35**: 457–463.
55 Arango V, Underwood MD, Gubbi AV, Mann JJ. Localized alterations in pre- and postsynaptic serotonin binding sites in the ventrolateral prefrontal cortex of suicide victims. *Brain Res* 1995; **688**: 121–133.
56 Lowther S, De Paermentier F, Cheetham SC, Crompton MR, Katona CLE, Horton RW. 5-HT$_{1A}$ Receptor binding sites in post-mortem brain samples from depressed suicides and controls. *J Affect Disord* 1997; **42**: 199–207.
57 Stockmeier CA, Dilley GE, Shapiro LA, Overholser JC, Thompson PA, Meltzer HY. Serotonin receptors in suicide victims with major depression. *Neuropsychopharmacology* 1997; **16**: 162–173.
58 Sargent PA, Kjaer KH, Bench CJ, Rabiner EA, Messa C, Mayer J *et al*. Brain serotonin$_{1A}$ receptor binding measured by positron emission tomography with [$^{11}$C]WAY-100635. Effects of depression and antidepressant treatment. *Arch Gen Psychiatry* 2000; **57**: 174–180.
59 Kaufman CA, Gillin JC, O'Laughlin T, Klinman JE. Muscarinic binding in suicides. *Psychiatr Res.* 1984; **12**: 47–55.
60 Stanley M. Cholinergic receptor binding in the frontal cortex of suicide victims. *Am J Psychiatry* 1984; **141**: 1432–1436.
61 Cross JA, Cheetham SC, Crompton MR, Katona CLE, Horton RW. Brain GABA$_B$ binding sites in depressed suicide victims. *Psychiatr Res* 1988; **26**: 119–129.
62 Gross-Isseroff R, Dillon KA, Israeli M, Biegon A. Regionally selective increases in $\mu$ opioid receptor density in the brains of suicide victims. *Brain Res* 1990; **530**: 312–316.
63 Gabilondo AM, Meana JJ, García-Sevilla JA. Increased density of $\mu$-opioid receptors in the postmortem brain of suicide victims. *Brain Res* 1995; **682**: 245–250.
64 Piletz JE, Halaris A, Nelson J, Qu Y, Bari M. Platelet I$_1$-imidazoline binding sites are elevated in depression but not generalized anxiety disorder. *J Psychiatr Res* 1996; **30**: 147–168.
65 Mateo Y, Fernández-Pastor B, Meana JJ. Acute and chronic effects of desipramine and clorgyline on $\alpha_2$-adrenoceptors regulating noradrenergic transmision in the rat brain: a dual probe microdialysis study. *Br J Pharmacol* 2001; **133**: 1362–1370.
66 Suominen KH, Isometsä ET, Henriksson MM, Ostamo AI, Lönnqvist JK. Inadequate treatment for major depression both before and after attempted suicide. *Am J Psychiatry* 1998; **155**: 1778–1780.
67 Oquendo MA, Malone KM, Ellis SP, Sackeim HA, Mann JJ. Inadequacy of antidepressant treatment for patients with major depression who are at risk for suicidal behavior. *Am J Psychiatry* 1999; **156**: 190–194.
68 Isacsson G, Bergman U, Rich CL. Antidepressants, depression and suicide: an analysis of the San Diego study. *J Affect Disord* 1994; **32**: 277–286.
69 Young LT, Li PP, Kish SJ, Siu KP, Warsh JJ. Postmortem cerebral cortex G$_s$ $\alpha$-subunit are elevated in bipolar affective disorder. *Brain Res* 1991; **553**: 323–326.
70 Dowlatshahi D, MacQueen GM, Wang J-F, Reiach JS, Young LT. G protein-coupled cyclic AMP signaling in postmortem brain of subjects with mood disorders: effects of diagnosis, suicide, and treatment at the time of death. *J Neurochem* 1999; **73**: 1121–1126.
71 Mateo Y, Pineda J, Meana JJ. Somatodendritic $\alpha_2$-adrenoceptors in the locus coeruleus are involved in the *in vivo* modulation or cortical noradrenaline release by the antidepressant desipramine. *J Neurochem* 1998; **71**: 790–798.
72 Arango V, Underwood MD, Mann JJ. Fewer pigmented locus coeru-

leus neurons in suicide victims: preliminary results. *Biol Psychiatry* 1996; **39**: 112–120.

73 Klimek V, Stockmeier C, Overholser J, Meltzer HY, Kalka S, Dilley G, Ordway G. Reduced levels of norepinephrine transporters in the locus coeruleus in major depression. *J Neurosci* 1997; **17**: 8451–8458.

74 Ordway GA, Smith KS, Haycock JW. Elevated tyrosine hydroxylase in the locus coeruleus of suicide victims. *J Neurochem* 1994; **62**: 680–685.

75 Zhu M-Y, Klimek V, Dilley GE, Haycock JW, Stockmeier C, Overholser JC *et al*. Elevated levels of tyrosine hydroxylase in the locus coeruleus in major depression. *Biol Psychiatry* 1999; **46**: 1275–1286.

76 Raiteri M, Bonanno G, Maura G, Pende M, Andrioli GC, Ruelle A. Subclassification of release-regulating $\alpha_2$-autoreceptors in human brain cortex. *Br J Pharmacol* 1992; **107**: 1146–1151.

77 Feuerstein TJ, Mutschler A, Lupp A, Van Velthoven V, Schlicker E, Göthert M. Endogenous noradrenaline activates $\alpha_2$-adrenoceptors on serotonergic nerve endings in human and rat neocortex. *J Neurochem* 1993; **61**: 474–480.

78 Delgado PL, Charney DS, Price LH, Aghajanian GK, Landis H, Heninger GR. Serotonin function and the mechanism of antidepressant action: reversal of antidepressant induced remission by rapid depletion of plasma tryptophan. *Arch Gen Psychiatry* 1990; **47**: 411–418.

79 Smith KA, Fairburn CG, Cowen PJ. Relapse of depression after rapid depletion of tryptophan. *Lancet* 1997; **349**: 915–919.

80 Anand A, Darnell A, Miller HL, Berman RM, Cappiello A, Oren DA *et al*. Effect of catecholamine depletion on lithium-induced long-term remission of bipolar disorder. *Biol Psychiatry* 1999; **45**: 972–978.

81 Berman RM, Narasimhan M, Miller HL, Anand A, Cappiello A, Oren DA *et al*. Transient depressive relapse induced by catecholamine depletion. Potential phenotypic vulnerability marker? *Arch Gen Psychiatry* 1999; **56**: 395–403.