# EXHIBIT 73

HOME

ARCHIVED PRESENTATIONS

Larry Alphs, MD, phD
Suicidality: The Problem and Emerging Solutions



February 2007 Presentations

| 02/07 | 02/14 |
|-------|-------|
| 02/21 | 02/28 |

This is copyrighted material. Unauthorized reproduction of any kind is prohibited.

Wayne State University   WSU-School of Medicine



DEPOSITION EXHIBIT
51
ALPHS

HOME

ARCHIVED PRESENTATIONS

Larry Alphs, MD, phD
Suicidality: The Problem and Emerging Solutions



February 2007 Presentations

| | |
|---|---|
| 02/07 | 02/14 |
| 02/21 | 02/28 |



This is copyrighted material. Unauthorized reproduction of any kind is prohibited.

Wayne State University   WSU-School of Medicine

HOME

ARCHIVED PRESENTATIONS

Larry Alphs, MD, phD
Suicidality: The Problem and Emerging Solutions

### Genetics of Suicidality

- **Numerous abnormalities in the serotonergic system in suicide attempters and completers.**
- **Serotonergic system is partly under genetic control and unknown genetic factors mediate risk for suicidal behavior independent from genetic factors responsible for major psychiatric conditions associated with suicide.**
- **May be relationship of genetic variants to intermediate phenotypes, such as impulsivity, psychomotor change, pathological aggression.**

19

February 2007 Presentations

| 02/07 | 02/14 |
| 02/21 | 02/28 |

This is copyrighted material. Unauthorized reproduction of any kind is prohibited.

Wayne State University    WSU-School of Medicine

HOME

ARCHIVED PRESENTATIONS

Larry Alphs, MD, phD
Suicidality: The Problem and Emerging Solutions



February 2007 Presentations

| | |
|---|---|
| 02/07 | 02/14 |
| 02/21 | 02/28 |



This is copyrighted material. Unauthorized reproduction of any kind is prohibited.

Wayne State University    WSU-School of Medicine