EXHIBIT 74

# COMPREHENSIVE TEXTBOOK OF SUICIDOLOGY

Ronald W. Maris,
Alan L. Berman, and
Morton M. Silverman

# 16

# The Biology of Suicide

> Most of the available biological evidence in the study of suicide comes from
> examining the serotonergic system in both completed and attempted suicide,
> but additional evidence exists that indicates the involvement of other
> neurotransmitter systems. Indeed, the neurobiology of suicide, just as suicide
> itself, has become multidetermined. . . . Taking all evidence together, it is
> likely that suicide is not the result of a single factor but, rather, the outcome
> of several factors operating simultaneously at a given moment in life.
>
> —VICTORIA ARANGO AND MARK D. UNDERWOOD

The biology of suicide is a rapidly expanding field of great interest and activity (Stoff &
Mann, 1997). There has been a veritable explosion of research and findings in the scientific
fields of human genetics, molecular genetics, neurochemistry, neurophysiology, neuroen-
docrinology, and neuroanatomy in the last 20 years. Ground-breaking techniques and new
technologies are being discovered and applied to the biology of suicidal behaviors at an un-
precedented pace. Our understanding of the brain, its integration, organization, structure,
composition, and function is taking flight. The 1990s have been referred to as the "decade
of the brain," in part because of the important recognition that this second most important
organ in our bodies has attained regarding its role and function in regulating behavior,
mood, affect, and perception.

The neuroscience of suicidal behaviors has only recently been recognized as a distinct
specialty, in part due to its dependence on the earlier foundations set by the related areas of
epidemiology, neuroanatomy, neurophysiology, neurochemistry, molecular biology, and
neuroendocrinology. These related fields have become established as we have developed
more sophisticated techniques for statistical analysis of data, better surveillance mecha-
nisms, more advanced laboratory techniques to analyze biological material (cerebrospinal
fluid, brain and spinal tissue, blood products), and more powerful radiological and inves-
tigative tools, such as magnetic resonance imaging (MRI) and positron emission tomogra-
phy (PET). We can now visualize the process of thinking as well as the effect of medications
and other psychoactive substances on specific regions of the brain.

There has been a remarkable confluence of epidemiological, clinical, and laboratory
findings with sophisticated biological and radiological imaging findings. Clinical lore and
axioms about at-risk populations are now being confirmed by exact measurements of cere-
brospinal fluid (CSF) metabolites and blood products, and through radiological imaging
techniques, to name but a few.

TABLE 16.1.  Types of Neurobiological Studies
Related to Suicide

Genetics

Twin studies—monozygotic versus dizygotic
Family studies
*Adoption studies*

Populations at risk

Suicide ideators
Suicide attempters
Suicide completers
Depressed patients
Criminals (aggressive/impulsive)

Biochemical/anatomical studies

Postmortem brains—receptor site and quantification
    of chemicals
CSF studies of neurotransmitter metabolites
Platelet receptor binding studies
*Animal models—anatomical lesions; chemical*
    *interruption of neurotransmitter production*

Radiological studies

SPECT (functional)
PET (using ligands)
MRI (structural)

It is beyond the scope of this chapter to review exactly how the currently available psychotropic medications work (Nemeroff, 1994). It is also beyond the scope of this chapter to review issues such as genetic predisposition to response to certain classes of drugs (DeVane, 1994) or gender differences in absorption, metabolism, and excretion of psychotropic medications (Yonkers, Kando, Cole, & Blumenthal, 1992).

The purpose of this chapter is to highlight some of the more promising areas of investigation identified at this time. Table 16.1 lists some of the more common types of neurobiological studies related to suicide that will be discussed. The neurosciences, and specifically the neurobiology of suicide, are rapidly evolving areas of intense scientific activity. Our level of understanding of the mechanisms of central nervous system (CNS) action are becoming more sophisticated with every new finding and with the development of new investigative techniques in the fields in neurochemistry, molecular genetics, radiology, and human genetics. Hence, the findings presented here may well be challenged and refined over time.

## THE GENETICS OF SUICIDAL BEHAVIOR

There has been a great deal of progress in the scientific investigation of human and molecular genetics as it relates to the transmission and expression of disease. The goal of understanding diseases and behaviors from a molecular or human genetics perspective is multifold: (1) to develop better screening approaches; (2) to develop better prevention techniques; (3) to investigate the possibility of definitive preventive interventions at the molecular, cellular, or pharmacological level; and (4) to better understand the interrelationship

between biology and environment (nature vs. nurture) as they affect the expression of behavioral disorders.

Evidence that an illness or behavioral disorder may have a genetic component comes from many different types of studies, including surveillance studies of populations at risk, clinical studies of families, twin and adoption studies, and molecular genetic studies.

As noted in Chapter 2, suicide is a multidimensional, multidetermined, and multifactorial behavior. Risk factors that are statistically associated with suicidal behaviors include biological, psychological, and social factors. Biological factors include physical illness and alterations in neurotransmitter function in the CNS (especially of serotonin). Psychological factors include the presence of a major psychiatric disorder (including alcoholism and other drug abuse) and personality traits (i.e., impulsivity). Social factors include unemployment, stressful life events, and certain family environmental exposures (childrearing; psychological, emotional, physical, or sexual abuse).

