TABLE 16.5. Differential Diagnosis of Self-Destructive Behavior

---
Adjustment disorders
Anxiety disorders
Bipolar disorder
Brief reactive psychosis
Delusional (paranoid disorder)
Depressive disorder
Impulse control disorder
Organic mental disorders associated with physical disorders or conditions
Personality disorders
Posttraumatic stress disorder
Psychoactive substance-induced organic mental disorders
Schizoaffective disorder
Schizophrenia

---
*Source:* Slaby, Lieb, & Tancredi (1985).

prevalence of suicide of those with schizophrenia is 15% (Cohen et al., 1990; Haas, 1997) and the incidence of suicide is increasing among young schizophrenics.

Panic disorder, which occurs in about 1.5% of the population at some time during their life, carries a high risk of morbidity and mortality if not identified early and treated aggressively. Panic attacks that do not meet the diagnostic criteria for panic disorder are even two to three times more prevalent (Weissman, Klerman, Markowitz, & Ouellette, 1989). Of those with panic disorder approximately 20% make a suicide attempt, and of those with panic attacks about 12% (Weissman et al., 1989).

Patients with major depression alone have at least a 15% lifetime risk of suicide (Guze & Robins, 1970). The presence of severe hopelessness, suicidal ideation, history of previous suicide attempts (Fawcett, Scheftner, Fogg, & Clark, 1990; Fawcett, Clark, & Busch, 1993), and severe anxiety (Fawcett, 1992) are strong correlates of potential suicide, both early and late, in a depressed patient. The link between depression and suicidal thoughts or behaviors is well established.

Suicide risk is five times higher in delusional than in nondelusional depressions. Robins (1986) reported that 19% of 134 subjects who committed suicide had also been psychotic—a finding that has been confirmed by others. Roose, Glassman, Walsh, Woodring, and Vital-Herne (1983) found that delusionally depressed patients were five times more likely than nondelusionally depressed patients to commit suicide. These patients are among the most difficult to treat because they hide the degree of their cognitive disturbance, become distant, and are difficult to assess for true suicidal risk.

## Antidepressants

Although a number of antidepressants have been found to be effective in the treatment of obsessive–compulsive disorder, panic disorder, nicotine addiction, and eating disorders (especially bulimia), we focus mainly on their role in the treatment of depression and particularly suicidal ideation and intent.

Since the 1950s, tricyclic antidepressants (TCAs) and monoamine oxidase inhibitors (MAOIs) have been the pharmacological mainstay of the treatment for major depressive disorders. Most of the known antidepressants are mediated by both the norepinephrine and serotonin receptor systems (Stahl, 1996). These drugs can effect different parts of the cycle of neurotransmitter production, release, receptor binding, reuptake, and resynthesis. The National Institute of Mental Health (NIMH) Extramural Collaborative Study of Depression revealed that substantial undertreatment of depressed patients was common, even in academic medical settings (Isacsson & Rich, 1997). The generally low dosages of medications prescribed and the variability of treatment regimens were attributable to individual medical practitioners' decision making and prior training (Keller, Lavori, Klerman, 1986). Fewer than half of the medication trials that "refractory" depressed patients received were reported to be adequate in dosage or duration (Schatzberg et al., 1983).

Although most of the currently available antidepressants have been developed to target specific neurotransmitter receptor systems, none are without side effects attributed to their blockade or enhancement of other receptor systems in the CNS or peripherally. For example, although the TCAs nonselectively enhance both noradrenergic and serotonergic activity, they also significantly antagonize (or block) histaminic, cholinergic, and alpha-adrenergic receptors. Hence, one class of antidepressants affects at least five different neurotransmitter systems—all to varying degrees as evidenced by clinical response. It is the side-effect profile of some of these antidepressants that have linked them with controversies concerning enhancement of suicidal behavior secondary to antidepressant use.

Of note is that the "gold standard" by which all newer antidepressants are measured in terms of clinical efficacy and adverse effects remains the compound imipramine, one of the first TCAs used. Table 16.6 lists the currently available classes of antidepressants organized by their primary mode of action or chemical structure.

### TCAs

If patients are not responding to a course of antidepressant medication, the clinician must assess whether an adequate trial has been achieved. The response to TCAs is often slower than one might wish—up to 6 weeks even when therapeutic levels are prescribed initially. Quitkin, et al. (1984) concluded in their review of a series of studies on TCAs in depressed patients that relatively few patients demonstrate significant improvement after only 2 weeks of therapy, and many require as long as 6 weeks to respond. The necessary time course for treatment response remains in considerable debate. Waiting 6 weeks for a response is often not tolerated or tolerable for patient and physician alike.

If only a limited clinical response is noted with a TCA after 6 weeks, the physician should consider increasing the dosage, because some patients metabolize medication rapidly and may require higher doses to respond. Obtaining plasma levels may be helpful for adjusting the dosage of TCAs or for determining the adequacy of a full trial. For nortriptyline, a curvilinear relationship has been described, with a critical peripheral blood level range of 50 to 150 ng/ml, representing a "therapeutic window"; blood levels above and below this range are frequently associated with poorer responses (Asberg et al., 1971).

For some patients, adding lithium carbonate or liothyronine (a thyroid hormone) to a TCA can bring about a clinical response. If these additions do not result in a response within a few weeks, the physician is faced with the option of either changing the medication within the same class of drug, moving onto another class of antidepressant, or considering ECT.

TABLE 16.6. Classes of Antidepressants and Representative Examples

---

Atypical/combination Antagonists

Mirtazapine
Nefazodone
Trazodone
Mianserin

Dopamine and norepinephrine reuptake inhibitors

Buproprion

Monoamine oxidase inhibitors (MAOIs)

Phenelzine
Tranylcypromine
Isocarboxacid

Selective norepinephrine reuptake inhibitors

Desipramine
Nortriptyline
Maprotiline

Selective serotonin reuptake inhibitors (SSRIs)

Citalopram
Fluoxetine
Fluvoxamine
Paroxetine
Sertraline

Serotonin and norepinephrine reuptake inhibitors

Venlafaxine

Tertiary amine tricyclics

Amitriptyline
Doxepin
Imipramine
Clomipramine
Amoxapine

---

## MAOIs

MAOIs block the intraneuronal action of monoamine oxidase, the enzyme that degrades various neurotransmitters, including norepinephrine, dopamine, and serotonin. MAOIs have been reported to be particularly effective in refractory depressed patients and atypical depressives. Clinicians frequently worry that suicidal patients on MAOIs may kill themselves by ignoring their special tyramine-restricted diets or by taking unprescribed additional medications. Among other food items, this diet restricts the ingestion of figs, red wine, blue cheese, and preserved meat. Although case studies of adverse reactions after ingesting these foods have been reported in the literature, they are relatively uncommon. Generally, the potential headaches, pain, and other symptoms associated with the subsequent hypertensive reactions frighten even suicidal patients, so that this becomes an unattractive method of self-harm. Rather, MAOIs are often effective for some suicidal depressives and should be strongly considered.

