EXHIBIT 75

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Sanacora, Gerard MD (Defense Expert)**
1/18/2008

**Printed : 3/20/2008**

### Page 49

        GERARD SANACORA, M.D., Ph.D.
 2   that either.
 3      Q.  So is it fair to say you are not aware
 4   of any evidence that activation of GABA in the
 5   occipital cortex has an effect on mood one way
 6   or the other?
 7         MR. HOOPER:  Objection.
 8      A.  There are association studies, so we
 9   have a lot of our own studies showing that when
10   we give drugs such as antidepressants, the
11   SSRIs, phenelzine, we give treatment with
12   electroconvulsive therapy, other groups have
13   shown other drugs that you actually get an
14   increase in total tissue GABA.
15         And we have shown the converse of that
16   is when people are depressed, they have low
17   occipital cortex GABA.  And then when they are
18   treated, their GABA levels normalize or
19   increase.
20         Now, that's associated with depressed
21   mood with the low GABA, improved mood with the
22   normalization or elevation of the GABA, but
23   that's an association that we don't know where
24   that stands.  We don't know that it is causing
25   the change in mood.

### Page 50

        GERARD SANACORA, M.D., Ph.D.
 2      Q.  It is a hypothesis?
 3      A.  It's not even -- it is an association.
 4   So you could hypothesize that raising occipital
 5   GABA levels have the effects on mood based on
 6   that association.
 7         I wouldn't -- I wouldn't -- obviously
 8   I haven't tested that hypothesis, and it is in
 9   my area of scientific expertise so it is not a
10   hypothesis that I am going to pursue.  I think
11   it is more of an association at this point.
12      Q.  When you say it is not a hypothesis
13   that you would pursue, is it because you don't
14   believe that there is validity to it, just on
15   its surface?
16         MR. HOOPER:  Objection.
17      A.  I don't think there is strong reason
18   to believe that increasing or decreasing GABA
19   levels in the occipital cortex is going to have
20   much of a direct effect on mood that we
21   typically measure.  It might have direct effects
22   on -- the occipital cortex is our main visual
23   processing area.
24         So I think it is very likely to have
25   effects on our visual acuity, visual contrast.

### Page 51

        GERARD SANACORA, M.D., Ph.D.
 2   So if I was going to look at direct effects of
 3   changing GABA, I would be looking at our visual
 4   acuity, visual processing.  I wouldn't be
 5   looking at our effects on mood because that's
 6   happening probably for the most part outside of
 7   the occipital cortex.
 8      Q.  I just didn't hear it.  You said if
 9   you were to look at the effects on mood you
10   would look -- and I think you -- I don't know
11   what you said.  You would look where?
12      A.  I would look at -- if I wanted to -- I
13   would look at brain regions thought to be more
14   or -- or more commonly thought to be relevant to
15   have an effect on mood.
16      Q.  What are those brain regions?
17      A.  Those are several of the limbic
18   structures, prefrontal cortex, those would be
19   the most likely ones where I would look.
20      Q.  Limbic structures, is that what you
21   said?
22      A.  Yes.
23      Q.  Prefrontal cortex?
24      A.  The prefrontal cortex.  Frontal cortex
25   in general.

### Page 52

        GERARD SANACORA, M.D., Ph.D.
 2      Q.  And the limbic structures are
 3   comprised of what?
 4      A.  They are for the most part thought to
 5   be amygdala.  Fornix is usually included.  And
 6   there are other mid-brain structures that we
 7   commonly include into the bulimic region, parts
 8   of the cingulate cortex.
 9      Q.  Did you say the deep brain structures?
10      A.  Yes, meaning mid-brain structures,
11   sort of not on the superficial cortex, more in
12   the middle of the brain.
13      Q.  Is the raphe nuclei --
14      A.  Not in that region, no.  It is not
15   part of the limbic system, it is down -- the
16   serotonergic neurons are present down in the
17   raphe, it is their projections that go out to
18   many different brain regions.
19      Q.  What test did Pfizer do to analyze the
20   change of dosage and the effect of Neurontin on
21   long term usage in the limbic system in humans?
22      A.  What test did Pfizer do to -- I'm not
23   specifically aware of any right now.  What they
24   did to look at the changes in limbic
25   structure -- limbic structures -- can you repeat

**Page 53**

GERARD SANACORA, M.D., Ph.D.

