EXHIBIT 76

**Neurontin Pfizer Sales_Marketing Team**
**Taylor, Charles Jr PhD (Pfizer)**
6/4/2007

**Printed : 3/20/2008**

### Page 317

1
2  the journal Synapse, and I don't have that paper
3  with me, but that was also potassium stimulated
4  release, it was not unstimulated release of
5  neurotransmitter.
6     Q   If you could take a look at exhibits
7  which your attorney, Pfizer's lawyer gave you. I
8  think they were marked ten and 11, those reports,
9  and the findings I believe you put up on the
10 board, the chart.
11    I don't need to you put the charts
12 up, just so you can get reference to what I am
13 referring to.
14    A   Okay.
15    Q   Which one do you have in front of
16 you?
17    A   I have number 11.
18    Q   And the title of that is?
19    A   Modulation of potassium induced
20 synaptosomal calcium influx by gabapentin.
21    Q   And in that article there was no
22 specific study as to the effects on serotonin, was
23 there?
24    A   Let's see. No. This study was
25 strictly looking at florescence in synaptosomes as

### Page 318

1
2  a measure of calcium influx.
3     Q   So, there was no measurement at all
4  with respect to the impact on the flow of
5  serotonin?
6     A   Not in this paper, but it was studied
7  in other studies.
8     Q   I just want to make certain with
9  respect to that paper.
10    A   Okay.
11    Q   And if you could look at Exhibit 10.
12    A   Okay.
13    Q   There, too, that was a study that
14 failed to do any analysis whatsoever on the impact
15 of the flow of serotonin?
16    A   It wasn't the subject of this paper.
17    Q   I just want to confirm that there
18 is -- I'm not missing any anything, that's all.
19    A   It's very possible that they cited
20 some of those results from previous studies, but I
21 know that that was not actually studied in this
22 report.
23    Q   Do you agree, Doctor, that if a
24 person already has decreased serotonin in their
25 brain, to decrease it further could actually make

### Page 319

1
2  the situation worse?
3     A   I would say that is a pretty
4  dangerous blanket statement to make, and it
5  depends on which drug and how and a lot of other
6  things that your question doesn't address.
7     Q   Do you think further reducing
8  serotonin in an individual who already has reduced
9  serotonin can lead to detrimental results?
10    A   I thought I just answered that.
11    Q   The charts, I want to go over one of
12 the charts that you put up.
13    Number 19, which is this chart. Can
14 you bring that one back up?
15    I'm sorry. Why don't we start with
16 17, and go in order. I think that was the first
17 chart that you put up.
18    Out of the Dooley article, stimulus
19 dependent modulation of norepinephrine release.
20 Is that is Taylor 17?
21    Does that chart show what happens
22 when these tissues are exposed to Neurontin more
23 than an hour?
24    A   No, I don't believe so.
25    Q   And are you aware of any studies like

### Page 320

1
2  what's exhibited in Taylor 17 of -- showing the
3  effects of Neurontin or gabapentin when tissue is
4  exposed more than an hour?
5     A   Well, those experiments would be
6  technically a little more difficult, because we
7  are dealing with tissues that are sliced up and
8  kept in vitro, and they don't last forever. And,
9  so, probably those experiments would be more
10 difficult to do, and the data would be more
11 variable using these techniques, so I suspect
12 that's why longer intervals were not studied.
13    It doesn't mean that gabapentin
14 doesn't work at intervals longer than an hour,
15 however.
16    Q   Well, I'm not asking whether it works
17 at intervals longer than an hour. I want to know
18 do you know what effects it has on the tissue when
19 it's exposed longer than an hour?
20    A   I don't think we have preclinical
21 data that answers that question directly, but I
22 wouldn't expect the effects to change in direction
23 after an hour.
24    Q   What about in the quantity of
25 Neurontin that it's exposed to, that if somebody

Taylor, Charles Jr PhD (Pfizer)  6/4/2007  9:10:00 AM

**321**

1
2  has chronic usage of Neurontin, would you expect
3  it to effect the tissue differently, on a human I
4  am asking.
5      A   From what I know, I don't think so,
6  but that's actually speculation.
7      Q   When you say it's speculation, does
8  that mean you don't know?
9      A   It means I don't know because we have
10 never measured serotonin in humans.
11     Q   I'm not asking about serotonin. I'm
12 asking about the effect of gabapentin that it has
13 on tissue with long-term exposure.
14         Do you know what it does to the human
15 brain?
16     A   All the experiments that we have,
17 looking at gabapentin effects on release of
18 serotonin, for example, or noradrenalin, or
19 substance P, or glutamate are consistent with each
20 other. We haven't studied the effects of
21 gabapentin exposure in vitro in these systems for
22 long periods of time because it's simply not
23 practical.
24     Q   So, I'm going to ask again: Do you
25 know the impact, through your animal studies, that

**322**

1
2  gabapentin has on long-term exposure in humans?
3      A   Well, I think my previous answer
4  addressed that and, no, we haven't done the
5  studies.
6      Q   And 10 micromolars, that is exhibited
7  in front of you in, I believe, that is Taylor
8  17 --
9      A   Yep.
10     Q   -- can you correlate that to what
11 that is for a human? I mean that is an animal
12 study; correct?
13     A   That's correct.
14     Q   So, how does that relate or equate to
15 therapeutic use in a human? Is it 600 milligrams,
16 1800 milligrams, 1200 milligrams?
17     A   Well, that's actually, that might
18 sound like a simple question, but I can't give you
19 a simple answer, because do you mean in the plasma
20 of a patient taking gabapentin --
21     Q   I will ask specifically.
22     A   -- or do you mean in the brain
23 tissue?
24     Q   In the brain tissue, in the central
25 nervous system brain tissue?

