EXHIBIT 77

**Neurontin Pfizer Sales _Marketing Team**
**Alphs, Larry MD (Pfizer)**
6/22/2007

**Printed : 3/19/2008**

**516**

1  Confidential - Larry Alphs, M.D.
2  Charlie, I mean, I share the intellectual
3  curiosity around it.
4      In terms of the day-to-day relevance
5  of his work to my work, it's really quite a world
6  apart. It's almost as far apart from my work as
7  say marketing is at the other end. I come in
8  between somewhere. My work is relevant to
9  marketing, but it's certainly very different from
10 marketing. His work is very different as well.
11     Anyway, I think that is enough of an
12 analogy.
13     So, in terms of my practice, I'm
14 looking to see just specifically you, as you stand
15 in front of me, if I give you this medication, are
16 you going to -- if you have some problem are you
17 going to get better or not? I, frankly, don't
18 care how you got better, I just want to know
19 whether you got better. That is my question, not
20 how. Charlie is interested in how.
21     That is a huge domain that I
22 relatively -- except for my intellectual
23 curiosity, have relatively little interest from my
24 perspective on my day-to-day work.
25     And I am also interested in the side

**517**

1  Confidential - Larry Alphs, M.D.
2  effects that you might have. So, those things are
3  probably in some theoretical -- almost certainly
4  in some theoretical realm related. Given the
5  picture like on this and his realm like this, I
6  can't use that in my day-to-day work.
7  Q   But you would want to know if there
8  is a beneficial effect from the compound or a
9  toxic or negative effect from the compound?
10 A   That's for sure.
11 Q   If you could explain what that
12 negative effect from the compound would be through
13 the mechanism, would you want to know?
14     MS. SCHULTZ: Object to the form.
15 Improper hypothetical.
16 A   Again, that is very theoretical. If
17 I could explain.
18     I, actually, I have some perspective
19 on this, and I know, again, that this is realm,
20 this is what I need to know in order to explain.
21     And this is what, Charlie, as bright
22 as he is, what he can't explain.
23     So, if I could explain, Charlie, in
24 not the foreseeable future, is going to explain
25 all that I need to know. So, for the most part I

**518**

1  Confidential - Larry Alphs, M.D.
2  am interested in it, as Charlie's part of that
3  picture grows and grows and grows I become more
4  interested in it, and I need to be informed about
5  it, because I can't be completely stupid about
6  this. But in terms of my day-to-day work, it has
7  very little relevance.
8      I have got to make sure there are
9  other things in my work that are very relevant,
10 that are far more relevant, than what Charlie --
11 the methodology that you were talking about, how I
12 actually done the study is far more important to
13 me than the mechanism of action. Whether I asked
14 the right question or Joe Schmo, another
15 investigator, asked the right question is far
16 important more.
17     This International Society for
18 Clinical Trials and Methodology is far more
19 important to me.
20 Q   Is it relevant, if, at therapeutic
21 levels, Neurontin reduces norepinephrine by up to
22 40 percent from the presynaptic nerve?
23     MS. SCHULTZ: Object to the form of
24 the question. No foundation.
25 A   Relevant to what?

**519**

1  Confidential - Larry Alphs, M.D.
2  Q   Your clinical evaluation as to
3  evaluating adverse events.
4  A   It's not relevant.
5  Q   Is it relevant -- strike that. Is it
6  relevant for a clinical evaluation to know if
7  Neurontin reduces serotonin at therapeutic levels?
8  A   Not really.
9      MS. SCHULTZ: Object to the form.
10 Q   Up to 40 percent?
11     MS. SCHULTZ: Lack of foundation.
12 A   In terms of the overall -- again, it
13 depends on how you say relevant.
14     If the picture is this big, and its
15 this, and the relevance is this much, is there
16 some level of relevance? Yes. It's trivial
17 compared to the other issues.
18     Overall, I would regard that, given
19 the picture, in terms of my day-to-day conduct,
20 it's irrelevant. I wouldn't care one iota what
21 the serotonin levels are.
22 Q   Did you ever conduct any studies as
23 to what impact on humans gabapentin has related to
24 their serotonin levels?
25 A   I did not.

