EXHIBIT 79

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Trimble, Michael MD (FP Expert)**
**10/18/2007**

**Printed : 3/20/2008**

## Page 77

MICHAEL R. TRIMBLE, M.D.

2  A. Yes, that's correct.
3  Q. Okay. And the -- her 1992 study with
4  looking at a single dose of gabapentin on CSF in
5  patients was in actual humans as opposed to animals;
6  is that correct?
7  A. That's right.
8  Q. And that single dose, as you say here,
9  led to increase in the breakdown product of
10 serotonin, would that be the 5-HIAA that we were
11 talking about earlier?
12 A. Correct.
13 Q. And that you conclude by saying that
14 suggests an acute increase in turnover?
15 A. That's correct.
16 Q. Acute would mean close in time to the
17 administration of the dose?
18 A. It occurred close in time to the
19 administration of the dose.
20 Q. Is this the phenomenon that you have
21 described for us, Professor Trimble, in the sequence
22 of events as the increased turnover of serotonin,
23 it's the same phenomenon being measured here?
24 A. That's correct.
25   MR. HOOPER: Let's mark this. I believe

## Page 78

MICHAEL R. TRIMBLE, M.D.

2  we're up to four.
3    (Trimble-4, Epilepsy Research entitled,
4  "Seizure frequency and CSF parameters in double-blind
5  placebo controlled trial of gabapentin in patients
6  with intractable complex partial seizures" is
7  received and marked for identification.)
8  Q. Professor Trimble, would you confirm
9  initially that the document you have been handed as
10 Exhibit 4 is entitled, "Seizure frequency in CSF
11 parameters in a double-blind placebo controlled trial
12 of gabapentin in patients with intractable complex
13 partial seizures"?
14 A. That's correct.
15 Q. And the first listed author there is
16 Elinor Ben-Menachem?
17 A. That is correct.
18 Q. And via the publication line at the top,
19 could you confirm this was published in the Journal
20 of Epilepsy Research in 1995?
21 A. That is correct.
22 Q. Are you familiar with this paper,
23 Professor Trimble?
24 A. This paper is one which I haven't read
25 recently.

## Page 79

MICHAEL R. TRIMBLE, M.D.

2  Q. Have you read it before?
3  A. Maybe sometime before, but I have not
4  read this one recently.
5  Q. All right. Could you please look at the
6  abstract and read it carefully?
7  A. Yes. Read it to myself?
8  Q. Yes, and if you would like, you may take
9  the time to read the entire page paper. It's only a
10 few pages long.
11 A. Yes, I think I will do that.
12 Q. Please do.
13 A. Yes, thank you.
14 Q. Professor, have you had a chance to
15 review --
16 A. I have, yes.
17 Q. Sorry, have you now had a chance to
18 review the Ben-Menachem 1995 paper?
19 A. Yes, I have.
20 Q. Professor Trimble, Dr. Ben-Menachem and
21 her colleagues in this study conducted a double-blind
22 placebo controlled trial of gabapentin in patients
23 with intractable partial complex seizures looking
24 specifically at changes in GABA as well as 5-HIAA,
25 both acutely and on a chronic basis; is that right?

## Page 80

MICHAEL R. TRIMBLE, M.D.

2  A. Yes.
3  Q. All right. And in looking back at page
4  27 of your report, it may benefit us all to keep that
5  handy and that I'm sure I will refer to it many
6  times.
7    Looking back at page 12, the last full
8  sentence beginning with, "The effects of..."
9  A. Yes.
10 Q. That you wrote there, tell me if I read
11 correctly what you wrote in this case.
12   "The effects of chronic administration in
13 humans of gabapentin have not been studied."
14   Did I read that correctly?
15 A. That's correct.
16 Q. And that immediately follows the
17 discussion of CSF mono amine turnover that you had
18 laid out earlier?
19 A. That's correct.
20 Q. My first question is: Having seen now
21 the Ben-Menachem paper from 1995, that sentence in
22 your report is incorrect; is that correct?
23 A. That sentence is incorrect.
24 Q. Right. And would you please turn, if you
25 would, to page 234 of the published version where

