EXHIBIT 82

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES PRACTICES    :    MDL Docket no. 1629

      AND PRODUCT LIABILITY LITIGATION          :    Master File no 04-10981

------------------------------------------------------------------------x

THIS DOCUMENT RELATES TO:          :    Judge Patti B. Saris

ALL PRODUCT LIABILITY CASES          :    Magistrate Leo T. Sorokin

------------------------------------------------------------------------x


**DECLARATION OF SANDER GREENLAND, M.A., M.S., Dr.P.H., C. Stat.**


I, **Sander Greenland**, declare and state as follows:


**1. Tasks and Qualifications**


I have been asked by Kenneth Fromson of Finkelstein and Partners LLP to comment on the proper interpretation of the statistical results presented in the alert from the FDA Center for Drug Evaluation and Research (CDER) dated 1/31/08, regarding suicidality and antiepileptic drugs (hereafter referred to as the "FDA CDER alert"). In particular, I have been asked to clarify what constitutes statistically "reliable" exclusion of the null for a risk-difference confidence interval, and also to provide a confidence interval for the risk ratio.

I have also been asked by Mr. Fromson to comment on the proper statistical interpretation of the data presented in the 5-page letter dated 22 June 2006 from Pfizer's Mary Ann Coronel Evertsz, R.Ph., to Russell G. Katz, M.D. of the FDA. In particular, I have been asked to provide a confidence interval for the risk ratio comparing suicidal ideation in gabapentin-treated versus placebo treated patients.

My qualifications for these tasks are extensive, and were presented in detail in my Expert Report in this matter dated 19 October 2007.

**2. The Null ("No-Effect") Value for a Difference Is Zero and Hence the Confidence Interval in FDA CDER Alert of 01/31/08 Does Not Include the Null**

Suppose we are comparing the risks or rates observed in two types of patients. No difference between the types corresponds exactly to a difference of zero. This is what is meant when it is said that the "null value" for a difference is zero: Under the null hypothesis that there is no difference between the compared types, the value expected by subtracting one risk from the other is zero.

The FDA CDER alert states: "Overall, 0.43% of the patients in drug treatment groups experienced suicidal behavior or ideation versus 0.22% of the patients in placebo groups, corresponding to an estimated 2.1 per 1000 (95% CI: 0.7, 4.2) more patients in the drug treatment groups who experienced suicidal behavior or ideation than in the placebo

treatment groups (See Table)." In other words, the alert states that the observed risk of suicidal behavior or ideation is 0.43% or 4.3 per 1,000 in drug-treated patients and is 0.22% or 2.2 per 1,000 in placebo-treated patients. It then states that the resulting difference is 4.3 – 2.2 = 2.1 per 1,000, with a 95% confidence interval for the difference ranging from 0.7 per 1,000 to 4.2 per 1,000. This reported confidence interval excludes the null value of zero for the difference. In other words, the observed difference meets the conventional criterion for "statistical reliability" or "statistical significance," meaning that it is unlikely that chance alone would produce a difference as large as observed or larger (using the usual 0.05 or 5% significance level to define "unlikely").

From the FDA CDER alert one can also compute a P-value for the difference as another generally used measure of statistical reliability (Greenland and Rothman, 2008). The two-sided P-value for the difference is less than 0.02, well below the conventional 0.05 level for "statistical significance" (see Technical Appendix for computational details).

**3. Risk Ratio (Relative Risk) From FDA CDER Alert**

When examining data and statistical results, it is of crucial importance that the reader keep clear the distinction between the difference of results and the ratio of results. As discussed above, no difference between two results means that their difference is zero. However, no difference also means that their ratio is one. Thus, the "null value" for risk difference is zero, while at the same time the null value for the risk ratio (also known as

the relative risk) is one. To repeat this point algebraically: If the first risk is R1 and the second risk is R2, the hypothesis that the two risks are equal is R1 = R2, which is the "null" hypothesis, and this hypothesis is the same as the hypothesis that their difference R1 − R2 is zero (R1 − R2 = 0) and that their ratio is one (R1/R2 = 1). Thus, the risk difference and the risk ratio have different null values (zero for the difference, one for the ratio).

From the material in the FDA CDER alert, it is possible to compute an estimate of the risk ratio and confidence interval for that ratio based on the estimate and interval presented for the risk difference. The estimate of the risk ratio is 0.43/0.22 = 2.0, and the 95% confidence interval for this ratio (based on the limits for the difference) ranges from 1.1 to 3.4 (see Technical Appendix for computational details). This risk-ratio interval does not include the risk-ratio null value of one, in accord with the fact that the confidence interval for the risk difference (from which it was derived) does not include the risk-difference null value of zero.

**4. Confidence Interval for Pfizer Comparison of Suicidal Ideation**

In the letter dated 22 June 2006 from Pfizer's Mary Ann Coronel Evertsz, R.Ph., to Russell G. Katz, M.D. of the FDA, there is a table on page 4 comparing different treatments.  For most of the categories in the table, there is either no event to report or insufficient information to classify the event, and thus no information in the table to make

any comparison. For suicidal ideation, however, there are 2 events out of 5,194 total (0.039%) among the gabapentin treated versus 1 event out of 2,682 total (0.037%) among the placebo treated. The estimated risk ratio is thus .039/.037 = 1.05. Using statistical methods for categorical data with small counts of a rare event (Greenland and Rothman, 2008), the 95% confidence interval for the risk ratio ranges from 0.08 to 30. Thus, the data presented in the table cannot reasonably exclude the possibility that gabapentin multiplies the risk of suicidal ideation by 30-fold or divides the risk by 12-fold (1/0.08). In other words, nothing in the table can exclude any reasonable possibility, including a huge impact of gabapentin on risk, and thus the table supports no conclusion regarding the relation of gabapentin to suicidal behavior or risk.

**5. Technical Appendix**

The P-value at the end of section 2 was computed by first subtracting the FDA's lower confidence limit of 0.7 for the difference from their upper limit of 4.2, then dividing the result by the width of a normal 95% interval, which is 3.92 standard errors. This gives an estimated standard error of (4.2−0.7)/3.92 = 0.893. The two-sided P-value is then twice the area of the standard normal curve above the Z-score, $Z$=2.2/0.893 = 2.464. The use of large-sample methods is justified by the fact that there were 0.0043(27,863) = 120 total events and 0.0022(16,029) = 35 total events in the respective comparison groups.

The risk-ratio interval in section 3 was computed by taking the Z-score just computed from the risk difference and estimating the log risk-ratio standard error as SE = log(4.3/2.2)/Z, where "log" is the natural logarithm. The confidence interval is then computed as (4.3/2.2)exp(+/−1.96SE).

Finally, the risk-ratio confidence interval in section 4 was computed using the mid-P method given in Greenland and Rothman (2008, p. 256-257).

See Greenland and Rothman (2008), for further technical details.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of March, 2008, in Topanga, California.

Sander Greenland, M.A., M.S., Dr.P.H., C.Stat.

## 6. Reference

Greenland, S. and Rothman, K.J. Fundamentals of Epidemiologic Data Analysis and Introduction to Categorical Statistics. Chapters 13 and 14 in: Rothman, K. J., Greenland, S., and Lash, T.L. (2008). *Modern Epidemiology*, 3rd ed. Philadelphia: Lippincott-Williams-Wilkins.