# EXHIBIT 83

| | |
|---|---|
| **From:** | Hauben, Manfred |
| **Sent:** | Sunday, April 25, 2004 5:17 PM |
| **To:** | Wolleben, John; Dieck, Gretchen |
| **Subject:** | RE: FDA request for teleconference with Pfizer to discuss safety concerns with Neurontin |

A group composed of regulatory, clinical, risk management (myself included), and I believe legal experts met last Friday in advance of the meeting.

At this point it is pure speculation although some guessed that it may be related to spontaneous reports of visual field defects, abuse or suicide. They may be right but it could really be any odd case(s) as you say.

We can data mine on gabapentin but I don't think that negative data mining findings would make a strong counterargument to a signal that may have arisen from clinical observations.

I hope to supply additional input when we find out what there concerns actually are.

Thanks

Manfred

-----Original Message-----
From: Wolleben, John
Sent: Saturday, April 24, 2004 9:40 AM
To: Dieck, Gretchen
Cc: Hauben, Manfred
Subject: RE: FDA request for teleconference with Pfizer to discuss safety concerns with Neurontin


Is the neurotin data in ARIS g and is it in the warehouse.?  I presume that Manfred will be on the phone with FDA.  I presume that they are going to focus in on a few odd cases.  Do you have any idea what type of problem they are looking at. Is this a potential opportunity to use the data mining information to potential discredit their positions?  I would like to talk to Manfred before the phone conversation if possible.

-----Original Message-----
From: Dieck, Gretchen
Sent: Friday, April 23, 2004 8:26 PM
To: Wolleben, John
Subject: Re: FDA request for teleconference with Pfizer to discuss safety concerns with Neurontin


Manfred.
--------------------------
Sent from my BlackBerry Wireless Handheld

1

Confidential                                                                                                               Pfizer_GDieck_0000142