# EXHIBIT 86

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**McFarland, Bentson (FP Expert)**
**11/5/2007**

**Printed : 3/20/2008**

Page 165

1  undertaken for the purposes of litigation of any
2  kind?
3  A. No.
4  Q. As it was prepared or as the research was
5  undertaken, was it contemplated by you or, to the
6  extent you know, was it contemplated by Dr. Collins
7  that it would be made available to lawyers or
8  litigants to further or to impair as the side may
9  be the goals of some lawsuit?
10 A. No.
11 Q. I understood that the report was a study of four
12 medications of which the two we're interested in
13 are lithium and Gabapentin as compared to each
14 other, not as compared to any affect they may have
15 on bipolar patients who were not treated with any
16 of those medications.
17     Is that correct?
18 A. Correct.
19 Q. All right. To say it another way, is it true that
20 the purpose of the study was to make a statistical
21 comparison based on the available study, raw
22 materials to determine what, if any, relative
23 differences you might observe in patients who had
24 taken one of those medications versus patients who
25 had taken another of those medications?

Page 166

1      MR. HEGARTY: Object to the form of the
2  question.
3  A. Correct.
4  Q. BY MR. LONDON: And those medications were
5  Gabapentin and lithium plus two others?
6  A. Correct.
7  Q. Is Gabapentin the same as Neurontin?
8  A. Gabapentin is the generic name. Neurontin is the
9  brand name.
10 Q. If you had taken the word "Gabapentin" in the
11 report and simply put Neurontin and then a little
12 trademark or copyright symbol, would it have
13 changed the outcome of the report?
14 A. No.
15 Q. It would have been the same thing?
16 A. Correct.
17 Q. Is it fair to say that this report focused on
18 bipolar patients as opposed to patients who might
19 have had some other primary presenting condition?
20 A. Yes.
21 Q. For example, in one of the limitations that you
22 discussed, there was a question as to the role, if
23 any, that a patient might have whose primary
24 presenting condition was chronic pain or who might
25 have a presenting condition of chronic pain

Page 167

1  secondary to some other medical problem.
2      This report did not focus on those patients,
3  did it?
4  A. Correct.
5  Q. Okay. Now, I want to ask you a question about --
6  as to bipolar patients and untreated states, that
7  is, patients who are not taking lithium or taking
8  Gabapentin or Neurontin as a primary medicine for
9  that condition.
10     Okay?
11 A. Okay.
12 Q. From the report, can you tell whether any of these
13 scenarios is true? It's kind of a multiple choice
14 question.
15     Scenario No. 1, that lithium and Gabapentin are
16 both protective for suicide as against a patient
17 who is taking no medicine whatsoever?
18     MR. HEGARTY: Object to the form.
19 Q. BY MR. LONDON: Can you tell that from this report?
20 A. No.
21 Q. Again, as to a patient who is not treated who has a
22 bipolar condition, can you tell from this report
23 whether lithium is protective against suicide or
24 attempted suicide whereas Gabapentin contributes to
25 setting up the conditions that can lead to suicide?

Page 168

1      MR. HEGARTY: Objection to the form.
2  A. No.
3  Q. BY MR. LONDON: And finally, can you tell from this
4  report as against a patient who is not receiving
5  either of those medications for treatment whether
6  both lithium and Gabapentin contribute to setting
7  up those conditions that lead to suicide or suicide
8  attempt?
9      MR. HEGARTY: Objection to the form.
10 A. No.
11 Q. BY MR. LONDON: Was this report designed to lead to
12 any of those conclusions?
13 A. No.
14 Q. Or to assess any of those questions?
15 A. No.
16 Q. All right. Did you intend for a scientist or a
17 lawyer or a judge or a jury reading your report to
18 draw any of those conclusions from it?
19 A. No.
20 Q. Now, I want to ask a different question in the way
21 my colleague asked it, if I may.
22     Based on the report, is it a valid scientific
23 conclusion to say that a patient who takes
24 Gabapentin while experiencing a bipolar diagnosis,
25 that is, is a bipolar patient taking Gabapentin,