EXHIBIT 87

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**McFarland, Bentson (FP Expert)**
**11/5/2007**

**Printed : 3/20/2008**

**Page 201**

1  attempt but just not as much as lithium?
2      MR. LONDON: Objection; form.
3  A. That would not be inconsistent.
4  Q. BY MR. HEGARTY: Okay. Would it -- is it also
5  correct that given the statements in your article
6  that you did not intend to offer statements or
7  opinions as to Neurontin and suicide or suicide
8  attempt generally with respect to any patient
9  taking the medication?
10 A. Correct.
11 Q. Okay.
12     Would you go back up to another -- I think the
13 statement before implication. Can you search for
14 that?
15     Dr. McFarland, you were asked the question by
16 Mr. London, "Given my understanding and your
17 response, is there a true patient population for
18 whom taking Gabapentin is a greater risk of setting
19 up those factors that lead to suicide than is
20 lithium?"
21     If we go down to your answer, you said, "That's
22 the implication of the findings."
23     In anywhere in your article is there the
24 statement made that an implication from your
25 findings is that --

**Page 202**

1      Go on up.
2  -- there is a true patient population for whom
3  taking Gabapentin is a greater risk of setting up
4  those factors that lead to suicide than is lithium?
5      MR. LONDON: Objection; form. And, again, I
6  object because of the parsing of words. If the
7  intent was only to have the article verbatim
8  without your asking what it meant, you should have
9  simply attached the article and not taken the
10 deposition. When you began asking him questions,
11 you began opening those doors.
12     MR. HEGARTY: I strongly disagree.
13     MR. LONDON: I understand you do.
14     MR. HEGARTY: It was represented to the court
15 before we took this deposition that there would not
16 be any opinions offered that were not specifically
17 referenced in this article.
18     MR. LONDON: Nor have there been with the
19 possible exception of my last one, which I'm
20 willing to let the court decide. But anytime you
21 ask him a question about what the report means and
22 he answers it, you can't say that it's outside the
23 corners of his report.
24     MR. HEGARTY: That was not -- my question has
25 to do with whether the statement --

**Page 203**

1  Q. BY MR. HEGARTY: First of all, do you anywhere in
2  your report use the word "implication of the
3  findings of the study"?
4  A. Not to my knowledge.
5  Q. Do you anywhere in your report make any statements
6  about the implications of what the study result
7  means to the general population?
8  A. No.
9  Q. In fact, you go on to state -- you state that it
10 remains unclear whether or not there is a
11 differential impact on suicide deaths among the
12 mood stabilizing agents, correct?
13 A. Correct.
14 Q. What did you mean by responding to Mr. London's
15 question the way you did?
16 A. I meant to answer his question.
17 Q. Okay. Well, let me read the question and then --
18 and I'll read your answer and you can tell me what
19 you meant by that answer.
20     His question was, "Given my understanding and
21 your response, is there a true patient population
22 for whom taking Gabapentin is a greater risk of
23 setting up those factors that lead to suicide than
24 is lithium?"
25     And your answer was, "That's the implication of

**Page 204**

1  the findings."
2      What did you mean by that answer?
3  A. What I meant was that, in my opinion, the findings
4  imply that there are individuals with bipolar
5  disorder who would be well advised to take lithium
6  instead of Gabapentin.
7      (Discussion off the record.)
8  Q. BY MR. HEGARTY: Dr. McFarland, you stated in
9  answer to my question that the findings imply that
10 there are individuals with bipolar disorder who
11 would be advised -- be well advised to take lithium
12 instead of Gabapentin.
13     Where is that reference -- where is that
14 statement in your article?
15 A. Nowhere.
16 Q. And from the study results in your article, what --
17     Can you go back up. Sorry.
18 -- individuals with bipolar disorder would be
19 well advised to take lithium instead of Gabapentin
20 based on the data that you report in the article?
21 A. I think Oregon Medicaid clients with diagnoses of
22 bipolar disorder.
23 Q. Do you -- is anywhere in your report contain your
24 advice to that group of patients?
25     MR. LONDON: Objection; form.