EXHIBIT 88

# CURRICULUM VITAE
## Sander Greenland

E-mail address:     lesdomes@ucla.edu

Office address:     Department of Epidemiology
                    UCLA School of Public Health
                    Los Angeles, California 90095-1772, U.S.A.

Telephone:          1-310-455-1197 (no fax)

## Education

1972    A.B.     University of California, Berkeley
                 Major: Mathematics; Minor: Psychology
                 Honors: Departmental Scholar; High Honors at Graduation; Phi Beta
                 Kappa

1973    M.A.     University of California, Berkeley
                 Major: Mathematics
                 Honors: Regents Fellowship in Mathematics

1976    M.S.     University of California, Los Angeles
                 Major: Public Health

1978    Dr.P.H.  University of California, Los Angeles
                 Major: Epidemiology; Minor: Mathematics
                 Honors: Regents Fellowship in Epidemiology

## Professional Positions

1973-74             Research Assistant, Department of Statistics, University of California,
                    Berkeley

1975-78             Statistician, UCLA School of Nursing and UCLA School of Public Health

Fall 1978           Assistant Professor of Health Sciences, California State University
                    Northridge

Winter 1979         Assistant Professor of Biostatistics, Harvard School of Public Health

Summer-Fall 1979    Assistant Research Epidemiologist, UCLA School of Public Health

1980-1984           Assistant Professor of Epidemiology, UCLA School of Public Health

1984-1989           Associate Professor of Epidemiology, UCLA School of Public Health

Fall 1985           Visiting Associate Professor of Biostatistics, University of Sydney School
                    of Public Health

1989-present        Professor of Epidemiology, UCLA School of Public Health (primary
                    appointment)

1995-present        Research Professor of Preventive Medicine, University of Southern California School of Medicine (collaborative appointment)

1999-present        Professor of Statistics, UCLA College of Letters and Science (secondary appointment)

**Professional Certifications and Honors**

1993:  Chartered Statistician and Fellow, Royal Statistical Society
1998:  Fellow, American Statistical Association

**Memberships**

American Statistical Association, Biometric Society, Royal Statistical Society, Society for Epidemiologic Research.

**Published Articles**

1.    Greenland, S. (1977). Response and follow-up bias in cohort studies. *American Journal of Epidemiology*, **106**, 184-187.

2.    Stern, E., Misczynski, M., Greenland, S., Damus, K. and Coulson, A. H. (1977). "Pap" testing and hysterectomy prevalence: a survey of communities with high and low cervical cancer rates. *American Journal of Epidemiology*, **105**, 295-309.

3.    Neutra, R. R., Fienberg, S. E., Greenland, S. and Friedman, E. A. (1978). The effect of fetal monitoring on neonatal death rates. *New England Journal of Medicine*, **299**, 324-326.

4.    Haile, R. W., Sullivan, C. B. and Greenland, S. (1978). Multiple sclerosis and dogs: a closer look. *Annals of Neurology*, **4**, 577-578.

5.    Greenland, S. (1978). Interaction of nitrites with food, drugs, and contaminants. *Journal of Environmental Health*, **41**, 214-217.

6.    Strassburg, M. A., Greenland, S. and Fannin, S. L. (1979). Vaccine failures in the epidemiology and control of measles. *American Journal of Public Health*, **69**, 1055-1057.

7.    Strassburg, M. A. and Greenland, S. (1979). Methodologic problems in evaluating the carcinogenic risk potential of environmental agents. *Journal of Environmental Health*, **41**, 214-217.

8.    Greenland, S. (1979). Limitations of the logistic analysis of epidemiologic data. *American Journal of Epidemiology*, **110**, 693-698.

9.    Strassburg, M. A., Marquard, J., Fannin, S. L. and Greenland, S. (1980). Rubella on a university campus: an evaluation of case immunity histories. *Nursing Research*, **29**, 390-391.

10.    Scalzi, C. C., Burke, L. E. and Greenland, S. (1980). Evaluation of an inpatient
       educational program for coronary patients and families. *Heart and Lung*, **9**, 846-853.

11.    Neutra, R. R., Greenland, S. and Friedman, E. A. (1980). The effect of fetal monitoring
       on cesarean section rates. *Obstetrics and Gynecology*, **55**, 175-180.

12.    Rothman, K. J., Greenland, S. and Walker, A. M. (1980). Concepts of interaction.
       *American Journal of Epidemiology*, **112**, 467-470.

13.    Greenland, S., Reisbord, L. S., Haldeman, S. and Buerger, A. A. (1980). Controlled
       clinical trials of manipulation: a review and a proposal. *Journal of Occupational
       Medicine*, **22**, 670-676.

14.    Greenland, S. and Neutra, R. R. (1980). Control of confounding in the assessment of
       medical technology. *International Journal of Epidemiology*, **9**, 361-367.

15.    Greenland, S. (1980). The effect of misclassification in the presence of covariates.
       *American Journal of Epidemiology*, **112**, 564-569.

16.    Strassburg, M. A., Greenland, S., Marron, J. A. and Mahoney, L. E. (1981). Animal bites:
       patterns of treatment. *Annals of Emergency Medicine*, **10**, 193-197.

17.    Stewart, M. E., Greenland, S. and Hoffman, J. S. (1981). First-aid treatment for
       poisonous snakebite: are currently recommended procedures justified? *Annals of
       Emergency Medicine*, **10**, 331-335.

18.    Neutra, R. R., Greenland, S. and Friedman, E. A. (1981). The relationship between
       electronic fetal monitoring and the Apgar score. *American Journal of Obstetrics and
       Gynecology*, **140**, 440-445.

19.    Greenland, S., Watson, E. and Neutra, R. R. (1981). The case-control method in medical
       care evaluation. *Medical Care*, **19**, 872-878.

20.    Greenland, S., Neutra, R. R. and Galan, R. (1981). An attempt at measuring the impact of
       sanitation and economics on health: a reanalysis of the Colombian National Health
       Survey. *Public Health*, **95**, 264-272.

21.    Greenland, S., Morgenstern, H. and Thomas, D. C. (1981). Considerations in determining
       matching criteria and stratum sizes for case-control studies. *International Journal of
       Epidemiology*, **10**, 389-392.

22.    Greenland, S. and Criqui, M. H. (1981). Are case-control studies more vulnerable to
       response bias? *American Journal of Epidemiology*, **114**, 175-177.

23.    Greenland, S. and Neutra, R. R. (1981). An analysis of detection bias and proposed
       corrections in the study of estrogens and endometrial cancer. *Journal of Chronic
       Diseases*, **34**, 433-438.

24.    Greenland, S. (1981). Multivariate estimation of exposure-specific incidence from case-control studies. *Journal of Chronic Diseases*, **34**, 445-453.

25.    Hazaleus, R. E., Greenland, S. and Berdischewsky, M. (1982). Injectable cephalosporin use in a community teaching hospital. *American Journal of Hospital Pharmacy*, **39**, 482-483.

26.    Greenland, S., Staisch, K. J., Brown, N. and Gross, S. J. (1982). The effects of marijuana use during pregnancy I: a preliminary epidemiologic study. *American Journal of Obstetrics and Gynecology*, **143**, 408-413. Edited version reprinted as "The effect of marijuana on human pregnancy, labor, and delivery", *Neurobiobehavioral Toxicology*, 4, 447-450 (1982).

27.    Greenland, S. and Thomas, D. C. (1982). On the need for the rare disease assumption in case-control studies. *American Journal of Epidemiology*, **116**, 547-553.

28.    Greenland, S. (1982). Interpretation and estimation of summary ratios under heterogeneity. *Statistics in Medicine*, **1**, 217-227.

29.    Greenland, S. (1982). The effect of misclassification in matched-pair case-control studies. *American Journal of Epidemiology*, **116**, 402-406.

30.    Strassburg, M. A., Greenland, S. and Wang, S. M. (1983). A correlational study of neural tube defects and infectious diseases. *Public Health*, **97**, 275-284.

31.    Strassburg, M. A., Greenland, S., Portigal, L. D. and Sever, L. E. (1983). A population-based case-control study of anencephalus and spina bifida aperta in a low-risk area. *Developmental Medicine and Child Neurology*, **25**, 632-641.

32.    Thomas, D. C. and Greenland, S. (1983). The relative efficiencies of matched and independent sample designs for case-control studies. *Journal of Chronic Diseases*, **36**, 685-697.

33.    Strassburg, M. A. and Greenland, S. (1983). Anencephaly and spina bifida aperta: a study of secular trends, seasonality, and geographic distribution in a low-risk area. *Neuroepidemiology*, **2**, 5-15.

34.    Greenland, S., Richwald, G. A. and Honda, G. D. (1983). The effects of marijuana use during pregnancy II: a study in a low-risk home-delivery population. *Drug and Alcohol Dependence*, **11**, 359-366.

35.    Greenland, S. and Kleinbaum, D. G. (1983). Correcting for misclassification in two-way tables and matched-pair studies. *International Journal of Epidemiology*, **12**, 93-97.

36.    Greenland, S. (1983). Tests for interaction in epidemiologic studies: a review and a study of power. *Statistics in Medicine*, **2**, 243-251.

37.    Greenland, S. (1984). A counterexample to the test-based principle of setting confidence limits. *American Journal of Epidemiology*, **120**, 4-7.

38.    Greenland, S. (1984). Bias in methods for deriving standardized morbidity ratios and attributable fraction estimates. *Statistics in Medicine*, **3**, 131-141.

39.    Strassburg, M. A., Greenland, S., Stephenson, T. G., Weiss, B. P., Auerbach, D., Habel, L. A. and Lieb, L. E. (1985). Clinical effectiveness of rubella vaccine in a college population. *Vaccine*, **3**, 109-112.

40.    Reisbord, L. S. and Greenland, S. (1985). Factors associated with self-reported back-pain prevalence: a population-based study. *Journal of Chronic Diseases*, **38**, 691-702.

41.    Thomas, D. C. and Greenland, S. (1985). The efficiency of matching in case-control studies of risk-factor interactions. *Journal of Chronic Diseases*, **38**, 569-574.

42.    Greenland, S., Olsen, J., Rachootin, P. and Thomsen-Pederson, G. (1985). The effects of electronic fetal monitoring on rates of early neonatal death, low Apgar score, and cesarean section. *Acta Obstetricia et Gynecologica Scandinavica*, **64**, 75-80.

43.    Greenland, S. and Robins, J. M. (1985). Confounding and misclassification. *American Journal of Epidemiology*, **122**, 495-506.

44.    Greenland, S. and Robins, J. M. (1985). Estimation of a common effect parameter from sparse follow-up data. *Biometrics*, **41**, 55-68.

45.    Greenland, S. (1985). Elementary models for biological interaction (invited paper). *Journal of Hazardous Materials*, **10**, 449-454.

46.    Greenland, S. (1985). An application of logistic response models to the analysis of ordinal responses. *Biometrical Journal*, **27**, 189-197.

47.    Greenland, S. (1985). Control-initiated case-control studies. *International Journal of Epidemiology*, **14**, 130-134.

48.    Greenland, S. (1985). Power, sample size, and smallest detectable effect determination for multivariate studies. *Statistics in Medicine*, **4**, 117-127.

49.    Robins, J. M., Breslow, N. E. and Greenland, S. (1986). Estimators of the Mantel-Haenszel variance consistent in both sparse-data and large-stratum limiting models. *Biometrics*, **42**, 311-323.

50.    Strassburg, M. A., Greenland, S., Sorvillo, F. J., Lieb, L. E. and Habel, L. A. (1986). Influenza in the elderly: a report of an outbreak and a review of previous vaccine effectiveness reports. *Vaccine*, **4**, 38-44.

51.   Robins, J. M., Greenland, S. and Breslow, N. E. (1986). A general estimator for the variance of the Mantel-Haenszel odds ratio. *American Journal of Epidemiology*, **124**, 719-723.

52.   Robins, J. M. and Greenland, S. (1986). The role of model selection in causal inference from nonexperimental data. *American Journal of Epidemiology*, **123**, 392-402.

53.   Greenland, S., Schlesselman, J. J. and Criqui, M. H. (1986). The fallacy of employing standardized regression coefficients and correlations as measures of effect. *American Journal of Epidemiology*, **123**, 203-208.

54.   Greenland, S., Thomas, D. C. and Morgenstern, H. (1986). The rare-disease assumption revisited: a critique of "Estimators of relative risk for case-control studies". *American Journal of Epidemiology*, **124**, 869-876.

55.   Greenland, S. and Robins, J. M. (1986). Identifiability, exchangeability, and epidemiological confounding. *International Journal of Epidemiology*, **15**, 413-419.

56.   Greenland, S. (1986). Partial and marginal matching in case-control studies (invited paper). In Moolgavkar, S. H. and Prentice, R. L. (eds.), *Modern Statistical Methods in Chronic Disease Epidemiology*. New York, Wiley, 35-49.

57.   Greenland, S. (1986). Adjustment of risk ratios in case-base studies (hybrid epidemiologic designs). *Statistics in Medicine*, **5**, 579-584.

58.   Greenland, S. (1986). Estimating variances of standardized estimators in case-control studies and sparse data. *Journal of Chronic Diseases*, **39**, 473-477.

59.   Greenland, S. (1987). Interpretation and choice of effect measures in epidemiologic analysis. *American Journal of Epidemiology*, **125**, 761-768.

60.   Greenland, S. (1987). Bias in indirectly adjusted comparisons due to taking the total study population as the reference group. *Statistics in Medicine*, **6**, 193-195.

61.   Greenland, S. (1987). Quantitative methods in the review of epidemiologic literature. *Epidemiologic Reviews*, **9**, 1-30.

62.   Greenland, S. (1987). Interpreting time-related trends in effect estimates. *Journal of Chronic Diseases*, **40**, suppl. 2, 17-24.

63.   Greenland, S. (1987). Variance estimators for attributable fraction estimates consistent in both large strata and sparse data. *Statistics in Medicine*, **6**, 701-708.

64.   Greenland, S. (1987). Estimation of exposure-specific rates from sparse case-control data. *Journal of Chronic Diseases*, **40**, 1087-1094.

65.   Honda, G. D., Bernstein, L., Ross, R. K., Greenland, S., Gerkins, V. and Henderson, B. E. (1988). Vasectomy, cigarette smoking, and age at first sexual intercourse as risk factors for prostate cancer in middle-aged men. *British Journal of Cancer*, **57**, 326-331.

66.   Richwald, G. A., Greenland, S., Johnson, B. J., Friedland, J. M., Goldstein, E. J. C. and Plichta, D. T. (1988). An assessment of the excess risk of serious *Salmonella dublin* infection associated with the use of certified raw milk. *Public Health Reports*, **103**, 489-493.

67.   Baker, D. B., Greenland, S., Mendlein, J. and Harmon, P. (1988). A health study of two communities near the Stringfellow waste disposal site. *Archives of Environmental Health*, **43**, 325-334.

68.   Greenland, S. and Morgenstern, H. (1988). Classification schemes for epidemiologic research designs. *Journal of Clinical Epidemiology*, **41**, 715-716.

69.   Greenland, S. and Frerichs, R.R. (1988). On measures and models for the effectiveness of vaccines and vaccination programs. *International Journal of Epidemiology*, **17**, 456-463.

70.   Greenland, S. and Poole, C. (1988). Invariants and noninvariants in the concept of interdependent effects. *Scandinavian Journal of Work, Environment, and Health*, **14**, 125-129.

71.   Greenland, S. and Mickey, R.M. (1988). Closed-form and dually consistent methods for inference on collapsibility in 2×J×K tables. *Applied Statistics*, **37**, 335-343.

72.   Greenland, S. and Robins, J.M. (1988). Conceptual problems in the definition and interpretation of attributable fractions. *American Journal of Epidemiology*, **128**, 1185-1197.

73.   Greenland, S. (1988). Probability versus Popper: An elaboration of the insufficiency of current Popperian approaches in epidemiologic analysis (invited paper). In Rothman, K.J. (ed.) *Causal Inference*. Chestnut Hill, MA, Epidemiology Resources Incorporated, 95-104.

74.   Greenland, S. (1988). On sample-size and power calculations for studies using confidence intervals. *American Journal of Epidemiology*, **128**, 231-237.

75.   Greenland, S. (1988). Significance tests versus continuity principles in scientific applications of statistics (invited paper). *1987 Proceedings of the Section on Statistical Education*. Alexandria, VA, American Statistical Association, 57-58.

76.   Greenland, S. (1988). Variance estimation for epidemiologic effect estimates under misclassification. *Statistics in Medicine*, **7**, 745-757.

77.   Greenland, S. (1988). Statistical uncertainty due to misclassification: implications for validation substudies. *Journal of Clinical Epidemiology*, **41**, 1167-1176.

78.  Khoury, M. J., Flanders, W. D., Greenland, S. and Adams, M. J. (1989). On the measurement of susceptibility in epidemiologic studies. *American Journal of Epidemiology*, **129**, 183-190.

79.  Kraus, J. F., Greenland, S. and Bulterys, M. G. (1989). Risk factors for sudden infant death syndrome in the U.S. Collaborative Perinatal Project. *International Journal of Epidemiology*, **18**, 113-120.

80.  Richwald, G. A., Greenland, S., Gerber, M. M., Potik, R., Kersey, L. and Gallagher, D. M. (1989). Effectiveness of the cavity-rim cervical cap: results of a large clinical study. *Obstetrics and Gynecology*, **74**, 143-148.

81.  Mickey, R. M. and Greenland, S. (1989). The impact of confounder selection criteria on effect estimation. *American Journal of Epidemiology*, **129**, 125-127.

82.  Robins, J. M. and Greenland, S. (1989). Estimability and estimation of excess and etiologic fractions. *Statistics in Medicine*, **8**, 845-859.

83.  Robins, J. M. and Greenland, S. (1989). The probability of causation under a stochastic model for individual risks. *Biometrics*, **46**, 1125-1138.

84.  Greenland, S. and Morgenstern, H. (1989). What is directionality? *Journal of Clinical Epidemiology*, **42**, 821-824.

85.  Greenland, S. and Morgenstern, H. (1989). Ecological bias, confounding, and effect modification. *International Journal of Epidemiology*, **46**, 1125-1138. (Erratum: 1991, **48**, 824)

86.  Greenland, S. (1989). Modeling and variable selection in epidemiologic analysis. *American Journal of Public Health*, **79**, 340-349.

