EXHIBIT 92

CALENDAR FOR PATIENT 945-15 (36yr Male)
2yrs b/4 study patient had depression

| STUDY DAY | |
|---|---|
| 1 | On drug |
| 12 | depression of moderate intensity |
| 71 | depression moderate becomes severe |
| 85 | reducing drug |
| 111 | stop drug |
| 111 | depression/suicidal ideation gone |
| 267 | restart drug |
| 271 | depression back |
| 295 | depression severe |
| 300 | pull patient from study |

DEPOSITION EXHIBIT 24