EXHIBIT 93



# Pharmacoepidemiology

## THIRD EDITION

## Edited by
# BRIAN L. STROM

# PHARMACOEPIDEMIOLOGY

## Third Edition

*Edited by*

**BRIAN L. STROM**
*University of Pennsylvania, USA*

JOHN WILEY & SONS, LTD
Chichester · New York · Weinheim · Brisbane · Singapore · Toronto

# Contents

List of Contributors ................................................................... ix

Preface ................................................................................ xv

Preface to Second Edition ........................................................... xix

Preface to First Edition ............................................................. xxi

Acknowledgements ................................................................. xxiii

PART I. INTRODUCTION ............................................................ 1

1. **What is Pharmacoepidemiology?** ................................................ 3
   *Brian L. Strom*
2. **Study Designs Available for Pharmacoepidemiology Studies** .................... 17
   *Brian L. Strom*
3. **Sample Size Considerations for Pharmacoepidemiology Studies** ................. 31
   *Brian L. Strom*
4. **Basic Principles of Clinical Pharmacology Relevant to Pharmacoepidemiology Studies** ........ 41
   *Patricia McGettigan, David A. Henry and Sean Hennessy*
5. **When Should One Perform Pharmacoepidemiology Studies?** ...................... 63
   *Brian L. Strom*

PART II. PERSPECTIVES ON PHARMACOEPIDEMIOLOGY ........................... 73

6. **The Public Health, the University, and Pharmacoepidemiology** ................. 75
   *Paul D. Stolley and Joan-Ramon Laporte*
7. **A View From Industry** ....................................................... 91

vi                                      CONTENTS

PART III. SYSTEMS AVAILABLE FOR PHARMACOEPIDEMIOLOGY STUDIES......... 149

10. **Spontaneous Reporting in the United States** ...................................... 151
    *Dianne L. Kennedy, Stephen A. Goldman and Ralph B. Lillie*
11. **Spontaneous Reporting Systems Outside the US** ................................... 175
    *Bengt-Erik Wiholm, Sten Olsson, Nicholas Moore and Patrick Waller*
12. **Intensive Hospital-based Cohort Studies** ......................................... 193
    *Keith Beard and David H. Lawson*
13. **Case–Control Surveillance** ................................................... 209
    *Samuel Shapiro*
14. **Prescription-event Monitoring** ............................................... 231
    *Ronald D. Mann*
15. **Group Health Cooperative of Puget Sound** ..................................... 247
    *Kathleen W. Saunders, Robert L. Davis and Andy Stergachis*
16. **Kaiser Permanente Medical Care Program: Division of Research, Northern California,
    and Center for Health Research, Northwest Division** ............................ 263
    *Gary D. Friedman, Laurel A. Habel, Myde Boles and Bentson McFarland*
17. **Harvard Pilgrim Health Care/Harvard Vanguard Medical Associates** ............. 285
    *K. Arnold Chan and Richard Platt*
18. **UnitedHealth Group** ......................................................... 295
    *Deborah Shatin, Carol Drinkard and Andy Stergachis*
19. **Medicaid Databases** ......................................................... 307
    *Jeffrey L. Carson, Wayne A. Ray and Brian L. Strom*
20. **Health Databases in Saskatchewan** ........................................... 325
    *Winanne Downey, Patricia Beck, Mary McNutt, MaryRose Stang, William Osei
    and Jim Nichol*
21. **Automated Pharmacy Record Linkage in The Netherlands** ....................... 347
    *Hubert G. Leufkens and John Urquhart*
22. **The Tayside Medicines Monitoring Unit (MEMO)** ............................... 361
    *Josie M.M. Evans and Thomas M. MacDonald*
23. **The UK General Practice Research Database** .................................. 375
    *Luis A. García Rodríguez, Susanne Pérez-Gutthann and Susan Jick*
24. **Other Approaches to Pharmacoepidemiology Studies** ........................... 387
    *Brian L. Strom*
25. **How Should One Perform Pharmacoepidemiology Studies? Choosing Among the
    Available Alternatives** ...................................................... 401
    *Brian L. Strom*


PART IV. SELECTED SPECIAL APPLICATIONS AND METHODOLOGICAL ISSUES IN
PHARMACOEPIDEMIOLOGY ............................................................ 415

26. **Bioethical Issues in Pharmacoepidemiology Research** ......................... 417
    *David Casarett, Jason Karlawish, Elizabeth Andrews and Arthur Caplan*
27. **National Medicinal Drug Policies: their Relationship to Pharmacoepidemiology** .. 433
    *Suzanne Hill and David Henry*
28. **Premarketing Applications of Pharmacoepidemiology** ........................... 449
    *Harry A. Guess*

