Case 1:04-cv-10981-PBS Document 1197-109 Filed 04/04/2008 Page 1 of 16



addressed using appropriate data resources, the study findings may be improperly interpreted or misused. The irresponsible use or misinterpretation of pharmacoepidemiology studies may have direct implications on the industry because of tremendous costs due to resulting liability or to the drug being removed from the market, and implications to the patients who could benefit from the medications. Regulatory agencies are affected by having to devote scarce resources to evaluating erroneous safety issues in order to make regulatory decisions. Ultimately, a disservice has been carried out to the public by generating unwarranted fears, by the removal of safe and effective drugs, and by higher costs for pharmaceuticals.

A well known example of study results being inappropriately interpreted is the controversy over the purported relationship between spermicide use and birth defects. Early studies suggested an association between spermicide use and a number of different birth defects,[140,141] but subsequent studies did not confirm these findings.[142–147] Despite the acknowledged weaknesses of the study design suggesting an association,[148,149] the consistent and overwhelming evidence supporting the safety of the contraceptive method, as well as the opinion of the FDA and its Fertility and Maternal Health Drugs Advisory Committee,[150] a court decision was found in favor of a plaintiff claiming that spermicide use caused their child's birth defects.[151]

The unfavorable consequences of such a finding to the individual drug manufacturer are potentially enormous. An immediate result is the loss of the lawsuit with its financial implications. Additional cases are likely and the manufacturer is faced with years of pending litigation. Less tangible, but perhaps more important to the industry, is that the confirmation of safety brought forward by pharmacoepidemiologic research in the case of spermicide use and birth defects was trivialized in light of the findings made by the court. A certain amount of control can be exercised by drug companies in insuring that epidemiologic studies are thoughtfully designed and carefully executed, but industry is almost powerless to impact on how the studies are interpreted and used.

Misuse of epidemiologic results by the media may also result in a useful drug being precipitously withdrawn from the market. Bendectin, used for nausea during pregnancy, was marketed in the US from 1956 through 1983. The manufacturer voluntarily withdrew the drug from the market in 1983 because of the cost of defending the large number of product liability lawsuits filed following extensive publicity suggesting that the drug was teratogenic. Numerous epidemiologic studies in varying settings with various designs were performed to examine this issue. The results did not support the suspicion that Bendectin was a teratogen.[4,5] Because of its withdrawal, this drug is no longer available to the 10–25% of all pregnant women who would potentially benefit from its use.[152] Neutel *et al.* reported that in the year following withdrawal of Bendectin from the market, hospitalizations for vomiting in pregnancy (per thousand live births) in Canada rose by 37% and by 50% the year after that, with similar findings in the US. Their estimates of excess hospital costs over the years 1983–1987 was $16 million in Canada and $73 million in the US.[153]

Misinterpretation of epidemiologic studies in the media perpetuates the impression that the discipline is fraught with weaknesses through generating controversy over study results. In such circumstances, the weaknesses of these studies are emphasized and the strength of the discipline overlooked. As a result, the information that epidemiology contributes may be considered to be of questionable usefulness. The dissemination of misinformation promotes needless anxiety on the part of both patients and physicians. Illustrations of this concern are the unnecessary abortions that most likely resulted from an irresponsibly written newspaper article about the teratogenicity of Bendectin.[3]

## BALANCING LOGISTICS AND UTILITY

Epidemiologists in the pharmaceutical industry must balance the high cost and extended timeframe necessary for large prospective studies with usefulness to the company. When there is a potential safety concern, information is needed quickly in order to evaluate the balance between

benefit and risk. In other cases of less immediate concern, by the time study results become available, the drug may be off patent. It is important to quantify the risk associated with drug products and to do it in a rapid and efficient way.

## FUTURE DIRECTION OF PHARMACOEPIDEMIOLOGY

### QUANTITY OF RESOURCES

Improving the number and variety of pharmacoepidemiologic data resources and methodologies is necessary to insure that drug manufacturers can validly and rapidly address safety questions using appropriate study populations and research designs, in both routine as well as acute drug safety situations. The pharmaceutical industry can play an active role in the enrichment of data sources by supporting existing resources, in addition to helping to develop new databases and new postmarketing surveillance methods. The active support of research groups and existing databases, even in the absence of a research question, will serve two purposes. First, it will help ensure that quality resources continue even though major funding sources disappear. Also, additional funds above and beyond administrative costs may be directed toward improving the database and toward making it more flexible or more appropriate for use by the drug manufacturer.

Industry support is critical to the development of new database resources. Research groups may have access to various types of information, but lack the financial resources to develop the information into a usable database. Pharmaceutical companies actively seeking new data resources should not overlook any potentially valuable sources of information. Industry guidance and funding in such cases may be critical to the development of a viable data resource. Data linkage between existing databases is another area where industry support can directly promote the growth of resources by providing financial support.

The development of new postmarketing surveillance methods is an additional area that should continue to grow. New methods are needed to accrue large numbers of individuals on particular therapeutic regimens rapidly and to be able to follow them prospectively for both beneficial and adverse health outcomes. Exploring new methods may be costly and demands a special commitment from drug companies that recognize that such an investment may ultimately pay off by providing additional means to evaluate drug safety and effectiveness. Industry epidemiologists should also keep abreast of new study designs that may offer improved methods of evaluating the risks and safety associated with pharmaceutical products. For example, a recent publication used the case-crossover design to investigate the association between road traffic accidents and benzodiazepine use.[154]

Finally, there are a limited number of formal training programs in pharmacoepidemiology at universities. This discipline is not supported as strongly by manufacturers as are clinical or basic science fellowships. In order to meet the increasing needs of industry with respect to trained epidemiologists, drug manufacturers should increase their role in supporting training and fellowship programs. Such support not only helps insure sufficient epidemiologic manpower requirements with specific training in drug safety, but also provides a structure for the implementation of high quality pharmacoepidemiologic research.

### QUALITY OF RESOURCES

If pharmacoepidemiology is to continue to play an important role in the evaluation of the safety of drugs, then the resources and the research itself must be of the highest quality. One means of improving the quality of research and resources is by setting standards for investigations. High standards for study design and execution should be encouraged. Industry can exercise some control by supporting investigators with proven track records and by refusing to provide funding for protocols of poor quality. Industry can help improve the quality of various data resources by sponsoring seed money to set up such resources, and pilot studies to validate computerized information with the corresponding medical records.

Case 1:04-cv-10981-PBS Document 1197-109 Filed 04/04/2008 Page 3 of 16



Ultimately, poorly carried out studies or studies using data of questionable quality are damaging to both the industry and the credibility of the field of epidemiology.

## PROMOTING A GREATER UNDERSTANDING OF PHARMACOEPIDEMIOLOGY

Epidemiologic studies are of limited use to the pharmaceutical industry if they are not well understood. Greater understanding of the strengths and limitations of epidemiology is needed by the public, the media, the government, and by industry itself.[2] These diverse groups have common interests and, through their joint efforts, the discipline of epidemiology may be improved by focusing support, assessing study quality, and advancing greater understanding of the field.[2] Epidemiologists are also responsible for education about the discipline within their own companies so that the results of observational studies may be best leveraged according to the needs of the company.

## COMBINING EFFORTS WITHIN THE INDUSTRY

Within the pharmaceutical industry there is a collegial relationship among epidemiologists and drug safety specialists. A number of venues provide the opportunity for industry representatives to work together, such as the Pharmaceutical Research and Manufacturing Association (PhRMA), and to work with members of regulatory authorities worldwide on issues of mutual interest (Council for International Organizations of Medical Sciences (CIOMS)). Both industry and regulatory authority professionals collaborate with academic researchers through the International Society for Pharmacoepidemiology (ISPE).

Combining efforts among drug manufacturers on matters of mutual interest benefits the individual companies through shared knowledge regarding data resources and evolving epidemiological methods. Pooled funding also benefits the industry as a whole through the maintenance and development of improved resources. The field could also benefit from joint projects carried out by two or more pharmaceutical companies who want to explore a particular issue.

