EXHIBIT 94

C O N F I D E N T I A L

**PFIZER GLOBAL RESEARCH & DEVELOPMENT**
**ANN ARBOR LABORATORIES**
**ANN ARBOR, MICHIGAN**

| | |
|---|---|
| **RESEARCH REPORT NO.: RR-REG** 720-30134 | **PGRD AUTHOR(S):** Giordani AB, Holley HP, Robbins JL |
| **DATE ISSUED:** November 28, 2001 | **INVESTIGATOR(S):** |
| **PERIODS COVERED:** 01/01/01 to 10/31/01 | **ANALYST(S):** |
| **DEPARTMENT:** Clinical Research | |
| **COMPOUND NUMBERS (PD,WL,GOE,CI):** CI-0945, PD 0087842-0000, GOE 3450 | **LOT NUMBER(S):** |
| **PHASE:** | **PROTOCOL NUMBER:** |
| **NOTEBOOK (OR OTHER REFS):** | **SUGGESTED KEY WORDS:** Gabapentin, Neurontin, Neuropathic Pain, Diabetic Peripheral Neuropathy, Postherpetic Neuralgia, Safety, Adverse Events |

**TITLE:**   4-Month Safety Update for Gabapentin (CI-0945, Neurontin) for Neuropathic Pain

**Appendix B.2.2  Listing of Serious Adverse Events: Study 945-411**

**4-Month Safety Update for Gabapentin (CI-945, Neurontin) for Neuropathic Pain**

| Dose at Onset | Patient Number | Adverse Event Term: Preferred INVESTIGATOR | Study Day AE Began | Study Day AE Ended | Intensity | Relationship to Study Med | Action Taken | Clinical Outcome |
|---|---|---|---|---|---|---|---|---|
| GBP 4500 mg | 001018 | Suicide attempt SUICIDE ATTEMPT | 27 | 28 |  | Definitely | Discontinued | Recovered |
|  |  | Intentional overdose INTENTIONAL OVERDOSE | 27 | 28 |  | Definitely | Discontinued | Recovered |
|  |  | Somnolence SOMNOLENCE | 27 | 28 | Moderate | Definitely | Discontinued | Recovered |
| GBP 600 mg/day | 003004 | Back pain SCIATIC NERVE PAIN | 3 | 7 | Severe | Definitely not | Discontinued | Not yet recovered |
| GBP 3600 mg/day | 010001 | Ketosis DIABETIC KETOACIDOSIS | 48 | 54 | Severe | Unlikely | Interrupted | Recovered |
| GBP 1800 mg/day | 042001 | * Accidental injury BURNING TYPE III IN THE RIGHT FOOT | 10 | 75 | Moderate | Definitely not | None | Recovered |
| GBP 900 mg/day | 051011 | Angina pectoris RECURRENCE OF ANGINA | 6 | 11 | Moderate | Unlikely | None | Recovered |
| GBP 1200 mg/day[a] | 059011 | Chest pain CHEST PAIN | 40 | 42 | Severe | Definitely not | Discontinued | Recovered |

abapentin
lacebo
TESS Adverse Event
erse Event Resulted in Surgery
tiple Episodes
discontinued gabapentin 2 days prior to this event                     Page 1 of 1