EXHIBIT 95


**PARKE-DAVIS**
Pharmaceutical Research Division

Warner-Lambert Company

*Memorandum*

*Memo to:* R. DeJong
*Location:*

*From:* V. Trudeau
*Location* Clinical Research

*Date:* 05/08/90

*Subject:* Follow-up Adverse Event Report

Drug:              Gabapentin
Patient Number:    001
Patient Initials:  RWB
Protocol Number:   945-15-01
Adverse Event:     (1) Severe Headache; (2) Acute Severe Depression; (3) Suicidal Ideation
Investigator:      F. E. Dreifuss, M.D.

I have been informed of follow-up information regarding the above adverse event; a summary of the adverse event is enclosed. This is an expected Adverse Event considered possibly associated with the use of this investigational drug.

cc:   J. Schaumberg (FCS)
      K. Shellenberger (Drug Director)
      M. Treado (CDM)

VLT/ch