EXHIBIT 96

1

FOOD AND DRUG ADMINISTRATION

CENTER FOR DRUG EVALUATION AND RESEARCH

MEETING OF THE

DERMATOLOGIC AND OPHTHALMIC DRUGS ADVISORY COMMITTEE

8:30 a.m.

Tuesday, September 19, 2000

Holiday Inn
2 Montgomery Village Avenue
Gaithersburg, Maryland

104

1            This is my last slide.  So, depression is
2   common but under-recognized, making it difficult to make
3   definitive statements based upon any signals we might see.
4            Depression may be especially under-recognized
5   in adolescents.
6            Suicide is a leading cause of death, especially
7   among adolescents.  Again, it was number three.
8            And the spontaneous reporting system or the
9   Adverse Event Reporting System, or AERS, referred to
10  earlier, underestimates the number of adolescents with
11  drug-induced depression for various reasons.  We know so
12  little about drug-induced depression.  Adolescents might be
13  especially under-reported and depression in general is
14  certainly under-reported as well.
15            And that's it.  Thank you.
16            DR. BERGFELD:  Thank you.
17            The next presentation is that of the case
18  review by Dr. Marilyn Pitts.
19            DR. PITTS:  Thank you.  Madam Chair, Dr.
20  Woodcock, committee members and guests, good morning.  My
21  name is Marilyn Pitts.  I'm a safety evaluator in the
22  Office of Postmarketing Drug Risk Assessment.
23            My objective today is to describe the positive
24  dechallenge/rechallenge cases of Accutane associated
25  depression, depressive symptoms, and mood disorders.

1            The top 10 adverse events for Accutane include
2   depression, ranked number 6.  By contrast, we looked at
3   tetracycline, which is another agent used for less severe
4   acne.  We have 8 cases of depression and 2 deaths, and we
5   looked at Claritin in the AERS database where we have 10
6   cases of depression and 2 deaths.
7            In evaluating spontaneous adverse events,
8   positive dechallenge/rechallenge cases provide the best
9   evidence to support a relationship between a drug and an
10  observed event.
11           Today I will discuss the FDA's principal data
12  source for detecting rare drug adverse events.  I will
13  provide reasons for suspecting a drug/adverse event
14  relationship.  I will describe the dechallenge/rechallenge
15  cases included in the 1998 case analysis, as well as cases
16  included in the year 2000 analysis.  I will also present a
17  case summary for the 1988 and the year 2000 case series.
18           The FDA's Adverse Event Reporting System, or
19  AERS, is a computerized database of adverse events reports.
20   The database is searchable by drug names and key words.
21  The database was established in 1969 and updated in 1997.
22  Individual records within the database are based on
23  submitted MedWatch forms.
24           MedWatch forms are voluntarily submitted by
25  pharmacists, physicians, nurses, and other health care