EXHIBIT 101

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Blume, Cheryl (FP Expert)**
11/12/2007

**Printed : 3/20/2008**

                                                                    105
 1    So I -- I don't -- whether we collectively did
 2    this or not, I just don't recall.
 3    BY MR. BARNES:
 4        Q.   So it's possible that Mr. Altman chose the
 5    comparator drugs, correct, without your supervision?
 6        MR. FROMSON: Note my objection as to form.
 7        THE WITNESS: I recall the discussion of
 8    including Gabitril in there. I know that I
 9    remember that. Now, I just don't recall.
10    BY MR. BARNES:
11        Q.   You say "class of drugs." What do you mean by
12    a class of drugs?
13        A.   Well, when you look at pharmacovigilance data,
14    you're interested, of course, in the -- in the drug in
15    question for that particular NDA, but you're also
16    interested in other drugs that are chemically similar to
17    that drug, whether it's used for the same indication or
18    not, so you do that comparison. You compare the adverse
19    event of interest with other drugs that are approved for
20    the same indication, and you also approve drugs that
21    have the same mechanism of action. So there is
22    different ways that you canvas pharmacovigilance data.
23        In this particular table or this particular
24    graph, what we have here are the PRRs for the
25    suicide-related events, the high-level term

                                                                    106
 1    suicide-related events, against a selection of drugs
 2    that are -- are used for epileptic patients.
 3        Q.   Is it your testimony that Topamax and
 4    Neurontin are chemically similar medicines?
 5        MR. FROMSON: Just note my objection as to
 6    form.
 7        THE WITNESS: I would have to check
 8    chemically. They both have adjunctive indications.
 9    BY MR. BARNES:
10        Q.   Are they -- do they have the same mech- --
11    does Topamax and Neurontin have the same mechanism of
12    action or similar mechanism of action?
13        A.   I don't -- I would have to look.
14        This was picked because they're used in the
15    same subpopulation. We would have a different table if
16    we were looking at drugs. We may have drugs in this
17    table for same chemical that had nothing do with
18    epilepsy.
19        Q.   So is it -- is it your understanding that the
20    drug -- the comparator drugs on page 194 were selected
21    because they had similar indi- -- indications? Is that
22    the basis for choosing them as a comparator?
23        A.   Well, if you look on the previous page, we
24    tried to break out why they were in here. We picked
25    using the PRRs for suicide self-injurious behavior. At

                                                                    107
 1    the top of the list for those are Baclofen, Gabitril,
 2    and Neurontin. Neurontin and Gabitril are both GABA
 3    analogs, so those were added in there.
 4        Q.   Okay. What was the -- my question is -- is --
 5    you've addressed that you had Gabitril in because it's a
 6    GABA analog.
 7        And my question is, what is the basis for the
 8    other drugs being included on this table? What is the
 9    scientific or regulatory basis for that?
10        A.   Well, in data mining -- I mean, in data -- you
11    can look at the data however you so choose in data
12    mining. One of the ways of looking at it is to compare
13    it to other drugs. You may compare it to one drug or
14    you may compare it to ten.
15        In this particular -- in this particular
16    instance, in the conclusions of these -- in the
17    conclusions of this section, we were -- now that we had
18    1998 all the way to 2000, we had -- I'm sorry. Yeah --
19    we had enough period of time that we could look at
20    different drugs.
21        Q.   My -- my question is -- please listen to my
22    question, okay?
23        My question is, on what basis did you choose
24    to include the comparator drugs on page 194? If they're
25    all the same, that's fine. If there are different bases

                                                                    108
 1    for different drugs, that's fine. So I want you to go
 2    through each one of these and tell me the reason why
 3    they were chosen as a comparator drug for Neurontin in
 4    the PRR Over Time table listed on page 194 of your
 5    report.
 6        MR. FROMSON: All right. Just note my
 7    objection to the extent it may have already been
 8    asked and answered. But she also indicated look
 9    back to page 193.
10        MR. BARNES: And it doesn't provide
11    information to my question, Counsel.
12        MR. FROMSON: Well, I disagree.
13    Paragraph 319.
14    BY MR. BARNES:
15        Q.   Go ahead.
16        A.   From what I can recall, when we did this --
17    this table, we were interested in trying to express
18    somehow PRR ratios over time in drugs that may be
19    considered used for the same population or have a
20    mechanism of action that might be similar to it. It was
21    meant to be illustrative of the Neurontin pattern versus
22    other drugs and to show that the Neurontin data are not
23    the same as all the other drugs in the category.
24        That is a -- that is a signal in
25    pharmacovigilance work when your drug looks different

