RR -REG 720-30135                          1335 of 2381

It should be noted that the body system, Drug, Usage and the single event term in this category, off-label drug use were sponsor-initiated modifications to COSTART to capture information regarding the use of gabapentin for indications not listed in the United States prescribing information. The 3084 cases that contained the event code "off-label drug use" involved patients who were prescribed gabapentin for an indication other than epilepsy, such as bipolar disorder, pain (unspecified), back pain and neuropathic pain (*e.g.,* reflex sympathetic dystrophy, herpes zoster, diabetic neuropathy, and phantom limb pain). While this category/event will be shown in tables in this document, it will not be discussed further in the text, as it does not represent an adverse event.

The COSTART body system, Nervous System, contained the highest percentage of events with 28.9% (5792 events) of all events. The three most commonly reported events in this category were convulsion (625 cases containing this event, 8.2% of all 7655 cases), somnolence (614, 8.0% of cases), and dizziness (494, 6.5% of cases) [Table 2]. All of these events are listed in the current gabapentin prescribing information (package insert dated November 2000).

The category Body as a Whole accounted for 16.5% (3316) of all events; the three most commonly reported events in this category were asthenia (383, 5.0% of cases), drug interaction (334, 4.4% of cases), and headache (280, 3.7% of cases). Asthenia and headache are listed in the current prescribing information.

Four body systems each contained between 4% and 9% of reported events: Digestive System 8.8% (1777), Metabolism & Nutrition 5.5% (1103), Skin and Appendages 5.4% (1090), and Special Senses 4.6% (923). The most frequently reported event in each category was nausea (234, 3.1% of cases), weight gain (307, 4.0% of cases), rash (276, 3.6% of cases), and amblyopia (203, 2.7% of cases), respectively. All of these events are listed in the current prescribing information.

Five body systems each contained between 2% and 4% of reported events: Cardiovascular System 3.8% (763), Urogenital System 3.6% (715), Respiratory System 2.6% (530), Hemic & Lymphatic System 2.4% (484), and Musculoskeletal 2.1% (424). The most frequently reported event in each category was hypertension (77, 1.0% of cases), urinary incontinence/incontinence urinary (68, 0.9% of cases), dyspnea (96, 1.3% of cases), peripheral edema (296, 3.9% of cases), and arthralgia (110, 1.4% of cases), respectively. All of these events are listed in the current prescribing information.

The adverse events reported in ≥ 2% of all cases according to COSTART body system and COSTART preferred adverse event term are summarized in Table 2. Given the anecdotal nature of the data, a cut-off of ≥ 2% was an arbitrarily chosen selection criterion for events replicated in multiple cases. Adverse event terms reported in < 2% of cases were reviewed and no obvious patterns were identified.

RR -REG 720-30135          1336 of 2381

**Table 2.**

| Summary of adverse events for gabapentin reported in ≥ 2% of all Cases presented by COSTART body system and COSTART preferred adverse event term ||
|---|---|
| **COSTART Body System** COSTART Preferred Adverse Event Term | Number of Events (Percentage: events/cases) |
| **Body as a Whole**   Asthenia   Drug interaction   Headache   Pain | 383 (5.0%) 334 (4.4%) 280 (3.7%) 226 (3.0%) |
| **Drug, Usage***   Off-label use of drug* | 3084 (40.2%) |
| **Digestive System**   Diarrhea   Nausea | 190 (2.5%) 234 (3.1%) |
| **Metabolism and Nutrition**   Edema peripheral/peripheral edema†   Weight gain | 296 (3.9%) 307 (4.0%) |
| **Nervous System**   Amnesia   Ataxia   Confusion   Convulsion   Dizziness   Hostility   Insomnia   Nervousness   Somnolence   Thinking abnormal   Tremor | 189 (2.5%) 190 (2.5%) 197 (2.6%) 625 (8.2%) 494 (6.5%) 153 (2.0%) 158 (2.1%) 169 (2.2%) 614 (8.0%) 208 (2.7%) 175 (2.3%) |
| **Skin and Appendages**   Alopecia   Rash | 235 (3.1%) 276 (3.6%) |
| **Special Senses**   Amblyopia | 203 (2.7%) |
| **Total number of cases** | 7655 |

*The Body System Drug, Usage, and preferred event "off-label use of drug" were sponsor-initiated modifications to COSTART.
† Two individual COSTART terms combined.

