## Safety Issues Addressed in the Internal Lyrica RMP

- Hemangiosarcoma
- Weight Gain
- Peripheral Edema
- Dizziness, Somnolence, and Potential for Accidental Injury Among the Elderly
- Ophthalmologic Safety
- Potential for Abuse

10

Confidential

Pfizer_LCastro_0068021

Confidential



## Potential for Abuse

- Dispute Resolution
- Number of Items to monitor for potential abuse:

<u>**Enhanced Internal Surveillance**</u>
- 15-d Reports: Abuse AE terms
- Data Capture Aid
- PhVCWG review monthly
- Expert Panel
- Quarterly Report

<u>**Enhanced External Surveillance**</u>
- Internet Monitoring
- DAWN
- Observational Study

- Other RM Activities under discussion

11

Pfizer_LCastro_0068022

# Blume April 3, 2008 Declaration

# Exhibit Blume-D



FDA CENTER FOR DRUG EVALUATION AND RESEARCH
**DIVISION OF ANESTHETIC, CRITICAL CARE, AND ADDICTION DRUG PRODUCTS**
**HFD-170, Room 9B-45, 5600 Fishers Lane, Rockville MD 20857   (301) 827-7410**

## REVIEW AND EVALUATION OF CLINICAL DATA

| | |
|---|---|
| NDA # | 21-397<br>21-423<br>21-424 |
| Sponsor | Parke-Davis Pharmaceuticals Limited |
| Generic Name | Gabapentin |
| Proprietary Name | Neurontin |
| Pharmacologic Class | Anti-epileptic |
| Proposed Indication | For the management of postherpetic neuralgia in adults |
| Submission Date | August 6, 2001 |
| Clinical Reviewer | Sharon Hertz, M.D. |
| Completion Date | May 24, 2002 |

**EXECUTIVE SUMMARY**

A. Overview Of Clinical Program

| | |
|---|---|
| Established name: | Gabapentin |
| Trade Name: | Neurontin |
| Drug Class: | Anti-epileptic |
| Proposed Indication: | For the management of postherpetic neuralgia |
| Dose: | Capsules 100, 300, 400 mg; Tablets 600 and 800 mg; Oral Solution 50 mg/ml |
| Route: | Oral |
| Regimen: | A single 300-mg dose on Day 1, 600 mg/day on Day 2 (divided BID), and 900 mg/day on Day 3 (divided TID), followed by titration to a maximum of 3600 mg/d (divided TID). |

Gabapentin was studied in two trials in patients with postherpetic neuralgia. A total of 563 patients were enrolled, 336 of whom received gabapentin. Additional safety information was obtained from three clinical trials in other neuropathic pain trials enrolling patients with painful diabetic peripheral neuropathy and neuropathy of mixed etiologies. An additional 794 patients were enrolled in these trials, 484 of whom received gabapentin. Safety data from non-neuropathic pain trials in studies evaluating the efficacy and pharmacokinetics of gabapentin in combination with naproxen sodium or hydrocodone were added to the evaluation of deaths, SAEs and discontinuations due to AEs.

B. Efficacy

Study 945-211 was a double-blind, randomized, placebo-controlled trial of gabapentin in patients with post-herpetic neuralgia. Patients were titrated to a dose of 3600 mg over a 4-week period and maintained on the final stable dose for four more weeks. A total of 229 patients were enrolled and 184 (80.3%) completed the study. The most common reason for early study discontinuation was adverse event, occurring in 21 of the 113 gabapentin patients (18.6%) and in 14 of the 116 placebo patients (12.1%.) Only 64.6% of the gabapentin treated patients reached a final stable dose of 3600 mg/d. The remainder of patients reached final stable doses from 1200 mg/d to 3000 mg/d.

Study 945-295 was a double-blind, randomized, placebo-controlled trial of gabapentin in patients with post-herpetic neuralgia. Patients were titrated to either 1800 mg/day or 2400 mg/day over a 3-week period and maintained on the final stable dose for four weeks. A total of 334 patients were enrolled and 272 (81.4%) completed the study. One hundred and fifteen patients received gabapentin 1800 mg/day, 108 patients received gabapentin 2400 mg/day, and 111 patients received placebo. All patients were successfully titrated to the intended treatment dose. One patient from each of the gabapentin groups required a dose reduction during the study.

The planned primary outcome measure in both studies was the change in mean weekly Pain Rating Scale score from the patient diary. The gabapentin treatment groups all

demonstrated statistically significant improvement in pain compared with placebo. The treatment effect was similar in size across all gabapentin treatment arms. Separation from placebo was seen as early as one week after titration was begun. The percent of patients with a 50% reduction in pain was also similar across all treatment groups. The secondary efficacy outcome measures reflecting pain measurements were supportive of the primary efficacy measure. Additional secondary efficacy measures of sleep interference, global impression of change by patient and investigator, all favored gabapentin over placebo.

