RR -REG 720-30135                455 of 2381

asthma. Concurrent medications included ibuprofen and paracetamol with codeine. Study medication (gabapentin 2400 mg/day or placebo) was discontinued due to the adverse events and the patient withdrawn from the study on Study Day 82. The CRF indicates that at the termination visit (Day 82), the patient did not complete the quality of life assessment because "patient was under the influence of alcohol". The investigator considered the depression moderate in intensity and definitely not related to study medication and the hostility severe in intensity and possibly related to study medication. The patient had not recovered from these events at the termination visit, the most recent information on record.

**(W) Patient 271_044, 5109 (Study 945-271)**                                    **Neuralgia**
**Treatment blinded**

Patient 271_0445109 (Study 945-271) a 31-year-old man with post-traumatic neuralgia of the right leg and hypertonia and a history of compartment syndrome of the right leg had outpatient surgery for post-traumatic neuralgia of the right leg (neuralgia). Study medication (gabapentin 2400 mg/day or placebo) was discontinued due to the adverse event and the patient withdrawn from the study on Study Day 56. Concurrent medications included atenolol, paracetamol, and dextropropoxifen. The investigator considered the neuralgia severe in intensity and definitely not related to study medication. The patient had not recovered at the termination visit, the most recent information on record.

**(W) Patient 271_044, 5147 (Study 945-271)**              **Ataxia, Amnesia, Diplopia**
**Treatment blinded**                                                             **Dysarthria**

Patient 271_0445147 (Study 945-271) a 47-year-old woman with post-traumatic and post operative neuralgia of the right wrist following a crush injury to the right wrist and surgical decompression of the right radialis nerve experienced ataxia, amnesia, diplopia, and dysarthria on Study Day 2. Study medication (gabapentin or placebo) was discontinued due to the adverse events and the patient withdrawn from the study on Study Day 12. Concurrent medications included paracetamol. The investigator considered the ataxia moderate in intensity, and the amnesia, diplopia, and dysarthria mild in intensity. The investigator considered all four adverse events probably related to study medication. The patient recovered from all adverse events on Study Day 12.

# Blume April 3, 2008 Declaration

# Exhibit Blume-G

**From:** Kargman, Douglas
**Sent:** 3/6/2006 1:23:38 PM
**To:** Bruzga, Jill M.
**CC:** Griesing, Teresa; Raillard, Pierre
**Subject:** Neurontin Suicide DCA: CONFIDENTIAL

Dear Jill,

I hope you had a nice weekend. Unfortunately, I was sick.

As we discussed at Friday's meeting, I am sending you the
Neurontin Suicide DCA (the Lyrica Suicide DCA will be the same).
I will ask my colleague Pierre Raillard to forward the Zoloft DCA
for comparison.

Best regards,
Douglas

Douglas Kargman, MD MS
Medical Director, Safety Risk Management Leader

Risk Management Strategy
Worldwide Development
Pfizer, Inc.
235 East 42nd Street 150-3-80
New York, NY 10017

Tel. 212-733-2960
Fax. 212-808-8679

E mail: douglas.kargman@pfizer.com

LEGAL NOTICE:
Unless expressly stated otherwise, this message is confidential and may be privileged. It is intended for the addressee(s) only. Access to this e-mail by anyone else is unauthorized. If you are not an addressee, any disclosure or copying of the contents of this e-mail or any action taken (or not taken) in reliance on it is unauthorized and may be unlawful. If you are not an addressee, please inform the sender immediately.

<<
gabapentin_suicideDCA.doc (94.0KB)
image002.jpg (2.7KB)
Blank Bkgrd.gif (0.2KB)

(97.0KB)
>>


Attachment: @

# GABAPENTIN

# DATA CAPTURE AID

**Gabapentin Data Capture Aid (Version 1.0)**
**Approval Date**

# ABOUT THIS DATA CAPTURE AID – PURPOSE AND RATIONALE

**Purpose**  The purpose of the Gabapentin Data Capture Aid is to systematically collect and assemble all available information for AEM Report Forms involving adverse events of special interest. A complete list of selected adverse events appears on pages 3-4 of this Data Capture Aid ("**Triggers for Using this Data Capture Aid**").

