| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 216 | ***DIGESTIVE SYSTEM*** | | | | | | |
| 217 | ABNORMAL STOOLS | | 18 | 0.16 | | | |
| 218 | ABSCESS | | 1 | 0.01 | | | |
| 219 | ANOREXIA | | 125 | 1.13 | L | L | No |
| 220 | APHTHOUS STOMATITIS | | 2 | 0.02 | | | |
| 221 | APPETITE INCREASED | | 6 | 0.05 | | | |
| 222 | BILIARY PAIN | | 2 | 0.02 | | | |
| 223 | BLOODY DIARRHEA | | 3 | 0.03 | | | |
| 224 | CARDIOSPASM | | 5 | 0.05 | | | |
| 225 | CHEILITIS | | 8 | 0.07 | | | |
| 226 | CHOLANGITIS | | 1 | 0.01 | | | |
| 227 | CHOLECYSTITIS | | 9 | 0.08 | | | |
| 228 | CHOLELITHIASIS | | 8 | 0.07 | | | |
| 229 | CHOLESTATIC JAUNDICE | | 8 | 0.07 | | | |
| 230 | CIRRHOSIS OF LIVER | | 4 | 0.04 | | | |
| 231 | CLEFT LIP | | 2 | 0.02 | | | |
| 232 | CLEFT PALATE | | 4 | 0.04 | | | |
| 233 | COLITIS | | 30 | 0.27 | | | |
| 234 | CONSTIPATION | | 114 | 1.03 | L | L | No |
| 235 | DIARRHEA | | 250 | 2.27 | L | L | No |
| 236 | DIARRHEA BLOODY | | 2 | 0.02 | | | |
| 237 | DRY MOUTH | | 123 | 1.12 | L | L | No |
| 238 | DUODENAL ULCER | | 3 | 0.03 | | | |
| 239 | DUODENITIS | | 1 | 0.01 | | | |
| 240 | DYSPEPSIA | | 125 | 1.13 | L | L | No |
| 241 | DYSPHAGIA | | 51 | 0.46 | | | |
| 242 | EDEMA TONGUE | | 3 | 0.03 | | | |
| 243 | ENTERITIS | | 1 | 0.01 | | | |
| 244 | ERUCTATION | | 15 | 0.14 | | | |
| 245 | ESOPHAGEAL STENOSIS | | 1 | 0.01 | | | |
| 246 | ESOPHAGEAL ULCER | | 1 | 0.01 | | | |
| 247 | ESOPHAGITIS | | 16 | 0.15 | | | |
| 248 | FECAL IMPACTION | | 2 | 0.02 | | | |
| 249 | FECAL INCONTINENCE | | 19 | 0.17 | | | |
| 250 | FLATULENCE | | 123 | 1.12 | L | L | No |

