| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| HEMOPTYSIS | | 8 | 0.07 | | | |
| HICCUP | | 6 | 0.05 | | | |
| HYPERVENTILATION | | 14 | 0.13 | | | |
| HYPOVENTILATION | | 16 | 0.15 | | | |
| HYPOXIA | | 8 | 0.07 | | | |
| INTERSTITIAL PNEUMONIA | | 5 | 0.05 | | | |
| LARYNGITIS | | 12 | 0.11 | | | |
| LUNG DISORDER | | 21 | 0.19 | | | |
| LUNG EDEMA | | 23 | 0.21 | | | |
| LUNG FIBROSIS | | 7 | 0.06 | | | |
| LUNG FUNCT ABNORMAL | | 2 | 0.02 | | | |
| LUNG HEMORRHAGE | | 2 | 0.02 | | | |
| PHARYNGITIS | | 67 | 0.61 | | | |
| PLEURAL DISORDER | | 1 | 0.01 | | | |
| PLEURAL EFFUSION | | 5 | 0.05 | | | |
| PNEUMONIA | | 98 | 0.89 | L | L | No |
| PNEUMONIA ASPIRATION | | 6 | 0.05 | | | |
| PULMONARY HYPERTENSION | | 2 | 0.02 | | | |
| RESPIRATORY CONGENITAL ANOMALY | | 2 | 0.02 | | | |
| RESPIRATORY DISORDER | | 27 | 0.25 | | | |
| RESPIRATORY DISTRESS SYNDROME | | 1 | 0.01 | | | |
| RHINITIS | | 40 | 0.36 | | | |
| SINUSITIS | | 20 | 0.18 | | | |
| SPUTUM INCREASED | | 5 | 0.05 | | | |
| VOICE ALTERATION | | 11 | 0.1 | | | |
| YAWN | | 2 | 0.02 | | | |
| Sub Total | | 772 | | | | |
| SKIN AND APPENDAGES | | | | | | |
| ACNE | | 34 | 0.31 | NL | L | Yes |
| ALOPECIA | | 332 | 3.01 | | | |
| ANGIOEDEMA | | 21 | 0.19 | | | |
| CHLOASMA | | 1 | 0.01 | | | |
| CONTACT DERMATITIS | | 2 | 0.02 | | | |
| DISCOID LUPUS ERYTHEMATOSIS | | 1 | 0.01 | | | |
| DRY SKIN | | 31 | 0.28 | | | |

Pfizer_CPacella_0061251

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 701 ECZEMA | | 21 | 0.19 | | | |
| 702 EPIDERMAL NECROLYSIS | | 4 | 0.04 | | | |
| 703 ERYTHEMA MULTIFORME | | 15 | 0.14 | | | |
| 704 EXFOLIATIVE DERMATITIS | | 19 | 0.17 | | | |
| 705 FUNGAL DERMATITIS | | 1 | 0.01 | | | |
| 706 FURUNCULOSIS | | 2 | 0.02 | | | |
| 707 HAIR DISCOLORATION | | 3 | 0.03 | | | |
| 708 HAIR DISORDER | | 18 | 0.16 | | | |
| 709 HERPES SIMPLEX | | 8 | 0.07 | | | |
| 710 HERPES ZOSTER | | 20 | 0.18 | | | |
| 711 HIRSUTISM | | 16 | 0.15 | | | |
| 712 HYPERTROPHY SKIN | | 1 | 0.01 | | | |
| 713 LEUKODERMA | | 3 | 0.03 | | | |
| 714 LICHENOID DERMATITIS | | 2 | 0.02 | | | |
| 715 MACULOPAPULAR RASH | | 26 | 0.24 | | | |
| 716 MELANOSIS | | 4 | 0.04 | | | |
| 717 NAIL DISORDER | | 16 | 0.15 | | | |
| 718 NEOPLASM SKIN BENIGN | | 3 | 0.03 | | | |
| 719 PRURITUS | | 170 | 1.54 | L | L | No |
| 720 PSORIASIS | | 11 | 0.1 | L | L | |
| 721 PURPURIC RASH | | 4 | 0.04 | | | |
| 722 PUSTULAR RASH | | 3 | 0.03 | | | |
| 723 RASH | | 411 | 3.73 | L | L | No |
| 724 RASH MACULOPAPULAR | | 4 | 0.04 | | | |
| 725 RASH PURPURIC | | 1 | 0.01 | | | |
| 726 RASH PUSTULAR | | 2 | 0.02 | | | |
| 727 RASH VESICULOBULLOUS | | 3 | 0.03 | | | |
| 728 SEBORRHEA | | 3 | 0.03 | | | |
| 729 SKIN BENIGN NEOPLASM | | 1 | 0.01 | | | |
| 730 SKIN DISCOLORATION | | 35 | 0.32 | | | |
| 731 SKIN DISORDER | | 38 | 0.34 | | | |
| 732 SKIN DRY | | 3 | 0.03 | | | |
| 733 SKIN HYPERTROPHY | | 1 | 0.01 | | | |
| 734 SKIN NECROSIS | | 2 | 0.02 | | | |
| 735 SKIN NODULE | | 6 | 0.05 | | | |
| 736 SKIN ULCER | | 5 | 0.05 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061252

