EXHIBIT 105



Confidential

## Risk Management: Concept and Philosophy

- **Goal:** to establish and maintain a drug's favorable benefit-risk profile in patients
- Occurs throughout the life of the product
- Global approach
- Proactive
- Requires investment and commitment - time, resources, technology

2

Confidential

Pfizer_LCastro_0068013

- Where does RM fit in? From molecule to market – RM & Epidemiology in particular can play a large role in all stages….
- From drug disc to clin dev to post market



## Epidemiology's Value Across the Lifecycle

**Drug Discovery/Preclinical**
- Estimate potential markets
- Predict potential candidates

**Clinical Development**
- Initiate studies to understand treatment population, risks, concomitant diseases, etc.
- Promote faster approval
- Convert non-approvable to approvable
- Achieve optimal/ appropriate label

**Post Marketing Pharmacovigilance**
- Keep drugs on the market
- Maintain best competitive positioning

Product Life Cycle: FIM, Ph I, Ph II, Ph III, Approval, Ph IV
Exposure (Potential Denominator)

3

Confidential

Pfizer_LCastro_0068014



# Tools for Evaluating Drug Safety Profile

- Clinical data
- Epidemiology
- Spontaneous reports

Data from all sources are necessary to evaluate a drug's safety profile

**Decreasing Scientific Rigor**

4

Confidential

Pfizer_LCastro_0068015



# Risk Identification Pre- & Post-Approval

**Public expectation of risk knowledge at approval is greater than reality**

Risk Identification
1/1000
1/500
1/100
Pre-Approval
10,000 Patients
Reality
Risk Identification
1/100,000
1/10,000
1/1000
Post Approval
1 Million Patients
Public Expectation

***How to Get There from Here***

# Role of Epidemiology in Risk Management

- Assist in development of RMP components
- Provide scientifically sound epidemiological studies
  - Epidemiology of underlying disease
  - PMS study – e.g. Large Simple Trial, Observational study
- Respond to Regulators' requests
  - Pre- or Post-marketing:
    - Expected rates in general (or similar disease) population
    - Reviews of the epidemiology literature
- Utilize adverse event and signal detection methods
- Engage in ongoing dialogue with regulatory authorities *and* medical community about benefit/risk

7

Confidential
Pfizer_LCastro_0068018

## Risk Management Plan (RMP)

- Focuses on safety concerns/risks specific to the product
- Describes programs and processes that the company commits to in order to manage those risks effectively
- Serves as a point to begin discussions with regulatory authorities
- Dynamic document, meant to address risks over the product's lifecycle

8

Confidential

Pfizer_LCastro_0068019

# History of the Lyrica RMP

- Module 1 – "Product Maintenance and Pharmacovigilance Comprehensive Assessment and Plan"
  - Provides a detailed summary and review of all pre-clinical and clinical safety data available at the time of the MAA submission
- Module 2 – "Risk Management Potential Action Steps"
  - Includes a focused summary of specific safety concerns and discusses possible strategies for post-marketing risk management plans
- Lyrica RMP for internal use
  - Sections used to respond to regulators' queries when appropriate
- Authors: Manfred Hauben, Sue Rummel, Douglas Kargman, many others

9

Confidential

Pfizer_LCastro_0068020

## Safety Issues Addressed in the Internal Lyrica RMP

- Hemangiosarcoma
- Weight Gain
- Peripheral Edema
- Dizziness, Somnolence, and Potential for Accidental Injury Among the Elderly
- Ophthalmologic Safety
- Potential for Abuse

10

## Potential for Abuse

- Dispute Resolution
- Number of Items to monitor for potential abuse:

| Enhanced Internal Surveillance | Enhanced External Surveillance |
|---|---|
| ◆ 15-d Reports: Abuse AE terms | ◆ Internet Monitoring |
| ◆ Data Capture Aid | ◆ DAWN |
| ◆ PhVCWG review monthly | ◆ Observational Study |
| ◆ Expert Panel | |
| ◆ Quarterly Report | |

- Other RM Activities under discussion

11

Confidential

Pfizer_LCastro_0068022