EXHIBIT 107

**Neurontin Pfizer Sales _Marketing Team**
**Taylor, Charles Jr PhD (Pfizer)**
**6/4/2007**

85

1
2      If somebody is suffering from chronic
3    pain, would you expect within their central
4    nervous system, there would be some hyperexcited
5    neurons?
6      A    I think so.  But, as I said, there
7    would probably, undoubtedly be other neurons that
8    have reduced activity.
9      Q    And also if somebody is suffering
10   from depression, would you expect, within their
11   central nervous system, you would find
12   hyperexcited neurons?
13     A    And my answer would be the same.
14     Q    I just want it to be clear.
15       And also if somebody is suffering
16   from anxiety, would you expect within their
17   central nervous system that you would find
18   hyperexcited neurons?
19     A    Yes, I would.  But I think that, you
20   know, to say that in depression, the neurons are
21   hyperexcited, would be an oversimplification.
22     Q    That's not what I'm --
23     A    Or in anxiety, neurons are
24   hyperexcited; that would also be an
25   oversimplification.

86

1
2      Q    I'm simply asking, there would be
3    some hyperexcited neurons within the central
4    nervous system?  I'm not suggesting all neurons
5    are hyperexcited.
6      A    Under almost any behavioral state you
7    can name, be it depression, or pain, or anxiety,
8    or thinking, or remembering, brain imaging studies
9    have shown that, in general, some regions have
10   increased activity, other regions have decreased
11   activity.
12       Now, whether that corresponds exactly
13   to the hyperexcited activity that I was talking
14   about in vitro, is a good question.  I don't think
15   that there is example answer to that.  We think
16   that maybe there is a connection, but we don't
17   know that for a fact.
18     Q    When you say you don't know that for
19   -- the impact that Neurontin has on the human's
20   hyperexcited activities, is that what you are
21   referencing?
22     A    That's right.  I'm not aware of any
23   studies that have directly measured the
24   neurotransmitter release in a human brain and seen
25   effects of gabapentin on neurotransmitter release

87

1
2    of any kind.
3      Q    You are approaching your 25-year
4    anniversary with the company, and you have
5    dedicated your career to some terrific scientific
6    work from what I have read, and you have focused a
7    lot on the Alpha 2 Delta channel; is that correct?
8      A    Yeah.  That is a part of voltage
9    gated calcium channels that are present both in
10   muscle and brain, and yes, I have focused on that,
11   but it's certainly not the only place I have
12   focused.
13     Q    No, but you have some of your seminal
14   work related to the Alpha 2 Delta voltage gated
15   calcium channel?
16     A    Yeah, I have written about it.
17   Actually, the work has been done by a large number
18   of people, the research in the laboratory, so I am
19   not the only guy.
20     Q    I'm just trying to give you a
21   compliment.
22     A    Thank you.
23     Q    You have done some, that you have
24   focused your career on this, and you have done
25   some cutting edge work; is that accurate?

88

1
2      A    I think some of the work done by the
3    Parke Davis and Pfizer folks has been quite good,
4    yes.
5      Q    And through those studies, you have
6    determined that -- well, I don't know if it's
7    necessarily through those studies.  Please correct
8    me because I am not a scientist.  That in order to
9    affect the activation potential of a neuron, the
10   release of neurotransmitters, you need an influx
11   of calcium; is that right?
12     A    Well, in order to -- at most
13   synapses, in order for a neurotransmitter to be
14   released, sort of the key trigger just before the
15   vesicles merge with the membrane to release a
16   neurotransmitter is an influx of calcium through
17   voltage gated calcium channels, yes.
18     Q    And that influx of calcium releases
19   the monoamine neurotransmitters; is that accurate?
20     A    I think that's accurate, along with
21   all the other kinds of neurotransmitters.
22     Q    I'm asking specifically with respect
23   to the monoamine neurotransmitters; is that
24   correct?
25     A    Yes.  But, you know, if you want to

