# EXHIBIT 109

Indian Journal of Pharmacology 2000; 32: 31-33 SHORT COMMUNICATION

# FACILITATION OF BEHAVIOURAL DEPRESSION BY CERTAIN ANTIEPILEPTIC DRUGS.

S.K. SRIVASTAVA

Department of Pharmacology, Pramukhswami Medical College, Karamsad-388 325, Gujarat.

Manuscript Received: 24.5.99 Revised: 25.6.99 Accepted: 1.11.99

**SUMMARY**

***Objective:*** To investigate the effect of certain antiepileptic drugs on behavioural depression in mice.

***Methods:*** The study was conducted in Swiss albino mice of either sex weighing 25-35 g in behavioural despair test.The mice were acutely treated with carbamazepine (20 and 40 mg/kg, *p.o.*) sodium valproate (100 and 200 mg/kg, *p.o.*) and gabapentin (3, 10 and 30 mg/kg, *i.p.*) and effect of these drugs were observed 60 min after the drug treatment. In each set up of experiment duration of immobility in last 5 min (during 6 min session) was recorded and analysed to find out the effect on depression.

***Results:*** Carbamazepine, sodium valproate and gabapentin in higher doses significantly and dose dependently increased the duration of immobility in behavioural despair test.

***Conclusion:*** Carbamazepine, sodium valproate and gabapentine facilitates depression in the above animal model.

**KEY WORDS** *Carbamazepine* *sodium valproate* *gabapentin* *behavioural despair test*

## INTRODUCTION

Studies have shown the involvement of several neurotransmitters in the behavioural depression particularly norepinephrine (NE) and 5-hydroxytryptamine (5-HT). Conventional antidepressants act by blocking presynaptic reuptake of NE and/or 5-HT. Various other mechanisms have been implicated in depression. It has also been reported that gamma aminobutyric acid (GABA) is involved in the affective disorders[1]. Upregulation of GABA binding sites was observed in rat frontal cortex by repeated administration of different classes of antidepressants and electroshock[2]. Subsequently involvement of $GABA_B$ receptors have been demonstrated in depression[3]. Joly *et al*[4] showed that olfactory bulbectomy in rats, a model of depression produced decrease in $GABA_B$ binding in frontal cortex which can be reversed by desipramine administration. Antiepileptic drugs act by various mechanism particularly GABAergic neurotransmission in the CNS. Sodium valproate stimulates the activity of enzyme glutamic acid decarboxylase and inhibits GABA transaminase and succinic semialdehyde dehydrogenase[5] resulting into increased concentration of GABA. Moreover, carbamazepine and sodium valproate are able to directly affect NE and 5-HT turn over which are implicated in depression[6].

Gabapentin is a newer antiepileptic drug and studies have shown that it increases the release of GABA by an unknown mechanism[7]. Whether it is increased concentration of GABA due to increased synthesis and decreased breakdown or increased release of GABA, ultimately this GABA acts on both $GABA_A$, and $GABA_B$ receptors to produce various responses including anticonvulsant action and possible action on depression. The present study was, therefore, undertaken to investigate the effect of carbamazepine, sodium valproate and gabapentin on behavioural depression.

## MATERIALS AND METHODS

The study was conducted on swiss albino mice of either sex weighing 25-35 g. The animals were fed and allowed water *ad libitum*. The effect on

