# EXHIBIT 111

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Sanacora, Gerard MD (Defense Expert)**
1/18/2008

**Printed : 3/20/2008**

**Page 53**

GERARD SANACORA, M.D., Ph.D.

2  that?
3   Q.  What test did Pfizer do to analyze the
4  change of dosage effect on the -- that Neurontin
5  has on long term usage?
6   MR. HOOPER: Object to form.
7   A.  I'm -- if I understand the question, I
8  don't know the answer to that. I don't know of
9  any.
10   Q.  You just don't know if they did any
11  tests at all?
12   A.  Not on what you are asking, which I'm
13  not really quite sure I understand what you are
14  asking.
15   Q.  I just want to know, did Pfizer
16  conduct any test to evaluate the effect of
17  Neurontin on the limbic structures with chronic
18  usage of Neurontin?
19   A.  I'm not aware of any at this point.
20   Q.  Do you agree that Neurontin has an
21  effect on the limbic structures in human brain?
22   MR. HOOPER: Objection.
23   A.  I really don't have any grounds to
24  base a decision on that.
25   Q.  Did Pfizer do any tests to determine

**Page 54**

GERARD SANACORA, M.D., Ph.D.

2  the effect of Neurontin on the release of
3  serotonin in human brains?
4   A.  I am unaware of any at this point.
5   Q.  Is Pfizer capable of testing the
6  effect Neurontin has on the release of serotonin
7  in human brains?
8   MR. HOOPER: Objection.
9   A.  That would be an extremely difficult
10  study. The way I would think about doing it, it
11  would be to really look at the release in the
12  human brain. At this point you need to do
13  microdialysis and that's not a study you can
14  really do.
15   You would actually have to put needles
16  and tubing into somebody's brain and measure the
17  release. We can do it in animals pretty simply.
18  In humans it is technically feasible but
19  ethically prohibitive.
20   Q.  What is the therapeutic level of
21  Neurontin to approve to control seizures as
22  adjunctive treatment?
23   A.  Trying to remember the exact dosing,
24  but it is usually in a range from four to 1600
25  milligrams. Right now on the label I'm not sure

**Page 55**

GERARD SANACORA, M.D., Ph.D.

2  what the dosing is for the approved dosing for
3  seizures.
4   Q.  What is the therapeutic level of
5  Neurontin approved to treat post-herpetic
6  neuralgia?
7   A.  Again, I don't remember the exact
8  amount, but I think it is in that range, the
9  four to 1600 milligram.
10   Q.  Four to --
11   A.  400 to 1600.
12   Q.  Per day?
13   A.  Yes, per day. And it's -- I'm not --
14  in that range. Neurontin actually has a pretty
15  broad therapeutic window so there is a range
16  that you can move on it so people can use higher
17  levels.
18   So what I'm trying to say is, I'm
19  not -- I can't -- I don't usually treat epilepsy
20  as the primary diagnosis. So this is not an
21  indication that I am frequently prescribing the
22  drug for. So I don't know the exact indicated
23  doses at this point, but it is in that range.
24   Q.  When you said you can prescribe for
25  higher doses, were you referencing within that

**Page 56**

GERARD SANACORA, M.D., Ph.D.

2  range or above that range?
3   A.  Even going slightly above that range
4  is fine.
5   Q.  What do you mean by slightly, assuming
6  that the higher range is 1600?
7   A.  I'm not sure if the recommendation
8  isn't up to 2000 or something like that.
9   Q.  Well, whatever it is, I'm not --
10   A.  I guess what I am saying is it's been
11  quite a while since I have prescribed gabapentin
12  for the primary diagnosis of epilepsy. So I
13  can't pull off the top of my head, I would have
14  to go to the PDR and say, look -- see exactly
15  what the indicated dose range is.
16   Q.  Have you ever prescribed Neurontin for
17  any indication?
18   A.  Yes.
19   Q.  For what indication?
20   A.  I have prescribed it for
21  treatment-resistant mood disorder patients.
22   Q.  How many patients in total have you
23  prescribed Neurontin to?
24   A.  I would guess in the range between
25  thirty and fifty over the years.