# EXHIBIT 112

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Rothschild, Anthony MD (Defense Expert)**
**1/15/2008**

**Printed : 3/20/2008**

### Page 169

1  answered.
2  A. Yeah, I think I've already testified that I
3  think they were powered.
4  Q. Okay.
5  A. And certainly those sample sizes are enough
6  to detect a greater suicide rate in pain
7  versus no pain or in epilepsy versus no
8  epilepsy, the background rates of suicide in
9  epilepsy and pain. So I think they're
10  powered enough.
11  Q. Okay. How many people in your own practice
12  have you prescribed Neurontin to in the
13  past -- in 2000? Make it easier.
14  A. From 2000 to the present?
15  Q. Right. Or if you can give me the total time
16  since you've been prescribing it. I'm
17  just --
18  A. No, I mean, it's -- I can -- I have to sort
19  of think about in the last year, and I think
20  it would be approximately the same for the
21  last seven years. I would say it would
22  probably be about 100 people, maybe between
23  100 and 140 people.
24  Q. Between 100 and 140 people?
25  A. Yes.

### Page 170

1  Q. That's from 2000 to now, approximately?
2  A. Yes.
3  Q. And did you say that that would be the same
4  approximate numbers over the past seven
5  years?
6  A. It would be more in the last three years
7  than in the four years prior, but on average
8  it would be, you know 20 to 25 new people a
9  year.
10  Q. So the total number of people in your
11  practice that you prescribe Neurontin to, is
12  it more or less than 300 people? I'm not
13  sure of the number that you've giving me.
14  A. Yes, it's less than three. It's between 100
15  to 140 people I would say.
16  Q. Oh, total?
17  A. Yes, different people.
18  Q. I just want to make sure I'm clear and the
19  record is clear. In your personal practice
20  you have prescribed Neurontin in total to
21  approximately 100 to 140 different people?
22  A. Right.
23      MS. McGRODER: Not limited to --
24      MR. FINKELSTEIN: Not limited to
25  2000.

### Page 171

1      MS. McGRODER: -- going back to the
2  year 2000. That's what he's asking.
3  A. Yes.
4  Q. Okay.
5  A. And those are the people I prescribed
6  Neurontin to.
7  Q. Right. Yeah.
8  A. There are other people who --
9  Q. Sure.
10  A. -- in my practice who someone else has
11  prescribed Neurontin to.
12  Q. That's what I'm -- but I'm asking about
13  your personal experience.
14  A. Correct.
15  Q. So of those approximate 100 to 140 people,
16  have any of those individuals communicated
17  any adverse event related to anxiety while
18  they were on Neurontin?
19  A. No. For all of them I was giving it to them
20  because they had anxiety before I gave them
21  the Neurontin. Now, it didn't work in all
22  the people. I mean, most of the people it
23  helped them, but not everybody, so some
24  people their anxiety stayed the same, but --
25  Q. Did any of them -- did any of the people

### Page 172

1  that it didn't work their anxiety get worse?
2  A. No.
3  Q. Did you review those records before you
4  prepared your report?
5  A. Yeah, the ones I couldn't remember. I have
6  a pretty good memory for my patients.
7  Q. Did any of those 100 or 140 people develop
8  any symptoms of impulsiveness?
9  A. No. No.
10  Q. Did any of those individuals that you
11  prescribed Neurontin to develop symptoms of
12  hopelessness?
13  A. No.
14  Q. Did any of the symptoms that you've
15  prescribed -- I'm sorry, strike that.
16      Did any of the patients that you
17  prescribed Neurontin to develop symptoms of
18  depression?
19  A. No.
20  Q. Is it your opinion it's not scientifically
21  reliable to draw conclusions from case
22  reports?
23  A. Yes, that's my opinion.
24  Q. And what is a case report? Can you define
25  it?