# EXHIBIT 113

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Jacobs, Douglas MD (Defense Expert)**
1/23/2008

**Printed : 3/20/2008**

**Page 65**

1  that as an example -- I'm aware of how it,
2  you know, it's supposed to work. Whether
3  that's actually happening I don't have any
4  evidence for it. I can't say that the
5  person improved because there was more
6  serotonin available. You know, that's -- I
7  don't have the evidence for that. Or if I
8  increase lithium, I can't state with
9  certainty why -- if they've improved, why
10  they've improved, so I can't get it to the
11  neurobiologic level.
12  Q. Do you believe Neurontin is a psychoactive
13  drug?
14  A. No.
15  Q. Do you believe Neurontin affects mood and
16  behavior in any way?
17     MS. McGRODER: Object to form.
18  A. No. Well, I apologize. That Neurontin has
19  been found to be useful in certain bipolar
20  conditions and in anxiety states, some
21  reports of it being useful in depression but
22  not as many as bipolar and anxiety
23  reduction.
24  Q. Have you ever prescribed Neurontin?
25  A. Yes, I have.

**Page 66**

1  Q. How many times?
2  A. A handful of times.
3  Q. To how many patients?
4  A. You know, I don't recollect. It would be, I
5  would say, a handful.
6  Q. A handful of patients? Just an approximate.
7  A. Three to four.
8  Q. Three to four.
9     And for what conditions did you
10  prescribe Neurontin?
11  A. Primarily as an adjunct with bipolar.
12  Q. And do you still treat those patients?
13  A. Yes, I do. Well, I treat some. I treat a
14  couple of them.
15  Q. The ones that you still treat, are they
16  still taking Neurontin?
17  A. No.
18  Q. Why?
19  A. Well, one patient decided they didn't want
20  any medication, and the other patient it
21  didn't help her, so I didn't continue it.
22  Q. How long did you try Neurontin with her for?
23  A. Probably three to four months.
24  Q. What dosage levels did you prescribe
25  Neurontin with her?

**Page 67**

1  A. I think I used -- only got up to 900 or
2  1200.
3  Q. Is there any reason why you did not increase
4  the dosage beyond 1200?
5  A. No. I mean, well, there was probably a
6  reason back then, but I don't recollect it
7  now.
8  Q. Did her symptoms change at all while she was
9  taking Neurontin, that you recall?
10  A. I'm really not recollecting the specifics of
11  that case -- of that patient.
12  Q. As part of your opinion here today, based in
13  part on your personal experience with the
14  use of Neurontin?
15  A. No.
16  Q. Have you ever conducted a clinical trial
17  related to Neurontin?
18  A. No.
19  Q. When --
20  A. Well, wait a minute. Maybe I should qualify
21  that previous answer about my personal
22  experience. I have not had a lot of
23  experience prescribing Neurontin, but I
24  certainly didn't have any negative
25  experience, and it's part of at least my

**Page 68**

1  experience that it didn't cause the person
2  to become suicidal.
3  Q. In the three or four individuals?
4  A. In the three or four individuals, that's
5  correct.
6  Q. What does "idiosyncratic" mean?
7  A. Something that occurs I guess sort of by
8  itself.
9  Q. Have you ever seen an idiosyncratic response
10  to medications of individuals that you've
11  prescribed in your practice?
12  A. I don't believe so.
13  Q. Do you believe that individuals have a
14  biologic predisposition to make them
15  vulnerable to suicide?
16  A. Yes, I do.
17  Q. And that biologic predisposition is related
18  to serotonin, yes or no?
19     MS. McGRODER: Object to form.
20  A. I don't know if we know what -- the specific
21  biologic predisposition. It could be
22  related to serotonin.
23  Q. How could it be related to serotonin?
24     MS. McGRODER: Object to form.
25  A. Well, again, from a -- you know, going --