EXHIBIT 114

STEFAN P. KRUSZEWSKI, M.D.
133 Linglestown Road
Harrisburg, Pennsylvania  17110 USA

**Email: skruszewski@spkmd.com**

Office Phone:  717.234.2684                                  Home Fax:  717.599.5326
                              Office Fax: 717.234.2686

## EDUCATION

| | |
|---|---|
| Undergraduate School: | Princeton University, A.B. 1973 |
| Medical School: | Harvard Medical School, M.D. 1977 |
| Medical Internship: | New England Deaconess Hospital (Harvard Affiliate) Boston, MA 1977-78 |
| Psychiatric Residency: | UMDNJ/Robert Wood Johnson Medical School, 1978-81; Chief Resident, 1980-81 |
| Fellowship: | Research Activity (Part-time), UMDNJ/Robert Wood Johnson Medical School 1981-83 |
| Mini-Fellowship: | ECT, Duke University 1989 |

## BOARD CERTIFICATIONS

American Board of Psychiatry and Neurology, 1988
Special Qualifications:
- Geriatrics, 1991; Recertified, 2000
- Addictionology, 1993

American Board of Adolescent Psychiatry, 1992

American Society of Addiction Medicine, 1990(lifetime); re-certified, 2002
ABPN: Forensic Psychiatry: Eligible

## PERSONAL INFORMATION

Born in New York City, New York USA
Special Interests:
- Adolescent and Adult Addictive diseases
- Psychopharmacology; Epidemiology
- Conflicts of Interest in Academic and Research Medicine
- Interface of psychiatry, neurology and internal medicine; HIV/AIDS
- Fraud in Medicare and Medicaid Programs

## ACADEMIC APPOINTMENTS

**2007: Faculty of Arts and Sciences, Eastern University**
**1999-2004:  Clinical Professor of Psychiatry, Penn State College of Medicine**
*(Previous academic appointments at Western Psychiatric Institute and Clinic, University of Pittsburgh, Pittsburgh, PA; University of North Texas, Fort Worth, Texas; Allegheny General Hospital System and Medical School, Pittsburgh, PA ; UMDNJ-Rutgers; Harvard Medical School, Boston, Massachusetts*

## NATIONAL/REGIONAL ACTIVITIES

2007:  Appointed Reviewer: *Journal of Addiction Medicine*
2007:  Working alongside US House Oversight Committee, Energy and Commerce; H. Waxman (D-CA)
2007:  Working alongside Bart Stupak, (D-MI, 1st CD) House Energy and Commerce Committee
2007:  Working alongside Senate Judiciary Committee, A. Specter(R-PA); Gavin Young, chief counsel
2007:  Appointed Reviewer: *American Journal of Addictions*
2007:  Appointed to Faculty of Arts and Sciences, Eastern University
2006   12 December:  Addressed Media at National Press Club, Washington D.C. re SSRIs and suicide risk in adults
2006(November 1-):  Grant Funding, Consumer & Prescriber Grant, Administered by 6 US Attorneys General via Oregon Health Science University to Drs. David Cohen, Kia Bentley and Stefan Kruszewski for "Critical-

Skills Curriculum on Psychotropic Medications for Child Welfare and Mental Health Social Workers; under the auspices of Florida International University, Miami, Florida( I am paid through FIU Board of Directors)
2006:  Award: Courageous Psychiatrist of 2006, presented by International Conference of Psychiatry and Psychology, Bethesda, MD October 2006
2006:  Participation at FDA advisory board meeting re Shire Pharmaceutical's proposal requesting that the US FDA approve modafinil(as Sparlon) for use in children with ADHD
2005-  Elected to Board of Directors, Alliance for Human Research Protection (AHRP) NY, NY
2004-  Working alongside US Senate Finance Committee (Charles Grassley-IA, Max Baucus-MT)
2004- 2006 Working alongside Liberty Committee (Ron Paul-R-TX)
2004-  Media testimony: 'Black Box' warning for SSRIs; US FDA Advisory Committees, Bethesda MD
2004-  Appointed to Delegated Oversight Committee, Keystone-Capital BlueCross (1.7MM)
2003-  Re-Appointed to Behavioral Health Advisory Panel, **NCQA**, Washington DC
2002-  Appointed to Behavioral Health Advisory Panel, **NCQA**, Washington DC
1994-  Reviewer, American Psychiatric Association's Psychiatric Services
1991-  s/p Reviewer, National Board of Medical Examiners, Part II, Comprehensive section, Psychiatry;
         Speaker/Lecturer: Epidemiology; Addictions, Psychopharmacology, Wellness, Geriatrics;
         Published in: *New England Journal of Medicine; Archives of Family Medicine; Plant Physiology; Archives of Neurology, AGH Neuroscience Journal; BMJ (formerly, British Medical Journal) New York Times; Barron's; Annals of Clinical Psychiatry*, *American Journal of Psychiatry, American Society of Adolescent Psychiatry; JAMA, Neurology; Psychiatric NEWS*

