# EXHIBIT 116

# CHERYL D. BLUME, Ph.D.

▪ 13902 North Dale Mabry Avenue, Suite 122 ▪ Tampa, Florida 33618
▪ Phone: 813-963-3062 ▪ Fax: 813-963-0972
▪ E-mail: cblume@PharmDevGroup.com

* Generic, OTC, Rx and Biotech pharmaceutical industry knowledge * Executive and consultant experience in private/publicly held pharmaceutical companies * Drug discovery/pharmaceutical product development * NDA/ANDA/IND/BLA compilation/submission * Product launch strategies * Europe and United States government registrations/regulatory affairs * FDA interactions * Expert witness in clinical pharmacology, toxicology and in pharmaceutical related litigation * U.S. Patent/trademark submission/approval procedures * Pre-clinical and clinical development * Analytical/Bioanalytical laboratory development/management * Design, planning, and implementation of pivotal pre-clinical and clinical trials * Quality assurance management * Establishment and implementation of Good Laboratory and Good Manufacturing Practices * Regulatory oversight of sales and marketing programs

## SUMMARY

Generic and ethical pharmaceutical development and registration strategist with more than 25 years experience including independent consultant to national and international pharmaceutical firms, expert witness in national pharmaceutical litigation, as well as executive positions in generic and ethical pharmaceutical companies.  Accomplishments in complete NDA, ANDA, IND and BLA development, submission, approval, market launch and post-approval programs with extraordinary results.  Successful in the development, implementation and direction of Regulatory Affairs, Pre-Clinical and Clinical Development, Pharmacokinetics, Statistics, Quality Assurance, Analytical and Bioanalytical Laboratories, Document Control, Marketing Oversight and Professional Services.

## HIGHLIGHTS/ACCOMPLISHMENTS

- As an independent consultant, formulate international and national pharmaceutical development programs, evaluate clinical and preclinical data and direct the elaboration and prosecution of government registration dossiers. Expert witness in national pharmaceutical litigation relating to product launches, product related liabilities, pharmaceutical adverse medical events, market definitions, product labeling and registration activities. Assist counsel in developing strategies relating to regulatory and marketing elements associated with litigation. Serve as clinical pharmacology, regulatory affairs and toxicology expert witness.

- Spearheaded research and development, submission and approval programs for three complete New Drug Applications (NDA) with accumulated United States sales exceeding $2 billion. FDA approved two of these NDAs within one year of submission. Accountable for several additional new product launches in the United States.

- Directed new product development, submission and approval of more than 100 Abbreviated New Drug Applications (ANDA) with the majority being the first generic approval granted by FDA.

- Accountable for the submission of at least 30 Investigational New Drug Applications (IND) that permitted initiation of clinical trials in the United States in the following areas: Cardiology, Neurology, Psychiatry, Pediatrics, Gastroenterology, Infectious Disease, Oncology, Dermatology, and Topical Analgesia.

- Inventor of record for 30 United States and foreign cardiovascular, neurologic and psychiatric product and method of use patents, as well as several pending applications.

- Ultimate responsibility for the design, development, implementation, finalization and submission of Phase I-IV clinical and all phases of toxicology trials to FDA and other regulatory scientific review bodies.

- Experienced in the design of development programs for oral, topical, transdermal and parenteral dosage forms.

- Successful in interacting with contract research organizations and all subsidiary and external manufacturers (bulk and finished product), formulators, packagers, and other suppliers of goods and services.

- Appeared before the United States House of Representatives, Wall Street, Financial Analysts meetings, national Pharmaceutical Association Meetings and on local and national television.

- Expert pharmaceutical witness in multiple national and international judicial proceedings.

- Author of multiple peer reviewed pharmaceutical and medical related articles.

- ➢ Responsible for the regulatory oversight of the sales and marketing development and implementation programs for generic, OTC and prescription drug products.

## PROFESSIONAL EXPERIENCE

Pharmaceutical Development Group, Inc.                1999 to Present
**President,** Tampa, Florida

University of South Florida College of Medicine        2004 to 2007
**Affiliate (Research Scientist) Associate Professor to the Voluntary**  Tampa, Florida
**Faculty of the Department of Pharmacology**

Somerset Pharmaceuticals, Inc.                         1993 to 1998
**Executive Vice President/Chief Operations Office,**  Tampa, Florida

**Board of Directors**

**Vice President**

Mylan Laboratories, Inc.                               1977 to 1995
**Vice President**               Morgantown, West Virginia/Tampa, Florida
**Technical Director**
**Director of Pharmacology/Assistant Director of Regulatory Affairs**

## EDUCATION

West Virginia University, **Bachelor of Arts Degree in Biology**
West Virginia University School of Medicine, **Doctorate Degree in Medical Pharmacology**
- Phi Beta Kappa (National Scholastic Honorary)
- Recipient NIH Pre-Doctoral Fellowship

## AWARDS/ORGANIZATIONS

- West Virginia University Alumni Association
- Active member of Phi Beta Kappa Alumni Association
- American Pharmaceutical Association
- Academy of Pharmaceutical Sciences
- Elected in 1997 to the Board of Fellows at the University of Tampa

- Affiliate (Research Scientist) Associate Professor to the Voluntary Faculty of the Department of Pharmacology – University of South Florida.

