# EXHIBIT 117

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Blume, Cheryl (FP Expert)**
**11/12/2007**

**Printed : 3/20/2008**

237

1  A. Oh, of course.
2  Q. The answer to that is yes?
3  A. Yes.
4  Q. Which ones?
5  A. Well, I worked -- I worked for Mylan and
6  Somerset, and you see the list of approvals that they
7  received.
8  Q. How many?
9  A. So I worked on their -- their products. Those
10 are wide variety of drug products; gastrointestinal,
11 antihypertensive, diuretic products. Let's see.
12 Anti-Parkinson drugs, antidepressant drugs.
13  Q. How many NDAs did you prepare or participate
14 in the preparation of while you were at Mylan
15 Laboratories? NDAs.
16  A. New drug applications, let's see, there was
17 Maxzide, the second Maxzide NDA. We did an ulcer
18 product that was a foreign NDA. And I participated in
19 the orphan drug NDA. So four.
20  Q. What's an orphan drug NDA?
21  A. Orphan drug, it's for a metabolic -- and I'm
22 blanking. It's a metabolic disorder in children who
23 cannot process uric acid, but I'll -- I'll have to get
24 you the name of the NDA.
25  Q. So that there was an ulcer drug you

238

1  participated in the preparation of an NDA for, correct?
2  A. Yes.
3  Q. There was a Maxzide?
4  A. Yes.
5  Q. And Maxzide had been previously -- it was
6  previously approved by another NDA, correct?
7  A. Well, unfortunately, the product had to be --
8  we had to do additional clinical trials because the
9  product wasn't absorbed. The SmithKline formulation was
10 excreted intact.
11       So needless to say, FDA made us repeat the
12 dose response studies, the clinical studies, the
13 pharmacokinetic studies. And our NDA was given
14 exclusivity.
15       And in fact, now, the SmithKline NDA is --
16 SmithKline formulation is a generic to Maxzide.
17  Q. So Maxzide was a full NDA on your part?
18  A. Yes.
19  Q. Did you conduct clinical trials?
20  A. Yes.
21  Q. On that NDA?
22  A. Yes.
23  Q. Okay. How about Somerset, how many NDAs were
24 filed at Somerset?
25  A. Two. Well, three. We have an NDA for

239

1  anti-Parkinson's drug and we had a second NDA for that
2  one and all the formulation. Then a third NDA for a
3  different formulation for refractory depression,
4  patients who were refractoried to all other therapies.
5  And there is a fourth one that is submitted but not yet
6  approved.
7  Q. Since you haven't performed animal studies
8  since your educational -- since your, I guess, grad
9  school, is it fair to say you've never performed any
10 animal studies linking the effects on the brain or on
11 the neurotransmitters when exposed to medicines?
12  A. I don't know. We did all that for Eldepryl
13 and selegiline. There was a -- the selegiline
14 transdermal NDA is a full toxicology pharmacology NDA.
15 We did a -- we had to define all -- we looked at it for
16 several different indications and ended up with
17 depression. But before that, there were other
18 indications, and all of them involved neurotransmitter
19 study, electrical stimulation studies, but we did not do
20 those in house. We, of course, used an animal
21 toxicology group.
22  Q. Well, now, you say "we" --
23  A. Somerset.
24  Q. -- you and Mr. Altman? Who, "we"? "We."
25  A. Somerset is.

240

1  Q. Okay. My question as to you personally.
2  A. Well, Eldepryl was a Somerset product, so that
3  work I did in conjunction with Somerset.
4  Q. Okay. Well, I'm asking -- and it may have
5  been imprecise, so let me make sure the question's quite
6  clear.
7       I'm asking, have you, Cheryl Blume, performed
8  animal studies looking at the effects on the brain of
9  neurotransmitters when exposed to medicines?
10  A. Well, at Somerset, I was COO.
11  Q. Right.
12  A. Somerset had to do animal trials in order to
13 advance our NDAs. Those NDAs included neuriat- --
14 neuropsychiatric animal studies including transmitter
15 studies, electrical stimulation studies, mice swimming
16 in water studies. So I was responsible for those
17 studies.
18       We had a neuropharmacologist who designed
19 them. We had an outside group who actually executed the
20 studies. So if you're asking if I were part of it, yes,
21 I was. Did I actually sacrifice the animals or have
22 them swim in the pools of water, no, I did not do that.
23  Q. Let me break it down.
24       What drugs are you referring to?
25  A. Okay. Somerset market selegiline as an oral

