| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 36 | CLUBFOOT | | 1 | 0.01 | | | |
| 37 | COLLAGEN DISORDER | | 3 | 0.03 | | | |
| 38 | CONGENITAL ANOMALY | | 25 | 0.23 | | | |
| 39 | CYST | | 16 | 0.15 | | | |
| 40 | DEATH | | 141 | 1.28 | | | |
| 41 | DERMATOMYOSITIS | | 2 | 0.02 | | | No |
| 42 | DRUG INTERACTION | | 461 | 4.18 | | | ? |
| 43 | DRUG LEVEL DECREASED | | 43 | 0.39 | | | |
| 44 | DRUG LEVEL INCREASED | | 73 | 0.66 | | | |
| 45 | EDEMA FACE | | 7 | 0.06 | | | |
| 46 | EDEMA GENERALIZED | | 1 | 0.01 | | | |
| 47 | EXPOSURE IN UTERO | | 54 | 0.49 | | | |
| 48 | FACE EDEMA | | 131 | 1.19 | L | L | No |
| 49 | FETAL DISORDER | | 4 | 0.04 | L | L | |
| 50 | FEVER | | 107 | 0.97 | L | L | No |
| 51 | FEVER MALIGNANT | | 1 | 0.01 | | | |
| 52 | FLU SYNDROME | | 49 | 0.44 | | | |
| 53 | GANGRENE | | 3 | 0.03 | | | |
| 54 | GENERALIZED EDEMA | | 63 | 0.57 | | | |
| 55 | GRANULOMA | | 4 | 0.04 | | | |
| 56 | HALITOSIS | | 2 | 0.02 | | | |
| 57 | HANGOVER EFFECT | | 13 | 0.12 | | | |
| 58 | HEADACHE | | 440 | 3.99 | L | L | No |
| 59 | HEM/PERITONEUM | | 1 | 0.01 | | | |
| 60 | HEMORRHAGE | | 1 | 0.01 | | | |
| 61 | HEM/THORAX | | 1 | 0.01 | | | |
| 62 | HERNIA | | 9 | 0.08 | | | |
| 63 | HORMONE LEVEL ALTERED | | 45 | 0.41 | | | |
| 64 | HYDROCEPHALUS | | 1 | 0.01 | | | |
| 65 | HYPERTROPHY | | 2 | 0.02 | | | |
| 66 | HYPOTHERMIA | | 20 | 0.18 | | | |
| 67 | IMMUNE SYSTEM DISORDER | | 7 | 0.06 | | | |
| 68 | IMMUNOGLOBULINS INCREASED | | 3 | 0.03 | | | |
| 69 | INCREASED DRUG EFFECT | | 1 | 0.01 | | | |
| 70 | INFECTION | | 104 | 0.94 | | | |
| 71 | INFECTION MASKED | | 1 | 0.01 | | | |

Pfizer_CPacella_0061233

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 72 | INFECTION PARASITIC | | 1 | 0.01 | | | |
| 73 | INFECTION SUPERIMPOSED | | 1 | 0.01 | | | |
| 74 | INJECTION SITE REACTION | | 2 | 0.02 | | | |
| 75 | INTENTIONAL INJURY | | 2 | 0.02 | | | |
| 76 | INTENTIONAL OVERDOSE | | 189 | 1.72 | | | No |
| 77 | LAB TEST ABNORMAL | | 103 | 0.93 | NL | NL | Yes |
| 78 | LABORATORY TEST INTERFERENCE | | 1 | 0.01 | | | |
| 79 | LACK OF DRUG EFFECT | | 193 | 1.75 | | | No |
| 80 | LE SYNDROME | | 17 | 0.15 | | | |
| 81 | MALAISE | | 141 | 1.28 | L | L | No |
| 82 | MEDICATION ERROR | | 91 | 0.83 | | | |
| 83 | MONILIASIS | | 7 | 0.06 | | | |
| 84 | MUCOUS MEMBRANE DISORDER | | 5 | 0.05 | | | |
| 85 | MULTIPLE CONGENITAL ANOMALIES | | 1 | 0.01 | | | |
| 86 | NECK PAIN | | 17 | 0.15 | | | |
| 87 | NECK RIGIDITY | | 6 | 0.05 | | | |
| 88 | NEOPLASM | | 42 | 0.38 | | | |
| 89 | NEUROLEPTIC MALIGNANT SYNDROME | | 2 | 0.02 | | | |
| 90 | NEUROTRANSMITTER LEVEL ALTERED | | 2 | 0.02 | | | |
| 91 | NO DRUG EFFECT | | 26 | 0.24 | | | |
| 92 | OVERDOSE | | 288 | 2.61 | | | No |
| 93 | OVERDOSE ACCIDENTAL | | 1 | 0.01 | | | |
| 94 | OVERDOSE INTENTIONAL | | 7 | 0.06 | | | |
| 95 | OVERDOSE/INTOXICATION | | 10 | 0.09 | | | |
| 96 | PAIN | | 535 | 4.85 | L | NL | No |
| 97 | PAIN ABDOMINAL | | 14 | 0.13 | | | |
| 98 | PAIN BACK | | 5 | 0.05 | | | |
| 99 | PAIN CHEST | | 6 | 0.05 | | | |
| 100 | PAIN NECK | | 2 | 0.02 | | | |
| 101 | PELVIC PAIN | | 10 | 0.09 | | | |
| 102 | PERINATAL DISORDER | | 12 | 0.11 | | | |
| 103 | PERITONITIS | | 2 | 0.02 | | | |
| 104 | PHOTOSENSITIVITY REACTION | | 25 | 0.23 | | | |
| 105 | REACTION AGGRAVATED | | 66 | 0.6 | | | |
| 106 | REACTION UNEVALUABLE | | 347 | 3.15 | | | No |
| 107 | SARCOIDOSIS | | 3 | 0.03 | | | |

