| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| HYPERGLYCEMIA | | 102 | 0.93 | | | No - Labeled for blood glucose fluctuations |
| HYPERKALEMIA | | 9 | 0.08 | | | |
| HYPERLIPEMIA | | 13 | 0.12 | | | |
| HYPERNATREMIA | | 5 | 0.05 | | | |
| HYPERPHOSPHATEMIA | | 3 | 0.03 | | | |
| HYPERURICEMIA | | 1 | 0.01 | | | |
| HYPOCALCEMIA | | 3 | 0.03 | | | |
| HYPOCHLOREMIA | | 1 | 0.01 | | | |
| HYPOCHOLESTEREMIA | | 2 | 0.02 | | | |
| HYPOGLYCEMIA | | 47 | 0.43 | | | |
| HYPOGLYCEMIC REACTION | | 1 | 0.01 | | | |
| HYPOKALEMIA | | 11 | 0.1 | | | |
| HYPOLIPEMIA | | 1 | 0.01 | | | |
| HYPOMAGNESEMIA | | 2 | 0.02 | | | |
| HYPONATREMIA | | 34 | 0.31 | | | |
| HYPOPROTEINEMIA | | 3 | 0.03 | | | |
| KETOSIS | | 4 | 0.04 | | | |
| LACTIC ACIDOSIS | | 1 | 0.01 | | | |
| LACTIC DEHYDROGENASE INCREASED | | 6 | 0.05 | | | |
| NPN INCREASED | | 12 | 0.11 | | | |
| OBESITY | | 1 | 0.01 | | | |
| PERIPHERAL EDEMA | | 381 | 3.46 | L | L | No |
| PHOSPHATASE ALKALINE INCREASED | | 1 | 0.01 | | | |
| PORPHYRIA | | 1 | 0.01 | | | |
| RESPIRATORY ACIDOSIS | | 3 | 0.03 | | | |
| SGOT (AST) INCREASED | | 3 | 0.03 | | | |
| SGOT INCREASED | | 41 | 0.37 | | | |
| SGPT (ALT) INCREASED | | 2 | 0.02 | | | |
| SGPT INCREASED | | 48 | 0.44 | | | |
| WATER INTOXICATION | | 1 | 0.01 | | | |
| WEIGHT GAIN | | 464 | 4.21 | L | L | No |
| WEIGHT LOSS | | 107 | 0.97 | NL | L | Yes |
| Sub Total | | 1629 | | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061245

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 489 | | | | | | | |
| 490 | *MUSCULOSKELETAL SYSTEM* | | | | | | |
| 491 | ARTHRALGIA | | 159 | 1.44 | | | |
| 492 | ARTHRITIS | | 48 | 0.44 | | | |
| 493 | ARTHROSIS | | 42 | 0.38 | | | |
| 494 | BONE DISORDER | | 21 | 0.19 | | | |
| 495 | BONE FRACTURE | | 18 | 0.16 | | | |
| 496 | BONE NECROSIS | | 3 | 0.03 | | | |
| 497 | BONE NEOPLASM | | 2 | 0.02 | | | |
| 498 | BONE PAIN | | 9 | 0.08 | | | |
| 499 | BURSITIS | | 9 | 0.08 | | | |
| 500 | GENERALIZED SPASM | | 9 | 0.08 | | | |
| 501 | INFECTION | | 1 | 0.01 | | | |
| 502 | JOINT DISORDER | | 61 | 0.55 | | | |
| 503 | LEG CRAMPS | | 22 | 0.2 | | | |
| 504 | MUSCLE ATROPHY | | 6 | 0.05 | | | |
| 505 | MUSCULOSKELETAL CONGENITAL ANOMALY | | 7 | 0.06 | | | |
| 506 | MYALGIA | | 130 | 1.18 | L | L | No |
| 507 | MYASTHENIA | | 100 | 0.91 | L | L | Yes |
| 508 | MYOPATHY | | 11 | 0.1 | | | |
| 509 | MYOSITIS | | 1 | 0.01 | | | |
| 510 | OSTEOMALACIA | | 1 | 0.01 | | | |
| 511 | OSTEOMYELITIS | | 3 | 0.03 | | | |
| 512 | OSTEOPOROSIS | | 14 | 0.13 | | | |
| 513 | PAIN BACK | | 1 | 0.01 | | | |
| 514 | PATHOLOGICAL FRACTURE | | 1 | 0.01 | | | |
| 515 | RHEUMATOID ARTHRITIS | | 3 | 0.03 | | | |
| 516 | SYNOVITIS | | 2 | 0.02 | | | |
| 517 | TENDINOUS CONTRACTURE | | 2 | 0.02 | | | |
| 518 | TENDON DISORDER | | 5 | 0.05 | | | |
| 519 | TENDON RUPTURE | | 1 | 0.01 | | | |
| 520 | TENOSYNOVITIS | | 5 | 0.05 | | | |
| 521 | Sub Total | | 690 | | | | |
| 522 | | | | | | | |
| 523 | *NERVOUS SYSTEM* | | | | | | |
| 524 | ABNORMAL DREAMS | | 49 | 0.44 | | | No |

