# EXHIBIT 121

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Blume, Cheryl (FP Expert)**
**11/12/2007**

**Printed : 3/20/2008**

233
1 A. Working in industry, it's not very easy to
2 publish, especially working in a small company. And
3 just -- just haven't.
4 Q. Okay. Did any of your -- your published
5 articles deal with postmarket surveillance techniques?
6 A. I doubt it. Well, there might be
7 postmarketing information comparing the two products,
8 but I doubt if there were surveillance techniques in
9 those articles.
10 Q. The answer to my question is no --
11 A. I doubt it.
12 Q. You doubt it.
13 The best you can tell, you've never published
14 on postmarket surveillance techniques, correct?
15 A. I -- I do -- I do not think so.
16 Q. Okay. Now, do any of these articles deal with
17 the treatment of -- or diagnosis of epilepsy, that
18 you've published?
19 A. No.
20 Q. Do any of them deal with the treatment and
21 diagnosis of depression?
22 A. I think it's woven in our patents, depression,
23 but it's not --
24 Q. Peer --
25 A. -- in publications.

234
1 Q. Peer-reviewed medical literature?
2 A. No.
3 Q. Are any of the peer-reviewed medical
4 literature you've published deal with neuropathic pain?
5 A. No.
6 Q. The treatment of pain?
7 A. No.
8 Q. Do any of your publications concern
9 proportional reporting ratios?
10 A. There was a comparison of adverse events in
11 one of these articles, but I -- I have no idea if we
12 defined it as a PRR or just did an incidence ratio. I
13 can't recall.
14 Q. Which article are you referring to?
15 A. Where we were comparing two
16 different clinical -- there is two clinical experience
17 articles in here with Maxzide and SmithKline's Dyazide.
18 I have no idea how we compared electrolyte levels.
19 Q. Oh, these are electrolyte levels, so -- okay.
20 So these -- it's unlikely you were comparing events with
21 regard to a drug adverse event, correct?
22 A. Well, one of the -- one of the adverse events
23 was hypocholemia.
24 Q. Okay. But you have no information that that
25 pertains to the calculation of --

235
1 A. Oh, I just don't recall how we did it.
2 Q. That's fine.
3 A. I didn't --
4 Q. Have you ever published any peer-reviewed
5 literature on the mechanism of action of antiepileptic
6 drugs?
7 A. No.
8 Q. Have you ever done any research into the
9 mechanism of action of antiepileptic drugs?
10 A. We are working on a project now with an
11 antiepileptic product, a product development project of
12 an antiepileptic marketed in Europe. Not marketed
13 yet -- not marketed in the United States, but it's being
14 developed in the United States for a different
15 indication. But mechanism of action work has been
16 included in that NDA.
17 Q. Okay. My question is, have you, Cheryl Blume,
18 ever published any peer-reviewed articles on the
19 mechanism of action of antiepileptic drugs?
20 A. No, that has not been published as an NDA.
21 Q. Have you ever personally conducted any
22 toxicological or pharmacological research into the
23 mechanism of action of antiepileptic drugs?
24 A. I'm working on an NDA project, but I don't
25 personally do animal studies, no.

236
1 Q. So that's -- I understand -- make sure I
2 understand this. You won't tell me the name of the drug
3 or the manufacturer, right?
4 A. Right, I won't.
5 Q. That's -- that is confidential until you
6 consult with your lawyer, correct?
7 A. That's right.
8 Q. I have a pending request for that, so I can't
9 inquire.
10 So is it fair to say that your work does not
11 involve pharmacological studies of the mechanism of
12 action of epileptic drugs where you were personally
13 responsible or participating in the actual research on
14 the mechanism of action?
15 A. Right, I do not do animal. I haven't done
16 animal trials since I left graduate school.
17 Q. Okay. Have you ever participated as an
18 investigator in a randomized placebo-controlled clinical
19 trial?
20 A. No, I've always worked for industry. I
21 haven't -- and I'm not a -- not a physician, so, no,
22 I've never been in one.
23 Q. Have you ever designed a randomized
24 placebo-controlled clinical trial for a pharmaceutical
25 product?