# EXHIBIT 122

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Blume, Cheryl (FP Expert)**
**11/12/2007**

**Printed : 3/20/2008**

|  | 45 |  | 47 |
|---|---|---|---|
| 1 | MR. BARNES: Well, if you would like to spend | 1 | MR. ALTMAN: I prepared a disk at the request |
| 2 | any more time authenticating this document, I'd be | 2 | of defense counsel which contained all of the |
| 3 | delighted to have you spend all of lunch time | 3 | material that I had sent to Dr. Blume and all of |
| 4 | confirming it, but we'll go on the -- we're going | 4 | the material I had actually created, all of my |
| 5 | to go on the basis that this is the CD that you | 5 | working copies of all of the material I had worked |
| 6 | provided to defense counsel last week. | 6 | with, as well as the raw data, I believe, that had |
| 7 | MR. FROMSON: That makes sense. | 7 | been provided to me by either the -- by the |
| 8 | MR. BARNES: Thank you. Let's mark this as | 8 | defendants, by Pfizer, in this case. |
| 9 | Exhibit No. 7, I believe. Correct? Thank you, | 9 | MR. BARNES: Okay. |
| 10 | Dr. Blume. 6. | 10 | MR. ALTMAN: And I just might add, that disk |
| 11 | MR. FROMSON: Well, we did -- | 11 | will contain a lot of information that was not |
| 12 | THE REPORTER: 7. | 12 | actually provided to Dr. Blume, so she does not |
| 13 | MR. FROMSON: By the way, the disk was labeled | 13 | have everything that is on that disk. |
| 14 | that was provided to her in October 28th of '07. | 14 | BY MR. BARNES: |
| 15 | That's my understanding as to when it was provided. | 15 | Q. Okay. Dr. -- Dr. Blume, describe for me, if |
| 16 | MR. BARNES: That -- I'll take your | 16 | you would -- |
| 17 | representation. Thank you. | 17 | MR. BARNES: I'll accept your representation, |
| 18 | MR. FROMSON: Thanks. | 18 | and thank you. That was not part of that |
| 19 | (Deposition Exhibit No. 7 marked for | 19 | discussion between counsel and -- for the |
| 20 | identification.) | 20 | plaintiffs and the defense counsel. |
| 21 | MR. FROMSON: 7. All right. What's | 21 | BY MR. BARNES: |
| 22 | Exhibit 6? | 22 | Q. When Mr. Altman -- describe how in this case |
| 23 | THE WITNESS: This is 6. | 23 | you've interacted with Mr. Altman in terms of the |
| 24 | MR. FROMSON: 6 were the e-mails. | 24 | performing any analyses and -- on the various databases |
| 25 | MR. BARNES: I have the -- I have the -- I | 25 | and data sets that you've referenced in -- in your -- in |

|  | 46 |  | 48 |
|---|---|---|---|
| 1 | have 6 -- I have 6 being the -- I pulled this out | 1 | your prior answer. |
| 2 | separately. Put it right on top. Thanks. | 2 | MR. FROMSON: Just -- just note my objection |
| 3 | Now, I'm going to -- I'm just going to -- now, | 3 | to the form of the question to the extent that |
| 4 | I'm going to just -- just lay a foundation with -- | 4 | you're asking her anything that pertains to the |
| 5 | with counsel so we understand what this is. | 5 | subject matter of draft reports that were |
| 6 | This was at our request. Your firm, from | 6 | ultimately provided. |
| 7 | Mr. Altman, provided Exhibit No. 7. Mr. Altman, | 7 | MR. BARNES: I do not want draft report |
| 8 | will you describe what -- what is -- Exhibit No. 7 | 8 | information. I don't know if she'd even know that. |
| 9 | contains, for the record, please. | 9 | But if you do, that -- not the draft report. |
| 10 | MR. FROMSON: Notwithstanding that Mr. Altman | 10 | BY MR. BARNES: |
| 11 | has not been sworn under oath, I certainly don't -- | 11 | Q. What I want to know, when you communicated |
| 12 | MR. BARNES: I'll -- I'll -- | 12 | with Mr. Altman, what analyses -- or how did you |
| 13 | MR. FROMSON: I don't have an objection to him | 13 | interact with him in terms of creating the analyses for |
| 14 | making a representation for our firm and for our -- | 14 | your consideration in this case? Broadly. |
| 15 | for our discussion purposes. | 15 | A. Uh-huh. (Indicates affirmatively.) |
| 16 | MR. BARNES: And he did -- he made that | 16 | I asked Mr. Altman to conduct the same sort of |
| 17 | repre- -- he can make -- he's making this | 17 | analyses that we conduct in our standard |
| 18 | representation under your direction and permission, | 18 | pharmacovigilance work for -- for pharmaceutical |
| 19 | correct? | 19 | companies. And what that means is accessing the |
| 20 | MR. FROMSON: As part of what we'd consider -- | 20 | different types of events at different periods of time. |
| 21 | we would consider to be a meet-and-confer process, | 21 | In this particular instance, the report is |
| 22 | absolutely. | 22 | divided into four time periods. And in each time |
| 23 | MR. BARNES: Thank you very much. | 23 | period, we looked at all available databases, which |
| 24 | MR. FROMSON: Go ahead. | 24 | included the U.S. pharmacovigilance database referred to |
| 25 | MR. BARNES: Okay. | 25 | as either "SRS" or "SRS/AERS." We accessed the World |

