EXHIBIT 125

# BIOLOGICAL

# PSYCHIATRY

## Second Edition

## Michael R. Trimble

WILEY

## NEUROCHEMICAL INVESTIGATIONS

There has been a considerable number of investigations of CSF in the affective disorders, the majority examining the noradrenergic or the 5-HT hypotheses. In contrast to the studies in schizophrenia, the neuropathological studies are few in number.

### CSF

The main metabolites investigated, in studies with or without the probenecid technique, have been 5-HIAA and MHPG. Overall, more studies report lower levels of 5-HIAA than no differences compared with controls. Many of the early studies did not use the probenecid method, and were dismissed on account of methodological problems. First, much 5-HIAA released from the CSF by the brain is removed from the CSF by an active transport system, giving a 3 to 1 gradient from ventricular to lumbar fluid. Secondly, factors such as diet, time of day and patient height and posture were often not taken into account. Thirdly, the spinal cord was known to contribute to the 5-HIAA pool, further diminishing the relevance of lumbar fluid findings.

Using the probenecid technique, several groups have shown diminished accumulation of 5-HIAA, further diminished by the administration of antidepressants (Post and Goodwin, 1978) but elevated by L-tryptophan and 5-HTP (Takahashi et al., 1975). In addition, the low levels seem to persist on clinical recovery, in both baseline (Coppen et al., 1972) and probenecid studies (van Praag, 1980a). In a series of investigations, van Praag (1980a), using the probenecid method, reported low levels of 5-HIAA to characterize some 40% of cases, although he did not report any psychopathological differences between these and other patients. In contrast, Banki et al. (1981) reported anxiety, insomnia, retardation, fatigability and suicide to be more prevalent in a subpopulation of patients with low 5-HIAA. The low levels are noted in patients with an absence of significant adverse life events in six months prior to onset of their illness (Roy et al., 1986b).

A relationship between suicide and low 5-HIAA has been replicated by most studies that have examined it. Åsberg and colleagues (Åsberg et al., 1976; Lidberg et al., 1985) reported 5-HIAA as lower in those who attempt suicide, even in nondepressed subjects, and in those who have murdered sexual or familial partners or their children. They have also reported in a follow-up study of depressed patients that those with low values are more likely to die from suicide in the ensuing 12 months. Since similar findings are reported in schizophrenics who attempt suicide (Ninan et al., 1984), in alcoholic impulsive violent offenders (Linnoila et al., 1983b), and in

patients with aggression who have borderline personality disorders without depressive illness (Brown *et al.*, 1982), one interpretation is that the low 5-HT turnover is related to impulse control and aggression, rather than to depression *per se*. Of related interest is the study of Higley *et al.* (1992) in rhesus monkeys. High rankings for aggression were negatively correlated with CSF 5-HIAA, and positively with CSF noradrenaline.

There is one investigation of ventricular fluid metabolites in depression. Bridges *et al.* (1976), in a study of patients having psychosurgery, with chronic or persistently resistant depression, reported severely depressed patients to have the lowest and agitated patients to have the highest 5-HIAA levels respectively.

In contrast, results of 5-HIAA levels in mania have been contradictory, some studies reporting increased and others decreased values.

CSF catecholamine or catecholamine metabolite levels have been studied with less consistent results. In keeping with the urine investigations, some authors report low levels of MHPG (Post *et al.*, 1973) and others show normal results (Post *et al.*, 1985) and no relationship to suicide. Low HVA levels have been reported in subgroups of patients, notably those with retardation (van Praag, 1977a) or who attempt suicide (Roy *et al.*, 1992). This observation is consistently reported in probenecid studies, and seems robust. In contrast, agitation and psychosis are reported to be related to increased HVA levels (Banki *et al.*, 1981).

Estimates of noradrenaline levels have produced inconsistencies, although there are two reports of elevations in mania (Gerner *et al.*, 1984; Post *et al.*, 1985) associated with paradoxically decreased dopamine beta-hydroxylase levels (Post *et al.*, 1985). Lower adrenaline levels have also been reported in depressed patients, returning to normal with recovery (Christensen *et al.*, 1980).

There are several reports of CSF data combining with other biological markers. In particular, DST non-suppressors show lower HVA (Banki *et al.*, 1983) and a poor association with adverse life events (Roy *et al.*, 1986b).

