EXHIBIT 127

----------------------------------------------------

128009     DI ET GP                          1996

BEHAVIORAL SIDE EFFECTS OF GABAPENTIN IN
CHILDREN.
        LEE DO, STEINGARD RJ, CESENA M, HELMERS
        SL, RIVIELLO JJ, MIKATI MA
        EPILEPSIA 37 : 87-90, JAN 1996

NOTES: CLINICAL. PEDIATRICS. ADVERSE. BEHAVIOR.


----------------------------------------------------

*Epilepsia*, 37(1):87–90, 1996
Lippincott–Raven Publishers, Philadelphia
© International League Against Epilepsy

# Behavioral Side Effects of Gabapentin in Children

D. O. Lee, *R. J. Steingard, *M. Cesena, †S. L. Helmers, †J. J. Riviello, and
†M. A. Mikati

*Department of Child and Adolescent Psychiatry, Emory University School of Medicine, Atlanta, Georgia;
Departments of *Psychiatry, and †Neurology, Harvard Medical School, Children's Hospital,
Boston, Massachusetts, U.S.A.*

**Summary:** We report 7 children who received gabapentin (GBP) as adjunctive medication and subsequently developed behavioral side effects. These behavioral changes consisted of intensification of baseline behaviors as well as new behavioral problems. Behaviors that parents considered most troublesome were tantrums, aggression directed toward others, hyperactivity, and defiance. All behavioral changes were reversible and were managed by dose reduction or discontinuation of GBP. All children had baseline attention deficit hyperactivity disorder and developmental delays. **Key Words:** Gabapentin—Attention deficit with hyperactivity—Adverse effects—Child behavior.

Behavioral side effects of antiepileptic drugs (AEDs) have been widely acknowledged (1). To date, behavioral side effects of GBP have not been detailed extensively.

GBP is a new AED that is structurally similar to γ-aminobutyric acid (GABA) and crosses the blood–brain barrier but is neither metabolized nor bound to plasma protein (2). GBP is an effective adjunctive medication in adults with refractory partial seizures (3,4). The most frequent side effects of GBP in adults include drowsiness (25%) and dizziness (23%) (5), but behavioral side effects have only rarely been detailed. Two children were reported to be hyperactive and oppositional with GBP (6). Because GBP has not yet been used extensively or shown to be effective in children, its side effects in this population have yet to be elucidated.

We describe qualitatively the behavioral changes that occurred in 7 children while they were receiving GBP therapy.

## METHODS

Seven children followed in the epilepsy program at a children's hospital were recruited to participate in our survey after their parents raised concerns about behavioral disturbances during GBP therapy. The children were acquired from a larger pool of 55 children in whom treatment was initiated at our center after the medication was approved by the Food and Drug Administration in December 1993 as adjunctive medication in adults with partial seizures. The 7 patients were studied from August 1 to August 18, 1994.

Data on the 7 children were collected by chart review and follow-up telephone interviews with parents. Demographic and background information was obtained from the medical record. Parental informed consent for follow-up was granted by all parents. The follow-up evaluation consisted of a semistructured interview with parents that confirmed the child's background information and elicited information regarding: baseline behavior, the nature and severity of behaviors that accompanied changes in GBP dosage, and descriptive changes which were based on criteria from the Diagnostic and Statistic Manual (DSM IV) (7) for attention deficit hyperactivity disorder (ADHD), oppositional defiant disorder (ODD), conduct disorder (CD), major depression, bipolar disorder, and schizophrenia. These behavioral symptoms were classified as absent, unchanged from baseline behaviors, decreased from baseline behaviors, increased from baseline behaviors, or new behaviors.

Received April 4, 1995; revision accepted September 20, 1995.
Address correspondence and reprint requests to Dr. D. O. Lee at Department of Child and Adolescent Psychiatry, Emory University School of Medicine, 1365-B Clifton Rd., 6th floor, Atlanta, GA 30322, U.S.A.

*D. O. LEE ET AL.*

## RESULTS

Demographic information showed a diverse group of individuals (Table 1). The mean age was 7.1 ± 2.6 years (±SD). The mean dose of GBP associated with the onset of behaviors was 628.6 ± 138.0 mg/day and 27.4 ± 11.3 mg/kg/day, but serum levels were not obtained during this period. Before initiation of GBP treatment, none of the children had experienced either any acute stressors or any changes in their medical condition. None of the parents changed their usual parenting approaches, and no pharmacological treatment of ADHD had been required.

Changes in behaviors elicited by DSM IV (7) showed either an intensification of baseline behaviors or the appearance of new behaviors since the initiation of GBP. The most frequently reported changes are shown in Table 2. The majority (64%) of intensified behaviors were similar to baseline ADHD symptoms. ODD symptoms accounted for 21% and CD symptoms accounted for 8% of behavioral increases. Overall, intensification of baseline behavior accounted for most (72%) of all reported behavioral changes.

New behaviors, not exhibited at baseline, were equally diverse. Most of the new behaviors were disruptive behavioral disorders: ODD (58%) or CD (33%).

