# EXHIBIT 128

```
-----------------------------------------------------
   130572     DI GP                               1996

GABAPENTIN ASSOCIATED WITH AGGRESSIVE BEHAVIOR
IN PEDIATRIC PATIENTS WITH SEIZURES.
     TALLIAN KB, NAHATA MC, LO W, TSAO CY
       EPILEPSIA 37 : 501-2, MAY 1996

NOTES: CLINICAL. PEDIATRICS. ADVERSE.


-----------------------------------------------------
```

*Epilepsia*, 37(5):501–502, 1996
Lippincott-Raven Publishers, Philadelphia
© International League Against Epilepsy

Brief Communication

# Gabapentin Associated with Aggressive Behavior in Pediatric Patients with Seizures

Kimberly B. Tallian, *†Milap C. Nahata, ‡Warren Lo, and ‡Chang-Yong Tsao

*Colleges of Pharmacy and Medicine, Division of Neurology, †Department of Pediatrics, Ohio State University, Wexner Institute for Pediatric Research and Children's Hospital, Columbus, Ohio, U.S.A.*

**Summary:** Gabapentin (GBP) is a new antiepileptic drug (AED) approved for adjunctive treatment of complex partial seizures with or without seizures secondarily generalization in adults. We report 2 children who received GBP for intractable seizures and who developed intolerable aggressive behavior requiring dose reduction or drug discontinuation. Behavioral changes should be recognized as a possible side effect of GBP, especially in mentally retarded children. **Key Words:** Gabapentin—Toxicity—Aggressive behavior—Children.

Gabapentin (GBP) is a new antiepileptic drug (AED) structurally related to the inhibitory neurotransmitter γ-aminobutyric acid (GABA) and also to L-leucine, L-valine, and L-phenylalanine (1). It is not a traditional GABAergic agent, and its mechanism of action is currently unknown.

There are few reports of adverse events (AE) with GBP monotherapy. Most available data were compiled from studies of adults who received GBP in combination with other AEDs. In all studies, the incidence of drug discontinuation due to AE in patients receiving GBP was 7.4% as compared with an incidence of 3.3% in those receiving placebo (2). The most common AE attributed to GBP have been somnolence, dizziness, ataxia, headache, tremor, nystagmus, fatigue, diplopia, and nausea/vomiting. Aggressive behavior has been reported in 1.6% of adults treated with GBP (3).

The extent to which similar AE occur in children is unknown, but a similar profile is likely. In an extensive literature review and from communication with the drug's manufacturer, we found only one abstract describing 2 children who developed behavior problems (4). Both received high doses (25–40 mg/kg) of GBP in combination with another AED.

We now report 2 pediatric patients who developed aggressive behavior while receiving lower doses of GBP. One child was treated with GBP as monotherapy.

## CASE REPORT

### Patient 1

A 16-year-old boy had tonic and tonic-clonic seizures with onset at age 3 months. Tuberous sclerosis was diagnosed at age 11 months, when it became apparent that the child was mentally retarded. No history of abnormal or violent behavior other than infrequent temper tantrums had been reported. When he was aged ~13 years, his seizures increased in frequency to ~25 a week and worsened in severity. AEDs that had been tried without effect included phenytoin, phenobarbital, clonazepam, and carbamazepine. Valproate (VPA) 45 mg/kg/day was also ineffective, and GBP 12 mg/kg/day was added.

By day 5 of combined VPA and GBP treatment, the boy's parents reported that he had no seizures but that his appetite and ability to sleep were decreased. The daily dose of GBP was reduced to 10 mg/kg/day. In the next 9 days, he developed aggressive behavior with biting, slapping, scratching, growling and, in the parents' words, "acting like an animal." The youngster was admitted and observed to be awake but uncooperative; he moaned, yelled, growled, and thrashed about contin-

Received July 5, 1995; revision accepted January 12, 1996.
Address correspondence and reprint requests to Dr. M. C. Nahata at College of Pharmacy, Ohio State University, 500 W. 12th Ave., Columbus, OH 43210, U.S.A.

uously. GBP was discontinued, and a single dose of oral lorazepam 0.04 mg/kg was administered. Within 24 h, his behavior had returned to baseline.

