# EXHIBIT 129



ELSEVIER

Epilepsy Research 49 (2002) 203–210



Epilepsy Research

www.elsevier.com/locate/epilepsyres

# Gabapentin and vigabatrin increase GABA in the human neocortical slice

Laura D. Errante [a], Anne Williamson [b], Dennis D. Spencer [b], Ognen A.C. Petroff [a,*]

[a] *Department of Neurology, Yale University School of Medicine, P.O. Box 208018, New Haven, CT 06520-8018, USA*
[b] *Department of Neurosurgery, Yale University School of Medicine, New Haven, CT 06520-8018, USA*

Received 14 August 2001; received in revised form 28 January 2002; accepted 20 February 2002

**Abstract**

The effects of antiepileptic drugs, gabapentin and vigabatrin, on gamma-aminobutyric acid (GABA) concentrations were studied in human ($n = 14$) and rat ($n = 6$) neocortical slice preparations. In this study, neocortical slices were incubated with gabapentin, vigabatrin or no drugs for 3 h in an oxygenated environment. Proton magnetic resonance spectroscopy (MRS) of perchloric acid (PCA) extracts was used to measure GABA concentrations. Vigabatrin increased cellular GABA concentrations in both human and rat neocortical slices by 62% ($P < 0.001$) and 88% ($P < 0.03$), respectively. Gabapentin significantly increased GABA concentrations by 13% ($P < 0.02$) in human neocortical slices made from tissue resected during epilepsy surgery. However, in the rat neocortical slice exposed to the same conditions as the human tissue, gabapentin did not increase GABA significantly. These results confirm our MRS studies in vivo that gabapentin increases GABA levels in epileptic patients, but has minimal or no effect in a healthy rodent model. Caution must be used in extrapolating negative results obtained in rodent models to the human condition. © 2002 Elsevier Science B.V. All rights reserved.

*Keywords:* Gamma-aminobutyric; Magnetic resonance spectroscopy; Temporal lobe epilepsy; Vigabatrin; Gabapentin; Neocortical slice

## 1. Introduction

Gamma-aminobutyric acid (GABA) is the main inhibitory neurotransmitter in the neocortex (Meldrum, 1975). GABA is synthesized from glutamate through glutamic acid decarboxylase (GAD). GABA is metabolized to succinate by the sequential actions of GABA-transaminase (GABA-T) and succinic semi-aldehyde dehydrogenase (SSDH) providing tricarboxylic acid cycle intermediates that can be used to resynthesize glutamate (GABA shunt) (Martin and Tobin, 2000).

* Corresponding author. Tel.: +1-203-785-4085; fax: +1-203-785-5694.
E-mail address: ognen.petroff@yale.edu (O.A.C. Petroff).

0920-1211/02/$ - see front matter © 2002 Elsevier Science B.V. All rights reserved.
PII: S0920-1211(02)00034-7

Vigabatrin is a well-characterized antiepileptic drug designed to increase brain GABA by slowing the degradation of cytosolic GABA to succinate (Jung and Palfreyman, 1995; Petroff and Rothman, 1998). The drug binds to neuronal and glial GABA-transaminase (GABA-T) with high affinity and irreversibly inhibits the enzyme, rapidly raising GABA concentrations in vitro and in vivo (Gram et al., 1989; Manor et al., 1996; Petroff et al., 1999a). Like vigabatrin, gabapentin rapidly increases cellular GABA levels in humans with and without epilepsy (Petroff et al., 2000). However, in vivo, gabapentin alone fails to increase rodent forebrain cellular GABA concentrations (Leach et al., 1997; Errante and Petroff, 1999). Moreover, in the presence of a GABA catabolism inhibitor, gabapentin administration appears to increase regional GABA synthesis (Löscher et al., 1991).

There is limited understanding of the effects of gabapentin on brain GABA (Taylor et al., 1998). In rodent, gabapentin does not directly alter GABA specific enzymes, GABA receptors, or the neurophysiological responses to GABA application. However, at non-physiological concentrations, gabapentin inhibits GABA-T and stimulates GAD (Taylor et al., 1998).

