# EXHIBIT 131

edited by
MARC HERTZMAN, M.D.
and DOUGLAS E. FELTNER, M.D.

# The Handbook of Psychopharmacology Trials

AN OVERVIEW
OF SCIENTIFIC,
POLITICAL, AND
ETHICAL CONCERNS

al. 1993). Conversely, alpha-2 antagonists increase firing of LC NA neurons, suggesting that these agents may be useful as antidepressants. Discovery of the receptor subtypes mediating these and similar phenomena may assist in the development of more specific, less toxic therapies for depression.

A number of antidepressant drugs that interact with both noradrenergic and additional neurotransmitter systems have recently been developed. These include venlafaxine, which inhibits noradrenaline, serotonin, and to a lesser extent dopamine reuptake; bupropion, a noradrenergic and dopaminergic reuptake inhibitor (Bolden-Watson and Richelson 1993, Nomikos et al. 1992); and the alpha-2 antagonists mianserin, mirtazapine, and A-75200. The relative clinical success of these agents demonstrates the utility of testing drugs with more than one potential therapeutic mechanism.

As mentioned, alpha-2 antagonism may account for some of the effects of clozapine. In an interesting recent study, the relatively selective alpha-2 antagonist, idazoxan, has been studied as an adjunct to the typical neuroleptic fluphenazine in the treatment of neuroleptic resistant schizophrenic patients (Litman et al. 1993; Litman et al. 1994). A significant improvement in BPRS global psychosis, positive symptoms, negative symptoms, and paranoia/suspiciousness scores was found. The effects of idazoxan, however, may not be due to its alpha-2 antagonism, as this ligand also exhibits high affinity for imidazoline receptors and nonadrenergic idazoxan binding sites (De Vos et al. 1994) and is a moderately high affinity 5HT-1A agonist (Kawai et al. 1994).

New drugs that are presumed to function partially or wholly through adrenergic mechanisms are listed in Table 16.5. In addition, adrenergic effects may contribute to the therapeutic or adverse effects of several of the new dopaminergic drugs described previously (Table 16.4).

## The GABAergic System

Gamma-aminobutyric acid (GABA) is an inhibitory neurotransmitter that binds to two broad classes of receptors designated as GABA-A (Wieland, Luddens, and Seeburg 1992) and GABA-B (Bonanno and Raiteri 1993). GABA-A receptors, which will be discussed here, represent the majority of GABA receptors in the CNS and are thought to be the sites of action for benzodiazepines and barbiturates (Sieghart 1992). GABA, the benzodiazepines, and the barbiturates are each thought to

398   DOUGLAS E. FELTNER

TABLE 16.5.
*New Drugs Acting at Adrenergic Receptors*

| Drug | Receptor subtype(s) | Action | Therapeutic potential | Status |
|---|---|---|---|---|
| Idazoxan | alpha-2 | Antagonist | SCZ | |
| Mirtazapine | 1. alpha-2<br>2. 5HT | 1. Antagonist<br>2. Unknown | MDD | Phase III |
| Mianserin | 1. alpha-2<br>2. NA RU<br>3. 5HT2A, 2C | 1. Antagonist<br>2. Inhibition<br>3. Antagonist | MDD | |
| A-75200 | 1. alpha-2<br>2. NA RU | 1. Antagonist<br>2. Inhibition | MDD | |
| Duloxetine | 1. NA RU<br>2. 5HT RU | 1. Inhibition<br>2. Inhibition | MDD/OCD | MDD-Phase II |
| Bupropion | 1. NA RU<br>2. DA RU | 1. Inhibition<br>2. Inhibition | MDD | Approved |
| Venlafaxine | 1. NA RU<br>2. 5HT RU<br>3. DA RU | 1. Inhibition<br>2. Inhibition<br>3. Inhibition | MDD | Approved |

have unique sites of action on the GABA receptor complex. The GABA-A receptor is a ligand-gated, chloride-selective, ion channel. GABA binding to this receptor produces a prolonged opening of this channel, resulting in an influx of chloride ion that hyperpolarizes the neuron and inhibits neuronal firing. Benzodiazepines and barbiturates are positive modulators of GABA, augmenting the GABA-induced chloride influx (Sieghart 1992).

