EXHIBIT 132

## DIVISION OF NEUROPHARMACOLOGICAL DRUG PRODUCTS
### Review and Evaluation of Clinical Data

------------------------------------------------

| | |
|---|---|
| **NDA (supplement):** | 20-235 (Safety Update #3) |
| **Sponsor:** | Parke-Davis Pharmaceuticals |
| **Brand Name (generic name):** | Neurontin® (Gabapentin) |
| **Indication:** | Refractory Partial Epilepsy |
| **NDA Classification:** | 1 P |
| **Original Receipt Date:** | May 12, 1992 |
| **Clinical Reviewer:** | Cynthia G. McCormick, M.D. |

------------------------------------------------

### INTRODUCTION

This submission updates the safety profile as provided in the Integrated Summary of Safety provided in the original NDA along with the first two Safety Updates.

Material that was reviewed for this analysis was the Safety Update #3 (NDA Vol.4.1-4.6) which included the case report forms associated with deaths, withdrawals and serious adverse events

This safety review is current as of 12/31/1992 in the drug's development except for deaths and serious adverse events which have been updated to 3/1/1993. The dates that are pertinent to this submission are shown below.

### Data Cutoff Dates for Gabapentin Submissions

| Document | Submitted | Safety Cutoff | Deaths Cutoff | Serious AE |
|---|---|---|---|---|
| NDA | 1/31/92 | 4/30/90 | 8/31/91 | 6/30/91 |
| First Safety Update | 5/29/92 | 6/30/91 | 2/29/92 | 2/29/92 |
| Second Safety Update | 11/2/92 | 6/30/92 | 9/15/92 | 9/15/92 |
| Third Safety Update | 5/14/1993 | 12/31/92 | 3/1/1993 | 3/1/93 |

There are new data in Safety Update #3 from 27 patients who entered open-label studies: 26 entered study 945-15 and one entered study 945-16. At the time of the data cutoff for the Second Safety Update a total of 290 patients were continuing treatment for epilepsy. Information, then from all 317 patients (27 + 290) is contained in this Safety Update. Of these 317 patients 296[1] are continuing in treatment.

------------------------------------------------

[1] The ongoing long-term studies are 877-210PX, 877-210GX, 945-13, 945-14, 945-15, and 945-16.

2

The total number of patients exposed to drug in all studies as of December 31, 1992 was 2075[2] excluding patients in named patient or compassionate use protocols, Huntington's disease and patients enrolled in early pharmacokinetics studies for whom there were no case report forms. Of these, 1634 patients received gabapentin in phase 2-3 trials; 1487 had epilepsy, 102 spasticity, and 45 had migraine. Seven (7) of these patients had been in phase 1 trials and are not counted twice. The total number of patients exposed to gabapentin in phase 2-3 studies is 1634.

**Number of patients in the Gabapentin program**

|  | Total | Gabapentin |
|---|---|---|
| Clinical Pharmacology Studies | 462 | 448 |
| Clinical Studies | 1654 | 1634 |
|     Clinical Epilepsy Studies | 1507 | 1487 |
|     Spasticity and Migraine Studies | 147 | 147 |
| Total Participants | 2109 | 2075 |

There are no data from new placebo controlled studies since the previous safety update in epilepsy, Huntington's disease or in migraine and spasticity.

**Information not Contained in SU3:** Information not contained in SU3 derives from studies 945-8 and 945-36, two as yet uncompleted double-blind studies and from compassionate use of the drug. These are detailed below.

Study 945-8 This is an ongoing study of gabapentin in Lennox-Gastaut Syndrome. Thirteen patients have entered this study and seven were continuing at the time of the cutoff date for SU2. Since this time five patients completed or withdrew from the study.

---

[2] The total number of subjects exposed to gabapentin as of the cutoff date to the 3rd saftey update was approximately 2133. Of these 2075 are included in the data base and their duration of exposure is known. An additional 58 people recieved gabapentin but their data are not included in the safety database. They include:
12 Participants from study 945-73 (all patients received gabapentin)
1 Patient from study 880-013 (RS) a named patient who subsequently died.
10 Healhy subjects from study 104-006 (No CRFs are available)
4 Patients with Huntington's disease in Study 945-43
1 Patient in an unnumbered study who recieved gabapentin on a named patient basis, whose dose and duration of exposure are unknown
In addition there are patients who are still enrolled in double blind studies, who are not all identified with drug treatment as yet, these are estimated as follows:
Study 945-8: 7 patients have probably received gabapentin of the 13 who have been randomized. One of these patients has completed the study and has entered the long term extension phase. Study 945-36: 19 patients are estimated and 16/22 are known to have received gabapentin since they participated in all three arms of this study.

One patient who completed the study and entered the extension protocol withdrew because of LOE. The blind has not been broken so that complete exposure data is not available. No deaths or withdrawals due to adverse events have occurred in this study.

<u>Study 945-36</u> This was a double blind study of gabapentin monotherapy which was suspended when gabapentin was placed on hold in 1990. It has not yet resumed. Twenty two patients entered initially and of these seven have gone on to receive open label therapy. One withdrew due to lack of efficacy. The blind has not yet been broken, so that complete exposure data is not available. There have been no deaths, withdrawals due to adverse events, or serious adverse events since the Second Safety Update (previously reviewed).

