EXHIBIT 134

# Assessment and Prediction of Suicide

*Edited by*
**Ronald W. Maris,**
**Alan L. Berman,**
**John T. Maltsberger,**
**and Robert I. Yufit**



**FIGURE 28.2.** A second of four family pedigrees among the Amish with a heavy loading for affective disorder and suicide. Five of the six suicides were found among individuals with definite affective disorder. From "Suicide and Family Loading for Affective Disorders" by J. Egeland and J. Sussex, 1985, *Journal of the American Medical Association, 254,* 915–918. Copyright 1985 by the American Medical Association. Reprinted by permission.

able psychological pain. However, the family, twin, Amish, and adoption studies reviewed here suggest that there may be family/genetic factors in suicide. In many suicide victims, these will be the genetic factors involved in the genetic transmission of bipolar disorder, schizophrenia, and alcoholism. However, the Copenhagen adoption studies strongly suggest that there may be a genetic factor for suicide that is independent of, or additive to, the genetic transmission of affective disorder. Kety's (1986) suggestion that this may be an inability to control impulsive behavior is compatible with the data to be reviewed next, suggesting that diminished central serotonin turnover may be associated with poor impulse control.

## BIOLOGICAL FACTORS IN SUICIDE

### Cerebrospinal Fluid Studies

The possibility that a genetic factor in suicide may be related to impulsivity is of interest, as a larger body of data from studies of individuals attempting

**TABLE 28.1.** Incidence of Suicide in the Relatives of Adoptees Who Had Suffered a Depressive Illness and Their Controls

| Adoptees | Biological relatives | Adoptive relatives |
|---|---|---|
| 71 adoptees with depression | 15 (3.7%) / 407 | 1 (0.5%) / 187 |
| 71 matched control adoptees | 1 (0.3%) / 360 | 2 (1.2%) / 171 |
| | $p < 0.01$ | |

*Note.* From "Genetic Factors in Suicide" by S. Kety, 1986, in A. Roy (Ed.), *Suicide* (pp. 41–45). Baltimore: Williams & Wilkins. Copyright 1986 by Williams & Wilkins Co. Reprinted by permission.

suicide, violent offenders, and arsonists suggests that impulsivity and anti-social personality traits may be related to deficient central serotonin function (for reviews, see Roy, Nutt, Virkkunen, & Linnoila, 1987, and Roy & Linnoila, 1988). These studies have reported reduced cerebrospinal fluid (CSF) levels of the serotonin metabolite 5-hydroxyindoleacetic acid (5-HIAA) compared with controls.

## Depressed Patients

This line of inquiry was begun in 1976 by Asberg, Traskman, and Thoren, who reported a bimodal distribution of levels of 5-HIAA in the lumbar CSF of 68 depressed patients. Asberg et al. noted that significantly more of the depressed patients in the "low" CSF 5-HIAA group had attempted suicide in comparison with those in the "high" CSF 5-HIAA group. Subsequently, a number of other studies have reported that low CSF levels of 5-HIAA are significantly associated with suicidal behavior in depressed, personality-disordered, and schizophrenic patients, although there have been some negative reports as well (for a review, see Asberg, Nordstrom, & Traskman-Bendz, 1986). Although CSF levels of 5-HIAA are an imprecise indicator of central serotonin, these data, along with those from postmortem neuro-chemical and receptor studies (see below), have led to the suggestion that reduced central serotonin metabolism may be associated with suicidal be-havior for reviews, see Roy & Linnoila, 1988, 1990).

