EXHIBIT 135

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Trimble, Michael MD (FP Expert)**
**10/18/2007**

**Printed : 3/20/2008**

149

1  MICHAEL R. TRIMBLE, M.D.
2  have you not, on the relationship of changes in brain
3  structure to changes in brain function?
4  A. I have.
5  Q. And am I correct that you've taught that
6  changes in brain structure always are accompanied by
7  a change in function, but changes in function may not
8  necessarily be accompanied by changes in structure?
9  A. That is correct.
10  Q. First let me ask you with reference to
11  epilepsy, is epilepsy believed to be caused by an
12  abnormality in brain structure or brain function or
13  some combination?
14  MR. FINKELSTEIN: Objection. It's
15  overbroad.
16  A. In the majority of patients with
17  epilepsy, if you search, particularly with new brain
18  imaging techniques, you will discover alterations of
19  brain structure.
20  Q. Do you have any opinion or knowledge
21  about whether mood disorders, including depression,
22  are associated with abnormalities in brain structure
23  or function?
24  A. In epilepsy?
25  Q. In depression -- in mood disorders

150

1  MICHAEL R. TRIMBLE, M.D.
2  generally without limiting it to epilepsy.
3  A. Well, the answer to that is that
4  alterations of structure can lead to depressive
5  syndromes and alteration of function can lead to
6  depressive syndromes.
7  Q. And it's true that they independently can
8  lead to depressive states. Correct?
9  A. The caveat that you've just said, namely
10  that an alteration of structure implies an alteration
11  of function.
12  Q. Can you please state what audience you're
13  writing biological psychiatry for?
14  A. I write all my books to an educated group
15  of people who initially may not seem to be the target
16  audience. So it's not necessarily for psychiatrists,
17  but for many in ways neurologists who should know
18  about biological aspects of behavior disorders.
19  So "Biological Psychiatry" was written
20  for those people like neurologists who want to know
21  more about the underlying neuroanatomy,
22  neurochemistry and treatment of psychiatric disorders
23  from a biological point of view.
24  Q. Neurologists treat diseases and disorders
25  of the central nervous system; is that correct?

151

1  MICHAEL R. TRIMBLE, M.D.
2  A. Yes, yes.
3  Q. And could you distinguish between the
4  diseases and disorders that neurologists typically
5  diagnose and treat versus the diseases and disorders
6  that psychiatrists typically diagnose and treat?
7  A. This is a very broad generalization, but
8  neurologists tend to deal more with brains that have
9  been physically -- structurally damaged whereas
10  psychiatrists tend to deal more with functional
11  disorders, disorders of cerebral and neurotransmitter
12  function. But that is a terrible overgeneralization,
13  I'm afraid.
14  Q. And there can be interrelation between
15  those two broad categories of disorders. Correct?
16  A. There is an interdiscipline called
17  biological -- excuse me, called behavioral neurology
18  and that discipline bridges the gap between straight
19  neurology and psychiatry.
20  Q. Very good. I want to ask you something
21  about your clinical practice next, Professor Trimble.
22  How long have you been in a clinical
23  practice, that is to say as a licensed physician
24  treating patients in a physician/patient setting?
25  A. Since 1971.

152

1  MICHAEL R. TRIMBLE, M.D.
2  Q. Upon graduation from your academic
3  medical training, did you next go through a period of
4  what you may be familiar with here in America we call
5  residency or internship, working under the
6  supervision of more senior experienced physicians?
7  A. Yes.
8  Q. There is a process similar to that in the
9  United Kingdom?
10  A. Correct.
11  Q. Did you begin that in 1971?
12  A. Correct.
13  Q. And is it called residency?
14  A. We understand the meaning of that term,
15  yes.
16  Q. So may I use that term to describe --
17  A. That is understood. I understand what
18  you're talking about.
19  Q. Where did you complete your residency
20  training?
21  A. Right. My residency training in general
22  medicine was completed at a hospital in Oxford, part
23  of Oxford University, the Radcliff Hospital.
24  I then went to study neurology at the
25  National Hospital For Neurology. I then went to the

