UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
ALL PRODUCTS LIABILITY CASES                                :
IDENTIFIED ON EXHIBIT 1 TO THE                              :
DECLARATION OF SCOTT W.SAYLER, ESQ.                         :
                                                            :
------------------------------------------------------------x
```

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.**

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. My name is Andrew G. Finkelstein. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee. I have personal knowledge of the matters stated below in this declaration.

2. This declaration is made in opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment. (ECF Doc. # 1161.)

3. Attached hereto as Exhibit 1 is a true and correct copy of FDA Alert of January 31, 2008 regarding Antiepileptic Drugs including Neurontin.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Warner-Lambert guilty plea in *United States v. Warner Lambert* dated June 7, 2004.

5. Attached hereto as Exhibit 3 is a true and correct copy of Expert Report of Daniel Brock, Ph.D., dated September, 2003.

6. Attached hereto as Exhibit 4 is a true and correct copy of Expert Report of Charles King III, dated October 22, 2007.

7. Attached hereto as Exhibit 5 is a true and correct copy of Expert Report of Cheryl Blume, Ph.D., dated October 22, 2007.

8. Attached hereto as Exhibit 6 is a true and correct copy of a document entitled "Pre NDA Meeting" dated May 14, 2001.

9. Attached hereto as Exhibit 7 is a true and correct copy of Adler & Mann, *Preemption & Medical Devices: The Courts Run Amok,* 59 Mo. L. Rev. 895, 924 & n.130 (1995).

10. Attached hereto as Exhibit 8 is a true and correct copies of a January 23, 2008 letter from members of the United States Senate and a February 29, 2008 letter from members of the U.S. House of Representatives to Andrew C. von Eschenbach, M.D.

11. Attached hereto as Exhibit 9 is a true and correct copy of a Dear Healthcare Professional letter authored by William Sigmund II, M.D.

12. Attached hereto as Exhibit 10 is a true and correct copy of Margaret J. Porter, *The Lohr Decision: FDA Perspective and Position,* 52 Food & Drug. L.J. 7, 11 (1997).

13. Attached hereto as Exhibit 11 is a true and correct copy of Declaration of Arvin P. Schroff, *Colacicco v. Apotex, Inc.*, F. Supp. 2d _, 2006 WL 1443357 (E.D. Pa. May 25, 2006).

14. Attached hereto as Exhibit 12 is a true and correct copy of *Doherty v. Merck & Co.,* No. ATL-L-0638-05MT, Trial Transcript, pp. 585: 25-25; 586: 1-10 (June 9, 2006).

15. Attached hereto as Exhibit 13 is a true and correct copy of *Collins v. Smithkline Beecham*, Civ. No. 0762, February 2007 Term, March 11, 2008.

16. Attached hereto as Exhibit 14 is a true and correct copy of *Clark v. Pfizer Inc., et al,* Slip Op. Case No. 1819, (C. Pleas, Pa. Mar. 2008).

17. Attached hereto as Exhibit 15 is a true and correct copy of the 1992 Clinical Review of the New Drug Application (NDA) for Neurontin.

18. Attached hereto as Exhibit 16 is a true and correct copy of Memorandum of Decision in *Deutsch v. Wyeth,* Superior Court of New Jersey HRT Mass Tort Case Code 266, MID-L-998-06 MT.

19. Attached hereto as Exhibit 17 is a true and correct copy of FDA FOI Documents for Neurontin NDA Approval (July 28, 1994).

20. Attached hereto as Exhibit 18 is a true and correct copy of page from the Neurontin NDA 20-235 which includes listing of patents.

21. Attached hereto as Exhibit 19 is a true and correct copy of United States Patent 5,025,035, "Method of Treating Depression".

22. Attached hereto as Exhibit 20 is a true and correct copy of a portion of FDA's clinical review of Neurontin associated with the 2002 approval for post herpetic neuralgia (PHN) dated May 24, 2002.

23. Attached hereto as Exhibit 21 is a true and correct copy of a portion of the Gabapentin Pediatric Integrated Summary of Safety dated December 3, 1999.

24. Attached hereto as Exhibit 22 is a true and correct copy of the 2007 Neurontin Package Insert.

25. Attached hereto as Exhibit 23 is a true and correct copy of Appendix C.55 of Pfizer's Integrated Summary of Safety for the Post Herpetic Neuralgia NDA dated August 6, 2001.

26. Attached hereto as Exhibit 24 is a true and correct copy of chart created under F.R.E 1006 entitled "Percentage of Serious Reports for Suicidal and Self Injurious Behaviors( HLT) By Indication Group."

