EXHIBIT 3

# Pfizer's Ethical Obligations Regarding Its Drug Neurontin

**Professor Dan W. Brock, PhD**
**Frances Glessner Lee Professor of Medical Ethics**
**Harvard Medical School**
**Boston, Massachusetts**

This report addresses the ethical obligations of Pfizer, with regard to its drug Neurontin (Gabapentin). It is based on my long experience as a bioethicist, on the relevant ethical literature, and on widely accepted ethical standards applicable to the health care field. My qualifications are that I am since 2004 the Frances Glessner Lee Professor of Medical Ethics and the Director of the Division of Medical Ethics at Harvard Medical School, as well as Director of the Harvard University Program in Ethics and Health. In this capacity I am responsible for all ethics training and research programs at Harvard Medical School. From 2002-2004 I was Senior Scientist in the Department of Clinical Bioethics at the National Institutes of Health. Prior to that I was a faculty member at Brown University for over 30 years where I directed the Center for Biomedical Ethics in the Brown Medical School and was a member and former Chair of the Department of Philosophy. My BA was in Economics from Cornell University and my PhD in philosophy from Columbia University in 1970. I have worked, taught, researched, lectured, and published widely in the ethics of medicine and health care for over 30 years (details available on my CV). I am a Past President

of the American Association of Bioethics, a former Board member of the American Association of Bioethics and Humanities and of the Hastings Center (the leading independent bioethics research institute) and an elected member of the Institute of Medicine. In 1981-82 I was Staff Philosopher of the President's Commission for the Study of Ethical Problems in Medicine and Biomedical and Behavioral Research, in 1991-92 a Fellow in the Program in Ethics and the Professions at Harvard University, and in 1993 a member of the Ethics Working Group of the Clinton Task Force on National Health Reform.

### Evidence of Depression and Suicide Risk at Initial Approval and Pfizer's Ethical Obligation to Monitor It

In 1992 the Food and Drug Administration (FDA) approved the application of Parke Davis Pharmaceutical (subsequently acquired by Warner Lambert and then by Pfizer—I will refer to Pfizer throughout for purposes of this report; I have reviewed documents from Parke Davis, Warner Lambert, and Pfizer in the preparation of this report ) for Neurontin for use as an add-on or adjuvant treatment in refractory epilepsy. (NDA #20-235 Clinical Review)  The "Summary, Conclusions, and Recommendations" section of the FDA's "Review and Evaluation of Clinical Data" (Clinical Reviewer, Cynthia G. McCormick, M.D.) concluded that the application "is approvable with appropriate and prominent labeling for use in a specific population."(113) However, also in this

section the FDA report noted that "Less common but more serious events may limit the drug's widespread usefulness… depression, while it may not be an infrequent occurrence in the epileptic population, may become worse and require intervention or lead to suicide, as it has resulted in some suicide attempts." (112) The report noted that "In its clinical database of 2048 patients, Gabapentin has a risk profile that is uncertain, with five groups of important adverse events that have not yet been fully characterized, specifically seizure exacerbation, carcinogenicity, clinically important depression, renal failure and teratogenicity. Accumulated long range safety data are limited by the excessive attrition due to apparent lack of sustained efficacy."(112) The FDA report clearly and explicitly put Pfizer on notice about the FDA's concern about depression, suicidal behavior, and suicide as adverse events in the use of Neurontin. This in turn obligated Pfizer to carefully monitor subsequent use of Neurontin for this risk. The initial and primary ethical responsibility for that monitoring falls on the manufacturer and distributor of the drug since only it has initial access to the relevant data. Although adverse events are to be reported to the FDA, the FDA is not in the position to directly monitor the drug's use for this specific concern about depression, suicidal behavior, and suicide.

The FDA made a reasonable decision that because of the seriousness of the condition for which it gave limited approval—refractory epilepsy-- the risk of

3

depression, suicidal behavior, and suicide did not warrant rejection of the company's application. However, physicians, and so in turn patients should have been explicitly informed of this risk so that they, as well as patients' families, could take account of it in the treatment decision for each individual patient, and could monitor the patient for this risk and intervene appropriately when necessary to prevent these adverse events. While it may be reasonable for patients to assume this risk of depression, suicidal behavior, and even of suicide, as well as for physicians to recommend that they do so, in order to treat their serious condition of refractory epilepsy, they should each be informed of the risk so that they can monitor and attempt to prevent its occurrence. Pfizer failed in its ethical obligation to so inform physicians and patients of this risk, or to seriously monitor for its occurrence. Pfizer's material on Neurontin available to physicians and patients mentions only "suicide gestures" in premarketing clinical trials, but makes no reference to completed suicides nor does it advise physicians, patients, or families to monitor for depression or suicidal behavior. Despite the marked increase in completed suicides in most recent adverse event data, Pfizer's materials on Neurontin to this day make no mention of this risk, nor contain any warning to monitor for it. That represents a serious failure of Pfizer's ethical obligation to clearly and explicitly inform physicians and patients of this serious risk of their product.

4

**Pfizer's Illegal and Unethical Promotion of Neurontin for Off Label non-Approved Uses**

It is important that the FDA's approval of Pfizer's NDA in 1992 was only for Neurontin's use as an adjuvenant treatment for the limited population of patients with refractory epilepsy. In this very limited group of patients the benefit/risk ratio was reasonably judged to be sufficiently favorable for approval. However, in the mid 1990s Pfizer developed an explicit corporate strategy of promoting Neurontin for non-approved uses, a practice explicitly forbidden by law. By the end of that decade, the large majority of Neurontin use, perhaps approaching 90%, was for off label, non-approved uses. Pfizer internal documents clearly show that the company recognized shortly after Neurontin's approval by the FDA that its sales potential in the epilepsy market was limited, but that "off label use provides significant growth opportunity." (South Central CBU 1997 Situation Analysis, 5/31/96) These included bipolar disorder, neuropathic pain, diabetic neuropathy, complex regional pain syndrome, attention deficit disorder, restless leg syndrome, trigeminal neuralgia, periodic limb movement disorder of sleep, migraine, and drug and alcohol withdrawal seizures.(Mack 2003) Internal company documents now available through disclosure detail a multifaceted sustained effort to promote Neurontin for some of these non-approved uses. These efforts included meetings and teleconferences for

physicians at which such uses were discussed, publicizing these uses at medical congresses, commissioning speakers to promote such uses, preparing articles to be signed by academic physicians regarding such uses, and other activities.(Steinman, et al 2006; Silverman et al 2007) On repeated occasions the internal company documents clearly establish that the company explicitly chose to pursue this strategy rather than doing the clinical trials necessary to seek FDA approval for other indications and then seeking that approval; the latter course was rejected because the company judged it was too close to the patent expiration date to justify their time and cost. The result was that the limited studies that were done for some of these non approved uses were often open label and too small to provide adequate evidence of either efficacy or safety. As the result of an initial whistleblower suit, later joined by the United States Department of Justice, the company agreed to a settlement including fines of over $400 million for these activities.

These illegal and unethical activities are ethically important because they reinforce and increase Pfizer's ethical obligation to warn and monitor for these adverse events. For various reasons, current law permits physicians to prescribe an approved drug for any use beyond the specific approved uses. Whether or not this policy and practice are desirable is controversial, but not at issue here. But current law does not permit the manufacturer to promote a drug for non-approved

uses. And for good reason. Neither individual physicians nor their patients are at all well placed to independently evaluate either the safety or efficacy of a new drug, which can only be established by properly structured and conducted, randomized clinical trials. Consequently, the FDA has been assigned the legal and social responsibility to establish safety and efficacy before a new drug can be marketed; this role of the FDA is an important public good properly assigned to government. The company is only permitted to promote the drug for uses that have been approved on the basis of adequate evidence, again because of the difficulty of physicians or patients making an informed evaluation of its appropriateness for other uses.

By promoting a drug for non-approved uses for which adequate evidence of safety and efficacy has not been provided, the company harms patients in two ways. First, its very intent is to generate use for its own drug for uses for which safety and efficacy have not been established instead in many cases of other alternative drugs for the same indication for which safety and efficacy have been established. One researcher investigated each of the ten non-approved uses cited earlier and found that in the majority of cases Neurontin was not the optimal course of treatment as shown in the peer reviewed medical literature. Moreover, the study concluded "Gabapentin is not recommended in the clinical guidelines or established treatment algorithms (e.g., American Academy of Neurology or

AASM guidelines or TMAP algorithm) for any of the off-label indications. Considering the evidence, Gabapentin should be used almost exclusively for the FDA-approved indications—treatment of seizures and postherpetic neuralgia."(Mack, 2003, p. 565) Simply put then, Pfizer's intent was to lead physicians to recommend treatments that on the basis of available evidence could be expected to be worse for their patients than other available treatments. If a physician deliberately sought to have a patient follow a treatment that he believed to be worse than other available treatments, this would be clearly unethical, as well probably as malpractice. If he did it because his own financial interests were better served by the patient using the worse treatment, this would be a clearly unethical conflict of interest and wrong. Yet this was Pfizer's motivation in promoting its drug for non approved uses.

If a physician found that he had inadvertently recommended a worse drug to a patient, he would rightly feel a special responsibility to correct his mistake because he was the cause of the patient using a worse drug. Likewise, if a drug company inadvertently provided false or misleading evidence to physicians and patients about its drug, portraying it as better than evidence now shows it to be, it would have a special ethical responsibility to correct the mistake and prevent further harm to the patient. It is a widely accepted ethical principle that we each have a special responsibility to correct or compensate for harms that we wrongly

cause that we do not have for harms caused by others or by "nature." In this case, however, the harm of leading the physician and patient to use a treatment that based on available evidence could be expected to be worse for the patient than other approved treatments for their condition was hardly inadvertent. That was precisely the company's intent in order to increase the market for, and its profits from, Neurontin. Rather than an inadvertent mistake, it was a deliberate harm and wrong. That clearly strengthens the company's obligation to prevent further harms from its wrongful actions, and to right the wrong. There may be disagreement about what steps should be required for it to do so, but at a minimum taking extra care to monitor for and try to prevent serious potential harms of which it was, or should have been, aware, such as depression, suicidal behavior, and suicide, should have been done. So in summary, in marketing Neurontin for unapproved uses, the company deliberately kept patients from using other drugs whose benefits for their condition had been better established and/or whose safety had been better established. Pfizer deliberately exposed patients to the risk of serious harms about which neither they nor their physicians had been adequately warned. That in my view is to harm and wrong all patients so affected, but of course especially those for whom risks about which they were not, but should have been, warned, in fact came to pass. Pfizer's failure ever to

9

attempt to correct for these effects of its illegal and unethical promotion is especially ethically egregious.

**The Role of the FDA**

It is my view as well that the FDA failed in its responsibility to adequately protect the public in this matter. Given that its own reviewer of Pfizer's NDA for Neurontin concluded in her report that depression "may become worse and require intervention or lead to suicide, as it has resulted in some suicide attempts," and so this may "limit the drug's widespread usefulness," the FDA should have required that this concern at the least be transmitted to physicians and patients making a decision whether to use the drug, and then using the drug.(NDA #20-235 Clinical Review) That would have put the company, as well as both physicians and patients, on notice carefully to monitor for signs of depression and suicide behavior. As it was, not having been so put on notice, neither physicians nor families of patients who attempted or completed suicide while using Neurontin would have had any reason to believe that this could have been caused by Neurontin; as a result, reported figures almost certainly seriously understate suicide attempts and completed suicides of patients using Neurontin.(Blume 2007) As I understand it, as of this date the FDA has still not taken action on the citizen's petition filed by the law firm of Finkelstein and Partners in May 2004 requesting a "black box" warning on the medication, as

well as a "Dear Doctor" letter, about this risk. While the FDA maintains that it is

investigating the issues raised in the petition, its investigation seems unduly

protracted and non public for a matter of this seriousness, particularly in light of

the recent marked increase of completed suicides of patients taking Neurontin.

While the mode of action of Neurontin in increasing the risk of depression and

suicide was not known in 1992 when the drug was approved, it now appears to be

well understood by scientists. The drug apparently has a GABAergic effect on

neurotransmitters that suppresses serotonin and neuropinephrine transmission,

and low levels of these neurotransmitters is an established risk factor for

depression and suicide. These scientific matters are discussed in some detail in

the report of Dr. Stefan P. Kruszewski, as well as in the scientific

literature.(Kruszewski 2007) A small subset of patients is apparently vulnerable

to this risk, but Dr. Kruszewski notes in his report that "it is not predictable as to

which consumer will be adversely affected" by mood and behavioral

disturbances, and that of course makes the need for careful monitoring for them

in all patients all the more important. (In Pfizer's initial NDA approved in 1992,

it noted that of the 78 patients in clinical trials who reported depression, 19 had

no prior history of depression.( NDA #20-235 Clinical Review, p 109))) Dr.

Kruszewski concludes that "Gabapentin's adverse effects upon mood and mood

related behaviors have the capacity to cause, inter alia, dysphoria, sadness,

11

depression, abnormal thinking, depersonalization, irritability, agitation, aggression, suicidal behavior and completed suicides."(Kruszewski 2007, p 18) Given the much greater understanding that we now have than was available in 1992, the FDA's failure to act in this matter to protect patients is increasingly hard to understand or to justify.

It is important to be clear that the FDA's continued apparent failure to take appropriate action to protect the public in this matter does not in any way absolve Pfizer of its ethical responsibility to do so, nor justify Pfizer's failure to do so. Analogously, if police fail appropriately to protect an innocent victim from an act of violence, this in no way justifies or excuses the perpetrator of the wrongful act of violence; that the police also become partly responsible for the harm caused the victim does not at all reduce the responsibility of the perpetrator. It is FDA's responsibility to ensure that Pfizer appropriately monitored for this serious risk, but Pfizer's ethical responsibility to do so does not depend on the FDA having required it to do so.

**Conclusion**

It is my considered conclusion that Pfizer was duly put on notice by the FDA in its approval of Pfizer's NDA in 1992 of the FDA's serious concern about adverse effects of depression, suicidal behavior, and suicide from use of Neurontin. This placed Pfizer under an ethical obligation to carefully monitor for

these serious adverse events, and to clearly and explicitly inform physicians and patients of the risk of them. The evidence shows that Pfizer failed to fulfill these obligations.

There is also extensive and conclusive evidence that Pfizer engaged in the illegal and unethical promotion of Neurontin for non-approved uses. This typically and deliberately diverted patients from alternative treatments whose safety and efficacy had been established, and thereby led to their use of non optimal treatments with fewer expected benefits for their condition. Pfizer's illegal and unethical promotion of Neurontin for non-approved uses also needlessly exposed patients to unknown risks of the use of Neurontin in patients for whom its safety had not been established, without warning them or their physicians of the risks of depression, suicidal behavior, and completed suicides from that use. Its failure to ever attempt to correct for the effects of these illegal and unethical actions is especially ethically egregious.

Finally, the FDA appears also to have failed in its ethical responsibility to adequately protect patients from the serious risks of Neurontin, but this failure in no way excuses or justifies Pfizer's failures to meet its own ethical obligations.

**References**

Blume, Cheryl D, PhD, "Neurontin Expert Clinical Report," 2007

Kruszewski, Stefan P. M.D., "Gabapentin: Mechanism of Mood-altering Action." 2007.

Mack, Alicia, PharmD, "Examination of the Evidence for Off-Label Use of Gabapentin," Journal of Managed Care Pharmacy 9,6 (November/December 2003) 559-568.

NDA #20-235 Clinical Review, Food and Drug Administration, 1992.

Silverman, Michael A., Bero, Lisa A., Chen, Mary-Margaret, and Landenfeld, Seth, "Narrative Review: The Promotion of Gabapentin: An Analysis of Internal Industry Documents," Annals of Internal Medicine 145,4 (15 August 2006) 284-293.

Silverman, Michael A, Harper, G Michael, Chen, Mary-Margaret, Landenfeld, C Seth, and Bero, Lisa A, "Characteristics and Impact of Drug Detailing for Gabbapentin," PLoS Medicine 4(4): dol:10.1371/journal.pmed. 0040134. 2007

South Central CBU 1997 Situation Analysis, 5/31/96

# CURRICULUM VITAE

## DAN W. BROCK

| OFFICE | HOME |
|---|---|
| Division of Medical Ethics | 180 Washington Street |
| Harvard Medical School | Newton, MA 02458 |
| 641 Huntington Ave, 4th Flr | 617–916–0033 (home tel) |
| Boston, MA  02115 | 617–877–5142 (cell) |
| 617–432–5131 (tel) | |
| 617–432–3721 (fax) | |

## EDUCATION AND DEGREES
Cornell University, BA in Economics, 1960.
New York University Graduate School of Business, 1961-1963; no degree.
Columbia University, Ph.D. in Philosophy, 1970.
    Dissertation: "Authority, Morality and the Possibilities of Unanimity in Political
    Decision-Making," directed by Robert Paul Wolff.

## PROFESSIONAL APPOINTMENTS
Preceptor, Columbia University, September 1966 - January 1969.

Brown University:
        Assistant Professor of Philosophy, July 1969 - June 1975.
        Associate Professor of Philosophy, July 1975 - June 1981.
        Chair, Department of Philosophy, 1980-86.
        Professor of Philosophy, July 1981 - 1991
        Professor of Human Values in Medicine, July 1986 - 1991
        Professor of Philosophy and Biomedical Ethics, 1991 - 2002
        Director, Center for Biomedical Ethics, 1991 - 2002
        University Professor, 1994 - 1997
        Charles C. Tillinghast, Jr. University Professor 1997 - 2002

Visiting Associate Professor of Philosophy, University of Michigan, Summer 1976.

