# EXHIBIT 12

Case 1:04-cv-10981-PBS   Document 1200-13   Filed 04/04/2008   Page 1 of 8

```
            SUPERIOR COURT OF NEW JERSEY
            ATLANTIC COUNTY/CIVIL DIVISION
----------------------------x
ELAINE M. DOHERTY and
DANIEL J. DOHERTY,       DOCKET NO. ATL-L-0638-05MT
     PLAINTIFFS,
  VS.
MERCK & CO.,INC.,
     DEFENDANT.
----------------------------x
```

    PLACE: ATLANTIC COUNTY CIVIL COURTHOUSE
       1201 BACHARACH BOULEVARD
       ATLANTIC CITY, NJ 08401

    DATE: JUNE 9, 2006

B E F O R E :

    THE HONORABLE CAROL E. HIGBEE, P.J.Cv.

TRANSCRIPT ORDERED BY:
   STEVEN KNOWLTON, ESQ. & DIANE SULLIVAN, ESQ.

A P P E A R A N C E S :

   GENE LOCKS, ESQUIRE
   JAMES J. PETTIT, ESQUIRE
   MICHAEL A. GALPERN, ESQUIRE
   STEVEN P. KNOWLTON, ESQUIRE
   LOCKS LAW FIRM
   ATTORNEYS FOR PLAINTIFF DOHERTY

   DIANE P. SULLIVAN, ESQUIRE
   RONNI E. FUCHS, ESQUIRE
   DAVID VENDERBUSH, ESQUIRE
   DECHERT, LLP
   JAMES FITZPATRICK, ESQUIRE
   HUGHES, HUBBARD & REED
   PAUL STRAIN, ESQUIRE
    VENABLE, LLP
   ATTORNEYS FOR THE DEFENDANT

     \*   \*   \*   \*   \*   \*

PROCEEDINGS

2      THE COURT: You can be seated.

3      Are you ready to go?

4      THE WITNESS: I guess.

5      MR. PETTIT: I have one issue.

6      The motion, which Your Honor has already

7   heard -- I think I wrote down motion in limine three,

8   on the plaintiffs' motion in limine three to strike

9   reference to the 2006 CFR, we had argument in the

10  conference room on the record, and we can again briefly

11  rehash it in about 60 seconds, if you want, and counsel

12  said that they're going to cross-examine Dr. Parisian

13  with the 2006 CFR, so I need to raise it.

14      THE COURT: On the 2006 what?

15      MR. PETTIT: The 2006 CFR, where they want to

16  have Your Honor take judicial notice of the preamble

17  but not the CFR part, the actual regulation itself.

18      MR. STRAIN: This is -- the motion related to

19  it going into evidence, so it is a little different

20  issue, using it in cross-examination. If it is germane

21  to the examination, to the direct examination of the

22  witness, it should come in on cross.

23      This is the Federal Register, Your Honor,

24  which speaks about the very -- the FDA speaking about

25  the very subject of FDA structure and what the FDA

584

1  does, the FDA is the expert federal public agency

2  charged by Congress with ensuring, et cetera. It is

3  speaking to the exact subjects this witness was

4  speaking to on direct, so it is clearly fair for

5  cross-examination, Your Honor.

6       MR. PETTIT: Your Honor, I can make my

7  argument in 60 seconds.

8       It is not the law, and it will never be the

9  law, and I gave the Court citations for that, because

10  it is a preamble. It is not the actual regulation

11  itself.

12       Number two, it is not going to be effective

13  until June 30th, 2006. It is still not effective, so

14  it is after the withdrawal, it is after she stopped

15  using the drug, after she stopped being prescribed the

16  drug, and it is not effective yet. Technically,

17  something could happen between now and June 30th.

18       Number two, what is problematic for this,

19  whether it is cross-examination or it comes in as

20  substantive evidence, is that the FDA now for the first

21  time is saying that state court judges' interpretation

22   of the law conflicts with FDA's interpretation.

23       MR. STRAIN: We're not going to use that part,

24   Your Honor.

25       MR. PETTIT: I don't know what they're going

585

1   to use.

2       MR. STRAIN: I'll be happy to show you.

3       THE COURT: It doesn't matter, because I

4   already know how I'm ruling. I spent time on this.

5   You argued it before, and I have had a chance to review

6   the regulation, and I'll be writing a more

7   comprehensive decision on this so that there's more.

8       First of all, the preamble is not effective as

9   of now, correct, counsel?

10      MR. PETTIT: That's correct.

11      THE COURT: As of now, it is nothing.

12      MR. STRAIN: Well, Your Honor, that's with the

13  revised regulation, but the preamble, because it is

14  part of the Federal Register, is. The FDA said it is

15  in the Federal Register, which, of course, makes it

16  subject to.

17      THE COURT: It doesn't matter, because if it

18  was July 1st, my ruling would be the same, actually,

19  which is that it is not something that I'm going to

20   allow you to use.

21        The preamble, as I see it, is a political

22   statement by the FDA.  The primary purpose of it is to

23   criticize state courts and to set forth the FDA's

24   position that -- not to criticize state courts so much

25   as to set forth the FDA's position that they believe

586

1    there should be federal preemption of all tort actions.

2    That is basically what the preamble is saying.  What

3    the preamble is saying is the FDA should be the final

4    word.

5         It has nothing to do with science.  It has

6    nothing to do with what happened back in 2000, 2001,

7    2002, when these issues were being decided.  It is

8    contrary to the U.S. Supreme Court's decisions.  It is

9    contrary to all the law on preemption.  And I am not

10   going to allow you to use it.

11        MR. STRAIN:  Your Honor, may I make a proffer

12   for the record?

13        THE COURT:  No, you made your proffer.  No.

14   After I speak -- I told you in the beginning, you

15   speak, they speak.  You had a chance to argue this

16   motion, you may make your proffer on your appeal.

17        MR. STRAIN:  I understand, Your Honor.  Thank

```
18   you.  I didn't wish to reargue, but I understand the
19   Court's ruling.  Thank you.
20           THE COURT:  Okay.  If you don't want to
21   reargue, there's nothing else to put on the record.
22           You can bring the jury in.
23           This goes for both sides.  After I make a
24   ruling, I have made the ruling.
25           MR. PETTIT:  Yes, Your Honor.
```

587
Parisian - Cross

1       MR. GALPERN: Yes.

2       THE COURT: We don't need any records

3   afterward. The record should go before I rule.

4       I can add one other thing. In addition to

5   being contrary of the law of the land, it is also

6   contrary to Constitution of the United States.