patients who could reasonably be called unexplained. If all five are considered, the overall rate of SUDE for the exposed patients in the combined studies would amount to 5 per 1971 patient years , or 2.5 SUDE /1000 pt years.   In the absence of controls one cannot determine for this population specifically what that risk should accurately be and therefore it must be noted that the risk is slightly higher than the background rate reported among epileptics in some studies.

Other deaths associated with seizures were infrequent and not unexpected from the population studied. These included deaths due to drowning, aspiration during  seizure activity, and death resulting from a traumatic subarachnoid hemorrhage occurring during a fall in an ataxic patient whose seizures were not adequately controlled.   There was one reported death associated with complications of *status epilepticus* .

There were six deaths associated with cancer in the population treated with gabapentin. Four of these were treatment emergent, the fifth represented a stable (5 years) lesion that showed rapid growth during the first 113 days on drug.   The sixth death was reported in a patient who had a recurrence of a brain tumor that had been resected 6 years earlier, and was stable on entry into 945-5.   Four of patients with tumors died after medication had been discontinued. The remainder died on treatment.  The average time from onset of treatment to diagnosis  of the patients who died of tumors was 489 days with a range of                days. Tumors represented a range of tissue types from lymphoma to astrocytoma to lung cancer with no particular tissue type, therefore, emerging as prominent.  Further discussion of tumors emergent during treatment can be found in Section 8.8

There were three cardiac associated deaths.  One patient died as a complication of coronary artery bypass surgery.  A second had a history of active cardiovascular disease, with a recent infarction. The third death was associated with severe coronary artery disease  found at autopsy. The patient was only 37 years of age. The finding of severe coronary artery disease has not been reported with the other postmortem examinations of patients who have been on gabapentin therapy, however, only 10 postmortem examinations have been performed. There was an additional male patient reported as dying at the age of 30  of another cause who had evidence of mild atherosclerosis at postmortem examination

**Comment.** None of these deaths was considered by the investigators or by the sponsor to be related to Gabapentin. The deaths accounted for by SUDE ( sudden unexplained death in epilepsy) and accidental or seizure related deaths are not inconsistent with mortality rates for epileptic populations.   The deaths are diverse in etiology, without clear temporal relationship to Gabapentin therapy.   The  fact that six subjects died of complications of tumors after prolonged use of a drug shown to be carcinogenic in at least one species of animals should  support some degree of caution in labelling.  Tumors emergent, recurrent and expanding  during treatment will be discussed further in section 8.8.

Pfizer_LAlpha_0084438

Summary of Deaths Occurring in GABAPENTIN-Treated Patients (N=2075)

| Study/Patient Number | Age (Yrs) | Sex | Dose (mg/d) | Duration (days) | Cause of Death and Comments |
|---|---|---|---|---|---|
| | | | | | **Tumor Related** |
| RS | 63 | M | 2400 | 85 | Cause: Lung Cancer. Comment: Tumor diagnosed 6 weeks after stopping therapy. He died within 150 days of stopping therapy for LOE (MS, spasicity) |
| 945-13 | 65 | M | 2400 | 1589 | Cause: Lung Cancer. Comment: History of meningioma and prostatic CA |
| 877-210PX | 22 | M | 600 - 2400 | 183 | Cause: Astrocytoma/Bronchopneumonia. Comment: Arachnoid Cyst on admission to study. Unchanged before treatment from 1981 to 1986 by CT. (Scanned on day 0.) Treatment with GBP started 1987. On day 113 of treatment showed definite enhancement. Biopsy revealed glioma. |
| 945-14 | 37 | F | 1200 | 223 | Cause: Cerebral Infarction (by CT). Comment: Non-Hodgkins Lymphoma diagnosed approximately 100 days into treatment. Pt died 71 days after treatment stopped |
| 945-13 | 41 | M | 1200 | 453 | Cause: Astrocytoma. Comment: Pt had been off therapy for 23 days. |
| 945-13 | 41 | M | 1200 | 62 | Cause: Not stated. Comment: Recurrent BT diagnosed on day 84. Pt died 9 mos after stopping therapy. Had BT resection and RT16 Y.O. |
| | | | | | **Seizure Associated** |
| 945-14 | 35 | M | 2400 | 400 | Cause: "Patient died in an epileptic seizure" Pt found dead on treatment. Laceration and bruises on tongue at autopsy. *Pt developed ECG changes on treatment, suggestive of a subendocardial infarct. |
| 945-14 | 49 | F | 1800 | 301 | Cause: Aspiration during a seizure. Comment: Concussion on days 199-200. Witnessed. |
| 945-14 | 37 | M | 1800 | 239 | Cause: Accidental/Complications of alcoholism(Postmortem) Comment: Circumstances at the scene suggested that the patient had had a seizure. Hours in disarray. Organs smelled of alcohol at autopsy. Blood EtOH 2.0 and urine alcohol 3.0. He was found in his yard frozen to death (outside temperature -16 °C). Atherosclerosis. |
| 877-210G | 30 | M | 1800 | 765 | Cause: Aspiration (Postmortem). Comment: Patient found dead in bed. Postmortem showed aspiration of gastric contents and intense pulmonary congestion |
| 880-033 | 43 | F | 900 | 26 weeks | Cause: Unknown (Postmortem). Comment: Patient died in her sleep |
| 945-13 | 40 | F | 2400 | 523 weeks | Cause: Unknown. Comment: The history of the circumstances of her death suggests patient may have suffocated during flurry of seizures secondary to aspiration. Patient had never reported seizure flurries. |



