Those patients relatively normal at baseline and who then exceed these criteria while on treatment are tabulated and can be found in the table on the following page. There did not appear to be any significant differences between the two groups except for a higher frequency of reports of low urine specific gravity among treated patients as compared to controls. The clinical significance if any of this is not known.

## Proportions of Patients Having Potentially Clinically Significant Changes in Urinalysis Variables in Placebo-Controlled Studies

| Urinalysis Variables | GABAPENTIN | | PLACEBO | |
|---|---|---|---|---|
| | Total Patients | Abnormal (#)    % | Total Patients | Abnormal #       % |
| Spec Grav-Low | 270 | (24)    9% | 156 | (8)    5% |
| Ph-Low | 374 | (15)    4% | 210 | (11)    4% |
| Ph-High | 381 | (27) 75 | 221 | (11) 5% |
| Protein-High | 212 | (9) 14% | 173 | (22) 13% |
| Ketone-High | | | | |
| Glucose-High | 442(9)    2% | 271 | (3) 1% | |
| RBC-High | | | | |
| WBC-High | | | | |
| Casts-High | | | | |
| Epithelials-High | | | | |
| Crystals-High | | | | |

In addition, there was one discontinuation from gabapentin therapy because of an abnormal urinalysis. This was Patient             (Study 877-210G  Center 211) who withdrew from gabapentin because of proteinuria which developed 3 months after starting treatment. It was associated with weight gain which began 4 months into therapy. Serum albumin was not measured during the study. The investigator thought at this was possibly due to medication. There does not appear to have been a renal evaluation into the cause of proteinuria, and there was no follow-up provided to determine if the patient recovered. Concomitant antiepileptic medications were valproate and carbamazepine.

None of the other patients who had complaints of weight gain reported abnormal urinalyses. None of the differences between the gabapentin and the placebo groups was significant. These data did not suggest any pattern of change in urinalysis values that could be reasonably attributed to gabapentin.

Summary
The changes seen in clinical laboratory evaluations during gabapentin adjunctive therapy were infrequent, small in magnitude, and generally not clinically significant. While in general laboratory abnormalities of possible clinical significance were infrequent in controlled

clinical trials, there were rare reports of withdrawals due to abnormal laboratory variables which reached clinical significance in the eyes of the investigators such that they led to discontinuation of drug. In most but not all cases return to normal was seen upon withdrawal of the drug.

The most common findings in clinical laboratory evaluations were decreased white count and altered antiepileptic drug level. Depressed white counts were not only seen most commonly but were reported as the reason for withdrawal in 4 (.19%) patients in all studies. These individuals were all on concomitant treatment with carbamazepine but had normal WBC prior to and in some after gabapentin therapy. The possibility of a synergistic effect on the bone marrow might well be entertained. Regarding the latter, the only three abnormalities in concomitant drug levels which were of clinical significance were in patients on phenytoin, two Asian women for whom no alternative explanation has been given besides interaction and one in whom an interfering drug known to elevate phenytoin levels was used.

The less frequent reports of elevated BUN and creatinine reached clinical significance in one patient who received a single dose and went into renal failure. While the patient had a history of stable renal disease, the possibility of drug effect (in a drug which is excreted 100% renally) cannot be ruled out.

The two cases of thrombocytosis as described above were unassociated with any clinical pathology but remain unexplained. The one patient described with thrombocytopenia and hypoalbuminemia may have had a preexisting autoimmune disorder.

**Vital Signs**

The table below provides criteria for identifying patients with vital signs changes from baseline of potential clinical significance.

### Criteria for Identifying Patients with Potentially Clinically Significant Changes in Vital Signs Variables

|  | LOW | HIGH |
|---|---|---|
| Systolic Blood Pressure | < 90 mm Hg | > 180 mm Hg |
| Change in Systolic BP | Decrease > 30 mm Hg | Increase > 40 mm Hg |
| Diastolic Blood Pressure | < 50 mm Hg | > 105 mm Hg |
| Change in Diastolic BP | Decrease > 20 mm Hg | Increase > 30 mm Hg |
| Pulse | < 50 bpm | > 120 bpm |
| Change in Pulse | Decrease > 30 bpm | Increase > 30 bpm |
| Temperature |  | > 101 Fah |
| Change in Temperature | Decrease > 2 Fah | Increase > 2 Fah |

Those patients in controlled studies who were relatively normal at baseline and who then exceeded the criteria as noted above at some time during treatment are listed in the table below.

Pfizer_LAlphs_0084459

### Proportions of Patients Having Potentially Clinically Significant Changes in Vital Signs Variables in Placebo-Controlled Studies

| Vital Signs Variables | GABAPENTIN | | PLACEBO | |
|---|---|---|---|---|
| | Total Patients | Abnormal<br># % | Total Patients | Abnormal<br># % |
| Systolic BP -Low | 508 | 1 ( 0 ) | 340 | 0 ( 0 ) |
| Systolic BP-High | 508 | 0 ( 0 ) | 340 | 0 ( 0 ) |
| Diastolic BP-Low | 508 | 0 ( 0 ) | 339 | 0 ( 0 ) |
| Diastolic BP-High | 508 | 0 ( 0 ) | 339 | 0 ( 0 ) |
| Heart Rate-Low | 508 | 0 ( 0 ) | 341 | 1 ( 0 ) |
| Heart Rate-High | 508 | 0 ( 0 ) | 341 | 6 ( 3 ) |
| Temperature -Low | 344 | 0 ( 0 ) | 200 | 0 ( 0 ) |
| Temperature-High | 344 | 18 ( 5 ) | 200 | 6 ( 3 ) |
| Weight increase | 502 | 59 ( 12 ) | 336 | 20 ( 6 ) |
| Weight decrease | 502 | 9 ( 2 ) | 336 | 17 ( 5 ) |

The only notable difference between the placebo and gabapentin-treated group was the report of weight gain reported in the latter. Weight gain was also a reason for withdrawal from clinical trials in 9 patients (.43% of all participants in all trials).

