EXHIBIT 17

# FDA FOI
# Documents
# For
# Neurontin NDA
# Approval

Confidential

*Please return to: L. LaMoreaux*



**PARKE-DAVIS** PHARMACEUTICAL RESEARCH                    **Memorandum**

People Who Care

To: Distribution                                          July 28, 1994

From: J. L. Turner

Subj: FDA FOI Documents for Neurontin NDA Approval

Attached for your area of responsibility are the FDA documents available under FOI after approval of the Neurontin NDA. Please review this not only for FDA's opinion on this NDA approval, but also for what documents and information ultimately may become available under FOI once an NDA is approved. Note that the Biopharmaceutics review of the human PDM data is not yet available under FOI.

Distribution:
M. Pierce: Clinical Research
M. Rieger: Clinical Communications
L. LaMoreaux: Biometrics
C. Taylor: Pharmacology
J. Herman: Toxicology
L. Radulovic: PDM
H. Bockbrader: PDM
A. Brankiewicz: Chemistry, Manufacturing, and Controls

cc: without attachments
I. Martin

Confidential                                          Pfizer_LAlphs_0084339



Confidential

Pfizer_LAlphs_0084340

**MEMORANDUM**

DATE:      October 11, 1993

FROM:      Russell Katz, M.D.
           Division of Neuropharmacological Drug Products

TO:        File, NDA 20-235

SUBJECT:   Supervisory Overview of Safety and Efficacy Data for NDA 20-
           235, Neurontin as Adjunctive Therapy for Patients with Partial
           and Secondarily Generalized Tonic-Clonic Seizures

**BACKGROUND**

NDA 20-235, Neurontin (gabapentin) for the treatment of partial seizures,
was submitted by Parke-Davis on January 31, 1992.  Of interest is the
fact that this drug was discussed in a closed Advisory Committee meeting
on October 24, 1991.  At that meeting, the Division asked for the
Committee's views on a finding of pancreatic acinar cell carcinoma in
male rats exposed to gabapentin (the Division had suspended clinical
testing of gabapentin as a result of this finding).  At that meeting, in
which experts in the interpretation of these lesions were invited to
participate, the Committee decided that continued clinical testing was
warranted, although they recommended that the sponsor perform several
additional tests to help further characterize the lesion, some of which are
on-going at this time.

Following is a relatively brief overview of the safety and effectiveness
data contained in the NDA.

**EFFICACY**

The sponsor has submitted the results of 4 randomized, placebo
controlled, double blind parallel group add-on studies in patients with
refractory partial seizures.  One of the studies, 945-9/10, represents an
unplanned pooling of 2 individual studies, 945-9 and 945-10.  These
studies were designed as separate, small studies, (each following
protocols essentially identical to 945-6) in which the objective was to
measure CSF levels of gabapentin.  After the trials were complete, the

Pfizer_LAlphs_0084341

sponsor pooled the results, and presented them as a single study. The combined trial did not detect a statistically significant difference between drug and placebo (although trends were reported), and will not be discussed further in this memo. Therefore, the Division has reviewed in depth the remaining 3 controlled clinical trials.

## 877-210p

This was a randomized, double blind, placebo controlled parallel group trial in patients with refractory partial seizures in which experimental therapy was added-on to the patients' existing AEDs.

Patients on maximum doses of 1 or 2 AEDs who had a history of at least 1 partial seizure/week were eligible for enrollment into the trial. Patients meeting these criteria were randomized into a 3 month baseline period, to be followed by treatment for 14 weeks with gabapentin, 400 mg TID or placebo (during the first 2 weeks of the treatment phase, the dose was titrated to the maximum dose). During the baseline phase, patients' concomitant AEDs were to be held constant, and their seizure frequency recorded. If, after the 3 month baseline, they still continued to average at least 1 seizure/month, they continued into the treatment phase. The primary outcome variable as stated in the protocol was the Responder Rate, defined as the proportion of patients in each treatment group who experienced a decrease in seizure frequency of at least 50% of their baseline rate.

## RESULTS

The study was performed at 9 centers in the U.K. A total of 127 patients were randomized, 66 to placebo, 61 to gabapentin. A total of 12 patients withdrew before completion, so that 61 placebo and 54 gabapentin patients completed the study. All patients completed the baseline period.

The sponsor performed 2 analyses. The first set of analyses were performed on an Evaluable Patients Subset, which included those patients who:

1) had a baseline seizure frequency of at least 1/week,

2) had treatment of at least 56 days during the baseline phase, and 56

Pfizer_LAlphs_0084342

days during the treatment phase,

3) did not stop treatment for more than 14 consecutive days during the treatment phase.

Additionally, they performed an analysis of an intent-to-treat population, which included all patients who received at least one dose of study medication; therefore, all 127 patients were included in the analysis of Responder Rate. An additional analysis was performed on the Response Ratio, defined as T-B/T+B, where T= Seizure frequency on Treatment, and B= Seizure frequency during baseline (this variable was the primary variable in the 2 subsequent studies, and therefore, it is useful to examine it here). The more negative the value, the greater the reduction in seizures; a value of -0.33 corresponds to a 50% reduction in seizures on treatment compared to baseline. While numeric values calculated according to this formula have no obvious meaning (as opposed to the easily understood seizure frequency, for example), it is related to seizure frequency, and has statistical properties (e.g., may be more likely to be normally distributed than seizure frequency) that make it amenable to parametric analyses. For the Response Ratio variable, 64 placebo patients and 57 gabapentin patients were included.

The following results were obtained:

|  | Evaluable Pts. | Intent-to-Treat |
|---|---|---|
| **Responder Rate** | | |
| Placebo | 6/61 (9.8%) | 6/66 (9.1%) |
| Gabapentin | 13/52 (25%) | 14/61 (23%) |
| **Response Ratio (mean)** | | |
| Placebo | -0.051 | -0.04 |
| Gabapentin | -0.201 | -0.204 |

All appropriate analyses (ANOVA for Response Ratio, Mantel-Haenszel for Responder Rate) yielded 2 sided p-values of less than 0.05 for each variable and each population. The Agency analyses agreed with those of the sponsor. There were no baseline differences on relevant variables (duration of epilepsy, number of concomitant AEDs, baseline seizure frequency). There was, however, a treatment-by-center interaction on the

Pfizer_LAlpha_0084343



Evaluable Patients ANOVA for Response Ratio (though not for the Intent-to-Treat population), due to the fact that, in 4 of the centers, placebo was superior to gabapentin, with the reverse in the other 5 centers.

**945-6**

This was a randomized, placebo controlled, double-blind, parallel group, add-on trial in patients with refractory partial seizures, in which patients were randomized to either gabapentin 900 or 1200 mg/day or placebo.

Patients on stable, maximum doses of 1-2 AEDs with an average of at least 4 partial seizures/month and no seizure-free period of greater than 4 weeks in the 3 months prior to screening were eligible for the study. Such patients were entered into a 12 week prospective baseline, during which their seizure frequency was recorded. Patients who experienced at least 2 seizures/month during the baseline phase were eligible to be randomized to one of three treatments: gabapentin 30 mg TID, gabapentin 400 mg TID, or placebo TID, given for 12 weeks, with titration to this dose occurring over the first 2 days of the treatment period. During this treatment phase, concomitant AED levels were to be held constant.

