NDA #20-235 Medical-Statistical Review                                          46

## Listing of Patients Who Reported One or More Seizure Flurries During Study 945-6

| Center | Patient | Treatment Group | Phase(s) Flurries Reported | Response | Response Ratio | Percent Change From Baseline (Partial Seizures) |
|---|---|---|---|---|---|---|
| 3 | | Placebo | BL | No | -0.073 | -13.5 |
| 19 | | Placebo | BL, DB | No | 0.344 | 104.9 |
| 19 | | GBP 900 mg | DB | No | 0.098 | 21.6 |
| 19 | | Placebo | BL | No | 0.101 | 22.5 |
| 19 | | Placebo | BL | No | 0.221 | 56.9 |
| 20 | | GBP 900 mg | DB | Yes | -0.445 | -61.7 |
| 20 | | GBP 900 mg | BL, DB | No | -0.234 | -37.9 |
| 27 | | GBP 900 mg | DB | Yes | -0.409 | -58.1 |
| 27 | | GBP 900 mg | BL, DB | Yes | -0.560 | -71.8 |
| 27 | | Placebo | BL | No | -0.266 | -42.1 |
| 27 | | GBP 900 mg | BL | No | -0.297 | -45.8 |
| 27 | | GBP 1200 mg | DB | No | 0.029 | 5.9 |
| 27 | | GBP 900 mg | BL | No | -0.198 | -33.1 |
| 33 | | GBP 1200 mg | BL | Yes | -1.000 | -100.0 |
| 33 | | Placebo | DB | No | -0.136 | -24.0 |
| 33 | | GBP 900 mg | BL | No | -0.121 | -21.6 |
| 33 | | Placebo | BL | No | 0.269 | 73.6 |
| 33 | | GBP 900 mg | BL | No | -0.266 | -42.1 |
| 33 | | Placebo | BL, DB | No | 0.005 | 1.0 |
| 37 | | GBP 900 mg | BL, DB | No | 0.124 | 28.4 |
| 37 | | Placebo | BL, DB | No | 0.006 | 1.2 |
| 41 | | GBP 900 mg | BL, DB | | Not Evaluable | |
| 41 | | GBP 900 mg | BL, DB | Yes | -0.715 | -83.4 |
| 41 | | Placebo | BL | No | -0.027 | -5.3 |
| 41 | | Placebo | BL, DB | Yes | -0.442 | -61.3 |
| 41 | | Placebo | DB | | Not Evaluable | |
| 41 | | GBP 1200 mg | DB | No | 0.241 | 63.5 |
| 42 | | GBP 900 mg | DB | No | 0.606 | 307.3 |
| 42 | | GBP 1200 mg | BL | No | 0.025 | 5.1 |
| 44 | | Placebo | DB | No | 0.007 | 1.4 |
| 45 | | Placebo | DB | No | -0.201 | -33.4 |
| 50 | | Placebo | BL | No | 0.348 | 106.6 |
| 50 | | GBP 900 mg | DB | Yes | -0.702 | -82.5 |
| 50 | | GBP 900 mg | DB | Yes | -0.578 | -73.2 |

BL = Baseline; DB = Double-Blind; GBP = Gabepentin



Pfizer_LAlphs_0084406

## Efficacy Results

Efficacy was based on improvement in frequency of seizures during treatment compared to seizure frequency during a pretreatment baseline period. The actual seizure counts were obtained by diaries maintained by patients, families, friends, or caregivers. The seizure records were interpreted and the data was transferred to case record forms according to the seizure type, number of seizures per day and date of occurrence. Seizure frequency was defined as the number of seizures occurring per 28 days of observation.

For study 945-6 there were four protocol violations which resulted in exclusion of data from efficacy evaluations, and these were decided before the randomization code was entered by Biometrics. It was considered that data from patients with one or more protocol violation would compromise the efficacy analyses:

- Fewer than 56 days of seizure diary in either baseline or double-blind phase. The data of eleven patients were excluded for this reason;

- Fewer than two partial seizures per 28 days during baseline. The data of seven patients were excluded for this reason;

- A period of more than 14 consecutive days during the double-blind phase without administration of study drug. The data of nine patients were excluded for this reason; and

- Small centers were excluded, i.e., those not having patients in all three treatment groups. The data of five patients were excluded for this reason.

This was not specifically predetermined in protocol. In vague terms, it was said that protocol violations could be excluded from efficacy analysis.

In addition, the efficacy analyses were performed on seizure frequencies with and without the inclusions of seizure flurries in an effort to determine whether the method of estimating the number of seizures during a flurry had any effect on the results of the study. What this entailed was eliminating from the seizure counts all seizures that occurred in a flurry.

Of the 109 patients randomized to PBO, 99 were designated evaluable; out of the 111 patients randomized to gabapentin 900 mg/day, 96 were designated evaluable; and out of the 52 patients randomized to gabapentin 1200, 50 were considered evaluable. Twenty seven patients, then were discarded from the firm's analysis of efficacy for the reasons given above.

**Firm's Results:**

**Baseline Comparison.** The three treatment groups were comparable with respect to age, sex, height, weight, number of concomitant AEDs, and baseline seizure frequency. The following Table provides the characteristics of the randomized and evaluable patients at the baseline.

## STUDY 945-6

### BASELINE COMPARISON

| CHARACTERISTIC | PLACEBO | | GABAPENTIN 900 mg | | GABAPENTIN 1200 mg | |
|---|---|---|---|---|---|---|
| | Random'd | Evaluable | Random'd | Evaluable | Random'd | Evaluable |
| Total Sample Size | N=109 | N=99 | N=111 | N=96 | N=52 | N=50 |
| Sex | | | | | | |
|    Male | 57 (52%) | 53 (54%) | 63 (57%) | 52 (54%) | 32 (62%) | 32 (64%) |
|    Female | 52 (48%) | 46 (46%) | 48 (43%) | 44 (46%) | 20 (38%) | 18 (36%) |
| Age | | | | | | |
|    Mean (yrs.) | 32 | 32 | 32 | 33 | 34 | 34 |
|    Range (yrs.) | | | | | | |
| Broca Index | | | | | | |
|    Mean | 1.17 | 1.16 | 1.12 | 1.12 | 1.20 | 1.20 |
|    Range | | | | | | |
| Duration of Epilepsy | | | | | | |
|    Median (yrs.) | 19 | 19 | 17 | 17 | 22 | 22 |
|    Range (yrs.) | | | | | | |
| Number of Concurrent AEDs | | | | | | |
|    0 | 1 (1%) | 1 (1%) | 1 (1%) | 0 (0%) | 0 (0%) | 0 (0%) |
|    1 | 29 (27%) | 29 (29%) | 28 (25%) | 25 (26%) | 8 (15%) | 8 (16%) |
|    2 | 73 (67%) | 63 (64%) | 68 (61%) | 59 (62%) | 43 (83%) | 41 (82%) |
|    >2 | 6 (6%) | 6 (6%) | 14 (13%) | 12 (13%) | 1 (2%) | 1 (2%) |
| Baseline Seiz Freq | | | | | | |
|    Mean | 20.2 | 21.3 | 27.4 | 26.3 | 38.3 | 31.9 |
|    Range | | | | | | |



Pfizer_LAlpha_0084408

The results of the sponsor's statistical tests are summarized below:

| CHARACTERISTIC | STATISTICAL    TEST | p  VALUE |
|---|---|---|
| Age | Kruskal-Wallis  Test | 0.5156 |
| Sex | Chi-Square Test | 0.528 |
| Height | Kruskal-Wallis  Test | 0.884 |
| Weight | Kruskal-Wallis  Test | 0.1074 |
| Broca Index | Kruskal-Wallis  Test | 0.0146 |
| Duration of Epilepsy | Kruskal-Wallis  Test | 0.0596 |
| Number of Concomitant AEDs | Chi-Square Test | 0.146 |
| Baseline Seizure Frequency | Kruskal-Wallis  Test | 0.8298 |

An imbalance among treatment groups was seen with respect to Broca Index (p=0.0146) and duration of epilepsy (p=0.0596). The Broca Index in the gabapentin 900 mg/day group (median 1.09) was smaller than in either the gabapentin 1200 mg/day group (median 1.17) or the placebo group (median 1.14), meaning that the patients in the gabapentin 900 mg/day group were generally taller and lighter than those patients in the other two treatment groups. Duration of epilepsy was longer in the gabapentin 1200 mg/day treatment group (median 22 years) than in either the gabapentin 900 mg/day treatment group or the placebo group (medians 17 and 19 years, respectively), perhaps inferring that the patients from the gabapentin 1200 mg/day group were more refractory to treatment.

**Efficacy Evaluation.** Twenty-seven of the 272 patients who entered the double blind phase of the study were excluded from efficacy analysis due to several protocol violations. [17] Thus, the data on a total of 245 patients from the randomized sample were evaluable for efficacy. For intent-to-treat patients, two patients [Patients         (Center 22)] were excluded from the analysis of response ratio and percent change as they did not have any partial seizures during baseline or treatment; and two patients [Patients      (Center 20) and patient     (Center 28)] were excluded from the analysis of percent change as they had no partial seizures in baseline.

_____

[17] Tables 11 and 12 (p  47 and 49, Vol. 1.195) give details on these exclusions.



NDA #20-235 Medical-Statistical Review                                        50

The results of the sponsor's analyses are summarized below.

