NDA #20-235 Medical-Statistical Review

| | | |
|---|---|---|
| Other/Unspecified | 0 | 0 |
| Subtotal | 0 | 0 |
| | | |
| Uncontrolled Epilepsy Studies | N=1842 | |
| Lack of Efficacy | 422 | |
| Adverse Events | 104 | |
| Other/Unspecified | 273 | |
| Subtotal | 819 | |
| | | |
| All Epilepsy Studies N=1507 | N=1460 | N=387 |
| Lack of Efficacy | 488 | 7 |
| Adverse Events | 134 | 17 |
| Other/Unspecified | 305 | 6 |
| Subtotal | 927 | 26 |
| | | |
| Migraine/Spasticity N=240 | N=147 | N=93 |
| Lack of Efficacy | 2 | 1 |
| Adverse Events | 9 | 4 |
| Other/Unspecified | 13 | 13 |
| Subtotal | 24 (16%) | 20 (22%) |
| | | |
| All Clinical Studies N=1746 | N=1605 | N=489 |
| Lack of Efficacy | 456 | 8 |
| Adverse Events | 139 | 17 |
| Other/ Unspecified | 295 | 19 |
| Subtotal | 890 | 44 |
| | | |
| Total: All Studies N=2201 | N=2046 | N=517 |
| Lack of Efficacy | 488 | 8 |
| Adverse Events | 146 | 17 |
| Other/Unspecified | 296 | 19 |
| Grand Total | 893 | 44 |

Note: Patients are counted only once in the totals, even though they may be represented in more than one study. For example, a patient may appear in several uncontrolled studies before ultimately withdrawing, but he will be counted as a dropout only once. Therefore the apparent percent of attrition in certain groups , especially the uncontrolled studies may appear falsely low.

Upon receipt of further information on treatment assignment from the firm, many of the "other " patients will be reclassified according to the appropriate category, lack of efficacy or adverse event.

NDA #20-235 Medical-Statistical Review                                    83

## Overall Pattern of Dropouts (cont'd)

The dose range associated most frequently (32%) with withdrawal due to adverse events is the 900-1200 mg/day range.

The sponsor has provided a graph of the Kaplan Meier estimated cumulative time to withdrawal which reflects withdrawal due to an adverse event. This is shown below. More than half of the withdrawals due to adverse events have occurred within the first year and a half of treatment.



FIGURE 6.   Kaplan-Meier Estimated Cumulative Time to Onset of Serious Adverse Events for All Studies:  Second Safety Update

84

The dropout statistics presented in the original NDA classified dropouts due to seizures as due either to adverse events or lack of efficacy or " other".  They were divided in this manner according to the original coding by  the individual investigator. Additionally, by the firm's convention  if  a convulsion was cited as an adverse event and the patient was also dropped due to lack of efficacy, the patient  would be recorded as dropout due to an adverse event. In an effort to gain a sense of how many withdrawals occurred due to lack of efficacy,  all withdrawals due to seizures were reclassified as withdrawals due to lack of efficacy in the Second Safety Update. However to retain the investigator 's intent in calling these as adverse events they will be considered below in their original context.

**Adverse Events Associated with Dropout**  The most common reason for discontinuation from treatment with gabapentin  was neurological (convulsions), followed by somnolence, then death.  The summary table  below shows the adverse events most commonly associated with withdrawal from trials (all epilepsy studies and all trials) and their incidence.  They are listed in order of most common occurrence.  In some cases more than one adverse event was given as the reason for withdrawal.

| Adverse Event Associated with Withdrawal All Studies | N (%) N = 2048 |
|---|---|
| Convulsions | 39 (1.9) |
| Somnolence | 23 (1.1) |
| Death | 23 (1.1) |
| Ataxia | 15 (.73) |
| Fatigue | 12 (.58) |
| Dizziness | 12 (.58) |
| Nausea and Vomiting | 12 (.58) |
| Rash | 11 (.54) |
| Depression and suicide ideation | 10 (.48) |
| Weight Gain | 9 (.43) |
| Headache | 7 (.34) |
| Thinking abnormal | 7 (.34) |
| Confusion | 6 (.29) |
| Diplopia | 6 (.29) |
| Abdominal Pain | 5 (.24) |
| Paresthesias | 5 (.24) |
| Amnesia | 5 (.24) |
| Dysarthria | 4 (.19) |
| Insomnia | 4 (.19) |
| Brain Neoplasm | 4 (.19) |
| Nervousness | 4 (.19) |
| Agitation | 4 (.19) |
| Anxiety | 4 (.19) |
| Impotence | 4 (.19) |
| Decreased WBC | 4 (.19) |

A total of 504 individuals withdrew from clinical trials because of convulsions which were coded as either adverse events (37), lack of efficacy (451), or "other " which included aggravation of disease (2) and no improvement (14). As alluded to earlier, these were reclassified at the request of FDA as withdrawal due to lack of efficacy in an effort to determine the magnitude of withdrawal relating to the underlying disease process. The withdrawals due to seizures that were originally coded as adverse events or "other/aggravation of disease" are included in this section because it is assumed by the investigator coding these as adverse events, the patient was perceived as having more than just a failure of treatment. Prior to reclassifying the convulsions as lack of efficacy, convulsions were the most common reason given for withdrawal as an adverse event, with an incidence of (39/2048)1.9% of all dropouts and ((39/1460)   2.7% among epilepsy dropouts). The most common adverse events responsible for withdrawal from therapy excluding convulsions and death (somnolence, ataxia, fatigue and dizziness) are also among the most commonly reported adverse events in general.

Also reported, but less frequently (.14% of patients) as reasons for withdrawal from studies due to adverse events included the following : emotional lability, tremor, hyperkinesia, asthenia, generalized edema, myalgias, brain surgery, intracranial hemorrhage, maculopapular rash (included with all rashes above), and pregnancy. Clearly not all pregnancies which resulted in withdrawal from therapy were recorded. Adverse events that were reported by .09% of patients were: malaise, suicidal ideation (also included above under depression), amblyopia, tinnitus, hostility, twitching, hypotonia, hypertonia, pain, chest pain and diarrhea. Finally adverse events reported by .04 % of patients associated with  withdrawal include: urticaria (included with all rashes above), drug toxicity, fever, peripheral edema viral infection, heart block, vasodilatation, peripheral vascular disorder, ventricular extrasystoles, atrial fibrillation, stomatitis, dyspepsia, increased salivation, hyperthyroid, nonHodgkin's Lymphoma, arthralgia, fracture, hemiplegia, nystagmus, paresis, speech disorder, feeling high, doped-up sensation, antisocial reaction, alopecia, desquamation, asthma, pleural disorder, pneumonia, URI, lung edema, abnormal kidney function and anuria, urinary retention, urinary frequency, breast cancer, increased platelet count, decreased platelet count, decreased hemoglobin and hematocrit, decreased RBC count, increased hemoglobin and hematocrit, abnormal liver function studies,  albuminuria and low serum albumin.

Of these events many were considered serious adverse events such as anuria, depression and suicidal ideation, tumors and will be considered more fully in that section.  The abnormal laboratory values are discussed in more detail in the section on adverse common adverse events-Laboratory values.

**Lack of Efficacy:**  All patients enrolled in Gabapentin epilepsy studies were by design refractory to standard AEDs. Lack of efficacy was not defined specifically but was the reason given by patients who withdrew from clinical trials because of inadequate seizure control.  The firm was asked to consolidate the data on withdrawal due to seizures by combining the pertinent numbers from other categories.  The final number would include the 37 patients who had been coded as withdrawal due to adverse event, the 2

"other" patients who withdrew because of aggravation of disease, the 14 patients who withdrew because they showed "no improvement" with the 488 patients who withdrew because of lack of efficacy. The dropout rate, then, for all Gabapentin clinical epilepsy studies due to inadequate response or deterioration as of 6/30/92 was (504/1480) 35%. This may be an underestimate of the actual attrition due to LOE since 291/1460 (20%) withdrew for "other" reasons, which included not stated, termination form not required, left to start another medication, lost to follow-up, requested by mother, and so on, who may have indeed experienced lack of effect.

## 8.4   Other Safety Findings

### ADR Incidence Tables:
### Incidence in Controlled Clinical Trials

The table below and continued on the following pages enumerates adverse events that occurred at a frequency of 1% or more among gabapentin treated patients who participated in placebo controlled studies of similar design. Reported adverse events were classified using a modified COSTART-preferred terminology. These figures provide some basis for estimating the relative contribution of drug vs. nondrug factors to the side effect incidence rate in the population studied.

