## Depression/Suicidal Ideation/ suicide attempt

In the total exposed population of the NDA 78 (5.3%) patients reported depression as an adverse event. This included one subject in a phase 1 study. There were 7 reports of depression as serious adverse events, and 9 patients who withdrew from studies because of depression.

There may be some underrepresentation of certain categories. For example, in some cases depression was reported as a serious adverse event, particularly if it resulted in hospitalization or was associated with suicidal ideation. However numerous examples were identified among the CRFs where a patient developed treatment emergent depression where pharmacological intervention was required and the report of a serious adverse event was not made. The actual incidence of treatment emergent depression in which pharmacologic intervention was begun and maintained throughout the course of a study. The firm has provided the FDA with a breakdown of the patient who reported depression as an adverse event, and it is found that of the 78 patients who reported depression as an adverse event, 19 had no prior history of depression, and 22 patients required treatment for their symptoms.

## Cataracts

Cataracts were reported by 3 patients . Prior examinations are not yet available in two and was not performed in one.

## Summary of Drug Interactions

Numerous studies have been conducted to evaluate drug interaction with gabapentin. They are summarized briefly below, although more detail can be found in the discussion of Pharmacology (NDA Review 4.0).

Based on the results of the available studies there appears to be no evidence for pharmacologic interaction between gabapentin and phenobarbital, phenytoin, valproate, or carbamazepine. Further it has been shown that gabapentin does not induce hepatic mixed function oxidases that are responsible for the metabolism of many antiepileptic drugs.

Among the adverse events considered serious were two isolated reports in Asian women of "overdose" involving phenytoin as a concomitant medication.  Each of these cases were unintentional and occurred in the setting of prescribed medication. The first was an Asian woman who reported toxic phenytoin levels (> 29 µg/ml) and who was symptomatic. She required reduction of the dose of phenytoin from 330 mg/day to 200 mg/day TDD. The second involved an Asian woman who also reported toxicity with phenytoin (phenytoin level was 30.27 µg/ml) and was also symptomatic. Her phenytoin dose was reduced

A number of nonepileptic drugs were evaluated for interaction. These included maalox, cimetidine, norethindrone, and probenecid. It appears that the bioavailability of gabapentin is reduced following coadministration with Maalox. The effect of Maalox on the bioavailability of gabapentin is dependant upon the time of administration. A lesser effect is seen when Maalox is administered 2 hours before gabapentin. A more pronounced effect was seen when Maalox

Pfizer_LAlphs_0084474

was given concomitantly or within 2 hours after gabapentin. Cimetidine coadministration has been shown to alter the renal clearance of gabapentin to a slight degree. The clinical significance of this drug interaction is not yet known. Probenecid has no effect on the renal excretion of gabapentin. The oral contraceptive norethindrone (Norlestrin) was evaluated for a possible interaction with gabapentin. It appears that the multiple dose pharmacokinetic profile of norethindrone is not affected by gabapentin.

No other obvious drug interactions were elicited in review of the adverse event data from clinical trials with gabapentin. While every effort was made to minimize the number of concomitant drugs beyond the antiepileptic drug products required for seizure control. Review of case report forms and tabular summaries indicated that additional drugs were used frequently in combination with gabapentin.

## Drug demographic Interactions
The demographics of the gabapentin development program suggest that the extremes of age are not well represented. The incidence of adverse events increased slightly with age in patients treated with both gabapentin and placebo, but to a greater extent in the treated group. One preliminary study did reveal that AUC $_{(0-\infty)}$ for gabapentin increased with age (see above).

The adverse event profile for men and women was similar in all epilepsy studies with gabapentin.
Caucasians were overrepresented in gabapentin studies. It is not possible to determine, based on the small numbers of blacks and orientals if there is an interaction with race. However, as noted above there is the suggestion of an interaction with two reports of phenytoin toxicity in Asian women treated with gabapentin and phenytoin. There needs to be further evaluation of this phenomenon as it might suggest a pharmacogenetic interaction.

No effect of sex on the incidence of particular adverse events was appreciated.
demographic/adr tables)

## Pediatric Subjects
There have been no pediatric subjects exposed to Gabapentin.

## Drug-Disease Interactions

There is limited clinical experience with the use of gabapentin in systemic disease. In fact every effort is made in clinical trials with epilepsy to avoid patients who are suffering from underlying systemic illness. There have been several interaction studies specifically performed in an effort to explore the possibility of interaction between gabapentin and systemic disease, specifically renal and hepatic disease, using limited doses and duration of treatment.

In renal disease pharmacokinetic studies it was shown that impaired renal function resulted in higher plasma gabapentin concentrations, longer $t_{1/2}$, and greater AUC $_{(0-\infty)}$. Decreases in gabapentin CL/F and CL$_r$ are linearly correlated with CL$_{cr}$. It has also been shown that age-related alterations in renal function are responsible for altered gabapentin pharmacokinetics.

Gabapentin AUC $_{(0-\infty)}$ increases, and CL/F and $\lambda_z$ decreases as age increases. Thus it is recommended that gabapentin dosage be reduced in patients with renal dysfunction and in patients with age-related renal impairment according to the gabapentin clearance.

Gabapentin was evaluated in the context of hemodialysis. It was found that routine hemodialysis (three times weekly ) lowers plasma gabapentin concentrations and decreases the apparent $t_{1/2}$ of gabapentin 2.5 fold. Pharmacokinetic results indicate that administration of gabapentin following each 4-hour hemodialysis treatment should achieve similar steady state peak and trough concentrations to those in subjects with normal renal function receiving gabapentin q8h.

There as been one report of a patient with impaired renal function, who, after receiving a single 400 mg dose of gabapentin, developed acute renal failure from which he has not recovered. (CRF)., While causation cannot be ascertained with certainty this suggests caution in the administration of gabapentin to patients with impaired renal function.

The interaction of gabapentin with hepatic disease was not studied. It is presumed that this was not evaluated because the drug is not metabolized in humans. No hepatic enzyme elevations of significant magnitude were reported during treatment with this drug.

## 8.10   Summary, Conclusions, and Recommendations

As of the data cut-off date of September 30, 1992, data from clinical trials involving 2048 subjects indicate that Gabapentin has a safety profile that is generally good but about which there remain several important concerns. Emphasis in this review has been on deaths and discontinuations from treatment occurring in association with Gabapentin as well as general reporting of adverse events.

The maximum dose in the placebo-controlled efficacy trials was 1800 mg/day, however, the firm has some experience in open extension use with doses up to 3600 mg in patients who did not derive benefit from lower doses. No delayed adverse effects were definitively identified in the long-term studies. The maximum duration of exposure is approximately 7 years in a few patients, with the majority of exposure of relatively shorter duration of 6 months to one year. The few overdoses reported with gabapentin showed no significant toxicity acutely with high doses. (Levels were not obtained)

The sedative side effects of gabapentin are prominent. The most frequently reported adverse experience was convulsions, followed by somnolence, dizziness , ataxia, fatigue, nystagmus, tremor and diplopia. In studies designed to characterize the adverse experience profile of gabapentin (in phase 1)headache, somnolence and fatigue, were also the most frequently reported events. Adverse events relating to the nervous system were most common and they were also the most commonly reported adverse events associated with withdrawal from treatment.

Pfizer_LAlphs_0084476

The greatest advantage of this drug could be the apparent lack of clinically significant pharmacokinetic interactions with concomitant AEDs. However, gabapentin administered adjunctly with other antiepileptic drugs resulted in an increased incidence of adverse events, such as s diplopia and depressed WBC seen with carbamazepine and gabapentin. These were generally mild in severity and most improved over time.

Gabapentin appears to lack significant hepatic and bone marrow toxicity.

Less common but more serious events may limit the drug's widespread usefulness. One of these is that seizures may become significantly worse, or lead to *status epilepticus* in a small subset of the treated population. A second is that the incidence of malignancies reported with only limited extended use of the drug coupled with the preclinical evidence that the drug may be carcinogenic. While causation has not been demonstrated in either the genesis or the expansion and recurrence of tumors, the firm has not provided convincing evidence that the drug does not cause or accelerate tumor growth in man. A third is that depression, while it may be not an infrequent occurrence in the epileptic population, may become worse and require intervention or lead to suicide, as it has resulted in some suicidal attempts. A fourth concern that a drug that is 100% cleared by the kidneys may in a small segment of the population be nephrotoxic. Adjustments in dose are recommended with increasing age and with renal failure. Fifth, the limited experience with gabapentin in pregnancy cannot rule out some risk of teratogenicity.

The attrition rate from treatment with gabapentin is high, approximately 63% (all epilepsy studies), however, this is not due primarily to adverse events, which account for only about 7% of all patients in clinical trials. The high dropout rate is due in part to lack of sustained efficacy, seizure exacerbation and an "other", a category which includes largely unclassified dropouts but also dropouts due to lack of efficacy, loss to follow-up, patient preference, and some. Discontinuations due to adverse events were reviewed. There were 3 cases of renal failure, some arrhythmias, 18 tumors reported, convulsions, 3 cataracts, and one case of atrial flutter, weight gain, low white count. There were no significant laboratory abnormalities identified that were seen consistently or frequently.