Risk factors such as a family history of psychiatric illness and/or suicidal behaviors cut across the three domains of the biopsychosocial model (cf. Figure 2.6). To what extent are any, some, or all of these risk factors influenced by genetic predisposition? Is impulsivity a learned trait or an inherited biological tendency which gets expressed under certain environmental conditions? Which biological risk factors place an individual at increased risk for suicide? We review some of the most influential studies that attempt to answer these questions by studying families, twins, and adoptees.

## Family History of Suicide

The first question often asked is whether suicidal behaviors are "inherited." There is some confusion about the many ways of "inheriting" a behavior—by learning, by genetic transmission, by environmental influences, and so on. The first attempts to answer this question raised as many questions as they answered.

Pitts and Winokur (1964) found that among 748 consecutively admitted psychiatric inpatients, 37 (4.9%) reported a possible or definite suicide in a first-degree relative (i.e., sons, daughters, siblings, or parents). In 25 of these 37 cases (68%), the diagnosis was an affective disorder. The statistical probability of this distribution's occurring by chance was less than .02. Pitts and Winokur estimated that 79% of the suicides of the first-degree relatives were associated with probable affective disorder.

Murphy and Wetzel (1982) reviewed the literature and found that 6–8% of those who attempted suicide have a family history of suicide. They studied 127 patients hospitalized after attempting suicide and found that when they examined them by psychiatric diagnosis, the personality disorder group had as high a family history of suicide as the affective disorder group. Seventeen percent of those with a primary diagnosis of primary affective disorder had a family history of suicide, and 17% had a family history of suicide attempts.

Roy (1983), in his review of the existing literature, noted that a family history of suicide had been found in a small but meaningful number of studies. Roy examined the medical charts of 243 psychiatric inpatients who reported 274 suicides among their first- and second-degree relatives.

Almost half (118, 48.6%) of these patients had attempted suicide, more than half (137, 56.4%) had a depressive disorder, and more than a third (84, 34.6%) had recurrent affective disorder. Regardless of the primary diagnosis, the great majority (84.4%) of all the patients with a family history of suicide had had a depressive episode at some time in their lives. During the 7½-year study, 7 (2.8%) of the 243 patients committed suicide.

Tsuang (1983) found that the first-degree relatives of the 500 psychiatric inpatients in his study had a risk of suicide almost eight times greater than the risk in the relatives of nor-

mal controls. The risk of suicide was significantly greater among the first-degree relatives of depressed patients than it was among the relatives of either patients with schizophrenia or those classified as manic. Among the first-degree relatives of the 29 psychiatric patients who had committed suicide, the suicide risk was four times greater than the risk in the relatives of patients who did not commit suicide. Here the suicide risk was equally high among the relatives of both patients classified as depressed and as manic.

In an often quoted study, Egeland and Sussex (1985) reported on the suicide data obtained from the study of affective disorders among the Older Order Amish community of Lancaster County in southeast Pennsylvania. Of the 26 suicide victims among these Amish over the 100 years from 1880 to 1980, 24 were diagnosed with a major affective disorder. Twelve of the suicide victims had a diagnosis of a bipolar disorder, and 12 had unipolar affective disorder. A further case met diagnostic criteria for a minor depression.

Almost three-quarters of the 26 suicide victims were found to cluster in four family pedigrees, each of which contained a heavy loading for affective disorders and suicide. Interestingly, the converse was not true, as there were other family pedigrees with heavy loadings for affective disorder but without suicides; a family loading for affective disorder was not in itself a predictor for suicide. Egeland and Sussex (1985) concluded: "Our study replicates findings that indicate an increased suicidal risk for patients with a diagnosis of major affective disorder and a strong family history of suicide. . . . The clustering of suicide in Amish pedigrees follows the distribution of affective illness in the kinship and suggests the role of inheritance" (918).

Shaffer, Gould, and Trautman (1985) reported psychological autopsies on 20 adolescent suicide victims in Louisville, Kentucky. They found that significantly more of the suicide victims, as compared to the controls, had a family history of suicide. Shaffer et al. subsequently performed psychological autopsies on a consecutive series of suicides under 19 years of age occurring in the New York City area. In a preliminary report of the first 52 suicide victims, they noted that 20 (38%) had a relative who had either committed or attempted suicide.

In summary, these and other studies suggest that individuals at risk for suicidal behaviors have a higher than statistically expected family history of an affective disorder (depression or bipolar illness) and/or a suicide (Shaffer, 1974; Mitterauer, 1990; Malone, Haas, Sweeney, & Mann, 1995; Linkowski, deMaertelaer, & Mendlewicz, 1985). Whether these observations confirm a genetic inheritance is not proven, because of the possible role that a positive identification with parents and siblings and subsequent mimicking behavior might play in later expression of an affective disorder or suicidal behavior.

## Twin Studies

The twin study method may help to address the question of whether a predisposition for suicidal behavior may be genetically transmitted independent of a psychiatric disorder. Identical twins come from one egg (monozygotic, MZ) and share the same genes, whereas fraternal twins come from two eggs (dizygotic, DZ) and share only 50% of their genes. If suicide is a genetically transmitted behavior, then concordance for suicide should be found more often among identical twins (MZ) than fraternal (DZ) twins.