Three MAOIs are currently available in the United States. Phenelzine and isocarboxacid are more calming and anxiolytic; tranylcypromine is more stimulating. Distressing

Case 1:04-cv-10981-PBS   Document 1197-89   Filed 04/04/2008   Page 4 of 17

side effects of dizziness and orthostasis can be effectively treated by maintaining adequate hydration (especially in the summer months), by the use of elastic stockings, or by increasing salt intake.

It appears that this is an effective class of antidepressant in patients with whom the physician has enough of an alliance and who are able both to cooperate and to comprehend the physiologic consequences of monoamine oxidase inhibition and potential hypertensive crises. A 10- to 14-day drug-free period is recommended when changing between an MAOI and a TCA. Although a briefer drug-free period may be sufficient going from a TCA to an MAOI, a 10- to 14-day drug-free period is probably safer.

### Selective Serotonin Reuptake Inhibitors

A major advance in the pharmacotherapy of depression arrived with the development of fluoxetine, the first of many selective serotonin reuptake inhibitors (SSRIs) released in the late 1980s and 1990s. The advantages were the relatively low adverse-effect profile, ease of administration (once daily dosing), single-dosage dosing, and virtually no risk of mortality due to overdose. Here was a drug which purportedly was an "activator" and even an "enhancer" of potential and creativity (Kramer, 1993). As time went on, the pharmacologists learned more about the multiple clinical actions of SSRIs on the serotonin receptor systems, and clinicians documented its clinical effectiveness in various populations across a wide range of related disorders (e.g., panic disorder, obsessive–compulsive disorder, and bulimia).

It is the possible adverse effects of agitation, insomnia, anxiety, panic, and akathisia that have been implicated in cases of violent behavior erupting in patients being treated with SSRIs, particularly fluoxetine (Teicher, Glod, & Cole, 1990). A literature exists suggesting that it is the chemically induced akathisia that may enhance the subjective report of irritability and agitation associated with some forms of acting-out behaviors, possibly including homicide, suicide, and domestic violence (Healy, 1998). Yet there exists another literature which seriously questions the possibility that the SSRIs enhance, promote, or facilitate violence behaviors (Mann & Kapur, 1991).

Shortly after fluoxetine was introduced to the market, a small number of case reports (e.g., Teicher et al., 1990) noted the emergence of suicidal ideation in patients taking fluoxetine. A great deal of publicity in the mass media surrounded such reports, and some observers hypothesized that fluoxetine may trigger emergent suicidal and homicidal ideation in a small proportion of patients taking this medication. Further study has suggested that there is no "increased risk of suicidal acts or emergence of substantial suicidal thoughts among depressed patients" associated with the treatment of fluoxetine (Beasley et al., 1991: 685).

The American College of Neuropsychopharmacology Task Force's review of suicidal behavior and psychotropic medication concluded:

> New generation low-toxicity antidepressants, including SSRIs, may carry a lower risk for suicide than older TCAs. There is no evidence that antidepressants such as the SSRIs, for example fluoxetine, trigger emergent suicidal ideation over and above rates that may be associated with depression and other antidepressants. What is clear is that most patients receive substantial benefit from treatment with this drug and related antidepressants. (Mann, Goodwin, O'Brien, & Robinson, 1993: 182)

Nevertheless, controversy remains regarding whether the use of SSRIs, and particularly fluoxetine, results in no increased risk for suicidal behaviors (Isacsson & Rich, 1997). In

fact, a number of treatises and malpractice lawsuits have emerged that challenge whether these antidepressants are as safe as initially reported (Healy, 1998; *Forsyth v. Lilly*, 1999).

SSRIs have well-established efficacy for major depression, obsessive–compulsive disorder, panic disorder, and bulimia. These indications relate directly to the fact that SSRIs cause desensitization of $5-HT_{1A}$ receptors, leading to more serotonergic neurotransmission in the prefrontal cortex, basal ganglia, limbic cortex/hippocampus, and hypothalamus. The stimulation of $5-HT_2$ receptors by the SSRIs leads to possible adverse effects of agitation, akathisia (restlessness, pacing, fidgetiness), anxiety, panic attacks, insomnia/myoclonic jerks, and sexual dysfunction. SSRIs' stimulation of $5-HT_3$ receptors leads to possible adverse effects of nausea, gastrointestinal (GI) distress, and diarrhea. Thus, the least preferred uses for SSRIs could include patients with major relationship problems in which the development of sexual dysfunction could be problematic, patients in whom nocturnal muscular contractions (myoclonus) are present, patients with persistent insomnia and agitation, patients with preexisting GI problems, and those with secondary refractoriness or loss of efficacy with long-term treatment.

### Atypical/Combination Medications

This group of medications consists of drugs that do not fit easily within the previously discussed classes of medications, because of their unique chemical structures, modes of action, or target neurotransmitter effects.

Because of its ability to boost levels of norepinephrine and dopamine, bupropion may be preferred in patients with retarded depression, patients with hypersomnia, nonresponders to serotonergic antidepressants, nontolerators of serotonergic drugs, patients with cognitive slowing/pseudodementia, and those preferring to avoid sexual dysfunction. Bupropion's least preferred uses could include those patients with seizure disorders or those who are seizure prone.

At low doses, venlafaxine may function more as an SSRI than as a dual serotonin and norepinephrine reuptake inhibitor, because its serotonin reuptake properties are more potent than its norepinephrine reuptake properties. Venlafaxine has generally fewer drug interactions than the SSRIs. Rather than switch to another agent or augment with a second agent when a patient has an inadequate response to venlafaxine, one can simply increase the dose and turn it into a dual-action antidepressant, almost like adding bupropion to an SSRI. The preferred profile for medium to high doses of venlafaxine may be patients who fail to respond to SSRIs, to low doses of venlafaxine, or to various other antidepressants and melancholic, severely depressed, and hospitalized patients.