2  that?
3  Q. What test did Pfizer do to analyze the
4  change of dosage effect on the -- that Neurontin
5  has on long term usage?
6      MR. HOOPER: Object to form.
7  A. I'm -- if I understand the question, I
8  don't know the answer to that. I don't know of
9  any.
10  Q. You just don't know if they did any
11  tests at all?
12  A. Not on what you are asking, which I'm
13  not really quite sure I understand what you are
14  asking.
15  Q. I just want to know, did Pfizer
16  conduct any test to evaluate the effect of
17  Neurontin on the limbic structures with chronic
18  usage of Neurontin?
19  A. I'm not aware of any at this point.
20  Q. Do you agree that Neurontin has an
21  effect on the limbic structures in human brain?
22      MR. HOOPER: Objection.
23  A. I really don't have any grounds to
24  base a decision on that.
25  Q. Did Pfizer do any tests to determine

**Page 54**

GERARD SANACORA, M.D., Ph.D.

2  the effect of Neurontin on the release of
3  serotonin in human brains?
4  A. I am unaware of any at this point.
5  Q. Is Pfizer capable of testing the
6  effect Neurontin has on the release of serotonin
7  in human brains?
8      MR. HOOPER: Objection.
9  A. That would be an extremely difficult
10  study. The way I would think about doing it, it
11  would be to really look at the release in the
12  human brain. At this point you need to do
13  microdialysis and that's not a study you can
14  really do.
15      You would actually have to put needles
16  and tubing into somebody's brain and measure the
17  release. We can do it in animals pretty simply.
18  In humans it is technically feasible but
19  ethically prohibitive.
20  Q. What is the therapeutic level of
21  Neurontin to approve to control seizures as
22  adjunctive treatment?
23  A. Trying to remember the exact dosing,
24  but it is usually in a range from four to 1600
25  milligrams. Right now on the label I'm not sure

**Page 55**

GERARD SANACORA, M.D., Ph.D.

2  what the dosing is for the approved dosing for
3  seizures.
4  Q. What is the therapeutic level of
5  Neurontin approved to treat post-herpetic
6  neuralgia?
7  A. Again, I don't remember the exact
8  amount, but I think it is in that range, the
9  four to 1600 milligram.
10  Q. Four to --
11  A. 400 to 1600.
12  Q. Per day?
13  A. Yes, per day. And it's -- I'm not --
14  in that range. Neurontin actually has a pretty
15  broad therapeutic window so there is a range
16  that you can move on it so people can use higher
17  levels.
18      So what I'm trying to say is, I'm
19  not -- I can't -- I don't usually treat epilepsy
20  as the primary diagnosis. So this is not an
21  indication that I am frequently prescribing the
22  drug for. So I don't know the exact indicated
23  doses at this point, but it is in that range.
24  Q. When you said you can prescribe for
25  higher doses, were you referencing within that

**Page 56**

GERARD SANACORA, M.D., Ph.D.

2  range or above that range?
3  A. Even going slightly above that range
4  is fine.
5  Q. What do you mean by slightly, assuming
6  that the higher range is 1600?
7  A. I'm not sure if the recommendation
8  isn't up to 2000 or something like that.
9  Q. Well, whatever it is, I'm not --
10  A. I guess what I am saying is it's been
11  quite a while since I have prescribed gabapentin
12  for the primary diagnosis of epilepsy. So I
13  can't pull off the top of my head, I would have
14  to go to the PDR and say, look -- see exactly
15  what the indicated dose range is.
16  Q. Have you ever prescribed Neurontin for
17  any indication?
18  A. Yes.
19  Q. For what indication?
20  A. I have prescribed it for
21  treatment-resistant mood disorder patients.
22  Q. How many patients in total have you
23  prescribed Neurontin to?
24  A. I would guess in the range between
25  thirty and fifty over the years.