**323**

1
2      A   In the nerve cells or in the space
3  outside the nerve cells?
4      Q   I think both. I would like to know
5  both.
6      A   Okay. Well, with a dose of -- I'm
7  estimating this, and I really can't be held to
8  these numbers without going back to my previous
9  work, but I will do my best to answer your
10 question in round figures.
11         So, at a dose of, say,
12 1800 milligrams of gabapentin per day, I believe,
13 if my recollection is not faulty, that the peak
14 concentrations of gabapentin in plasma of patients
15 who are treated with the drug is around, in the
16 vicinity of five or six micrograms per ML, per
17 milliliter. That concentration, translated to
18 micromolar in plasma, is about -- let's see, would
19 be about 35 to 40 micromoles in plasma, as a peak
20 concentration over the period after ingesting
21 drug.
22         The concentration in brain, in those
23 same patients that have a peak plasma
24 concentration of 35 to 50 micromolar, is more in
25 the order of three to five micromolar in the

**324**

1
2  extracellular space of the brain.
3         Those are very rough guesstimates.
4  Those are not exact figures, but three to five
5  micromolar is likely to be fairly close to the
6  concentration of drug that is actually exposed to
7  the receptors that we have been talking about in
8  patients treated for epilepsy with a more or less
9  standard clinical dose.
10     Q   And my last question, question in
11 this area, is: What is the more or less standard
12 clinical dose? That is really what I am trying to
13 get to. I don't -- I'm asking you to equate, do
14 you know what that is?
15     A   Well, I -- like I said, this is a
16 pretty difficult question to answer simply. So,
17 there are a range of doses for gabapentin that are
18 recommended in the label. And, you know, I can't
19 recall them precisely, and they may even be
20 different recommended doses for treatment of
21 post-herptic neuralgia than for treatment of
22 epilepsy. I can't recall.
23         But I do know that doses in the range
24 of 900 milligrams per day to 1800 milligrams per
25 day are probably at least close to the recommended

325

1
2  doses, and I do know that in refractory patients,
3  who don't -- I don't know what the labeling is,
4  okay. Let me qualify that a little bit.
5       But in patients that are difficult to
6  treat, they are sometimes treated with higher
7  dosages than are actually stated in the labeling,
8  and the reason for that is that some patients
9  don't absorb gabapentin very well from the gut,
10 from the GI system. Some patients are poor
11 absorbers of the drug, other patients are
12 excellent absorbers of the drug. So, some
13 patients have to take higher doses than others to
14 achieve the same effect.
15      I hope I answered your question. I
16 was trying.
17      Q   I appreciate that. Maybe it's my
18 lack of scientific background. I still don't
19 understand. I'm asking for a dosage level, and I
20 appreciate that you can't tell me that, but when
21 you share with me that you don't know the
22 therapeutic levels in the label, but you were on
23 the label committee, I question whether or not
24 these micromolars relate to therapeutic levels.
25      Do they?

326

1
2       A   Oh, I think absolutely they do. And
3  absolutely I think, it's my opinion after writing
4  all these papers, that concentrations of the
5  gabapentin in the ten micromolar to 100 micromolar
6  range are relevant for clinical practice.
7       Q   Okay.
8       A   I can't pin that down closer than
9  that. I can't say ten micromolar is relevant and
10 50 isn't. But within that range, I think that
11 concentration -- a concentration within this range
12 is likely to be very appropriate for talking about
13 how the drug works.
14      Q   That answers my question. That is
15 really what I was trying to understand, that
16 something between ten and 100 is in the
17 therapeutic range.
18      A   I believe so, my opinion.
19      Q   Okay. I would ask you also to turn
20 to document 26, which was the Pugsley article.
21      A   I have it labeled as 25.
22      Q   Okay. Then we will go with 25.
23      A   Okay.
24      Q   But let's just confirm that we are
25 talking about the same document.

327

1
2       Would you be kind enough just to read
3  the title of it?
4       A   The title is, the authors are
5  Pugsley, Wetzel and Dooley, the title is
6  "Reduction of 3,4-diaminopyridine induced biogenic
7  amine synthesis and release in rat brain by
8  gabapentin."
9       Q   Yes. That's the one I am referring
10 to.
11      Can you just go to the very last
12 paragraph of that article?
13      A   Yes.
14      Q   What does it state?
15      A   "The present data indicate that
16 gabapentin has no effect on basal biogenic amine
17 neuronal systems, but that it antagonizes, at
18 therapeutic doses, stimulated DA, NE and 5HT,"
19 which are abbreviations for dopamine,
20 norepinephrine and serotonin, neuronal activity in
21 certain brain regions. This gabapentin effects
22 may be at least partly involved in the mechanism
23 and action of this drug."
24      Q   Antagonizing at therapeutic doses
25 what do you interpret that as?

328

1
2       A   Yeah.
3       Q   It says it antagonizes at therapeutic
4  does stimulated dopamine, noradrenalin and
5  serotonin neuronal activity.
6       A   Okay. So what that term means is
7  that that diominopyridine, which is a convulsant
8  drug that is in the title of the paper, when given
9  to animals, it stimulates serotonin, dopamine and
10 noradrenalin neurons, causes them to go into
11 overdrive.
12      Q   Hyperexcitability?
13      A   If you wish, yes.
14      Under those conditions, gabapentin
15 blocks the effect of diominopyridine to put those
16 neurons into overdrive, but I think that the
17 conclusions also state that, without
18 diominopyridine, gabapentin doesn't do anything.
19      Q   In this particular study?
20      A   Right.
21      Q   Because without diominopyridine in
22 the study, the cells were not hyperexcited;
23 correct?
24      A   Correct.
25      Q   So, when they were in a hyperexcited