Alphs, Larry MD (Pfizer)  6/22/2007  9:06:00 AM

```
                                                            520
 1           Confidential - Larry Alphs, M.D.
 2      Q    Do you know of any?
 3      A    I think we have made reference
 4   earlier in this discussion that there were, in
 5   terms of serotonin levels in the CSF, I'm aware
 6   that John Mann has done some work in that area.
 7      Q    Okay.  I want to know, not related.
 8   I'm -- strike that.
 9           Specifically related to Neurontin,
10   are you aware of any studies in humans that
11   measured the impact of Neurontin on serotonergic
12   levels or serotonin levels?
13      A    In humans?
14      Q    In humans.
15      A    I'm not aware of any.
16      Q    Are you aware of any human studies of
17   the effect of Neurontin on norepinephrine levels?
18      A    Again, such studies may have been
19   done, but I'm not aware of any.
20      Q    If you were to undertake such a
21   study -- strike that.
22           Very simple question.
23           Can you perform such a study?  Is it
24   possible to do such a measurement, to measure what
25   impact gabapentin has on serotonergic levels in
```

```
                                                            521
 1           Confidential - Larry Alphs, M.D.
 2   humans?
 3           MS. SCHULTZ:  Object to the form.
 4      A    It's possible in some theoretical
 5   domains.  For instance, one could take CSF levels
 6   of serotonin and norepinephrine after
 7   administering norepinephrine.  This, again, would
 8   be basically doing very biochemical laboratory
 9   type of studies in man.  Those sorts of things
10   have been done, so it's possible to do.
11           Whether they --
12      Q    I just want to know if it's possible.
13           MS. SCHULTZ:  Let him finish his
14   answer.
15           MR. FINKELSTEIN:  I don't mean to cut
16   you off.
17      A    But the thing is -- again, this, the
18   brain is complex.  The CSF it basically the urine
19   of the brain.  And so you could get some sense of
20   what's going on in the body from the urine, the
21   same way you can get some sense of what's going on
22   in the brain by looking at the CSF.
23           And you can then -- but you can't
24   tell where that's happening at all within the
25   brain, and what the relevant -- although you may
```

```
                                                            522
 1           Confidential - Larry Alphs, M.D.
 2   find different levels, there would be many, many
 3   different pathways to get that, say, before or
 4   after a clinical event like depression or
 5   whatever.
 6           But you can't really tell what the
 7   mechanism and how the brain got to that change in
 8   the CSF.  There is a long pathway.
 9           So, more ideally what we had done in
10   rats, and what Charlie can do and we can't at the
11   present time do in humans, is look at the neuronal
12   level.  And certainly you can't put easily
13   detectors of what's going on at a neuron, putting
14   electrodes, et cetera, into the brain and measure
15   that in man at the present time.
16           In the future, there may be other
17   ways that may be possible.  It may be that you
18   could label a serotonergic type of compound and
19   get florescence and be able to scan it.
20      Q    Through a spectroscopy?
21      A    Spectroscopy or something of that
22   sort that could ultimately be done.
23           Again, this is human pharmacology
24   work that is a much more basic level,
25   understanding the mechanism of action of diseases
```

```
                                                            523
 1           Confidential - Larry Alphs, M.D.
 2   and drugs.  That is a long ways removed from where
 3   I am at and the things I am interested in.
 4      Q    Do you agree that Neurontin reduces
 5   the release of monoamines in man?
 6           MS. SCHULTZ:  Object to the form.
 7      A    My understanding is it reduces the
 8   stimulated release of monoamines, but stimulated
 9   release is very different than the release of
10   monoamines.  That then, as you stated the
11   questions, that would be the tonic release and I
12   don't know.  And, again, you are getting to such
13   specific questions, I mean, I would please defer
14   to Charlie on these issues.
15      Q    Have you ever undertaken to study,
16   with hyperexcited cells, the impact of Neurontin
17   and its release of monoamines?
18      A    I have not.  That is not my job.
19      Q    Are you aware of anybody who has at
20   the company?
21      A    I am not aware of anybody in the
22   company or elsewhere in the world.
23      Q    Do you know whether or not the
24   reduction in the release of monoamines from
25   hyperexcited cells is limited in any way --
```