**Page 81**

1  MICHAEL R. TRIMBLE, M.D.
2  there appears in the rightmost column the heading,
3  "For Discussion"?
4  A.  Correct.
5  Q.  Let me read the -- begin reading and tell
6  me if I read this correctly, from the Ben-Menachem
7  1995 paper.
8  "GBP or gabapentin has been shown in
9  larger clinical trials to have an anti-convulsant
10  effect on partial seizures.  The present study,
11  however, was designed to state different biological
12  parameters in the CSF and plasma.  The number of
13  patients is too small to allow any valid analysis of
14  the efficacy of GBP gabapentin."
15  Next paragraph says, "Chronic GBP or
16  gabapentin treatment did not seem to affect GABA or
17  other amino acid in the CSF.  Furthermore, there was
18  no influence of gabapentin on HVA or 5-HIAA in the
19  CSF after chronic gabapentin therapy."
20  Did I read that part correctly, Professor
21  Trimble?
22  A.  That's what it says, yes.
23  Q.  Can you explain why you did not refer to
24  or cite this paper in your report in this case
25  discussing this phenomenon of 5-HIAA turnover?

**Page 82**

1  MICHAEL R. TRIMBLE, M.D.
2  A.  I suspect it was because this paper is
3  not one that contains any statistical relevance.
4  It's on three patients and no conclusions can be
5  reached from it.  But you have to take that from the
6  data.  There's no statistical evidence here and it's
7  based upon three patients.  I'm grateful to you for
8  bringing it to my attention.
9  Q.  Did I just hear you correctly to say
10  there is no statistical significance in the findings?
11  A.  With regards to the -- I have not only
12  been refreshed of this, but if we look at Figure 5,
13  as far as I can see, it is based upon an N of three
14  which actually shows a decrease of 5-HIAA levels with
15  1200 milligrams after three months, but you cannot
16  apply statistics to an N of three.
17  If I have read this correctly, if you
18  feel I haven't, I would like more time to read it,
19  but if I see and read that figure correctly, it
20  supports the proposition of a decrease of 5-HIAA over
21  a period of time, but it is statistically not
22  possible to evaluate that because there's an N of
23  three.
24  Q.  Do you see those -- on the graph in
25  Figure 5 that you're referring to, do you see those

**Page 83**

1  MICHAEL R. TRIMBLE, M.D.
2  small lines that penetrate the top of each column?
3  A.  Yes.
4  Q.  Do you know what those are?
5  A.  Well, here it says they are the standard
6  errors of the mean.
7  Q.  Sometimes called error bars?
8  A.  Sometimes called error bars, yes.
9  Q.  And would you agree with me that those
10  overlap?
11  A.  Well, I cannot -- I just cannot see, from
12  the photocopy I have, whether they overlap or not.
13  It's just that it's black and I cannot see what the
14  standard error bars are.
15  Q.  Understand.  Would you look back at Table
16  1 which appears to page 34 at the bottom?
17  A.  Table 1, yes.
18  Q.  Yes, sir.  And Table 1 is a comparison of
19  CSF amino acid concentrations?
20  A.  Yes.
21  Q.  Mean plus or minus as standard deviation?
22  A.  Those are standard deviations as opposed
23  to standard errors, yes.
24  Q.  In patients before and during treatment
25  with placebo and in patients before and during

**Page 84**

1  MICHAEL R. TRIMBLE, M.D.
2  treatment with 900 milligrams a day of gabapentin for
3  three months --
4  A.  Yes.
5  Q.  -- it is entitled.  Do you see the line
6  at the bottom of that table right below the
7  horizontal line?
8  A.  Yes.
9  Q.  Tell me if I'm reading correctly.  It
10  says, "There were no significant differences between
11  before and during treatment with gabapentin (P less
12  than 0.05)."
13  Did I read that part correctly?
14  A.  That's correct.
15  Q.  That is an example of a measure of what's
16  sometimes referred to as statistical significance.
17  Correct?
18  A.  That refers to the items in Table 1, not
19  to the 5-HIAA.
20  Q.  This refers to the amino acid
21  concentrations.  Correct?
22  A.  Correct.
23  Q.  And a different way of assessing
24  statistical significance is via confidence intervals
25  which produce these error bars that we see in the