87.  Greenland, S. (1989). Cautions in the use of preliminary-test estimators. *Statistics in Medicine*, **8**, 669-673.

88.  Greenland, S. (1989). Generalized Mantel-Haenszel estimators for K 2×J tables. *Biometrics*, **45**, 183-191.

89.  Greenland, S. (1989). On correcting for misclassification in twin studies and other matched-pair studies. *Statistics in Medicine*, **8**, 825-829.

90.  Greenland, S. (1989). Reader reaction: Confounding in epidemiologic studies. *Biometrics*, **45**, 1309-1310.

91.  Chow, J. M., Yonekura, M. L., Richwald, G. A., Greenland, S., Sweet, R. L. and Schachter, J. (1990). The association between *Chlamydia trachomatis* and ectopic pregnancy: a matched case-control study. *Journal of the American Medical Association*, **263**, 3164-3167.

92.    Drews, C., Kraus, J. F. and Greenland, S. (1990). Recall bias in a case-control study of sudden infant death syndrome. *International Journal of Epidemiology*, **19**, 405-411.

93.    Savitz, D. A., Greenland, S., Stolley, P. D. and Kelsey, J. L. (1990). Scientific standards of criticism: a response to "Scientific standards in epidemiologic studies of the menace of daily life" by A. R. Feinstein. *Epidemiology*, **1**, 78-83.

94.    Bulterys, M. G., Greenland, S. and Kraus, J. F. (1990). Chronic fetal hypoxia and sudden infant death syndrome: Interaction between maternal smoking and low hematocrit during pregnancy. *Pediatrics*, **86**, 535-540.

95.    Morgenstern, H. and Greenland, S. (1990). Graphing ratio measures of effect. *Journal of Clinical Epidemiology*, **43**, 539-542.

96.    Drews, C. and Greenland, S. (1990). The impact of differential recall on the results of case-control studies. *International Journal of Epidemiology*, **19**, 1107-1112.

97.    Greenland, S. and Morgenstern, H. (1990). Matching and efficiency in cohort studies. *American Journal of Epidemiology*, **131**, 151-159.

98.    Greenland, S. and Salvan, A. (1990). Bias in the one-step method for pooling study results. *Statistics in Medicine*, **9**, 247-252.

99.    Greenland, S. (1990). Randomization, statistics, and causal inference. *Epidemiology*, **1**, 421-429.

100.   Robins, J. M. and Greenland, S. (1991). Estimability and estimation of expected years of life lost due to a hazardous exposure. *Statistics in Medicine*, **10**, 79-93.

101.   Kass, P. and Greenland, S. (1991). Collapsibility, comparability, and epidemiologic confounding. *Journal of the American Veterinary Medical Association*, **11**, 1569-1573.

102.   Flanders, W. D. and Greenland, S. (1991). Analytic methods for two-stage case-control studies and other stratified designs. *Statistics in Medicine*, **10**, 739-747.

103.   Greenland, S., Maclure, M., Schlesselman, J. J., Poole, C. and Morgenstern, H. (1991). Standardized regression coefficients: A further critique and a review of alternatives. *Epidemiology*, **2**, 387-392.

104.   Greenland, S. and Holland, P. W. (1991). Estimating standardized risk differences from odds ratios. *Biometrics*, **47**, 319-322.

105.   Greenland, S. and Robins, J. M. (1991). Empirical-Bayes adjustments for multiple comparisons are sometimes useful. *Epidemiology*, **2**, 244-251.

106.   Greenland, S. (1991). Science versus advocacy: The challenge of Dr. Feinstein. *Epidemiology*, **2**, 72-79.

107.    Greenland, S. (1991). Those who were wrong are still wrong (Invited Commentary). *American Journal of Epidemiology*, **113**, 435-436.

108.    Greenland, S. (1991). Estimating standardized parameters from generalized linear models. *Statistics in Medicine*, **10**, 1069-1074.

109.    Greenland, S. (1991). A mathematical analysis of the "epidemiologic necropsy". *Annals of Epidemiology*, **1**, 551-558.

110.    Greenland, S. (1991). Reducing mean squared error in the analysis of stratified epidemiologic studies. *Biometrics*, **47**, 773-775.

111.    Greenland, S. (1991). On the logical justification of conditional tests for two-by-two contingency tables. *The American Statistician*, **45**, 248-251.

112.    Brenner, H., Savitz, D. A., Jöckel, K.-H. and Greenland, S. (1992). The effects of nondifferential misclassification in ecologic studies. *Epidemiology*, **3**, 85-95.

113.    Brenner, H., Greenland, S. and Savitz, D. A. (1992). The effects of nondifferential confounder misclassification in ecologic studies. *Epidemiology*, **3**, 456-459.

114.    Maclure, M. and Greenland, S. (1992). Tests for trend and dose-response: misinterpretations and alternatives. *American Journal of Epidemiology*, **135**, 96-104.

115.    Robins, J. M. and Greenland, S. (1992). Identifiability and exchangeability for direct and indirect effects. *Epidemiology*, **3**, 143-155.

116.    Greenland, S. and Longnecker, M. P. (1992). Methods for trend estimation from summarized dose-response data, with applications to meta-analysis. *American Journal of Epidemiology*, **135**, 1301-1309.

117.    Greenland, S. (1992). A semi-Bayes approach to the analysis of correlated associations, with an application to an occupational cancer-mortality study. *Statistics in Medicine*, **11**, 219-230.

118.    Greenland, S. (1992). Likelihood-ratio testing as a diagnostic method for small-sample regressions. *Annals of Epidemiology*, **2**, 311-316.

119.    Greenland, S. (1992). Divergent biases in ecologic and individual-level studies. *Statistics in Medicine*, **11**, 1209-1223.

120.    Sahl, J. D., Kelsh, M. A. and Greenland, S. (1993). Cohort and nested case-control studies of hematopoietic cancers among electric utility workers. *Epidemiology*, **4**, 104-114.

121.    Berlin, J. A., Longnecker, M. P. and Greenland, S. (1993). Meta-analysis of epidemiologic dose-response data. *Epidemiology*, **4**, 218-228.

122.   Brenner, H., Gefeller, O. and Greenland, S. (1993). Risk and rate advancement periods as measures of exposure impact on the occurrence of disease. *Epidemiology*, **4**, 229-236.

123.   Drews, C., Greenland, S. and Flanders, W. D. (1993). The use of restricted controls to prevent recall bias in case-control studies of reproductive outcomes. *Annals of Epidemiology*, **3**, 86-92.

124.   Maldonado, G. and Greenland, S. (1993). Interpreting model coefficients when the true model form is unknown. *Epidemiology*, **4**, 310-318.

125.   Maldonado, G. and Greenland, S. (1993). A simulation study of confounder-selection strategies. *American Journal of Epidemiology*, **138**, 923-936.

126.   Greenland, S. and Brenner, H. (1993). Correcting for nondifferential misclassification in ecologic analyses. *Applied Statistics*, **42**, 117-126.

127.   Greenland, S. and Drescher, K. (1993). Maximum-likelihood estimation of attributable fractions from logistic models. *Biometrics*, **49**, 865-872.

128.   Greenland, S. (1993). Basic problems in interaction assessment (invited paper). *Environmental Health Perspectives*, **101**, Suppl. 4, 59-66.

129.   Greenland, S. (1993). Additive-risk versus additive relative-risk models. *Epidemiology*, **4**, 32-36.

130.   Greenland, S. (1993). Summarization, smoothing, and inference. *Scandinavian Journal of Social Medicine*, **21**, 227-232.

131.   Greenland, S. (1993). Methods for epidemiologic analyses of multiple exposures: A review and a comparative study of maximum-likelihood, preliminary testing, and empirical-Bayes regression. *Statistics in Medicine*, **12**, 717-736.

132.   Greenland, S. (1993). A meta-analysis of coffee, myocardial infarction, and sudden coronary death. *Epidemiology*, **4**, 366-374.

133.   Weinberg, C. R., Umbach, D. M. and Greenland, S. (1994). When will nondifferential misclassification preserve the direction of a trend? *American Journal of Epidemiology*, **140**, 565-571.

134.   Ackerman, D. L., Greenland, S., Morgenstern, H. and Bystritsky, A. (1994). Predictors of treatment response in obsessive compulsive disorder: Multivariate analyses from a multicenter trial of clomipramine. *Journal of Clinical Psychopharmacology*, **14**, 247-254.

135.   Witte, J. S., Greenland, S., Haile, R. W. and Bird, C. L. (1994). Hierarchical regression analysis applied to a study of multiple dietary exposures and breast cancer. *Epidemiology*, **5**, 612-621.

136.   Maldonado, G. and Greenland, S. (1994). A comparison of the performance of model-based confidence intervals when the correct model form is unknown. *Epidemiology*, **5**, 171-182.

137.   Robins, J. M. and Greenland, S. (1994). Adjusting for differential rates of prophylaxis therapy for PCP in high- versus low-dose AZT treatment arms in an AIDS randomized trial. *Journal of the American Statistical Association*, **89**, 737-749.

138.   Greenland, S., Salvan, A., Wegman, D. H., Hallock, M. F. and Smith, T. J. (1994). A case-control study of cancer mortality at a transformer-assembly facility. *International Archives of Occupational and Environmental Health*, **66**, 49-54.

139.   Greenland, S. and Poole, C. (1994). Empirical-Bayes approaches to occupational and environmental hazard surveillance. *Archives of  Environmental Health*, **49**, 9-16.

140.   Greenland, S. and Robins, J. M. (1994). Ecologic studies: Biases, misconceptions, and counterexamples (invited commentary). *American Journal of Epidemiology*, **139**, 747-760.

141.   Greenland, S. and Robins, J. M. (1994). Accepting the limits of ecologic studies (invited commentary). *American Journal of Epidemiology*, **139**, 769-771.

142.   Greenland, S. and Maldonado, G. (1994). Inference on collapsibility in generalized linear models. *Biometrical Journal*, **36**, 771-782.

143.   Greenland, S. and Maldonado, G. (1994). The interpretation of multiplicative model parameters as standardized parameters. *Statistics in Medicine*, **13**, 989-999.

144.   Greenland, S. (1994). A critical look at some popular meta-analytic methods (invited commentary). *American Journal of Epidemiology*, **140**, 290-296.

145.   Greenland, S. (1994). Quality scores are useless and potentially misleading (invited commentary). *American Journal of Epidemiology*, **140**, 300-301.

146.   Greenland, S. (1994). Hierarchical regression for epidemiologic analyses of multiple exposures (invited paper). *Environmental Health Perspectives*, **109**, suppl. 8, 33-39.

147.   Greenland, S. (1994). Can meta-analysis be salvaged? (invited commentary). *American Journal of Epidemiology*, **140**, 783-787.

148.   Greenland, S. (1994). Modeling risk ratios from matched-cohort data: an estimating-equation approach. *Applied Statistics*, **43**, 223-232.

149.   Greenland, S. (1994). Alternative models for ordinal logistic regression. *Statistics in Medicine*, **13**, 1665-1677.

150.    Working Group on Meta-Analysis in Environmental Epidemiology (1995). Guidelines for application of meta-analysis in environmental epidemiology. *Regulatory Toxicology and Pharmacology*, **22**, 189-197.

151.    Ursin, G., Longnecker, M. P., Haile, R. W. and Greenland, S. (1995). A meta-analysis of body mass index and risk of premenopausal breast cancer. *Epidemiology*, **6**, 137-141.

152.    Finkle, W. D., Greenland, S., Miettinen, O. S. and Ziel, H. K. (1995). Endometrial cancer risk after discontinuing use of unopposed conjugated estrogens. *Cancer Causes and Control*, **6**, 99-102.

153.    Coleman, A. L. and Greenland, S. (1995). Glaucoma outcome studies using existing databases: opportunities and limitations. *Journal of Glaucoma*, **4**, 295-298.

154.    Joffe, M. M. and Greenland, S. (1995). Standardized estimates from categorical regression models. *Statistics in Medicine*, **14**, 2131-2141.

155.    Greenland, S. and Poole, C. (1995). Interpretation and analysis of differential exposure variability and zero-exposure categories for continuous exposures. *Epidemiology*, **6**, 326-328.

156.    Greenland, S. and Ackerman, D. L. (1995). Clomiphene citrate and neural-tube defects: A pooled analysis of controlled epidemiologic studies and recommendations for future studies. *Fertility and Sterility*, **64**, 935-941.

157.    Greenland, S. and Finkle, W. D. (1995). A critical look at methods for handling missing covariates in epidemiologic regression analysis. *American Journal of Epidemiology*, **142**, 1255-1264.

158.    Greenland, S. (1995). Dose-response and trend analysis: Alternatives to category-indicator regression. *Epidemiology*, **6**, 356-365.

159.    Greenland, S. (1995). Avoiding power loss association with categorization and ordinal scores in dose-response and trend analysis. *Epidemiology*, **6**, 450-454.

160.    Greenland, S. (1995). Problems in the average-risk interpretation of categorical dose-response analyses. *Epidemiology*, **6**, 563-565.

161.    Ackerman, D. L., Greenland, S. and Bystritsky, A. (1996). Relationship between early side effects and therapeutic effects of clomipramine therapy in obsessive-compulsive disorder. *Journal of Clinical Psychopharmacology*, **16**, 324-328.

162.    Ackerman, D. L., Greenland, S. and Bystritsky, A. (1996). Use of receiver-operator characteristic (ROC) curve analysis to evaluate predictors of response to clomipramine therapy. *Psychopharmacology Bulletin*, **32**, 157-165.

163.    Maldonado, G. and Greenland, S. (1996). Impact of model-form selection on rate estimation. *Epidemiology*, **7**, 46-54.

164.    Witte, J. S. and Greenland, S. (1996). Simulation study of hierarchical regression. *Statistics in Medicine*, **15**, 1161-1170.

165.    Boshuizen, H. and Greenland, S. (1996). Estimation of differences and ratios of average age at first occurrence. *Biometrical Journal*, **38**, 387-392.

166.    Robins, J. M. and Greenland, S. (1996). Comment: The estimation of global average treatment effects using instrumental variables. *Journal of the American Statistical Association*, **91**, 456-458.

167.    Greenland, S., Leib, L., Simon, P., Ford, W. and Kerndt, P. (1996). Evidence for late growth of the HIV epidemic among African-American men and younger male cohorts in Los Angeles County. *Journal of Acquired Immune Deficiency Syndromes and Human Retrovirology*, **11**, 401-409.

168.    Greenland, S. and Finkle, W. D. (1996). A case-control study of prosthetic implants and selected chronic diseases. *Annals of Epidemiology*, **6**, 530-540.

169.    Greenland, S. (1996). Confounding and exposure trends in case-crossover and case-time-control designs. *Epidemiology*, **7**, 231-239.

170.    Greenland, S. (1996). Basic methods for sensitivity analysis of bias. *International Journal of Epidemiology*, **25**, 1107-1116.

171.    Greenland, S. (1996). Absence of confounding does not correspond to collapsibility of the rate ratio or rate difference. *Epidemiology*, **7**, 498-501.

172.    Greenland, S. (1996). Historical HIV incidence modelling in regional subgroups: Use of flexible discrete models with penalized splines based on prior curves. *Statistics in Medicine*, **15**, 513-525.

173.    Greenland, S. (1996). A lower bound for the correlation of exponentiated bivariate normal pairs. *The American Statistician*, **50**, 163-164.

174.    Ackerman, D. L., Greenland, S., Bystritsky, A. and Small, G. W. (1997). Characteristics of fluoxetine vs placebo responders in a randomized trial of geriatric depression. *Psychopharmacology*, **33**, 707-714.

175.    Aragaki, C. C., Greenland, S., Probst-Hensch, N. M. and Haile, R. W. (1997). Hierarchical modeling of gene-environment interactions: Estimating NAT2* genotype-specific dietary effects on adenomatous polyps. *Cancer Epidemiology Biomarkers and Prevention*, **6**, 307-314.

176.    Witte, J. S. and Greenland, S. (1997). A nested approach to evaluating dose-response and trend. *Annals of Epidemiology*, **7**, 188-193.

177.    Maldonado, G. and Greenland, S. (1997). The importance of critically interpreting simulation studies. *Epidemiology*, **8**, 453-456.

178.    Boshuizen, H. and Greenland, S. (1997). Average age at first occurrence as an alternative occurrence parameter in epidemiology. *International Journal of Epidemiology*, **26**, 867-872.

179.    Poole, C. and Greenland, S. (1997). How a court accepted a possible explanation. *The American Statistician*, **51**, 112-114.

180.    Greenland, S. (1997). Second-stage least squares versus penalized quasi-likelihood for fitting hierarchical models in epidemiologic analysis. *Statistics in Medicine*, **16**, 515-526.

181.    Zaffanella, L. E., Savitz, D. A., Greenland, S. and Ebi, K. L. (1998). The residential case-specular method to study wire codes, magnetic fields, and disease. *Epidemiology*, **9**, 16-20.

182.    Coleman, A. L., Yu, F. and Greenland, S. (1998). Annual predictions of adverse outcomes after glaucoma surgery in the United States. *Ophthalmic Epidemiology*, **5**, 29-40.

183.    Ziel, H. K., Finkle, W. D. and Greenland, S. (1998). Decline in incidence of endometrial cancer following use of opposed conjugated estrogens in a prepaid health plan. *Gynecologic Oncology*, **68**, 253-255.

184.    Coleman, A. L., Yu, F. and Greenland, S. (1998). Factors associated with elevated complication rates after partial-thickness or full-thickness glaucoma surgical procedures in the United States during 1994. *Ophthalmology*, **105**, 1165-1169.

185.    Michels, K. B., Greenland, S. and Rosner, B. A. (1998). Does body-mass index adequately capture the relation of body mass and body composition to health outcomes? *American Journal of Epidemiology*, **147**, 167-172.

186.    Ackerman, D. L., Greenland, S. and Bystritsky, A. (1998). Clinical characteristics of response to fluoxetine treatment of obsessive-compulsive disorder. *Journal of Clinical Psychopharmacology*, **18**, 185-192.