..... 149

..... 151

..... 175

..... 193

..... 209

..... 231

..... 247

..... 263

..... 285

..... 295

. 307

..... 325

..... 347

..... 361

..... 375

..... 387

..... 401

S IN

..... 415

29. **Studies of Drug Utilization** ........................................ 463
David Lee and Ulf Bergman

30. **Evaluating and Improving Physician Prescribing** ........................ 483
Stephen B. Soumerai, Sumit Majumdar and Helene L. Lipton

31. **Drug Utilization Review** ............................................ 505
Sean Hennessy, Brian L. Strom, Helene L. Lipton and Stephen B. Soumerai

32. **Determining Causation from Case Reports** ............................. 525
Judith K. Jones

33. **The Use of Randomized Controlled Trials for Pharmacoepidemiology Studies** .... 539
Samuel M. Lesko and Allen A. Mitchell

34. **The Use of Pharmacoepidemiology to Study Beneficial Drug Effects** .......... 553
Brian L. Strom and Kenneth L. Melmon

35. **Pharmacoeconomics: Economic Evaluation of Pharmaceuticals** ............. 573
Kevin A. Schulman, Henry Glick, Daniel Polsky and John M. Eisenberg

36. **Using Quality of Life Measurements in Pharmacoepidemiology Research** ...... 603
Gordon H. Guyatt and Roman Jaeschke

37. **N-of-1 Randomized Clinical Trials in Pharmacoepidemiology** .............. 615
Gordon H. Guyatt, Roman Jaeschke and Robin Roberts

38. **The Use of Meta-analysis in Pharmacoepidemiology** ..................... 633
Jesse A. Berlin

39. **Validity of Pharmacoepidemiology Drug and Diagnosis Data** .............. 661
Suzanne L. West, Brian L. Strom and Charles Poole

40. **Special Methodological Issues in Pharmacoepidemiology Studies of Vaccine Safety** ......... 707
Robert T. Chen

41. **Special Methodological Issues in Pharmacoepidemiology Studies of Devices** ....... 733
Roselie A. Bright

42. **Special Considerations in Studies of Drug-induced Birth Defects** .......... 749
Allen A. Mitchell

43. **Bias and Confounding in Pharmacoepidemiology** ....................... 765
Jean-Paul Collet and Jean-François Boivin

44. **Novel Approaches to Pharmacoepidemiology Study Design and Statistical Analysis** .......... 785
Samy Suissa

PART V. CONCLUSION ................................................. 807

45. **The Future of Pharmacoepidemiology** ............................... 809
Brian L. Strom

**Appendix A—Sample Size Tables** ...................................... 817

**Appendix B—Glossary** .............................................. 851

Case 1:04-cv-10981-PBS Document 1177-13 Filed 03/13/2008 Page 6 of 16

# 7

# A View From Industry

DALE B. GLASSER and GRETCHEN S. DIECK
Pfizer Inc, 235 East 42nd Street, New York, NY 10017, USA

## INTRODUCTION

Innovative and successful pharmaceutical manufacturers invest heavily in research and development, in order to achieve increases in profit and growth through the launch of new products. The Pharmaceutical Research and Manufacturer's Association (PhRMA) in the US estimates that companies will invest 24 billion dollars in 1999 to discover and develop new drugs, which represents a 14% increase over 1998. In the 1990s more than 330 new medications have been approved by the US Food and Drug Administration (FDA), to treat conditions that affect millions of people.[1]

Epidemiology has played an increasingly important role over the past 15 years in all phases of drug development, commercialization, and safety. Drug development has long relied on basic science research and on clinical studies of experimental rather than observational design. In the areas of safety and postmarketing surveillance, the pharmaceutical industry and regulatory authorities initially relied solely on clinical trials or on the spontaneous reporting system of the FDA or other regulatory authorities for information on safety. Epidemiology began its career in the pharmaceutical industry being used defensively, usually in response to legal or regulatory issues. However, most large pharmaceutical companies now recognize the proactive contribution that may be made by epidemiology. In addition to its traditional role in drug safety and risk management, pharmacoepidemiology has become increasingly important in providing support to product planning, marketing, and market analysis.

## PHARMACEUTICAL INDUSTRY GOALS AND OBJECTIVES

The primary goal of the pharmaceutical industry is to improve the public's health and well-being through the development and sale of safe and effective pharmaceutical products. Manufacturers devote major efforts to research and development, as well as to marketing those products that have been approved. Products must be sold at a profit for a manufacturer to remain economically viable. These profits, in turn, help to support research and development and lead to new drugs. Throughout the entire process of drug development and marketing, government regulatory authorities, such as the US FDA and similar agencies in other countries, regulate the industry.

Most drug regulatory authorities require that a pharmaceutical manufacturer demonstrates that

*Pharmacoepidemiology*, Third Edition. Edited by B. L. Strom.
© 2000 John Wiley & Sons. Ltd.