## CONCLUSIONS

Epidemiology can make a significant contribution to the development and marketing of safe and effective pharmaceutical products worldwide. It may also serve to facilitate the regulatory process and provide a rational basis for drug safety surveillance. Like any other tool, it must be properly understood and utilized. Industry has a continuing opportunity to influence the development of the field and the responsibility to do so in a manner that will not only expand resources but will assure scientific validity. Achieving this goal requires financial and intellectual support as well as also requiring a better understanding of the nature of the discipline and its uses. The growing number of epidemiologists within the industry is a positive sign, but it is also clear that there is still need for greater commitment. A greater appreciation of the role of epidemiology is needed within the industry, the medical community, regulatory agencies, and the media.

## REFERENCES


1. Holmer AF. Drug companies add 39 new treatments to the nation's medicine chest, increase R & D investment to $24 billion. In: New drug approvals in 1998. Washington, DC: PhRMA, January 1999; 1 (http://www.phrma.org/chart/archive/1998/nda_c98.html).
2. Sachs RM, Dieck GS. Industry perspectives and the contributions of pharmacoepidemiology to public health. In: Edlavitch S, ed., *Pharmacoepidemiology, Proceedings of the Third International Conference on Pharmacoepidemiology*. Chelsea, MI: Lewis, 1989; 43–49.
3. Brent RR. The Bendectin saga: another American tragedy. *Teratology* 1983; **27**: 283–6.
4. Brent RL. Bendectin: review of the medical literature of a comprehensively studied human nonteratogen and the most prevalent tortogen–litigen. *Reprod Toxicol* 1995; **9**: 337–49.
5. McKeigue PM, Lamm SH, Linn S, Kutcher JS. Bendectin and birth defects: I. A meta-analysis

Case 1:04-cv-10981-PBS Document 1197-109 Filed 04/04/2008 Page 4 of 16



two or ant to

bution fe and ide. It process safety ust be has a evelop- o so in es but is goal as well of the owing ry is a is still or within ulatory

new ncrease w drug RMA, /chart/

es and gy to oepide- ational helsea,

nerican

nedical human ogen–

ner JS. nalysis

of the epidemiologic studies. *Teratology* 1994; **50**: 27–37.

6. Strom BL. The promise of pharmacoepidemiology. *Annu Rev Pharmacol Toxicol* 1987; **27**: 71–86.
7. Sackett DL, Haynes RB, Gent M, *et al.* Compliance. In: Inman WHW, ed., Monitoring for Drug Safety, 2nd edn. Hingham: MTP Press, 1986; 427–38.
8. Congress of the United States, Office of Technology Assessment. Kemp KB, ed. *Postmarketing Surveillance of Prescription Drugs*, document No. OTA-H-189. Washington, DC: US Government Printing Office, 1982.
9. Faich GA, Lawson DH, Tilson HH, *et al.* Clinical trials are not enough: drug development and pharmacoepidemiology. *J Clin Res Drug Dev* 1987; **1**: 75–8.
10. Lasagna L. Should new drugs be evaluated in children? In: Lasagna L, ed., Controversies in Therapeutics. Philadelphia, PA: Saunders, 1980; 455–463.
11. Yastrubetskaya O, Chiu E, O'Connell S. Is good clinical research practice for clinical trials good clinical practice? *Int J Geriatr Psychiatry* 1997; **12**: 227–31.
12. Merton V. The exclusion of pregnant, pregnable, and once-pregnable people (a.k.a. women) from biomedical research. *Am J Law Med* 1993; **19**: 369–451.
13. Gurwitz JH, Col NF, Avorn J. The exclusion of the elderly and women from clinical trials in acute myocardial infarction. *J Am Med Assoc* 1992; **268**: 1417–22.
14. Rogers AS. Adverse drug events: identification and attribution. *Drug Intell Clin Pharm* 1987; **21**: 915–20.
15. Food and Drug Administration. *Roche Laboratories Announces Withdrawal of Posicor from the Market*, FDA Talk Paper. 1998.
16. Baum C, Kweder SL, Anello C. The spontaneous reporting system in the United States. In: Strom B, ed., Pharmacoepidemiology, 2nd edn. New York: Wiley, 1994; 125–37.
17. Goldman SA. Limitations and strengths of spontaneous reports data. *Clin Ther* 1998; **20**: C40–4.
18. Faich GA. International drug surveillance. *Drug Info J* 1985; **19**: 227–9.
19. Sachs RM, Bortnichak EA. An evaluation of spontaneous adverse drug reaction monitoring systems. *Am J Med* 1986; **81**: 49–55.
20. Moride Y, Haramburu F, Requejo AA, Begaud B. Under-reporting of adverse drug reactions in general practice. *Br J Clin Pharmacol* 1997; **43**: 177–81.
21. Alvarez-Requejo A, Carvajal A, Begaud B, *et al.* Under-reporting of adverse drug reactions. Estimate based on a spontaneous reporting scheme and a sentinel system. *Eur J Clin Pharmacol* 1998; **54**: 483–8.
22. Brewer T, Colditz GA. Postmarketing surveillance and adverse drug reactions: current perspectives and future needs. *J Am Med Assoc* 1999; **281**: 824–9.
23. FDA, Division of Pharmacovigilance and Epidemiology. *Food and Drug Administration Adverse Drug Reaction System: Brief Description with Limitations of System*. 1997.
24. Finch RG. The withdrawal of Temafloxacin: are there implications for other quinolones? *Drug Safety* 1993; **8**: 9–11.
25. Teicher MH, Glod C, Cole J. Emergence of intense suicidal preoccupation during fluoxetine treatment. *Am J Psychiatry* 1990; **147**: 207–10.
26. Ahmad SR. USA: Fluoxetine "not linked to suicide". *Lancet* 1991; **338**: 875–6.
27. FDA Psychopharmacologic Drugs Advisory Committee Meeting. 21 September 1991.
28. Heiligenstein JH, Beasley CM Jr, Potvin JH. Fluoxetine not associated with increased aggression in controlled clinical trials. *Int Clin Psychopharmacol* 1993; **8**: 277–80.
29. Coccaro EF, Kavoussi RJ. Fluoxetine and impulsive aggressive behavior in personality-disordered subjects. *Arch Gen Psychiatry* 1997; **54**: 1081–8.
30. Warshaw MG. Keller MB. The relationship between fluoxetine use and suicidal behavior in 654 subjects with anxiety disorders. *J Clin Psychiatry* 1996; **57**: 158–66.
31. Leon AC, Keller MB, Warshaw MG, Mueller TI, Solomon DA, Coryell W, Endicott J. Prospective study of fluoxetine treatment and suicidal behavior in affectively ill subjects. *Am J Psychiatry* 1999; **156**: 195–201.
32. Abenhaim L, Moride Y, Brenot F, Rich S, Benichou J, Kurz X, Higenbottam T, Oakley C, Wouters E, Aubier M, Simonneau G, Begaud B. Appetite-suppressant drugs and the risk of primary pulmonary hypertension. International Primary Pulmonary Hypertension Study Group. *New Engl J Med* 1996; **335**: 609–16.
33. Pahor M, Guralnik JM, Furberg CD, Carbonin P, Havlik R. Risk of gastrointestinal haemorrhage with calcium antagonists in hypertensive persons over 67 years old. *Lancet* 1996; **347**: 1061–5.
34. Pahor M, Guralnik JM, Salive ME, Corti MC, Carbonin P, Havlik RJ. Do calcium channel blockers increase the risk of cancer? *Am J Hypertens* 1996; **9**: 695–9.
35. Pahor M, Guralnik JM, Ferrucci L, Corti MC, Salive ME, Cerhan JR, Wallace RB, Havlik RJ. Calcium-channel blockade and incidence of cancer in aged populations. *Lancet* 1996; **348**: 493–7.
36. Smalley WE, Ray WA, Daugherty JR, Griffin MR. No association between calcium channel

Case 1:04-cv-10981-PBS Document 1197-108 Filed 04/04/2008 Page 5 of 16




blocker use and confirmed bleeding peptic ulcer disease. *Am J Epidemiol* 1998; **148**: 350–4.