### Page 109

1  than other drugs used in the same population. This is a
2  very, very overview type of -- this would be a signal to
3  a company to look further.
4      Clearly, Neurontin doesn't look like the rest
5  of the pack down there. We picked drugs that would have
6  data during this timeframe. We know that adverse events
7  are the most heavily reported early in a products
8  marketing or after a major event, so we tried to pick
9  drugs that would have it across this time period.
10     Q. Okay. So just so I understand your -- your
11  answer, the comparator drugs were chosen on the basis
12  that they were used in similar patient populations
13  during the relevant time period as you selected,
14  correct?
15     A. Or have similar pharmacologic activities.
16     Q. Or have similar pharmacologic activities.
17     A. Right.
18     Q. Those are two bases --
19     A. Uh-huh. (Indicates affirmatively.)
20     Q. -- for choosing these drugs?
21     A. And had adequate data to be reasonable to
22  put -- had reasonable enough data during these years.
23     Q. Okay. Which medicines were placed on this
24  chart because they were used -- they were used, in your
25  opinion or in Mr. Altman's opinion, in similar patient

### Page 110

1  populations?
2      MR. FROMSON: Obviously, just note my
3  objection to the form of the question.
4  BY MR. BARNES:
5      Q. And if you chose them, that's fine. Tell me
6  which ones he picked or which ones you picked. Or if
7  you don't know, you don't know.
8      MR. FROMSON: Same objection as to form.
9      THE WITNESS: We were interested in looking at
10  products in the AERS database that are associated
11  with reports of suicide. There aren't that many
12  drugs that have high -- or have significant numbers
13  of suicide events, so how to look at that. Can we
14  see any classing by pharmacologic class, any
15  grouping by endpoint?
16     So what we did is we took the AERS database
17  and filtered it for suicide-related events. My
18  understanding is that --
19  BY MR. BARNES:
20     Q. Move to strike that portion of the answer.
21  Now, answer my question with regard to the basis --
22     MR. FROMSON: Hold on. Hold on.
23     THE WITNESS: No, I did answer your question.
24     MR. FROMSON: Let's -- let's agree to let the
25  witness finish her answer.

### Page 111

1      MR. BARNES: All right. Well, she -- go
2  ahead.
3      MR. FROMSON: All right. If you could -- if
4  Madam Court Reporter can simply read the last --
5  last clause of her answer, I would appreciate it.
6      (The requested portion was read by the
7  reporter.)
8  BY MR. BARNES:
9      Q. Now, which --
10     MR. FROMSON: Hold on. Now, have you finished
11  your answer, Dr. Blume?
12     THE WITNESS: Well, no, I'm going to explain.
13  So --
14     MR. BARNES: Fine. Thank you.
15     THE WITNESS: Thank you. Continue?
16     MR. FROMSON: Yes, you can continue your
17  answer, please. Please.
18     THE WITNESS: We were interested in those
19  products that were marketed during the timeframe of
20  interest, which again is our timeframe of interest
21  on the X axis, and which had suicide-related
22  events.
23  BY MR. BARNES:
24     Q. Right.
25     A. And in order to be fair, we didn't take new --

### Page 112

1  brand new ones or ones who had just been suddenly
2  withdrawn off the market. So we took ones that would be
3  in the normal course of business.
4      When we picked -- I'm interested in three
5  different categories of drugs, as I've outlined earlier.
6  Neurontin and Gabitril are both GABA analogs and both of
7  them have had significant problems with off-label use.
8  So both of those were in there. And the reason they're
9  in there is because Neurontin has been used in so many
10  off-label populations, we picked a product that has a
11  similar action, mechanism of action, that has also been
12  inappropriately used in so many subpopulations. And the
13  best one for that is Gabitril because they sent a dear
14  doctor letter about that. So that's why Neurontin and
15  Gabitril are in there. Okay?
16     The Pfizer defendants in some of their
17  pharmacology studies noted in some of the animal studies
18  a correlation between the activities of Neurontin and
19  that of Baclofen. So because they included it in a
20  study, we put it in the chart. Okay?
21     Then -- see if I can get the next one in here.
22     Then we put in here other drugs. Now, the
23  other drugs are products that are used for
24  epileptications (sic) although these drugs may have a
25  monotherapy as well as an adjunctive.