All of the above referenced events are labeled except for the term drug interaction. Reports of suspected drug interactions of significance to the neuropathic pain population are discussed below.

**Use in Neuropathic Pain**

To evaluate whether differences in post-marketing events occurred in the neuropathic pain population, all reported indication terms for gabapentin use were individually inspected and subgroups by major indication created and displayed in Table 3. Indications specifically listed as neuropathic pain or considered to be a clinically equivalent term(s) upon medical review (*e.g.*, reflex sympathetic dystrophy, herpes zoster, and diabetic neuropathy) were included (See Appendix). The most frequently reported events among patients treated with gabapentin in the neuropathic pain dataset* are summarized in Table 3 and compared to the reporting frequency of these events in patients being treated with gabapentin for other (not meeting neuropathic pain selection criteria)* indications or indications that were data entered as "unknown".

RR -REG 720-30135        1337 of 2381

Table 3.

| Summary of adverse events for gabapentin (use for neuropathic pain*) reported in ≥ 2% of neuropathic pain cases presented by COSTART body system and COSTART preferred adverse event term compared to cases with other (not meeting selection criteria) and data entered as "unknown" indications† | | | |
|---|---|---|---|
| COSTART Body System<br><br>COSTART Preferred Adverse Event Term | Neuropathic Pain *<br><br>Number of events (Percentage: events/neuropathic pain indications) | Other (Not Meeting Selection Criteria) Indications<br><br>Number of Events (Percentage: events/other indications) | Unknown Indications<br><br>Number of events (Percentage: events/ unknown indications) |
| **Body as a Whole** | | | |
| Accidental injury | 27 (2.1%) | 96 (2.0%) | 9 (0.6%) |
| Asthenia | 89 (6.9%) | 259 (5.3%) | 34 (2.3%) |
| Drug interaction | 62 (4.8%) | 203 (4.2%) | 68 (4.7%) |
| Headache | 58 (4.5%) | 196 (4.0%) | 25 (1.7%) |
| Pain | 73 (5.6%) | 132 (2.7%) | 20 (1.4%) |
| **Digestive System** | | | |
| Diarrhea | 44 (3.4%) | 123 (2.5%) | 23 (1.6%) |
| Nausea | 52 (4.2%) | 155 (3.2%) | 27 (1.9%) |
| **Drug, Usage** | | | |
| Off-label use of drug‡ | 1112 (85.9%) | 1961 (40.3%) | 11 (0.8%) |
| **Metabolism and Nutrition** | | | |
| Edema peripheral/peripheral edema§ | 77 (6.0%) | 166 (3.4%) | 53 (3.7%) |
| Weight gain | 49 (3.8%) | 201 (4.1%) | 55 (3.8%) |
| **Nervous System** | | | |
| Amnesia | 40 (3.1%) | 119 (2.5%) | 30 (2.1%) |
| Ataxia | 33 (2.6%) | 139 (2.9%) | 16 (1.1%) |
| Confusion | 31 (2.4%) | 141 (2.9%) | 25 (1.7%) |
| Dizziness | 130 (10.1%) | 327 (6.7%) | 37 (2.6%) |
| Insomnia | 30 (2.3%) | 112 (3.1%) | 16 (1.1%) |
| Nervousness | 39 (3.0%) | 115 (2.4%) | 15 (1.0%) |
| Paresthesia | 33 (2.6%) | 93 (1.9%) | 16 (1.1%) |
| Somnolence | 124 (9.6%) | 421 (8.7%) | 68 (4.7%) |
| Thinking abnormal | 35 (2.7%) | 145 (3.0%) | 28 (1.9%) |
| Tremor | 45 (3.5%) | 104 (2.1%) | 26 (1.8%) |
| Twitching | 27 (2.1%) | 65 (1.3%) | 12 (0.8%) |
| **Respiratory** | | | |
| Dyspnea | 28 (2.2%) | 60 (1.2%) | 7 (0.5%) |
| **Skin and Appendages** | | | |
| Alopecia | 42 (3.3%) | 154 (3.2%) | 39 (2.7%) |
| Pruritus | 31 (2.4%) | 75 (1.5%) | 9 (0.6%) |
| Rash | 54 (4.2%) | 170 (3.5%) | 50 (3.5%) |
| **Special Senses** | | | |
| Abnormal vision/vision abnormal§ | 36 (2.8%) | 93 (2.0%) | 16 (1.0%) |
| Amblyopia | 56 (4.3%) | 123 (2.5%) | 24 (1.7%) |
| **Total number of cases** | **1294** | **4857** | **1440** |