These results demonstrate that gabapentin doses of 1800 mg/day, 2400 mg/day, and 3600 mg/day were effective for post-herpetic neuralgia. Patients should undergo a gradual titration from 300 mg/day to 1800 mg/day. Although there does not appear to be additional benefit from higher doses, safety data support the use of doses up to 3600 mg/day.

C. Safety

The safety database presented an adequate assessment of the adverse event profile of gabapentin in the postherpetic neuralgia patient population, with confirmatory safety findings in other neuropathic pain conditions. The safety database consisted of 1357 patients in double-blind, placebo-controlled and open label studies of gabapentin in neuropathic pain. The postherpetic neuralgia studies enrolled 563 patients. A total of 820 patients received gabapentin, primarily over a period of six to eight weeks. Additional safety information for deaths, serious adverse events (SAEs), and discontinuations due to adverse events was obtained from four ongoing studies in diabetic neuropathy and mixed etiology neuropathic pain, and from combinations studies with naproxen and hydrocodone in non-neuropathic pain.

Patients were evenly distributed across gender, but more than 80% of patients were Caucasian. Twenty five percent of patients were over the age of 75 in the overall population, and in the postherpetic neuralgia trials, 50% of the patients were over the age of 75.

Of the 11 deaths reported, there was only one death for which there was any reason to suspect even a small contributory roll of study medication. The patient had widely metastatic prostate cancer, and died following the onset of sleepiness, 3 days after beginning gabapentin. The patient had been receiving concomitant morphine which can increase the bioavailability of gabapentin, possibly contributing to CNS depression. The investigator attributed the cause of death due to progression of the underlying cancer.

There were few serious adverse events for which a contributory role could be assigned to gabapentin. In the neuropathic pain studies, gabapentin may have played a role in one case of peripheral edema with subsequent cellulitis, and likely contributed to the somnolence seen following an intentional overdose. There was one case of angioedema in a patient on no concomitant medications, but the study drug assignment had not been unblinded at the time of the report.

Adverse events were fairly common and occurred in more gabapentin-treated patients than placebo treated patients. PHN patients who were older, had greater proportion of discontinuations due to adverse events. It may be that older patients have a greater bioavailability of gabapentin which is excreted exclusively by the kidney, and so are more susceptible to adverse events. However, other unidentified factors may also have contributed.

The nature of the adverse events were consistent with the adverse event profile known from study of gabapentin in other patient populations. The most common adverse events were dizziness and somnolence, followed by peripheral edema and dry mouth. There was less ataxia, fatigue, and nystagmus compared with the epilepsy population, consistent with the known polypharmacy with anticonvulsants in the epilepsy trials.

While drug-drug interactions were not evident in the safety findings during the clinical trials, studies with co-administration of hydrocodone and a literature report evaluating co-administration of morphine indicate the potential for interactions with opiates. These interactions, primarily reflecting increased bioavailability of gabapentin when co-administered with opioids, have the potential to be clinically meaningful. This information will need to be adequately communicated to the health-care provider community through appropriate labeling and promotional materials.

D. Dosing
The lack of a dose response relationship across the 1800 mg/day, 2400 mg/day, and 3600 mg/day suggest that for most patients, 1800 mg/day will appropriate target dose for titration. Patients should begin titration with a single 300-mg dose on Day 1, 600 mg/day on Day 2 (divided BID), and 900 mg/day on Day 3 (divided TID). Gradual titration should proceed to 1800 mg/day (divided TID). Although an acceptable safety profile has been demonstrated up to a dose of 3600 mg/day, little additional benefit is expected from titration beyond 1800 mg/day.

E. Special Populations
There was a larger treatment effect in patients $\geq 75$ years. This finding may result from a greater bioavailability of gabapentin due to age-related reductions in renal function, although other unidentified factors may also be contributing to this effect.

Adverse events were overall, more frequent among patients over the age of 75. The only individual adverse events that were notably more common in this group were dizziness and peripheral edema. There were no effects of gender on the distribution of adverse events. There was too little racial diversity to evaluate the effects of race on the adverse event profile.

As gabapentin is excreted unchanged by the kidneys, dosing must be reduced in the setting of renal impairment, once creatinine clearance is less than 60 mL/min.

The incidence of postherpetic neuralgia in patients under the age of 18 is so low as to preclude the ability to study gabapentin for this indication in that population. The

sponsor has requested a waiver from the study of postherpetic neuralgia in pediatrics and this request is acceptable.