The Gabapentin Data Capture Aid provides additional lines of inquiry designed to gather supplementary data for certain blocks on the AEM Report Form. The Gabapentin Data Capture Aid is not part of the AEM Report Form and **should not** be used as source documentation.

Implementing this Data Capture Aid will help to ensure an accurate and timely characterization of the reported adverse events including the relative contributions of potential etiological factors to the occurrence of the selected adverse events.

**Rationale**  Suicidality often occurs in the setting of underlying psychiatric illness, whether diagnosed at the time of the event or afterwards. Furthermore, review of many cases of suicidality reveals existence of medical and/or psychiatric comorbidities as well as concomitant medications. This makes it difficult to determine the causality of the adverse events reported. The following adverse events were selected for intensive surveillance either due to the intrinsic seriousness of the event, the incidence of the event in the clinical development program, or due to possible concerns on the part of Pfizer and/or the regulatory authorities.

## ABOUT THIS DATA CAPTURE AID – RATIONALE (CONT'D)

| | |
|---|---|
| | **For Adverse Experiences Potentially Associated with Suicide/Self-Injury Related Adverse Events:** |
| | This Data Capture Aid contains guidelines for collecting specific information to aid in determining the etiology of potentially suicide/self-injury-related adverse events. |
| **Note** | Compliance should be maintained with all Pfizer SOPs regarding the Adverse Event Monitoring (AEM) System.  All instructions for completing an AEM Report Form should also be followed. |

**Gabapentin Data Capture Aid (Version 1.0)**           2
**Approval Date:**

# WHEN TO USE THE GABAPENTIN DATA CAPTURE AID – TRIGGERS

| | |
|---|---|
| **Triggers For Using This Data Capture Aid** | **Use the Gabapentin Data Capture Aid when:**<br>1. The suspect drug listed in Drug Data: Block 4 6 is **gabapentin**<br> **AND** <br>2. The patient experienced at least one (or more) of the following selected adverse events: |
| **Triggers For Using This Data Capture Aid** | o **Potentially suicide/self-injury related adverse events**<br>    o **Intentional overdose**<br>    o **Poisoning deliberate**<br>    o **Self mutilation**<br>    o **Depression suicidal**<br>    o **Completed suicide**<br>    o **Intentional self-injury**<br>    o **Self injurious behavior**<br>    o **Self injurious ideation**<br>    o **Suicidal ideation**<br>    o **Suicide attempt** |

# KEY BLOCKS ON THE AEM REPORT FORM

**Key Blocks on the AEM Report Form**

The following table lists the blocks on the AEM Report Form where additional data needs to be gathered and a description of the type of data to be gathered:

| AEM REPORT FORM BLOCK | TYPE OF DATA TO GATHER |
|---|---|
| Concomitant Drugs: Block 8 | Use of specific medications (e.g., psychiatric medications) |
| Narrative: Block 5 | Specific information for potentially suicide/self-injury related adverse events |
| Patient History: Block 9 | The presence or absence of established risk factors for the adverse event(s) |

## CONCOMITANT DRUGS: BLOCK 8

Obtain the following additional information and record in **Concomitant Drugs: Block 8**. *Please keep in mind that the examples below in parentheses are <u>not</u> inclusive.*

For **potentially suicide/self-injury related adverse events**:

> 1. Did the patient take any psychotropic <u>medications</u> within *three months* prior to the onset of the adverse event(s)?
>
>    e.g., thioridazine, mesoridazine, risperidone, olanzapine, quetiapine, clozapine, chlorpromazine, ziprasidone, aripiprazole, pimozide, haloperidol, amitriptyline, imipramine, desipramine, nortriptyline, doxepin, citalopram, escitalopram, fluoxetine, fluvoxamine, paroxetine, etc…
>
> **2. Did the patient take Accutane within three months prior to the onset of the adverse event(s)?**