Pfizer_CPacella_0061238

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 251 | GAMMA GLUTAMYL TRANSPEPTIDASE INCREASED | | 33 | 0.3 | | | |
| 252 | GASTRITIS | | 11 | 0.1 | | | |
| 253 | GASTROENTERITIS | | 3 | 0.03 | | | |
| 254 | GASTROINTESTINAL CARCINOMA | | 5 | 0.05 | | | |
| 255 | GASTROINTESTINAL DISORDER | | 69 | 0.63 | | | |
| 256 | GASTROINTESTINAL HEMORRHAGE | | 12 | 0.11 | | | |
| 257 | GINGIVITIS | | 81 | 0.74 | | | |
| 258 | GLOSSITIS | | 25 | 0.23 | | | |
| 259 | GUM HEMORRHAGE | | 38 | 0.34 | | | |
| 260 | GUM HYPERPLASIA | | 13 | 0.12 | | | |
| 261 | HEMATEMESIS | | 4 | 0.04 | | | |
| 262 | HEMORRHAGE GI | | 1 | 0.01 | | | |
| 263 | HEMORRHAGE RECTAL | | 3 | 0.03 | | | |
| 264 | HEMORRHAGIC COLITIS | | 1 | 0.01 | | | |
| 265 | HEPATIC COMA | | 1 | 0.01 | | | |
| 266 | HEPATIC FAILURE | | 4 | 0.04 | | | |
| 267 | HEPATIC NEOPLASIA | | 3 | 0.03 | | | |
| 268 | HEPATITIS | | 31 | 0.28 | | | |
| 269 | HEPATITIS B POSITIVE SA | | 3 | 0.03 | | | |
| 270 | HEPATOMA | | 1 | 0.01 | | | |
| 271 | HEPATOMEGALY | | 6 | 0.05 | | | |
| 272 | HEPATOSPLENOMEGALY | | 1 | 0.01 | | | |
| 273 | HYPERPLASIA GUM | | 4 | 0.04 | | | |
| 274 | ILEITIS | | 1 | 0.01 | | | |
| 275 | ILEUS | | 2 | 0.02 | | | |
| 276 | IMPERFORATE ANUS | | 1 | 0.01 | | | |
| 277 | INCONTINENCE FECAL | | 5 | 0.05 | | | |
| 278 | INCREASED APPETITE | | 63 | 0.57 | | | |
| 279 | INCREASED SALIVATION | | 20 | 0.18 | | | |
| 280 | INTESTINAL NECROSIS | | 1 | 0.01 | | | |
| 281 | INTESTINAL OBSTRUCTION | | 6 | 0.05 | | | |
| 282 | INTESTINAL PERFORATION | | 2 | 0.02 | | | |
| 283 | INTESTINAL ULCER | | 1 | 0.01 | | | |
| 284 | JAUNDICE | | 16 | 0.15 | | | |
| 285 | LEUKOPLAKIA OF MOUTH | | 3 | 0.03 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061239

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 286 | LIVER DAMAGE | | 21 | 0.19 | | | |
| 287 | LIVER FATTY DEPOSIT | | 3 | 0.03 | | | |
| 288 | LIVER FUNCT TEST ABNOR | | 12 | 0.11 | | | |
| 289 | LIVER FUNCTION TESTS ABNORMAL | | 100 | 0.91 | | | No - Labeled for elevtaed LFTs |
| 290 | LIVER NECROSIS | | 1 | 0.01 | | | |
| 291 | LIVER TENDERNESS | | 1 | 0.01 | | | |
| 292 | MALABSORPTION SYNDROME | | 7 | 0.06 | | | |
| 293 | MEGACOLON | | 1 | 0.01 | | | |
| 294 | MELENA | | 17 | 0.15 | | | |
| 295 | MOUTH ULCERATION | | 25 | 0.23 | | | |
| 296 | NAUSEA | | 385 | 3.49 | L | L | No |
| 297 | NAUSEA AND VOMITING | | 43 | 0.39 | | | |
| 298 | NAUSEA/VOMITING | | 7 | 0.06 | | | |
| 299 | NECROTIZING PANCREATITIS | | 2 | 0.02 | | | |
| 300 | ORAL MONILIASIS | | 4 | 0.04 | | | |
| 301 | PANCREAS DISORDER | | 2 | 0.02 | | | |
| 302 | PANCREATITIS | | 45 | 0.41 | | | |
| 303 | PAROTID GLAND ENLARGEMENT | | 1 | 0.01 | | | |
| 304 | PEPTIC ULCER | | 1 | 0.01 | | | |
| 305 | PERIODONTAL ABSCESS | | 5 | 0.05 | | | |
| 306 | PERIODONTITIS | | 4 | 0.04 | | | |
| 307 | PHARYNGITIS | | 3 | 0.03 | | | |
| 308 | PROCTITIS | | 2 | 0.02 | | | |
| 309 | PSEUDOMEMBRANOUS COLITIS | | 1 | 0.01 | | | |
| 310 | RECTAL DISORDER | | 11 | 0.1 | | | |
| 311 | RECTAL HEMORRHAGE | | 13 | 0.12 | | | |
| 312 | SALIVARY GLAND ENLARGEMENT | | 3 | 0.03 | | | |
| 313 | SALIVATION INCREASED | | 2 | 0.02 | | | |
| 314 | SIALADENITIS | | 1 | 0.01 | | | |
| 315 | STOMACH ATONY | | 3 | 0.03 | | | |
| 316 | STOMACH ULCER | | 7 | 0.06 | | | |
| 317 | STOMATITIS | | 49 | 0.44 | | | |
| 318 | STOOLS ABNORMAL | | 1 | 0.01 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061240