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 737 | STEVENS JOHNSON SYNDROME | | 17 | 0.15 | | | |
| 738 | STEVENS-JOHNSON SYNDROME | | 1 | 0.01 | | | |
| 739 | SUBCUTANEOUS NODULE | | 2 | 0.02 | | | |
| 740 | SWEATING | | 107 | 0.97 | NL | | Yes - Sweating increased labeled in USPI |
| 741 | SWEATING DECREASED | | 1 | 0.01 | | | |
| 742 | URTICARIA | | 88 | 0.8 | NL | L | Yes |
| 743 | VESICULOBULLOUS RASH | | 36 | 0.33 | | | |
| 744 | Sub Total | | 1559 | | | | |
| 745 | | | | | | | |
| 746 | *SPECIAL SENSES* | | | | | | |
| 747 | ABNORMAL VISION | | 226 | 2.05 | L | L | No |
| 748 | ABNORMALITY OF ACCOMMODATION | | 4 | 0.04 | | | |
| 749 | AMBLYOPIA | | 268 | 2.43 | L | L | No |
| 750 | ANISOCORIA | | 1 | 0.01 | | | |
| 751 | BLINDNESS | | 13 | 0.12 | | | |
| 752 | CATARACT NOS | | 3 | 0.03 | | | |
| 753 | CATARACT SPECIFIED | | 19 | 0.17 | | | |
| 754 | CHROMATOPSIA | | 1 | 0.01 | | | |
| 755 | COLOR BLINDNESS | | 3 | 0.03 | | | |
| 756 | CONJUNCTIVITIS | | 25 | 0.23 | | | |
| 757 | CORNEAL LESION | | 5 | 0.05 | | | |
| 758 | CORNEAL OPACITY | | 2 | 0.02 | | | |
| 759 | DEAFNESS | | 65 | 0.59 | | | |
| 760 | DIPLOPIA | | 94 | 0.85 | | | |
| 761 | DRY EYES | | 25 | 0.23 | | | |
| 762 | EAR DISORDER | | 22 | 0.2 | | | |
| 763 | EAR PAIN | | 24 | 0.22 | | | |
| 764 | EXTRAOCULAR PALSY | | 3 | 0.03 | | | |
| 765 | EYE DISORDER | | 65 | 0.59 | | | |
| 766 | EYE HEMORRHAGE | | 10 | 0.09 | | | |
| 767 | EYE PAIN | | 42 | 0.38 | | | |
| 768 | GLAUCOMA | | 5 | 0.05 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061253