325

1
2  doses, and I do know that in refractory patients,
3  who don't -- I don't know what the labeling is,
4  okay.  Let me qualify that a little bit.
5       But in patients that are difficult to
6  treat, they are sometimes treated with higher
7  dosages than are actually stated in the labeling,
8  and the reason for that is that some patients
9  don't absorb gabapentin very well from the gut,
10  from the GI system.  Some patients are poor
11  absorbers of the drug, other patients are
12  excellent absorbers of the drug.  So, some
13  patients have to take higher doses than others to
14  achieve the same effect.
15       I hope I answered your question.  I
16  was trying.
17     Q    I appreciate that.  Maybe it's my
18  lack of scientific background.  I still don't
19  understand.  I'm asking for a dosage level, and I
20  appreciate that you can't tell me that, but when
21  you share with me that you don't know the
22  therapeutic levels in the label, but you were on
23  the label committee, I question whether or not
24  these micromolars relate to therapeutic levels.
25       Do they?

326

1
2     A    Oh, I think absolutely they do.  And
3  absolutely I think, it's my opinion after writing
4  all these papers, that concentrations of the
5  gabapentin in the ten micromolar to 100 micromolar
6  range are relevant for clinical practice.
7     Q    Okay.
8     A    I can't pin that down closer than
9  that.  I can't say ten micromolar is relevant and
10  50 isn't.  But within that range, I think that
11  concentration -- a concentration within this range
12  is likely to be very appropriate for talking about
13  how the drug works.
14     Q    That answers my question.  That is
15  really what I was trying to understand, that
16  something between ten and 100 is in the
17  therapeutic range.
18     A    I believe so, my opinion.
19     Q    Okay.  I would ask you also to turn
20  to document 26, which was the Pugsley article.
21     A    I have it labeled as 25.
22     Q    Okay.  Then we will go with 25.
23     A    Okay.
24     Q    But let's just confirm that we are
25  talking about the same document.

327

1
2       Would you be kind enough just to read
3  the title of it?
4     A    The title is, the authors are
5  Pugsley, Wetzel and Dooley, the title is
6  "Reduction of 3,4-diaminopyridine induced biogenic
7  amine synthesis and release in rat brain by
8  gabapentin."
9     Q    Yes.  That's the one I am referring
10  to.
11       Can you just go to the very last
12  paragraph of that article?
13     A    Yes.
14     Q    What does it state?
15     A    "The present data indicate that
16  gabapentin has no effect on basal biogenic amine
17  neuronal systems, but that it antagonizes, at
18  therapeutic doses, stimulated DA, NE and 5HT,"
19  which are abbreviations for dopamine,
20  norepinephrine and serotonin, neuronal activity in
21  certain brain regions.  This gabapentin effects
22  may be at least partly involved in the mechanism
23  and action of this drug."
24     Q    Antagonizing at therapeutic doses
25  what do you interpret that as?

328

1
2     A    Yeah.
3     Q    It says it antagonizes at therapeutic
4  does stimulated dopamine, noradrenalin and
5  serotonin neuronal activity.
6     A    Okay.  So what that term means is
7  that that diominopyridine, which is a convulsant
8  drug that is in the title of the paper, when given
9  to animals, it stimulates serotonin, dopamine and
10  noradrenalin neurons, causes them to go into
11  overdrive.
12     Q    Hyperexcitability?
13     A    If you wish, yes.
14       Under those conditions, gabapentin
15  blocks the effect of diominopyridine to put those
16  neurons into overdrive, but I think that the
17  conclusions also state that, without
18  diominopyridine, gabapentin doesn't do anything.
19     Q    In this particular study?
20     A    Right.
21     Q    Because without diominopyridine in
22  the study, the cells were not hyperexcited;
23  correct?
24     A    Correct.
25     Q    So, when they were in a hyperexcited