**Table 1.** Effect of carbamazepine, sodium valproate and gabapentin on immobility time in mice.

| Drugs | Dose ($mg\ kg^{-1}$) | Immobility time (sec.) | |
|---|---|---|---|
| | | Control (24 h prior) | Post-treatment (60 min after) |
| Saline | 5 ml $kg^{-1}$ | 196.3 ± 6.9 | 188.4 ± 8.1 |
| Carbamazepine | 20 | 192.8 ± 8.4 | 236.3 ± 9.3** |
| | 40 | 188.4 ± 7.3 | 241. ± 8.7** |
| Sodium valproate | 100 | 197.3 ± 8.1 | 229.2 ± 9.1* |
| | 200 | 203.6 ± 9.7 | 266.3 ± 10.3** |
| Gabapentin | 3 | 187.2 ± 8.7 | 194.7 ± 9.3 |
| | 10 | 193.3 ± 8.9 | 251.3 ± 10.4** |
| | 30 | 189.3 ± 9.7 | 266.3 ± 10.1** |

n = 6; *$p < 0.05$; **$p < 0.01$ significantly different from the control. Carbamazepine and sodium valproate were given *p.o.*. Saline and gabapentin by *i.p.* route.

behavioural depression was studied by swimming despair test[8]. Mice were dropped one at a time in a plexiglass cylinder (height 25 cm and diameter 10 cm) containing 9 cm of water at room temperature and left for 6 min. After a brief spell of vigorous activity, they showed a posture of immobility which is characterized by floating motionless in the water making only those movement necessary to keep the head above water. This immobility reflects a state of depression. After allowing one minute for acclimatisation each mouse was observed for 5 minutes for immobility. Thus, immobility time (i.e. total duration of immobility in a period of five min) was recorded for each mouse. Each mouse was subjected to this test 24 h prior to (control) and 60 min after the drug treatment. Mean immobility time was calculated for each group of 6 mice and significance of difference between the mean values of different groups was determined by the Student's '*t*' test.

The following drugs were used in the study: carbamazepine (Sigma), sodium valproate (Sigma) and gabapentin (Parke-Davis). Carbamazepine and sodium valproate were administered by oral route (*p.o.*). Gabapentin was dissolved in normal saline and administered by *i.p.* route.

## RESULTS

Both carbamazepine and sodium valproate significantly increased the immobility time of mice when compared to control (Table 1).

A significant increase in the immobility time was observed by gabapentin in the doses of 10 and 30 mg/kg, *i.p.*, *indicating facilitation of depression*. However, gabapentin in 3 mg/kg does did not produce any significant effect on depression (Table 1).

## DISCUSSION

The behavioural despair test has been extensively used for screening of antidepressants. The present study showed the increase in the immobility time by the antiepileptic drugs carbamazepine, sodium valproate and gabapentin indicating facilitation of depression. Drugs which deplete brain monoamines like reserpine[9] or which reduce the norepinephrine release like clonidine[10] have been reported to facilitate depression in behavioural despair test. The various models used for depression have many limitations and some limitation may be there in behavioural despair test.

Different mechanism may be involved in the facilitation of depression by carbamazepine, sodium valproate and gabapentin. Facilitation of depression by carbamazepine may be attributed to decrease in norepinephrine concentration[6]. Moreover, decrease in dopamine turnover[6] may also be involved in the effect of carbamazepine as reduced dopamine concentration has also been implicated in the behavioural depression[11]. Further, usefulness of carbamazepine in mania may be due to decrese in noradrenergic activity as it has been found that mania is due to over activity of noradrenergic neuro-transmission[12]. This is in conformity with the present study.

The facilitatory effect of sodium valproate on depression may be due to direct interaction with norepinephrine or through GABA receptors. Sodium valproate increases the concentration of GABA which may act on both $GABA_A$ and $GABA_B$ receptors. One possibility may be direct involvement of $GABA_B$ receptors as facilitation of depression has been reported by baclofen[13], a $GABA_B$ receptors agonist. Another possibility may be indirect action of sodium valproate by inhibiting release of NE[14] and/or 5-HT[15] due to stimulation of presynaptic $GABA_B$ autoreceptors[16].

Gabapentin facilitated depression in the doses of 10 and 30 mg/kg *i.p.* These doses are lower than the anticonvulsant dose which suggest that mechanism involved in the anticonvulsant action and in the

facilitation of depression are different. Gabapentin causes release of GABA which may act on $GABA_B$ receptors like sodium valproate in producing facilitation of depression directly or indirectly. However, to confirm the involvement of $GABA_B$ receptors further studies are required using specific $GABA_B$ antagonist.