**1987-2001** Lecturer for Pfizer (Zoloft), GlaxoSmithKline (Paxil, Wellbutrin), Janssen/Johnson and Johnson (Risperdal), AstraZeneca(Seroquel), Organon (Remeron),  Wyeth(Effexor), Wallace Labs(Loxitane, Sonata), Eli Lilly(Prozac, Zyprexa), Sandoz pharmaceuticals (Pamelor), Amersham Biosciences-GE; Served on Eli Lilly NE Advisory Panel


**MEDICAL LICENSES**
Active:   Pennsylvania, Nebraska, Indiana, California, Texas, New Jersey and Delaware
          DEA
Inactive: Oklahoma, and Hawaii


**PROFESSIONAL EXPERIENCE**
(Items in bold are all current)
**2006-     Psychiatric Medical Director, Mazzitti and Sullivan Counseling Services, Harrisburg PA**
**2006-     Expert to Fact Squad, Government Accountability Project, Washington D.C. (please see their website)**
**2006-     Psychiatric Consultant to QM Oversight: Capital Blue Cross, Harrisburg, PA**
**2004-     Psychiatric Consultant/Medical Director (Chamber's Hill Adolescent Rehabilitation Treatment Center, Harrisburg, PA) for Gaudenzia (Patients with HIV, psychiatric & addictive disease)**
2004-     Psychiatric Consultant-Expert to and for State and Federal regulatory/judicial/legal/educational/ legislative entities (as of 2007) and various healthcare organizations;
**2003-     Consultant: Lawyers Concerned for Lawyers (PA Supreme Court, underwriters)**
2002-05   Associate Medical Director, PA Physicians' Health Programs, Foundation of the
          Pennsylvania Medical Society
**2001-     Senior Psychiatric/Substance Abuse Consultant: Capital BlueCross, Harrisburg, PA**
**2001-     Psychiatric and Substance Abuse Consultant, Bureau of Professional and Occupational Affairs-VRP, Department of State, Commonwealth of Pennsylvania**
**1999-     Psychiatric Consultant-Expert: Federal Defenders of Eastern and Middle District Courts**, **Commonwealth of Pennsylvania**
2001-03   Psychiatric Consultant, Department of Public Welfare, Pennsylvania

S.P.Kruszewski, M.D.   Brief Resume             Page 3                     September 2007

2000-01: Medical Director, RSC-Central PA, Magellan Health, Harrisburg/Lemoyne, PA
1993-99: Medical Director, Behavioral Health, Pottsville Hospital and Warne Clinic, Pottsville, PA
1992-93: Senior Vice President for Mental Health, Harris Methodist Health Systems, Fort Worth, TX
1991-92: Director, Geriatric Neuropsychiatric Institute & Associate Director, Psychiatric Residency
           Allegheny Neuropsychiatric, an affiliate of Allegheny General Hospital, Pittsburgh, PA
1984-91: Chairman, Department of Psychiatry, Conemaugh Memorial Hospital, Johnstown, PA


**DIPLOMATE/CERTIFICATIONS**

1. National Board of Medical Examiners, April 16, 1979, #189189
2. American Board of Psychiatry and Neurology, 1988, #30683 (Lifetime certification)
3. American Board of Psychiatry and Neurology with special qualifications in Geriatrics, June 1991 #217
4. **Re-Certified** by American Board of Psychiatry and Neurology with special qualifications in Geriatrics, July 2000. #217
5. American Board of Psychiatry and Neurology with special qualifications in Addiction Psychiatry, June 1993 #232
6. American Society of Addiction Medicine, 1990, #006243 (Lifetime certification); re-certified, 2002
7. American Board of Adolescent Psychiatry, 1992 (Lifetime certification)
8. American Academy of Pain Management, 1991, #2468
9. American Board of Forensic Medical Examiners, July 1995
10. Medical Review Officer, forensic toxicology coursework completed; certification pending

**Licensures**

- Delaware C1-0008311;   issued April 3rd, 2007; valid through 03.31.2009
- California G41124, issued October 29th, 1979; active; valid through 02.28.09
- Indiana 01038687, issued July 26th, 1990; active valid through 06.30.09
- New Jersey 36043, issued May 3rd, 1979; active; valid through 06.30.08
- Nebraska 18474, issued June 7th, 1991, active; valid through 10.01.2008
- Texas J-1288, issued June 17th, 1992; active; valid through 11.30.08
- Pennsylvania MD-030879-E, issued April 6, 1984; active; valid through 12.31.08
- Federal Drug Enforcement Agency (DEA): active through 12.31.07
- Oklahoma 17874, issued October 5th, 1991, inactive
- Hawaii MD7193, issued approximately 1991, inactive