## AWARDED UNITED STATES PATENTS

- Patent No. 4,444,769 - Antihypertensive diuretic combination composition and associated method
- Patent No. 4,526,777 - Pharmaceutical combination composition and associated method
- Patent No. 4,547,498 - Pharmaceutical combination composition and associated method
- Patent No. 6,299,901 - Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. 6,348,208 - Methods and pharmaceutical compositions employing desmethylselegiline
- Patent No. 6,419,948 - R(-)desmethylselegiline and its use in transdermal delivery compositions
- Patent No. 6,528,082 - Methods and pharmaceutical compositions employing desmethylselegiline to treat neoplastic diseases or conditions
- Patent No. 6,562,365 - Methods employing R(-)-desmethylselegiline
- Patent No. 6,699,495 - Methods for treating multiple sclerosis employing desmethylselegiline
- Patent No. 6,562,364 – Desmethylselegiline enantiomers and their use to treat drug withdrawal symptoms

## AWARDED FOREIGN PATENTS

- Patent No. 695359-Australia – Methods and pharmaceutical compositions employing desmethylselegiline – PCT/US96/01561(WO 96/22068)
- Patent No. 709447-Australia (Div) - Methods and pharmaceutical compositions employing desmethylselegiline – PCT/US96/01561(WO 96/22068)
- Patent No. 2,209,892-Canada - Methods and pharmaceutical compositions employing desmethylselegiline – PCT/US96/01561(WO 96/22068)
- Patent No. 96192486.1-China - Methods and pharmaceutical compositions employing desmethylselegiline – PCT/US96/01561(WO 96/22068)
- Patent No. 3036847-Japan - Methods and pharmaceutical compositions employing desmethylselegiline – PCT/US96/01561(WO 96/22068)
- Patent No. 972988-Finland - Methods and pharmaceutical compositions employing desmethylselegiline – PCT/US96/01561(WO 96/22068)

# PUBLICATIONS

- Absorption and disposition of a low-dose combination formulation of hydrochlorothiazide and triamterene. Biopharm Drug Dispos. 1990 Apr;11(3):233-43. Williams RL, Lin ET, Liang-Gee W, Blume CD, Benet LZ.
- Effects of formulation and food on the absorption of hydrochlorothiazide and triamterene or amiloride from combination diuretic products.Pharm Res. 1987 Aug;4(4):348-52. Williams RL, Mordenti J, Upton RA, Lin ET, Gee WL, Blume CD, Benet LZ.
- Absorption and disposition of two combination formulations of hydrochlorothiazide and triamterene: influence of age and renal function. Clin Pharmacol Ther. 1986 Aug;40(2):226-32. Williams RL, Thornhill MD, Upton RA, Blume C, Clark TS, Lin E, Benet LZ.
- Absence of a significant pharmacokinetic interaction between hydrochlorothiazide and triamterene when coadministered.J Pharmacokinet Biopharm. 1984 Dec;12(6):575-86. Upton RA, Williams RL, Lin ET, Gee WL, Blume CD, Benet LZ.
- Pharmacokinetic-pharmacodynamic analysis of unbound disopyramide directly measured in serial plasma samples in man. J Pharmacokinet Biopharm. 1984 Dec;12(6):559-73. Thibonnier M, Holford NH, Upton RA, Blume CD, Williams RL.
- Bioequivalence study of a tablet formulation of triamterene and hydrochlorothiazide.
  Am J Med. 1984 Nov 5;77(5A):59-61. Blume CD, Williams RL, Upton RA, Lin ET, Benet LZ.
- Clinical experience with a combination formulation of triamterene and hydrochlorothiazide (Maxzide) in patients with mild to moderate hypertension.Am J Med. 1984 Nov 5;77(5A):62-6. Williams RL, Clark T, Blume CD.
- A antihypertensive agent: Maxzide (75 mg triamterene/50 mg hydrochlorothiazide).
  Am J Med. 1984 Nov 5;77(5A):52-8. Blume CD, Williams RL.
- Relative bioavailability of chlorthalidone in humans: adverse influence of polyethylene glycol.
  J Pharm Sci. 1982 May;71(5):533-5. Williams RL, Blume CD, Lin ET, Holford NH, Benet LZ.
- Comparative effects and mechanisms of castration, estrogen anti-androgen, and anti-estrogen-induced regression of accessory sex organ epithelium and muscle. Invest Urol. 1981 Jan;18(4):229-34. Neubauer B, Blume C, Cricco R, Greiner J, Mawhinney M.
- Estrophilic molecules in the male guinea pig. J Steroid Biochem. 1978 Jun;9(6):515-25. No abstract available. Blume CD, Mawhinney MG.

- Androphilic and estrophilic molecules in canine prostate glands. Invest Urol. 1978 Mar;15(5):425-31. No abstract available. Robinette CL, Blume CD, Mawhinney MG.
- Androgen and estrogen binding in male guinea pig accessory sex organs. Endocrinology. 1977 Sep;101(3):726-40. No abstract available. Belis JA, Blume CD, Mawhinney MG.