Blume, Cheryl (F&P Expert)  11/12/2007  9:25:00 AM

241

1  as well as a transdermal. Because the transdermal has
2  markedly different pharmacokinetic properties and the
3  disposition profiles are different, we were required to
4  redo the animal tox work. So the tox work that we had
5  for the original NDA could not transfer to the
6  transdermal.
7     Q. All I'm asking for is the name of the drug,
8  not --
9     A. Well, Eldepryl is the name of the oral, Emsam
10  is the name of the transdermal, and desmethylselegiline
11  is the name -- is the generic name of the act- --- one of
12  the active nullities of selegiline. And that's under
13  review now.
14     Q. All right. So, basically, there were -- the
15  work was with Eldepryl and its related compounds,
16  correct?
17     A. Well, it was with selegiline and then it
18  was -- selegiline is absorbed by the body differently,
19  orally versus transdermally, and you get different
20  active metabolites transdermally, so the Emsam NDA was a
21  different toxicology program.
22     And now, as you can tell by the patent list,
23  we are focused on one of the active nullities of
24  selegiline, which is desmethylselegiline, for a variety
25  of -- of neurologic conditions.

242

1     Q. And did you design the studies that were
2  conducted to measure the effect of these compounds on
3  the brain, in the brain; specifically, the
4  neurotransmitters in the brain?
5     A. Well, I was in charge of it. We do have a
6  neuropharmacologist there and we did access a
7  neurotoxicologist in the design of those studies. And
8  as I said, the studies were done at a neurotoxicology
9  house.
10     Q. So Cheryl Blume does not design the
11  neurotoxicology studies, correct?
12     A. I don't know how to answer that. I had to
13  sign off on them. I was at the meetings, but I did not
14  sit and calculate the actual doses that had to be given
15  or at which time we did the brain sacrifices.
16     Q. And -- and -- so the answer to my question is,
17  you don't design the studies, correct?
18     A. I don't do the -- I don't do the actual design
19  and review of the literature, but my department was
20  responsible for those studies that eventually led to the
21  approval of the NDA.
22     Q. And you don't hold yourself out as a
23  neurotoxicologist, do you?
24     A. I thought we answered this, but, no, while I
25  was trained in a department with neuro tox and -- as

243

1  well as endocrine tox, I do not consider myself a
2  neurotoxicologist.
3     Q. In the course of your career, have you used
4  animal studies to determine -- strike that.
5     In the course of your career, have you used
6  animal studies to determine whether or not a medicine
7  causes a specific outcome or adverse event?
8     A. Well, we looked at animal studies in a variety
9  of ways. One, of course, is to be the frontrunner for
10  disposition of the drug. The second is for toxicology.
11  And the third is, is that we look at mechanism of action
12  studies. And depending on what those mechanism studies
13  show, we try to see if we can use that information to
14  direct us to certain indications.
15     Q. Okay. Well, let me -- my question goes to --
16  you -- you -- you understand that the claim in this case
17  is that Neurontin causes certain suicidal events,
18  correct?
19     MR. FROMSON: Objection as to form.
20     THE WITNESS: Yes.
21  BY MR. BARNES:
22     Q. Okay. Now, my question is, in answering the
23  question of whether or not a drug causes a specific
24  adverse event, have you ever used animal data yourself
25  in order to establish that the drug has -- causes an

244

1  actual adverse event?
2     A. Well, we use the animal data in a variety of
3  ways, but certainly animal data is the foundation for a
4  biological plausibility assessment. We can oftentimes
5  do things in animal studies that we are unable to do in
6  human studies. So, yes, I look at animal data for
7  biologic -- biologic plausibility. We look at intact
8  animal data as well as in vitro animal data in those --
9  in those regard.
10     Q. Do you -- do you -- is it your opinion that
11  animal study alone can establish that a medicine causes
12  a specific adverse event?
13     A. Well, animal studies -- animal studies
14  establish biologic plausibility. And, you know, I
15  would -- I know that you received other reports on this
16  very issue from others in this area, but, yes, I believe
17  the biologic plausibility establishes the capacity for a
18  drug to cause a certain effect.
19     MR. BARNES: Read that back, that last answer.
20  Last sentence of her answer.
21     (The requested portion was read by the
22  reporter.)
23  BY MR. BARNES:
24     Q. Well, I didn't understand your last answer, so
25  I'm going to ask it again, maybe a little differently.