Pfizer_CPacella_0061234

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 108 | SARCOMA | | 1 | 0.01 | | | |
| 109 | SEPSIS | | 25 | 0.23 | | | |
| 110 | SERUM SICKNESS | | 1 | 0.01 | | | |
| 111 | SHOCK | | 9 | 0.08 | | | |
| 112 | SUDDEN DEATH | | 22 | 0.2 | | | |
| 113 | SUICIDE ATTEMPT | | 26 | 0.24 | | | |
| 114 | TOLERANCE DECREASED | | 3 | 0.03 | | | |
| 115 | TOLERANCE INCREASED | | 6 | 0.05 | | | |
| 116 | UNEXPECTED BENEFIT | | 25 | 0.23 | | | |
| 117 | VIRAL INFECTION | | 2 | 0.02 | | | |
| 118 | **Sub Total** | | **5661** | | | | |
| 119 | | | | | | | |
| 120 | *CARDIOVASCULAR SYSTEM* | | | | | | |
| 121 | ANGINA PECTORIS | | 15 | 0.14 | | | |
| 122 | AORTIC STENOSIS | | 1 | 0.01 | | | |
| 123 | ARRHYTHMIA | | 26 | 0.24 | | | |
| 124 | ARTERIOSCLEROSIS | | 3 | 0.03 | | | |
| 125 | ARTERITIS | | 1 | 0.01 | | | |
| 126 | ATRIAL ARRHYTHMIA | | 3 | 0.03 | | | |
| 127 | ATRIAL FIBRILLATION | | 12 | 0.11 | | | |
| 128 | ATRIAL FLUTTER | | 4 | 0.04 | | | |
| 129 | ATRIAL SEPTAL DEFECT | | 1 | 0.01 | | | |
| 130 | AV BLOCK | | 2 | 0.02 | | | |
| 131 | AV BLOCK COMPLETE | | 1 | 0.01 | | | |
| 132 | AV BLOCK FIRST DEGREE | | 1 | 0.01 | | | |
| 133 | BIGEMINY | | 1 | 0.01 | | | |
| 134 | BRADYCARDIA | | 33 | 0.3 | | | |
| 135 | BUNDLE BRANCH BLOCK | | 4 | 0.04 | | | |
| 136 | CARDIAC ARREST | | 3 | 0.03 | | | |
| 137 | CARDIOMEGALY | | 6 | 0.05 | | | |
| 138 | CARDIOMYOPATHY | | 3 | 0.03 | | | |
| 139 | CARDIOVASCULAR DISORDER | | 40 | 0.36 | | | |
| 140 | CEREBRAL HEMORRHAGE | | 6 | 0.05 | | | |
| 141 | CEREBRAL INFARCT | | 4 | 0.04 | | | |
| 142 | CEREBRAL ISCHEMIA | | 15 | 0.14 | | | |
| 143 | CEREBRAL THROMBOSIS | | 1 | 0.01 | | | |