PAGE 1 OF 1

Pfizer_CPacella_0061246

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 525 ABNORMAL ELECTROENCEPHALOGRAM | | 11 | 0.1 | | | |
| 526 ABNORMAL GAIT | | 129 | 1.17 | L | NL | No |
| 527 ACUTE BRAIN SYNDROME | | 7 | 0.06 | | | |
| 528 ADDICTION | | 9 | 0.08 | | | |
| 529 AGITATION | | 101 | 0.92 | NL | L | Yes |
| 530 AKATHISIA | | 5 | 0.05 | | | |
| 531 AKINESIA | | 1 | 0.01 | | | |
| 532 AMNESIA | | 301 | 2.73 | L | L | No |
| 533 ANTISOCIAL REACTION | | 6 | 0.05 | | | |
| 534 ANXIETY | | 213 | 1.93 | L | L | No |
| 535 APATHY | | 18 | 0.16 | | | |
| 536 APHASIA | | 16 | 0.15 | | | |
| 537 ATAXIA | | 252 | 2.29 | L | L | No |
| 538 BRAIN EDEMA | | 5 | 0.05 | | | |
| 539 BRAIN STEM DISORDER | | 1 | 0.01 | | | |
| 540 BRAIN SYNDROME ACUTE | | 1 | 0.01 | | | |
| 541 BUCCOGLOSSAL SYNDROME | | 4 | 0.04 | | | |
| 542 CARCINOMA | | 3 | 0.03 | | | |
| 543 CATATONIC REACTION | | 4 | 0.04 | | | |
| 544 CEREBELLAR ATAXIA | | 1 | 0.01 | | | |
| 545 CEREBELLAR SYNDROME | | 2 | 0.02 | | | |
| 546 CHOREOATHETOSIS | | 26 | 0.24 | | | |
| 547 CHRONIC BRAIN SYNDROME | | 2 | 0.02 | | | |
| 548 CIRCUMORAL PARESTHESIA | | 8 | 0.07 | | | |
| 549 CNS CONGENITAL ANOMALY | | 3 | 0.03 | | | |
| 550 CNS DEPRESSION | | 7 | 0.06 | | | |
| 551 CNS NEOPLASIA | | 11 | 0.1 | | | |
| 552 CNS STIMULATION | | 3 | 0.03 | | | |
| 553 COGWHEEL RIGIDITY | | 1 | 0.01 | | | |
| 554 COMA | | 34 | 0.31 | | | |
| 555 CONFUSION | | 318 | 2.89 | L | L | No |
| 556 CONVULSION | | 802 | 7.28 | L | L | No |
| 557 CONVULSION GRAND MAL | | 44 | 0.4 | | | |
| 558 COORDINATION ABNORMAL | | 26 | 0.24 | | | |
| 559 DELIRIUM | | 12 | 0.11 | | | |
| 560 DELUSIONS | | 19 | 0.17 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061247