49

1   Health Organization database. We looked at Health
2   Canada at least during one period in which it was
3   available. I believe in this report we also looked at
4   DAWN, the Drug Abuse Network Test, the Test Network, and
5   the internal Pfizer pharmacovigilance database or
6   adverse event database.
7       And during that period of time -- during those
8   periods of time, we conducted the same sort of queries
9   that we conduct as part of our NDA preparation efforts
10  and as part of our post-NDA pharmacovigilance
11  assignments for clients.
12      And that includes -- in this particular case,
13  we were interested in psychobiological, neuropsychiatric
14  terms, and we were also look -- interested in looking at
15  the contribution of those terms relative to the entire
16  database over time.
17      Q. Okay. Now, specifically, can you set forth in
18  specifics what inquiries you had Mr. Altman run in
19  connection with your review of the various databases?
20  And I'm not so much interested in report, but the -- you
21  know, the -- but the types of inquiries you asked him to
22  run. And are all of them included in your report?
23      A. Yes, I can address that.
24      Q. Thank you.
25      A. And the assignments varied, of course, by

50

1   necessity during different time periods.
2       I believe the first time period that we will
3   be interested in is in the period 1994 to 1996. And
4   I'll get to that in just a second.
5       Now, the adverse events that are noted in this
6   report that appear in either quarterly or annual reports
7   or in PSURs, we are able to access those and address
8   those in our office.
9       Where I turn to Mr. Altman's expertise are in
10  the -- are in the large databases that are relied upon
11  in doing -- conducting pharmacovigilance work. So that
12  would include the Pfizer's -- Pfizer's internal
13  database. And, for example, he would have been involved
14  in the work that we did in -- the first time period of
15  relevance is '94 to '96.
16      Q. Would you please tell me the charts which he
17  pulled for you, please.
18      A. He filtered the data that would have been
19  involved in -- on page 69 of my report, page 70, 71, 72,
20  which are the filter of the top 25 adverse events during
21  that relevant time period in the database across all
22  body systems. And that would proceed to 72, 73, 74.
23      Beginning on page 75, which is paragraph 117,
24  we turn then to the various available databases,
25  independent available databases. During this timeframe

51

1   with the U.S. Government, it would have been the SRS --
2       Q. Who did --
3       A. -- system.
4       Q. Who -- who pulled the data on -- and did the
5   analysis for paragraph 117 on page 75?
6       A. Mr. Altman.
7       Q. Mr. Altman did?
8       A. Yes. This is from the FDA's database. It's
9   maintained by -- I think it's maintained by NTIS.
10      Q. So just so I understand, the tables on 69, 70,
11  71, 72, 73, 74, and page 75 were prepared by Mr. Altman,
12  correct?
13      A. He provided me with the numbers of events.
14  The tables were actually prepared here.
15      Q. What did you do -- let's just take page 75.
16  What -- describe what you personally did to prepare
17  Table -- the table on page 75.
18      A. Okay. This is in 1994, which would have been
19  the first marketed year of Neurontin in the
20  United States, so Pfizer would be submitting quarterly
21  reports during that timeframe. So we pulled the terms
22  that we were interested in having filtered by Mr. --
23  Mr. Altman from the FDA's database. We gave him the
24  terms that we were interested in. He gave me the number
25  of reports.

52

1       I also asked him to give me the total number
2   of events in the database so we could do the standard
3   calculation of the percent of total.
4       Q. So on page 75, you look at abnormal dreams,
5   that -- that percentage, the numerator is -- let's say
6   on 1996 Q2, the numerator would be one, and then the
7   denominator would be all events in the database
8   pertaining to having been reported to Neurontin?
9       A. That would be yes.
10      Q. Okay.
11      A. Oh, yeah. And it would only be the Pfizer
12  database, of course, because it was a sole source
13  product at that time.
14      Q. Okay. Continue after '75 as to what -- what
15  Mr. Altman prepared versus to what -- as to what you
16  prepared.
17      A. Okay. So the --
18      Q. Who accessed Health Canada on page 76?
19      A. Well, that's World Health Organization.
20      Q. I'm sorry.
21      A. That's not Health Canada.
22      Q. I made a mistake. I apologize.
23      A. We generally access the WHO database. Now,
24  whether we did it in this case or Mr. Altman accessed
25  it, I don't specifically recall.