Lower CSF GABA has been noted in several studies (Berrettini *et al.*, 1983; Gerner *et al.*, 1984), as has lower CSF somatostatin (Rubinow *et al.*, 1985), especially in dexamethasone nonsuppressors (Doran *et al.*, 1986). This suggests a functional interdependence of CRF on somatostatin, possibly at the level of the hypothalamus, and receives some support from observations of higher CSF cortisol in depression (Träskman *et al.*, 1980), associated with nonsuppression of the DST (Banki *et al.*, 1983).

Other CSF changes reported include lower AVP (Gjerris, 1988), lower pregnenolone (George *et al.*, 1994a), and decreased S-adenosyl methionine (Bottiglieri *et al.*, 1990).

### Brain neurochemistry

The CSF data provide limited support for changes in catecholamines in depressive illness, especially in relation to motor activity. The data from brain neurochemical studies in this area are minimal. Those reported lend weight to changes in the 5-HT system, and are largely derived from studies of brains of patients who have committed suicide. These data are difficult to interpret methodologically, especially since psychotropic drugs are often the main cause of death in such patients, and there are difficulties of controlling for post-mortem degradation.

Most studies of cortical 5-HT and 5-HIAA in post-mortem brains reveal no changes, findings from the brainstem being more consistent in showing lower levels than controls (Shaw *et al.*, 1967; Lloyd *et al.*, 1974). In a study of bipolar patients, Young *et al.* (1994) reported decreased 5-HIAA and HVA levels in cortex, and increased noradrenaline turnover, reflected in increased MHPG/NA ratios.

Attempts to examine binding sites have mainly used labelled imipramine, amitriptyline or paroxetine, and this use of different ligands may be important. Results are very variable (Lawrence *et al.*, 1990), and no conclusions can be drawn. There are several studies supporting the early findings of increased frontal binding of 3H-spiperone, suggesting raised $5-HT_2$ receptors at this site (Stanley and Mann, 1983), but results using $5-HT_{1a}$ ligands are conflicting.

It has already been noted that an important variable with regards to 5-HT function relates perhaps more to violence and impulsivity than to depression. The changes in $5-HT_2$ binding seem more consistent in those studies of violent suicides (Stanley and Mann, 1983; Arora and Meltzer, 1989). These data are interpreted as reflecting low 5-HT turnover, with compensatory increase in postsynaptic binding sites.

In other studies, brain MAO, noradrenaline levels and muscarinic cholinergic binding have been studied with negative results. One group has reported low dopamine levels in the caudate nucleus (Birkmeyer *et al.*, 1977), and others have shown significantly increased beta-adrenergic receptor binding to frontal cortex (Mann *et al.*, 1986), increased clonidine (alpha-2) binding in suicide patients (Meana *et al.*, 1992), and increased frontal benzodiazepine binding sites (Cheetham *et al.*, 1988).

## NEUROPHYSIOLOGICAL AND NEUROLOGICAL DATA

### Electrophysiological studies

Some of the earliest reports of EEG traces in affective disorder found a higher than expected incidence of abnormalities. For example, Finley and

Campbell (1941) found abnormalities in 33% of 137 manic depressive patients, similar data being given by others (Davis 1941). As with schizophrenia, attention was drawn to the presence of abnormally fast (20–50 Hz) frequencies.

Abrahams and Taylor (1979) analysed the records of 27 schizophrenic and 132 affective disorder patients, noting that in contrast to the more extensive and temporal location of the abnormalities in schizophrenia, the affectives had more parieto/occipital changes (24%). In cases where the abnormalities were lateralized, 71% were right sided. This did not relate to age, severity of illness or medication.

Two waveforms in particular have been associated with affective symptoms. The six-per-second rhythmic waves, also referred to as rhythmic midtemporal discharges (RMTD), are associated with an increased risk for psychopathology, including high hypochondriasis and depression scores on the MMPI (Hughes and Hermann 1984) (see Figure 1). Small sharp spikes (SSS), brief-duration small amplitude spikes that are sometimes exclusively temporal in location and manifest in drowsy states or light sleep, have been associated with neurovegetative symptoms, affective disorders and a tendency to suicide (Small, 1970) (see Figure 2). In particular, related symptoms included mood swings, anxiety, insomnia, concentration difficulties and feelings of hopelessness. Further, in patients with bipolar affective disorder, 43% show SSS, which may be significantly related to a family history of affective disorder (Small et al., 1975).