Behavioral changes typically resolved after discontinuation of GBP. In 4 of 7 children (71%), GBP was discontinued, with resolution of new behavioral problems and return to baseline behavior. In 1 child (patient 1) whose dose was decreased, the new

**TABLE 2.** *Most common behavioral changes reported with gabapentin treatment in children (n = 7)*

| Behavior | Intensified behaviors | New behaviors |
|---|---|---|
| Temper tantrums[a] | 7 | 0 |
| Difficulty listening to others | 7 | 0 |
| Impatience | 6 | 0 |
| Increased motor activity | 6 | 0 |
| Distractibility | 5 | 0 |
| Interrupting others | 5 | 0 |
| Hyperactivity[a] | 5 | 0 |
| Risk taking | 4 | 1 |
| Oppositional behavior[a] | 4 | 3 |
| Motor restlessness | 4 | 1 |
| Poor task completion | 4 | 0 |
| Inability to sustain attention | 4 | 0 |
| Shifts activities frequently | 4 | 0 |
| Poor concentration | 4 | 0 |
| Fighting[a] | 3 | 2 |
| Physical cruelty toward others[a] | 1 | 3 |
| Deliberately annoying others | 2 | 3 |
| Easily annoyed[a] | 2 | 4 |
| Increased anger[a] | 2 | 5 |

[a] Behavioral changes rated most severe by parents.

behaviors as well as the intensified behaviors decreased in severity. In another child (patient 2), when GBP had been discontinued temporarily, behavior returned to baseline. Subsequently, when GBP was reinitiated, behaviors returned. The remaining child (patient 7) who continued to receive GBP has continued to have behavioral difficulties.

No symptoms consistent with depression, mania, or psychosis were present during the use of GBP. One child (patient 4) experienced drowsiness during GBP treatment; the rest were more energetic. GBP effectively controlled the seizures in 2 children (pa-

**TABLE 1.** *Patient profiles*

| Patient/age (yr, mo)/sex | Seizure type | GBP dose | | Other medication | ADHD | Developmental delays | Other conditions |
|---|---|---|---|---|---|---|---|
| | | mg/day | mg/kg | | | | |
| 1/3,5/M | CPS SGTC | 500 | 22.0 | Carnitine VPA | + | L | Myelomeningocoele Myelodysplasia Ventriculoperitoneal shunt |
| 2/6,10/M | CPS SPS | 600 | 24.5 | CZP Felbamate Phenytoin VPA | + | L + M | Chiari malformation, type 1 |
| 3/11,2/F | PGTC Absence | 900 | 33.3 | VPA Ethosuximide | + | L + M | None |
| 4/7,10/M | CPS SGTC | 500 | 18.0 | CBZ | + | L | None |
| 5/6/M | CPS SGTC | 600 | 26.1 | CBZ CZP | + | L | None |
| 6/5/M | SPS | 700 | 50.0 | Primidone | + | L + M | S/P callosotomy |
| 7/9,4/M | CPS SPS SGTC | 600 | 17.6 | CBZ | + | L + M | Encephalomalacia in left putamen and caudate |

ADHD, Attention deficit hyperactivity disorder; CPS, complex partial seizure; SPS, simple partial seizure; PGTC, primary generalized tonic-clonic; SGTC, secondarily generalized tonic-clonic; VPA, valproate; CZP, clonazepam; CBZ, carbamazepine; L, language delay; M, motor delay.

tients 1 and 2); the seizure frequency of the other children was unchanged.

## DISCUSSION

Behavioral side effects of GBP in children have not been described qualitatively in the literature. Our survey of behavioral side effects associated with GBP treatment in a small group of children discloses pronounced changes in repertoire and intensity of behavior.

The appearance of symptoms after the initiation of GBP treatment and the resolution of symptoms after its discontinuation suggests not only that the symptoms are reversible, but also that GBP may contribute to the increase and intensification of symptoms. The absence of stressors, changes in routines, or in parenting styles lessens the likelihood of environmental contributions to the behaviors. Although other medications might have contributed indirectly to the behaviors, the behaviors changed only as the GBP dosing was adjusted. Furthermore, GBP does not interact with other AEDs (4,5), does not induce hepatic enzymes (2), and is excreted unchanged in the urine (2). Somnolence, which is commonly experienced by adults receiving GBP therapy (5), probably did not contribute to irritability since most of our patients displayed increased energy and since only 1 of the children experienced drowsiness. Because only 2 individuals experienced a significant reduction in seizure frequency, forced normalization is less likely to be an etiology of these behaviors.

The presence of baseline attention deficits and developmental delays with subsequent intensification of behavioral problems is of interest. Because no control group was used, conclusions regarding the relation between baseline behaviors and GBP-associated behaviors cannot be drawn. However, the concern raised is that children with preexisting behavioral difficulties may be at increased risk for intensification of baseline behavioral problems when treatment is initiated.