On his discharge from the hospital, GBP 6 mg/kg/day was restarted. He had been maintained on VPA. In a few hours, the parents reported that their child had become intermittently irritable and hyperactive. On day 23, the daily dose of GBP was doubled, and the child's aggressiveness became marked. GBP dose was again decreased to 6 mg/kg/day and later was discontinued, with concomitant improvement and return to baseline behavior.

**Patient 2**

A 6-year-old girl had a history of complex partial seizures, infantile spasms, right spastic hemiparesis secondary to group B streptococcal meningitis in the newborn period, learning disabilities, attention deficit disorder, and no previous history of violent or aggressive behavior. AEDs that had been tried without benefit included VPA and carbamazepine. The attention deficit disorder was initially treated with methylphenidate, which resulted in violent behavior after 2 days of therapy. Pemoline, 0.84 mg/kg/day was then successfully substituted.

GBP, 27 mg/kg/day was prescribed as monotherapy for her seizure disorder, and a good response was obtained for 6 months. At that time, however, her parents and teacher noticed a change in her behavior. She stopped interacting socially with other children and kept to herself. When socially confronted, she became physically aggressive and assaulted other children. The daily dose of GBP was reduced to 18 mg/kg/day but only moderate improvement in behavior was noted. GBP was continued since the parents regarded her behavior as tolerable because she had no seizure activity.

## DISCUSSION

GBP is indicated as an adjunctive agent for the treatment of partial-onset seizures with or without seizures secondarily generaled in adults (1). Although GBP is not approved for use in children aged <12 years, it is increasingly used by pediatric neurologists when conventional agents have failed.

Limited data are available concerning the use of GBP in children. In 33 children with newly diagnosed absence seizures treated with GBP, somnolence and dizziness were the only AE reported (5). Wolf et al. described aggression and other undesirable behavioral changes in 2 children, aged 7 and 10 years, who were treated with high-dose GBP (25–40 mg/kg) as well as felbamate or phenurone (4).

Older AEDs are sometimes associated with behavioral effects in children (6). Such AE have only rarely been described with the newer AEDs, possibly owing, in part to the limited experience with many of them, including GBP.

Our 2 patients clearly showed a close temporal relation between GBP and all aggressive behavioral changes. In 1 child, rechallenge with GBP recreated the clinical condition, an association further suggesting a causal relation. The incidence of behavioral AE has not been established in children. Our patients developed aggression at lower doses than those previously reported (4). Important interacting factors appear to be mental retardation, preexisting behavior disorders, a history of adverse behavioral responses to CNS drugs, forced normalization, or polytherapy.

Clinicians must recognize the possibility of adverse behavioral changes, especially aggressiveness, in mentally retarded children receiving GBP therapy. The exact dose and plasma level of GBP that is associated with these behavior changes is unknown.

## REFERENCES

1. Anonymous. Neurontin package information. Parke-Davis. Morris Plains, NJ, January 1994.
2. Browne TR. Efficacy and safety of gabapentin. In: Chadwick D, ed. *New trends in epilepsy management: the role of gabapentin.* London: Royal Society of Medicine, International Congress and Symposium Series, 1993:198:47–57.
3. Anonymous. Data on file. Parke-Davis. Morris Plains, NJ.
4. Wolf SM, Shinnar S, Kang H, Ballaban-Gil K, Moshé SL. Gabapentin toxicity in children manifesting as behavioral changes [Abstract]. *Epilepsia* 1994;35(suppl 8):122.
5. Leiderman D, Garofalo E, LaMoreaux L. Gabapentin patients with absence seizures: two double-blind, placebo controlled studies [Abstract]. *Epilepsia* 1993;34(suppl 6):45.
6. Pruitt AW, Kauffman RE, Mofenson HC, et al. Committee on drugs: behavioral and cognitive effects of anticonvulsant therapy. *Pediatrics* 1985;76:644–7.