In perfused rat optic nerve and hippocampal slice models, gabapentin enhances reversal of the neuronal GABA transporter (GAT1) with physiological depolarization (Gaspary et al., 1998). Basal GAT1 transporter reversal is enhanced by GABA elevating drugs, and further increased under physiological depolarization conditions (Wu et al., 2001). GABA release is decreased in the epileptogenic human hippocampus compared with the contralateral one with the deficiency of GABA release attributed in part to a dysfunction of the GABA transporter system (GAT) (Patrylo et al., 2001).

To further investigate the roles of antiepileptic drugs on GABA metabolism, the effects of gabapentin and vigabatrin on GABA turnover were measured in human and rat neocortical slice preparations. The advantage of neocortical slice preparation is a paired comparison of treatments within subjects.

## 2. Methods

### 2.1. Human tissue samples

Human neocortical tissue was resected from 14 patients undergoing neurosurgical resection for the treatment of medically intractable seizures (Table 1). The removal of experimental tissue had no effect on the size of the clinical resection and informed consent was obtained from all patients.

### 2.2. Slice protocol

The methods for preparing human cortical slices were similar to those previously described (Telfeian et al., 1999; Patrylo et al., 2001). At surgery, a portion of the neocortical tissue from the margin of the resection that was neuropathologically normal was placed in ice-cold, oxygenated ACSF and transported to the laboratory. The ACSF (pH 7.4) contained (in mM): NaCl, 124; KCl, 3.5; $MgSO_4$, 2; $NaH_2PO_4$, 1.2; $NaHCO_3$, 26; $CaCl_2$, 2; glucose, 10. Slices (400 μM) were prepared using a vibratome (Ted Pella, Inc.) and the white matter was trimmed off. The tissue was then divided into three static bath chambers; between 5 and 6 slices ($\approx 3 \times 8$ mm$^2$ each) were placed in each chamber. The tissue in each chamber was maintained at 34 °C and incubated in ACSF saturated with 95% $O_2$/5% $CO_2$ to which 1 mM glutamine and 0.5 mM $NH_4Cl$ was added (modified ACSF). The ammonium chloride was added to stimulate glial glutamine synthesis that along with the added glutamine would stimulate GABA synthesis (Kapetanovic et al., 1993; Martin and Tobin, 2000). The time between the resection of the tissue and the tissue slicing was approximately 10 min.

After 2 h of stabilization, either vigabatrin or gabapentin at 100 μM each were added to two of the chambers; the third chamber was used for control. Drug solutions were made up immediately prior to use in the modified ACSF. The slices were incubated for an additional 3 h and then rinsed in normal ACSF (glutamine and $NH_4Cl$ free) and rapidly frozen on dry ice.

For the rat experiments, Sprague Dawley rats weighing 250–400 g ($n = 6$; Charles River) were

Table 1.
Patient data

| Case | Sex | Age (yr) | Age since first seizure | AEDs at surgery | MRI findings | Pathology |
|---|---|---|---|---|---|---|
| mTLE | | | | | | |
| 1 | F | 38 | 32 | cbz | Right hippocampal atrophy | Hippocampal sclerosis |
| 2 | F | 34 | 31 | cbz, ltg | Right hippocampal atrophy | Hippocampal sclerosis |
| 3 | F | 24 | 12 | pht, gpn, tgb | Normal | No significant pathology |
| 4 | M | 36 | 18 | pht, gpn, cbz | Right temporal cystic lesion in amygdala with sclerosis and gliosis of regional tissue extending into hippocampus | Amygdala glioma |
| 5 | F | 30 | 15 | cbz, ltg | Left hippocampal atrophy | Hippocampal sclerosis |
| 6 | F | 14 | 13 | cbz, ltg | Consistent with mesial temporal sclerosis | Hippocampal sclerosis |
| 7 | F | 50 | 39 | cbz | Left hippocampal sclerosis | Hippocampal sclerosis |
| 8 | F | 42 | 18 | pht | Normal | White matter gliosis |
| TLE-tumor | | | | | | |
| 1 | F | 4 | 4 | tpm | Left temporal lobe mass | Ganglioglioma |
| 2 | M | 48 | 44 | cbz | Left temporal region and hippocampal lesion consistent with low grade tumor | Astrocytoma |
| 3 | M | 64 | 46 | pht, pb | Right temporal lobe lesion (glioma) | Oligodendroglioma |
| 4 | F | 10 | 5 | ltg | Low grade astrocytoma | Astrocytoma |
| 5 | M | 72 | 2 | pb | High intensity signal extending from left temporal lobe | Astrocytoma |
| 6 | F | 7 | 3 | cbz | Edema in left temporal lobe | Oligodendroglioma |