Benzodiazepine receptor agonists, antagonists, inverse agonists, and partial agonists have been defined. Benzodiazepine agonists such as diazepam increase the affinity of GABA for its receptor, augmenting GABA-induced chloride ion influx and neuronal inhibition. Benzodiazepine receptor antagonists block the GABA-augmenting effects of benzodiazepine receptor agonists, though have no effect on GABA responses in the absence of agonists. The benzodiazepine receptor antagonist flumazenil was recently approved by the FDA for reversal of the sedative effects of benzodiazepines following anesthesia, general medical procedures, or benzodiazepine overdose (Krisanda 1993; Kulka and Lauven 1992). The inverse agonists decrease the GABA-induced chloride influx and neuronal inhibition. The partial agonists are characterized by incomplete augmentation of GABA-induced chloride channel opening, even when the partial agonist occupies all available benzodiazepine binding sites (Haefely et al. 1992b). Thus, partial agonists show submaximal intrinsic efficacy. As a result, another characteristic of benzodiaze-

pine partial agonists is their ability to antagonize the effects of benzodiazepine agonists such as diazepam. Evidence from animal models of anxiety, sedation, motor coordination, tolerance, withdrawal, and dependence suggests that compounds that display partial agonism at benzodiazepine receptors such as abecarnil, bretazenil (Ro 16–6028), and quinolizinone (Ro 19–8022) may be able to produce anxiolytic effects without these unwanted benzodiazepine side effects (Haefely et al. 1992b; Stephens et al. 1992).

Historically, two classes of CNS benzodiazepine receptors (type I and type II) were defined by pharmacologic means (Zorumski and Isenberg 1991). Type I receptors have high affinity for the triazolopyridazine, CL 218,872, whereas type II receptors have a low affinity for this compound. Classical benzodiazepines bind with similar affinity to both types of receptors. A third benzodiazepine receptor designated the "peripheral benzodiazepine receptor" is also found in the CNS (Giusti et al. 1992). An alternative nomenclature, recognizing that compounds other than benzodiazepines bind to and discriminate between these receptor subclasses and that the term "peripheral" is inherently confusing for a receptor that is also found in the CNS, designates the benzodiazepine type I, II, and peripheral receptor subclasses as omega-1, -2, and -3 respectively (Langer and Arbilla 1988). The cloning of GABA receptor genes has allowed a molecular definition of benzodiazepine receptors and has revealed GABA-A receptors that do not fit into the pharmacologically defined classes.

Molecular cloning of the genes encoding GABA-A receptors has revealed tremendous heterogeneity (Barnard et al. 1992). The receptor is a macromolecular complex, in which four different subunit types have been identified (alpha, beta, gamma, and delta). At least six isoforms of the alpha subunit, four isoforms of the beta subunit, and three isoforms of the gamma subunit have been identified. Transcripts for some of the subunit genes are alternatively spliced, creating further structural and possibly functional diversity. While the precise structure of in vivo GABA-A receptors is unknown, it is assumed to be pentameric, and the affinity for GABA is greatest when alpha, beta, and gamma subunits are coexpressed. The alpha subunit isoform largely determines the pharmacology of the benzodiazepine binding site. The alpha-1 subunit has been associated with type I pharmacology, whereas presence of alpha-2, -3, or -5 subunits has been associated with type II pharmacology (Pritchett, Luddens, and Seeburg 1989a; Pritchett et al. 1989b; Pritchett and See-

burg 1990). Recombinant alpha-4 and alpha-6 receptors show neither type I nor type II pharmacology; they lack the high affinity binding of classical benzodiazepine agonists such as diazepam, though they do have high affinity for antagonists and inverse agonists (Wieland et al. 1992).

Drugs that act selectively on one or several of the molecular forms of the benzodiazepine receptor may discriminate between desired and undesired effects of benzodiazepines. Two recently developed imidazopyridines, zolpidem and alpidem, may share this property.