<u>Compassionate use of Gabapentin:</u> Since SU2, there have been 5 patients receiving gabapentin on a compassionate use basis. Three of these patients were continuing on gabapentin at the time of the data cutoff for SU3, December 31, 1992. There have been no deaths, withdrawals due to adverse events, or serious adverse events reported among these patients.

**Demographics:**
One clinical pharmacology study was performed since the Second Safety Update, but the data has not yet been extracted. The contribution of the 27 additional patients to the clinical safety data base is shown in sponsor's summary table (Sponsor's Appendix B.5, found on the next page). It can be seen that the demographic profile remains the same with the addition of these patients.

Measures of severity of disease state included duration of epilepsy, number of concurrent AED's, and baseline seizure frequency. The average duration of epilepsy in all clinical studies was 21 years and the mean seizure frequency (per 28 days) was 10 with a range of          seizures. The mean number of concurrent antiepileptic drugs was 2.   Of the 1487 patients who participated in gabapentin clinical epilepsy studies, 54% were male and 46% were female,  72% were white and 2 % were black, 26 % were other (some of these were Caucasian but not coded as white, Oriental/Asian, Native American or not stated).  The mean age of participants in these studies was 32  years of age and the range was          years.  The mean Broca Index for clinical epilepsy studies was 1.15 .

APPENDIX B.5.
Summary of Demographic Data and Disease Characteristics for Patients Who Received Gabapentin in All Epilepsy Studies

## Summary of Demographic Data for Patients Who Received Gabapentin in All Epilepsy Studies

| | Number of Patients[b] | | Sex[b] | | | Race | | | | | | | | | Age (yr) | | | | Brock Index[c] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | | Female | | White | | Black | | Other | | KS | | Mean | | Range | | Mean | |
| Study | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 |
| PLACEBO-CONTROLLED ADD-ON THERAPY STUDIES | | | | | | | | | | | | | | | | | | | | |
| Subtotal | 543 | 543 | 301 | 301 | 242 | 242 | 410 | 410 | 7 | 7 | 7 | 7 | 19 | 19 | 34 | 34 | | | 1.16 | 1.16 |
| PLACEBO-CONTROLLED MONOTHERAPY STUDIES | | | | | | | | | | | | | | | | | | | | |
| Subtotal | 15 | 15 | 6 | 6 | 9 | 9 | 13 | 13 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | | | NA | NA |
| UNCONTROLLED STUDIES | | | | | | | | | | | | | | | | | | | | |
| Subtotal | 1355 | 1382 | 728 | 742 | 626 | 639 | 888 | 1011 | 29 | 31 | 41 | 44 | 296 | 296 | 32 | 32 | | | 1.14 | 1.15 |
| TOTAL | 1460 | 1487 | 787 | 795 | 878 | 691 | 1011 | 1063 | 29 | 31 | 41 | 44 | 343 | 349 | 32 | 32 | | | 1.13 | 1.15 |

SU2 = Second Safety Update; SU3 = Third Safety Update; NA = Not applicable
[b] Some patients received gabapentin in more than one study. These patients are counted only once in summaries for the total population.
[b] Sex was not specified for 1 patient in SU3.
[c] Calculated for studies with intact patients

## Summary of Disease Characteristics of Patients Who Received Gabapentin in All Epilepsy Studies

| | Duration of Epilepsy (yr)[a] | | | | Number of Concurrent Antiepileptic Drugs (Number of Patients) | | | | | | | | Baseline Partial Seizure Frequency Per 28 Days[a] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mean | | Range | | 0 | | 1 | | 2 | | ≥2 | | Mean | | Median | | Range | |
| Study | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 |
| PLACEBO-CONTROLLED ADD-ON THERAPY STUDIES | | | | | | | | | | | | | | | | | | |
| Subtotal | 21 | 21 | 1 | 1 | 1 | 1 | 166 | 188 | 329 | 329 | 45 | 45 | 34 | 34 | 13 | 13 | 44 | 44 |
| PLACEBO-CONTROLLED MONOTHERAPY STUDIES | | | | | | | | | | | | | | | | | | |
| Subtotal | 0 | 0 | | | | | | | | | | | | | | | | |
| UNCONTROLLED STUDIES | | | | | | | | | | | | | | | | | | |
| Subtotal | 20 | 20 | 1 | 1 | 43 | 43 | 253 | 252 | 676 | 684 | 282 | 282 | 296 | 296 | 10 | 10 | 44 | 44 |
| TOTAL | 20 | 20 | 1 | 1 | 43 | 43 | 377 | 384 | 752 | 760 | 288 | 288 | 296 | 296 | 10 | 10 | 44 | 44 |

SU2 = Second Safety Update; SU3 = Third Safety Update; NA = Not applicable
[a] Data not obtained for all studies
[b] Some patients received gabapentin in more than one study. These patients are counted only once in summaries for the total population.

5

**Extent of Exposure to Gabapentin** The sponsor has tabulated the total number of patients involved in clinical studies by duration of exposure (weeks). These tables are found below and on the following page.

It can be seen that 49% (1018) of subjects have been treated with gabapentin for over 6 months; 31% (650 subjects) have been treated for over one year, 18% (376)for more than 2 years; and 6% (116 subjects) have been treated form more than 4 years in open-label studies. Only 2% (41) of subjects have been treated past 5 years, including 4 patients who have been treated for 7 years. For the all 2075 subjects exposed to Gabapentin studies, the mean duration of exposure to Gabapentin was 24 weeks.