## Violent Suicide Attempters

It is of note that low CSF 5-HIAA levels have been found to be particularly associated with violent suicide attempts. In fact, Traskman, Asberg, Bertils-

Case 1:04-cv-10981-PBS    Document 1197-162    Filed 04/04/2008    Page 5 of 12

**TABLE 28.2.** Incidence of Suicide in the Biological Relatives of Depressive and Control Adoptees

| Diagnosis in adoptee | Incidence of suicide in biological relatives | p |
|---|---|---|
| Affective reaction | $\frac{5}{660}$ (7.6%) | 0.0004[a] |
| Neurotic depression | $\frac{3}{127}$ (2.4%) | 0.056[a] |
| Bipolar depression | $\frac{4}{750}$ (5.3%) | 0.0036[a] |
| Unipolar depression | $\frac{3}{139}$ (2.2%) | 0.067[a] |
| No mental illness | $\frac{1}{360}$ (0.3%) | |

*Note.* From "Genetic Factors in Suicide" by S. Kety, 1986, in A. Roy (Ed.), *Suicide* (pp. 41-45). Baltimore: Williams & Wilkins. Copyright 1986 by Williams & Wilkins Co. Reprinted by permission.
[a]Compared with biological relatives of control adoptees with no known history of mental illness.

son, and Sjostrand (1981) reported that CSF 5-HIAA levels were significantly lower only among those patients who had made a violent suicide attempt (hanging, drowning, shooting, gassing, several deep cuts), and that levels were not reduced among those who had made a nonviolent suicide attempt (overdosage). (Figure 28.3). More recently, Banki and Arato (1983), studying 141 psychiatric patients suffering from depression, schizophrenia, alcoholism, or adjustment disorder, found that levels of CSF 5-HIAA were significantly lower among the violent suicide attempters in all four diagnostic categories. (For a further discussion of possible biological factors in aggression, violence, and impulsivity, see Brown, Linnoila, & Goodwin, Chapters 29, this volume.)

## Postmortem Studies

Over the years, most postmortem studies of the brains of suicide victims have focused on the serotonin system. Some (but not all) of the neurochemical studies have reported modest decreases in serotonin itself, or in its metabolite 5-HIAA, in either the brain stem or frontal cortex. The few studies that have examined norepinephrine, dopamine, or the dopamine metabolite homovanillic acid (HVA) have tended to be negative (for a review, see Stanley, Mann, & Cohen, 1986). There have been few postmortem brain studies of the enzymes involved in catecholamine metabolism. No



**FIGURE 28.3.** Levels of 5-hydroxyindoleacetic acid (5-HIAA) in cerebrospinal fluid (CSF) of all subjects in a short-term study of suicide "attempters" and a follow-up study. Controls, $n = 45$; depressed patients, no suicide attempt during the index period, $n = 73$; nonviolent suicide attempters, $n = 32$; and violent suicide attempters, $n = 14$. Each asterisk represents a patient who subsequently committed suicide. From "Monoamine Metabolites in CSF and Suicidal Behavior" by L. Traskman, M. Asberg, L. Bertilsson, and L. Sjostrand, 1981, *Archives of General Psychiatry, 38,* 631–636. Copyright 1981 by the American Medical Association. Reprinted by permission.

changes in monoamine o
Mann, McBride, & Stan

Four of five post
pramine as the ligand, h
binding of this ligand t
see Stanley et al., 1986).
have also reported a sign
sites among suicide vic
Taken together, these po
to support the hypothesi
evidenced by reduced p
serotonin and 5-HIAA,
receptor) is associated w

**P**

A previous suicide attem
ual may be at increased
completers die by their
depressed patients who
tempt. Also, about 30%
made a previous suicide
approximately 1% of ind
ing the subsequent year,
10 years.

However, unfortun
variables has proven ver
korny (1983) reported a p
patients would commit s
series of 4,800 patients a
Medical Center was exa
were thought to be useful
to identify a subsample o
were thought to be at hi
followed up over an ave
during the follow-up pe
patients from the subsa
Thus, 37 of the eventua
being at risk (false neg
being at risk did not
that "we do not posses
items that permit us to id
will commit suicide, in sp



582

changes in monomine oxidase activity have been reported (for a review, see Mann, McBride, & Stanley, 1986).