Page 153

1       MICHAEL R. TRIMBLE, M.D.
2   Institute of Psychiatry in London to study
3   psychiatry. I then went to the Johns Hopkins
4   Hospital, Baltimore to continue my studies in
5   psychiatry, before returning to the National Hospital
6   for Neurology where I became senior resident and then
7   was appointed to the staff.
8       Q.   Approximately how long did you spend in
9   the residency at the Radcliff Hospital at Oxford?
10      A.   That would have been 12 months.
11      Q.   And you described a period of neurology
12  study following that?
13      A.   That was actually my second period of
14  neurology training but it was the first one after
15  getting my license.
16      Q.   All right. And how long did that
17  neurology training period last?
18      A.   That was six months at the National
19  Hospital For Neurology. And then as part of my
20  institute of psychiatry training, there was another
21  six months at the Institute of Psychiatry.
22      Q.   And then at Johns Hopkins would have been
23  the next phase?
24      A.   I was at Johns Hopkins as a six-month
25  residency.

Page 154

1       MICHAEL R. TRIMBLE, M.D.
2       Q.   And then returned to the National
3   Hospital --
4       A.   Then returned to the National Hospital.
5       Q.   -- as chief resident?
6       A.   As the chief resident.
7       Q.   I take it that during this -- these
8   phases of early experience and training, your
9   clinical work was concentrated in neurology?
10      A.   My clinical work and interests were
11  concentrated in neurology.
12      Q.   Did any particular disorder, categories
13  of disorders tend to predominant in the patients that
14  you treated early on in your career during these time
15  periods that you have told us about?
16      A.   No, these are periods of generalized
17  training within the subdiscipline, but I had the
18  interest in biological aspects, general psychiatric
19  training.
20      Q.   You treated a broad spectrum of
21  neurological disorders?
22      A.   And psychiatric disorders.
23      Q.   And psychiatric disorders?
24      A.   Yes.
25      Q.   Professor Trimble, were you taught in

Page 155

1       MICHAEL R. TRIMBLE, M.D.
2   your academic medical training or in these residency
3   and other postgraduate training programs right up
4   through chief resident, were you taught about
5   treating patients with depression?
6       A.   Of course, yes.
7       Q.   Were you, as part of your training, were
8   you taught about how to recognize and treat patients
9   who in particular have suicidal symptoms?
10      A.   It is part of a general training.
11      Q.   How long did you spend as chief resident
12  at National Hospital?
13      A.   Probably nine months, and I was then
14  upgraded to become a full staff member. I should say
15  appointed to become a full staff member.
16      Q.   A full staff member at the National
17  Hospital?
18      A.   At the National Hospital for neurology.
19      Q.   How long did you spend in that position
20  as a staff physician?
21      A.   Well, I remained as such until 2004.
22      Q.   You have been there your entire career
23  essentially; is that correct?
24      A.   That is correct.
25      Q.   Where is the National Hospital located?

Page 156

1       MICHAEL R. TRIMBLE, M.D.
2       A.   Queens Square is the name on every
3   neurologist's lips because it was and still is a
4   mecca for neurological research and training. It's
5   in Bloomsbury London.
6       Q.   Is the National Hospital operated by the
7   government or is it a private institution?
8       A.   No, it's a National Health Service
9   hospital and it is joined to the Institute of
10  Neurology which is the research wing which is, also,
11  run by the government but a different agency. So the
12  hospital is run by the National Health Service. The
13  institute is run by the department of education, but
14  they're basically both government institutions.
15      Q.   All right. Are you employed specifically
16  by one -- by the institute, the research arm or by
17  the hospital itself?
18      A.   I had a split contract. Half my time was
19  with the hospital with clinical commitments and half
20  my time was developing my research group.
21      Q.   What size hospital is the National
22  Hospital in terms of patient volume?
23           MR. FINKELSTEIN: I was going to say --
24      A.   I thought you mean how big was it.
25      Q.   I don't mean cubic-wise.