27. Attached hereto as Exhibit 25 is a true and correct copy of the Declaration of Keith L. Altman dated April 3, 2008.

28. Attached hereto as Exhibit 26 is a true and correct copy of Pfizer correspondence From Manini Patel of Pfizer to Russell Katz of the FDA dated September 10, 2004.

29. Attached hereto as Exhibit 27 is a true and correct copy of an e-mail transmission from Manfred Hauben to John Wolleben and Gretchen Dieck, dated April 25, 2004.

30. Attached hereto as Exhibit 28 is a true and correct copy of FDA PowerPoint presentation entitled "Suicidality and Anti-epileptic Drugs: Status of Clinical Trial Data Analysis" authored by Evelyn Mentari, MD, MS of the Division of Neurology Products

31. Attached hereto as Exhibit 29 is a true and correct copy of November 28, 2007 letter from FDA's Dr. Russell Katz to Andrew Finkelstein.

32. Attached hereto as Exhibit 30 is a true and correct copy of FDA letter from Russell Katz to Mary Ann Evertsz dated May 3, 2006.

33. Attached hereto as Exhibit 31 is a true and correct copy of a memorandum from Maribeth Lazzaro, Ph.D. to Tina Carriero, dated May 13, 2005.

34. Attached hereto as Exhibit 32 is a true and correct copy of a Wall Street Journal Article Entitled "Update: FDA To Require Simpler Drug Labels" authored by Jennifer Corbett dated January 18, 2006.

35. Attached hereto as Exhibit 33 is a true and correct copy of pages from the February 14, 2008 deposition of Cynthia McCormick.

36. Attached hereto as Exhibit 34 is a true and correct copy of pages from the transcript of the December 14, 1992 meeting of FDA's Peripheral and Central Nervous Systems Drugs Advisory Committee.

37. Attached hereto as Exhibit 35 is a true and correct copy of the September 13, 2007 Affidavit of Cynthia McCormick.

38. Attached hereto as Exhibit 36 is a true and correct copy of July 2001 Gabapentin Label.

39. Attached hereto as Exhibit 37 is a true and correct copy of "Profile of Marinus Pharmaceuticals, Inc."

40. Attached hereto as Exhibit 38 is a true and correct copy of portions of the June 28, 2007 deposition of Lloyd Knapp.

41. Attached hereto as Exhibit 39 is a true and correct copy of FDA Approval Letter dated May 24, 2002.

42. Attached hereto as Exhibit 40 is a true and correct copy of Division Director Review and Basis For Approval dated May 22, 2002.

43. Attached hereto as Exhibit 41 is a true and correct copy of the Information in *United States v. Warner Lambert*, dated May 13, 2004.

44. Attached hereto as Exhibit 42 is a true and correct copy of the *Bulger v. Pfizer* complaint filed in California, Case No. 07-CA-11426 PBS.

45. Attached hereto as Exhibit 43 is a true and correct copy of a letter from Lisa Stockbridge of FDA to Andrea Garrity of Pfizer, dated June 29, 2001.

46. Attached hereto as Exhibit 44 is a true and correct copy of a letter from Lisa Stockbridge of FDA to O. Lucy Castro of Pfizer, dated July 1, 2002.

47. Attached hereto as Exhibit 45 is a true and correct copy of a discussion guide "Psychiatrist Use of Anti-Convulsants", dated September, 10, 2001.

48. Attached hereto as Exhibit 46 is a true and correct copy of a PowerPoint presentation entitled "Neurontin Medical Initiatives for 2002."

49. Attached hereto as Exhibit 47 is a true and correct copy of a document entitled "Key Message Signoff Sheet."

50. Attached hereto as Exhibit 48 is a true and correct copy of a document entitled "Key Message Signoff Sheet."

51. Attached hereto as Exhibit 49 is a true and correct copy of an e-mail with attachments from Leslie Tive to Michelle May, dated April 3, 2002.

52. Attached hereto as Exhibit 50 is a true and correct copy of an FDA alert concerning Gabitril dated February 18, 2005 printed from the FDA website, www.fda.gov.

53. Attached hereto as Exhibit 51 is a true and correct copy of a portion of the product label for Avonex.

54. Attached hereto as Exhibit 52 is a true and correct copy of the *amicus* brief submitted by the FDA in *Perry v. Novartis*.

55. Attached hereto as Exhibit 53 is a true and correct copy of testimony of State Representative Donna Stone before the United States Senate Committee on the Judiciary.