Staff Philosopher, President's Commission for the Study of Ethical Problems in Medicine
  and Biomedical and Behavioral Research, Washington, D.C., July 1981 - July 1982.

Scholar in Residence in Biomedical Ethics, Department of Medicine, Rhode Island Hospital,
  May 1985 - January 1986.

Fellow, Program in Ethics and the Professions and Division of Medical Ethics, Harvard University, 1991-
92.

Member, Ethics Working Group, White House Task Force on National Health Care
Reform, 1993.

Department of Clinical Bioethics, National Institutes of Health, Bethesda MD,
        Visiting Senior Scholar, 2001-2002.
        Senior Scientist; Head, Section on Public Health, 2002 –

Harvard University:
        Medical School:

> Frances Glessner Lee  Professor of Medical Ethics, Department of Social Medicine, 2004-
> Director, Division of Medical Ethics 2004-
> Director, University Program in Ethics and Health, 2004-

**COMPLETED RESEARCH AND SCHOLARSHIP** (All single-authored unless indicated otherwise)

### a. BOOKS/MONOGRAPHS

Margaret Wilson, Richard Kuhns and Dan W. Brock, eds. <u>Philosophy: An Introduction</u>, New York: Prentice-Hall 1972.

Drafted substantial portions of three book-length reports, <u>Making Health Care Decisions</u>, <u>Securing Access to Health Care</u>, and <u>Deciding to Forego Life-Sustaining Treatment</u>, of the President's Commission for the Study of Ethical Problems in Medicine and Biomedical and Behavioral Research, Washington, D.C.: U.S. Government Printing Office, 1982, 1983.

Allen Buchanan (principal author), Dan W. Brock and Michael Gilfix, "Surrogate Decisionmaking for Elderly Individuals Who Are Incompetent or of Questionable Competence," Commissioned and published by Office of Technology Assessment, U.S. Congress, Washington DC, 1986

Allen E. Buchanan and Dan W. Brock, <u>Deciding For Others: The Ethics of Surrogate Decisionmaking</u>,  Cambridge: Cambridge University Press, 1989.

Daniel Wikler, Dan Brock, Arthur Caplan, Richard DeGeorge, Bernard Gert, and Robert Veatch, <u>Contemporary Bioethics in the United States</u>. Published in Russian translation in the Soviet Union, 1990.

<u>Life and Death: Philosophical Essays in Biomedical Ethics</u>. Cambridge: Cambridge University Press, 1993.

Allen E. Buchanan, Dan W. Brock, Norman Daniels and Daniel Wikler, <u>From Chance to Choice: Genes and Social Justice</u> Cambridge: Cambridge University Press, 2000.
___Forthcoming in Chinese, Italian, and Spanish language editions.


### b. BOOK CHAPTERS

"Moral Rights and Permissible Killing," in <u>Ethical Issues Relating to Life and Death</u>, ed. John Ladd. New York: Oxford University Press, 1979.

"Involuntary Commitment of the Mentally Ill: Some Moral Issues," in <u>Bio-Medical Ethics</u>, Eds. J. Davis, B. Hoffmaster and S. Shorter. New York: Humana Press, 1979. (Largely a shortened version of  "Involuntary Civil Commitment: The Moral Issues")

"Involuntary Civil Commitment: The Moral Issues," in <u>Mental Illness: Law and Public Policy</u>, eds. B. Brody and H.T. Engelhardt, Jr.  Dordrecht, Holland/Boston, U.S.: D. Reidel Publishing Co., 1980.

"The Nurse-Patient Relation: Some Rights and Duties," in <u>Nursing: Images and Ideals</u>, eds. S. Spicker and S. Gadow. New York: Springer Publishing, 1980.
___Reprinted in:
> <u>Biomedical Ethics</u>, eds. T. Mappes and J. Zembaty, New York: McGraw Hill, 1980.
> <u>Contemporary Issues in Bioethics</u>, eds. T. Beauchamp and L. Walters, Encino, CA: Wadsworth Publishing, 1982.
> <u>Moral Aspects of Health Care</u>, ed. V. Barry, Belmont, CA.: Wadsworth Publishing, 1982.

"Moral Prohibitions and Consent," in <u>Action and Responsibility</u>, eds. Myles Brand and Michael Bradie. Bowling Green: Bowling Green State University Studies in Applied Philosophy, 1980.

"Legal Rights and Moral Responsibilities in the Health Care Process," in <u>The Law-Medicine Relationship:  A Philosophical Critique</u>, eds. J. Healey, Jr., S. Spicker and H.T. Engelhardt, Jr.  Dordrecht, Holland/Boston:  D. Reidel Publishing Co., 1981.

"Utilitarianism and Aiding Others," in <u>The Limits of Utilitarianism</u>, eds. Harlan Miller and William H. Williams. Minneapolis:  University of Minnesota Press, 1982.

"Utilitarianism," in <u>And Justice for All: New Introductory Essays in Ethics and Public Policy</u>, eds. Tom Regan and Donald VanDeVeer.  Totawa, N.J.: Rowman and Littlefield, 1982.

"Distribution of Health Care and Individual Liberty," in <u>Securing Access to Health Care, Volume Two: Appendices. Sociocultural and Philosophical Studies</u>,  President's Commission for the Study of Ethical Problems in Medicine and Biomedical and Behavioral Research. Washington: U.S. Government Printing Office, 1983.

"Paternalism and Promoting the Good" in <u>Paternalism</u>, ed. Rolf Sartorius. Minneapolis: University of Minnesota Press, 1983.

"The Use of Drugs for Pleasure:  Some Philosophical Issues," <u>Feeling Good and Doing Better: Ethics, Pleasure and Performance Enhancement</u>, eds. W. Gaylin, R. Macklin and T. Murray, Clifton, NJ: Humana Press, 1984.

"Case Discussion: Competence Determinations in Emergency Settings,"  in <u>Ethics in Emergency Medicine</u>, eds. A.E. Buchanan, K.V. Iserson and A.F. Sanders. Baltimore: Williams & Wilkings, 1986.

"Forgoing Food and Water: Is It Killing?" in <u>By No Extraordinary Means: The Choice to Forego Life-Sustaining Food and Water</u>, ed. J. Lynn. Bloomington, IN: Indiana University Press, 1986.

Dan W. Brock and Joanne Lynn, "The Competent Patient Who Decides Not to Take Nourishment," in <u>By No Extraordinary Means: The Choice to Forego Life-Sustaining Food and Water</u>, ed. J. Lynn. Bloomington, IN: Indiana University Press, 1986.

Dan W. Brock and Allen E. Buchanan, "Ethical Implications of the Growth of For-Profit Health Care," in <u>For-Profit Enterprise in Health Care</u>, ed. B. Gray. Washington DC: National Academy Press, 1986.

"Informed Consent," in <u>Health Care Ethics</u>, eds. Tom Regan and Donald VanDeVeer. Philadelphia: Temple University Press, 1987.

"Ethical Issues in Recipient Selection for Organ Transplantation," in <u>Organ Substitution Technology: Ethical, Legal and Public Policy Issues</u>, ed. Deborah Mathieu.  Boulder and London: Westview Press, 1988.

"When is Patient Care Not Costworthy? The Case of Gertrude Handel," in <u>Casebook on the Termination of Life-Sustaining Treatment and Care of the Dying</u>, ed. Cynthia B. Cohen. Bloomington, IN: Indiana University Press, 1988.
____Reprinted in:
          <u>Ethical Issues in Death and Dying, Rev. Ed.</u> eds. R. Veatch and T.L. Beauchamp. Englewood
          Cliffs, NJ: Prentice-Hall Publishing Co., 1996.

"A Question of Capacity: The Case of Megan O'Rourke," in <u>Casebook on the Termination of Life-</u>

Sustaining Treatment and Care of the Dying, ed. Cynthia B. Cohen. Bloomington, IN: Indiana University Press, 1988. "Death and Dying," in Medical Ethics, ed. R. Veatch. Boston: Jones and Bartlett Publishers,
1989.

"Children's Competence for Health Care Decisionmaking," Children and Health Care: Moral and Social Issues, eds. J. Moskop and L. Koppelman.  Dordrecht, Holland/Boston: D. Reidel Publishing, 1989.
___Reprinted in:
        Children's Rights Re-Visioned, Ed. R.Ladd. Belmont CA: Wadsworth Publishing Co, 1995.

"Health Care Entitlements and the Elderly: A Liberal Critique of Setting Limits," in A Good Old Age? The Paradox of Setting Limits, eds. Paul Homer and Martha Holstein. New York, NY: Simon & Schuster/Touchstone Press, 1990.

"Facts and Values in the Physician/Patient Relationship," in Ethics, Trust, and the Professions, eds. R. Veatch, E. Pellegrino, and J. Langen.  Washington, D.C.: Georgetown University Press, 1991.

"Children's Rights to Make Health Care Decisions," in Le Pediatre Et Les Droits De L'Enfant. Paris: Centre International de L'Enfance, 1991.

Dan W. Brock and Steven A. Wartman, "Respecting Patient's Preferences," in Current Therapy in Internal Medicine, ed. Jerome Kassirer. Toronto and Philadelphia: B.C. Decker, 1991.

"The Human Genome Project and Human Identity," Conference Proceedings: Legal and Ethical Issues Raised by the Human Genome Project, Houston TX: University of Houston Health Law and Policy Institute, 1991

"Health Care Ethics," (Introduction, plus editorial comments on 26 papers selected and abstracted) The Yearbook of Health Care Management. Chicago: Mosby Year Book, 1991.

"National Health Care, Patient Trust, and Physician Loyalty," in What If We Change to a National Health Program? Ethical and Policy Issues, eds. R. P. Huefner and M. P. Battin. Salt Lake City: University of Utah Press, 1992.

"Quality of Life Measures in Health Care and Medical Ethics," in The Quality of Life, eds. Amartya Sen and Martha Nussbaum. Oxford: Oxford University Press, 1992.
___Reprinted in:
        Working Paper Series, World Institute for Developmental Economics Research, United Nations University, Helsinki, Finland, 1989
        Quality of Life and Pharmacoeconomics in Clinical Trials, ed. B. Spilker. New York, NY: Raven Press, forthcoming 1996.
        Bioethics, ed. J. Harris. Oxford: Oxford University Press, 2001.

"Health Care Ethics," (Introduction, plus editorial comments on 26 papers selected and abstracted) The Yearbook of Health Care Management. Chicago IL: Mosby Year Book, 1992.

"Health Care Ethics," (Introduction, plus editorial comments on 25 papers selected and abstracted) The Yearbook of Health Care Management. Chicago IL: Mosby Year Book, 1993.

Dan W. Brock and Edward N. Beiser, "Ethical Issues in the Treatment of Cancer Patients," Medical Oncology, eds. Paul Calabresi and Philip S. Schein. New York NY: McGraw Hill, 1993.

"Ethical Issues in Exposing Children to Risks in Research," in Children as Research Subjects: Science, Ethics, and the Law, eds. M. Grodin and L. Glantz. New York: Oxford University Press, 1994.

"The President's Commission on the Right to Health Care--A Review and Evaluation," in Exploring the Right to Health Care, ed. Audrey Chapman. Washington, DC: Georgetown

University Press, 1994.

"Reproductive Freedom: Its Nature, Bases, and Limits," in, <u>Healthcare Ethics: Critical Issues for Health Professionals</u>, eds. David Thomasma and John Monagle. Gaithersburg MD: Aspen Publishers, 1994.

"Utilitarianism," <u>Cambridge Dictionary of Philosophy</u>" Cambridge: Cambridge University Press, 1995.

"Public Moral Discourse," in <u>Society's Choices: Social and Ethical Decision Making in Biomedicine</u>, Washington DC: National Academy Press, 1995.
_____Reprinted in:
       <u>Philosophical Perspectives on Bioethics</u>, eds. L.W. Sumner and Joseph Boyle. Toronto: University of Toronto Press, 1996.

"Death and Dying: Euthanasia and Sustaining Life. Ethical Issues," <u>Encyclopedia of Bioethics, 2nd Ed</u>. Vol I, ed. Warren Reich. New York: MacMillan Publishers, 1995.

"Public Policy and Bioethics," <u>Encyclopedia of Bioethics, 2nd Ed</u>. Vol 4, ed. Warren Reich. New York: MacMillan Publishers, 1995.

Barry S. Fogel, Dan W. Brock, Frances Goldsheider, and Donald Royall, "Cognitive Dysfunction and the Need for Long Term Care: Implications for Public Policy." Washington, DC: American Association of Retired Persons, 1995.

"Some Unresolved Issues in Priority-Setting of Mental Health Services," in <u>What Price Mental Health? The Ethics and Politics of Setting Priorities</u>, ed. P. Boyle. Washington DC: Georgetown University Press, 1995.

"Funding New Reproductive Technologies: Should They be Included in Basic Benefits Packages?" in <u>New Ways of Making Babies: The Case of Egg Donation</u>, ed. C. Cohen. Bloomington, IN: Indiana University Press, 1996.
      Reprinted in part in <u>Should Parents Be Licensed? Debating the Issues</u>, ed. P. Tittle. Amherst NY: Prometheus Books, 2004.

"Borderline Cases of Taking of Life in Medicine," in <u>Intending Death in Medicine</u>, eds.T. Beauchamp and J. Freeman. Englewood Cliffs, NJ: Prentice Hall, 1996.

"Death and Dying," in <u>Medical Ethics, 2nd Ed.</u>, ed. R. Veatch. Boston: Jones and Bartlett Publishers,1996. (A revision and updating of same title, 1989.)

"Ethical Responsibilities of Academic Health Centers in the New Health Care Market," in <u>The U.S. Health Workforce: Power, Politics and Policy</u>, eds. M. Osterweis, et.al. Washington DC: Association of Academic Health Centers,1996.

"Considerations of Equity in Relation to Prioritization and Allocation of Health Care Resources," in <u>Ethics, Equity and Health for All</u>, eds. Z. Bankowski, JH. Bryant and J. Gallagher (Geneva: WHO and CIOMS, 1997).

"Physician-Assisted Suicide is Sometimes Morally Justified," in <u>Physician-Assisted Suicide: Ethical Positions, Medical Practices, and Public Policy Options</u>, ed. Robert Weir, Bloomington IN: Indiana University Press, 1997.

"Cloning Human Beings: An Assessment of the Ethical Issues Pro and Con," in <u>Cloning Human Beings Volume II: Commissioned Papers</u>. Rockville, MD: National Bioethics Advisory Commission, 1997.
      Reprinted in shortened version in <u>Clones and Clones</u>, eds. Martha Nussbaum and Cass Sunstein. New York: W.W. Norton & Co., 1998.
      Reprinted in: <u>Cloning and the Future of Human Embryo Research</u>, ed. Paul Lauritzen. Oxford: Oxford University press, 2000.

"The Role of the Public in Public Policy on the Definition of Death," in <u>Defining Death in a Technological Age</u>, eds. S. Youngner and R. Arnold. Baltimore MD: Johns Hopkins University Press, 1998.
.
"Access to Genetic Services," in <u>Genome Horizons: Public Deliberations and Policy Pathways: Conference Proceedings</u>. University of Michigan, 1998, 40-42.

"Medical Decisions at the End of Life" in <u>Companion to Bioethics</u>, eds. P. Singer and H. Kuhse. Oxford: Blackwell Publishers, 1998.

"Enhancement of Human Function; Some Distinctions for Policy Makers," in <u>Technologies for the Enhancement of Human Capacities</u>, ed. E. Parens. Washington DC: Georgetown University press, 1998.

"Ethical Issues in the Development of Summary Measures of Health Status," in <u>Summarizing Population Health: Directions for the Development and Application of Population Metrics</u> (National Academy Press; Washington DC, 1998).

"Ethical Issues in the Construction of Population Health Measures for the Prioritization and Rationing of Health Care," in <u>Proceedings of the 20th World Congress of Philosophy, Vol.I</u>, 1999.

Dan W. Brock and Allan E. Buchanan, "The Genetics of Behavior and the Concepts of Free Will and Determinism," in <u>Genetics and Criminality</u>, eds. J. Botkin, W. McMahon & Leslie Francis. Washington, DC: American Psychological Association, 1999.

"The  Role of the Public in Public Policy on the Definition of Death," in <u>Defining Death in a Technological Age</u>, eds. S. Youngner and R. Arnold. Baltimore MD: Johns Hopkins University Press, 1999.

"Informed Consent" <u>Encyclopedia of Philosophy, Supplement</u>, 2000.

"Cloning, Ethics," in <u>Encyclopedia of Ethical, Legal and Policy Issues in Biotechnology</u>. 2000.

"Bioethics" in <u>Cambridge Dictionary of Philosophy, 2nd Ed</u>., ed. R. Audi, Cambridge: Cambridge University Press, 2000.

 "Health Care Resource Prioritization and Discrimination Against Persons with Disabilities", in <u>Americans With Disabilities: Implications for Individuals and Institutions</u>. Eds. Leslie Francis and Anita Silvers. New York: Routledge, 2000.

"Implications of Genetics for Concepts of Disease," in <u>Genetics in the Clinic</u>, eds. M. Mahowald, T. Aspinwall, V. McKusick and A. Scheuerle. Philadelphia: Moseby, Inc. 2001.

"Discrimination Against the Elderly Within a Consequentialist Approach to Health Care Resource Allocation," in <u>Aging: Culture, Health, and Social Change</u>, eds. D.N. Weisstub, D.C. Thomasma, S. Gauthier, and G.F. Tomossy. Dordrecht: Kluwer Publishers, 2001.

"Physician-Assisted Suicide – The Worry About Abuse," in <u>Physician-Assisted Suicide: Moral and Social Issues</u>. Dordrecht: Kluwer Publishers, 2001.