Pfizer_LAlphs_0084439

NDA #20-235 Medical-Statistical Review

B0

| Study | Age | Sex | Dose | Days | Cause / Comment |
|---|---|---|---|---|---|
| 945-15 | 85 | M | 2400 | 620 | Cause: Unknown** PM — Comment: Reported as asphyxia due to seizure but no seizure was witnessed. Found on floor in... oral position. |
| 945-15 | 26 | M | 2400 | 294 | Cause: Drowning — Comment: Patient was thought to have had a seizure while swimming. |
| 945-36 | 44 | M | 1200 | B | Cause: Complications of seizures (PM) — Comment: Recurrent status epilepticus, hospitalized. Developed pneumonia, septic shock. aspiration suspected. |
| 945-13 | 27 | M | 2000 | 1005 | Cause: Traumatic SAH following a seizure — Comment: Three additional hospitalizations following seizures, broken hip. Ataxia noted in CRFs (no pacemaker) |
| 880-035 | 23 | M | | 26 Week +7 | Cause: Unknown — Comment: Died 13 weeks after treatment stopped |
| 945-6 | 17 | M | | | Cause: Seizure — Comment: Poorly controlled seizures, died 54 days after stopping Gabapentin |
| | 17 | M | | | |
| 945-13 | 26 | M | 2400 | 1479 | Cause: Unexplained (no pacemaker) — Comment: Patient died in his sleep |
| | | | | | **Cardiac Related** |
| 945-13 | 65 | M | 1800 | 799 | Cause: Cardiac Tamponade — Comment/Patient died in the immediate postoperative period following coronary artery bypass surgery |
| 945-15 | 67 | M | 2400 | 667 | Cause: CHF, ventricular tachycardia cardiac standstill — Comment: Myocardial infarction, ventricular fibrillation, cardiogenic shock cardiac arrest; 3 months prior; no COPD |
| 945-13 | 37 | M | 2400 | 670 | Cause: Cardiac complications of CAD (PM) — Comment: No |
| 945-13 | 67 | M | 2300 | 1845 | Cause: Severe CAD at autopsy found hyperventilating at time stop — Comment: Cardiac arrest |
| | | | | | **Other** |
| 945-13 | 33 | M | 2400 | 845 | Cause: Stabbed — Comment/Pt was stabbed in the abdomen and died on the same day of his wounds |
| 945-14 | 56 | M | 2400 | 1053 | Cause: Cerebral Hemorrhage — Comment: Pt admitted with uncontrolled arterial hypertension, hyponatremia 121 and evidence of multiple intraparenchymal hemorrhages on CT scan. |

## 8.3  Assessment of Dropouts

### Overall Pattern of Dropouts

Discontinuations are classified according whether they occurred because of adverse events, lack of efficacy and "other". The "other" category is poorly characterized but it includes such reasons as unknown, personal reasons, administrative reasons, noncompliance, patient preference, no improvement, lost to follow-up, surgery, protocol violation, therapy ended, study site closed, and aggravation of disease. The table on this and the next page provides the percentage of patients dropping out by treatment group and reason for the pooled phase 2 and 3 database. The overall dropout rate by gabapentin-treated patients and subjects from gabapentin studies (including deaths) is 45%. The rate for withdrawal during placebo controlled trials is also shown so that the dropout rate due to drug in the first months of treatment can be compared to placebo. The dropout rates are comparable in these two groups. More representative of the long term attrition rates are the pooled clinical trials including the uncontrolled extended treatment studies in epilepsy. If all clinical epilepsy studies with gabapentin are considered the overall dropout rate is 63%. This can be broken down further into a 33% withdrawal rate for lack of efficacy and 7% from adverse events. The withdrawal rate due to "other" is high at 23%. One cannot assume with an overall rate of 63% from all clinical studies that 37% of all patients and participants are still on treatment, since these numbers do not reflect patients who completed one study but did not go into extended treatment protocols. In fact, the actual number of patients still on drug is 289 (14%).

### Withdrawal Rates by Treatment Group

| Reason for Withdrawing | Percent Withdrawals | |
|---|---|---|
| | Gabapentin | Placebo |
| **Pharmacokinetic studies** | N=448 | N=28 |
| Lack of Efficacy | 0 | 0 |
| Adverse Events | 3 | 0 |
| Other/Unspecified | 1 | 0 |
| Subtotal | 4 (.8%) | |
| | | |
| **All Clinical Studies** | | |
| Controlled Epilepsy trials Add-on N=921 | N=543 | N=378 |
| Lack of Efficacy | 12(2%) | 7(2%) |
| Adverse Events | 27(5%) | 13 (3%) |
| Other/ Unspecified | 10 (2%) | 6(2%) |
| Subtotal | 48 (9%) | 26(7%) |
| | | |
| Controlled Epilepsy Trials Monotherapy N=33 | N=15 | N=18 |
| Lack of Efficacy | 0 | 0 |
| Adverse Events | 0 | 0 |

NDA #20-235 Medical-Statistical Review

82

| | | |
|---|---|---|
| Other/Unspecified | 0 | 0 |
| Subtotal | 0 | 0 |
| | | |
| Uncontrolled Epilepsy Studies | N=1842 | |
| Lack of Efficacy | 422 | |
| Adverse Events | 104 | — — |
| Other/Unspecified | 273 | |
| Subtotal | 819 | |
| | | |
| All Epilepsy Studies N=1507 | N=1460 | N=387 |
| Lack of Efficacy | 488 | 7 |
| Adverse Events | 134 | 17 |
| Other/Unspecified | 305 | 6 |
| Subtotal | 927 | 26 |
| | | |
| Migraine/Spasticity N=240 | N=147 | N=93 |
| Lack of Efficacy | 2 | 1 |
| Adverse Events | 9 | 4 |
| Other/Unspecified | 13 | 13 |
| Subtotal | 24  (16%) | 20  (22%) |
| | | |
| All Clinical Studies N=1746 | N=1605 | N=489 |
| Lack of Efficacy | 456 | 8 |
| Adverse Events | 139 | 17 |
| Other/ Unspecified | 295 | 19 |
| Subtotal | 890 | 44 |
| | | |
| Total: All Studies N=2201 | N=2048 | N=517 |
| Lack of Efficacy | 488 | 8 |
| Adverse Events | 146 | 17 |
| Other/Unspecified | 296 | 19 |
| Grand Total | 893 | 44 |

Note: Patients are counted only once in the totals, even though they may be represented in more than one study. For example, a patient may appear in several uncontrolled studies before ultimately withdrawing, but he will be counted as a dropout only once. Therefore the apparent percent of attrition in certain groups , especially the uncontrolled studies may appear falsely low.

Upon receipt of further information on treatment assignment from the firm, many of the "other " patients will be reclassified according to the appropriate category, lack of efficacy or adverse event.

NDA #20-235 Medical-Statstical Re. ew

83

**Overall Pattern of Dropouts (cont'd)**

The dose range associated most frequently (32%) with withdrawal due to adverse events is the 900-1200 mg/day range.

The sponsor has provided a graph of the Kaplan Meier estimated cumulative time to withdrawal which reflects withdrawal due to an adverse event. This is shown below. More than half of the withdrawals due to adverse events have occurred within the first year and a half of treatment.