**ECG's**
The percentage of patients in a pool of placebo controlled studies with ECG judged to be "more abnormal" as compared to an earlier tracing is shown in the following table is very low. Reports of patients withdrawing from clinical trials due to arrhythmias were rare (.04%) and these included single reports of ventricular extrasystoles, atrial fibrillation and heart block. Another patient who withdrew for other reasons was identified who experienced ECG abnormalities during gabapentin therapy. She is described below:

Patient      ( Study 945-10 Center 1, later coded as Study 945-14 -801 Patient entered double blind treatment with a normal ECG. An ECG obtained 3 months later demonstrated ST segment depression suggestive of myocardial ischemia. An ECG obtained at 4 months demonstrated sinus tachycardia (104/min) , t-wave inversion diaphragmatically suggestive of subendocardial infarction. At 5 months, sinus rhythm, and inverted t-waves and ST-depression in II, AVF, and III. Essentially unchanged from previous. One additional ECG was interpreted as improved. There is no follow-up of this patient.

## 8.6 Special Studies

### Withdrawal Phenomena/Abuse Potential
Abuse potential was not specifically evaluated in clinical trials. A related phenomenon, withdrawal symptomatology as it relates to the increase in convulsive symptoms with discontinuation of treatment was also not specifically evaluated in this study. There were no specific reports of *status epilepticus* associated with withdrawal from gabapentin.

Pfizer_LAlphs_0084460

Preclinical studies (Section 4.0 Pharmacology) evaluated gabapentin in its ability to increase the analgesic potency or effectiveness of narcotic analgesics and found no effect.

## Human Reproduction Data

Little human reproductive data is available for this drug. There have been 8 pregnancies reported during clinical trials in epilepsy with gabapentin. The policy in general with pregnancy reported while on treatment with gabapentin was to terminate the drug as soon as possible after the diagnosis of pregnancy was made. Four pregnancies were allowed to continue to delivery. In one instance the infant was born prematurely and suffered from complications of severe prematurity including respiratory distress syndrome, asphyxia, acidosis, and patent ductus arteriosus. This child also was reported to have an inguinal hernia and pyloric stenosis which have been repaired. Three children were carried to term and are reportedly normal. The four pregnancies were ended by elective abortion of the fetus. Examination of fetal tissues and placenta was performed in only one case. There were no abnormalities reported in this case. There were no pregnancies reported in the nonepilepsy studies. Of the four pregnancies which ended in live birth, the dose and duration of exposures are shown in the table below:

| Study/Center Patient Number | Gabapentin Dose (MG) | Duration of Fetal Exposure | Outcome |
|---|---|---|---|
| 945-14 | 1800 | 56 days | normal term infant (child normal 3 yo) |
| 877-210 PX | 1200 | 99 days | normal term infant |
| 945-14 | 1200 | 90 days | Prematurity/ congenital anomalies |
| 877-210P | unk | unk | normal infant |

Based on the available human data it is not possible to determine the fetal risk if exposed to gabapentin. Cautious interpretation of available data suggests there is the potential for fetal risk with Gabapentin as in other antiepileptic drugs.

## 8.7   Overdose Experience

There have been a total of 5 reports of overdoses from gabapentin. All were nonfatal overdoses and in each case the patient recovered uneventfully. Four of the overdoses involved patients in clinical trials with gabapentin and in all cases involved the ingestion of additional drugs. The fifth involved the child of a study subject who ingested 30 grams of the drug but no other drugs. There were no serious sequelae in any of the above cases. The symptoms included drowsiness, diplopia and slurred speech in the cases of multiple overdose, and dizziness and diarrhea in the case of isolated gabapentin OD.

There is a paucity of relevant detail in these cases. However there were no serious sequelae reported in the four cases of gabapentin overdose. Because blood levels were not available and the exact doses of concomitant drug was not recorded or determined from the cases of overdose,

Pfizer_LAlphs_0084461

one cannot determine the extent of absorption of gabapentin and whether the symptoms experienced by the patients was attributable in part to the other drugs involved in the overdose.

### 8.8 Summary of Serious Events

As required by 21 CFR 312.32 (a), the sponsor used the term 'serious' to describe certain kinds of AEs. Adverse events were reported as serious if they were thought to be immediately life threatening, permanently disabling, or requiring hospitalization, cancer, overdose, congenital anomaly, or other events deemed of medical concern by the PDMM. All hospitalizations were reviewed to determine if the reason for hospitalization was serious. All cases of *status epilepticus* resulting in hospitalization were considered serious. Treatment emergent adverse events requiring pharmacologic intervention either acutely or chronically were not considered as serious adverse events.

A total of 78 adverse events in all trials (2048 patients exposed) were considered serious. This amounts to an incidence of 4% of all exposures to gabapentin. Of interest, serious adverse events did not always result in withdrawal from treatment and these will be discussed in another section of the review. Serious adverse events occurred most often in the nervous system and were generally convulsions, specifically status epilepticus requiring hospitalization (25 reports). Other serious adverse events in order of frequency included brain neoplasm (7), depression (7), drug overdose (6), intracranial hemorrhage (4), pneumonia (3) , suicide attempt. (2) CVA (2) , heart failure(2) , breast cancer (2), and subdural hematoma(2).