The primary comparison of interest according to the protocol was a comparison of the Response Ratio between the 900 mg/day dose and placebo groups. The randomization was planned for a 2:2:1 ratio to 900, placebo, and 1200 respectively.

**RESULTS**

The study was performed at 24 centers in Europe. A total of 272 patients were randomized into the following groups: gabapentin 900 mg/d-111; gabapentin 1200 mg/d-52; Placebo-109. There was general balance at baseline between groups, with the exception of duration of epilepsy. In the 900 mg and placebo groups, the duration was comparable (median 17 and 19 years, respectively), but was 22 years in the 1200 mg/d group.

A total of 20 patients withdrew from treatment prior to completion. The sponsor again performed analyses on 2 populations; an Evaluable patient

Pfizer_LAlpha_0084344

subset (defined essentially as in the previous study), which included 245 patients, as well as an Intent-to-treat subset, which included 270 patients. The following results were obtained:

|  | Evaluable Pts. (N) | Intent-to-Treat (N) |
|---|---|---|
| **Response Ratio** | | |
| Placebo | -0.028 (99) | -0.017 (109) |
| GBP 900 | -0.154 (96) | -0.138 (109) |
| GBP 1200 | -0.185 (50) | -0.184 (52) |
| **Responder Rate** | | |
| Placebo | 10/99 (10.1%) | 11/109 (10.1%) |
| GBP 900 | 22/96 (22.9%) | 24/109 (22%) |
| GBP 1200 | 14/50 (28%) | 14/52 (26.9%) |

All appropriate tests (ANOVA, van Elteren's test for Response Ratio, Mantel-Haenszel for Responder Rate) yielded 2 sided p-values of less than 0.05 for each variable and each population for both doses compared to placebo. The Agency analyses agree with those of the sponsor. Additionally, analyses performed by the sponsor (on the Evaluable Patients subset) of dose response showed a statistically significant trend.

## 945-5

This was a randomized, placebo controlled, double blind, parallel group trial comparing the effects of gabapentin 600mg, 1200mg, and 1800 mg/day to placebo. The design was essentially identical to that of 945-6, with the major difference being that there were 3 gabapentin dose groups in this study. The primary comparison of interest according to the protocol was to be gabapentin 1200 mg/day vs placebo for Response Ratio and Percent Change of Seizure Frequency. Patients were to be randomized to 600, 1200, 1800 mg/day and placebo in a ratio of 1:2:1:2 respectively.

## RESULTS

A total of 306 patients at 15 centers in the U.S. were randomized in the following order: gabapentin 600 mg-53; gabapentin 1200 mg-101; gabapentin 1800mg-54, placebo-98.

Patients were comparable across treatment groups in baseline
characteristics, except for numbers of concomitant AEDs at baseline. For
the Placebo, 600, and 1200 mg/d doses, the percentage of patients taking
1 AED ranged from 30-39%, and of those taking 2 AEDs was 60-69%.
Comparable percentages in the 1800 mg/d group were 52% and 48%,
respectively.

Again, the sponsor performed analyses on both Evaluable patient (defined
as in the previous studies) and intent-to-treat subsets. (Percent Change in
Seizure Frequency has the same characteristics as Response Ratio, and
results on this variable will not be discussed further). The following
results were obtained:

|  | Evaluable Patients (N) | Intent-to-Treat (N) |
|---|---|---|
| **Response Ratio** | | |
| Placebo | -0.041 (87) | -0.021 (98) |
| GBP 600 | -0.126 (46) | -0.09 (53) |
| GBP 1200 | -0.117 (87) | -0.1 (101) |
| GBP 1800 | -0.228 (48) | -0.222 (54) |
| **Responder Rate** | | |
| Placebo | 8/87 (9.2%) | 8/98 (8.2%) |
| GBP 600 | 9/46 (19.6%) | 9/53 (17%) |
| GBP 1200 | 15/87 (17.2%) | 16/101 (16%) |
| GBP 1800 | 12/48 (25%) | 14/54 (26%) |

Prior to the conduct of this study, the investigators and the sponsor
agreed to adopt a standard convention for recording seizure flurries,
which represented periods of seizure activity during which individual
seizures could not readily be discerned. The convention adopted stated
that the period of time, in minutes, of observed seizure activity would be
divided by five, and the resulting number would be recorded next to an F.
For example, if 15 minutes of seizure activity were noted, this would be
recorded as 3F. In the sponsor's analyses, these were counted in daily
seizure counts by simply dropping the F designation. In this example,
then, while the seizures would be recorded for this time period as 3F, in
the calculations they would be considered as 3 seizures.

Confidential

Because of the arbitrariness of this procedure, the sponsor performed analyses with and without the seizure flurry data. The analyses in which the flurry data were excluded did include patients who had flurries at one time or another, but excluded the specific flurry data for those patients. However, it appears that in the analysis which excluded flurry data, the sponsor may have replaced flurries with a zero (0) count which was then included in the analyses. For example, if a patient had a day in which only seizure flurries were experienced, the sponsor apparently called this a day with zero seizures in the "flurries excluded" analysis (as opposed to dropping that day from a calculation of seizure frequency). As of the date of this writing, we do not know the results of an analysis of the latter type.

All analyses of the GBP 1800 mg group vs Placebo (both variables, Evaluable and Intent-to-treat subsets, Flurries included and excluded) yielded 2 sided p-values less than 0.05.

**FLURRIES INCLUDED**-Analyses of Response Ratio (the primary outcome variable) with Flurries Included for both Evaluable Patients and the Intent-to-Treat subsets did not reach statistical significance for either the 600 or 1200 mg/day groups when compared to placebo. This was also true for analyses of Responder Rate.

**FLURRIES EXCLUDED**-Analyses of Response Ratio (the primary variable) with Flurries excluded yielded a 2 sided p-value of less than 0.05 for the individual comparisons of the 600 and 1800 mg/day to placebo in an analysis of variance for both subsets (p=0.08 for the 1200 mg/day group). Individual comparisons to placebo of all 3 dose groups were statistically significant in both subsets on a van Elteren's Test. Mantel-Haenszel Test on Responder Rate did not reach statistical significance for either the 600 mg/day group (p=0.07 for both subsets) or the 1200 mg/day group (p=0.1 for both subsets).

In summary, in this study, the 1800 mg/day group was statistically significantly superior to placebo in all analyses, for each subset. Analyses of the data with Flurries included yielded significant p-values only for the 1800 mg/day group. Analyses of the data with Flurries excluded gave differing results (although they can be considered largely positive), with parametric analyses yielding positive results only for the

Pfizer_LAlphs_0084347

600 and 1800 mg/day groups, and with non-parametric analyses positive for all dose groups.

In all of these analyses, results were essentially consistent between Evaluable and Intent-to-Treat subsets.