## STUDY 945-6

## EFFICACY EVALUATION:DESCRIPTIVE RESULTS

| EFFICACY VARIABLE | EVALUABLE PATIENTS | | | INTENT-TO-TREAT PATIENTS | | |
|---|---|---|---|---|---|---|
| | Placebo | Gaba 900 | Gaba 1200 | Placebo | Gaba 900 | Gaba 1200 |
| **1. Response Ratio** | | | | | | |
| Mean | -0.028 | -0.154 | -0.185 | -0.027 | -0.119 | -0.184 |
| Standard Error of Mean | 0.022 | 0.026 | 0.047 | 0.028 | 0.030 | 0.046 |
| Median | -0.002 | -0.122 | -0.098 | 0.000 | -0.111 | -0.098 |
| Total No. of Patients | N=99 | N=96 | N=50 | N=109 | N=109 | N=52 |
| | | | | | | |
| **2. Responder Rate** | | | | | | |
| Number of Responders | 10 | 22 | 14 | 11 | 24 | 14 |
| % Responders | 10 1 | 22.9 | 28 | 10.1 | 22 | 26.9 |
| Total No. of Patients | N=99 | N=96 | N=50 | N=109 | N=109 | N=52 |
| | | | | | | |
| **3. Percent Change** | | | | | | |
| Mean | 4.9 | -16.4 | -15.9 | 7.94 | 13.54 | -16.36 |
| Standard Deviation | 53.8 | 53.7 | 62.1 | 62.29 | 220.71 | 61.00 |
| Total Number of Patients | N=99 | N=96 | N=50 | N=108 | N=108 | N=52 |

## STUDY 945-6

## EFFICACY EVALUATION

| EFFICACY VARIABLE | STATISTICAL COMPARISONS | TWO-SIDED p VALUES | |
|---|---|---|---|
| | | Evaluable Pts. | Intent-to-Treat |
| **1. Response Ratio** | | ANOVA: t-Test: | Wilcoxon Test: |
| | gabapentin 900 vs. placebo | 0.0046 | 0.0002 |
| | gabapentin 1200 vs. placebo | 0.0055 | 0.0020 |
| **2. Responder Rate** | | Fisher's Exact Test: | Fisher's Exact Test: |
| | gabapentin 900 vs. placebo | 0.020 | 0.026 |
| | gabapentin 1200 vs. placebo | 0.008 | 0.010 |
| **3. Global Evaluation** | | | |
| Evaluated by Patient | Chi-Square Test (3 groups) | 0.034 | Not Performed |
| Evaluated by Physician | Chi-Square Test (3 groups) | 0.002 | Not Performed |

The sponsor stated that gabapentin, 900 mg/day and 1200 mg/day, is effective as add-on therapy in the treatment of partial seizures in patients with medically uncontrolled epilepsy.

Pfizer_LAlpha_0084410

51

A dose-relationship was also observed with the two doses of gabapentin. Three dose groups (placebo, gabapentin 900 mg/day and gabapentin 1200 mg/day) were compared using the primary efficacy variable, response ratio, utilizing the Jonckheere's test[18] ($H_0$: placebo = Gabapentin 900 mg/d = Gabapentin 1200 mg/d versus $H_1$: placebo ≥ Gabapentin 900 mg/d ≥ Gabapentin 1200 mg/d with at least one strict inequality) and a significant trend was found (p < 0.0001).

**FDA'S Results:**

Since the study was conducted at 24 different centers, it is appropriate to consider the effect of centers in the analyses.

**Baseline Comparison.** In order to incorporate the effect of centers, the statistical reviewer performed the van Elteren's test on the demographic variables (age, height, weight, Broca Index, duration of epilepsy, number of concomitant AEDs and baseline seizure frequency) and Mantel-Haenszel test on the variable sex. Results are summarized below.

### STUDY 945-6

#### BASELINE COMPARISON

| CHARACTERISTIC | STATISTICAL TEST | p VALUE |
|---|---|---|
| Age | van Elteren's Test | 0.561 |
| Sex | Mantel-Haenszel Test | 0.498 |
| Height | van Elteren's Test | 0.868 |
| Weight | van Elteren's Test | 0.034 |
| Broca Index | van Elteren's Test | 0.008 |
| Duration of Epilepsy | van Elteren's Test | 0.018 |
| Number of Concomitant AEDs | van Elteren's Test | 0.380 |
| Baseline Seizure Frequency | van Elteren's Test | 0.876 |

The three treatment groups were comparable with respect to age, sex, height, number of concomitant AEDs, and baseline seizure frequency. An imbalance among treatment groups was seen with respect to weight (p=0.034), Broca Index (p=0.008) and duration of epilepsy (p=0.018). The magnitude of these differences was small, and the variations were not expected to influence the results of the study.

---

18

Hoop, R.S. and Mohebalian, I. (1985): "The Jonckheere-Terpstra Nonparametric Test for Trend Utilizing SAS Macros," *Proceedings of the Tenth Annual SAS Users Group International Conference, p. 804.*

In order to determine whether the apparent worsening ( a more positive percent change) in the gabapentin treated group was statistically significant the mean percent change from baseline in the placebo group was compared to that in the 900 and 1200 mg groups. The subsets of each of these groups that demonstrated a PCH (percent change) of greater than 50% were then compared. It can be seen that the apparent worsening in the gabapentin treated patients as manifested by a more postive percent change was not statistically significant in the 1200 mg group subset but did reach statistical significance in the 900 mg treatment group subset. It must be noted that the sample sizes are small and therefore firm conclusions cannot be drawn from these data.

## STUDY 945-6

### EFFICACY EVALUATION:DESCRIPTIVE RESULTS
(DEGREE OF WORSENING)

| EFFICACY VARIABLE | INTENT-TO-TREAT PATIENTS | | |
|---|---|---|---|
| | Placebo | GBP 900 | GBP 1200 |
| Percent Change from Baseline | | | |
| Mean | 113.31 | 449.72 | 118.46 |
| Standard Dev. | 62.57 | 637.690 | 87.57 |
| Total No. of Patients | N=19 | N=9 | N=5 |

Note:  For  Intent-to-Treat:    Kruskal-Wallis (3 groups) p= 0.0679
Wilcoxon Test (GBP 900 vs. Placebo) p=0.0344
Wilcoxon Test (GBP 1200 vs. Placebo) p=0.8311

## Discussion

Two questions were considered most important in evaluating the apparent response to gabapentin in this study. First, did the inaccuracies inherent in seizure count estimation influence the outcome in favor of the drug? Second, was there a sufficient number and type of pharmacologic intervention for the purpose of seizure reduction and control that may have inadvertently skewed the data in favor of the outcome?

The first of these questions was addressed by the firm by its separate analysis of data seizure flurries and then excluding them from the analysis. These analyses it has been learned do not exclude patients with seizure flurry data from the analyses, but rather, they excluded the data from those patients with seizure flurries, and replaced the counts with 0 seizures for that day. This is not considered valid and therefore a separate analysis excluding all seizure flurry patients from the efficacy analysis was requested of the firm. In the firm's analysis it was shown that there was no difference in the outcome if seizure flurries were eliminated from the analysis.

Confidential

The second was looked at informally. Protocol variations and violations were frequent with regard to concomitant drug manipulation, particularly in the group treated with gabapentin 900-MG . Whether there is a systematic error in favor of one group or the other is a matter that is under review, specifically whether the quality of the data have affected the outcome of the study.

The data albeit somewhat less than pure do on their face support the claim for efficacy as adjunctive treatment in refractory partial epilepsy. The data, of course, are not capable of demonstrating a sustained effect. This, however, is a matter that would be considered in labelling.

The additional matter noted in this trial of patients who became more than 50% worse while taking gabapentin was assessed and it was found that only for 900 mg was there a statistically significant degree of worsening in the treatment as compared to the control group. This was a finding which was not confirmed by other studies at either higher or lower doses. Nevertheless it cannot be completely dismissed.

## Study   945-5
### Materials Reviewed:
ISE, Protocol and amendments, Study Report, Appendices, Tabulated summary data, Listings of seizure counts per day (Ref 15), CRF's (Responders, center 12 and volumes which were the dropouts)

### Title
A double-blind placebo-controlled, multicenter study to determine the safety and efficacy of gabapentin as add-on therapy in the treatment of partial seizures.

### Objectives:
The stated aims of this study were to determine the efficacy of gabapentin 1200 mg/day with placebo when added to treatment with other antiepileptic drugs in medically refractory patients with partial seizures and to determine the dose response characteristics of gabapentin with doses at doses of 600, 1200, and 1800 mg/day.

### Subjects
A total of 270 male or female patients over 16 years of age of normal weight who were documented chronically medically uncontrolled, epileptic patients suffering from partial seizures (including both simple and complex partial types).

Patients would be refractory to available (not investigational) antiepileptics in maximum tolerated doses and would experience an average of a minimum of four (4) partial seizures per month alone or secondarily generalized during the three months prior to screening. Additionally, there would not have been a partial seizure-free period longer than four weeks during the previous three (3) months. Patients could have additional other seizure types except for atypical absence and non-epileptic seizures.

Patients were to have been on stable dosage regimens for three (3) months prior to screening. A stable regimen was defined as one or two AEDs at doses giving plasma levels in a specified range and doses at the maximum tolerated as determined by clinical "toxicity" for at least 3 months during the baseline period.

Patients would be excluded from selection to the study on the basis of history or evidence of a progressive structural CNS lesion or encephalopathy, systemic illness involving kidney or liver or chemical evidence thereof[19], leukopenia[20], recent use of one or more investigational medications, substance abuse, pregnancy or lactation or possibility of non completion of the trial.

There would be a minimum of 12 and a maximum of 30 patients from each of 30 centers worldwide.

### Study Protocol
### Study Design

The study design is a complement of that described for study 945-06 and is therefore nearly identical with the exception of a doses for this study which are 600 mg, 1200 mg and 1800 mg, with the stated dose targeted for efficacy of 1200 mg. The protocol was amended prior to the recruitment of patients (April 15, 1987) which codified a convention for counting seizure flurries, that is, seizures which occurred in clusters so abundant as to defy counting. The convention stated that if a flurry occurred, a numerical value would be assigned as follows:

No. of flurries=Duration of flurry activity/(5 minutes)

A schematic of the study design is shown on the next page.