**Distribution of  Treatment Emergent Adverse Events with an incidence of ≥1%**

| Adverse Event | All Participants (N=2048) | Clinical Studies (N=1607) | Epilepsy Patients (N=1460) |
|---|---|---|---|
| **Body as a Whole** | | | |
| Headache | 339  (16.55%) | 269  (16.7%) | 267  (18.3%) |
| Fatigue | 315  (15.38%) | 249  (15.5%) | 236  (16.2%) |
| Weight Increase | 131  (6.4%) | 131  (8.2%) | 131(9.0%) |
| Viral Infection | 130  (6.35%) | 128  (8.0%) | 128  (8.8%) |
| Back Pain | 73  (3.56%) | 73  (4.5%) | 73  (5.0%) |
| Peripheral Edema | 72(3.52%) | 71(4.4%) | 71  (4.9%) |
| Fever | 66  (3.22%) | 66(4.1%) | 65  (4.5%) |
| Asthenia | 53  (2.59%) | 45  (2.8%) | 43  (2.9%) |
| Pain | 42  (2.05%) | 41  (2.6%) | 40  (2.7%) |
| Chest Pain | 28  (1.37%) | 24  (1.5%) | 23  (1.6%) |
| Malaise | 23  (1.12%) | 20  (1.2%) | 20  (1.4%) |
| Head Injury | 22  (1.07%) | 21  (1.3%) | 21  (1.4%) |
| | | | |
| | | | |
| **Cardiovascular** | | | |
| Vasodilatation | 25(1.22%) | 18  (1.1%) | 18  (1.2%) |
| | | | |
| **Digestive** | | | |
| Nausea and Vomiting | 212  (10.35%) | 188  (11.7%) | 182  (12.5%) |
| Abdominal Pain | 113  (5.52%) | 104(6.5%) | 101  (6.9%) |

Confidential

NDA #20-235 Medical-Statistical Review                                    87

| | | | |
|---|---|---|---|
| Diarrhea | 99  (4.83%) | 89  (5.5%) | 87  (6.0%) |
| Dyspepsia | 66(3.22%) | 59(3.7%) | 57(3.9%) |
| Dental Abnormalities | 54 (2.64%) | 53  (3.3%) | 53 (3.6%) |
| Constipation | 42  (2.05%) | 40  (2.5%) | 40(2.7%) |
| Increased Appetite | 36  (1.76%) | 36(2.2%) | 36  (2.5%) |
| Flatulence | 30  (1.46%) | 19 (1.2%) | 18  (1.2%) |
| Mouth or Throat dry | 29(1.42%) | 15 (0.9%) | 14  (1.0%) |
| Anorexia | 28(1.37%) | 27  (1.7%) | 27  (1.8%) |
| | | | |
| **Heme/Lymphatic** | | | |
| Purpura | 59(2.88%) | 59 (3.7%) | 59(4.0%) |
| | | | |
| **Musculoskeletal** | | | |
| Myalgia | 126  (6.15%) | 121(7.5%) | 121(8.3%) |
| Fracture | 74(3.61%) | 74(4.6%) | 74(5.1%) |
| Arthralgia | 28(1.37%) | 28((1.7%) | 28(1.9%) |
| Muscle sprains/strains | 27(1.32%) | 27(1.7%) | 27  (1.8%) |
| Joint Disorder | 22(1.07%) | 22(1.4%) | 22(1.5%) |
| | | | |
| **Neurological** | | | |
| Dizziness | 496(24.22%) | 343(21.3%) | 336(23%) |
| Somnolence | 487(23.78%) | 390(24.3%) | 383(26.2%) |
| Ataxia | 342(16.70%) | 324  (20.2%) | 322(22.1%) |
| Nystagmus | 258(  12.6%) | 257(16%) | 256(17.5%) |
| Tremor | 199(9.72%) | 196(12.2%) | 195(13.4%) |
| Convulsions | 118  (5.76%) | 118 (7.3%) | 118  (8.1%) |
| Confusion | 96(4.69%) | 74(4.6%) | 73(5.0%) |
| Amnesia | 85(4.15%) | 82 (5.1%) | 82(5.6%) |
| Coordination abn | 72(3.52%) | 64(4.0%) | 64(4.4%) |
| Insomnia | 72(3.52%) | 60(3.7%) | 59(4.0%) |
| Dysarthria | 67(3.27%) | 61(3.8%) | 60(4.1%) |
| Paresthesia | 63(3.08%) | 57(3.5%) | 56(3.8%) |
| Vertigo | 25(1.22%) | 25(1.6%) | 22(1.5%) |
| Twitching | 24(1.17%) | 24(1.5%) | 23(1.6%) |
| Increased Reflex | 23(1.12%) | 23(1.4%) | 23(1.6%) |
| Brain Surgery | 22(1.07%) | 22(1.04%) | 22(1.5%) |
| Decreased Reflex | 22(1.07%) | 22(1.4%) | 22(1.5%) |
| Hyperkinesia | 22(1.07%) | 21(1.03%) | 21(1.04%) |
| | | | |
| **Psychobiologic** | | | |
| Thinking abnormal | 96(4.69%) | 69(4.3%) | 66(4.5%) |
| Nervousness | 92(4.49%) | 88(5.5%) | 88(6.0%) |
| Depression | 82(4.0%) | 79(4.9%) | 78(5.3%) |
| Emotional Lability | 38(1.86%) | 36(2.2%) | 36(2.5%) |
| Anxiety | 36(1.76%) | 36(2.2% ) | 36(2.5%) |
| Hostility | 25(1.22%) | 25(1.6%) | 25(1.7%) |

Pfizer_LAlpha_0084447

NDA #20-235 Medical-Statistical Review

88

| | | | |
|---|---|---|---|
| **Respiratory** | | | |
| Rhinitis | 165(8.06%) | 158(9.8%) | 158(10.8%) |
| Pharyngitis | 119(5.81%) | 115(7.2%) | 115(7.9%) |
| URI | 92(4.49%) | 89(5.5%) | 89(6.1%) |
| Sinusitis | 45(2.2%) | 43(2.7%) | 43(2.9%) |
| Bronchitis | 35(1.71%) | 35(2.2%) | 35(2.4%) |
| | | | |
| **Skin &Appendages** | | | |
| Rash | | | |
| Acne | 45(2.2%) | 45(2.8%) | 45(3.1%) |
| Burn | 34(1.66%) | 34(2.1%) | 34(2.3%) |
| Pruritis | 23(1.12%) | 21(1.3%) | 21(1.4%) |
| Skin Disorder | 24(1.7%) | 23(1.4%) | 23(1.6%) |
| | | | |
| **Urogenital** | | | |
| Urinary Tract Infx | 39(1.90%) | 38(2.4%) | 38(2.6%) |
| | | | |
| **Special Senses** | | | |
| Diplopia | 173(8.45%) | 171(10.6%) | 171(11.7%) |
| Amblyopia | 125(6.1%) | 121(7.5%) | 120(8.2%) |
| | | | |
| **Laboratory** | | | |
| Decreased WBC | 21(1.03%) | 21(1.3%) | 21(1.4%) |

**Adverse Events Observed Commonly in Controlled Clinical Trials**

The most commonly observed adverse events associated with the use of gabapentin (incidence of 5% or greater) and not seen at an equivalent incidence among placebo treated patients (i.e., incidence for gabapentin at least twice that for placebo) were somnolence , dizziness, ataxia, fatigue, nystagmus, tremor and diplopia. The latency from initiation of treatment to onset of these symptoms (with the exception of nystagmus) was earlier in the treated group than in placebo. These are shown in the table below

| Body System | Preferred Term | Gabapentin (N=543) | Placebo (N=378) |
|---|---|---|---|
| Body as a whole | Somnolence | 19.9% | 9.0% |
| Neurologic | Dizziness | 17.8% | 6.8% |
| Body as a whole | Ataxia | 13.3% | 6.0% |
| Body as a whole | Fatigue | 11.3% | 5.1% |
| Special Senses | Nystagmus | 8.3% | 4.0% |
| Neurologic | Tremor | 7.2% | 3.4% |
| Neurologic | Diplopia | 6.0% | 2.0% |

**Common Adverse Experience Incidence in**
**Placebo-Controlled Clinical Trials**

Confidential

### Other Events Observed During the Premarketing Evaluation of Gabapentin

During the premarketing assessment multiple doses of gabapentin were administered to 1607 patients in phase 2 and 3 epilepsy studies. The conditions and duration of exposure to gabapentin differed and included (in overlapping categories) open and double blind studies, uncontrolled and controlled studies, fixed-dose and titration studies. The adverse events reported in the pool of all phase 2 and 3 epilepsy studies and grouped by system are summarized below.

In the tabulations that follow reported adverse events were classified using a standard COSTART- based terminology. The frequencies presented, therefore, represent the proportion of the 1506 patients exposed to multiple doses of gabapentin who experienced an event of the type cited on at least one occasion while receiving gabapentin. All reported events are included except for those events where a drug cause was remote.

Events are categorized by body system and listed in order of decreasing frequency according to the following definitions: frequent adverse events are those occurring on one or more occasions in at least 1/100 patients (only those not already listed in the tabulated results from placebo controlled trials are included in this listing); infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients. Events of major clinical importance are described in the PRECAUTIONS section.

Body as a whole: frequent: face edema, asthenia, weight decrease, weight increase, fever, headache, malaise, pain, back pain, chest pain, head injury, generalized edema, peripheral edema, viral infection, injury, death; infrequent: drug toxicity, strange feelings, stress, pallor, chill, hernia, facial pains, abscess (NOS), injury to extremities, generalized trauma, near drowning; rare: lupus erythematosus*, hangover effect, lassitude, physical retardation, accidental drug ingestion, accidental injury, intentional injury, swollen clavicle, strep infection, rubeola, mucous membrane disorder, abnormal chest sounds.