As of September 30, 1992 nineteen patients with epilepsy have died while receiving Gabapentin and an additional three patients died after discontinuing gabapentin but of a process that began during treatment, specifically cancer. The deaths were of diverse etiology, although twelve may be categorized as complications of inadequate seizure control and sudden unexplained death in epilepsy and six deaths were related to tumors that emerged or enlarged during gabapentin therapy. Whether these deaths due to tumors are related to therapy will be a matter for future studies or postmarketing surveillance.

In its clinical database of 2048 patients, gabapentin has a risk profile that is uncertain, with five groups of important adverse events that have not yet been fully characterized, specifically, seizure exacerbation, carcinogenicity, clinically important depression, renal failure and teratogenicity. Accumulated long range safety data are limited by the excessive attrition due to apparent lack of sustained efficacy.

Confidential

Pfizer_LAlpha_0084477

**~.0    Conclusions based on Statistical Analyses**

**Study    877-210P[25]:**

The analyses of response ratio, responder rate and global improvement have statistically demonstrated the efficacy of gabapentin as add-on therapy in the treatment of partial seizures in patients with medically uncontrolled epilepsy.

**Study    945-626:**

The analyses of response ratio, responder rate and global evaluation have statistically demonstrated the efficacy of gabapentin (for 900 mg/day as well as 1200 mg/day) as add-on therapy in the treatment of partial seizures in patients with medically uncontrolled epilepsy.

**Study    945-527:**

This study failed to provide statistical evidence to support the sponsor's claim of efficacy of gabapentin 1200 mg/day over placebo. However 1800 mg/ day did appear superior to placebo in two of the major efficacy variables, Responder rate and Response ratio with seizure flurries included in the intent-to-treat analysis.

**Study    945-9/1028:**

The sponsor concedes that definite conclusions cannot be drawn from these results regarding the efficacy of gabapentin, 900 mg/day and 1200 mg/day, as as add-on therapy in the treatment of partial seizures in patients with medically uncontrolled epilepsy because of the small size of these studies. No statistical analysis was performed on the 1200 mg group.

---

25 Refer to pp. 27-34 of this review.

26Refer to pp. 48-53 of this review.

27Refer to pp. 64-69 of this review.

28Refer to pp.72-73 of this review.

Pfizer_LAlphs_0084478

## 0· Recommendations

In conclusion NDA 20-235 is approvable with appropriate and prominent labelling for use in a specific population.   Specifically labelling should reflect that while short term efficacy has been demonstrated as add-on treatment in the refractory partial epilepsy population,   the firm has not demonstrated that this effect is sustained. Additionally, in a subset of the epilepsy population, seizure exacerbation may occur, such as *status epilepticus* in patients who have not previously experienced status.   The as yet unknown risk of carcinogenicity should be considered against possible limited benefit.

_____
Baldeo K. Taneja, Ph.D.
Mathematical Statistician (Biomedical)

_____ 5-19-93 ____
S. Edward Nevius, Ph.D. (concur)

_____ 6-1-93 ____
.ya D. Dubey, Ph.D. (concur)

_____
Cynthia G. McCormick, M.D.
Clinical Reviewer

_____
Russell Katz, M.D. (concur)

CC:NDA 20-235
HFD-120
HFD-120/Leber/Katz/McCormick/Chamberlin
HFD-713/Dubey/Group 2 File/Taneja
HFD-344/Lisook

This review contains 119 pages of text

Confidential

Pfizer_LAlpha_0084479

## DIVISION OF NEUROPHARMACOLOGICAL DRUG PRODUCTS
### Review and Evaluation of Clinical Data

---

**NDA (supplement):** 20-235  (Safety  Update  #3)

**Sponsor:** Parke-Davis  Pharmaceuticals

**Brand Name (generic name):** Neurontin®  (Gabapentin)

**Indication:** Refractory  Partial  Epilepsy

**NDA Classification:** 1 P

**Original Receipt Date:** May  12,  1992

**Clinical Reviewer:** Cynthia G. McCormick, M.D.

---

### INTRODUCTION

This submission updates the safety profile as provided in the Integrated Summary of Safety provided in the original NDA along with the first two Safety Updates.

Material that was reviewed for this analysis was the Safety  Update #3 (NDA Vol.4.1-4.6) which included the case report forms associated with deaths, withdrawals and serious adverse events

This safety review is current as of 12/31/1992 in the drug's development except for deaths and serious adverse events which have been updated to 3/1/1993. The dates that are pertinent to this submission are shown below.

### Data Cutoff Dates for Gabapentin Submissions

| Document | Submitted | Safety Cutoff | Deaths Cutoff | Serious AE |
|---|---|---|---|---|
| NDA | 1/31/92 | 4/30/90 | 8/31/91 | 6/30/91 |
| First Safety Update | 5/29/92 | 6/30/91 | 2/29/92 | 2/29/92 |
| Second Safety Update | 11/2/92 | 6/30/92 | 9/15/92 | 9/15/92 |
| Third Safety Update | 5/14/1993 | 12/31/92 | 3/1/1993 | 3/1/93 |

There are new data in Safety Update #3 from 27 patients who entered open-label studies: 26 entered study 945-15 and one entered study 945-16. At the time of the data cutoff for the Second Safety Update a total of 290 patients were continuing treatment for epilepsy. Information, then from all 317 patients (27 + 290) is contained in this Safety Update. Of these 317 patients 296[1] are continuing in treatment.

---

[1] The ongoing long-term studies are 877-210PX,  877-210GX,  945-13, 945-14, 945-15, and 945-16.

Confidential

2

The total number of patients exposed to drug in all studies as of December 31, 1992 was 2075[2] excluding patients in named patient or compassionate use protocols, Huntington's disease and patients enrolled in early pharmacokinetics studies for whom there were no case report forms.  Of these, 1634 patients received gabapentin in phase 2-3 trials; 1487 had epilepsy, 102 spasticity, and 45 had migraine.  Seven (7) of these patients had been in phase 1 trials and are not counted twice. The total number of patients exposed to gabapentin in phase 2-3 studies is 1634.

**Number of patients in the Gabapentin program**

|  | Total | Gabapentin |
|---|---|---|
| Clinical Pharmacology Studies | 462 | 448 |
| Clinical Studies | 1654 | 1634 |
|     Clinical Epilepsy Studies | 1507 | 1487 |
|     Spasticity and Migraine Studies | 147 | 147 |
| Total Participants | 2109 | 2075 |

There are no data from new placebo controlled studies since the previous safety update in epilepsy, Huntington's disease or in migraine and spasticity.

**Information not Contained in SU3:**  Information not contained in SU3 derives from studies 945-8 and 945-36, two as yet uncompleted double-blind studies and from compassionate use of the drug.  These are detailed below.

Study 945-8  This is an ongoing study of gabapentin in Lennox-Gastaut Syndrome. Thirteen patients have entered this study and seven were continuing at the time of the cutoff date for SU2. Since this time five patients completed or withdrew from the study.

---

[2] The total number of subjects exposed to gabapentin as of the cutoff date fo the 3rd saftey update was approximately 2133. Of these 2075 are included in the data base and their duration of exposure is known.  An additional 58 people recieved gabapentin but their data are not included in the safety database. They include:
12 Participants from study 945-73 (all patients received gabapentin)
1 Patient from study 880-013 (RS) a named patient who subsequently died.
10 Healhy subjects from study 104-006 (No CRFs are available)
4 Patients with Huntington's disease in Study 945-43
1 Patient in an unnumbered study who recieved gabapentin on a named patient basis, whose dose and duration of exposure are unknown
In addition there are patients who are still enrolled in double blind studies, who are not all identified with drug treatment as yet,  these are estimated as follows:
Study 945-8: 7 patients have probably received gabapentin of the 13 who have been randomized. One of these patients has completed the study and has entered the long term extension phase. Study 945-36:  19 patients are estimated and 16/22 are known to have received gabapentin since they participated in all three arms of this study.

Confidential

3

One patient who completed the study and entered the extension protocol withdrew because of LOE.  The blind has not been broken so that complete exposure data is not available.  No deaths or withdrawals due to adverse events have occurred in this study.

Study 945-36  This was a double blind study of gabapentin monotherapy which was suspended when gabapentin was placed on hold in 1990.  It has not yet resumed.  Twenty two patients entered initially and of these seven have gone on to receive open label therapy.  One withdrew due to lack of efficacy.  The blind has not yet been broken, so that complete exposure data is not available.  There have been no deaths, withdrawals due to adverse events, or serious adverse events since the Second Safety Update (previously reviewed).

Compassionate use of Gabapentin;  Since SU2, there have been 5 patients receiving gabapentin on a compassionate use basis.  Three of these patients were continuing on gabapentin at the time of the data cutoff for SU3, December 31, 1992.  There have been no deaths, withdrawals due to adverse events, or serious adverse events reported among these patients.

**Demographics:**
One clinical pharmacology study was performed since the Second Safety Update, but the data has not yet been extracted.  The contribution of the 27 additional patients to the clinical safety data base is shown in sponsor's summary table (Sponsor's Appendix B.5, found on the next page).  It can be seen that the demographic profile remains the same with the addition of these patients.

Measures of severity of disease state included duration of epilepsy, number of concurrent AED's, and baseline seizure frequency.  The average duration of epilepsy in all clinical studies was 21 years and the mean seizure frequency (per 28 days) was 10 with a range of        seizures.  The mean number of concurrent antiepileptic drugs was 2.   Of the 1487 patients who participated in gabapentin clinical epilepsy studies, 54% were male and 46% were female.  72% were white and 2 % were black, 26 % were other (some of these were Caucasian but not coded as white, Oriental/Asian,  Native American or not stated).  The mean age of participants in these studies was 32  years of age and the range was        years.  The mean Broca Index for clinical epilepsy studies was 1.15 .