Haberlandt (1967) pooled the data from twin studies from different countries and found that among 149 pairs of twins in which one twin had killed him- or herself, there were nine sets of twins in which the other twin had also killed him- or herself; all these twins were found among the 51 MZ pairs (18%). In an additional five pairs of the 51 MZ twin pairs (10%), the other twin had attempted suicide. No DZ twin pairs were found in which both twins had committed suicide.

Case 1:04-cv-10981-PBS    Document 1197-88    Filed 04/04/2008    Page 7 of 16

Four of the nine MZ twins concordant for suicide revealed an affective disorder in the twins or their relatives (Juel-Nielsen & Videbech, 1970). Zair (1981) reported suicide in identical male twins widely separated in time, but in both twins the suicide occurred during a depressive episode. Also, both parents of the twins had been treated by psychiatrists for depression with electroconvulsive therapy (ECT) and antidepressants.

Roy, Segal, Centerwall, and Robinette (1991) studied 176 twin pairs (62 MZ and 114 DZ) in which one or both twins had committed suicide. They found that 7 of the 62 MZ twin pairs were concordant for suicide compared with 2 of the 114 DZ twin pairs (11.3% vs. 1.8%); thus, the MZ twin pairs showed a significantly greater concordance for suicide relative to the DZ twin pairs. The presence of psychiatric disorder in the twins and their families was examined in a subsample of 11 twin pairs (9 MZ and 2 DZ). Two of these 11 twin pairs were concordant for suicide, and both were MZ twin pairs: "Nine of the 13 suicide victims had a history of a diagnosed depressive disorder that had been treated with antidepressant medication; three had bipolar disorder. Two others had experienced a schizophrenic illness and had received neuroleptic medication. Nine of the 11 co-twins (eight surviving co-twins and one suicide victim) had received psychiatric treatment from a psychiatrist" (31–32).

Roy (1992) subsequently combined his 176 twin pairs with the 149 twin pairs reviewed by Haberlandt (1967), the 73 twin pairs (none of which were concordant for suicide) reported by Juel-Nielsen and Videbech (1970), and the 1 concordant MZ twin pair reported by Zair (1981), yielding a total of 399 twin pairs: 129 MZ twin pairs (17 of 129, or 13.2%, concordant for suicide) and 270 DZ twin pairs (2 of 270, or 0.7%, concordant for suicide). He concluded that "these combined data further demonstrate that MZ twin pairs show significantly greater concordance for suicide than do DZ twin pairs (Fisher's exact test, $p = .001$)" (576).

In a second study, Roy, Segal, and Sarchiapone (1995) examined suicide attempts among living co-twins whose twin had committed suicide. They hypothesized that if genetic factors play a part in suicidal behavior, then significantly more living MZ than DZ co-twins would themselves have attempted suicide. They then collected a group of 35 twins in which one twin had committed suicide and interviewed the living co-twin about whether he or she had ever attempted suicide: "We found that 10 of the 26 living MZ cotwins had themselves attempted suicide compared with 0 of the 9 living DZ cotwins ($p < 0.04$). We concluded that, although MZ and DZ twins may have some differing developmental experiences, studies show that MZ twin pairs have significantly greater concordance for both suicide and attempted suicide" (1076).

In summary, the twin data presented here suggests that genetic factors related to suicide may largely represent a genetic predisposition for the psychiatric disorders associated with suicide. However, these studies leave open the question of whether there may be an independent genetic component for suicide, perhaps related to impulsivity. Future studies of the surviving co-twins of twin suicide victims and their family members are needed to investigate possible genetic and biologic markers for impulsivity.

## Adoption Studies

The strongest evidence for the presence of genetic factors in suicide comes from the adoption studies carried out in Denmark by Schulsinger, Kety, Wender, and Rosenthal (1979; Kety, 1986). The strength of the adoption strategy is that it is the best way to tease apart "nature" from "nurture" issues. This is because individuals separated at birth, or shortly afterward, share their genes—but not subsequent environmental experiences—with their biological relatives. In contrast, adoptees share their environmental experiences through childhood and adolescence with their adopting relatives but share no genes.

The Psykologisk Institut has a register of the 5,483 adoptions that occurred in greater Copenhagen between 1924 and 1947. A screening of the registers for causes of death revealed that 57 of these adoptees eventually committed suicide. They were matched with 57 adopted controls for age, sex, social class of the adopting parents, and time spent both with their biological relatives and in institutions before being adopted. Twelve of the 269 biological relatives (4.5%) of these 57 adopted suicides had themselves committed suicide, compared with only 2 of the 269 biological relatives (0.7%) of the 57 adopted controls ($p <$ .01). None of the adopting relatives of either the suicide group or the control group had committed suicide.

These results are important because the suicides were largely independent of the presence of psychiatric disorder. Schulsinger et al. (1979) found that 6 of the 12 (50%) biological suicide relatives had had no contact with psychiatric services and thus presumably did not suffer from one of the major psychiatric disorders commonly found among suicide victims. They proposed that there may be a genetic predisposition for suicide independent of, or additive to, the major psychiatric disorders associated with suicide.