Nefazodone, with its $5-HT_2$ blocking effects and serotonin reuptake inhibition, offers possible benefits for depression with anxiety, agitation, and sleep disturbance, for prior SSRI-induced sexual dysfunction, for inability to tolerate SSRIs, and for SSRI responders who lose their response.

Mirtazapine has dual actions on both norepinephrine and serotonin via its 1-adrenergic blockade, coupled with postsynaptic blockade of both $5-HT_2$ and $5-HT_3$ receptors. Thus, the possible preferred uses would be depression associated with anxiety, agitation, insomnia, panic, weight loss, and severe depression. It can also be a useful alternative for patients intolerant of SSRI-induced sexual dysfunction, agitation, nausea, and GI disturbance.

Case 16.1 illustrates some of the difficulties that are associated with the treatment of a behavior that results from a biopsychosocial etiology. Each factor, biological, social, genetic, environmental, and psychological, may have initially effected his baseline serotonergic activity as he grew up, and contributed to fluctuations throughout his life. These factors surely influence how we might view his current situation and how to resolve his symptoms.

---

### CASE 16.1. Suicidal Behavior: A Biopsychosocial Disorder

John is a 32-year-old white male who apparently was born with a biochemical predisposition to low levels of serotonin. In his mid-20s, he developed a major depressive disorder that was successfully treated over a 9-month period with a selective serotonin reuptake inhibitor (SSRI) and individual psychotherapy. John had some side effects of sexual dysfunction and akathisia, which persisted throughout the course of treatment. He recovered and went on to get married and start a new job. Recently, he has again become irritable, pessimistic, restless, and short-tempered. As a result, his job status is being threatened because of decreased productivity and increased absenteeism. He has returned to a former preoccupation with episodic heavy alcohol drinking, and his 6-year marriage is failing (due to his social withdrawal, displays of anger, and lack of interest). When his wife threatens a separation unless he reenters psychiatric treatment, he becomes more isolated, hopeless, and angry. He begins to contemplate suicide as a real alternative to feeling hopeless and helpless. He now believes that suicide would put an end to his psychological pain and overall feelings of despair. He is reluctant to go back on medications and thereby admit that he is vulnerable to recurrent depressions. He feels that he has no one to turn to because no one can understand his pain or feel his dysphoria.

---

Many patients with depressive symptoms will first attempt to treat themselves through the use of alcohol or other drugs (legal or illegal). Such exposure to mood-altering drugs can facilitate a worsening of the depressive symptoms or lower one's inhibitions, resulting in an impulsive self-destructive act.

For many individuals with a depression complicated by suicidal ideations or intent, the treatment of choice often is to adapt a biopsychosocial approach—in direct response to the biopsychosocial etiology of the disorder. Specifically, John would most likely benefit from a combination of an antidepressant medication (and even an initial trial using the SSRI which was successful previously), individual therapy (possibly utilizing a cognitive-behavioral approach), interventions for those environmental factors that may be causing unusual stress in his life (job, career decisions, marital relations), and an appraisal of his social skills (ability to make and keep friends, problem-solving abilities).

### Mood Stabilizers

Closely related conceptually to the antidepressants are that class of pharmaceuticals known as mood stabilizers or antimanic drugs (e.g., lithium carbonate, valproic acid, and carbamazine). These drugs have entered the psychiatrist's pharmacopoeia serendipitously. For example, the fascinating history of the discovery and first use of lithium by Cade in the 1950s deserves a careful reading (Goodwin & Jamison, 1990). Lithium is a naturally occurring salt that was found to have calming effects and mood-stabilizing functions in agitated patients, many of whom were initially believed to be suffering from schizophrenia and other psychotic disorders of unknown origin.

Today lithium remains the drug of choice in the initial stabilization and treatment of manic disorders. It also has been found to have a mild to moderate antidepressive effect. As

compared to the SSRIs, lithium has not incurred the same notoriety (e.g., possibly being involved in the facilitation of violent behaviors in prone individuals). In fact, it has been hailed as not only a major discovery for the treatment of manic–depressive illness but also as a preventive measure for suicidal behaviors. A number of studies have shown that the continuous use of lithium in at-risk individuals lowers their frequency of suicidal actions.

### Antianxiety Medications/Anxiolytics

Symptoms of anxiety, agitation, irritability, sleep disturbances, and panic are often reported or observed in patients with a primary diagnosis of depression, bipolar affective disorder, and substance abuse disorders, not to mention in the primary anxiety and panic disorders. All of the previously discussed diagnoses are associated with increased risk for suicide. Thus, it is not surprising that anxiolytics and sedative/hypnotics have been used in the treatment of patients with these disorders and especially those acknowledging the intense onset of suicidal ideations, intent, or plans.

Follow-up studies of patients with panic disorder, dating back to 1982, have reported significantly increased rates of premature deaths, most resulting from suicide (Coryell, Noyes, & Clancy, 1982; Coryell, 1988; Allgulander & Lavori, 1991). Weissman et al. (1989) reported that 20% of community members surveyed who met criteria for a diagnosis of panic disorder reported a history of suicide attempts (odds ratio for suicide attempts compared to other disorders was 2.62). In addition, 12% of those who experienced panic attacks but who failed to meet full criteria for a diagnosis of panic disorder were reported to have a history of suicide attempts. A reanalysis of the data found that 7% of respondents with uncomplicated panic disorder reported a history of suicide attempts (odds ratio = 5.4) (Johnson, Weissman, & Klerman, 1990).

These findings have been criticized from a methodological perspective (Appleby, 1994; Clark & Kerkhof, 1993), as well as from a clinical perspective, because of the presence of comorbidity (particularly depression); this may have accounted for the high prevalence of suicidal ideation and attempts in the cohort reporting panic attacks and panic disorder (Fawcett, Scheftner, Fogg, & Clark, 1990; Beck, Steer, Sanderson, & Skeic, 1991). Nevertheless, other studies have also found an increased rate of suicide attempts in patients with panic disorder (Lepine, Chignon, & Teherani, 1993; Korn et al., 1992).

Hence, many clinicians now see panic attacks as one of several contributing clinical states associated with an increased risk of suicidal behaviors when they present in conjunction with other psychiatric disturbances, particularly major affective disorder (Appleby, 1994; Clark & Fawcett, 1992). This underscores the importance of rapid, appropriate treatment for patients with panic attacks and panic disorder, especially when they occur in association with other psychiatric disorders. The initial treatment of panic disorder and panic attacks is either with alprazolam or with low doses of antidepressants such as imipramine, desipramine, phenelzine, or fluoxetine.