85

1  MICHAEL R. TRIMBLE, M.D.
2  graphs later; isn't that right?
3  MR. FINKELSTEIN: Earlier.
4  Q. In Figure 5, for example?
5  A. Yes. May I just ask for -- from you the
6  numbers that Table 1 applies to, the number of people
7  in this.
8  Q. Certainly. Feel free to tell us.
9  A. Well, it doesn't say so I'm just
10  uncertain, whereas the numbers for the 5-HIAA are
11  clearly stated and the numbers incorporated into the
12  study apparently were 36. So I'm just not certain
13  the numbers -- the N of patients for Table 1, it is
14  not given.
15  Q. Perhaps I can help and we're both
16  struggling with something we didn't write, but let's
17  look at page 233 --
18  A. Yes.
19  Q. -- there is a section entitled,
20  "Results"?
21  A. Yes.
22  Q. With a subheading of gabapentin levels,
23  GBP?
24  A. Yes.
25  Q. PBG for gabapentin?

86

1  MICHAEL R. TRIMBLE, M.D.
2  A. Oh, yes, 90.
3  Q. And it says there it is not three or the
4  N is not three in the sense of N being the total
5  number of patients on gabapentin but rather "... of
6  the 24 patients who were receiving active gabapentin
7  treatment in the study, the CSF concentration
8  measurements could be evaluated for 19 patients at
9  the end of the three-month treatment period."
10  A. Yes.
11  Q. Correct?
12  A. So that's very interesting that that
13  table is based upon an N of 19 as opposed to the
14  5-HIAA data which is based upon an N of three.
15  Q. I believe I understood you to say that
16  with -- well, let me ask first.
17  Do you agree that in the copy we have,
18  there's an N of three in the white bar representing
19  after three months, and then there's a black bar that
20  may have an N in that as well that is just obscured
21  here. Presumably there is some number that
22  represents that bar. Correct?
23  A. Well, I'm sure but, again, just as a
24  general scientific point, to try to do statistics on
25  an N of three is not a valid way of proceeding with

87

1  MICHAEL R. TRIMBLE, M.D.
2  statistics.
3  As a general point, this supports my view
4  (indicating) that the longer term prescription of
5  gabapentin leads to a decrease of 5-HIAA. This
6  supports my general view of a decrease but it's not
7  statistically shown.
8  Whether it would be shown with more
9  people, of course, is conjecture. That is probably
10  why Dr. Ben-Menachem uses the term "maybe," maybe
11  rather than there is or there is not a difference in
12  5-HIAA.
13  Q. Can you quantify the decrease in
14  serotonin activity that you contend gabapentin causes
15  in any patient population that you choose to define?
16  MR. FINKELSTEIN: Objection, broad and
17  vague.
18  Q. It's purposefully broad. In any patient
19  population that you elect to define, can you
20  describe -- can you quantify the decrease in
21  serotonin activity that you contend gabapentin
22  produces?
23  MR. FINKELSTEIN: Again, repeat my
24  objection as it's broad, vague and ambiguous.
25  If you can answer it, Doctor.

88

1  MICHAEL R. TRIMBLE, M.D.
2  A. From the paper, which I'm grateful to you
3  for bringing to my attention, the decrease would seem
4  to be -- and I'm reading approximately from this
5  graph, from a figure of, perhaps, 60 pico moles per
6  mill or at least from a hundred pico moles mill to
7  60. So that's about 40 percent, from the paper which
8  you've just presented to me.
9  Q. And you are basing that, I take it, on
10  drawing a line from the top of the white bar over to
11  the vertical axis?
12  A. Yes.
13  Q. And then you're estimating the difference
14  between the height of the black bar versus the height
15  of the white bar?
16  A. Effectively, the means as given in the
17  paper, yes.
18  Q. My next question is: As opposed to doing
19  that drawing lines on the chart and trying to
20  estimate the difference in this paper, is there any
21  other published scientific work that you're aware of
22  that quantifies the reduction in serotonin turnover
23  that you contend gabapentin causes?
24  A. In the humans?
25  Q. Yes. Absolutely.