187.    Witte, J. S., Greenland, S. and Kim, L.-L. (1998). Software for hierarchical modelling of epidemiologic data. *Epidemiology*, **9**, 563-566.

188.    Maldonado, G. and Greenland, S. (1998). Factoring versus linear modelling in rate estimation: A simulation study of relative accuracy. *Epidemiology*, **9**, 432-435.

189.    Greenland, S., Satterfield, M. and Lanes, S. F. (1998). A meta-analysis of effects of the transdermal nicotine patch. *Drug Safety*, **18**, 297-308.

190.    Greenland, S. and Finkle, W. D. (1998). A case-control study of prosthetic implants and selected chronic diseases in Medicare claims data. *Annals of Epidemiology*, **8**, 319-326.

191.  Greenland, S. (1998). The sensitivity of a sensitivity analysis (invited paper). In: *1997 Proceedings of the Biometrics Section*, Alexandria, VA. American Statistical Association, 19-21.

192.  Greenland, S. (1998). Probability logic and probabilistic induction. *Epidemiology*, **9**, 322-332.

193.  Greenland, S. (1998). Induction versus Popper: Substance versus semantics. *International Journal of Epidemiology*, **27**, 543-548.

194.  Ebi, K. L., Zaffanella, L. E. and Greenland, S. (1999). Application of the case-specular method to two studies of wire codes and childhood leukemia. *Epidemiology*, **10**, 398-404.

195.  Ackerman, D. L., Greenland, S. and Bystritsky, A. (1999). Side effects as predictors of drug response in OCD. *Journal of Clinical Psychopharmacology*, **19**, 459-465.

196.  Robins, J. M., Greenland, S. and Hu, F. (1999). Estimation of the causal effect of time-varying exposure on the marginal means of a repeated binary outcome (with discussion). *Journal of the American Statistical Association*, **94**, 687-712.

197.  Poole, C. and Greenland, S. (1999). Random-effects meta-analyses are not always conservative. *American Journal of Epidemiology*, **150**, 469-475.

198.  Beyea, J. and Greenland, S. (1999). The importance of specifying the underlying biologic model in estimating the probability of causation. *Health Physics*, **76**, 269-274.

199.  McKelvey, W., Greenland, S., Chen, M.-J., Harper, J., Longnecker, M. P., Frankl, H. D., Lee, H. R. and Haile, R. W. (1999). A case-control study of the relation of colorectal adenatomatous polyps to foods containing hydrogenated oils. *Cancer Epidemiology Biomarkers and Prevention*, **8**, 519-524.

200.  Greenland, S., Michels, K. B., Robins, J. M., Poole, C. and Willett, W. C. (1999). Presenting statistical uncertainty in trends and dose-response relations. *American Journal of Epidemiology*, **149**, 1077-1086.

201.  Greenland, S., Pearl, J. and Robins, J. M. (1999). Causal diagrams for epidemiologic research. *Epidemiology*, **10**, 37-48.

202.  Greenland, S., Robins, J. M. and Pearl, J. (1999). Confounding and collapsibility in causal inference. *Statistical Science*, **14**, 29-46.

203.  Greenland, S. (1999). Multilevel modeling and model averaging. *Scandinavian Journal of Work Environment and Health*, **25**, Suppl. 4, 43-48.

204.  Greenland, S. (1999). A unified approach to the analysis of case-distribution (case-only) studies. *Statistics in Medicine*, **18**, 1-15.

205.  Greenland, S. (1999). The relation of the probability of causation to the relative risk and the doubling dose: A methodologic error that has become a social problem. *American Journal of Public Health*, **89**, 1166-1169.

206.  Anderson, C. L., Agran, P. F., Winn, D. G. and Greenland, S. (2000). Fatalities to occupants of cargo areas of pickup trucks. *Accident Analysis and Prevention*, **32**, 533-540.

207.  Steenland, K., Bray, I., Greenland, S. and Boffetta, P. (2000). Empirical-Bayes adjustments for occupational surveillance analysis. *Cancer Epidemiology Biomarkers and Prevention*, **9**, 895-903 (recipient of 2001 Statistical Science Award, *Best Applied Papers*).

208.  Witte, J. S., Greenland, S., Kim, L. L. and Arab, L.K. (2000). Multilevel modeling in epidemiology with GLIMMIX. *Epidemiology*, **11**, 684-688.

209.  Ackerman, D. L., Greenland, S., Bystritsky, A. and Small, G. W. (2000). Side effects and time course of response in a placebo-controlled trial of fluoxetine in geriatric depression. *Journal of Clinical Psychopharmacology*, **20**, 658-665.

210.  McKelvey, W., Greenland, S. and Sandler, R.S. (2000). A second look at the relation between colorectal adenomatous polyps and consumption of foods containing partially hydrogenated oils. *Epidemiology*, **11**, 469-473.

211.  Gareen, I., Greenland, S. and Morgenstern, H. (2000). Intrauterine devices and pelvic inflammatory disease: Meta-analyses of published studies, 1974-1990. *Epidemiology*, **11**, 589-597.

212.  Robins, J. M. and Greenland, S. (2000). Comment: The message of counterfactual causality. *Journal of the American Statistical Association*, **95**, 431-435.

213.  Greenland, S., Sheppard, A.R., Kaune, W.T., Poole, C. and Kelsh, M.A. (2000). A pooled analysis of magnetic fields, wire codes, and childhood leukemia. *Epidemiology*, **11**, 624-634.

214.  Greenland, S., Schwartzbaum, J.A. and Finkle, W.D. (2000). Problems from small samples and sparse data in conditional logistic regression analysis. *American Journal of Epidemiology*, **151**, 531-539.

215.  Greenland, S. and Finkle, W.D. (2000). A retrospective cohort study of implanted medical devices and selected chronic diseases in Medicare claims data. *Annals of Epidemiology*, **10**, 205-213.

216.  Greenland, S. and Robins, J.M. (2000). Epidemiology, justice, and the probability of causation. *Jurimetrics*, **40**, 321-340.

217.    Greenland, S. (2000). Principles of multilevel modelling. *International Journal of Epidemiology*, **29**, 158-167.

218.    Greenland, S. (2000). Causal analysis in the health sciences (invited paper). *Journal of the American Statistical Association*, **95**, 286-289.  Reprinted in:  Raftery, A.E., Tanner, M.A., and Wells, M.T. (2001).  *Statistics in the 21st Century*.  New York:  Chapman and Hall/CRC, 12-19.

219.    Greenland, S. (2000). Small-sample bias and corrections for conditional maximum-likelihood odds-ratio estimators. *Biostatistics*, **1**, 113-122.

220.    Greenland, S. (2000). An introduction to instrumental variables for epidemiologists. *International Journal of Epidemiology*, **29**, 722-729. (Erratum: 2000, **29**, 1102)

221.    Greenland, S. (2000). When should epidemiologic regressions use random coefficients? *Biometrics*, **56**, 915-921.

222.    Greenland, S. and Morgenstern, H. (2001). Confounding in health research. *Annual Reviews of Public Health*, **22**, 189-212.

223.    Greenland, S. and O'Rourke, K. (2001). On the bias produced by quality scores in meta-analysis, and a hierarchical view of proposed solutions. *Biostatistics*, **2**, 463-471.

224.    Greenland, S. and Christensen, R. (2001). Data augmentation for Bayesian and semi-Bayes analyses of conditional-logistic and proportional-hazards regression. *Statistics in Medicine*, **20**, 2421-2428.

225.    Greenland, S. (2001). Estimating population attributable fractions from fitted incidence ratios and exposure survey data, with an application to electromagnetic fields and childhood leukemia, *Biometrics*, **57**, 182-188.

226.    Greenland, S.  (2001). Sensitivity analysis, Monte-Carlo risk analysis, and Bayesian uncertainty assessment.  *Risk Analysis*, **21**, 579-583.

227.    Greenland, S. (2001). Putting background information about relative risks into conjugate priors. *Biometrics*, **57**, 663-670.

228.    Greenland, S. (2001). Attributable fractions:  Bias from broad definition of exposure. *Epidemiology,* **12**, 518-520.

229.    Greenland, S. (2001). Ecologic versus individual-level sources of confounding in ecologic estimates of contextual health effects.  *International Journal of Epidemiology*, **30**, 1343-1350.

230.    Harawa, N.T., Bingham, T., Cochran, S., Greenland, S. and Cunningham, W.E. (2002). HIV-1 prevalence among foreign- and U.S.-born public STD clinic clients. *American Journal of Public Health*, **92**, 1958-1963.

231.    Jiraphongsa, C., Danmoensawat, W., Greenland, S., Frerichs, R., Siraprapasiri, T., Glik, D.C. and Detels, R. (2002). Acceptance of HIV testing and counseling among unmarried young adults in Northern Thailand. *AIDS Education and Prevention*, **14**, 89-101.

232.    Ackerman, D.L., Unützer, J., Greenland, S. and Gitlin, M. (2002). Inpatient treatment of depression and associated hospital charges. *Pharmacoepidemiology and Drug Safety*, **11**, 219-227.

233.    Finkle, W.D., Adams, J.L., Greenland, S. and Melmon, K.L. (2002). Increased risk of injury following an initial prescription for diphenhydramine. *Annals of Allergy*, **89**, 244-250.

234.    Ackerman, D.L. and Greenland, S. (2002). A multivariate meta-analysis of controlled trials of OCD drug studies. *Journal of Clinical Psychopharmacology*, **22**, 309-317.

235.    Maldonado, G. and Greenland, S. (2002). Estimating causal effects (with discussion). *International Journal of Epidemiology*, **31**, 421-438.

236.    Greenland, S. and Brumback, B.A. (2002). An overview of relations among causal modelling methods. *International Journal of Epidemiology*, **31**, 1030-1037.

237.    Greenland, S. (2002). A review of multilevel theory for ecologic analyses. *Statistics in Medicine*, **21**, 389-395.

238.    Husson, G.H., Herrinton, L.J., Brox T., Finkle, W.D., Bernstein, A., Shoor, S. and Greenland, S. (2003). A cohort study of systemic and local complications of toe prostheses. *American Journal of Orthopedics*, **32**, 585-592.

239.    Rudy, E.T., Detels, R., Douglas, W. and Greenland, S. (2003). Factors affecting hepatitis vaccination refusal in a sexually transmitted disease clinic among men who have sex with men. *Sexually Transmitted Diseases*, 30, 411-418.

240.    Herrinton, L.J., Brox T., Greenland, S., Finkle, W.D., Cattolica, E. and Shoor, S. (2003). A cohort study of systemic and local complications following implantation of testicular prostheses. *Annals of Epidemiology*, **13**, 73-77.

241.    Gareen, I. F., Morgenstern, H., Greenland, S. and Gifford, D.S. (2003). Explaining the association between maternal age with cesarean delivery for nulliparous and parous women. *Journal of Clinical Epidemiology*, **56**, 1100-1110.

242.    Cummings, P., McKnight, B. and Greenland, S. (2003). Matched cohort methods for injury research. *Epidemiologic Reviews*, **25**, 43-50.

243.  Harawa, N.T., Greenland, S., Cochran, S.D., Cunningham, W.E. and Visscher, B.V. (2003). Do differences in relationship and partner attributes explain disparities in sexually transmitted disease among young white and black women? *Journal of Adolescent Health*, **32**, 187-191.

244.  Brumback, B.A., Greenland, S., Redman, M., Kiviat, N. and Diehr, P. (2003). The intensity-score approach to adjusting for confounding. *Biometrics*, **59**, 274-285.

245.  Greenland, S. (2003). Quantifying biases in causal models: classical confounding versus collider-stratification bias. *Epidemiology*, **14**, 300-306.

246.  Greenland S. (2003). Generalized conjugate priors for Bayesian analysis of risk and survival regressions. *Biometrics*, **59**, 92-99.

247.  Greenland, S. (2003). The impact of prior distributions for uncontrolled confounding and response bias: a case study of the relation of wire codes and magnetic fields to childhood leukemia. *Journal of the American Statistical Association*, **98**, 47-54.

248.  Christenfeld, N.J.S., Sloan, R.P., Carroll, D. and Greenland, S. (2004). Risk factors, confounding, and the illusion of statistical control. *Psychosomatic Medicine*, **66**, 868-875.

249.  Harawa, N.T., Greenland, S., Cochran, S.D., Bingham, T.A., Johnson, D., Cunningham, W.E., Celentano, D.D., Koblin, B.A., LaLota, M., MacKellar D.A., McFarland, W., Shehan, D., Stoyanoff, S., Thiede, H., Torian, L. and Valleroy, L.A. (2004). Associations of race/ethnicity with HIV prevalence and HIV-related behaviors among young men who have sex with men (MSM) in 7 urban centers in the United States. *Journal of Acquired Immune Deficiency Syndromes*, **35**, 526-536.

250.  Steenland, K. and Greenland, S. (2004). Monte-Carlo sensitivity analysis and Bayesian analysis of smoking as an unmeasured confounder in a study of silica and lung cancer. *American Journal of Epidemiology*, **160**, 384-392.

251.  Greenland, S., Gago-Domiguez, M. and Castellao, J.E. (2004). The value of risk-factor ("black-box") epidemiology (with discussion). *Epidemiology*, **15**, 519-535.

252.  Greenland, S. (2004). The need for critical appraisal of expert witnesses in epidemiology and statistics. *Wake Forest Law Review*, **39**, 291-310.

253.  Greenland, S. (2004). Bounding analysis as an inadequately specified methodology. *Risk Analysis*, **24**, 1085-1092.

254.  Greenland, S. (2004). Model-based estimation of relative risks and other epidemiologic measures in studies of common outcomes and in case-control studies. *American Journal of Epidemiology*, **160**, 301-305.

255.   Greenland, S. (2004). Interval estimation by simulation as an alternative to and extension of confidence intervals. *International Journal of Epidemiology*, **33**, 1389-1397.

256.   Kalantar-Zadeh, K., Kilpatrick, R.D., Kuwae, N., McAllister, C.J., Alcorn, H., Kopple, J.D., and Greenland, S. (2005). Revisiting outcome predictability of serum in hemodialysis patients: Time dependency, changes over time and population attributable fraction. *Nephrology Dialysis Transplantation*, **20**, 1880-1888.

257.   Kalantar-Zadeh, K., Kopple, J.D., Kilpatrick, R.D., McAllister, C.J., Shinaberger, C.S., Gjertson D.W., and Greenland, S. (2005). Association of morbid obesity and weight change over time with cardiovascular survival in hemodialysis population. *American Journal of Kidney Diseases*, **46**, 489-500.

258.   Hashibe, M., Straif, K., Tashkin, D.P., Morgenstern, H., Greenland, S., and Zhang, Z-F. (2005). A review of epidemiologic studies of marijuana use and cancer. *Alcohol*, **35**, 265-275.

259.   Kalantar-Zadeh, K., Kilpatrick, R.D., McAllister, C.J., Greenland, S., and Kopple, J.D. (2005). Reverse epidemiology of hypertension and cardiovascular death in the hemodialysis population. *Hypertension*, **45**, 811-817.

260.   Kaufman, S., Kaufman, J.S., MacLehose, R.F., Greenland, S. and Poole, C. (2005). Improved estimation of controlled direct effects in the presence of unmeasured confounding by intermediate variables. *Statistics in Medicine*, **24**, 1683-1702.

261.   Fox, M.P., Lash, T.L. and Greenland, S. (2005). A method to automate probabilistic sensitivity analyses of misclassified binary variables. *International Journal of Epidemiology*, **34**, 1370-1377.

262.   Jurek, A.M., Greenland, S., Maldonado, G.M. and Church, T.R. (2005). Proper interpretation of nondifferential misclassification effects: expectations versus observations. *International Journal of Epidemiology*, **34**, 680-687.

263.   Rothman, K.J. and Greenland, S. (2005). Causation and causal inference in epidemiology (invited paper). *American Journal of Public Health*, **95** (supplement), S144-S150.

264.   Greenland, S. (2005). Epidemiologic measures and policy formulation: Lessons from potential outcomes (with discussion). *Emerging Themes in Epidemiology*, **2**, 1-4.

265.   Greenland, S. (2005). Multiple-bias modeling for analysis of observational data (with discussion). *Journal of the Royal Statistical Society*, Series A, **168**, 267-308.

266.   Hashibe, M., Morgenstern, H., Cui, Y., Tashkin, D.P., Zhang, Z-F., Cozen, W., Mack, T.M., and Greenland, S. (2006). Marijuana use and the risk of lung and upper-aerodigestive tract cancers: results of a population-based case-control study. *Cancer Epidemiology Biomarkers and Prevention*, **15**, 1829-1834.

267.    Regidor, D.L., Kopple, J.D., Kovesdy, C.P., Kilpatrick, R.D., McAllister, C.J., Aronovitz, J., Greenland, S., and Kalantar-Zadeh, K. (2006). Association between changes in hemoglobin and administered erythropoiesis stimulating agent and survival of hemodialysis patients. *Journal of the American Society of Nephrology*, **17**, 1181-1191.

268.    Shinaberger, C.S., Kilpatrick, R.D., Regidor, D.L., McAllister, C.J., Greenland, S., Kopple, J.D., and Kalantar-Zadeh, K. (2006). Longitudinal associations between dietary protein intake and survival in hemodialysis patients. *American Journal of Kidney Diseases*, **48**, 37-49.

269.    Chu, H., Wang, Z., Cole, S.R. and Greenland, S. (2006). Illustration of a graphical and a Bayesian approach to sensitivity analysis of misclassification. *Annals of Epidemiology*, **16**, 834-841.

270.    Cui, Y., Morgenstern, H., Greenland, S., Tashkin, D.P., Mao, J., Cao, W., Cozen, W., Mack, T.M. and Zhang, Z-F. (2006). Polymorphism of *xeroderma pigmentosum* group G and the risk of lung cancer and squamous cell carcinoma of the oropharynx, larynx and esophagus. *International Journal of Cancer*, **118**, 714-720.

271.    Kheifets, L., Swanson, J. and Greenland, S. (2006). Childhood leukemia, electric and magnetic fields, and temporal trends. *Bioelectromagnetics*, **27**, 545-552.