1993; 46:

Causality
;s—II. An
; causality
h positive
331–6.

# 33

# The Use of Randomized Controlled Trials for Pharmacoepidemiology Studies

SAMUEL M. LESKO
Slone Epidemiology Unit, Schools of Public Health and Medicine, Boston University, Brookline, MA, USA

ALLEN A. MITCHELL
Slone Epidemiology Unit, Schools of Public Health and Medicine, Boston University, Brookline, MA, USA

## INTRODUCTION

When properly conducted, randomized controlled trials (RCTs) are considered the gold standard for demonstrating the effectiveness of a new medication because they provide unbiased estimates (see Chapter 2). While generally used for studies of beneficial drug effects (see also Chapter 34), too often pharmacoepidemiologists overlook the fact that the advantages of this study design also make it ideal for obtaining an unbiased estimate of the risk of adverse outcomes.

During the premarketing phases of drug development, RCTs involve highly selected subjects and on aggregate include at most a few thousand patients. These studies are sufficiently large to provide evidence of a beneficial clinical effect and exclude large increases in risk of common adverse clinical events. However, premarketing trials are rarely large enough to detect small differences in the risk of common adverse events or to reliably estimate the risk of rare events, whether serious or trivial. Identification and quantification of these potentially important risks require large studies, which typically are conducted after a drug has been marketed. Because of design complexity and costs, large controlled trials have not generally been considered in the pharmacoepidemiologist's armamentarium for the postmarketing evaluation of drugs. Until recently, we too did not consider this approach for our postmarketing studies. However, our search for the best method to assess the risk of serious but rare adverse reactions to pediatric ibuprofen caused us to expand our view.[1] The experience that led to that change serves as the basis for this chapter and may prompt others to consider randomized trials for the postmarketing assessment of drug safety.

*Pharmacoepidemiology*, Third Edition. Edited by B. L. Strom.
© 2000 John Wiley & Sons, Ltd.

Case 1:04-cv-10981-PBS     Document 1075-109     Filed 01/04/2008     Page 9 of 16

its product (either drug or device) is safe and effective before approving the product for sale. Beyond meeting regulatory needs, the manufacturer has an ethical obligation to monitor its products for safety on an ongoing basis, in order to develop and maintain product labeling that reflects current knowledge. The manufacturer's product label directly affects the safe prescribing of drugs by physicians and safe use of the product by the public.

In order to establish safety and efficacy, the manufacturer must have a basic understanding of the target patient population for both the successful development and sale of the product. To remain competitive, a manufacturer must be able to predict unmet medical need several decades into the future and understand the characteristics of the individuals afflicted with the various conditions of interest. Pharmaceutical research is extremely costly and time consuming. Given limited resources, decisions must be made as to which of many candidate drugs to develop. Once a drug is approved for sale, patient characteristics play an important role in developing marketing strategies and helping to maximize marketing resources by identifying specific target populations appropriate for the particular medication.

Throughout the lifespan of a drug, from discovery through the entire marketing and sales cycle, industry has an ongoing obligation to comply with worldwide regulatory requirements. Although few would seriously dispute the need for regulation, the pharmaceutical industry does need to function in a rational regulatory environment.[2] Implicit in this goal is the need for a logical basis for drug approval, the need for a rational and balanced approach to both pre- and postmarketing surveillance of drug safety, and the need for a regulatory environment relatively devoid of non-scientific pressures.[2]

Crucial to the continued success of the pharmaceutical industry in providing effective treatments for serious medical conditions is freedom from irresponsible attacks on safety issues. This is not to suggest that the industry should not be held accountable for its actions, but rather that challenges of drug safety should be motivated by consistently applied scientific principles.[2] To minimize such attacks, there is need for rapid, efficient, and scientifically sound methods for evaluating drug safety. A proper understanding of the strengths and limitations of these methods is needed by government, special interest groups, the media, physicians, and the pharmaceutical industry itself.[2] Sales of a product, either drug or device, can be irreparably damaged or the product itself withdrawn from the market based on unwarranted and insupportable attacks, as was the case with Bendectin.[3–5] Even when the safety of the product has subsequently been established, the public's trust may have eroded in both the product and the industry itself.

The manufacturer's responsibility is to develop safe and effective products, have the capability to rapidly assess the health needs and the safety of the population, and encourage and support the public's confidence in the actions of industry and government.[2] The methods of pharmacoepidemiology can contribute to each of these areas.

## UTILITY OF PHARMACOEPIDEMIOLOGY

Epidemiology makes its greatest contribution to the pharmaceutical industry in support of several functions: evaluating drug safety, new product planning and portfolio development, and commercialization or marketing of drugs. The observational methods used in these functions are often described by other terminology, such as cost-effectiveness research (see Chapter 35), outcomes research (see Chapter 36), or quality of life research (see Chapter 36). Regardless of nomenclature, pharmacoepidemiology is playing an expanding role within the pharmaceutical industry.