37. Kelly JP, Laszlo A, Kaufman DW, Sundstrom A, Shapiro S. Major upper gastrointestinal bleeding and the use of calcium channel blockers. *Lancet* 1999; **353**: 559.
38. Suissa S, Bourgault C, Barkun A, Sheehy O, Ernst P. Antihypertensive drugs and the risk of gastrointestinal bleeding. *Am J Med* 1998; **105**: 230–5.
39. Jick H, Jick S, Derby LE, Vasilakis C, Myers MW, Meier CR. Calcium-channel blockers and risk of cancer. *Lancet* 1997; **349**: 525–8.
40. Rosenberg L, Rao RS, Palmer JR, Strom BL, Stolley PD, Zauber AG, Warshauer ME, Shapiro S. Calcium channel blockers and the risk of cancer. *J Am Med Assoc* 1998; **279**: 1000–4.
41. Vezina RM, Lesko SM, Rosenberg L, Shapiro S. Calcium channel blocker use and the risk of prostate cancer. *Am J Hypertens* 1998; **11**: 1420–5.
42. Garcia Rodriguez LA, Wallander MA, Stricker BH. The risk of acute liver injury associated with cimetidine and other acid-suppressing anti-ulcer drugs. *Br J Clin Pharmacol* 1997; **43**: 183–8.
43. Ray WA, Griffin MR, Downey W. Benzodiazepines of long and short elimination half-life and the risk of hip fracture. *J Am Med Assoc* 1989; **262**: 3303–7.
44. Cummings SR, Nevitt MC, Browner WS, Stone K, Fox KM, Ensrud KE, Cauley J, Black D, Vogt TM. Risk factors for hip fracture in white women. Study of Osteoporotic Fractures Research Group. *New Engl J Med* 1995; **332**: 767–73.
45. Tennis P, Cole TB, Annegers JF, Leestma JE, McNutt M, Rajput A. Cohort study of incidence of sudden unexplained death in persons with seizure disorder treated with antiepileptic drugs in Saskatchewan, Canada. *Epilepsia* 1995; **36**: 29–36.
46. Derby LE, Tennis P, Jick H. Sudden unexplained death among subjects with refractory epilepsy. *Epilepsia* 1996; **37**: 931–5.
47. Leestma JE, Annegers JF, Brodie MJ, Brown S, Schraeder P, Siscovick D, Wannamaker BB, Tennis PS, Cierpial MA, Earl NL. Sudden unexplained death in epilepsy: observations from a large clinical development program. *Epilepsia* 1997; **38**: 47–55.
48. Rosenberg L, Mitchell AA, Parsells JL, *et al*: Lack of relation of oral clefts to diazepam use during pregnancy. *New Engl J Med* 1983; **309**: 1282–5.
49. Louik C, Mitchell AA, Werler MM, *et al.* Maternal exposure to spermicides in relation to certain birth defects. *New Engl J Med* 1987; **317**: 474–8.
50. Mitchell AA, Rosenberg L, Shapiro S, *et al.* Birth defects related to Bendectin use in pregnancy: I. Oral clefts and cardiac defects. *J Am Med Assoc* 1981; **245**: 2311–4.
51. Mitchell AA, Schwingl PJ, Rosenberg L, *et al.* Birth defects in relation to Bendectin use in pregnancy: II. Pyloric stenosis. *Am J Obstet Gynecol* 1983; **147**: 737–42.
52. Andrews EB, Yankaskas BC, Cordero JF, Schoeffler K, Hampp S. Acyclovir in pregnancy registry: six years' experience. The Acyclovir in Pregnancy Registry Advisory Committee. *Obstet Gynecol* 1992; **79**: 7–13.
53. White AD, Andrews EB. The Pregnancy Registry program at Glaxo Wellcome Company. *J Allergy Clin Immunol* 1999; **103**: S362–3.
54. Herbst AL, Ulfelder H, Poskanzer DC. Association of maternal stilbestrol therapy with tumor appearance in young women. *New Engl J Med* 1971; **284**: 878–81.
55. Herbst AL, Kurman RJ, Scully RE, Poskanzer DC. Clear-cell adenocarcinoma of the genital tract in young females. *New Engl J Med* 1972; **287**: 1259–64.
56. Thapa PB, Whitlock JA, Brockman Worrell KG, Gideon P, Mitchel EF Jr, Roberson P, Pais R, Ray WA. Prenatal exposure to metronidazole and risk of childhood cancer: a retrospective cohort study of children younger than 5 years. *Cancer* 1998; **83**: 1461–8.
57. Kinnier-Wilson LM, Kneale GW, Stewart AM. Childhood cancer and pregnancy drugs. *Lancet* 1981; **2**: 314–5.
58. Olsen JH, Hertz H, Blinkenberg K, Verder H. Vitamin K regimens and incidence of childhood cancer in Denmark. *Br Med J* 1994; **308**: 895–6.
59. Parker L, Cole M, Craft AW, Hey EN. Neonatal vitamin K administration and childhood cancer in the north of England: retrospective case–control study. *Br Med J* 1998; **316**: 189–93.
60. McKinney PA, Juszczak E, Findlay E, Smith K. Case–control study of childhood leukaemia and cancer in Scotland: findings for neonatal intramuscular vitamin K. *Br Med J* 1998; **316**: 173–7.
61. von Kries R, Gobel U, Hachmeister A, Kaletsch U, Michaelis J. Vitamin K and childhood cancer: a population based case–control study in Lower Saxony, Germany. *Br Med J* 1996; **313**: 199–203.
62. Mills JL, Fradkin J, Schonberger L, Gunn W, Thomson RA, Piper J, Wysowski D, Brown P. Status report on the US Human Growth Hormone Recipient Follow-Up Study. *Horm Res* 1990; **33**: 116–9.
63. Fradkin JE, Schonberger LB, Mills JL, Gunn WJ, Piper JM, Wysowski DK, Thomson R, Durako S, Brown P. Creutzfeldt–Jakob Disease in pituitary growth hormone recipients in the United States. *J Am Med Assoc* 1991; **265**: 880–4.
64. Huillard d'Aignaux J, Alperovitch A, Maccario J. A statistical model to identify the contaminated lots implicated in iatrogenic transmission of

Case 1:04-cv-10981-PBS Document 1197-109 Filed 04/04/2008 Page 6 of 16




Creutzfeldt–Jakob disease among French human growth hormone recipients. *Am J Epidemiol* 1998; **147**: 597–604.