*All reported indication terms were individually inspected. Indications specifically listed as neuropathic pain or considered to be a clinically equivalent term(s) upon medical review (*e.g.*, reflex sympathetic dystrophy, herpes zoster, and diabetic neuropathy) were included.
† 64 cases in databases where no data was entered in the indication field are not included in this table.
‡Coding convention dated 07 December 1999; "off-label use of drug" to be used as an adverse event when the reported indication is not listed in the US package insert. Prior to 07 December 1999 "off label use of drug" was not uniformly captured as an adverse event.
§ Two individual COSTART terms combined.

Overall, the adverse event profiles for the neuropathic pain dataset and the "other" dataset were similar. Except for accidental injury and drug interaction, all of the above-cited events are specifically listed in the current prescribing information. Accidental injury is a preferred term in the COSTART IV dictionary that was used for this report. Accidental injury was not a preferred term in the COSTART dictionary that was used in the epilepsy trials that are the basis for the current labeling. Reporter terms that currently map to accidental injury such as fall and fracture mapped to ataxia and fracture, respectively, in the earlier version of the dictionary. Ataxia and fracture are included as adverse events in the currently approved labeling. Fall was the event that coded to accidental injury in most cases in both the neuropathic pain and "other" dataset. Other reported events coding to accidental injury included motor vehicle accident, fracture, drowning, and nerve and tendon injuries. Except for weight gain and the Nervous System events ataxia, confusion, insomnia, and thinking abnormal, events reported in $\geq 2\%$ of cases in the neuropathic pain dataset had a higher proportionate reporting frequency compared to cases in the "other" dataset. The ratio of proportionate reporting frequencies ranged from 1.8:1 (edema peripheral/peripheral edema) to 1.1:1 (accidental injury). The differences do not appear to be clinically significant and are consistent with the multifactorial variability inherent in uncontrolled data like spontaneous reports.

Almost all instances (75/77) of peripheral edema in cases in the neuropathic pain dataset were classified as non-serious and described swelling of the hands or feet. Because diabetics make up a major portion of the neuropathic pain population, the almost complete absence of associated cardiac events in cases reporting peripheral edema in the neuropathic pain dataset and the multiple confounding factors and improbable chronology in the one case which did have associated cardiac events (chest pain, shortness of breath) indicates that there is no signal that peripheral edema is associated with adverse cardiovascular sequelae in subpopulations that may have an increased burden of underlying cardiac disease.

Since diabetic neuropathy represents a major subgroup of neuropathic pain a comprehensive review of the early alert safety databases for cases reporting a suspected drug interaction between gabapentin and agents used in the treatment of diabetes was performed. The ratio of the proportionate frequencies of drug interaction reports between neuropathic pain and other cases was 1.1:1. Four such cases were identified (0.05% of all cases). The reported indications in two of the four cases were neuropathic pain (diabetic neuropathy). The four cases involved non-serious elevation in blood glucose in three cases, and headache and ringing in ears in the last case; the medications involved were second generation sulfonylureas (glipizide, glimepiride) and biguanides (metformin). There were no reports with first generation sulfonylureas, alpha-glucosidase inhibitors, meglitinides, or thiazolidinediones.

**Use in Special Populations**

**Pediatric Patients:**

A total of 412 cases (1041 events) involving pediatric (defined as $\leq 16$ years of age, including unspecified "teenager" [two cases]) patients representing 5.4% of all cases were submitted and entered into the early alert safety databases. The five most commonly reported events were off-label use of drug (71), convulsion (69), personality

RR -REG 720-30135                    1339 of 2381

disorder (32), hostility (29), and somnolence (27). These events are in the current prescribing information.