**APPEARS THIS WAY
ON ORIGINAL**

EXECUTIVE SUMMARY ................................................................................... 2
SECTION 1 INTRODUCTION AND BACKGROUND ..................................... 7
SECTION 1.1 DRUG ESTABLISHED AND PROPOSED TRADE NAME, DRUG CLASS, PROPOSED INDICATION, DOSE, REGIMENS, AGE GROUPS .................. 7
SECTION 1.2 STATE OF ARMAMENTARIUM FOR INDICATION ........................... 7
SECTION 1.3 IMPORTANT MILESTONES IN PRODUCT DEVELOPMENT ........... 7
SECTION 1.4 OTHER RELEVANT INFORMATION ................................................. 8
SECTION 2 CLINICALLY RELEVANT FINDINGS FROM CHEMISTRY, ANIMAL PHARMACOLOGY AND TOXICOLOGY ......................................... 9
SECTION 3 HUMAN PHARMACOKINETICS AND PHARMACODYNAMICS 10
SECTION 4 DESCRIPTION OF CLINICAL DATA AND SOURCES ................... 11
SECTION 4.1. OVERALL DATA .................................................................................. 11
SECTION 4.2. TABLES LISTING THE CLINICAL TRIALS ....................................... 12
SECTION 4.3 POSTMARKETING EXPERIENCE ...................................................... 13
SECTION 4.4 LITERATURE REVIEW ........................................................................ 14
SECTION 5 CLINICAL REVIEW METHODS ................................................... 16
SECTION 5.1 DESCRIBE HOW REVIEW WAS CONDUCTED .............................. 16
SECTION 5.2 OVERVIEW OF MATERIALS CONSULTED IN REVIEW ................ 16
SECTION 5.3 OVERVIEW OF METHODS USED TO EVALUATE DATA QUALITY AND INTEGRITY ........................................................................................ 17
SECTION 5.4 WERE TRIALS CONDUCTED IN ACCORDANCE WITH ACCEPTED ETHICAL STANDARDS ............................................................................. 17
SECTION 5.5 EVALUATION OF FINANCIAL DISCLOSURE ................................ 17
SECTION 6.0 INTEGRATED REVIEW OF EFFICACY ...................................... 19
SECTION 6.1 SUMMARY OF EFFICACY .................................................................. 19
SECTION 6.2 INDIVIDUAL STUDIES ........................................................................ 19
  Section 6.2.1 Study 945-211 ......................................................................................... 19
  STUDY PROTOCOL 945-211 ...................................................................................... 20
SECTION 6.2.2 STUDY 945-295 ................................................................................... 38
  RESULTS ....................................................................................................................... 42
SECTION 7 INTEGRATED REVIEW OF SAFETY ............................................ 51
SECTION 7.1 SAFETY FINDINGS - SUMMARY ...................................................... 51
SECTION 7.2 ADEQUACY OF SAFETY EXPOSURE .............................................. 51
SECTION 7.2.1 EXTENT OF EXPOSURE ................................................................... 53
SECTION 7.2.2 DEMOGRAPHIC AND BASELINE CHARACTERISTICS ............. 56
SECTION 7.2.3 DISPOSITION ...................................................................................... 58
SECTION 7.3 SAFETY ASSESSMENT ....................................................................... 59
SECTION 7.3.1 DEATHS ............................................................................................... 60
SECTION 7.3.2 SERIOUS ADVERSE EVENTS .......................................................... 63
SECTION 7.3.3 DISCONTINUATIONS DUE TO ADVERSE EVENTS .................... 68
SECTION 7.3.4 ADVERSE EVENTS ............................................................................ 71
SECTION 7.3.5 VITAL SIGNS AND LABS .................................................................. 77
SECTION 8 GABAPENTIN DOSING .................................................................. 78
SECTION 9 SPECIAL POPULATIONS ............................................................... 80
SECTION 9.1 SUMMARY ............................................................................................. 80

SECTION 9.2 INTEGRATED EFFICACY ANALYSES - SUBGROUPS ..................... 80
SECTION 9.3 SAFETY - SUBGROUPS ................................................................. 81
SECTION 9.4 PEDIATRIC PROGRAM ................................................................. 84
**APPENDICES** ........................................................................................................**85**

**APPEARS THIS WAY
ON ORIGINAL**

## SECTION 5 CLINICAL REVIEW METHODS

### SECTION 5.1 Describe How Review Was Conducted

The individual study reports for Studies 945-211 and 945-295 were reviewed individually, for efficacy. The ISE submitted by the sponsor was then reviewed for information on combined analyses to evaluate effects in subpopulations. Datasets depicting patient dosing, particularly for Study 945-211 were reviewed. Independent analyses were performed to substantiate the duration on doses during titration and highest dose achieved. Primary efficacy outcome data was reviewed intermittently from the datasets to corroborate the sponsor's summary tables.