## NARRATIVE: BLOCK 5

Obtain the following information and record in **Narrative: Block 5**:

| |
|---|
| For potentially **suicide/self-injury related adverse events**: |
| Obtain information about the event and at the time the event occurred e.g., |
|     inquire about the exact nature of suicidal/self-injurious thoughts, intentions, plans and actions |
|     ascertain the gabapentin treatment regimen at the time of the event e.g. amount of medication prescribed, dose at the time of the event, number of days on drug at time of event |
|     inquire if the patient was compliant with the dosing regimen of gabapentin, if there had been any change in gabapentin dose and/or treatment regimen (if so, when), prior to, and following the event |
|     inquire if treatment with gabapentin was discontinued following event, |
|     what other adverse events (in addition to suicide/self-injurious events) were reported |
|     if an overdose was involved, inquire whether the overdose was accidental or intentional |
|     as a result of the suicide/self-injury related adverse event, did the patient visit the emergency room, require hospitalization, |
|     if patient died, elaborate on cause of death and inquire whether an autopsy was performed. |
| Ascertain whether the patient had a history of sucide-related events e.g. suicidal thoughts, self-harm, suicidal behaviour, suicide attempts, etc... |
| Inquire about the patient's medical and psychiatric diagnosis. |
| Inquire about psychiatric comorbidities e.g. bipolar disorder. |
| Inquire whether there was a family history of suicide. If so, who. |
| Inquire whether there was a family history of psychiatric disorders |
| Inquire about concurrent psychosocial stressors. |

**Gabapentin Data Capture Aid (Version 1.0)**　　　　6
**Approval Date:**

## PATIENT HISTORY: BLOCK 9

Ask the following additional questions and record the information in **Patient History: Block 9**.

| |
|---|
| **1. Does the patient have a prior history of the reported adverse event(s)?** |

| |
|---|
| **2. Did the patient have any of the following medical conditions or disorders <u>prior</u> to taking gabapentin?** |
| For potentially **suicide/self-injury related adverse events**: <br><br> Personal or family history of suicidal thinking, self-injury or suicide attempts, <br><br> Personal or family history of Major Depressive Disorder, bipolar disorder, alcohol or other substance use (e.g., cocaine, amphetamines, etc.) |

# Gabapentin Data Capture Aid Summary Sheet

**Triggers for Using This Data Capture Aid**            **Concomitant Drugs: Block 8**

| ♦ **Potentially Suicide/Self-Injury related** | ♦ For potentially **suicide/self-injury related adverse events** |
|---|---|
| o Intentional overdose<br>o Poisoning deliberate<br>o Self mutilation<br>o Depression suicidal<br>o Completed suicide<br>o Intentional self-injury<br>o Self injurious behavior<br>o Self injurious ideation<br>o Suicidal ideation<br>o Suicide attempt | **1. Did the patient take any psychotropic medications within *three months* prior to the onset of the adverse event(s)?** e.g., thioridazine, mesoridazine, risperidone, olanzapine, quetiapine, clozapine, chlorpromazine, ziprasidone, aripiprazole, pimozide, haloperidol, amitriptyline, imipramine, desipramine, nortriptyline, doxepin, citalopram, escitalopram, fluoxetine, fluvoxamine, paroxetine, etc…<br>**2. Did the patient take Accutane within three months prior to the onset of the adverse event(s)?** |

## Narrative: Block 5

| For potentially **suicide/self-injury related** adverse events |
|---|
| Obtain information about the event and at the time the event occurred e.g.,<br>    inquire about the exact nature of suicidal/self-injurious thoughts, intentions, plans and actions<br>    ascertain the gabapentin treatment regimen at the time of the event e.g. amount of medication prescribed, dose at the time of the event, number of days on drug at time of event<br>    inquire if the patient was compliant with the dosing regimen of gabapentin, if there had been any change in gabapentin dose and/or treatment regimen (if so, when), prior to, and following the event<br>    inquire if treatment with gabapentin was discontinued following event,<br>    what other adverse events (in addition to suicide/self-injurious events) were reported<br>    if an overdose was involved, inquire whether the overdose was accidental or intentional<br>    as a result of the suicide/self-injury related adverse event, did the patient visit the emergency room, require hospitalization,<br>    if patient died, elaborate on cause of death and inquire whether an autopsy was performed.<br>Ascertain whether the patient had a history of sucide-related events e.g. suicidal thoughts, self-harm, suicidal behaviour, suicide attempts, etc...<br>Inquire about the patient's medical and psychiatric diagnosis.<br>Inquire about psychiatric comorbidities e.g. bipolar disorder.<br>Inquire whether there was a family history of suicide. If so, who.<br>Inquire whether there was a family history of psychiatric disorders<br>▪ Inquire about concurrent psychosocial stressors. |