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 319 | TENESMUS | | 1 | 0.01 | | | |
| 320 | THIRST | | 17 | 0.15 | | | |
| 321 | TONGUE DISCOLORATION | | 7 | 0.06 | | | |
| 322 | TONGUE DISORDER | | 16 | 0.15 | | | |
| 323 | TONGUE EDEMA | | 28 | 0.25 | | | |
| 324 | TOOTH CARIES | | 15 | 0.14 | | | |
| 325 | TOOTH DISCOLORATION | | 18 | 0.16 | | | |
| 326 | TOOTH DISORDER | | 47 | 0.43 | | | |
| 327 | ULCER MOUTH | | 2 | 0.02 | | | |
| 328 | ULCER STOMACH W/HEMORRHAGE | | 1 | 0.01 | | | |
| 329 | ULCERATIVE COLITIS | | 2 | 0.02 | | | |
| 330 | ULCERATIVE STOMATITIS | | 9 | 0.08 | | | |
| 331 | VOMITING | | 154 | 1.4 | | | |
| 332 | Sub Total | | 2660 | | L | L | No |
| 333 | | | | | | | |
| 334 | *DRUG, CHARACTER* | | | | | | |
| 335 | PRODUCT CHARACTERISTICS | | 1 | 0.01 | | | |
| 336 | Sub Total | | 1 | | | | |
| 337 | | | | | | | |
| 338 | *DRUG, USAGE* | | | | | | |
| 339 | OFF-LABEL USE OF DRUG | | 3189 | 28.94 | | | |
| 340 | Sub Total | | 3189 | | | | |
| 341 | | | | | | | |
| 342 | *ENDOCRINE SYSTEM* | | | | | | |
| 343 | ACCELERATED SEXUAL MATURITY | | 1 | 0.01 | | | |
| 344 | ADH INAPPROPRIATE | | 8 | 0.07 | | | |
| 345 | ADRENAL CORTEX INSUFFIENCY | | 3 | 0.03 | | | |
| 346 | CUSHINGS SYNDROME | | 4 | 0.04 | | | |
| 347 | DIABETES MELLITUS | | 29 | 0.26 | | | |
| 348 | DIABETIC COMA | | 1 | 0.01 | | | |
| 349 | ENDOCRINE DISORDER | | 1 | 0.01 | | | |
| 350 | FERTILITY DECR MALE | | 1 | 0.01 | | | |
| 351 | FERTILITY DECREASED MALE | | 6 | 0.05 | | | |
| 352 | GOITER | | 4 | 0.04 | | | |
| 353 | GONADOTROPIC FOLLICLE STIM HORMONE INCRE | | 1 | 0.01 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061241