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 769 HEMORRHAGE EYE | | 1 | 0.01 | | | |
| 770 HYPERACUSIS | | 6 | 0.05 | | | |
| 771 IRITIS | | 3 | 0.03 | | | |
| 772 KERATITIS | | 3 | 0.03 | | | |
| 773 LACRIMATION DISORDER | | 19 | 0.17 | | | |
| 774 MIOSIS | | 4 | 0.04 | | | |
| 775 MYDRIASIS | | 11 | 0.1 | | | |
| 776 NIGHT BLINDNESS | | 2 | 0.02 | | | |
| 777 OPTIC ATROPHY | | 6 | 0.05 | | | |
| 778 OPTIC NEURITIS | | 4 | 0.04 | | | |
| 779 OTITIS EXTERNA | | 2 | 0.02 | | | |
| 780 OTITIS MEDIA | | 14 | 0.13 | | | |
| 781 PAPILLEDEMA | | 2 | 0.02 | | | |
| 782 PAROSMIA | | 29 | 0.26 | | | |
| 783 PHOTOPHOBIA | | 24 | 0.22 | | | |
| 784 PTOSIS | | 4 | 0.04 | | | |
| 785 PUPILLARY DISORDER | | 1 | 0.01 | | | |
| 786 REFRACTION DISORDER | | 10 | 0.09 | | | |
| 787 RETINAL DEGENERATION | | 3 | 0.03 | | | |
| 788 RETINAL DETACHMENT | | 1 | 0.01 | | | |
| 789 RETINAL DISORDER | | 14 | 0.13 | | | |
| 790 RETINAL EDEMA | | 2 | 0.02 | | | |
| 791 RETINAL HEMORRHAGE | | 4 | 0.04 | | | |
| 792 RETINAL PIGMENTATION | | 1 | 0.01 | | | |
| 793 RETROBULBAR NEURITIS | | 1 | 0.01 | | | |
| 794 STRABISMUS | | 4 | 0.04 | | | |
| 795 TASTE LOSS | | 26 | 0.24 | | | |
| 796 TASTE PERVERSION | | 50 | 0.45 | | | |
| 797 TINNITUS | | 73 | 0.66 | NL | L | Yes |
| 798 UVEITIS | | 1 | 0.01 | | | |
| 799 VISION ABNORMAL | | 13 | 0.12 | | | |
| 800 VISUAL FIELD DEFECT | | 28 | 0.25 | | | |
| 801 VITREOUS DISORDER | | 8 | 0.07 | | | |
| 802 Sub Total | | 1299 | | | | |
| 803 | | | | | | |
| 804 *UROGENITAL SYSTEM* | | | | | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 805 | ABNORMAL EJACULATION | | 21 | 0.19 | | | |
| 806 | ABNORMAL LABOR | | 3 | 0.03 | | | |
| 807 | ABORTION | | 25 | 0.23 | | | |
| 808 | ACUTE KIDNEY FAILURE | | 19 | 0.17 | | | |
| 809 | ALBUMINURIA | | 10 | 0.09 | | | |
| 810 | AMENORRHEA | | 31 | 0.28 | | | |
| 811 | ANORGASMIA | | 33 | 0.3 | | | |
| 812 | BILIRUBINURIA | | 1 | 0.01 | | | |
| 813 | BIRTH PREMATURE | | 1 | 0.01 | | | |
| 814 | BREAST ABSCESS | | 1 | 0.01 | | | |
| 815 | BREAST ATROPHY | | 2 | 0.02 | | | |
| 816 | BREAST CARCINOMA | | 4 | 0.04 | | | |
| 817 | BREAST ENGORGEMENT | | 2 | 0.02 | | | |
| 818 | BREAST ENLARGEMENT | | 7 | 0.06 | | | |
| 819 | BREAST NEOPLASM | | 6 | 0.05 | | | |
| 820 | BREAST PAIN | | 20 | 0.18 | | | |
| 821 | CARCINOMA BREAST | | 2 | 0.02 | | | |
| 822 | CARCINOMA CERVIX IN SITU | | 1 | 0.01 | | | |
| 823 | CERVIX CARCINOMA | | 1 | 0.01 | | | |
| 824 | CREATININE CLEARANCE DECREASED | | 2 | 0.02 | | | |
| 825 | CYST | | 3 | 0.03 | | | |
| 826 | CYSTITIS | | 15 | 0.14 | | | |
| 827 | DYSMENORRHEA | | 6 | 0.05 | | | |
| 828 | DYSURIA | | 22 | 0.2 | | | |
| 829 | EJACULATION ABNORMAL | | 1 | 0.01 | | | |
| 830 | ENDOMETRIAL CARCINOMA | | 2 | 0.02 | | | |
| 831 | ENDOMETRIAL DISORDER | | 5 | 0.05 | | | |
| 832 | ENDOMETRIAL HYPERPLASIA | | 2 | 0.02 | | | |
| 833 | EPIDIDYMITIS | | 1 | 0.01 | | | |
| 834 | FEMALE LACTATION | | 14 | 0.13 | | | |
| 835 | FIBROCYSTIC BREAST | | 2 | 0.02 | | | |
| 836 | GLYCOSURIA | | 1 | 0.01 | | | |
| 837 | GYNECOMASTIA | | 16 | 0.15 | | | |
| 838 | HEMATURIA | | 32 | 0.29 | | | |
| 839 | HEMORRHAGIC CYSTITIS | | 1 | 0.01 | | | |
| 840 | HYDRONEPHROSIS | | 2 | 0.02 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061255