In conclusion, carbamazepine, sodium valproate and gabapentin produced facilitation of depression in behavioural despair test.

## REFERENCES


1. Lloyd KG, Morselli PL, Bartholin G. GABA and affective disorders. *Med Biol* 1987;**65**:159-65.
2. Lloyd KG, Thuret F, Pile A. Upregulation of gamma aminobutyric acid ($GABA_B$) binding sites in rat frontal cortex:a common actions of repeated administration of different classes of antidepressants and electroshock. *J Pharmacol Exp Ther* 1985;**235**:191-9.
3. Pratt GD, Bowery NG. Autoradiographic analysis of $GABA_B$ receptors in rat frontal cortex following chronic antidepressant administration. In $GABA_B$ receptors in mammalian function, ed Bowery NG. Bittiger HR, Olpe PP, 1990; 319-33.
4. Joly D, Lloyd KG, Pichat P, Sanger DJ. Correlation between the behavioural effect of desipramine and $GABA_B$ receptor regulation in the olfactory bulbectomized rat. *Br J Pharmacol* 1987;**90**:125p.
5. Philips NI, Fowler LJ. The effects of sodium valproate on gamma-aminobutyrate metabolism and behaviour in naïve and ethanolamine-o-sulphate pretreated rats and mice. *Biochem Pharmacol* 1982;**31**:2257-61.
6. Post RM. Mechanism of action of carbamazepine and related anticonvulsants in affective illness. In:Meltzer H, editor. Psychopharmacology : The third generation of progress, New York, Roven press, 1987:567-76.
7. Loscher W, Honack D, Taylor CP. Gabapentin increases aminoxyactive acid induced GABA accumulation in several region of rat brain. *Neurosci lett* 1991;**120**:150-4.
8. Porsolt RD, Berlin A, Jalpre M. Behavioural despair in mice. A primary screening test for antidepressants. *Arch Int Pharmacodyn Ther* 1977;**239**:327-36.
9. Carlsson A, Lindquvist M, Magnusson T. 3.4-Dihydroxyphenylalanine and 5-hydroxytryptophan as reserpine antagonist. *Nature* 1957;**180**:1200.
10. Parale MP, Kulkarni SK. Clonidine - induced behavioural despair in mice:Reversal by antidepressants. *Psychopharmacology* 1986;**89**:171-4.
11. Willner P. Dopaminergic mechanism in depression and mania. In : Bloom FE, Kupfer DJ. Editors. Psychopharmacology. The fourth generation of progress. New York, Raven press, 1995:921-31.
12. Laurence DR, Bennett PN, Brown MJ, Clinical Pharmacology. *Eighth ed., UK. Churchill Livingstone, 1997:334.*
13. Post RM, Ketter TA, Joffe RT, Kramlinger KL. Lack of beneficial effects of L-baclofen in affective disorders. *Int clin Psychopharmacol* 1991;**6**:197-207.
14. Bowery NG, Hudson AL. Gamma-aminobutyric acid reduces the evoked release of 3H-noradrenaline from sympathetic nerve terminals. *Br J Pharmacol* 1979;**66**:108p.
15. Schlicker E, Classen K and Gothert M. $GABA_B$ receptor mediated inhibition of serotonin release in the rat brain. *Naunyn-schmeideberg's Arch Pharmacol* 1984;**326**:99-105.
16. Bowery NG, Hill DR, Hudson AL, Doble A, Middlemiss DN. (-) Baclofen decreases neurotransmitter release in the mammalian CNS by an action at a novel GABA receptor. *Nature* 1980;**282**:92-4.


## ERRATA

**Indian Journal of Pharmacology 1999, Vol. 31, Page 447**

Please read V.D. GANATRA instead of V.G. GANATRA