**Fellow**

American College of Neuropsychiatrists, 1990-

**Active Memberships**

- American Psychiatric Association(state and local chapters included); ID55173/GM
- American Medical Association(state and local chapters included)
- American Society of Addiction Medicine
- American Society of Adolescent Psychiatry

## Journal Publications

*Explanation of peer-review categorization:*

- **\***   Traditional Peer-Reviewed
- **\*\***   Non Traditional Peer-Reviewed
- **E\***   Editorial Reviewed
- **E\*\***   Editorial Non-Peer Reviewed

\* Kruszewski, SP and Paczynski, RP. Atypical Antipsychotic Agents for the Schizophrenia Prodrome: Not a Clear First Choice. *International Journal of Risk and Safety in Medicine*. Anticipated publication date: early 2008.

E\*   Kruszewski, SP. Memorializing our Mental Health Commitment. bmj.com, 21 May 2007 in response to Reinhardt, UE. The Trouble with US Military Medicine. Accessible at http://www.bmj.com/cgi/content/full/334/7593/565

E\*\* Kruszewski SP. *Positive Psychology*. Letter. *Harvard Magazine* 2007 Mar-Apr; 109(4): 4, 6.

E\*   Kruszewski SP. A Personal Perspective on the Zyprexa Documents. [Online Rapid Response]. *BMJ (British Medical Journal)* 2007 Mar 11; 334: 171-a.

\* Kruszewski SP, Shane JA. Pregabalin in central neuropathic pain associated with spinal cord injury: A placebo-controlled trial. [Online Published Response] *Neurology* 2007 Mar 10; 67: 1792-1800. [Also accepted for print version, to be published in print mid-2007]

\* Kruszewski SP, Klotz SG. Effects of Topiramate. *American Journal of Psychiatry* 2007 Mar; 164(3): 526-527.

\* Kruszewski SP, Klotz SG. Oxcarbazepine adjunctive therapy in infants and young children with partial seizures. *Neurology* 2007 Feb 06; 68: 472.

E\*  Kruszewski SP. SSRI informed consent requires full and complete disclosure. *BMJ* 2006 Oct 29; 333: 824.

\* Kruszewski SP, Shane, JA. Efficacy and safety of pramipexole in restless legs syndrome. *Neurology* 2006; Submitted and accepted by Neurology. Published on-line, 12-04-06. In press for print version.

\* Kruszewski SP, Klotz SG. Modafinil: mischaracterizations. *Journal of Clinical Psychiatry* 2006; In press: Accepted for print edition on October 4, 2006. Published in June 2007 edition of Journal.

\* Kruszewski SP, Shumway K, Kuhle B. Remission of maternal depression and children's psychopathology. *JAMA* 2006 Sep 13; 296: 1233.

Kruszewski SP. Why we whistleblowers are passionate in our convictions. *PLoS Med* 2005 Aug; 2(8): e281.

\* Kruszewski SP, Klotz SG. Conventional vs. atypical antipsychotic medications. *New England Journal of Medicine* 2006 Mar 02; 354(9): 972-4.

* Kruszewski SP. Euphorigenic and abuse properties of modafinil. *American Journal of Psychiatry* 2006 Mar; 163: 549.

* Kruszewski SP. Voices of conscience for healthcare reform. [Online Rapid Response]. *BMJ (British Medical Journal)* 2005 Oct 31; 331: 1030 #120420.

* Kruszewski SP. Narrowing the credibility gap. *Psychiatric News* 2005 Oct 21; 40(20): 29.

* Kruszewski SP. The American Medical Association's response to pharmaceutical advertising. [Online Rapid Response]. *BMJ (British Medical Journal) BMJ* 2005 Jul 06; 331: 7-a #111436.

* Kruszewski SP. Schizophrenia and epilepsy: untenable link from flawed research design. [Online Rapid Response]. *BMJ (British Medical Journal) BMJ* 2005 Jul 05; 331: 23 #111341.

* Kruszewski SP. HIV/AIDS demographics similar in Dauphin County, Pennsylvania USA. [Online Rapid Response]. *BMJ (British Medical Journal) BMJ* 2005 May 21; 330: 695 #101837.

* Kruszewski SP. HIV/AIDS demographics in US county and southeast England are similar. *BMJ (British Medical Journal) BMJ* 2005 May 21; 330: 1209-1210.

* Kruszewski SP, Paczynski R. Conclusions inconsistent with results with amphetamines and divalproex. *American Journal of Psychiatry* 2005 Nov; 162(11): 2197.

* Kruszewski SP. Conclusions inconsistent with results with citalopram. *American Journal of Psychiatry* 2005 Nov; 162(11): 2195-2196.