Pfizer_CPacella_0061235

PAGE 1 OF 1

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 144 | CEREBROVASCULAR ACCIDENT | | 40 | 0.36 | | | |
| 145 | CEREBROVASCULAR DISORDER | | 5 | 0.05 | | | |
| 146 | CONGESTIVE HEART FAILURE | | 15 | 0.14 | | | |
| 147 | CORONARY ARTERY DISORDER | | 4 | 0.04 | | | |
| 148 | CORONARY OCCLUSION | | 1 | 0.01 | | | |
| 149 | DEEP THROMBOPHLEBITIS | | 13 | 0.12 | | | |
| 150 | ECG ABNORMAL | | 2 | 0.02 | | | |
| 151 | EFFUSION PERICARDIAL | | 1 | 0.01 | | | |
| 152 | ELECTROCARDIOGRAM ABNORMAL | | 6 | 0.05 | | | |
| 153 | EMBOLISM PULMONARY | | 1 | 0.01 | | | |
| 154 | EMBOLUS | | 1 | 0.01 | | | |
| 155 | ENCEPHALOPATHY HYPERTENS | | 1 | 0.01 | | | |
| 156 | EXTRASYSTOLES | | 1 | 0.01 | | | |
| 157 | FIBRILLATION ATRIAL | | 2 | 0.02 | | | |
| 158 | FIBRILLATION VENTRICULAR | | 1 | 0.01 | | | |
| 159 | HEART ARREST | | 27 | 0.25 | | | |
| 160 | HEART BLOCK | | 4 | 0.04 | | | |
| 161 | HEART FAILURE | | 16 | 0.15 | | | |
| 162 | HEART FAILURE CONGESTIVE | | 5 | 0.05 | | | |
| 163 | HEART MALFORMATION | | 3 | 0.03 | | | |
| 164 | HEMORRHAGE | | 41 | 0.37 | | | |
| 165 | HEMORRHAGE CEREBRAL | | 4 | 0.04 | | | |
| 166 | HEMORRHAGE SUBARACHNOID | | 3 | 0.03 | | | |
| 167 | HYPERTENSION | | 131 | 1.19 | L | L | No |
| 168 | HYPERTENSION | | 72 | 0.65 | | | |
| 169 | HYPOTENSION POSTURAL | | 1 | 0.01 | | | |
| 170 | INCREASED CAPILLARY FRAGILITY | | 1 | 0.01 | | | |
| 171 | INFARCT CEREBRAL | | 1 | 0.01 | | | |
| 172 | INFARCT MYOCARDIAL | | 1 | 0.01 | | | |
| 173 | MIGRAINE | | 49 | 0.44 | | | |
| 174 | MYOCARDIAL FIBROSIS | | 1 | 0.01 | | | |
| 175 | MYOCARDIAL INFARCT | | 20 | 0.18 | | | |
| 176 | MYOCARDITIS | | 1 | 0.01 | | | |
| 177 | NECROSIS | | 1 | 0.01 | | | |
| 178 | OCCLUSION | | 2 | 0.02 | | | |
| 179 | PALLOR | | 12 | 0.11 | | | |