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 561 | DEMENTIA | | 13 | 0.12 | | | |
| 562 | DEPERSONALIZATION | | 98 | 0.89 | NL | L | Yes |
| 563 | DEPRESSION | | 242 | 2.2 | L | L | No |
| 564 | DEPRESSION PSYCHOTIC | | 4 | 0.04 | | | |
| 565 | DIPLOPIA | | 17 | 0.15 | | | |
| 566 | DIZZINESS | | 786 | 7.13 | L | L | No |
| 567 | DREAMS ABNORMAL | | 4 | 0.04 | | | |
| 568 | DRUG DEPENDENCE | | 156 | 1.42 | | | ? |
| 569 | DYSARTHRIA | | 25 | 0.23 | | | |
| 570 | DYSAUTONOMIA | | 1 | 0.01 | | | |
| 571 | DYSKINESIA | | 16 | 0.15 | | | |
| 572 | DYSTONIA | | 23 | 0.21 | | | |
| 573 | EEG ABNORMAL | | 1 | 0.01 | | | |
| 574 | EMOTIONAL LABILITY | | 125 | 1.13 | L | L | No |
| 575 | ENCEPHALITIS | | 2 | 0.02 | | | |
| 576 | ENCEPHALOPATHY | | 16 | 0.15 | | | |
| 577 | EUPHORIA | | 39 | 0.35 | | | |
| 578 | EXTRAPYRAMIDAL SYNDROME | | 18 | 0.16 | | | |
| 579 | FACIAL PARALYSIS | | 21 | 0.19 | | | |
| 580 | FLACCID PARALYSIS | | 1 | 0.01 | | | |
| 581 | GAIT ABNORMAL | | 10 | 0.09 | | | |
| 582 | GRAND MAL CONVULSION | | 52 | 0.47 | | | |
| 583 | HALLUCINATIONS | | 157 | 1.42 | NL | L | Yes |
| 584 | HEMATOMA SUBDURAL | | 4 | 0.04 | | | |
| 585 | HEMIPLEGIA | | 8 | 0.07 | | | |
| 586 | HOSTILITY | | 196 | 1.78 | L | L | No |
| 587 | HYPALGESIA | | 1 | 0.01 | | | |
| 588 | HYPERALGESIA | | 1 | 0.01 | | | |
| 589 | HYPERESTHESIA | | 13 | 0.12 | | | |
| 590 | HYPERKINESIA | | 65 | 0.59 | | | |
| 591 | HYPERTONIA | | 101 | 0.92 | | | Yes |
| 592 | HYPESTHESIA | | 128 | 1.16 | L | L | No |
| 593 | HYPOKINESIA | | 61 | 0.55 | | | |
| 594 | HYPOTONIA | | 14 | 0.13 | | | |
| 595 | HYSTERIA | | 11 | 0.1 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061248

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | | | | | | | Labeled for coordination abnormal |
| 596 | INCOORDINATION | | 140 | 1.27 | L | L | No |
| 597 | INSOMNIA | | 262 | 2.38 | L | L | No |
| 598 | INTRACRANIAL HEMORRHAGE | | 3 | 0.03 | | | |
| 599 | INTRACRANIAL HYPERTENSION | | 5 | 0.05 | | | |
| 600 | LIBIDO DECREASED | | 74 | 0.67 | | | |
| 601 | LIBIDO INCREASED | | 16 | 0.15 | | | |
| 602 | MANIA | | 2 | 0.02 | | | |
| 603 | MANIC DEPRESSIVE REACTION | | 9 | 0.08 | | | |
| 604 | MANIC REACTION | | 53 | 0.48 | | | |
| 605 | MENINGITIS | | 4 | 0.04 | | | |
| 606 | MENTAL RETARDATION | | 1 | 0.01 | | | |
| 607 | MOVEMENT DISORDER | | 35 | 0.32 | | | |
| 608 | MULTIPLE SCLEROSIS | | 7 | 0.06 | | | |
| 609 | MYELITIS | | 1 | 0.01 | | | |
| 610 | MYOCLONUS | | 55 | 0.5 | | | |
| 611 | NEOPLASM | | 2 | 0.02 | | | |
| 612 | NERVOUSNESS | | 230 | 2.09 | L | L | No |
| 613 | NEURALGIA | | 25 | 0.23 | | | |
| 614 | NEURITIS | | 2 | 0.02 | | | |
| 615 | NEUROPATHY | | 93 | 0.84 | | | |
| 616 | NEUROSIS | | 13 | 0.12 | | | |
| 617 | NYSTAGMUS | | 32 | 0.29 | | | |
| 618 | OCULOGYRIC CRISIS | | 1 | 0.01 | | | |
| 619 | OPISTHOTONOS | | 1 | 0.01 | | | |
| 620 | PARALYSIS | | 19 | 0.17 | | | |
| 621 | PARALYSIS FACIAL | | 1 | 0.01 | | | |
| 622 | PARANOID REACTION | | 36 | 0.33 | | | |
| 623 | PARESTHESIA | | 227 | 2.06 | L | L | No |
| 624 | PERIPHERAL NEURITIS | | 10 | 0.09 | | | |
| 625 | PERSONALITY DISORDER | | 167 | 1.52 | NL | L | Yes |
| 626 | POLYNEURITIS | | 1 | 0.01 | | | |
| 627 | PORENCEPHALY | | 1 | 0.01 | | | |
| 628 | PSYCHOSIS | | 72 | 0.65 | | | |
| 629 | REFLEXES DECREASED | | 7 | 0.06 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061249