Struve et al. (1979) reported a highly significant positive relationship between paroxysmal EEG abnormalities and suicidal ideation and acts, and assaultive/destructive acts, unrelated to medication. Both SSS and RMTD were included in the paroxysmal events that were associated with suicide. The relevance of these findings for such conditions as episodic dyscontrol and the association between epilepsy and affective disorder and suicide is not clear. However, they do emphasize the importance of paroxysmal electrophysiological events beyond epilepsy, and that 'all that spikes is not fits' (Stevens, 1979).

Data from power spectra analyses have been reported in detail by Flor-Henry (1983). He confirms the increased amount of 20–50 Hz activity, notably bilaterally in the temporal regions for both mania and depression, and in the left parietal region in mania. In his studies there was a significant reduction of right parietal alpha energy in both states, thought to reflect abnormal activation of the non-dominant hemisphere. Examining interhemispheric organization by means of an EEG measure of left/right hemispheric energy oscillations, at rest and during certain cognitive tasks that activated one or other hemisphere, he reported that the organization is most disturbed and bilateral in schizophrenia, is

250



13 ECG

21 Eye M.

T.C: 0·3s

H.F: 70Hz

140μV ⌐1s

Figure 1. Rhythmic midtemporal discharges. Note trains of notched waves, maximal in the left temporal regions (leads 7, 12, and 18). (Kindly supplied by Dr Colin Binnie, Institute of Psychiatry.)





**Figure 2.** Small sharp waves (benign epileptiform transients of sleep). Note the short duration spikes. A magnification of those from channels 6 and 7 is shown below. These are predominant in the temporal regions and seen during drowsiness or stages one and two sleep. (Kindly supplied by Dr Colin Binnie, Institute of Psychiatry.)

intermediate and in the dominant hemisphere only in mania and is normal in depression.

The evoked potential literature is confused and difficult to interpret. Shagass *et al.* (1981), in studies where potentials were evoked by four different kinds of sensory stimuli, claim to show differences between psychotic depressives and schizophrenics. They report that the amplitudes of earlier peaks are higher in the latter, while later peaks (P90, N130 and P185) were higher in depressives. However, in both groups most amplitudes were lower than controls. The data were

biological markers. Latencies are briefer in patients who are cortisol nonsuppressors (Rush et al., 1982; Mendlewicz et al., 1984).

Benca et al. (1992) conducted a meta-analysis of sleep disorders reviewing data from over 7000 patients. While most psychiatric groups showed reduced total sleep time, accounted for by decreases of non-REM sleep, percentage REM was increased in affective disorders. Decreased latency was seen in several disorders, but overall, the findings for this, and other parameters were more consistently disturbed in depressed patients.

The meaning of these changes is unclear. They seem to identify a pattern of depression referred to as endogenous, and may be presumed to be a reflection of the underlying biochemical abnormality associated with the condition. Manipulation of sleep, for example deprivation, has an antidepressant effect, and, in patients switching from depression to mania, a change in sleep pattern heralds the change in mood and motoric behaviour. Several hypotheses have been advanced (Gillin et al., 1985). Since REM sleep is regulated by monoamines and is influenced by cholinergic medications (REM latency can be shortened by physostigmine), one suggestion is that it reflects a disturbed cholinergic/aminergic balance. Another is that the short latency represents a 'phase advance', a shift of diurnal rhythms.

## Radiological studies

### CT and MRI

Early CT data revealed a subgroup of patients with affective disorder that had ventricular dilatation and cerebral atrophy (Nasrallah et al., 1982a; Dolan 1985b). Increased ventricular size has been reported in patients with manic depressive illness (Pearlson and Verloff, 1981), psychotic depression with delusions (Targum et al., 1983b), mania (Nasrallah et al., 1982b), young manics (Nasrallah et al., 1982b), and elderly depressives (Jacoby and Levy, 1980c).

MRI data have confirmed and extended these findings. There are several reports of increased subcortical white matter intensity lesions in the elderly with depression (Coffey et al., 1993) and in bipolar disorder (Strakowsi et al., 1993). In the elderly, this may be related to vascular disease, and is more prominent in the frontal areas (Coffey et al., 1993). It seems that the presence of atrophy in the elderly may predispose to the development of affective disorder.