The mechanism by which such behavioral symptoms develop is not understood. However, some aspects of the behavioral disturbances associated with GBP treatment in our patients were similar to disinhibition secondary to benzodiazepine (BZD) treatment. Disinhibition has been defined as "losing the ability to impose restraint upon oneself or one's activities which then interferes with one's ability to function or constitutes a hazard to oneself or others" (8). Symptoms observed in the present survey were similar to those described in BZD-associated disinhibition. Those similar symptoms have in-

cluded anger, rage, hostility, aggression, agitation, argumentativeness, and verbal outbursts (9,10). The intensification of baseline symptoms observed in our survey was also similar to that of BZD-associated disinhibition (11). Although GBP is an amino acid structurally similar to GABA, it acts independently of GABA A or B receptors (12). The receptor of GBP is unique and unidentified. Therefore, the mechanism of possible disinhibition is most likely different from that of traditional BZDs.

Alternatively, jitteriness and stimulatory effects, which were reported in 2 individuals receiving GBP therapy (13), may have contributed to the behavioral increases. However, it is not clear whether children in the present study experienced such stimulatory sensations.

The behavioral problems of our patients were unexpected since reports of behavioral problems associated with GBP treatment in adults are rare. Although agitation was reported in an adult who received GBP, drowsiness and dizziness have been reported more frequently (5). Some adults have experienced improved attention, memory, and intelligence (14); in affect and cognitive and social functioning (15); and in performance of activities of daily living (5). Adults may be able to compensate for impulsiveness better than children. Alternatively, the behavioral symptoms of ADHD may be most pronounced in childhood.

The behavioral side effects in our 7 children are not unique to GBP. Many of these behaviors have also been associated with valproate, clonazepam, and phenobarbital (1). In addition, the association between AEDs and intensification of baseline behavior has been described previously and has been observed in as many as 80% of children (16).

Our results must be interpreted cautiously because our sample size was limited and all children were receiving other AEDs. Furthermore, because the children in our survey had complex underlying behavioral and neurological histories, our results may not reflect behavioral effects of GBP in the general pediatric population. Additional prospective investigation including larger cohorts, instruments measuring behavior, multiple observers, and control groups may elucidate the behaviors observed further.

*Acknowledgment:* We thank Joanne Anderson, R.N., for assistance.

## REFERENCES

1. Rivinus TM. Psychiatric effects of the anticonvulsant regimens. *J Clin Psychopharmacol* 1982;2:165–92.
2. Vollmer KO, von Hodenberg AV, Kolle EU. Pharmacoki-

netics and metabolism of gabapentin in rat, dog and man. *Arzneimittelforschung Drug Res* 1986;36:830–9.

3. Sivenius J, Kalviainen R, Ylinen A, Riekkinen P. Double-blind study of gabapentin in the treatment of partial seizures. *Epilepsia* 1991;32:539–42.

4. UK Gabapentin Study Group. Gabapentin in partial epilepsy. *Lancet* 1990;335:1114–7.

5. US Gabapentin Study Group No. 5. Gabapentin as add-on therapy in refractory partial epilepsy: a double-blind placebo-controlled, parallel-group study. *Neurology* 1993;43:2292–8.

6. Wolf SM, Shinnar S, Kang H, Ballaban-Gil K, Moshé SL. Gabapentin toxicity in children manifesting as behavioral changes [Abstract]. *Epilepsia* 1994;35:122.

7. American Psychiatric Association. *Diagnostic and statistical manual of mental disorders*. 4th ed. Washington: American Psychiatric Association, 1994.

8. Rothschild AJ. Disinhibition, amnestic reactions and other adverse reactions secondary to triazolam: a review of the literature. *J Clin Psychiatry* 1992;53(suppl 12):69–79.

9. Regestein Q, Reich P. Agitation observed during treatment with newer hypnotic drugs. *J Clin Psychiatry* 1985;46:280–3.

10. Rosenbaum JF, Woods SW, Groves JE, Klerman GL. Emergence of hostility during alprazolam treatment. *Am J Psychiatry* 1984;141:792–3.

11. DiMascio A, Shader RI, Harmatz J. Psychotropic drugs and induced hostility. *Psychosomatics* 1969;10:46–7.

12. Kondo T, Fromm GH, Schmidt B. Comparison of gabapentin with other antiepileptic and GABAergic drugs. *Epilepsy Res* 1991;8:226–31.

13. Handforth A, Treiman DM. Efficacy and tolerance of long-term, high-dose gabapentin: additional observations. *Epilepsia* 1994;35:1032–7.

14. Dodrill CG, Wilensky AJ, Ojemann LM, et al. Neuropsychological, mood, and psychosocial effects of gabapentin [Abstract]. *Epilepsia* 1992;33(suppl 3):117.

15. Abou-Khalil B, McLean M, Castro O, et al. Gabapentin in the treatment of refractory partial seizures [Abstract]. *Epilepsia* 1990;31:644.

16. Wolf SM, Forsythe A. Behavior disturbance, phenobarbital, and febrile seizures. *Pediatrics* 1978;61:728–31.