AEDs, antiepileptic drugs; cbz, carbamazepine; gpn, gabapentin; F, female; ltg, lamotrigine; M, male; mTLE, mesial temporal lobe epilepsy; pb, pentobarbital; pht, phenytoin; tgb, tiagabine; TLE, temporal lobe epilepsy; tpm, topiramate.

L.D. Errante et al. / Epilepsy Research 49 (2002) 203–210

206    L.D. Errante et al. / Epilepsy Research 49 (2002) 203–210

deeply anesthetized with sodium pentobarbital (50 mg/kg) and decapitated. The brain was placed in ice cold, oxygenated ACSF for 2–3 min after which coronal slices (400 μm) were prepared. The subcortical structures were trimmed off and the neocortical slices were then divided into the tissue chambers and treated as described above.

### 2.3. PCA extractions

Frozen neocortical slices were extracted in 2 ml cold 12% perchloric acid (PCA) stock solution containing 7.69 mM dichloracetic acid (Sigma, St. Louis, MO, USA) and centrifuged at 3200 × g for 15 min at 4 °C. The supernatant was brought to a neutral pH with a solution containing 4.8 M KOH and 0.3 M $K_2HPO_4$ and centrifuged at 3200 × g for 10 min at 4 °C. The neutral solution was treated with 0.5 g chelating resin (Sigma Co., St. Louis, MO), filtered, and lyophilized. The dried powder was dissolved in neutral 50 mM deuterated phosphate in $D_2O$ containing 2 mM isopropanol as previously described (Petroff et al., 1993, 1995; Errante and Petroff, 1999). Dichloracetic acid was added to the extraction procedure as concentration standard and chemical shift reference.

### 2.4. Spectroscopy and data analysis

The magnetic resonance spectroscopy (MRS) studies were performed blind to the drug treatment. High-resolution proton MRS was performed on a Brucker AM-500 (Billerica, MA, USA) analytical spectrometer at 500 MHz and 22 °C using 30° pulse width, 6024 Hz sweep width, 32K digital resolution, and low power presaturation. NUTS 1D (Acorn NMR Inc., Fremont, CA, USA) was used to process and measure proton MR spectra. Fig. 1 shows representative proton MR spectra of extract from human neocortical slices from a single patient incubated with modified ACSF alone (control), vigabatrin and gabapentin. The resonance of interest is GABA, which is a triplet centered at 2.30 ppm. GABA concentrations were determined relative to the absolute creatine concentrations (Petroff et al., 1993, 1995). This is a measurement



Fig. 1. Representative proton MR spectra of PCA extracts from human neocortical slices from a single patient incubated with modified ACSF alone (A), vigabatrin (B), and gabapentin (C). NAA, N-acetylaspartate; gln, glutamine; glt, glutamate; GABA, gamma-aminobutyric acid.

of cellular GABA since GABA is not observed in human cerebral spinal fluid using proton MRS (Petroff et al., 1986).

### 3. Results

As shown in Fig. 2, cellular GABA concentrations increased in human tissue incubated with



Fig. 2. Comparison of mean percent increases in cellular GABA in the neocortical slice preparations from human (gray) and rat (white). Error bars represent the 95% confidence intervals.