Zolpidem, which has recently been approved for use as a sedative hypnotic, binds with highest affinity to receptors containing the alpha-1 subunit (type I receptors) (Langer et al. 1990). It shows a reduced affinity for type II receptors, and differentiates between molecular forms of the type II receptors showing moderate affinity for receptors containing alpha-2 and alpha-3 subunits and no significant affinity for receptors containing the alpha-5 subunit (Wieland et al. 1992). The relative type I selectivity of zolpidem may be responsible for its beneficial, transient sedative effects while producing less myorelaxation and rebound insomnia and with fewer withdrawal signs and symptoms than the nonselective benzodiazepines (Sanger et al. 1994). The molecular pharmacology of alpidem is also unique and distinct from both zolpidem and the nonselective benzodiazepines (Langer et al. 1990).

Alpidem, which is undergoing clinical trials for GAD (Morselli 1990; Diamond et al. 1991), binds with highest affinity to the peripheral benzodiazepine receptor, though is not specific for this receptor subtype because it also binds with high affinity to the type I receptor and with moderate affinity to the type II receptor (Langer et al. 1990). Both the relatively higher affinity for type I over type II receptors and binding to peripheral benzodiazepine receptors (which also exist centrally) have been proposed to explain alpidem's relatively selective anxiolytic effects (Sanger et al. 1994).

The apparently conflicting hypotheses that type I selectivity might produce selective hypnotic effects in the case of zolpidem, or selective anxiolytic effects in the case of alpidem, illustrate the present complexity and uncertainty of the behavioral pharmacology of benzodiazepine receptors. Hopefully, the development of more selective agonists for each of the molecularly defined receptor subtypes will clarify these issues.

Another class of compounds with selective therapeutic potential and that function similarly to benzodiazepine receptor agonists are the cyclopyrrolone derivatives: zopiclone, suriclone, suproclone, and RP 59037.

TABLE 16.6.
*New Drugs Acting at GABA-A Receptors*

| Drug | Receptor site/subtype(s) | Action | Therapeutic potential | Status |
| --- | --- | --- | --- | --- |
| flumazenil | benzodiazepine | Antagonist | Reversal of benzodiazepine effects | Approved |
| abecarnil | benzodiazepine | Partial agonist | Anxiety | Phase III |
| bretazenil | benzodiazepine | Partial agonist | Anxiety | |
| quinolizinone | benzodiazepine | Partial agonist | Anxiety | |
| zolpidem | benzodiazepine/ alpha-1<2,3 | Agonist | Insomnia | Approved |
| alpidem | benzodiazepine/ Type P<I<II | Agonist | Anxiety | Phase II |
| zopiclone | non-benz, alpha subunit | Agonist | Insomnia | |
| suriclone | non-benz, alpha subunit | Agonist | Anxiety | |
| suproclone | non-benz, alpha subunit | | | |

While zopiclone and suriclone do not appear to discriminate between benzodiazepine type I and type II receptors (Doble et al. 1992) and show comparable affinities for receptor isoforms containing alpha-1,-2,-3, or -5 subunits, they are thought to interact at a site on the alpha subunit of the GABA-A receptor that is different from the benzodiazepine binding site. The hypnotic and anxiolytic effects of the cyclopyrrolones appear to be similar to the benzodiazepines (Wadworth and McTavish 1993); however, zopiclone appears to cause minimal impairment of psychomotor performance and mental alertness the morning after nighttime administration, rarely causes rebound insomnia after withdrawal, and may have a low dependence liability. New drugs interacting with GABA-A receptors are listed in Table 16.6.

## The Excitatory Amino Acid (Glutamate) System

Glutamate is believed to be the predominant transmitter released in the majority of excitatory amino acid synapses in the CNS. Two broad classes of glutamate receptors have been shown to exist: ligand gated ionotropic subtypes (McGeer 1991; Seeburg 1993) and metabotropic subtypes (Schoepp and Conn 1993), which act through G-proteins. The ionotropic subtypes have been further classified pharmacologically into N-methyl-D-aspartate (NMDA) and non-NMDA receptors.