TABLE 3.    Length of Time Patients Were Exposed to Gabapentin During
            Clinical Studies and Clinical Pharmacology Studies in the
            Safety Databases[a]

| Gabapentin Treatment | Cumulative Number (%) of Patients | |
|---|---|---|
| | Clinical Studies | Clinical and Clinical Pharmacology Studies Combined[b] |
| ≥ Dose | 1634 (100) | 2075 (100) |
| >1 Day | 1620 (99) | 1932 (93) |
| >1 Week | 1581 (97) | 1660 (80) |
| >2 Weeks | 1567 (96) | 1602 (77) |
| >4 Weeks | 1491 (91) | 1499 (72) |
| >6 Weeks | 1444 (88) | 1450 (70) |
| >8 Weeks | 1414 (87) | 1419 (68) |
| >10 Weeks | 1358 (83) | 1362 (66) |
| >12 Weeks | 1330 (81) | 1334 (64) |
| >16 Weeks | 1189 (73) | 1194 (58) |
| >20 Weeks | 1099 (67) | 1102 (53) |
| >24 Weeks | 1015 (62) | 1018 (49) |
| >36 Weeks | 796 (49) | 799 (39) |
| >52 Weeks | 647 (40) | 650 (31) |
| >78 Weeks | 481 (29) | 481 (23) |
| >104 Weeks | 376 (23) | 376 (18) |
| >130 Weeks | 282 (17) | 282 (14) |
| >156 Weeks | 219 (13) | 219 (11) |
| >182 Weeks | 162 (10) | 162 (8) |
| >208 Weeks | 116 (7) | 116 (6) |
| >234 Weeks | 58 (4) | 58 (3) |
| >260 Weeks | 41 (3) | 41 (2) |
| >286 Weeks | 30 (2) | 30 (1) |
| >312 Weeks | 18 (1) | 18 (1) |
| >338 Weeks | 5 (<1) | 5 (<1) |
| >364 Weeks | 4 (<1) | 4 (<1) |

[a]  Through data cutoff date for Safety Update 3, December 31, 1992
[b]  Seven patients received gabapentin in both a clinical and clinical
     pharmacology study. The total duration of exposure was calculated
     for these patients and is included in this column.

Confidential

6

## APPENDIX B.4.

Summary of Exposure to Placebo or Gabapentin During All Clinical Pharmacology and Clinical Studies: Participant Exposure to Placebo or Gabapentin by Dosage

Clinical Pharmacology and Clinical Studies

7

## Deaths

There have been five additional deaths reported from 9/15/1992 to 3/1993.   The third Safety Update brings the total number of deaths to 28 out of a total exposed population of 2113 subjects including those patients whose data is not included in the safety data bases.  The overall death rate, then, is still approximately 1% of all exposures and the majority occurred after one year of treatment. The table shown on the pages  following this section  summarizes the deaths reported in association with gabapentin therapy and lists causes by patient with dose and duration of therapy prior to death.

There were two  additional case of SUDE since the last safety update, although these were actually reported as epileptic deaths. Since no one witnessed a seizure and the patients were found dead there is no basis for concluding that a seizure occurred. There have been no new cases of death due to neoplasm. In general the new reports do not reflect any condition that is unusual in the chronic epilepsy population. They include death due to pneumonia and congestive heart failure in a patient with a long history of cardiac disease.

There is one report of a condition that is unexplained and which is neither clearly related nor clearly unrelated to study medication. This was a patient who was maintained on treatment  for 2226 days.  Because of onset of ataxia which occurred while on treatment, the medication was discontinued.  She went on to deteriorate and developed dizziness and blood pressure fluctuation. Addison's disease was suggested by her electrolyte imbalance and she was treated with steroids.  She continued to deteriorate and developed a progressive encephalopathy with confusion, disorientation, and hallucinations.  She died with pancytopenia, UTI and high serum ammonia.  Autopsy diagnosis was adrenalitis with adrenal failure and dementia of unknown cause. Concomitant medications were phenytoin and valproate.  In this case a drug effect can neither be demonstrated nor disproved based on the available information.

**Comment.**  None of these deaths was considered by the investigators or by the sponsor to be related to Gabapentin. The deaths accounted for by SUDE (sudden unexplained death in epilepsy) and accidental or seizure related deaths are still not inconsistent with mortality rates for epileptic populations.

The cumulative table of deaths reported is found on the following two pages.