Four of five postmortem brain receptor studies, using [³H]imipramine as the ligand, have reported significant decreases in the presynaptic binding of this ligand to serotonin neurons in suicide victims (for a review, see Stanley et al., 1986). Stanley et al., using [³H]spiroperidol as the ligand, have also reported a significant increase in postsynaptic serotonin-2 binding sites among suicide victims who used violent methods to end their lives. Taken together, these postmortem neurochemical and receptor studies tend to support the hypothesis that diminished central serotonin metabolism (as evidenced by reduced presynaptic imipramine binding, reduced levels of serotonin and 5-HIAA, and up-regulation of the postsynaptic serotonin-2 receptor) is associated with suicide.

## PREDICTION OF SUICIDE

A previous suicide attempt is the best long-range predictor that an individual may be at increased risk of committing suicide (although most suicide completers die by their first attempts). Studies show that about 40% of depressed patients who commit suicide have made a previous suicide attempt. Also, about 30% of suicide victims in the general population have made a previous suicide attempt. Furthermore, follow-up studies show that approximately 1% of individuals who attempt suicide commit suicide during the subsequent year, and approximately 10% do so over the subsequent 10 years.

However, unfortunately, no combination of demographic or clinical variables has proven very useful in predicting suicide. For example, Pokorny (1983) reported a prospective study to try to identify which psychiatric patients would commit suicide (see Chapter 6, this volume). A consecutive series of 4,800 patients admitted to the Houston Veterans Administration Medical Center was examined and rated on a battery of instruments that were thought to be useful in predicting suicide. Twenty-one items were used to identify a subsample of 803 patients, about 15% of the total group, who were thought to be at high risk for suicide. All of the 4,800 patients were followed up over an average of 5 years. Sixty-seven committed suicide during the follow-up period. However, only 30 of the 67 suicides were patients from the subsample of 803 patients thought to be at high risk. Thus, 37 of the eventual suicides—over 50%—were not identified earlier as being at risk (false negatives), whereas 766 of the 803 patients identified as being at risk did not commit suicide (false positives). Pokorny concluded that "we do not possess any item of information or any combination of items that permit us to identify to a useful degree the particular persons who will commit suicide, in spite of the fact that we do have scores of items

available, each of which is significantly related to suicide. (1983; again, see Chapter 6, this volume, for the full presentation).

Cohen (1986), a statistician, reviewed the limitations of future improvements in statistical approaches to increase the predictability of suicidal behavior using psychosocial risk factors alone. He concluded: "If to the psychosocial factors now employed we can add relevant biological factors and their interactions with psychosocial factors, we may be able to develop the causal models necessary for the understanding, prediction, and prevention of suicide" (p. 41). Thus, the hope is that a combination of clinical and biological variables may better predict individuals at increased risk of suicidal behavior.

Traskman et al. (1981) carried out the first follow-up study of patients who had attempted suicide and who had had a lumbar puncture for determination of CSF levels of 5-HIAA. They found that within a year of leaving the hospital 21% of the patients who had both a suicide attempt and a CSF level of 5-HIAA below 90 nmol/liter had committed suicide. To put it another way, among patients who had made a suicide attempt, those with low CSF levels of 5-HIAA were 10 times more likely to die of suicide than the remainder.

Recently, my c
suicidal behavior ar
tions of CSF level
DeJong, & Linnoil
follow-up period h
metabolite 5-HIAA
most striking amon
(91.7%) of 12 melan
had attempted suic
reattempted suicide
melancholics with
suicide before their
during follow-up (
findings in relation
(25%) of the 12 depr
a CSF level of 5-HI
year of follow-up.





5-HIAA  (pm

**FIGURE 28.5.** Scatt
CSF 5-HIAA and HV
13) reattempt suicide
= 7). Patients who
patients who never a
$df = 2, 22, p < .046$)
men; open circles ind
lites and Suicidal B
M. Linnoila, 1989.