157

1         MICHAEL R. TRIMBLE, M.D.
2    A.   Approximately 200 beds. Approximately.
3    Q.   Does it have an outpatient clinic as
4    well?
5    A.   Oh, very much so, yes.
6    Q.   And does the National Hospital treat
7    patients with psychiatric disorders as well as
8    neurological disorders?
9    A.   Yes, it does. I mean the doctors do,
10   rather, than the hospital. Yes, it does.
11   Q.   And I really mean apart from any
12   co-morbidity with patients with multiple diagnoses,
13   does the National Hospital treat patients whose
14   primary complaint of illness is a psychiatric
15   disorder, depression, schizophrenia, those sorts of
16   things?
17   A.   Yes.
18   Q.   Do you treat both patients whose primary
19   complaint is psychiatric as well as patients whose
20   primary complaint is neurological?
21   A.   Yes.
22   Q.   Do you treat some patients who have both
23   categories of disorder at the same time?
24   A.   I do.
25   Q.   You mentioned to me that you had recently

158

1         MICHAEL R. TRIMBLE, M.D.
2    changed to a professor emeritus status; is that
3    correct?
4    A.   That is correct.
5    Q.   And could you explain briefly the
6    difference between a normal professor and professor
7    emeritus in terms of your clinical responsibility?
8    A.   I have left the National Health Service
9    and have an honorary contract with the hospital. I
10   have taken retirement from the onerous
11   responsibilities of clinical practice in that sense.
12   Q.   And when did you take emeritus status?
13   A.   2004.
14   Q.   Have you regularly treated patients since
15   2004 in taking emeritus status?
16   A.   I have a private practice.
17   Q.   While the at the National Hospital, can
18   you give me an idea of what your typical patient load
19   would have been in terms of inpatient care?
20   A.   Yes. I shared, with two other
21   consultants, that's staff members, an inpatient ward
22   of 14 beds. Highly specialized for the work that we
23   do, so 14 beds.
24   Q.   Before taking emeritus status, did you,
25   also, treat patients in connection with your work at

159

1         MICHAEL R. TRIMBLE, M.D.
2    the National Hospital on an outpatient basis?
3    A.   I did.
4    Q.   And can you give me a similar idea of the
5    patient load that you had in terms of outpatient
6    care?
7    A.   I did sometimes two, sometimes three
8    outpatient sessions a week and in those outpatient
9    sessions I might see up to 15 patients, might have
10   been more, might have been less, but it was
11   approximately -- and I say two to three a week
12   because in a month I might to do two -- like every
13   other week one of those clinics every other week, but
14   regularly I did two clinics a week with up to 15
15   patients.
16   Q.   Would the outpatient sessions require you
17   to be at the outpatient facility for, generally, a
18   workday, would that be a session?
19   A.   It would be a half day.
20   Q.   A half day.
21        Can you tell us the predominant
22   neurological disorders you treated prior to taking
23   emeritus status?
24   A.   My main interest was patients with
25   epilepsy and they formed the core group of people

160

1         MICHAEL R. TRIMBLE, M.D.
2    that I treated.
3    Q.   Before taking emeritus status, in
4    connection with your work at the hospital, did you
5    personally treat any patients whose primary complaint
6    was depression?
7    A.   I did.
8    Q.   As best you can characterize it, I
9    realize you can't be precise, but as best you can
10   characterize it what percentage of your patients had
11   depression as either a primary complaint or as a
12   co-morbid condition with another disorder?
13   A.   If I said 10 to 20 percent, but that's a
14   guess.
15   Q.   Did you have experiences at the National
16   Hospital where you treated patients jointly or in
17   coordination with a psychiatric specialist, a
18   psychiatrist?
19   A.   No.
20   Q.   No. Professor Trimble, does your
21   clinical experience over the years include
22   prescribing psychotropic medications for your
23   patients?
24   A.   It does.
25   Q.   Have you prescribed tricyclic

### Page 161

```
1           MICHAEL R. TRIMBLE, M.D.
2    anti-depressants for patients?
3       A.   I have.
4       Q.   Have you prescribed anti-depressants, the
5    SSRIs, et cetera --
6       A.   I have.
7       Q.   -- for patients? And am I correct that
8    you've prescribed a number of the class of
9    anti-epileptic drugs for your patients?
10      A.   That's correct.
11      Q.   Feel free to refer to your report if you
12   need to, but could you name for us the medications
13   that comprise the anti-epileptic drug or AED class of
14   medications in your estimation?
15           MR. FINKELSTEIN: I don't think he needs
16   his report for that one.
17           MR. HOOPER: That is my guess.
18      A.   The anti-epileptic drug?
19      Q.   The anti-epileptic drugs, the compounds
20   that make up that class.
21      A.   For all time?
22      Q.   Why don't we say the ones that have been
23   used, you know, within the past 10 years. I'm really
24   not getting at some obscure medication used 50 years
25   ago. I'd just like to know what the list of AEDs is?
```