56. Attached hereto as Exhibit 54 is a true and correct copy of Allison Zieve and Brian Wolfman. "The FDA's Argument for Eradicating State Tort Law: Why It Is Wrong

and Warrants No Deference." Product Safety & Liability Reporter, Vol. 34, No. 12, 03/27/2006, pp. 308-316.

57. Attached hereto as Exhibit 55 is a true and correct copy of a chart listing states and their respective misbranding statutes.

58. Attached hereto as Exhibit 56 is a true and correct copy of Petitioner-Appellants Brief in *Riegel v. Medtronic*.

59. Attached hereto as Exhibit 57 is a true and correct copy of form 356h dated January 15, 1997 signed by Janeth Turner.

60. Attached hereto as Exhibit 58 is a true and correct copy of form 356h dated August 6, 2001 signed by Drusilla Scott.

61. Attached hereto as Exhibit 59 is a true and correct copy of a chart created under F.R.E 1006 entitled "Cumulative Percentage Reports of Suicidal and Self Injurious behavior(HLT) for Neurontin vs. Background of All Other Drugs".

62. Attached hereto as Exhibit 60 is a true and correct copy of chart created under F.R.E 1006 entitled "High Level Terms Greater that 1% of Serious Adverse Event Reports Through March 31, 2002.

63. Attached hereto as Exhibit 61 is a true and correct copy of an e-mail authored by Christopher Pacella, dated July 12, 2002, with attached chart of adverse events.

64. Attached hereto as Exhibit 62 is a true and correct copy of portions of testimony from the July 13, 2007 deposition of Manfred Hauben.

65. Attached hereto as Exhibit 63 is a true and correct copy of an e-mail from Dennis Kargman, dated March 6, 2006, with Gabapentin Data Capture Aid attached.

66. Attached hereto as Exhibit 64 is a true and correct copy of Defendant's response to Plaintiffs' request for admissions in *Nicollette Crone, et. Al. v. Pfizer, Inc.*, *et al.*,, dated December 12, 2007.

67. Attached hereto as Exhibit 65 is a true and correct copy of a PowerPoint presentation entitled "Where do Gabapentin and Pregablin Come From?"

68. Attached hereto as Exhibit 66 is a true and correct copy of a document entitled Neurontin: Background"

69. Attached hereto as Exhibit 67 is a true and correct copy of a Parke Davis from DeJong to Trudeau, dated May 8, 1990.

70. Attached hereto as Exhibit 68 is a true and correct copy of the expert report of Stefan Kruszewski, dated October 22, 2007.

71. Attached hereto as Exhibit 69 is a true and correct copy of a portion of Pfizer Research Report No. 720-30134 entitled "4-Month Safety Update for Gabapentin (CI-0945, Neurontin) for Neuropathic Pain", dated November 28, 2001.

72. Attached hereto as Exhibit 70 is a true and correct copy of pages of testimony from the deposition of Lloyd Knapp, dated July 18, 2006.

73. Attached hereto as Exhibit 71 is a true and correct copy of Neurontin Product Label for South Africa.

74. Attached hereto as Exhibit 72 is a true and correct copy of a portion of Clinical Expert Report for Neuropathic Pain, dated June, 1999.

75. Attached hereto as Exhibit 73 is a true and correct copy of a portion of a PowerPoint Presentation entitled "Clinical Development in the Slipstream of Gabapentin".

76. Attached hereto as Exhibit 74 is a true and correct copy of a portion of a document entitled "Gabapentin: Pharmacology Written Summary.."

77. Attached hereto as Exhibit 75 is a true and correct copy of a portion of a document entitled "Neurontin Product Monograph."

78. Attached hereto as Exhibit 76 is a true and correct copy of pages of testimony from the deposition of Leslie Tive dated July 19, 2006.

79. Attached hereto as Exhibit 77 is a true and correct copy of a report entitled "Psychosis with Gabapentin" authored by Michael Trimble.

80. Attached hereto as Exhibit 78 is a true and correct copy of the Sentencing Memorandum in *United States v. Warner Lambert* dated June 2, 2004.

81. Attached hereto as Exhibit 79 is a true and correct copy of the expert report of Michael Trimble, dated October 22, 2007.

82. Attached hereto as Exhibit 80 is a true and correct copy of the April 3, 2004 Declaration of Cheryl Blume.

83. Attached hereto as Exhibit 81 is a true and correct copy of *Strong v. American Cyanamid,* Case No. ED87045 (Mo. Ct. Appeals 08/28/2007).