"Do Not Resuscitate/Do Not Treat," in <u>The General Practice of Surgery</u>, ed. K. Bland. Philadelphia: W.B. Saunders, 2001.

"Health  Resource Allocation for Vulnerable Populations" in <u>Ethical Dimensions of Health Policy</u>, eds. M. Danis, C. Clancy and L. Churchill. New York: Oxford University Press, 2002.

"Priority to the Worst Off in Health Care Resource Prioritization," in <u>Medicine and Social Justice</u>, eds. M. Battin, R. Rhodes and A. Silvers. New York: Oxford University Press, 2002.

"Obligaciones Eticas Para Prevenir Danos Transmitidos Geneticamente," in Responsabilidad Y Libertad eds O. Hansberg and Mark Platts. Mexico City: Fondo De Cultura Economica, 2002.

"The Trade-off Between Equity and Choice: Ensuring Fair Procedures," in Hidden Assets: Values and Decision Making in the NHS, eds. Julia Neuberger and Bill New. London UK, The Kings Fund, 2002.

"Ethical Issues in the Use of Cost Effectiveness Analysis for the Prioritization of Health Care Resources," in Bioethics: A Philosophical Overview, ed. George Khusfh. (Dordrecht: Kluwer Publishers, 2004).
> Also in:
> Ethical Foundations of Health Equity, eds. Sudhir Anand and Amartya Sen (Oxford: Oxford University Press, forthcoming 2004).
> Making choices in Health: WHO Guide to Cost-Effectiveness Analysis eds. T Tan-Torres Edejer, et. al. Geneva: World Health Organization, 2003.

"Ethics and Age-Dependent Rationing in Medicine: A Consequentialist View," in German translation in Ethics and Age Dependent Rationing in Medicine, ed. Karl Lauterbach. Cologne, Germany, 2003.

"The Democracy Problem in Mental Health Care Priority Setting," in Rationing Sanity: Ethical Issues in Managed Mental Health Care, ed. James Nelson. Washington DC: Georgetown University Press, 2004.

"Fairness and Health," "Separability of Health and Well-Being," and "Empirical Ethics, Moral Philosophy, and the Democracy Problem," in Summary Measures of Population Health, eds. C. Murray, J. Salomon, C. Mathers, A. Lopez and J. Lozano. World Health Organization, 2003.

"Separate Spheres and Indirect Benefits," in Health Equity: Fairness and Goodness, ed. D. Wikler and C.J.L Murray, Geneva Switzerland: World Health Organization, forthcoming 2004.

"Genetic Engineering," in Companion to Applied Ethics eds Ray Frey and Christopher Wellman. London UK: Blackwells Publishers, 2003.

Mark Aulisio, Dan W. Brock and William Winslade, "Whose Virtue? Which Character?" in Doing Ethics Consultation: No Time for Ivory Towers, Ethics Consultation in Health Care. Baltimore MD: Johns Hopkins University Press, 2003.

"Preventing Genetically Transmitted Disabilities While Respecting Persons With Disabilities," in Quality of Life and Human Difference, eds D. Wasserman, R. Wachbroit and J. Bickenbach. New York: Cambridge University Press, forthcoming 2004.

"The Misplaced Role of Urgency in Allocation of Persistently Scarce Life-Saving Organs," in Ethics in Organ Transplantation, eds A. Daar, T Gutmann and W. Land. Lengerich Germany: Pabst Science Publishers, forthcoming 2004.

"Reproductive Cloning: Some of the Moral Issues," in Proceedings of the Conference on Cloning in Biomedical Research and Reproduction. Forthcoming in German and English in German publication, 2004.

"Behavioral Genetics and Equality," in Wrestling with Behavioral Genetics: Implications for Understanding Selves and Society, eds. E. Parens, A. Chapman, and N. Press. Forthcoming 2005.

"Surrogate Decision Making," "Euthanasia and Sustaining Life: Ethical Issues," and "Public Policy and Bioethics," in Encyclopedia of Bioethics, 2nd Ed., forthcoming 2004.

"Ethical Issues in Applying Quantitative Models for Setting Priorities in Prevention," in Prevention, Public Health and Ethical Theory, eds. M. Verweij and A. Dawson. Oxford: Oxford University Press, forthcoming 2005.

"Terminal Sedation from the Moral Rights Perspective," in Terminal Sedation: Euthanasia in Disguise? Ed. T. Tannsjo. Dordrecht: Kluwer Publishers, 2004.

"Physician-Assisted Suicide as a Last Resort Option at the End of Life," in Physician Assisted Dying: The Case for Palliative Care and Patient Choice, eds T. Quill and M. Battin. Baltimore: Johns Hopkins University Press, 2004.

## c. REFEREED JOURNAL ARTICLES

"Contractualism, Utilitarianism and Social Inequalities." Social Theory and Practice I (1971), 33-44.

"The Theory of Justice," The University of Chicago Law Review 40 (1973), 486-99.

"Recent Work in Utilitarianism." American Philosophical Quarterly 10 (1973), 241-76.

"Amnesty and Morality," Social Theory and Practice 3 (1974), 131-48.

"The Justification of Morality," American Philosophical Quarterly 14 (1977), 71-8.

"Can Pleasure Be Bad For You?" The Hastings Center Report 13, 4 (August 1983), 30-34.

"Taking Human Life," Ethics, 95, 4 (July 1985) 851-65.

"Comments on Nussbaum," Proceedings of the Boston Area Colloquium in Ancient Philosophy Vol. I, (1985) Lanham, MD: University Press of America. 181-86.

"The Value of Prolonging Human Life," Philosophical Studies, 50, 3 (1986) 401-428.

"Commentary: Implications of New Physician Payment Methods for Access to Health Care and Physician Fidelity to Patient Interest." Case Western Reserve Law Review, 36, 4 (1986) 760-70.

Allen Buchanan and Dan W. Brock, "Deciding For Others," The Milbank Quarterly, 64, Suppl. 2, (1986) 17-94.
____Reprinted in:
      Ethical Issues in Modern Medicine, 3rd Ed. eds, John Arras and Nancy Rhoden. Mayfield Publishing, 1989.
      Bioethics and Law: Cases, Materials and Problems, ed. R. Dresser. West Publishing Co, forthcoming 1997.

Dan W. Brock and Allen E. Buchanan, "The Profit Motive in Medicine," Journal of Medicine and Philosophy, 12, 1 (February 1987) 1-35.
___Reprinted in:
      Issues in Applied Ethics, ed. A. Serafini. New York: Paragon House Publishers, 1989.

"Truth or Consequences: The Role of Philosophers in Policymaking," Ethics 97, 4  (July 1987) 786-91.
____Reprinted in:
      Bioethics: An Anthology, eds. Helga Kuhse and Peter Singer. Oxford: Blackwell Publishers, 1999.

"Case Commentary: Surgical Risks and Advance Directives," Hastings Center Report 17, 4 (August 1987).19.
___Reprinted in:
      Cases in Bioethics, ed. Carol Levine. New York: St. Martins Press, 1989.

"Justice and the Severely Demented Elderly," Journal of Medicine and Philosophy 13  (1988) 73-99.

"Paternalism and Autonomy," Ethics 98 (1988) 550-565.

Lachlan Forrow, Steven A. Wartman, and Dan W. Brock, "Science, Ethics and the Making of Clinical Decisions," Journal of the American Medical Association 259 (June 3, 1988)

3161-3167.

"Justice, Health Care, and the Elderly," Philosophy & Public Affairs, 18, 3 (1989) 297-312.
Reprinted in German translation in Gerechte Gesundheitsversorgung: Ethische Grundpositionem zur
Mittelverteilung im Gesundheitswesen, eds. G.Marckmann, P Liening, and U. Wiesing. Stuttgart:
Schattauer, 2003.

"Biomedical Ethics--Some Lessons for Social Philosophy," Journal of Social Philosophy 20, 1
and 2 (1989) 108-114.

Steven A. Wartman and Dan W. Brock, "Teaching Medical Ethics at the Residency Level," Academic
Medicine, (1989) 751-754.

Dan W. Brock and Steven A. Wartman, "When Competent Patients Make Irrational Choices,"
New England Journal of Medicine 322 (May 31, 1990) 1595-1599.
"Reply to correspondence," New England Journal of Medicine 323 (November 8, 1990) 1355.
___Reprinted in:
        Informazioni Sui Farmaci 15, 2 (une 1991) 119-127 (in Italian translation).
         Contemporary issues in Bioethics, 4th Ed. eds. T. Beauchamp and L. Walters. Encino CA:
        Wadsworth Publishing, 1994.
        The International Research Library of Philosophy. Hampshire, England: Dartmouth Publishing
        Co, forthcoming 1997.

"Cost Containment and Ethics Committees," Hastings Center Report, 20, 2 (March/April 1990) 29-31.
____Reprinted in:
        Bioethics: An Introduction to the History, Methods, and Practice, ed. N. Jecker. Boston:
        Jones and Bartlett, forthcoming 1997.

Author, with 35 others, "Bioethicists Statement on the U.S. Supreme Court's Cruzan Decision," New
England Journal of Medicine 323 (1990) 686-687.

"Common-Sense Morality," Hastings Center Report 20, 6 (November, December 1990) 19-21.

Joan Teno, John Fleishman, Dan W. Brock and Vincent Mor, "The Use of Formal Directives
Among Patients With HIV-Related Diseases," Journal of General Internal Medicine, 5 (1990) 490-495.

"The Ideal of Shared Decision Making Between Physicians and Patients," Kennedy Institute
Journal of Ethics, 1 (1991) 28-47.

"Medicine and Business: An Unhealthy Mix?" Business and Professional Ethics, 9 (1991) 21-37.

"Decisionmaking Competence and Risk," Bioethics, 5 (April 1991) 105-112. (Part of a
symposium on my work on decision making competence.)

"Surrogate Decisionmaking for Incompetent Adults," Mount Sinai Journal of Medicine, 58, 5 (October
1991) 388-392.
___Reprinted in:
        Rhode Island Medical Journal, 74 (March 1991) 105-111.
        Decision-Making and Problems of Incompetence, ed. A. Grubb. Sussex, England: John Wiley and
        Sons, 1994.
        Clinical Medical Ethics: Cases and Readings, ed. D. Thomasma. Lanham, MD: University Press
        of America, 1994.

"Trumping Advance Directives," Hastings Center Report 21, 5 (Sept/Oct 1991) S5-6.
___Reprinted in:
        Ethical Issues in Death and Dying. Rev. Ed., eds. T. Beauchamp & R. Veatch. Prentice-Hall
        Publishing Co., 1996

Susan Wolf, Dan W. Brock, et. al., "Sources of Concern about the Patient Self-Determination-Act," New England Journal of Medicine 325 (December 5, 1991) 1666-1671.

"Defending Moral Options," Philosophy and Phenomenological Research, 41, 4 (1991)  909-913.

"What is the Moral Basis of the Authority of Family Members to Act As Surrogates for Incompetent Patients?" Journal of Clinical Ethics 3, 2 (1992) 121-3.

"Correspondence. Reply to Elliott," Journal of Clinical Ethics 3, 1 (Spring 1992) 88.

"Euthanasia," Yale Journal of Biology and Medicine  65 (1992) 121-129. (Largely a shortened version of "Voluntary Active Euthanasia," below).
___Reprinted in:
        Rhode Island Medical Journal 76, 2 (1993) 585-9 (as lead symposium paper, with four commentaries).

"Voluntary Active Euthanasia," Hastings Center Report, 22 (March-April 1992) 10-22.
___Reprinted in:
        Death, Dying and Bereavement eds. G. Dickinson, M. Leming and A. Mermann. Guilford CN: Dushkin Publishing Group, 1993.
        Contemporary Issues in Bioethics Rev.Ed. eds. T. Beauchamp and L. Walters. Encino, CA: Wadsworth Publishing, 1994.
        Biomedical Ethics 3rd Ed., eds. T. Mappes and D. DeGracia. New York: McGraw Hill, 1995.
        Clinical Medical Ethics: Cases and Readings, eds. D. Thomasma. Lanham, MD: University Press of America, 1994.
        Intervention and Reflection: Basic Issues in Medical Ethics, 5th Ed. ed. R. Munson. Wadsworth Publishing Co., 1995.
        Death: Current Perspectives, 4th Ed., eds. J. B. Williamson & E.S. Schneidman. Mountain View, CA: Mayfield Publishing, 1995
        Contemporary Moral Issues; Race, Gender and Class Prerspectives, ed. J. McDonald. Belmont, CA: Wadsworth Publishing, 1996.
        Life Choices: A Hastings Center Introduction to Bioethics, eds. J.H. Howell & W. F. Sate. Washington, DC: Georgetown University Press, 1995.
        Arguing Euthanasia: The Controversy Over Mercy Killing, Assisted Suicide and the Right to Die", ed. J Moren. New York, NY: Touchstone/Simon Schuster, 1995.
        Ethical Issues: Perspectives for Canadians. Peterborough, Ontario, Canada: Broadview Press, 1996.
        Applied Ethics in American Society, eds. D. Michelfelder and W. Wilcox. New York: Harcourt Brace, 1996
        Classic Works in Medical Ethics, ed. G. Pence. New York: McGraw-Hill, Inc. 1997.
        Social Ethics, Eds. T. Mappes and Jane Zembaty. New York: McGraw Hill, Inc. 1997.

Terri R. Fried, Michael D. Stein, Patricia S. O'Sullivan, Dan W. Brock, Dennis H. Novack, "Limits of Patient Autonomy: Physician Attitudes and Practices Regarding Life-Sustaining Treatments and Euthanasia," Archives of Internal Medicine 153 (March 22, 1993) 722-28.

"A Proposal for the Use of Advance Directives in the Treatment of Incompetent Mentally Ill Persons," Bioethics, 7 (April 1993) 247-56.

"The Role of Ethics in The Clinton Reform Proposal," Journal of Health Politics, Policy and Law, 19, 1 (1994) 217-20.

Dan W. Brock and Norman Daniels, "Ethical Foundations of the Clinton Administration's Proposed New Health Care System," Journal of the American Medical Association, 271 (1994) 1189-96.

"Advance Directives: What is it Reasonable to Expect From Them?" Journal of Clinical Ethics (1994) .

"The Non-Identity Problem and Genetic Harm," <u>Bioethics</u>, 9 (1995) 269-275.

"Good Decision Making for Incompetent Patients", <u>Hastings Center Report</u>, 24, 6 (November-December 1994) S8-S11.

"Justice and the ADA: Does Prioritizing and Rationing Health Care Discriminate Against the Disabled?" <u>Social Philosophy and Policy</u>, 12 (1995) 159-184.
___Reprinted in:
       <u>The Just Society</u>, eds. E.F. Paul, F.D. Miller, Jr. and J. Paul. Cambridge: Cambridge University Press, 1995.

Author, with 22 others from Working Group on Accountability, "A Professional Response to Demands for Accountability: Practical Recommendations Regarding Ethical Aspects of Patient Care, <u>Annals of Internal Medicine</u>, 1996.

Charles H. Baron, Clyde Bergstrasser, Dan W. Brock, et. al., "A Model State Statute to Authorize and Regulate Physician-Assisted Suicide," <u>Harvard Journal of Legislation</u>, 331(1996) 1-34.

"What is the Moral Authority of Family Members to Act as Surrogates for Incompetent Patients," <u>The Milbank Quarterly</u> 74,4 (1997) 599-618.

Timothy E. Quill, Rebecca Dresser, and Dan W. Brock. "The Rule of Double Affect - A Critique of its Role in End of Life Decision Making," <u>New England Journal of Medicine</u>, 337 (1997) 1768-71.

Timothy E. Quill, Bernard Lo, and Dan W. Brock, "Palliative Options of Last Resort: A Comparison of Voluntarily Stopping Eating and Drinking, Terminal Sedation, Physician Assisted Suicide, and Voluntary Euthanasia" <u>Journal of the American Medical Association</u>, 278 (1997) 2099-04.

"Aggregating Costs and Benefits," <u>Philosophy and Phenomenological Research</u>, 51 (1998) 963-67.

"Commentary on, "The Time Frame of Preferences, Dispositions and the Validity of Advance Directives for the Mentally Ill'," <u>Philosophy, Psychiatry and Psychology</u>, (1999) 251-53.

"A Critique of Three Objections to Physician-assisted Suicide" <u>Ethics</u>, 109 (1999). 519-47.

Joanne Lynn, Joan Teno, Rebecca Dresser, Dan Brock, et.al, "Dementia and Advance care Planning: Perspectives from Three Countries on Ethics and Epidemiology, <u>Journal of Clinical Ethics</u>, 10 (1999) 271-85.

"Broadening the Bioethics Agenda", <u>Kennedy Institute of Ethics Journal</u>, 10 (2000) 21-38.

"Misconceived Sources of Opposition to Physician-Assisted Suicide", <u>Psychology, Public Policy and Law</u>, 6, (2000) 305-13.

"Children's Rights to Health Care," <u>Journal of Medicine and Philosophy</u>, 2001.

"Gert on the Limits of Morality's Requirements," <u>Philosophy and Phenomenological Research</u>, 62, 2 (2001) 435-40.

"Growth Hormone Treatment: Summing Up Some of the Issues," <u>The Endocrinologist</u>, 11, 4 Supp. 1 (2001) 83S-89S.

"Two Moral Issues About Disability," <u>American Journal of Bioethics</u> 1,3 (2001) 1-2.

"Genetics and Confidentiality," <u>American Journal of Bioethics</u> 1, 3 (2001) 34-35.

"Some Questions About the Moral Responsibilities of Drug Companies in Developing Countries," <u>Developing World Bioethics</u> 1, 1 (2001) 33-37.

"Human Cloning and Our Sense of Self," Science 296 (April 12, 2002) 314-316.

"Separate Spheres and Indirect Benefits," Cost-Effectiveness and Resource Allocation (2003) 1:4.

"Precommitment in Bioethics: Some Theoretical Issues," Texas Law Review, 81, 7 (2003) 1805-1821.

John Gearhart, Ruth Faden, Dan Brock, et.al.  "Safety Issues in Cell–Based Intervention Trials," Fertility and Sterility November 2003.

Ruth Faden, John Gearhart, Dan Brock, et.al. "Public Stem Cell Banks: Considerations of Justice in Stem Cell Research and Therapy."  Hastings Center Report, November 2003.


**d. NONREFEREED JOURNAL ARTICLES**

"The Ethical Responsibility of Surgeons in Conflicts With Their Patients or Surrogates About Treatment," Rhode Island Medical Journal 74 (May 1991) 105-111.

"Informed Consent with Retarded Citizens," in Justice for All: Volume I, Research Imperatives and Responsibilities, ed. T. Nerney. National Association for Retarded Citizens (1976).

"Moral Principles and Preferential Treatment," Issues: The Brown Review 7, 5 (March 1977).
"Life Support Systems for Newborns," The George Street Journal 9, 14 (April 3,  1984).
___Reprinted in:
        QQ: Report from the Center for Philosophy and Public Policy, University of Maryland, Fall 1984.
        Values and Public Policy, ed. Claudia Mills. Orlando FL: Harcourt Brace Jovanovich, 1992.

"Ethics and the Trauma Setting" in Proceedings of the Sixth Annual National Trauma Symposium, Philadelphia: Centrum Philadelphia, 1984.

"'Stuck on Machines' -- Is Stopping Worse Than Not Starting?" Medical Ethics for the Physician 1,4 (October 1986).

"Philosophers in the Halls of Policy," QQ: Report from the Center for Philosophy and Public Policy Vol. 7, No.1 (Winter 1987), 3-5.

"The Ethical Responsibility of Surgeons in Conflicts With Their Patients or Surrogates About Treatment", Rhode Island Medical Journal 74 (May 1991) 105-111.

"Are Our Health Care Dollars Buying Life-Years of Low Quality?" Printed in Working Papers Series, Center for Health Policy Research, George Washington University, 1992.

Dan W. Brock and Norman Daniels, "Ethical Principles and Values of Health Care Reform," Drug Information Journal, 29 (1995) 445-51.

"Broadening the Bioethics Agenda," Transcript Proceedings, The Role of Bioethics in Health Care Policy. Minneapolis, MN: University of Minnesota Center for Biomedical Ethics, 1995.

Dan W. Brock, "Cloning Human Beings" Medical Ethics Newsletter. Burlington, MA, Lahey Hitchcock Clinic, 1-2, 8.

Carol A,. Wheeler and Dan W. Brock, "Ethics of Assisted Reproductive Technologies," Rhode Island Medicine. forthcoming 1998.

Dan W. Brock and Ruth Macklin, "Response to Callahan," Medical Ethics, Fall 1998, 7.

Carol A. Wheeler and Dan W. Brock, "Ethics of Assisted Reproductive Technologies," <u>Rhode island Medicine</u>. 1998.

"Should We Fear Human Cloning," <u>Prometheus</u> 2 (Spring 1999) 92-103.

"Equity in Liver Allocation," <u>Medical Ethics Newsletter</u>. Burlington MA, Lahey Hitchcock Clinic, "

"What Can Bioethics Contribute to Philosophy?" <u>American Philosophical Association Philosophy and Medicine Newsletter</u>, October 2002.

## e. BOOK REVIEWS

"Review of Lewis Feuer, <u>The Conflict of Generations,</u>" <u>Comparative Education Review</u> XIV  (1970), 105-108.

"Review of Rolf Sartorius, <u>Individual Conduct and Social Norms,</u>" <u>The Philosophical Review</u> 86 (1977), 573-76.

"Review of Edna Ullmann-Margalit, <u>The Emergence of Norms,</u>" <u>Nous</u>, XV (1981), 409-14.

"Review of John Hodson, <u>The Ethics of Legal Coercion,</u>" <u>Nous</u>, XIX (1985), 641-44.

"Review of David Gauthier, <u>Morals By Agreement,</u>" <u>Philosophy and Phenomenological Research</u>. 49 (1988) 157-162.

"Review of Roger Bulger (ed.), <u>In Search of the Modern Hippocrates,</u>" <u>Journal of Medical Education</u>. 63 (1988) 574-576.

"Review of Bernard Gert, <u>Morality: A New Justification of the Moral Rules,</u>" <u>Journal of the American Medical Association</u>, 262, 5 (1989) 703-4.

"Review of Basil A. Stoll, <u>Cost Versus Benefit in Cancer Care,</u>" <u>American Philosophical Association Newsletter on Philosophy and Medicine</u>, 89,1 (Fall 1989)103-105.

"The Birth of Bioethics," (Review of David Rothman, <u>Strangers at the Bedside</u>) <u>Hastings Center Report</u>, 22 (May-June 1992) 41.

"Review of Ezekiel Emanuel, <u>The Ends of Human Life</u>, " <u>Political Theory</u>, 21, 4 (1993) 705-9.

"Review of John Kleinig, <u>Valuing Life,</u>" <u>Ethics</u>, 104,1 (1993) 163-6.

"Review of Troyen A. Brennan, <u>Just Doctoring: Medical Ethics in the Liberal State,</u>" <u>Journal of Health Politics, Policy and Law</u>, 19, 1 (1994) 268-71.

"Procreative Liberty: Review of John Robertson, <u>Children of Choice</u>" <u>Texas Law Review</u> 74 (1995) 187-206.

"Review of RM. Hare, <u>Essays in Bioethics</u>"  <u>Ethics</u> 106 (1996) 472-4.

"Review of Robert E. Goodin, <u>Utilitarianism as a Public Philosophy,</u>" <u>Philosophy and Phenomenological Research</u>, (1999), 265-268.

"Review of Bernard Gert, Charles M. Culver, and K. Danner Clouser, <u>Bioethics: A Return to Fundamentals</u>". <u>Ethics</u> .110 (2000) 614-17.

## f. ABSTRACTS

"On Theories of Just Taxation," (Abstract) <u>Journal of Philosophy</u> 76 (1979)  692-94.

"Fairness, Desert and Persons," (Abstract) <u>Nous</u> XVII (1983), 56-58.

**PRINCIPAL INVITED LECTURES AND PAPERS READ -- NATIONAL AND INTERNATIONAL**

1. "Contractualism, Utilitarianism and Social Inequalities." Brown University - Smith College - University of Massachusetts Philosophy Colloquium, May 1971.

2. "Birth, Death and the Living."  Worcester State College, Science and the Human Condition Series, September 1974.

3. "The Justification of Morality."  Syracuse University, February 1975.

4. "The Justification of Morality." Dartmouth College, November 1975.

5. "Comments on Lisa Newton, 'Some Reflections on Political Nature:  Conservative Theory Revisited'." American Philosophical Association, Eastern Division Meetings, December 1975.

6. "Psychosurgery, Agency, and Autonomy."  American Philosophical Association, Pacific Coast Division Meetings, March 1976.

7. "Informed Consent with Retarded Citizens."  National Association for Retarded Citizens, Northeast Regional Convention, March 1976.

8. "Involuntary Civil Commitment:  Some Moral Issues." Lecture Series on Social Treatment of the Mentally Ill, University of Texas Medical Center at Galveston and Rice University, November 1976.

9. "Involuntary Commitment of the Mentally Ill:  Some Moral Issues."  University of Western Ontario Conference on Bio-Medical Ethics, October 1977.

10. "The Nurse and Patient: Some Rights and Duties. "Conference on Nursing and the Humanities, University of Connecticut Health Center, November 1977.

11. "The Nurse and Patient:  Some Rights and Duties," University of Rhode Island, March 1978.

12. "On the Contractarian Ground of Respect for Persons." Oberlin Colloquium in Philosophy, Oberlin College, April 1978.

13. "Utilitarianism and Aiding Others."  Conference on the Moral Foundations of Public Policy:  The Limits of Utilitarianism, Virginia Polytechnic Institute and State University, May 1978.

14. "Utilitarianism and Aiding Others." University of Connecticut-Storrs, November 1978.

15. "Legal Rights and Moral Responsibilities in the Health Care Process." Conference on The Law-Medicine Relation:  A Philosophical Critique, University of Connecticut Health Center, November 1978.

16. "On Theories of Just Taxation."  American Philosophical Association, Eastern Division Meetings, December 1979.

17. "Philosophical Conceptions of Pleasure and Hedonism."  Hastings Center, Institute for Society, Ethics, and the Life Sciences, March 1980.

18. "Desert and Persons."  Tufts University, April 1980.

19. "Involuntary Commitment of the Mentally Ill:  Some Moral Issues."  Colloquium in the Philosophy and Medicine program, New York University Medical Center, April 1980.

20. "Comments on Bart Gruzalski's 'The Defeat of Utilitarian Generalization'."  American Philosophical Association, Western Division Meetings, April 1980.

21. "Distribution of Physicians and Physician Responsibility." Conference on Physician Responsibility in a Changing Health Care System, Tufts University, April 1980.

22. "Moral Prohibitions and Consent."  Conference on Action and Responsibility, Bowling Green State University, May 1980.

23. "Paternalism and Promoting the Good." Liberty Fund Symposium on Government Paternalism, Lutsen, Minnesota, September 1980.

24. "The Philosophical Basis of Informed Consent."  Invited testimony before the President's Commission for the Study of Ethical Problems in Medicine and Biomedical and Behavioral Research, January 1981.

25. Panel discussant, "Psychiatric Consultation to the Ethical Emergency" American Psychiatric Association Annual Meetings, May 1981.

26. "Paternalism and Promoting the Good." Kennedy Institute for Ethics, Center for Bioethics, Georgetown University, October 1981.

27. "'No-Code' Decisions,"  Medical College of Virginia, Richmond, VA, April 1982.

28. "Rights and Autonomy," Conference on Human Rights, Richmond, VA, April 1982.

29. "What to Do When the Patient Can't Pay," Department of Medicine Grand Rounds, George Washington University Medical Center, April 1982.

30. "The Use of Drugs for Pleasure: Some Philosophical Issues." American Psychiatric Association Annual Meetings, May 1982.

31.  "A Legal and Ethical Overview of Informed Consent," Conference on Research with Special Populations, Public Responsibility in Medicine and Research, Boston, MA, October 1982.

32. "Voluntary Euthanasia," American Philosophical Association Eastern Division Meetings, December 1982.

33. "The Right to Health Care," Conference on Health Care Scarcity in Urban Settings: Allocation Decisions, Cost Containment and the Right to Health Care, Georgia State University, April 1983.

34. "Desert, Fairness and Persons," Invited Main Symposium paper, American Philosophical Association Western Division Meetings, March 1983.

35. "Desert, Fairness and Persons," University of Wisconsin-Madison, April 1983.

36. "Termination of Life-Saving Treatment and Informed Consent," Symposium on Medical Ethics: Three Reports from the President's Commission, Madison, WI, April 1983.

37. "The Work of the President's Commission and its Implications for Treatment of ESRD," Conference on Advances in Nephrology and Urology, National Kidney Foundation of Connecticut, Yale University School of Medicine, May 1983.

38. "Ethics and Hospitals," Annual Conference of Maryland Hospital Association, June, 1983.

39. "Taking Human Life," Invited Main paper, Conference on the Philosophy of Alan Donagan, Illinois State University, November, 1983.

40. "Ethics and the Trauma Setting," National Trauma Symposium, Baltimore, MD, November 1983.

41. "Ethics and Handicapped Newborns," Conference on Legal, Medical and Ethical Problems of the Baby Jane Doe Issue, Franklin Pierce Law Center, MIT, January 1984.

42. "Is It Killing to Forego Food and Water" Conference on Foregoing Life-Sustaining Food and Water, Society for Health and Human Values, Philadelphia, PA, March 1984.

43. "Decisions with Competent Patients," Conference on Foregoing Life-Sustaining Food and Water, Society for Health and Human Values, Philadelphia, PA, March 1984.

44. "Desert, Fairness and Persons," University of Utah, May 1984.

45. "The Ethics of Non-Treatment," Rachel Penti Annual Lectureship, Cape and Islands Nursing Association, Hyannis MA, May 1984.

46. "Access to Health Care: An Ethical Framework" Conference on Access to Care and the Cost of Treatment: Dilemmas in Allocation, Utah Conference on Ethics and Health, Salt Lake City, UT, May 1984.

47. "Dilemmas of Individual Providers in a Just Health Care System," Conference on Access to Care and the Cost of Treatment: Dilemmas in Allocation, Utah Conference on Ethics and Health, Salt Lake City, UT, May 1984.

48. "Acts and Omissions" NEH Summer Institute on Human Action, Lincoln, Nebraska, July 1984.

49. "Intended and Foreseen But Unintended Consequences," NEH Summer Institute on Human Action, Lincoln, Nebraska, July 1984.

50. "Ethics and the Clinical Setting," Associated Residency Programs, Division of Internal Medicine, Yale University School of Medicine, November 1984.

51. "Health Care and Markets: Some Moral Issues," Conference on Liberty, Markets and Medical Practice, Houston, Texas, December 1984.

52. "Comments on Martha Nussbaum's 'Plato's Protagoras: The Science of Measurement and the Elimination of Akrasia,'" Boston Area Colloquium in Ancient Philosophy, February 1985.

53. "Health Care, Profits, and Markets," American Philosophical Association Pacific Division Meetings, March 1985.

54. "The Value of Saving Human Life," Conference on Rationality and Moral Values, University of North Carolina-Greensboro, March 1985.

55. "A Moral Framework for Micro Allocation Decisions For Scarce Organs," Invited testimony before the U. S. Department of Health and Human Services, Task Force on Organ Transplantation. Washington, DC, April 1985.

56. "The Role of Philosophers in Public Policy," American Philosophical Association Western Division Meetings, April 1985.

57. "Why The Continuing Debate About Terminal Care - Ethical Considerations." The Hastings Center, June 1985.

58. "The Right to Die," Symposium member, Rhode Island Bar Association Annual Meeting, June 1985.

59. "Ethical Considerations of the Cost Conscious Environment," Annual Conference of Pennsylvania Hospital Association, August 1985.

60. "Surrogate Decisionmaking for Incompetent Elderly," presentation with Allen Buchanan and Michael Gilfix. Workshop on Surrogate Decisionmaking, Office of Technology Assessment, U.S. Congress, Washington D.C., September 1985.

61. "Choices in Critical Illness: Who's In The Driver's Seat?" Western Michigan University, December 1985.

62. "Decisions About Life Support: Some Avoidable Obstacles," Joint Grand Rounds, Bronson Methodist Hospital-Borgess Medical Center, Kalamazoo MI, December 1985.

63. "Organ Transplantation: Ethical Issues in Recipient Selection." Conference on Organ Transplants and Implants: Ethical Issues. Mesa AZ, February 1986.

64. "Comments on 'Containing Health Care Costs: Ethical and Legal Implications of Changes in the Methods of Paying Physicians.'" Case Western Reserve Law School,
April 1986.

65. "Decisions About Life Support." University of Massachusetts Medical School, March 1986.

66. "Some Reflections on Doing Philosophy in the Worlds of Policy and Medicine." Conference on the Public Turn in Philosophy, Center for Philosophy and Public Policy, University of Maryland, October 1986.

67. "Children's Competence for Health Care Decisionmaking." Conference on Children and Health Care, East Carolina School of Medicine, November 1986.

68. "Deciding to Forego Life-Sustaining Treatment," Department of Medicine Grand Rounds, University of Pennsylvania School of Medicine, January 1987.

69. "The Doctor as Health Care Rationer," Sonneborn Lecture, University of Pennsylvania School of Medicine, January 1987.

70. "Ethical Issues in For-Profit Health Care," Robert Wood Johnson Fellows and Dana Scholars, Hospital of University of Pennsylvania, January 1987.

71. "Termination of Treatment for Incompetent but Conscious Patients," Conference of Hastings Center and Ian Ramsey Center of Oxford University, Windsor, England, January 1987.

72. "Ethical Dilemmas in An Era of Diminishing Resources," Society for General Internal Medicine, Annual Meeting, San Diego, CA, April 1987.

73. "Transplantation: An Ethical Perspective on Recipient Selection," Conference of New England Area Renal Social Workers, Boston, MA, May 1987.

74. "The Meaning of Competence: A Philosopher's View," Conference on Autonomous Decision-making at the End of Life, National Health Council, New York, NY,
December 1987.

75. "Ethical Issues in Recipient Selection in Organ Transplantation," Conference on Advancing Frontiers in Health Care Delivery Systems: Ethics, Justice, the Law and Health Policy, Orlando, FL, February 1988.

76. "The Ethical Workup" Society For General Internal Medicine Annual Meeting, Alexandria, VA, April 1988.

77. "Decisions to Forego Life-Sustaining Treatment," Society For General Internal Medicine Annual Meeting, Alexandria, VA, April 1988.

78. "The Right to Know, The Duty to Warn: Ethical Perspectives on the Responsibilities of the HIV-Infected Health Care Worker," Hastings Center Meeting on AIDS and the Ethics of Public Health, The Hastings Center, March 1988.

79. "Justice, Health Care and the Elderly," American Philosophical Association Pacific Division Meetings, March 1988.

80. "Ethical Issues in HIV-Testing," NEH Summer Seminar on Justice and Health Policy, Medford, MA, June 1988.

81. "AIDS, Resources and Priorities -- How Can Hospitals Cope?" Hartford Hospital Ethics Committee Annual Retreat, July 1988.

82. "Quality of Life Measures in Health Care and Medical Ethics," Conference on the Quality of Life, World Institute for Developmental Economics Research, The United Nations University, Helsinki, Finland, July 1988.

83. "Comments on Kanbur and Besley," Conference on the Quality of Life, World Institute for Developmental Economics Research, The United Nations University, Helsinki, Finland, July 1988.

84. "Decisions About Life Support: An Ethical Framework." George Cushman Visiting Professor, Waterbury Hospital, Waterbury, CN, September 1988.

85. "Decisions About Life-Sustaining Treatment and Voluntary Active Euthanasia." Research Institute of Therapy, Tbilisi, USSR, September 1988.

86. "Decisions About Life Support: An Ethical Framework." Presbyterian Hospital, Pittsburgh, PA, October 1988.

87. "Competence and Incompetence." Center for Medical Ethics, University of Pittsburgh, October 1988.

88. "Quality of Life Measures in Health Care and Medical Ethics." Dept. of Population Sciences, Harvard University School of Public Health, November 1988.

89. "When Should Physicians Ration Health Care?" Annual Meeting, American Public Health Association, Boston MA, November 1988.

90. "Ethical Issues in Treatment Decisionmaking with Ambulatory Patients." Society for General Internal Medicine, Northeast Regional Meeting, Hanover, NH, January 1989.

91. "Competence and Incompetence." Harvard Center for Ethics and the Professions, February 1989.

92. "Guidelines for the Withdrawal of Life-Support Systems." Conference on Life at the Limits, University of California at Irvine, February 1989.

93. "Health Care Entitlements and the Elderly." Conference on Health Care for an Aging Society, University of Arkansas at Little Rock, April 1989.

94. "Decisions to Forgo Life-Sustaining Treatment," Plenary lecture, Society for General Internal Medicine Annual Meeting, Arlington, VA, April 1989.

95. "Teaching Clinical Ethics to Residents," Workshop at Society for General Internal Medicine Annual Meeting, Arlington, VA, April 1989.

96. "Comments on F. Miller and J. Paul, 'Sunstein's New Legal Paternalism'," American Philosophical Association Central Division Meeting, April 1989.

97. "Some Ethical Implications of the Project to Map the Human Genome," Dunwalke Symposium on Biotechnology, Ethics, and Public Policy.  Princeton University, April 1989.

98. "Determining Competence." Invited presentation to the New York State Task Force on Life and the Law, May 1989.

99. "Facts and Values in the Physician/Patient Relationship." Conference on Ethics and the Professions, Georgetown University, June 1989.

100. "Case Consultations by Ethics Committees." Charlton Memorial Hospital Ethics Committee, Fall River, MA, June 1989.

101. "Children's Rights to Make Health Care Decisions." Conference on the Pediatrician and Children's Rights. French State Secretariate of Family, International Children's Center, French Committee for UNICEF.  Paris, July 1989.

102. "Decisions About Life-Sustaining Treatment and Voluntary Active Euthanasia." Third International Conference on Ethics in Medicine, Karolinska Institute, Nobel Conference, Stockholm, Sweden, September 1989.

103. "Ethical Considerations in Designing Basic Health Care Benefit Packages."  Invited presentation to Advisory Council on Social Security, Washington, DC, October 1989.

104. "Privacy Rights." Panel discussant, Judicial Conference of the First Circuit Federal Court, Annual Meeting, Newport RI, November 1989.

105. "Justifying Health Care Priorities and Defining the Universal Tier." Presentation for Health Care Priorities Project, Hastings Center, February 1990.

106. "Surrogate Decisionmaking for Adults." Conference on Surrogate Decisionmaking, Mount Sinai Medical Center, NY, March 1990.

107. "A Defense of a Risk-Related Standard of Competence." American Philosophical Association Pacific Division Meeting, Los Angeles CA, March 1990.

108. "Ethical Dilemmas in Health Care Rationing." Hartford County Medical Association Medical Expo, Hartford CN, April 1990.

109. "The Case for Voluntary Active Euthanasia." Debate with Mark Siegler, Society for General Internal Medicine Annual Meeting, Washington DC, May 1990.

110. "Pitfalls in the Use of Advance Directives." Workshop at American Geriatric Society Annual Meeting, Atlanta GA, May 1990.

111. "The Moral Authority of Surrogates." Hastings Center Annual Fellows Meeting, Briarcliff Manor NY, June 1990.

112. "The Affordability of Health Care." Public Forum, Fall River MA, June 1990.

113. "Models of Physician/Patient Relations as General Models for Professional Client Relations." Seminar on Professional Responsibility, University of Nebraska at Lincoln, June 1990.

114. "Rationing Health Care--How Can It Be Done Ethically?" University of Nebraska at Lincoln, June 1990.

115. "Medicine and Business: An Unhealthy Mix?" Third International Conference on Justice in Health Care, Chicago IL, October 1990.

116. "Euthanasia." Debate with James Rachels, Ithaca College, Ithaca NY, October 1990.

117. "The Moral Authority of Surrogates." Society for Health and Human Values Annual Meeting, Chicago IL, October 1990.

118. "Teaching Medical Ethics." Inaugural Event of Division of Medical Ethics, Harvard Medical School, Boston MA, October 1990.

119. "Are Our Health Care Dollars Buying Life-Years of Low Quality?" Conference on Health Care Rationing, George Washington University, Washington DC, October 1990.

120. "Medical Decisions in a Time of Limited Resources." Milton Hospital, Milton MA, November 1990.

121. "Euthanasia." Department of Medicine Grand Rounds, Massachusetts General Hospital and Division of Medical Ethics, Harvard Medical School, Boston MA, November 1990.

122. "National Health Care, Patient Loyalty, and Physician Trust," Conference on What If We Change to a National Health Program? University of Utah, Salt Lake City UT, January 1991.

123. "Patient-Doctor Decision Making and Irrational Treatment Choices," University of Toronto Centre for Bioethics, Toronto, Canada, January 1991.

124. "Patient Autonomy: A Limited or Absolute Right?" Boston College 14th Annual Greater Boston Undergraduate Conference of Bioethics, Boston, MA, March 1991.

125. "The Genome Project and Human Identity," Conference on Legal and Ethical Issues Raised by the Human Genome Project, University of Houston Health Law and Policy Institute, Houston TX, March 1991.

126. "Legal Policy on Voluntary Active Euthanasia," American Philosophical Association Central Division Meetings, Chicago IL, April 1991.

127. "Technology: Harnessed or Run Rampant," Conference on Am I My Brother's Keeper? Who Lives? Who Dies? Who Pays?" Chattanooga, TN, April 1991.

128. "Euthanasia," Conference on Ethical Issues in Oncology, Yale University School of Medicine, New Haven CN, April 1991.

129. "Determining Competence and Incompetence," Faculty Development Conference on Liberty: When Should Changes in Mental Status Impact a Patient's Right to Self-Determination? Harvard Medical School, Boston MA, May 1991.

130. "The Ethicist as a Member of a Public Commission," Hastings Center Annual Fellows meeting, Briarcliff Manor NY, June 1991.

131. "Medical Effectiveness Research: Ethical Issues," Conference on Medical Effectiveness Research: Implications for State Governments, Ellicott City MD, June 1991.

132. "Research Priorities: What is Worth Doing?" Third Annual Bioethics Retreat, Nantucket MA, June 1991.

133. "Ethical Dilemmas of Health Care Reform," Boston Health Care Leadership Invitational Conference, Boston MA, September 1991.

134. "Surrogate Decision Making," Ethics Lecture Series, Lahey Clinic, Burlington MA, September 1991.

135. "Access to Health Care For All?" Conference on U. S. Health Care: Condition Critical, University of Montana, Missoula MT, September 1991.

136. "The Economics of Health Care: Who Pays? Who Benefits?"  Conference on U. S. Health Care: Condition Critical, University of Montana, Missoula MT, September 1991.

137. "Trumping Advance Directives," Hastings Center/Harvard Medical School Conference on Implementing the Patient Self-Determination Act, Boston MA, October 1991.

138. "The Basis and Limits of the Authority of Advance Directives," Harvard Medical School, Division of Medical Ethics, Faculty Seminar, Boston MA, October 1991.

139. " Ethical Decisions Regarding Patients' Capacities to Make Decisions," Conference on Determining the Patient's Capacity to Decide: Medical, Ethical and Legal Perspectives, Charleston Area Medical Center, Charleston WV, October 1991.

140. "Voluntary Active Euthanasia," DeCamp Lecture Series, Princeton University, Princeton NJ, October 1991.

141. "Voluntary Active Euthanasia and Physician-Assisted Suicide," Brin Visting Professorship, Oncology Center, The Johns Hopkins University, Baltimore MD, December 1991.

142. "The Human Genome Project and Personal Identity," American Philosophical Association Eastern Division Meetings, New York NY, December 1991.

143. "Borderline Cases of Morally Justified Taking Life in Medicine," Conference on Intending Death in Medicine, Georgetown University and Johns Hopkins School of Medicine, January 1992.

144. "Trumping Advance Directives," Massachusetts Health Care Proxy Task Force, January 1992.

145. "Medical Need and Access to Health Care," Hastings Center Project on Priorities in Mental Health Care, January 1992.

146. "Voluntary Active Euthanasia," Martin Lecture, University of Rhode Island, March 1992.

147. "Should We Limit the Use of Beneficial Health Care?" American Philosophical Association Pacific Division Meetings, March 1992.

148. "Unexpected Decisions By Guardians and Surrogates," Kennedy Institute Advanced Bioethics Course, Georgetown University, March 1992.

149. "The Human Genome Project and Human Identity," 1992 Humanities Symposium: Genes and Human Self-Knowledge: Historical and Philosophical Reflections on Modern Genetics, University of Iowa, April 1992.

150. "An Ethical Framework for Surrogate Decision Making," United Kingdom Forum on Health Care Ethics and the Law, Centre for Medical Ethics, Kings College, London, April 1992.

151. "Current Issues in Terminal Care Ethics," Middlesex Hospital, Middletown CN, May 1992.

152. "The Limits of Informed Consent," Fifth Anniversary Conference, Program in Ethics and the Professions, Harvard University, May 1992.

153. "Involuntary Hospitalization of Adolescents," Workshop at American Psychiatric Association Annual Meeting, Washington, DC, May 1992.

154. "The Ethics of Surrogate Decision Making," 2nd International Conference of Public Trustees and Guardians, Toronto Canada, May 1992.

155. "Bioethics and Philosophy Proper: Causation, Personal Identity, Free Will and Determinism--What Use Does Bioethics Make of These Concepts?" Fourth Annual Bioethics Retreat, Jackson Hole WY, June 1992.

156. "Fertility, Contraception, and Reproductive Freedom," Conference on Women, Equality, and Reproductive Technology.  World Institute for Development Economics Research, United Nations University, Helsinki, Finland, August 1992.

157. "Comments on 'New Reproductive Technologies, New Dilemmas for Women'," Conference on Women, Equality, and Reproductive Technology.  World Institute for Development Economics Research, United Nations University, Helsinki, Finland, August 1992.

158. "Reviewing and Evaluating the President's Commission's Report on Securing Access to Health Care," Consultation on the Right to Health Care, American Association for the Advancement of Science, Washington DC, September 1992.

159. "Case Discussion on Patient/Surrogate Decision Making," Lahey Clinic, Burlington MA, September 1992.

160. "A Proposal for the Use of Advance Directives in the Treatment of Incompetent Mentally Ill Persons," Inaugural Congress, International Association of Bioethics.  Amsterdam, Netherlands, October 1992.

161. "Physician-Assisted Suicide and Voluntary Active Euthanasia," Phyllis Howe Lecture on Medical Ethics, University of Massachusetts Medical Center, Worcester MA, October 1992.

162. "Physician-Assisted Suicide and Voluntary Active Euthanasia," New York Task Force on Life and the Law, Annual Retreat, Harriman NY, October 1992.

163. "Active Intervention and Letting Die," Conference on Health Care Professionals and Treatment at the End of Life. American Society of Law and Medicine, Boston MA, October 1992.

164. "Physician-Assisted Suicide and Voluntary Active Euthanasia," Pennsylvania State University at Altoona, Altoona PA, November 1992.

165. "Decisions About Life-Sustaining Treatment and Physician-Assisted Suicide," Mercy Hospital, Altoona PA, November 1992.

166. "Physician-Assisted Suicide and Voluntary Active Euthanasia," American Academy of Psychiatry and Law, New York, January 1993.

167.  "Physician-Assisted Suicide" American Academy of Forensic Sciences Annual Meeting, Boston, February 1993.

168.  "Equity vs. Utility in Allocating ICU Beds, Transplantable Organs, and Health Care Personnel," Georgetown University Advanced Bioethics Course, Washington, DC, March, 1993.

169.  "Futility of Care and the Right Not to Treat," Middlesex Hospital, Middletown, CT, March 1993.

170.  "Clinton Health Plan Update," Smaller Business Association of New England, Providence, RI, June 1993.

171.  Panels on "Descriptions and Critique of Managed Competition," "Clinton Health Reform Task Force," "Federal Bioethics Commissions," Fifth Annual Bioethics Summer Retreat, Taos, NM, June 1993.

172. "The New Clinton Health Care Reform Proposals," Charleton Memorial Hospital, Fall River, MA, September 1993.

173. "What Should Count As Good Decision Making For Incompetent Patients?" Working Conference on Advanced Directives: Research Priorities and Methods, Squam Lake, NH, September 1993.

174. "Forces Affecting Health Care Costs and the Clinton Response," University of Virginia Health Sciences Center, Charlottesville, VA, September 1993.

175. Panel On Listening to Prozac, Rhode Island Psychiatric Society, Providence, RI, October 1993.

176. "Bioethics Commissions: Their Roles and Methods," University of Toronto, Toronto, Canada, October 1993.

177. "Should New Reproductive Technologies Such As Oocyte Donation Be Included in Insurance Benefit Packages," National Advisory Board for Ethics in Reproduction Workshop, Washington, DC, November 1993.

178. "Ethical Issues in Health Care Reform," Faculty Oration, Society for Health and Human Values Annual Meeting, Alexandria, VA, November 1993.

179. "The Work of the Ethics Working Group on the Clinton Health Care Reform Task Force," Society for Health and Human Values Annual Meeting, Alexandria, VA, November 1993.

180. "Genetic Testing of Children for Adult-Onset Diseases: The Ethical Issues," Shriver Center, Belmont MA, December 1993.

181. "Do Cost/Benefit Standards for Prioritizing Health Care Wrongly Discriminate Against People with Disabilities?" American Philosophical Association Eastern Division Meeting, Atlanta GA, December 1993.

182. "Why Mercy Killing Should be Legalized," Conference on Health Care, Technology and Money: Choices or Dilemmas?" Honolulu, HI, February 1994.

183. "Theoretical Problems in Mental Health Care Priority Setting," The Hastings Center, Briarcliff Manor NY, February 1994.

184. "Developing the Clinton Reform Plan: The Role of the Ethicist," Lahey Clinic, Burlington, MA, March 1994.

185. "Justice and the ADA: Does Prioritizing and Rationing Health Care Discriminate Against the Disabled?" Conference on the Just Society, Social Philosophy and Policy Center, Bowling Green State University, Bowling Green OH, April 1994.

186. "Alan Donagan on Respect for Persons," Conference on the Moral Philosophy of Alan Donagan, University of Notre Dame, South Bend IN, April 1994.

187. "The Ethics of Managed Care," Thomas Pyle Lectureship in Clinical Ethics, Harvard Community Health Plan, Boston MA, April 1994.

188. "Health Care Reform," Division of Medical Ethics, Harvard University School of Medicine, Boston MA, April 1994.

189. "Issues of Death and Dying: Ethics of Termination of Life Support," Milford-Whitinsville Regional Hospital, Milford MA, May 1994.

190. "Principles and Bargaining Chips: Ethical Goals and Political Compromise," Conference on the Ethics of Health Care Reform, American Association of Bioethics, Washington DC, May 1994.

191. "Broadening the Bioethics Agenda," Conference on Bioethics and Health Care Reform: Promoting Effective Dialogue, Washington, DC, May 1994.

September 2003                                      Brock – CV
Page 24

192. "The Decision Making Process in the Treatment of Dementia," Conference on Alzheimer's Dementia, Bergamo Italy, May 1994.

193. "The Pros and Cons of Public Policy on Physician-Assisted Suicide and Voluntary Euthanasia," American Geriatric Society Annual Meeting, Los Angeles CA, May 1994.

194. Panels on "Is Ethical Theory Dying as a Major Component of Bioethics?" and "What is the Role for Bioethics in the Debate over Physician-Assisted Suicide?" Sixth Annual Bioethics Retreat, Bar Harbor ME, June 1994.

195. "The Ethics of Health Care Reform," Conference on Health Care Reform Through Innovation, Drug Information Association, Washington, DC, July 1994.

196. "Ethical Foundations of Health Care Reform," Maine Medical Society Annual Meeting, Dixville Notch NH, September 1994.

197. "The Democracy Problem," The Hastings Center, Briarcliff Manor NY, October 1994.

198. "Rethinking Confidentiality," "Wrongful Handicaps and the Prevention of Genetically Transmitted Harms," and "Theoretical Issues in Rationing," Second World Congress, International Association of Bioethics, Buenos Aires, Argentina, October 1994.

199. "Rationing Beneficial Care--Can It Be Done Ethically?" University of Maryland Medical Center, Baltimore MD, November 1994.

200. "Family/Physician Conflicts in Oncology," Dana-Farber Cancer Institute, Boston, MA, December 1994.

201. "Comments on Case Studies," Panel at FDA/NIH Public Forum on Informed Consent in Clinical Research Conducted in Emergency Circumstances, Bethesda MD, January 1995.

202. "Procreative Liberty," University of Texas Law School, Austin, TX, January 1995.

203. "Justice and the ADA: Does Prioritizing and Rationing Health Care Discriminate Against the Disabled?" Yale University Health Policy Seminar, New Haven CT, January 1995.

204. "Decisionmaking for Incompetent Patients," Southeastern New England Ethics Committee Network, Providence, RI, January 1995.

205. "Ethical Implications of the Human Genome Project for Equality, Responsibility, and Human Identity," Wheaton College, Norton MA, February 1995.

206. "Decision Making for Incompetent Patients: An Ethical Framework," and "Rationing Health Care: Some Moral Issues," Institute for Philosophical Research, National Autonomous University, Mexico City, Mexico, March 1995.

207. "Advance Directives: Promise, Pitfalls and Limits" and "Rationing Health Care: Some Moral Issues," School of Medicine, University of Michigan,  Morelia, Mexico, March 1995.

208. "Conflicts of Interest Between Pursuit of Scientific Knowledge and Profits," Panel at Grainger Business Ethics Symposium, University of Wisconsin School of Business, Madison, WI, April 1995.

209. "The Ethics of Limiting Treatment in Managed Care," Northeast Rehabilitation Hospital, Salem NH, April 1995.

210. "Physician-Assisted Suicide," National Association of Elder Law Attorneys Annual Meeting, New York, NY, May 1995.

211. "The Value of Life," Bioethics Institute, University of Illinois at Urbana, Champaign-Urbana IL, May 1995.

212. "Ethical Uses of the New Genetics: Preventing Harm and Perfecting Human Nature," Rhode Island Philosophical Society Spring Meeting, Providence RI, May 1995.

213. "Ethics and Managed Care," Association of Academic Health Centers "Center Net" TV Broadcast, Washington DC, May 1995.

214. "Lessons of Project SUPPORT," Hastings Center Annual Fellows Meeting, Hastings Center, Briarcliff Manor, NY, June 1995.

215. "Issues for Health Care Rationing," Seventh Annual Bioethics Retreat, Winthrop, WA, June 1995.

216. "The Problems with Advance Directives," Roanoke Memorial Hospitals, Roanoke VA, September 1995.

217. "Three Unresolved Problems of Physician-Assisted Suicide," American Association for Bioethics Annual Meeting, Philadelphia PA, September 1995.

218. "Ethical Responsibilities of Academic Health Centers in the New Health Care Market," 1995 John P. McGovern Award Lectureship, Association of Academic Health Centers Annual Meeting, Aspen CO, September 1995.

219. "The Democracy Problem for Health Care Rationing," Hastings Center, Briarcliff Manor NY, September 1995.

220. "Medical Ethics and Managed Care," American Academy of Medical Administrators, Newport RI, October 1995.

221. "Implications of Genetics for Concepts of Disease," University of Chicago Pritzker School of Medicine, Chicago IL, November 1995.

222. "The Role of the Public in Public Policy on the Definition of Death," Conference on Defining Death in A Technological Age: The Interface Between Medical Science and Society, Case Western Reserve University, Cleveland OH, November 1995.

223. "Ethical Issues in Managed Care," Alliance of Hospital Ethics Committees of Dallas-Fort Worth, Dallas TX, November 1995.

224. "Public Policy on Enhancement Technologies," Hastings Center, Briarcliff Manor NY, December 1995.

225. "Our Duty to Relieve Suffering," Meeting on the Ethics and Goals of Research, Hastings Center, Briarcliff Manor NY, January 1996.

226. "Patients' and Surrogates' Demands for Futile Care--How Should Physicians Respond?" Hospital of St. Raphael, New Haven CT, January 1996.

227. "Some Ethical Assumptions and Problems in the Use of QALYs and DALYs for Health Care Resource Prioritization," Harvard Center for Risk Analysis, Harvard School of Public Health, Cambridge MA, March 1996.

228. "Southeastern New England Ethics Committee Network, Providence RI, April 1996.

229.  "Reproductive Freedom: What Should Public Policy Permit and What Should Health Insurance Fund?" Conference on The Ethics of Reproductive Medicine, University of California at Irvine, Irvine CA, April 1996.

230.  "Physician-Assisted Suicide, Why It Should be Legalized," Fifth Lyon Daughters Memorial Lecture in Bioethics, Rochester Medical Society, Rochester NY, April 1996.

231.  "Social and Public Responsibility of Private, For-Profit and Not-For-Profit Health Care Providers," Conference on Medicare, Medicaid, and Managed Care, American Society of Law, Medicine and Ethics, College Park MD, April 1996.

232.  "Physician-Assisted Suicide," Rhode Island Medical Society, Providence RI, May 1996.

233.  "Life and Death Decisions: The Ethical Consensus," Panel on Life and Death Decisions, Alzheimer's Association, Providence RI, May 1996.

234.  "Enhancements of Human Function: Some Distinctions for Policy Makers," Hastings Center, Briarcliff Manor NY, May 1996.

235.  "The Genetics of Behavior and Concepts of Free Will and Determinism," Conference on Genetic Testing and Screening for Mental Health Disorders," Snowbird Utah, June 1996.

236.  "Building Ethics into a Managed Care Organization," Harvard/Pilgrim Ethics Advisory Group, Lexington MA, June 1996.

237.  "Genetic Enhancement," Eighth Annual Bioethics Summer Retreat, Copper Mountain CO, June 1996.

238.  "Reproductive Freedom and Virtue," RI Humanities Council, Tiverton RI, September 1996.

239.  "Ethical Business Practice in the Managed Care Environment," Conference on Creating a Client-Centered Approach to Case Management, Northeast Rehabilitation Hospital, Andover MA, October 1996.

240.  "Physician-Assisted Suicide," Newport Hospital, Newport RI, October 1996.

241.  "Comments on, 'Assessments of Individual Well-Being. A Bottom-up Approach,'" Conference on Enjoyment and Suffering, Princeton University, Princeton NJ, November 1996.

242.  "Enhancement of Human Function: Some Distinctions for Policy Makers," Program in Genomics, Ethics and Society, Stanford University, Palo Alto CA, November 1996.

243.  "Health Insurance Funding for New Reproductive Technologies," American Association of Bioethics Annual Meeting, San Francisco CA, November 1996.

244.  "Obligations to Prevent Genetically Transmitted Harms,"  and "Ethical Issues in the Use of Cost-Effectiveness in Health Care Resource Prioritization," Third World Congress of the International Association of Bioethics, San Francisco CA, November 1996.

245.  "The Case for Physician-Assisted Suicide," Joint Meeting of RI Bar Association and RI Medical Society, Providence RI, November 1996.

247.  "The Case for Physician-Assisted Suicide," Ninth Annual Conference on Contemporary Issues in Health Care, Boston MA, December 1996.

248.  "Ethics and Age-Dependent Rationing In Health Care," Conference on Age-Dependent Rationing in Health Care, Stuttgart Germany, December 1996.

249.  "Physician Assisted Suicide," Yale University School of Medicine, Department of Medicine Grand Rounds, New Haven, CT, January 1997

250.  "The Human Genome Project and Human Identity," Conference on Genetic Knowledge and Human Self-Understanding. University of Hamburg, Hamburg, Germany, March 1997.

251.  "Considerations of Equity in Relation to Prioritization and Allocation of Health Care Resources, "CIOMS International Conference on Ethics, Equity and WHO's Renewal of Health-For-All Strategy. World Health Organization, Geneva Switzerland, March 1997.

252.  "Physician Assisted Suicide: The Ethical Issues," Forum on Physician Assisted Suicide: Examining the Legal, Medical and Public Policy Issues, Estate Planning Council of Eastern New York, Albany, NY, March 1997.

253.  "The Case for Physician Assisted Suicide," Symposium on Princeton and the Healing Arts: From Lab to Leadership, Princeton University, Princeton, NJ, 1997.

254.  "Making Choices: The Right to Die," Marist College, Poughkeepsie, NY, April 1997.

255.  "Physician Assisted Suicide," New York University, New York, NY, April 1997.

256.  "The Case for Physician Assisted Suicide," Center for Philosophy and Public Policy, University of Maryland, College Park, MD,  April 1997.

257.  "Reproductive Freedom and the Obligation to Prevent Genetically Transmitted Harms," Conference on Eugenic Thought and Practice: A Reappraisal Toward the End of the Twentieth Century, Jerusalem, Israel, May 1997.

258.  "The Case for Physician Assisted Suicide," Dartmouth College Hanover, NH, May 1997.

259.  "Physician Assisted Suicide," Long Island Jewish Medical Center, Department of Medicine Grand Rounds, New Hyde Park, NY June 1997.

260.  "Physician Assisted Suicide," Conference on Human Dimensions in Cancer Care: Issues at the end of Life, M.D. Anderson Cancer Center, Houston, TX, June 1997.

261.  "Ethical Issues in the Use of Cost-Effectiveness Analysis for Health Care Resource Prioritization," 9th Annual Bioethics Summer Retreat, Hilton Head Island, SC, June 1997.

262.  "Comments on Health Care Projects," Harkness Fellows Meeting, New York, NY, June 1997.

263.  "The Case for Physician Assisted Suicide," Society of Critical Care Medicine, Controversies in Critical Care, Boston, MA, September 1997.

264.  Panelist, "The Development of a 'Treatment/Enhancement Distinction as part of the Guidance Document," National Institutes of Health, First Gene Therapy Policy Conference, Bethesda, MD, September 1997.

265.  "Comments on Ethical Foundations of Health Equity," Harvard Center for Population and Development Studies, Harvard University, Cambridge, MA, September 1997.

266.  "Ethics in Contemporary Health Care," Landmark Hospital, Woonsocket, RI, October 1997.

267.  "The Ethics of Physician Assisted Suicide," Conference on Fear of the Conversation: End of Life Issues, Kent County Hospital, Warwick, RI, October 1997.

268.  "Principles for Evaluating Measures, Preferences, and Perspectives: The Role of Ethics," Workshop on Summary Measures of Population Health Status, Institute of Medicine, Washington, DC, December 1997.

269. "The Supreme Court Decision on Physician Assisted Suicide, American Philosophical Association, Eastern Division Annual Meeting, Philadelphia, PA, December 1997.

270. "What is the Moral Authority of Parents to Make Decisions for Their Children Regarding Research Participation?" Workshop on Assent and Dissent on Research Involving Children, Dalhousie University, Halifax, Nova Scotia, March 1998.

271. "Deciding for Children," Grand Rounds, Symposium on The Child's Involvement in Healthy Care Decisions, IWK Grace Health Center, Halifax, Nova Scotia, March 1998.

272. "The Rule of Double Effect: A Critique of its Role in End of life Decision Making," Grand Rounds, Department of Medicine, Emerson Hospital, Concord, MA, March 1998.

273. "The Problem of Abuse in Physician Assisted Suicide," Regional Conference of the Society for Health and Human Values, Greenville, NC, March 1998.

274.  "Human Cloning: The Ethical Issues," Applied Ethics Lecture Series, Western Michigan University, Kalamazoo, MI, April 1998.

275. "Nursing and Assisted Suicide," Regional Conference of the American Association of Critical Care Nurses, Boston, MA, April 1998.

276. "Ethical Issues in Managed Care," University of Connecticut, April 1998.

277. "What is Quality of Life and Can it be Measured?" Plenary Lecture, Symposium on Measuring Quality of Life in Epilepsy Patients, Third European Congress of Epileptology, Warsaw, Poland, May 1998.

278. "Ethical Issues in the Use of Cost Effectiveness Analysis for the Prioritization and Allocation of Health Care Resources." Center for Applied Ethics, University of Gothenberg, Gothenberg, Sweden, May 1998.

279. "Ethical Issues in the Use of Cost Effectiveness Analysis in Health Care" Symposium on Foundational Issues of Equity in Health Care Resource Allocation, Center for Population and Development Studies, Harvard University, May 1998.

280. "Access to Genetic Services – Some of the main Policy Issues," Conference on Genome Horizons – Public Deliberations and Policy Pathways, Washington, DC, May 1998.

281. "Ethical Challenges of the New Genetics" American Board of Internal Medicine Summer Conference, Sun Valley, Idaho, August 1998.

282. "Ethical Reasoning," Faculty Humanities Seminar on Ethical issues and New Developments in Science, Technology, and Medicine, Brandeis University, September 1998.

283. "Socioeconomic Inequalities and Health: Some Moral Implications," and "QALYs and Discrimination Against the Disabled," Annual Meeting of the Association for Politics and the Life Sciences, Boston, MA, September 1998.

284. "Ethical Practice in Managed Care," New England Otolaryngology Society, Boston, MA, September 1998.

285. Ethical Issues in Cost Effectiveness Analysis for Resource Allocation," Second international Conference on Priorities in Health Care, London, England, October 1998.

286. "Physician Assisted Suicide," Division on Aging, Harvard Medical School, Boston, MA, October 1998.

287. "Quantitative Models for Prioritization of Health Interventions and Discrimination Against the Disabled" and "A Critique of Some Common Objections to Physician Assisted Suicide and Euthanasia," Fourth World Congress of Bioethics of the International Association of Bioethics, Tokyo, Japan, November 1998.

288. "Some Ethical Considerations in the Use of Cost Effectiveness Analysis for the Prioritization of Health Care Resources" and "Using Genetics and Psycho-pharmacology to Create Better People: Moral and Policy Issues," University of Virginia, Charlottesville, VA, November 1998.

289. "Physician Assisted Suicide," Department of Psychiatry Grand Rounds, Medical College of Virginia, Richmond, VA, November 1998.

290. "Teaching Applied Ethics" and "Ethical Obligations to Prevent Genetically Transmitted Harms," Virginia Commonwealth University, Richmond, VA, November 1998.

291. "Health Care Resource Prioritization and Discrimination Against the Disabled" and "Company Secrets, Patient's Health, and Bioethicists' Responsibilities: When Corporate Sponsors Hide Information," First Annual Meeting of the American Association of Bioethics and Humanities, Houston, TX, November 1998.

292. "Equity and Cost-Effectiveness in Health Care Resource Prioritization," Second Workshop on the Foundations of Health Equity, Center for Population and Development Studies, Harvard University, Cambridge, MA, November 1998.

293. "Ethical Issues in the Use of Cost-Effectiveness Analysis for Prioritization of Health Care," Center for Clinical Ethics, National Institutes of Health, Bethesda, MD, December 1998.

294. "Palliation and Euthanasia in the ICU: Which Distinctions Matter?" Clinical Center Grand Rounds, National Institutes of Health, Bethesda, MD, December 1998.

295. "Ethical Issues in the Use of Cost-Effectiveness Analysis for the Prioritization of Health Care Resources," and "Reproductive Freedom and the Prevention of Genetically Transmitted Harm," Center for Bioethics, Johns Hopkins University Schools of Medicine and Public Health, Baltimore, MD, December 1998.

296. "Comments on The Traditional View of Euthanasia and the Doctrine of Extraordinary Means," American Philosophical Association Eastern Division Meeting, December 1998.

297. "Autonomy in Health Care," Law and Philosophy Seminar, University of Chicago Law School, Chicago, IL, January 1999.

298. "Prioritizing Health Care Resources Fairly – Deciding What Services Should Be Covered," Symposium on Trust in the Balance, Harvard Pilgrim Health Care, Providence, RI, February 1999.

299. "Ethics of Cloning", at a conference on Ethics of Genetics and Cloning in the New Millennium, Princeton University, Princeton, NJ, February 1999.
.
300. "Is Physician-assisted Suicide Morally Wrong Because it is the Intentional Taking of Innocent Human Life?" American Philosophical Association Pacific Division Meeting, Berkeley, CA, March1999.

301. "Is Physician Assisted Suicide Morally Justified?" Providence College, Providence, RI, April 1999.

302 "Comments on 'Is the Lessening of Evil the Only Goal of Morality? A Role for Eudaimonia in Gert's Moral System", Dartmouth College, Hanover, NH, May 1999.

303. "Physician-Assisted Suicide" and "Ethics of Health Care Rationing" Walter Powell Memorial Lecture, Lynfield College, McMinnville, OR, May 1999.

304. "Teaching Allocation and Rationing issues to Medical Students and Residents," Eleventh  Annual Bioethics Summer Retreat, Hot Springs, VA, June 1999.

305. "Beauchamp on Physician Assisted Suicide", Kennedy Institute of Ethics, Georgetown University, Washington, DC, September 1999.

306. "Broadening the Bioethics Agenda", Kennedy Institute of Ethics, Georgetown University, September 1999.

307. "Theories of Justice on End of Life and Palliative Care", Meeting on Hospice Values and End of Life Care, Hastings Center, Garrison, NY, September 1999.

308. "Summing Up the Issues", Conference on Ethical Issues in the Use of Human Growth Hormone, University of Wisconsin Children's Hospital, Madison, WI, October 1999.

309. "Health Resource Allocation for Vulnerable Populations". Bethesda, MD, October 1999.

310. "Broadening the Bioethics Agenda", Keynote Lecture, American Society for Bioethics and Humanities Annual Meeting, Philadelphia, PA, October 1999.

311. "International Inequalities in Health and Health Care", American Society for Bioethics and Humanities Annual Meeting, Philadelphia, PA, October 1999.

312. "Ethical Obligations to Prevent Genetically Transmitted Harms" Mexican Academy of Sciences Conference on Ethics, Liberty and Responsibility, Mexico City, Mexico, November 1999.

313. "Patients and Families Demands for Futile Care: How Should Physicians Respond?" National Institute of Nutrition and the Institute of philosophical investigation of the National Autonomous University of Mexico, Mexico City, Mexico, November 1999.

314. "Genetics and Pharmacological Enhancement of Human Function: Ethical and Policy Issues", Faculty of Medicine, National Autonomous University of Mexico, Mexico City, Mexico, November 1999

315.  "Life and Death Decisions: An Ethical Framework" United Nurses and Allied Professionals, Providence RI, November 1999.

316.  "Fairness in Health Care Resource Allocation" and "Comments on Murray" Global Programme on Evidence for Health Policy, World Health Organization, Marrakech, Morocco, December 1999.

317. "Ethical Issues in Health Resource Prioritization", Harvard Medical School Division of Medical Ethics, Cambridge, MA, December 1999.

318. "Genetically Transmitted Harms" Conference on From Chance to Choice: Genetics and Justice, University of San Diego Law School, San Diego, CA, January 2000.

319. "Children's Rights to Health Care," Conference on Children's Access to Health Care in the Context of Oral Health, National Institutes of Health, Bethesda, MD, January 2000.

320. "Physician Assisted Suicide," Amherst College, Amherst, MA, February 2000.

321. "The Case for Physician Assisted Suicide" debate on Physician Assisted Suicide, University of Tennessee, Knoxville, TN, February 2000.

322. "Ethical Obligations to Prevent Genetically Transmitted Harms," New York University School of Medicine, New York, NY, February 2000.

323. "Resource Prioritization in Managed Care" MD/MBA Program, Tufts University Medical School, Boston, MA, February 2000..

324. "Separate Spheres and Indirect Benefits," Workshop on Fairness and Goodness in Health Care Resource Allocation, World Health Organization, Trivandrum, India, March 2000.

325. Comments on "Human Cloning: Why Should We Worry? Why Should We Care?", American Philosophical Association, Pacific Division Meetings, Albuquerque, NM, April 2000.

326. "The Case for Physician Assisted Suicide," Crossley Lecture, University of New England/Maine Bioethics Network, Portland Me, April, 2000.

327. "An Ethical Framework for Critical Care Decision Making," Wm. A. Altemeier, M.D. Lectureship, Surgical Infection Society, Providence, RI, April 2000.

328. "The Genetics of Behavior and the Concepts of Free Will and Determinism," Project on Behavioral Genetics, The Hastings Center, May 2000.

329. "Just Distribution of Health Care: Substantive and Procedural Issues," Conference on Bioethics, University of Massachusetts, May 2000.

330. "Separate Spheres and Indirect Benefits," International Society for Equity and Health Inaugural Conference, Havana, Cuba, June 2000.

331. "Discrimination Against the Elderly Within a Consequentialist Approach to Health Care Resource Allocation, 25[th] Anniversary Conference, International Academy of Law and Mental Health, Siena, Italy, July 2000.

332. "Prioritization of Health Care Resources: The Problem of Separate Spheres and Indirect Benefits." Plenary Lecture,5[th] World Congress of Bioethics of the International Association of Bioethics, London, September 2000.

333. "The Conflict Between Equity and Choice." King's Fund, London, September 2000.

334. "Ethical Obligations to Prevent Genetically Transmitted Harms", Conference on Ethical Issues Arising from New Technologies in Human Reproduction, Corpus Christi College, Oxford University, September 2000.

335. "Ethical Obligations to Prevent Genetically Transmitted Harms", DI Tella Law School, Buenos Aires, Argentina, October 2000.

336. "Ethical Obligations to Prevent Genetically Transmitted Harms", Argentine Society of Philosophical Analysis in Buenos Aries, Argentina, October 2000.

337. "Ethical Issues in Genetic Enhancement of Human Beings" and "Health Care Reform in the United States: some Ethical Issues" Research Seminar on Bioethics, Buenos Aires, Argentina, October 2000.

338. "Ethical Issues in the Use of Cost Effectiveness Analysis for the Prioritization of Health Care Resources," FLACSO, Buenos Aires, Argentina, October 2000.

339. "Surrogate Decision Making: Some Remaining Issues" and "Preventing Genetic Harms," American Society for Bioethics and Humanities 2000 Annual Meeting, Salt Lake City UT, October 2000.

340. "Ethical Debates About End of Life Care: Where Do We Stand Now?" End of Life Conference, RI Office of Attorney General and RI Medical Society, Providence, RI, November 2000.

341. "The Use of Genetic Information to Enhance Human Traits," Lahey Clinic, Burlington MA, January 2001.

342. "Perfecting Human Beings with the New Genetics: The Ethical Concerns," Charles River Medical Society. Winter Meeting, Newton MA, January 2001.

343. "Moral Obligations to Prevent Genetically Transmitted Harms," Ethics Grand Rounds, University of Texas Southwestern Medical Center, Dallas TX, February 2001.

344. "Response to Critics," Symposium on my book, Chance to Choice, American Philosophical Association Pacific Division Meeting, San Francisco CA, March 2001.

345. "Ethical Issues in Cost-Effectiveness Analysis for Health Care Resource Prioritization," DeCamp Lecture Series, Princeton University, Princeton NJ, March 2001.

346. "Seminar on my book, Chance to Choice," and "Genetic Enhancement of Human Beings," Phoebe Berman Ethics Institute, Johns Hopkins University School of Public Health, Baltimore MD, April 2001.

347."Genetic Interventions to Prevent Harm and Improve Human Nature," John Hanley Lecture Series on Ethics and Morality, Pingry School, Somerset NJ, April 2001.

348. "Reproductive Freedom and the Prevention of Genetically Transmitted Harms," Keynote Address, Conference on Brave New World: Intersection of Bioethics, Law, Spirituality and Reproduction, Michigan Ethics Resource Network, Ann Arbor , May 2001.

349. "Ethical Issues in Cost-Effectiveness Analysis: 'Priority to the Worst-Off'," World Health Organization, Geneva, Switzerland, June 2001.

350. "Just Health Care," Justice in Clinical Research and Health Care Delivery Seminar, National Institutes of Health, Bethesda MD, September 2001.

351. "Using Genetics to Make Better People," George Washington University, Washington, DC, October 2001.

352. "Problems of Personal Identity in Reproductive Decision Making," American Society for Bioethics and Humanities Annual Meeting, Nashville TN, October 2001.

353. "Preventing the Creation of Persons With Disabilities/Respecting Persons Who Have Disabilities," Dept of Clinical Bioethics, National Institutes of Health, October 2001.

354. "Behavior Genetics and Equality,"   Project on Behavior Genetics, The Hastings Center/AAAS, Washington DC, November 2001.

355. "Genetic Interventions to Prevent Harm and Enhance Normal Function: Some Ethical and Policy Issues," LaPaglia Ethics Lecture, Carnegie Mellon University, Pittsburgh PA, November 2001.

356. "Allocation of Financial Resources: Ethical Patient Care with Insurance Company Requirements and Increasing Involvement in Decisions," Depts. of Nursing and Social Work Grand Rounds, University of Rochester Medical School, Rochester NY, November 2001.

357. "Patients' or Surrogates' Demands for Futile Care—How Should Physicians Respond?" University of Rochester Medical School, Rochester NY, November 2001.

358. "Problems in Surrogate Decision Making," Dept. of Medicine Grand Rounds, University of Rochester Medical School, Rochester NY, November 2001.

359. "Comments on a Case of Retrospective Incapacity," Dept. of Psychiatry Grand Rounds, University of Rochester Medical School, Rochester NY, November 2001.

360. "Surrogate Decision Making," Dept of Geriatrics Grand Rounds, Monroe Community Hospital, Rochester NY, November 2001.

361. "The Ethics of Using Genetics to Make Better People," University of Rochester, Rochester NY, November 2001.

362. "Using Genetics to Make Better People: Preventing Disease and Enhancing Normal Function," Johns Hopkins University, Baltimore MD, December 2001.

363. "Does Bioethics Represent a Challenge to Ethical Theory?" American Philosophical Association Eastern Division Meetings, Atlanta GA, December 2001.

364. "Terminal Sedation," Conference on Terminal Sedation—Euthanasia in Disguise? Gothenburg University, Gothenburg Sweden, January 2002.

365. "Preventing the Existence of Persons with Disabilities/Respecting Persons with Disabilities" University of Stockholm, Stockholm Sweden, January 2002.

366. "Use of Cost-Effectiveness and Ethical Issues," Consultation on Generalized Cost-Effectiveness Analysis, World Health Organization, Geneva Switzerland, January 2002.

367. "Behavioral Genetics and Equality," American Association for the Advancement of Science Annual Meeting, Boston MA, February 2002.

368. "Using Genetics to Make Better People: Preventing Disease and Enhancing Normal Function," University of Oklahoma, Norman OK, February 2002.

369. "Using Genetics to Make Better People: Preventing Disease and Enhancing Normal Function," Washington and Lee University, Lexington VA, February 2002.

370. "Ethics of Subject Recruitment" and "Placebo Controlled Trials," NIH Workshop on Research Ethics, Entebbe Uganda, March 2002.

371. "Genetic Testing and Selection: A Response to the Disability Movement Critique," Georgetown University, Washington DC, March 2002.

372. "Genetic Testing and Selection: A Response to the Disability Movement Critique," Plenary Address, 30th Annual Conference on Value Inquiry, Milwaukee WI, April 2002.

373. "Genetic Testing and Selection: A Response to the Disability Movement Critique," Chauncey Leake Lecture, University of Wisconsin at Madison, Madison WI, April 2002.

374. "Some Relations Between Bioethics and Ethical Theory" and "Genetic Testing and Selection: A Response to the Disability Movement Critique," Spencer-Leavitt Professor Lectures, Union College, Schenectady NY, April 2002.

375. "Ethical Issues in Health Care Resource Prioritization," University of Tennessee, Knoxville, TE, April 2002.

376. "A Response to the Disability Movement's Critique of Genetic Testing and Selection," Conference on Engineering Food and Engineering People, California State University, Pomona CA, April 2002.

377. "Priority Setting in Health Care: Philosophical Underpinnings," Institute of Medicine Workshop on Identifying Areas for Quality Improvement, Washington DC, May 2002.

378. "Priority to the Worse Off in Health Care Resource Allocation," International Society for Equity in Health Biannual Meeting, Toronto Canada, June 2002.

379. "Behavioral Genetics and Equality of Opportunity," AAAS/Hastings Center Project on Behavior Genetics, Washington DC, June 2002.

380. "Precommitment in Bioethics: Some Theoretical Issues," Conference on Precommitment Theory in Bioethics and Constitutional Law, University of Texas Law School, Austin TX, September 2002.

381. "Genetic Interventions to Prevent Harm and Enhance Normal Function: Some Ethical and Policy Issues," First Virtual Conference on Genomics and Bioinformatics," Washington DC, September 2002.

382. "Genomic Research and Public Policy," Fourth Global Forum in Genomic Research, Brasilia, Brazil, October 2002.

383. "WHO Report on Genomics and World Health," Sixth 'World Congress of the International Association of Bioethics, Brasilia Brazil, November 2002.

384. "A Response to the Disability Movement's Critique of Genetic Testing and Selection," University of Rhode Island, Kingston RI, November 2002.

385. "Genetics and Responsibility," Conference of the International Society for the Reform of the Criminal Law, Charleston SC, November 2002.

386. "Priority to the Worse-Off in Health Care Resource Prioritization" and "Genetic Testing and Selection: A Response to the Disability Movement's critique," University of Virginia, Charlottesville VA, November 2002.

387. "Ethical Issues in Cost-Effectiveness Analysis," Economics Workshop of Disease Control Priorities Project, Fogarty International Center, National Institutes of Health, Bethesda, MD, November 2002.

388. "The Misplaced Role of Urgency in Allocation of Persistently Scarce Life-Saving Organs," International Congress on Ethics in Organ Transplantation, Munich Germany, December 2002.

389. "Equity Issues in the Use of Cost-Effectiveness for Policy Analysis," Conference on Valuing Health Outcomes, Resources for the Future, Washington DC, February 2003.

390. "Genomics and the Developing World: Ethical and Policy Issues," Conference on Genomics and Africa, Stellenbosch, South Africa, March 2003.

391. "Health Care Resource Prioritization: The Relevance of Non Health Effects," Harvard University Medical School, Boston Mass, April 2003.

392. "Social Compatibility of Reproductive Cloning," Conference on Cloning in Reproduction and Research, Berlin Germany, May 2003.

393. "Drugs for Performance Enhancement in Sports," The Hastings Center, Garrison NY, May 2003

394. "Enhancements of Human Function," NIH/ Georgetown/ Hopkins Joint Seminar, Baltimore MD, May 2003.

395. "International Equity in Health," Kennedy Institute of Ethics Intensive Bioethics Course, Georgetown University, Washington, DC, June 2003.

396. "Health Care Resource Prioritization: Should Only Health or Also Economic Benefits Count," Johns Hopkins University School of Public Health, Baltimore MD, July 2003.

397. "Preventing Genetically Transmitted Disabilities While Respecting Persons with Disabilities," GAP 5 Conference, Bielefeld, Germany, September 2003.

398. "Ethical Issues in Genomics Research," Conference on International Ethical Guidelines for Research Involving Human Subjects, New Developments, Santiago Chile, October 2003.

399. "Population Health Ethics," National Cancer Institute, Bethesda MD, November 2003.

400. "Population Health Ethics," Hastings Center Fellows Meeting, Montreal Canada, November 2003.

401. "Rethinking Confidentiality," Philosophy and Medicine Symposium, American Philosophical Association Eastern Division Meetings, Washington DC, December 2004.

402. "Comments on Harman," American Philosophical Association Eastern Division Meetings, Washington DC, December 2004.

403. "Ethical Issues in Reproductive Genetics," Greenwall Seminar, Johns Hopkins School of Public Health, Baltimore MD, January 2004.

404. "Human Reproductive Cloning: Ethical and Policy Issues," American Association for the Advancement of Science Annual Meeting, Seattle WA, February 2004

405. "Doctor, Would Stopping the Ventilator Be Killing My Child?" Dana-Farber Cancer Institute Ethics Rounds, Boston MA, February 2004.

406. "Enhancements of Human Function: Ethical and Policy Issues," Bioethics Interest Group, National Institutes of Health, Bethesda MD, February 2004.


Also many other lectures, grand rounds, and presentations each year at Brown University, Brown affiliated hospitals, and other health care institutions in Rhode Island, in addition to regular medical teaching.

## PRINCIPAL RESEARCH IN PROGRESS

Research on various ethical issues in the just allocation and prioritization of health care resources.

Paper on ICU rationing for Values, Ethics, Rationing and Critical Care Task Force.

Paper on Ethical Issues in Resource Allocation and New Product Development (with Daniel Wikler) for Disease Control Priorities Project

Guidebook on equity issues in health care resource prioritization for the World Health Organization (with Daniel Wikler).

Paper for a conference on disabilities, May 2004.

Research on various ethical issues raised by the potential for human genetic selection and enhancement.


## PRINCIPAL DEPARTMENT SERVICE--BROWN UNIVERSITY

Colloquium Director, 1970-71.
Placement Committee, 1971-72, 1973-74 through 1975-76.
Undergraduate Concentration Advisor, Ethics and Political Philosophy
        Concentration, 1971-72 through 1975-76; 1988-1991

September 2003                               Brock – CV
Page 36

Director of Graduate Studies, 1973-74 through 1975-76.
Executive Officer, 1976-1980; 1986-89
Chair, Curriculum Committee 1976-1986.
Committee on Teaching Evaluation, 1977-78.
Acting Department Chair, Spring 1978; Spring 1989.
Department Chair, 1980-86.

Also service on numerous search, evaluation, screening, graduate admission, promotion and other committees.

## PRINCIPAL UNIVERSITY SERVICE-- BROWN UNIVERSITY

Committee on Concentrations of the Educational Policy Committee. 1/71-6/72;
    Secretary, 1971-72.
Concentration Committee on Public Policymaking, 1971-72 through 1973-74.
Program in Biomedical Ethics, Chair 1974-75 through 1978-79; Member 2/72 -
Center for Law and Liberal Education, Executive Committee, 8/77-12/85.
Ad Hoc Committee on Corporate Responsibility in Investment Policies, 1978-79.
Associate Faculty Fellow 1977-78 - 1979-80.
Danforth Foundation Liaison Officer 1978-79.
Committee on Human Values in Medicine, Program in Medicine, 2/79-6/8l; 12/82 -89.
Committee on Nominations 2/79-1/81.
Wayland Collegium, Fellow, 1982- ; Executive Committee, 1986-1991.
Curriculum Review Committee 12/82-9/84.
Evaluation Committee, Center on Race and Ethnicity, 1988.
Institutional Review Board, 1984 – 2000; Acting Chair, Spring 1990; Chair 1995 – 2000 (Reviews all
   research at Brown involving human subjects for conformity to federal guidelines.)
Planning Committee, Center in Public Policy and American Institutions, 10/83-5/84.
Medical Council, 1986-1990.
Participant, Provost's Seminar on issues in higher education, Spring 1990.
Ad-hoc Grievance Committee,  appointed by Dean of Research, 1992.
Search Committee for Chair, Department of Surgery, Brown University and Rhode Island Hospital, 1992.
Concentration Advisor, Biomedical Ethics, 1993 -
Committee on Medical Faculty Appointments, 1993-94.
Biomedical Faculty Council, 1993 -.
Special Studies Advisory Committee, 1995 -
Problem Resolution Committee, 1995 – 1999
University Research Council, 1995 -
Freshman Advisor, several years.
Faculty Fellow, Royce Fellows Program, 1996 – 1998
Literature in Medicine Conference Planning Committee, 1997
LCME Accreditation Planning Committee, 1997
Ability Eight Assessment Committee, Medical School, 1998 -
Advisory Committee on University Planning 2000 – 2001.

Lectures:
    Brown Alumni Seminars (several times); Brown Commencement Forum; Chaplain's Colloquium;
    Chaplain's Dinner; Freshman Week Colloquium (several times); Issues forums; Bio-medical
    Ethics Panel Discussions; Bio-medical Ethics Conference Commentator (several times); Dean's
    Convocation Lecture; Brown Political Philosophy Group; Brown Learning Community; Law and
    Society Program; Human Values in Medicine Study Group; Provost's Colloquium; Points of
    Compass.

## PRINCIPAL PROFESSIONAL SERVICE

## a. EDITORIAL WORK

Board of Editors--Professional Journals:

   Philosophy and Phenomenological Research, 1982 -
   International Journal of Applied Philosophy, 1982 -
   Journal of Medicine and Philosophy (Editorial Advisory Board), 1984 -
   Public Affairs Quarterly, 1986-1989
   Kennedy Institute Journal of Ethics, 1990-
   Ethics, 1993-
   Journal of Health Politics, Policy, and Law, 1993 – 2000.
   Medical Humanities Review, 1997 –
   Health Care Analysis, 1999-
   American Journal of Bioethics, 2000 –
   Developing World Bioethics, 2000 –
   Population Health Metrics, 2002 --
   Cost-Effectiveness and Resource Allocation, 2002 –
   Organizational Ethics: Healthcare, Business, and Policy, 2004-
Other Editorial Positions:
   Consulting Editor, Encyclopedia of Philosophy: Supplement, 1993 - 1996.
   Series in Clinical Medical Ethics, D. Reidel Publishing, 1985-
   Encyclopedia of Bioethics, 2nd Ed. (Editorial Advisory Board) 1993-1998.
   Series in Philosophy and Public Policy, Cambridge University Press, 1987-
   Editor, Health Care Ethics section, Yearbook in Health Care Management (published
   annually) 1989-1993
   Editor, Section on Applied Ethics, Stanford Encyclopedia of Philosophy (online) 2000-

**Referee of manuscripts and grant proposals:**
   Ethics (many times)
   Public Affairs Quarterly (many times)
   Social Theory and Practice (several times)
   Applied Philosophy (several times)
   Policy Studies Quarterly
   Nous (several times)
   Journal of Ethics (twice)
   Philosophy and Phenomenological Research (several times)
   Philosophical Papers
   Milbank Memorial Quarterly: Health and Society (several times)
   New England Journal of Medicine (many times)
   Journal of the American Medical Association (many times)
   Annals of Internal Medicine (many times)
   Journal of Medicine and Philosophy (many times)
   Journal of Health Politics, Policy, and Law (several times)
   Hastings Center Report (many times)
   Law, Medicine and Health Care
   Medical Humanities Review
   Bioethics (many times)
   Kennedy Institute Journal of Ethics  (many times)
   Gerontologist (several times)
   Journal of Clinical Ethics (several times)
   Health Affairs
   Women and Health
   Omega
   Archives of Internal Medicine
   Journal of Business Ethics
   Encyclopedia of Bioethics, 2nd Edition
   Encyclopedia of Applied Ethics
   Journal of Law, Medicine, and Ethics (several times)
   Jurimetrics
   Archives of General Psychiatry
   Pharmacoeconomics and Outcomes Research
   Social Sciences Research Council of Canada

        International Journal for Equity in Health
        Harvard University Press (several times)
        Oxford University Press (many times)
        Cambridge University Press (many times)
        Columbia University Press
        Yale University Press
        University of Massachusetts Press
        University of Pittsburgh Press
        Duke University Press
.      Prentice-Hall (several times)
        St. Martins Press
        D. Reidel Publishing
        Mayfield Publishing
        Johns Hopkins University Press
        Temple University Press
        Blackwells
        John Wiley and Sons
        National Endowment for the Humanities - Program Division; Education Division;
          Research Division (many times)
        National Institutes of Health
        National Cancer Institute
        Robert Wood Johnson Foundation
        Office of Technology Assessment, U.S. Congress
        Social Sciences and Humanities Research Council of Canada
        North Atlantic Treaty Organization
        American College of Physicians

**b. COMMITTEE MEMBERSHIPS - NATIONAL AND INTERNATIONAL**

Member, Philosophy Advisory Committee on Access to Health Care (1979-82) and Consultant (1982), President's Commission for the Study of Ethical Problems in Medicine and Biomedical and Behavioral Research.

American Philosophical Association, Committee on Philosophy and Medicine, July 1983-86; 1992-1995.

Member, Institute of Medicine, Committee on Evaluation of Poliomyelitis Vaccine, 1987-88.

Ethics Advisory Committee, American Academy of Forensic Sciences, 1987-1995.

Member, Delegation of six American philosophers in IREX exchange meeting with Soviet philosophers and physicians on issues of death and dying.  Moscow and Tbilisi, Soviet Union, September 1988.

Member, Bioethics Joint Study Section, National Institutes of Health and National Center for Human Genome Research, 1990.

Chair, Faculty Association, Society for Health and Human Values, 1992-93.

Consultant, National Human Subjects Protections Review Panel of National Institutes of Health AIDS Advisory Committee, 1992-1996.

Member, Consultant Working Group, National Advisory Board for Ethics in Reproduction, 1993-1997.

American Association of Bioethics:
        Member of Working Group to establish, 1990-1993.
        Executive Board Member, 1993-
        Co-Chair, Program Committee, First Annual Meeting, 1994.
        President, 1995-1996.

Past President, 1996-97.

Institute of Medicine, Committee to Study Priorities for Vaccine Development, 1995 –1999.

American Philosophical Association, Program Advisory Committee, 1995 - 1999

American Society for Bioethics and Humanities:
    Founding Board Member 1997 – 1998.
    Finance Committee, 1999 - 2000.
    Committee on Professional Rights 1999 -

Task Force on End of Life Care, American Society for Clinical Oncology, 1997 – 1999.

American Association of Bioethics Representative on the Negotiating Team to Consolidate the American Association of Bioethics, The Society for Health and Human Values, and the Society for Bioethics Consultations, 1996 - 97.

Task Force on Bioethics Consultation of the Society for Health and Human Values and the Society for Bioethics Consultation, 1996 – 1998.

Consultant on Genome Technology and Reproduction: Values in Public Policy Project, University of Michigan School of Public Health, 1996 – 1998.

American Medical Association Expert Advisory Board on Genetic Testing Website, 1998 -.

Invited participating Speaker, American Medical Association Education for Physicians on End--of-Life Care Project, 1998 –

Member, Research Project on Disability, Genetic Testing, and Quality-of-Life Assessment, Institute for Philosophy and Public Policy, University of Maryland, funded by the National Center for Human Genome Research of the National institutes of Health, 1999 -

Member, Planning Group for Project on Public Policy and Health, National Council of State Legislatures, 1999 -

Member, Fairness and Goodness Project of Global Programme for Evidence on Health Policy, World Health Organization, 1999 – 2000.

American Medical Association Expert Advisory Board on Genetic Testing Website, 1999 -

Member, Advisory Committee on Ethical, Legal and Social Issues in Human Genetics, World Health Organization, 2000 -

Member, Advisory Committee on Organ Transplantation, United States Department of Health and Human Services, 2001-2002


**c. COMMITTEE MEMBERSHIPS - RHODE ISLAND**

Member, Ad-hoc Sub-committee to review Rhode Island Mental Health Treatment Act, R.I. Governors Council on Mental Health, 1984-87.

Member, Ethics Committee, Rhode Island Hospital, 1985-87; 1990-

Member, Ethics Committee, Miriam Hospital, 1986-

Member, Miriam Hospital HIV Task Force, 1987 -1992.

Member, Hospital Association of Rhode Island AIDS Task Force, 1987-1989.

Consultant/Participant, Rhode Island Hospital AIDS Clinic, 1987-1990.

Member Informed Consent Review Committee, Multi-site research project on psychosurgery for Obsessive-Compulsive Disorder,  Butler Hospital, 1993-4.

Member, Committee to Evaluate HIV Infected Health Care Professionals, Rhode Island Department of Health, 1993 – 1998.

Organizer and Director of Southeastern New England Ethics Committee Network 1994 – 1998.

Member, Rhode Island Children's Access Program Advisory Committee, Rhode Island Department of Health, 1995 – 1998.

Member, HIV Advisory Committee, Rhode Island Department of Health, 1995 -

### d. OTHER PROFESSIONAL WORK

Promotion and Tenure Review:
>University of California-Riverside; University of North Carolina-Greensboro; Virginia Commonwealth University; University of Wisconsin-Madison; Hamilton College; University of South Carolina (twice); Dept. of Medicine, UCLA School of Medicine; George Washington University Medical Center; Institute of Policy Sciences and Public Affairs, Duke University; Southern Illinois University School of Medicine; University of Kentucky; University of Illinois at Chicago (twice); University of Kansas; Brandeis University; University of Toronto, Department of Psychiatry; University of Chicago School of Medicine (twice); Michigan State University; University of Utah; Georgetown University (three times); State University of New York at Buffalo; Harvard University Medical School; University of Indiana School of Public Service; MacAlester College; University of Iowa Medical School; Princeton University; Notre Dame University (twice); University of Rochester  Medical School; Johns Hopkins University, University of San Francisco, University of Pittsburgh School of Medicine; University of Illinois; Northeastern University.

External Reviewer:
>Philosophy Department, University of Tennessee at Knoxville;
>Center for Applied Ethics, University of Colorado at Boulder,
>Department of Philosophy, Michigan Sate University.

Consultant and a principal participant in projects funded by the Rhode Island Committee on the Humanities:
>"Nursing and the Humanities," 1977-1978.
>"Watershed," 1978- 1980.
>"Adult Protective Services," 1980.
>"Litigation," 1988-89.
>"Literature and Medicine," 1995 - 1997.

Member of Hastings Center Research Projects:
>The Regulation of Drugs: Medical and Health Models, funded by the National Science Foundation, 1980 - 1981.
>Development and publication of <u>Guidelines for the Termination of Treatment and Care of the Dying</u>, together with accompanying case book, 1985-87.
>Deinstitutionalization, 1987-88.
>Setting Health Care Priorities, 1989-91.
>Setting Priorities in Mental Health Care, 1991- 1996.
>Implementing the Patient Self-Determination Act, 1991-92.
>On the Prospect of Technologies Aimed at the Enhancement of Human Beings, 1995 – 1998.
>Hospice Values and End of life Care 1999 –
>Crafting Tools for Public Discussion About Behavioral Genetics, 1999 -

Faculty Member, NEH Summer Institutes:
>    "Moral Philosophy and Nursing Ethics," Medford, MA, June 1983.
>    "Human Action," Lincoln, NE, July 1984.

Symposium Chair:
>    American Philosophical Association, Eastern Division Meetings, Dec. 1987.
>    Society for Health and Human Values Annual Meeting, November 1989.
>    Institute of Medicine Conference on AIDS and Drug Regulation, 1990.
>    Second World Congress, International Association of Bioethics, 1994.
>    First Annual Meeting, American Association of Bioethics, 1994.
>    Third World Congress, International Association of Bioethics, 1996.

Member, Hastings Center convened group to evaluate Oregon rationing plan with Oregon health policy planners, 1991.

Invited Working Conference participant:
>    Ethics and Economics of Charity, Liberty Fund Symposium, San Diego. CA, March 1987.
>    Liberty and Responsibility in Health Care Systems, Liberty Fund Symposium, Houston Texas, December 1991.
>    Genes, Liberty, and Responsibility, Liberty Fund Symposium, Tucson AZ, December 2000.

Rhode Island Public Affairs forums, Co-Chair AIDS Section,1988.

Co-Discussion Leader, Group convened by RI Director of Health on justice and health care for the elderly, 1988.

Invited Policy Reviewer:
>    American Nursing Association Center for Bioethics, 1991.
>    American Bar Association, Committee on Legal Affairs and the Elderly, 1991.
>    American College of Physicians, Ethics Manual,1992.
>    Office of Technology Assessment, U.S. Congress, 1993.

Principal Panelist:
>    PBS Frontline/Health Quarterly on Physician-Assisted Suicide and Euthanasia, March 1993.
>    Debates/Debates, PBS show on Physician-Assisted Suicide, September 1996.
>    Channel 10 Rhode Island Program, "Talking Business", on health care reform, August 1993.
>    William Buckley's Firing Line, 1997.
>    "The Power of Ideas," PBS, 2002.

Member of Society for Health and Human Values/Society for Bioethics Consultation Task Force on Standards for Clinical Medical Ethics Consultation 1994 – 1998.

Member, New England Cancer Genetics Working Group, 1994 – 1998.

Member, Project Advisory Council, "Medical Ethics and Experiential Learning: Improving Future Physicians' Clinical Competency," 1995 – 1997.

Co-organizer and drafter of Amicus Curiae Brief to U.S. Supreme Court in support of decisions overturning state prohibitions of physician-assisted suicide, 1996.

Consultant: "Medical Ethics and Experiential Learning: Improving Future Physicians' Clinical Competency," funded by Charles Culpepper Foundation, 1995 - 1997.

Member, National Advisory Board:
>    "Genetic Technology and Reproduction: Values and Public Policy," funded by National Institutes of Health, University of Michigan School of Public Health, 1996 – 1998.

**"**Communities of Color and Genetics Policy Project," funded by National Institutes of Health, University of Michigan School of Public Health, 1999 –

Commissioned to write ethics section of report on Genomics and World Health, Advisory Committee on Health Research, World Health Organization, 2001-2002.

Member, Research Project on Criteria for Cell-Based Therapies, Johns Hopkins School of Public Health, 2002- 2003

Member, Values, Ethics and Rationing in Critical Care (VERICC) Research Project, 2002-

**CURRENT PROFESSIONAL MEMBERSHIPS**

American Philosophical Association
The Hastings Center
International Association of Bioethics
American Society for Bioethics and the Humanities
International Society for Equity in Health

**ACADEMIC HONORS, FELLOWSHIPS AND GRANTS**

Columbia University Fellowship: 1965-66.

New York State Regents College Teaching Fellowship: 1966-67, 1967-68.

Brown University Summer Fellowship: 1970, 1971, 1972.

Work in Program in Bio-Medical Ethics supported under grants from the Ittleson Family Foundation (1973-76) and the Commonwealth Fund (1976-79).

M.A. ad eundem, Brown University, 1978.

Brown University Incentive Grant to develop Foundations Course - Freedom and Human Behavior: Summer 1979.

Rhode Island Committee for the Humanities, Grant for Scholar in Residence in Biomedical Ethics appointment in Dept. of Medicine, Rhode Island Hospital, May 1985-Jan. 1986.

The Hastings Center
    Elected Fellow 1986
    Co-Chair of Council of Fellows, 1998 –
    Board of Directors, 1998 --

Study Section, Ethical, Legal and Social Issues Program, National Center for Human Genome Research, National Institutes of Health, 1990.

Fellow, Program in Ethics and the Professions, Harvard University, 1991-92.

Fellow, Division of Medical Ethics, Harvard Medical School, 1991-92.

President, Rhode Island Philosophical Society, 1991-92.

Chair, Faculty Association, Society for Health and Human Values, 1992-93.

Executive Board Member, American Association of Bioethics, 1993-97.

President, American Association for Bioethics 1995-96.

Co- Investigator, "The Human Genome Initiative and Limits of Ethical Theory," 8/1993-8/1995; Ethical, Legal, and Social Implications Branch; National Center for Human Genome Research, National Institutes of Health; $413,965.

Appointed University Professor, Brown University, 1994-

John P. McGovern Award from Association of Academic Health Centers for "distinguished contributions to the health sciences," 1995.

Appointed Charles C. Tillinghast, Jr. University Professor, Brown University, 1997 – 2002.

Founding Board Member, American Society for Bioethics and Humanities.

Eleventh James Wilbur Award for "Extraordinary Contributions to the Appreciation and Advancement of Human Values," Society for Value Inquiry, 2002.

 Finalist, World Technology Network Award for Ethics, 2002.

**PRINCIPAL TEACHING**

Undergraduate courses taught:
> Foundations of the Democratic State
> Problems of Philosophy
> Ethical Theory
> Political Ideologies
> Moral Problems
> Social Ethics
> Moral Theories (Spring and Fall 2000)
> Political Philosophy
> Public Policymaking
> Ethical Issues in the Field of Mental Health
> Freedom and Human Behavior (Interdisciplinary "Foundations" course)
> Justice, Resource Prioritization and Health Care Rationing

Graduate seminars taught:
> The Problem of Political Obligation
> Utilitarianism
> Philosophy of Social Science
> Political Philosophy
> John Rawls' A Theory of Justice
> Ethical Theory
> Normative Ethics
> Social Justice
> Absolutist Moral Theories
> Moral Rights
> Consequentialism
> Derek Parfit's Reasons and Persons
> Taking Life and Saving Life
> Philosophical Theories of the Good for Persons
> Can Morality Be Rationally Justified?
> Recent Work in Normative Ethical Theory

Medical teaching:
> Brown University Program in Medicine: 1986 - 2002
>> Principally Ethics Rounds in Medicine, Surgery, Pediatrics, Psychiatry, OB-GYN, Family Medicine, and Community Health Clerkships, as well as in Brown affiliated Residency Programs in Medicine, Family Medicine and Psychiatry, at several Brown-affiliated hospitals.

Principal Instructor, Medical Ethics Curriculum, Division of General Internal
    Medicine Residency Training Program 1984 -
Regular Lecturer in Medical Ethics, Division of Nephrology, Rhode Island
    Hospital, 1986-88
Selective on "Ethical Issues in Medicine," Tufts University School of Medicine,
    January 1984, 1985.
Continuing Medical Education Course, "Ethical Issues in Medicine," Brown
    University Program in Medicine, October 1984.
Seminars in research ethics for graduate students in Federal Training Grant Programs in
    several Brown departments 1992- 2001.