RR-REG 720-03132
Gabapentin
Capsules

FIGURE 6.  Kaplan-Meier Estimated Cumulative Time to Onset of Serious
           Adverse Events for All Studies:  Second Safety Update

Pfizer_LAlphs_0084443

The dropout statistics presented in the original NDA classified dropouts due to seizures as due either to adverse events or lack of efficacy or " other".  They were divided in this manner according to the original coding by  the individual investigator. Additionally, by the firm's convention  if  a convulsion was cited as an adverse event and the patient was also dropped due to lack of efficacy, the patient  would be recorded as dropout due to an adverse event. In an effort to gain a sense of how many withdrawals occurred due to lack of efficacy,  all withdrawals due to seizures were reclassified as withdrawals due to lack of efficacy in the Second Safety Update. However to retain the investigator 's intent in calling these as adverse events they will be considered below in their original context.

**Adverse Events Associated with Dropout**  The most common reason for discontinuation from treatment with gabapentin  was neurological (convulsions), followed by somnolence, then death.  The summary table  below shows the adverse events most commonly associated with withdrawal from trials (all epilepsy studies and all trials) and their incidence.  They are listed in order of most common occurrence.  In some cases more than one adverse event was given as the reason for withdrawal.

| Adverse  Event  Associated  with  Withdrawal<br>All  Studies | N  (%)<br>N = 2 0 4 8 |
|---|---|
| Convulsions | 39  (1.9) |
| Somnolence | 23  (1.1) |
| Death | 23  (1.1) |
| Ataxia | 15  (.73) |
| Fatigue | 12  (.58) |
| Dizziness | 12  (.58) |
| Nausea and Vomiting | 12  (.58) |
| Rash | 11  (.54) |
| Depression and suicide ideation | 10  (.48) |
| Weight Gain | 9  (.43) |
| Headache | 7  (.34) |
| Thinking abnormal | 7  (.34) |
| Confusion | 6  (.29) |
| Diplopia | 6  (.29) |
| Abdominal Pain | 5  (.24) |
| Paresthesias | 5  (.24) |
| Amnesia | 5  (.24) |
| Dysarthria | 4  (.19) |
| Insomnia | 4  (.19) |
| Brain Neoplasm | 4  (.19) |
| Nervousness | 4  (.19) |
| Agitation | 4  (.19) |
| Anxiety | 4  (.19) |
| Impotence | 4  (.19) |
| Decreased WBC | 4  (.19) |

A total of 504 individuals withdrew from clinical trials because of convulsions which were coded as either adverse events (37), lack of efficacy (451), or "other " which included aggravation of disease (2) and no improvement (14). As alluded to earlier, these were reclassified at the request of FDA as withdrawal due to lack of efficacy in an effort to determine the magnitude of withdrawal relating to the underlying disease process. The withdrawals due to seizures that were originally coded as adverse events or "other/aggravation of disease" are included in this section because it is assumed by the investigator coding these as adverse events, the patient was perceived as having more than just a failure of treatment. Prior to reclassifying the convulsions as lack of efficacy, convulsions were the most common reason given for withdrawal as an adverse event, with an incidence of (39/2048)1.9% of all dropouts and ((39/1460)  2.7% among epilepsy dropouts). The most common adverse events responsible for withdrawal from therapy excluding convulsions and death (somnolence, ataxia, fatigue and dizziness) are also among the most commonly reported adverse events in general.

Also reported, but less frequently (.14% of patients) as reasons for withdrawal from studies due to adverse events included the following : emotional lability, tremor, hyperkinesia, asthenia, generalized edema, myalgias, brain surgery, intracranial hemorrhage, maculopapular rash (included with all rashes above), and pregnancy. Clearly not all pregnancies which resulted in withdrawal from therapy were recorded. Adverse events that were reported by .09% of patients were: malaise, suicidal ideation (also included above under depression), amblyopia, tinnitus, hostility, twitching, hypotonia, hypertonia, pain, chest pain and diarrhea. Finally adverse events reported by .04 % of patients associated with withdrawal include: urticaria (included with all rashes above), drug toxicity, fever, peripheral edema viral infection, heart block, vasodilatation, peripheral vascular disorder, ventricular extrasystoles, atrial fibrillation, stomatitis, dyspepsia, increased salivation, hyperthyroid, nonHodgkin's Lymphoma, arthralgia, fracture, hemiplegia, nystagmus, paresis, speech disorder, feeling high, doped-up sensation, antisocial reaction, alopecia, desquamation, asthma, pleural disorder, pneumonia, URI, lung edema, abnormal kidney function and anuria, urinary retention, urinary frequency, breast cancer, increased platelet count, decreased platelet count, decreased hemoglobin and hematocrit, decreased RBC count, increased hemoglobin and hematocrit, abnormal liver function studies,  albuminuria and low serum albumin.

Of these events many were considered serious adverse events such as anuria, depression and suicidal ideation, tumors and will be considered more fully in that section.  The abnormal laboratory values are discussed in more detail in the section on adverse common adverse events-Laboratory values.

**Lack of Efficacy:**  All patients enrolled in Gabapentin epilepsy studies were by design refractory to standard AEDs. Lack of efficacy was not defined specifically but was the reason given by patients who withdrew from clinical trials because of inadequate seizure control.  The firm was asked to consolidate the data on withdrawal due to seizures by combining the pertinent numbers from other categories.  The final number would include the 37 patients who had been coded as withdrawal due to adverse event, the 2

"other" patients who withdrew because of aggravation of disease, the 14 patients who withdrew because they showed "no improvement"  with the 488 patients who withdrew because of lack of efficacy. The dropout rate, then, for all Gabapentin clinical epilepsy studies due to inadequate response or deterioration as of 6/30/92  was  (504/1480) 35%.  This may be an underestimate of the actual attrition due to LOE since 291/1460 (20%) withdrew for "other" reasons,  which included not stated, termination form not required, left to start another medication, lost to follow-up, requested by mother, and so on, who may have indeed experienced lack of effect.


## 8.4    Other Safety Findings

### ADR Incidence Tables:
### Incidence in Controlled Clinical Trials
The table below and continued on the following pages enumerates adverse events that occurred at a frequency of 1% or more among gabapentin treated patients who participated in placebo controlled studies of similar design.  Reported adverse events were classified using  a modified COSTART-preferred  terminology.  These figures provide some basis for estimating the relative contribution of drug vs. nondrug factors to the side effect incidence rate in the population studied.


**Distribution of   Treatment Emergent Adverse Events with an incidence of ≥1%**

| Adverse Event | All  Participants (N = 2048) | Clinical  Studies (N = 1607) | Epilepsy  Patients (N = 1460) |
|---|---|---|---|
| **Body as a Whole** | | | |
| Headache | 339  (16.55%) | 269  (16.7%) | 267  (18.3%) |
| Fatigue | 315  (15.38%) | 249  (15.5%) | 236  (16.2%) |
| Weight Increase | 131  (6.4%) | 131  (8.2%) | 131 (9.0%) |
| Viral Infection | 130  (6.35%) | 128  (8.0%) | 128  (8.8%) |
| Back Pain | 73  (3.56%) | 73  (4.5%) | 73  (5.0%) |
| Peripheral Edema | 72(3.52%) | 71(4.4%) | 71  (4.9%) |
| Fever | 66  (3.22%) | 66(4.1%) | 65  (4.5%) |
| Asthenia | 53  (2.59%) | 45  (2.8%) | 43  (2.9%) |
| Pain | 42  (2.05%) | 41  (2.6%) | 40  (2.7%) |
| Chest Pain | 28  (1.37%) | 24  (1.5%) | 23  (1.6%) |
| Malaise | 23  (1.12%) | 20  (1.2%) | 20  (1.4%) |
| Head Injury | 22  (1.07%) | 21  (1.3%) | 21  (1.4%) |
| | | | |
| | | | |
| **Cardiovascular** | | | |
| Vasodilatation | 25(1.22%) | 18  (1.1%) | 18  (1.2%) |
| | | | |
| **Digestive** | | | |
| Nausea and Vomiting | 212  (10.35%) | 188  (11.7%) | 182  (12.5%) |
| Abdominal Pain | 113  (5.52%) | 104(6.5%) | 101  (6.9%) |

NDA #20-235 Medical-Statistical Review

87

| | | | |
|---|---|---|---|
| Diarrhea | 99  (4.83%) | 89  (5.5%) | 87  (6.0%) |
| Dyspepsia | 66(3.22%) | 59(3.7%) | 57(3.9%) |
| Dental Abnormalities | 54 (2.64%) | 53  (3.3%) | 53 (3.6%) |
| Constipation | 42  (2.05%) | 40  (2.5%) | 40(2.7%) |
| Increased Appetite | 36  (1.76%) | 36(2.2%) | 36  (2.5%) |
| Flatulence | 30 (1.46%) | 19 (1.2%) | 18  (1.2%) |
| Mouth or Throat dry | 29(1.42%) | 15 (0.9%) | 14  (1.0%) |
| Anorexia | 28(1.37%) | 27  (1.7%) | 27  (1.8%) |
|  |  |  |  |
| **Heme/Lymphatic** |  |  |  |
| Purpura | 59(2.88%) | 59 (3.7%) | 59(4.0%) |
|  |  |  |  |
| **Musculoskeletal** |  |  |  |
| Myalgia | 126  (6.15%) | 121(7.5%) | 121(8.3%) |
| Fracture | 74(3.61%) | 74(4.6%) | 74(5.1%) |
| Arthralgia | 28(1.37%) | 28((1.7%) | 28(1.9%) |
| Muscle sprains/strains | 27(1.32%) | 27(1.7%) | 27  (1.8%) |
| Joint Disorder | 22(1.07%) | 22(1.4%) | 22(1.5%) |
|  |  |  |  |
| **Neurological** |  |  |  |
| Dizziness | 496(24.22%) | 343(21.3%) | 336(23%) |
| Somnolence | 487(23.78%) | 390(24.3%) | 383(26.2%) |
| Ataxia | 342(16.70%) | 324  (20.2%) | 322(22.1%) |
| Nystagmus | 258(  12.6%) | 257(16%) | 256(17.5%) |
| Tremor | 199(9.72%) | 196(12.2%) | 195(13.4%) |
| Convulsions | 118  (5.76%) | 118 (7.3%) | 118  (8.1%) |
| Confusion | 96(4.69%) | 74(4.6%) | 73(5.0%) |
| Amnesia | 85(4.15%) | 82 (5.1%) | 82(5.6%) |
| Coordination abn | 72(3.52%) | 64(4.0%) | 64(4.4%) |
| Insomnia | 72(3.52%) | 60(3.7%) | 59(4.0%) |
| Dysarthria | 67(3.27%) | 61(3.8%) | 60(4.1%) |
| Paresthesia | 63(3.08%) | 57(3.5%) | 56(3.8%) |
| Vertigo | 25(1.22%) | 25(1.6%) | 22(1.5%) |
| Twitching | 24(1.17%) | 24(1.5%) | 23(1.6%) |
| Increased Reflex | 23(1.12%) | 23(1.4%) | 23(1.6%) |
| Brain Surgery | 22(1.07%) | 22(1.04%) | 22(1.5%) |
| Decreased Reflex | 22(1.07%) | 22(1.4%) | 22(1.5%) |
| Hyperkinesia | 22(1.07%) | 21(1.03%) | 21(1.04%) |
|  |  |  |  |
| **Psychobiologic** |  |  |  |
| Thinking abnormal | 96(4.69%) | 69(4.3%) | 66(4.5%) |
| Nervousness | 92(4.49%) | 88(5.5%) | 88(6.0%) |
| Depression | 82(4.0%) | 79(4.9%) | 78(5.3%) |
| Emotional Lability | 38(1.86%) | 36(2.2%) | 36(2.5%) |
| Anxiety | 36(1.76%) | 36(2.2% ) | 36(2.5%) |
| Hostility | 25(1.22%) | 25(1.6%) | 25(1.7%) |

Pfizer_LAlphs_0084447

NDA #20-235 Medical-Statistical Review

88

| Respiratory | | | |
|---|---|---|---|
| Rhinitis | 165(8.06%) | 158(9.8%) | 158(10.8%) |
| Pharyngitis | 119(5.81%) | 115(7.2%) | 115(7.9%) |
| URI | 92(4.49%) | 89(5.5%) | 89(6.1%) |
| Sinusitis | 45(2.2%) | 43(2.7%) | 43(2.9%) |
| Bronchitis | 35(1.71%) | 35(2.2%) | 35(2.4%) |
| | | | |
| Skin &Appendages | | | |
| Rash | | | |
| Acne | 45(2.2%) | 45(2.8%) | 45(3.1%) |
| Burn | 34(1.66%) | 34(2.1%) | 34(2.3%) |
| Pruritis | 23(1.12%) | 21(1.3%) | 21(1.4%) |
| Skin Disorder | 24(1.7%) | 23(1.4%) | 23(1.6%) |
| | | | |
| Urogenital | | | |
| Urinary Tract Infx | 39(1.90%) | 38(2.4%) | 38(2.6%) |
| | | | |
| Special Senses | | | |
| Diplopia | 173(8.45%) | 171(10.6%) | 171(11.7%) |
| Amblyopia | 125(6.1%) | 121(7.5%) | 120(8.2%) |
| | | | |
| Laboratory | | | |
| Decreased WBC | 21(1.03%) | 21(1.3%) | 21(1.4%) |

**Adverse Events Observed Commonly In Controlled Clinical Trials**
The most commonly observed adverse events associated with the use of gabapentin (incidence of 5% or greater) and not seen at an equivalent incidence among placebo treated patients (i.e., incidence for gabapentin at least twice that for placebo) were somnolence, dizziness, ataxia, fatigue, nystagmus, tremor and diplopia. The latency from initiation of treatment to onset of these symptoms (with the exception of nystagmus) was earlier in the treated group than in placebo. These are shown in the table below

| Body System | Preferred Term | Gabapentin (N=543) | Placebo (N=378) |
|---|---|---|---|
| Body as a whole | Somnolence | 19.9% | 9.0% |
| Neurologic | Dizziness | 17.8% | 6.8% |
| Body as a whole | Ataxia | 13.3% | 6.0% |
| Body as a whole | Fatigue | 11.3% | 5.1% |
| Special Senses | Nystagmus | 8.3% | 4.0% |
| Neurologic | Tremor | 7.2% | 3.4% |
| Neurologic | Diplopia | 6.0% | 2.0% |

Common Adverse Experience Incidence in
Placebo-Controlled Clinical Trials

Confidential

### Other Events Observed During the Premarketing Evaluation of Gabapentin

During the premarketing assessment multiple doses of gabapentin were administered to 1607 patients in phase 2 and 3 epilepsy studies. The conditions and duration of exposure to gabapentin differed and included (in overlapping categories) open and double blind studies, uncontrolled and controlled studies , fixed-dose and titration studies. The adverse events reported in the pool of all phase 2 and 3 epilepsy studies and grouped by system are summarized below.

In the tabulations that follow reported adverse events were classified using a standard COSTART- based terminology. The frequencies presented, therefore, represent the proportion of the 1506 patients exposed to multiple doses of gabapentin who experienced an event of the type cited on at least one occasion while receiving gabapentin.    All reported events are included except for those events where a drug cause was remote.

Events are categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring on one or more occasions in at least 1/100 patients (only those not already listed in the tabulated results from placebo controlled trials are included in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients;  rare events are those occurring in fewer than 1/1000 patients.  Events of major clinical importance are described in the PRECAUTIONS section.

**Body as a whole:** frequent: face edema, asthenia, weight decrease, weight increase, fever, headache, malaise, pain, back pain,  chest pain, head injury, generalized edema, peripheral edema, viral infection, injury, death; infrequent: drug toxicity,  strange feelings, stress,  pallor, chill,  hernia,  facial pains, abscess (NOS),  injury  to extremities,  generalized trauma,  near drowning;  rare: lupus erythematosus*, hangover effect, lassitude,  physical retardation, accidental drug ingestion, accidental injury, intentional injury, swollen clavicle, strep infection, rubeola,  mucous membrane disorder, abnormal chest sounds.

**Cardiovascular System:** frequent: vasodilatation, migraine infrequent:  angina pectoris, cardiovascular disorder,thrombophlebitis, peripheral vascular disorder, deep thrombophlebitis, atrial fibrillation, palpitation, tachycardia,  extrasystoles, hypertension,  murmur; rare: hypotension, heart failure, myocardial infarct, coronary artery disease,  myocardial ischemia, pulmonary embolus, pulmonary thrombosis, ventricular  fibrillation,heart block, hyperlipidemia, hypercholesterolemia, abnormal ECG, pericardial effusion.  pericarditis, cardiovascular bruit.

**Digestive System:** frequent: nausea and vomiting, dental abnormalities, diarrhea, dyspepsia, constipation, anorexia,  flatulence, gingivitis, stomatitis, mouth or throat dry, abdominal pain, increased appetite; infrequent:  glossitis, thirst,  gum hemorrhage, stomatitis-herpetic, increased salivation,  other oral cavity symptoms, oral cavity laceration,     esophagitis, gastritis, stomach ulcer/ peptic ulcer, gastroenteritis, colitis, appendicitis, hemorrhoids,  fecal incontinence,  dysentery, bloody stools/diarrhea, hepatomegaly,   gallbladder disorder,  ; rare: blisters in mouth, tooth

Pfizer_LAlpha_0084449

discoloration, periodontal abscess, perleche, tongue disorder, lip hemorrhage, dysphagia, eructation, hiatal hernia, hematemesis, ulcer exacerbation, frequent bowel movements, proctitis, intestinal infection, irritable bowel syndrome, rectal hemorrhage, unspecified gastrointestinal disorder, increased liver enzymes.

**Endocrine System:** infrequent: hypothyroidism, epididymitis; rare: hyperthyroidism, goiter, nonspecific thyroid disorder, neurohypophysis disorder.

**Hemic and Lymphatic Systems:** frequent: purpura; infrequent: anemia, iron deficiency anemia, leukopenia, leukocytosis, thrombocytopenia, lymphadenopathy; rare: hypochromic anemia, abnormal RBC's, lymphocytosis, NonHodgkin's Lymphoma, bleeding time increased.

**Musculoskeletal System:** frequent: fracture, arthralgia, joint disorder, myalgia, muscle strains and sprains; infrequent: back injury, rib injury, tendinitis, arthritis, joint stiffness, joint swelling, degenerative joint disease, hypertonia, muscle injury, pulled muscle, positive romberg test, rare: osteoporosis, bone pain, knee injury, disc disorder, herniated disc, bone spurs, tendon injury, costochondritis, vertebral column disorder, muscle tension, myasthenia, contracture, postural disorders.

**Nervous System:** frequent: confusion, convulsion, coordination abnormalities, insomnia, vertigo, hyperkinesia, dysarthria, amnesia, twitching, hypesthesia, paresthesia, hemiplegia, decreased/absent reflexes, increased reflexes; infrequent: intracranial hemorrhage, stupor, cerebrovascular accident, syncope, dreaming abnormalities, aphasia, speech disorder, apraxia, motor skills disorder, hypokinesia, paresis, hypotonia, abnormal reflexes, positive babinski sign, abnormal reflex (localized), movement disorder, dystonia, choreoathetosis, orofacial dyskinesia, cerebellar dysfunction, cranial nerve disorder, neuritis, neuropathy, dysesthesia, decreased position sense; rare: local myoclonus, encephalopathy, mental retardation, more talkative, fine motor control disorder, perception disorder, paralysis, facial paralysis, nerve palsy, hyperesthesia, subdural hematoma, meningismus.

**Psychobiologic Function:** frequent: anxiety, depression, thinking abnormal, nervousness, agitation, hostility, emotional lability; infrequent: apathy, hallucination, personality disorder, libido disorder including decrease/increase/loss libido, frustration, subdued temperament, depersonalization, euphoria, feeling high, doped-up sensation, suicidal, psychological problem, psychosis; rare: paranoia, mania, psychiatric disorder, neurosis, hysteria, antisocial reaction.

**Respiratory System:** frequent: pharyngitis, rhinitis, sinusitis, bronchitis, coughing, upper respiratory infection, pneumonia, dyspnea; infrequent: epistaxis, mucositis, nasal mucosa disorder, tonsil disorder, nose symptoms, asthma, pleural disorder, hyperventilation, respiratory disorder, respiratory infection, apnea, lower respiratory infection; rare: soreness in nasal area, throat disorder, nasal obstruction, snoring, bronchospasm, chest congestion, trachea pain, hypoventilation, lung edema, aspiration pneumonia.

**Skin and Appendages:** frequent: acne, alopecia, pruritus, nonspecific rash, maculopapular rash,sweating increased, burn, skin laceration. infrequent: dermatitis, eczema, erythematous rash, vesiculobullous rash, skin dry, urticaria, hirsutism, nail disorder, scar, herpes zoster, skin infection, mycotic skin infection, sunburn, skin papules, abscess, cellulitis, cyst furunculosis, mycotic infection, herpes simplex, skin disorder, abrasion, contusion, localized infection, skin tenderness (localized), puncture wound; rare: photosensitivity reaction, petechial rash, hair disorder, seborrhea (scalp), psoriasis, desquamation, epidermal necrolysis, skin discoloration, skin nodules, subcutaneous nodules, slow healing of cuts, skin necrosis, mole, skin hypertrophy,  skin injury

**Urogenital System:** frequent:  urinary tract infection, impotence; infrequent: hematuria, dysuria, urination disorders including frequency, urinary retention, urinary incontinence, cystitis,  menstrual disorder, leukorrhea, amenorrhea, vaginitis, intermenstrual bleeding, dysmenorrhea, genital pruritus, menorrhagia,  menopause disorders, pap smear suspicious (2) /vaginal urethral surgery (4) , breast cancer (2), mastectomy (2), prostate disorder, unable to climax, pregnancy (5) , male genital disorders, ejaculation abnormal; rare: kidney pain, renal stone, pyelonephritis, glycosuria, nephrosis, oliguria,  polyuria, nocturia, pyuria, urinary urgency, urethral disorder,  bladder neoplasm, vaginal hemorrhage, vaginal pain, hysterectomy,vaginal monilia, biopsy genital area, breast lump, nipple disorders, testicular pain.

**Special Senses:** frequent: conjunctivitis, vision abnormal, diplopia, amblyopia, infrequent: cataract, eye abnormality, eye pain, visual field defect, photophobia, ptosis, eye twitching, eye hemorrhage, eye flickering,  visual loss,  refraction disorder, eyelid surgery, lacrimal dysfunction including lacrimal duct and gland disorders, hordeolum,  blindness*,  pupil disorder, deafness*, earache, tinnitus, inner ear dysfunction, ear disorders, ear infections,  taste loss, unusual taste, rare: dry eyes, eye itching, watery eyes, retinopathy , glaucoma, black eye,  eye injury, iritis,corneal disorder,degenerative eye changes, retinal degeneration, accommodation abnormal,  eye pressure abnormal, glassy eyed,  miosis, chorioretinitis, strabismus, labyrinthitis, ear fullness,  sensitivity to noise,  odd smell.

**Laboratory Deviations:** frequent:  WBC decreased, antiepileptic level increased infrequent: hemoglobin decreased, elevated WBC, WBC differential abnormal, decreased RBC, elevated platelet count,  decreased platelet count, granulocytopenia, granulocytosis, urine abnormal, urine protein increased, increased WBC in urine, albuminuria, elevated SGOT, elevated SGPT, elevated Alkaline Phosphatase, elevated creatinine, elevated BUN,  increased total protein, hyperkalemia, hyponatremia, hyperglycemia, hypoglycemia, hypocalcemia,  rare: elevated eos count, hematocrit decreased,  increased hemoglobin/hematocrit, mean cell volume increased, folate deficiency, decreased  B-12 , decreased/low monocytes,  urine glucose increased, bacteria in urine, urine alkaline, elevated bilirubin, albumin decreased or increased, decreased creatinine clearance, hypernatremia, hypokalemia, decreased chloride, hypercalcemia, fluctuating AED level, toxic dilantin level,  decreased thyroxine level, elevated TSH, hyperammonemia.

Confidential

Pfizer_LAlpha_0084451

Generally, the adverse experiences with GPT have appeared to be dose-related and mild to moderate in severity. The maximum tolerated dose for 24h in the NDA database is 3600 mg/day.   The adverse experiences in epileptics are the same as those that occurred in healthy volunteers.

## 8.5   Laboratory Findings

Clinical laboratory data were obtained at pre-and post dose visits in a majority of the gabapentin trials, yielding a sample of approximately 2048 gabapentin-treated patients with at least some laboratory data. Of these exposed to gabapentin abnormal laboratory reports comprised only 6.8%   of all reports. This section will focus on a subgroup of exposed patients,  those in placebo controlled epilepsy trials in order to explore contrasts with laboratory changes in the treated and the control groups.  In this group the relationship of the concomitant drugs to laboratory changes will be evaluated.

### Clinical Chemistry
The table below provides criteria of identifying patients with changes from baseline in clinical chemistry variables of possible clinical significance.

## CRITERIA FOR IDENTIFYING PATIENTS WITH POTENTIALLY CLINICALLY SIGNIFICANT CHANGES IN CLINICAL CHEMISTRY VARIABLES

|  | LOW | HIGH |
|---|---|---|
| Albumin | ≤2.5  g/dl |  |
| Alkaline Phosphatase |  | ≥390  U/L |
| BUN |  | ≥30  mg/dl |
| Calcium | ≤8.2  mg/dl | ≥12  mg/dl |
| Chloride | ≤90  meq/L | ≥118  meq/L |
| Cholesterol |  | ≥600  mg/dl |
| CPK |  | ≥200  I.U./L |
| Creatinine |  | ≥2  mg/dl |
| Globulin | ≤1  g/dl |  |
| Glucose |  | ≥175  mg/dl |
| LDH |  | ≥750  u/ml |
| Phosphorous | ≤1.7  mg/dl |  |
| Potassium | ≤3  meq/L | ≥6  meq/L |
| SGOT |  | ≥150  U/L |
| SGPT |  | ≥165  U/L |
| Sodium | ≤126  meq/L | ≥156  meq/L |
| Total  Bilirubin |  | ≥2  mg/dl |
| Total  Protein | ≤4.5  g/dl | ≥10  g/dl |
| Triglycerides |  | ≥600  mg/dl |
| Uric Acid |  |  |
| Female |  | ≥8.5  mg/dl |
| Male |  | ≥10.5  mg/dl |

Confidential
Pfizer_LAlphs_0084452

The Table below provides the proportions of patients who were relatively normal at baseline and who then exceeded these criteria during treatment. There appeared to be no significant differences in the frequencies of specific laboratory abnormalities between the two groups.

**Proportions of Patients Having Potentially Clinically Significant Changes in Blood Chemistry Variables in Placebo-Controlled Studies**

| Blood Chemistry Variables | GABAPENTIN | | PLACEBO | |
|---|---|---|---|---|
| | Total Patients | Abnormal #    % | Total Patients | Abnormal #    % |
| Albumin-Low | 383 | (4) 1% | 223 | (2) 1% |
| Alk. P'tase-High | 439 | (31)7% | 313 | (13) 4% |
| BUN-High | 445 | (9)2% | 301 | (3) |
| Calcium-Low | 467 | (56) 12% | 324 | (23) 7% |
| Calcium-High | 520 | (5) 1% | 355 | (4) 1% |
| Chloride-Low | 372 | (7) 2% | 219 | (11) 5% |
| Chloride-High | 363 | (18) 5% | 204 | (8) 2% |
| Creatinine-High | 520 | (10) 2% | 357 | (0) 0% |
| Creatinine-Low | 489 | (20) 4% | 325 | (20) 6% |
| Glucose-High | 179 | (13) 7% | 118 | (6) 5% |
| Glucose-Low | 184 | (11) 6% | 124 | (5) 4% |
| Potassium-High | 514 | (5) 1% | 350 | (7) 2% |
| Potassium-Low | 512 | (5) 1% | 349 | (10) 3% |
| SGOT-High | 470 | (5) 1% | 310 | (6) 2% |
| SGPT-High | 424 | (21) 5% | 268 | (8) 3% |
| Sodium-Low | 484 | (19) 4% | 335 | (23) 7% |
| Sodium-High | 514 | (10) 2% | 356 | (25) 7% |
| Total Bilirubin-High | 115 | (1) 1% | 127 | (0) 0% |
| Total Protein-Low | 395 | (8) 2% | 231 | (7) 3% Total |
| Total Protein-High | 388 | (8) 2% | 222 | (4)2% |

In addition, the entire gabapentin population ( N=2096) was screened for patients who discontinued or died because of abnormalities in clinical chemistry variables and the following patients were identified:
Cases associated with abnormal renal function studies:
Patient    ( Study 877-210P Center 216) discontinued gabapentin 1200 mg because of elevated BUN and creatinine. (BUN 9.8/ Creatinine 124 µg/L). The investigator's impression was that this was possibly due to drug. BUN and creatinine have returned to baseline since stopping medication.

Patient    (Study 945-6 Center 3) was a 40 year old male who discontinued gabapentin 900 mg because of an elevated BUN and creatinine. Creatinine at baseline was 0.8 and after 3 months on treatment had a creatine of 2.5 which rose to 4.3 within several days.

Similarly BUN rose from 7 at baseline to 46 (norm 2.5-7.0) . Renal failure was reported as a severe adverse event. The investigator thought that the abnormalities were possibly drug related, stating that the patient withdrew because of side effects. The patient had not recovered as of the NDA cutoff date.

Additional cases of elevated BUN and creatinine have been found, but not associated with withdrawal from study. Example 877-210P        (Center 220) Creatinine rose from       μg/L to      μg/L while on treatment it resolved without any apparent intervention. The possibility that abnormalities in renal function occurring in association with gabapentin therapy and worsening of existing renal disease are drug related cannot be ruled out based on the available evidence. It is of interest that while reports of elevated creatinine were infrequent in the treatment groups (10 reports (2%)) there were no such reports among the placebo treated patients.

Abnormal Liver function studies:
Patient        (Study 945-11) was a 6 year old female who withdrew from gabapentin because of *status epilepticus* and within 8 days was found to have mildly elevated liver function studies. The baseline values are not known. The child also had evidence for infection.

Abnormal Serum Protein/albumin:
Patient        · (Study 945-14  Center 47)   withdrew from treatment because of decreased serum albumin (4.2) She was treated for 778 days at which time her dose was increased to 1800 because of LOE. Decreased serum albumin was reported on day 960. Total proteins were normal until day 490. The patient also developed thrombocytopenia (day 792),  hypertension to 170/100 requiring treatment with two medications during the study and lacunar infarcts on CT.  Concomitant antiepileptic drugs throughout treatment included Valproate and carbamazepine.

### Hematology
Criteria for identifying patients with changes from baseline in hematology variables of possible clinical significance are found in the table on the following page.

CRITERIA FOR IDENTIFYING PATIENTS WITH POTENTIALLY
CLINICALLY SIGNIFICANT CHANGES IN HEMATOLOGY VARIABLES

| VARIABLE | LOW | HIGH |
|---|---|---|
| Hemoglobin | | |
| Female | ≤9.5 g/dl | |
| Male | ≤11.5 g/dl | |
| Hematocrit | | |
| Female | ≤32% | |
| Male | ≤37% | |
| White Blood Cells | ≤2.8 ths/mm | ≥16 ths/mm |
| Neutrophils | ≤15% | |
| Lymphocytes | | ≥75% |
| Monocytes | | ≥15% |
| Eosinophils | | ≥10% |
| Basophils | | ≥10% |
| Platelets | ≤75 ths/mm | ≥700 ths/mm |
| Bands | | ≥10% |

The table below provides the proportions of patients in placebo-controlled trials who
were relatively normal at baseline and who then exceeded these criteria during
treatment. None of the differences between gabapentin and placebo groups was
significant .

**Proportions of Patients Having Potentially Clinically Significant Changes
in Hematology Variables in Placebo-Controlled   Studies**

| Hematology  Variables | GABAPENTIN | | PLACEBO | |
|---|---|---|---|---|
| | Total   Patients | Abnormal<br># % | Total   Patients | Abnormal<br># % |
| Hemoglobin-Low | 4 8 8 | (29)   6% | 3 2 8 | (13)   4% |
| Hematocrit-Low | 4 4 5 | (22)   5% | 3 0 8 | (22)   7% |
| WBC-Low | 4 4 4 | (36) 8% | 3 1 6 | (22)   7% |
| WBC-High | 5 2 7 | (11)   2% | 3 6 6 | (7)   2% |
| Neutrophils-Low | 3 9 7 | (36)   9% | 2 5 4 | (28)   11% |
| Lymphocytes-High | 4 4 6 | (22)   5% | 3 0 4 | (27)   9% |
| Monocytes-High | 3 2 3 | (78)   24% | 2 0 5 | (37)   18% |

Confidential                                                          Pfizer_LAlpha_0084455

| Eosinophils-High | 4 2 2 | (25) | 6% | 2 7 1 | ( 1 1 ) | 4 % |
| Basophils-High | 3 9 3 | (24) | 6% | 2 4 5 | (17) | 7% |
| Platelet Ct-Low | 5 2 6 | (5) | 1% | 3 6 0 | (0) | 0% |
| Platelet Ct-High | 5 1 7 | (10) | 2% | 3 5 1 | (11) | 3% |
| Bands-High | 3 0 6 | (3) | 1% | 1 1 7 6 | (2) | 1% |
| | | | | | | |

A total of eight patients discontinued treatment with gabapentin due to abnormalities in
hematology labs. Four patients withdrew because of low WBC. Each patient manifested a
reduction from baseline, recovery on discontinuation of gabapentin and concomitant
medication with carbamazepine. They are summarized as follows:

Patient      (Study 877-210P Center 214) was a 17 year old female who withdrew
from gabapentin therapy because of decreasing WBC . The WBC was 7,100 at baseline
and 2,500 (ANC 900) during treatment. The investigator thought that this was related
to gabapentin therapy. The WBC recovered after gabapentin was stopped. Concomitant
medication was carbamazepine.

Patient      (Study 945-15 Center 18) was a 41 year old male who withdrew from
gabapentin 1800 mg because of a declining WBC from 4,360 at baseline to a low of
2,210 (ANC of 1490). Concomitant medications were carbamazepine and phenobarbital.
The patient had not recovered after the one month of follow-up.

Patient      (Study 945-15 Center 18) was a 21 year old male who withdrew from
gabapentin 800 mg because of a declining WBC from 5,100 at baseline to a low of
3,410 (ANC of 1580). Concomitant drugs included carbamazepine and valproate. The
patient's WBC recovered to 8,860 one month after withdrawing from the drug.
The frequency of reports of low WBC in the placebo group (22 (7%)) was
approximately the same as in the treatment group (36 (8%)). It is not known if the
depression in WBC was more significant or prolonged in the latter, however, but it is
significant to note that there were no withdrawals due to low WBC among placebo
patients.

Platelet abnormalities were seen with about equal frequency in placebo and treatment
groups. However, two patients withdrew from gabapentin because of platelet
abnormalities, and an additional patient had a platelet abnormality identified in the
setting of withdrawal.

Patient      (Study 945-14 Center 801) was a 29 year old male who discontinued
gabapentin because of an elevated platelet count (707,000). The investigator thought
that this was possibly related to gabapentin therapy. The patient recovered within two
months after the drug was discontinued.

NDA #20-235 Medical-Statistical Review                                      97

Patient      (Study 945-11) was a 17 year old female who withdrew from gabapentin because of *status epilepticus* and within 8 days had an elevated platelet count (785,000) was measured. The platelet count had been normal one month before treatment was stopped (172,000). No platelet count is available from the hospitalization for status and therefore the exact date of onset of the adverse event cannot be determined.

Patient      (Study 945-14 Center 47 Reported above) withdrew from treatment. She was treated for 779 days at which time her dose was increased to 1800 because of LOE. She also developed thrombocytopenia (day 792). She also developed hypertension, albuminuria and required treatment for hypothyroidism (day 650) during the study. It was suspected that the patient had developed an autoimmune disease. She recovered with the institution of prednisolone and with the discontinuation of gabapentin. Concomitant drugs throughout treatment included Valproate and carbamazepine.

There was one report of an abnormal Hgb/Hct:
Patient      (Study 877-210P Center 211) was a 33 yr old male who withdrew from gabapentin 1200 mg because of an elevated hemoglobin and hematocrit. The patient recovered following discontinuation of treatment.

These data do not suggest any pattern of change in hematology variables that could be attributed to gabapentin treatment. While there were 22 routine reports and 8 reports of withdrawal due to low WBC, patients were frequently on other medications which are associated with depression in white count. A synergistic effect cannot be ruled out, however the magnitude of depression in all of these cases was not severe.

**Urinalysis**
The criteria for identifying patients with changes from baseline of potential clinical significance on the urinalysis variables of interest are shown on the table below:

CRITERIA FOR IDENTIFYING PATIENTS WITH POTENTIALLY
CLINICALLY SIGNIFICANT CHANGES IN URINALYSIS VARIABLES

|  | LOW | HIGH |
|---|---|---|
| Specific Gravity | < 1.001 |  |
| pH | < 4 | > 9 |
| Protein |  | > 10 |
| Ketone |  | 4 + |
| Glucose |  | 4 + |
| Red Blood Cells |  |  |
| Female |  | > 10/hpf |
| Male |  | > 8/hpf |
| White Blood Cells |  | > 10/hpf |
| Casts |  | > 9/hpf |
| Epithelials |  | > 50/hpf |
| Crystals |  | > 10/hpf |