Each investigator was asked to report the likelihood of drug attributability, that is, events considered serious but not reasonably attributed to drug or events considered serious and possibly or probably attributed to drug. On the following two pages is a summary of serious adverse events which were thought by the investigator to be unlikely or definitely not related to drug. Immediately following that table is a second table which lists serious adverse events which were thought to be drug related by the investigator. Since there was not agreement about certain types of adverse events, this distinction will be put aside in summary and the events which are considered possible drug related by this reviewer will be discussed as a group under Discussion of Selected Safety Findings in this section.

Summary of Serious Adverse Events Occurring in Gabapentin-Treated Patients and
Considered Unlikely to be Drug-Related

| Study/Patient Number | Age (yrs) | Sex | Dose (mg/d) | Duration (days) | Adverse Event |
|---|---|---|---|---|---|
| | | | | | **CARDIOVASCULAR EVENTS** |
| 877-210D | 37 | F | Unk | 541 | Syncope. Resolved spontaneously. |
| 945-13 | 60 | M | 1200 | 174 | Congestive Heart failure. Resolved after temporarily stopping drug. |
| 945-13 | 66 | M | 2300 | 1271 | Angina Pectoris. Resolved spontaneously. |
| 945-15 | 67 | M | 2400 | 570 | Myocardial infarction, cardiogenic shock, pulmonary edema, ventricular tachycardia, death. |
| | | | | | **CANCERS** |
| 945-13 | 51 | M | 2400 | 1436 | Astrocytoma. Expansion of existing lesion. Died. |
| 945-13 | 49 | F | 1200 | 467 | Breast cancer. Onset during gabapentin therapy. Died. |
| 877-210PX | 37 | M | 1200 | 440 | Neoplasm, brain. New onset during gabapentin therapy. |
| 877-210FX | 67 | M | 2400 | 113 | Lung cancer. Onset during gabapentin therapy. Died. |
| 945-15 | 65 | M | 2400 | 369 | Neoplasm, brain. Onset during gabapentin therapy. Died. |
| 945-14 | 26 | F | 1800 | 151 | Breast cancer. Onset during gabapentin treatment. |
| 945-13 | 70 | M | 800 | 92 | Meningioma (recurring during gabapentin treatment) |
| 945-13 | 39 | M | 2400 | 441 | Prostate carcinoma. (Expanding) |
| 945-13 | 42 | F | 2400 | 146 | Non-Hodgkin's Lymphoma. Onset during gabapentin therapy. |
| 945-13 | 35 | M | 2400 | 379 | Astrocytoma (recurrent) |
| | | | | | **GASTROINTESTINAL** |
| 877-210PX | 33 | F | 600 | 1327 | Appendicitis |
| 945-14 | 41 | M | 900 | UNK | Cholecystitis |

Pfizer_LAlpha_0084463

104

| ID | Age | Sex | Dose | | Event |
|---|---|---|---|---|---|
| 945-14 | 29 | F | 1200 | 112 | Stomach ulcer/ hemorrhage (gastric bleeding gastric banding surgery) |
| 077-210G | 59 | M | 1200 | 417 | Lower respiratory infection. **PULMONARY EVENTS** |
| 077-21PX- | 37 | M | 1200 | 113 | Pneumonia. this patient was also reported because of the astrocytoma which expanded while on treatment. Died. |
| 945-15 | 33 | M | 2400 | 585 | Pneumonia. Pt recovered while still on treatment. |
| 945-36 | 44 | M | 800 | 7 | Patient died with diagnosis of pneumonia septic shock and status epilepticus. He had experienced flu-like symptoms for one week prior **NEUROLOGICAL EVENTS** |
| 077-210PX | 30 | F | 1200 | 611 1171 | Status epilepticus |
| 945-5 | 35 | F | 0 | | Status epilepticus |
| 945-13 | 33 | F | 2400 | 225 | Status epilepticus. |
| 945-13 | 27 | M | 2000-2400 | 1003 906 | Patient was withdrawn from treatment **Status epilepticus** |
| 945-5 | 22 | M | 2400 2400 | 177 | Subarachnoid hemorrhage post traumatic, following a seizure) |
| 945-13 | 40 | M | 2400 | 738 | Intracranial hemorrhage. Pt was also reported to have a brain tumor recurrent during treatment with gabapentin. Medication was discontinued |
| 945-13 | 29 | F | 2400 | 292 | Cerebrovascular accident. Treatment was continued and the patient showed recovery with sequelae. |
| 945-13 | 36 | M | 2400 | 1226 1305 1306 | Status epilepticus |
| 945-13 | 42 | M | 2400 | 526 | Convulsions (increased seizure activity) |
| 945-13 | 28 | F | 1800 | 426 537 | Status epilepticus Subdural hematoma Status epilepticus |
| 945-14 | 29 | M | 1800 | 603 | Intracranial hemorrhage. Died Status epilepticus |
| 945-15 | 37 | F | 2400 | 187 | Status epilepticus |
| 945-15 | 45 | M | 2400 | 95 | Status epilepticus |
| 945-15 | 36 | M | 2400 | 97 | Status epilepticus |

Pfizer_LAlpha_0084464

| Study | Age | Sex | Dose | No. | Description |
|---|---|---|---|---|---|
| 945-15 | 41 | M | 1400 | 71 | Status epilepticus. Intracranial hemorrhage. The patient suffered a second intracranial hemorrhage and this was reported as possibly related to the drug (day 196). Somnolence (lethargy), and dysarthria |
| 945-15 | 51 | M | 1800 | 125 | Status Epilepticus |
| 945-15 | 41 | M | 2400 | 714 | Status Epilepticus |
| 945-15 | 19 | M | 2400 | 485 | Head injury (extradural hemorrhage) |
| 945-15 | 21 | M | 1000 | 264 | Status epilepticus |
| 945-16 | 20 | M | 1800 | 105 | Status epilepticus |
| | | | | | **PSYCHIATRIC** |
| 945-16 | 27 | M | 2400 | 251 | Depression with suicidal ideation |
| 945-15 | 36 | F | 300 | 28 | Depression with suicidal ideation |
| 945-13 | 17 | M | 2400 | 166 | Suicidal ideation and attempted suicide. Depression was reported on day 13 as possibly related to the drug. Recovered while on medication |
| 945-13 | 27 | M | 2000 | 266 | Depression with suicidal ideation. Later reported status epilepticus, subarachnoid hemorrhage and death |
| | | | | | **DRUG OVERDOSE** |
| 077-210P | 18 | M | 1200 | 65 | Drug overdose |
| 945-13 | 32 | M | 8000 | 180 | Drug overdose |
| 945-16 | 17 | F | 1800 | 217 | Drug overdose (accompanied by phenytoin overdose) |
| 945-16 | 32 | F | 1800 | 83 | Drug overdose (phenytoin overdose also) |
| | | | | | **OPHTHALMOLOGIC** |
| 945-15 | 20 | F | 2400 | 419 | Cataract |
| | | | | | **RENAL** |
| 945-13 | 52 | M | 2400 | 919 | Nephrosis/ traumatic acute hydronephrosis |
| | | | | | **HEMATOLOGIC** |
| 945-14 | 50 | F | 900 | 421 | Leukopenia |
| 945-14 | 43 | F | 1800 | 792 | decreased platelet count |

Pfizer_LAlpha_0084465

NDA #20-235 Medical-Statistical Review

106

| 945-15 | 18 | F | 2100 | 106 | Viral Syndrome |
| 945-15 | 20 | F | 2400 | 671 | Cellulitis |
| 945-15 | 21 | M | 2100 | 309 | **MISCELLANEOUS** Fever |
| 945-15 | 10 | F | 2400 | 83 | Anemia |

Pfizer_LAlphs_0084466

NDA #20-235 Medical-Statistical Review                                              107

Summary of Serious Adverse Events Occurring in GABAPENTIN-Treated
Patients Considered Possibly or Probably Drug-Related by the Investigator
(N=2046 or 1961 patient years)

| Study/ Patient # | Age (yrs) | Sex | Dose (mg/d) | Duration (days) | Adverse Event |
|---|---|---|---|---|---|
| | | | | | **Neurological** |
| 945-5X | 19 | F | 2400 | 88 | Status Epilepticus |
| 945-15 | 18 | F | 2400 | 241 | Status Epilepticus |
| 945-36 | 44 | M | 800 | 105 | Status, Epilepticus |
| 945-15 | 51 | M | 1800 | 196 | Intracranial Hemorrhage |
| | | | | | **Psychiatric** |
| 945-13 | 17 | M | 1200 | 13 | Depression. Attempted suicide day 166 |
| 945-15 | 23 | F | 1200 | 10 | Depression |
| 945-15 | 36 | M | 1200 1500 | 1 270 | Depression: treatment emergent -pt has had depression in past. Resolved with dose reduction (revision indicated that this was not WDAE since it was not) Depression with suicide ideation improved on tapering and dc |
| 945-14 | 31 | F | 1800 | 254 | Depression with suicide ideation returned on rechallenge. Drug Overdose |
| 945-15 | 17 | F | 2000 | 384 | Depression and attempted suicide |
| B77-210P | 18 | M | 1200 | 65 | Drug Overdose |
| | | | | | **Other** |
| 945-36 | 50 | M | UNK | 16 | Allergy (rash and fever) |
| 945-36 | 66 | M | 400 | 1 | Renal Failure: Patient with history of stable renal disease went into renal failure after one dose |
| 945-15 | 29 | M | 1200 | M | Bloody diarrhea |

Pfizer_LAlpha_0084467

### Serious Adverse Events Considered Drug Related

Serious AE considered possibly drug related included drug overdose, depression with suicidal ideation/drug overdose, *status epilepticus*, renal failure.

### Drug overdose

Patient        (Study 877-210P Center 214)  took an overdose of medication.  While no other adverse events were reported as serious in association, the investigator though that this overdose was possibly drug related.

Patient         (Study 945-14 Center 801) took an overdose of medication. While no other adverse events were reported as serious in association, the investigator though that this overdose was possibly drug related

### Depression:

Patient        (Study 945-13 Center 14) reported severe depression and attempted suicide. Depression was thought to be possibly related to gabapentin in this patient.

Patient        (Study 945-15 Center 1) was reported to have experienced depression with suicidal ideation  on numerous occasions while on treatment with gabapentin. The investigator thought that this was probably due to medication and he ultimately discontinued the drug.  SEE CRF.

Patient        (Study 945-15 Center 19) was reported to have depression and attempted suicide. Thought to be possibly related to the drug.

### Status epilepticus

There were 25 patients who had *status epilepticus*  which resulted in a hospital visit.  These events were considered serious.  Not all patients who withdrew from studies because of *status epilepticus* were included  in the listing of adverse events considered serious.

### Discussion of Selected Serious Safety Findings

Certain adverse events emerged as both serious and frequent.  Due to the nature of the reporting process it was initially difficult to determine the magnitude of these and therefore how much of a safety issue they represent.  These include seizures/status; depression/suicide/overdose and cancers.  The table on the following page  reflects some of the important adverse events reported through the variety of mechanisms and how they are distributed  in terms of severity.

Not all patients who withdrew from studies because of *status epilepticus* were included  in the listing of adverse events considered serious.  *Status epilepticus* was reported as a serious adverse event only when it led to hospitalization.  There were 37 patients who reported status epilepticus as an adverse event during clinical epilepsy studies with gabapentin.  There were 25 patients who had *status epilepticus*  which resulted in a hospital visit.  The result of this arbitrary distinction was underreporting in this category.  For example there were numerous cases of seizure flurries some lasting up to several  days at a time which were not considered

## Important Adverse events Reported through Various Categories

| Adverse Event | Total Reports (N=1700) | Withdrawals N=2048 | "Serious" Reports N=2048 | Deaths N=2048 |
|---|---|---|---|---|
| Seizures: | 118  (8.1%)[1] | 372 | 0 | 12 |
| Status | 0 | 8 | 25 | 1 |
| Twitching | 23 | 2 | 0 | 0 |
| Myoclonus | 1 | 0 | 0 | 0 |
| | | | | |
| Depression all symptoms | | | | |
| Depression | 78  (5.3%)[3] | 9 | 7 [4] | 0 |
| Suicidal | 4 | 2 | * | 0 |
| Suicide gesture | 1 | 0 | 2 [5] | |
| OD  (intentional) | 5 | 0 | 6 | 0 |
| | | | | |
| Tumors | | | | |
| general | 1 | 0 | | |
| abdominal | 1 | 0 | | |
| lymphoma | 1 | 1 | 1 | 1 |
| brain | 7 | 4 | 7 | 3 |
| lung | 1 | 0 | 1 | 2 |
| bladder | 1 | 0 | | 0 |
| breast | 2 | 1 | 2 | 0 |
| prostate | 1 | 0 | 1 | 0 |
| all tumors | 12[6] | 6 | 12 | 6 [7] |
| | | | | |
| Deaths | 12 | 4 | | 23 |

[1] In here are included an undetermined number of cases of status epilepticus and prolonged seizure flurries which are not reported under serious adverse events  because they did not require hospitalization.  The exact number is not known.

[2] Note that a total of 488  patients withdrew because of LOE

[3] Seven cases of depression w/ suicidal ideation were reported in SU-2 text p. 45.  This group also includes patients with mild or no depression on recruitment who required intervention with one or more antidepressant drugs while on treatment with gabapentin.  These patients appear to have failed through the cracks

[4] Includes only depression with suicidal ideation.

[5] Not the same patients as above

[6] Actually there were 18 reported in table 14 Safety Update-2

[7] This includes three patients who died after they were discontinued from medication but whose tumor began during treatment.

## Discussion of Selected Serious Safety Findings (cont'd)

serious because they did not result in hospitalization including patients in nursing homes who were treated on site. The extent to which *status epilepticus* occurred and was not reported as serious or did not result in withdrawal cannot be accurately determined. Regardless, then, of the actual frequency of *status epilepticus*, it was not considered by individual investigators as drug related in certain cases, and yet in other cases it was thought to be possibly or definitely drug related. It could be argued that in certain cases failure of the antiepileptic to provide adequate protection against *status epilepticus* is not an adverse event caused by the drug, rather a failure of the drug to perform its purported effect. However as noted above there were numerous individuals who in controlled trials developed a worsening of their seizures from baseline to a greater magnitude than did placebo controls. One could argue, that in these patients the presence of increased seizure activity may have been a side effect of the drug rather than lack of effect.

A total of 118 patients reported seizures as adverse events. Of these, 37 patients withdrew from studies because of seizures reported initially reported as an adverse event. In addition there were 12 patients who died due to complications of seizures and an additional 24 patients required hospitalization due to *status epilepticus*. There were also 451 patients who withdrew from gabapentin because of lack of efficacy. At the request of this reviewer these 451 were grouped with the 37 patients who withdrew because of seizures , since the failure to control seizures was ultimately the reason for withdrawal in both groups. It is recognized that some or all of these 37 patient may have been actually withdrawn from therapy because their seizures were worse. That information is currently not available. Assuming that the withdrawals and deaths had been previously reported as adverse events among the 118 adverse events: convulsions, then there are 569 patients either reported seizures as an adverse event or withdrew from studies because seizures were not adequately controlled or actually worse than before treatment.

In examining the subset of patients who developed *status epilepticus* during epilepsy studies, prior history of status was obtained. Of 31 patients who withdrew from epilepsy studies because of *status epilepticus*, 14 patient had never experienced *status epilepticus* before, and a one had never experienced *status epilepticus* while on treatment with an antiepileptic drug . Many of these patients were not considered to have had a serious adverse event, since they were not hospitalized. A spot check of case report forms revealed other patients who experienced prolonged seizure flurries (one patient did not stop for 8 days) who was not reported in any category. This apparent underreporting was most likely an artifact of the criteria set forth for defining adverse events.

In another way, looking at seizures as adverse events, the possibility of exacerbation of seizures on treatment was considered. Based on the reading of the case report forms in the three main placebo controlled studies, there was a small subset of the study population which appeared to become worse on drug than baseline as compared to placebo and that the degree of worsening was marked in some cases particularly in study 945-5.

In the original NDA 37 patients of adverse events recorded as seizures. This group was later reclassified as LOE at the request of FDA in an effort to obtain a better idea of how many withdrawals related to seizure activity. These case reports were reviewed in more detail and

It was found that the majority patients (35/37) withdrew due to seizure exacerbation or *status epilepticus* rated as moderate to severe. There were 22/37 (60%) whose exacerbation was thought to be possibly, probably, or definitely attributable to drug by investigators. The mean duration on drug before withdrawal due to seizures was 166 days.

In summary, there appears to be a small subset of patients treated with gabapentin who ostensibly become worse. Evidence which has led to this hypothesis includes 1) seizure counts obtained from DBPC trials in which seizure frequency increases by a greater magnitude in gabapentin treated patients than in placebo patients, and 2) the development of *status epilepticus* in patients who have never experienced status in the past or who have not experienced status since childhood. The characteristics of this population is not yet well defined but this should be further evaluated by the sponsor.

## Tumors

A total of 16 tumors were reported in association with gabapentin therapy. These are listed by tumor type in the table on the following page. There was a total of 11 brain tumors. Of these six were recurrent or expanding tumors that were dormant prior to entering studies, and three were emergent during treatment, two were newly diagnosed tumors arising after discontinuing a prolonged course of gabapentin (9-10 months), and one was a recurrence of a tumor that was dormant and arose shortly after discontinuing 3 weeks of gabapentin therapy. The deaths due to brain tumors were evaluated in the context of expected incidence rates. The question arises in the cases of preexisting stable lesions whether the course of the disease was accelerated by the drug. One could maintain that in the cases where a preexisting stable tumor became worse, the natural history of the disease might have predicted the same outcome, however, one could also argue that progression of the tumors was temporally associated with worsening and the possibility of causation cannot be ruled out on the basis of the available information.

Other tumor types included 2 cases of treatment-emergent breast cancer following treatment with 1200-2400 mg for 146 to 440 days. Two cases of lung cancer, one in the case of a chronic smoker. One patient had prolonged exposure to a high dose of gabapentin (2400 mg for 1437 days), the other had low dose and brief exposure.

In summary there appear to be no particular patterns of dose/duration of exposure and any particular tissue type of tumor with the exception of the brain. The only concern is that there is a particularly high incidence of astrocytoma either treatment emergent or recurrent/expanding. This raises the specter of carcinogenicity to the target organ of this drug, the brain.

Pfizer_LAlphs_0084471

NDA #20-235 Medical-Statistical Review

112

Table 8.8
Tumors Associated with Gabapentin Therapy

| Study /pt | Age | Sex | Dose | Duration | Tumor:Comments |
|---|---|---|---|---|---|
| | | | | | Brain Tumors |
| 945-13 | 51 | M | 2400 | 467 | Astrocytoma |
| | | | | | Comment: Treatment emergent |
| 877-210PX | 37 | M | 1200 | 223 | Astrocytoma |
| | | | | | Comment: DIED. Expansion |
| 945-5 | 22 | M | 600 | 84 | Brain Tumor |
| | | | | | Comment: Recurrence |
| 945-13 | 36 | M | 2200 | 369 | Brain Tumor |
| | | | | | Comment: DIED. Expansion |
| 945-13 | 39 | M | 2400 | 441 | Meningioma |
| | | | | | Comment: Recurrence |
| 945-15 | 26 | F | 1800 | 151 | Astrocytoma |
| | | | | | Comment: Recurrence |
| 877-035X | 32 | M | 1500 | 20 | Astrocytoma |
| | | | | | Comment: Recurrence found 9 days after Rx stopped |
| 945-13 | 36 | F | 2400 | 304 | Astrocytoma |
| | | | | | Comment: Discovered 707 days after treatement stopped |
| 945-15 | 23 | F | 2100 | 264 | Astrocytoma, Grade II |
| | | | | | Comment: Had abnormality on MRI by history; tumor found 171 days after stopping gabapentin |
| 945-15 | 28 | M | 1800 | 703 | Astrocytoma: recurrence |
| | | | | | Comment: Grade I Astrocytoma resected in 1984. Dormant until day 703 of treatment. |
| 880-130 | 34 | F | 900 | 150 | Astrocytoma: recurrence |
| | | | | | Comment: Withdrawn from treatment for surgery on astrocytoma day 164 |

Pfizer_LAlpha_0084472

NDA #20-235 Medical-Statistical Review

113

| Study | Age | Sex | Dose | | Diagnosis | |
|---|---|---|---|---|---|---|
| 077-210PX | 49 | F | 1200 | 440 | Breast Cancer<br>Comment: Diagnosed during treatment. | Breast |
| 945-13 | 42 | F | 2400 | 146 | Breast Cancer<br>Comment: Diagnosed during treatment. | Lung |
| 945-13 | 63 | M | 1000 | 45 | Lung Cancer<br>Comment: DIED. Tumor found 2 mos after drug stopped | |
| 945-13 | 65 | M | 2400 | 1437 | Lung Cancer with mets to brain<br>Comment:DIED. History of malignoma in 1946, prostate Ca in 1986 30 PY smoker. Diagnosed during treatment. | Prostate |
| 945-13 | 71 | M | 800 | 141++ | Prostate Carcinoma<br>Comment: | Lymphoma |
| 945-14 | 41 | M | 1200 | 379 | Non-Hodgkin's Lymphoma<br>Comment:DIED. Diagnosed during treatment.IS | |

Pfizer_LAlphs_0084473

### Depression/Suicidal Ideation/ suicide attempt

In the total exposed population of the NDA 78 (5.3%) patients reported depression as an adverse event. This included one subject in a phase 1 study. There were 7 reports of depression as serious adverse events, and 9 patients who withdrew from studies because of depression.

There may be some underrepresentation of certain categories. For example, in some cases depression was reported as a serious adverse event, particularly if it resulted in hospitalization or was associated with suicidal ideation. However numerous examples were identified among the CRFs where a patient developed treatment emergent depression where pharmacological intervention was required and the report of a serious adverse event was not made. The actual incidence of treatment emergent depression in which pharmacologic intervention was begun and maintained throughout the course of a study. The firm has provided the FDA with a breakdown of the patient who reported depression as an adverse event, and it is found that of the 78 patients who reported depression as an adverse event, 19 had no prior history of depression, and 22 patients required treatment for their symptoms.

### Cataracts

Cataracts were reported by 3 patients . Prior examinations are not yet available in two and was not performed in one.

### Summary of Drug Interactions

Numerous studies have been conducted to evaluate drug interaction with gabapentin. They are summarized briefly below, although more detail can be found in the discussion of Pharmacology (NDA Review 4.0).

Based on the results of the available studies there appears to be no evidence for pharmacologic interaction between gabapentin and phenobarbital, phenytoin, valproate, or carbamazepine. Further it has been shown that gabapentin does not induce hepatic mixed function oxidases that are responsible for the metabolism of many antiepileptic drugs.

Among the adverse events considered serious were two isolated reports in Asian women of "overdose" involving phenytoin as a concomitant medication.    Each of these cases were unintentional and occurred in the setting of prescribed medication. The first was an Asian woman who reported toxic phenytoin levels (> 29 µg/ml) and who was symptomatic. She required reduction of the dose of phenytoin from 330 mg/day to 200 mg/day TDD. The second involved an Asian woman who also reported toxicity with phenytoin (phenytoin level was 30.27 µg/ml) and was also symptomatic. Her phenytoin dose was reduced

A number of nonepileptic drugs were evaluated for interaction. These included maalox, cimetidine, norethindrone, and probenecid. It appears that the bioavailability of gabapentin is reduced following coadministration with Maalox. The effect of Maalox on the bioavailability of gabapentin is dependant upon the time of administration. A lesser effect is seen when Maalox is administered 2 hours before gabapentin. A more pronounced effect was seen when Maalox

                                                          Pfizer_LAlpha_0084474

was given concomitantly or within 2 hours after gabapentin. Cimetidine coadministration has been shown to alter the renal clearance of gabapentin to a slight degree. The clinical significance of this drug interaction is not yet known. Probenecid has no effect on the renal excretion of gabapentin. The oral contraceptive norethindrone (Norlestrin) was evaluated for a possible interaction with gabapentin. It appears that the multiple dose pharmacokinetic profile of norethindrone is not affected by gabapentin.

No other obvious drug interactions were elicited in review of the adverse event data from clinical trials with gabapentin. While every effort was made to minimize the number of concomitant drugs beyond the antiepileptic drug products required for seizure control. Review of case report forms and tabular summaries indicated that additional drugs were used frequently in combination with gabapentin.

## Drug demographic Interactions
The demographics of the gabapentin development program suggest that the extremes of age are not well represented. The incidence of adverse events increased slightly with age in patients treated with both gabapentin and placebo, but to a greater extent in the treated group. One preliminary study did reveal that AUC $_{(0-\infty)}$ for gabapentin increased with age (see above).

The adverse event profile for men and women was similar in all epilepsy studies with gabapentin.
Caucasians were overrepresented in gabapentin studies. It is not possible to determine, based on the small numbers of blacks and orientals if there is an interaction with race. However, as noted above there is the suggestion of an interaction with two reports of phenytoin toxicity in Asian women treated with gabapentin and phenytoin. There needs to be further evaluation of this phenomenon as it might suggest a pharmacogenetic interaction.

No effect of sex on the incidence of particular adverse events was appreciated. demographic/adr tables)

## Pediatric Subjects
There have been no pediatric subjects exposed to Gabapentin.

## Drug-Disease Interactions

There is limited clinical experience with the use of gabapentin in systemic disease. In fact every effort is made in clinical trials with epilepsy to avoid patients who are suffering from underlying systemic illness. There have been several interaction studies specifically performed in an effort to explore the possibility of interaction between gabapentin and systemic disease, specifically renal and hepatic disease, using limited doses and duration of treatment.

In renal disease pharmacokinetic studies it was shown that impaired renal function resulted in higher plasma gabapentin concentrations, longer $t_{1/2}$, and greater AUC $_{(0-\infty)}$. Decreases in gabapentin CL/F and CL$_r$ are linearly correlated with CL$_{cr}$. It has also been shown that age-related alterations in renal function are responsible for altered gabapentin pharmacokinetics.

Confidential



Gabapentin AUC $_{(0-\infty)}$ increases, and CL/F and $\lambda_z$ decreases as age increases. Thus it is recommended that gabapentin dosage be reduced in patients with renal dysfunction and in patients with age-related renal impairment according to the gabapentin clearance.

Gabapentin was evaluated in the context of hemodialysis. It was found that routine hemodialysis (three times weekly) lowers plasma gabapentin concentrations and decreases the apparent $t_{1/2}$ of gabapentin 2.5 fold. Pharmacokinetic results indicate that administration of gabapentin following each 4-hour hemodialysis treatment should achieve similar steady state peak and trough concentrations to those in subjects with normal renal function receiving gabapentin q8h.

There as been one report of a patient with impaired renal function, who, after receiving a single 400 mg dose of gabapentin, developed acute renal failure from which he has not recovered. (CRF)., While causation cannot be ascertained with certainty this suggests caution in the administration of gabapentin to patients with impaired renal function.

The interaction of gabapentin with hepatic disease was not studied. It is presumed that this was not evaluated because the drug is not metabolized in humans. No hepatic enzyme elevations of significant magnitude were reported during treatment with this drug.

### 8.10    Summary, Conclusions, and Recommendations

As of the data cut-off date of September 30, 1992, data from clinical trials involving 2048 subjects indicate that Gabapentin has a safety profile that is generally good but about which there remain several important concerns. Emphasis in this review has been on deaths and discontinuations from treatment occurring in association with Gabapentin as well as general reporting of adverse events.

The maximum dose in the placebo-controlled efficacy trials was 1800 mg/day, however, the firm has some experience in open extension use with doses up to 3600 mg in patients who did not derive benefit from lower doses. No delayed adverse effects were definitively identified in the long-term studies. The maximum duration of exposure is approximately 7 years in a few patients, with the majority of exposure of relatively shorter duration of 6 months to one year. The few overdoses reported with gabapentin showed no significant toxicity acutely with high doses. (Levels were not obtained)

The sedative side effects of gabapentin are prominent. The most frequently reported adverse experience was convulsions, followed by somnolence, dizziness, ataxia, fatigue, nystagmus, tremor and diplopia. In studies designed to characterize the adverse experience profile of gabapentin (in phase 1)headache, somnolence and fatigue, were also the most frequently reported events. Adverse events relating to the nervous system were most common and they were also the most commonly reported adverse events associated with withdrawal from treatment.

The greatest advantage of this drug could be the apparent lack of clinically significant pharmacokinetic interactions with concomitant AEDs. However, gabapentin administered adjunctly with other antiepileptic drugs resulted in an increased incidence of adverse events, such as a diplopia and depressed WBC seen with carbamazepine and gabapentin. These were generally mild in severity and most improved over time.

Gabapentin appears to lack significant hepatic and bone marrow toxicity.

Less common but more serious events may limit the drug's widespread usefulness. One of these is that seizures may become significantly worse, or lead to *status epilepticus* in a small subset of the treated population. A second is that the incidence of malignancies reported with only limited extended use of the drug coupled with the preclinical evidence that the drug may be carcinogenic. While causation has not been demonstrated in either the genesis or the expansion and recurrence of tumors, the firm has not provided convincing evidence that the drug does not cause or accelerate tumor growth in man. A third is that depression, while it may be not an infrequent occurrence in the epileptic population, may become worse and require intervention or lead to suicide, as it has resulted in some suicidal attempts. A fourth concern that a drug that is 100% cleared by the kidneys may in a small segment of the population be nephrotoxic. Adjustments in dose are recommended with increasing age and with renal failure. Fifth, the limited experience with gabapentin in pregnancy cannot rule out some risk of teratogenicity.

The attrition rate from treatment with gabapentin is high, approximately 63% (all epilepsy studies), however, this is not due primarily to adverse events, which account for only about 7% of all patients in clinical trials. The high dropout rate is due in part to lack of sustained efficacy, seizure exacerbation and an "other", a category which includes largely unclassified dropouts but also dropouts due to lack of efficacy, loss to follow-up, patient preference, and some. Discontinuations due to adverse events were reviewed. There were 3 cases of renal failure, some arrhythmias, 18 tumors reported, convulsions, 3 cataracts, and one case of atrial flutter, weight gain, low white count. There were no significant laboratory abnormalities identified that were seen consistently or frequently.

As of September 30, 1992 nineteen patients with epilepsy have died while receiving Gabapentin and an additional three patients died after discontinuing gabapentin but of a process that began during treatment, specifically cancer. The deaths were of diverse etiology, although twelve may be categorized as complications of inadequate seizure control and sudden unexplained death in epilepsy and six deaths were related to tumors that emerged or enlarged during gabapentin therapy. Whether these deaths due to tumors are related to therapy will be a matter for future studies or postmarketing surveillance.

In its clinical database of 2048 patients, gabapentin has a risk profile that is uncertain, with five groups of important adverse events that have not yet been fully characterized, specifically, seizure exacerbation, carcinogenicity, clinically important depression, renal failure and teratogenicity. Accumulated long range safety data are limited by the excessive attrition due to apparent lack of sustained efficacy.

Confidential

NDA #20-235 Medical-Statistical Review

**..0    Conclusions based on Statistical Analyses**

**Study    877-210P[25]:**

The analyses of response ratio, responder rate and global improvement have statistically demonstrated the efficacy of gabapentin as add-on therapy in the treatment of partial seizures in patients with medically uncontrolled epilepsy.

**Study    945-626:**

The analyses of response ratio, responder rate and global evaluation have statistically demonstrated the efficacy of gabapentin (for 900 mg/day as well as 1200 mg/day) as add-on therapy in the treatment of partial seizures in patients with medically uncontrolled epilepsy.

**Study    945-527:**

This study failed to provide statistical evidence to support the sponsor's claim of efficacy of gabapentin 1200 mg/day over placebo. However 1800 mg/ day did appear superior to placebo in two of the major efficacy variables, Responder rate and Response ratio with seizure flurries included in the intent-to-treat analysis.

**Study    945-9/1026:**

The sponsor concedes that definite conclusions cannot be drawn from these results regarding the efficacy of gabapentin, 900 mg/day and 1200 mg/day, as  as add-on therapy in the treatment of partial seizures in patients with medically uncontrolled epilepsy because of the small size of these studies.  No statistical analysis was performed on the 1200 mg group.

---

25 Refer to pp. 27-34 of this review.

26 Refer to pp. 48-53 of this review.

27 Refer to pp. 64-69 of this review.

28 Refer to pp.72-73 of this review.

Confidential

NDA #20-235 Medical-Statistical Review                                                119

## 0· Recommendations

In conclusion NDA 20-235 is approvable with appropriate and prominent labelling for use in a specific population.    Specifically labelling should reflect that while short term efficacy has been demonstrated as add-on treatment in the refractory partial epilepsy population,   the firm has not demonstrated that this effect is sustained. Additionally, in a subset of the epilepsy population, seizure exacerbation may occur, such as *status epilepticus* in patients who have not previously experienced status.   The as yet unknown risk of carcinogenicity should be considered against possible limited benefit.


Baldeo K. Taneja, Ph.D.
Mathematical Statistician (Biomedical)


S. Edward Nevius, Ph.D. (concur)


.ya D. Dubey, Ph.D. (concur)


Cynthia G. McCormick, M.D.
Clinical Reviewer


Russell Katz, M.D. (concur)


CC:NDA 20-235
HFD-120
HFD-120/Leber/Katz/McCormick/Chamberlin
HFD-713/Dubey/Group 2 File/Taneja
HFD-344/Lisook

This review contains 119 pages of text

Confidential