Finally, the sponsor performed a test of dose-response (Jonckheere's test) for the Response Ratio variable (in the Evaluable Patients subset with flurries excluded), in which a significant (p<.0001) trend was found.

It should be noted that the analyses of the efficacy trials were complicated somewhat by at least 2 factors. First, all protocols stated that concomitant AED therapy was to be kept constant during baseline and treatment phases (the lack of kinetic interactions between gabapentin and other AEDs was considered to have been useful in this regard). However, a number of patients in both treatment groups underwent manipulation of these concomitant drugs in all studies. There appeared to be no important imbalance in this maneuver between treatment groups, and no obvious bias appeared to have been introduced.

The second factor that complicates the analyses is the reliability of the seizure counts. In all studies, patients kept daily diaries of their seizures. This method of data collection is well known to be problematic in this population, and this was reflected in these trials. Of particular concern (that we know about) was how the problem of "seizure flurries" was handled. In 877-210p, the problem of flurries apparently did not arise, but it did become apparent in 945-6, although no standard policy of counting them was adopted. Apparently in this study patients did as well as they could in attempting to count discrete seizures. When they recorded too many to count, they were arbitrarily assigned a value of 10 (somewhat inappropriate, since on other occasions these same patients appeared quite capable of counting many more seizures than 10). As noted above, a standard (though arbitrary) convention was adopted for 945-5, and the results differed depending on whether or not these "flurries" were included in the analyses (with the analyses generally being positive if the flurries were excluded, and negative-save for the 1800 mg dose-when they were included). In any event, there were patients in all studies who had incomplete and/or unquantified data. Again, it did not appear that any important biases were introduced.

Confidential

## SECONDARILY GENERALIZED TONIC-CLONIC SEIZURES

Although the sponsor included this seizure type in the Indication section
of their proposed labeling at the time of submission of the NDA, the NDA
contained no formal analysis of this seizure type. However, because it
was clear that the sponsor wished to make a claim that gabapentin is
effective against this seizure type, the Division requested formal
analyses of the relevant data. The sponsor responded to our requests for
these analyses in submissions dated May 28, August 3, August 11, August
25, and September 10, 1993. They have been formally reviewed by Dr.
Taneja of the Division of Biometrics in reviews dated September 15, and
October 13, 1993. I will briefly summarize the results of these analyses.
It should be pointed out, however, that the presence of this seizure type
was not a requirement for inclusion of a patient into any of the studies
submitted. Therefore, since not all patients enrolled had this type of
seizure, it was agreed that the analysis of secondarily generalized TC
seizures would include only those patients who had experienced at least 1
such seizure at any time during the study; that is, if a patient experienced
at least one such seizure during baseline and/or treatment, that patient
was included. Further, the analyses presented represent those performed
on the Intent-to-Treat (LOCF) population for the Response Ratio variable.

### STUDY 877-210P

Of the total study population of 127, data from 64 patients were included
in the TC analysis. The following results were obtained:

|  | N | BASELINE | RRATIO | P-VALUE |
|---|---|---|---|---|
| PLACEBO | 33 | 5.46 | 0.138 | |
| GBP 1200 | 31 | 8.68 | -0.076 | 0.051 |

Dr. Taneja notes in his review of 10/13/93 that the differences in the
median number of GTC seizures at baseline was statistically significantly
different between treatments. As a result, he performed an ANCOVA
adjusting for the baseline imbalance, and still detected a statistically
significant difference between treatments favoring gabapentin.

Pfizer_LAlphs_0084349

## STUDY 945-5

Of the 306 patients included in the original analysis of partial seizures, data from 121 were included in the TC analysis. The following results were obtained (there are no significant changes if Flurries are included or not):

| | N | BASELINE | RRATIO | P-VALUE |
|---|---|---|---|---|
| PLACEBO | 36 | 3.22 | 0.202 | |
| GBP 600 | 22 | 3.21 | -0.131 | 0.112 |
| GBP 1200 | 36 | 5.74 | 0.011 | 0.299 |
| GBP 1800 | 27 | 3.16 | -0.226 | 0.038 |

While the p-values presented are the result of pair-wise comparisons between the individual doses and placebo, Dr. Taneja performed Dunnet's Test in order to maintain the experiment-wise alpha at 0.05. Utilizing this latter analysis, he obtained statistically significant results for the 1800 vs Pbo comparison as well.

## STUDY 945-6

Of the 307 patients included in the original analysis of partial seizures, data from only 112 were included in the TC analysis with Flurries included, and from 111 in the TC analysis with Flurries excluded.

The following results were obtained:

## FLURRIES INCLUDED

| | N | BASELINE | RRATIO | P-VALUE |
|---|---|---|---|---|
| PLACEBO | 44 | 2.63 | 0.089 | |
| GBP 900 | 43 | 2.93 | -0.310 | 0.017 |
| GBP 1200 | 25 | 2.52 | -0.072 | 0.400 |

## FLURRIES EXCLUDED

|  | N | BASELINE | RRATIO | P-VALUE |
|---|---|---|---|---|
| **PLACEBO** | 44 | 2.60 | 0.091 | |
| **GBP 900** | 42 | 2.85 | -0.249 | 0.050 |
| **GBP 1200** | 25 | 2.52 | -0.079 | 0.393 |

The Dunnett's Test performed by Dr. Taneja confirmed the statistically significant difference in the 900 vs Placebo comparison for the Flurries Included analysis.

The sponsor also performed analyses of Responder Rate for each of the 3 studies. There were no nominally significant results for any pair-wise comparisons, perhaps because of the still further reduced sample size (for example, for the analysis of Responder Rate in 945-5, the total available N was 100, compared to the total N of 121 for the RRatio analysis). However, the Responder Rate was greater in all treatment groups as compared to Placebo in all studies (and there was a uniform increase in the Responder Rate in all groups-including Placebo-compared to that seen in the analysis of partial seizures).

In an attempt to overcome the limitations of small sample size, the sponsor performed analyses of Responder Rate in which they combined results from all 3 studies and compared either all GBP to Placebo or GBP 1200 (the only dose common to all 3 studies) to Placebo. They obtained (and Dr. Taneja has confirmed) the following results, both with Cochran Mantel Haenszel and Fisher's Exact Test analyses:

|  | N | No. (%) Responders | P-Value(CMH) | P-Value(Fisher) |
|---|---|---|---|---|
| Placebo | 89 | 26 (29.2) | | |
| GBP 1200 | 80 | 35 (43.8) | 0.036 | 0.056 |
| All GBP | 162 | 73 (45.1) | 0.049 | 0.015 |

(The results of the All GBP presented are those for the analysis with Flurries Included. For the analysis with Flurries excluded, the p-value on the CMH analysis becomes 0.064.)

The pattern of responses in the analyses of secondarily generalized tonic-

Pfizer_LAlphs_0084351

clonic seizures is somewhat inconsistent. In study 877-210p, 1200mg/day is seen to be (marginally) statistically significant, in Study 945-5, only 1800 mg/day is unequivocally superior to placebo, and in Study 945-6, only 900 mg/day is superior to placebo. The following comparisons can be made to the results of the primary analyses for partial seizures for Response Ratio:

|  | Partial  Seizures | Secondary  Generalized |
|---|---|---|
| **877-210p** | | |
| 1200 | S | S |
| **945-5** | | |
| 600 | S/N S * | NS |
| 1200 | S/N S * | NS |
| 1800 | S | S |

*-S=Flurries  Excluded;  NS=Flurries  Included

| **945-6** | | |
|---|---|---|
| 900 | S | S |
| 1200 | S | NS |

## SAFETY

Detailed safety information is presented in the NDA on 2048 people who have received gabapentin. The cutoff date for collection of this data was 6/30/92. These exposures were obtained in 448 patients in Phase 1 studies, and 1607 patients in Phase 2-3 trials (7 patients were in both Phase 1 and 2-3 trials). Of the 1607 patients in Phase 2-3 trials, 1460 were enrolled in epilepsy studies, 102 in studies of spasticity, and 45 had migraine. As of 6/30/92. there were 1971 person-years of exposure to gabapentin.

A total of 1014 patients have received gabapentin for at least 6 months,

and 639 have received drug for at least 1 year. Below is an accounting of how many patients have received a given dose for at least 6 months:

900  mg/day-80
1200  mg/day-270
1800  mg/day  and greater-567

The maximum dose given has been 3600 mg/day.

## DEATHS

While detailed safety data is available only for the cohort of 2048, deaths have been reported up through 9/15/92. The cohort of patients from whom these deaths derive is only known approximately, and is believed to be almost 2100.

A total of 25 deaths have occurred in this cohort of 2100, giving a crude mortality rate of 1.2%.

The range of duration on drug in the patients who died was 8 days-1589 days, with 12 occurring after 1 year or more on treatment. Nine (9) patients were receiving 2400 mg/day at the time of death (or most recently prior to death), 4 were receiving 1800 mg/day, and 4 were receiving 1200 mg/day.

According to the sponsor, 13 deaths were epilepsy related, meaning that patients died during a seizure, from aspiration, asphyxia, drowning during a seizure, in status, etc. There were 3 cardiac deaths (1 tamponade after by-pass surgery, 1 CHF and v. fib., and 1 patient with a history of severe CAD, confirmed at autopsy, presumably an MI). There was 1 homicide, 1 spontaneous cerebral hemorrhage, 1 suicide (after having been off drug for a considerable time) and 6 deaths attributed to cancer. In addition, 7 of the deaths occurred after discontinuation of the drug.

Of the 6 deaths related to cancer, 4 were treatment emergent (two cases of lung cancer, one each of lymphoma and astrocytoma). One additional tumor related death was in a patient who had a 5 year stable history of astrocytoma, which showed rapid growth after 113 days on treatment. A final tumor related death occurred in a patient who had had a brain tumor resected 6 years prior to enrollment, and which recurred after 84 days on

Confidential

treatment.

Two deaths are reported as sudden and unexplained, although at least 3 others can be considered so (3 deaths reported as having been related to seizures where no seizures were observed). Considering these 5 as Sudden Unexplained Death in Epilepsy (SUDE) gives an incidence of this syndrome of approximately 1 per 400 patient years. This estimate comports with the greatest estimate of this syndrome reported in the literature, estimates which range from            patient-years to            patient years. Of course, estimates from historical cohorts are always problematic (witness the wide variation in incidence rates reported), as are comparisons to them from a prospective data base as is contained in this NDA.

## DROPOUTS

Of the 2048 people who received gabapentin, 930, or 45% discontinued treatment. Of these 930, 467 (50%) left due to lack or loss of efficacy, 183 (19.7%) left due to adverse reactions, and 296 (32%) were classified as "other" (a review of this latter category revealed that of those for which reasons for discontinuing were provided, there was little of importance). The following chart lists the more common adverse reactions resulting in discontinuation of gabapentin:

| ADVERSE REACTION | N (% of 2048) |
|---|---|
| Convulsions | 39 (1.9%) |
| Somnolence | 23 (1.1%) |
| Death | 23 (1.1%) |
| Ataxia | 15 (.73%) |
| Fatigue | 12 (.58%) |
| Dizziness | 12 (.58%) |
| Nausea and Vomiting | 12 (.58%) |
| Rash | 11 (.54%) |
| Depression and Suicidal Ideation | 10 (.48%) |

It is interesting to note that the most common ADR resulting in discontinuance of therapy is convulsions. Of course, in the epileptic

population (convulsions were reported as ADRs **only** in this population), it is difficult to distinguish between seizures as ADRs and seizures which are simply a manifestation of the underlying disease. However, the 39 cases tabulated here were reported as ADRs, and not included by the sponsor with the 467 patients who discontinued treatment due to lack of efficacy.

A total of 543 patients received gabapentin in controlled trials, compared to 378 receiving placebo. In this cohort, 49/543 (9%) of the drug treated patients discontinued, a total of 12 (2%) due to lack of efficacy and 27 (5%) due to ADRs. A total of 26/378 (7%) of the placebo patients discontinued, 7 (2%) due to lack of efficacy, and 13 (3%) due to ADRs.


## SERIOUS ADVERSE EVENTS

The sponsor reported 78 adverse events as serious, where serious was defined as events which were immediately life threatening, permanently disabling, requiring hospitalization, cancer, overdose, congenital abnormality, or otherwise thought to be of medical concern by the sponsor. The adverse event that was most common in this group was status epilepticus (25/78 or 31%), followed by brain neoplasm (7), depression (7), overdose (6), intracranial hemorrhage (4), pneumonia (3), suicide attempt (2), CVA (2), heart failure (2), breast cancer (2), and subdural hematoma (2).

Only 13 of the 78 were considered by the sponsor to be possibly or probably related to treatment. These included status epilepticus (3), depression (4), overdose (2), and 1 case each of intracranial hemorrhage, allergy, renal failure, and bloody diarrhea.

It should be noted that the 25 cases of status epilepticus that were reported as serious were not the only cases of status seen in association with gabapentin treatment. An additional 37 patients experienced status epilepticus, but were not reported as having a serious ADR because they did not meet the requirements for this designation.

It is interesting to note that 31 patients withdrew from studies because of status epilepticus, and that 13 of these 31 had never had an episode of status previously.

Confidential

A total of 17 tumors were reported in the gabapentin treated cohort. This included 10 brain tumors (also 1 meningioma), 2 breast cancers, 2 lung cancers, and 1 each of prostate cancer and Non-Hodgkin's Lymphoma. Of the 10 brain tumors, 6 represented recurrences or expansion of pre-existing "stable" tumors, and 3 were treatment emergent. For the brain tumor cases, duration on drug ranged from            days, with a mean of 274 days.

There was one report of a patient with impaired renal function (enrolled in a Phase 1 study of the effect of impaired renal function on gabapentin excretion) who, after a single 400 mg dose developed acute renal failure from which he has not recovered.

## LABORATORY FINDINGS

There have been few cases of serious laboratory abnormalities noted in association with gabapentin. In addition to the case of acute renal failure after 1 dose, there was an additional case of a 40 year old patient who developed renal failure after 3 months of 900 mg/day (baseline creatinine of 0.8 rose to 4.3). As of the NDA submission, he had not recovered.

In controlled trials, there were no important differences between the incidence of hematologic abnormalities between gabapentin and placebo treated patients, but a total of 4 patients on gabapentin discontinued due to low WBC (lowest WBC count 2200 cells/mm, lowest absolute neutrophil count of 900 cells/mm). A total of 2 cases of thrombocytosis were noted, as was 1 case of thrombocytopenia in a patient who was treated for over 2 years, and also developed hypertension, albuminuria, and hypothyroidism.

## OTHER ADVERSE EVENTS

In controlled trials, the following adverse reactions were reported more often in gabapentin treated patients than in placebo patients:

| Adverse Reaction | Gabapentin | Placebo |
|---|---|---|
| Somnolence | 20 % | 9% |
| Dizziness | 18% | 7% |

Confidential

| | | |
|---|---|---|
| Ataxia | 13% | 6% |
| Fatigue | 11% | 5% |
| Nystagmus | 8% | 4% |
| Tremor | 7% | 3% |
| Diplopia | 6% | 2% |

A detailed accounting of the adverse events seen in the entire database can be found in Dr. McCormick's draft safety review, page 77. Other than the serious events already discussed, there appears to be little in this accounting of major clinical concern.

## SAFETY UPDATE

The sponsor has submitted a Safety Update on May 14, 1993. This update contains information on an additional 27 patients entered into studies with gabapentin not previously accounted for. The cut-off date for this most recent Safety Update is 12/31/92, but is extended to 3/1/93 for Serious Adverse Reactions. Dr. McCormick has reviewed this submission in a document dated 9/27/93. She notes that, in addition to these 27 new patients, a total of 290 patients were continuing treatment for epilepsy at the 12/92 cut-off date.

The 5/14/93 Safety Update adds little new information. Rates and types of serious adverse reactions (including deaths), other ADRs, and laboratory abnormalities remain essentially unchanged. Exposure data (dose/duration) are essentially unchanged.

## SUMMARY

The sponsor has submitted the results of 4 randomized controlled trials they believe support the effectiveness of gabapentin as adjunctive treatment for patients with partial seizures. The Agency has reviewed 3 of these trials, but has not reviewed 945-9/10 for the reasons stated earlier.

In addition, the sponsor has submitted detailed safety data on over 2000 people exposed to gabapentin.

This NDA was discussed at a meeting of the PCNS Advisory Committee on

December 15, 1992. At that meeting, several specific issues were discussed, including the influence of inclusion or exclusion of Seizure Flurry data on the outcome of the studies, the absence of monotherapy data, the results of the pre-clinical carcinogenicity data, and the incidence of Sudden Unexplained Death seen in the NDA database. The Committee unanimously voted to approve the NDA and label the drug as being effective as an adjunctive treatment for intractable partial seizures in adults. At that meeting, there was no discussion about the effect of gabapentin on decreasing the frequency of secondarily generalized tonic-clonic seizures.

I agree that the data support the approval of this NDA as adjunctive treatment for adults with refractory partial seizures. While the data on secondarily generalized TC seizures is somewhat inconsistent, the meta-analyses performed, as well as the analyses of the individual studies do, in my view, support the conclusion that gabapentin is effective as a treatment for this seizure type, as well, and, therefore, this effect should be included in the labeling.

**RECOMMENDATIONS**

The attached Approvable Letter should be issued.

Russell Katz, M.D.

cc:
HFD-120
NDA 20-235
HFD-120/Katz/Leber/McCormick/Chamberlin
rk    10/11/93

Confidential

## DIVISION OF NEUROPHARMACOLOGICAL DRUG PRODUCTS
## COMBINED MEDICAL-STATISTICAL REVIEW

OCT 13 1993

| | |
|---|---|
| **NDA:** | 20-235 |
| **Sponsor:** | Parke-Davis Pharmaceuticals |
| **Brand Name(generic name):** | Neurontin® (Gabapentin) |
| **Indication:** | Adjunctive Medication in Refractory Partial Epilepsy |
| **NDA Classification:** | 1P |
| **Original Receipt Date:** | January 31, 1992 |
| **Clinical Reviewer:** | Cynthia G. McCormick, M.D. |
| **Statistical Reviewer:** | Baldeo K. Taneja, Ph.D. |

# TABLE OF CONTENTS

Page(s)

Table of Contents

1.0   Background                                          1

2.0   Material Reviewed                                   2

3.0   Chemistry                                           2

4.0   Pharmacology                                        3 - 7

5.0   Proposed Indications                                7

6.0   Description of Clinical Data Sources                7 - 15

7.0   Efficacy Findings                                   16 - 74

8.0   Safety Findings                                     74 - 118

8.1   Methods                                             74 - 77

8.2   Deaths                                              77 - 81

8.3   Assessment of Dropouts                              81 - 86

8.4   Other Safety Findings                               86 - 92

8.5   Laboratory Findings                                 92 - 100

8.6   Special Studies                                     100 - 101

8.7   Overdose Experience                                 101 - 102

8.8   Serious Adverse Events                              102 - 114

8.9   Drug Interactions                                   114 - 116

8.10  Summary                                             116 - 117

9.0   Conclusions based on Statistical Analyses           118

10.0  Recommendations                                     119

## 1.0 Introduction

The IND for gabapentin was submitted in 1986 and the development proceeded until 1990 including the completion of three major placebo-controlled trials in partial complex epilepsy, when the Division was informed that pancreatic acinar cell carcinomas were discovered in male Wistar rats treated with 2000 mg/day for 2 years. Interagency discussion, including a presentation of the data to the CDER Carcinogenicity Assessment Committee, led initially to the development being placed on clinical hold and thereafter to restricted use and development in patients with refractory epilepsy.    The administrative history of gabapentin is summarized below:

- May 29, 1986 :  IND         received
- November 24, 1986
- May 18,1987 :Restrictions to Phase 1 testing lifted
- June 3, 1987 ;Request to export gabapentin (CI-945) to Germany for clinical trials approved
- March 29, 1989 : May proceed with WCBP in studies of patients with partial epilepsy
- August 2, 1989: Telephone call to allow the sponsor to proceed with WCBP and children in study of Lennox Gastaut Syndrome
- August 1990 :  Sponsor reports the finding of pancreatic acinar cell carcinoma in male Wistar rats to FDA
- Clinical Hold imposed by FDA
- May 12, 1991: Meeting between the Division and the sponsor to discuss future development of gabapentin
- October 24,1991: PCNS Advisory Committee met and recommended that studies in patients with refractory epilepsy proceed while studies in naive patients remain on hold until additional toxicology information requested by the committee is received and found acceptable
- November 8, 1991 Letter to inform the firm that studies 945-13,945-15 and 945-36 may proceed, but that  studies 943-43 and 945-61 will remain on hold
- January 31, 1992:  NDA 20-235 submitted
- March 3, 1992  NDA 20-235 filed
- May 29, 1992 :  First safety Update submitted
- April  , 1992-November 12, 1992: 106 Amendments to NDA filed
- November 2, 1992: Second Safety Update filed

Pfizer_LAlpha_0084361

**2.0  Material  Reviewed:**
NDA Vol 1.1 and Vol 1.69-1.250 and volumes 2.0-24

**3.0    Chemistry**

Chemical Names: 1-(aminomethyl)cyclohexane-acetic acid (IUPAC, CAS)
                1-(aminomethyl)cyclohexanessigsaure  (WHO)

Molecular  Formula: $C_9H_{17}NO_2$

Molecular  Weight: 171.24

Formula:



Gabapentin

Related Drugs: GABA (gamma-amino benzoic acid)

Dosage Form: Capsules, 100, 300, and 400-MG
Gabapentin is soluble in water and both basic and acidic solutions.

Confidential

Pfizer_LAlphs_0084362

## 4.0    Pharmacology

### Preclinical Pharmacology

Gabapentin was originally synthesized as a GABA structural analog with the idea that it would penetrate the blood brain barrier (unlike GABA) and mimic the actions of GABA in the brain.  Gabapentin has been shown to penetrate the blood-brain barrier effectively but it does not interact with GABA receptors, it is not converted to GABA or a GABA agonist.  It does not inhibit GABA uptake or degradation.  It's site of action is not known. Gabapentin's binding *in vitro* is not affected by valproate, phenytoin, carbamazepine, phenobarbital, ethosuximide, and diazepam, suggesting that its site of action is different from these.

Gabapentin prevents seizures in a number of animal models.  It is active against tonic extensor seizures produced by MES in  mice and rats and against clonic seizures produced  by inhibition of GABA synthesis and GABA receptor antagonists in doses at or lower than other anticonvulsants.  Gabapentin does not prevent pentylenetetrazol seizures, as do valproate and ethosuximide which prevent absence seizures. Administration  of gabapentin to kindled rats reduces seizures induced by electrical stimulation  of the brain and reduces the duration  of the seizures electrographically recorded.   Gabapentin does not interact with neuronal voltage-sensitive sodium  channels (unlike phenytoin and carbamazepine).   It modulates glutamate responses mediated by NMDA receptors, but not in a manner similar to MK-801 or glycine site NMDA receptor antagonists.  Sponsor's tables 1 and 2 (NDA vol 1.1 page 147-8) compare the effects of gabapentin in animal models of epilepsy as compared to other available anticonvulsants. They are found on the following page(s).

In one study an ineffective dose of gabapentin was given to mice together with one of several reference drugs (phenytoin,  carbamazepine, valproate and primidone.)   The $ED_{50}$ values  obtained for these drugs used against MES induced seizures  was lower than for the reference drugs alone, suggesting  a role for gabapentin as adjunctive therapy.

Pfizer_LAlpha_0084363

Table 1. Comparison of Anticonvulsant Actions of Gabapentin in Animal Models to Actions of Other Prototype Anticonvulsant Drugs

| Drug | Maximal Electroshock $ED_{50}$ | | Threshold Pentylenetetrazol Seizures (Mice, IP) | Spontaneous Absence Seizures (Rats, IP) |
|------|------|------|------|------|
| | Rats (PO) | Mice (IP) | | |
| Gabapentin | 9.1 mg/kg (1) | 70 mg/kg (1) | 47 mg/kg (1) | Worsened at 50, 100 mg/kg (101) |
| Phenytoin | 30 mg/kg (66) | 9.5 mg/kg (66) | Not active (66) | Worsened at 80, 160 mg/kg (66) |
| Carbamazepine | 8.5 mg/kg (66) | 8.0 mg/kg (66) | Not active (66) | Worsened at 20, 80 mg/kg (66) |
| Valproate | 490 mg/kg (66) | 272 mg/kg (66) | 149 mg/kg (66) | 100 mg/kg (66) |
| Phenobarbital | 9.1 mg/kg (66) | 22 mg/kg (66) | 13 mg/kg (66) | 5 mg/kg [a,b] (66) |
| Ethosuximide | >1200 mg/kg (66) | >1000 mg/kg (66) | 130 mg/kg (66) | 50 mg/kg [c] (66) |
| Vigabatrin | NT | Not active (68) | Not active (68) | NT |
| Lamotrigine | 2.0 mg/kg (69) | 2 mg/kg PO (69) | Not active (69) | NT |

NT = not tested; ( ) indicates reference number
[a] Lowest dose with significant anticonvulsant action
[b] but effective at higher dose (20 mg/kg)

Pfizer_LAlpha_0084364

5

TABLE 2. Comparison of Gabapentin to Prototype Anticonvulsants in Tests of Mechanism of Action[a]

| Drug | Modulation of GABA Receptors | Voltage-sensitive Sodium Channels | Inhibition of GABA transaminase | Increased GABA Turnover (in vivo) | Inhibition of NMDA Responses | Gabapentin Binding Site |
|---|---|---|---|---|---|---|
| Gabapentin | >175 μM (55) | >175 μM (56) | 6000 μM (30) | 23 mg/kg ip (33) | 290 μM (40,41) | 0.14 μM (42) |
| Phenytoin | 40 μM (69) | 4.0 μM (69) | NT | NT | NT | >1000 μM (43) |
| Carbamazepine | >160 μM (69) | 4.0 μM (69) | NT | NT | NT | >1000 μM (43) |
| Valproate | 120 μM (60) | 10 μM (60) | 8000 μM (30) | 200 mg/kg ip (72) | NT | >1000 μM (43) |
| Ethosuximide | 700 μM (70) | >1000 μM (70) | NT | NT | NT | >1000 μM (43) |
| Phenobarbital | 100 μM (71) | 200 μM (71) | NT | NT | NT | >1000 μM (43) |
| Diazepam | 0.01 μM (??) | 0.7 μM (71) | NT | NT | NT | >1000 μM (43) |
| Tiagabine | NT | NT | 100 μM (74) | NT | NT | NT |
| Vigabatrin | NT | NT | NA | NT | NT | NT |
| Lamotrigine | NT | 71 μM (75) | NT | NT | NT | NT |

[a] Not tested. ( ) Indicates reference number
- The lowest dose or concentration causing a significant effect is listed
- The lowest dose or concentration tested; the highest concentration tested is shown
- (?) Indicates that no interaction was seen; the highest concentration tested is shown
- activity observed only at high concentrations; irrelevant for anticonvulsant action

Confidential

## Human Pharmacology

Multiple does study (Study 945-1)performed at 100-mg, 200-mg and at 400-mg per dose demonstrated higher doses   associated with lower bioavailability with the Ae% excreted in urine 79%, 69% and 64% respectively.  Multiple doses have also been studied to 600-mg, 800-mg, 1200-mg, and 1600-mg in 4 subjects each (Study 945-57).  Ae% for these doses were 55%, 53%, 47%,  and 36%.  Normalized $AUC_{(600\ mg)}$ were 53,37, 38 and 29.

Metabolism of gabapentin has not been shown to occur in humans. Radiolabelled gabapentin was 78.6% recovered from urine (N=2) and 9.6-22.8% from feces(N=3). Gabapentin, then,  is eliminated primarily by renal excretion.  Three studies have elucidated the renal clearance of gabapentin. In these studies the clearance of gabapentin was evaluated in patients with mild($Ccr>60$), moderate ($C_{cr}= 30$-$60$), and severe ($C_{cr}<30$) renal insufficiency.  Gabapentin clearances and $t_{1/2}$ were as follows:

|            | $C_{cr}>60$ | $C_{cr}=$ 30-60 | $C_{cr}<$ 30 |
|------------|-------------|-----------------|--------------|
| i          |             |                 |              |
| $C_{cr}$   | 89.1        | 52.7            | 4.0          |
| $t_{1/2}$ (h r) | 6.5    | 12.8            | 52           |
| $C_r$      | 81.7        | 44.7            | 8.8          |
|            |             |                 |              |
| I l        |             |                 |              |
| $C_{cr}$   | 114         | 41              | 13           |
| $t_{1/2}$ (h r) | 8.7    | 16.2            | 43.2         |
| $C_r$      | 91.3        | 34.8            | 12.5         |
|            |             |                 |              |
| I l        |             |                 |              |
| $C_{cr}$   | 92          | 36              | 17           |
| $t_{1/2}$ (h r) | 9.4    | 15.2            | 26.7         |
| $C_r$      | 63.4        | 27.3            | 12.9         |

Gabapentin renal clearance has been shown to correlate linearly with creatinine clearance. It is removed from plasma by hemodialysis.  In elderly patients, age-related alterations in renal function decrease gabapentin plasma clearance and increase gabapentin elimination half-life.

Gabapentin mean steady state pharmacokinetic parameters following q8h administration are summarized in the following Table:

| Pharmacokinetic Parameter | 300 mg | 400 mg |
|---------------------------|--------|--------|
| Cmax (µg/mL)              |        |        |
| tmax (hr)                 |        |        |
| $t_{1/2}$ (hr)            |        |        |
| AUC (0-8) (µg•hr/mL)      |        |        |
| Ae% (%)                   |        |        |

7

ND = Not determined
NA = Not available

Drug interaction studies have not demonstrated interaction with valproic acid, carbamazepine or phenobarbital. Interaction with phenytoin has not been definitively addressed, however. Gabapentin does not appear to induce hepatic mixed function oxidase enzymes responsible for drug metabolism. Gabapentin is not bound to plasma proteins. In patients with epilepsy, gabapentin concentrations in CSF and brain are approximately 20% and 80 % respectively of corresponding steady-state trough plasma concentrations.

Coadministration with oral contraceptive, norlestrin does not affect the pharmacokinetics of norethindrone or ethinyl estradiol. Cimetidine coadministration reduces gabapentin renal excretion to a minor degree and antacid (maalox) reduces the bioavailability of gabapentin (based on $A_e$% 47% vs. 38%).

No effect of food has been demonstrated on the bioavailability of gabapentin.

**Toxicology**

Single and multiple dose toxicity has been evaluated in mice and rats, monkeys, and dogs. Fertility and reproductive effects were evaluated in rats, teratogenicty in mice, and a perinatal/postnatal study was performed in rats. The genotoxic potential was assessed in bacterial and mammalian cell mutagenicity assays, two chromosome assays, and an *in vivo* micronucleus assay. The single and multiple dose toxicity of a lactam degeneration product of gabapentin was also evaluated. A special study was conducted to evaluate the onset and features of hyaline droplets found in male rat kidneys. The carcinogenic potential of gabapentin was evaluated in mice and rats. Please refer to pharmacology review for further review and evaluation of these toxicology studies.

**5.0    Proposed Indications-Dosage Form-Route of Administration**

Gabapentin is an anticonvulsant available as 100, 300 and 400-MG capsules for oral administration. Gabapentin is indicated as adjunctive treatment of refractory partial epilepsy in adults . Doses studied for efficacy were 900, 1200 and 1800 mg. The maximum labelled dose proposed is 1800 mg.

**6.0    Clinical Data Sources**
**Primary Development Program**
The gabapentin clinical development program has consisted of 35 clinical 46 pharmacology studies and 43 clinical studies of which 8 were placebo-controlled clinical trials, 23 uncontrolled studies in epilepsy and 12 were studies in migraine and epilepsy. An additional trial (N of 3 patients ) was conducted in Huntington's chorea.

Confidential

Pfizer_LAlpha_0084367

The table below displays the number of patients participating in each group of studies and of these, how many received gabapentin (within that grouping).

### Number of patients in the Gabapentin program

|  | Total | Gabapentin |
|---|---|---|
| Clinical Pharmacology Studies | 462 | 448 |
| Clinical Studies | 1654 | 1607 |
| Clinical Epilepsy Studies | 1507 | 1460 |
| Spasticity and Migraine Studies | 147 | 147 |
| Total Participants | 2109 | 2048 |

### Demographics

Clinical Pharmacology

Demographic data collected during clinical pharmacology studies included patient characteristics relative to sex, age, race and Broca Index. Broca Index, where 1.0 defines ideal weight, is defined by the following:

$$\text{Broca Index} = \frac{\text{Weight (kg)}}{[\text{height} - 100] \times f}$$

Where f=.9 for men and .85 for women

Of the 410 and 52 patients who participated in phase 1 studies, 68% were male and 32% were female, 68% were white and 6% were black, 25% were other or not stated. The mean age of participants in these studies was 36 years of age and the range was      years. The mean Broca Index for pharmacokinetics studies was 1.13. Further breakdown by subject and patient is seen in Sponsor's Table 4 1. This can be found on the following two pages.

---

1NDA vol 1.70 pages 24· 25

Confidential

TABLE A. Clinical Pharmacology Safety Database: Summary of Subject or Patient Characteristics
[Number (%) of Subjects or Patients]
(Page 1 of 2)

| Study | Number | Sex | | Race | | | | Age (yr) | | Broca Index |
| | | Male | Female | White | Black | Other | NS [a] | Mean | Range | Mean |
|---|---|---|---|---|---|---|---|---|---|---|
| Protocols | | | | | | | | | | |
| 101-001 | 9 | 9 (100) | | | | | 9 (100) | 21 | | 1.0? |
| 101-002 | 6 | 6 (100) | | | | | 5 (100) | 46 | | 1.03 |
| 101-005 | 9 | 9 (100) | | | | | 9 (100) | 75 | | 1.03 |
| 872-070 | 9 | 9 (100) | | | | | 9 (100) | 75 | | 0.93 |
| 877-072 | 12 | 12 (100) | | | | | 12 (100) | 25 | | 0.97 |
| 877-073 | 12 | 12 (100) | | | | | 17 (100) | 25 | | 0.97 |
| 877-074 | 0 | 0 (100) | | | | | 8 (100) | 26 | | 1.02 |
| 877-076 | 6 | 6 (100) | | | | | 6 (100) | 26 | | 0.99 |
| 890-051 | 6 | 6 (100) | | | | | 6 (100) | | | |
| 945-3-0 | 12 | 12 (100) | | 11 (92) | 1 (8) | | | 21 | | 1.16 |
| 945-2-0 | 14 | 9 (64) | 5 (36) | 14 (100) | | | | 23 | | 1.02 |
| 945-12-0 | 8 | 5 (63) | 3 (38) | 8 (100) | | | | 24 | | 1.04 |
| 945-17-0 | 12 | 11 (92) | 1 (8) | 12 (100) | | | | 33 | | 1.10 |
| 945-35-0 [b] | 6 | 6 (100) | | 6 (100) | | | | 23 | | 0.97 |
| 945-27-0 [b] | 10 | 9 (90) | (10) | 10 (100) | | | | 48 | | 1.42 |
| 945-16-0 [b] | 20 | 14 (70) | 6 (30) | 20 (100) | | | | 52 | | 1.11 |
| 945-19-0 | 12 | 12 (100) | | 12 (100) | | | | 46 | | 1.11 |
| 945-40-0 | 27 | 18 (60) | 9 (30) | 14 (94) | 2 (6) | | | 50 | | 1.2? |
| 945-46 | 36 | 16 (67) | | 15 | 2 | | 15 (100) | 31 | | 1.? |
| 945-47-0 | 16 | 6 (30) | 10 (62) | 15 (94) | 1 (6) | | | 39 | | 1.21 |
| 945-40-0 | 12 | 7 (50) | 5 (42) | 10 (83) | 2 (17) | | | 36 | | 1.71 |

a NS = not specified
b Includes participants with renal dysfunction
c Patients with epilepsy

Confidential

TABLE 4.   Clinical Pharmacology Safety Database:  Summary of Subject or Patient Characteristics
[Number (%) of Subjects or Patients]
(Page 2 of 2)

| Study | Number | Sex | | Race | | | | Age (yr) | | Broca Index |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | White | Black | Other | NS[a] | Mean | Range | Mean |
| Subjects (continued) | | | | | | | | | | |
| 945-54-0 | 20 | 9 (45) | 11 (55) | 17 (85) | 3 (15) | | | 41 | | 1.11 |
| 945-55-0 | 20 | 18 (90) | 2 (10) | 19 (95) | | 1 (5) | | 31 | | 1.12 |
| 945-57-0 | 24 | 19 (79) | 5 (21) | 21 (88) | 3 (13) | | | 34 | | 1.10 |
| 945-58-0 | 12 | 10 (83) | 2 (17) | 12 (100) | | | | 37 | | 1.04 |
| 945-59-0 | 13 | | 13 (100) | 10 (77) | 2 (15) | 1 (8) | | 25 | | 1.04 |
| 945-62-0[b] | 20 | 11 (55) | 9 (45) | 10 (50) | 9 (45) | 1 (0) | | 47 | | 1.24 |
| 945-63-0[b] | 11 | 7 (64) | 4 (36) | 4 (36) | 5 (45) | 1 (5) | | 41 | | 1.10 |
| 945-64-0[b] | 20 | 12 (60) | 8 (40) | 18 (90) | 2 (10) | 2 (10) | | 40 | | 1.15 |
| 945-68-0 | 21 | 4 (19) | 17 (81) | 20 (95) | | 1 (5) | | 34 | | 1.14 |
| Subtotal | 410 | 285 (70) | 125 (30) | 283 (69) | 29 (7) | 6 (1) | | 37 | | 1.17 |
| Patients2 | | | | | | | | | | |
| 877-075 | 12 | 5 (42) | 7 (58) | 11 (92) | 1 (8) | | | 36 | | 1.11 |
| 900-032 | 6 | 3 (50) | 3 (50) | | | | 6 (100) | 40 | | |
| 945-1 | 6 | 6 (100) | | 6 (100) | | | 0 (0) | 31 | | 1.10 |
| 945-49-0 | 14 | 8 (57) | 6 (43) | 13 (9) | 1 (7) | | | 31 | | 1.16 |
| 945-65-0 | 12 | 3 (25) | 9 (75) | 12 (100) | | | | 32 | | 1.13 |
| Subtotal | 52 | 27 (52) | 25 (48) | 42 (81) | 2 (2) | 6 (0) | 10 (19) | 33 | | 1.14 |
| Total(s) | | | | | | | | | | |
| ALL | 462 | 312 (68) | 150 (32) | 316 (68) | 30 (6) | 6 (1) | 10 (2) | 36 | | 1.17 |

a NS = not specified
b Includes participants with renal dysfunction
c Patients with epilepsy

## Clinical Studies

Demographic data collected during clinical studies (of epilepsy) included the same patient characteristics noted in pharmacology studies as well as measures of severity of epilepsy.    Measures of severity of disease state included duration of epilepsy, number of concurrent AED's, and baseline seizure frequency. The average duration of epilepsy in all clinical studies was 21 years and the mean seizure frequency (per 28 days) was 10 with a range of 0-1093 seizures.  The mean number of concurrent antiepileptic drugs was 2.   Of the 2048 patients who participated in gabapentin clinical epilepsy studies, 54% were male and 46% were female,  71 % were white and 2 % were black,  27 % were other (some of these were Caucasian but not coded as white, Oriental/Asian,  Native American or not stated).  The mean age of participants in these studies was 32  years of age and the range was      years. The mean Broca Index for clinical epilepsy studies was 1.15 .  Further breakdown by subject and patient is seen in Sponsor's Table 5-4 [2]. This can be seen on the following page (12).

## Overall Population

Of the 2048 patients who participated in all gabapentin  studies, 1169 (57%)  were male and   879(43%) were female, 1348 (66%)  were white , 59 (3%) were black, 47(2%) were Asian and 594 (29%) were  not stated.    The overall age distribution  for the total exposed population of 2048 patients less 14 patients about whom age  data was not collected during Clinical Pharmacology Studies is as follows:

| Age | Number | (%) |
|-----|--------|-----|
| <40 | 1443 | (71%) |
| 40-64 | 532 | (26%) |
| ≥65 | 59 | (3%) |
| Total Specified | 2034 | |

## Extent of Exposure to Gabapentin

The sponsor, in Table 3[3] (page 13) tabulates the total number of patients involved in clinical studies by duration of exposure (weeks).    It can be seen  that 50%  (1015) of patients have been treated with gabapentin for over 6 months; 31% (631 patients) have been treated for over one year,  (342)17% for more than 2 years; and 5%  (98 patients) have been treated form more than 4 years in open-label studies.  Only 1% (11)  of patients have been treated past 5 years,  including four patients who have been treated for 7  years.  For the all 2048 patients exposed to Gabapentin studies,  the mean duration of exposure to Gabapentin was 36 weeks.

---

2  Second Safety Update vol 24.1 pages 189

3  NDA Vol. 25.1, revised ref 74

Confidential