---

[19]SGOT, SGPT, bilirubin, BUN or creatinine above twice the upper limit of the normal range or Gamma-GT over three times the normal range at screening.

[20]counts below 3,000/mm$^3$ and ANC below 1,500/mm$^3$

Protocol 945-5-1

APPENDIX 8

**VISITS TIMETABLE**

|  | Selection and start of db. treatment | | | End of db. portion, open cont. optionally | | End of Study |
|---|---|---|---|---|---|---|

| Week | -12 | -8 | -4 | 1 | 2 | 4 | 8 | 12 | 16 | 20 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clinical examination including neurological | X | | | X | X | X | X | X | X | X | X |
| linical Laboratory | X | X | X | X | X | X | X | X | X | X | X |
| Number and description of seizures | X | X | X | X | X | X | X | X | X | X | X |
| Seizure Diary | X | X | X | X | X | X | X | X | X | X | X |
| Blood plasma levels a) Standard AEDs | X | X | X | X | X | X | X | X | X | X | X |
| b) Gabapentin | | | | X | X | X | X | X | X | X | X |
| Subjective tolerance | | | X | X | X | X | X | X | X | X | X |
| EEG | | | X | | | X | | | | | |
| EKG | | X | | | X | | | | | | |

### Analysis Plan

Statistical analysis would be performed on the efficacy parameters to evaluate the comparability of treated groups at baseline and to assess between treatment group differences during the treatment period. For numerical response data the analysis would utilize parametric techniques referenced to baseline values. For ordinal variables appropriate nonparametric techniques will be used.

Presentation of results would be in tabular, summary, and graphical forms and would cover seizure frequency, symptoms, clinical laboratory findings, and plasma levels of drugs.

The **primary criterion** to establish effectiveness of gabapentin would be the reduction in partial seizures at 1200 mg/day. This reduction will be analyzed by computing a response ratio comparing baseline seizure frequencies (B) with treatment seizure frequencies (T). The response ratio is derived by dividing the difference between seizure frequencies in the treatment and baseline periods by the sum of the two frequencies or $(T-B) / (T+B)$. For example, a response ratio of -.33 corresponds to a 50% reduction in seizures, but avoids some of the difficulties associated with the skewed distribution of percent reduction numbers.

The reduction in partial seizures would also be analyzed by comparing the reduction in partial seizures on 1200 mg/day gabapentin with the reduction in the placebo group. For this purpose the frequency of patients responding would be determined for the gabapentin and placebo groups. Patients would be classified as responders who have at least a 50% reduction in seizures during treatment as compared to baseline.

**Secondary measures** would include similar analysis for other types of seizures and median change in the length of seizure free intervals and the number of seizure free days. Additionally, all four doses of gabapentin would be used to develop a dose response relationship between gabapentin and partial seizure control. The frequency of partial seizures per 28 days would be determined for the three month baseline and for the three month treatment period. Response ratios would be computed from these frequencies to determine effectiveness. Statistical analysis would be performed to compare the effectiveness of the treatment groups to placebo.

The Fisher exact test would be used to evaluate the proportion of patients responding in the categorical comparison. The Cochran-Mantel-Haenszel method would be used to test for association between groups and the proportion of patients responding when stratified by center.

An "intent to treat" analysis of all patients who were randomized and received drug would be done on the primary efficacy variable.

Patients who violated the protocol would be excluded from the evaluation of efficacy. The resultant subsample would be designated the efficacy sample. All patients who took the test medication at least once would be included in the evaluation of tolerance parameters.

### Study Conduct/Outcome

This was a 24-center, double-blind, placebo-controlled study of gabapentin in refractory epileptic patients.  A 12 week baseline period was followed by randomization and then a 3 day drug introduction phase and a 12 week treatment phase.

Most patients in the study maintained their baseline AED regimen at the doses established during baseline although some patients did not and others received additional benzodiazepines on a prn basis for seizures or took medications not approved for the study because of their psychotropic effect. Most patients were maintained on 1-2 concomitant antiepileptic drugs, although some patients were maintained on >2 AEDs. Patients were administered study drug on a TID schedule.  Study drug consisted either of placebo, two capsules TID or gabapentin, one, two or three 200-MG capsules TID during the 12-week treatment phase.  Some patients stopped study drug for <6 days, 6-14 days, and > 14 days and permanently stopped the study drug.

Patients maintained seizure diaries in which the number and type of seizures was recorded and later transcribed to a CRF (case report form). The efficacy variables were then analyzed on the basis of partial seizures per 28 days.  In cases where seizure counts could not be accurately measured and patient reported "seizure flurries" with the duration of the flurry divided by 5 minutes and the resulting quotient labelled with an F for flurry. There appeared to be a great deal of inaccuracy in this method with some patients reporting over 24 hours of such activity, and yielding seizure counts in the magnitude of 288 seizures in a day. Deviations from protocol included patients who did not maintain regular seizure diaries. If fewer than 56 days of seizure diary were obtained, patient was omitted from analysis of efficacy.

Protocol variations which did not result in exclusion of data included the following: change in study medication or concurrent AED;  study medication stopped for < 14 days within the double blind period; discontinuation of concurrent AED; or concurrent use of a beta blocker, and concomitant use of > 2 AED's.  All other protocol variations did result in exclusion of the data from the efficacy analysis.

Of the 306 patients randomized, there were 130 patients who had one or more protocol violations  (43%).

### Chronology

Date Protocol Prepared: April 6, 1987
Starting Date: May 20, 1987
Completion Date: November 4, 1989
Dates of Amendments.
          April 15, 1987 (#1 Seizure flurries)
               August 1, 1988 (#2 Quality of life)
          December 16, 1988 (#3 Women of childbearing potential) Gabapentin 945-5
          Newsletter: August 7, 1987 Clarification of Seizure counting ( Partial seizures
          with secondary generalization. Appeal to obtain trough blood levels. At this point
          100 patients were recruited at 11 centers.

## Centers

This study was conducted at 15 centers inside USA. An amendment at Center 10 allowed an increase in enrollment up to 35 patients and correspondence from Parke-Davis requesting investigators to enroll additional patients resulted in the accrual of 36 patients at Center 14. A total of 368 patients entered the baseline phase, out of which 62 withdrew during baseline. The remainder of the 306 patients were randomized to receive study medication. Of these, 293 completed the study. The center numbers, the names of the investigators, the names of the locations, and number of patients entered and completed Double-Blind Phase are summarized below.

### Centers and Investigators
### Study 945-5

| CENTER NUMBER | INVESTIGATOR(S) | LOCATION | NUMBER OF PATIENTS | |
|---|---|---|---|---|
| | | | Entered | Completed |
| 945-5-1 | F. Dreifuss | Charlottesville, VA | 22 | 21 |
| 945-5-2 | G. Fromm | Pittsburgh, PA | 14 | 12 |
| 945-5-3 | I. Leppik | St. Louis Park, MN | 24 | 23 |
| 945-5-4 | R. Lesser | Baltimore, MD | 22 | 21 |
| 945-5-5 | R. Mattson | West Haven, CT | 9 | 9 |
| 945-5-6 | R. North | Dallas, TX | 25 | 25 |
| 945-5-7 | J. K. Penry | Winston-Salem, NC | 17 | 17 |
| 945-5-8 | R. E. Ramsay | Miami, FL | 19 | 18 |
| 945-5-9 | A. J. Rowan | Bronx, NY | 25 | 24 |
| 945-5-10 | J. C. Sackellares | Ann Arbor, MI | 32 | 30 |
| 945-5-11 | D. Smith | Portland, OR | 16 | 15 |
| 945-5-12 | D. M. Treiman | Los Angeles, CA | 25 | 23 |
| 945-5-14 | L. Ojemann | Seattle, WA | 36 | 36 |
| 945-5-16 | B. Abu-Khalil | Nashville, TN | 12 | 12 |
| 945-5-17 | K. Oommen | Tucson, AZ | 8 | 7 |
| TOTAL NUMBER OF PATIENTS | | | 306 | 293 |

## Patient Flow
A total of 306 patients entered the double-blind phase of the study. The population comprised 53 patients assigned to the gabapentin 600 mg/day group; 101 patients randomly assigned to the gabapentin 1200 mg/day group; 54 patients, assigned to the gabapentin 1800 mg/day group; and 98 patients assigned to the placebo group. The patients were comparable at screening showing no significant differences among all the treatment 'groups with respect to the demographic variables. The mean baseline partial seizure frequency per 28 days was considerably higher in the gabapentin 1200 mg/day group. The high mean was due to two patients [Patient     (Center 3) and Patient     (Center 7)] who reported more than 1000 seizures per 28 days. The Kruskal-Wallis test, performed to investigate the baseline comparability of seizure frequency among the treatment groups, did not detect a difference (p = 0.493).

NDA #20-235 Medical-Statistical Review                                    60

In this study, withdrawal due to seizure exacerbation was equivalent to withdrawal due to lack of efficacy.

Three hundred sixty-eight patients entered the baseline phase; 306 of these patients were randomized to treatment and entered the double-blind phase.

**Patient Disposition**

Three hundred and sixty-eight patients entered the baseline phase of the study. Of these 306 underwent randomization to treatment and entered the double-blind treatment phase. The reasons for withdrawal and the latency to withdrawal from randomization are expressed in the Sponsor's Table below which illustrates the flow of patients from screening to completion of the double blind phase and reasons for discontinuation from the study.

TABLE 19.  Patient Disposition
[Number (%) of Patients]

| | Placebo | Gabapentin | | | Total |
|---|---|---|---|---|---|
| | | 600 mg/day | 1200 mg/day | 1800 mg/day | |
| Entered Baseline | | | | | 368 |
| Withdrawn During Baseline | | | | | 62 |
| Randomized | 97 | 53 | 101 | 55 | 306 |
| **Withdrawn** | | | | | |
| Adverse Events | 1 (1.0) | 3 (5.7) | 2 (2.0) | 2 (3.7)[b] | 8 (2.6)[e] |
| Lack of Compliance | 1 (1.0) | 1 (1.9) | 3 (3.0) | 0 (0.0) | 5 (1.6) |
| Seizure Exacerbation | 0 (0.0) | 0 (0.0) | 1 (1.0) | 0 (0.0) | 1 (0.3) |
| Total Completed | 96 (98.0) | 49 (92.5) | 95 (94.1) | 52 (95.1)[b] | 292 (95.4)[d] |
| **Completed[b]** | | | | | |
| Week 2 | 98 (100.0) | 52 (98.1) | 99 (98.0) | 54 (100.0) | 302 (99.0) |
| Week 4 | 96 (98.0) | 50 (94.3) | 97 (96.0) | 54 (100.0) | 297 (97.1) |
| Week 8 | 96 (98.0) | 49 (92.5) | 95 (94.1) | 54 (100.0) | 294 (96.1) |
| Week 12 | 96 (98.0) | 49 (92.5) | 95 (94.1) | 53 (98.1)[a] | 293 (95.9)[e] |

a   Patient  (Center 9) withdrew from the study on Day 85 (end of double-blind).
    This patient is included as both a withdrawal due to adverse events and as having
    completed the week 12 visit.
b   When an exact date of withdrawal was not specified, patients were counted through
    their last evaluable visit.  Only patients with a visit in the study week range are
    included as completers.



Sponsor's Figure 1 shown below graphs the cumulative distribution of time to withdrawal from this study



FIGURE 1. Cumulative Distribution of Time of Withdrawal From Study During Double-Blind Treatment: Randomized Patient Population

## Demographics/Group Comparability

The comparability of the two treatment groups were examined for age, weight, BROCA index, sex, historical data relating to onset and duration of epilepsy , concurrent diseases, concomitant medications, seizure frequency, and subjective complaints during the baseline period. Frequency tables and distribution parameters (arithmetic mean, standard deviation, minimum, median, maximum) were recorded. The p-values were calculated as the measure of group differences.

## Dosing Information

There was general compliance with the protocol dosing regimen. Patients in all groups were reported compliant except for 2 patients in the gabapentin 600 mg/day group, 5 patients in the gabapentin 1200 mg/day group, and 1 patient in the gabapentin 1800 mg/day group, and 2 patients in placebo group who were considered noncompliant. Noncompliance was defined as >14 days without taking study medication. Those patients who missed study drug for >14 days were excluded by the firm from efficacy analysis.



Confidential

62

## Protocol Variations- Study 945-5

|  | Placebo | Gabapentin | | |
|---|---|---|---|---|
|  |  | 900-MG | 1200-MG | 1800-MG |
| Patients Randomized | 98 | 53 | 101 | 54 |
| Discontinued Treatment | 4 | 4 | 7 | 2 |
| <2 weeks | 2 | 2 | 2 | 1 |
| 2-4 weeks | 1 | 0 | 2 | 1 |
| 5-6 weeks | 1 | 0 | 0 | 0 |
| 6-8 weeks | 0 | 0 | 1 | 0 |
| >56 days | 0 | 2 | 2 | 0 |
| Dose change Treatment | 5 | 5 | 7 | 4 |

**Concomitant Medications:** There was only one patient (gabapentin 1200 mg )who was maintained on >2 AEDs. This patient was included in the efficacy analysis because in other ways he fulfilled the criteria for refractoriness.

Patients were not to have had changes in their antiepileptic drug regimen during the trial. However protocol violations involving concomitant antiepileptic drugs were frequent, with a tendency to adjust doses or add and subtract drugs not only for toxic symptoms and blood levels but also for seizure control. There were 72 case reports of AED dose change and one report each of permanently stopping or starting a concomitant antiepileptic drug. Protocol violations that involved a change in the dose of concomitant antiepileptic drugs during double blind treatment was seen only slightly more frequently in the Gabapentin 1200-MG group (26.7%) compared to placebo (20.4%). When these were compared it was found that dose reduction was more frequent than increase in dose and that each occurred with approximately equal frequency in placebo and treatment groups.

Information on blood levels of concomitant AEDs was collected an tabulated as a function of treatment. The change in levels of concomitant antiepileptic drugs as a function of response was observed not to increase in any systematic fashion as a function of treatment. The random plasma levels obtained do not appear to reflect a significant increase in plasma levels of the concomitant antiepileptic drug (s).

**Data Collection/Reliability:** Seizure counts formed the basis for the efficacy analysis. These were obtained from diaries maintained by family, friend, caretaker or patients. They were interpreted and then entered onto CRFs. At the time of entry an evaluation as to seizure type was made, and the numbers for each seizure type was recorded under the appropriate day. There was no allowance for intensity or duration except in the comment section. Only the number is recorded on the CRF under counts.

If a patient were to have a flurry of seizures so abundant as to preclude counting there was not an established protocol convention that described how to record this. However a convention was adopted at a prestudy investigator's meeting for 945-5. By this

convention a seizure flurry would be timed in duration and the duration divided by 5 minutes. The quotient would serve as the designated seizure count for that flurry.

In study 945-5 a letter was sent to investigators which attempted to clarify the convention for counting partial complex seizures with secondary generalization. In other words, a PCS with secondary generalization was classified as one seizures not partial and a generalized (2). The CRF's were checked and verified this convention.

It was noted that one site (Center 12) was completely eliminated from efficacy analysis. All case report forms from this site were reviewed an it was apparent that in more than 50% of cases seizure data had been omitted from the forms, and added in by the Parke-Davis monitor more than one year later. For this reason, the reliability of the data could not be ascertained and therefore the omission of this site from analysis appears reasonable.

### Efficacy Results
Efficacy was based on improvement in frequency of seizures during treatment compared to seizure frequency during a pretreatment baseline period. The actual seizure counts were obtained by diaries maintained by patients, families, friends, or caregivers. The seizure records were interpreted and the data was transferred to case record forms according to the seizure type, number of seizures per day and date of occurrence. Seizure frequency was defined as the number of seizures occurring per 28 days of observation.

The primary efficacy criteria were the response ratio (RRatio), response, and percent change in the frequency of partial seizures (PCH).

### The Definition of Evaluable Patient
For study 945-5 there were a number of protocol violations which resulted in exclusion of data from efficacy evaluations. These included

* Fewer than 56 days of seizure diary in either baseline or double-blind phase, or inevaluability of the seizure diary.
* Fewer than two partial seizures per 28 days during baseline. The data of seven patients were excluded for this reason;
* A period of more than 14 consecutive days during the double-blind phase without administration of study drug. The data of nine patients were excluded for this reason; and
* Center 12 was excluded because over 50% of the data from this site was found to be unreliable
* Open-Label Therapy Started on Day 14
* Permanent Addition of Antiepileptic Drug

These criteria were not specifically predetermined in protocol. In vague terms, it was said that protocol violations could be excluded from efficacy analysis. Of the 98 patients randomized to PBO, 87 were designated evaluable and of the 208 patients randomized to gabapentin, 181 were designated evaluable.



**Firm's  Results**

**Baseline Comparison.** The four treatment groups were comparable with respect to age, sex, height, weight, duration of epilepsy, number of concomitant AEDs, and baseline seizure frequency. The Broca index was approaching statistical significance (p=0.073); however, this imbalance was not expected to affect the results of this study.

## STUDY 945-5

## BASELINE COMPARISON

### RANDOMIZED PATIENTS

| CHARACTERISTIC | PLACEBO | GABAPENTIN | | | TOTAL |
|---|---|---|---|---|---|
| | | 600  mg/day | 1200  mg/day | 1800  mg/day | |
| Total Sample Size | N=98 | N=53 | N=101 | N=54 | N=306 |
| **Sex** | | | | | |
| Male | 69  (70.4%) | 36  (67.9%) | 60  (59.4%) | 37  (68.5%) | 202  (66.0%) |
| Female | 29  (29.6%) | 17  (32.1%) | 41  (40.6%) | 17  (31.5%) | 104  (34.0%) |
| **Age** | | | | | |
| Mean (yrs.) | 34 | 34 | 35 | 35 | 35 |
| Range (yrs.) | | | | | |
| **Broca Index** | | | | | |
| Mean | 1.22 | 1.18 | 1.23* | 1.25 | 1.22* |
| Range | | | | | |
| **Duration of Epilepsy** | | | | | |
| Median (yrs.) | 22 | 20 | 21 | 21** | 21** |
| Range (yrs.) | | | | | |
| **Number of Concurrent AEDs** | | | | | |
| 1 | 30  (30.6%) | 21  (39.6%) | 34  (33.7%) | 28  (51.9%) | 113  (36.9%) |
| 2 | 68  (69.4%) | 32  (60.4%) | 66  (65.3%) | 26  (48.1%) | 192  (62.7%) |
| 3 | 0 ( 0.0 %) | 0 ( 0.0%) | 1  (1.0%) | 0 ( 0.0%) | 1  (0.3%) |
| **Baseline Seiz Freq** | | | | | |
| Mean | 31 | 21 7 | 51.7 | 31.5 | 36.3 |
| Range | | | | | |

\*:  Height was not available for Patient 104 (Center 9).
\*\*:  Age at onset of epilepsy was not available for Patient 202 (Center 8).



NDA #20-235 Medical-Statistical Review                                                    65

Results of sponsor's statistical tests are summarized below.

| CHARACTERISTIC | STATISTICAL TEST | p VALUE |
|---|---|---|
| Age | Kruskal-Wallis Test | 0.6587 |
| Sex | Chi-Square Test | 0.385 |
| Height | Kruskal-Wallis Test | 0.4956 |
| Weight | Kruskal-Wallis Test | 0.1557 |
| Broca Index | Kruskal-Wallis Test | 0.073 |
| Duration of Epilepsy | Kruskal-Wallis Test | 0.3534 |
| Number of Concomitant AEDs | Chi-Square Test | 0.151 |
| Baseline Seizure Frequency | Kruskal-Wallis Test | 0.4933 |

**Efficacy Evaluation.** Thirty-eight of the 306 patients who entered the double blind phase of the study were excluded from efficacy analysis due to several protocol violations. Tables 11 and 12 (p. 47 and 50-51, Vol. 1.180) give details on these exclusions. Thus, the data on a total of 268 patients from the randomized sample were evaluable for efficacy: 46 in the gabapentin 600 mg/day group, 87 in the gabapentin 1200 mg/day group, 48 in the gabapentin 1800 mg/day group, and 87 in the placebo group. As per protocol, efficacy analyses were performed for the gabapentin 1200 mg/day group compared with the placebo group.

## STUDY 945-5

## EFFICACY EVALUATION:DESCRIPTIVE RESULTS

| EFFICACY | EVALUABLE PATIENTS | | | | INTENT-TO-TREAT PATIENTS | | | |
|---|---|---|---|---|---|---|---|---|
| VARIABLE | Placebo | GBP 600 | GBP 1200 | GBP 1800 | Placebo | GBP 600 | GBP 1200 | GBP 1800 |
| **1. Response Ratio** | | | | | | | | |
| Mean | -0.041 | -0.126 | -0.117 | -0.228 | -0.021 | -0.09 | -0.1 | -0.222 |
| SEM | 0.023 | 0.04 | 0.027 | 0.036 | 0.022 | 0.040 | 0.027 | 0.034 |
| Median | -0.032 | -0.139 | -0.111 | -0.19 | -0.030 | -0.11 | -0.09 | -0.190 |
| No. of Patients | N=87 | N=46 | N=87 | N=48 | N=98 | N=53 | N=101 | N=54 |
| | | | | | | | | |
| **2. Responder Rate** | | | | | | | | |
| Responders | 8 | 9 | 15 | 12 | 8 | 9 | 16 | 14 |
| % Responders | 9.2 | 19.6 | 17.2 | 25 | 8.2 | 17 | 15.8 | 25.9 |
| No. of Patients | N=87 | N=46 | N=87 | N=48 | N=98 | N=53 | N=101 | N=54 |
| | | | | | | | | |
| **3. Percent Change** | | | | | | | | |
| Mean | 1.00 | 24.1 | -11.1 | -31.3 | 7.27 | 31.09 | -4.98 | -30.28 |
| Standard Dev. | 48.0 | 297.3 | 49.6 | 30.4 | 58.74 | 281.6 | 57.10 | 31.29 |
| Median | -6.2 | -24.3 | -20.0 | -31.9 | -5.88 | -20.00 | -16.7 | -31.88 |
| No. of Patients | N=87 | N=46 | N=87 | N=48 | N=98 | N=53 | N=101 | N=54 |

Confidential

NDA #20-235 Medical-Statistical Review                                66

The results of the sponsor's analyses are summarized below.

## STUDY 945-5

### EFFICACY EVALUATION

| EFFICACY VARIABLE | STATISTICAL TEST | TWO-SIDED p VALUES | |
|---|---|---|---|
| | | Evaluable Pts. | Intent-to-Treat |
| 1. Response Ratio (RRatio) | ANOVA (contrast): t-Test | See Table Below | Wilcoxon Test |
| | gabapentin 600 vs. placebo | 0.0123 | Not Performed |
| | gabapentin 1200 vs. placebo | 0.0808 | 0.0365 |
| | gabapentin 1800 vs. placebo | 0.0001 | Not Performed |
| 2. Responder Rate | Fishers Exact Test: | | |
| | gabapentin 1200 vs. placebo | 0.178 | 0.127 |
| | Wilcoxon Two-Sample Test: | | |
| | gabapentin 1200 vs. placebo | Not Performed | 0.0277 |
| 3. Global Evaluation | | | |
| Evaluated by Patient | Chi-Square Test (3 groups) | 0.048 | Not Performed |
| Evaluated by Physician | Chi-Square Test (3 groups) | 0.113 | Not Performed |

### ANOVA TABLE FOR RESPONSE RATIO
#### Evaluable Patients

| SOURCE | DF | TYPE III SS | MEAN SQUARES | F-VALUE | P-VALUE |
|---|---|---|---|---|---|
| TREATMENTS | 3 | 1.10214106 | 0.36738035 | 6.41 | 0.0004 |
| CENTERS | 13 | 1.06651586 | 0.08203968 | 1.43 | 0.1467 |
| TREAT*CTR | 39 | 2.05594290 | 0.05271648 | 0.92 | 0.6097 |

There were no indications from the residuals of the above ANOVA table that the underlying assumptions might be inadequate

The sponsor concluded that gabapentin 600, 1200 and 1800 mg/day as add-on therapy is effective for the treatment of partial seizures in patients with medically uncontrolled epilepsy. Gabapentin 600, 1200 and 1800 mg/day all demonstrate a better response than placebo. Gabapentin 600 and 1800 mg/day are more effective than 1200 mg/day.

A dose-relationship was also observed with the three doses of gabapentin. Four dose groups (placebo, gabapentin 600 mg/day, gabapentin 1200 mg/day and gabapentin 1800 mg/day) were compared using the primary efficacy variable, response ratio, utilizing the Jonckheere's

Confidential



NDA #20-235 Medical-Statistical Review                                   67

test[21] ($H_0$: placebo = Gabapentin 600 mg/d = Gabapentin 1200 mg/d = Gabapentin 1800 mg/d versus $H_1$: placebo ≥ Gabapentin 600 mg/d ≥ Gabapentin 1200 mg/d ≥ Gabapentin 1800 mg/d with at least one strict inequality) and a significant trend was found ($p < 0.0001$).

**FDA's  Results**

Since the study was conducted at 15 different centers, it is appropriate to consider the effect of centers in the analyses.

**Baseline Comparison.** In order to incorporate the effect of centers, the statistical reviewer performed the van Elteren's test on age, height, weight, Broca index, duration of epilepsy, number of concomitant AEDs and baseline seizure frequency comparing the four groups. The Mantel-Haenszel test was utilized to compare the variable sex. Results are summarized below.

### STUDY  945-5

#### BASELINE  COMPARISON

| CHARACTERISTIC | STATISTICAL TEST | p VALUE |
|---|---|---|
| Age | van Elteren's Test | 0.668 |
| Sex | Mantel-Haenszel Test | 0.349 |
| Height | van Elteren's Test | 0.360 |
| Weight | van Elteren's Test | 0.204 |
| Broca Index | van Elteren's Test | 0.083 |
| Duration of Epilepsy | van Elteren's Test | 0.544 |
| Number of Concomitant AEDs | van Elteren's Test | 0.052 |
| Baseline Seizure Frequency | van Elteren's Test | 0.491 |

The four treatment groups were comparable with respect to age, sex, height, weight, duration of epilepsy, and baseline seizure frequency. The Broca Index ($p=0.083$) and number of concomitant AEDs ($p=0.052$) were approaching statistical significance.

**Efficacy Evaluation.** In order to incorporate center effects, the statistical reviewer performed appropriate analyses  The results of these analyses are summarized on the next page.

21
Hoop, R.S. and Mobehalian, I. (1985): "The Jonckheere-Terpstra Nonparametric Test for Trend Utilizing SAS Macros," *Proceedings of the Tenth Annual SAS Users Group International Conference, p. 804.*



## STUDY 945-5
### EFFICACY EVALUATION

| EFFICACY VARIABLE | STATISTICAL TEST | TWO-SIDED p VALUES | |
|---|---|---|---|
| | | Evaluable Pts. | Intent-to-Treat |
| 1. Response Ratio (RRatio) | | **F-test** | **Kruskal-Wallis** |
| (i) Flurries Excluded | ANOVA (four dose groups): | 0.0004 | 0.0001 |
| | Contrasts: | **T-Test** | **Wilcoxon** |
| | gabapentin 600 vs. placebo | 0.0123 | 0.0282 |
| | gabapentin 1200 vs. placebo | 0.0808 | 0.0365 |
| | gabapentin 1800 vs. placebo | 0.0001 | 0.0001 |
| | | | |
| | van Elteren's Test | | |
| | gabapentin 600 vs. placebo | 0.022 | 0.029 |
| | gabapentin 1200 vs. placebo | 0.041 | 0.028 |
| | gabapentin 1800 vs. placebo | < 0.001 | < 0.001 |
| | | | |
| | | **F-test** | **Kruskal-Wallis** |
| (ii) Flurries Included | ANOVA (four dose groups): | 0.0134 | 0.0014 |
| | Contrasts: | **T-Test** | **Wilcoxon** |
| | gabapentin 600 vs. placebo | 0.1182 | 0.0909 |
| | gabapentin 1200 vs. placebo | 0.6623 | 0.2241 |
| | gabapentin 1800 vs. placebo | 0.0023 | 0.0001 |
| | | | |
| | van Elteren's Test | | |
| | gabapentin 600 vs. placebo | 0.133 | 0.121 |
| | gabapentin 1200 vs. placebo | 0.334 | 0.224 |
| | gabapentin 1800 vs. placebo | 0.001 | < 0.001 |
| | | | |
| 2. Responder Rate | | | |
| (i) Flurries Excluded | Mantel-Haenszel Test | | |
| | gabapentin 600 vs. placebo | 0.068 | 0.074 |
| | Breslow-Day Interaction | 0.216 | 0.259 |
| | gabapentin 1200 vs. placebo | 0.109 | 0.100 |
| | Breslow-Day Interaction | 0.211 | 0.243 |
| | gabapentin 1800 vs. placebo | 0.019 | 0.005 |
| | Breslow-Day Interaction | 0.253 | 0.236 |
| (ii) Flurries Included | Mantel-Haenszel Test | | |
| | gabapentin 600 vs. placebo | 0.150 | 0.168 |
| | Breslow-Day Interaction | 0.175 | 0.200 |
| | gabapentin 1200 vs. placebo | 0.107 | 0.119 |
| | Breslow-Day Interaction | 0.128 | 0.137 |
| | gabapentin 1800 vs. placebo | 0.091 | 0.030 |
| | Breslow-Day Interaction | 0.123 | 0.116 |
| | | | |
| 3. Global Evaluation | | | |
| Evaluated by Patient | van Elteren's Test (4 groups) | 0.385 | **Data Not** |
| Evaluated by Physician | van Elteren's Test (4 groups) | 0.238 | **Available** |



69

## ANOVA TABLE FOR RESPONSE RATIO
### Evaluable Patients (Response Flurries Excluded)

| SOURCE | DF | TYPE III SS | MEAN SQUARES | F-VALUE | P-VALUE |
|--------|-----|-------------|--------------|---------|---------|
| TREATMENTS | 3 | 1.10214106 | 0.36738035 | 6.41 | 0.0004 |
| CENTERS | 13 | 1.06651586 | 0.08203968 | 1.43 | 0.1467 |
| TREAT*CTR | 39 | 2.05594290 | 0.05271648 | 0.92 | 0.6097 |

## ANOVA TABLE FOR RESPONSE RATIO
### Evaluable Patients (Response Flurries Included)

| SOURCE | DF | TYPE III SS | MEAN SQUARES | F-VALUE | P-VALUE |
|--------|-----|-------------|--------------|---------|---------|
| TREATMENTS | 3 | 0.74052201 | 0.24684067 | 3.65 | 0.0134 |
| CENTERS | 13 | 1.70073279 | 0.13082560 | 1.94 | 0.0278 |
| TREAT*CTR | 39 | 2.35074491 | 0.06027551 | 0.89 | 0.6561 |

There were no major indications from the residuals of the above ANOVA tables that the underlying assumptions might be inadequate.

Clearly, this study failed to provide statistical evidence to support the sponsor's claim of efficacy of gabapentin 1200 mg/day over placebo. However 1800 mg/day did appear superior to placebo in two of the major efficacy variables, Responder rate and Response ratio with seizure flurries included in the intent-to-treat analysis.

**Additional Issues :**
Additional review of the firm's calculations of Percent change (where a PCH of <-50% designates a responder and 0% signifies no change, it appeared that there was a group of patients who not only did not respond but who became > 50% worse after the treatment period as compared to baseline. The magnitude of worsening was reviewed and it appeared that for all patients who were 50% worse than baseline (PCH>50%) the gabapentin-treated group showed a greater magnitude of worsening than those assigned to placebo. Patients who developed an increase in seizures from baseline of 50% or greater included the following patients. The percent change is noted in the far right hand column.

The following table lists by patient ID and treatment those who had PCH>50%

| Center/Number | Treatment | PCH | Center/Number | Treatment | PCH |
|---------------|-----------|------|---------------|-----------|------|
| 2-203 | G-1800 | 204.6 | 10-205 | G-1200 | 200 |
| 2-205 | G-1200 | 417.8 | 1-205 | G-1200 | 80.4 |
| 3-205 | G-1200 | 314.1 | 3-102 | G-1200 | 69.4 |
| 9-211 | G-1200 | 296.3 | 5-206 | G-1200 | 66.4 |



| Center/Number | Treatment | PCH | Center/Number | Treatment | PCH |
|---|---|---|---|---|---|
| 9-210 | G-1200 | 64.2 | 9-213 | G-1200 | NC |
| 3-203 | G-600 | 157 | 8-105 | G-600 | 61.6 |
| 3-201 | PBO | 283.7 | 3-202 | PBO | 121.7 |
| 9-206 | PBO | 82.6 | 4-105 | PBO | 57.6 |
| 8-205 | PBO | 53.6 | 10-222 | PBO | 53.6 |

In order to determine whether the apparent worsening ( a more positive percent change) in the gabapentin treated group was statistically significant the mean percent change from baseline in the placebo group was compared to that in the 600,1200, and 1800 mg groups. The subsets of each of these groups that demonstrated a PCH (percent change) of greater than 50% were then compared. It can be seen that the apparent worsening in the gabapentin treated patients at all dosage levels as manifested by a more positive percent change was not statistically significant in any subset. It must be noted that the sample sizes are small and therefore firm conclusions cannot be drawn from these data.

## STUDY 945-5

### EFFICACY EVALUATION:DESCRIPTIVE RESULTS
#### (DEGREE OF WORSENING)

| EFFICACY VARIABLE | INTENT-TO-TREAT PATIENTS | | | |
|---|---|---|---|---|
| | Placebo | GBP  600  mg/d | GBP  1200  mg/d | GBP  1800  mg/d |
| Percent Change from Baseline | | | | |
| Mean | 129.42 | 471.77 | 155.36 | 204.6 |
| Standard Dev. | 95.80 | 747.80 | 109.79 | undefined |
| No. of Patients | N=9 | N=6 | N=14 | N=1 |

Kruskal-Wallis (3 groups) p= 0.6336
Wilcoxon Test (GBP 600 vs. Placebo) p=0.4437
Wilcoxon Test (GBP 1200 vs. Placebo) p=0.3951
Wilcoxon Test (GBP 1800 vs. Placebo) p=0.4862

## Discussion

As in the two previous studies the questions which were considered most important in evaluating the apparent response to gabapentin in this study were whether the inaccuracies inherent in seizure count estimation influence the outcome in favor of the drug and whether there was a sufficient number and type of pharmacologic interventions for the purpose of seizure reduction and control to have inadvertently skewed the data.

The first of these questions was addressed by the firm by its separate analysis of data including patients with seizure flurries and then excluding them from the analysis. Initally the firm conducted an analysis eliminating the seizure flurries and replacing the seizure counts on a given day with 0 seizures, retaining the patients with flurries. A

second analysis requested by the FDA in which patients who experienced seizure flurries were eliminated from the analysis. In either case the data failed to demonstrate efficacy at the selected dose but the 1800 mg appeared to be positive.

The second question was looked at informally. While protocol variations and violations were frequent with regard to concomitant drug manipulation, there does not appear to be a systematic error in favor of one group or the other. Therefore this reviewer does not think that the quality of the data have affected the outcome of the study.

The data albeit somewhat less than pure do not support the claim for efficacy at the 1200 mg dose as adjunctive treatment in refractory partial epilepsy although there is a trend in favor of the drug. On the other hand the 1800 mg treatment group did show a statistically signficant response as compared to placebo. As in the previous studies, the data are not capable of demonstrating a sustained effect. The additional matter noted in this trial of patients who appeared to become more than 50% worse while taking gabapentin was shown not to have reached statistical significance.

## Study 945-9/10

**Materials Reviewed:**
ISE, Protocol (945-6) and amendments, Study Report, Appendices, Tabulated summary data

This study was identical in form to 945-6 indeed it used the same protocol. However this study was actually designed as two separate studies to evaluate CSF levels of Gabapentin. The original intent was to analyze the data from these two studies separately for efficacy, they were later used for analysis of seizure frequency data and combined as one due to the small number of patients in each one. Study 945-9 was performed at two centers in Finland and Study 945-10 was independently performed at two centers in Sweden.

**Conduct:** A total of 87 patients in two centers entered the double blind phase: 36 were assigned to treatment with gabapentin 900 mg per day, 17 patients assigned to gabapentin 1200 mg, and 34 patients were assigned to placebo.There was a 10% attrition rate, with 9 patients withdrawn during the double blind or interim phase (4 in gabapentin 900, 1 in gabapentin 1200, and 4 in placebo). Because of the small number of patients in this study and because of the fact that the figures were combined retrospetively this study is not considered an important one and it will be summarized only briefly. An independent analysis was not performed as it was not seen to be likely to contribute additional important information.

The principal efficacy parameter for this study was defined by the 945-6 protocol, and that was based on the frequency of partial seizures during the treatment with GBP plus other AED's. The control reference was the frequency of partial seizures during treatment with placebo plus AED's in the randomly assigned parallel group.

## Firm's Analysis

The RRatio was evaluated by ANOVA. "The model included effects due to treatment and center. A preliminary test for treatment by center interaction was performed. While all three treatment groups were included in the analysis, a significance test was performed only for the difference (contrast) between the gabapentin 900 mg/day group and the placebo group (two sided, and significant if $p \leq 0.05$)"

"Fishers's Exact test (two sided, and significant if $p \leq 0.05$) was used to compare differences between the gabapentin 900 mg/day group and the placebo group in the proportion of patients responding to treatment, i.e., with $\geq 50\%$ reduction in seizures."

"In the intent-to-treat analysis, the RRatio was analyzed by a Wilcoxon test as opposed to ANOVA because this makes fewer assumptions. Responder rate was analyzed using Fisher's Exact test. Both tests were performed two-sided at the 5% level of significance, comparing gabapentin 900 mg/day and placebo."

"RRatio and PCH were summarized by the calculation of the mean, standard error and standard deviation respectively, minimum, median and maximum values. Response was summarized by calculation of the Responder rate, i.e. the percent of patients in each treatment group with at least 50% reduction in seizure frequency."

The results of the sponsor's analyses are summarized below.

## STUDY 945-9/10

## EFFICACY EVALUATION:DESCRIPTIVE RESULTS

| EFFICACY | EVALUABLE PATIENTS | | | INTENT-TO-TREAT PATIENTS | | |
|---|---|---|---|---|---|---|
| VARIABLE | Placebo | GBP 900 | GBP 1200 | Placebo | GBP 900 | GBP 1200 |
| 1. Response Ratio | | | | | | |
| Mean | -0.033 | -0.088 | -0.265 | -0.044 | -0.103 | -0.265 |
| SEM | 0.048 | 0.042 | 0.056 | | NOT | PROVIDED |
| Median | -0.063 | -0.087 | -0.167 | | NOT | PROVIDED |
| No. of Patients | N=33 | N=33 | N=17 | N=33 | N=33 | N=17 |
| 2. Responder Rate | | | | | | |
| Responders | 4 | 4 | 5 | 4 | 4 | 5 |
| % Responders | 13.3 | 12.5 | 29.4 | 13.3 | 12.5 | 29.4 |
| No. of Patients | N=34 | N=36 | N=17 | N=34 | N=36 | N=17 |
| 3. Percent Change | | | | | | |
| Mean | 11.00 | -7.6 | -37.5 | | NOT | DONE |
| Standard Dev. | 48.0 | 297.3 | 49.6 | | NOT | DONE |
| Median | -6.2 | -24.3 | -20.0 | | NOT | DONE |
| No. of Patients | N=33 | N=33 | N=17 | | | |

Pfizer_LAlphs_0084432

## STUDY 945  9 / 1 0

### EFFICACY EVALUATION

| EFFICACY VARIABLE | STATISTICAL COMPARISONS | TWO-SIDED p VALUES | |
|---|---|---|---|
| | | Evaluable Pts. | Intent-to-Treat |
| 1. Response Ratio | | ANOVA: t-Test | Wilcoxon Test |
| | gabapentin 900 vs. placebo | 0.29 | 0.48 |
| | gabapentin 1200 vs. placebo | Not Performed | Not Performed |
| 2. Responder Rate | | Fisher's Exact Test | Fisher's Exact Test |
| | gabapentin 900 vs. placebo | 1.000 | 1 |
| | gabapentin 1200 vs. placebo | Not Performed | Not Performed |
| 3. Global Evaluation | | | |
| Evaluated by Patient | Chi-Square Test (3 groups) | Not Performed | Not Performed |
| Evaluated by Physician | Chi-Square Test (3 groups) | Not Performed | Not Performed |

The sponsor concedes that definite conclusions cannot be drawn from these results
regarding the efficacy of gabapentin, 900 mg/day and 1200 mg/day, as add-on
therapy in the treatment of partial seizures in patients with medically uncontrolled
epilepsy because of the small size of these studies. No statistical analysis was performed
on the 1200 mg group.

## 8.0 Safety Findings

The purpose of this section is to assess the safety data submitted in this NDA in order to identify the risks associated with the use of Gabapentin administered in the manner suggested in the proposed labeling and to determine if any additional analysis may be needed to establish the reasonable safety of the drug system. This portion of the review will attempt to distinguish those adverse effects which may be attributed to the known pharmacokinetic actions of Gabapentin from any unexpected, local, or idiosyncratic effects. The safety review focuses on data derived from clinical trials sponsored by Parke Davis in support of this NDA. This section will contain the human safety findings, analyses and interpretations, coming from individual studies, pools of relevant studies, and the entire population exposed in the sponsor's development program

## 8.1 Methods

In evaluating the safety of gabapentin the gabapentin-exposed population was examined for the most clinically serious adverse events and the most commonly collected and reported safety data were reviewed. The data that were relied upon for the assessment of serious adverse events were the summaries and case report forms of deaths, and dropouts due to adverse events as well as tabular summaries of adverse events determined to be serious by the investigators. In addition all case report forms that were provided in reference to these were reviewed. Finally a random check through other case report forms that were provided was made to screen for serious events that might have been missed thought other methods, such as those that were not labelled as serious, but were considered serious by other criteria. The population relied upon for these was the total exposed population. Additional materials that were reviewed for this analysis included the Integrated Safety Summary (NDA Vol 1.70-1.72 filed January 31, 1992), the Safety Update#1 ( NDA Vol. 5.1-5.4 filed June 1, 1992), and Safety Update #2 (NDA Vol. 24.1-24.4) with the associated case report forms and tabular summaries of laboratory and adverse event data. the individual study reports of the major studies and the available CRF's as well as the extended treatment studies and the available case report forms provided for these studies.

This safety review is current as of 6/30/1992 in the drug's development except for deaths and serious adverse events which have been updated to 9/15/1992. The dates that are pertinent to this submission are shown below.

### Data Cutoff Dates for Gabapentin Submissions

| Document | Submitted | Safety Cutoff | Deaths Cutoff | Serious AE |
|---|---|---|---|---|
| NDA | 1/31/92 | 4/30/90 | 8/31/91 | 6/30/91 |
| First Safety Update | 5/29/92 | 6/30/91 | 2/29/92 | 2/29/92 |
| Second Safety Update | 11/2/92 | 6/30/92 | 9/15/92 | 9/15/92 |

Relevant background information (noted in section 1.0) in the preclinical development of gabapentin necessitated a review of the safety data with the potential for carcinogenicity in mind. No other significant preclinical issues emerged during development, and indeed it appeared as though this drug was free of many of the adverse



effects seen from other antiepileptic drugs, such as the propensity to cause liver toxicity and bone marrow depression and the tendency for interaction with other antiepileptic drugs.

The data for review are derived from two data bases: the Clinical Pharmacology and the Clinical Safety Databases. The Clinical Pharmacology Database consists of information from 462 individuals (355 healthy subjects, 52 epilepsy patients and 55 patients with renal dysfunction) enrolled in phase 1 pharmacokinetic studies.

| Phase 1 | |
|---|---|
| gabapentin | 448 (14 of these patients also received PBO) |
| placebo | 28 |
| total | 462 |

These were derived from a total of 35 pharmacokinetic studies which are reported only in the original NDA submission[22].

The Clinical Safety Database contains safety information from Phase 2-3 studies which include the controlled clinical trials in epilepsy, uncontrolled epilepsy studies, and the smaller trials for the evaluation of gabapentin in migraine and spasticity , yielded a database of 1607 patients who received drug as well as 489 placebo patients.

| Phase 2-3 | | |
|---|---|---|
| gabapentin | 1607 | |
| placebo | 489 | (all but 47 of these patients eventually |
| total | 1654 | received drug) |

Of the 1607 patients who received gabapentin in phase 2-3 trials, 1460 had epilepsy, 102 spasticity,and 45 had migraine. Seven (7) of these patients had been in phase 1 trials and are not counted twice. The total number of patients exposed to gabapentin in phase 2-3 studies is 1607. During the course of development, some patients moved from one study to another. The usual path of movement is shown in sponsor's Figure 1 [23] shown on the following page

A small number of patients (N=33) were evaluated in epilepsy monotherapy trials. Of these, only 15 were exposed to gabapentin, and 18 to placebo. Because of the safety concerns raised about the preclinical toxicity of gabapentin and the imposition of clinical hold these trials were not brought to completion. They are included in the above totals for phase 2-3 studies

---

22 NDA  Vol 1.70-1.72

23 NDA Vol 1.70 page 17

| Double-Blind Placebo-Controlled | Uncontrolled | |
|---|---|---|
| | Short-Term | Long-Term |

FIGURE 1.  Schematic Overview of All Epilepsy Studies

The total number of patients exposed to drug in all studies as of June 30, 1992 was 2048 (448+1607-7) or 1961 patient years excluding patients in named patient or compassionate use protocols, Huntington's disease and patients enrolled in early pharmacokinetics studies for whom there were no case report forms. As of September 15, 1992, 2096[24] patients are estimated to have received drug. Patient exposure to gabapentin can also be expressed as 1971 patient years of exposure excluding the patients in the two placebo controlled trials still in progress. There are an estimated 14 gabapentin-exposed patients for whom there is no information.

## 8.2 Deaths

A total of 25 deaths were reported out of an estimated total exposed population of 2096 patients.  Seven (7) of these occurred following discontinuation of treatment.  Of the 25, there were 13 deaths associated with complications of epilepsy and seizures out of control. There were 3 cardiac deaths, one homicidal death and one death due to an apparently spontaneous cerebral hemorrhage. In addition there were 6 deaths from or related to complications of cancer.  One suicide occurred long after discontinuation of treatment.  The overall death rate, then, is approximately 1% of all exposures and the majority occurred after one year of treatment.  The table  shown on the pages  following this section  summarizes the deaths reported in association with gabapentin therapy and lists causes by patient with dose and duration of therapy prior to death.

The incidence of Sudden Unexplained Death in Epilepsy (SUDE) was examined.  There were only two patients who were reported to have died on gabapentin treatment unexpectedly and without a reasonable explanation or evidence for cause of death at autopsy.  Three additional patients had death attributed to seizure when none  was observed.  If these numbers are included among the "unexplained deaths"  there are 5

---

24 Since studies 945-36 and 945-8 are  still in progress, and the randomization code has not yet been broken, the actual number of patients exposed to gabapentin is not known, and is therefore estimated as half of the patients currently enrolled.  One death was reported in 945-36 but the treatment assignment has not yet been revealed.

Patients in the following studies  received gabapentin but their data are not included in the safety database and they are not included in the 2048 patients reported in the Second Safety Update.

| Study 945-15 | 9 | An additional 9 patients  received gabapentin between June 30 and September 15, 1992 |
| Study 945-73 | 12 | All 12 participants in this PK study received gabapentin |
| Study 8803-013 | 1 | Patient RS who received gabapentin on a compassionate basis died. His death was reported but he was not included among the numbers in safety database of 2048. |

Confidential

patients who could reasonably be called unexplained. If all five are considered, the overall rate of SUDE for the exposed patients in the combined studies would amount to 5 per 1971 patient years, or 2.5 SUDE /1000 pt years. In the absence of controls one cannot determine for this population specifically what that risk should accurately be and therefore it must be noted that the risk is slightly higher than the background rate reported among epileptics in some studies.

Other deaths associated with seizures were infrequent and not unexpected from the population studied. These included deaths due to drowning, aspiration during seizure activity, and death resulting from a traumatic subarachnoid hemorrhage occurring during a fall in an ataxic patient whose seizures were not adequately controlled. There was one reported death associated with complications of *status epilepticus*.

There were six deaths associated with cancer in the population treated with gabapentin. Four of these were treatment emergent, the fifth represented a stable (5 years) lesion that showed rapid growth during the first 113 days on drug. The sixth death was reported in a patient who had a recurrence of a brain tumor that had been resected 6 years earlier, and was stable on entry into 945-5. Four of patients with tumors died after medication had been discontinued. The remainder died on treatment. The average time from onset of treatment to diagnosis of the patients who died of tumors was 489 days with a range of          days. Tumors represented a range of tissue types from lymphoma to astrocytoma to lung cancer with no particular tissue type, therefore, emerging as prominent. Further discussion of tumors emergent during treatment can be found in Section 8.8

There were three cardiac associated deaths. One patient died as a complication of coronary artery bypass surgery. A second had a history of active cardiovascular disease, with a recent infarction. The third death was associated with severe coronary artery disease found at autopsy. The patient was only 37 years of age. The finding of severe coronary artery disease has not been reported with the other postmortem examinations of patients who have been on gabapentin therapy, however, only 10 postmortem examinations have been performed. There was an additional male patient reported as dying at the age of 30 of another cause who had evidence of mild atherosclerosis at postmortem examination

**Comment.** None of these deaths was considered by the investigators or by the sponsor to be related to Gabapentin. The deaths accounted for by SUDE ( sudden unexplained death in epilepsy) and accidental or seizure related deaths are not inconsistent with mortality rates for epileptic populations. The deaths are diverse in etiology, without clear temporal relationship to Gabapentin therapy. The fact that six subjects died of complications of tumors after prolonged use of a drug shown to be carcinogenic in at least one species of animals should support some degree of caution in labelling. Tumors emergent, recurrent and expanding during treatment will be discussed further in section 8.8.

NDA #20-235 Medical-Statistical Review 79

Summary of Deaths Occuring in GABAPENTIN-Treated Patients (N=2075)

| Study/Patient Number | Age (yrs) | Sex | Dose (mg/d) | Duration (days) | Cause of Death and Comments |
|---|---|---|---|---|---|
| | | | | | **Tumor Related** |
| RS | 63 | M | 2400 | 85 | Cause: Lung Cancer. Comment: Tumor diagnosed 6 weeks after stopping therapy. He died within 150 days of stopping therapy for LOE (MS, specificity) |
| 945-13 | 65 | M | 2400 | 1589 | Cause: Lung Cancer with brain metastases onset during treatment(unk). Comment: History of meningioma and prostatic CA. |
| 877-210PX | 37 | F | 1200 | 223 | Cause: Astrocytoma/Bronchopneumonia. Comment: Arachnoid Cyst on admission to study. Unchanged before treatment from 1961 to 1986 by CT. (Scanned on day 0.) Treatment with GBP started 1987. On day 113 of treatment showed definite enlargement. Biopsy revealed glioma. |
| 945-14 | 41 | M | 1200 | 453 | Cause: Cerebral Infarction (by CT). Comment: Non-Hodgkins Lymphoma diagnosed approximately 100 days into treatment. Pt died 71 days after treatment stopped. |
| 945-13 | 35 | M | 2400 | 400 | Cause: Astrocytoma. Comment: Pt had been off therapy for 23 days. |
| | | | | | **Seizure Associated** |
| 945-13 | 22 | M | 600 - 2400 | 183 | Cause: Not stated. Comment: Recurrent BT diagnosed on day 84. Pt died 9 mos after stopping therapy. Had BT resection and RT16 y.o. |
| 945-14 | 49 | F | 1800 | 301 | Cause: "Patient died in an epileptic seizure" Pt found dead on treatment suggestive of a subendocardial infarct. Comment: Lacerations and bruises on tongue at autopsy. "Pt developed ECG changes |
| 945-14 | 37 | M | 1800 | 239 | Cause: Aspiration during a seizure. Witnessed. Comment: Congestion on days 199-200 |
| 945-14 | 30 | M | 1800 | 765 | Cause: Accidental/Complications of alcoholism(Postmortem). Comment: Circumstances at the scene suggested that the patient had had a seizure. Home.Hours in disarray. Organs smelled of alcohol at autopsy. Blood EtOH 2.0 and urine alcohol 3.0. He was found in his yard frozen to death (outside temperature -16 °C). Atriosclerosis. |
| 877-210G | 41 | F | 1200 | 62 | Cause: Aspiration (Postmortem). Comment: Patient found dead in bed. Postmortem showed aspiration of gastric contents and intense pulmonary congestion |
| 880-033 | 43 | M | 900 | 26 weeks | Cause: Unknown (Postmortem). Comment: Patient died in her sleep |
| 945-13 | 40 | F | 2400 | 523 weeks | Cause: Unknown. Comment: The history of the circumstances of her death suggests patient may have suffocated during flurry of seizures secondary to aspiration. Patient had never reported seizure flurries. |



NDA #20-235 Medical-Statistical Review

8 0

| Study | Age | Sex | Dose | Day | Cause / Comment |
|---|---|---|---|---|---|
| 945-15 | 85 | M | 2400 | 620 | Cause: Unknown PM. Comment: Reported as asphyxia due to seizure but no seizure was witnessed. Found on floor in total position. |
| 945-15 | 26 | M | 2400 | 294 | Cause: Drowning. Comment: Patient was thought to have had a seizure while swimming. |
| 945-36 | 44 | M | 1200 | B | Cause: Complications of seizures (PM). Comment: Recurrent status epilepticus, hospitalized. Developed pneumonia, septic shock. Aspiration suspected. |
| 945-13 | 27 | M | 2000 | 1005 | Cause: Traumatic SAH following a seizure. Comment: Three additional hospitalizations following seizures, broken hip. Ataxia noted in CRFs. |
| 880-035 | 23 | M | | 25 Week +? | Cause: Unknown (no denominator). Comment: Died 13 weeks after treatment stopped. |
| 945-6 | 17 | M | | | Cause: Drowned in bath. Comment: Poorly controlled seizures died 54 days after stopping Gabapentin. |
| | 17 | 17 | M | | |
| 945-13 | 25 | M | 2400 | 1479 | Cause: Unexplained (no denominator). Comment: Patient died in his sleep. |
| | | | | | **Cardiac Related** |
| 945-13 | 65 | M | 1800 | 799 | Cause: Cardiac Tamponade Surgery. Comment/Patient died in the immediate postoperative period following coronary artery bypass |
| 945-15 | 67 | M | 2400 | 667 | Cause: CHF, ventricular tachycardia cardiac standstill. Comment: Myocardial infarction, ventricular fibrillation, cardiogenic shock cardiac arrest; 3 tooths |
| 945-13 | 37 | M | 2400 | 870 | Cause: Cardiac complications of CAD (PM). Comment: prior, No COPD |
| 945-13 | 67 | M | 2300 | 1845 | Cause: Severe CAD at autopsy found hyperventilating at bus stop. Comment: Cardiac arrest |
| | | | | | **Other** |
| 945-13 | 33 | M | 2400 | 845 | Cause: Stabbed. Comment: Pt was stabbed in the abdomen and died on the same day of his wounds |
| 945-14 | 56 | M | 2400 | 1053 | Cause: Cerebral Hemorrhage. Comment: Pt admitted with uncontrolled arterial hypertension, hyponatremia 121 and evidence of multiple intraparenchymal hemorrhages on CT scan. |

Confidential

## 8.3  Assessment of Dropouts

### Overall Pattern of Dropouts

Discontinuations are classified according whether they occurred because of adverse events, lack of efficacy and "other". The "other" category is poorly characterized but it includes such reasons as unknown, personal reasons, administrative reasons, noncompliance, patient preference, no improvement, lost to follow-up, surgery, protocol violation, therapy ended, study site closed, and aggravation of disease. The table on this and the next page provides the percentage of patients dropping out by treatment group and reason for the pooled phase 2 and 3 database. The overall dropout rate by gabapentin-treated patients and subjects from gabapentin studies (including deaths) is 45%. The rate for withdrawal during placebo controlled trials is also shown so that the dropout rate due to drug in the first months of treatment can be compared to placebo. The dropout rates are comparable in these two groups. More representative of the long term attrition rates are the pooled clinical trials including the uncontrolled extended treatment studies in epilepsy. If all clinical epilepsy studies with gabapentin are considered the overall dropout rate is 63%. This can be broken down further into a 33% withdrawal rate for lack of efficacy and 7% from adverse events. The withdrawal rate due to "other" is high at 23%. One cannot assume with an overall rate of 63% from all clinical studies that 37% of all patients and participants are still on treatment, since these numbers do not reflect patients who completed one study but did not go into extended treatment protocols. In fact, the actual number of patients still on drug is 289 (14%).

### Withdrawal Rates by Treatment Group

| Reason for Withdrawing | Percent Withdrawals | |
|---|---|---|
| | Gabapentin | Placebo |
| Pharmacokinetic studies | N=448 | N=28 |
| Lack of Efficacy | 0 | 0 |
| Adverse Events | 3 | 0 |
| Other/Unspecified | 1 | 0 |
| Subtotal | 4  (.8%) | |
| | | |
| All Clinical Studies | | |
| Controlled Epilepsy trials Add-on N=921 | N=543 | N=378 |
| Lack of Efficacy | 12(2%) | 7(2%) |
| Adverse Events | 27(5%) | 13  (3%) |
| Other/ Unspecified | 10  (2%) | 6(2%) |
| Subtotal | 48  (9%) | 26(7%) |
| | | |
| Controlled Epilepsy Trials Monotherapy N=33 | N=15 | N=18 |
| Lack of Efficacy | 0 | 0 |
| Adverse Events | 0 | 0 |