Cardiovascular System: frequent: vasodilatation, migraine infrequent: angina pectoris, cardiovascular disorder,thrombophlebitis, peripheral vascular disorder, deep thrombophlebitis, atrial fibrillation, palpitation, tachycardia, extrasystoles, hypertension, murmur; rare: hypotension, heart failure, myocardial infarct, coronary artery disease, myocardial ischemia, pulmonary embolus, pulmonary thrombosis, ventricular fibrillation,heart block, hyperlipidemia, hypercholesterolemia, abnormal ECG, pericardial effusion, pericarditis, cardiovascular bruit.

Digestive System: frequent: nausea and vomiting, dental abnormalities, diarrhea, dyspepsia, constipation, anorexia, flatulence, gingivitis, stomatitis, mouth or throat dry, abdominal pain, increased appetite; infrequent: glossitis, thirst, gum hemorrhage, stomatitis-herpetic, increased salivation, other oral cavity symptoms, oral cavity laceration, esophagitis, gastritis, stomach ulcer/ peptic ulcer, gastroenteritis, colitis, appendicitis, hemorrhoids, fecal incontinence, dysentery, bloody stools/diarrhea, hepatomegaly, gallbladder disorder, ; rare: blisters in mouth, tooth

discoloration, periodontal abscess, perleche, tongue disorder, lip hemorrhage, dysphagia, eructation, hiatal hernia, hematemesis, ulcer exacerbation,frequent bowel movements, proctitis, intestinal infection, irritable bowel syndrome, rectal hemorrhage, unspecified gastrointestinal disorder, increased liver enzymes.

**Endocrine System:** infrequent: hypothyroidism, epididymitis; rare: hyperthyroidism, goiter, nonspecific thyroid disorder, neurohypophysis disorder.

**Hemic and Lymphatic Systems:** frequent: purpura; infrequent: anemia, iron deficiency anemia, leukopenia, leukocytosis, thrombocytopenia, lymphadenopathy; rare: hypochromic anemia, abnormal RBC's, lymphocytosis, NonHodgkin's Lymphoma, bleeding time increased.

**Musculoskeletal System:** frequent: fracture, arthralgia, joint disorder, myalgia, muscle strains and sprains; infrequent: back injury, rib injury, tendinitis, arthritis, joint stiffness, joint swelling, degenerative joint disease, hypertonia, muscle injury, pulled muscle, positive romberg test, rare: osteoporosis, bone pain, knee injury, disc disorder, herniated disc, bone spurs, tendon injury, costochondritis, vertebral column disorder, muscle tension, myasthenia, contracture, postural disorders.

**Nervous System:** frequent: confusion, convulsion, coordination abnormalities, insomnia, vertigo, hyperkinesia, dysarthria, amnesia, twitching, hypesthesia, paresthesia, hemiplegia, decreased/absent reflexes, increased reflexes; infrequent: intracranial hemorrhage, stupor, cerebrovascular accident, syncope, dreaming abnormalities, aphasia, speech disorder, apraxia, motor skills disorder, hypokinesia, paresis, hypotonia, abnormal reflexes, positive babinski sign, abnormal reflex (localized), movement disorder, dystonia, choreoathetosis, orofacial dyskinesia, cerebellar dysfunction, cranial nerve disorder, neuritis, neuropathy, dysesthesia, decreased position sense; rare: local myoclonus, encephalopathy, mental retardation, more talkative, fine motor control disorder, perception disorder, paralysis, facial paralysis, nerve palsy, hyperesthesia, subdural hematoma, meningismus.

**Psychobiologic Function:** frequent: anxiety, depression, thinking abnormal, nervousness, agitation, hostility, emotional lability; infrequent: apathy, hallucination, personality disorder, libido disorder including decrease/increase/loss libido, frustration, subdued temperament, depersonalization, euphoria, feeling high, doped-up sensation, suicidal, psychological problem, psychosis; rare: paranoia, mania, psychiatric disorder, neurosis, hysteria, antisocial reaction.

**Respiratory System:** frequent: pharyngitis, rhinitis, sinusitis, bronchitis, coughing, upper respiratory infection, pneumonia, dyspnea; infrequent: epistaxis, mucositis, nasal mucosa disorder, tonsil disorder, nose symptoms, asthma, pleural disorder, hyperventilation, respiratory disorder, respiratory infection, apnea, lower respiratory infection; rare: soreness in nasal area, throat disorder, nasal obstruction, snoring, bronchospasm, chest congestion, trachea pain, hypoventilation, lung edema, aspiration pneumonia.

**Skin and Appendages:** <u>frequent:</u> acne, alopecia, pruritus, nonspecific rash, maculopapular rash,sweating increased, burn, skin laceration. <u>infrequent:</u> dermatitis, eczema, erythematous rash, vesiculobullous rash, skin dry, urticaria, hirsutism, nail disorder, scar, herpes zoster, skin infection, mycotic skin infection, sunburn, skin papules, abscess, cellulitis, cyst furunculosis, mycotic infection, herpes simplex, skin disorder, abrasion, contusion, localized infection, skin tenderness (localized), puncture wound; <u>rare:</u> photosensitivity reaction, petechial rash, hair disorder, seborrhea (scalp), psoriasis, desquamation, epidermal necrolysis, skin discoloration, skin nodules, subcutaneous nodules, slow healing of cuts, skin necrosis, mole, skin hypertrophy,  skin injury

**Urogenital System:** <u>frequent:</u>  urinary tract infection, impotence; <u>infrequent:</u> hematuria, dysuria, urination disorders including frequency, urinary retention, urinary incontinence, cystitis,  menstrual disorder, leukorrhea, amenorrhea, vaginitis, intermenstrual bleeding, dysmenorrhea, genital pruritus, menorrhagia,  menopause disorders, pap smear suspicious (2) /vaginal urethral surgery (4) , breast cancer (2), mastectomy (2), prostate disorder, unable to climax, pregnancy (5) , male genital disorders, ejaculation abnormal; <u>rare:</u> kidney pain, renal stone, pyelonephritis, glycosuria, nephrosis, oliguria,  polyuria, nocturia, pyuria, urinary urgency, urethral disorder,  bladder neoplasm, vaginal hemorrhage, vaginal pain, hysterectomy,vaginal monilia, biopsy genital area, breast lump, nipple disorders, testicular pain.

**Special Senses:** <u>frequent:</u> conjunctivitis, vision abnormal, diplopia, amblyopia, <u>infrequent:</u> cataract, eye abnormality, eye pain, visual field defect, photophobia, ptosis, eye twitching, eye hemorrhage, eye flickering,  visual loss, refraction disorder, eyelid surgery, lacrimal dysfunction including lacrimal duct and gland disorders, hordeolum,  blindness*,  pupil disorder, deafness*, earache, tinnitus, inner ear dysfunction, ear disorders, ear infections,  taste loss, unusual taste, <u>rare:</u> dry eyes, eye itching, watery eyes, retinopathy , glaucoma, black eye,  eye injury, iritis,corneal disorder,degenerative eye changes, retinal degeneration, accommodation abnormal,  eye pressure abnormal, glassy eyed,  miosis, chorioretinitis, strabismus, labyrinthitis, ear fullness,  sensitivity to noise,  odd smell.

**Laboratory Deviations:** <u>frequent:</u>  WBC decreased, antiepileptic level increased <u>infrequent:</u> hemoglobin decreased, elevated WBC, WBC differential abnormal, decreased RBC, elevated platelet count,  decreased platelet count, granulocytopenia, granulocytosis, urine abnormal, urine protein increased, increased WBC in urine, albuminuria, elevated SGOT, elevated SGPT, elevated Alkaline Phosphatase, elevated creatinine, elevated BUN,  increased total protein, hyperkalemia, hyponatremia, hyperglycemia, hypoglycemia, hypocalcemia,  <u>rare:</u> elevated eos count, hematocrit decreased,  increased hemoglobin/hematocrit, mean cell volume increased, folate deficiency, decreased  B-12 , decreased/low monocytes,  urine glucose increased, bacteria in urine, urine alkaline, elevated bilirubin, albumin decreased or increased, decreased creatinine clearance, hypernatremia, hypokalemia, decreased chloride, hypercalcemia, fluctuating AED level, toxic dilantin level,  decreased thyroxine level, elevated TSH, hyperammonemia.

Generally, the adverse experiences with GPT have appeared to be dose-related and mild to moderate in severity. The maximum tolerated dose for 24h in the NDA database is 3600 mg/day.   The adverse experiences in epileptics are the same as those that occurred in healthy volunteers.

## 8.5   Laboratory Findings

Clinical laboratory data were obtained at pre-and post dose visits in a majority of the gabapentin trials, yielding a sample of approximately 2048 gabapentin-treated patients with at least some laboratory data. Of these exposed to gabapentin abnormal laboratory reports comprised only 6.8%   of all reports. This section will focus on a subgroup of exposed patients,  those in placebo controlled epilepsy trials in order to explore contrasts with laboratory changes in the treated and the control groups.  In this group the relationship of the concomitant drugs to laboratory changes will be evaluated.

### Clinical Chemistry
The table below provides criteria of identifying patients with changes from baseline in clinical chemistry variables of possible clinical significance.

### CRITERIA FOR IDENTIFYING PATIENTS WITH POTENTIALLY CLINICALLY SIGNIFICANT CHANGES IN CLINICAL CHEMISTRY VARIABLES

|  | LOW | HIGH |
|---|---|---|
| Albumin | ≤2.5 g/dl |  |
| Alkaline Phosphatase |  | ≥390 U/L |
| BUN |  | ≥30 mg/dl |
| Calcium | ≤8.2 mg/dl | ≥12 mg/dl |
| Chloride | ≤90 meq/L | ≥118 meq/L |
| Cholesterol |  | ≥600 mg/dl |
| CPK |  | ≥200 I.U./L |
| Creatinine |  | ≥2 mg/dl |
| Globulin | ≤1 g/dl |  |
| Glucose |  | ≥175 mg/dl |
| LDH |  | ≥750 u/ml |
| Phosphorous | ≤1.7 mg/dl |  |
| Potassium | ≤3 meq/L | ≥6 meq/L |
| SGOT |  | ≥150 U/L |
| SGPT |  | ≥165 U/L |
| Sodium | ≤126 meq/L | ≥156 meq/L |
| Total Bilirubin |  | ≥2 mg/dl |
| Total Protein | ≤4.5 g/dl | ≥10 g/dl |
| Triglycerides |  | ≥600 mg/dl |
| Uric Acid |  |  |
|   Female |  | ≥8.5 mg/dl |
|   Male |  | ≥10.5 mg/dl |

Pfizer_LAlphs_0084452

The Table below provides the proportions of patients who were relatively normal at baseline and who then exceeded these criteria during treatment. There appeared to be no significant differences in the frequencies of specific laboratory abnormalities between the two groups.

**Proportions of Patients Having Potentially Clinically Significant Changes in Blood Chemistry Variables in Placebo-Controlled Studies**

| Blood Chemistry Variables | GABAPENTIN | | PLACEBO | |
|---|---|---|---|---|
| | Total Patients | Abnormal # % | Total Patients | Abnormal # % |
| Albumin-Low | 383 | (4) 1% | 223 | (2) 1% |
| Alk. P'tase-High | 439 | (31)7% | 313 | (13) 4% |
| BUN-High | 445 | (9)2% | 301 | (3) |
| Calcium-Low | 467 | (56) 12% | 324 | (23) 7% |
| Calcium-High | 520 | (5) 1% | 355 | (4) 1% |
| Chloride-Low | 372 | (7) 2% | 219 | (11) 5% |
| Chloride-High | 363 | (18) 5% | 204 | (8) 2% |
| Creatinine-High | 520 | (10) 2% | 357 | (0) 0% |
| Creatinine-Low | 489 | (20) 4% | 325 | (20) 6% |
| Glucose-High | 179 | (13) 7% | 118 | (6) 5% |
| Glucose-Low | 184 | (11) 6% | 124 | (5) 4% |
| Potassium-High | 514 | (5) 1% | 350 | (7) 2% |
| Potassium-Low | 512 | (5) 1% | 349 | (10) 3% |
| SGOT-High | 470 | (5) 1% | 310 | (6) 2% |
| SGPT-High | 424 | (21) 5% | 268 | (8) 3% |
| Sodium-Low | 484 | (19) 4% | 335 | (23) 7% |
| Sodium-High | 514 | (10) 2% | 356 | (25) 7% |
| Total Bilirubin-High | 115 | (1) 1% | 127 | (0) 0% |
| Total Protein-Low | 395 | (8) 2% | 231 | (7) 3% Total |
| Total Protein-High | 388 | (8) 2% | 222 | (4)2% |

In addition, the entire gabapentin population ( N=2096) was screened for patients who discontinued or died because of abnormalities in clinical chemistry variables and the following patients were identified:

Cases associated with abnormal renal function studies:

Patient     ( Study 877-210P Center 216) discontinued gabapentin 1200 mg because of elevated BUN and creatinine. (BUN 9.8/ Creatinine 124 µg/L). The investigator's impression was that this was possibly due to drug. BUN and creatinine have returned to baseline since stopping medication.

Patient    (Study 945-6 Center 3) was a 40 year old male who discontinued gabapentin 900 mg because of an elevated BUN and creatinine. Creatinine at baseline was 0.8 and after 3 months on treatment had a creatine of 2.5 which rose to 4.3 within several days.

Similarly BUN rose from 7 at baseline to 46 (norm 2.5-7.0) . Renal failure was reported as a severe adverse event. The investigator thought that the abnormalities were possibly drug related, stating that the patient withdrew because of side effects. The patient had not recovered as of the NDA cutoff date.

Additional cases of elevated BUN and creatinine have been found, but not associated with withdrawal from study. Example 877-210P        (Center 220) Creatinine rose from        μg/L to        μg/L while on treatment it resolved without any apparent intervention. The possibility that abnormalities in renal function occurring in association with gabapentin therapy and worsening of existing renal disease are drug related cannot be ruled out based on the available evidence. It is of interest that while reports of elevated creatinine were infrequent in the treatment groups (10 reports (2%)) there were no such reports among the placebo treated patients.

Abnormal Liver function studies:
Patient        (Study 945-11) was a 6 year old female who withdrew from gabapentin because of *status epilepticus* and within 8 days was found to have mildly elevated liver function studies. The baseline values are not known. The child also had evidence for infection.

Abnormal Serum Protein/albumin:
Patient        ·(Study 945-14  Center 47)    withdrew from treatment because of decreased serum albumin (4.2) She was treated for 778 days at which time her dose was increased to 1800 because of LOE. Decreased serum albumin was reported on day 960. Total proteins were normal until day 490. The patient also developed thrombocytopenia (day 792), hypertension to 170/100 requiring treatment with two medications during the study and lacunar infarcts on CT. Concomitant antiepileptic drugs throughout treatment included Valproate and carbamazepine.

**Hematology**
Criteria for identifying patients with changes from baseline in hematology variables of possible clinical significance are found in the table on the following page.

### CRITERIA FOR IDENTIFYING PATIENTS WITH POTENTIALLY CLINICALLY SIGNIFICANT CHANGES IN HEMATOLOGY VARIABLES

| VARIABLE | LOW | HIGH |
|---|---|---|
| Hemoglobin | | |
| Female | ≤9.5 g/dl | |
| Male | ≤11.5 g/dl | |
| Hematocrit | | |
| Female | ≤32% | |
| Male | ≤37% | |
| White Blood Cells | ≤2.8 ths/mm | ≥16 ths/mm |
| Neutrophils | ≤15% | |
| Lymphocytes | | ≥75% |
| Monocytes | | ≥15% |
| Eosinophils | | ≥10% |
| Basophils | | ≥10% |
| Platelets | ≤75 ths/mm | ≥700 ths/mm |
| Bands | | ≥10% |

The table below provides the proportions of patients in placebo-controlled trials who were relatively normal at baseline and who then exceeded these criteria during treatment. None of the differences between gabapentin and placebo groups was significant .

### Proportions of Patients Having Potentially Clinically Significant Changes In Hematology Variables In Placebo-Controlled Studies

| Hematology Variables | GABAPENTIN | | | PLACEBO | | |
|---|---|---|---|---|---|---|
| | Total Patients | Abnormal # | % | Total Patients | Abnormal # | % |
| Hemoglobin-Low | 488 | (29) | 6% | 328 | (13) | 4% |
| Hematocrit-Low | 445 | (22) | 5% | 308 | (22) | 7% |
| WBC-Low | 444 | (36) | 8% | 316 | (22) | 7% |
| WBC-High | 527 | (11) | 2% | 366 | (7) | 2% |
| Neutrophils-Low | 397 | (36) | 9% | 254 | (28) | 11% |
| Lymphocytes-High | 446 | (22) | 5% | 304 | (27) | 9% |
| Monocytes-High | 323 | (78) | 24% | 205 | (37) | 18% |

Confidential

Pfizer_LAlpha_0084455

96

| Eosinophils-High | 4 2 2 | (25) | 6% | 2 7 1 | ( 1 1 ) 4 % |
|---|---|---|---|---|---|
| Basophils-High | 3 9 3 | (24) | 6% | 2 4 5 | (17) | 7% |
| Platelet  Ct-Low | 5 2 6 | (5) | 1% | 3 6 0 | (0) | 0% |
| Platelet   Ct-High | 5 1 7 | (10) | 2% | 3 5 1 | (11) | 3% |
| Bands-High | 3 0 6 | (3) | 1% | 1 1 7 6 | (2) | 1% |
| | | | | | |

A total of eight patients discontinued treatment with gabapentin due to abnormalities in hematology labs. Four patients withdrew because of low WBC. Each patient manifested a reduction from baseline, recovery on discontinuation of gabapentin and concomitant medication with carbamazepine. They are summarized as follows:

Patient       (Study 877-210P Center 214) was a 17 year old female who withdrew from gabapentin therapy because of decreasing WBC . The WBC was 7,100  at baseline and 2,500  (ANC 900) during treatment.  The investigator thought that this was related to gabapentin therapy. The WBC recovered after gabapentin was stopped.  Concomitant medication was carbamazepine.

Patient       (Study 945-15 Center 18) was a 41 year old male who withdrew from gabapentin 1800 mg because of a declining WBC  from 4,360 at baseline to a low of 2,210 (ANC of 1490).  Concomitant medications were carbamazepine and phenobarbital. The patient had not recovered after the one month of follow-up.

Patient       (Study 945-15 Center 18) was a 21 year old male who withdrew from gabapentin 800 mg  because of a declining WBC from 5,100 at baseline to a low of 3,410 (ANC  of 1580). Concomitant drugs included carbamazepine and valproate.  The patient's WBC recovered to 8,860 one month after withdrawing from the drug. The frequency of  reports of low WBC in the placebo group (22 (7%)) was approximately the same as in the treatment group (36 (8%)).  It is not known  if the depression in WBC was more significant or prolonged in the latter, however, but it is significant to note that there were no withdrawals due to low WBC among placebo patients.

Platelet abnormalities were seen with about equal frequency in placebo and treatment groups.  However, two patients withdrew from gabapentin because of platelet abnormalities, and an additional patient had a platelet abnormality identified in the setting of withdrawal.

Patient        (Study 945-14 Center 801)  was a 29 year old male who discontinued gabapentin because of  an elevated platelet count (707,000). The investigator thought that this was possibly related to gabapentin therapy.  The patient recovered within two months after the drug was discontinued.

                                                                                        Pfizer_LAlpha_0084456

Patient        (Study 945-11) was a 17 year old female who withdrew from gabapentin because of *status epilepticus* and within 8 days had an elevated platelet count (765,000) was measured. The platelet count had been normal one month before treatment was stopped (172,000). No platelet count is available from the hospitalization for status and therefore the exact date of onset of the adverse event cannot be determined.

Patient        (Study 945-14 Center 47 Reported above) withdrew from treatment. She was treated for 778 days at which time her dose was increased to 1800 because of LOE. She also developed thrombocytopenia (day 792). She also developed hypertension, albuminuria and required treatment for hypothyroidism (day 650) during the study.   It was suspected that the patient had developed an autoimmune disease. She recovered with the institution of prednisolone and with the discontinuation of gabapentin. Concomitant drugs throughout treatment included Valproate and carbamazepine.

There was one report of an abnormal Hgb/Hct:
Patient        (Study 877-210P Center 211) was a 33 yr old male who withdrew from gabapentin 1200 mg because of an elevated hemoglobin and hematocrit. The patient recovered following discontinuation of treatment.

These data do not suggest any pattern of change in hematology variables that could be attributed to gabapentin treatment. While there were 22 routine reports and 8 reports of withdrawal due to low WBC, patients were frequently on other medications which are associated with depression in white count.   A synergistic effect cannot be ruled out, however the magnitude of depression in all of these cases was not severe.

## Urinalysis

The criteria for identifying patients with changes from baseline of potential clinical significance on the urinalysis variables of interest are shown on the table below:

CRITERIA FOR IDENTIFYING PATIENTS WITH POTENTIALLY
CLINICALLY SIGNIFICANT CHANGES IN URINALYSIS VARIABLES

|  | LOW | HIGH |
|---|---|---|
| Specific Gravity | < 1.001 |  |
| pH | < 4 | > 9 |
| Protein |  | > 10 |
| Ketone |  | 4 + |
| Glucose |  | 4 + |
| Red Blood Cells |  |  |
| Female |  | > 10/hpf |
| Male |  | > 8/hpf |
| White Blood Cells |  | > 10/hpf |
| Casts |  | > 9/hpf |
| Epithelials |  | > 50/hpf |
| Crystals |  | > 10/hpf |

Those patients relatively normal at baseline and who then exceed these criteria while on treatment are tabulated and can be found in the table on the following page. There did not appear to be any significant differences between the two groups except for a higher frequency of reports of low urine specific gravity among treated patients as compared to controls. The clinical significance if any of this is not known.

**Proportions of Patients Having Potentially Clinically Significant Changes In Urinalysis Variables In Placebo-Controlled Studies**

| Urinalysis Variables | GABAPENTIN | | PLACEBO | |
|---|---|---|---|---|
| | Total Patients | Abnormal (#)    % | Total Patients | Abnormal #    % |
| Spec Grav-Low | 270 | (24)    9% | 156 | (8)    5% |
| Ph-Low | 374 | (15)    4% | 210 | (11)    4% |
| Ph-High | 381 | (27) 75 | 221 | (11) 5% |
| Protein-High | 212 | (9) 14% | 173 | (22) 13% |
| Ketone-High | | | | |
| Glucose-High | 442(9)    2% | 271 | (3) 1% | |
| RBC-High | | | | |
| WBC-High | | | | |
| Casts-High | | | | |
| Epithelials-High | | | | |
| Crystals-High | | | | |

In addition, there was one discontinuation from gabapentin therapy because of an abnormal urinalysis.    This was Patient        (Study 877-210G  Center 211)  who withdrew from gabapentin because of proteinuria which developed 3 months after starting treatment.  It was associated with weight gain which began 4 months into therapy.  Serum albumin was not measured during the study. The investigator thought at this was possibly due to medication. There does not appear to have been a renal evaluation into the cause of proteinuria, and there was no follow-up provided to determine if the patient  recovered.  Concomitant antiepileptic medications were valproate and carbamazepine.

None of the other patients who had complaints of weight gain reported abnormal urinalyses. None of the differences between the gabapentin and the placebo groups was significant.  These data did not suggest any pattern of change in urinalysis values that could be reasonably attributed to gabapentin.

**Summary**
The changes seen in clinical laboratory evaluations  during gabapentin  adjunctive therapy were infrequent, small in magnitude, and generally not clinically significant. While in general laboratory abnormalities of possible clinical significance were infrequent in controlled

clinical trials, there were rare  reports of withdrawals due to abnormal laboratory  variables
which reached clinical significance in the eyes of the investigators such that they led to
discontinuation of drug.  In most but not all cases  return to normal was seen upon withdrawal
of the drug.

The most common findings in clinical laboratory evaluations were  decreased white count and
altered antiepileptic drug level. Depressed white counts were not only seen most commonly but
were reported as the reason for withdrawal in 4 (.19%) patients in all studies.  These
individuals were all on concomitant treatment with carbamazepine but had normal WBC prior
to and in some after gabapentin therapy.  The possibility of a synergistic effect on the bone
marrow might well be entertained.   Regarding the latter, the only three abnormalities in
concomitant drug levels which were of clinical significance were in patients on phenytoin, two
Asian women for whom no alternative explanation has been given besides interaction and one in
whom an interfering drug known to elevate phenytoin levels was used.

The less frequent reports of elevated BUN and creatinine reached clinical significance in one
patient who received a single dose and went into renal failure.  While the patient had a history
of stable renal disease, the possibility of drug effect (in a drug which is excreted 100%
renally)  cannot be ruled out.

The two cases of thrombocytosis as described above were unassociated with any clinical
pathology  but remain unexplained.  The one patient described with thrombocytopenia and
hypoalbuminemia may have had a preexisting autoimmune disorder.

**Vital Signs**

The table below provides criteria for identifying patients with vital signs changes from
baseline of potential clinical significance.

### Criteria for Identifying Patients with Potentially Clinically Significant Changes In Vital Signs Variables

|  | LOW | HIGH |
|---|---|---|
| Systolic Blood Pressure | < 90 mm Hg | > 180 mm Hg |
| Change in Systolic BP | Decrease > 30 mm Hg | Increase > 40 mm Hg |
| Diastolic Blood Pressure | < 50 mm Hg | > 105 mm Hg |
| Change in Diastolic BP | Decrease > 20 mm Hg | Increase > 30 mm Hg |
| Pulse | < 50 bpm | > 120 bpm |
| Change in Pulse | Decrease > 30 bpm | Increase > 30 bpm |
| Temperature |  | > 101 Fah |
| Change in Temperature | Decrease > 2 Fah | Increase > 2 Fah |

Those patients in controlled studies who were relatively normal at baseline and who then
exceeded the criteria as noted above at some time during treatment are listed in the table
below.

Pfizer_LAlphs_0084459

NDA #20-235 Medical-Statistical Review                                              100

Proportions of Patients Having Potentially
Clinically Significant Changes in Vital Signs Variables
in Placebo-Controlled Studies

| Vital Signs Variables | GABAPENTIN | | PLACEBO | |
|---|---|---|---|---|
| | Total Patients | Abnormal<br># % | Total Patients | Abnormal<br># % |
| Systolic BP -Low | 508 | 1 ( 0 ) | 340 | 0 ( 0 ) |
| Systolic BP-High | 508 | 0 ( 0 ) | 340 | 0 ( 0 ) |
| Diastolic BP-Low | 508 | 0 ( 0 ) | 339 | 0 ( 0 ) |
| Diastolic BP-High | 508 | 0 ( 0 ) | 339 | 0 ( 0 ) |
| Heart Rate-Low | 508 | 0 ( 0 ) | 341 | 1 ( 0 ) |
| Heart Rate-High | 508 | 0 ( 0 ) | 341 | 6 ( 3 ) |
| Temperature -Low | 344 | 0 ( 0 ) | 200 | 0 ( 0 ) |
| Temperature-High | 344 | 18 ( 5 ) | 200 | 6 ( 3 ) |
| Weight increase | 502 | 59 ( 12 ) | 336 | 20 ( 6 ) |
| Weight decrease | 502 | 9 ( 2 ) | 336 | 17 ( 5 ) |

The only notable difference between the placebo and gabapentin-treated group was the report of weight gain reported in the latter. Weight gain was also a reason for withdrawal from clinical trials in 9 patients (.43% of all participants in all trials).

**ECG's**
The percentage of patients in a pool of placebo controlled studies with ECG judged to be "more abnormal" as compared to an earlier tracing is shown in the following table is very low. Reports of patients withdrawing from clinical trials due to arrhythmias were rare (.04%) and these included single reports of ventricular extrasystoles, atrial fibrillation and heart block. Another patient who withdrew for other reasons was identified who experienced ECG abnormalities during gabapentin therapy. She is described below:

Patient     ( Study 945-10 Center 1, later coded as Study 945-14 -B01 Patient entered double blind treatment with a normal ECG. An ECG obtained 3 months later demonstrated ST segment depression suggestive of myocardial ischemia. An ECG obtained at 4 months demonstrated sinus tachycardia (104/min) , t-wave inversion diaphragmatically suggestive of subendocardial infarction. At 5 months, sinus rhythm, and inverted t-waves and ST-depression in II, AVF, and III. Essentially unchanged from previous. One additional ECG was interpreted as improved. There is no follow-up of this patient.

**8.6  Special Studies**

**Withdrawal Phenomena/Abuse Potential**
Abuse potential was not specifically evaluated in clinical trials. A related phenomenon, withdrawal symptomatology as it relates to the increase in convulsive symptoms with discontinuation of treatment was also not specifically evaluated in this study. There were no specific reports of *status epilepticus* associated with withdrawal from gabapentin.

Preclinical studies (Section 4.0 Pharmacology) evaluated gabapentin in its ability to increase the analgesic potency or effectiveness of narcotic analgesics and found no effect.

## Human Reproduction Data

Little human reproductive data is available for this drug. There have been 8 pregnancies reported during clinical trials in epilepsy with gabapentin. The policy in general with pregnancy reported while on treatment with gabapentin was to terminate the drug as soon as possible after the diagnosis of pregnancy was made. Four pregnancies were allowed to continue to delivery. In one instance the infant was born prematurely and suffered from complications of severe prematurity including respiratory distress syndrome, asphyxia, acidosis, and patent ductus arteriosus. This child also was reported to have an inguinal hernia and pyloric stenosis which have been repaired. Three children were carried to term and are reportedly normal. The four pregnancies were ended by elective abortion of the fetus. Examination of fetal tissues and placenta was performed in only one case. There were no abnormalities reported in this case. There were no pregnancies reported in the nonepilepsy studies. Of the four pregnancies which ended in live birth, the dose and duration of exposures are shown in the table below:

| Study/Center Patient Number | Gabapentin Dose (MG) | Duration of Fetal Exposure | Outcome |
|---|---|---|---|
| 945-14 | 1800 | 56 days | normal term infant (child normal 3 yo) |
| 877-210 PX | 1200 | 99 days | normal term infant |
| 945-14 | 1200 | 90 days | Prematurity/ congenital anomalies |
| 877-210P | unk | unk | normal infant |

Based on the available human data it is not possible to determine the fetal risk if exposed to gabapentin. Cautious interpretation of available data suggests there is the potential for fetal risk with Gabapentin as in other antiepileptic drugs.

## 8.7  Overdose Experience

There have been a total of 5 reports of overdoses from gabapentin. All were nonfatal overdoses and in each case the patient recovered uneventfully. Four of the overdoses involved patients in clinical trials with gabapentin and in all cases involved the ingestion of additional drugs. The fifth involved the child of a study subject who ingested 30 grams of the drug but no other drugs. There were no serious sequelae in any of the above cases. The symptoms included drowsiness, diplopia and slurred speech in the cases of multiple overdose, and dizziness and diarrhea in the case of isolated gabapentin OD.

There is a paucity of relevant detail in these cases. However there were no serious sequelae reported in the four cases of gabapentin overdose. Because blood levels were not available and the exact doses of concomitant drug was not recorded or determined from the cases of overdose,

one cannot determine the extent of absorption of gabapentin and whether the symptoms experienced by the patients was attributable in part to the other drugs involved in the overdose.

## 8.8  Summary of Serious Events

As required by 21 CFR 312.32 (a), the sponsor used the term 'serious' to describe certain kinds of AEs.  Adverse events were reported as serious if they were thought to be immediately life threatening, permanently disabling, or requiring hospitalization, cancer, overdose, congenital anomaly, or other events deemed of medical concern by the PDMM.    All hospitalizations were reviewed to determine if the reason for hospitalization was serious.  All cases of *status epilepticus* resulting in hospitalization were considered serious.  Treatment emergent adverse events requiring pharmacologic intervention either acutely or chronically were not considered as serious adverse events.

A total of 78 adverse events in all trials (2048 patients exposed) were considered serious. This amounts to an incidence of 4% of all exposures to gabapentin.  Of interest, serious adverse events did not always result in withdrawal from treatment and these will be discussed in another section of the review.  Serious adverse events occurred most often in the nervous system and were generally convulsions, specifically status epilepticus requiring hospitalization (25 reports).    Other serious adverse events in order of frequency included brain neoplasm (7), depression (7), drug overdose (6), intracranial hemorrhage (4), pneumonia (3) , suicide attempt, (2) CVA (2) , heart failure(2) , breast cancer (2), and subdural hematoma(2).

Each investigator was asked to report the likelihood of drug  attributability, that is, events considered serious but not reasonably attributed to drug or events considered serious and possibly or probably attributed to drug.  On the following two pages is a summary of serious adverse events which were thought by the investigator to be unlikely or definitely not related to drug.  Immediately following that table is a second table which lists serious adverse events which were thought to be drug related by the investigator.  Since there was not agreement about certain types of adverse events, this distinction will be put aside in summary and the events which are considered possible drug related by this reviewer will be discussed as a group under Discussion of Selected Safety Findings in this section.

Pfizer_LAlphs_0084462

Summary of Serious Adverse Events Occurring in Gabapentin-Treated Patients and Considered Unlikely to be Drug-Related

| Study/Patient Number | Age (yrs) | Sex | Dose (mg/d) | Duration (days) | Adverse Event |
|---|---|---|---|---|---|
| | | | | | **CARDIOVASCULAR EVENTS** |
| 877-210D | 37 | F | Unk | 541 | Congestive Heart Failure. Resolved after temporarily stopping drug. |
| 945-13 | 60 | M | 1200 | 174 | Angina Pectoris. Resolved spontaneously. |
| 945-13 | 66 | M | 2300 | 1271 | Syncope. Resolved spontaneously. |
| 945-15 | 67 | M | 2400 | 570 | Myocardial infarction, cardiogenic shock, pulmonary edema, ventricular tachycardia, death. |
| | | | | | **CANCERS** |
| 877-210FX | 37 | M | 1200 | 113 | Astrocytoma.Expansion of existing lesion. Died. |
| 877-210PX | 49 | F | 1200 | 440 | Breast cancer. Onset during gabapentin therapy. Died. |
| 945-13 | 51 | M | 2400 | 467 | Neoplasm, brain. New onset during gabapentin therapy. |
| 945-13 | 65 | M | 2400 | 1436 | Lung cancer. Onset during gabapentin therapy. Died |
| 945-13 | 35 | M | 2400 | 369 | Neoplasm, brain. Onset during gabapentin therapy. Died. |
| 945-13 | 42 | F | 2400 | 146 | Breast cancer. Onset during gabapentin treatment. |
| 945-13 | 39 | M | 2400 | 441 | Meningioma (recurring during gabapentin treatment) |
| 945-13 | 70 | M | 800 | 92 | Prostate carcinoma . (Expanding) |
| 945-14 | 41 | M | 1200 | 379 | Non-Hodgkin's Lymphoma. Onset during gabapentin therapy. |
| 945-15 | 26 | F | 1800 | 151 | Astrocytoma (recurrent) |
| | | | | | **GASTROINTESTINAL** |
| 877-210PX | 33 | F | 600 | 1327 | Appendicitis |
| 945-14 | 41 | M | 900 | UNK | Cholecystitis |

Pfizer_LAlpha_0084465

NDA #20-235 Medical-Statistical Review

134

| ID | Age | Sex | Dose | No. | Description |
|---|---|---|---|---|---|
| 945-14 | 29 | F | 1200 | 112 | |
| 077-210G | 59 | M | 1200 | 417 | Stomach ulcer/ hemorrhage (gastric bleeding-gastric banding surgery). |
| 077-21PX- | 37 | M | 1200 | 113 | **PULMONARY EVENTS** <br> Lower respiratory infection. |
| 945-15 | 33 | M | 2400 | 585 | Pneumonia, this patient was also reported because of the astrocytoma which expanded while on treatment. Died. <br> Pneumonia. Pt recovered while still on treatment. |
| 945-36 | 44 | M | 800 | 7 | Patient died with diagnosis of pneumonia, septic shock and status epilepticus. He had experienced flu-like symptoms for one week prior. <br> **NEUROLOGICAL EVENTS** |
| 077-210PX | 30 | F | 1200 | 611 / 1171 | Status epilepticus |
| 945-5 | 35 | F | 0 | 70 | Status epilepticus |
| 945-13 | 33 | F | 2400 | 225 | Status epilepticus. <br> Patient was withdrawn from treatment |
| 945-13 | 27 | M | 2000-2400 | 1003 / 906 | Subarachnoid hemorrhage post traumatic, following a seizure) <br> Status epilepticus |
| 945-5 | 22 | M | 2400-2400 | 177 | Intracranial hemorrhage. Pt was also reported to have a brain tumor recurrent during treatment with gabapentin. Medication was discontinued |
| 945-13 | 40 | M | 2400 | 730 | Cardiovascular accident. Treatment was continued and the patient showed recovery with sequelae. |
| 945-13 | 29 | F | 2400 | 292 | Status epilepticus |
| 945-13 | 36 | M | 2400 | 1226 / 1305 / 1306 | Convulsions (increased seizure activity) <br> Status epilepticus <br> Subdural hematoma |
| 945-13 | 42 | M | 2400 | 526 | Status epilepticus |
| 945-13 | 28 | F | 1800 | 426 / 537 | Status epilepticus <br> Intracranial hemorrhage. Died |
| 945-14 | 29 | M | 1800 | 603 | Status epilepticus |
| 945-15 | 37 | F | 2400 | 187 | Status epilepticus |
| 945-15 | 45 | M | 2400 | 95 | Status epilepticus |
| 945-15 | 36 | M | 2400 | 97 | Status epilepticus |

Confidential

| Protocol | No. | Sex | Dose | Day | Description |
|---|---|---|---|---|---|
| 945-15 | 41 | M | 1400 | 71 | Staus epilepticus |
| 945-15 | 51 | M | 1800 | 125 | Intracranial hemorrhage. The patient suffered a second intracranial hemorrhage and this was reported as possibly related to the drug (day 196). Somnolence (lethargy), and dysarthria |
| 945-15 | 41 | M | 2400 | 714 | **Status Epilepticus** |
| 945-15 | 19 | M | 2400 | 485 | |
| 945-15 | 21 | M | 1000 | 264 | **Head injury (extradural hemorrhage)** |
| 945-16 | 20 | M | 1800 | 105 | Status epilepticus |
| | | | | | **PSYCHIATRIC** |
| 945-13 | 27 | M | 2000 | 266 | Depression with suicidal ideation. Later reported status epilepticus, subarachnoid hemorrhage and death |
| 945-13 | 17 | M | 2400 | 166 | Suicidal ideation and attempted suicide. Depression was reported on day 13 as possibly related to the drug. Recovered while on medication. |
| 945-15 | 36 | F | 300 | 28 | Depression with suicidal ideation. |
| 945-15 | 27 | M | 2400 | 251 | Depression with suicidal ideation |
| | | | | | **DRUG OVERDOSE** |
| 077-210P | 18 | M | 1200 | 65 | Drug overdose |
| 945-13 | 32 | M | 8000 | 180 | Drug overdose |
| 945-16 | 17 | F | 1800 | 217 | Drug overdose (accompanied by phelyoin overdose) |
| 945-16 | 32 | F | 1800 | 83 | Drug overdose (phenytoin overdose also) |
| | | | | | **OPHTHALMOLOGIC** |
| 945-15 | 20 | F | 2400 | 419 | Cataract |
| | | | | | **RENAL** |
| 945-13 | 52 | M | 2400 | 919 | Nephrosis( traumatic acute hydronephrosis) |
| | | | | | **HEMATOLOGIC** |
| 945-14 | 50 | F | 900 | 421 | Leukopenia |
| 945-14 | 43 | F | 1800 | 792 | decreased platelet count |

Confidential

Pfizer_LAlpha_0084465

106

| | | | | | MISCELLANEOUS |
|---|---|---|---|---|---|
| 945-15 | 18 | F | 2100 | 106 | Viral Syndrome |
| 945-15 | 20 | F | 2400 | 671 | Cellulitis |
| 945-15 | 21 | M | 2100 | 309 | Fever |
| 945-15 | 18 | F | 2400 | 83 | Anemia |

Confidential

Summary of Serious Adverse Events Occurring in GABAPENTIN-Treated Patients Considered Possibly or Probably Drug-Related by the Investigator (N=2048 or 1961 patient years)

| Study/Patient # | Age (yrs) | Sex | Dose (mg/d) | Duration (days) | Adverse Event |
|---|---|---|---|---|---|
| | | | | | **Neurological** |
| 945-5X | 19 | F | 2400 | 88 | Status Epilepticus |
| 945-15 | 18 | F | 2400 | 241 | Status Epilepticus |
| 945-36 | 44 | M | 800 | 105 | Status, Epilepticus |
| 945-15 | 51 | M | 1800 | 196 | Intracranial Hemorrhage |
| | | | | | **Psychiatric** |
| 945-13 | 17 | M | 1200 | 13 | Depression Attempted suicide day 166 |
| 945-15 | 23 | F | 1200 | 10 | Depression Resolved with dose reduction (revision indicated that this was not WDAE since it was not treatment emergent - pt has had depression in past |
| 945-15 | 36 | M | 1200 1500 | 1 270 | Depression with suicide ideation improved on tapering and dc Depression with suicide ideation recurred on rechallenge |
| 945-14 | 31 | F | 1800 | 254 | Drug Overdose |
| 945-15 | 17 | F | 2000 | 384 | Depression and attempted suicide |
| B77-210P | 18 | M | 1200 | 65 | Drug Overdose |
| | | | | | **Other** |
| 945-36 | 66 | M | 400 | 1 | Allergy (rash and fever) |
| 945-15 | 29 | M | 1200 | M | Renal Failure: Patient with history of stable renal disease went into renal failure after one dose Bloody diarrhea |

Confidential

### Serious Adverse Events Considered Drug Related

Serious AE considered possibly drug related included drug overdose, depression with suicidal ideation/drug overdose, *status epilepticus*, renal failure.

### Drug overdose

Patient        (Study 877-210P Center 214)  took an overdose of medication.  While no other adverse events were reported as serious in association, the investigator though that this overdose was possibly drug related.

Patient        (Study 945-14 Center 801) took an overdose of medication. While no other adverse events were reported as serious in association, the investigator though that this overdose was possibly drug related.

### Depression:

Patient        (Study 945-13 Center 14) reported severe depression and attempted suicide. Depression was thought to be possibly related to gabapentin in this patient.

Patient        (Study 945-15 Center 1) was reported to have experienced depression with suicidal ideation  on numerous occasions while on treatment with gabapentin. The investigator thought that this was probably due to medication and he ultimately discontinued the drug. SEE CRF.

Patient        (Study 945-15 Center 19) was reported to have depression and attempted suicide. Thought to be possibly related to the drug.

### *Status epilepticus*

There were 25 patients who had *status epilepticus*  which resulted in a hospital visit.  These events were considered serious.  Not all patients who withdrew from studies because of *status epilepticus* were included  in the listing of adverse events considered serious.

### Discussion of Selected Serious Safety Findings

Certain adverse events emerged as both serious and frequent.  Due to the nature of the reporting process it was initially difficult to determine the magnitude of these and therefore how much of a safety issue they represent.  These include seizures/status; depression/suicide/overdose and cancers.  The table on the following page  reflects some of the important adverse events reported through the variety of mechanisms and how they are distributed  in terms of severity.

Not all patients who withdrew from studies because of *status epilepticus* were included  in the listing of adverse events considered serious.  *Status epilepticus* was reported as a serious adverse event only when it led to hospitalization.  There were 37 patients who reported status epilepticus as an adverse event during clinical epilepsy studies with gabapentin.  There were 25 patients who had *status epilepticus* which resulted in a hospital visit.  The result of this arbitrary distinction was underreporting in this category.  For example there were numerous cases of seizure flurries some lasting up to several  days at a time which were not considered

## Important Adverse events Reported through Various Categories

| Adverse Event | Total Reports (N=1700) | Withdrawals N=2048 | "Serious" Reports N=2048 | Deaths N=2048 |
|---|---|---|---|---|
| Seizures: | 118  (8.1%)[1] | 372 | 0 | 12 |
| Status | 0 | 8 | 25 | 1 |
| Twitching | 23 | 2 | 0 | 0 |
| Myoclonus | 1 | 0 | 0 | 0 |
|  |  |  |  |  |
| Depression all symptoms |  |  |  |  |
| Depression | 78  (5.3%)[3] | 9 | 7 [4] | 0 |
| Suicidal | 4 | 2 | * | 0 |
| Suicide gesture | 1 | 0 | 2 [5] |  |
| OD (intentional) | 5 | 0 | 6 | 0 |
|  |  |  |  |  |
| Tumors |  |  |  |  |
| general | 1 | 0 |  |  |
| abdominal | 1 | 0 |  |  |
| lymphoma | 1 | 1 | 1 | 1 |
| brain | 7 | 4 | 7 | 3 |
| lung | 1 | 0 | 1 | 2 |
| bladder | 1 | 0 |  | 0 |
| breast | 2 | 1 | 2 | 0 |
| prostate | 1 | 0 | 1 | 0 |
| all tumors | 12[6] | 6 | 12 | 6[7] |
|  |  |  |  |  |
| Deaths | 12 | 4 |  | 23 |

[1] In here are included an undetermined number of cases of status epilepticus and prolonged seizure flurries which are not reported under serious adverse events because they did not require hospitalization. The exact number is not known.

[2] Note that a total of 488 patients withdrew because of LOE

[3] Seven cases of depression w/ suicidal ideation were reported in SU-2 text p. 45. This group also includes patients with mild or no depression on recruitment who required intervention with one or more antidepressant drugs while on treatment with gabapentin. These patients appear to have failen through the cracks

[4] Includes only depression with suicidal ideation.

[5] Not the same patients as above

[6] Actually there were 18 reported in table 14 Safety Update-2

[7] This includes three patients who died after they were discontinued from medication but whose tumor began during treatment.

NDA #20-235 Medical-Statistical Review                                                        110

**Discussion of Selected Serious Safety Findings (cont'd)**

serious because they did not result in hospitalization including patients in nursing homes who were treated on site. The extent to which *status epilepticus* occurred and was not reported as serious or did not result in withdrawal cannot be accurately determined. Regardless, then, of the actual frequency of *status epilepticus*, it was not considered by individual investigators as drug related in certain cases, and yet in other cases it was thought to be possibly or definitely drug related. It could be argued that in certain cases failure of the antiepileptic to provide adequate protection against *status epilepticus* is not an adverse event caused by the drug, rather a failure of the drug to perform its purported effect. However as noted above there were numerous individuals who in controlled trials developed a worsening of their seizures from baseline to a greater magnitude than did placebo controls. One could argue, that in these patients the presence of increased seizure activity may have been a side effect of the drug rather than lack of effect.

A total of 118 patients reported seizures as adverse events. Of these, 37 patients withdrew from studies because of seizures reported initially reported as an adverse event. In addition there were 12 patients who died due to complications of seizures and an additional 24 patients required hospitalization due to *status epilepticus*. There were also 451 patients who withdrew from gabapentin because of lack of efficacy. At the request of this reviewer these 451 were grouped with the 37 patients who withdrew because of seizures , since the failure to control seizures was ultimately the reason for withdrawal in both groups. It is recognized that some or all of these 37 patient may have actually withdrawn from therapy because their seizures were worse. That information is currently not available. Assuming that the withdrawals and deaths had been previously reported as adverse events among the 118 adverse events: convulsions, then there are 569 patients either reported seizures as an adverse event or withdrew from studies because seizures were not adequately controlled or actually worse than before treatment.

In examining the subset of patients who developed *status epilepticus* during epilepsy studies, prior history of status was obtained. Of 31 patients who withdrew from epilepsy studies because of *status epilepticus*, 14 patient had never experienced *status epilepticus* before, and a one had never experienced *status epilepticus* while on treatment with an antiepileptic drug . Many of these patients were not considered to have had a serious adverse event, since they were not hospitalized. A spot check of case report forms revealed other patients who experienced prolonged seizure flurries (one patient did not stop for 8 days) who was not reported in any category. This apparent underreporting was most likely an artifact of the criteria set forth for defining adverse events.

In another way, looking at seizures as adverse events, the possibility of exacerbation of seizures on treatment was considered. Based on the reading of the case report forms in the three main placebo controlled studies, there was a small subset of the study population which appeared to become worse on drug than baseline as compared to placebo and that the degree of worsening was marked in some cases particularly in study 945-5.

In the original NDA 37 patients of adverse events recorded as seizures. This group was later reclassified as LOE at the request of FDA in an effort to obtain a better idea of how many withdrawals related to seizure activity. These case reports were reviewed in more detail and

Pfizer_LAlpha_0084470

It was found that the majority patients (35/37) withdrew due to seizure exacerbation or *status epilepticus* rated as moderate to severe. There were 22/37 (60%) whose exacerbation was thought to be possibly, probably, or definitely attributable to drug by investigators. The mean duration on drug before withdrawal due to seizures was 166 days.

In summary, there appears to be a small subset of patients treated with gabapentin who ostensibly become worse. Evidence which has led to this hypothesis includes 1) seizure counts obtained from DBPC trials in which seizure frequency increases by a greater magnitude in gabapentin treated patients than in placebo patients, and 2) the development of *status epilepticus* in patients who have never experienced status in the past or who have not experienced status since childhood. The characteristics of this population is not yet well defined but this should be further evaluated by the sponsor.

### Tumors

A total of 16 tumors were reported in association with gabapentin therapy. These are listed by tumor type in the table on the following page. There was a total of 11 brain tumors. Of these six were recurrent or expanding tumors that were dormant prior to entering studies, and three were emergent during treatment, two were newly diagnosed tumors arising after discontinuing a prolonged course of gabapentin (9-10 months), and one was a recurrence of a tumor that was dormant and arose shortly after discontinuing 3 weeks of gabapentin therapy. The deaths due to brain tumors were evaluated in the context of expected incidence rates. The question arises in the cases of preexisting stable lesions whether the course of the disease was accelerated by the drug. One could maintain that in the cases where a preexisting stable tumor became worse, the natural history of the disease might have predicted the same outcome, however, one could also argue that progression of the tumors was temporally associated with worsening and the possibility of causation cannot be ruled out on the basis of the available information.

Other tumor types included 2 cases of treatment-emergent breast cancer following treatment with 1200-2400 mg for 146 to 440 days. Two cases of lung cancer, one in the case of a chronic smoker. One patient had prolonged exposure to a high dose of gabapentin (2400 mg for 1437 days), the other had low dose and brief exposure.

In summary there appear to be no particular patterns of dose/duration of exposure and any particular tissue type of tumor with the exception of the brain. The only concern is that there is a particularly high incidence of astrocytoma either treatment emergent or recurrent/expanding. This raises the specter of carcinogenicity to the target organ of this drug, the brain.

NDA #20-235 Medical-Statistical Review

112

Table 8.8
Tumors Associated with Gabapentin Therapy

| Study /pt | Age | Sex | Dose | Duration | Tumor/Comments — Brain Tumors |
|---|---|---|---|---|---|
| 945-13 | 51 | M | 2400 | 467 | Astrocytoma; Comment: Treatment emergent |
| 877-210PX | 37 | M | 1200 | 223 | Astrocytoma; Comment: DIED. Expansion |
| 945-5 | 22 | M | 600 | 84 | Brain Tumor; Comment: Recurrence |
| 945-13 | 36 | M | 2200 | 369 | Brain Tumor; Comment: Recurrence |
| 945-13 | 39 | M | 2400 | 441 | Meningioma; Comment: DIED. Expansion; Comment: Recurrence |
| 945-15 | 26 | F | 1800 | 151 | Astrocytoma; Comment: Recurrence |
| 877-035X | 32 | M | 1500 | 20 | Astrocytoma; Comment: Recurrence found 9 days after Rx stopped |
| 945-13 | 36 | F | 2400 | 304 | Astrocytoma; Comment: Discovered 707 days after treatment stopped |
| 945-15 | 23 | F | 2100 | 264 | Astrocytoma, Grade II; Comment: Had abnormality on MRI by history; tumor found 171 days after stopping gabapentin |
| 945-15 | 20 | M | 1800 | 703 | Astrocytoma: recurrence; Comment: Grade I Astrocytoma resected in 1984. Dormant until day 703 of treatment. |
| 880-130 | 34 | F | 900 | 150 | Astrocytoma: recurrence; Comment: Withdrawn from treatment for surgery on astrocytoma day 164. |

Pfizer_LAlpha_0084472

NDA #20-235 Medical-Statistical Review

113

| Study | Age | Sex | Dose | No. | Diagnosis / Comment | Type |
|---|---|---|---|---|---|---|
| 077-210PX | 49 | F | 1200 | 440 | Breast Cancer Comment: Diagnosed during treatment. | Breast |
| 945-13 | 42 | F | 2400 | 146 | Breast Cancer Comment: Diagnosed during treatment. | Lung |
| 945-13 | 63 | M | 1000 | 45 | Lung Cancer Comment: DIED. Tumor found 2 mos after drug stopped | |
| 945-13 | 65 | M | 2400 | 1437 | Lung Cancer with mets to brain. Comment:DIED. History of non-Hodgkins in 1946, prostate Ca in 1966 4 yr prior to Dx. Diagnosed during treatment. | Prostate |
| 945-13 | 71 | M | 800 | 141++ | Prostate Carcinoma Comment: | Lymphoma |
| 945-14 | 41 | M | 1200 | 379 | Non-Hodgkin's Lymphoma Comment:DIED. Diagnosed during treatment.IS | |

Confidential