Confidential

4

APPENDIX B.5.
Summary of Demographic Data and Disease Characteristics for Patients Who Received Gabapentin in All Epilepsy Studies

## Summary of Demographic Data for Patients Who Received Gabapentin in All Epilepsy Studies

| Study | Number of Patients[b] | | Race | | | | | | | | Age (yr) | | | BrCcl Index[c] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | | Female | | White | | Black | | Other | | Mean | | Range | |
| | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 |

PLACEBO-CONTROLLED ADD-ON THERAPY STUDIES

PLACEBO-CONTROLLED MONOTHERAPY STUDIES

UNCONTROLLED STUDIES

TOTAL

SU2 = Second Safety Update; SU3 = Third Safety Update; NA = Not applicable
[a] Data not obtained for all studies
[b] Some patients received gabapentin in more than one study. These patients are counted only once in summaries for the total population.
[c] Calculated for studies with adult patients

## Summary of Disease Characteristics of Patients Who Received Gabapentin in All Epilepsy Studies

| Study | Duration of Epilepsy (yr)[a] | | | Number of Concurrent Antiepileptic Drugs | | | | | | | | Baseline Partial Seizure Frequency Per 28 Days[a] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mean | | Range | 0 | | 1 | | 2 | | ≥3 | | Median | | Range | |
| | SU2 | SU3 | SU2 SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 | SU2 | SU3 |

PLACEBO-CONTROLLED ADD-ON THERAPY STUDIES

PLACEBO-CONTROLLED MONOTHERAPY STUDIES

UNCONTROLLED STUDIES

TOTAL

SU2 = Second Safety Update; SU3 = Third Safety Update; NA = Not applicable
[a] Data not obtained for all studies
[b] Some patients received gabapentin in more than one study. These patients are counted only once in summaries for the total population.

Pfizer_LAlphs_0084483

5

**Extent of Exposure to Gabapentin** The sponsor has tabulated the total number of patients involved in clinical studies by duration of exposure (weeks). These tables are found below and on the following page.

It can be seen that 49% (1018) of subjects have been treated with gabapentin for over 6 months; 31% (650 subjects) have been treated for over one year, 18% (376)for more than 2 years; and 6% (116 subjects) have been treated form more than 4 years in open-label studies. Only 2% (41) of subjects have been treated past 5 years, including 4 patients who have been treated for 7 years. For the all 2075 subjects exposed to Gabapentin studies, the mean duration of exposure to Gabapentin was 24 weeks.

TABLE 3.    Length of Time Patients Were Exposed to Gabapentin During Clinical Studies and Clinical Pharmacology Studies in the Safety Databases[a]

| Gabapentin Treatment | Cumulative Number (%) of Patients | |
|---|---|---|
| | Clinical Studies | Clinical and Clinical Pharmacology Studies Combined[b] |
| ≥ Dose | 1634 (100) | 2075 (100) |
| >1 Day | 1620 (99) | 1932 (93) |
| >1 Week | 1581 (97) | 1660 (80) |
| >2 Weeks | 1567 (96) | 1602 (77) |
| >4 Weeks | 1491 (91) | 1499 (72) |
| >6 Weeks | 1444 (88) | 1450 (70) |
| >8 Weeks | 1414 (87) | 1419 (68) |
| >10 Weeks | 1358 (83) | 1362 (66) |
| >12 Weeks | 1330 (81) | 1334 (64) |
| >16 Weeks | 1189 (73) | 1194 (58) |
| >20 Weeks | 1099 (67) | 1102 (53) |
| >24 Weeks | 1015 (62) | 1018 (49) |
| >36 Weeks | 796 (49) | 799 (39) |
| >52 Weeks | 647 (40) | 650 (31) |
| >78 Weeks | 481 (29) | 481 (23) |
| >104 Weeks | 376 (23) | 376 (18) |
| >130 Weeks | 282 (17) | 282 (14) |
| >156 Weeks | 219 (13) | 219 (11) |
| >182 Weeks | 162 (10) | 162 (8) |
| >208 Weeks | 116 (7) | 116 (6) |
| >234 Weeks | 58 (4) | 58 (3) |
| >260 Weeks | 41 (3) | 41 (2) |
| >286 Weeks | 30 (2) | 30 (1) |
| >312 Weeks | 18 (1) | 18 (1) |
| >338 Weeks | 5 (<1) | 5 (<1) |
| >364 Weeks | 4 (<1) | 4 (<1) |

[a]  Through data cutoff date for Safety Update 3, December 31, 1992
[b]  Seven patients received gabapentin in both a clinical and clinical pharmacology study. The total duration of exposure was calculated for these patients and is included in this column.

Pfizer_LAlphs_0084484

APPENDIX 9.4.

Summary of Exposure to Placebo or Gabapentin During All Clinical Pharmacology and Clinical Studies: Participant Exposure to Placebo or Gabapentin[a] by Dosage

Clinical Pharmacology and Clinical Studies



**Deaths**

There have been five additional deaths reported from 9/15/1992 to 3/1993.   The third Safety Update brings the total number of deaths to 28 out of a total exposed population of 2113 subjects including those patients whose data is not included in the safety data bases.  The overall death rate, then, is still approximately 1% of all exposures and the majority occurred after one year of treatment. The table shown on the pages  following this section  summarizes the deaths reported in association with gabapentin therapy and lists causes by patient with dose and duration of therapy prior to death.

There were two  additional case of SUDE since the last safety update, although these were actually reported as epileptic deaths. Since no one witnessed a seizure and the patients were found dead there is no basis for concluding that a seizure occurred. There have been no new cases of death due to neoplasm. In general the new reports do not reflect any condition that is unusual in the chronic epilepsy population. They include death due to pneumonia and congestive heart failure in a patient with a long history of cardiac disease.

There is one report of a condition that is unexplained and which is neither clearly related nor clearly unrelated to study medication.  This was a patient who was  maintained on treatement  for 2226 days. Because of onset of ataxia which occurred while on treatment, the medication was discontinued. She went on to deteriorate and developed dizziness and blood pressure fluctuation. Addison's disease was suggested by her electrolyte imbalance and she was treated with steroids. She continued to deteriorate and developed a progressive encephalopathy with confusion, disorientation, and hallucinations. She died with pancytopenia, UTI and high serum ammonia. Autopsy diagnosis was adrenalitis with adrenal failure and dementia of unknown cause. Concomitant medications were phenytoin and valproate. In this case a drug effect can neither be demonstrated nor disproved based on the available information.

**Comment.** None of these deaths was considered by the investigators or by the sponsor to be related to Gabapentin.  The deaths accounted for by SUDE (sudden unexplained death in epilepsy) and accidental or seizure related deaths are still not inconsistent with mortality rates for epileptic populations.

The cumulative table of deaths reported is found on the following two pages.

Pfizer_LAlphs_0084486

8

TABLE 9.  Listing of Patient Deaths Through March 1, 1993
(Page 1 of 2)

| Study Number | Patient Identifier Center Number | Age[a] and Sex | Daily Dosage (mg/day) and Drug at Time of Death | Days on GBP | Cause of Death | Relationship to Study Drug[b] | Narr Loc (Doc. App. Pg) | Location of Patient CRF Vol-Page |
|---|---|---|---|---|---|---|---|---|
| **DBP: During Gabapentin Therapy through March 1, 1993** | | | | | | | | |
| 877-106 | 214 | 41 F | 1200 Gabapentin | 62 | Epileptic seizure and asphyxiation | Unlikely | SUI, C.3., 3 | NDA 246-1 |
| 877-210?3 | 214 | 37 M | 1200 Gabapentin | 223 | Progression of astrocytoma complicated by pneumonia and hemorrhage | Definitely not | SUI, C.3., 3 | NDA 244-43 |
| 800-033[d] | - | 43 F | 900 Gabapentin | 1164 | Cardiorespiratory failure as a consequence of epilepsy | Definitely not | SUI, C.3., - | NDA 246-125 |
| 945-3 | - | 33 M | 2400 Gabapentin | 645 | Stab wound | Definitely not | SUI, C.3., 4 | NDA 245-87 |
| 945-11 | - | 65 M | 2400 Gabapentin | 799 | Cardiac tamponade | Definitely not | SUI, C.3., 5 | NDA 246-275 |
| 945-11 | 27 | 2400 Gabapentin | 1005 | Subarachnoid hemorrhage | Definitely not | SUI, C.3., 6 | NDA 247-1 | |
| 945-11 | 12 | 2400 Gabapentin | 523 | Possibly aspiration after convulsions | Unlikely | SUI, C.3., 7 | NDA 247-280 | |
| 945-11 | 19 | 2700 Gabapentin | 1053 | Cerebral hemorrhage | Unlikely | SUI, C.3., 8 | NDA 248-1 | |
| 945-11 | 49 F | 1200 Gabapentin | 301 | Seizure | Unlikely | SUI, C.3., - | NDA 249-1 | |
| 945-11 | 40] | 37 M | 1800 Gabapentin | 238 | Seizure and aspiration of vomit | Definitely not | SUI, C.3., - | NDA 249-144 |
| 945-14 | 902 | 29 M | 1800 Gabapentin | 755 | Froze to death following seizure | Unlikely | SUI, C.3., 9 | NDA 250-1 |
| 945-15 | 16 | 37 M | 2100 Gabapentin | 677 | Ventricular fibrillation | Unlikely | SUI, C.3., - | NDA 250-219 |
| 945-15 | 17 | 26 M | 2400 Gabapentin | 294 | Accidental drowning | Unlikely | SUI, C.3., - | NDA 250-347 |
| 945-26 | | 44 M | 900 Gabapentin (1200 mg maximum) | 3 | Septic shock possibly related to aspiration pneumonia | Unlikely | SUI, C.3., 10 | NDA 250-407 |
| **DBP: After Gabapentin Therapy Discontinued** | | | | | | | | |
| 800-015[d] | - | 63 M | 0 (GBP 1800/5 months)[d] | 65 | Lung cancer | Unlikely | SUI, C.3., 11 | NDA 246-124 |
| 800-033[d] | - | 23 M | 0 (GBP MS/13 weeks)[d] | 1022 | Asphyxia due to convulsion | Not specified | SUI, C.3., 11 | NDA 246-207 |
| 945-4 | 37 | 17 M | 0 (GBP 900/54 days)[d] | 29 | Drowned in bath following seizure | Unlikely | SUI, C.3., 12 | NDA 245-1 |
| 945-3? | 7 | 36 M | 0 (GBP 2100/23 days)[d] | 358 | Cerebral herniation due to brain tumor present at baseline | Unlikely | SUI, C.3., 13 | NDA 246-1 |
| 945-14[c] | 27 | 41 M | 0 (GBP 1200/82 days)[c] | 453 | Non-Hodgkin's lymphoma | Definitely not | SUI, C.3., 13 | NDA 246-187 |
| **DBP: During Gabapentin Therapy September 1, 1991 through February 29, 1992** | | | | | | | | |
| 945-15 | 5 | 55 M | 2400 Gabapentin | 195 | Lung cancer | Unlikely | SUI, C.3., - | SUI 11-121 |
| 945-? | 6 | 37 M | 2400 Gabapentin | 955 | Sudden death (cardiac related) | Unlikely | SUI, C.3., 2 | SUI 11-224 |
| 945-15 | 8 | 36 M | 2400 Gabapentin | 620 | Suffocation | Unlikely | SUI, C.3., 2 | SUI 17-230 |

a  Age at screening for the study
b  In the opinion of the investigator
c  Patient also discussed in the summary of tumors
d  Patient received gabapentin on a compassionate-use basis.

DBP = Gabapentin; SUI = First Safety Update; SU2 = Second Safety Update; SU3 = Third Safety Update; NS = Not specified
[d] Data from this blinded study are not in the clinical safety database.
[d] (Maximum dosage of gabapentin received/amount of time after gabapentin was discontinued that death occurred)

Pfizer_LAlpha_0084487

TABLE 9.   Listing of Patient Deaths Through March 1, 1995
(Page 2 of 2)

| Study Number | Patient Identifier Center Number | Age[a] and Set | Daily Dosage (mg/day) and Drug at Time of Death | Days on Drug | Cause of Death | Relationship to Study Drug[b] | Location of Patient CRFs (Narr, Loc, App, Pg) | Location of Patient CRFs Vol-Page |
|---|---|---|---|---|---|---|---|---|
| **During Gabapentin Therapy March 1, 1992 through September 15, 1992** | | | | | | | | |
| 945-13 | | 25 M | 2400 Gabapentin | 179 | Sudden Death | Definitely not | 502, C.1., 1 | 502, 5-1 |
| **During Gabapentin Therapy September 16, 1992 through March 1, 1993** | | | | | | | | |
| 917-21094 | 217 | 59 M | 1200 Gabapentin | 1322 | Bronchopneumonia secondary to chronic obstructive airway disease | Definitely not | 503, C.1., 2 | 503, 3-1 |
| 945-13 | | 67 M | 2200 Gabapentin | 1045 | Cardiac Arrest | Definitely not | 503, C.1., 3 | 503, 4-1 |
| 945-15 | | 17 ? | 2400 Gabapentin | 1185 | Seizure | Unlikely | 503, C.1., 4 | 503, 5-1 |
| 945-16 | | 22 ? | 2100 Gabapentin | 987 | Epilepsy | Unlikely | 503, C.1., 5 | 503, 5-196 |
| **After Gabapentin Therapy Discontinued** | | | | | | | | |
| 917-21094 | 226[d] | 67 F | 0 (GBP 1200/102 days)[c] | 2226 | Adenitis with adrenal failure Dementia of unknown cause | Unlikely | 503, C.1., 6 | 503, 3-213 |

GBP = Gabapentin; SU1 = First Safety Update; SU2 = Second Safety Update; SU3 = Third Safety Update; NS = Not Specified

[a] Age at screening for the study
[b] In the opinion of the investigator
[c] Maximum dosage of gabapentin received/amount of time after gabapentin was discontinued (that death occurred)
[d] Center 220 closed and the patient transferred to Center 221. All data for this patient are entered as Center 220. However, the open-label CRFs are labeled Center 221.

Confidential

Pfizer_LAlphs_0084488

10

## Assessment of Dropouts

### Overall Pattern of Dropouts

In the previous safety update, the reason given for withdrawal from a study was adverse event in 9.2% of patients, and it is the same with the addition of new data. In the previous safety update, 33.4% withdrew because of lack of efficacy and with the addition of new data to the SU3, 34.2% withdrew because of lack of efficacy. At the request of the FDA, the withdrawals due to convulsions or status were combined in a single category, that is lack of efficacy, where they previously were reported as either. Those withdrawing for administrative reasons or "other" included 20.9% (current figure 20.3%)

These figures are summarized below in Sponsor's Table 10.

TABLE 10.  Summary of Reason for Withdrawal for Patients Receiving Gabapentin in Studies in Patients With Epilepsy
[Number (%) of Patients]

| Reason for Withdrawal | SU2 N = 1460 | | SU3 N = 1487 | |
|---|---|---|---|---|
| Adverse Event | 134 | (9.2) | 137 | (9.2) |
| Lack of Efficacy | 488[a] | (33.4) | 509 | (34.2) |
| Other | 305 | (20.9) | 302 | (20.3) |

[a] Includes one patient previously categorized as withdrawing while on "no drug"; the patient had received gabapentin earlier in the study.

The frequency of withdrawals for each reason summarized is not significantly different from the previous report  Changes in the totals are a reflection of new withdrawals since SU2.

### Adverse Events Associated with Dropout

Since SU2 there have been 3 withdrawals due to adverse events (not including the five deaths noted above). All three of these patients withdrew because of perceived sedation, described as fatigue (tiredness), fatigue of moderate intensity and somnolence associated with ataxia. The cumulative figures on withdrawal associated with adverse events is summarized in Sponsor's Table 11 and does not reflect any appreciable difference from that which was reported in the previous Safety Update. The most commonly reported reasons for withdrawal are summarized on the following page.

Confidential

**Cumulative Data on Adverse Events Associated with Withdrawal**

| All Studies | N=2075 |
|---|---|
| Somnolence | 24 (1.15) |
| Ataxia | 17 (.81) |
| Fatigue | 13 (.62) |
| Dizziness | 12 (.57) |
| Nausea and Vomiting | 12 (.57) |
| Weight Gain | 9 (.43) |
| Depression | 8 (.38) |
| Death | 7 (.33) |
| Thinking abnormal | 7 (.33) |
| Headache | 7 (.33) |
| Rash | 6 (.28) |
| Diplopia | 6 (.28) |
| Confusion | 6 (.28) |
| Paresthesias | 5 (.24) |
| Abdominal Pain | 5 (.24) |
| Amnesia | 5 (.24) |
| Dysarthria | 4 (.19) |
| Insomnia | 4 (.19) |
| Brain Neoplasm | 4 (.19) |
| Nervousness | 4 (.19) |
| Agitation | 4 (.19) |
| Anxiety | 4 (.19) |
| Impotence | 4 (.19) |
| Decreased WBC | 4 (.19) |

The spectrum of adverse events associated with withdrawals is not significantly different from that which has been reported to date. The most common adverse events leading to withdrawal are those which are reported most commonly in general.

While only 7 deaths were coded as adverse events in this section, to consider only seven apart from the total (28) could be considered misleading. Actually 22 patients died while on gabapentin therapy. The deaths will be considered in a separate section.

Convulsions were associated with withdrawal from clinical trials as noted in the NDA and the first two safety updates to the NDA. These were considered along with withdrawals due to lack of efficacy in order to avoid counting the same patients twice and also to obtain a better understanding of the population that is not controlled on medication. This was done with the understanding that some of the patients who reported convulsions as adverse events may have reported these as adverse events because of a perceived worsening of their condition. However there did not appear to be sufficient rigor in the reporting of this condition to be able to draw this conclusion, therefore they were added together at the request of this reviewer.

12

## OTHER SAFETY FINDINGS

Overall 1243 (84%) of the 1487 patients treated with gabapentin reported adverse events. The frequency of adverse events was not significantly different from SU2 to SU3. The adverse events that were most commonly reported in these studies involved the nervous system, followed by body as a whole, and then GI. The percent of adverse events in each system was no different with the addition of new data in the third safety update. Sponsor's Table 6 lists the adverse events reported in ≥5% of all epilepsy studies.

**ADR Incidence Tables:** The following is a summary table of the adverse events occurring in >5% of patients in all epilepsy studies

TABLE 6. Adverse Events Occurring in ≥5% of Patients in All Epilepsy
Studies
(Percent of Patients)

|  | SU2 N = 1460 | SU3 N = 1487 |
|---|---|---|
| Any AE | 83.9 | 83.6 |
| Somnolence | 26.2 | 26.8 |
| Dizziness | 23.0 | 23.1 |
| Ataxia | 22.1 | 22.2 |
| Headache | 18.3 | 18.4 |
| Nystagmus | 17.5 | 17.3 |
| Fatigue | 16.2 | 16.2 |
| Tremor | 13.4 | 13.4 |
| Nausea and/or Vomiting | 12.5 | 12.5 |
| Diplopia | 11.7 | 11.8 |
| Rhinitis | 10.8 | 11.3 |
| Weight Increase | 9.0 | 9.1 |
| Viral Infection | 8.8 | 8.7 |
| Myalgia | 8.3 | 8.3 |
| Amblyopia[b] | 8.2 | 8.2 |
| Convulsions | 8.1 | 8.1 |
| Pharyngitis | 7.9 | 8.1 |
| Abdominal Pain | 6.9 | 6.9 |
| Rash[a] | 6.6 | 6.6 |
| Diarrhea | 6.0 | 6.7 |
| Upper Respiratory Infection | 6.1 | 6.1 |
| Nervousness | 6.0 | 6.1 |
| Amnesia | 5.6 | 5.7 |
| Depression | 5.3 | 5.2 |
| Fracture | 5.1 | 5.0 |
| Confusion | 5.0 | 5.0 |

[a] The preferred terms of rash, rash-erythematous, rash-maculopapular, and rash-vesiculobullous are combined.
[b] Amblyopia was most often described as blurred vision.

**Incidence In Controlled Clinical Trials**
Adverse events that occurred at a frequency of 1% or more among gabapentin treated patients who participated in placebo controlled studies of similar design were shown in the original NDA review. Since no additional patients that were enrolled in placebo controlled trials since the cutoff date for the second safety update, the numbers provided at that time are still accurate.

## LABORATORY FINDINGS

No additional placebo controlled information is available with regard to clinical chemistry since the last Safety Update. Most laboratory deviations reported as adverse events were similar to those experienced with administration of concurrent AED's carbamazepine, phenytoin, and valproate. The firm has summarized new experience from the additional 317 exposures in uncontrolled studies since the last safety update compared to expected values. The table on the following page lists the laboratory deviations seen in the Epilepsy clinical trials and extended treatment protocols (N=1463).

Abnormal SGOT/SGPT and decreased WBC are relatively infrequent and not unexpected in a population that consits largely of refractory patients on polypharmacy. The addition of new data from 317 patients has not changed these data significantly. The degree of abnormality is not severe in any of the cases detailed below with the exception of one patient, who is listed under severe adverse events (WBC=600, see below).

Confidential

14

| Laboratory Deviation | N | % | No of Reports |
|---|---|---|---|
| HGB decreased | 7 | 0.5 | 7 |
| HCT decreased | 1 | 0.1 | 1 |
| HGB increased | 1 | 0.1 | 1 |
| HCT increased | 1 | 0.1 | 1 |
| Folate decreased | 1 | 0.1 | 1 |
| RBC decreased | 2 | 0.1 | 2 |
| Elevated WBC | 4 | 0.3 | 5 |
| WBC decreased | 22 | 1.5 | 23 |
| WBC diff abn | 8 | 0.5 | 9 |
| Platelets elevated | 2 | 0.1 | 2 |
| Platelets decreased | 4 | 0.3 | 5 |
| Granulocytopenia | 6 | 0.4 | 7 |
| MCV inc | 1 | 0.1 | 1 |
| Granulocytosis | 3 | 0.2 | 4 |
| Monos decreased | 1 | 0.1 | 1 |
| Abn Urine | 3 | 0.2 | 3 |
| Urine protien incr | 7 | 0.5 | 7 |
| Urine glucose incr | 1 | 0.1 | 1 |
| Urine WBC incr | 2 | 0.1 | 2 |
| Bacteuria | 1 | 0.1 | 1 |
| Alkaline urine | 1 | 0.1 | 1 |
| Albuminuria | 3 | 0.2 | 3 |
| LFT abn | 1 | 0.1 | 1 |
| SGOT elevated | 7 | 0.5 | 7 |
| Alk Phos elevated | 8 | 0.5 | 9 |
| SGPT elevated | 13 | 0.9 | 13 |
| Bilirubin elevated | 1 | 0.1 | 1 |
| Creatinine elevated | 4 | 0.3 | 5 |
| BUN elevated | 3 | 0.2 | 3 |
| Albumin decreased | 1 | 0.1 | 1 |
| Cor decreased | 1 | 0.1 | 1 |
| Albumin increased | 1 | 0.1 | 1 |
| Total Protien increased | 2 | 0.1 | 3 |
| Hypokalemia | 1 | 0.1 | 1 |
| Hyperkalemia | 4 | 0.3 | 5 |
| Hyponatremia | 14 | 0.9 | 15 |
| Hypernatremia | 1 | 0.1 | 1 |
| Hyperglycemia | 3 | 0.2 | 3 |
| Hypoglycemia | 5 | 0.3 | 5 |
| Hypocalcemia | 5 | 0.3 | 5 |
| Hypercalcemia | 1 | 0.1 | 1 |
| TSH elevated | 1 | 0.1 | 1 |
| Folate deficiency | 1 | 0.1 | 1 |
| Fluctuating AED level | 1 | 0.1 | 1 |
| AED levels decreased | 2 | 0.1 | 2 |
| Hypochloremia | 1 | 0.1 | 1 |
| T4 decreased | 1 | 0.1 | 1 |
| AED level increased | 17 | 1.1 | 21 |
| Hyperammonemia | 1 | 0.1 | 1 |
| B12 Decreased | 1 | 0.1 | 1 |
| NH3 increased | 1 | 0.1 | 1 |

Confidential

15

**SPECIAL STUDIES**

**Withdrawal Phenomena/Abuse Potential**
No new information is available with regard to abuse potential or withdrawal phenomena since the original NDA submission or first and second Safety Updates.

**Human Reproduction Data**
No new pregnancies have been reported since the last Safety Update.

**OVERDOSE EXPERIENCE**
No additional gabapentin overdoses experiences have been reported since the last Safety Update.

**SUMMARY OF SERIOUS EVENTS**
As required by 21 CFR 312.32 (a), the sponsor used the term 'serious' to describe certain kinds of AEs. Adverse events were reported as serious if they were thought to be immediately life threatening, permanently disabling, or requiring hospitalization, cancer, overdose, congenital anomaly, or other events deemed of medical concern by the PDMM.    All hospitalizations were reviewed to determine if the reason for hospitalization was serious.

The cumulative rate of reporting of serious adverse events was 79(3.8%) of the total exposed population of 2075 participants. Eight of these were reported since the cutoff date for the third safety update. The reported serious adverse events that occurred since the SU2 can be detailed as follows:

**Patient**    (945-16, Ctr 5)   developed drowsiness and confusion following a seizure and on evaluation was found to have had a subdural hematoma (Day 264 of treatment).  He was hospitalized again (Day 1192)  for "chemical meningitis" and again for a subdural hematoma (Day 1282-88) thought to be secondary to a seizure and CHI.

**Patient**       (945-13, Ctr 3)  developed deep vein thrombosis (Day 1362). He was hospitalized and treated with IV heparin.  The patient had had a prior history of thrombophlebitis.

**Patient**       (945-13, center 4)  developed increased size of her brain tumor (Day 1285).   The tumor had been diagnosed 2 years earlier by MRI and was stable by CT scan prior to entry into the study.  Tumor was remove and the  pathologic diagnosis was Glioblastoma multiforme.

**Patient**    (945-15, Ctr 35) hospitalized for simple partial *status epilepticus.* (Day 81). Patient had a history of two corpus callosotomies and mental retardation.  Prior history of *status epilepticus* is not available.

Confidential

16

**Patient**      (945-13, Ctr 17) experienced **depression and suicidal ideation** (Day 1118) on two separate occasions. She was not hospitalized. She had previously undergone changes in her antiepileptic drug regimen. There was no prior history of suicidal ideation.

**Patient**      (945-15, Ctr 33) hospitalized for **thinking abnormal** manifested by confusion, delusions and irrational behavior (Day 992). She had had a similar episode (paranoid-confused behavioral state) on Day 885 following an increase in seizure frequency. She had a history of a major depressive reaction approximately one year before entering the study.

**Patient**      (945-15, Ctr 17) had removal of a congenital cortical and zonular **cataract** with restoration of vision from 20/400 to 20/30 (Day 419). There were no degenerative changes seen on ophthalmoscopy.  A second adverse event, **cellulitis** of the right lower extremity, was reported (Day 671).   The patient's cataracts were diagnosed  during a **hospitalization for hostility and violent behavior** (Days 419 through 427).

**Patient**      (945-15, Ctr 10) hospitalized for seizures difficult to control and **recurrence of astrocytoma** (Day 703). Patient had had a craniotomy in 1984 for a Grade 1 astrocytoma.   In addition the patient was also reported to have a leukopenia (WBC 600) and thrombocytopenia (plt count 60,000). His concomitant medication was Tegretol. He was also on chemotherapy for recurrent astrocytoma. His leukopenia was attributed to this.

**Patient**      (945-15, Ctr 31)  discontinued gabapentin on day 772 due to lack of efficacy and was diagnosed with an adrenal tumor (Day 787) during  and evaluation for an ovarian cyst.

The overall spectrum and incidence of AE's considered as severe given the new data in the SU3 is not significantly different from the previous data.

| Serious  Adverse  Event | SU2  N  (%) | SU3  N  (%) |
|---|---|---|
| Neurological  (excl  tumors) | 24   (1%) | 26   (1.3%) |
| Neoplastic | 10   (.5%) | 13   (.6%) |
| Psychiatric | 10   (2%) | 12   (.6%) |
| Cardiovascular | 4   (.2%) | 4   (.2%) |
| Gastrointestinal | 4   (.2%) | 4   (.2%) |
| Pulmonary | 4   (.2%) | 4   (.2%) |
| Overdose | 4   (.2%) | 4   (.2%) |
| Hematological | 3   (.15%) | 3   (.15%) |
| Renal | 2   (.1%) | 2   (.1%) |
| Ophthalmologic | 1   (.05%) | 1   (.05%) |
| Miscellaneous | 4   (.2%) | 6   (.3%) |
| Total | 70   (3.4%) | 79   (3.8%) |

Confidential

17

**Depression:** The incidence of depression reported as a severe adverse event has not changed appreciably since the previous safety update.

**Status epilepticus:** One additional case of status epilepticus has been reported in SU3. There is no information which would indicate that this patient had or did not have a prior history of status epilepticus. The incidence of neurological serious adverse events has not changed significatnly withthe addition of new data.

**Tumors** Since the last safety update there has been one report of expansion of a previously existing neoplasm and one report of the new onset of an adrenal tumor discovered within days of discontinuing gabapentin therapy (after >2 years of treatment). This brings the total of malignancies to 22. These are summarized on the following page. The new entries reported in SU3 are starred.

Pfizer_LAlphs_0084496

18

| Neurontin Dose | Duration (days) | Tumor: Comments |
|---|---|---|
| | | **BRAIN TUMORS** |
| 2400 | 467 | **Astrocytoma** |
| | | Comment:Treatment Emergent |
| 1200 | 223 | **Astrocytoma** |
| | | Comment: Recurrence |
| 800 | 84 | **Brain tumor (unspec.)** |
| | | Comment: Recurrence |
| 2200 | 369 | **Brain tumor (nonspec.)** |
| | | Comment: DIED. Expansion |
| 2400 | 441 | **Meningioma** |
| | | Comment: Recurrence |
| 1800 | 151 | **Astrocytoma** |
| | | Comment: Recurrence |
| 1500 | 20 | **Astrocytoma** |
| | | Comment: Recurrence found 9 days after GBP stopped |
| 2400 | 304 | **Astrocytoma** |
| | | Comment: Dx 707 days after GBP stopped |
| 2100 | 264 | **Astrocytoma Gr II** |
| | | Comment: Abn MRI; tumor found 171 days after stopping GBP |
| 1800 | 703 | **Astrocytoma** |
| | | Comment: Gr I Astrocytoma resected in 1984. Dormant until |
| | | day 703 of treatment. |
| 900 | 150 | **Astrocytoma** |
| | | Comment: Recurrence. |
| 2400 | 1285 | **Glioblastoma multiforme*** |
| | | Comment: Expansion |
| | | |
| | | **BREAST** |
| 1200 | 440 | **Breast Cancer** |
| | | Comment: diagnosed during treatment |
| 2400 | 146 | **Breast Cancer** |
| | | Comment: Diagnosed during treatment |
| | | |
| | | **LUNG** |
| 1800 | 85 | **Lung Cancer** |
| | | Comment: DIED. Tumor found 2 mos after drug stopped. |
| 2400 | 1437 | **Lung Cancer with Mets to the Brain** |
| | | Comment:DIED . Meningioma in 1946. prostate CA in 1986 |
| | | |
| | | **PROSTATE** |
| 800 | 141++ | **Prostate Carcinoma** |
| | | Comment: |
| | | |
| | | **LYMPHOMA** |
| 1200 | 379 | **NonHodgkin's Lymphoma** |
| | | Comment: DIED. Diagnosed during Treatment |
| | | |
| | | **ADRENAL** |
| 2400 | 772 | **Adrenal Tumor*** |



Pfizer_LAlphs_0084497

19

In comparing the occurrence of tumors in the Neurontin® NDA with that of a comparable database found in the Lamictal® NDA, one sees approximately the same incidence overall of tumors, but a broader spectrum of tumor types in the latter:

| Tumor | Neurontin® (N=2075) | Lamictal® (N=2600) |
|---|---|---|
| Brain | 1 2 | 9 |
| Breast | 2 | 1 |
| Lung | 2 | 1 |
| Adrenal | 1 | |
| Lymphoma/Leukemia | 1 | 2 |
| Prostate | 1 | |
| Liver | | 1 |
| Basal Cell | | 1 |
| Renal | | 1 |
| Tonsil | | 1 |
| Colorectal | | 2 |
| Gastric CA | | 1 |
| Total | 19   (.9%) | 20   (.8   %) |

There appears to be an overrepresentation of astrocytomas, however, recurrent and expanding among the tumors reported in the Gabapentin group. Contributing to this may have been a failure of adherence to exlcusionary criteria in enrolling patients for studies. However the possibility of tumor exacerbation or facilitation of tumor growth cannot be excluded based on the available data.

### Summary of Drug Interactions

No new drug-drug or drug-deomgraphics interactions have been reported since the previous safety update.

### Summary, Conclusions, and Recommendations

There are no new data in the Safety Update #3 which alter the safety profile of this drug as presented in the initial NDA and Safety Update #1 and 2.

*Cynthia G. McCormick MD*

Cynthia G. McCormick, M.D.
Clinical Reviewer
September 27, 1993

CC:NDA 20-235/HFD-120/Katz/McCormick/Chamberlin

*Chamberlin*

## DIVISION OF NEUROPHARMACOLOGICAL DRUG PRODUCTS
### Addendum to Clinical Review

| | |
|---|---|
| **NDA:** | 20-235 |
| **Sponsor:** | Parke-Davis Pharmaceuticals |
| **Brand Name(generic name):** | Neurontin® (Gabapentin) |
| **Indication:** | Adjunctive Medication in Refractory Partial Epilepsy |
| **NDA Classification:** | 1P |
| **Original Receipt Date:** | January 31, 1992 |

In evaluating patient deaths all available materials were reviewed, including case report forms, patient narratives, and autopsy reports if available. The criteria used for the designation of Sudden Unexplained death in epilepsy in the Gabapentin NDA Review were as follows:

- Any patient who was found dead with no preceding acute illness, with no observation of a seizure, and no findings at autopsy, his death was considered for the purposes of the review to have been unexplained.

- If a cause of death was recorded as seizure, but no seizure was recorded and patient had no physical signs of a recent seizure observed at the time of death or at autopsy, the death was considered unexplained. This included deaths by drowning due to a seizure where no seizure was observed.

- If cause of death was recorded as possible aspiration, and there was evidence of gastric materials in the lungs, the patient was not considered to have had a sudden unexplained death.

The following is a list derived from the Table of Deaths Occurring in gabapentin treated patients (p.79-80) which enumerates the specific patients who were considered to have had a sudden and unexplained death:

880-033    43 year old female treated with 900 mg of gabapentin for 26 weeks. Cause of death was considered unknown. Patient died during her sleep. Postmortem revealed no identifiable cause for death.

945-13 (12)    40 year old female treated with gabapentin for 523 weeks. Cause of death was considered to be unknown. "The history of the circumstances of her death suggests the patient may have suffocated during flurry of seizures secondary to aspiration" (CRF). Patient had never reported seizure flurries.

945-15 (8)    : 35 year old male treated with 2400 mg of gabapentin for 620 weeks. The cause of death was reported as asphyxia due to a seizure, however no seizure was witnessed. The patient had been found dead on the floor in the fetal position. No postmortem was performed.



Confidential

945-15 (17)    : 26 year old male who was treated with 2400 mg of gabapentin for  294 weeks was thought to have had a seizure while drowning. There was no documentation for the seizure. The patient's death was considered unexplained.

945-13 (8)    : 25 year old male maintained on 2400 mg. of gabapentin for 1479 weeks. The patient died in his sleep. His death was considered unexplained and no postmortem was performed.

There were two additional deaths since the last safety update, although these were actually reported as epileptic deaths. They were not witnessed as the patients were found already dead. There was no basis for concluding that a seizure occurred. Based on the available information, they must be considered as unexplained.

Therefore of a total of 28 deaths in patients on gabapentin, there were a total of 7 which were thought to be sudden and unexplained. The total exposure rate was 2133 patients. The exposure in patient-years is not available at this time.

*Cynthia McCormick*
--------------------------
Cynthia McCormick, M.D.
Clinical Reviewer

December 13, 1993

HFD-120
NDA#20-235/Katz/McCormick/Chamberlin

**245**

RR-REG 959-00017                    †
Gabapentin
Capsules

TABLE OF CONTENTS
(Page 1 of 5)

tab 17

| | Page |
|---|---|
| 2.8. Clinical Data and Results of Statistical Analysis | 1 |
| 1. CLINICAL PHARMACOLOGY STUDIES | 1 |
| 1.1. Introduction and Table of All Clinical Pharmacology Studies | 1 |
| 1.2. Pharmacokinetic and Bioavailability Studies | 19 |
| 1.3. Pharmacodynamic Studies | 19 |
| 1.4. Safety and Tolerance Studies | 19 |
| 2. OVERVIEW OF CLINICAL STUDIES | 20 |
| 2.1. Introduction | 20 |
| 2.2. Table of All Clinical Studies | 22 |
| 3. CONTROLLED CLINICAL STUDIES IN PATIENTS WITH PARTIAL SEIZURES | 42 |
| 3.1. Introduction | 42 |
| 3.2. Methodology | 42 |
| 3.2.1. Design of Studies | 42 |
| 3.2.2. Patient Selection and Diagnosis | 43 |
| 3.2.3. Efficacy Parameters | 43 |
| 3.2.3.1. Response Ratio | 44 |
| 3.2.3.2. Percent Change in Seizure Frequency | 44 |
| 3.2.3.3. Response | 45 |
| 3.2.3.4. Secondary Efficacy Parameters | 45 |
| 3.2.4. Safety Parameters | 45 |
| 3.2.5. Statistical Methodology | 45 |
| 3.2.5.1. Patient Sample | 45 |
| 3.2.5.2. Data Exclusions | 46 |
| 3.2.5.3. Methods for Efficacy Evaluations | 46 |
| 3.3. Patient Characteristics | 47 |
| 3.4. Individual Study Summaries | 49 |

U:\NDA\CI-945\REG3325A.SUM

Pfizer_LAlphs_0084501

RR-REG 959-00017                    ii
Gabapentin
Capsules

## TABLE OF CONTENTS
### (Page 2 of 5)

Page

3.4.1.  Study 877-210P:  Double-Blind Efficacy and Safety in Partial
        Seizures . . . . . . . . . . . . . . . . . . . . . . . . .    49
3.4.2.  Study 945-5:  Double-Blind Efficacy, Safety, and
        Dose-Response in Partial Seizures . . . . . . . . . . . . .   51
3.4.3.  Study 945-6:  Double-Blind Efficacy, Safety, and
        Dose-Response in Partial Seizures . . . . . . . . . . . . .   54
3.4.4.  Study 945-9/10: Double-Blind Efficacy, Safety, Dose-Response,
        and Gabapentin CSF Concentrations in Partial Seizures . . .   57
3.5.   Effect of Gabapentin on Primary Efficacy Parameters:  Comparison
        Across Studies and Analysis of Combined Data . . . . . . . .  60
3.5.1.  Response Ratio . . . . . . . . . . . . . . . . . . . . . .    61
3.5.1.1.  Efficacy . . . . . . . . . . . . . . . . . . . . . . . .    61
3.5.1.2.  Dose Response . . . . . . . . . . . . . . . . . . . . . .   62
3.5.2.  Response . . . . . . . . . . . . . . . . . . . . . . . . .    65
3.6.   Subset Analyses . . . . . . . . . . . . . . . . . . . . . . .  66
3.6.1.  Analyses by Type of Partial Seizure . . . . . . . . . . . .   66
3.6.2.  Analyses by Patient Characteristics . . . . . . . . . . . .   67
3.7.   Global Evaluation by Patient and Investigator . . . . . . . . 69
3.8.   Conclusions:  Controlled Studies in Patients With Partial
        Seizures . . . . . . . . . . . . . . . . . . . . . . . . .    70

4.   UNCONTROLLED CLINICAL STUDIES IN PATIENTS WITH EPILEPSY . . . .   71
4.1.   Short-Term, Open-Label Studies . . . . . . . . . . . . . . .   71
4.1.1.  Methodology . . . . . . . . . . . . . . . . . . . . . . . .   72
4.1.1.1.  Patient Selection and Treatment . . . . . . . . . . . . .   72
4.1.1.2.  Efficacy Parameters . . . . . . . . . . . . . . . . . . .   72
4.1.1.3.  Statistical Methodology . . . . . . . . . . . . . . . . .   72
4.1.2.  Patient Characteristics . . . . . . . . . . . . . . . . . .   73

U:\NDA\CI-945\REG3325A.SUM

RR-REG 959-00017                    iii
Gabapentin
Capsules

## TABLE OF CONTENTS
### (Page 3 of 5)

|  | Page |
|---|---|
| 4.1.3. Individual Study Summaries | 74 |
| 4.1.4. Effect of Gabapentin on Primary Efficacy Parameters: Comparison Across Studies | 77 |
| 4.1.5. Conclusions Regarding Efficacy: Short-Term, Open-Label Studies | 79 |
| 4.2. Long-Term, Open-Label Studies | 80 |
| 4.2.1. Introduction | 80 |
| 4.2.2. Methodology | 80 |
| 4.2.2.1. Study Design and Patient Selection and Treatment | 80 |
| 4.2.2.2. Efficacy Parameters | 81 |
| 4.2.2.3. Statistical Methodology | 81 |
| 4.2.3. Patient Characteristics | 82 |
| 4.2.4. Individual Study Summaries | 82 |
| 4.2.5. Effect of Gabapentin on Primary Efficacy Parameters: Discussion of Results and Comparison Across Studies | 90 |
| 4.2.6. Global Evaluations | 93 |
| 4.2.7. Withdrawals Due to Lack of Efficacy | 95 |
| 4.2.8. Conclusions Regarding Efficacy: Long-Term, Open-Label Studies | 97 |
| 5. SAFETY SUMMARY | 97 |
| 5.1. Introduction | 97 |
| 5.2. Clinical Pharmacology Studies | 98 |
| 5.2.1. Participant Population: Demographics and Extent of Exposure to Gabapentin | 98 |
| 5.2.2. Summary of Adverse Events | 99 |
| 5.2.3. Clinical Laboratory Results | 102 |
| 5.2.4. Other Measures of Safety | 103 |

tab 17

Confidential

Pfizer_LAlphs_0084503

RR-REG 959-00017                iv
Gabapentin
Capsules

## TABLE OF CONTENTS
### (Page 4 of 5)

Page

5.2.5. Conclusions From Clinical Pharmacology Studies . . . . . . .   103
5.3.  Clinical Studies   . . . . . . . . . . . . . . . . . . .   104
5.3.1. Patients Contributing Data to the Clinical Safety Database   104
5.3.2. Overall Extent of Exposure to Gabapentin . . . . . . . . .   105
5.3.3. Studies in Patients With Epilepsy . . . . . . . . . . . . .   108
5.3.3.1. Demographics and Treatment . . . . . . . . . . . . . . .   108
5.3.3.2. Summary of Adverse Events . . . . . . . . . . . . . . . .   110
5.3.3.2.1. Placebo-Controlled Studies in Patients With Partial
            Seizures   . . . . . . . . . . . . . . . . . . . . . .   110
5.3.3.2.2. Uncontrolled Studies in Patients With Epilepsy . . . .   115
5.3.3.2.3. All Studies in Patients With Epilepsy . . . . . . . . .   115
5.3.3.2.4. Conclusions From Adverse Event Summaries . . . . . . .   122
5.3.3.3. Most Frequently Occurring Adverse Events . . . . . . . .   123
5.3.3.4. Time to Onset and Duration of Adverse Events . . . . . .   124
5.3.3.4.1. Placebo-Controlled Studies in Patients With Partial
            Seizures   . . . . . . . . . . . . . . . . . . . . . .   124
5.3.3.4.2. All Clinical Studies in Patients With Epilepsy . . . .   126
5.3.3.5. Subset Presentations of Most Frequently Occurring Adverse
          Events  . .  . . . . . . . . . . . . . . . . . . . . . .   126
5.3.3.6. Clinical Laboratory Results . . . . . . . . . . . . . . .   128
5.3.3.7. Other Measures of Safety . . . . . . . . . . . . . . . .   129
5.3.3.8. Safety Conclusions From All Clinical Studies in
          Patients With Epilepsy . . . . . . . . . . . . . . . . .   130
5.3.4. Studies in Patients with Spasticity or Migraine . . . . . .   131
5.4.  Deaths, Withdrawals Due to Adverse Events, and Serious or
       Clinically Important Adverse Events From All Studies . . . .   132
5.4.1. Deaths . . .   . . . . . . . . . . . . . . . . . . . . . .   132
5.4.2. Withdrawals Due to Adverse Events . . . . . . . . . . . . .   135

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084504

RR-REG 959-00017                    v
Gabapentin
Capsules

TABLE OF CONTENTS
(Page 5 of 5)

Page

5.4.3.  Serious or Clinically Important Adverse Events  . . . . . .  136
5.5.  The Safety of Gabapentin:  Overall Conclusions  . . . . . . .  140

6.  REFERENCES  . . .  .  . . . . . . . . . . . . . . . . . . .  142

u:\NDA\CI-945\REG3325A.SUM

RR-REG 959-00017                    1
Gabapentin
Capsules

## 2.8.  Clinical Data and Results of Statistical Analysis

## 1.  CLINICAL PHARMACOLOGY STUDIES

### 1.1.  Introduction and Table of All Clinical Pharmacology Studies

The gabapentin clinical development program included 35 clinical
pharmacology studies in subjects and in patients with epilepsy, as well
as two clinical studies (945-9 and 945-10) with pharmacokinetic
components.  These studies determined the pharmacokinetic properties and
bioavailability of gabapentin, examined its pharmacodynamic effects, and
evaluated its safety and tolerance.

A brief description of each of these studies is provided in Table 1.
Some dual-purpose studies are included in more than one section of the
table.  Pharmacokinetic results of these studies are discussed in this
section, while safety data are summarized in Section 5.2. of this
Comprehensive Summary.  The pharmacokinetic data from Study 945-37-0
were not evaluable, but safety data for the 10 subjects in that study
are included in the summarization of safety data.

U:\HDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017
Gabapentin
Capsules

U:\NDA\C1-845\REG325A.SUM

TABLE 1.  Description of Each Clinical Pharmacology Study
(Page 1 of 17)

| Study Number | Study Design (location) and Descriptor | Participants | Demographics | Drug, Strength, Dosage Form | Total Daily Dose (mg/dose) | Daily Regimen | Duration of Dosing | Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **PHARMACOKINETIC STUDIES** | | | | | | | | | |
| **Basic Studies** | | | | | | | | | |
| 877-072* | Monolithic, randomized, single-dose, three-way crossover study in healthy subjects (Germany) | Total 12 / Treatment 12 GBP / Reexposure 0 | Age Range: yr; Gender: 12 Males, 0 females; Race: 12 White | Gabapentin 150-mg IV solution | 150 | Single dose | Single dose | 1.53 | 1 |
| | | | | 300-mg PO solution | 300 | Single dose | Single dose | | |
| | Single-dose IV and PO pharmacokinetics and absolute bioavailability in subjects | | | 300-mg capsules | 300 | Single dose | Single dose | | |
| 877-070 | Monolithic, randomized, single-dose, three-way crossover study in subjects (Germany) | Total 9 / Treatment 9 GBP / Reexposure 0 | Age Range: yr; Gender: 9 Males, 0 females; Race: 9 White | Gabapentin 100-, 300-, 900-mg PO solutions | 100, 300, 900 | Single dose | 3 Single doses | 1.52 | (6) |
| | Single-dose dose-proportionality in subjects | | | | | | | | |
| 145-12-0 | Monolithic, single- and multiple-dose study in healthy subjects (Australia) | Total 8 / Treatment 8 GBP / Reexposure 0 | Age Range: yr; Gender: 5 Males, 3 females; Race: 8 White | Gabapentin 150-mg capsules | 900, 300 | 300, 300 mg q8h | Single dose, 1-1/2 Days | 1.55 | 1 |
| | Single- and multiple-dose pharmacokinetics in subjects | | | | | | | | |

GBP = gabapentin; q8h = every 8 hours
* Also included in Bioavailability and Bioequivalence Studies section

Confidential

Pfizer_LAlpha_0084507

RR-REG 959-00017
Gabapentin
Capsules

3

TABLE 1. Description of Each Clinical Pharmacology Study
(Page 2 of 17)

| Study Number | Study Design (location) and Description | Participants | Demographics | Drug, Strength, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | ADM Volume | Location Page |
|---|---|---|---|---|---|---|---|---|---|
| **Title Slide** [continued] | | | | | | | | | |
| 945-17-0 | Nonblind, randomized, multiple-dose, three-way crossover study in healthy subjects (US) | **Total** 12 | **Age Range** yr | **Gabapentin** 100-, 200-mg capsules | 300, 600, 1200 | 100 mg q8h 200 mg q8h 400 mg q8h | 6-1/3 Days 6-1/3 Days 6-1/3 Days | 1.55 | 165 |
| | Multiple-dose dose-proportionality in subjects | **Treatment** 12 GBP **Regressour** 0 | **Gender** 11 Males 1 Female **Race** 12 White | | | | | | |
| 877-074 | Nonblind, multiple-dose study in healthy subjects (Germany) | **Total** 8 **Treatment** 8 GBP **Regressour** 0 | **Age Range** yr **Gender** 8 Males 0 Females **Race** 8 White | **Gabapentin** 300-mg capsules | 900 | 300 mg TID (8 AM, 2 PM and 8 PM) | 4-1/3 Days | 1.53 | 301 |
| | Multiple-dose pharmacokinetics in subjects | | | | | | | | |

GBP = gabapentin; q8h = every 8 hours; TID = three times daily

Confidential

Pfizer_LAlpha_0084508

RR-REG 959-00017
Gabapentin
Capsules

TABLE 1.  Description of Each Clinical Pharmacology Study
(Page 3 of 17)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drug, Strength, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Drug Administration | | | NDA Location | |
| **Basic Studies (continued)** | | | | | | | | | |
| 945-52-0? | Double-blind, placebo-controlled, randomized, single- and multiple-dose study in healthy subjects (US) | **Total** 26 | **Age Range** ? | **Placebo** Capsules | **SD:** 600, 800, 1200, or 1600 | **SD:** Single dose | Single dose | 1.56 | 204 |
| | Single- and multiple-dose, high-dose pharmacokinetics in subjects | **Treatment** 8 Placebo 18 GBP | **Gender** 13 Males 5 Females | **Gabapentin** 300-, 400-mg capsules | **MD:** 1800, 2400, or 4800 | **MD:** q8h | 1d-1/3 Days | | |
| | | **Exposure** 0 | **Race** 21 White 3 Black | | | **MD:** 600, 800, 1200, or 1600 mg q8h | | | |

GBP = gabapentin; SD = Single dose; MD = Multiple dose; q8h = Every 8 hours.
Safety data are reported in the Safety and Tolerance section

Confidential

Pfizer_LAlphs_0084509

RR-REG 959-00017
Gabapentin
Capsules

5

TABLE 1.  Description of Each Clinical Pharmacology Study
(Page 4 of 17)

| Study Number | Study Design (Location) and Description | Participants | Demographics | Drugs, Strengths, Dosage Form | Drug Administration Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Basic Studies (continued)** | | | | | | | | | |
| 946-9* | Double-blind, randomized, placebo-controlled, multiple-dose, safety and efficacy study in patients with epilepsy (Finland). CSF and plasma gabapentin concentrations in patients | Total 18; Treatment 5 Placebo 13 GBP; Nonexposure 0 | Age Range 37; Gender 10 Males 8 Females; Race 18 White; AEDs 1-2 AP in baseline | Placebo Capsules; Gabapentin 150-, 200-mg capsules | 900, 95, 1200 | 300 mg TID or 400 mg TID | 12 weeks | 1,104- | 107 |
| 945-10* | Double-blind, randomized, placebo-controlled, single-dose and multiple-dose safety and efficacy study in patients with epilepsy (Sweden). CSF and plasma gabapentin concentrations in patients | Total 27; Treatment 15 Placebo 12 GBP; Nonexposure 0 | Age Range 37; Gender 15 Males 12 females; Race 27 White; AEDs 1-2 AP in baseline | Placebo Capsules; Gabapentin 150-, 200-mg capsules | 600 or 225, 900, 95, 1200 | ?mg ? dose, Single dose, 300 mg TID, or 400 mg TID | 12 weeks | 1,104- | 107 |

GBP = gabapentin; AEDs = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily
* Patients in this pharmacokinetic study represent a subset of these patients who participated in Study 945-9, which is described in the Placebo-Controlled Studies section.
+ Patients in this pharmacokinetic study represent a subset of these patients who participated in Study 945-10, which is described in the Placebo-Controlled Studies section.

Confidential

Pfizer_LAlpha_0084510

RR-REG 959-00017
Gabapentin
Capsules

6

TABLE 1.  Description of Each Clinical Pharmacology Study
(Page 5 of 17)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| 104-005 (continued) | Nonblind, single-dose, radiotracer study in healthy subjects (Germany)<br><br>Mass balance and metabolism in subjects | Total 9<br>Treatment 9 GBP<br>Reexposure 0 | Age Range yr<br>Gender 9 Males 0 Females<br>Race 9 White | Gabapentin 200-mg PO solution | 200 | Single dose | Single dose | 1.52 | 66 |
| 945-1-0 | Double-blind, randomized, parallel group, multiple-dose study in healthy subjects (Great Britain)<br><br>Effect of gabapentin and phenytoin administration on antipyrine pharmacokinetics in subjects | Total 12<br>Treatment 6 GBP 6 Phenytoin<br>Reexposure 0 | Age Range yr<br>Gender 12 Males 0 females<br>Race 11 White 1 NS | Gabapentin 200-mg capsules<br>Phenytoin 100-mg capsules<br>Antipyrine 600-mg capsules | 1200<br>300<br>600 | 400 mg TID<br>100 mg TID<br>Single dose | 14 Days<br>14 Days<br>1 Single dose | 1.54 | |
| 945-10-0 | Nonblind, randomized, single-dose, two-way crossover study in healthy subjects (US)<br><br>Effect of probenecid on gabapentin pharmacokinetics in subjects | Total 12<br>Treatment 12 GBP<br>Reexposure 0 | Age Range 19-60 yr<br>Gender 8 Males 4 Females<br>Race 10 White 2 Black | Gabapentin 200-mg capsules<br>Probenecid 500-mg tablets | 200<br>1000 | Single dose<br>Single dose | 2 Single doses<br>Single dose | 1.56 | |

GBP = gabapentin; NS = not specified; TID = three times daily

Confidential

Pfizer_LAlphs_0084511