Wender, Kety, Rosenthal, and Schulsinger (1986) went on to study the 71 adoptees identified by the Psykologisk Institut's psychiatric case register as having suffered from an affective disorder. They were matched with 71 control adoptees without affective disorder. Significantly more of the biological relatives of the adoptees with affective disorder had committed suicide than had those of the controls. In particular, adoptee suicide victims with the diagnosis of "affect reaction" had significantly more biological relatives who had committed suicide than did controls. This diagnosis is used in Denmark to describe an individual who has affective symptoms accompanying a situational crisis (often an impulsive suicide attempt). These findings led Kety (1986) to suggest that a genetic factor in suicide may be an inability to control impulsive behavior, which has its effect independent of (or additive to) that of psychiatric disorder. Affective disorder and/or environmental stress may serve "as potentiating mechanisms which foster or trigger the impulsive behavior, directing it toward a suicidal outcome" (Kety, 1990: 132).

The existing family, twin, and adoption studies suggest that there may be genetic factors in suicide. In many suicide victims, these will be the genetic factors involved in the genetic transmission of bipolar disorder, schizophrenia, and alcoholism. However, the Copenhagen adoption studies strongly suggest that there may be a genetic factor for suicide that is independent of, or additive to, the genetic transmission of affective disorder. Kety's (1986) suggestion that this may be an inability to control impulsive behavior is compatible with the data that diminished central serotonin turnover may be associated with poor impulse control.

## BIOCHEMICAL INVESTIGATIONS

In recent years, increasing attention has been paid to the biology of suicide (cf. Maris, 1986), with particular emphasis on the examination of two neurotransmitters (serotonin and dopamine) and of the hypothalamic–pituitary–adrenal (HPA) axis. This research has pointed to a number of biochemical features that may be common to the seemingly disparate group of psychiatric disorders with which higher incidences of suicide are associated; it may also provide the basis for developing specific treatment approaches for some suicidal patients.

Table 16.2 lists the currently known neurotransmitters that have been found to be associated with psychiatric disorders. The three neurotransmitters associated with affective disorders and suicidal behaviors are dopamine, norepinephrine, and serotonin.

TABLE 16.2. Neurotransmitter Classes Associated with
Psychiatric Illnesses

| |
| --- |
| Acetylcholine (Ach) |
| Dopamine (DA) |
| Excitatory amino acids (EAA) (e.g., glutamate) |
| Gamma–aminobutyric acid (GABA) |
| Lithium/mood stabilizers (PI; phosphoinositol cyclic AMP) |
| Norepinephrine (NE; noradrenaline) |
| Serotonin (5-HT; 5-HIAA as the metabolite) |

## Serotonin

Evidence has been accumulating of decreased serotonin levels in three groups of patients:
depressed patients, suicide attempters, and suicide victims. The role of serotonin as a unify-
ing factor in suicidal behavior was originally proposed by Åsberg and colleagues, who re-
ported an association between suicidal behavior and low levels of CSF 5-hydroxyin-
doleacetic acid (5-HIAA), the principal metabolite of serotonin in depressed patients
(Åsberg, Träskman, & Thorén, 1976).

They reported a bimodal distribution of levels of 5-HIAA in the lumbar CSF of 68 de-
pressed patients. Åsberg et al. (1976) noted that significantly more of the depressed patients
in the "low" CSF 5-HIAA group had attempted suicide in comparison with those in the
"high" CSF 5-HIAA group. Subsequently, a number of other studies have reported that low
CSF levels of 5-HIAA are significantly associated with suicidal behavior in depressed, per-
sonality-disordered, and schizophrenic patients, although there have been some negative re-
ports as well (for a review, see Åsberg, Nordstrom, & Träskman-Bendz, 1986b). Although
CSF levels of 5-HIAA are an imprecise indicator of serotonin levels in the brain, these data
have led to the suggestion that reduced central serotonin metabolism may be associated
with suicidal behavior (Roy & Linnoila, 1988, 1990; Roy, Nutt, Virkkunen, & Linnoila,
1987).

Åsberg (1980) has reported that only 15% of those with high CSF 5-HIAA attempted
suicide in contrast to 40% of patients with low levels. Decrease in CSF 5-HIAA is more cor-
related with suicide attempts and most specifically to violent ones than to reported depres-
sion (Åsberg, Bertilsson, & Martensson, 1984; DeLeo & Marazziti, 1988; Träskman, Ås-
berg, Bertilsson, & Sjostrand, 1981). In studies of a schizophrenic population, lower
serotonin levels are found more frequently in those with previous suicide attempts (Braunig,
Rao, & Fimmers, 1989). Individuals with low CSF 5-HIAA who have attempted suicide are
reported to be 10 times more likely to die by suicide than those not found to have the de-
creased levels of 5-HIAA (Åsberg, 1986). Those found to have low CSF 5-HIAA are not
only prone to more violent suicide attempts but also to more frequent (Åsberg, Nordstrom,
& Träskman-Bendz, 1986; Cohen, Winchel, & Stanley, 1988) and less premeditated ones
(Åsberg, 1986).

Träskman et al. (1981) carried out the first follow-up study of patients who had at-
tempted suicide and who had had a lumbar puncture for determination of CSF levels of 5-
HIAA. They found that within a year of leaving the hospital, 21% of the patients who had
both a suicide attempt and a CSF level of 5-HIAA below 90 nmol/liter had committed sui-
cide. Hence, among patients who had made a suicide attempt, those with low CSF levels of
5-HIAA were 10 times more likely to die of suicide than the others.

Roy et al. carried out a 5-year follow-up study of suicidal behavior among depressed

patients who had earlier determinations of CSF levels of monoamine metabolites (Roy et al., 1986; Roy, DeJong, & Linnoila, 1989). Patients who reattempted suicide during the follow-up period had significantly lower CSF levels of both the serotonin metabolite 5-HIAA and the dopamine metabolite HVA. The findings were most striking among depressed patients with melancholia. Over 50 percent of those melancholic patients who had attempted suicide and had a CSF level of 5-HIAA below 80 pmol/ml reattempted suicide during the follow-up period. Two-thirds of those melancholic patients who had attempted suicide and had a CSF level of homovanillic acid (HVA) below 100 pmol/ml reattempted suicide during follow-up.

Three (25%) of the 12 depressed patients who had made a past suicide attempt and who had a CSF level of 5-HIAA below 80 pmol/ml committed suicide during the first year of follow-up. This 25% is similar to the 21% rate of suicide reported by Träskman et al. (1981) as occurring within a year of leaving the hospital among their previous attempters with a CSF level of 5-HIAA below 90 nmol/liter. These follow-up results suggest that among depressed patients who have previously attempted suicide, these measures may be predictive markers of an increased risk of further suicidal behavior.

Exactly what role serotonin (as measured by its metabolite 5-HIAA) plays in the initiation, modulation, maintenance, or regulation of aggression, impulsivity, affect, self-destructive behaviors, addictions, thought processing, and assessment of sensory input remains under study. It is most likely that serotonin is involved along the pathway from genetic predisposition and environmental stimulus to expression of psychiatric disorders and suicidal behaviors.

## Dopamine

A number of studies have pointed to the coupling of serotonin and dopamine systems in various regions of the brain. High-order correlations between CSF HVA, the principal metabolite or breakdown product of dopamine, and 5-HIAA in depressed patients have been reported in several studies (Aber-Wistedt, Wistedt, & Bertilsson, 1985; Åsberg, 1986). The role of dopamine in suicidal patients with personality disorders has been inferred from studies on the use of dopamine receptor blockers to decrease suicidal behavior in such patients. Montgomery and Montgomery (1982) reported on the use of flupenthixol, a dopamine receptor blocker, in patients with personality disorders (mainly borderline or histrionic) who had a history of multiple suicide attempts. They raised the possibility that the effect of reducing suicidal behavior in personality disorders is mediated via the dopamine system. They also noted lower levels of CSF HVA in depressed patients with a history of suicidal acts. More recently, Soloff et al. (1986) reported that haloperidol, an antipsychotic medication, decreased suicidality in borderline patients. Thus, blocking postsynaptic dopamine receptors appears helpful in decreasing suicidality in personality-disordered patients.

## Neuroendocrine Measures

The HPA axis has been a major focus of research in depressive disorders. We monitor the activity of this endocrine axis by measuring a number of hormones and steroids in blood and urine. Elevated 24-hour urinary free cortisol and dexamethasone nonsuppression are common features of depressed patients. Suicidal behavior has been reported to be associated with elevated 24-hour urinary 17-ketosteroids (Bunney & Fawcett, 1965; Fawcett, Scheftner, Fogg, et al., 1987). Nemeroff, Owens, Bissette, Andorn, and Stanley (1988) have reported decreased corticotropin-releasing factor (CRF) receptor activity in the brains of

Case 1:04-cv-10981-PBS    Document 1197-88    Filed 04/04/2008    Page 11 of 16

suicide victims, suggesting that elevated CRF may also play a role in suicidality in depression. Cortisol and dexamethasone have been reported to decrease serotonin or 5-HIAA levels in the frontal cortex of rats, perhaps by stimulating alternate synthetic pathways (Green & Curzon, 1968). Conversely, enhanced postsynaptic serotonin activity or sensitivity has been implicated in increased cortisol levels in depressed patients. Hence, cortisol and serotonin activity in the brain may be linked particularly in depressed patients with suicidal tendencies.

In depressed subjects, cortisol levels are highest in those with psychotic features—a subgroup that has been reported to be at increased risk for completing suicide (Schatzberg, Rothschild, & Stahl, 1983). Several groups have reported that psychotic patients with depressive symptoms demonstrate not only extremely elevated plasma cortisol levels but also high plasma dopamine levels (Rothschild et al., 1987). Others have reported generally higher CSF HVA and 5-HIAA in psychotic depressives (Ågren & Terenins, 1985; Åsberg, 1980; 1986; Åsberg et al., 1984; Åsberg, Eriksson, Martensson, et al., 1986a; Åsberg, Nordstrom, & Träskman-Bendz, 1986b), although low HVA and 5-HIAA levels have been reported in a subgroup of older psychotic depressives with suicidal ideation (Brown, Linnoila, & Goodwin, 1992).

In summary, the role of elevated CSF HVA or 5-HIAA in suicidal behavior in psychotic depressives has not been well studied, but findings to date suggest that low or high extremes in serotonin or dopamine (i.e., low 5-HIAA/HVA or high 5-HIAA) may each play a role in different suicidal psychiatric patients.

## Studies of Monoamine Oxidase Activity

Some studies indicate a lower level of monoamine oxidase, one of the brain enzymes that break down neurotransmitters into their metabolites, in individuals who have been suicidal or suffered psychiatric disorder (such as depression), but these studies fail to control for severity of depression and other psychiatric disturbance. Lester (1992d) reviewed these studies of monoamine oxidase and concluded that on the whole there is no evidence to support a lower level of monoamine oxidase in those individuals who are suicidal.

## Studies of Norepinephrine and MHPG

The brain amine norepinephrine breaks down into 3-methoxy-4-hydroxyphenylglycol (MHPG), which can be measured in both the CSF and in the urine. Although CSF levels of MHPG do not appear associated with suicidal behaviors, studies lack comparison of controls matched for level of depression, anxiety, and other indicators of psychiatric disturbance (Lester, 1992d). Ågren (1983) reported a negative relation of urinary MHPG levels to severity and lethality of previous suicide attempts and current or recent suicidal ideation.

## CSF Studies in Violent Suicide Attempters

Low CSF 5-HIAA levels have been found to be particularly associated with violent suicide attempts. In fact, Träskman et al. (1981) reported that CSF 5-HIAA levels were significantly lower only among those patients who had made a violent suicide attempt (hanging, drowning, shooting, gasing, several deep cuts), and that levels were not reduced among those who had made a nonviolent suicide attempt (overdose). Banki and Arato (1983), studying 141 psychiatric patients suffering from depression, schizophrenia, alcoholism, or adjustment disorder, found that levels of CSF 5-HIAA were significantly lower among the violent suicide attempters in all four diagnostic categories.

Case 1:04-cv-10981-PBS    Document 1197-88    Filed 04/04/2008    Page 12 of 16

Brown et al. (1992) have reviewed the research on impulsivity, aggression, and affect as it relates to self-destructive behaviors and suicide. Violent attempters (e.g., jumping, neck slashing, hanging, and shooting) are found more frequently in those with lower CSF 5-HIAA levels who also have alcoholism, adjustment disorders, major depression, personality disorders (Brown et al., 1982), and schizophrenia (van Praag, 1983). The same low levels of 5-HIAA are reported in the CSF of violent criminal offenders (Linnoila et al., 1983).

Patients with low 5-HIAA levels seem prone not only to more violent suicide attempts but also to attempts that are less premeditated (Åsberg et al., 1976b) and more frequent (Åsberg, Thorén, & Träskman, 1976a; Cohen et al., 1988). In addition to increased suicidal behavior, there is a significant inverse correlation between CSF 5-HIAA and overt aggression (Åsberg, Nordstrom, & Träskman-Bendz, 1990; Brown et al., 1982; Cohen et al., 1988; Lidberg, Tuck, Åsberg, Scalia-Tomba, & Bertilsson, 1985; Lidberg, Åsberg, & Sundquist-Stenmann, 1984; Linnoila et al., 1983; Träskman-Bendz, Åsberg, & Schalling, 1990) including murder (particularly impulsive homicide) and to increased anxiety (Åsberg et al., 1984). The relation appears to relate to overt behaviors (e.g., hostile acts and suicide attempts) and not to self-reported affective states (e.g., thoughts of suicide or hostile feelings) (Åsberg et al., 1984). The relation of low serotonin to both depression and expressed anger, social dominance, and fearlessness (Åsberg, 1986) supports the literature from Freud to the present (Åsberg et al., 1984), associating anger with depression.

The incidence of suicide among murderers in some European countries is higher than in any other risk group, exceeding in some instances 30% (Åsberg et al., 1984). In Åsberg et al.'s (1984) study of murderers, low 5-HIAA levels, comparable to those of suicide attempters, were found in those who killed someone with whom they had an intense relationship, such as a paramour or spouse. It is this group that also is most likely to commit suicide after the homicide. Parents who attempt suicide after killing their own children have also been found to have lower CSF 5-HIAA levels (Lidberg, Åsberg, Sundquist-Stenmann, 1984).

## Postmortem Anatomical and Neurochemical Studies

CSF 5-HIAA determinations are an imprecise way to measure serotonin levels and activity in the living brain. A much better approximation of actual activity level of neurotransmitters at the time of suicidal behavior is to conduct careful neurochemical studies on the brains of suicide victims soon after they have died.

A large number of studies in postmortem brain tissue from suicide victims have been carried out (see Table 16.3) examining the serotonergic, noradrenergic, and dopaminergic

TABLE 16.3. Brain Areas Involved in Suicidal Behavior

Brainstem

Dorsal raphe nucleus (DRN)

Prefrontal cortex (PFC): dorsolateral and ventral

Frontal cortex (FC)

Temporal lobe (TL)

Locus coeruleus (LC)

Hypothalamus

Hippocampus

neurotransmitter systems. The few studies that have examined norepinephrine, dopamine, or the dopamine metabolite (HVA) have tended to be negative (Stanley, Mann, & Cohen, 1986). Studies of the serotonergic system have generally found decreases in presynaptic serotonin nerve terminal binding sites, of which we currently know six. More recent studies of postmortem brain tissue have suggested that these abnormalities are more pronounced in the ventral prefrontal cortex than in the dorsolateral prefrontal cortex.

Similarly, postsynaptic serotonin receptors, such as the 5-HT1A receptor and the 5-HT2A receptor, appear to be increased in number in the prefrontal cortex of suicide victims. The explanation for the increases in these subtypes of postsynaptic serotonin receptors is uncertain, but one possibility is compensatory upregulation (i.e., increased proliferation) in response to reduced serotonin neuron activity overall (Mann, 1998). These receptor changes appear to be more pronounced in the ventral prefrontal cortex. A preponderance of altered serotonin receptor binding measures in the ventral prefrontal cortex would suggest that this brain region is of particular importance in relation to the risk for suicide. Mann (1998) postulates the following:

> The ventral prefrontal cortex is involved in the executive function of inhibition and injuries to that area of the brain may result in disinhibition. Reduced serotonergic input into this part of the brain may result in impaired inhibition and a greater propensity to act on powerful feelings such as suicidal or aggressive feelings. Lifetime externally directed aggression is more frequent in suicide attempters and vice versa. Both behaviors are associated with reduced serotonergic function. Aggression is also associated with ventral prefrontal lesions; this area of the brain may mediate a more universal restraint mechanism that is suboptimal in some suicidal patients, as well as in association with aggression. (26)

Mann, Stanley, McBride, and McEwen (1986) reported that norepinephrine levels in the prefrontal cortex are increased and that beta-adrenergic binding is decreased. They conclude that such noradrenergic overactivity may have resulted in the depletion of norepinephrine from the smaller population of nonadrenergic neurons found in suicide victims. Studies of chronic stress in rodents report depletion of norepinephrine. There is evidence of hyperactive stress systems reported in depression. Thus, these biochemical findings could potentially be a result of the stress preceding a suicidal event in a serious psychiatric illness.

Taken together, these postmortem neurochemical and receptor studies tend to support the hypothesis that diminished central serotonin metabolism (as evidenced by reduced levels of serotonin and 5-HIAA, and upregulation of the postsynaptic serotonin-2 receptor) is associated with suicide. (Åsberg, 1986; Braunig et al., 1989; DeLeo & Marazitti, 1988; Mann et al., 1986; Stanley & Mann, 1983; Stanley & Stanley, 1990; Stanley, Virgilio, & Gershon, 1982; Träskman-Bendt et al., 1990). The development of a noninvasive biological test to measure CNS neurotransmitter functioning seems like a logical, yet challenging, next step. However, there may well be clinical, ethical, legal, and moral reasons not to use such screening measures. See Box 16.1 for a look at the pros and cons of the controversy.

## PSYCHOPHARMACOLOGY OF SUICIDAL BEHAVIOR

The psychopharmacology of suicidal behavior is based on the premise that the majority of individuals who are at highest risk for suicide are those who have one or more of the following underlying psychiatric or behavioral disorders: depression, anxiety, panic, impulsivity, aggression dyscontrol, alcohol or other drug (e.g., cocaine) abuse or dependency, bipo-

---

**BOX 16.1. Controversy: Developing a Biological Test to Predict Risk for Suicide**

*Argument: The development of a simple blood test, saliva assay, or urine analysis as a screening measure for CNS neurotransmitter functioning would identify individuals at risk for the development of suicidal behaviors.*

Pros:
1. Blood tests are simpler, faster, and cheaper than psychiatric interviews.
2. Problems can be identified before they occur.
3. Biological tests will pinpoint which neurotransmitter system is malfunctioning.
4. Such tests could be used to monitor response to drug treatment, and assess degree of recovery.
5. It is a more efficient and effective approach to preventing suicidal behaviors than waiting for a problem to occur and then treating the individual.

Cons:
1. *Screening the entire population becomes expensive, because of the low base rate of suicidal behaviors in the general population.*
2. It is stigmatizing to label someone, based on a single biological test, as being at-risk for suicide, especially in advance of any symptoms.
3. Many factors contribute to the development of suicidal behaviors, not just a change in neurotransmitter levels.
4. We lack specific medications, interventions, or therapies to prevent the development or expression of suicidal behaviors in all individuals at risk, so why label people with a problem we can't fix.
5. The number of false-positive individuals who are screened and referred for further evaluation or treatment might overload the available resources for those truly in need of such services.

---

lar illness, or schizophrenia. A second premise is that these disorders and dysfunctions involve a biochemical alteration in the brain that is amenable to the introduction of a psychotropic medication which is designed to correct the resulting imbalance of neurotransmitters.

The most frequent psychiatric disorders associated with suicide attempts and suicide are major depression, schizophrenia, bipolar affective disorder, and alcohol abuse. The most common complaints heard in a primary-care setting that are associated with subsequent suicidal behaviors include insomnia (sleep disturbance), irritability, anhedonia (apathy), emotional lability, anxiety, restlessness, depression, fatigue, and general decreased energy (Goldman, Silverman, & Alpert, 1998).

Large-scale empirical studies of consecutive suicides emphasize the correlation between mental illness and suicide (Robins & Murphy, 1959; Dorpat & Ripley, 1960; Barraclough, Bunch, Nelson, & Sainsbury, 1974). Robins and Murphy (1959) reported that 94% of 134 cases of completed suicide were found to have psychiatric diagnoses at the time of death. Just over 50% of these were due to primary depression, and almost 33% were associated with chronic alcoholism.

The underlying approach to medicating individuals at increased risk for suicidal behaviors is to ameliorate, alleviate, or reduce those symptoms that "facilitate," or "contribute" to the expression of suicidal behaviors. However, much controversy remains about the pos-

sibility that certain "therapeutic" medications may, in fact, increase the propensity toward the expression of suicidal behaviors (Mann & Kapur, 1991). Another recent suggestion is that certain medications may, in fact, prevent the onset of suicidal behaviors in at-risk individuals (Baldessarini & Jamison, 1999).

Not everyone can or will benefit from the administration of pharmaceuticals to alleviate target psychiatric symptoms or suicidal behaviors. What follows is a review of the evolving state of the art regarding the more common medications in current usage, as well as the related clinical issues associated with the prescribing, administration, and monitoring of psychopharmacological agents.

## The Art and Science of Prescribing Medication

Goldblatt and Schatzberg (1990) outline general management approaches for patients undergoing psychiatric treatment, especially those with suicidal ideation and/or plan. The following factors in the patient's history and presentation are particularly important to note from a clinical, research, theoretical, and forensic (liability) perspective:

> (1) extent of a current plan or thoughts about hurting oneself; (2) overall psychopathology—psychotic depression, unipolar and bipolar depression with hopelessness, schizophrenia with command hallucinations, and substance abusers while intoxicated; (3) strength of social supports; (4) history of past suicide attempts and their outcomes; (5) current stressors, including degree of losses; (6) availability of means to follow through with suicidal plans; (7) quality of the therapeutic alliance between the patient and clinician; (8) strength of alliance between the patient's family and the treating clinician; and (9) degree of patient's communication about his or her depression, dysphoria, and suicidality. (429)

Concerns about the inappropriate use of prescribed medications by the patient take on profound importance when medicating potentially suicidal patients, because many of the psychopharmacological medications available today are potentially lethal when taken in overdose, in inappropriate dosages, or in combination with other drugs (especially benzodiazepines and alcohol). The physician must avoid the oversupplying of potentially lethal medications while conveying a clear message to the patient about trust, mutuality of effort and activity, and goals of treatment with the use of medication (Goldblatt, Silverman, & Schatzberg, 1998). Goldblatt and Schatzberg (1990) suggest the following:

> This begins with a careful review of the adequacy of previous medication trials vis-à-vis dosage, duration, clinical response, and the patient's history of compliance. The physician should attempt to follow a plan of prescribing relatively small total amounts, while ensuring adequate daily doses and allowing for periodic increases. . . . The patient should receive a 1-week supply at their initial appointment, to cover the amount of medication needed, including dosage increase. In the face of no side effects, dosage should be increased weekly until the patient demonstrates a persistent clinical response, or until maximum levels are obtained. (p. 430)

They highlight the importance of regular assessments of clinical signs and symptoms in order to evaluate responsiveness to the medication. They acknowledge that for some patients, hospitalization may be required to achieve the goals of safety and security while undergoing an adequate trial of medications. They recommend frequent contact to ensure compliance and adherence to a drug regimen.

The use of psychopharmacological agents should never be seen as monotherapy. In fact, the largest study ever completed on therapeutic interventions for depression found that psychopharmacology in combination with psychotherapy yielded the highest percentage of

TABLE 16.4.  Commonly Used Classes
of Psychotropic Medications with Implications
for the Treatment of Suicidal Behaviors

Antianxiety agents (anxiolytics)

Benzodiazepines
Beta-blockers

Antidepressants

Monoamine oxidase inhibitors (MAOIs)
Tricyclic/tetracyclic antidepressants (TCAs)
Selective serotonin reuptake inhibitors (SSRIs)
Atypical/novel agents

Antimanic agents (mood stabilizers)

Anti-epileptics
Lithium

Antipsychotic medications (neuroleptics)

Major tranquilizers

Sedatives/hypnotics

Barbiturates
Nonbarbiturates
Atypical/novel agents

successful outcome (National Institute of Mental Health Extramural Collaborative Study of
Depression). Table 16.4 lists the currently available classes of psychotropic medications
most often used in treating patients expressing suicidal ideation or behavior.

## Psychiatric Illness

*Many psychiatric diagnoses are associated with self-destructive behaviors (cf. Chapter 13).*
Although subject to reanalysis, a number of studies have indicated that affective illness (major depression, bipolar illness, and schizoaffective disorder) is the most common diagnosis
among suicide completers, accounting for up to 60–70% of suicidal deaths (Bulik et al.,
1990). According to Slaby and Dumont (1992):

> If other illnesses with a strong depressive component are included, such as depressions associated
> with dysthymic disorder, cyclothymic disorder, narcissistic personality, and borderline personality disorder, the number may be as great as 80%. Many of those affectively ill are dually diagnosed. They self-medicate the mania or depression with drugs or alcohol, thereby decreasing
> judgment, increasing hopelessness, decreasing self-esteem, and enhancing the risk of impulsive
> self-inflicted death, particularly if the means to do so are available (189).

Slaby, Lieb, and Tancredi (1985) have identified the most common psychiatric diagnoses associated with self-destructive behaviors (see Table 16.5).
Risk of suicide for individuals with affective illness is estimated to be 30 times that of
those not suffering from the disorder (Bulik et al., 1990). Approximately 15% of individuals with major depression take their own life (Guze & Robins, 1970; Bulik et al., 1990).
Ten to 15% of schizophrenics are estimated to die by suicide during the first 10 years of the
illness (Cohen, Test, & Brown, 1990), or, put another way, suicide of schizophrenics occurs
at a rate 20 times that of the normal population (Breier & Astrachan, 1984). Lifetime