The use of anxiolytics and sedative/hypnotics are not without their own history of controversy. These drugs have been implicated in suicide attempts and lethal overdoses. In combination with other drugs, especially alcohol, they can be lethal. They also have abuse potential and can foster dependency through increasing tolerance with chronic use. This is especially true of the benzodiazepine class of drugs. In addition, in high doses, they have been shown to impair eye–hand coordination, alter consciousness, impair judgment, and affect short-term memory.

So, why use them? First, they are specifically found to be helpful to relieve those symptoms often associated with the escalation or expression of suicidal states—agitation, irritability, sleep deprivation, and aggressive/impulsive tendencies. Second, they are used often

to alleviate the adverse effects of the antidepressants—side effects such as uncomfortable levels of activation, anxiety, akathisia, and sleep disturbances. This class of drugs has been implicated in inaugurating violent outbursts in at-risk individuals. Medications such as alprazolam and triazolam have been prescribed to patients in close proximity of episodes of unpredictable violence.

On the other hand, Fawcett, Clark, and Busch (1993) believe that it is the agitation/aggression/impulsivity component of the depression and/or of the suicidally prone individual that predisposes an individual to act in a self-destructive manner. For Fawcett and others (Busch, Clark, Fawcett, & Kravitz, 1993), the use of adequate doses of anxiolytics is the treatment of choice to assist the patients through a suicidal crisis. By chemically sedating patients through the lowering of their subjective level of anxiety and by ensuring regular sleep patterns, one may well eliminate risk conditions that predispose to imminent self-destructive behaviors.

Successful treatment presumably decreases suicidal risk. However, it has also been suggested that benzodiazepines induce behavioral disinhibition that results in suicide attempts. One study of a small number of patients noted an increased suicidality with alprazolam in patients with a personality disorder (Gardner & Cowdry, 1985a). Other studies, however, concluded that there is no evidence to suggest that therapeutic benzodiazepine treatment of anxiety or panic disorder is associated with an increased risk of suicidality (Jonas & Hearron, 1996; Smith & Salzman, 1991). Overall, the successful treatment of panic, anxiety, and other anxiety-related syndromes appears to be associated with a decreased risk of suicidal behavior.

### Antipsychotics/Neuroleptics

The spectrum of schizophrenic disorders predispose individuals to increased risk for suicide (Haas, 1997). Depressions with psychotic features (delusional depressions) and the acute manic phase of bipolar affective disorder also carry increased risk for suicide. These disorders and psychological states of disordered thinking (hallucinations, delusions, poor reality testing, disorientation, poor judgment) are amenable to the use of antipsychotics (neuroleptics).

Although schizophrenic disorders are primarily considered to involve difficulties with cognition and thinking rather than with mood, suicide is a serious and unfortunately common complication of this disorder. More than 20% of patients who have been hospitalized for schizophrenia will attempt suicide at some time. The majority of schizophrenic suicides occur among outpatients, usually soon after discharge from the hospital (Caldwell & Gottesman, 1992).

The illness is debilitating, and a patient may be easily demoralized by the cycles of decompensation and recompensation. However, interventions aimed at reducing psychosis and at alleviating distress and depressive/negative symptoms should help to decrease the likelihood of untoward outcomes.

Some schizophrenic patients who commit suicide demonstrate increased agitation or psychosis at the time of their suicidal action. In this subgroup, adequate treatment with antipsychotic medication is essential. Depression in the schizophrenic population is particularly difficult to define or study. The consensus in the literature is that suicidal schizophrenic patients are more likely than nonsuicidal schizophrenic patients to be depressed. However, it is often difficult to distinguish depression from the chronic and debilitating "negative symptoms" of schizophrenia. Initially, it was believed that antidepressant treatment of the symptoms resulted in an exacerbation of the schizophrenic condition. However, more recent studies have argued that some of these symptoms respond to treatment with TCAs or alprazolam. In severe cases, ECT and lithium carbonate can also be considered.

For patients who do not begin to improve on an adequate dose of an antipsychotic medication, a different antipsychotic drug can be tried, or a switch can be made to one of the newer antipsychotics: clozapine, risperidone, or olanzepine. Pragmatically, more than 2 weeks without response in a markedly psychotic patient and 5–6 weeks in a patient with milder symptoms generally indicate a consideration of a change in medication regimen. Shifting the chemical class of antipsychotic would be a reasonable strategy, but this has not been well studied.

Clozapine, risperidone, and olanzepine are new additions to the treatment armamentarium for schizophrenia. They are structurally different from the more common antipsychotics. In early studies, clozapine has been shown to decrease suicidality in neuroleptic-resistant schizophrenic patients and has been associated with improvement in depression and hopelessness (Meltzer & Okayli, 1995). Although more studies are needed to assess the role of the "atypical antipsychotic medications" in suicidal patients, these new drugs have already proven to be highly valued for their improved response in treatment-refractory psychosis. Sometimes the addition of a different class of drug, such as lithium or a TCA, may be effective. Depot preparations (long-acting injectable medications) ensure compliance in patients who are not responding, especially those who do not seem to be responding to adequate doses.

The risk of developing a permanent and disfiguring movement disorder (tardive dyskinesia) as a result of conventional neuroleptic medication makes the long-term use of these drugs worrisome. It is currently not possible to predict which patients will develop tardive dyskinesia. However, the best available data suggest a rate of development of dyskinesia of about 3% to 4% over the first 4 or 5 years of exposure. Elderly women and patients with affective disorders appear at greater risk than do schizophrenic patients (Gardos & Casey, 1984).

## Special Cases

For some suicidal patients, combining the therapeutic effect of different drug classes may help prevent suicide. For example, there is a clear need for neuroleptic augmentation of antidepressant medication for treatment of the delusionally depressed patient (Roose et al., 1983; Spiker et al., 1981). Recent evidence also suggests that rapid reduction of anxiety in a hospitalized depressed patient may prevent suicide (Fawcett et al., 1993; Busch et al., 1993). Bipolar depressed patients often receive mood-stabilizing medication in conjunction with antidepressant treatment to prevent the development of mania.

Borderline personality disorder (BPD) is associated with suicidal ideation and self-destructive (sometimes suicidal) behavior. BPD is characterized by impulsivity; unstable and intense interpersonal relationships; inappropriate, intense anger; identity disturbance; affective instability; self-destructive acts; and a chronic sense of emptiness. Suicide may be a higher risk for the patient who is suffering from major depression and also has this form of personality disorder (Corbitt, Malone, Haas, & Mann, 1996). Patients with BPD may actually experience an increase in suicidal behavior during treatment with antidepressants (Gardner & Cowdry, 1985b; Soloff et al., 1986, 1987). In the famous case study report linking fluoxetine with increased suicidality, two of the six hospitalized patients who experienced increased suicidality during fluoxetine treatment carried a diagnosis of major depression and BPD, and two others may also have had characteristics of BPD (dissociation, multiple personality) in conjunction with major depression (Teicher, Glod, & Cole, 1990). In contrast, mildly symptomatic research volunteer subjects with BPD without comorbid major depression did not report an increase in suicidal ideation or behavior during treatment with fluoxetine (Salzman, Wolfson, & Schatzberg, 1995). Regardless of whether anti-

depressant treatment actually increases the risk of suicidality in a patient with BPD, the role for antidepressant treatment needs to be clarified with further studies.

Soloff et al. (1986) reported that haloperidol, a neuroleptic, produced significant improvement on a broad spectrum of symptom patterns, including depression, anxiety, hostility, paranoid ideation, and psychoticism, in borderline patients. On a composite measure of overall symptom severity, haloperidol was found to be superior to both amitriptyline and placebo, with no difference noted between amitriptyline and placebo. Goldberg et al. (1986) also reported a therapeutic benefit of thiothixene over placebo in treating some selected symptoms of BPD. The mean daily dosage was lower than that used in outpatient schizophrenics.

Although there are at least two studies that have indicated that phenothiazines are helpful in reducing suicidal and other symptoms in borderline patients, there is still much debate about how and whether to use them (Gunderson, 1986). This area requires further study.

Two other treatment strategies that may be helpful in BPD patients are MAOIs and anticonvulsants. The MAOIs may be most useful in treating anxiety with related depression in patients with personality disorders. Cowdry and Gardner (1988) noted that carbamazepine was effective in decreasing the self-destructive behavior of borderline patients, compared to other drug regimens; however, self-destructive behaviors in this group were by no means eliminated. Still, further studies on this approach appear warranted. Recent studies on the effects of SSRIs on BPD patients are encouraging, but more work needs to be done to clarify their potential role for these patients.

Alcohol and drug abuse/dependence and affective disorders are commonly associated with suicide. **The lifetime risk for suicide is approximately 15% for patients with alcoholism** as compared to 1% in the general population. Alcohol misuse increases the risk for suicidal behavior for both alcoholic and nonalcoholic populations, being associated with 50% of all suicides, and 5–27% of suicides in alcoholics (Murphy, 1992).

Alcoholics who attempt suicide have a greater incidence of preexisting lifelong psychiatric diagnoses of major depression, panic disorder, phobic disorder, and generalized anxiety disorder (Roy et al., 1990). In some instances, posttraumatic stress disorder or an anxiety disorder is present and the individual is self-medicating that psychiatric disorder.

Serotonin represents a possible link between alcoholism and depression. Sellers, Naranjo, and Peachey (1981) have reported that serotonin reuptake blockers reduce alcohol consumption in heavy drinkers. Serotonin activity may provide a link between suicidality in alcoholic and depressed patients. Eventually, SSRIs may be included in an overall approach to the treatment of alcohol-related disorders. However, at this point there is no substitute for treatment programs aimed at abstinence, vocational rehabilitation, and psychoeducation.

## Use of Medications and the Prevention of Suicide

As we learn more about the role of medications in the treatment of major depression, mania, and schizophrenia, new observations suggest that certain medications, such as lithium, clozapine, and the SSRIs, may in fact be preventive for suicide as well as therapeutic for the underlying symptoms associated with these psychiatric disorders. An argument has arisen that suggests that the use of these pharmaceuticals may be indicated in all individuals expressing suicidal ideation and intent, regardless of any specific psychiatric symptoms they may report or exhibit. The converse is that all patients with diagnosable major depressive disorder, bipolar affective disorder, or schizophrenia should be medicated not only to treat their primary symptoms but to prevent the expression of suicidal behaviors. However, not all suicidal behaviors are known to be linked to a psychiatric disorder or

biochemical abnormality, for which medication may well serve as a first-line treatment of choice. Box 16.2 presents some of the pros and cons for prescribing medications to prevent suicide.

Carl Salzman (1999: 373) has cogently reviewed the existing literature regarding the question of whether the use of antidepressant medications can prevent suicide. His analysis follows:

> Although it is plausible to assume that reduction of depressive symptoms will secondarily prevent suicide, there are relatively few controlled studies regarding the efficacy of antidepressant treatments in preventing suicide. There is controversy regarding the available evidence for antidepressant efficacy. One interpretation of the data strongly indicates that antidepressant medication is more effective than placebo in reducing suicidal ideation, although it is not as clear that medication reduces suicide attempts (Malone, 1997). Another opinion holds that the value of antidepressants in preventing suicide has not yet been established (Montgomery et al., 1992).
>
> No trials of tricyclic antidepressants have been undertaken that specifically demonstrate their ability to prevent suicide. For example, Avery and Winokur (1978) found no significant difference in suicide attempts between those who received antidepressant medication and those who did not receive treatment. Black, Winokur, Mohandoss, Woolson, and Nasrallah (1989) also reported no significant difference in the risk of suicide between patients who were acutely treated with adequate antidepressants and those who did not receive antidepressant treatment, but these studies may not be representative of clinical patients, since suicidal patients are usually excluded from clinical trials (Malone, 1997).

---

**BOX 16.2. Controversy: Are Medications Necessary to Prevent Suicide?**

**Argument:** *If* suicide is (1) a self-inflicted violent act, (2) impulsive by nature, (3) highly associated with mood disorders, *then* all suicidal individuals should be placed on the newer medications that are believed to be effective for aggression, violence, and impulsivity.

Pros:
1. Medications are easy to administer and monitor.
2. Medication dosages can be easily adjusted and tailored to address certain symptoms.
3. Medications are relatively safe.
4. Medications are cheaper than psychotherapy.
5. Medications are becoming more selective for neurotransmitter systems and specific behaviors.

Cons:
1. Taking medications can be stigmatizing for some patients.
2. Medications can be expensive, especially if used over long time periods.
3. Medications may lose their efficacy over time, resulting in increasing dosages to achieve the same effects. There are no accepted criteria for knowing when to safely stop medications for suicidal behaviors.
4. Some medications can cause longterm neuromuscular disorders (tardive dyskinesias) or potentiate agitation and restlessness (akathisias).
5. Most studies suggest that it is a combination of medications plus psychotherapy that works best to reduce symptoms, at least for depression. Medications alone do not address an individual's social and psychological contributions to their illness.
6. No medication as yet seems to be sufficiently "clean" or specific in its selectivity for specific symptoms or target behaviors.

Data regarding the effect of SSRI antidepressants in preventing suicide are slightly more positive but still equivocal. These studies (for review, see Malone, 1997) suggest that there may be a more rapid reduction in suicidal ideation with SSRI antidepressants as compared with nonserotonergic antidepressants, which is apparent at about 2 weeks. By 4 to 6 weeks of treatment, however, there are no longer any differences between SSRIs and other classes of antidepressants, thus suggesting that the serotonergic antidepressants may be more useful in reducing suicidal behavior only during the early phases of treatment. Other studies, however, concluded that the SSRI antidepressants were "equivocal" in preventing suicide (Montgomery & Montgomery, 1982, 1984; Schifano & De Leo, 1991; Freemantle, House, & Song, 1994).

Because placebo-controlled trials of antidepressant treatment in the suicidal depressed patient are unethical, only retrospective reviews of treated versus untreated (or inadequately treated) patients can be used to assess the overall efficacy of treatment in preventing suicide. Three studies clearly indicate that the incidence of suicide in depressed patients is greater in those who are not taking antidepressants than in those who are adequately medicated. Isacsson, Bergman, and Rich (1994; Isacsson & Rich, 1997) found that less than half of the patients who committed suicide in a San Diego study were prescribed antidepressants and commented that "more suicides might be averted by decisively treating depressed patients with antidepressants than by not treating them to avoid antidepressant overdoses." (Isacsson, Bergman, & Rich, 1994: 6) They found that 8% of 283 suicide victims and only 12% of those with a diagnosis of major depression were on antidepressants at the time of death. Of these, only 4% showed lethal levels of antidepressants, usually combined with toxic levels of other drugs. These studies suggest that more aggressive treatment with antidepressants will be effective in preventing suicide.

Isacsson, Boethius, and Bergman (1992; Isacsson, Holmgren, Wasserman, & Bergman, 1994) also published similar data from a population of people committing suicide, in Sweden, finding that of patients who committed suicide only 15% had received antidepressant treatment during the previous 3 months. Marzuk et al. (1995) reported virtually identical data from a population of suicide patients in New York City. Eighty-four percent of these patients were not taking an antidepressant (or neuroleptic) medication. These authors agree that "the potential of these drugs [antidepressants] to prevent suicide has not yet been realized" (Isacsson, Rich, & Bergman, 1996: 1659; Marzuk et al., 1996).

There are related and intertwined corollary issues regarding antidepressants and the emergence of suicidal behaviors. If it remains unproven that the use of antidepressants actually prevents the expression of suicidal tendencies, then is it possible that they might facilitate the expression of suicidal behaviors under certain conditions? The two conditions most often discussed are the increased risk of suicidal behavior during the early recovery phase from a major depressive episode and whether certain classes of antidepressants (i.e., SSRIs) cause agitation, activation, and unwarranted irritability and restlessness in individuals sufficient to promote the onset of suicidal tendencies. Some clinicians hold that for certain patients, suicide risk increases as patients start to recover from their depressive symptoms (Clark & Fawcett, 1992; Himmelhoch, 1987). However, there are few data to support this belief (Goldney et al., 1997).

A storm of controversy began in 1990 with the publication of a scientific case report suggesting that fluoxetine, an SSRI, might increase or even cause suicidal behavior in treated patients (Teicher et al., 1990). Mann and Kapur's review (1991) concluded that this class of antidepressants was not associated with an increase in suicidal ideation or behavior, except in a small number of patients with dual diagnoses or with idiosyncratic responses. Subsequent reviews mainly failed to confirm this initial case report observation (Tollefson et al., 1994; Beasley et al., 1992; Fava & Rosenbaum 1992; Wirshing et al., 1992). Neverthe-

less, such publicity has left an indelible mark on the public's perception of the safety of these drugs, and especially on depressed patients who otherwise might well benefit from treatment with fluoxetine or another SSRI.

Of note is that the newer classes of antidepressants seem to carry a lower risk of fatality from overdose than the older TCAs (Kapur, Mieczkowski, & Mann, 1992; Molcho & Stanley, 1992). In summary, factors of patient education, compliance, adherence to drug regimens, adequate and consistent dosing over time, and therapeutic response seem to be the critical factors in lowering the emergence of suicidal behaviors in depressed patients being treated with antidepressant regimens.

Similar arguments and investigations have been put forward for the role of lithium (a mood stabilizer) (Goodwin & Jamison, 1990; Barraclough, 1972) and certain "novel" antipsychotic medications (Meltzer & Okayli, 1995) in the prevention of suicide. The argument is that when adequately medicated, the symptoms most associated with the onset of suicidal behaviors (i.e., delusions, agitation, akathisia, restlessness, and hallucinations) are sufficiently reduced to lower the potential for suicidal action.

### Electroconvulsive Therapy

Clinical wisdom and experience suggest that ECT is an established and effective treatment for conditions in which suicidal ideation or intent are associated with an underlying psychiatric disorder, especially with affective disorders. ECT has been found to be more efficacious, efficient, and effective when compared to the more standardized treatment modalities using antidepressant medications (Tanney, 1986, 1992).

Even though no specific biological mechanism has been demonstrated to explain the effectiveness of ECT, there are documented changes in brain biology following ECT (New York Academy of Sciences, 1985). These changes in biological parameters seem mostly to effect $5\text{-}HT_2$ receptor density and neurotransmitter activity at the synapse.

Nevertheless, there has been virtually no systematic study of the direct effect of ECT on suicidal ideation, intent, or plan. Rather, most reports in the literature discuss ECT's benefit in the relief of morbid depressive symptoms, which, in turn, lessen or eliminate the presence of suicidal ideation or intent.

Tanney (1986) summarizes the existing literature at the time which identified the major indications for the use of ECT: (1) major affective disorder; (2) depressive psychoses; (3) depressive disorders—psychotic, involutional, postpartum, manic–depressive, depressed; (4) depressive psychosis, depressive mood states, and depressive delusions; and (5) manic–depressive/depressed. Other endorsements for its efficacious use included manic excitement, catatonia, and some types of schizoaffective disorders.

Of note is the remarkable agreement that ECT is "the treatment of choice" for affective disorder. But what of its effectiveness in reducing suicidality? Tanney reports that five of six controlled studies provide support for ECT in reducing suicidal behaviors in a range of depressed patients. This may be attributed to the rapid response of depressive disorders to ECT, hence decreasing the period of risk for suicidal preoccupations and subsequent behaviors. If one entertains the possibility that a certain amount of suicidal behavior may be spontaneous, impulsive, or situationally reactive, then any intervention that quickly lowers this behavioral predisposition toward self-destruction is destined to be seen as efficacious and preventive.

Avery and Winokur (1977) found that those with a history of suicide attempts or suicide thoughts are markedly improved at discharge when treated with ECT (56% for those with attempts; 54% for those with thoughts) compared to no treatment (26% and 29%, respectively), or to adequate antidepressant drug therapy (23% and 14%). Six months after

treatment (Avery & Winokur 1978), there were no suicides in the ECT group compared to 10% for those patients who had received antidepressants. As noted earlier, the literature remains unclear regarding whether antidepressant medications are efficacious in reducing suicidal ideation, intent, or attempts (Paykel, 1972; Robin & Langley, 1964). As already discussed, determining efficacy is confounded by problems with ascertaining and ensuring patient compliance to following treatment recommendations, adequate dosing, and the measurement of treatment responsiveness in the study populations.

## SUMMARY AND CONCLUSIONS

### The State versus Trait Debate

Slaby (1994a: 144), while acknowledging the role of psychological and social factors in the etiology and maintenance of suicidal behaviors, has summarized the biological research to date as follows:

> Äsberg (1986) and others have specifically demonstrated that, regardless of diagnosis, violent suicides and suicide attempts are often associated with changes in the metabolism of the indoleamine serotonin. Indoleamines and catecholamines and their metabolites in the cerebrospinal fluid of suicide attempters and the brains of completers, and receptor binding, and measures of cortical and thyroid-releasing hormone in attempters have been studied to support this hypothesis (Slaby, 1993).
>
> The results of these investigations indicate that impulsive violent behavior, be it self or other directed, is associated more with disturbances of serotonin (5-hydroxytryptamine) metabolism in the brain than with mood disorders. Serotonergic mechanisms are involved with fight-or-flight behavior, sexual drive, and affect (Linnoila et al., 1983; Träskman-Bendz, Äsberg, & Schalling, 1990), which at times may be manifested as impulsive and self-destructive behavior. Serotonergic aberrations have been reported with suicide, homicide, assaults, rape, and eating disorders (Cohen, Wichel, & Stanley, 1988). Serotonergic dysfunction has also been found in obsessive-compulsive disorder, schizophrenia, and panic disorder (Van de Kar, 1990). Many healthy people also show a decrease in cerebrospinal fluid levels of 5-hydroxyindoleacetic acid (Äsberg, Nordstrom & Träskman-Bendz, 1990), supporting the multifactorial theory of suicide.

The most compelling data thus far indicate a relative deficiency of serotonin (5-hydroxytyramine [5-HT]), or its metabolite (5-HIAA) in the CNS of suicide victims. Postmortem studies reveal decreased presynaptic inhibitory 5-HT receptors and increased postsynaptic 5-HT receptors in the prefrontal cortex. 5-HIAA, the major metabolite of serotonin, is reduced in the CSF of depressed patients and is even further reduced in depressed patients who are suicidal or have attempted suicide. This finding is particularly robust in patients who have attempted suicide by violent means (e.g., with firearms).

Compared with those who have died by other causes, suicide victims have (1) increased beta and decreased alpha-1 adrenoreceptors and (2) reduced numbers of corticotropin releasing-factor receptors in the frontal cortex. These findings suggest dysregulation of CNS adrenergic function and the HPA axis, respectively, but they may represent the neurophysiology of depression rather than being specific to suicidal behavior (Äsberg et al., 1990).

The serotonergic correlations with suicide appear to be equally strong regardless of the associated psychiatric disorder. Therefore, the serotonergic abnormality in the brain of suicide victims may be related to the predisposition to suicidal behavior rather than to the psychiatric illness that may have triggered it (Nordstrom et al., 1994). Twin studies show a

roughly sixfold greater concordance for suicide in MZ than in DZ twins. However, such findings may represent inheritance of predisposing psychiatric illnesses rather than a specific genetic susceptibility for suicide, although heritability of suicide per se cannot be ruled out. Mann (1998: 27) summarizes the research as follows:

> The serotonergic changes are more likely to be related to the vulnerability of suicidal behavior based on the observations that the level of serotonergic system activity shows considerable stability over time, and is under substantial genetic control.
>
> Therefore, the serotonergic system fulfills the criteria for a biochemical trait. In contrast, the noradrenergic system is more state dependent, under less genetic control and, perhaps, reflects responses due to the acute stress of the psychiatric illness or in relation to the suicidal act. The stress of feeling desperate and suicidal may result in excessive noradrenergic activity and consequent depletion in that stress-response neurotransmitter system. With regard to that possibility, studies of the stress systems, including the hypothalamic pituitary adrenal axis (HPA), are of great interest because corticotrophin releasing hormone and corticosteroids can modulate both noradrenergic and serotonergic activity. Major depression is often associated with hyperactivity of the HPA axis, and suicidal patients may exhibit even greater hyperactivity. Thus, there is evidence from studies of both the HPA axis and brain noradrenergic indices consistent with the presence of chronic stress responses that may contribute to the risk for suicide. If this hypothesis can be confirmed, relief of stress effects may help to enhance therapeutic interventions. . . .
>
> These findings suggest that decreased serotonergic functioning is associated with suicidal behavior independent of the psychiatric diagnosis. This is consistent with the concept that predisposition to suicide includes a biological vulnerability, which is in part genetically determined. Moreover, decreased brain serotonergic function may be related to a tendency toward physical aggression or violence, of which suicide is one manifestation (Brown et al., 1982; Coccaro et al., 1989; Mann, 1995; Virkkunen, De Jong, Bartko & Linnoila, 1989). Whatever determines aggression to be outwardly or inwardly expressed is not known at this time. However, both types of violence often coexist in the same individual, such as cases of multiple homicides followed by suicide.

Approximately one-third of violent individuals have a history of suicidal behavior, whereas 10–20% of suicidal individuals have a history of violent behavior toward others (Mann, 1995). Individuals with major depression and personality disorders who have a history of suicidal behavior also have a greater lifetime history of aggression and impulsivity. Criminals who have a history of suicidal behavior also have a history of more severe aggression than do criminals who do not have a history of suicidal behavior. Thus, there may be a fundamental predisposition to more impulsive behavior, whether it is self-directed, in the form of suicidal behavior, or externally directed, in the form of aggression against property or other persons.

Reduced serotonergic function appears to be associated with impulsive aggression and has also been reported to predict recidivism in murderers. This relationship is analogous to that between serotonergic function and suicidal behavior and leads to the more general hypothesis that serotonergic function supports a restraint mechanism and a deficiency of serotonergic function results in greater impulsivity and aggression that also includes self-directed aggression in the form of suicidal behavior.

To the extent that suicidal behaviors are associated with affective disorders (major depression, dysthymia, bipolar affective disorder, depression with psychotic features) and to the extent that antidepressants have been shown to be effective in alleviating these symptoms and disorders, one can conclude that antidepressants are, by and large, therapeutic and even preventive for suicidal ideation, intent, plans, and attempts. Nevertheless, until we better understand the basic biochemistry and genetics of suicidal behaviors, we can only

TABLE 16.7. Implications for Suicide Prevention

Understanding of the role of neurotransmitters will result in the development of
- Better diagnostic tests to diagnose presence of disorder
- Better screening tools and techniques
- Better medications (sensitivity and specificity)

Understanding of the human genome and the role of nature and nurture (biology and environment) on the development, expression and maintenance of suicidal behaviors and predispositions will result in
- Better diagnostic tests
- Better screening tools and techniques
- Development of interventions (biopsychosocial) for individuals at risk
- Better understanding of pathogenesis of suicidal behaviors
- Clarification of trajectories for suicidal behaviors
- Better understanding of the anatomy, physiology, and neurochemistry of suicidal behavior

conclude that antidepressants are but one component in an overall treatment strategy that addresses the entire biopsychosocial paradigm that we currently understand to contribute to suicidal behaviors.

## Implications for Prevention

Advances in human and molecular genetics will result in the accurate identification of those individuals with familial loading for psychiatric illness and/or predilection for suicidal behaviors. Neurobiological measures or testing may ultimately improve the clinician's ability to detect high-risk patients. These measures currently involve measurement of CSF 5-HIAA, but, in the future, newer techniques involving functional brain imaging of serotonergic activity and candidate gene markers hold promise. Given the rapid advance in PET and SPECT imaging of serotonergic function *in vivo*, and the identification of genes associated with serotonin production, we now have the tools for developing neurobiological tests to detect patients at high risk for suicide. Such tests may facilitate the testing of treatment interventions that may ultimately reduce the rate of suicide through the judicious use of medications or the early identification and intervention with individuals found to be at high risk. These future screening mechanisms are not without their own set of potential problems, as suggested in Box 16.1.

From a neurobiological perspective, the best hope we currently have to prevent suicide is to accurately identify those at risk (by better understanding human genetics, biology, and environmental interactions), and to offer them the opportunity to benefit from the expanding armamentarium of psychotherapeutic medications that have been found to be efficacious in the treatment of those psychiatric disorders and impulsive behaviors most often associated with suicidal behaviors. Through scientific advances we hope to understand better the role that neurotransmitters play in the development, onset, and perpetuation of suicidal behaviors. Table 16.7 suggests some benefits that might derive from research advances in the neurobiology of suicide and suicidal behaviors that may well lead to more effective approaches to suicide prevention.

In Chapter 17, the concluding chapter in Part III, we turn specifically to the topics of violence and aggression.

## FURTHER READING

Effects of Medical Interventions on Suicidal Behavior. (1999). *Journal of Clinical Psychiatry* [Special issue] *60*(Suppl. 2). This 122-page special issue contains 16 articles as well as an "Introduction" and "Conclusion" by the leading researchers in the field. This is a state-of-the-art review of the neurobiology of suicide risk, including articles on genetics, screening instruments, role of medications in the treatment and prevention of suicidal behaviors (lithium, antidepressants, anticonvulsants, antipsychotics), ECT, and suicide risk in different patient populations. Recommendations are made about next steps for research, clinical interventions, and best-practice options for medicating individuals at increased risk for suicide.

Faraone, S. V., Tsuang, M. T., & Tsuang, D. W. (1999). *Genetics of mental disorders: A guide for students, clinicians, and researchers.* New York: Guilford Press. This highly readable volume offers clinicians, students, and researchers a comprehensive introduction to the basic knowledge they need to evaluate reports of genetic research, understand implications for treatment, and communicate genetic information to clients and families. The book illuminates the complex interplay of genes and environmental factors involved in the causation and expression of frequently encountered disorders including schizophrenia, bipolar disorder, depression, and Alzheimer's disease. A wealth of charts, definitions, and clinically relevant examples aid in rendering technical concepts accessible to readers without extensive training in genetics.

Schatzberg, A. F., & Nemeroff, C. B. (Eds.). (1998). *Textbook of psychopharmacology* (2nd ed.). Washington, DC: American Psychiatric Press. Covering both basic science and clinical practice, this new edition of the definitive psychopharmacology text has been thoroughly updated and expanded to keep up-to-date with the explosive growth in the field. Four major sections include such topics as the principles of psychopharmacology with the necessary background in neurobiology and pharmacology. A section on clinical psychobiology and psychiatric syndromes reviews the data on the biological underpinnings of specific disorders. An entire section on psychopharmacological treatments provides specific information about drug selection and their prescription.

Stoff, D. M., & Mann, J. J. (Eds.). (1997). *The neurobiology of suicide: From the bench to the clinic, Annals of the New York Academy of Sciences, 836.* This edited volume is the result of a conference titled, "Suicide Research Workshop: From the Bench to the Clinic," held in Washington, DC, in November 1996, and sponsored by the National Institute of Mental Health and the American Suicide Foundation. The workshop presented the most current research in suicide from preclinical, clinical, neuroscience, and treatment perspectives.

Yudofsky, S., & Hales, R. E. (Eds.). (1997). *Textbook of neuropsychiatry* (3rd ed.). Washington, DC: American Psychiatric Press. Written and edited by an internationally renowned group of experts including 39 new authors, the third edition has been extensively revised to provide psychiatrists, neurologists, neuropsychologists, internists, and residents with the latest developments in research, clinical practice, and diagnostic technology. With the addition of new chapters, increased emphasis has been placed on molecular and intracellular aspects of neuropsychiatry and the role of functional imaging in neuropsychiatric disorders. In addition, this text is lavishly illustrated with tables and figures, including many full-color images.