**89**

1   MICHAEL R. TRIMBLE, M.D.
2   A.   Yes.
3        No, no.
4   Q.   Professor Trimble, let me ask you whether
5   the influence on serotonin activity of a medication
6   works in the opposite direction as well. In
7   particular, do you believe that medications that have
8   the effect of increasing serotonin levels should
9   produce different results than those that you contend
10  gabapentin has?
11       MR. FINKELSTEIN: Objection.
12  A.   Increasing serotonin levels produces a
13  different effect on behavior than decreasing
14  serotonin levels.
15  Q.   Stated much better than I did in my
16  question. That's exactly what I wanted.
17       Could you give us an example of
18  medications that increase serotonin levels and
19  produce different behavioral effects?
20  A.   The major class of drugs which increase
21  serotonin activity would be anti-depressant
22  medications from the tricyclic drugs of the 1960s
23  through to the selective serotonin agonists of the
24  1990s. There are some other drugs, anti-migraine
25  drugs, for example, and I believe some anti-tumor

**90**

1   MICHAEL R. TRIMBLE, M.D.
2   drugs as well act on the serotonin system.
3   Q.   Would the drugs that you just described
4   as increasing serotonin activity, I believe you put
5   it, include the tricyclic anti-depressant?
6   A.   Correct.
7   Q.   That would include imiprimine?
8   A.   Correct.
9   Q.   Desipramine?
10  A.   Correct.
11  Q.   Amitriptiline? Those would be three of
12  the tricyclic anti-depressants. Correct?
13  A.   Correct.
14  Q.   And those tend, to one degree or another,
15  to increase serotonin activity?
16  A.   That is correct.
17  Q.   And you've referred to a different class
18  of anti-depressants. I believe you called them
19  selective serotonin agonist?
20  A.   Correct.
21  Q.   Do you mean the same as, some refer to it
22  as selective serotonin reuptake inhibitors?
23  A.   Selective serotonin reuptake inhibitors
24  is the official name for that group.
25  Q.   Those would include fluoxetine,

**91**

1   MICHAEL R. TRIMBLE, M.D.
2   paroxetine, sertraline, citalopram, and duloxetine;
3   is that the group of medications that basically
4   comprise the SSRIs, Professor Trimble?
5   A.   That is correct. There are some more but
6   that's a good collection.
7   Q.   And those, like the tricyclics, increase
8   serotonin activity. Correct?
9   A.   That is correct.
10  Q.   They do so in the SSRI case by blocking
11  the uptake of the neurotransmitter back into the
12  transmitting neuron, generally speaking; is that
13  correct?
14  A.   That is correct.
15  Q.   Do you have a belief as to whether those
16  medications that increase serotonin activity cause
17  suicide?
18       MR. FINKELSTEIN: Objection. It's far
19  beyond the scope of what he is produced here for.
20  A.   There is a continuing discussion about
21  this matter, but my understanding is that this is a
22  problem in a subsection of the population.
23  Q.   And upon what -- what is your
24  understanding based upon?
25  A.   That certainly in the United Kingdom,

**92**

1   MICHAEL R. TRIMBLE, M.D.
2   prescription of fluoxetine and -- excuse me,
3   prescription of paroxetine. I'm not sure if you
4   mentioned paroxetine in your --
5   Q.   I did.
6   A.   The prescription of paroxetine is
7   contraindicated in adolescents, in other words,
8   people under the age of 18, on account of the
9   potential for suicide. That is my belief of the
10  situation in the United Kingdom. It may be different
11  in the United States.
12  Q.   You do have a clinical practice; isn't
13  that correct?
14  A.   That's correct.
15  Q.   Do you prescribe SSRI medications from
16  time?
17  A.   I do.
18  Q.   And do you, also, prescribe
19  anti-convulsants from time to time?
20  A.   I do.
21  Q.   Have you, as a professional clinician,
22  thought about this difference between medications
23  that raise serotonin activity on the one hand and
24  that, as you contend with gabapentin, lower on the on
25  the other hand and the respective relationships to