272.    Cole, S.R., Chu, H. and Greenland, S. (2006). Multiple-imputation for measurement error correction (with comment). *International Journal of Epidemiology*, **35**, 1074-1082.

273.    Orsini, N., Bellocco, R. and Greenland, S. (2006). Generalized least squares for trend estimation of summarized dose-response data. *The Stata Journal*, **6**, 40-57.

274.    Poole, C., Greenland, S., Luetters, C., Kelsey, J.L. and Mezei, G. (2006). The relation of socioeconomic status to childhood leukemia: a review of the literature (with comment). *International Journal of Epidemiology*, **35**, 370-385.

275.    Yang, Q., Greenland, S. and Flanders, W.D. (2006). Separating the impact of changes in maternal age and age-specific prevalence on trends in low birth weight prevalence in the United States, 1980-2000. *American Journal of Public Health*, **96**, 856-861.

276.    Gustafson, P. and Greenland, S. (2006). Curious phenomena in Bayesian adjustment for exposure misclassification. *Statistics in Medicine*, **25**, 87-103.

277.    Gustafson, P. and Greenland, S. (2006). The performance of random coefficient regression in accounting for residual confounding. *Biometrics*, **62**, 760-768.

278.    Greenland, S. and Kheifets, L. (2006). Leukemia attributable to residential magnetic fields: Results from analyses allowing for study biases. *Risk Analysis*, **26**, 471-482.

279.   Greenland, S. and Gustafson, P. (2006). Adjustment for independent nondifferential misclassification does not increase certainty that an observed association is in the correct direction. *American Journal of Epidemiology*, **164**, 63-68.

280.   Greenland, S. (2006). Bayesian perspectives for epidemiologic research. I. Foundations and basic methods (with comment and reply). *International Journal of Epidemiology*, **35**, 765-778.

281.   Greenland, S. (2006). Smoothing observational data: a philosophy and implementation for the health sciences. *International Statistical Review*, **74**, 31-46.

282.   Kalantar-Zadeh, K., McAllister, C.J., Kilpatrick, R.D., Miller, L.G., Daar, E.S., Gjertson, D.W., Kopple, J.D., and Greenland, S. (2007). Hepatitis C virus and death risk in hemodialysis patients. *Journal of the American Society of Nephrology*, **18**, in press.

283.   Hoffman, F.O., Ruttenber, J.A., Apostoaei, A.I., Carroll, R.J., and Greenland, S. (2007). The Hanford thyroid disease study: An alternative view of the findings. *Health Physics*, **92**, 99-111.

284.   Jurek, A.M., Maldonado, G.M., Greenland, S., and Church, T.R. (2007). Exposure measurement error is frequently ignored when interpreting epidemiologic study results. *European Journal of Epidemiology*, in press.

285.   Jurek, A.M., Maldonado, G.M., Greenland, S., and Church, T.R. (2007). Uncertainty analysis: An example of its application to estimating a survey proportion. *Journal of Epidemiology and Community Health*, in press.

286.   Chiba, Y., Sato, T., and Greenland, S. (2007). Bounds on potential risks and causal risk differences under assumptions about confounding parameters. *Statistics in Medicine*, **26**, to appear.

287.   Thomas, D.C., Witte, J.S., and Greenland, S. (2007). Dissecting complex mixtures: Who's afraid of informative priors? *Epidemiology*, **18**, 186-190.

288.   Greenland, S. (2007). Bayesian perspectives for epidemiologic research. II. Regression analysis. *International Journal of Epidemiology*, **36**, in press.

289.   Greenland, S. (2007). Prior data for non-normal priors. *Statistics in Medicine*, **26**, in press.

290.   Greenland, S. (2007). Maximum-likelihood and closed-form estimators of epidemiologic measures under misclassification. *Journal of Statistical Planning and Inference*, in press.

291.   Greenland, S. (2007). Variable selection and shrinkage in the control of multiple confounders (invited commentary). *American Journal of Epidemiology*, to appear.

**Submitted Articles**

292. Lee, Y-C.A., Morgenstern, H., Greenland, S., Tashkin, D.P., Papp, J., Wei Cao, W., Hashibe, M., You, N-C.Y., Mao, J.T., Cozen, W., Mack, T.M., and Zhang, Z-F. A case-control study of the association of polymorphisms and haplotypes of DNA *Ligase I* SNPs with lung and head-and-neck cancers.

293. Greenland, S. The problem of excessive certainty, with special reference to the value of validation studies.

294. Rudy, E.T., Newman, P.A., Cahan, J., Detels, R. and Greenland, S. Reported willingness to pay and actual acceptance of hepatitis B vaccination: a survey of STD clinic attendees.

295. Greenland, S. Bayesian perspectives for epidemiologic research: Auxiliary data and bias modeling.

296. Cui, Y., Morgenstern, H., Greenland, S., Tashkin, D.P., Mao, J., Cai, L., Cozen, W., Mack, T.M., Lu, Q-Y., and Zhang, Z-F. A case-control study of dietary flavonoid intake and lung cancer.

297. Kovesdy, C.P., Regidor, D.L., Mehotra, R., McAllister, C.J., Greenland, S., Kopple, J.D., and Kalantar-Zadeh, K. Serum and dialysate potassium concentrations and survival in hemodialysis patients.

298. Orsini, N., Bellocco, R., Bottai, M., Wolk, A., and Greenland, S. A tool for ordinary and probabilistic sensitivity analysis for a binary unmeasured confounder in epidemiological studies.

299. Arah, O., Chiba, Y., and Greenland, S. Bias formulas for external adjustment and sensitivity analysis of unmeasured confounders.

300. Greenland, S., Lanes, S.F., and Jara, M. Estimating efficacy from randomized trials with discontinuations: The need for intent-to-treat design and g-estimation.


**Books**

1. Greenland, S. (ed.) (1987). *Evolution of Epidemiologic Ideas: Annotated Readings on Concepts and Methods*. Chestnut Hill, MA: Epidemiology Resources Inc.

2. Rothman, K. J. and Greenland, S. (1998). *Modern Epidemiology*, 2nd ed. Philadelphia: Lippincott-Raven.

3. Rothman, K. J., Greenland, S., and Lash, T.L. (2007). *Modern Epidemiology*, 3rd ed. Philadelphia: Lippincott-Raven.

## Book Chapters

1.  Neutra, R. R. and Greenland, S. (1984). Continuous intrapartum electronic fetal monitoring. Ch. 22 in Wald, N. (ed.) *Antenatal and Neonatal Screening for Disease*. New York: Oxford University Press, 480-509.

2.  Rothman, K. J. and Greenland, S. (1997). Causation and causal inference. Ch. 15 in Detels, R., Holland, W. W., McEwen, J. and Omenn, G. S. (eds.), *The Oxford Textbook of Public Health*, Vol. 2 (3rd ed.). New York: Oxford University Press, 617-629.

3.  Greenland, S. (1997). Concepts of validity in epidemiologic research. Ch. 14 in Detels, R., Holland, W. W., McEwen, J. and Omenn, G. S. (eds.), *The Oxford Textbook of Public Health*, Vol. **2** (3rd ed.). New York: Oxford University Press, 597-615.

4.  Greenland, S. (2002). Causality theory for policy uses of epidemiologic measures. Ch. 6.2 in: Murray, C.J.L., Salomon, J.A., Mathers, C.D. and Lopez, A.D. (eds.). *Summary Measures of Population Health*. Cambridge, MA: Harvard University Press/WHO, 291-302.

5.  Greenland, S. (2003). The need for multiple-bias modeling of observational data. *Proceedings of the Section on Statistics in Epidemiology*. Alexandria, VA, American Statistical Association, 1681-1688.

6.  Greenland, S. (2004). Ecologic inference problems in studies based on surveillance data. Ch. 12 in: Stroup, D.F. and Brookmeyer, R. (eds.). *Monitoring the Health of Populations: Statistical Principles and Methods for Public Health Surveillance*. New York: Oxford University Press, 315-340.

7.  Greenland, S. (2004). An overview of methods for causal inference from observational studies. Ch. 1 in: Gelman, A. and Meng, X.L. (eds.). *Applied Bayesian Modeling and Causal Inference from an Incomplete-Data Perspective*. New York: Wiley, 3-13.

8.  Rothman, K.J. and Greenland, S. (2005). Basic concepts. In: Ahrens, W. and Pigeot, I. (eds.). *Handbook of Epidemiology*. New York: Springer, 43-88.

9.  Pearce, N. and Greenland, S. (2005). Confounding and interaction. In: Ahrens, W. and Pigeot, I. (eds.). *Handbook of Epidemiology*. New York: Springer, 371-397.

10. Greenland, S. (2005). Regression modeling. In: Ahrens, W. and Pigeot, I. (eds.). *Handbook of Epidemiology*. New York: Springer, 625-691.

## Grants and Contracts

1.  National Institute of Child Health and Human Development: Electronic fetal monitoring and the Apgar Score. Acting Director, 7/1/80 to 11/30/80, $38,566.

2. Biomedical Research Support Grant: Effects of marijuana use during pregnancy. Principal Investigator, 10/1/81 to 6/30/82, $4,000.

3. Jonsson Cancer Center: Dietary questionnaire for use in studies of diet and cancer. Co-Investigator, 7/1/83 to 6/30/84, $5,435.

4. American Association of Medical Commissioners: Analysis of health risks of raw milk. Co-Principal Investigator, 7/1/83 to 6/30/85, $31,318.

5. State of California Department of Health Services: Riverside environmental study. Co-Principal Investigator, 7/1/84 to 12/31/85, $44,374.

6. National Cancer Institute: Cancer epidemiology training grant. Co-Director, 7/1/80 to 6/30/85, $543,720.

7. National Institute of Child Health and Human Development: An epidemiologic analysis of SIDS in a predefined cohort. Co-Principal Investigator, 7/1/84 to 12/31/86, $56,761.

8. General Electric Corporation: Case-control study of cancer mortality associated with pyranol exposure. Co-Principal Investigator, 4/1/85 to 9/30/87, $206,821.

9. University of Lowell Research Foundation: Cancer mortality at G. E. Pittsfield. Principal Investigator, 10/1/87 to 4/30/90, $174,368.

10. National Center for Health Services Research: A comparative evaluation of methods for confounder selection in nonexperimental evaluation of medical technology. Principal Investigator, 2/1/88 to 7/31/90, $49,908.

11. Southern California Edison, Environmental Research Division: Development of occupational injury surveillance methods. Contractor, 1/30/90 to 6/30/92, $24,000.

12. Southern California Edison, Occupational Research Division: Analysis of occupational injury database. Contractor, 5/1/93 to 12/31/94, $36,000.

13. Battelle Corporation, Survey Research Associates: Estimation of smoking-attributable mortality in the U.S. Contractor, 6/30/94 to 12/31/95, $15,000.

14. Los Angeles County Department of Health Services HIV, Epidemiology Program: Back-projection of human immunodeficiency virus incidence. Contractor, 12/1/92 to 12/31/96, $58,000.

15. Epidemiology Resources: Cross-design synthesis of studies of the transdermal nicotine patch. Contractor, 10/1/95 to 1/31/97, $42,000.

16. National Highway and Traffic Safety Administration. Pickup-truck occupants: Injuries and policy interventions. Principal Investigator of UCLA Subcontract, 9/01/96 to 8/31/97, $7,119.

17.  Electric Power Research Institute: Applying the case-specular method to the Savitz Denver study homes. Contractor, 2/2/96 to 12/31/98, $30,100.

18.  National Institute of Environmental Health Sciences: Attributable fraction estimates for EMF exposures. Principal Investigator of UCLA Subcontract, 2/01/97 to 1/31/99, $24,770.

19.  Electric Power Research Institute:  Full uncertainty assessment of the relation of magnetic fields to childhood leukemia.  Contractor, 8/1/01 to 6/30/02, $47,000.

20.  Public Health Institute:  Assessment of lifetime risk of skin cancer from the use of coal-tar containing shampoos.  Contractor, 5/22/00 to 6/30/02, $50,000.

21.  National Institute of Mental Health:  OCD treatment outcomes beyond phase 3 drug trials.  Co-Investigator, 8/1/98 to 7/31/03, $400,136.

22.  Rockefeller Foundation: Development of a clinical assessment scale to predict end-stage dementia. Co-Investigator, 12/1/00-11/30/03, $100,000.

23.  National Institute of Mental Health:  Risk for psychopathology among lesbians and gay men.  Co-Investigator, 9/29/00 to 8/31/03, $1,344,889.

24.  National Institute on Drug Abuse: Marijuana use and the risks of lung and other cancers. Co-Investigator, 4/01/99 to 3/31/04, $2,084,531.

25.  National Cancer Institute: Cancer epidemiology training grant. Program Faculty, 3/15/98 to 12/31/04, $1,093,496.

26.  National Institute of Environmental Health Science: Parkinson's disease susceptibility genes and pesticides. Co-Investigator, 9/1/00 to 6/30/05, $2,149,741.

27.  National Institute of Allergy and Infectious Diseases:  Interdisciplinary training in HIV/AIDS epidemiology.  Program Faculty, 6/1/01 to 9/30/06, $1,402,705.

28.  National Institutes of Health/Fogarty: AIDS International training and research program. Program Faculty, 9/30/98 to 5/31/08, $5,466,575.

29.  National Center for Complementary and Alternative Medicine: Mind/brain/body interactions in stress-related disorders. Co-Investigator, 6/30/04 to 6/30/09, $3,908,516.

## Miscellaneous Publications

1.  Greenland, S. (1986). Review of Miettinen, O. S., "Theoretical Epidemiology". *Journal of the American Medical Association*, **256**, 929-930. Reprinted in *Statistics in Medicine*, **6**, 209-211, 1987.

2.     Greenland, S. (1990). Foreword. In Oakes, M., *Statistical Inference*. Epidemiology Resources.

3.     Greenland, S. (1991). Contribution to discussion of paper by N. Keiding. *Journal of the Royal Statistical Society, Series A*, **154**, 401-402.

4.     Working Group on Recommendations for Reporting Clinical Trials in the Biomedical Literature. (1994). Call for comments on a proposal to improve reporting of clinical trials in the biomedical literature. *Annals of Internal Medicine*, **121**, 895-896.

5.     Greenland, S. (1995). Introduction for Rothman, K. J., "Causes". *American Journal of Epidemiology*, **141**, 89.

6.     Greenland, S. (1995). Review of Clayton, D., Hills, M. "Statistical Models in Epidemiology". *American Journal of Epidemiology*, **141**, 181-182.

7.     Working Group on Recommendations for Reporting of Clinical Trials in the Biomedical Literature. (1996). Checklist of information for inclusion in reports of clinical trials. *Annals of Internal Medicine*, **124**, 741-743.

8.     Greenland, S. (1996). Review of Rosenbaum, P. R., "Observational Studies". *Statistics in Medicine*, **15**, 2629-2632.

9.     Greenland, S. (1997). Contribution to discussion of paper by J. B. Copas and H. G. Li. *Journal of the Royal Statistical Society, Series B*, **59**, 85.

10.    Greenland, S. (1997). Bayes and empirical-Bayes methods for epidemiologic analyses: a commentary and a review of two new books. *American Journal of Epidemiology*, **146**, 367-370.

11,12. Rothman, K. J. and Greenland, S. (1998). Articles on Hill's Criteria, Validity and Generalizability. In: Armitage, P. and Colton, T. (eds.), *Encyclopedia of Biostatistics*. New York: Wiley.  Reprinted in: Gail, M.H. and Benichou, J. (eds.) (2000). *Encyclopedia of Epidemiologic Methods*.  New York:  Wiley.

13.    Greenland, S. and Draper, D. (1998). Article on Exchangeability. In: Armitage, P. and Colton, T. (eds.), *Encyclopedia of Biostatistics*. New York: Wiley.

14-18. Greenland, S. (1998). Articles on Causation, Collapsibility, Confounding, Identifiability, Target Population. In: Armitage, P. and Colton, T. (eds.), *Encyclopedia of Biostatistics*. New York: Wiley. Reprinted in 2nd ed. and in:  Gail, M.H. and Benichou, J. (eds.), *Encyclopedia of Epidemiologic Methods*. New York: Wiley.

19.    Greenland, S. (2001).  Article on Confounding, Confounding Factors.  In: Breslow, L. (ed.).  *Encyclopedia of Public Health*.  New York: MacMillan.

20.    Greenland, S. (2002). Article on Control Group. In:  El-Shaarawi, A.H. and Piegorsch, W.W. (eds.), *Encyclopedia of Environmetrics*. New York: Wiley.

21,22. Greenland, S. (2003). Articles on Confounding, Effect Modification. In: Anderson, N. (ed.). *Encyclopedia of Health and Behavior.* Thousand Oaks, CA: Sage Publications.

23. Greenland, S. (2004). Article on Confounding. In: Lewis-Beck, M., Bryman, A.E. and Liao, T.F. (ed.). *Encyclopedia of Social Science Research Methods.* Oregon, OH: Sage Publications.

24. Greenland, S. (2004). Article on Ecologic Inference. In: Chow, S-C. (ed.), *Encyclopedia of Biopharmaceutical Statistics*, 2nd ed. Arlington, TX: Marcel Dekker.

25. Greenland, S. (2005). Contribution to discussion of J. Copas and S. Eguchi. *Journal of the Royal Statistical Society,* Series B, **67**, 504-505.

26. Greenland, S. (2005). Article on Smoothing Methods in Epidemiology. In: Armitage, P. and Colton, T. (eds.), *Encyclopedia of Biostatistics*, 2nd ed. New York: Wiley, 4997-5009.

27. Greenland, S. (2005). Contribution to discussion of Prentice, Pettinger, and Anderson. *Biometrics*, **61**, 920-921.

28. Kheifets, L., Mezei, G. and Greenland, S. (2006). Comment concerning "Childhood leukemia and residential magnetic fields: Are pooled analyses more valid than the original studies?" *Bioelectromagnetics*, **27**, 674-675.

29. Greenland, S. and Pearl, J. (2007). Article on Causal Diagrams. In: Boslaugh, S. (ed.). *Encyclopedia of Epidemiology.* Thousand Oaks, CA: Sage Publications. Reprinted in: Sereika, S.M. (ed.). *Encyclopedia of Risk Assessment.* New York: John Wiley and Sons.

30-32. Greenland, S. (2007). Articles on Causation and Causal Inference, Confounding, Effect Modification and Interaction. In: Boslaugh, S. (ed.). *Encyclopedia of Epidemiology.* Thousand Oaks, CA: Sage Publications.

33. Rothman, K.J., Greenland, S., and Lash, T.L. (2007). Article on Case-Control Studies. In: Sereika, S.M. (ed.). *Encyclopedia of Risk Assessment.* New York: John Wiley and Sons.

34-35. Greenland, S. (2007). Articles on Attributable Fraction and Probability of Causation, Effect Modification and Interaction. In: Sereika, S.M. (ed.). *Encyclopedia of Risk Assessment.* New York: John Wiley and Sons.


## Published Letters

1. Neutra, R. R., Friedman, E. A. and Greenland, S. (1978). Fetal monitoring. *New England Journal of Medicine*, **299**, 1371.

2. Greenland, S., Stewart, M. E. and Hoffman, J. R. (1982). Australian work in first-aid for poisonous snakebite. *Annals of Emergency Medicine*, **11**, 108.

3.    Kraus, J. F. and Greenland, S. (1983). Survival from spinal cord injury. *Journal of Chronic Diseases*, **36**, 297.

4.    Greenland, S., Neutra, R. R. and Staisch, K. J. (1983). The relation of electronic fetal monitoring to infant outcome measures. *American Journal of Epidemiology*, **117**, 637-638.

5.    Greenland, S. and Morgenstern, H. (1983). Morgenstern corrects a conceptual error. *Journal of the American Public Health Association*, **73**, 703-704.

6.    Greenland, S. (1986). Admission criteria for nonexperimental studies of treatments. *Journal of Chronic Diseases*, **39**, 327.

7.    Greenland, S. (1986). Cohorts versus dynamic populations: a dissenting view. *Journal of Chronic Diseases*, **39**, 565-566.

8.    Greenland, S., Schlesselman, J. J. and Criqui, M. H. (1987). Re: "The fallacy of employing standard regression coefficients and correlations as measures of effect". *American Journal of Epidemiology*, **125**, 349-350.

9.    Greenland, S. and Engelman, L. (1988). Re: "Inferences on odds ratios, relative risks, and risk differences based on standard regression programs". *American Journal of Epidemiology*, **128**, 445.

10.   Greenland, S. (1988). The author replies. *American Journal of Epidemiology*, **128**, 1182-1184.

11.   Greenland, S., Morgenstern, H., Poole, C. and Robins, J. M. (1989). Re: "Confounding confounding." *American Journal of Epidemiology*, **130**, 1086-1089.

12.   Greenland, S. and Mickey, R. M. (1989). Re: "The impact of confounder selection on effect estimation". *American Journal of Epidemiology*, **130**, 1066.

13.   Kraus, J. F., Bulterys, M. and Greenland, S. (1990). A nested case-control study of oxytocin and sudden infant death syndrome. *American Journal of Obstetrics and Gynecology*, **162**, 604-605.

14.   Greenland, S. and Fairweather, W. F. (1990). Re: "Comparing proportions exposed in case-control studies using several control groups". *American Journal of Epidemiology*, **131**, 944.

15.   Greenland, S. and Morgenstern, H. (1990). Letter to Editor. *Internal Journal of Epidemiology*, **19**, 766-767.

16.   Greenland, S. (1990). Re: "A method for combining matched and unmatched data." *American Journal of Epidemiology*, **132**, 197-198.

17.    Greenland, S. (1990). Re: "Those who were wrong". *American Journal of Epidemiology*, **132**, 585-586.

18.    Greenland, S. and Morgenstern, H. (1991). Design versus directionality. *Journal of Clinical Epidemiology*, **44**, 211-214.

19.    Greenland, S. and Morgenstern, H. (1991). Neither within-region nor cross-regional independence of exposure and covariates prevents ecological bias. *International Journal of Epidemiology*, **20**, 816-817.

20.    Greenland, S. (1991). Re: "A simple method to calculate the confidence interval of a standardized mortality rate". *American Journal of Epidemiology*, **133**, 212-213.

21.    Greenland, S. (1991). The author replies. *American Journal of Epidemiology*, **133**, 964-965.

22.    Greenland, S. and Morgenstern, H. (1992). From Sander Greenland and Hal Morgenstern. *International Journal of Epidemiology*, **21**, 424-425.

23.    Greenland, S. and Holland, P. W. (1992). Response. *Biometrics*, **48**, 963-964.

24.    Greenland, S. (1992). Author's reply. *Annals of Epidemiology*, **2**, 769-770.

25.    Greenland, S. (1992). Author's reply. *Statistics in Medicine*, **11**, 559-560.

26.    Greenland, S. (1992). Re: "The bootstrap method for standard errors and confidence intervals of the adjusted attributable risk". *Epidemiology*, **3**, 271.

27.    Greenland, S. (1992). Re: "Statistical reasoning in epidemiology". *American Journal of Epidemiology*, **135**, 1186-1187.

28.    Greenland, S. (1992). Reply. *The American Statistician*, **46**, 163.

29.    Maclure, M. and Greenland, S. (1992). The authors reply. *American Journal of Epidemiology*, **136**, 1173.

30.    Greenland, S. (1992). Re: "Falsification in clinical trials". *Statistics in Medicine*, **11**, 1263-1264.

31.    Greenland, S. and Robins, J. M. (1993). Re: "Measures of effect based on the sufficient causes model". *Epidemiology*, **4**, 385.

32.    Sahl, J.D., Kelsh, M. A. and Greenland, S. (1993). SCE cancer study of electric utility workers: an exchange. *Microwave News*, **13**, 7.

33.    Joffe, M. M. and Greenland, S. (1994). Re: "Toward a clearer definition of confounding". *American Journal of Epidemiology*, **139**, 962.

34.   Pearce, N. and Greenland, S. (1994). Cumulative incidence and risk. *International Journal of Epidemiology*, **23**, 1105.

35.   Greenland, S. (1994). The author replies. *Epidemiology*, **5**, 264.

36.   Greenland, S. (1994). Re: "P values, hypothesis tests, and likelihood: implications for epidemiology of a neglected historical debate." *American Journal of Epidemiology*, **140**, 116-117.

37.   Weinberg, C. R., Umbach, D. and Greenland, S. (1995). Weinberg et al. reply. *American Journal of Epidemiology*, **142**, 784.

38.   Willett, W., Greenland, S., MacMahon, B., Trichopoulos, D., Rothman, K., Thomas, D. B., Thun, M. and Weiss, N. (1995). The discipline of epidemiology. *Science*, **269**, 1325-1326.

39.   Greenland, S. and Robins, J. M. (1995). The authors reply. *American Journal of Epidemiology*, **141**, 277-278.

40.   Greenland, S. (1995). Author's reply. *Statistics in Medicine*, **14**, 328-329.

41.   Greenland, S. (1995). Dr. Greenland replies. *American Journal of Epidemiology*, **142**, 102-103.

42.   Greenland, S. (1995). Dr. Greenland replies. *American Journal of Epidemiology*, **142**, 781-782.

43.   Greenland, S. (1995). Re: "Should an expected number of cases be an integer?". *Epidemiology*, **6**, 463.

44.   Greenland, S. (1995). The author replies. *American Journal of Epidemiology*, **142**, 1008-1009.

45.   Greenland, S. (1995). Previous research on power loss associated with categorization. *Epidemiology*, **6**, 641-642.

46.   Greenland, S. and Robins, J. M. (1996). The authors reply. *American Journal of Epidemiology*, **143**, 523.

47.   Greenland, S. (1996). The author replies. *Epidemiology*, **7**, 211-212.

48.   Greenland, S. (1997). Re: "Estimating relative risk functions in case-control studies using a nonparametric logistic regression". *American Journal of Epidemiology*, **146**, 883-884.

49.   Zaffanella, L. A., Savitz, D. A., Greenland, S. and Ebi, K. L. (1998). The authors reply. *Epidemiology*, **9**, 474.

50.    Michels, K. B., Greenland, S. and Rosner, B. A. (1999). The authors reply. *American Journal of Epidemiology*, **149**, 681-682.

51.    Greenland, S. (1999). Re: "Comments on a meta-analysis of the relation between dietary calcium intake and blood pressure". *American Journal of Epidemiology*, **149**, 786-787.

52.    Greenland, S. (1999). Re: "Confidence limits made easy: interval estimation using a substitution method". *American Journal of Epidemiology*, **149**, 884.

53.    Greenland, S. (1999). Re: "Assessing the sensitivity of regression results to unmeasured confounders in observational studies". *Biometrics*, **55**, 990.

54.    Greenland, S., Michels, K. B., Poole, C. and Willett, W.C. (2000). Four authors reply. *American Journal of Epidemiology*, **152**, 394.

55.    Greenland, S. (2001). The first author replies. *American Journal of Epidemiology*, **152**, 688-689.

56.    Greenland, S. (2001). Comment on Agresti and Caffo. *The American Statistician*, **55**, 172.

57.    Greenland, S., Michels, K.B., Poole, C., Robins J.M. and Willett, W.E. (2002). The authors reply. *American Journal of Epidemiology*, **154**, 978-979.

58.    Greenland, S. (2002). Choosing effect measures for epidemiologic data. *Journal of Clinical Epidemiology*, **55**, 423-424.

59.    Greenland, S. (2003). Comment on King and Ryan. *The American Statistician*, **57**, 221.

60.    Greenland, S. (2003). Choosing sensible effect measures for practice and policy. *Journal of Clinical Epidemiology*, **56**, 392-393.

61.    Greenland, S., Gago-Dominguez, M., and Castellao, J.E. (2005). The authors reply. *Epidemiology*, **16**, 419.

62.    Kaufman, J.S., MacLehose, R.F., Kaufman, S. and Greenland, S. (2005). The mediation proportion. *Epidemiology*, **16**, 710.

63.    Hoffman, F.O., Ruttenber, J.A., Greenland, S., and Carroll, R.J. (2006). Radiation exposure and thyroid cancer. *Journal of the American Medical Association*, **296**, 513.

64.     Fox, M.P., Lash, T.L., and Greenland, S. (2006). Response to "Dimensional errors of metaphorical measurements: can they be resolved?". *International Journal of Epidemiology*, **35**, 1592-1593.

65.    Yang, Q., Greenland, S., and Flanders, W.D. (2006). Yang et al. respond. *American Journal of Public Health*, **96**, 1899-1901.

66.  Greenland, S., Fox, M.P., and Lash, T.L. (2006). Reply to Roger Marshall. *International Journal of Epidemiology*, **35**, 1589-1590.

67.  Greenland, S. (2006). Comment on Gelman, A.: "The Boxer, the Wrestler and the Coin Flip." *The American Statistician*, **60**, 347.


**Published Abstracts**

1    Cherry, J. D., Deseda-Tous, J., Krause, P. J., Fannin, S. L., Greenland, S., Odom, S. M., Strassburg, M. A. and Sullivan, C. B. (1977). Measles - California, Oregon (California section). *MMWR*, **26**, 161.

2.   Neutra, R. R., Greenland, S. and Friedman, E. A. (1978). Electronic monitoring and cesarean section rates. *Program of the 106th Annual APHA Meeting*, 125.

3.   Strassburg, M. A., Greenland, S. and Fannin, S. L. (1979). An evaluation of reported vaccine failures in a community setting. *Program of the 107th Annual APHA Meeting*, 172.

4.   Strassburg, M. A. and Greenland, S. (1979). Methodologic problems in evaluating the carcinogenic risk of environmental agents. *Pollution Abstracts*, **10**, 1219.

5.   Neutra, R. R. (1980). The relative importance of weight loss as an explanatory cause of changes HDL and LDL cholesterol. *American Journal of Epidemiology*, **112**, 450.

6.   Rothman, K. J., Greenland, S. and Walker, A. M. (1980). Statistical, biological and public health concepts of interaction. *American Journal of Epidemiology*, **112**, 424.

7.   Greenland, S. and Neutra, R. R. (1980). Estimating exposure-specific rates from case-control data using Bayes' theorem: extensions to multiple exposure factors. *American Journal of Epidemiology*, **112**, 425.

8.   Strassburg, M. A., Sever, L. E. and Greenland, S. (1980). An evaluation of an anecdotal epidemic of neural tube defects in Los Angeles County. *Program of the 108th Annual APHA Meeting*, 199.

9.   Greenland, S. (1980). Dose-response considerations in logistic regression. *Program of the 108th Annual APHA Meeting*, 183.

10.  Greenland, S., Chan, T. C., Fielding, J., Neutra, R. R. and Kleeman, C. (1981). The short-term on blood pressure of an integrated risk-factor reduction program. *Abstracts of the 9th IEA Meeting*.

11.  Reisbord, L. A. and Greenland, S. (1981). Back pain prevalence: association with demographic and socioeconomic factors. *Program of the 109th Annual APHA Meeting*, 229-230.

12.    Strassburg, M. A., Greenland, S. and Portigal, L. D. (1981). A population-based case-
       control study of anencephalus and spina-bifida in Los Angeles County. *Program of the
       109th Annual APHA Meeting*, 229.

13.    Thomas, D. C. and Greenland, S. (1981). The relative efficiency of matched and
       independent sample designs for case-control studies. *Program of the 109th Annual APHA
       Meeting*, 157.

14.    Greenland, S., Morgenstern, H. and Thomas, D. C. (1981). Issues in determining
       matching criteria and stratum sizes in case-control studies. *Program of the 109th Annual
       APHA Meeting*, 157.

15.    Greenland, S. (1981). The power of tests for interaction in epidemiologic studies.
       *Biometrics*, **37**, 851.

16.    Greenland, S. (1982). Interpretation of summary measures when interaction in present.
       *American Journal of Epidemiology*, **116**, 587.

17.    Greenland, S. (1982). Problems of interaction in the planning, conduct, and analysis of
       clinical studies. *Programme of the Third International ISCB Meeting*, 5.

18.    Greenland, S., Richwald, G. A., Honda, G. D. and Stewart, S. M. (1982). The effect of
       marijuana use during pregnancy in a home-delivery population. *Abstracts of the 110th
       Annual APHA Meeting*, 45.

19.    Greenland, S., Staisch, K. J. and Brown, N. (1983). Marijuana use: does it affect
       pregnancy outcome? *Modern Medicine of Canada*, **38**, 250.

20.    Richwald, G. A., Honda, G. D., Greenland, S. and Stuart, S. M. (1983). A preliminary
       evaluation of labor and infant outcomes in a homebirth practice in Los Angeles.
       *American Journal of Epidemiology*, **118**, 445.

21.    Greenland, S., Olsen, J., Rachootin, P. and Thomsen-Pedersen, G. (1983). Effects of
       electronic fetal monitoring on rates of early neonatal death, low Apgar score, and
       cesarean section. *American Journal of Epidemiology*, **118**, 434.

22.    Baker, D., Greenland, S., Mendlein, J. and Salvan, A. (1984). Health impact of a toxic
       waste disposal site. *Abstracts of the 10th IEA Meeting*, 194.

23.    Greenland, S. and Robins, J. M. (1984). Estimation of risk ratios and risk differences
       from sparse follow-up data. *Abstracts of the 10th IEA Meeting*, 113; and *American
       Journal of Epidemiology* **120**, 465.

24.    Greenland, S. (1984). Power, sample size, and smallest detectable effect determination in
       epidemiologic studies of multiple risk factors. *Abstracts of the 10th IEA Meeting*, 159.

25.    Greenland, S., Schlesselman, J. J., Criqui, M. H. and Morgenstern, H. (1985). The fallacy of employing standardized regression coefficients as measures of biologic effect. *American Journal of Epidemiology*, **122**, 508.

26.    Richwald, G. A., Kersey, L. H., Calabro, T. A., Greenland, S., Potik, R. and Comas, M. A. (1985). The Los Angeles Cervical Cap Study: effectiveness and safety of the cavity-rim cervical cap in 1852 users. *Abstracts of the 113th Annual APHA Meeting*, 202.

27.    Greenland, S., Olsen, J., Rachootin, P. and Thomsen-Pedersen, G. (1986). Effects of electronic fetal monitoring on rates of early neonatal death, low Apgar score, and cesarean section. *Obstetrics and Gynecology Digest*, 14-15.

28.    Baker, D. B. and Greenland, S. (1986). A health study of two communities near the Stringfellow acid pits. *American Journal of Epidemiology*, **124**, 498-499.

29.    Greenland, S. (1986). Identifiability, exchangeability, and epidemiologic confounding. *American Journal of Epidemiology*, **124**, 526.

30.    Richwald, G. A., Greenland, S., Goldstein, E. J. C., Plichta, D. T. and Johnson, B. (1986). An assessment of risks associated with raw milk consumption in California. *Program of the 114th Annual APHA Meeting*, 120.

31.    Bulterys, M., Kraus, J. F., Greenland, S. and Nourjah, P. (1987). Risk factors for sudden infant death syndrome within the U.S. Collaborative Perinatal Project: new findings. *Abstracts of the 11th IEA Meeting*, 304.

32.    Mickey, R. M. and Greenland, S. (1987). A study of the impact of confounder-selection criteria on effect estimation. *American Journal of Epidemiology*, **126**, 737.

33.    Bulterys, M., Kraus, J. F., Greenland, S. and Nourjah, P. (1987). A nested case-control study of maternal cigarette smoking during pregnancy and sudden infant death syndrome. *American Journal of Epidemiology*, **126**, 744-745.

34.    Drews, C., Kraus, J. and Greenland, S. (1987). The magnitude of recall error in a case-control study of sudden infant death syndrome. *American Journal of Epidemiology*, **126**, 745.

35.    Greenland, S. (1987). On the design of studies using confidence intervals. *American Journal of Epidemiology*, **126**, 758.

36.    Robins, J. M. and Greenland, S. (1988). Limits of empirical epidemiologic data to estimate the probability of causation in toxic tort suits. *American Journal of Epidemiology*, **128**, 907.

37.    Greenland, S. (1988). Validation substudy or validated study? *American Journal of Epidemiology*, **128**, 906.

38.    Greenland, S. (1988). Open population follow-up as an alternative to a fixed cohort study: implications for validity, efficiency, and generalizability. *American Journal of Epidemiology*, **128**, 945.

39.    Greenland, S. (1989). Probability versus Popper. *Philosophy Index*, **23**, 435.

40.    Greenland, S. and Morgenstern, H. (1989). Matching and efficiency in cohort studies. *American Journal of Epidemiology*, **130**, 797.

41.    Greenland, S. (1989). Use of the case-control study design in evaluating preventive interventions. *American Journal of Epidemiology*, **130**, 854.

42.    Salvan, A. and Greenland, S. (1990). Combining results from epidemiologic studies: a word of caution. *Program of the Conference on Statistics in Epidemiologic and Pharmacologic Research*, Bressanone, Italy, Sept. 1990.

43.    Maldonado, G. and Greenland, S. (1991). Analyzing epidemiologic data with an incorrect model form: impact on confidence-interval performance. *American Journal of Epidemiology*, **132**, 782. Also in *Biometric Bulletin* **8**, 14.

44.    Greenland, S. and Robins, J. M. (1990). The nonidentifiability of direct and indirect effects. *American Journal of Epidemiology*, **132**, 826.

45.    Greenland, S. and Salvan, A. (1990). A semi-Bayes approach to the analysis of multivariate epidemiologic data, with an application to an occupational cancer-mortality study. *Proceedings of the XVth International Biometrics Conference*, 23. Also in *American Journal of Epidemiology* **132**, 762 (1990).

46.    Greenland, S. and Salvan, A. (1990). Case-control analyses of site-specific cancer mortality in a large-transformer manufacturing plant. *Abstracts of the 12th IEA Meeting*, 45.

47.    Greenland, S. (1991). Current quantitative understanding and directions for future empirical study. *Archives of Environmental Health*, **46**, 123.

48.    Maldonado, G. and Greenland, S. (1991). Analyzing epidemiologic data with an incorrect model form: impact on point estimators. *American Journal of Epidemiology*, **134**, 716-717.

49.    Greenland, S. (1991). Semi-Bayes methods for screening effects of toxic exposure. *Abstracts of the Joint Statistical Meetings*, 208.

50.    Greenland, S. (1991). Modeling risk ratios from incomplete matched-cohort data: an estimating-equation approach. *Biometric Bulletin*, **8**, 14.

51.    Joffe, M. M. and Greenland, S. (1992). Estimates and confidence intervals for model-based standardized parameters from the continuation ratio model. *American Journal of Epidemiology*, **136**, 989. Also *Biometric Bulletin* **9**, 16.

52.    Maldonado, G. and Greenland, S. (1992). A simulation study of confounder-selection strategies. *American Journal of Epidemiology*, **136**, 999.

53.    Greenland, S. (1992). A comparative study of maximum-likelihood, empirical-Bayes, and preliminary testing in logistic regression analysis of multiple exposures. *American Journal of Epidemiology*, **136**, 1035.

54.    Greenland, S. (1992). A method for modeling risk ratios from matched-cohort data. *American Journal of Epidemiology*, **136**, 988-989.

55.    Greenland, S. (1992). Hierarchical regression for epidemiologic analyses of multiple exposures. *Abstracts of the Fourth Japan-US Biostatistics Conference*, 53.

56.    Maldonado, G. and Greenland, S. (1992). Analyzing epidemiologic data when the correct model form is unknown: Impact of model-form selection on the performance of confidence intervals. *Biometric Bulletin*, **9**, 17.

57.    Greenland, S. (1992). Maximum-likelihood estimation of the attributable fraction from logistic models. *Biometric Bulletin*, **9**, 15-16.

58.    Greenland, S. (1992). Causal inference as a prediction problem. *Biometric Bulletin*, **9**, 15.

59.    Witte, J. S., Greenland, S. and Haile, R. W. (1993). Hierarchical regression analysis of studies with multiple exposures: An application to a study of diet and breast cancer using a knowledge-based prior. *American Journal of Epidemiology*, **138**, 598.

60.    Joffe, M. M. and Greenland, S. (1993). An alternative approach to controlling confounding in cohort studies. *American Journal of Epidemiology*, **138**, 598.

61.    Greenland, S. and Maldonado, G. (1993). Interpretation of multiplicative-model parameters as standardized parameters. *American Journal of Epidemiology*, **138**, 664.

62.    Greenland, S. (1993). A critical look at some popular meta-analytic methods. *American Journal of Epidemiology*, **138**, 672.

63.    Robins, J. M., Hu, F.-C. and Greenland, S. (1995). Estimation of the causal effect of a time-varying exposure on the marginal mean of a repeated binary outcome. *American Journal of Epidemiology*, **141**, S19.

64.    Maldonado, G. and Greenland, S. (1995). When does factoring increase the accuracy of rate estimation? *American Journal of Epidemiology*, **141**, S68.

65.    Witte, J. S. and Greenland, S. (1995). A nested approach to evaluating dose-response and trend. *American Journal of Epidemiology*, **141**, S48.

66.    Greenland, S. (1995). Historical HIV incidence modeling in regional subgroups: Use of flexible discrete models with penalized splines based on prior curves. *Program of the 1995 Joint Meeting of IMS/WNAR*, 27.

67.    Aragaki, C. C., Probst-Hensch, N. M., Greenland, S. and Haile, R. W. (1995). Use of a hierarchical model to estimate NAT2* genotype-specific heterocyclic amine effects. In *Program of the 6th International Conference on Carcinogenic N-Substituted Aryl Compounds*, Monterey, CA.

68.    Ackerman, D. L. and Greenland, S. (1996). ROC curve analysis and logistic regression modeling to predict treatment outcome. *American Journal of Epidemiology*, **143**, S53.

69.    Maldonado, G. and Greenland, S. (1996). Impact of model-form selection on the performance of confidence levels. *American Journal of Epidemiology*, **143**, S24.

70.    Witte, J. S., Elston, R. C. and Greenland, S. (1996). Hierarchical modeling in genetic epidemiology: evaluating the spectrum of BRCA1 mutations. *American Journal of Epidemiology*, **143**, S11.

71.    Poole, C. and Greenland, S. (1996). Expected person-time. *American Journal of Epidemiology*, **143**, S2.

72.    Greenland, S. (1996). Confounding in case-crossover and case-time-control studies. *American Journal of Epidemiology*, **143**, S28.

73.    Greenland, S. and Finkle, W. D. (1996). A case-control study of prosthetic implants and selected chronic diseases. *Epidemiology*, **7**, S51.

74.    Sheppard, A. R., Kelsh, M. A., Kaune, W. T. and Greenland, S. (1997). Unified magnetic field exposure assignments for epidemiologic studies of childhood cancer. *Abstracts of the Annual Review of Research on Biological Effects of Electric and Magnetic Fields*, 45.

75.    Ebi, K. L., Zaffanella, L. E., Savitz, D. A. and Greenland, S. (1997). Application of the case-specular epidemiologic investigation method to the Savitz Denver study homes. *Abstracts of the Second World Congress for Electricity and Magnetism in Biology*, 105.

76.    Gareen, I., Morgenstern, H. and Greenland, S. (1997). Explaining the association between maternal age and risk of cesarean delivery. *American Journal of Epidemiology*, **145**, S63.

77.    Aragaki, C., Greenland, S., Probst-Hensch, N. and Haile, R. (1997). A case-control study of food groups as risk factors for colorectal polyps within NAT2* acetylator status. *American Journal of Epidemiology*, **145**, S67.

78.    Ackerman, D. L., Greenland, S., Small, G. W. and Bystritsky, A. (1997). Characteristics of fluoxetine vs. placebo responders in a randomized trial of geriatric depression. *American Journal of Epidemiology*, **145**, S37.

79.    Maldonado, G. and Greenland, S. (1997). Interpreting simulation studies of epidemiologic methods. *American Journal of Epidemiology*, **145**, S56.

80.  Greenland, S. (1997). A unified theory for case-distribution analyses. *American Journal of Epidemiology*, **145**, S57.

81.  Greenland, S. (1998). Combining ecologic and individual data: The multilevel approach. In *Program of the 13th International Symposium on Epidemiology in Occupational Health*, Helsinki, Finland. 191.

82.  Greenland, S. (1998). Meta-analysis as an emerging meta-disaster. In *Abstracts of the Royal Statistical Society International Conference*, Glasgow, Scotland. 80.

83.  Gareen, I., Morgenstern, H. and Greenland, S. (1998). Adverse outcomes of repeat elective cesarean section. *American Journal of Epidemiology*, **147**, S76.

84.  Gareen, I., Greenland, S. and Morgenstern, H. (1998). Mixed and missing data categories in meta-analysis. *American Journal of Epidemiology*, **147**, S83.

85.  Maldonado, G. and Greenland, S. (1998). Estimating causal effects. *American Journal of Epidemiology*, **147**, S80.

86.  Greenland, S. (1998). There are no statistical advances in meta-analysis. *American Journal of Epidemiology*, **147**, S81.

87.  Murphy, P. A., Poole, C., Harvey, T. and Greenland, S. (1999). Meta-analysis of epidemiologic studies of chlorinated drinking water and cancer: Contraindications to summary aggregation. *American Journal of Epidemiology*, **149**, S5.

88.  Poole, C. and Greenland, S. (1999). Random-effects meta-analysis is not always conservative to fixed-effects meta-analysis. *American Journal of Epidemiology*, **149**, S56.

89.  Michels, K.B., Greenland, S. and Rosner, B.A. (1999). Issues in the modeling of height and weight. *Obesity Research*, **7**, Suppl. 1, 6S.

90.  Greenland, S. and Finkle, W. D. (1999). A retrospective cohort study of implanted medical devices and chronic diseases. *American Journal of Epidemiology*, **149**, S8.

91.  Greenland, S., Sheppard, A. R., Kelsh, M. A. and Kaune, W. T. (1999). A pooled analysis of magnetic fields, wire codes, and childhood leukemia. *American Journal of Epidemiology*, **149**, S57.

92.  Greenland, S., Schwartzbaum, J. A. and Finkle, W. D. (1999). Small-sample and sparse-data problems in conditional logistic regression analysis. *American Journal of Epidemiology*, **149**, S16.

93.  Greenland, S. (1999). Sensitivity of inferences to choice of prior distributions for odds-ratio and rate-ratio estimation. *Program of the Meeting of the International Biometric Society (ENAR)*.

94.    Greenland, S. (2000). Overthrowing the tyranny of the null hypothesis. *Program of the AAAS Meeting*, A65.

95.    Harawa, N., Greenland, S. and Bingham, T. (2000). Race/ethnicity and HIV risk among young MSM. *American Journal of Epidemiology*, **151**, S51.

96.    Maldonado, G. and Greenland, S. (2000). The causal-contrast study design. *American Journal of Epidemiology*, **151**, S39.

97.    Maldonado, G. and Greenland, S. (2000). A method to examine whether error due to misclassification of a binary exposure can explain an association. *American Journal of Epidemiology*, **151**, S40.

98.    Maldonado, G. and Greenland, S. (2000). Approximately nondifferential misclassification does not ensure bias toward the null. *American Journal of Epidemiology*, **151**, S39.

99.    Greenland, S. (2000). Ecologic bias in estimating ecologic effects. *American Journal of Epidemiology*, **151**, S70.

100.   Greenland, S. (2000). Bayesian and partial-Bayesian analysis of epidemiologic studies via data augmentation. *American Journal of Epidemiology*, **151**, S18.

101.   Greenland, S. (2000). Variable selection versus shrinkage in model-based control of confounding. *Program of the International Biometrics Conference 2000*, 183-185.

102.   Greenland, S. (2000). The probability of causation cannot be used in an equitable manner to resolve radiation tort claims and design compensation schemes. *Radiation Research*, **154**, 718-719.

103.   Maldonado, G. and Greenland, S. (2001).  The intervention-prediction design.  *American Journal of Epidemiology*, **153**, S182.

104.   Brumback, B., Greenland, S., Redman, M. and Diehr, P. (2001).  The intensity score approach to adjusting for confounding.  *Abstracts of the NCI Causal Inference Conference*, 1.

105.   Greenland, S. (2001).  Data say nothing about epidemiologic associations or effects. *American Journal of Epidemiology*, **153**, S4.

106.   Greenland, S. (2001). Sensitivity analysis versus Bayesian analysis of uncontrolled confounding.  *Abstracts of the NCI Causal Inference Conference*, 5.

107.   Brumback, B., Greenland, S., Redman, M., Diehr, P. and Kiviat, N. (2002).  The intensity score approach to adjusting for confounding. *American Journal of Epidemiology*, **155**, S76.

108.    Maldonado, G. and Greenland, S. (2002). The role of the target population in estimating causal effects. *American Journal of Epidemiology*, **155**, S34.

109.    Greenland, S. (2002). Epidemiologists in court, part 2: Further experiences, and proposals for improving practice. *American Journal of Epidemiology*, **155**, S30.

110.    Maldonado, G. and Greenland, S. (2003). An introduction to uncertainty analysis for epidemiologists. *American Journal of Epidemiology*, **157**, S31.

111.    Greenland, S. (2003). Multiple-bias modeling for epidemiologic data. *American Journal of Epidemiology*, **157**, S30.

112.    Greenland, S. (2003). The need for multiple-bias modeling in observational studies. *Abstracts of the 2003 Joint Statistical Meetings*, 1.

113.    Kalantar-Zadeh, K., Kilpatrick, R.D., McAllister, C.J., Shinaberger, C.S., Gjertson, D.W., Kopple, J.D., and Greenland, S. (2004). Time-dependant association between body mass index and cardiovascular mortality in hemodialysis patients. *Journal of the American Society of Nephrology*, **15**, suppl:126A.

114.    Kalantar-Zadeh, K., Kilpatrick, R.D., Kuwae, K., McAllister, C.J., Gjertson, D.W., Greenland, S., and Kopple, J.D. (2004). Population attributable mortality risk for albumin <3.8 g/dL: how many lives can be saved if hypoalbuminemia can be corrected in hemodialysis patients? *Journal of the American Society of Nephrology*, **15**, suppl, 382A-383A.

115.    Kalantar-Zadeh, K., Kilpatrick, R.D., Gjertson, D.W., Greenland, S., McAllister, C.J., and Kopple, J.D. (2004). Is a low or high serum phosporus a mortality predictor in hemodialysis patients. *American Journal of Kidney Disease.*

116.    Kuwae, N., McAllister, C., Gjertson, D., Greenland, S., Kopple, J., and Kalantar-Zadeh, K. (2004). Mortality predictability of serum potassium in dialysis patients. *American Journal of Kidney Disease.*

117.    Jurek, A., Maldonado, G., Church T. and Greenland, S. (2004). Exposure measurement error is frequently ignored when interpreting epidemiologic study results. *American Journal of Epidemiology*, **159**, S72.

118.    Jurek, A., Maldonado, G., and Greenland, S. (2004). Uncertainty analysis: An example of its application to estimating a survey proportion. *Epidemiology*, **15**, S155.

119.    Moncau, J.E., Wunsch-Filho, V. and Greenland, S. (2004). Occupations associated with lung cancer in Sao Paulo Brazil: Application of hierarchical regression analysis. *American Journal of Epidemiology*, **159**, S53.

120.  Cole, S.R., Chu, H. and Greenland, S. (2004). Using multiple imputation for measurement error correction in pediatric chronic kidney disease. *American Journal of Epidemiology*, **159**, S31.

121.  Kilpatrick, R.D., Greenland, S., McAllister, C.J., Kopple, J.D., and Kalantar-Zadeh, K. (2004). Time-dependent association between dialysis dose and cardiovascular mortality in hemodialysis patients. *Journal of the American Society of Nephrology*, **15**, suppl, 2A-3A.

122.  Steenland, K. and Greenland, S. (2004). Monte-Carlo sensitivity analysis and Bayesian analysis of smoking as an unmeasured confounder in a study of silica and lung cancer. *American Journal of Epidemiology*, **159**, S72.

123.  Greenland, S., Luetters, C.M., Kelsey, J.L. and Mezei G. (2004). Is socioeconomic status related to childhood leukemia incidence? *American Journal of Epidemiology*, **159**, S95.

124.  Greenland, S., Gustafson, P. and Dunson, D. (2004). Application of Bayesian methods in epidemiology. *American Journal of Epidemiology*, **159**, S70.

125.  Greenland, S. (2004). Statistics as a hindrance and an aid for inference from nonexperimental data. *American Journal of Epidemiology*, **159**, S70.

126.  Greenland, S. (2005). Multiple-bias modeling for analysis of observational data. *Program of the 51st Meeting of the International Biometric Society*, 160.

127.  Hoggatt, K.J., Ritz, B. and Greenland, S. (2005). An application of survival analysis methods to the study of infant birthweight. *American Journal of Epidemiology*, **161**, S73.

128.  Yang, Q., Greenland, S. and Flanders, W.D. (2005). Separating the impact of changes in maternal age and age-specific prevalence on trends in low birth weight rates in the United States, 1980-2000. *American Journal of Epidemiology*, **161**, S129.

129.  Hoggatt, K.J., Greenland, S. and Ritz, B. (2005). A novel application of survival analysis methods to the study of infant birthweight. *Abstracts of the Joint Statistical Meetings*, Session 72, 63.

130.  Greenland, S. (2005). Extending likelihood-based algorithms and inference to nonidentified models. *Abstracts of the Joint Statistical Meetings*, Session 373, 315.

131.  Hoggatt, K.J., Greenland, S, and Ritz, B. (2006). A two-phase analysis of air pollution and adverse birth outcomes. *Abstracts of the Joint Statistical Meetings*, Session 251, 215-216.

132.  Morgenstern, H., Hashibe, M., Cui, Y., Tashkin, D.P., Zhang, Z-F., Cozen, W., Mack, T.M., and Greenland, S. (2006). Marijuana use and the risk of lung and upper-aerodigestive tract cancers. *American Journal of Epidemiology*, **163**, S108.

133.  Greenland, S. (2006). Statistics for addressing methodologic issues in epidemiology. *American Journal of Epidemiology*, **163**, S166.

134.  Greenland, S. (2006). Bias modeling via missing-data methods. *American Journal of Epidemiology*, **163**, S231.

135.  Greenland, S. (2006). Marginal science: Facing the task of inference about an unobserved margin from an insufficient set of observed margins. *Abstracts of the 22nd Conference on Uncertainty in Artificial Intelligence*, 9.


## Invited Presentations

1.  April 1976, Los Angeles, California: UCLA School of Public Health. "Bias from subject loss in cohort studies."

2.  November 1977, Boston, Massachusetts: Harvard School of Public Health. "Regression analysis of matched-pair case-control studies."

3.  October 1978, Los Angeles, California: American Public Health Association. "Confounding and the selection of variables for analytic control."

4.  October 1980, Montreal, Canada: Department of Epidemiology, McGill University. "Current methodologic issues in epidemiology."

5.  October 1980, Detroit, Michigan: American Public Health Association. "Methodologic problems in case-control studies" (roundtable leader).

6.  October 1980, Detroit, Michigan: American Public Health Association. "Dose-response considerations in logistic regression."

7.  September 1981, Oxford, England: Oxford University. "Why we should abandon the P value as measure of evidence for or against the null hypothesis."

8.  November 1981, Los Angeles, California: American Public Health Public Health Association. "Issues in determining matching criteria and stratum sizes in case-control studies."

9.  February 1982, New Haven, Connecticut: Yale University School of Public Health. "Interpretation of summary measures when interaction present."

10.  February 1982, Bethesda, Maryland: USUHS Medical School. "The effects of marijuana use during pregnancy."

11.  March 1982, Los Angeles, California: UCLA Cancer Center. "Assessment of synergy."

12.    June 1982, Cincinnati, Ohio: Society for Epidemiologic Research. "Interpretation of summary measures when interaction is present."

13.    June 1982, San Diego, California: IMS-Biometric Society (WNAR). "Estimation of standardized parameters from multivariate and matched data."

14.    August 1982, Ottawa, Canada: University of Ottawa. "A summary of two epidemiologic studies of the effect of marijuana use on labor and delivery."

15.    September 1982, Odense, Denmark: Institute for Social Medicine, Odense University. "Internal electronic fetal monitoring: an epidemiologic evaluation of the American experience."

16.    September 1982, Rotterdam, The Netherlands: Erasmus University, Department of Epidemiology: "A short course on theory and quantitative methods in epidemiology" (series of 4 lectures).

17.    September 1982, Rotterdam, The Netherlands: International Society for Clinical Biostatistics. "Problems of interaction in the planning, analysis, and comparison of clinical studies."

18.    October 1982, Albuquerque, New Mexico: University of New Mexico Tumor Registry. "Current methods and problems in analytic epidemiology."

19.    October 1982, Albuquerque, New Mexico: University of New Mexico School of Medicine. "The effect of marijuana use on labor and delivery."

20.    March 1983, Honolulu, Hawaii: University of Hawaii Cancer Center. "The relationship of confounding to selection bias in case-control studies."

21.    February 1984, Loma Linda, California: Loma Linda University, School of Public Health. "Confounding in epidemiologic studies: some recent developments."

22.    May 1984, Melbourne, Australia: University of Melbourne. "An evaluation of a home-birth practice."

23.    May 1984, Adelaide Australia: Australia-New Zealand Society for Epidemiologic Research National Conference. "A workshop on current developments in design and analysis of epidemiologic studies" (series of 4 lectures).

24.    May 1984, Adelaide, Australia: Australia-New Zealand Society for Occupational Medicine National Conference. "Some problems in epidemiologic analysis."

25.    May 1984, Adelaide, Australia: Commonwealth Scientific and Industrial Research Organization. "Pitfalls of a statistical modeling in epidemiologic analysis."

26.    May 1984, Perth, Australia: National Health and Medical Research Council, University of Western Australia. "Some current developments in epidemiologic methods" (series of 4 lectures).

27.    June 1984, Sydney, Australia: Commonwealth Institute of Health, University of Sydney. "Control-initiated case-control studies."

28.    June 1984, Newcastle, Australia: Department of Mathematics, University of Newcastle. "Power, sample size, and smallest detectable effect determination in epidemiologic studies."

29.    June 1984, Brisbane, Australia: Queensland Institute of Medical Research, University of Queensland. "Evaluating the impact of electronic fetal monitoring."

30.    June 1984, Auckland, New Zealand: Department of Community Health, University of Auckland. "Epidemiologic evaluation of medical technology."

31.    September 1984, Boston, Massachusetts: Dept. of Epidemiology, Harvard School of Public Health. "Confounding and misclassification."

32.    September 1984, Chapel Hill, North Carolina: Dept. of Biostatistics, University of North Carolina. "Recent issues and developments in the estimation of relative risks."

33.    October 1984, Seattle, Washington: Department of Epidemiology, University of Washington. "Problems in the detection of confounding when measurement errors are present."

34.    October 1984, Seattle, Washington: Dept. of Biostatistics, Fred Hutchison Cancer Research Center. "Power, sample size, and smallest detectable effect determination in multivariate studies."

35.    November 1984, Anaheim, California: American Public Health Association. "Confounding, selection bias, and misclassification."

36.    November 1984, Albuquerque, New Mexico: University of New Mexico Tumor Registry. "Basic survival analysis: relation to the proportional hazards model."

37.    April 1985, Washington, D.C.: National Cancer Institute. "Interpreting time-related trends in effect estimates."

38.    April 1985, New York, New York: Division of Epidemiology, Columbia University, School of Public Health. "Interpretation and choice of effect measures in epidemiologic analysis."

39.    June 1985, Alta, Utah: Society for Industrial and Applied Mathematics. "Partial and marginal matching in case-control studies."

40.   May 1986, Boston, Massachusetts: Department of Population Sciences, Harvard School of Public Health. "Raw milk: a case study of the interplay of science, public health, and politics."

41.   May 1986, New York, New York: Division of Epidemiology, Columbia University School of Public Health. "Invalidity of some proposed criteria for covariate control."

42.   June 1986, Minneapolis, Minnesota: Department of Epidemiology, University of Minnesota School of Public Health. "Entrenched fallacies in epidemiologic statistics."

43.   September 1986, Las Vegas, Nevada: American Public Health Association. "The role of significance tests in epidemiologic analysis."

44.   April 1987, San Francisco, California: Department of Preventive Medicine, University of California. "Misuses of statistics in causal analysis."

45.   August 1987, San Francisco, California: American Statistical Association. "Significance testing versus continuity principles."

46.   October 1987, New York, New York: Division of Epidemiology, Columbia University School of Public Health. "Confounding versus statistical validity."

47.   April 1988, Davis, California: Department of Epidemiology and Preventive Medicine, University of California." Fallacies in the definition and estimation of attributable fractions."

48.   April 1988, Davis, California: Division of Biostatistics, University of California. "Statistical uncertainty due to misclassification: implications for validation substudies."

49.   June 1988, Vancouver, British Columbia: Society for Epidemiologic Research. "Open population follow-up as an alternative to a fixed cohort study: implications for validity, efficiency, and generalizability."

50.   September 1988, Boston, Massachusetts: Harvard School of Public Health. "Matching and efficiency in cohort studies."

51.   April 1989, Baltimore, Maryland: Department of Epidemiology, Johns Hopkins School of Public Health. "Structural models and fixed margins in the analysis of two-by-two tables."

52.   April 1989, New York, New York: Division of Epidemiology, Columbia University School of Public Health. "Randomization, statistics, and causal inference."

53.   April 1989, New York, New York: Department of Environmental and Occupational Medicine, Mount Sinai Medical School. "Matching and efficiency in cohort studies."

54.   June 1989, Birmingham, Alabama: Society for Epidemiologic Research. "Use of the case-control study design in evaluating preventive interventions."

55. June 1989, Gainesville, Florida: Department of Statistics, University of Florida. "The deduction of fixed margins in the causal analysis of two-by-two tables."

56. June 1989, Atlanta, Georgia: Department of Biostatistics and Epidemiology, Emory University School of Medicine. "Comparability, collapsibility, and confounding: the confusion continues."

57. August 1989, Helsinki, Finland: Department of Epidemiology and Biostatistics, Finnish Institute of Occupational Health. "Empirical Bayes analysis of correlated associations: application to an occupational mortality study."

58. September 1989, Linköping, Sweden: Swedish Council for Planning and Coordination of Research. "Theories of epidemiologic inference."

59. September 1989, Stockholm, Sweden: Department of Epidemiology, Karolinska Institute. "Empirical Bayes analysis of correlated associations application to an occupational mortality study."

60. September 1989, Chapel Hill, North Carolina: Department of Epidemiology, University of North Carolina School of Public Health. "A recent history of the concept of confounding."

61. February 1990, New Orleans, Louisiana: American Association for the Advancement of Science. "Meta-analysis of observational studies."

62. April 1990, Los Angeles, California: Department of Preventive Medicine, University of Southern California School of Medicine. "Counterfactual models for causal effects in epidemiology."

63. August 1990, Berkeley, California: Second Annual Meeting of the International Society for Environmental Epidemiology. "Ecologic bias: Current quantitative understanding and directions for future study."

64. November,1990, Berkeley, California: Department of Statistics, University of California, Berkeley. "Smoothing by a maximal model: an alternative to variable selection."

65,66. January 1991, Davis, California: Department of Occupational Health, University of California, Davis. Also Berkeley, California: California State Department of Health. "Summarization, smoothing, and inference in epidemiologic data analysis."

67. February 1991, Ann Arbor, Michigan: Department of Epidemiology, University of Michigan School of Public Health. "Causal inference as a prediction problem."

68. February 1991, Ann Arbor, Michigan: Program in Clinical Research Design and Statistical Analysis. "Summarization, smoothing, and inference in epidemiologic data analysis."

69.     April 1991, San Francisco, California: Department of Epidemiology and Biostatistics, University of California, San Francisco. "Smoothing by a maximal model: an alternative to variable selection."

70,71.  May 1991, Helsinki, Finland: Institute of Occupational Health. Also Aarhus, Denmark: Institute of Social Medicine. "Summarization, smoothing, and inference."

72.     August 1991, Atlanta, Georgia: American Statistical Association. "Semi-Bayes methods for screening effects of toxic exposures."

73-75.  September 1991, Rotterdam, The Netherlands: Erasmus University, Department of Epidemiology and Biostatistics. Series of three lectures: "Summarization, smoothing, and inference"; "Causal inference as a prediction problem"; and "Empirical-Bayes methods for epidemiologic research".

76.     October 1991, Albuquerque, New Mexico: Department of Mathematics and Statistics, University of New Mexico. "Empirical-Bayes and Semi-Bayes regression for epidemiologic analyses of multiple exposures: a comparative study."

77,78.  April 1992, Stanford, California: Division of Epidemiology, Stanford University School of Medicine. Also June 1992, Minneapolis, Minnesota: Division of Epidemiology, University of Minnesota School of Public Health. "The role of statistics in epidemiologic research."

79.     June 1992, Corvallis, Oregon: Joint Statistical Meetings of IMS and WNAR. "Causal inference as a prediction problem."

80,81.  June 1992, Minneapolis, Minnesota: Society for Epidemiologic Research. Also July 1992, Detroit, Michigan: Henry Ford Hospital. "Hierarchical methods in logistic regression analyses of multiple exposures."

82.     November 1992, Tokyo, Japan: Institute of Statistical Mathematics. "Causal inference and statistical prediction."

83,84.  November 1992, Tokyo, Japan: Fourth Japan-US Biostatistics Conference and Institute of Statistical Mathematics. Also May 1993, Chapel Hill, North Carolina: Department of Epidemiology, University of North Carolina School of Public Health. "Hierarchical regression for epidemiologic analyses of multiple exposures."

85.     May 1993, Atlanta, Georgia: International Society for Environmental Epidemiology. "Coping with the inevitable subjectivity of meta-analysis."

86,87.  May 1993, Gainesville, Florida: Department of Statistics, University of Florida. Also May 1993, Chapel Hill, North Carolina: Department of Epidemiology, University of North Carolina School of Public Health. "Alternative models for ordinal logistic regression."

88.     June 1993, Keystone, Colorado: Society for Epidemiologic Research. "Prospects and pitfalls of meta-analysis."

89.     June 1993, Laramie, Wyoming: Institute of Mathematical Statistics and the Biometric Society. "Extensions of the attributable fraction and probability of causation to continuous outcomes."

90,91.  November 1993, Thousand Oaks, California: American Statistical Association (Southern California Chapter). Also December, 1993, Santa Monica, California: RAND Corporation. "The relative performance of simple methods for handling missing covariates in epidemiologic regression analysis."

92,93.  February 1994, Boston, Massachusetts: Harvard School of Public Health. Also May 1994, Seattle, Washington: Fred Hutchinson Cancer Research Center. "A study of basic methods for handling missing covariates in epidemiologic regression analyses."

94.     May 1994, Seattle, Washington: University of Washington School of Public Health. "Ecologic studies: biases, misconceptions, and counterexamples."

95.     January 1995, Sacramento, California: State of California Department of Health Services. "Application of penalized splines to HIV backprojection in L.A. County."

96.     January 1995, Davis California: Department of Statistics, University of California. "Iterative reweighting in hierarchical regression for epidemiologic analysis."

97-99.  March 1995, Baltimore, Maryland: Department of Epidemiology, Johns Hopkins School of Public Health. Also April 1995, Milan, Italy: Division of Epidemiology and Biostatistics, European Institute of Oncology, and Bath, England: Department of Statistics, University of Bath. "All models should be as big as a house: Some Savage observations for the new computer age."

100.    April 1995, Lyon, International Agency for Research on Cancer.  "Principles of Epidemiologic Analysis."

101-103. March 1996, Boston Massachusetts: Department of Epidemiology, Harvard School of Public Health. Also New Orleans, Louisiana: Department of Epidemiology and Biostatistics, Tulane University School of Public Health, and Cleveland, Ohio: Department of Epidemiology and Biostatistics, Case-Western University School of Medicine. "Sinning is believing in epidemiology."

104,105. March 1996, New Orleans, Louisiana: Department of Epidemiology and Biostatistics, Tulane University School of Public Health. Also Cleveland, Ohio: Department of Epidemiology and Biostatistics, Case-Western University School of Medicine. "Penalized likelihood as a unifying concept for epidemiologic analysis."

106.    November 1996, Stanford, California: Division of Biostatistics, Stanford University School of Medicine. "Hierarchical regression as an unifying concept for epidemiologic statistics."

107.    May 1997, Atlanta, Georgia: American Statistical Association. "Making use of higher-stage information in epidemiologic analyses."

108.    May 1997, Atlanta, Georgia: Centers for Disease Control. "Should all epidemiologic regressions use random coefficients?"

109.    July 1997, Santa Fe, New Mexico: Santa Fe Institute. "Causal inference as a prediction problem."

110.    August 1997, Anaheim, California: American Statistical Association. "The sensitivity of a sensitivity analysis."

111,112. September 1997, Oviedo, Spain: XV National Meeting of the Spanish Society of Epidemiology. "Facing the limits of epidemiology" and "Multilevel modeling as a foundation for epidemiologic analysis."

113,114. March 1998, Baltimore, Maryland: Department of Epidemiology, Johns Hopkins School of Public Health. Also Chapel Hill, North Carolina: Department of Epidemiology, University of North Carolina School of Public Health. "Sinning is believing in epidemiology."

115.    June 1998, Chicago, Illinois: Annual Meeting of The Society for Epidemiologic Research. "Lies, damned lies, and meta-analyses."

116.    September 1998, Helsinki, Finland: 13th International Symposium on Epidemiology in Occupational Health. "Combining ecologic and individual data: The multilevel approach."

117.    September 1998, Glasgow, Scotland: International Conference of the Royal Statistical Society. "Meta-analysis as an emerging meta-disaster."

118.    March 1999, New York, New York: Department of Epidemiology, Columbia University School of Public Health. "Principles of multilevel analysis."

119.    August 1999, Berkeley, California: School of Public Health, University of California, Berkeley. "Magnetic fields and childhood leukemia."

120,121. December 1999, Marrakech, Morocco: World Health Organization Conference on Summary Measures for Population Health. Also February 2000, New York, New York: Department of Epidemiology, Columbia University School of Public Health. "Causality theory for summarization of population health in policy uses of epidemiologic results."

122.    February 2000, Chapel Hill, North Carolina: School of Public Health. "Putting prior information into epidemiologic regression analysis."

123.    February 2000, Bethesda, Maryland: Food and Drug Administration. "The Bayesian-frequentist fusion: Epidemiologic regression using random coefficients."

124,125. February 2000, Washington, D.C.: American Association for Advancement of Science Annual Meeting. Also May 2000, Los Angeles: Marschak Colloquium, UCLA Department of Economics. "Overthrowing the tyranny of the null hypothesis."

126.    June 2000, Edmonton, Canada: University of Alberta International Conference on Statistics and Health. "Ecologic bias in estimating ecologic effects."

127.    June 2000, Park City, Utah: American Statistical Association Meeting on Radiation and Health. "Why the probability of causation is inappropriate for compensation schemes."

128.    July 2000, San Francisco, California: International Biometrics Conference. "Variable selection versus shrinkage in model-based control of confounding."

129.    November 2000, Houston, Texas: School of Public Health, University of Texas, Houston. "Multilevel model theory for ecologic analyses."

130.    January 2001, Sacramento, California: University of California at Davis Conference in Epidemiology. "Causality theory for policy uses of epidemiologic results."

131.    March 2001, Los Angeles, California: Research Conference on Biopolitics, UCLA Center for Governance. "A full Bayesian probability model for epidemiologic research on magnetic fields and childhood leukemia."

132.    April 2001, Seattle, Washington: Department of Biostatistics, University of Washington School of Public Health. "Facing the nonidentification problem in epidemiology."

133.    June 2001, Toronto, Canada: First National Student Congress, Canadian Society for Epidemiology and Biostatistics. "Incorporating validity concerns into epidemiologic modeling."

134.    June 2001, Toronto, Canada: First North American Congress of Epidemiology. "Epidemiology and the Law" (first panel speaker).

135.    June 2001, Toronto, Canada: First North American Congress of Epidemiology. "Data say nothing about epidemiologic associations and effects."

136.    July 2001, Whistler, British Columbia: Workshop on Selection Bias in Epidemiologic Studies of EMF and Childhood Leukemia. "Bayesian analysis of uncontrolled confounding in the Los Angeles study of wire codes and childhood leukemia."

137.    December 2001, Seattle, Washington: Center for Statistics and the Social Sciences, University of Washington. "Data say nothing at all: A plea for honesty in the packaging and practice of statistics."

138.    January 2002, Los Angeles, California:  Seminar on Statistical Associations and Causal Connections, Statistical Literacy Project.  "Epidemiologic and statistical aspects of causal modeling."

139.    March 2002, Palo Alto, California: Department of Preventive Medicine, Stanford University School of Medicine. Also Seattle, Washington: School of Nursing, University of Washington. "An introduction to multiple-bias modeling in observational data analysis."

140.    March 2002, Seattle, Washington: Department of Biostatistics, University of Washington. "Quantifying biases in causal models: classical confounding versus collider-stratification bias."

141.    May 2002, Berkeley, California: Mathematical Sciences Research Institute Symposium on Statistical Challenges for Meta-Analysis of Medical and Health-Policy Data. "The need for multiple-bias modeling in meta-analysis and pooled analysis."

142.    June 2002, Los Angeles, California: Joint meeting of the Biometric Society (WNAR) and the Institute of Mathematical Statistics. "We can't learn anything from a sensitivity analysis without a prior for the sensitivity parameters."

143.    June 2002, Palm Springs, California: Society for Epidemiologic Research. "Epidemiologists in court, part 2: Further experiences, and proposals for improving practice."

144.    August 2002, Montreal, Canada: XVI World Congress of Epidemiology. "Accounting for biases with statistical analyses."

145.    February 2003, Denver, Colorado: American Association for Advancement of Science Symposium on Causation in Law, Science, and Everyday Speech. "The chaos of causation: confronting courts with conflicts in concepts and methods for inferring cause and effect."

146.    March 2003, San Diego, California: Colloquium on Scientific Inference and Public Policy. "Defending the rights of chemicals?"

147.    June 2003, Atlanta, Georgia: Society for Epidemiologic Research.  "Bayesian modeling of multiple biases."

148.    August 2003, San Francisco, California: Joint Statistical Meeting of the American Statistical Association, the International Biometric Society, and the Institute of Mathematical Statistics. "The need for multiple-bias modeling in observational studies."

149.    May 2004, Santa Cruz, California: Department of Applied Mathematics and Statistics, University of California. "Bayesian bias modeling and some useful approximations."

150.    May 2004, Berkeley, California: Public Health Institute, University of California, Berkeley. "Meta-analysis and pooled analysis with multiple bias modeling."

151.    June 2004, Salt Lake City, Utah: Society for Epidemiologic Research. "Statistics as a hindrance and an aid for inference from nonexperimental data."

152.    September 2004, London, England: Department of Epidemiology, London School of Hygiene and Tropical Medicine. "Incorporating bias models into epidemiologic research."

153,154. Bristol, England: Department of Social Medicine, University of Bristol. Also March 2005, Munich, Germany: Department of Psychology and Epidemiology, Max Planck Institute. "You can and should do Bayes at home: simple and effective Bayesian methods for epidemiologic research."

155,156. September 2004, London, England: Department of Statistics, University College. Also March 2005, Jena, Germany: Institute for Psychology, Friedrich Schiller University. "Statistics as an aid and a hindrance to observational research."

157,158. September 2004, London, England: Royal Statistical Society. Also March 2005, Halle, Germany: Keynote Address, International Biometric Society, 51st Meeting, Martin Luther University. "Multiple-bias modeling for observational data."

159.    June 2005, Toronto, Canada: Society for Epidemiologic Research. "Escaping delusions of grandeur in epidemiology and statistics."

160.    August 2005, Minneapolis, Minnesota: American Statistical Association. "Extending likelihood-based algorithms and inference to nonidentified bias models."

161, 162. July 2006, Cambridge, Massachusetts: 22nd Conference on Uncertainty in Artificial Intelligence, Massachusetts Institute of Technology. Also Department of Epidemiology, Mailman School of Public Health, Columbia University, New York. "Marginal science: Facing the task of inference about an unobserved margin from an insufficient set of observed margins."

163.    February 2007, Montreal, Canada: Department of Epidemiology and Biostatistics, University of Montreal. "Options for multiple exposure variables: State your objective, please."

164.    February 2007, Quebec, Canada: Department of Preventive Medicine, University of Laval. Also Portland, Oregon: Department of Public Health and Preventive Medicine, Oregon Health Sciences University. "Postmodern epidemiology: From the holy trinity of validity threats to the unity of graphical and missing-data perspectives."

## Invited Workshops and Courses

1.    May 1991, Hindsgavl, Denmark:  Institute of Social Medicine, University of Aarhus. "Epidemiologic theory and analysis."

2.      September 1998, Münster, Germany: Institute for Epidemiology and Social Medicine. "Epidemiologic analysis from a truly Bayesian perspective."

3, 4.   September 1998, Helsinki, Finland: Institute of Occupational Health. Also March, 1999, Chapel Hill, North Carolina: Department of Epidemiology, University of North Carolina. "Principles of multilevel analysis."

5       January 2002, Los Angeles, California: Keck Foundation Workshop on Causal Modeling Methods (co-instructor).

6, 7.   June 2003, Atlanta, Georgia, and June 2005, Toronto, Canada: American College of Epidemiology. "Applying quantitative sensitivity analysis to epidemiologic data" (co-instructor).

8-11.   July-September 2005, Department of Epidemiology, Mailman School of Public Health, Columbia University, New York; Department of Epidemiology, Bloomberg School of Public Health, Johns Hopkins University, Baltimore; Department of Environmental and Occupational Health, University of Minnesota, Minneapolis; and Centre for Public Health Research, Massey University, Wellington, New Zealand. "Bayesian and bias-modeling methods for epidemiologic research."

12.     March 2006, 23rd Annual Behavioral Risk Factor Surveillance System Conference (CDC), Palm Springs, California. "Bayesian Perspectives for Epidemiologic Research: I. Rationale and Basic Methods. II. Regression and Bias Modeling."

13.     February 2007, Quebec, Canada: Department of Preventive Medicine, University of Laval.
        "You can and should do Bayes at home, work, and school."


**Contributed Presentations**

1.      June 1980, Minneapolis, Minnesota: Society for Epidemiologic Research. "Estimating exposure-specific rates from case-control data using Bayes' theorem: extensions to multiple exposure factors."

2.      June 1981, Vancouver, British Columbia: Biometric Society (WNAR). "The power of tests for interaction in epidemiologic studies."

3.      June 1983, Winnipeg, Manitoba: Society for Epidemiologic Research. "Effects of electronic fetal monitoring on rates of early neonatal death, low Apgar score, and cesarean section."

4.      June 1985, Chapel Hill, North Carolina: Society for Epidemiologic Research. "The fallacy of employing standardized regression coefficients as measures of biological effect."

5.      June 1986, Pittsburgh, Pennsylvania: Society for Epidemiologic Research. "A health study of two communities near the Stringfellow hazardous waste disposal site."

6.      June 1986, Pittsburgh, Pennsylvania: Society for Epidemiologic Research. "Identifiability, exchangeability, and epidemiologic confounding."

7.      June 1987, Amherst, Massachusetts: Society for Epidemiologic Research. "On the design of studies using confidence intervals."

8.      June 1988, Vancouver, British Columbia: Society for Epidemiologic Research. "Validation substudy or validated study?"

9.      June 1989, Birmingham, Alabama: Society for Epidemiologic Research. "Matching and efficiency in cohort studies."

10.     June 1990, Snowbird, Utah: Society for Epidemiologic Research. "The nonidentifiability of direct and indirect effects."

11.     June 1990, Snowbird, Utah: Society for Epidemiologic Research. "A semi-Bayes approach to the analysis of multivariate epidemiologic data, with an application to an occupational cancer-mortality study."

12.     August 1990, Los Angeles, California: International Epidemiological Association. "Case-control analyses of site-specific cancer mortality at a large-transformer manufacturing plant."

13.     July 1991, Santa Barbara, California: Joint Statistical Meetings of IMS and WNAR. "Modeling risk ratios from incomplete matched-cohort data: an estimating-equation approach."

14.     June 1992, Corvallis, Oregon: Joint Statistical Meetings of IMS and WNAR. "Maximum-likelihood estimation of the attributable fraction from logistic models."

15.     June 1992, Minneapolis, Minnesota: Society for Epidemiologic Research. "A method for modeling risk ratios from matched-cohort data."

16.     June 1993, Laramie, Wyoming: Joint Statistical Meetings of IMS and WNAR. "Alternative models for ordinal logistic regression."

17.     June 1994, Los Angeles, California: Joint Statistical Meetings of IMS and WNAR. "A study of basic methods for handling missing covariates in epidemiologic regression analyses."

18.     June 1995, Snowbird, Utah: Society for Epidemiologic Research. "Estimation of the causal effect of a time-varying exposure on the marginal mean of a repeated binary outcome."

19.   June 1995, Stanford, California: Joint Statistical Meetings of IMS and WNAR. "Historical HIV incidence modeling in regional subgroups: use of flexible discrete models with penalized splines based on prior curves."

20.   June 1996, Boston Massachusetts: Society for Epidemiologic Research. "Confounding in case-crossover and case-time-control studies."

21.   June 1997, Edmonton, Alberta: Society for Epidemiologic Research. "Characteristics of fluoxetine vs. placebo responders in a randomized trial of geriatric depression."

22.   June 1999, Baltimore, Maryland: Society for Epidemiologic Research: "A pooled analysis of magnetic fields, wire codes, and childhood leukemia."

23.   June 2000, Seattle, Washington: Society for Epidemiologic Research. "Ecologic bias in estimating ecologic effects."

24.   June 2000, Seattle, Washington: Society for Epidemiologic Research. "Bayesian and partial-Bayesian analysis of epidemiologic studies via data augmentation."

25.   August 2001, Snowbird, Utah:  NCI Causal Inference Conference.  "Sensitivity analysis versus Bayesian analysis of uncontrolled confounding."

26.   June 2004, Salt Lake City, Utah: Society for Epidemiologic Research. "Monte-Carlo sensitivity analysis and Bayesian analysis of smoking as an unmeasured confounder in a study of silica and lung cancer."


**Editorial Activities**

1982-1986     Associate Editor for book, *Epidemiology: A Dictionary of Terms* for Oxford University Press

1984-1998     Associate Editor, *American Journal of Epidemiology*

1985-present  Associate Editor, *Statistics in Medicine*

1989-2006     Associate Editor, *Epidemiology*

2000-present  Editorial Advisory Board, *Methodos* Series

2004-present  Associate Editor, *European Journal of Epidemiology*

## Reviewing Activities

Referee for *American Journal of Epidemiology*, *Epidemiology*, *European Journal of Epidemiology*, *International Journal of Epidemiology*, and *Statistics in Medicine*; occasional referee for the *American Journal of Public Health*, *The American Statistician*, *Annals of Epidemiology*, *Biometrics*, *Biometrika, Biostatistics*, *Communications in Statistics*, *Computational Statistics and Data Analysis*, *Controlled Clinical Trials, Drug Safety*, *International Statistical Review*, *Journal of the American Medical Association*, *Journal of the American Statistical Association*, *Journal of Clinical Epidemiology*, *The New England Journal of Medicine*, *Risk Analysis*, and the *Scandinavian Journal of Work, Environment, and Health*.

| | |
|---|---|
| 1980-1981 | Review of textbook, "Case-Control Studies: Design, Conduct, Analysis," for Oxford University Press. |
| 1981-1982 | Review of textbook, "Epidemiologic Research: Principles and Quantitative Methods," for Lifetime Learning, Inc. |
| 1981-1982 | Review of textbook, "Principles of Epidemiologic Research," for John Wiley and Sons, Inc. |
| 1983-1985 | Review of textbook, "Modern Epidemiology," for Little, Brown, Inc. |
| 1985 | Review of textbook, "Methods in Observational Epidemiology," for Oxford University Press. |
| 1987 | Review of textbook, "Research Methods in Occupational Epidemiology," for Oxford University Press. |
| 1988-89 | Review of textbook, "Applied Logistic Regression," for Wiley and Sons, Inc. |
| 1993 | Review of textbook, "Observational Studies", for Springer-Verlag. |
| 1994-1995 | Review of textbook, "Methods in Observational Epidemiology" (2nd Ed.), for Oxford University Press. |

## Community and Public Service Activities

| | |
|---|---|
| 1980 | Consultant (WOS) to Maternal and Child Health Division, Los Angeles County Department of Health Services (Dr. Erica Watson) |
| 1977-1982 | Consultant (WOS) to Acute Communicable Disease Control Division, Los Angeles County Department of Health Services (Marc Strassburg, M.P.H.) |
| 1979-1982 | Consultant (WOS) to Center for Health Enhancement, Los Angeles (Dr. Jonathan Fielding) |

1982-1986    Consultant (WOS) to Program Evaluation Division, Los  Angeles County Department of Health Services (Dr. Marc Strassburg)

1986-1989    Consultant (WOS) to Consumer's Union (Larry King)

1986-1989    Consultant (WOS) to Acute Communicable Disease Control Division, Los Angeles County Department of Health Services (Dr. James Thomas)

1987-1989    Consultant (WOS) to Center for Community and Preventive Medicine, Charles R. Drew University of Medicine and Science (Dr. Bruce Allen)

1990-1994    Member, Health Effects Institute Working Group on Complex Mixtures (Dr. Aaron Cohen)

1994-1995    Member, Working Group on Recommendations for Reporting of Clinical Trials in the Biomedical Literature.

1994-1995    Member, International Life Sciences Institute Working Group on Meta-Analysis

1994-1997    Member, Health Effects Institute Particle Epidemiology Project Oversight Committee (Dr. Aaron Cohen)

1996-1997    Member, FDA Food Advisory Committee Working Group

1997-1998    Member, EPA Review Panel on Meta-Analysis of Water Chlorination and Cancer (Dr. Patricia Murphy)

1998-1999    Member, Federal Focus Review Panel on Application of the London Principles for Risk Assessment

1989-1999    Consultant (WOS) to Sexually Transmitted Disease Division, Los Angeles County Department of Health Services (Dr. Gary Richwald)

1999-2000    Consultant (WOS) to World Health Organization Global Programme on Evidence for Health Policy (Drs. Christopher Murray and Alan Lopez)

2000-2001    Consultant, California Birth Defects Monitoring Program, March of Dimes Birth Defects Foundation (Dr. Suzan Carmichael)

2000-2001    Reviewer, *Surgeon General's Report on Active Smoking and Health*, Office on Smoking and Health, National Center for Chronic Disease Prevention and Health Promotion, CDC (Elizabeth Majestic)

2000-2002    Consultant, California State Attorney General's Office, Proposition 65 Risk Assessment (Deputy Attorney Generals: Edward Weil and Susan Durbin)

2000-2002    Consultant, Environmental Health Investigations Branch, California State Department of Health (Dr. Raymond Neutra)

| | |
|---|---|
| 2000-2003 | Member, Executive Committee, Society for Epidemiologic Research |
| 2000-present | Advisor, American Council on Science and Health (Dr. Elizabeth Whelan) |
| 2001-present | Member, Advisory Committee, Harvard Program on Causal Inference in Epidemiology and Allied Sciences |
| 2004-2005 | Member, Epidemiology Without Borders Organizing Committee |
| 2004-2005 | Member, Committee on Alternate Models to Daubert Standards, National Academy of Sciences |

## University Committee Service

| | |
|---|---|
| 1980-1982 | Research Committee, UCLA School of Public Health |
| 1982-1984 | Admissions Policy Committee, UCLA School of Public Health |
| 1984-1986 | Course Approval Committee, UCLA School of Public Health |
| 1986-1988 | M.P.H. Exam Committee, UCLA School of Public Health |
| 1987-1989 | Educational Policy and Curriculum Committee, UCLA School of Public Health |
| 1989-1991 | Equipment Committee, UCLA School of Public Health |
| 1991- present | Computing Committee, UCLA School of Public Health |
| 1980-present | Doctoral Examination Committee, Department of Epidemiology, UCLA School of Public Health |

## Teaching Experience

| | |
|---|---|
| 1973-1974 | Teaching Assistant, Statistics 2, "Introductory Statistics," University of California, Berkeley |
| Winter 1978 | Teaching Assistant, Public Health 147, "Principles of Epidemiology," UCLA |
| Fall 1978 | Instructor, Health Sciences 510C, "Cardiovascular Epidemiology," Cal State University, Northridge |
| Spring 1980 | Instructor, Health Sciences 592, "Biostatistics for Epidemiologists," Cal State University, Northridge |
| Fall 1981 | Instructor, Public Health 298B, "Advanced Analytic Epidemiology," UCLA |

| | |
|---|---|
| 1981-1984 | Lecturer, Public Health 114, "Epidemiology I," UCLA |
| 1982-1986 | Co-Instructor, Public Health 211A, "Epidemiology II," UCLA |
| 1980-1986 | Co-Instructor, Public Health 211B, "Epidemiology III," UCLA |
| 1982-1987 | Instructor, Epidemiology 291 (formerly Public Health 221), "Seminar in Epidemiologic Methodology," UCLA |
| Summer 1992 | Instructor, Epidemiology 737, "Seminar in Statistics in Epidemiology," University of Michigan |
| 1982-1997 | Instructor, Epidemiology 202A (formerly Public Health 211C), "Epidemiology: Theory and Methodology I," UCLA |
| 1988-1997 | Instructor, Epidemiology 202B (formerly Public Health 211D), "Epidemiology: Theory and Methodology II," UCLA |
| 1980-present | Instructor, Epidemiology 292 (formerly Public Health 229), "Advanced Seminar in Epidemiology," UCLA |
| 1980-present | Instructor, Epidemiology 203 (formerly Public Health 223), "Topics in Theoretical Epidemiology," UCLA |
| 1998-present | Instructor, Epidemiology 204/Statistics 243, "Logic, Causation, and Probability," UCLA |
| 1999-present | Instructor, Epidemiology 211/Biostatistics 211, "Statistical Methods in Epidemiology," UCLA |
| 2000-present | Instructor, Epidemiology 212/Biostatistics 209, "Epidemiologic Regression", UCLA |