### EVALUATING DRUG SAFETY

Evaluating drug safety is the primary use of epidemiology within the pharmaceutical industry. Drug manufacturers have traditionally relied on two major sources for information on the safety of drugs: the clinical trials supporting the New Drug Application (NDA) and, once the drug is marketed, spontaneous reports received throughout

the world. Both are useful and have a place in assessing drug safety, but both have limitations that can be addressed, in part, by the proper use of formal observational epidemiology. Epidemiologic studies can complement these two sources of data to provide a more comprehensive and pragmatic picture of the safety profile of a drug.

## Clinical Trials

The randomized controlled clinical trial is considered the gold standard methodology to study the safety and efficacy of a drug. However, trials are limited by the relatively small numbers of patients studied and the relatively short time period over which patients are observed. The numbers of patients included in premarketing clinical trials are usually adequate to identify only the most common and acutely occurring adverse events. Typically, these trials have a total patient sample size up to several thousand (occasionally as high as 7000). Using the "rule of three",[6,7] where the sample size needed is roughly three times the reciprocal of the frequency of the event, at least 300 patients would be required in a trial in order to observe at least one adverse event that occurs at a rate of 1/100 (see also Chapter 3). Likewise, a sample of 3000 is needed to observe at least one adverse event with 95% probability if the frequency of the event is 1/1000.[7,8] Thus, clinical trials are usually only large enough to detect events that occur relatively frequently, and are generally inadequate to address all potential safety issues related to a particular drug.[9]

An additional limitation of clinical trials with respect to drug safety is the strict inclusion/exclusion criteria common in clinical trials. Patients included in pre-approval clinical studies may be the healthiest segment of that patient population. Special groups such as the elderly, pregnant women, or children may be excluded from some trials.[10-13] Patients in clinical trials also tend to be treated for well defined indications, have limited and well monitored concomitant drug use, and are closely followed for early signs and symptoms of adverse events, which may be aborted or reversed with proper treatment. In contrast, once a drug is marketed, it is used by patients in "real-life"

situations, who may have a constellation of disorders for which they are being treated simultaneously. Patients may also be taking over the counter medications, "natural remedies," or illicit drugs unbeknownst to the prescribing physician. The interactions of various drugs and treatments may result in a particular drug having a different safety profile in a postmarketing setting compared to the controlled premarketing environment.[14] A recent example is the drug Posicor (mibefradil), which was voluntarily withdrawn from the market after less than a year by the manufacturer as a result of new information about multiple potentially serious drug interactions.[15] Compliance in taking the drug as prescribed may also differ between closely monitored trials and general postapproval use.

## Spontaneous Reporting Systems

Spontaneous reporting systems are valuable for identifying relatively rare events and providing signals about potentially serious safety problems, especially with respect to new drugs (see also Chapters 10 and 11).[16,17] Signals are used to generate hypotheses, which then may be studied in observational or interventional studies. Spontaneous reports must be interpreted within the context of the strengths and limitations of the system.[17] These reports are subject to many biases, which are unmeasured and unmeasurable. Events are generally underreported and the decision of which events to report is potentially strongly affected by bias.[17] The effects of these biases differ among drugs and differ over time. The number of spontaneous reports received most often relates to the length of time a drug has been on the market, the initial rate of sale of the drug, secular trends in spontaneous reporting, and the amount of time a manufacturer's sales representatives spend with physicians "detailing" the product.[16-19] Certain types of event seem to be more likely to be reported, such as those which are serious and/or unlabeled,[20,21] events that occur rarely in the general population,[22] those that occur acutely with drug administration,[22] and those associated with publicity in the lay or professional media.[16] The frequency of reporting varies by drug class and

drug company.[21] The number of reports is not equal to the number of patients, since events are often reported several times.[23] Valid incidence rates cannot be generated from spontaneous reporting systems, since neither the true numerator nor true denominator is known,[17] and reporting rates between drugs cannot be validly compared; therefore, relative safety cannot be assessed.[23] Additionally, the events reported have an underlying background rate in the population, even in the absence of drug treatment.[17]

Notwithstanding these important limitations, the spontaneous reporting system has been successfully used in a number of circumstances to alert a manufacturer to a potentially high frequency of serious adverse events in a newly launched drug. One example is temafloxacin (Omniflox), which was approved by the FDA in January 1992. By June 1992, the drug was voluntarily withdrawn from the market by the manufacturer, following reports of six deaths and more than 70 other serious adverse events, including hemolytic anemia, renal failure, severe hypoglycemia, and anaphylaxis. In the first four months after marketing, an estimated 174 000 individuals took this drug,[24] allowing the rapid observation of serious adverse events less frequent than those observed in clinical trials. Another example is that of mibefradil (Posicor), a calcium channel blocker first marketed in the US in August 1997. Three drugs (astemizole, cisapride, and terfenadine) were listed as having an interaction with mibefradil at the time of approval. Through spontaneous reports (as well as continued clinical studies), more than 25 drugs were identified that were potentially harmful if used with mibefradil. Mibefradil had no known special benefits that could not be met with other drugs. The manufacturer and the FDA decided that the number and diversity of drugs with which it interacted could not be practically handled via the usual warnings in the label, and the risk–benefit profile was unfavorable. The drug was voluntarily withdrawn from the US market in June 1998.[15]

Of great concern is the misinterpretation and dissemination of misinformation based upon reports received through the spontaneous reporting system. A well publicized example deals with the claims that the antidepressant fluoxetine (Prozac) might be associated with suicidal behavior and violent aggression towards others.[25] Intense publicity contributed to loss of market share for this product although practitioners and an FDA Advisory Committee had taken the position that suicidal behavior is an inherent part of depression and not associated with toxic effects of the drug, and that there is no scientific evidence linking aggressive behavior with this agent.[26,27] The FDA Advisory Committee did suggest that the manufacturer further support the evidence of the drug's safety with prospective epidemiologic studies. Subsequent studies and re-analyses of clinical trial data did not support the speculation that fluoxetine increased the risk of suicide or aggressive behavior, and millions of patients worldwide have benefited from this therapy.[28-31]

In order to evaluate safety signals arising from spontaneous reporting systems, one needs to know as much as possible about the population using the drug. For example, knowledge about the distribution of age, gender, concomitant illnesses, and medications in users of a particular drug can provide information necessary to estimate the expected background rates of events that one might observe. A number of commercial vendors such as NDC Health Information Services, HCIA Inc., and IMS Health provide extensive information about the use and sales of prescription products (see also Chapters 24 and 29). Although information about actual drug ingestion is not available, one can make some assumptions about the frequency of use from calculating the interval between refills in longitudinal resources. Additionally, information about the frequency of off-label use or the frequency of coprescribing with medications that are contraindicated may be explored.

There has been concern for many years that the FDA was taking too long to review New Drug Applications (NDAs) and make decisions on approval. While a thorough review of the safety and efficacy data is necessary, unnecessary delays due to staff shortages at the FDA delayed many valuable, and in some cases lifesaving, medications from being available to the large numbers of patients who could benefit. The community of

AIDS–HIV activists was instrumental in forcing change. In 1992, the Prescription Drug User Fee Act (PDUFA) was passed. This enabled the FDA to hire hundreds of additional reviewers with funds provided by the sponsors (manufacturers) submitting an NDA. In return, manufacturers could expect a decision on approval within one year of submitting an NDA (6 months if the drug was approved for expedited review by the FDA). In 1992, 26 new drugs were approved by the FDA, compared to 53 in 1996. The act expired in 1997 and was subsequently renewed by Congress. There has been increased emphasis on postmarketing surveillance since that time, and in some cases companies have been asked to perform formal observational studies as part of the approval commitment.

### Formal Epidemiology Studies

There are many safety issues relevant to the pharmaceutical industry that can only be studied through observational epidemiology. Only epidemiologic methods are practical for estimating the incidence of and risk factors for rarely occurring events in large populations exposed to a drug, to study events with a long latency period, or to study cross-generational effects of a drug. For example, case reports of a few patients with primary pulmonary hypertension exposed to appetite suppressant drugs led to a formal epidemiologic study documenting this association and strengthened labeling for the drug.[32]

Epidemiologic studies may also be the source of hypotheses or signals that later are found not to be supported. For example, Pahor and associates suggested that calcium antagonists were associated with gastrointestinal hemorrhage[33] and cancer.[34,35] Later studies did not confirm these findings, but sales of the products had been compromised.[36–41]

Epidemiologic studies may also be used to examine the comparative risks associated with particular drugs within a therapeutic class. For example, one large study determined that, among anti-ulcer drugs, cimetidine was associated with the highest risk of developing symptomatic acute liver disease.[42] Other studies examined the risk of hip fractures in users of benzodiazepines and found that users of long acting agents were at greater risk than those using short acting agents.[43,44]

Epidemiologic studies are extremely useful to place the incidence of adverse events observed during clinical trials in perspective. Data are often lacking on the expected rates of events in the population likely to be treated. For example, studies examining the risk factors for and rates of sudden unexplained death among people with epilepsy were able to provide reassurance that the rates observed in a clinical development program were within the expected rates for individuals with comparably severe disease.[45–47]

Epidemiologic methods have also been used extensively to examine possible teratologic effects of various agents (see also Chapter 42). Although animal teratology testing is part of the preapproval process of all drugs, questions about a possible relationship between a specific drug and birth defects may arise in the postmarketing period. Experimental methods such as randomized, double blind clinical trials are not feasible to address these issues. Instead, epidemiologic methods are necessary to gather and evaluate the information in the population actually using the drug. Examples of epidemiologic studies examining possible teratogenicity include those studying diazepam use and oral clefts,[48] spermicide use and Down's syndrome, hypospadias, and limb reduction deformities,[49] and Bendectin use and oral clefts, cardiac defects, and pyloric stenosis.[50,51] In certain circumstances manufacturers may choose to set up pregnancy registries to obtain information about the use of their products.[52,53]

Epidemiologic methods have also been used to study cancers in individuals exposed to drugs *in utero*, periconceptually, or immediately after birth. A classic example is the association between maternal use of DES and clear-cell adenocarcinoma of the vagina.[54,55] Other examples include the possible association between prenatal exposure to metronidazole and childhood cancer,[56] and childhood cancers and the use of sedatives during pregnancy.[57] A number of studies have examined the potential association between childhood cancer and exposure to vitamin K in the neonatal period.[58–61]

Case 1:04-cv-10981-PBS   Document 1197-18   Filed 04/06/2008   Page 13 of 16

Epidemiologic methods provide the only practical way to study the association between drugs and effects with very long latency periods. Early recipients of human growth hormone (derived from human cadaveric pituitary tissue) were found to have elevated risks of Creutzfeldt–Jacob disease (CJD).[62-66] Recombinant growth hormone became available in the mid-1980s, but due to the long latent period for CJD, cases continued to be diagnosed well after that time.

Modern chemotherapy for childhood cancer has only been in use since approximately 1970 and it is only fairly recently that large numbers of children are being cured of cancer, allowing for the estimation of the long-term risks associated with the use of cytotoxic agents. Epidemiologic studies have documented the association between iatrogenic leukemia and treatment with alkylating agents or epipodophyllotoxins for previous cancers.[67,68] Second malignant neoplasms (of the solid tumor type) have also been associated with the use of alkylating agents and antitumor antibiotics.[69,70] Chemotherapy given to children prior to or during the adolescent growth spurt has been associated with slowing of skeletal growth and loss of potential height.[71-73] Decreased bone mineral density has also been documented following chemotherapeutic treatment in childhood.[74,75]

Survivors of adult cancers have also been the subjects of studies examining associations between chemotherapy and late effects. Examples include findings of decreased bone mineral density in women treated with cytotoxic agents for breast cancer[76] and in men and women treated for Hodgkin's disease,[77,78] which may be due to a direct effect of treatment on bone, a secondary effect mediated via gonadal toxicity, or a combination of the two.

## MEDICAL DEVICES

Some pharmaceutical manufacturers also produce medical devices. Epidemiologic methods may also be used to evaluate the safety of these devices, including those that are permanently surgically implanted, such as breast augmentation devices or prosthetic joint replacements (see also Chapter 41).

Premarketing testing of devices must, by definition, differ from that of drugs. Surgical implants are usually designed for long term or life-long use, and clinical trials are not feasible to study effects with long latency periods. Surgical techniques also differ widely among surgeons, and may influence later adverse events. Placebo comparisons are not possible to study surgical implants for obvious reasons. It may be only when the device has been in widespread use for many years that some adverse effects are noticed. At this point, epidemiologic studies may be useful.

The regulation of medical devices by the FDA also differs substantially from that of drugs, and will only be briefly discussed here (see also Chapter 41). Prior to the Medical Device Amendments of 1976 to the Federal Food, Drug and Cosmetic Act, devices could be marketed without review by the FDA.[79] Now, devices are divided into three classes (I, II, and III) of increasing theoretical potential hazard, and consequently increasing regulatory rigor. Medical devices are also classified by whether they are "pre- or post-amendment" (marketed prior to or after the amendment of 1976), "substantially equivalent" to a pre-amendment device, and additionally, whether they are "implanted" (to remain for more than 30 days), "custom", "investigational", or "transitional" (previously defined as drugs, but now defined as devices, i.e., injectable silicone and intraocular lenses). If a manufacturer can provide data establishing "substantial equivalence" to a pre-amendment device, a premarketing notification to the FDA ("510[k]") is all that is required, while full testing and approval are required for all postamendment devices that are not substantially equivalent. There has been considerable controversy over the ability to "grandfather" new devices through the 510(k) procedure by showing substantial equivalence to pre-amendment devices that had never been formally approved through the PMA process (Premarket Approval Application, similar to an NDA).

The best known recent example of an investigation regarding the safety of a medical device deals with silicone breast implants. In 1992, the Commissioner of the FDA recommended a temporary moratorium on the use of such devices. Lawsuits

were brought by hundreds of thousands of women against the manufacturers of the implants claiming that the silicone had caused a variety of connective tissue disease. Over 7 billion dollars in judgments and settlements were paid by the companies.[80] A panel of experts appointed by the Institute of Medicine concluded that women with breast implants did not have an increased risk of cancer, immunologic diseases, or neurological problems over women without such implants.[81] They did conclude that implants often led to complications requiring surgery to correct them.

### EPIDEMIOLOGY IN SUPPORT OF THE DEVELOPMENT AND MARKETING OF PHARMACEUTICALS

#### New Product Planning and Portfolio Development

The future success of a pharmaceutical company lies in the value of its product pipeline. Product planning (the development of drugs) is a critical function within innovative pharmaceutical companies, because of the continuing need for new and promising developmental drugs to fill their product pipelines. Pharmacoepidemiology has become an effective tool in this area. Basic epidemiologic techniques have been useful for defining markets, for determining how a drug is actually being used in the population, and for determining public health needs, especially where no true commercial market already exists. Pharmacoepidemiology is also well suited to identifying high-risk groups such as the elderly, the poor, expectant mothers, and so on. Such knowledge aids a drug company in positioning its drugs in the market place and in weighing risks and benefits of therapy.[2]

Estimating the incidence and prevalence of a disease is crucial for estimating the potential market value of a drug, allowing a company to allocate limited research funds appropriately. This is especially important, given that drugs often take up to 15 years to develop and cost an average of $500 million to develop from the laboratory to use in humans in the US.[82, 83] Only five out of every 5000 products that enter preclinical testing eventually make it to human testing, and only one of

those five products is approved for sale.[84] Successful companies carefully choose which early candidates in their pipeline to progress. Information regarding the descriptive epidemiology of a condition may lead to decisions to progress a candidate drug on a "fast track."

This type of information may be available through the rich data resources available for public use from the US National Center for Health Statistics, the Agency for Healthcare Policy and Research, the National Institutes of Health, and similar agencies outside of the US, such as the Office of National Statistics in the UK. Alternatively, this information may be derived from population based studies commissioned by industry, although the cost and time investment is considerably higher.

Epidemiologic studies can help a pharmaceutical company describe the prevalence of a condition in which they have an interest,[85, 86] describe the natural history of a condition prior to the introduction of their drug,[87-90] and describe the frequency with which complications of that condition occur.[91] The examples in the preceding sentence all relate to the Olmsted County Study of Urinary Symptoms and Health Status Among Men, funded by Merck Laboratories in support of the development of finasteride (Proscar). In addition to prevalence, epidemiologic studies can estimate the burden (cost and disability) associated with specific conditions, as has been done with migraine,[92, 93] asthma,[94] and Alzheimer's disease.[95] The burden of disease estimates the cost, both human and economic, to sufferers and to society and is helpful for valuing a drug in terms of unmet medical need.

These same epidemiologic methods may be used for "evergreening" purposes (exploring new indications for existing products). Additionally, products with multiple indications may warrant investigations into the joint prevalence of specific comorbid conditions.

#### Marketing Support

Once a drug is approved, the manufacturer is interested in monitoring its use and the type of patient who receive the drug. Observational studies may be informative as to the frequency of

off-label use[96] and use of multiple medications.[97,98] Epidemiologic methods and databases such as the National Ambulatory Medical Care Survey may be used to monitor trends in the prescribing of certain pharmaceutical products, or changes in the characteristics of users over time.[99–101] Epidemiologic methods may also be useful to study medication use among high risk populations, such as the elderly with cognitive impairment[102,103] or pregnant women.[104]

Epidemiologic methods may be used to benefit marketed compounds in several ways. Product positioning efforts may be informed by epidemiologic studies suggesting either special risk or special benefits in certain subpopulations. Disease awareness activities (professional and patient educational programs) may also be useful, particularly when the indication for a drug is a symptom or condition that the patient himself must bring to the doctor's attention, such as erectile dysfunction. Information on patterns of health-care utilization may also help target marketing efforts.

The FDA's Division of Drug Marketing Advertising and Communication (DDMAC) monitors advertising of drugs. Any claim in an advertisement must be based on scientifically sound studies. An example of a recent drug advertisement that used observational data is a professional journal advertisement for norethindrone acetate and ethinyl estradiol tablets (Estrostep), which cited a reference by Rosenberg and associates.[105]

## BENEFICIAL EFFECTS OF DRUGS

Epidemiologic methods are also useful to quantify the beneficial effects of drugs (see also Chapter 34). Study endpoints may vary from outcomes such as well-being or quality of life to more quantitative variables such as blood pressure level, direct and/or indirect cost savings, and utilization of the health care system. Examples include studies to document improvements in health related quality of life associated with drugs for migraine, benign prostatic hyperplasia, allergic rhinitis, osteoarthritis, and rheumatoid arthritis.[106–111]

Manufacturers are also using the tools of pharmacoepidemiology to carry out economic studies (see also Chapter 35). Studies that demonstrate an economic advantage are useful for marketing if a manufacturer can demonstrate that use of its product is equally effective as but less costly than a competitor's. These studies may be used to justify inclusion of brand name products on formularies of health maintenance organizations (HMOs), hospitals, and state Medicaid programs. Recent studies include the economic advantages of the addition of selective serotonin reuptake inhibitors to speed the improvement of depression,[112] the cost-effectiveness of several agents for hypertension,[113] the investigation of cost-effectiveness of a treatment for mild to moderate Alzheimer's disease,[114] the measurement of direct and indirect costs of treating allergic rhinitis,[115] and the quality of life and health economic benefits, including work productivity, associated with improved glycemic control.[116]

Beneficial effects of drugs with respect to prevention of disease have been studied using epidemiologic techniques. Examples include the decrease in risk of cardiovascular disease, a protective effect against worsening of osteoarthritis of the knee, the protection against tooth loss associated with post-menopausal estrogen replacement therapy,[117–119] and the possible decreased risk of cancer of the digestive tract and certain other sites in users of aspirin or nonsteroidal anti-inflammatory agents.[120–123]

## ISSUES IN PHARMACOEPIDEMIOLOGY

### RESOURCES FOR PHARMACOEPIDEMIOLOGY

In order to respond rapidly and responsibly to safety issues, industry must have access to high quality, valid data resources. As a result of this need, an area of pharmacoepidemiology that has experienced considerable growth is the development and use of record linkage and automated databases.[124] Several databases will be discussed in depth in other chapters of this book (see Chapters 15–25) and the matter of databases will only be discussed generally here. Existing databases offer several advantages over ad hoc epidemiologic

studies or expanding the scope of clinical trials. First, automated databases are usually large in size, ranging from hundreds of thousands to millions of patients, often with many years of "observation." A second advantage is speed; since information on study subjects is already computerized, the data can be accessed relatively quickly rather than waiting years for results of studies in which patients are identified and followed over time. The third advantage is cost relative to prospective studies. Clinical trials or other prospective observational studies may cost millions of dollars, compared to hundreds of thousands of dollars for database studies.

Considerable progress has been made in the development of both new and existing epidemiologic databases that contain information on drug usage and health related outcomes;[125-128] however, further improvement is needed. A variety of different data sources are necessary since no single data system is sufficient to meet all needs. Existing automated databases have some major limitations. Often a study is needed regarding a newly marketed product. Sufficient numbers of users may not yet be recorded in the databases, or the product may not have yet been marketed in the particular country included in the database. Some data resources suffer from a considerable "lag-time" between data entry and availability for research purposes. Many health maintenance organization databases have overall enrollments of hundreds of thousands of members, but these numbers may be inadequate to study the risks of extremely rare events associated with a specific drug.

Many databases were designed for administrative purposes, rather than for epidemiologic studies. As a result, specific information needed to assess a safety issue may be unavailable and quality of medical information may be inadequate. Continuing studies of the validity of this information are crucial.[129-133] The usefulness of certain databases to answer a specific question can be severely limited if the data are not properly validated.

Even established resources of high caliber are not guaranteed to continue. Quality data sources are a function of the financial and administrative support received. Changes in support, such as loss of funding or alteration in study administration, may drastically affect the format of the data or the accessibility of the resource. An example is the Saskatchewan Drug database, which was substantially altered for a period of time because of administrative changes in the billing system (see Chapter 20). During the period from middle of 1987 until the end of 1998, the codes identifying individuals receiving particular drugs were replaced by family codes only. Outcome variables could no longer be linked to individuals who had received particular drugs. The Saskatchewan database previously been a rich source of data for studies such as a case–control study of cyclic antidepressants and the risk of hip fracture[134] and a cohort study of NSAIDs and serious gastrointestinal events.[135] However, with these changes in the billing system, the database would no longer be able to support such studies. After discussions with epidemiologists, the Saskatchewan health authorities reinstated the previous system of individually identifying patients,[136,137] and the database is once again being used for research purposes.[126,138,139]

As another example, The General Practice Research Database (formerly known as VAMP) in the United Kingdom (see Chapter 23) suffered from uncertain funding for a number of years, and funds were provided primarily though two principal licensees of the data. In April 1999, the Department of Health announced that the Medicines Control Agency (MCA) would be responsible for the management of the GPRD and confirmed that 3 million pounds sterling would be invested in the database over the next five years to further develop the database, improve data submission procedures, improve feedback to the practitioners who contribute the data, and enhance services provided to the users of the database.

## MISUSE OR MISINTERPRETATION OF PHARMACOEPIDEMIOLOGIC STUDIES

Careful, scientifically sound research carried out using quality resources does not guarantee that a study's findings will be appropriately used. Assuming that a safety issue has been suitably