65. Billette de Villemeur T, Deslys JP, Pradel A, Soubrie C, Alperovitch A, Tardieu M, Chaussain JL, Hauw JJ, Dormont D, Ruberg M, Agid Y. Creutzfeldt–Jakob disease from contaminated growth hormone extracts in France. *Neurology* 1996; **47**: 690–5.
66. Buchanan CR, Preece MA, Milner RD. Mortality, neoplasia, and Creutzfeldt–Jakob disease in patients treated with human pituitary growth hormone in the United Kingdom. *Br Med J* 1991; **302**: 824–8.
67. Tucker MA, Meadows AT, Boice JD, Stovall M, Oberlin O, Stone BJ, Birch J, Voute PA, Hoover RN, Fraumeni JF. Leukemia after therapy with alkylating agents in childhood cancer. *J Natl Cancer Inst* 1987; **78**: 459–64.
68. Hawkins MM, Kinnier-Wilson LM, Stovall MA, Marsden HB, Potok MHN, Kingston JE, Chessells JM. Epipodophyllotoxins, alkylating agents, and radiation and risk of secondary leukaemia after childhood cancer. *Br Med J* 1992; **304**: 951–8.
69. deVathaire F, Francois P, Hill C, Schweisguth O, Rodary C, Sarrazin D, Oberlin O, Beurtheret C, Dutreix A, Flamant R. Role of radiotherapy and chemotherapy in the risk of second malignant neoplasms after cancer in childhood. *Br J Cancer* 1989; **59**: 792–6.
70. Tucker MA, D'Angio GJ, Boice JD, Strong LC, Li FP, Stovall M, Stone BJ, Green DM, Lombardi F, Newton W. Bone sarcomas linked to radiotherapy and chemotherapy in children. *New Engl J Med* 1987; **317**: 588–93.
71. Glasser DB, Duane K, Lane JM, Healey JH, Caparros-Sison B. The effect of chemotherapy on growth in the skeletally immature individual. *Clin Orthop* 1991; **262**: 93–100.
72. Roman J, Villaizan CJ, Garcia-Foncillas J, Salvador J, Sierrasesumaga L. Growth and growth hormone secretion in children with cancer treated with chemotherapy. *J Pediatr* 1997; **131**: 105–21.
73. Mohnike K, Dorffel W, Timme J, Kluba U, Aumann V, Vorwerk P, Mittler U. Final height and puberty in 40 patients after antileukaemic treatment during childhood. *Eur J Pediatr* 1997; **156**: 272–6.
74. Brennan BM, Rahim A, Adams JA, Eden OB, Shalet SM. Reduced bone mineral density in young adults following cure of acute lymphoblastic leukaemia in childhood. *Br J Cancer* 1999; **79**: 1859–63.
75. Arikoski P, Komulainen J, Voutilainen R, Riikonen P, Parviainen M, Tapanainen P, Knip M, Kroger H. Reduced bone mineral density in long-term survivors of childhood acute lymphoblastic leukemia. *J Pediatr Hematol Oncol* 1998; **20**: 234–40.
76. Bruning PF, Pit JM, deJong-Bakker M, van den Ende A, Hart A, van Enk A. Bone mineral density after adjuvant chemotherapy for premenopausal breast cancer. *Br J Cancer* 1990; **61**: 308–10.
77. Redman JR, Bajorunas DR, Wong G, McDermott K, Gnecco C, Schneider R, Lacher JM, Lane JM. Bone mineralization in women following successful treatment of Hodgkin's disease. *Am J Med* 1988; **85**: 65–72.
78. Holmes SJ, Whitehouse RW, Clark ST, Crowther DC, Adams JE, Shalet SM. Reduced bone mineral density in men following chemotherapy for Hodgkin's disease. *Br J Cancer* 1994; **70**: 371–5.
79. Kessler DA, Pape SM, Sundwall DN. The Federal regulation of medical devices. *New Engl J Med* 1987; **317**: 357–66.
80. The nation: assigning blame; the court vs. scientific certainty. *NY Times* 1999; 27 June: 5.
81. Institute of Medicine Committee on the Safety of Silicone Breast Implants. Silicone breast implants do not cause chronic disease, but other complications are of concern. *National Academies News* 1999; June 21 (http://www4.nationalacademies.org/news.hsf/isbn/030906521?OpenDocument).
82. The Boston Consulting Group, Inc. (BCG). *Sustaining Innovation in U.S. Pharmaceuticals: Intellectual Property Protection and the Role of Patents*. Boston, MA: BCG, 1996.
83. Kaitin KI, Manocchia M. The new drug approvals of 1993, 1994, and 1995: trends in drug development. *Am J Ther* 1997; **4**: 46–54.
84. DiMasi, JA. Success rates for new drugs entering clinical testing in the United States. *Clin Pharmacol Ther* 1995; **58**: 1–14.
85. Chute CG, Panser LA, Girman CJ, Oesterling JE, Guess HA, Jacobsen SJ, Lieber MM. The prevalence of prostatism: a population-based survey of urinary symptoms. *J Urol* 1993; **150**: 85–9.
86. Sagnier PP, Girman CJ, Garraway M, Kumamoto Y, Lieber MM, Richard F, MacFarlane G, Guess HA, Jacobsen SJ, Tsukamoto T, Boyle P. International comparison of the community prevalence of symptoms of prostatism in four countries. *Eur Urol* 1996; **29**: 15–20.
87. Chute CG, Stephenson WP, Guess HA, Lieber M. Benign prostatic hyperplasia: a population-based study. *Eur Urol* 1991; **20**: 11–7.
88. Jacobsen SJ, Girman CJ, Guess HA, Rhodes T, Oesterling JE, Lieber MM. Natural history of prostatism: longitudinal changes in voiding symptoms in community dwelling men. *J Urol* 1996; **155**: 595–600.
89. Roberts RO, Jacobsen SJ, Rhodes T, Girman CJ, Guess HA, Lieber MM. Natural history of prostatism: impaired health states in men with

Case 1:04-cv-10981-PBS Document 1197-109 Filed 04/04/2008 Page 7 of 16



lower urinary tract symptoms. *J Urol* 1997; **157**: 1711–7.

90. Rhodes T, Girman CJ, Jacobsen SJ, Roberts RO, Guess HA, Lieber MM. Longitudinal prostate growth rates during 5 years in randomly selected community men 40 to 79 years old. *J Urol* 1999; **161**: 1174–9.
91. Jacobsen SJ, Jacobson DJ, Girman CJ, Roberts RO, Rhodes T, Guess HA, Lieber MM. Natural history of prostatism: risk factors for acute urinary retention. *J Urol* 1997; **158**: 481–7.
92. Stang PE, Osterhaus JT. Impact of migraine in the United States: data from the National Health Interview Survey. *Headache* 1993; **33**: 29–35.
93. Hu XH, Markson LE, Lipton RB, Stewart WF, Berger ML. Burden of migraine in the United States: disability and economic costs. *Arch Intern Med* 1999; **159**: 813–8.
94. Maier WC, Arrighi HM, Morray B, Llewllyn C, Redding GJ. The impact of asthma and asthma-like illness in Seattle school children. *J Clin Epidemiol* 1998; **51**: 557–68.
95. Souetre E, Thwaites RM, Yeardley HL. Economic impact of Alzheimer's disease in the United Kingdom. Cost of care and disease severity for non-institutionalised patients with Alzheimer's disease. *Br J Psychol* 1999; **174**: 51–5.
96. Turner S, Longworth A, Nunn AJ, Choonara I. Unlicensed and off label drug use in paediatric wards: prospective study. *Br Med J* 1998; **316**: 343–5.
97. Simons LA, Tett S, Simons J, Lauchlan R, McCallum J, Friedlander Y, Powell I. Multiple medication use in the elderly. Use of prescription and non-prescription drugs in an Australian community setting. *Med J Aust* 1992; **57**: 242–6.
98. Millar WJ. Multiple medication use among seniors. *Health Rep* 1998; **9**: 11–7.
99. Sclar DA, Robinson LM, Skaer TL, Galin RS. Trends in the prescribing of antidepressant pharmacotherapy: office-based visits, 1990–1995. *Clin Ther* 1998; **20**: 870–84.
100. Martinez M, Agusti A, Arnau JM, Vidal X, Laporte JR. Trends of prescribing patterns for the secondary prevention of myocardial infarction over a 13-year period. *Eur J Clin Pharmacol* 1998; **54**: 203–8.
101. McCaig LF, Hughes JM. Trends in antimicrobial drug prescribing among office-based physicians in the United States. *J Am Med Assoc* 1995; **273**: 214–9.
102. Schmader KE, Hanlon JT, Fillenbaum GG, Huber M, Pieper C, Horner R. Medication use patterns among demented, cognitively impaired and cognitively intact community-dwelling elderly people. *Age Ageing* 1998; **27**: 493–501.
103. Hanlon JT, Landerman LR, Wall WE Jr, Horner RD, Fillenbaum GG, Dawson DV, Schmader KE, Cohen HJ, Blazer DG. Is medication use by community-dwelling elderly people influenced by cognitive function? *Age Ageing* 1996; **25**: 190–6.
104. Harlap S, Davies AM, Haber M, Prywes R, Rossman H, Samueloff N. Patterns of medication in early pregnancy: a preliminary report from the Jerusalem perinatal study. *Adv Exp Med Biol* 1972; **27**: 489–504.
105. Rosenberg MJ, Waugh MS, Meehan TE. Use and misuse of oral contraceptives: risk indicators for poor pill taking and discontinuation. *Contraception* 1995; **51**: 283–8.
106. Dahlof C, Bouchard J, Cortelli P, Heywood J, Jansen JP, Pham S, Hirsch J, Adams J, Miller DW. A multinational investigation of the impact of subcutaneous sumatriptan. II: Health-related quality of life. *PharmacoEconomics* 1997; **11**: 24–34.
107. Tenover JL, Pagano GA, Morton AS, Liss CL, Byrnes CA. Efficacy and tolerability of finasteride in symptomatic benign prostatic hyperplasia: a primary care study. *Clin Ther* 1997; **19**: 243–58.
108. Bousquet J, Duchateau J, Pignat JC, Fayol C, Marquis P, Mariz S, Ware JE, Valentin B, Burtin B. Improvement of quality of life by treatment with cetirizine in patients with perennial allergic rhinitis as determined by a French version of the SF-36 questionnaire. *J Allergy Clin Immunol* 1997; **98**: 309–16.
109. Zhao SZ, Dedhiya SD, Bocanegra TS, Fort JG, Kuss ME, Rush SM. Health-related quality-of-life effects of oxaprozin and nabumetone in patients with osteoarthritics of the knee. *Clin Ther* 1999; **21**: 205–17.
110. Pariente PD, LePen C, Los F, Bousquet J. Quality-of-life outcomes and the use of antihistamines in a French national population-based sample of patients with perennial rhinitis. *PharmacoEconomics* 1997; **12**: 585–95.
111. Zhao S, Yu SS, Dedhiya SD, Zhao WW, Osterhaus JT. Celecoxib improves health-related quality of life in patients with rheumatoid arthritis, Abstract 126, *Pharmacotherapy* 1999; **19**: 497.
112. Tome MB, Isaac MT. Cost–benefit and cost-effectiveness analysis of the rapid onset of selective serotonin reuptake inhibitors by augmentation. *Int J Psychiatry Med* 1997; **27**: 377–90.
113. Andersson F, Kartman B, Andersson OK. Cost-effectiveness of felodipine-metoprolol (Logimax) and enalapril in the treatment of hypertension. *Clin Exp Hypertens* 1998; **20**: 833–46.
114. Neumann PJ, Hermann RC, Kuntz KM, Araki SS, Duff SB, Leon J, Berenbaum PA, Goldman PA, Williams LW, Weinstein MC. Cost-effectiveness of donepezil in the treatment of mild or moderate Alzheimer's disease. *Neurology* 1999; **2**: 1138–45.
115. Santos R, Cifaldi M, Gregory C, Seitz P. Economic outcomes of a targeted intervention program: the

costs of treating allergic rhinitis patients. *Am J Man Care* 1999; **5**: S225–34.

116. Testa MA. Simonson DC. Health economic benefits and quality of life during improved glycemic control in patients with type 2 diabetes mellitus: a randomized, controlled, double-blind trial. *J Am Med Assoc* 1998; **280**: 1490–6.
117. Stampfer MJ, Colditz GA, Willett WC, Manson JE, Rossner B, Speizer FE, Hennekens CH. Postmenopausal estrogen therapy and cardiovascular disease: ten-year follow-up from the Nurses' Health Study. *New Engl J Med* 1991; **325**: 756–62.
118. Krall EA, Dawson-Hughes B, Hannan MT, Wilson PW, Kiel DP. Postmenopausal estrogen replacement and tooth retention. *Am J Med* 1997; **102**: 536–42.
119. Zhang Y, McAlindon TE, Hannan MT, Chaisson CE, Klein R, Wilson PW, Felson DT. Estrogen replacement therapy and worsening of radiographic knee osteoarthritis: the Framingham Study. *Arthrit Rheum* 1998; **41**: 1867–73.
120. Thun MJ, Namboodiri MM, Heath CW. Aspirin use and reduced risk of fatal colon cancer. *New Engl J Med* 1991; **325**: 1593–6.
121. Rosenberg L, Louik C, Shapiro S. Nonsteroidal antiinflammatory drug use and reduced risk of large bowel carcinoma. *Cancer* 1998; **82**: 2326–33.
122. Farrow DC, Vaughan TL, Hansten PD, Stanford JL, Risch HA, Gammon MD, Chow WH, Dubrow R, Ahsan H, Mayne ST, Schoenberg JB, West AB, Rotterdam H, Fraumeni JF Jr, Blot WJ. Use of aspirin and other nonsteroidal anti-inflammatory drugs and risk of esophageal and gastric cancer. *Cancer Epidemiol Biomarkers Prev* 1998; **7**: 97–102.
123. Schreinemachers DM, Everson RB. Aspirin use and lung, colon, and breast cancer incidence in a prospective study. *Epidemiology* 1994; **5**: 138–46.
124. Stipp D. Scientists use medical-record databases to detect adverse side effects of drugs. *The Wall Street Journal* 1988; 24 March: 33.
125. Garcia Rodriguez LA. Perez Gutthann S. Use of the UK General Practice Research Database for pharmacoepidemiology. *Br J Clin Pharmacol* 1998; **45**: 419–25.
126. Miller E, Blatman B, Einarson TR. A survey of population-based drug databases in Canada. *Can Med Assoc J* 1996; **154**: 1855–64.
127. van der Linden PD, van der Lei J, Vlug AE, Stricker BH. Skin reactions to antibacterial agents in general practice. *J Clin Epidemiol* 1998; **51**: 703–8.
128. Evans JM, MacDonald TM. Record-linkage for pharmacovigilance in Scotland. *Br J Clin Pharmacol* 1999; **47**: 105–10.
129. Glynn RJ, Monane M, Gurwitz JH, Choodnovskiy I, Avorn J. Agreement between drug treatment data and a discharge diagnosis of diabetes mellitus in the elderly. *Am J Epidemiol* 1999; **49**: 541–9.
130. Robinson JR, Young TK, Roos LL, Gelskey DE. Estimating the burden of disease. Comparing administrative data and self-reports. *Med Care* 1997; **35**: 932–47.
131. Rawson NS, Malcolm E. Validity of the recording of ischaemic heart disease and chronic obstructive pulmonary disease in the Saskatchewan health care datafiles. *Stat Med* 1995; **14**: 2627–43.
132. Young TK, Roos NP, Hammerstrand KM. Estimated burden of diabetes mellitus in Manitoba according to health insurance claims: a pilot study. *Can Med Assoc J* 1991; **144**: 318–24.
133. Melfi CA, Croghan TW. Use of claims data for research on treatment and outcomes of depression care. *Med Care* 1999; **37**: AS77–80.
134. Ray WA, Griffin MR, Malcolm E. Cyclic antidepressants and the risk of hip fracture. *Arch Intern Med* 1991; **151**: 754–6.
135. Garcia Rodriguez LA, Walker AM, Perez Gutthann S. Nonsteroidal antiinflammatory drugs and gastrointestinal hospitalizations in Saskatchewan: a cohort study. *Epidemiology* 1992; **3**: 337–42.
136. Downey W. Current status of the Saskatchewan Drug Plan. In: Edlavitch S, ed., *Pharmacoepidemiology, Proceedings of the Third International Conference on Pharmacoepidemiology*: Chelsea, MI: Lewis, 1989; 207–9.
137. A Canadian Database Restored. SCRIP *World Pharm News* 1988; **1302**: 22.
138. Risch HA, Howe GR. Menopausal hormone usage and breast cancer in Saskatchewan: a record-linkage cohort study. *Am J Epidemiol* 1994; **139**: 670–83.
139. Risch HA, Howe GR. Menopausal hormone use and colorectal cancer in Saskatchewan: a record linkage cohort study. *Cancer Epidemiol Biomarkers Prev* 1995; **4**: 21–8.
140. Jick H, Walker AM, Rothman RJ, *et al.* Vaginal spermicides and congenital disorders. *J Am Med Assoc* 1981; **245**: 1329–32.
141. Rothman RJ. Spermicide use and Down's syndrome. *Am J Public Health* 1982; **72**: 399–401.
142. Shapiro S, Slone D, Heinonen OP, *et al.* Birth defects and vaginal spermicides. *J Am Med Assoc* 1982; **247**: 2381–4.
143. Mills JL, Harley EE, Reed GF, *et al.* Are spermicides teratogenic? *J Am Med Assoc* 1982; **248**: 2148–51.
144. Bracken M, Vita K. Frequency of non-hormonal contraception around conception and association with congenital malformations in offspring. *Am J Epidemiol* 1983; **117**: 281–91.
145. Linn S, Schoenbaum SC, Monson RR, *et al.* Lack of association between contraceptive usage and

congenital malformations in offspring. *Am J Obstet Gynecol* 1983; **147**: 923–8.

146. Harlap S, Shiono PH, Ramcharan S, *et al.* Chromosomal abnormalities in the Kaiser-Permanente Birth Defects Study, with special reference to contraceptive use around the time of conception. *Teratology* 1985; **31**: 381–7.
147. Warburton D, Neugut RH, Lustenberger A, *et al.* Lack of association between spermicide use and trisomy. *New Engl J Med* 1987; **317**: 478–82.
148. Watkins RN. Vaginal spermicides and congenital disorders: the validity of a study. *J Am Med Assoc* 1986; **256**: 3095.
149. Jick H, Walker AM, Rothman RJ. Vaginal spermicides and congenital disorders: the validity of a study. *J Am Med Assoc* 1986; **256**: 3095–6.
150. FDA. Data do not support association between spermicides, birth defects. *FDA Drug Bull* 1986; **16**: 21.
151. Mills JL, Alexander D. Teratogens and "litogens". *New Engl J Med* 1986; **315**: 1234–6.
152. Holmes LB. Teratogen update: Bendectin. *Teratology* 1983; **27**: 277–81.
153. Neutel CI, Johansen HL. Measuring drug effectiveness by default: the case of Bendectin. *Can J Public Health* 1995; **86**: 66–70.
154. Barbone F, McMahon AD, Davey PG, Morris AD, Reid IC, McDevitt DG, MacDonald TM. Association of road-traffic accidents with benzodiazepine use. *Lancet* 1998; **352**: 1331–6.

# 10

# Spontaneous Reporting in the United States

DIANNE L. KENNEDY, STEPHEN A. GOLDMAN AND RALPH B. LILLIE
Food and Drug Administration, Rockville, MD, USA

## INTRODUCTION

The United States Food and Drug Administration (FDA) has the regulatory responsibility for ensuring the safety of all marketed pharmaceuticals (i.e., drugs and biologics). While the US has one of the most rigorous pre-approval processes in the world, clinical trials cannot uncover every safety problem, and they are not expected to do so. Premarketing clinical trials are effective tools primarily designed for assessing efficacy and risk–benefit ratio. However, due to the limited size and controlled nature of these studies, only the most common adverse events will be observed and subsequently listed in the product's official labeling at the time of approval. The need for postmarketing surveillance is a direct result of these limitations. A degree of uncertainty always exists about both the benefits and risks from pharmaceuticals. The tradeoff for accepting these uncertainties is continued vigilance by the FDA and industry to collect and assess data during the postmarketing life of a product.

The FDA monitors the quality of marketed pharmaceuticals through product testing and surveillance. In addition, the agency develops policies, guidances, and standards for product labeling, current good manufacturing practices, clinical and good laboratory practices and industry practices to demonstrate the safety and effectiveness of pharmaceuticals.

As shown in Figure 10.1, risks from medical products generally fall into four categories.[1,2] Most injuries and deaths associated with the use of medical products result from their *known side-effects*. Some side-effects are unavoidable even when the product is used appropriately (e.g., nausea with chemotherapy), but others can be prevented or minimized by careful product choice and use. It is estimated that more than half the side-effects of pharmaceuticals are avoidable.[3] Other sources of preventable adverse events are *medication errors*, which may occur when the product is administered incorrectly or the wrong drug or dose is administered. Injury from *product defects* is unusual in the United States, because of the great attention paid to product quality control and quality assurance during manufacturing. The final category of potential risk involves the *remaining uncertainties* about a product. These include unexpected adverse events (AEs), long term effects, and unstudied uses and/or unstudied populations.

The FDA collects and maintains reports of AEs as an important component of its postmarketing surveillance program. These are sent to the FDA voluntarily from a variety of sources and as part of

*Pharmacoepidemiology*, Third Edition. Edited by B. L. Strom.
© 2000 John Wiley & Sons, Ltd.




Figure 10.1. Sources of risk from medical products.

a regulatory reporting requirement of pharmaceutical manufacturers. The term *spontaneous reporting* itself is somewhat misleading. Spontaneous reporting is spontaneous only in the sense that health professionals, consumers, or other individuals who initially decide to contact a manufacturer about a suspected adverse event or report an AE directly to the FDA do so at their own discretion. Thus, spontaneous generally refers to AEs *spontaneously observed* during the usual practice of medicine. However, the FDA's Adverse Event Reporting System (AERS) also contains AE reports that are a result of observations made during more formal clinical studies, referred to as "study reports," and reports from the medical and scientific literature.

Spontaneous AE reporting focuses on unexpected AEs, and may supply some information regarding unstudied uses and/or unstudied populations, but its effectiveness in detecting long term effects is less certain. The principal use of this type of passive reporting is to detect serious, unknown, rare events. Different methodologies for collecting AEs are being explored regarding the other remaining uncertainties.

This chapter reviews the history of AE reporting in the United States, its terminology, and its regulatory aspects. The strengths, limitations, and applications of the FDA's Adverse Event Reporting System are discussed, as are future plans.

## DESCRIPTION

### HISTORY OF US PHARMACEUTICAL SAFETY REGULATION

The development of the US national postmarketing system, unfortunately, has been based on a series of medical disasters. The first US drug law came into existence during the 1848 Mexican War, after drugs imported for the US Army were found to have been adulterated.[4] This law, although poorly enforced, outlawed the importation of such adulterated drugs.

The Progressive Era legislation that addressed drug safety was the Federal Food and Drugs Act of 1906, which defined and forbade the misbranding or adulteration of foods and drugs. However, the safety of drugs after consumption was not addressed until the 1930s, when there was a drive to enact legislation to update the 1906 food and drugs statute. It took a convincing disaster, however, to prompt the US Congress to include drug safety provisions in the new law.[5]

During October and November of 1937, 107 people in the US died after exposure to Elixir Sulfanilamide. Neither the safety nor efficacy of the sulfanilamide was to blame. It was the solvent used in the preparation of the so-called elixir, diethylene glycol, which was the poison.[6] Even though the toxic effects of diethylene glycol were

well documented by 1931, with no drug safety regulations in place, the only charge that could be brought under the 1906 Act was misbranding the product, because there was no alcohol in the "elixir" as implied by the name.

In the aftermath of this disaster, new drug safety regulations were placed in the bill and the Food, Drug, and Cosmetic Act of 1938 was passed by the US Congress. The legislation required the submission of a New Drug Application (NDA), in which proof of drug safety was required for approval. Drugs on the market before 1938 were "grandfathered" with respect to drug safety testing, i.e., they were not required to submit, and thus do not have, an approved NDA.

In the early 1950s, reports of aplastic anemia associated with chloramphenicol use demonstrated the necessity for monitoring adverse events following the approval and marketing of new drugs. Chloromycetin® had passed drug safety testing for approval in 1949; however, the small number of patients exposed to chloramphenicol before approval was not adequate to observe this rare adverse event.[7]

In response to the need for a system to detect rare adverse events that do not appear until after drug approval, the American Medical Association (AMA) established a Committee on Blood Dyscrasias, which began collecting case reports of drug induced blood related illness in 1952. This group was later expanded to monitor all AEs.

During the 1950s, there was a rapid expansion of the pharmaceutical industry and an increase in the number of new products. Concerns began to be raised over drug efficacy claims. Once again, a disaster had to occur before legislation was passed. The well known tragedy of 10 000 birth defects (worldwide) as a result of *in utero* exposure to thalidomide[8] led the US Congress to address the need for more comprehensive drug regulation. The 1962 Kefauver–Harris Amendments to the Food, Drug, and Cosmetic Act of 1938 required proof of efficacy before drug approval and marketing. For the first time, they also required pharmaceutical manufacturers to report AEs to the FDA for any of their products having an NDA, which constituted the vast majority of prescription products introduced since 1938.

The FDA began computer based storage of its AE reports in the mid-1960s, with data now retrievable only from late 1969 because of incompatibilities with early data files. The first computerized data storage system was called the Spontaneous Reporting System (SRS). The SRS was replaced in November 1997 with the new Adverse Event Reporting System (AERS), an internationally compatible system designed as a pharmacovigilance tool.

## REGULATORY REPORTING REQUIREMENTS

In the US, AE reporting by individual healthcare providers or consumers is voluntary. However, manufacturers, packers, and distributors of FDA approved pharmaceuticals (drugs and biological products) all have mandatory reporting requirements governed by regulation. Historically, only nonbiologic pharmaceutical products with approved NDAs (i.e., all prescription and some over-the-counter drugs) were subject to mandatory reporting requirements. In 1994, this requirement was expanded to include biologic products.[9]

It should be emphasized that these regulations are aimed at pharmaceutical manufacturers, but also provide a useful framework for reporting by practitioners to either the FDA and/or the manufacturer. In the US, most health professionals and consumers report AEs to the manufacturer rather than directly to the FDA. This pattern is not seen in many other countries.

### Current Requirements

The main objective of the FDA postmarketing reporting requirement is to provide signals about potentially serious, previously unknown safety problems with marketed drugs, especially with newly marketed drugs. To understand the regulatory requirements, one first needs to define several terms. These definitions are revisions that became effective in April 1998.[10]

An *adverse experience* (AE) is any adverse event associated with the use of a drug or biological product in humans, whether or not considered product related, including the following: an AE occurring in the course of the use of the product in

professional practice; an AE occurring from overdose of the product whether accidental or intentional; an AE occurring from abuse of the product; an AE occurring from withdrawal of the product: and any failure of expected pharmacological action.

An *unexpected adverse experience* means any AE that is not listed in the current labeling for the product. This includes events that may be symptomatically and pathophysiologically related to an event listed in the labeling, but differ from the event because of greater severity or specificity.

A *serious adverse experience* is any AE occurring at any dose that results in any of the following outcomes: death, a life-threatening AE, inpatient hospitalization or prolongation of existing hospitalization, a persistent or significant disability/incapacity, or congenital anomaly/birth defect. Important medical events that may not result in death, be life-threatening, or require hospitalization may be considered a serious AE when, based upon appropriate medical judgement, they may jeopardize the patient or subject and may require medical or surgical intervention to prevent one of the outcomes listed in this definition. Examples of such medical events include allergic bronchospasm requiring intensive treatment in an emergency room or at home, blood dyscrasias or convulsions that do not result in inpatient hospitalization, or the development of drug dependency or drug abuse.

Table 10.1 outlines US mandatory reporting regarding pharmaceuticals. By regulation, these companies are required to report *all* adverse events of which they are aware to the FDA and to provide as complete information as possible. Although pharmaceutical reporting is mandated, it still relies heavily on information provided by health professionals through both voluntary reporting and the scientific literature.

In the case of over-the-counter (OTC) drugs, reports are only required on OTC products marketed under an approved NDA, including those prescription drugs that undergo a switch to OTC status. Reports are not currently required for other OTC drugs (i.e., older drug ingredients which are marketed without an NDA), although voluntary reporting is encouraged for serious events.

Both prescription and OTC drugs require FDA safety and efficacy review prior to marketing, unlike dietary supplements (which include vitamins, minerals, amino acids, botanicals, and other substances used to increase total dietary intake). By law,[11] the manufacturers of these latter products do not have to prove safety or efficacy, but that same law puts the onus on the FDA to prove that a particular product is unsafe. In addition, manufacturers of these products do not have to report AEs to the FDA. As a result, direct-to-FDA voluntary health professional reporting of serious adverse events possibly associated with dietary supplements is particularly important.

Table 10.1. Mandatory AE reporting requirements for pharmaceuticals

*15 day "Alert Reports".* All serious and unexpected AEs, whether foreign or domestic, must be reported to the FDA within 15 calendar days.

*15 day "Alert Report" follow-up.* The manufacturer must promptly investigate all AEs that are the subject of a 15 day Alert Report and submit a follow-up report within 15 calendar days.

*Periodic AE reports.* All non-15 day, domestic, AE reports must be reported periodically (quarterly for the first three years after approval, then annually). Periodic reports for products marketed prior to 1938 are not required. Periodic reporting does not apply to AE information obtained from postmarketing studies or from reports in the scientific literature.

*Scientific literature.* A 15 day Alert Report based on information from the scientific literature (case reports or results from a formal clinical trial). A copy of the published article must accompany the report, and must be translated into English if foreign.

*Postmarketing studies.* No requirement for a 15 day Alert Report on an AE acquired from a postmarketing study *unless* manufacturer concludes a reasonable possibility that the product caused the event.

Case 1:04-cv-10981-PBS Document 1197-109 Filed 04/04/2008 Page 14 of 16



The specific regulations governing postmarketing AE reporting by pharmaceutical companies are listed in Table 10.2. Accompanying separate guidances for drugs and biologics were made available in 1992[12] and 1993[13] respectively. As can be seen, the regulations have each been amended numerous times.

## Recent Changes

In recent years, there has been a significant international effort to standardize the pharmaceutical regulatory environment worldwide through the auspices of the International Conference on Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use (ICH). These efforts toward international harmonization have a direct impact on how FDA is currently rewriting regulations on adverse event reporting. The Adverse Event Reporting System (AERS), launched November 1997 and evolving, is an internationally compatible system in full accord with the ICH initiatives.

The initiatives that directly affect postmarketing surveillance are the following.

- *M1 IMT (International Medical Terminology).* AERS uses *MEDDRA* (*Medical Dictionary for Drug Regulatory Affairs*) as its primary tool to classify and search for medically significant adverse events.
- *M2 ESTRI (Electronic Standards for the Transfer of Regulatory Information).* AERS will require the use of ESTRI standards for submission of adverse reaction reports in electronic form.
- *E2A (Clinical Safety Data Management).* AERS implements the harmonized postmarketing surveillance definitions contained in E2A.[14]
- *E2B (Data Elements For Transmission of Individual Case Safety Reports).* AERS has implemented the E2B data format into its database, and will require manufacturers to use the E2B standard for electronic submissions.
- *E2C PSUR (Periodic Safety Update Report).* Defines a standard format for periodic reports that manufacturers can submit to all ICH member regulatory authorities. Initially, PSURs will be submitted on paper, and will not be processed within AERS.

In line with international activities, the FDA has undertaken a major effort to clarify and revise its regulations regarding postmarketing safety reporting requirements for pharmaceutical products.

The agency published a proposed rule in the *Federal Register* of 27 October, 1994 (59 FR 54046) to amend these requirements, to implement international standards, and to facilitate the reporting of AEs. In the *Federal Register* of 7 October, 1997 (62 FR 52237), the FDA published

Table 10.2. Federal regulations regarding postmarketing AE reporting

| Regulation |
|---|
| *21 CFR 310.305 Prescription drugs not subject to premarket approval* [3 Jul, 1986 (51 FR 24779), amended 13 Oct, 1987 (52 FR 37936); 29 March, 1990 (55 FR 1578); 28 Apr; 1993 (57 FR 17980); 25 June, 1997 (62 FR 34167); 7 Oct, 1997 (62 FR 52249)] |
| *21 CFR 314.80 Human drugs with approved new drug applications (NDAs)* [22 Feb, 1985 (50 FR 7493) and 11 Apr, 1985 (50 FR 14212), amended 23 May, 1985 (50 FR 21238); 3 July, 1986 (51 FR 24481); 13 Oct, 1987 (52 FR 37936); 29 March, 1990 (55 FR 11580); 28 April, 1992 (57 FR 17983); 25 June, 1997 (62 FR 34166, 34168); 7 Oct, 1997 (62 FR 52251); 26 Mar, 1998 (63 FR 14611)] |
| *21 CFR 314.98 Human drugs with approved abbreviated new drug applications (ANDAs)* [28 Apr, 1992 (57 FR 17983), amended 8 Sept, 1993 (58 FR 47352)] |
| *21 CFR 600.80 Biological products with approved product license applications (PLAs)* [27 Oct, 1994 (59 FR 54042), amended 25 June, 1997 (62 FR 34168); 7 Oct, 1997 (62 FR 52252); 26 Mar, 1998 (63 FR 14612)] |

a final rule amending its regulations for expedited safety reporting. This final rule implements the ICH E2A initiative on clinical safety data management. Based on E2A, the final rule provides an internationally accepted definition of "serious," requires the submission of the MedWatch 3500A for paper submissions, requires expedited reports in a 15 *calendar* rather than "working" day timeframe, and harmonizes reporting pre- and postmarketing and internationally/domestically. To help the pharmaceutical manufacturers understand the new requirements, on 27 August, 1998 the FDA published an interim guidance for industry—"Postmarketing adverse experience reporting for human drugs and licensed biological products: clarification of what to report."

In the *Federal Register* of 5 November, 1998 (63 FR 59746), the agency published an advanced notice of proposed rule making to notify manufacturers that it is considering preparing a proposed rule that would require them to submit individual case reports electronically using standardized medical terminology, standardized data elements, and electronic transmission standards as recommended by ICH in the M1, M2, and E2B initiatives. Many pharmaceutical companies are currently participating in an AERS electronic submission pilot project to jointly identify and resolve any technical or process issues related to the transfer of data via this means.

In addition, following a presidential directive to eliminate or modify regulations that are outdated or in need of reform, the FDA published a final rule in the *Federal Register* of 25 June, 1997 (62 FR 34166) that revokes the postmarketing safety reporting requirement to submit 15 day increased frequency reports for serious and expected AEs. This action was based on FDA's determination that expedited increased frequency reports have not contributed to the timely identification of safety problems requiring regulatory action and are no longer necessary for FDA surveillance of postmarketing adverse experiences.

### Proposed Modifications

At the current time, the FDA is working on further modifications to the postmarketing safety reporting requirements. An Adverse Drug Reaction Reporting Proposed Rule will be published that focuses on report quality, standardizes terminology to "Adverse Drug Reaction," encourages active query, followup, and determination of seriousness, defines the minimum data set for safety reports, provides specific followup timeframes, and encourages a clinically intelligent process. The proposed rule will also implement the ICH E2C: International PSUR, which contains marketing status, core labeling, changes in safety status since last report, exposure data, clinical explanation of cases, data line listings and tables, status of postmarketing surveillance safety studies, overall critical analyses, and assessments. With regard to the 27 October, 1994 proposed amendments to the postmarketing periodic AE reporting requirements, these amendments will be reproposed in this proposed rule based on a guidance on this topic developed by ICH ("Guideline on clinical safety data management: periodic safety update reports for marketed drugs"; 19 May, 1997 (62 FR 27470)).

As noted previously, OTC products without an NDA are not subject to reporting. To bring these products into the postmarketing safety net, the FDA plans to publish an OTC ADR Reporting Proposed Rule. This rule will propose the requirement for ADR reporting for OTC monograph products and amend certain ADR reporting requirements for OTC drugs with approved NDAs.

Along with the changing regulations, the Agency will publish an overall "Guidance for industry: adverse experience reporting for human drug and licensed biological products including vaccines" that will supersede the March 1992 "Guideline for postmarketing reporting for adverse drug experiences," the October 1993 "Guideline for adverse experience reporting for licensed biological products," and the August 1997 "Postmarketing adverse experience reporting for human drug and licensed biological products: clarification of what to report."

## DATA COLLECTION: THE MEDWATCH PROGRAM

An effective national postmarketing surveillance system is dependent on voluntary reporting of

adverse events and product problems by health professionals and consumers to the FDA, either directly or via the manufacturer. Neither individual health professionals nor hospitals are required by federal law or regulation to submit AE reports on pharmaceuticals, although federal law does require hospitals and other "user facilities" to report deaths and serious injuries that occur with medical devices.[15]

Some organizations do, however, help facilitate reporting of AEs to the FDA. Adverse event monitoring by hospitals is linked to Joint Commission on the Accreditation of Healthcare Organizations (JCAHO) standards. In order to be accredited, JCAHO requires each hospital to monitor for adverse events involving pharmaceuticals and devices, with medication monitoring to be a continual collaborative function. JCAHO standards indicate that medical product AE reporting should be done per applicable law/regulation, including those of state/federal bodies.[16] The American Society of Health-System Pharmacists has also issued guidelines on ADR monitoring and reporting.[17]

Given the vital importance of postmarketing surveillance, MedWatch, the FDA Medical Products Reporting Program, was established in 1993.[18] While FDA's long-standing postmarketing surveillance program predates MedWatch, this educational/promotional initiative was designed to emphasize the responsibility of healthcare providers to identify and report adverse events and problems related to the use of medical products.[19]

The program has four general goals, with the first to increase awareness of drug, device, and other medical product induced disease and the importance of reporting. Health professionals are taught that no drug or other medical product is without risk and are encouraged to consider medical products as possible causes when assessing a clinical problem in a patient. This goal is accomplished through educational outreach, which includes professional presentations, publications, and an active continuing education program that provides free continuing education credit. The continuing education articles are accessible via the MedWatch homepage (http://www.fda.gov/medwatch).

The second goal of MedWatch is to clarify what should (and should not) be reported. Health professionals are asked to limit reporting to serious AEs. This is important both in improving the quality of individual reports and enabling the FDA and the manufacturer to focus on the most potentially significant events. Causality is not a prerequisite for reporting; suspicion that a medical product may be related to a serious event is sufficient reason for a health professional to notify the FDA and/or the manufacturer.

For those manufacturers participating in the FDA's "MedWatch to Manufacturer" (MMP) program, copies of serious reports submitted directly to the FDA are sent expeditiously to the manufacturer. More information on the MMP program can be found at http://www.fda.gov/medwatch/report/mmp.htm.

The third goal is to make it as easy as possible for a health professional to report directly to the agency. Only one form is necessary for reporting adverse events and product problems with any human use medical product regulated by the agency—drugs, biologics, medical devices, special nutritionals (e.g., dietary supplements, medical foods, infant formulas), and cosmetics. There are two versions of the form (Figures 10.2 and 10.3). The postage-paid FDA Form 3500 is used for voluntary reporting, while the FDA Form 3500A is used for mandatory reporting, as described earlier. These forms are available from the FDA via a toll-free number (1-800-FDA-1088) or can be printed off the MedWatch homepage or downloaded as a software package.

In addition to mailing in a voluntary form, reporters also have the options of reporting via an interactive form on the MedWatch website, faxing their reports (1-800-FDA-0178), or calling 1-800-FDA-1088 to give a report verbally to a MedWatch health professional.

Vaccines are the only FDA-regulated human use medical products that are not reported on the MedWatch reporting form. Reports concerning vaccines are sent to the vaccine adverse event reporting system (VAERS) on the VAERS-1 form, available by calling 1-800-822-7967 or from the VAERS website at www.fda.gov/cber/vaers/vaers.htm. VAERS is a joint FDA/Center for