Adverse events for gabapentin reported in ≥ 2% of pediatric cases according to COSTART body system and COSTART preferred adverse event term compared to the reporting frequency of these events among "other" patients (> 16 years) or patients of unknown age are summarized in Table 4. Given the anecdotal nature of the data, a cut-off of ≥ 2% was an arbitrarily chosen selection criterion for events replicated in multiple cases. Adverse event terms reported in < 2% of cases were reviewed and no obvious patterns were identified.

Table 4.

| Summary of adverse events for gabapentin reported in ≥ 2% of pediatric cases presented by COSTART body system and COSTART preferred adverse event term compared to cases with other (> 16 years) ages or unknown* ages | | | |
|---|---|---|---|
| COSTART Body System<br><br>COSTART Preferred Adverse Event Term | Pediatric<br><br>Number of events<br>(Percentage: events/pediatric cases) | Other<br><br>Number of Events<br>(Percentage: events/other cases) | Age Unknown*<br><br>Number of events<br>(Percentage: events/ unknown cases) |
| **Body as a Whole** | | | |
| Abdominal pain | 9 (2.2%) | 100 (2.0%) | 21 (1.0%) |
| Congenital anomaly | 14 (3.4%) | 1 (0.0%) | 5 (0.2%) |
| Drug interaction | 20 (4.9%) | 223 (4.4%) | 91 (4.3%) |
| Exposure *in utero* | 13 (3.2%) | - | 39 (1.8%) |
| Headache | 12 (2.9%) | 224 (4.4%) | 44 (2.1%) |
| Infection | 9 (2.2%) | 42 (0.8%) | 5 (0.2%) |
| **Digestive System** | | | |
| Anorexia | 11 (2.7%) | 62 (1.2%) | 13 (0.6%) |
| Vomiting | 16 (3.9%) | 69 (1.4%) | 12 (0.6%) |
| **Drug, Usage** | | | |
| Off-label use of drug | 71 (17.2%) | 2356 (46.1%) | 657 (30.8%) |
| **Metabolism and Nutrition** | | | |
| Weight gain | 14 (3.4%) | 210 (4.1%) | 83 (3.9%) |
| **Nervous System** | | | |
| Convulsion | 69 (16.8%) | 456 (8.9%) | 100 (4.7%) |
| Dizziness | 12 (2.9%) | 397 (7.8%) | 85 (4.0%) |
| Emotional lability | 9 (2.9%) | 66 (1.3%) | 9 (0.4%) |
| Hostility | 29 (7.0%) | 83 (1.6%) | 41 (1.9%) |
| Hyperkinesia | 13 (3.2%) | 26 (0.5%) | 9 (0.4%) |
| Insomnia | 12 (2.9%) | 117 (2.3%) | 29 (1.4%) |
| Nervousness | 16 (3.9%) | 125 (2.5%) | 28 (1.3%) |
| Personality disorder | 32 (7.8%) | 80 (1.6%) | 20 (0.9%) |
| Somnolence | 27 (6.6%) | 454 (8.9%) | 133 (6.2%) |
| Thinking abnormal | 13 (3.2%) | 159 (3.1%) | 36 (1.7%) |
| **Skin and Appendages** | | | |
| Alopecia | 15 (3.6%) | 164 (3.2%) | 56 (2.6%) |
| Rash | 15 (3.6%) | 202 (4.0%) | 59 (2.8%) |
| **Total number of cases** | **412** | **5111** | **2132** |

* Includes those cases where age was data entered as "unknown" and cases where no data was entered into the age field.

There were five events (congenital anomaly, exposure *in utero*, hostility, hyperkinesia, and personality disorder) reported with a greater proportionate frequency (≥ 3:1 ratio) in

RR -REG 720-30135 1340 of 2381

the pediatric dataset compared to the "other" dataset. A ratio of ≥ 3:1 was selected as criteria for examining events replicated in multiple cases because of the small size and associated statistical instability of the gabapentin pediatric dataset when compared to the overall dataset. Three of the five events (hostility, hyperkinesia, and personality disorder) are compatible with the information describing neuropsychiatric adverse events in pediatric patients in the Warnings section of the current prescribing information. The 13 events of exposure *in utero* describe use of gabapentin during pregnancy for epilepsy (nine cases), bipolar disorder (two cases), or unknown indication (two cases). No consistent pattern of associated adverse events was noted in these 13 cases. The 14 events of congenital anomaly were contained in four cases. All four mothers were under treatment for epilepsy with gabapentin and other agents. No significant pattern of congenital anomalies was evident in these three cases with multiple events and one case reporting a singular congenital anomaly (tracheomalacia).

**Geriatric Patients:**

A total of 1060 cases (3185 events) involving geriatric (defined as ≥ 65 years of age) patients representing 13.8% of all cases were submitted and entered into the early alert safety databases. The five most commonly reported events were off-label use of drug (643), somnolence (129), dizziness (112), asthenia (74), and edema/peripheral edema (57). These events are listed in the current prescribing information.

Adverse events for gabapentin reported in ≥ 2% of geriatric cases according to COSTART body system and COSTART preferred adverse event term compared to the reporting frequency of these events among "other" patients (< 65 years) or patients of unknown age are summarized in Table 5. Given the anecdotal nature of the data, a cut-off of ≥ 2% was an arbitrarily chosen selection criterion for events replicated in multiple cases. Adverse event terms reported in < 2% of cases were reviewed and no obvious patterns were identified.

Table 5.

| Summary of adverse events for gabapentin reported in ≥ 2% of geriatric (≥ 65 years) cases presented by COSTART body system and COSTART preferred adverse event term compared to cases with other (< 65 years) ages or unknown* ages | | | |
|---|---|---|---|
| COSTART Body System<br><br>COSTART Preferred Adverse Event Term | Geriatric<br><br>Number of events<br>(Percentage: events/geriatric cases) | Other<br><br>Number of Events<br>(Percentage: events/other cases) | Age Unknown*<br><br>Number of events<br>(Percentage: events/ unknown cases) |
| **Body as a Whole** | | | |
| Accidental injury | 39 (3.7%) | 80 (1.8%) | 13 (0.6%) |
| Asthenia | 74 (7.0%) | 239 (5.4%) | 70 (3.3%) |
| Drug interaction | 48 (4.5%) | 195 (4.4%) | 91 (4.3%) |
| Headache | 34 (3.2%) | 202 (4.5%) | 44 (2.1%) |
| Pain | 34 (3.2%) | 144 (3.2%) | 48 (2.3%) |
| **Digestive System** | | | |
| Diarrhea | 38 (3.6%) | 118 (2.6%) | 34 (1.6%) |
| Dry mouth | 22 (2.1%) | 45 (1.0%) | 16 (0.8%) |
| Dyspepsia | 22 (2.1%) | 45 (1.0%) | 12 (0.6%) |
| Nausea | 42 (4.0%) | 145 (3.3%) | 47 (2.2%) |

RR -REG 720-30135                    1341 of 2381

| Summary of adverse events for gabapentin reported in ≥ 2% of geriatric (≥ 65 years) cases presented by COSTART body system and COSTART preferred adverse event term compared to cases with other (< 65 years) ages or unknown* ages | | | |
|---|---|---|---|
| COSTART Body System<br><br>COSTART Preferred Adverse Event Term | Geriatric<br><br>Number of events (Percentage: events/geriatric cases) | Other<br><br>Number of Events (Percentage: events/other cases) | Age Unknown*<br><br>Number of events (Percentage: events/ unknown cases) |
| **Drug, Usage** | | | |
| Off-label use of drug | 643 (60.1%) | 1784 (40.0%) | 657 (30.1%) |
| **Metabolism and Nutrition** | | | |
| Edema peripheral/peripheral edema | 57 (5.4%) | 156 (3.5%) | 83 (3.9%) |
| Weight gain | 36 (3.4%) | 188 (4.2%) | 83 (3.9%) |
| **Nervous System** | | | |
| Amnesia | 23 (2.2%) | 124 (2.8%) | 42 (2.0%) |
| Ataxia | 28 (2.6%) | 128 (2.9%) | 34 (1.6%) |
| Confusion | 42 (4.0%) | 115 (2.6%) | 40 (1.9%) |
| Convulsion | 45 (4.3%) | 480 (10.8%) | 100 (4.7%) |
| Dizziness | 112 (10.6%) | 297 (6.7%) | 85 (4.0%) |
| Insomnia | 25 (2.4%) | 104 (2.3%) | 29 (1.4%) |
| Nervousness | 26 (2.5%) | 115 (2.6%) | 28 (1.3%) |
| Somnolence | 129 (12.2%) | 352 (7.9%) | 133 (6.2%) |
| Speech disorder | 26 (2.5%) | 95 (2.1%) | 29 (1.4%) |
| Thinking abnormal | 28 (2.6%) | 144 (3.2%) | 36 (1.7%) |
| Tremor | 30 (2.8%) | 104 (2.3%) | 41 (1.9%) |
| **Skin and Appendages** | | | |
| Alopecia | 31 (2.9%) | 148 (3.3%) | 56 (2.6%) |
| Rash | 39 (3.7%) | 178 (4.0%) | 59 (2.8%) |
| **Special Senses** | | | |
| Abnormal vision | 28 (2.6%) | 86 (1.9%) | 18 (0.8%) |
| Amblyopia | 35 (3.3%) | 124 (2.8%) | 44 (2.1%) |
| **Total number of cases** | **1060** | **4463** | **2132** |

*Includes those cases where age was data entered as "unknown" and cases where no data was entered into the age field.

The distribution of these adverse events was generally similar in geriatric patients and in "other" patients. No event was reported with a greater proportionate frequency in geriatric patients (≥ 3:1 ratio) when compared to "other" patients.

**Conclusion**

A detailed review of the cumulative post-marketing safety dataset for gabapentin was notable for the following: (1) The overall adverse event profile of gabapentin is consistent with the current prescribing information for gabapentin in the treatment of epilepsy; (2) The adverse event profile in the neuropathic pain dataset was similar to the dataset comprised of other indications and to the current prescribing information for gabapentin in the treatment of epilepsy; (3) No significant signals were detected in the neuropathic pain dataset that would indicate adverse events causally related to gabapentin that are novel in terms of their nature or severity; (4) There was no significant signal of adverse cardiovascular sequelae resulting from the adverse event peripheral edema in the neuropathic pain dataset; (5) No significant signals of unanticipated adverse events were detected when relevant subsets were examined including pediatric cases, geriatric cases and cases involving *in utero* exposure; (6) There were no reports of congenital anomalies involving mothers being treated with gabapentin in the neuropathic pain dataset; and (7)

There was no significant signal (total of four reports) of unanticipated drug interactions between gabapentin and pharmaceutical agents used in the treatment of diabetes mellitus.

### Appendix

### TREATMENT INDICATION TERMS CLINICALLY EQUIVALENT TO NEUROPATHIC PAIN

Abdominal neuropathic pain
Allodynia
Arachnoiditis
Axonal peripheral neuropathy
Bad nerves in his feet
Bilateral lower extremity neuropathy
Brachial plexitis
Brachial plexus pain
Brachial plexus lesion
Brachialgia
Carpal tunnel pain
Carpal tunnel syndrome
Carpal tunnel syndrome pain
Causalgia
Causalgia of right lower extremity
Central neurogenic pain
Central neuropathic pain
Central pain syndrome
Charcot-Marie-Tooth
Chronic nerve damage pain
Chronic neuropathic pain
Chronic pain neck (nerve injury)
Chronic pain sympathetic plexus injury
Chronic regional pain syndrome
Chronic scar pain management
Coccydynia
Complex regional pain syndrome
Demyelinating and axonal peripheral neuropathy
Deafferentation pain
Diabetes with neurological manifestations
Diabetic neuropathy
Diabetic neuropathic pain
Diabetic neuropathy (pain)
Diabetic peripheral neuropathy
Diabetic polyneuropathy
Distal neuropathic pain
Dysesthetic pain
Dysesthesia
Dysesthetic pain syndrome
Ear nerve pain
Entrapment neuropathy

Neuropathy in legs and feet
Neuropathy pain
Nocturnal painful dysesthesias of feet secondary to peripheral neuropathy
Non-diabetic neuropathy
Nerve damage
Occipital pain
Optic nerve pain
Pain neuropathic
Pain (reflex sympathetic dystrophy syndrome)
Pain due to herpes zoster
Pain due to multiple sclerosis
Pain from reflex sympathetic dystrophy
Pain from shingles
Pain management for encephalitis
Pain of multiple sclerosis
Pain relief (phantom limb pain)
Pain secondary to polyneuropathy
Painful diabetic amyotrophy
Painful dysesthesias
Peripheral nerve pain
Peripheral neuralgia
Peripheral neuritis
Peripheral neuropathic pain
Peripheral neuropathy
Peripheral neuropathy pain
Phantom leg pain
Phantom limb pain
Phantom pain
Piriformis syndrome
Polyneuritis
Polyneuropathic pain
Polyneuropathy
Polyneuropathy (idiopathic)
Polyneuropathy syndrome
Post herpetic reaction
Post herpes zoster neuralgia
Post herpetic neuralgia
Post herpetic neuralgia pain
Post herpetic neuralgia syndrome
Post herpetic neurologic pain

RR -REG 720-30135         1343 of 2381

Facial algia
Facial nerve pain
Facial neuralgia
Facial pain
Facial zona pain
Ghost limbs pains
Glossopharyngeal neuralgia
Hemi-syndrome post thalamic hemorrhage
Herpes zoster
Herpes zoster pain
Herpetic neuralgia
Herpetic pain
HIV related neuropathy
Hyperalgic neuropathies of lower limb
Idiopathic neuropathy
Idiopathic sensory neuropathy
Inflammation and irritation of nerves in hand
Inflammation of pudendal nerve
Intercostal neuralgia
Knee pain associated with RSD
Leg nerve pain
Lingual nerve pain
Lumbar radiculopathy
Meralgia paresthetica
Mother's neuropathic pain
Mother's peripheral neuropathy
Multiple sclerosis pain
Multiple sclerotic pain
Muscular/nerve pain
Myalgia paresthetica
Myelopathic pain
Nerve damage
Nerve damage in feet
Nerve entrapment in abdomen
Nerve impingement
Nerve inflammation
Nerve injury
Nerve injury (brachial plexus)
Nerve injury left foot
Nerve injury pain
Nerve pain
Nerve pain in feet
Nerve pain in leg
Nerve root trauma
Nerve spasms
Neuralgia
Neuralgia in legs
Neuralgia NOS
Neuralgia of trigeminal nerve

Post herpetic pain
Post polio syndrome
Post shingles
Post spondylodiscitis neurogenic pain
Post thalamic pain syndrome
Post zoster pain
Post zosternal pain
Post herpetic eye pain
Post herpetic neuralgia
Post herpetic neuropathy
Post herpetic pain
Post operative brachial neuralgia
Post zoster neuralgia
Post zosterial algia
Pudendal neuralgia
Pudendal neuralgia pain
Radiation neuropathy
Radicular pain
Radiculitis
Radiculopathy
Reflex dystrophy
Reflex dystrophy syndrome
Reflex sympathetic dystrophy pain
Reflex sympathetic dystrophy
Reflex sympathetic dystrophy syndrome
Reflex sympathetic pain
Refractory neuropathic pain
Refractory peripheral neuropathy
Refractory neuropathic pain
Refractory peripheral neuropathy
Reticulopathy
Sciatic nerve pain
Sciatic pain
Sciatica
Sciatica pain
Sclerotic neuropathy
Scotodinia
Sensory neuropathy
Severe diabetic neuropathy
Severe nerve pain
Severe neuralgia
Severe neuropathy
Shingle pain
Shingles
Sudeck's atrophy
Suspected sympathetically maintained pain lower extremity
Sympathetic dystrophy
Sympathetic mediated pain
Sympathetic nerve syndrome

RR -REG 720-30135    1344 of 2381

Neuralgic pain
Neuritic pain
Neuritis
Neuritis in heel
Neurogenic pain
Neurologic condition
Neurologic pain
Neurological pain
Neuronic pain
Neuropathic back pain
Neuropathic foot pain
Neuropathic leg pain
Neuropathic pain
Neuropathic pain in feet
Neuropathic penile pain
Neuropathy
Neuropathy in feet
Neuropathy in jaw
Neuropathy in legs

Sympathetic pain
Sympathetically mediated pain
Syringomyelia pain
Tarsal tunnel pain
Tarsal tunnel syndrome
Thalamic pain
Tic douloureux
Trigeminal facial neuralgia
Trigeminal nerve pain
Trigeminal neuralgia
Trigeminal neuropathy
Trigeminus neuralgia
Ulnar nerve damage
Ulnar neuropathy
Varicella zoster shingles pain
Various chronic neuropathic pain disorders
Vulvodynia
Zoster neuralgia

# Blume April 3, 2008 Declaration

# Exhibit Blume-C



Confidential

Pfizer_LCastro_0068012

## Risk Management: Concept and Philosophy

- **Goal:** to establish and maintain a drug's favorable benefit-risk profile in patients
- Occurs throughout the life of the product
- Global approach
- Proactive
- Requires investment and commitment - time, resources, technology

2

Confidential

Pfizer_LCastro_0068013

- Where does RM fit in? From molecule to market – RM & Epidemiology in particular can play a large role in all stages….
- From drug disc to clin dev to post market



## Epidemiology's Value Across the Lifecycle

Product Life Cycle: FIM → Ph I → Ph II → Ph III → Ph IV

Exposure (Potential Denominator)

**Drug Discovery/Preclinical**
- Estimate potential markets
- Predict potential candidates

**Clinical Development**
- Initiate studies to understand treatment population, risks, concomitant diseases, etc.
- Promote faster approval
- Convert non-approvable to approvable
- Achieve optimal/ appropriate label

**Post Marketing Pharmacovigilance**
- Keep drugs on the market
- Maintain best competitive positioning

3

Confidential                                                                                                   Pfizer_LCastro_0068014



Confidential

Pfizer_LCastro_0068015



Confidential

# Building Risk Knowledge Base

Post-approval experience allows for identification of smaller risks

Background Epidemiology → Spontaneous Reports → Observational Studies → Other Activities

**INCIDENCE OF COMMONLY OCCURRING EVENT FROM CLINICAL TRIALS**
- 1/100
- 1/500
- 1/1000

**INCIDENCE OF EVENT IN GENERAL POPULATION / IDENTIFICATION OF RISK FACTORS**
- 1/1000
- 1/5000
- 1/10,000

**POTENTIAL SIGNALS OF RARE EVENTS**
- 1/100,000
- 1/500,000
- 1/10,000

**HYPOTHESIS TESTING**
- 1/1,000,000
- 1/500,000
- 1/100,000

Risk Management/Assessment: Strategy

*Building knowledge through experience*

6

Confidential                                                                                                   Pfizer_LCastro_0068017

## Role of Epidemiology in Risk Management

- Assist in development of RMP components
- Provide scientifically sound epidemiological studies
  - Epidemiology of underlying disease
  - PhS study – e.g. Large Simple Trial, Observational study
- Respond to Regulators' requests
  - Pre- or Post-marketing:
    - Expected rates in general (or similar disease) population
    - Reviews of the epidemiology literature
- Utilize adverse event and signal detection methods
- Engage in ongoing dialogue with regulatory authorities *and* medical community about benefit/risk

7

Confidential
Pfizer_LCastro_0068018

# Risk Management Plan (RMP)

- Focuses on safety concerns/risks specific to the product
- Describes programs and processes that the company commits to in order to manage those risks effectively
- Serves as a point to begin discussions with regulatory authorities
- Dynamic document, meant to address risks over the product's lifecycle

8

Confidential

Pfizer_LCastro_0068019

## History of the Lyrica RMP

- Module 1 – "Product Maintenance and Pharmacovigilance Comprehensive Assessment and Plan"
  - Provides a detailed summary and review of all pre-clinical and clinical safety data available at the time of the MAA submission
- Module 2 – "Risk Management Potential Action Steps"
  - Includes a focused summary of specific safety concerns and discusses possible strategies for post-marketing risk management plans
- Lyrica RMP for internal use
  - Sections used to respond to regulators' queries when appropriate
- Authors: Manfred Hauben, Sue Rummel, Douglas Kargman, many others

9

Confidential

Pfizer_LCastro_0068020