Safety was evaluated by review of the ISS submitted on August 6, 2001, including the five original competed neuropathic pain studies, followed by a review of the ISS submitted on December 20, 2001, including only the PHN subjects. All patient narratives were reviewed. Individual CRFs were reviewed intermittently to corroborate the data in the patient narratives and CRTs. The electronic datasets for all adverse events were reviewed and event frequencies were recalculated. Verbatim and preferred terms were compared for accuracy.

### SECTION 5.2 Overview Of Materials Consulted In Review

Table 5.1 Materials Consulted In Review

| N000 | | 06-Aug-2001 | Original NDA Submission, Vol. 2, 51-118 |
|---|---|---|---|
| N000 | BM | 04-Oct-2001 | Dataset integrating the individual safety datasets |
| N000 | BZ | 30-Nov-2001 | ISS dataset with dose at onset, ISE PHN studies Pediatric waiver, Financial Disclosure |
| N000 | PW | 30-Nov-2001 | Request for Waiver of Pediatric Studies |
| N000 | SU | 06-Dec-2001 | 120-day Safety Update |
| N000 | BZ | 19-Dec-2001 | |
| N000 | BM | 20-Dec-2001 | ISS text for PHN, Proposed Label, Risk/Benefit Analysis, Vol. 1-13 |
| Response to Reviewer Questions Submitted by Email | | | |
| 5/9/02 | | | 5/7/02 Question about population exposure-response relationships |
| 5/10/02 | | | 5/7/02 Questions about background characteristics for Study 945-211, analysis of paracetamol consumption |
| 5/10/02 | | | 5/10/02 Question about dosing in Study 945-224 |
| 5/13/02 | | | 5/9/02 Questions about number of narratives for SAEs and discontinuations due to AEs |
| 5/17/02 | | | 5/10/02 Question about differences in listings in electronic datasets |

### SECTION 5.3  Overview Of Methods Used To Evaluate Data Quality And Integrity

The study protocols were compared with the study reports for the two studies submitted in support of efficacy and the results reviewed. The ISS was reviewed in detail. Data from the in-text tables was compared with the case report tabulations and data listings in the appendices. Data points from all of the deaths and serious adverse events were followed through from the ISS, appendices, narratives, CRT's, and CRFs

Discrepancies were noted in the electronic safety datasets submitted on November 30, 2001 (aelistp.xpt) and October 14, 2001 (aelist.xpt and aepref.xpt). The sponsor was queried about the different number of rows of data in these datasets. In a faxed response dated May 17, 2002, the sponsor described the use of only ITT patients with at least one AE during a study in aelist.xpt and aelistp.xpt, while aepref.xpt included all patients and all AE entries, including entries noted as "none".

The sponsor was asked to explain why there were a greater number of narratives (35) for patients with SAEs than there were patients reported in the original ISS table (Table 18, p. 50, Vol. 1.52) and the safety update. In a faxed response dated May 13, 2001, the sponsor provided a breakdown. Thirty-two of 820 gabapentin-treated patients had SAEs. Of the 35 narratives for patients assigned to receive gabapentin, two patients had events during baseline before study drug was begun. They are counted in the table under Gabapentin, but their narratives report study drug as "none". Four patients with SAEs during the open label phase of Study 945-224 have Gabapentin in the header of the narratives but were not counted in Table 18 under gabapentin. One patient with a narrative that references gabapentin, was actually off study drug following study termination when the event occurred and so was not included in Table 18.

### SECTION 5.4  Were Trials Conducted In Accordance With Accepted Ethical Standards

The trials submitted appear to have been conducted in accordance with accepted ethical standards.

### SECTION 5.5  Evaluation Of Financial Disclosure



Table 7.19. Dose at Onset for AEs Occurring in >_2% of Gabapentin-Treated Patients in 2 Pivotal Studies of PHN, Number (%) of Patients (ITT)

| Adverse Event | Any GBP N=336 | Gabapentin Dosage Range (mg/day) | | | | | | Unknown |
|---|---|---|---|---|---|---|---|---|
| | | 0 | 1 to 600 | 601 to 1200 | 1201 to 1800 | 1801 to 2400 | 2401 to 3600 | |
| | N (%) | N (%) | N (%) | N (%) | N (%) | N (%) | N (%) | N (%) |
| Dizziness | 94 (28.0) | 0 (0.0) | 34 (36.2) | 28 (29.8) | 21 (22.3) | 7 (7.4) | 4 (4.3) | 0 (0.0) |
| Somnolence | 72 (21.4) | 0 (0.0) | 29 (40.3) | 17 (23.6) | 17 (23.6) | 3 (4.2) | 6 (8.3) | 0 (0.0) |
| Peripheral Edema | 28 (8.3) | 0 (0.0) | 1 (3.6) | 3 (10.7) | 9 (32.1) | 10 (35.7) | 5 (17.9) | 0 (0.0) |
| Asthenia | 19 (5.7) | 0 (0.0) | 6 (31.6) | 4 (21.1) | 5 (26.3) | 2 (10.5) | 1 (5.3) | 1 (5.3) |
| Diarrhea | 19 (5.7) | 2 (10.5) | 0 (0.0) | 5 (26.3) | 6 (31.6) | 1 (53) | 5 (26.3) | 0 (0.0) |
| Infection | 17 (5.1) | 1 (5.9) | 2 (11.8) | 2 (11.8) | 3 (17.6) | 3 (17.6) | 6 (35.3) | 0 (0.0) |
| Dry mouth | 16 (4.8) | 0 (0.0) | 3 (18.8) | 3 (18.8) | 7 (43.8) | 2 (12.5) | 0 (0.0) | 1 (6.3) |
| Constipation | 13 (3.9) | 0 (0.0) | 2 (15.4) | 8 (61.5) | 1 (7.7) | 1 (7.7) | 0 (0.0) | 1 (7.7) |
| Nausea | 13 (3.9) | 0 (0.0) | 7 (53.8) | 2 (15.4) | 1 (7.7) | 0 (0.0) | 3 (23.1) | 0 (0.0) |
| Vomiting | 11 (3.3) | 1 (11.1) | 2 (18.2) | 3 (27.3) | 1 (9.1) | 1 (9.1) | 3 (27.3) | 0 (0.0) |
| Accidental Injury | 11 (3.3) | 1 (9.1) | 0 (0.0) | 1 (9.1) | 5 45.5 | 4 (36.4) | 0 (0.0) | 0 (0.0) |
| Ataxia | 11 (3.3) | 0 (0.0) | 6 (54.5) | 1 (9.1) | 3 (27.3) | 0 (0.0) | 1 (9.1) | 0 (0.0) |
| Headache | 11 (3.3) | 0 (0.0) | 1 (9.1) | 2 (18.2) | 3 (27.3) | 3 (27.3) | 2 (18.2) | 0 (0.0) |
| Abdominal Pain | 9 (2.7) | 0 (0.0) | 1 (11.1) | 4 (44.4) | 3 (33.3) | 1 (11.1) | 0 (0.0) | 0 (0.0) |
| Amblyopia | 9 (2.7) | 0 (0.0) | 3 (33.3) | 2 (22.2) | 3 (33.3) | 1 (11.1) | 0 (0.0) | 0 (0.0) |
| Pain | 9 (2.7) | 1 (11.1) | 0 (0.0) | 0 (0.0) | 5 (55.6) | 3 (33.3) | 0 (0.0) | 0 (0.0) |
| Thinking Abnormal | 9 (2.7) | 0 (0.0) | 3 (33.3) | 0 (0.0) | 5 (55.6) | 0 (0.0) | 1 (11.1) | 0 (0.0) |
| Flatulence | 7 (2.1) | 0 (0.0) | 0 (0.0) | 3 (42.9) | 2 (28.6) | 0 (0.0) | 2 (28.6) | 0 (0.0) |

Source Table 12, P. 36, Vol. 3, 12-20-01

Clinical Pharmacology Studies
Thirteen of 14 healthy volunteers in study 945-190 experienced total of 172 treatment emergent adverse events. Twelve of 18 healthy volunteers in Study 1032-015 experienced 28 treatment emergent adverse events. The most common events were dizziness, somnolence and dry mouth. A table listing all of the AEs occurring in at least 2 patients is provided in Appendix C. There were no unexpected or serious adverse events during these studies.

Comparison with Epilepsy Trials
The sponsor provided two tables to compare the more common treatment emergent adverse events occurring during the original five completed neuropathy trials and epilepsy add-on trials. The two tables were merged below into Table 7.20. The two populations differed, in age and treatment. The epilepsy patients averaged 34 years of age and were treated with dosages up to 1800 mg/day compared with the neuropathic pain patients who averaged 634 years of age and dosages up to 3600 mg/day. The adverse events that occurred during the neuropathic pain trials were consistent with what is known about gabapentin from the add-on studies in epilepsy. The epilepsy patients had more ataxia, nystagmus, fatigue, somnolence, tremor, but this may have been related to the fact that the gabapentin was added to a regimen of other anticonvulsants that are as a group, known to cause these adverse events.

Table 7.20 Percent of Treatment Emergent AEs in ≥3% of Patients, Neuropathy and Epilepsy Add-on Studies

| | All Neuropathy GPN N=820 | PHN GPN N=336 | Neuropathy Placebo N=537 | Epilepsy GPN (N=543%) | Epilepsy Placebo (N=378) |
|---|---|---|---|---|---|
| Abdominal pain | 3.0 | 2.7 | 3.9 | | |
| Abnormal gait | 1.3 | 1.5 | 0.0 | | |
| Acc. injury | 3.9 | 3.3 | 3.2 | 1.3 | 0.0 |
| Amblyopia | 1.8 | 2.7 | 0.4 | 4.2 | 1.1 |
| Amnesia | 1.8 | 1.2 | 0.6 | 2.2 | 0 |
| Asthenia/fatigue | 5.2 | 5.7 | 4.7 | 11.0 | 5.0 |
| Ataxia | 2.3 | 3.3 | 0.0 | 12.5 | 5.6 |
| Back pain | 2.4 | 1.2 | 1.7 | 1.8 | 0.5 |
| Confusion | 1.7 | 0.9 | 0.7 | | |
| Conjunctivitis | 0.9 | 1.2 | 0.0 | | |
| Constipation | 2.6 | 3.9 | 1.9 | 1.5 | 0.8 |
| Cough increased | 0.9 | 0.9 | 1.1 | 1.8 | 1.3 |
| Depression | 1.3 | 0.6 | 2.2 | 1.8 | 1.1 |
| Diarrhea | 5.9 | 5.7 | 4.8 | | |
| Diplopia | 0.7 | 1.2 | 0.2 | 5.9 | 1.9 |
| Dizziness | 21.3 | 28.3 | 7.1 | 17.1 | 6.9 |
| Dry mouth | 3.3 | 4.8 | 0.9 | 1.7 | 0.5 |
| Dyspepsia | 2.1 | 1.2 | 2.2 | | |
| Dyspnea | 1.1 | 1.2 | 0.6 | | |
| Flatulence | 1.8 | 2.1 | 1.3 | | |
| Flu syndrome | 2.8 | 1.2 | 3.0 | | |
| Headache | 6.1 | 3.3 | 6.7 | | |
| Hyperglycemia | 1.1 | 1.2 | 0.4 | | |
| Hypesthesia | 1.3 | 1.2 | 0.7 | | |
| Impotence | 0.4 | 0.3 | 0.0 | 1.5 | 1.1 |
| Incoordination | 0.9 | 1.5 | 0.0 | 1.1 | 0.3 |
| Increased appetite | 0.7 | 0.6 | 0.2 | 1.1 | 0.8 |
| Infection | 5.6 | 5.1 | 8.4 | | |
| Leukopenia | | | | 1.1 | 0.5 |
| Myalgia | 0.7 | 0.6 | 0.4 | 2.0 | 1.9 |
| Nausea | 5.6 | 3.9 | 5.6 | | |
| Nervousness | 0.9 | 0.3 | 0.6 | 2.4 | 1.9 |
| Nystagmus | 0.4 | 0.9 | 0.0 | 8.3 | 4.0 |
| Otitis media | 1.0 | 1.2 | 0.7 | | |
| Pain | 3.7 | 2.7 | 6.5 | | |
| Peripheral edema | 5.5 | 8.3 | 3.0 | 1.7 | 0.5 |
| Pharyngitis | 2.2 | 1.2 | 1.9 | 2.8 | 1.6 |
| Pruritus | 0.5 | 0.9 | 1.5 | 1.3 | 0.5 |
| Rash | 1.7 | 1.2 | 0.7 | | |
| Rhinitis | 0.9 | 0.6 | 0.7 | 4.1 | 3.7 |
| Somnolence | 16.3 | 21.4 | 5.4 | 19.3 | 8.7 |
| Thinking abnormal | 1.7 | 2.7 | 0.0 | 1.7 | 1.3 |
| Tooth disorder | 0.4 | 0.6 | 0.2 | 1.5 | 0.3 |
| Tremor | 1.1 | 1.8 | 1.1 | 6.8 | 3.2 |
| Vasodilatation | 0.2 | 0.3 | 0.2 | 1.1 | 0.3 |
| Vertigo | 1.1 | 0.3 | 0.4 | | |
| Vomiting | 2.1 | 3.3 | 2.6 | | |
| Weight gain | 1.8 | 1.8 | 0.0 | 2.9 | 1.6 |

# Blume April 3, 2008 Declaration

# Exhibit Blume-E

Case 1:04-cv-10981-PBS   Document 1197-122   Filed 04/04/2008   Page 15 of 20

CONFIDENTIAL

# PARKE-DAVIS PHARMACEUTICAL RESEARCH
# DIVISION OF WARNER-LAMBERT COMPANY
# ANN ARBOR, MICHIGAN

| | |
|---|---|
| **RESEARCH REPORT NO.: RR-REG** 720-04305 | **PD REVIEWER(S):**<br>Garofalo E, Greiner M, Purcell T, Wesche D |
| **DATE ISSUED:** December 3, 1999 | **INVESTIGATOR(S):** |
| **PERIODS COVERED:** Through 08/13/99 (Integrated Summary of Safety database), with serious adverse events and death reported to the Parke-Davis Clinical Safety database through 11/10/99 | **ANALYST(S):** |
| **DEPARTMENT:** Clinical Research | **CLINICAL RESEARCH ORGANIZATION:**<br>STATPROBE, Inc.<br>Ann Arbor, Michigan |
| **COMPOUND NUMBERS (PD,WL,GOE,CI):**<br>CI-945, PD 087842-0000, GOE 3450 | **LOT NUMBER(S):** |
| **PHASE:**<br>1-3 | **PROTOCOL NUMBER:**<br>945-86/186, 945-87/187, 945-11, 945-11X, 945-16, 945-19, 945-19X, 945-20, 945-20X, 945-49, 945-50, 877-034, 877-034X, 945-305/405, 945-301/401, 945-94, 945-95, 945-202, 945-296 |
| **NOTEBOOK (OR OTHER REFS):** | **SUGGESTED KEY WORDS:**<br>Gabapentin, Neurontin®, Epilepsy, Pediatrics, ISS |

| | |
|---|---|
| **TITLE**: | Gabapentin Pediatric Integrated Summary of Safety |

Table 10.   All and Associated Adverse Events (≥2% of Patients in Either Treatment Group): Study 945-86/186

[Number (%) of Patients]

| Body System/ Preferred Term | Placebo N = 128 All | | Placebo N = 128 Associated[a] | | Gabapentin N = 119 All | | Gabapentin N = 119 Associated[a] | |
|---|---|---|---|---|---|---|---|---|
| None | 62 | (48.4) | 102 | (79.7) | 44 | (37.0) | 79 | (66.4) |
| **Body Area Whole** | **20** | **(15.6)** | **7** | **(5.5)** | **39** | **(32.8)** | **11** | **(9.2)** |
| Viral Infection | 4 | (3.1) | 0 | (0.0) | 13 | (10.9) | 0 | (0.0) |
| Fever | 4 | (3.1) | 0 | (0.0) | 12 | (10.1) | 0 | (0.0) |
| Headache | 8 | (6.3) | 2 | (1.6) | 6 | (5.0) | 3 | (2.5) |
| Weight Increase | 1 | (0.8) | 1 | (0.8) | 4 | (3.4) | 2 | (1.7) |
| Fatigue | 2 | (1.6) | 2 | (1.6) | 4 | (3.4) | 3 | (2.5) |
| **Respiratory System** | **32** | **(25.0)** | **0** | **(0.0)** | **33** | **(27.7)** | **2** | **(1.7)** |
| Pharyngitis | 11 | (8.6) | 0 | (0.0) | 10 | (8.4) | 1 | (0.8) |
| Upper Respiratory Infection | 8 | (6.3) | 0 | (0.0) | 7 | (5.9) | 0 | (0.0) |
| Rhinitis | 6 | (4.7) | 0 | (0.0) | 6 | (5.0) | 0 | (0.0) |
| Bronchitis | 1 | (0.8) | 0 | (0.0) | 4 | (3.4) | 0 | (0.0) |
| Respiratory Infection | 1 | (0.8) | 0 | (0.0) | 3 | (2.5) | 0 | (0.0) |
| Coughing | 4 | (3.1) | 0 | (0.0) | 2 | (1.7) | 0 | (0.0) |
| **Nervous System** | **18** | **(14.1)** | **15** | **(11.7)** | **21** | **(17.6)** | **18** | **(15.1)** |
| Somnolence | 6 | (4.7) | 6 | (4.7) | 10 | (8.4) | 9 | (7.6) |
| Convulsions[b] | 4 | (3.1) | 3 | (2.3) | 3 | (2.5) | 3 | (2.5) |
| Dizziness | 2 | (1.6) | 1 | (0.8) | 3 | (2.5) | 1 | (0.8) |
| Hyperkinesia | 1 | (0.8) | 1 | (0.8) | 3 | (2.5) | 3 | (2.5) |
| **Digestive System** | **19** | **(14.8)** | **8** | **(6.3)** | **18** | **(15.1)** | **9** | **(7.6)** |
| Nausea and/or Vomiting | 9 | (7.0) | 2 | (1.6) | 10 | (8.4) | 4 | (3.4) |
| Diarrhea | 4 | (3.1) | 1 | (0.8) | 3 | (2.5) | 0 | (0.0) |
| Anorexia | 3 | (2.3) | 3 | (2.3) | 2 | (1.7) | 2 | (1.7) |
| **Psychobiologic Function** | **7** | **(5.5)** | **6** | **(4.7)** | **17** | **(14.3)** | **14** | **(11.8)** |
| Hostility | 3 | (2.3) | 3 | (2.3) | 9 | (7.6) | 8 | (6.7) |
| Emotional Lability | 2 | (1.6) | 1 | (0.8) | 5 | (4.2) | 3 | (2.5) |
| **Special Senses** | **5** | **(3.9)** | **0** | **(0.0)** | **5** | **(4.2)** | **1** | **(0.8)** |
| Otitis Media | 4 | (3.1) | 0 | (0.0) | 1 | (0.8) | 0 | (0.0) |
| **Any Adverse Event** | **66** | **(51.6)** | **26** | **(20.3)** | **75** | **(63.0)** | **40** | **(33.6)** |

[a]  Associated event = Event considered by the investigator as possibly, probably, or definitely related to treatment, or any event with insufficient information to determine the relationship to treatment.
[b]  Although the protocol defined an increase in seizure activity as lack of efficacy, some centers reported this as an adverse event.


### 3.2.3.1.2.3.   Frequent Adverse Events

Of the top 10 adverse events occurring in gabapentin-treated patients in Study 945-86/186 (Table 11), viral infection, fever, somnolence, hostility, and emotional lability occurred in a higher percentage of gabapentin-treated than placebo-treated patients.

# Blume April 3, 2008 Declaration

# Exhibit Blume-F

**C O N F I D E N T I A L**

## PFIZER GLOBAL RESEARCH & DEVELOPMENT
## ANN ARBOR LABORATORIES
## ANN ARBOR, MICHIGAN

| | |
|---|---|
| **RESEARCH REPORT NO.: RR-REG** 720-30135 | **PGRD AUTHOR(S):** Holley HP Jr, Purcell TJ, Robbins JL, Wesche D |
| **DATE ISSUED:** December 13, 2001 | **INVESTIGATOR(S):** |
| **PERIODS COVERED:** 07/02/96 to 12/31/00 | **ANALYST(S):** |
| **DEPARTMENT:** Clinical Research | |
| **COMPOUND NUMBERS (PD,WL,GOE,CI):** CI-0945, PD 0087842-0000, GOE 3450 | **LOT NUMBER(S):** |
| **PHASE:** | **PROTOCOL NUMBER:** |
| **NOTEBOOK (OR OTHER REFS):** | **SUGGESTED KEY WORDS:** Gabapentin, Neurontin, Neuropathic Pain, Diabetic Peripheral Neuropathy, Postherpetic Neuralgia, Safety, Adverse Events |

| | |
|---|---|
| **TITLE**: | Integrated Summary of Safety for Gabapentin (CI-945, Neurontin) for the Management of Neuropathic Pain Associated With Postherpetic Neuralgia |

fractured metatarsals, and past spinal fusion, developed increased weakness in legs (myasthenia) on Study Day 49 following 49 days of treatment with placebo. Study medication was discontinued on Day 49. The patient was also receiving enalapril and coproxamol. The patient has not yet recovered. The investigator considered this event to be moderate in intensity and unlikely to be related to study medication.

### Ongoing Studies in Neuropathic Pain

The following narratives for patients in ongoing neuropathic pain studies who withdrew due to adverse events are ordered sequentially by gabapentin study number, 3-digit center number, and then the 3- or 4- digit patient number. For Study 945-271, the patient identification number is the 3-digit gabapentin study number_3-digit center number, 4-digit patient number. For all other ongoing studies, a 9-digit patient identification number (3 digit gabapentin study number_six digit patient identifier [3-digit center number followed by 3-digit patient number]) is used.

**(W) Patient 271_011, 5013 (Study 945-271)**                     **Nausea, Dizziness**
**Treatment blinded**

Patient 271_0115013 (Study 945-271) a 51-year-old woman with post-traumatic and post operative neuralgia following a Colles fracture of the right wrist and surgery to remove the head of the right ulna developed nausea and non-specific dizziness (dizziness) on Study Day 2. She also had a history of vestibular neuritis, nephritis, nephrolithaisis, allergies, and esophageal hernia. On Study Day 2 of the double blind study, study medication (gabapentin or placebo) was interrupted due to the adverse events. The patient withdrew consent and was withdrawn from the study on Day 2. She recovered from both events by Study Day 3. Concurrent medications included ibuprofen and paracetamol. The investigator considered the nausea moderate and dizziness mild in intensity and both events probably related to study medication.

**(W) Patient 271_021, 5057 (Study 945-271)**                     **Depression, Hostility**
**Treatment blinded**

Patient 271_0215057 (Study 945-271) a 50 -year-old man with post operative neuralgia in the right intercostal region following a right thoracotomy developed depression (Study Day 63) and aggressiveness (hostility) (Day 82). Ongoing concurrent illness included