## Patient History: Block 9

| **Prior history of the reported adverse event(s):** |
|---|
| For potentially **suicide/self-injury related adverse events**:<br>    ♦ Personal or family history of suicidal thinking, self-injury or suicide attempts,<br>        ♦ Personal or family history of Major Depressive Disorder, bipolar disorder, alcohol or other substance use (e.g., cocaine, amphetamines, etc.) |

# Blume April 3, 2008 Declaration

# Exhibit Blume-H

| | |
|---|---|
| **From:** | Pacella, Christopher |
| **Sent:** | Friday, July 12, 2002 2:36 PM |
| **To:** | Arena, Philip; Cortina, Lisa; Glanzman, Robert; Hassell, Alan; Hauben, Manfred; Patel, Manini; Quintana, Alvaro; Zhang, Tina |
| **Subject:** | RE: gabapentin Core Working Group Meeting scheduled for July 25, 2002 |

To All,

Please find attached a summary of the post-marketing reports for gabapentin through 31Mar02. I have high-lighted all of the adverse events that are approximately 1% or equal to or greater than 1%. In addition, I have indicated whether it is labeled or unlabeled in the current IPI and USPI and have recommended whether the event should be reviewed or not. Please review this list prior to our meeting on 25Jul02, as this will expedite our meeting time. Please bring all comments to the meeting.


Gaba
945_arisg_wears_al

If there are any questions prior to our meeting, please do not hesitate to contact me.

Thank you.
Best regards,
Chris

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| Arena, Philip | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 4:40 PM |
| Cortina, Lisa | Delivered: 7/12/2002 2:36 PM | Read: 7/15/2002 6:23 PM |
| Glanzman, Robert | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 3:31 PM |
| Hassell, Alan | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 2:41 PM |
| Hauben, Manfred | Delivered: 7/12/2002 2:36 PM | Read: 7/15/2002 4:02 PM |
| Patel, Manini | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 2:50 PM |
| Quintana, Alvaro | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 2:37 PM |
| Zhang, Tina | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 2:36 PM |

Pfizer_CPacella_0061231

Summary of Spontaneous Post-Marketing Reports for Gabapentin, as of March 31, 2002
All Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | | (L = Labeled) | (NL = Not Labeled) | |
| 2 | | | | | IPI | USPI | Review |
| 3 | | | | | | | |
| 4 | BODY SYSTEM / PREFERRED TERM | | Number of Events | Percentage (Events/Cases) | | | |
| 5 | | | | | | | |
| 6 | BODY AS WHOLE | | | | | | |
| 7 | ABDOMEN ENLARGED | | 20 | 0.18 | | | |
| 8 | ABDOMINAL PAIN | | 190 | 1.72 | L | L | No |
| 9 | ABSCESS | | 10 | 0.09 | | | |
| 10 | ACCIDENTAL INJURY | | 212 | 1.92 | L | NL | No |
| 11 | ACCIDENTAL OVERDOSE | | 27 | 0.25 | | | |
| 12 | ADENOMA | | 1 | 0.01 | | | |
| 13 | ADMINISTRATION ERRONEOUS | | 1 | 0.01 | | | |
| 14 | AGGRAVATION REACTION | | 11 | 0.1 | | | |
| 15 | AIDS | | 3 | 0.03 | | | |
| 16 | ALLERGIC REACTION | | 73 | 0.66 | NL | NL | Yes |
| 17 | ALTERED DRUG LEVEL | | 43 | 0.39 | | | |
| 18 | ALTERED HORMONE LEVEL | | 1 | 0.01 | | | |
| 19 | ANAPHYLACTOID REACTION | | 10 | 0.09 | | | |
| 20 | ANAPHYLAXIS | | 1 | 0.01 | | | |
| 21 | APLASIA | | 1 | 0.01 | | | |
| 22 | ASCITES | | 4 | 0.04 | | | |
| 23 | ASTHENIA | | 584 | 5.3 | L | L | No |
| 24 | BACK PAIN | | 126 | 1.14 | L | L | No |
| 25 | BIRTH WEIGHT SUBNORMAL | | 5 | 0.05 | | | |
| 26 | BODY ODOR | | 5 | 0.05 | | | |
| 27 | CACHEXIA | | 3 | 0.03 | | | |
| 28 | CARCINOMA | | 23 | 0.21 | | | |
| 29 | CELLULITIS | | 15 | 0.14 | | | |
| 30 | CHEST PAIN | | 92 | 0.83 | NL | NL | Yes |
| 31 | CHEST PAIN SUBSTERNAL | | 1 | 0.01 | | | |
| 32 | CHILLS | | 51 | 0.46 | | | |
| 33 | CHILLS AND FEVER | | 3 | 0.03 | | | |
| 34 | CHOLINERGIC SYNDROME | | 1 | 0.01 | | | |
| 35 | CHROMOSOME ABNORMALITY | | 2 | 0.02 | | | |

Pfizer_CPacella_0061232

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 36 | CLUBFOOT | | 1 | 0.01 | | | |
| 37 | COLLAGEN DISORDER | | 3 | 0.03 | | | |
| 38 | CONGENITAL ANOMALY | | 25 | 0.23 | | | |
| 39 | CYST | | 16 | 0.15 | | | |
| 40 | DEATH | | 141 | 1.28 | | | No |
| 41 | DERMATOMYOSITIS | | 2 | 0.02 | | | |
| 42 | DRUG INTERACTION | | 461 | 4.18 | | | ? |
| 43 | DRUG LEVEL DECREASED | | 43 | 0.39 | | | |
| 44 | DRUG LEVEL INCREASED | | 73 | 0.66 | | | |
| 45 | EDEMA FACE | | 7 | 0.06 | | | |
| 46 | EDEMA GENERALIZED | | 1 | 0.01 | | | |
| 47 | EXPOSURE IN UTERO | | 54 | 0.49 | | | |
| 48 | FACE EDEMA | | 131 | 1.19 | L | | No |
| 49 | FETAL DISORDER | | 4 | 0.04 | L | | |
| 50 | FEVER | | 107 | 0.97 | L | L | No |
| 51 | FEVER MALIGNANT | | 1 | 0.01 | | | |
| 52 | FLU SYNDROME | | 49 | 0.44 | | | |
| 53 | GANGRENE | | 3 | 0.03 | | | |
| 54 | GENERALIZED EDEMA | | 63 | 0.57 | | | |
| 55 | GRANULOMA | | 4 | 0.04 | | | |
| 56 | HALITOSIS | | 2 | 0.02 | | | |
| 57 | HANGOVER EFFECT | | 13 | 0.12 | | | |
| 58 | HEADACHE | | 440 | 3.99 | L | L | No |
| 59 | HEMOPERITONEUM | | 1 | 0.01 | | | |
| 60 | HEMORRHAGE | | 1 | 0.01 | | | |
| 61 | HEMOTHORAX | | 1 | 0.01 | | | |
| 62 | HERNIA | | 9 | 0.08 | | | |
| 63 | HORMONE LEVEL ALTERED | | 45 | 0.41 | | | |
| 64 | HYDROCEPHALUS | | 1 | 0.01 | | | |
| 65 | HYPERTROPHY | | 2 | 0.02 | | | |
| 66 | HYPOTHERMIA | | 20 | 0.18 | | | |
| 67 | IMMUNE SYSTEM DISORDER | | 7 | 0.06 | | | |
| 68 | IMMUNOGLOBULINS INCREASED | | 3 | 0.03 | | | |
| 69 | INCREASED DRUG EFFECT | | 1 | 0.01 | | | |
| 70 | INFECTION | | 104 | 0.94 | L | NL | No |
| 71 | INFECTION MASKED | | 1 | 0.01 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061233

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 72 | INFECTION PARASITIC | | 1 | 0.01 | | |
| 73 | INFECTION SUPERIMPOSED | | 1 | 0.01 | | |
| 74 | INJECTION SITE REACTION | | 2 | 0.02 | | |
| 75 | INTENTIONAL INJURY | | 2 | 0.02 | | |
| 76 | INTENTIONAL OVERDOSE | | 189 | 1.72 | | No |
| 77 | LAB TEST ABNORMAL | | 103 | 0.93 | NL | NL | Yes |
| 78 | LABORATORY TEST INTERFERENCE | | 1 | 0.01 | | |
| 79 | LACK OF DRUG EFFECT | | 193 | 1.75 | | | No |
| 80 | LE SYNDROME | | 17 | 0.15 | | |
| 81 | MALAISE | | 141 | 1.28 | L | L | No |
| 82 | MEDICATION ERROR | | 91 | 0.83 | | |
| 83 | MONILIASIS | | 7 | 0.06 | | |
| 84 | MUCOUS MEMBRANE DISORDER | | 5 | 0.05 | | |
| 85 | MULTIPLE CONGENITAL ANOMALIES | | 1 | 0.01 | | |
| 86 | NECK PAIN | | 17 | 0.15 | | |
| 87 | NECK RIGIDITY | | 6 | 0.05 | | |
| 88 | NEOPLASM | | 42 | 0.38 | | |
| 89 | NEUROLEPTIC MALIGNANT SYNDROME | | 2 | 0.02 | | |
| 90 | NEUROTRANSMITTER LEVEL ALTERED | | 2 | 0.02 | | |
| 91 | NO DRUG EFFECT | | 26 | 0.24 | | |
| 92 | OVERDOSE | | 288 | 2.61 | | | No |
| 93 | OVERDOSE ACCIDENTAL | | 1 | 0.01 | | |
| 94 | OVERDOSE INTENTIONAL | | 7 | 0.06 | | |
| 95 | OVERDOSE/INTOXICATION | | 10 | 0.09 | | |
| 96 | PAIN | | 535 | 4.85 | L | NL | No |
| 97 | PAIN ABDOMINAL | | 14 | 0.13 | | |
| 98 | PAIN BACK | | 5 | 0.05 | | |
| 99 | PAIN CHEST | | 6 | 0.05 | | |
| 100 | PAIN NECK | | 2 | 0.02 | | |
| 101 | PELVIC PAIN | | 10 | 0.09 | | |
| 102 | PERINATAL DISORDER | | 12 | 0.11 | | |
| 103 | PERITONITIS | | 2 | 0.02 | | |
| 104 | PHOTOSENSITIVITY REACTION | | 25 | 0.23 | | |
| 105 | REACTION AGGRAVATED | | 66 | 0.6 | | |
| 106 | REACTION UNEVALUABLE | | 347 | 3.15 | | | No |
| 107 | SARCOIDOSIS | | 3 | 0.03 | | |

Pfizer_CPacella_0061234

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 108 | SARCOMA | | 1 | 0.01 | | | |
| 109 | SEPSIS | | 25 | 0.23 | | | |
| 110 | SERUM SICKNESS | | 1 | 0.01 | | | |
| 111 | SHOCK | | 9 | 0.08 | | | |
| 112 | SUDDEN DEATH | | 22 | 0.2 | | | |
| 113 | SUICIDE ATTEMPT | | 26 | 0.24 | | | |
| 114 | TOLERANCE DECREASED | | 3 | 0.03 | | | |
| 115 | TOLERANCE INCREASED | | 6 | 0.05 | | | |
| 116 | UNEXPECTED BENEFIT | | 25 | 0.23 | | | |
| 117 | VIRAL INFECTION | | 2 | 0.02 | | | |
| 118 | Sub Total | | 5661 | | | | |
| 119 | | | | | | | |
| 120 | ***CARDIOVASCULAR SYSTEM*** | | | | | | |
| 121 | ANGINA PECTORIS | | 15 | 0.14 | | | |
| 122 | AORTIC STENOSIS | | 1 | 0.01 | | | |
| 123 | ARRHYTHMIA | | 26 | 0.24 | | | |
| 124 | ARTERIOSCLEROSIS | | 3 | 0.03 | | | |
| 125 | ARTERITIS | | 1 | 0.01 | | | |
| 126 | ATRIAL ARRHYTHMIA | | 3 | 0.03 | | | |
| 127 | ATRIAL FIBRILLATION | | 12 | 0.11 | | | |
| 128 | ATRIAL FLUTTER | | 4 | 0.04 | | | |
| 129 | ATRIAL SEPTAL DEFECT | | 1 | 0.01 | | | |
| 130 | AV BLOCK | | 2 | 0.02 | | | |
| 131 | AV BLOCK COMPLETE | | 1 | 0.01 | | | |
| 132 | AV BLOCK FIRST DEGREE | | 1 | 0.01 | | | |
| 133 | BIGEMINY | | 1 | 0.01 | | | |
| 134 | BRADYCARDIA | | 33 | 0.3 | | | |
| 135 | BUNDLE BRANCH BLOCK | | 4 | 0.04 | | | |
| 136 | CARDIAC ARREST | | 3 | 0.03 | | | |
| 137 | CARDIOMEGALY | | 6 | 0.05 | | | |
| 138 | CARDIOMYOPATHY | | 3 | 0.03 | | | |
| 139 | CARDIOVASCULAR DISORDER | | 40 | 0.36 | | | |
| 140 | CEREBRAL HEMORRHAGE | | 6 | 0.05 | | | |
| 141 | CEREBRAL INFARCT | | 4 | 0.04 | | | |
| 142 | CEREBRAL ISCHEMIA | | 15 | 0.14 | | | |
| 143 | CEREBRAL THROMBOSIS | | 1 | 0.01 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061235

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 144 | CEREBROVASCULAR ACCIDENT | | 40 | 0.36 | | | |
| 145 | CEREBROVASCULAR DISORDER | | 5 | 0.05 | | | |
| 146 | CONGESTIVE HEART FAILURE | | 15 | 0.14 | | | |
| 147 | CORONARY ARTERY DISORDER | | 4 | 0.04 | | | |
| 148 | CORONARY OCCLUSION | | 1 | 0.01 | | | |
| 149 | DEEP THROMBOPHLEBITIS | | 13 | 0.12 | | | |
| 150 | ECG ABNORMAL | | 2 | 0.02 | | | |
| 151 | EFFUSION PERICARDIAL | | 1 | 0.01 | | | |
| 152 | ELECTROCARDIOGRAM ABNORMAL | | 6 | 0.05 | | | |
| 153 | EMBOLISM PULMONARY | | 1 | 0.01 | | | |
| 154 | EMBOLUS | | 1 | 0.01 | | | |
| 155 | ENCEPHALOPATHY HYPERTENS | | 1 | 0.01 | | | |
| 156 | EXTRASYSTOLES | | 1 | 0.01 | | | |
| 157 | FIBRILLATION ATRIAL | | 2 | 0.02 | | | |
| 158 | FIBRILLATION VENTRICULAR | | 1 | 0.01 | | | |
| 159 | HEART ARREST | | 27 | 0.25 | | | |
| 160 | HEART BLOCK | | 4 | 0.04 | | | |
| 161 | HEART FAILURE | | 16 | 0.15 | | | |
| 162 | HEART FAILURE CONGESTIVE | | 5 | 0.05 | | | |
| 163 | HEART MALFORMATION | | 3 | 0.03 | | | |
| 164 | HEMORRHAGE | | 41 | 0.37 | | | |
| 165 | HEMORRHAGE CEREBRAL | | 4 | 0.04 | | | |
| 166 | HEMORRHAGE SUBARACHNOID | | 3 | 0.03 | | | |
| 167 | HYPERTENSION | | 131 | 1.19 | L | L | No |
| 168 | HYPOTENSION | | 72 | 0.65 | | | |
| 169 | HYPOTENSION POSTURAL | | 1 | 0.01 | | | |
| 170 | INCREASED CAPILLARY FRAGILITY | | 1 | 0.01 | | | |
| 171 | INFARCT CEREBRAL | | 1 | 0.01 | | | |
| 172 | INFARCT MYOCARDIAL | | 1 | 0.01 | | | |
| 173 | MIGRAINE | | 49 | 0.44 | | | |
| 174 | MYOCARDIAL FIBROSIS | | 1 | 0.01 | | | |
| 175 | MYOCARDIAL INFARCT | | 20 | 0.18 | | | |
| 176 | MYOCARDITIS | | 1 | 0.01 | | | |
| 177 | NECROSIS | | 1 | 0.01 | | | |
| 178 | OCCLUSION | | 2 | 0.02 | | | |
| 179 | PALLOR | | 12 | 0.11 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061236

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 180 | PALPITATION | | 82 | 0.74 | | | |
| 181 | PATENT DUCTUS ARTERIOSUS | | 1 | 0.01 | | | |
| 182 | PERICARDIAL EFFUSION | | 4 | 0.04 | | | |
| 183 | PERICARDITIS | | 6 | 0.05 | | | |
| 184 | PERIPHERAL VASCULAR DISORDER | | 25 | 0.23 | | | |
| 185 | PHLEBITIS | | 2 | 0.02 | | | |
| 186 | POSTURAL HYPOTENSION | | 10 | 0.09 | | | |
| 187 | PULMONARY EMBOLUS | | 14 | 0.13 | | | |
| 188 | PULMONARY THROMBOSIS | | 2 | 0.02 | | | |
| 189 | QT INTERVAL PROLONGED | | 4 | 0.04 | | | |
| 190 | RETINAL ARTERY OCCLUSION | | 2 | 0.02 | | | |
| 191 | RETINAL VEIN THROMBOSIS | | 2 | 0.02 | | | |
| 192 | SINUS BRADYCARDIA | | 3 | 0.03 | | | |
| 193 | SPIDER ANGIOMA | | 1 | 0.01 | | | |
| 194 | ST DEPRESSED | | 1 | 0.01 | | | |
| 195 | SUPRAVENTRICULAR TACHYCARDIA | | 1 | 0.01 | | | |
| 196 | SYNCOPE | | 121 | 1.1 | NL | L | Yes |
| 197 | T INVERTED | | 1 | 0.01 | | | |
| 198 | TACHYCARDIA | | 71 | 0.64 | | | |
| 199 | THROMBOPHLEBITIS | | 4 | 0.04 | | | |
| 200 | THROMBOPHLEBITIS DEEP | | 1 | 0.01 | | | |
| 201 | THROMBOSIS | | 11 | 0.1 | | | |
| 202 | VARICOSE VEIN | | 2 | 0.02 | | | |
| 203 | VASCULAR ANOMALY | | 4 | 0.04 | | | |
| 204 | VASCULAR DISORDER | | 20 | 0.18 | | | |
| 205 | VASCULAR DISORDER PERIPHERAL | | 1 | 0.01 | | | |
| 206 | VASCULITIS | | 10 | 0.09 | | | |
| 207 | VASODILATATION | | 98 | 0.89 | L | L | No |
| 208 | VASOSPASM | | 1 | 0.01 | | | |
| 209 | VENTRICULAR ARRHYTHMIA | | 3 | 0.03 | | | |
| 210 | VENTRICULAR EXTRASYSTOLES | | 1 | 0.01 | | | |
| 211 | VENTRICULAR FIBRILLATION | | 5 | 0.05 | | | |
| 212 | VENTRICULAR SEPTAL DEFECT | | 3 | 0.03 | | | |
| 213 | VENTRICULAR TACHYCARDIA | | 4 | 0.04 | | | |
| 214 | **Sub Total** | | **1197** | | | | |
| 215 | | | | | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061237