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 354 | HYPERTHYROIDISM | | 6 | 0.05 | | | |
| 355 | HYPOTHYROIDISM | | 17 | 0.15 | | | |
| 356 | NEOPLASM | | 1 | 0.01 | | | |
| 357 | PARATHYROID DISORDER | | 3 | 0.03 | | | |
| 358 | PITUITARY ACTIVITY INCREASED | | 2 | 0.02 | | | |
| 359 | PROLACTIN INCREASED | | 13 | 0.12 | | | |
| 360 | THYROID CARCINOMA | | 1 | 0.01 | | | |
| 361 | THYROID DISORDER | | 5 | 0.05 | | | |
| 362 | THYROIDITIS | | 3 | 0.03 | | | |
| 363 | Sub Total | | 110 | | | | |
| 364 | | | | | | | |
| 365 | *FETAL AND NEONATAL DISORDERS* | | | | | | |
| 366 | ANOMALY CONGENITAL | | 1 | 0.01 | | | |
| 367 | Sub Total | | 1 | | | | |
| 368 | | | | | | | |
| 369 | *HEMIC & LYMPHATIC SYSTEM* | | | | | | |
| 370 | ABNORMAL PLATELETS | | 2 | 0.02 | | | |
| 371 | ACUTE LEUKEMIA | | 1 | 0.01 | | | |
| 372 | ACUTE LYMPHOBLASTIC LEUKEMIA | | 1 | 0.01 | | | |
| 373 | AGRANULOCYTOSIS | | 7 | 0.06 | | | |
| 374 | ANA POSITIVE | | 3 | 0.03 | | | |
| 375 | ANEMIA | | 52 | 0.47 | | | |
| 376 | ANEMIA APLASTIC | | 1 | 0.01 | | | |
| 377 | ANEMIA HEMOLYTIC | | 2 | 0.02 | | | |
| 378 | ANEMIA HYPOCHROMIC | | 1 | 0.01 | | | |
| 379 | ANEMIA IRON DEFICIENCY | | 1 | 0.01 | | | |
| 380 | ANTINUCLEAR ANTIBODY PRESENT | | 10 | 0.09 | | | |
| 381 | APLASTIC ANEMIA | | 4 | 0.04 | | | |
| 382 | BASOPHILIA | | 1 | 0.01 | | | |
| 383 | BLEEDING TIME DECREASED | | 1 | 0.01 | | | |
| 384 | BLEEDING TIME INCREASED | | 9 | 0.08 | | | |
| 385 | COAGULATION DISORDER | | 9 | 0.08 | | | |
| 386 | COAGULATION TIME DECREASED | | 8 | 0.07 | | | |
| 387 | COAGULATION TIME INCREASED | | 11 | 0.1 | | | |
| 388 | CYANOSIS | | 9 | 0.08 | | | |
| 389 | ECCHYMOSIS | | 92 | 0.83 | | | Yes |

Pfizer_CPacella_0061242

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| EOSINOPHILIA | | 8 | 0.07 | | | |
| ERYTHROCYTES ABNORMAL | | 4 | 0.04 | | | |
| ESR INCREASED | | 1 | 0.01 | | | |
| HEMOLYSIS | | 1 | 0.01 | | | |
| HEMOLYTIC ANEMIA | | 5 | 0.05 | | | |
| HYPERVOLEMIA | | 1 | 0.01 | | | |
| HYPOCHROMIC ANEMIA | | 23 | 0.21 | | | |
| HYPOVOLEMIA | | 3 | 0.03 | | | |
| IRON DEFICIENCY ANEMIA | | 2 | 0.02 | | | |
| LEUKEMIA | | 2 | 0.02 | | | |
| LEUKEMOID REACTION | | 4 | 0.04 | | | |
| LEUKOCYTOSIS | | 17 | 0.15 | | | |
| LEUKOPENIA | | 123 | 1.12 | L | L | No |
| LYMPHADENOPATHY | | 18 | 0.16 | | | |
| LYMPHEDEMA | | 1 | 0.01 | | | |
| LYMPHOCYTOSIS | | 5 | 0.05 | | | |
| LYMPHOMA LIKE REACTION | | 7 | 0.06 | | | |
| LYMPHOMA-LIKE REACTION | | 1 | 0.01 | | | |
| MACROCYTIC ANEMIA | | 2 | 0.02 | | | |
| MARROW DEPRESSION | | 3 | 0.03 | | | |
| MEGALOBLASTIC ANEMIA | | 1 | 0.01 | | | |
| MICROCYTIC ANEMIA | | 2 | 0.02 | | | |
| MONOCYTOSIS | | 2 | 0.02 | | | |
| MYELOMA | | 4 | 0.04 | | | |
| PANCYTOPENIA | | 8 | 0.07 | | | |
| PETECHIA | | 4 | 0.04 | | | |
| PLATELETS ABNORMAL | | 2 | 0.02 | | | |
| PROTHROMBIN DECREASED | | 29 | 0.26 | | | |
| PROTHROMBIN INCREASED | | 9 | 0.08 | | | |
| PURPURA | | 18 | 0.16 | | | |
| SEDIMENTATION RATE INCREASED | | 10 | 0.09 | | | |
| SPLENOMEGALY | | 1 | 0.01 | | | |
| SYPHILIS TEST FALSE POSITIVE | | 1 | 0.01 | | | |
| THROMBOCYTHEMIA | | 3 | 0.03 | | | |
| THROMBOCYTOPENIA | | 88 | 0.8 | | | |
| THROMBOCYTOPENIC PURPURA | | 6 | 0.05 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061243