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | | | | | L | L | No |
| 841 | HYPOMENORRHEA | | 5 | 0.05 | | | |
| 842 | IMPOTENCE | | 94 | 0.85 | | | |
| 843 | INCONTINENCE URINARY | | 13 | 0.12 | | | |
| 844 | INFECTION URINARY TRACT | | 5 | 0.05 | | | |
| 845 | KIDNEY CALCULUS | | 13 | 0.12 | | | |
| 846 | KIDNEY FAILURE | | 18 | 0.16 | | | |
| 847 | KIDNEY FAILURE ACUTE | | 5 | 0.05 | | | |
| 848 | KIDNEY FUNCTION ABNORMAL | | 34 | 0.31 | | | |
| 849 | KIDNEY PAIN | | 12 | 0.11 | | | |
| 850 | KIDNEY TUBULAR NECROSIS | | 1 | 0.01 | | | |
| 851 | LACTATION DECREASED | | 2 | 0.02 | | | |
| 852 | LACTATION MALE | | 1 | 0.01 | | | |
| 853 | LEUKORRHEA | | 2 | 0.02 | | | |
| 854 | MALE LACTATION | | 1 | 0.01 | | | |
| 855 | MENOPAUSE | | 1 | 0.01 | | | |
| 856 | MENORRHAGIA | | 14 | 0.13 | | | |
| 857 | MENSTRUAL DISORDER | | 11 | 0.1 | | | |
| 858 | METRORRHAGIA | | 33 | 0.3 | | | |
| 859 | NECROSIS KIDNEY CORTEX | | 1 | 0.01 | | | |
| 860 | NECROSIS KIDNEY TUBULES | | 1 | 0.01 | | | |
| 861 | NEOPLASM BREAST | | 2 | 0.02 | | | |
| 862 | NEPHRITIS | | 6 | 0.05 | | | |
| 863 | NEPHROSIS | | 5 | 0.05 | | | |
| 864 | NOCTURIA | | 3 | 0.03 | | | |
| 865 | OLIGURIA | | 7 | 0.06 | | | |
| 866 | OVARIAN DISORDER | | 3 | 0.03 | | | |
| 867 | PAIN | | 1 | 0.01 | | | |
| 868 | PAIN BREAST | | 2 | 0.02 | | | |
| 869 | PAPANICOLAU SMEAR SUSPICIOUS | | 1 | 0.01 | | | |
| 870 | PENIS DISORDER | | 2 | 0.02 | | | |
| 871 | POLYCYSTIC KIDNEY | | 1 | 0.01 | | | |
| 872 | POLYURIA | | 7 | 0.06 | | | |
| 873 | PREGNANCY DISORDER | | 4 | 0.04 | | | |
| 874 | PREGNANCY UNINTENDED | | 5 | 0.05 | | | |
| 875 | PREMATURE BIRTH | | 4 | 0.04 | | | |
| 876 | PRIAPISM | | 5 | 0.05 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061256

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 877 | PROSTATIC CARCINOMA | | 5 | 0.05 | | | |
| 878 | PROSTATIC DISORDER | | 5 | 0.05 | | | |
| 879 | PROSTATIC SPECIFIC ANTIGEN INCREASE | | 8 | 0.07 | | | |
| 880 | PYELONEPHRITIS | | 3 | 0.03 | | | |
| 881 | PYURIA | | 1 | 0.01 | | | |
| 882 | SCROTAL EDEMA | | 3 | 0.03 | | | |
| 883 | STILLBIRTH | | 6 | 0.05 | | | |
| 884 | TESTIS DISORDER | | 4 | 0.04 | | | |
| 885 | UNINTENDED PREGNANCY | | 10 | 0.09 | | | |
| 886 | URETHRAL PAIN | | 2 | 0.02 | | | |
| 887 | URINARY FREQUENCY | | 52 | 0.47 | | | |
| 888 | URINARY INCONTINENCE | | 76 | 0.69 | | | |
| 889 | URINARY RETENTION | | 38 | 0.34 | | | |
| 890 | URINARY TRACT DISORDER | | 18 | 0.16 | | | |
| 891 | URINARY TRACT INFECTION | | 44 | 0.4 | | | |
| 892 | URINARY URGENCY | | 10 | 0.09 | | | |
| 893 | URINATION IMPAIRED | | 22 | 0.2 | | | |
| 894 | URINE ABNORMALITY | | 40 | 0.36 | | | |
| 895 | UROGENITAL ANOMALY | | 6 | 0.05 | | | |
| 896 | UROGENITAL DISORDER | | 1 | 0.01 | | | |
| 897 | UTERINE DISORDER | | 1 | 0.01 | | | |
| 898 | UTERINE FIBROIDS DEGENERATED | | 1 | 0.01 | | | |
| 899 | UTERINE HEMORRHAGE | | 2 | 0.02 | | | |
| 900 | UTERINE NEOPLASM | | 1 | 0.01 | | | |
| 901 | VAGINAL HEMORRHAGE | | 16 | 0.15 | | | |
| 902 | VAGINITIS | | 5 | 0.05 | | | |
| 903 | VULVOVAGINAL DISORDER | | 1 | 0.01 | | | |
| 904 | Sub Total | | 1023 | | | | |
| 905 | | | | | | | |
| 906 | Total Number of Events | 29256 | | | | | |
| 907 | | | | | | | |
| 908 | Total Number of Cases | 11020 | | | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061257

# Blume April 3, 2008 Declaration

# Exhibit Blume-I

High Level Terms Greater that 1% of Serious Adverse Event Reports Through March 31, 2002

| High Level Term | Reports | % Reports (2420 Total) |
|---|---|---|
| Therapeutic and nontherapeutic responses | 622 | 25.70% |
| Seizures and seizure disorders NEC | 387 | 15.99% |
| Disturbances in consciousness NEC | 216 | 8.93% |
| Overdoses | 175 | 7.23% |
| General signs and symptoms NEC | 148 | 6.12% |
| Asthenic conditions | 139 | 5.74% |
| Neurological signs and symptoms NEC | 138 | 5.70% |
| Death and sudden death | 126 | 5.21% |
| Confusion and disorientation | 115 | 4.75% |
| Non-site specific injuries NEC | 109 | 4.50% |
| Interactions | 103 | 4.26% |
| Nausea and vomiting symptoms | 103 | 4.26% |
| Cerebellar coordination and balance disturbances | 103 | 4.26% |
| Physical examination procedures | 102 | 4.21% |
| Pain and discomfort NEC | 101 | 4.17% |
| Lower respiratory tract and lung infections | 99 | 4.09% |
| Breathing abnormalities | 90 | 3.72% |
| Anxiety symptoms | 86 | 3.55% |
| Oedema NEC | 80 | 3.31% |
| Depressive disorders | 78 | 3.22% |
| Liver function analyses | 78 | 3.22% |
| Headaches NEC | 75 | 3.10% |
| Tremor (excl congenital) | 74 | 3.06% |
| Maladministration and accidental exposure | 72 | 2.98% |
| Musculoskeletal and connective tissue signs and symptoms NEC | 72 | 2.98% |
| Speech and language abnormalities | 67 | 2.77% |
| Therapeutic drug monitoring analyses | 63 | 2.60% |
| Memory loss (excl dementia) | 60 | 2.48% |
| Renal failure and impairment | 60 | 2.48% |
| Partial vision loss | 59 | 2.44% |
| Febrile disorders | 54 | 2.23% |
| Visual disorders NEC | 54 | 2.23% |
| Paraesthesias and dysaesthesias | 54 | 2.23% |
| Gastrointestinal and abdominal pains (excl oral and throat) | 53 | 2.19% |
| Central nervous system haemorrhages and cerebrovascular accidents | 52 | 2.15% |
| Behaviour and socialisation disturbances | 48 | 1.98% |
| Suicidal and self-injurious behaviour | 45 | 1.86% |
| Rashes, eruptions and exanthems NEC | 45 | 1.86% |
| Perception disturbances | 44 | 1.82% |
| Joint related signs and symptoms | 44 | 1.82% |

| | | |
|---|---|---|
| Disturbances in initiating and maintaining sleep | 41 | 1.69% |
| Mental impairment (excl dementia and memory loss) | 40 | 1.65% |
| Hepatocellular damage and hepatitis NEC | 40 | 1.65% |
| Acute and chronic pancreatitis | 39 | 1.61% |
| Psychotic disorder NEC | 38 | 1.57% |
| Diarrhoea (excl infective) | 38 | 1.57% |
| Urinary tract infections | 38 | 1.57% |
| Poisoning and toxicity | 37 | 1.53% |
| Dyskinesias and movement disorders NEC | 37 | 1.53% |
| Thrombocytopenias | 36 | 1.49% |
| Rate and rhythm disorders NEC | 36 | 1.49% |
| Vascular hypotensive disorders | 35 | 1.45% |
| Bladder and urethral symptoms | 35 | 1.45% |
| Heart failures NEC | 34 | 1.40% |
| Ischaemic coronary artery disorders | 34 | 1.40% |
| Muscle related signs and symptoms NEC | 34 | 1.40% |
| Coma states | 34 | 1.40% |
| Anaemias NEC | 33 | 1.36% |
| Gastrointestinal signs and symptoms NEC | 33 | 1.36% |
| Appetite disorders | 32 | 1.32% |
| Ventricular arrhythmias and cardiac arrest | 32 | 1.32% |
| Generalised tonic-clonic seizures | 32 | 1.32% |
| Disability issues | 31 | 1.28% |
| Gait disturbances | 31 | 1.28% |
| White blood cell analyses | 30 | 1.24% |
| Gastrointestinal atonic and hypomotility disorders NEC | 30 | 1.24% |
| Pruritus NEC | 30 | 1.24% |
| Sepsis, bacteraemia and viraemia | 30 | 1.24% |
| Carbohydrate tolerance analyses (incl diabetes) | 28 | 1.16% |
| Vascular hypertensive disorders NEC | 28 | 1.16% |
| Bullous conditions | 28 | 1.16% |
| Inner ear signs and symptoms | 27 | 1.12% |
| Hearing losses | 27 | 1.12% |
| Pulmonary oedemas | 27 | 1.12% |
| Bronchospasm and obstruction | 26 | 1.07% |
| Neutropenias | 26 | 1.07% |
| Total fluid volume decreased | 26 | 1.07% |
| Abortions spontaneous | 25 | 1.03% |
| Muscle pains | 25 | 1.03% |
| Coughing and associated symptoms | 25 | 1.03% |
| Peripheral neuropathies NEC | 25 | 1.03% |