E** Kruszewski SP. Disingenuous remarks from the AMA on tort reform. [Online Rapid Response]. *BMJ (British Medical Journal)* 2005 Mar 05; 330: 499-c #99230.

* Kruszewski SP. Neonatal brain injury. *New England Journal of Medicine* 2005; 532(8): 839.

E** Kruszewski SP. Protecting editorial integrity through responsibility and resolve. [Online Rapid Response]. *BMJ (British Medical Journal)* 2005 Feb 05; 330: 0-h #95621.

E** Kruszewski SP. Aetiology and pathophysiology exist in DSM-IV. [Online Rapid Response]. *BMJ (British Medical Journal)* 2005 Jan 10; 330: 95-b.

** Kruszewski SP. Published conclusions must accurately reflect research results. [Online Rapid Response]. *BMJ (British Medical Journal)* 2005 Jan 19; 330: 0-g #93143.

* Kruszewski SP. SSRI informed consent requires full and complete disclosure. [Online Rapid Response]. *BMJ (British Medical Journal)* 2005 Jan 10; 330: 95-b #145560.

E** Kruszewski SP. The inseparability of medicine and politics. [Online Rapid Response]. *BMJ (British Medical Journal)* 2004 Nov 10; 329: 0-g.

** Kruszewski SP. Politicized psychopharmacological debate. *Newsletter, American Society for Adolescent Psychiatry* Winter 2004: 11.

E** Kruszewski SP. The influence of TMAP: mandatory mental health evaluations. *Under Reported. Independent Media TV publishing* 2004 Oct 04.

E** Kruszewski SP. APA at odds with FDA Advisory Panel. [Online Rapid Response]. *BMJ (British Medical Journal)* 2004 Sep 25; 329: 702 #75714.

E** Kruszewski SP. Recovery and relapse: opposing directions on the same road. *PHP Update, The Foundation of the Pennsylvania Medical Society* 2002; 40: 1-2.

* Kruszewski SP. Approach to depressive disorders. *Archives of Family Medicine* 2000; 9: 19.

* Kruszewski SP. Tobacco litigation. *New England Journal of Medicine* 1997 Jun 19; 336(25): 1833-4.

* Kruszewski SP. Valproate-induced carbamazepine toxicity causing death. *Annals of Clinical Psychiatry* 1999 Sep; 11(3): 170-171.

E* Kruszewski SP. Faith in psychiatry. *Clinical Psychiatry News* 1993 Dec: 22-23.

* Kruszewski SP, Zimmer B. The Charles Bonnet Syndrome: description in search of etiology. *Neuroscience Journal, Allegheny General Hospital* 1992; (1); 29-33.

* Kruszewski SP, Long S. Frontal lobe pathology: questions of attribution and discovery. *Neuroscience Journal, Allegheny General Hospital* 1992; 3(1): 23-28.

** Kruszewski SP, Zimmer B. The Charles Bonnet Syndrome Revisited. [Paper presented in San Francisco, California 2/14/1992]. *American Association of Geriatric Psychiatry.*

* Habashi M, Kruszewski SP. Lead encephalopathy from inhalation of leaded gases in an adult. *Clinical Research* 1997; 35(3): 743A.

* Kruszewski SP. Familial subtyping of depression: a re-examination of the endocrine, clinical and hereditary subgroup date in affective disorders. *Research Communication in Psychology, Psychiatry and Behavior* 1983; 8(2): 207-221.

* Kruszewski SP, Goldstein L. Sensory input processing: differences between depressed, schizophrenic and normal subjects. *Adv Biol Psychiatry* 1983; 13: 49-53.

* Goldstein L, Kruszewski SP, Swartzburg M, Krawciw N. Computerized hemispheric EEG, clinical and endocrinological data in depressed patients. *Second International Conference on Laterality and Psychopathology* 1982. [Banff. Alberta, Canada.]

* Kruszewski SP, Jacobs WT. Polarity of thiamine movement through tomato petioles. *Plant Physiology* 1974; 54: 310-11.


*Others:*

** Zimmer B, Price TRP, Garber HJ, Kruszewski SP, Mazur R. Bupropion use in patients at risk for seizures. *American Psychiatric Association* [Poster-paper] 1992 May.


**Continuing Medical Education Certifications**
- CME credits current for all Federal and State-specific requirements for 2007.

- IMQ, Institute for Medical Quality, a subsidiary of **California** Medical Association, ID No. 152558 Category 1 =112 hours for 2003-05, including 65 CME Category 1 hours for 2005.
- **Pennsylvania** Medical Society CME verification ID no.02401772106, issued November 2000
- American Medical Association Physician's Recognition Award: Valid through October 1, 2004
- American Medical Association Physician's Recognition Award: Valid from July 1 2005-July 1 2008