Pfizer_CPacella_0061236

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 180 | PALPITATION | | 82 | 0.74 | | | Yes |
| 181 | PATENT DUCTUS ARTERIOSUS | | 1 | 0.01 | | | |
| 182 | PERICARDIAL EFFUSION | | 4 | 0.04 | | | |
| 183 | PERICARDITIS | | 6 | 0.05 | | | |
| 184 | PERIPHERAL VASCULAR DISORDER | | 25 | 0.23 | | | |
| 185 | PHLEBITIS | | 2 | 0.02 | | | |
| 186 | POSTURAL HYPOTENSION | | 10 | 0.09 | | | |
| 187 | PULMONARY EMBOLUS | | 14 | 0.13 | | | |
| 188 | PULMONARY THROMBOSIS | | 2 | 0.02 | | | |
| 189 | QT INTERVAL PROLONGED | | 4 | 0.04 | | | |
| 190 | RETINAL ARTERY OCCLUSION | | 2 | 0.02 | | | |
| 191 | RETINAL VEIN THROMBOSIS | | 2 | 0.02 | | | |
| 192 | SINUS BRADYCARDIA | | 3 | 0.03 | | | |
| 193 | SPIDER ANGIOMA | | 1 | 0.01 | | | |
| 194 | ST DEPRESSED | | 1 | 0.01 | | | |
| 195 | SUPRAVENTRICULAR TACHYCARDIA | | 1 | 0.01 | | | |
| 196 | SYNCOPE | | 121 | 1.1 | NL | L | Yes |
| 197 | T INVERTED | | 1 | 0.01 | | | |
| 198 | TACHYCARDIA | | 71 | 0.64 | | | |
| 199 | THROMBOPHLEBITIS | | 4 | 0.04 | | | |
| 200 | THROMBOPHLEBITIS DEEP | | 1 | 0.01 | | | |
| 201 | THROMBOSIS | | 11 | 0.1 | | | |
| 202 | VARICOSE VEIN | | 2 | 0.02 | | | |
| 203 | VASCULAR ANOMALY | | 4 | 0.04 | | | |
| 204 | VASCULAR DISORDER | | 20 | 0.18 | | | |
| 205 | VASCULAR DISORDER PERIPHERAL | | 1 | 0.01 | | | |
| 206 | VASCULITIS | | 10 | 0.09 | | | |
| 207 | VASODILATATION | | 98 | 0.89 | L | L | No |
| 208 | VASOSPASM | | 1 | 0.01 | | | |
| 209 | VENTRICULAR ARRHYTHMIA | | 3 | 0.03 | | | |
| 210 | VENTRICULAR EXTRASYSTOLES | | 1 | 0.01 | | | |
| 211 | VENTRICULAR FIBRILLATION | | 5 | 0.05 | | | |
| 212 | VENTRICULAR SEPTAL DEFECT | | 3 | 0.03 | | | |
| 213 | VENTRICULAR TACHYCARDIA | | 4 | 0.04 | | | |
| 214 | | | | | | | |
| 215 | **Sub Total** | | **1197** | | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061237

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| **216** *DIGESTIVE SYSTEM* | | | | | | |
| 217 ABNORMAL STOOLS | | 18 | 0.16 | | | |
| 218 ABSCESS | | 1 | 0.01 | | | |
| 219 ANOREXIA | | 125 | 1.13 | L | L | No |
| 220 APHTHOUS STOMATITIS | | 2 | 0.02 | | | |
| 221 APPETITE INCREASED | | 6 | 0.05 | | | |
| 222 BILIARY PAIN | | 2 | 0.02 | | | |
| 223 BLOODY DIARRHEA | | 3 | 0.03 | | | |
| 224 CARDIOSPASM | | 5 | 0.05 | | | |
| 225 CHEILITIS | | 8 | 0.07 | | | |
| 226 CHOLANGITIS | | 8 | 0.07 | | | |
| 227 CHOLECYSTITIS | | 1 | 0.01 | | | |
| 228 CHOLELITHIASIS | | 9 | 0.08 | | | |
| 229 CHOLESTATIC JAUNDICE | | 8 | 0.07 | | | |
| 230 CIRRHOSIS OF LIVER | | 8 | 0.07 | | | |
| 231 CLEFT LIP | | 4 | 0.04 | | | |
| 232 CLEFT PALATE | | 2 | 0.02 | | | |
| 233 COLITIS | | 4 | 0.04 | | | |
| 234 CONSTIPATION | | 30 | 0.27 | | | |
| 235 DIARRHEA | | 114 | 1.03 | L | L | No |
| 236 DIARRHEA BLOODY | | 250 | 2.27 | L | L | No |
| 237 DRY MOUTH | | 2 | 0.02 | | | |
| 238 DUODENAL ULCER | | 123 | 1.12 | L | L | No |
| 239 DUODENITIS | | 3 | 0.03 | | | |
| 240 DYSPEPSIA | | 1 | 0.01 | | | |
| 241 DYSPHAGIA | | 125 | 1.13 | L | L | No |
| 242 EDEMA TONGUE | | 51 | 0.46 | L | L | No |
| 243 ENTERITIS | | 3 | 0.03 | | | |
| 244 ERUCTATION | | 1 | 0.01 | | | |
| 245 ESOPHAGEAL STENOSIS | | 15 | 0.14 | | | |
| 246 ESOPHAGEAL ULCER | | 1 | 0.01 | | | |
| 247 ESOPHAGITIS | | 1 | 0.01 | | | |
| 248 FECAL IMPACTION | | 16 | 0.15 | | | |
| 249 FECAL INCONTINENCE | | 2 | 0.02 | | | |
| 250 FLATULENCE | | 19 | 0.17 | | | |
| | | 123 | 1.12 | L | L | No |

Pfizer_CPacella_0061238