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 630 | REFLEXES INCREASED | 2 | 0.02 | | | |
| 631 | SCHIZOPHRENIC REACTION | 8 | 0.07 | | | |
| 632 | SCREAMING SYNDROME | 2 | 0.02 | | | |
| 633 | SLEEP DISORDER | 37 | 0.34 | | | |
| 634 | SOMNOLENCE | 948 | 8.6 | L | L | No |
| 635 | SPEECH DISORDER | 219 | 1.99 | NL | NL | Yes |
| 636 | STUPOR | 108 | 0.98 | NL | L | Yes |
| 637 | SUBDURAL HEMATOMA | 5 | 0.05 | | | |
| 638 | TARDIVE DYSKINESIA | 2 | 0.02 | | | |
| 639 | THINKING ABNORMAL | 315 | 2.86 | L | L | No |
| 640 | TORTICOLLIS | 1 | 0.01 | | | |
| 641 | TREMOR | 295 | 2.68 | L | L | No |
| 642 | TWITCHING | 158 | 1.43 | L | L | No |
| 643 | VERTIGO | 98 | 0.89 | | | |
| 644 | VESTIBULAR DISORDER | 3 | 0.03 | | | |
| 645 | WITHDRAWAL SYNDROME | 118 | 1.07 | | | Wording to be added |
| 646 | Sub Total | **8811** | | | | |
| 647 | *RESPIRATORY SYSTEM* | | | | | |
| 648 | ABSCESS | 1 | 0.01 | | | |
| 649 | APNEA | 31 | 0.28 | | | |
| 650 | ASPHYXIA | 1 | 0.01 | | | |
| 651 | ASPIRATION PNEUMONIA | 7 | 0.06 | | | |
| 652 | ASTHMA | 35 | 0.32 | | | |
| 653 | ATELECTASIS | 3 | 0.03 | | | |
| 654 | BRONCHITIS | 31 | 0.28 | | | |
| 655 | CARCINOMA LUNG | 2 | 0.02 | | | |
| 656 | CARCINOMA OF LARYNX | 1 | 0.01 | | | |
| 657 | CARCINOMA OF LUNG | 3 | 0.03 | | | |
| 658 | COUGH INCREASED | 54 | 0.49 | | | |
| 659 | DYSPNEA | 151 | 1.37 | L | L | No |
| 660 | EDEMA LUNG | 1 | 0.01 | | | |
| 661 | EFFUSION PLEURAL | 1 | 0.01 | | | |
| 662 | EMPHYSEMA | 2 | 0.02 | | | |
| 663 | EPISTAXIS | 37 | 0.34 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061250

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 665 | HEMOPTYSIS | | 8 | 0.07 | | | |
| 666 | HICCUP | | 6 | 0.05 | | | |
| 667 | HYPERVENTILATION | | 14 | 0.13 | | | |
| 668 | HYPOVENTILATION | | 16 | 0.15 | | | |
| 669 | HYPOXIA | | 8 | 0.07 | | | |
| 670 | INTERSTITIAL PNEUMONIA | | 5 | 0.05 | | | |
| 671 | LARYNGITIS | | 12 | 0.11 | | | |
| 672 | LUNG DISORDER | | 21 | 0.19 | | | |
| 673 | LUNG EDEMA | | 23 | 0.21 | | | |
| 674 | LUNG FIBROSIS | | 7 | 0.06 | | | |
| 675 | LUNG FUNCT ABNORMAL | | 2 | 0.02 | | | |
| 676 | LUNG HEMORRHAGE | | 2 | 0.02 | | | |
| 677 | PHARYNGITIS | | 67 | 0.61 | | | |
| 678 | PLEURAL DISORDER | | 1 | 0.01 | | | |
| 679 | PLEURAL EFFUSION | | 5 | 0.05 | | | |
| 680 | PNEUMONIA | | 98 | 0.89 | L | L | No |
| 681 | PNEUMONIA ASPIRATION | | 6 | 0.05 | | | |
| 682 | PULMONARY HYPERTENSION | | 2 | 0.02 | | | |
| 683 | RESPIRATORY CONGENITAL ANOMALY | | 2 | 0.02 | | | |
| 684 | RESPIRATORY DISORDER | | 27 | 0.25 | | | |
| 685 | RESPIRATORY DISTRESS SYNDROME | | 1 | 0.01 | | | |
| 686 | RHINITIS | | 40 | 0.36 | | | |
| 687 | SINUSITIS | | 20 | 0.18 | | | |
| 688 | SPUTUM INCREASED | | 5 | 0.05 | | | |
| 689 | VOICE ALTERATION | | 11 | 0.1 | | | |
| 690 | YAWN | | 2 | 0.02 | | | |
| 691 | Sub Total | | 772 | | | | |
| 692 | | | | | | | |
| 693 | SKIN AND APPENDAGES | | | | | | |
| 694 | ACNE | | 34 | 0.31 | | | |
| 695 | ALOPECIA | | 332 | 3.01 | NL | L | Yes |
| 696 | ANGIOEDEMA | | 21 | 0.19 | | | |
| 697 | CHLOASMA | | 1 | 0.01 | | | |
| 698 | CONTACT DERMATITIS | | 2 | 0.02 | | | |
| 699 | DISCOID LUPUS ERYTHEMATOSIS | | 1 | 0.01 | | | |
| 700 | DRY SKIN | | 31 | 0.28 | | | |

Pfizer_CPacella_0061251

| A | | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 701 | ECZEMA | | 21 | 0.19 | | | |
| 702 | EPIDERMAL NECROLYSIS | | 4 | 0.04 | | | |
| 703 | ERYTHEMA MULTIFORME | | 15 | 0.14 | | | |
| 704 | EXFOLIATIVE DERMATITIS | | 19 | 0.17 | | | |
| 705 | FUNGAL DERMATITIS | | 1 | 0.01 | | | |
| 706 | FURUNCULOSIS | | 2 | 0.02 | | | |
| 707 | HAIR DISCOLORATION | | 3 | 0.03 | | | |
| 708 | HAIR DISORDER | | 18 | 0.16 | | | |
| 709 | HERPES SIMPLEX | | 8 | 0.07 | | | |
| 710 | HERPES ZOSTER | | 20 | 0.18 | | | |
| 711 | HIRSUTISM | | 16 | 0.15 | | | |
| 712 | HYPERTROPHY SKIN | | 1 | 0.01 | | | |
| 713 | LEUKODERMA | | 3 | 0.03 | | | |
| 714 | LICHENOID DERMATITIS | | 2 | 0.02 | | | |
| 715 | MACULOPAPULAR RASH | | 26 | 0.24 | | | |
| 716 | MELANOSIS | | 4 | 0.04 | | | |
| 717 | NAIL DISORDER | | 16 | 0.15 | | | |
| 718 | NEOPLASM SKIN BENIGN | | 3 | 0.03 | | | |
| 719 | PRURITUS | | 170 | 1.54 | L | L | No |
| 720 | PSORIASIS | | 11 | 0.1 | L | L | |
| 721 | PURPURIC RASH | | 4 | 0.04 | | | |
| 722 | PUSTULAR RASH | | 3 | 0.03 | | | |
| 723 | RASH | | 411 | 3.73 | L | L | No |
| 724 | RASH MACULOPAPULAR | | 4 | 0.04 | | | |
| 725 | RASH PURPURIC | | 1 | 0.01 | | | |
| 726 | RASH PUSTULAR | | 2 | 0.02 | | | |
| 727 | RASH VESICULOBULLOUS | | 3 | 0.03 | | | |
| 728 | SEBORRHEA | | 3 | 0.03 | | | |
| 729 | SKIN BENIGN NEOPLASM | | 1 | 0.01 | | | |
| 730 | SKIN DISCOLORATION | | 35 | 0.32 | | | |
| 731 | SKIN DISORDER | | 38 | 0.34 | | | |
| 732 | SKIN DRY | | 3 | 0.03 | | | |
| 733 | SKIN HYPERTROPHY | | 1 | 0.01 | | | |
| 734 | SKIN NECROSIS | | 2 | 0.02 | | | |
| 735 | SKIN NODULE | | 6 | 0.05 | | | |
| 736 | SKIN ULCER | | 5 | 0.05 | | | |

Pfizer_CPacella_0061252