Other findings in depression include decreased caudate volumes (Krishnan et al., 1992), decreased temporal lobe size (Hauser et al., 1989), decreased brainstem and cerebellar vermis volumes (Shah et al., 1992). In

Wisconsin Sorting Task, but in depression it can be, Berman *et al.* (1993) have argued that the pathophysiology of the abnormality differs between the two conditions. It seems to relate to a common symptom pattern shared between the diagnoses, namely psychomotor retardation.

The involvement of the cingulum is of interest. It is related to attentional mechanisms, which are disturbed in depression, to pain appreciation, and is central to the limbic circuitry modulating emotion. In studies where sleep deprivation has been attempted to treat patients with depression, increased cingulate activation seems to predict a good response (Wu *et al.*, 1992).

In PET studies using SPM it has been shown that the cingulum can be activated by the STROOP test, which involves selecting appropriate responses and inhibiting others. Patients with depression fail to activate the cingulate gyrus with this task, but activate the dorsolateral prefrontal cortex (George *et al.*, 1994d). Another activation task used by George and colleagues (1994c) is a facial recognition task, separating the response for identity recognition from that of emotional expression recognition. Depressed subjects have a deficit in matching faces for emotional content, and fail to activate the right insula as seen in controls with this task.

In an attempt to understand the role of some of these structures in emotion, investigators have imaged healthy volunteers in different emotional states using oxygen PET. George *et al.* (1994b,c) reported that transient sadness activated the amygdala, the anterior temporal lobes, and the orbital and prefrontal cortex bilaterally. These same areas are activated by intravenous procaine, a drug that activates limbic structures and causes dysphoria. In contrast, transient happiness produces decreased activity in temporoparietal cortex bilaterally and the right frontal cortex. Thus, while these volunteer studies help to outline further an anatomy of mood, the direction of the changes noted require explanation. George *et al.* speculate that perhaps a chronic increase in limbic activity shuts down with the onset of a depression in mood disorder patients.

Procaine-induced euphoria is associated with activation of the amygdala, basal forebrain and anterior cingulate (Ketter *et al.*, 1994). Using SPM and PET, George *et al.* (1994b) examined rCBF in mania. They reported increased activity in right temporal structures. The only other study of PET in mania was that of Baxter *et al.* (1985) that reported global hypermetabolism.

There are few receptor studies. D'haenen and Bossuyt (1994), using ketanserin and IBZM SPECT, reported frontal asymmetries with the former, and increased uptake of the latter in depression. Wong *et al.* (1985) using PET had not found increased $D_2$ receptors using methylspiperone in bipolar patients but more recently has (Pearlson *et al.*, 1995), thus the

256   *Biological Psychiatry*

findings with IBZM are difficult to interpret. However, Ebert *et al.* (1994) reported that responders to sleep deprivation showed a decrease of $D_2$ receptor occupancy after treatment.

### Neurological data

It is clear that depression can be associated with a wide range of somatic illnesses, including endocrine disorders, malignancy, viral disorders, hepatic and pancreatic disease, electrolyte disorders and the collagenoses (Hall, 1980). Further, many people with chronic illness become despondent and demoralized. These states, often associated with some symptoms of a major depressive illness, are sometimes referred to as secondary depression or depressive reactions, but in most instances their phenomenology has not been well specified, and their response to conventional antidepressant treatments not evaluated. Again it is of importance to understand the definition of a depressive illness, and to differentiate it from understandable reactions to adverse circumstances, and human misery. Failure to do so leads to confusion over biological data collected in supposed major affective disorder and to unnecessary prescription of antidepressant drugs, which themselves carry morbidity.

Secondary mania, although rarer, has been noted with several CNS conditions, including postencephalitic states, Huntington's chorea, tumours, in epilepsy, following head injury and with cerebellar atrophy (Krauthammer and Klerman, 1978; Yadalam *et al.*, 1985). Euphoric mood changes were commonly described in GPI, and a 'eutonia' and 'empty' euphoria accompanies the periventricular demyelination of multiple sclerosis. Most studies reveal that the focal lesions that lead to secondary mania are right sided, and involve the orbitofrontal cortex, caudate nuclei, thalamus or basotemporal areas (Table 10).

A number of drugs may precipitate, provoke or exacerbate a depressive illness, and the role of reserpine in originally providing an insight for the biochemical theories has been mentioned. A short list of commonly used drugs associated with the condition is shown in Table 11; more extensive reviews are available (Whitlock and Evans, 1978; Hall, 1980).

Depressive illness is common with neurological disorders, and the literature has been reviewed elsewhere (Trimble, 1981a; Cummings, 1985; Cummings and Trimble, 1995). The association is more than just an accompaniment to chronic illness, and touches upon the biochemical and neuroanatomical underpinnings of affective expression. The conditions most considered are head injuries, cerebrovascular disease, epilepsy, multiple sclerosis and Parkinson's disease. Depressive symptoms in

**Table 10.** Studies of disorders associated with secondary mania

Cerebrovascular accidents
Epilepsy
Parkinson's disease with dopamine agonist therapy
Idiopathic basal ganglia calcification (Fahr's disease)
Huntington's disease
Traumatic brain injury
Multiple sclerosis
Frontal lobe degenerations
Cerebral syphilis

**Table 11.** Some drugs commonly associated with affective disorders

Depression
  Alcohol
  Barbiturates
  Benzodiazepines
  Butyrophenones
  Digitalis
  Disulfiram
  Fenfluramine and appetite suppressants
  Methyl dopa
  Metronidazole
  Non-steroidal anti-inflammatory drugs
  Oral contraceptives
  Phenothiazines
  Propranolol and other beta blockers
  Reserpine
  Vigabatrin
Mania
  Amphetamine and other stimulants
  Bromocriptine
  L-dopa
  MAOI antidepressants
  Steroids
  Tricyclic antidepressants

dementia are discussed in Chapter 11, and head injury and tumours in Chapter 6. It is germane to note that head injuries, often of a relatively trivial nature, may provoke depressive symptoms, often in the setting of a post-traumatic neurosis. The contributions of neuronal, personality and psychosocial influences to the final picture have been discussed elsewhere (Trimble, 1981b). Lesion location has been shown important, especially

with early onset depression. Left dorsolateral frontal and left basal ganglia lesions are particularly implicated (Jorge *et al.*, 1993).

With regard to tumours, meningiomas, especially frontal meningiomas, are notoriously liable to induce a picture of typical major depressive disorder. Both temporal and frontal lobe tumours are likely to present with changes of affect, including euphoria, hypomanic-like features, lability, depression and irritability, with a tendency for this to be commoner with dominant hemisphere pathology (Cummings, 1985; Lishman, 1987). However, parietal and diencephalic tumours are also reported to lead to affective change, especially hypomanic swings with diencephalic lesions (Greenberg and Brown, 1985).

The association between basal ganglia disorders and depression is of particular interest. In Parkinson's disease some 30–60% of patients have a depressive illness, not entirely due to the limitations of the chronic disability. The subject has been well reviewed by Cummings (1992). The clinical picture may be dominated by anxiety, although all typical depressive features are seen. No consistent relationship to age of onset is noted, although some suggest it is commoner with early onset disease. There is a correlation between depressive symptoms and motor impairment, but no consistent relationship between for example Hoehn and Yahr staging and depression ratings.

Biological associations have been reported. A relationship between right-sided hemiparkinsonism and severity of depression has been noted (Starkstein *et al.*, 1990), and greater depression in 'off' phases in patients displaying 'on–off phenomena' (Brown *et al.*, 1984).

The depression associated with Parkinson's disease is often reported to occur prior to the onset of the motor disorder, responds to ECT, and has been associated with decreased CSF 5-HIAA levels (Mayeux *et al.*, 1984).

PET studies have shown decreased CBF in the frontal and cingulate areas, in regions that overlap with the abnormalities shown in primary depressive illness (Ring *et al.*, 1994).

Huntington's chorea also often presents with disorders of affect, including psychotic depressive and hypomanic pictures. Again this can be dissociated from the motor disability, and may be seen prior to the onset or diagnosis of the chorea. Further, a high frequency of suicide is reported, even in those with no knowledge of their diagnosis. In a comparison of the frequency of major affective disorder in this condition and Alzheimer's disease, Mindham *et al.* (1985) reported that the Huntington's disease patients showed twice the incidence, emphasizing some special relationship, as opposed to the depressive symptoms merely being a prodrome to the dementia. PET studies reveal decreased orbital and inferior prefrontal cortical metabolism related to depression in this condition (Mayberg, 1994).

Case 1:04-cv-10698-RCL   Document 197-13   Filed 07/09/2008   Page 16 of 22

Other basal ganglia disorders associated with affective change, either depressive or euphoric, include Wilson's disease, Sydenham's chorea and the blepharospasm–oromandibular–dystonia syndrome (Bruegel's or Meige's syndrome) (Trimble, 1981a).

Cerebrovascular accidents (CVA) regularly leave neuropsychiatric sequelae, and depression is common. A controlled study in comparison with similarly disabled orthopaedic controls revealed a significantly higher level of depression in the CVA patients (50% against 13% for controls), suggesting the mood change is not a simple reaction to disability (Folstein *et al.*, 1977).

In a series of studies, Robinson and colleagues have explored this, using CT evaluation of lesion extent and site (Robinson and Szetela, 1981; Robinson *et al.*, 1984; Starkstein and Robinson 1993). In patients with CVA they noted 27% to have a major depressive disorder and 20% a dysthymic disorder. They found that location in the dominant hemisphere, and the nearer the lesions to the frontal pole, the more severe the depression. In the non-dominant hemisphere, the further away from the frontal pole the higher the frequency of the depression. There was no association with aphasia, although others have noted depression to be more prevalent in association with Broca's aphasia (Benson, 1979). On follow-up, the major depressive disorder persisted in 60%, and others developed a new depressive syndrome. The correlation to the left frontal pole persisted. A similar relationship was confirmed in a series of only left-handed patients. Subcortical atrophy identified by brain imaging, and a family history of depression seem predisposing risk factors.

Using PET and methylspiperone, Robinson and colleagues reported increased binding ($5\text{-}HT_2$ receptor) in uninjured brain areas in patients with CVAs, but only for right hemisphere strokes. In left hemisphere lesions, the ratio of ipsilateral to contralateral binding in temporal cortex was correlated with depression scores. These data require replication, but suggest that the mechanism of post-stroke depression is different between the two hemispheres. They speculated on the possible reasons for the association of lesion site to severity of depression, citing their own animal work. They produced experimental stroke lesions in rats and noted greater post-lesion decline in catecholamine levels with anterior as opposed to posterior cortical lesions. They suggested that a frontal lesion interrupts more arborizing monoamine projection pathways than does a posterior lesion, leading to greater destruction of axones and more catecholamine depletion.

Patients with affective disorder have been examined for clinical neurological abnormalities. Generally these are noted with a lower frequency than in schizophrenia, and no specific pattern emerges (Manschreck and Ames, 1984).

## Neuropsychological disturbances in affective disorder

There is no doubt that a marked cognitive impairment can accompany depressive illness, and that complaints of poor memory, impaired concentration and difficulty with planning, decison making and abstracting abilities by patients are common. The term pseudodementia has been used to specify this (Wells, 1979; Caine, 1981). It can be argued that this state is better referred to as one of 'reversible dementia', and categorized as a subcortical dementia (see Chapter 11).

The presentation can so resemble dementia that many patients are misdiagnosed as having Alzheimer's disease, and left untreated. The importance of the recognition of pseudodementia is that it is a reversible state of cognitive decline, and improves in association with improvement of the depressive illness.

Although there are other causes of pseudodementia, which include hypomania, hysteria and schizophrenia (Trimble, 1981a), that associated with depression is the commonest, and some degree of cognitive impairment is found in most cases. Important clues to help distinguish it from dementia include a past history of affective disorder; the relatively acute onset, with little evidence of decline prior to the development of affective symptoms; the patient's distress and complaints about cognitive function (as opposed to the lack of insight often seen in dementia); the response to questions in the mental state examination (patients often using 'don't know' as an answer, whereas in dementia the answers are more evasive, skirting the correct but lost answer); and the performance on more structured psychological tasks which do not reveal the focal deficits of Alzheimer's disease and produce patchy inconsistent impairment.

Pseudodementia is one of the most frequent problems leading to an inappropriate diagnosis of dementia, and follow-up studies of patients with dementia often reveal a subgroup that has not declined or has even improved over time. In restrospect, depressive illness is then often diagnosed (Marsden and Harrison, 1972; Ron et al., 1979a).

In addition to the clinical features, CT and EEG evaluation are essential, both often being within normal limits. However, since a subgroup of patients with depressive illness has cerebral atrophy, confusion will occur if only CT data are taken in isolation.

There is no clear pattern of cognitive impairment that emerges, but often the patients' subjective complaints are worse than their performance on objective tests. When patients with depressive illness are compared with controls on cognitive test batteries they tend to show impairments of attention, lack of speed in mental processing, poor attention to detail (Caine, 1981), difficulty in abstraction and memory difficulties, especially on tasks that require effort, motivation and active processing.

There is some suggestion of more non-dominant hemisphere dysfunction, with greater impairment of performance as opposed to verbal abilities, especially for spatial information (Weingartner and Silberman, 1985). Although not entirely consistent, the literature from investigations adopting different testing strategies does suggest predominantly non-dominant frontotemporal dysfunction in depressive illness (Flor-Henry, 1983; Taylor and Abrams, 1984). These impairments seem greater with more severe depression, and improve with treatment and clinical response of the depression.

## SOME OUTSTANDING ISSUES

It seems clear that much biological information about the affective disorders has been accumulated in recent years. Although there are many conflicting data, there is also a growing body of consistency, and some of the earlier difficulties have been overcome by improved technology, better patient selection and clarification of hypotheses to be tested. However, new problems have arisen with the wealth of investigations now available to the investigator, and the complexities of interpreting empirically derived data, often collected without reference to any clear underlying hypothesis.

Classification is still quite unsatisfactory, and continues to be a potential source of data conflict. Although the DSM IV has provided a reasonable attempt to unify the researchers' ideals, it fails, perhaps in the sense of being too broad for identifying truly homogeneous groups. The loss of the reactive–endogenous dichotomy is welcomed, not only because of the inconsistency and confusion surrounding the word reactive, but because it has falsely assumed a classification based on aetiology. Unlike the original scheme of Mobius, in which endogenous was contrasted with exogenous, on grounds of causation, the evidence that depressions are somehow either provoked by external circumstances or are the result of a mysterious internal process does not stand up. There are many studies employing life event methodology which show that antecedent life events do not predict clinical pattern (Paykel and Hollyman, 1984), although the fact that human adversity may lead to depressive symptoms hardly requires scientific validation. The important question is why some people develop a depressive illness, and what are the constitutional, neurophysiological and neurochemical correlates of vulnerability and presentation.

Most authors seem to identify a core of patients that suggests a biological syndrome, and in the past the term endogenous has been used to describe them. In DSM IV major depressive episode is a substitute. The relationship to bipolar disorder depression still requires clarification.

While clinically they are identical in phenomenology, there may be important biological differences. Further, the filiation with dysthymic disorder should be questioned. The confusion that continually arises when mood changes based primarily on underlying personality disorders are mistaken for depressive illness has already been discussed.

The relative lack of data in mania is immediately obvious. This stems in part from the fact that it is less common, and manic patients, because of their clinical state, are often poor research subjects. Much information is hidden under bipolar disorder, patients occasionally being examined in both a depressed and a manic phase. The main hypotheses tested, as in depressive illness, relate to the various monoamine hypotheses.

The initial monoamine theories were simple, depression relating to a deficit of catecholamine or 5-HT activity or turnover. In the United Kingdom the data have concentrated more on the latter, while in the United States it is the catecholamine hypothesis that became predominant. As shown in Table 12, evidence reviewed in this chapter provides support for the involvement of both transmitters, but this is hardly surprising. Few would uphold any suggestion that neurotransmitters act in isolation, and the various feedback and regulatory events that exist between them, now including the neuromodulators, are gradually being unravelled.

Schildkraut and Kety's (1967) original hypothesis was that some or all depression was associated with 'a relative deficiency of noradrenaline at functionally important adrenergic receptor sites in the brain, whereas elations may be associated with any excess of such amines' (p. 8). Maas went on to suggest two types of depression, A and B, the former having disordered noradrenaline and the latter abnormal 5-HT systems. Another catecholamine, dopamine, has also been involved, although there has been less enthusiasm to develop a 'dopamine hypothesis'. After careful consideration of all the data, van Praag (1980b) concluded that dopamine deficiency characterizes vital depressions, and was linked to the motor features of the illness. This is consistent with the observed associations with Parkinson's disease, common neurotransmitter abnormalities being implicated in both conditions. He further accepted that 'within the group of vital depressive patients with central monoamine disorders, it is either the 5-HT system or the noradrenaline system that is predominantly disturbed' (p. 51).

Others have speculated on the role of catecholamines in relation to brain reward systems, deficiencies thus leading to lack of pleasure, the clinical counterpart being anhedonia, or have invoked animal evidence that links learned helplessness, an animal model of depression, to catecholamine systems (Willner, 1983).

Van Praag (1980a, 1985) has also considered in detail the role of 5-HT. He pointed out the substantial evidence for at least a subgroup of patients

**Table 12.** Evidence for the serotonin and catecholamine hypotheses

|  | 5-HT | Noradrenaline |
|---|---|---|
| Precursor drug studies | + | − |
| Reversal by inhibitors | + | * |
| Chemistry of antidepressants | + | + |
| Selective uptake inhibitors | + | + |
| SSRI | + | − |
| Plasma precursors | ? | + |
| Platelet studies | + | ? |
| Urine studies | * | + |
| Hormone release studies | * | + |
| CSF data | + | − |
| Post-mortem studies | + | − |
| Association with neurology | + | + |

+ = reasonable supportive evidence.
− = little supportive evidence.
* = inadequate or no data.

having a 5-HT deficiency syndrome that seems to persist when the depressive illness has abated. It is thus a trait factor, linked to susceptibility to develop depression and with poor control over aggression. The 5-HT deficiencies are unlikely to be secondary to increased sensitivity of the postsynaptic 5-HT receptor. First, the precursor loading studies with increased 5-HT function alleviate depressive symptoms, and secondly, the limited binding studies of brain or platelets do not support the hypothesis.

Other transmitter hypotheses have been put forward. The 'permissive amine hypothesis', originally suggested by Prange et al. (1974), stated that central 5-HT deficiency related to a vulnerability to affective illness, and lowered catecholamines correlated with depression raised values with mania. Cholinergic mechanisms have been implicated (Janowsky et al., 1980), and a cholinergic–adrenergic imbalance suggested. Depression was seen as a state of cholinergic dominance, mania one of adrenergic excess. The evidence for involvement of the cholinergic system at present is very limited, being mainly of an indirect nature from the effects of drugs that influence the choline system and mood.

Recently attention has shifted from interest in neurotransmitter levels and turnover to the role of receptors, both pre- and postsynaptic. The investigations of Sulser (1984) revealed that nearly all treatments effective in depressive illness lead to decreased activity ('downregulation') of the postsynaptic noradrenergic receptor. This applies to antidepressant drugs and relates to the adenylate cyclase linked beta receptor. This downregulation is dependent on an intact presynaptic serotonergic

compatible with the delayed action of these drugs, a resumption of activity but a further decrease of $5\text{-HT}_{1a}$ responsivity. This decrease of autoreceptor sensitivity, enhances 5-HT release and normalizes $5\text{-HT}_2$ receptor function.

Laterality has been discussed in relation to affective disorder, as it has for schizophrenia. Generally the evidence is less convincing, but important observations have been made. Flor-Henry (1983), starting from his own observations that patients with psychosis and epilepsy awaiting temporal lobectomy are more likely to have a manic depressive picture if they have a non-dominant hemisphere focus, has persistently argued for a role of that hemisphere in the regulation of mood. The most persuasive data come from the EEG and psychometry studies of patients with depressive illness and patients with secondary mania. Observations of patients with CVA affecting either one or the other hemisphere (Gainotti, 1972), studies of split-brain patients, and direction of gaze in response to stimuli (to the left in affective disorder in contrast to the right in schizophrenia, the direction implying activation of the opposite hemisphere; Myslobodsky *et al.*, 1979) have all been used to support the concept. Certainly the proposition that the non-dominant hemisphere in health is concerned with emotional behaviour is convincing (Bear, 1986a), and its link to affective disorders is thus a reasonable postulate. However, not all findings support this, especially the recent data from CVA, epilepsy (see chapter 10), and imaging in primary depression. The latter emphasize frontal-basal ganglia circuitry in the anatomy of depression, especially the prefrontal cortex (George *et al.*, 1994d). Thus, distinctions between mania and depression are emerging, both with respect to changes of cerebral blood flow at key frontolimbic sites (increased in mania, decreased in depression), but also with regards to laterality (right side and mania, left and depression).