*L.D. Errante et al. / Epilepsy Research 49 (2002) 203-210*                                                                 207



Fig. 3. Scattergrams showing the difference in percent cellular GABA plotted for gabapentin (closed circles) and vigabatrin (open circles) plotted against: (A) Pathology, (B) Antiepileptic drugs (AED) at the time of surgery, (C) Age of patient at the time of surgery, (D) Years since patient's first seizure. cbz, carbamazepine; gpn, gabapentin; ltg, lamotrigine; pb, pentobarbital; pht, phenytoin; TLE, temporal lobe epilepsy; tpm, topiramate.

vigabatrin or gabapentin. However, only vigabatrin produced large increases in cellular GABA in the rat neocortical slice. Vigabatrin increased cellular GABA in both human (mean 62%, 95%CI 29–95, $n = 14$) and rat (88%, 44–141, $n = 6$) brain slices. A within subject comparison using Paired $T$-test showed that the increase in GABA concentration for vigabatrin was significant in both the human and rat neocortical slices, $P < 0.001$ and $P < 0.03$, respectively. In contrast to the vigabatrin results, only the gabapentin-treated human neocortical slices showed significantly increased GABA levels ($P < 0.001$). In the gabapentin-treated slices we observed a mean 13% (95%CI 4–22, $n = 4$) and 2% (95%CI −5–8, $n = 6$) increase for human and rat neocortical tissue, respectively.

Subgroup analysis of the patient data did not alter the results (Fig. 3). Vigabatrin increased cellular GABA in neocortical slices prepared from patients with mesial temporal lobe epilepsy (mean 56%, 95%CI 44–88, $n = 8$) and epileptogenic temporal lobe tumors (mean 70%, 95%CI 1–139, $n = 6$; Fig. 3a). Similarly, gabapentin increased cellular GABA in mesial TLE (mean 9%, 95%CI −2–20, $n = 8$) and mass-associated TLE (mean 18%, 95%CI 2–35, $n = 6$). The effects of vigabatrin and gabapentin were the same in both pathology subgroups ($T$-test, $P > 0.05$). The antiepileptic drugs used by the patients at the time of surgery did not appear to alter the effects of gabapentin and vigabatrin on cellular GABA measurements (Fig. 3b). Examination of scatter

plots (Fig. 3c and d) of the data with respect to age or duration of the epilepsy failed to show any associations with GABA levels (Spearman rank order correlation, $P > 0.3$).

Scatter plot (Fig. 4a) of the effects of vigabatrin versus gabapentin on the human tissue showed an association using parametric statistics (Pearson's product moment correlation, $P < 0.02$), but only a trend with non-parametric methods (Spearman rank order correlation, $P \sim 0.07$). There was no association seen with the rat tissue (Fig. 4b). Again suggesting the response to gabapentin was different in the human and rat neocortical slice when prepared and perfused under the same conditions.

## 4. Discussion

Our results demonstrate the ability to measure GABA concentrations using MRS of PCA extracted neocortical slices under different drug treatments. Vigabatrin increased cellular GABA concentrations in both human and rat neocortical slices. The responses in the neocortical slice are similar to the responses to vigabatrin measured in vivo using MRS (Manor et al., 1996; Petroff and Rothman, 1998; Petroff et al., 1999a,b). Gabapentin increased cellular GABA in slices prepared from the resected neocortex of patients with TLE. These data confirm the findings made using in vivo MRS in patients with TLE and control subjects (Petroff et al., 2000). Although it is possible that epileptic human brain reacts differently to gabapentin than normal brain, in vivo MRS measurements in both healthy human subjects and patients with epilepsy show similar increases in GABA levels (Hetherington et al., 1998).

Human and rodent GABA metabolism differ considerably in the response to gabapentin. Although the slices made from human and rat neocortex were subject to the same conditions and drug concentrations, gabapentin did not increase cellular GABA in the rat neocortex. In vivo, gabapentin does not increase cellular GABA in rat or mouse forebrain (Leach et al., 1997; Errante and Petroff, 1999). Similar differences between human and rat GABA metabolism are observed with other antiepileptic drugs. Valproate increases brain GABA in a number of animal models (Loscher, 1993). In patients with epilepsy, valproate is not associated with increased brain GABA (Petroff et al., 1999b). Rodent studies suggest that topiramate does not increase brain GABA, nor interacts significantly with the enzymes thought to control GABA metabolism (Sills et al., 2000). In healthy human subjects, topiramate produces large increases in brain GABA within hours of the first dose (Kuzniecky et al., 1998). Similar large increases in brain GABA occur with the initiation of topiramate




Fig. 4. Comparison of the difference in percent cellular GABA for human (A) and rat (B) of gabapentin and vigabatrin treated neocortical slice preparation. Median cellular GABA was higher in vigabatrin treated slices (human 50%, interquartile 30–66, $n = 14$) and rat (71%, range 42–188, $n = 6$) brain slices. Cellular GABA was higher in human neocortex slices treated with gabapentin (median 12%, interquartile 1–26, $n = 14$), but not in the rat tissue (median 1%, range $-10$–$11$, $n = 6$).

therapy in epileptic patients (Petroff et al., 2001). The observed differences between human and rodent responses to gabapentin, topiramate, and valproate have profound implications for the use of rodent models in the development of new drugs affecting GABA metabolism. Caution must be used in extrapolating negative results obtained in rodent models to the human condition and animal models must be validated by patient-based studies.

Gabapentin increases non-vesicular GABA release by enhancing GAT1 reverse transport in a number of rat models (Gaspary et al., 1998). A small increase in cellular GABA (5–10%) may be sufficient to enhance GABA transporter reversal with physiological stimulation. Our study is under powered to detect such a small difference. To detect an effect of 5% at the 0.05 significance level with a power of 0.80 would require more than a twelve-fold larger sample using the rat neocortical slice model. However, our purpose is not to study the healthy rat, but to better understand the response of epileptic patients to gabapentin.

The much larger rise in cellular GABA produced by vigabatrin increases both basal tonic release and stimulus dependent release of GABA (Wu et al., 2001). The response of human tissues to gabapentin could be exploited to see whether basal tonic GABA release is enhanced, similar to the response to vigabatrin. A major advantage of our human neocortical slice preparation includes the potential of making combined measurements using the full power of experimental electrophysiology, histology, and metabolic studies.

### Acknowledgements

Grant support provided by National Institute of Health (NINDS) P01-NS39092.

### References

Errante, L.D., Petroff, O.A.C., 1999. Effects of gabapentin on rat brain GABA, glutamate, and glutamine. Epilepsia 40 (Suppl.), 18.

Gaspary, H.L., Wang, W., Richerson, G.B., 1998. Carrier-mediated GABA release activates GABA receptors on hippocampal neurons. J. Neurophysiol. 80, 270–281.

Gram, L., Larsson, O.M., Johnsen, A., Schousboe, A., 1989. Experimental studies of the influence of vigabatrin on the GABA system. Br. J. Clin. Pharmac. 7 (Suppl. 1), 13S–17S.

Hetherington, H.P., Kuzniecky, R.I., Pan, J.W., 1998. Acute and chronic alterations in human cerebral GABA levels in response to topiramate, lamotrigine, and gabapentin. Proc. Int. Soc. Magn. Reson. Med. 6, 542.

Jung, M.J., Palfreyman, M.G., 1995. Vigabatrin: mechanisms of action. In: Levy, R.H., Mattson, R.H., Meldrum, B.S. (Eds.), Antiepileptic Drugs, Fourth ed. Raven Press, New York, pp. 903–913.

Kapetanovic, I.M., Yonkawa, W.D., Kupferberg, H.J., 1993. Time-related loss of glutamine from hippocampal slices and concomitant changes in neurotransmitter amino acids. J. Neurochem. 61, 865–872.

Kuzniecky, R.I., Hetherington, H.P., Ho, S., Pan, J.W., Martin, R., Gilliam, F., Hugg, J., Faught, E., 1998. Topiramate increases cerebral GABA in healthy humans. Neurology 51, 627–629.

Leach, J.P., Sills, G.J., Butler, E., Forrest, G., Thompson, G.G., Brodie, M.J., 1997. Neurochemical actions of gabapentin in mouse brain. Epilepsy Res. 27, 175–180.

Löscher, W., Hoenack, D., Taylor, C.P., 1991. Gabapentin increases aminooxyacetic acid-induced GABA accumulation in several regions of rat brain. Neurosci. Lett. 128, 150–154.

Löscher, W., 1993. Effects of the antiepileptic drug valproate on metabolism and function of inhibitory and excitatory amino acids in the brain. Neurochem. Res. 18, 485–502.

Manor, D., Rothman, D.L., Mason, G.F., Hyder, F., Petroff, O.A.C., Behar, K.L., 1996. The rate of turnover of cortical GABA from [1-$^{13}$C]glucose is reduced in rats treated with the GABA-transaminase inhibitor vigabatrin (gamma-vinyl GABA). Neurochem. Res. 21, 1037–1047.

Martin, D.L., Tobin, A.J., 2000. Mechanisms controlling GABA synthesis and degradation in the brain. In: Martin, D.L., Olsen, R.W. (Eds.), GABA in the Nervous System: the View at Fifty Years. Lippincott, Williams and Wilkins, Philadelphia, pp. 25–41.

Meldrum, B.S., 1975. Epilepsy and gamma-aminobutyric-acid-mediated inhibition. Intl. Rev. Neurobiol. 17, 1–36.

Patrylo, P.R., Spencer, D.D., Williamson, A., 2001. GABA uptake and heterotransport are impaired in the dentate gyrus of epileptic rats and humans with temporal lobe sclerosis. J. Neurophysiol. 85, 1533–1542.

Petroff, O.A.C., Yu, R.K., Ogino, T., 1986. High-resolution proton magnetic resonance analysis of human cerebrospinal fluid. J. Neurochem. 47, 1270–1276.

Petroff, O.A.C., Pleban, L.A., Prichard, J.W., 1993. Metabolic assessment of a neuron-enriched fraction of rat cerebrum using high-resolution $^1$H and $^{13}$C NMR spectroscopy. Magn. Reson. Med. 30, 559–567.

Petroff, O.A.C., Pleban, L.A., Spencer, D.D., 1995. Symbiosis between in vivo and in vitro NMR spectroscopy: the creatine, N-acetylaspartate, glutamate, and GABA content of epileptic human brain. Magn. Reson. Imag. 13, 1197–1211.

Petroff, O.A.C., Rothman, D.L., 1998. Measuring human brain GABA in vivo: effects of GABA-transaminase inhibition with vigabatrin. Mol. Neuobiol. 16, 97–121.

Petroff, O.A.C., Hyder, F., Collins, T., Mattson, R.H., Rothman, D.L., 1999a. Acute effects of vigabatrin on brain GABA and homocarnosine in patients with complex partial seizures. Epilepsia 40, 958–964.

Petroff, O.A.C., Rothman, D.L., Behar, K.L., Hyder, F., Mattson, R.H., 1999b. Effects of valproate and other antiepileptic drugs on brain glutamate, glutamine, and GABA in patients with refractory complex partial seizures. Seizure 8, 120–127.

Petroff, O.A.C., Hyder, F., Rothman, D.L., Mattson, R.H., 2000. Effects of gabapentin on brain GABA, homocarnosine, and pyrrolidinone in epilepsy. Epilepsia 41, 675–680.

Petroff, O.A.C., Hyder, F., Rothman, D.L., Mattson, R.H., 2001. Topiramate rapidly raises brain GABA in epilepsy patients. Epilepsia 42, 543–548.

Sills, G.J., Leach, J.P., Kilpatrick, S., Fraser, C.M., Thompson, G.G., Brodie, M.J., 2000. Concentration-effect studies with topiramate on selected enzymes and intermediates of the GABA shunt. Epilepsia 41 (Suppl. 1), S30–S34.

Taylor, C.P., Gee, N.S., Su, T.-Z., Kocsis, J.D., Welty, D.F., Brown, J.P., Dooley, D.J., Boden, P., Singh, L., 1998. A summary of mechanistic hypotheses of gabapentin pharmacology. Epilepsy Res. 29, 233–249.

Telfeian, A.E., Spencer, D.D., Williamson, A., 1999. Lack of correlation between neuronal hyperexcitability and electrocorticographic responsiveness in epileptogenic human neocortex. J. Neurosurg. 90, 939–945.

Wu, Y., Wang, W., Richerson, G.B., 2001. GABA transaminase inhibition induces spontaneous and enhances depolarization-evoked GABA efflux though reversal of the GABA transporter. J. Neurosci. 21, 2630–2639.