Pfizer_LAlphs_0084486

8

TABLE 9.  Listing of Patient Deaths Through March 1, 1993
(Page 1 of 2)

| Study Number | Patient Identifier Center Number | Age and Sex | Daily Dosage (mg/day) and Drug at Time of Death | Days on GBP | Cause of Death | Relationship to Study Drug | Location of Patient CRF (Doc. App. Pg) Nbr Loc | Vol-Page |
|---|---|---|---|---|---|---|---|---|
| **DGA - During Gabapentin Therapy Through March 1, 1993** | | | | | | | | |
| 877-2106 | 214 | 41 F | 1200 Gabapentin | 62 | Epileptic seizure and asphyxiation | Definitely not | SUI, C.3., 3 | NDA 244-1 |
| 877-2106 | 214 | 37 M | 1200 Gabapentin | 223 | Progression of astrocytoma complicated by pneumonia and GI hemorrhage | Definitely not | SUI, C.3., 3 | NDA 244-43 |
| 840-033 | — | 43 F | 900 Gabapentin | 1784 | Cardiorespiratory failure as a consequence of epilepsy | Definitely not | SUI, C.3., 4 | NDA 244-125 |
| 945-13 | 5 | 33 M | 2400 Gabapentin | 445 | Stab wound | Definitely not | SUI, C.3., 5 | NDA 245-47 |
| 945-13 | 6 | 65 M | 2400 Gabapentin | 799 | Cardiac tamponade | Definitely not | SUI, C.3., 5 | NDA 245-2?5 |
| 945-13 | 12 | 27 M | 2400 Gabapentin | 1005 | Subarachnoid hemorrhage | Definitely not | SUI, C.3., 5 | NDA 247-200 |
| 945-13 | 13 | 55 M | 2400 Gabapentin | 1053 | Possibly aspiration after convulsions | Unlikely | SUI, C.3., 7 | NDA 247-300 |
| 945-16 | 19 | 49 F | 1800 Gabapentin | 301 | Cerebral hemorrhage | Unlikely | SUI, C.3., 7 | NDA 249-1 |
| 945-16 | 801 | 37 M | 1800 Gabapentin | 239 | Seizure | Unlikely | SUI, C.3., 8 | NDA 249-148 |
| 945-16 | 801 | 41 F | 1800 Gabapentin | 185 | Seizure and aspiration of vomit | Definitely not | SUI, C.3., 8 | NDA 250-1 |
| 945-16 | 37 | 23 M | 2400 Gabapentin | 675 | Frank to death following seizure | Unlikely | SUI, C.3., 8 | NDA 250-219 |
| 945-16 | 902 | 25 M | 2400 Gabapentin | 294 | Ventricular fibrillation | Unlikely | SUI, C.3., 9 | NDA 250-307 |
| 945-15 | 17 | 26 M | 2100 Gabapentin | | Accidental drowning | Unlikely | SUI, C.3., 9 | NDA 250-309 |
| 945-36 | 44 | 44 M | 400 Gabapentin (1200 mg maximum) | 3 | Septic shock possibly related to aspiration pneumonia | Unlikely | SUI, C.3., 10 | NDA 250-187 |
| **DGA - After Gabapentin Therapy Discontinued** | | | | | | | | |
| 840-017 | — | 41 M | 0 (GBP 1800/5 months) | 85 | Lung cancer | Unlikely | SUI, C.3., 11 | NDA 244-124 |
| 840-033 | — | 23 M | 0 (GBP 90?/13 weeks) | 1022 | Asphyxia due to convulsion | Not specified | SUI, C.3., 11 | NDA 244-207 |
| 945-4 | 27 | 17 M | 0 (GBP 900/51 days) | 29 | Drowned in bath following seizure | Unlikely | SUI, C.3., 11 | NDA 245-1 |
| 945-12F | 7 | 35 M | 0 (GBP 2400/23 days) | 358 | Cerebral herniation due to brain tumor present at baseline | Unlikely | SUI, C.3., 13 | NDA 246-1 |
| **SUI - During Gabapentin Therapy September 1, 1991, through February 29, 1992** | | | | | | | | |
| 945-14F | 27 | 41 M | 0 (GBP 1200/82 days) | 453 | Non-Hodgkin's lymphoma | Definitely not | SUI, C.3., 13 | NDA 246-187 |
| 945-13F | 6 | 68 M | 2400 Gabapentin | 1545 | Lung cancer | Unlikely | SUI, C.3., ? | SUI II.1 |
| 945-13 | 17 | 27 M | 2100 Gabapentin | 955 | Sudden death (cardiac related) | Unlikely | SUI, C.3. | SUI II-228 |
| 945-15 | | 35 M | 2400 Gabapentin | 620 | Suffocation | Unlikely | SUI, C.3., 2 | SUI 17-230 |

GBP = Gabapentin    SUI = First Safety Update    SUI-2 = Second Safety Update    SUI-3 = Third Safety Update    NS = Not Specified
[a] Age at screening for the study.
[b] In the opinion of the investigator.
[c] Patient also diagnosed in the summary of tumor.
[d] Data from this blinded study are not in the clinical Safety database.
[e] (Maximum dosage of gabapentin received/amount of time after gabapentin was discontinued that death occurred)
[f] Patient received gabapentin on a compassionate-use basis.

Confidential

9

## TABLE 9. Listing of Patient Deaths Through March 1, 1993
### (Page 2 of 2)

| Study Number | Patient Identifier Center Number | Set | Age[a] and Sex | Daily Dosage (mg/day) and Drug at Time of Death | Days on GBP | Cause of Death | Relationship to Study Drug[b] | Narr Loc (Doc, App, Pg) | Location of Patient CRFs Vol-Page |
|---|---|---|---|---|---|---|---|---|---|
| **941: During Gabapentin Therapy September 16, 1992 Through March 1, 1993** | | | | | | | | | |
| 877-21069 | 217 | | 58 M | 1200 Gabapentin | 1322 | Sudden Death | Definitely not | S02, C.2., 1 | S02 | 5-1 |
| 946-13 | 9 | | 67 M | 2300 Gabapentin | 1065 | Bronchopneumonia secondary to chronic obstructive airway disease | Definitely not | S03, C.2., 2 | S03 | 4-1 |
| 946-15 | 11 | | 17 F | 2400 Gabapentin | 1105 | Cardiac Arrest | Unlikely | S03, C.2., 3 | S03 | 5-1 |
| 946-16 | 22 | | 28 F | 2100 Gabapentin | 907 | Seizure Epilepsy | Unlikely | S03, C.2., 4 | S03 | 5-196 |
| **941: After Gabapentin Therapy Discontinued** | | | | | | | | | |
| 877-21069 | 220[d] | | 62 F | (GBP 1200/103 days)[c] | 2226 | Agranulocytosis with adrenal failure Dementia of unknown cause | unlikely | S03, C.3., 4 | S03 | 3-213 |

GBP = Gabapentin; SU1 = First Safety Update; SU2 = Second Safety Update; NS = Not Specified

a  Age at screening for the study
b  In the opinion of the investigator
c  (Maximum dosage of gabapentin received/amount of time after gabapentin was discontinued but death occurred)
d  Center 229 closed and the patient transferred to Center 223. All data for this patient are entered as Center 220, however, the open-label CRFs are labeled Center 223.

Confidential

10

## Assessment of Dropouts

### Overall Pattern of Dropouts

In the previous safety update, the reason given for withdrawal from a study was adverse event in 9.2% of patients, and it is the same with the addition of new data. In the previous safety update, 33.4% withdrew because of lack of efficacy and with the addition of new data to the SU3, 34.2% withdrew because of lack of efficacy. At the request of the FDA, the withdrawals due to convulsions or status were combined in a single category, that is lack of efficacy, where they previously were reported as either. Those withdrawing for administrative reasons or "other" included 20.9% (current figure 20.3%)

These figures are summarized below in Sponsor's Table 10.

TABLE 10.  Summary of Reason for Withdrawal for Patients Receiving Gabapentin in Studies in Patients With Epilepsy [Number (%) of Patients]

| Reason for Withdrawal | SU2 N = 1460 | | SU3 N = 1487 | |
|---|---|---|---|---|
| Adverse Event | 134 | (9.2) | 137 | (9.2) |
| Lack of Efficacy | 488[a] | (33.4) | 509 | (34.2) |
| Other | 305 | (20.9) | 302 | (20.3) |

[a] Includes one patient previously categorized as withdrawing while on "no drug"; the patient had received gabapentin earlier in the study.

The frequency of withdrawals for each reason summarized is not significantly different from the previous report  Changes in the totals are a reflection of new withdrawals since SU2.

### Adverse Events Associated with Dropout

Since SU2 there have been 3 withdrawals due to adverse events (not including the five deaths noted above). All three of these patients withdrew because of perceived sedation, described as fatigue (tiredness), fatigue of moderate intensity and somnolence associated with ataxia. The cumulative figures on withdrawal associated with adverse events is summarized in Sponsor's Table 11 and does not reflect any appreciable difference from that which was reported in the previous Safety Update. The most commonly reported reasons for withdrawal are summarized on the following page.

Pfizer_LAlphs_0084489

**Cumulative Data on Adverse Events Associated with Withdrawal**

| All Studies | N=2075 |
|---|---|
| Somnolence | 24 (1.15) |
| Ataxia | 17 (.81) |
| Fatigue | 13 (.62) |
| Dizziness | 12 (.57) |
| Nausea and Vomiting | 12 (.57) |
| Weight Gain | 9 (.43) |
| Depression | 8 (.38) |
| Death | 7 (.33) |
| Thinking abnormal | 7 (.33) |
| Headache | 7 (.33) |
| Rash | 6 (.28) |
| Diplopia | 6 (.28) |
| Confusion | 6 (.28) |
| Paresthesias | 5 (.24) |
| Abdominal Pain | 5 (.24) |
| Amnesia | 5 (.24) |
| Dysarthria | 4 (.19) |
| Insomnia | 4 (.19) |
| Brain Neoplasm | 4 (.19) |
| Nervousness | 4 (.19) |
| Agitation | 4 (.19) |
| Anxiety | 4 (.19) |
| Impotence | 4 (.19) |
| Decreased WBC | 4 (.19) |

The spectrum of adverse events associated with withdrawals is not significantly different from that which has been reported to date. The most common adverse events leading to withdrawal are those which are reported most commonly in general.

While only 7 deaths were coded as adverse events in this section, to consider only seven apart from the total (28) could be considered misleading. Actually 22 patients died while on gabapentin therapy  The deaths will be considered in a separate section.

Convulsions were associated with withdrawal from clinical trials as noted in the NDA and the first two safety updates to the NDA. These were considered along with withdrawals due to lack of efficacy in order to avoid counting the same patients twice and also to obtain a better understanding of the population that is not controlled on medication. This was done with the understanding that some of the patients who reported convulsions as adverse events may have reported these as adverse events because of a perceived worsening of their condition. However there did not appear to be sufficient rigor in the reporting of this condition to be able to draw this conclusion, therefore they were added together at the request of this reviewer.

12

## OTHER SAFETY FINDINGS

Overall 1243 (84%) of the 1487 patients treated with gabapentin reported adverse events. The frequency of adverse events was not significantly different from SU2 to SU3. The adverse events that were most commonly reported in these studies involved the nervous system, followed by body as a whole, and then GI. The percent of adverse events in each system was no different with the addition of new data in the third safety update. Sponsor's Table 6 lists the adverse events reported in ≥5% of all epilepsy studies.

**ADR Incidence Tables:** The following is a summary table of the adverse events occurring in >5% of patients in all epilepsy studies

TABLE 6.  Adverse Events Occurring in ≥5% of Patients in All Epilepsy
Studies
(Percent of Patients)

| | SU2 N = 1460 | SU3 N = 1487 |
|---|---|---|
| Any AE | 83.9 | 83.6 |
| Somnolence | 26.2 | 26.8 |
| Dizziness | 23.0 | 23.1 |
| Ataxia | 22.1 | 22.2 |
| Headache | 18.3 | 18.4 |
| Nystagmus | 17.5 | 17.3 |
| Fatigue | 16.2 | 16.2 |
| Tremor | 13.4 | 13.4 |
| Nausea and/or Vomiting | 12.5 | 12.5 |
| Diplopia | 11.7 | 11.8 |
| Rhinitis | 10.8 | 11.3 |
| Weight Increase | 9.0 | 9.1 |
| Viral Infection | 8.8 | 8.7 |
| Myalgia | 8.3 | 8.3 |
| Amblyopia[b] | 8.2 | 8.2 |
| Convulsions | 8.1 | 8.1 |
| Pharyngitis | 7.9 | 8.1 |
| Abdominal Pain | 6.9 | 6.9 |
| Rash[a] | 6.6 | 6.6 |
| Diarrhea | 6.0 | 6.2 |
| Upper Respiratory Infection | 6.1 | 6.1 |
| Nervousness | 6.0 | 6.1 |
| Amnesia | 5.6 | 5.7 |
| Depression | 5.3 | 5.2 |
| Fracture | 5.1 | 5.0 |
| Confusion | 5.0 | 5.0 |

[a] The preferred terms of rash, rash-erythematous, rash-maculopapular,
and rash-vesiculobullous are combined.
[b] Amblyopia was most often described as blurred vision.

**Incidence In Controlled Clinical Trials**
Adverse events that occurred at a frequency of 1% or more among gabapentin treated patients who participated in placebo controlled studies of similar design were shown in the original NDA review. Since no additional patients that were enrolled in placebo controlled trials since the cutoff date for the second safety update, the numbers provided at that time are still accurate.

## LABORATORY FINDINGS

No additional placebo controlled information is available with regard to clinical chemistry since the last Safety Update. Most laboratory deviations reported as adverse events were similar to those experienced with administration of concurrent AED's carbamazepine, phenytoin, and valproate. The firm has summarized new experience from the additional 317 exposures in uncontrolled studies since the last safety update compared to expected values. The table on the following page lists the laboratory deviations seen in the Epilepsy clinical trials and extended treatment protocols (N=1463).

Abnormal SGOT/SGPT and decreased WBC are relatively infrequent and not unexpected in a population that consits largely of refractory patients on polypharmacy. The addition of new data from 317 patients has not changed these data significantly. The degree of abnormality is not severe in any of the cases detailed below with the exception of one patient, who is listed under severe adverse events (WBC=600, see below).

Pfizer_LAlphs_0084492

14

| Laboratory Deviation | N | % | No of Reports |
|---|---|---|---|
| HGB decreased | 7 | 0.5 | 7 |
| HCT decreased | 1 | 0.1 | 1 |
| HGB increased | 1 | 0.1 | 1 |
| HCT increased | 1 | 0.1 | 1 |
| Folate decreased | 1 | 0.1 | 1 |
| RBC decreased | 2 | 0.1 | 2 |
| Elevated WBC | 4 | 0.3 | 5 |
| WBC decreased | 2 2 | 1.5 | 2 3 |
| WBC diff abn | 8 | 0.5 | 9 |
| Platelets elevated | 2 | 0.1 | 2 |
| Platelets decreased | 4 | 0.3 | 5 |
| Granulocytopenia | 6 | 0.4 | 7 |
| MCV inc | 1 | 0.1 | 1 |
| Granulocytosis | 3 | 0.2 | 4 |
| Monos decreased | 1 | 0.1 | 1 |
| Abn Urine | 3 | 0.2 | 3 |
| Urine protien incr | 7 | 0.5 | 7 |
| Urine glucose incr | 1 | 0.1 | 1 |
| Urine WBC incr | 2 | 0.1 | 2 |
| Bacteuria | 1 | 0.1 | 1 |
| Alkaline urine | 1 | 0.1 | 1 |
| Albuminuria | 3 | 0.2 | 3 |
| LFT abn | 1 | 0.1 | 1 |
| SGOT elevated | 7 | 0.5 | 7 |
| Alk Phos elevated | 8 | 0.5 | 9 |
| SGPT elevated | 1 3 | 0.9 | 1 3 |
| Bilirubin elevated | 1 | 0.1 | 1 |
| Creatinine elevated | 4 | 0.3 | 5 |
| BUN elevated | 3 | 0.2 | 3 |
| Albumin decreased | 1 | 0.1 | 1 |
| Cor decreased | 1 | 0.1 | 1 |
| Albumin increased | 1 | 0.1 | 1 |
| Total Protien increased | 2 | 0.1 | 3 |
| Hypokalemia | 1 | 0.1 | 1 |
| Hyperkalemia | 4 | 0.3 | 5 |
| Hyponatremia | 1 4 | 0.9 | 1 5 |
| Hypernatremia | 1 | 0.1 | 1 |
| Hyperglycemia | 3 | 0.2 | 3 |
| Hypoglycemia | 5 | 0.3 | 5 |
| Hypocalcemia | 5 | 0.3 | 5 |
| Hypercalcemia | 1 | 0.1 | 1 |
| TSH elevated | 1 | 0.1 | 1 |
| Folate deficiency | 1 | 0.1 | 1 |
| Fluctuating AED level | 1 | 0.1 | 1 |
| AED levels decreased | 2 | 0.1 | 2 |
| Hypochloremia | 1 | 0.1 | 1 |
| T4 decreased | 1 | 0.1 | 1 |
| AED level increased | 1 7 | 1.1 | 2 1 |
| Hyperammonemia | 1 | 0.1 | 1 |
| B12 Decreased | 1 | 0.1 | 1 |
| NH3 increased | 1 | 0.1 | 1 |

Confidential

Pfizer_LAlphs_0084493

## SPECIAL STUDIES

### Withdrawal Phenomena/Abuse Potential
No new information is available with regard to abuse potential or withdrawal phenomena since the original NDA submission or first and second Safety Updates.

### Human Reproduction Data
No new pregnancies have been reported since the last Safety Update.

### OVERDOSE EXPERIENCE
No additional gabapentin overdoses experiences have been reported since the last Safety Update.

## SUMMARY OF SERIOUS EVENTS
As required by 21 CFR 312.32 (a), the sponsor used the term 'serious' to describe certain kinds of AEs. Adverse events were reported as serious if they were thought to be immediately life threatening, permanently disabling, or requiring hospitalization, cancer, overdose, congenital anomaly, or other events deemed of medical concern by the PDMM. All hospitalizations were reviewed to determine if the reason for hospitalization was serious.

The cumulative rate of reporting of serious adverse events was 79(3.8%) of the total exposed population of 2075 participants. Eight of these were reported since the cutoff date for the third safety update. The reported serious adverse events that occurred since the SU2 can be detailed as follows:

**Patient** (945-16, Ctr 5) developed drowsiness and confusion following a seizure and on evaluation was found to have had a subdural hematoma (Day 264 of treatment). He was hospitalized again (Day 1192) for "chemical meningitis" and again for a subdural hematoma (Day 1282-88) thought to be secondary to a seizure and CHI.

**Patient** (945-13, Ctr 3) developed deep vein thrombosis (Day 1362). He was hospitalized and treated with IV heparin. The patient had had a prior history of thrombophlebitis.

**Patient** (945-13, center 4) developed increased size of her brain tumor (Day 1285). The tumor had been diagnosed 2 years earlier by MRI and was stable by CT scan prior to entry into the study. Tumor was remove and the pathologic diagnosis was Glioblastoma multiforme.

**Patient** (945-15, Ctr 35) hospitalized for simple partial *status epilepticus.* (Day 81). Patient had a history of two corpus callosotomies and mental retardation. Prior history of *status epilepticus* is not available.



Pfizer_LAlphs_0084494

**Patient**       (945-13, Ctr 17) experienced **depression and suicidal ideation** (Day 1118) on two separate occasions. She was not hospitalized. She had previously undergone changes in her antiepileptic drug regimen. There was no prior history of suicidal ideation.

**Patient**       (945-15, Ctr 33) hospitalized for **thinking abnormal** manifested by confusion, delusions and irrational behavior (Day 992). She had had a similar episode (paranoid-confused behavioral state) on Day 885 following an increase in seizure frequency. She had a history of a major depressive reaction approximately one year before entering the study.

**Patient**       (945-15, Ctr 17) had removal of a congenital cortical and zonular **cataract** with restoration of vision from 20/400 to 20/30 (Day 419). There were no degenerative changes seen on ophthalmoscopy. A second adverse event, **cellulitis** of the right lower extremity, was reported (Day 671). The patient's cataracts were diagnosed during a **hospitalization for hostility and violent behavior** (Days 419 through 427).

**Patient**       (945-15, Ctr 10) hospitalized for seizures difficult to control and **recurrence of astrocytoma** (Day 703). Patient had had a craniotomy in 1984 for a Grade 1 astrocytoma. In addition the patient was also reported to have a leukopenia (WBC 600) and thrombocytopenia (plt count 60,000). His concomitant medication was Tegretol. He was also on chemotherapy for recurrent astrocytoma. His leukopenia was attributed to this.

**Patient**       (945-15, Ctr 31) discontinued gabapentin on day 772 due to lack of efficacy and was diagnosed with an adrenal tumor (Day 787) during and evaluation for an ovarian cyst.

The overall spectrum and incidence of AE's considered as severe given the new data in the SU3 is not significantly different from the previous data.

| Serious Adverse Event | SU2 N (%) | SU3 N (%) |
|---|---|---|
| Neurological (excl tumors) | 24 (1%) | 26 (1.3%) |
| Neoplastic | 10 (.5%) | 13 (.6%) |
| Psychiatric | 10 (2%) | 12 (.6%) |
| Cardiovascular | 4 (.2%) | 4 (.2%) |
| Gastrointestinal | 4 (.2%) | 4 (.2%) |
| Pulmonary | 4 (.2%) | 4 (.2%) |
| Overdose | 4 (.2%) | 4 (.2%) |
| Hematological | 3 (.15%) | 3 (.15%) |
| Renal | 2 (.1%) | 2 (.1%) |
| Ophthalmologic | 1 (.05%) | 1 (.05%) |
| Miscellaneous | 4 (.2%) | 6 (.3%) |
| Total | 70 (3.4%) | 79 (3.8%) |

Confidential

**Depression:** The incidence of depression reported as a severe adverse event has not changed appreciably since the previous safety update.

***Status epilepticus:*** One additional case of status epilepticus has been reported in SU3. There is no information which would indicate that this patient had or did not have a prior history of status epilepticus. The incidence of neurological serious adverse events has not changed significatnly withthe addition of new data.

**Tumors** Since the last safety update there has been one report of expansion of a previously existing neoplasm and one report of the new onset of an adrenal tumor discovered within days of discontinuing gabapentin therapy (after >2 years of treatment). This brings the total of malignancies to 22. These are summarized on the following page. The new entries reported in SU3 are starred.

18

| Neurontin Dose | Duration (days) | Tumor: Comments |
|---|---|---|
| | | **BRAIN TUMORS** |
| 2400 | 467 | **Astrocytoma** |
| | | Comment:Treatment Emergent |
| 1200 | 223 | **Astrocytoma** |
| | | Comment: Recurrence |
| 600 | 84 | **Brain tumor (unspec.)** |
| | | Comment: Recurrence |
| 2200 | 369 | **Brain tumor (nonspec.)** |
| | | Comment: DIED. Expansion |
| 2400 | 441 | **Meningioma** |
| | | Comment: Recurrence |
| 1800 | 151 | **Astrocytoma** |
| | | Comment: Recurrence |
| 1500 | 20 | **Astrocytoma** |
| | | Comment: Recurrence found 9 days after GBP stopped |
| 2400 | 304 | **Astrocytoma** |
| | | Comment: Dx 707 days after GBP stopped |
| 2100 | 264 | **Astrocytoma Gr II** |
| | | Comment: Abn MRI; tumor found 171 days after stopping GBP |
| 1800 | 703 | **Astrocytoma** |
| | | Comment: Gr I Astrocytoma resected in 1984. Dormant until day 703 of treatment. |
| 900 | 150 | **Astrocytoma** |
| | | Comment: Recurrence. |
| 2400 | 1285 | **Glioblastoma multiforme\*** |
| | | Comment: Expansion |
| | | |
| | | **BREAST** |
| 1200 | 440 | **Breast Cancer** |
| | | Comment: diagnosed during treatment |
| 2400 | 146 | **Breast Cancer** |
| | | Comment: Diagnosed during treatment |
| | | |
| | | **LUNG** |
| 1800 | 85 | **Lung Cancer** |
| | | Comment: DIED. Tumor found 2 mos after drug stopped. |
| 2400 | 1437 | **Lung Cancer with Mets to the Brain** |
| | | Comment:DIED . Meningioma in 1946. prostate CA in 1986 |
| | | |
| | | **PROSTATE** |
| 800 | 141++ | **Prostate Carcinoma** |
| | | Comment: |
| | | |
| | | **LYMPHOMA** |
| 1200 | 379 | **NonHodgkin's Lymphoma** |
| | | Comment: DIED. Diagnosed during Treatment |
| | | |
| | | **ADRENAL** |
| 2400 | 772 | **Adrenal Tumor\*** |

19

In comparing the occurrence of tumors in the Neurontin® NDA with that of a comparable database found in the Lamictal® NDA, one sees approximately the same incidence overall of tumors, but a broader spectrum of tumor types in the latter:

| Tumor | Neurontin® (N=2075) | Lamictal® (N=2600) |
|---|---|---|
| Brain | 1 2 | 9 |
| Breast | 2 | 1 |
| Lung | 2 | 1 |
| Adrenal | 1 | |
| Lymphoma/Leukemia | 1 | 2 |
| Prostate | 1 | |
| Liver | | 1 |
| Basal Cell | | 1 |
| Renal | | 1 |
| Tonsil | | 1 |
| Colorectal | | 2 |
| Gastric CA | | 1 |
| Total | 19  (.9%) | 20  (.8  %) |

There appears to be an overrepresentation of astrocytomas, however, recurrent and expanding among the tumors reported in the Gabapentin group. Contributing to this may have been a failure of adherence to exlcusionary criteria in enrolling patients for studies. However the possibility of tumor exacerbation or facilitation of tumor growth cannot be excluded based on the available data.

## Summary of Drug Interactions

No new drug-drug or drug-deomgraphics interactions have been reported since the previous safety update.

## Summary, Conclusions, and Recommendations

There are no new data in the Safety Update #3 which alter the safety profile of this drug as presented in the initial NDA and Safety Update #1 and 2.

*Cynthia G. McCormick MD*

Cynthia G. McCormick, M.D.
Clinical Reviewer
September 27, 1993

CC:NDA 20-235/HFD-120/Katz/McCormick/Chamberlin

Pfizer_LAlphs_0084498