**FIGURE 28.4.** Depressed patients who reattempted suicide during follow-up ($n = 7$), compared with all other patients for CSF levels of 5-HIAA and HVA ($n = 20$). Patients who reattempted had significantly lower CSF levels of both 5-HIAA ($p < .03$) and HVA ($p < .04$). Plus signs indicate completed suicides. Filled circles indicate men; open circles indicate women. From "Cerebrospinal Fluid Monomine Metabolites and Suicidal Behavior in Depressed Patients" by A. Roy, J. DeJong, and M. Linnoila, 1989, *Archives of General Psychiatry, 46,* 609–612.

Recently, my colleagues and I carried out a 5-year follow-up study of suicidal behavior among depressed patients who had earlier had determinations of CSF levels of monoamine metabolites (Roy et al., 1986; Roy, DeJong, & Linnoila, 1989). Patients who reattempted suicide during the follow-up period had significantly lower CSF levels of both the serotonin metabolite 5-HIAA and the dopamine metabolite HVA. The findings were most striking among depressed patients with melancholia. For example, 11 (91.7%) of 12 melancholics with a CSF level of 5-HIAA below 80 pmol/ml had attempted suicide before their index admission; 6 (54.5%) of those 11 reattempted suicide during the follow-up period. Nine (90%) of the 10 melancholics with a CSF level of HVA below 100 pmol/ml had attempted suicide before their index admission; 6 (66.6%) of these 9 reattempted suicide during follow-up (Figures 28.4, 28.5, and 28.6). There were also striking findings in relationship to committing suicide during the follow-up. Three (25%) of the 12 depressed patients who had made a past attempt and who had a CSF level of 5-HIAA below 80 pmol/ml committed suicide during the first year of follow-up. This 25% is similar to the 21% rate of suicides reported by



**FIGURE 28.5.** Scattergrams showing analysis of variance (ANOVA) comparison of CSF 5-HIAA and HVA levels of depressed patients who did ($n = 7$) or did not ($n = 13$) reattempt suicide during follow-up and patients who never attempted suicide ($n = 7$). Patients who reattempted had significantly lower CSF levels of HVA than patients who never attempted ($p < .05$) (analysis of covariance) [ANCOVA] $F = 3.55$, $df = 2, 22$, $p < .046$). Plus signs indicate completed suicides. Filled circles indicate men; open circles indicate women. From "Cerebrospinal Fluid Monoamine Metabolites and Suicidal Behavior in Depressed Patients" by A. Roy, J. DeJong, and M. Linnoila, 1989, *Archives of General Psychiatry, 46*, 609–612.



**FIGURE 28.6** Scattergram showing ANOVA comparison of CSF 5-HIAA and HVA levels of depressed patients with melancholia who did ($n = 6$) or did not ($n = 11$) reattempt suicide during follow-up or who never attempted suicide ($n = 5$). Melancholics who reattempted had significantly lower CSF levels of both 5-HIAA ($p < .01$) and HVA ($p < .01$) than melancholics who never attempted, and lower levels of 5-HIAA than melancholics who did not reattempt ($p < .05$). Melancholics who did not reattempt had significantly lower CSF levels of HVA than melancholics who never attempted ($p < .05$) (ANCOVA $F = 5.28$, $df = 2$, 17, $p < .016$, and $F = 7.18$, $df = 2$, 17, $p < 0.005$, respectively). Plus signs indicate completed suicides. Filled circles indicate men; open circles indicate women. From "Cerebrospinal Fluid Monoamine Metabolites and Suicidal Behavior in Depressed Patients" by A. Roy, J. DeJong, and M. Linnoila, 1989, *Archives of General Psychiatry, 46,* 609–612.

Traskman et al. (1981) as occurring within a year of leaving the hospital among their previous attempters with a CSF level of 5-HIAA below 90 nmol/liter. These follow-up results suggest that among depressed patients who have previously attempted suicide, these measures may be predictive markers of an increased risk of further suicidal behavior. However, further such follow-up studies are needed, as well as studies examining the possible predictive utility of peripheral measures of serotonergic function.

## REFERENCES

Asberg, M., Nordstrom, P., Traskman-Benz, L. (1986). Biological factors in suicide. In A. Roy (Ed.), *Suicide* (pp. 47–71). Baltimore: Williams & Wilkins.

Asberg, M., Traskman, L., & Thoren, P. (1976). 5-HIAA in the cerebrospinal fluid: A biochemical suicide predictor? *Archives of General Psychiatry, 33,* 1193–1197.

Banki, C., & Ara[...]
    related to d[...]
Cohen, J. (1986). S[...]
    New York [...]
Egeland, J., & Su[...]
    Journal of [...]
Haberlandt, W. ([...]
    analyse). A[...]
Haberlandt, W. ([...]
    nacional, [...]
Juel-Nielsen, N., [...]
    Medicae e[...]
Kallman, F., & Ar[...]
    Journal o[...]
Kallman, F., DeI[...]
    only child[...]
Kety, S. (1986). [...]
    Baltimore[...]
Linkowski, P., de[...]
    depressive[...]
Mann, J., McBri[...]
    enzyme st[...]
    114–121.
Murphy, G., & V[...]
    attempter[...]
Pitts, F., & Winc[...]
    incidence[...]
Pokorny, A. (198[...]
    tive study[...]
Roy, A. (1982). [...]
    Psychiatr[...]
Roy, A. (1983). [...]
    974.
Roy, A. (1985a). [...]
    ica, 8, 24[...]
Roy, A. (1985b[...]
    America,[...]
Roy, A. (1989). [...]
    psychiat[...]
Roy, A., Agren, [...]
    Reduced [...]
    5-hydrox[...]
    dal beha[...]
    chiatry, [...]
Roy, A., DeJon[...]
    lites and [...]
    try, 46, 6[...]

Banki, C., & Arato, M. (1983). Amine metabolites and neuroendocrine responses related to depression and suicide. *Journal of Affective Disorders, 5,* 223–232.

Cohen, J. (1986). Statistical approaches to suicidal risk factor analysis. *Annals of the New York Academy of Sciences, 487,* 34–41.

Egeland, J., & Sussex, J. (1985). Suicide and family loading for affective disorders. *Journal of the American Medical Association, 254,* 915–918.

Haberlandt, W. (1965). Der suizid als genetisches problem (zwillings and familien analyse). *Anthropologischer Anzeiger 29,* 65–89.

Haberlandt, W. (1967). Aportacion a la genetica del suicide. *Folia Clinica Internacional, 17,* 319–322.

Juel-Nielsen, N., & Videbech, T. (1970). A twin study of suicide. *Acta Geneticae Medicae et Gemellologiae, 19,* 307–310.

Kallman, F., & Anastasio, M. (1947). Twin studies on the psychopathology of suicide. *Journal of Nervous and Mental Disease, 105,* 40–55.

Kallman, F., DePorte, J., DePorte, E., & Feingold, L. (1949). Suicide in twins and only children. *American Journal of Human Genetics, 2,* 113–126.

Kety, S. (1986). Genetic factors in suicide. In A. Roy (Ed.), *Suicide* (pp. 41–45). Baltimore: Williams & Wilkins.

Linkowski, P., de Maertelaer, V., & Mendlewicz, J. (1985). Suicidal behavior in major depressive illness. *Acta Psychiatrica Scandinavica, 72,* 233–238.

Mann, J., McBride, A., & Stanley, M. (1986). Postmortem monoamine receptor and enzyme studies in suicide. *Annals of the New York Academy of Sciences, 487,* 114–121.

Murphy, G., & Wetzel, R. (1982). Family history of suicidal behavior among suicide attempters. *Journal of Nervous and Mental Disease, 170,* 86–90.

Pitts, F., & Winokur, G. (1964). Affective disorder: Part 3. Diagnostic correlates and incidence of suicide. *Journal of Nervous and Mental Disease, 139,* 176–181.

Pokorny, A. (1983). Prediction of suicide in psychiatric patients: Report of a prospective study. *Archives of General Psychiatry, 40,* 249–257.

Roy, A. (1982). Risk factors for suicide in psychiatric patients. *Archives of General Psychiatry, 39,* 1089–1095.

Roy, A. (1983). Family history of suicide. *Archives of General Psychiatry, 40,* 971–974.

Roy, A. (1985a). Suicide: A multidetermined act. *Psychiatric Clinics of North America, 8,* 243–250.

Roy, A. (1985b). Suicide and psychiatric patients. *Psychiatric Clinics of North America, 8,* 227–241.

Roy, A. (1989). Suicide. In H. Kaplan & B. Sadock (Eds.), *Comprehensive textbook of psychiatry* (5th ed., pp. 1414–1427). Baltimore: Williams & Wilkins.

Roy, A., Agren, H., Pickar, D., Linnoila, M., Doran, A., Cutler, N., & Paul, S. (1986). Reduced CSF concentration of homovanillic acid and homovanillic acid to 5-hydroxyindoleacetic acid ratios in depressed patients: Relationship to suicidal behavior and dexamethasone nonsuppression. *American Journal of Psychiatry, 143,* 1539–1545.

Roy, A., DeJong, J., & Linnoila, M. (1989). Cerebrospinal fluid monoamine metabolites and suicidal behavior in depressed patients. *Archives of General Psychiatry, 46,* 609–612.

Case 1:04-cv-10981-PBS   Document 1197-162   Filed 04/04/2008   Page 12 of 12

Roy, A., & Linnoila, M. (1988). Suicidal behavior, impulsiveness and serotonin. *Acta Psychiatrica Scandinavica, 78*, 529–535.

Roy, A., & Linnoila, M. (1990). Monoamines and suicidal behavior. In H. van Praag (Ed.), *Monoamine regulation of aggression and impulse control* (pp. 141–183). New York: Brunner/Mazel.

Roy, A., Nutt, D., Virkkunen, M., & Linnoila, M. (1987). Serotonin, suicidal behaviour and impulsivity. *Lancet, ii*, 949–950.

Roy, A., Segal, N., Centerwall, B., & Robinette, D. (1990). Suicide in twins. *Archives of General Psychiatry, 48*, 29–32.

Schulsinger, F., Kety, S., Rosenthal, D., & Wender, P. (1979). A family study of suicide. In M. Schou & E. Stromgren (Eds.), *Origin, prevention and treatment of affective disorders* (pp. 277–287). London: Academic Press.

Stanley, M., Mann, J., & Cohen, L. (1986). Serotonin and serotonergic receptors in suicide. *Annals of the New York Academy of Sciences, 487*, 122–127.

Traskman, L., Asberg, M., Bertilsson, L., & Sjostrand, L. (1981). Monoamine metabolites in CSF and suicidal behavior. *Archives of General Psychiatry, 38*, 631–636.

Tsuang, M. (1983). Risk of suicide in the relatives of schizophrenics, manic depressives and controls. *Journal of Clinical Psychiatry, 44*, 396–400.

Wender, P., Kety, S., Rosenthal, D., & Schulsinger, F. (1986). Psychiatric disorders in the biological and adoptive families of adopted individuals with affective disorders. *Archives of General Psychiatry, 43*, 923–929.

Zair, K. (1981). A suicidal family. *British Journal of Psychiatry, 139*, 68–69.

Impulsiv
Affects:

Natio

Hypotheses for
ently determin
theory (Loren
emotional beh
1954) have sha
behavior eman
teractional an
economic the
regard to suic
and always
Asberg, Thore
(1976).
A stimul
interest in
psychoanalys
related, as sta
no neurotic
upon himsel
been able to
through to e
papers, repo
likely to be