### Page 162

```
1           MICHAEL R. TRIMBLE, M.D.
2       A.   Carbamazepine. Can I say, would you
3    prefer me to use the generic names? Usually
4    academically one does not use trade names. But is it
5    easier to use tegretol as opposed to carbamazepine?
6            MR. FINKELSTEIN: You should use it as
7    you would normally use it.
8            MR. HOOPER: Yeah, I think so. I think
9    so.
10      Q.   We will able to sort that out. Whatever
11   is most convenient for you.
12      A.   Okay. Carbamazepine, valproic acid or
13   sodium valpromide, phenytoin, vigabatrin,
14   lamotrigine, gabapentin, zonisamide, levetiracetam,
15   clobazam. I think I've listed all of them -- oh,
16   ethosuximide is, of course, another one.
17      Q.   That's nine.
18      A.   I may have missed one, but these are ones
19   that I have used --
20           MR. FINKELSTEIN: I have 10.
21      A.   -- in clinical practice.
22      Q.   We will come back. Feel free to refer to
23   anything that you consider an AED, regardless of
24   whether you just listed it in that question, in
25   response to that question.
```

### Page 163

```
1           MICHAEL R. TRIMBLE, M.D.
2       Q.   Let me ask you about first carbamazepine?
3       A.   Yes.
4       Q.   Is that a relatively older drug or has it
5    been newly developed?
6       A.   It was introduced to clinical practice in
7    1960, maybe.
8       Q.   Have you prescribed that --
9       A.   I have.
10      Q.   -- drug? More than 50 times in your
11   career?
12      A.   More 50 times in my career.
13      Q.   More than a hundred times in your career?
14      A.   More than a hundred times in my career.
15      Q.   Valproic acid, when was that introduced,
16   roughly?
17      A.   I believe in the early '70s.
18      Q.   Is vigabatrin an older drug or a newer
19   drug?
20      A.   Vigabatrin was introduced 1989.
21           MR. FINKELSTEIN: That's where it's
22   phenytoin would have been next on the list that he
23   listed. That's what you missed.
24      Q.   Is phenytoin an older drug or has it been
25   more recently developed?
```

### Page 164

```
1           MICHAEL R. TRIMBLE, M.D.
2       A.   Phenytoin was introduced in the 1940s.
3       Q.   And same question for lamotrigine, is it
4    an older versus a newer drug?
5       A.   That was introduced in the mid-1990s.
6    That's a newer one, yeah.
7       Q.   Zonisamide, is that an older or a newer
8    compound?
9       A.   That's a newer compound.
10      Q.   Okay. Who manufactures that, if you
11   know?
12      A.   It's a Japanese drug and actually it's
13   been used in Japan for a much longer period of time.
14   I don't know who manufactures it in the United States
15   of America.
16      Q.   Is it approved and available in the
17   United Kingdom for --
18      A.   Yes.
19      Q.   And is it specifically approved for
20   treatment of epilepsy?
21      A.   Yes.
22      Q.   Levetiracetam?
23      A.   Levetiracetam, yeah.
24      Q.   Is that an older compound or a newer one?
25      A.   That's a newer compound introduced in the
```

Page 165

MICHAEL R. TRIMBLE, M.D.
2 late 1990s.
3   Q.   Only a couple more to go.  Clobazam is an
4 older or newer compound?
5   A.   Introduced in 1976, '78, about that time.
6 That's an older compound.
7   Q.   And ethosuximide?
8   A.   Very old compound.  I don't know when
9 that was introduced.
10  Q.   Among the AEDs, Professor Trimble, are
11 there certain compounds that you tend to prescribe
12 more frequently than others when treating your own
13 patients?
14  A.   Yes.
15  Q.   Which of the anti-epileptic drugs do you
16 tend to prescribe more frequently than others?
17  A.   Carbamazepine, valproic acid, lamotrigine
18 and levetiracetam.
19  Q.   Would you be comfortable estimating that
20 you prescribed each of those compounds for more than
21 a hundred patients during career?
22  A.   No, because levetiracetam, for example, I
23 wouldn't have treated that over a hundred people with
24 that drug.  It was only introduced, as I said --
25 well, actually in the late 1990s.  Yes.  So mean I've

Page 166

MICHAEL R. TRIMBLE, M.D.
2 used it a lot but not over a hundred cases.
3   Q.   I understand.
4   A.   Also probably lamotrigine, probably not
5 over a hundred cases.
6   Q.   Estimating as closely as you can, have
7 you prescribed carbamazepine and valproic acid more
8 extensively than the other compounds on the list?
9   A.   Yes.
10  Q.   Can you tell me, Professor Trimble, which
11 of the AEDs that you have listed for us are compounds
12 that you consider to be GABAergic by which I mean
13 GABA level elevators?
14  A.   Yes.  I now of course realize I haven't
15 added tiagabine and topiramate to that list.
16 GABAergic compounds are clobazam, vigabatrin,
17 tiagabine, topiramate, gabapentin.  That's, I think,
18 all of them on that list that I would regard as
19 GABAergic.
20  Q.   You do not regard lamotrigine as a
21 GABAergic compound?
22  A.   Well, it's not generally considered to be
23 GABAergic, but there is some data that suggests it
24 may raise GABA levels in the human brain after
25 chronic prescription.  That has to be looked at

Page 167

MICHAEL R. TRIMBLE, M.D.
2 further, but I think generally people do not know how
3 the drug works.
4       Well, that's not true, quite true.  I'm
5 sorry, people do know that it has an effect on sodium
6 channels in the brain, so it was incorrect to say
7 people don't know how it works, but the mechanism of
8 action is not really been well worked out.
9   Q.   Is it correct that that very phenomenon,
10 not knowing exactly how a drug works, is fairly
11 common in the world of pharmacology?
12  A.   That is correct.
13  Q.   With regard to those compounds that you
14 considered GABAergic --
15  A.   Yes.
16  Q.   -- is there some measurement or indicia
17 of their effect on GABA levels that when met causes a
18 drug to be considered by you as GABAergic?
19  A.   The information on whether the drug is
20 GABAergic emerges from studies that are animal
21 studies, and there are some human data that pertain
22 to some of those drugs as well.
23  Q.   How do you -- how do you in your own
24 mind, assess whether a drug is GABAergic or not when
25 studies show inconsistent or different results?

Page 168

MICHAEL R. TRIMBLE, M.D.
2   A.   Well, you build a picture depending on
3 how great the inconsistency is.  So often you get a
4 negative study and several positive studies.  I rely
5 on colleagues in the laboratory who do peer
6 reviewed -- published peer reviewed studies using
7 techniques that I personally haven't used but you
8 rely upon their expertise.
9       And then with regards to the human data,
10 you can look at brain imaging.  And, as a behavioral
11 neurologist, I also look at the changes of behavior
12 that you see with a drug.
13  Q.   Are there any pharmaceutical compounds to
14 your knowledge that are -- that do the reverse of a
15 GABAergic drug and lower GABA levels when
16 administered to patients?
17      MR. FINKELSTEIN:  Inside or outside of
18 the anti-epileptic world, because you said any
19 pharmaceutical compounds?
20  Q.   Any pharmaceutical compounds that you are
21 aware of that lower GABA.
22  A.   There are benzodiazapine, inverse
23 agonists which do the opposite to a benzodiazepine
24 agonist, but the difficulty of finding any compound
25 is that it would cause seizures which the

```
                                               169
 1        MICHAEL R. TRIMBLE, M.D.
 2   benzodiazapine agonist do. So that's why, I suspect,
 3   I can't give you a the name of a drug that is used
 4   reliably lowers GABA. So the answer to your question
 5   is I do know of a drug. It is used. It's a
 6   benzodiazapine inverse agonist.
 7       Q.   What is the name of that compound?
 8       A.   It's -- it might be -- flumazenil is not
 9   the name I'm looking for. I'm sorry, I don't have
10   that name on the tip of my tongue.
11       Q.   Do you believe that compound that you're
12   thinking of is an approved medication for some use?
13       A.   It has a specific use in people who
14   overdose with the benzodiazapine agonist, but I don't
15   believe it's licensed actually. I think flumazenil,
16   which is a drug along the spectrum towards the
17   inverse -- it's in my book actually, I could look up
18   the name, but I don't -- I don't believe it's
19   licensed in the UK. I don't know whether it is here.
20       Q.   By the way, absolutely feel free to look
21   at anything you need to.
22       A.   It's only a name I can look up.
23            MR. FINKELSTEIN: Why don't you add that
24   to the list of names of gentlemen that you remember
25   when it comes to you. It's stored somewhere in
```

```
                                               170
 1        MICHAEL R. TRIMBLE, M.D.
 2   there.
 3            Curiosity got the better of you.
 4       A.   With regards to page 361 of my book, the
 5   name -- there are a group of drugs called beta
 6   carbolines.
 7       Q.   Those drugs reduce GABA levels?
 8       A.   Well, they -- I can't answer that. They
 9   act -- the GABA benzodiazapine receptor because the
10   benzodiazapine and GABA are linked together. Whether
11   they actually decrease GABA levels per se, I can't
12   tell you, but they alter the action of that receptor
13   in the downward direction.
14       Q.   And alternative ways of decreasing the
15   function of a particular neurotransmitter system
16   would include, among other things, decreasing the
17   release of that neurotransmitter or blocking a
18   receptor that is a necessary structure in the signal
19   transmission process. Correct?
20       A.   Correct.
21       Q.   Professor Trimble, since you left -- I'm
22   sorry, since you took emeritus status in 2004, how
23   has your patient -- how has your clinical practice
24   changed from your work at the National Hospital?
25       A.   I see no National Health Service
```

```
                                               171
 1        MICHAEL R. TRIMBLE, M.D.
 2   patients. I have a very limited private practice. I
 3   lecture a lot more and I'm away from my office much
 4   more which means I cannot accept the responsibility,
 5   the hands on day-to-day responsibility for patients.
 6   So I tend to be -- providing reports and seeing
 7   patients for second opinion as opposed to being
 8   hands-on treatment.
 9       Q.   Do you have a medical office that you
10   clinically -- at which you clinically practice today?
11       A.   I do.
12       Q.   Is that located in London as well?
13       A.   At the National Hospital, yes.
14       Q.   And approximately how many patients do
15   you see a week in your typical practice today?
16       A.   Three, maybe.
17       Q.   Is that per week?
18       A.   When I'm in the United Kingdom, yes.
19       Q.   Do your current patients tend to be
20   patients with primary complaints that are
21   neurological disorders such as epilepsy?
22       A.   Yes, I see less people with epilepsy now
23   than I used to. I see many more people with head
24   injury now, some of whom have epilepsy.
25       Q.   Do you currently treat any patients whose
```

```
                                               172
 1        MICHAEL R. TRIMBLE, M.D.
 2   primary complaint is that they have a mood disorder,
 3   including depression?
 4       A.   I treat people who have mood disorder,
 5   yes, primary mood disorder, yes -- well, yes, I think
 6   that's correct.
 7       Q.   I believe you told us earlier today you
 8   have prescribed the tricyclic as well as the modern
 9   anti-depressants in your practice; is that right?
10       A.   That's right.
11       Q.   What anti-depressant medications have you
12   tended to prescribe more than others over the past,
13   let's say, five years, your best estimate?
14       A.   Particular compounds?
15       Q.   Yes, sir.
16       A.   Paroxetine, citalopram, and they are
17   probably the two I have used most in recent years. I
18   guess Prozac, or fluoxetine but less so than the
19   other two.
20       Q.   Paroxetine is?
21       A.   P-a-r-o-x --
22       Q.   It's a seroxat, s-e-r-o-x-a-t, in the US?
23       A.   Yes.
24       Q.   It's known as Paxil?
25       A.   Oh, yes, Paxil. That's correct. Yes, I
```

Case 1:04-cv-10981-PBS   Document 1197-163   Filed 04/04/2008   Page 9 of 9

Trimble, Michael MD (F&P Expert)  10/18/2007  9:05:00 AM

### Page 173

```
 1          MICHAEL R. TRIMBLE, M.D.
 2   recognize that name. Paxil, yes.
 3       Q.   You mentioned citalopram which is known
 4   as Celexa here, I believe, in the United States.
 5   Does that have a trade name in the UK?
 6       A.   Cipramil, C-i-p-r-a-m-i-l.
 7       Q.   And does Prozac, also known as
 8   fluoxetine, have a trade name in the UK?
 9       A.   Prozac. It's worldwide.
10       Q.   Have you prescribed gabapentin --
11       A.   I have.
12       Q.   -- known as Neurontin in the United
13   States.
14       A.   I have, I have.
15       Q.   Can you give me your best estimate, an
16   estimate that you feel comfortable with, of the
17   number of patients for whom you have prescribed
18   gabapentin?
19       A.   Ten.
20       Q.   Approximately when did you first
21   prescribe gabapentin, if you can recall?
22       A.   I have no idea.
23       Q.   Have you prescribed gabapentin within the
24   past five years?
25       A.   Maybe once but -- but maybe.
```

### Page 174

```
 1          MICHAEL R. TRIMBLE, M.D.
 2       Q.   Have the patients for whom you have
 3   prescribed gabapentin been epileptic patients?
 4       A.   That is correct.
 5       Q.   To the best of your recollection, have
 6   you prescribed gabapentin for any patients who did
 7   not have epilepsy?
 8       A.   I have not.
 9       Q.   Are you familiar with a compound known as
10   pregabapentin?
11       A.   I am.
12       Q.   Known as Lyrica here in the United
13   States?
14       A.   And Lyrica in the United Kingdom, I am
15   familiar with that.
16       Q.   Have you prescribed that compound for any
17   of your own patients?
18       A.   No, I haven't.
19          MR. HOOPER: We can take a break. We are
20   end of tape.
21          THE VIDEOGRAPHER: Going off the record.
22   The time is 3:54 p.m. This is the end of tape six.
23          (Recess taken.)
24          THE VIDEOGRAPHER: We're back on the
25   record. The time is 4:15 p.m. this is the beginning
```

### Page 175

```
 1          MICHAEL R. TRIMBLE, M.D.
 2   of tape seven.
 3   BY MR. HOOPER:
 4       Q.   Professor Trimble, among the
 5   anti-epileptic compounds that we discussed earlier,
 6   do you have any knowledge as to -- as to which of
 7   those compounds is the most GABAergic, by which I
 8   mean which of them elevates GABA levels the most to
 9   the greatest degree?
10       A.   It would appear to be vigabatrin.
11       Q.   And could you describe the mechanism of
12   action of vigabatrin for us?
13          MR. FINKELSTEIN: I am just going to
14   object, only I've asked for a definition of
15   "mechanism of action" because mechanism of action,
16   they may not be able to define the anti-seizure
17   capacity of it but they may know a lot about it.
18          MR. HOOPER: Good point.
19       Q.   Professor Trimble, could you explain for
20   us the mechanism by which vigabatrin elevates GABA
21   levels?
22       A.   Yes. It interferes with the action of
23   the enzyme that breaks down GABA once it is released
24   from the nerve, the GABA transaminates. It
25   interferes with the action of the enzyme that breaks
```

### Page 176

```
 1          MICHAEL R. TRIMBLE, M.D.
 2   down GABA. So you have more GABA in the synaptic
 3   cleft.
 4       Q.   Could you explain the mechanism by which
 5   carbamazepine elevates GABA?
 6       A.   I don't believe I suggested it did.
 7       Q.   Forgive me, did you say that you believe
 8   valproic acid was GABAergic?
 9       A.   Valproic acid appears to be GABAergic in
10   animal models or some animal models but not in
11   humans, and I do not believe we know how it works,
12   what it's mechanism of action is.
13       Q.   In terms of GABAergicity?
14       A.   In terms of GABAergicity.
15       Q.   Again, is phenytoin GABAergic or GABA
16   elevating?
17       A.   Not to my knowledge, not specifically to
18   my knowledge.
19       Q.   I believe you told us that lamotrigine
20   was one you considered not GABAergic, though there is
21   some evidence to the contrary; is that right?
22       A.   There has been some recent evidence which
23   suggests that there may be some influence of
24   lamotrigine on GABA.
25       Q.   Any knowledge of a lamotrigine mechanism
```