84. Attached hereto as Exhibit 82 is a true and correct copy of a memorandum from Paul Leber of FDA to Robert Temple of FDA, dated December 13, 1993.

85. Attached hereto as Exhibit 83 is a true and correct copy of the Neurontin Post Herpetic Neuralgia Clinical Review, dated May 24, 2002.

86. Attached hereto as Exhibit 84 is a true and correct copy of a portion of Pfizer Research Report 720-30135 entitled "Integrated Summary of Safety for Gabapentin (CI-945,

Neurontin) for the Management of Neuropathic Pain Associated With Postherpetic Neuralgia."

87. Attached hereto as Exhibit 85 is a true and correct copy of the a document entitled "FDA Contact Report" and dated April 26, 2004.

88. Attached hereto as Exhibit 86 is a true and correct copy of the document entitled "Response to FDA Regarding Suicide and Suicide Attempts in Neurontin (Gabapentin) Clinical Trials and Post Marketing Surveillance", dated September 9, 2004, authored by Bruce Parsons.

89. Attached hereto as Exhibit 87 is a true and correct copy of the document entitled "Response to FDA Regarding Suicide and Suicide Attempts in Neurontin (Gabapentin) Clinical Trials – Phase I studies", dated November 16, 2004 authored by Bruce Parsons.

90. Attached hereto as Exhibit 88 is a true and correct copy of 21. C.F.R. § 314.70. Ch. I (4-1-06 Edition)

91. Attached hereto as Exhibit 89 is a true and correct copy of a letter from Russell Katz of the FDA to Manini Patel of Pfizer, dated March 16, 2005.

92. Attached hereto as Exhibit 90 is a true and correct copy of the declaration of Sander Greenland dated March 11, 2008.

93. Attached hereto as Exhibit 91 is a true and correct copy of 21. C.F.R. § 201.57. Ch. I (4-1-07 Edition).

94. Attached hereto as Exhibit 92 is a true and correct copy of testimony pages from the Deposition of Dr. Michael Trimble, dated October 19, 2007.

95.  Attached hereto as Exhibit 93 is a true and correct copy of Toru Nishikawa, *Inhibitory Influence of GABA on Central Serontonergic Transmission. Involvement of the Habenulo-Raphe Pathways in the GABAergic Inhibition of Ascending Cerebral Serotonergic Neurons*, Brain Research, 331 (1998) 81-90.

96.  Attached hereto as Exhibit 94 is a true and correct copy of R. Schlicker, *Gabapentin Decreases Monamine Release Without Affecting Acetylcholine Release in the Brain*, Arzniemelforschung, 1985; 35(9): 1347-9. (Abstract only).

97.  Attached hereto as Exhibit 95 is a true and correct copy of Research Report No. 4192-0166 of Godecke AG Research and Development, dated May, 1984.

98.  Attached hereto as Exhibit 96 is a true and correct copy of Erzebet Bagdy, *Reciprocal Innervation between Serotonergic and GABAergic Neurons in Raphe Nuclei of the Rat*, Neurochemical Research, Vol. 25, No. 11, 2000.

99.  Attached hereto as Exhibit 97 is a true and correct copy of Toru Nishikawa, *Evidence for a GABAergic Inhibitory Influence on Serotonergic Neurons Originating from the Dorsal Raphe,* Brain Research, 279 (1983) 325, 329.

100. Attached hereto as Exhibit 98 is a true and correct copy of Concetta M. Forchetti, *Evidence for a Tonic GABAergic Control of Serotonin Neurons in the Median Raphe Nucleus*, Brain Research, 206 (1981) 208-212.

101. Attached hereto as Exhibit 99 is a true and correct copy of R. Schlicker, *GABA, Receptor-Mediated Inhibition of Serotonin Release in the Rat Brain*, Naunym-Schmiedeberg's Arch Pharmacol, (1984) 326; 99-105.

102. Attached hereto as Exhibit 100 is a true and correct copy Kevin M. Kelly, *Gabapentin-Antiepleptic Mechanism of Action*, Neuropsychobiology, 1998: 38: 139-144.

103. Attached hereto as Exhibit 101 is a true and correct copy is a portion of Appendix C.3. of Parke-Davis Research Report 720-02957 entitled "Narrative Summaries and Tabular Data for Study Participants Who Withdrew Due To Adverse Events."

Dated:  April 4, 2008

      /s/ Andrew G. Finkelstein
Andrew G. Finkelstein
FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiffs
436 Robinson Avenue
Newburgh, NY  12550
Tel.: 845-562-0203
Fax:  845-562-3492

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 4, 2008.

      **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein