RR-REG 959-00017
Gabapentin
Capsules

## TABLE 1.  Description of Each Clinical Pharmacology Study
### (Page 6 of 17)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drug, Strength, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Special Populations** | | | | | | | | | |
| 945-60-0 | Nonblind, single-dose study in subjects of various ages [US] | **Total** 36 | **Age Range** yr | **Gabapentin** 200-mg capsules | 400 | Single dose | Single dose | 1.50 | 1 |
| | Effect of age on gabapentin pharmacokinetics in subjects | **Treatment** 36 GBP | **Gender** 18 Males 18 Females | | | | | | |
| | | **Reexposure** 0 | **Race** 34 White 2 Black | | | | | | |
| 945-38-0 | Nonblind, single-dose study in subjects with various degrees of renal function (Germany) | **Total** 20 | **Age Range** yr | **Gabapentin** 200-mg capsules | 400 | Single dose | Single dose | 1.57 | 1 |
| | Effect of various degrees of renal function on gabapentin pharmacokinetics in subjects | **Treatment** 20 GBP | **Gender** 14 Males 6 Females | | | | | | |
| | | **Reexposure** 0 | **Race** 20 White | | | | | | |

GBP = gabapentin

Confidential

Pfizer_LAlphs_0084512

NDA-REG 959-00017
Gabapentin Capsules

TABLE 1. Description of Each Clinical Pharmacology Study
(Page 7 of 17)

| Study Number | Study Design (Location and Descriptor) | Participants | Demographics | Drug, Strength, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Special Populations (continued)** | | | | | | | | | |
| 945-82-0 | Nonblind, single-dose study in subjects with various degrees of renal function [US]. Effect of various degrees of renal function on gabapentin pharmacokinetics in subjects | **Total** 20 <br> **Treatment** 20 GBP <br> **Nonexposure** 0 | **Age Range** yr <br> **Gender:** 11 Males, 9 Females <br> **Race** 10 White, 9 Black, 1 Other | **Gabapentin** 200-mg capsules | 400 | Single dose | Single dose | 1.59 | — |
| 945-84-0 | Nonblind, single-dose study in subjects with various degrees of renal function [US]. Effect of various degrees of renal function on gabapentin pharmacokinetics in subjects | **Total** 20 <br> **Treatment** 20 GBP <br> **Nonexposure** 0 | **Age Range** yr <br> **Gender:** 12 Males, 8 Females <br> **Race** 18 White, 2 Black | **Gabapentin** 200-mg capsules | 400 | Single dose | Single dose | 1.60 | — |

GBP = gabapentin

8

Confidential

Pfizer_LAlphs_0084513

NDA-REG 959-0001/
Gabapentin
Capsules

## TABLE 1.  Description of Each Clinical Pharmacology Study
### (Page 9 of 17)

9

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strength, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | NDA Location Page |
|---|---|---|---|---|---|---|---|---|---|
| **Special Populations (continued)** | | | | | | | | | |
| 945-62-0 | Nonblind, single-dose study in subjects on chronic hemodialysis [20]. Effect of hemodialysis on gabapentin pharmacokinetics in subjects | **Total** 11; **Treatment** 11 GAP; **Nonexposure** 0 | **Age Range** yr; **Gender** 7 Males 4 Females; **Race** 9 White 2 Other | Gabapentin 200-mg capsules | 400 | Single dose | Single dose | 1 50 | 225 |
| **Drug-Drug Interaction Studies** | | | | | | | | | |
| 945-1 | Nonblind, single- and multiple-dose study in patients with epilepsy on phenytoin [15]. Effect of gabapentin on phenytoin pharmacokinetics in patients | **Total** 8; **Treatment** 8 GAP; **Nonexposure** 0 | **Age Range** yr; **Gender** 8 Males 0 Females; **Race** 8 White | Gabapentin 200-mg capsules; Phenytoin | GAB: 400; PHT: 700 | 400 tid qhh; AP | 8-1/2 Days; AP | 1 60 | 262 |
| 945-45-0 | Nonblind, sequential, single- and multiple-dose study in patients with epilepsy on carbamazepine [35]. Effect of gabapentin on carbamazepine pharmacokinetics in patients | **Total** 12; **Treatment** 12 GAP; **Nonexposure** 0 | **Age Range** yr; **Gender** 3 Males 9 Females; **Race** 12 White | Gabapentin; Carbamazepine | 1200; AP | 400 mg qhh; AP | Single dose; 3-1/2 Days; AP | 1 62 | 271 |

GAP = gabapentin; AP = as prescribed; SD = single dose; MD = multiple dose; qhh = every 8 hours

Confidential

Pfizer_LAlpha_0084514

MDA-REG-959-0001:252A.SXM

RR-REG 959-00017
Gabapentin
Capsules

10

TABLE 1.  Description of Each Clinical Pharmacology Study
(Page 9 of 17)

| Study Number | Study Design [Location] and Descriptor | Participants | Demographics | Drug Administration Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Drug-Drug Interaction Studies** (continued) | | | | | | | | | |
| 945-35-0 | Randomized, sequential, multiple-dose study in healthy subjects [US] | **Total** 12 | **Age Range** yr | **Gabapentin** 200-mg capsules | 1200 | 400 mg q8h | 8 Days | 1.61 | 290 |
| | | **Treatment** 12 GBP | **Gender** 12 Males, 0 Females | Valproic Acid 250-mg capsules | 250 | Single dose | 2 Single doses | | |
| | Effect of gabapentin on single-dose valproic acid pharmacokinetics in subjects | **Crossover** 0 | **Race** 12 White | | | | | | |
| 945-44-0 | Randomized, sequential, single- and multiple-dose study in patients with epilepsy on valproic acid [US] | **Total** 14 | **Age Range** yr | **Gabapentin** 200-mg capsules | 400 | 400 mg q8h | Single dose | 1.62 | |
| | | **Treatment** 14 GBP | **Gender** 8 Males, 6 Females | Valproic Acid | 1200 | Single dose | 5 1/2 Days | | |
| | Effect of gabapentin on valproic acid pharmacokinetics in patients | **Crossover** 0 | **Race** 11 White, 1 Black | | AP | AP | AP | | |

GBP = gabapentin; AP = as prescribed; q8h = every 8 hours

Confidential

Pfizer_LAlpha_0084515

RR-REG 959-00017
Gabapentin
Capsules

11

**TABLE 1. Description of Each Clinical Pharmacology Study (Page 10 of 17)**

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strength, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Drug-Drug Interaction Studies (continued)** | | | | | | | | | |
| 945-7-0 | Nonblind, sequential, single- and multiple-dose study in healthy subjects (Australia) | **Total** 8 | **Age Range** ?yr | **Gabapentin** 300-mg capsules | 300 | Single dose | 2 Single doses | 1.61 | 1 |
| | Effect of gabapentin on phenobarbital pharmacokinetics in subjects | **Treatment** 14 GBP | **Gender** 9 Males 5 Females | | 900 | 300 mg q8h | 3±1.5 Days | 1 | |
| | | **Reexposure** 0 | **Race** 13 White 1 Other | **Phenobarbital** 30-mg tablets | 30 | 30 mg QD | 7 Days | | |
| | | | | | 60 | 60 mg QD | 7 Days | | |
| | | | | | 90 | 90 mg QD | 38 Days | | |
| | | | | | taper | QD | 3-4 weeks | | |
| 945-58-0 | Nonblind, sequential single-dose study in healthy subjects [US] | **Total** 17 | **Age Range** yr | **Gabapentin** 400-mg capsules | 400 | Single dose | 2 Single doses | 1.63 | 306 |
| | Effect of cimetidine on gabapentin pharmacokinetics in subjects | **Treatment** 12 GBP | **Gender** 10 Males 2 Females | **Cimetidine** 300-mg tablets | 1200 | 300 mg QID | 3 Days | | 306 |
| | | **Reexposure** 0 | **Race** 12 White | | | | | | |

GBP = gabapentin; q8h = every 8 hours; QD = once daily; QID = four times daily

260

Confidential

Pfizer_LAlphs_0084516

RR-REG 959-00017
Gabapentin
Capsules

W:\NDA\C1-596\RE03325A.SLW

12

## TABLE 1.  Description of Each Clinical Pharmacology Study
### (Page 11 of 17)

| Study Number | Study Design (Location) and Description | Participants | Demographics | Drug, Strengths, Dosage form | Drug Administration — Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location — Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| 945-47-0 | Drug-Drug Interaction Studies (continued)<br>Combined, single-dose, four-way crossover study in healthy subjects (US)<br>Effect of Maalox on gabapentin pharmacokinetics in healthy subjects | Total 16<br>Treatment 16 GBP<br>Response 0 | Age Range yr<br>Gender 6 Males 10 Females<br>Race 15 White 1 Black | Gabapentin 300-mg capsules | 400 | Single dose | 4 Single doses | 1.63 | 1 |
| 945-59-0 | Modified, sequential, multiple-dose study in healthy female (s) on oral contraceptive (US)<br>Effect of gabapentin on oral contraceptive in subjects | Total 14<br>Treatment 0 GBP*<br>Nondosage 0 | Age Range yr<br>Gender 0 Males 14 Females<br>Race 11 White 2 Black 1 Other | Norlestin 2.5 (2.5 mg norethindrone acetate (NA) and 50 mg ethinyl estradiol (EE))<br>Gabapentin | 2.5 NA<br>0.05 EE<br>1200 | 30 on Days 1 & 21<br>400 mg q8h on Days 16-22 during Month 3 | 3 months<br>7 Days | 1.84 | 1 |

GBP = gabapentin; q8h = every 8 hours; QD = once daily
* One subject withdrew from the study before receiving gabapentin.

Confidential

Pfizer_LAlpha_0084517

RR-REG 959-00017
Gabapentin
Capsules

13

TABLE 1.   Description of Each Clinical Pharmacology Study
(Page 12 of 17)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Sustained-Release Development** | | | | | | | | | |
| 877-076 | Randomized, single-dose, two-way crossover study in healthy subjects (Germany)  Pilot sustained-release in subjects | Total 6  Treatment 6 GBP  Responsive 0 | Age Range yr  Gender 6 Males 0 Females  Race 6 White | **Gabapentin** 600-mg SR tablet  400-mg PO solution | 600  400 | Single dose  Single dose | Single dose  Single dose | 1.65 | 1 |
| 945-15-0 | Nonblind, sequential, three single dose study in healthy subjects with gabapentin perfusion into duodenum-jejunum, ileum, and cecum (France)  GI absorption of a gabapentin solution in subjects | Total 6  Treatment 6 GBP  Responsive 0 | Age Range yr  Gender 6 Males 0 Females  Race 6 White | **Gabapentin** 400-mg PO solution | 400 | Single dose | 3 Single doses | 1.65 | 199 |

GBP = gabapentin; SR = sustained release

AR-REG 959-00017
Gabapentin
Capsules

14

TABLE 1.   Description of Each Clinical Pharmacology Study
(Page 13 of 17)

| Study Number | Study Design (Location) and Descripter | Participants | Demographics | Drugs, Strengths, Dosage Form | Drug Administration | | | MDA Location | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | Page |

**BIOAVAILABILITY AND BIOEQUIVALENCE STUDIES**

| Study Number | Study Design (Location) and Descripter | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| 877-072[a] | Nonblind, randomized, single-dose, three-way crossover study in healthy subjects (Germany) | **Total** 12 | **Age Range** yr | **Gabapentin** 150-mg IV solution | 150 | Single dose | Single dose | 1.53 | 1 |
| | | **Treatment** 12 GBP | **Gender** 12 Males 0 Females | 300-mg PO solution | 300 | Single dose | Single dose | | |
| | Single-dose IV and absolute pharmacokinetics and absolute bioavailability in subjects | **Reexposure** 0 | **Race** 12 White | 300-mg capsule | 300 | Single dose | Single dose | | |
| 945-51-0 | Nonblind, randomized, single-dose, four-way crossover study in healthy subjects (US) | **Total** 20 | **Age Range** yr | **Gabapentin** 100-mg SUPRO capsules | 100 | Single dose | Single dose | 1.66 | 252 |
| | | **Treatment** 20 GBP | **Gender** 9 Males 11 Female | 100-mg SUPRO capsules | 100 | Single dose | Single dose | | |
| | Market-image SUPRO capsule vs clinical trial capsule and solution in subjects | **Reexposure** 0 | **Race** 17 White 3 Black | 200-mg clinical trial capsules | 200 | Single dose | Single dose | | |
| | | | | 400-mg PO solution | 400 | Single dose | Single dose | | |
| 945-55-0 | Nonblind, randomized, single-dose, two-way crossover study in healthy subjects (US) | **Total** 20 | **Age Range** 19-56 yr | **Gabapentin** 300-mg SUPRO capsules | 300 | Single dose | Single dose | 1.67 | 1 |
| | | **Treatment** 20 GBP | **Gender** 18 Males 2 Females | 300-mg clinical trial capsules | 300 | Single dose | Single dose | | |
| | Market-image SUPRO capsule vs clinical trial capsule in subjects | **Reexposure** 0 | **Race** 19 White 1 Other | | | | | | |

GBP = gabapentin
[a] Also included in Pharmacokinetic Basic Studies section

U:\MDA\C1 95S\VE033258.SUM

RR-REG 959-00017
Gabapentin
Capsules

15

TABLE 1.  Description of Each Clinical Pharmacology Study
(Page 14 of 17)

| Study number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| | **Bioavailability and Bioequivalence Studies (continued)** | | | | | | | | |
| 915-88-0 | Nonblind, randomized, single-dose, three-way crossover study in healthy subjects [US] | Total 21; Treatment 21 GBP; Responders 0 | Age Range yr; Gender 4 Males 17 Females; Race 20 White 1 Other | Gabapentin 100-mg SUPAC (PM) capsules; 400-mg SUPAC (PM) capsules; 400-mg SUPAC (PRE) capsules | 400; 400; 400 | Single dose; Single dose; Single dose | Single dose; Single dose; Single dose | 1.67 | 235 |
| | Bioequivalence of market-image formulations manufactured in Puerto Rico and Freiburg in subjects | | | | | | | | |
| 077-073 | Nonblind, randomized, single-dose, two-way crossover study in healthy subjects [Germany] | Total 12; Treatment 12 GBP; Responders 0 | Age Range yr; Gender 12 Males 0 Females; Race 12 White | Gabapentin 300-mg capsules | 600 | Single dose | 2 Single doses | 1.56 | 1 |
| | Effect of food on gabapentin pharmacokinetics in subjects | | | | | | | | |
| | **PHARMACODYNAMIC STUDIES** | | | | | | | | |
| 080-051 | Multiple-dose, placebo-controlled, three-way crossover study of neuro-endocrinology in sleeping subjects [Germany] | Total 6; Treatment 6 Placebo 6 GBP; Responders 0 | Age Range yr; Gender 6 Males 0 Females; Race NS | Placebo Capsules; Gabapentin 100-, 200-mg capsules | 600; 900 | TID; 200 mg TID; 300 mg TID | 3 Days; 3 Days; 3 Days | 1.73 | 62 |
| | Effects on sleep in subjects | | | | | | | | |

GBP = gabapentin; ; PR = manufactured in Puerto Rico; PRE = manufactured in Freiburg, Germany; NS = not specified; TID = three times daily

Confidential

Pfizer_LAlpha_0084520

U:\WDAAC1-945\REG53294.SUN

RR-REG 959-00017
Gabapentin in
Capsules

16

TABLE 1    Description of Each Clinical Pharmacology Study
(Page 15 of 17)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drug, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| | **Pharmacodynamic Studies** (continued) | | | | | | | | |
| 860-032 | Single-dose pharmacodynamics using EEG evaluation in patients with epilepsy (Austria) | **Total** 6 | **Age Range** yr | **Placebo** Capsules | | HS | 1 Day | 1.73 | 2 |
| | | **Treatment** 6 GBP | **Gender** 3 Males 3 Females | **Gabapentin** 100-, 200-mg capsules | 300-600 | HS | 7,447 Days | | |
| | Effects on sleep in patients | **Responders** 0 | **Race** NS | **AEDs** AP | AP | AP | AP | | |
| | **SAFETY AND TOLERANCE STUDIES** | | | | | | | | |
| 104-001 | Double-blind, placebo-controlled, single-, rising-dose study of safety and tolerance in subjects (Germany) | **Total** 8 | **Age Range** yr | **Placebo** Capsules | | Single dose | 6 Single doses | 1.73 | 232 |
| | | **Treatment** 8 Placebo 8 GBP | **Gender** 8 Males 0 Females | **Gabapentin** 10-, 75-, 200-, 50-, 100-, 200-, 400-, 600-, 800-mg capsules | 10, 25, 50, 100, 200, 400, 600, 800+ | Single dose | 9 Single doses | | |
| | Single-, oral-dose in subjects | **Responders** 8 HS | **Race** 8 HS | | | | | | |

GBP = gabapentin; NS = not specified; AEDs = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily
a Study was terminated due to adverse events before any patient received the 800-mg dose

U:\NDA\CP-9451MEG31254.SUM

266

RR-REG 959-00017
Gabapentin
Capsules

17

TABLE 1.  Description of Each Clinical Pharmacology Study
(Page 16 of 17)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Safety and Tolerance Studies (continued)** | | | | | | | | | |
| 877-035 | Double-blind, placebo-controlled, multiple-dose pilot study of safety and tolerance as add-on therapy in patients with partial seizures (Germany). Multiple-, oral-dose in patients | Total 12; Treatment 12 Placebo, 12 GBP; Reexposure 0 | Age Range yr; Gender: 5 Males, 7 Females; Race 12 WS | Placebo Capsules; Gabapentin 100-, 200-, 300-mg capsules; AEDs 1-4 AP | 1200[a], 900-0[b]; AP | TID; 600 mg TID[a], 300-0 mg TID[b]; AP | 1 Week; 1 Week, 1 Week; 3 Weeks | 1.75; 1.74 | 1; 1 |
| 104-002 | Double-blind, placebo-controlled, single-, rising-dose study of safety and tolerance in subjects (Austria). Single-, IV-dose in subjects | Total 6; Treatment 6 Placebo, 6 GBP; Reexposure 0 | Age Range yr; Gender: 6 Males, 0 Females; Race 6 WS | Placebo IV solution; Gabapentin 5-, 10-, 20-, 40-, 60-, 80-, 120-, 160-mg IV solutions | 5, 10, 20 to 60, 80, 120, 160 | Single dose; Single dose | 4 Single doses; 8 Single doses | 1.77 | 1 |
| 945-46 | Multiple-dose, uncontrolled study of safety and tolerance in subjects (Italy). Multiple-, oral-dose in subjects | Total 15; Treatment 15 GBP; Reexposure 0 | Age Range yr; Gender: 10 Males, 5 Females; Race 15 White | Gabapentin 200-mg capsules | 600 | 200 mg TID | 10 Days | | |

GBP = gabapentin; NS = not specified; AEDs = concomitant antiepileptic drugs; AP = as prescribed; TID = three times daily
[a] Treatment initiated without upward titration
[b] Dosage was tapered over the course of 1 week.

U:\MDA101-N45\REG33256.SUM

Confidential

Pfizer_LAlpha_0084522

RR-REG 959-00017
Gabapentin
Capsules

18

TABLE 1.  Description of Each Clinical Pharmacology Study
(Page 17 of 17)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strength, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| | **Safety and Tolerance Studies (continued)** | | | | | | | | |
| 945-5)-0? | double-blind, placebo-controlled, randomized, single- and multiple-dose study in healthy subjects [US] | **Total** 24 **Treatment** 6 Placebo 18 GBP **Regression** 0 | **Age Range** yr **Gender** 19 Males 5 Females **Race** 21 White 3 Black | **Placebo** Capsules **Gabapentin** 300-, 400-mg capsules | **SD:** 600, 800, 1200, or 1600 | **SD:** Single dose **MD:** qih | Single dose 14-1/3 Days | 1 | 55 204 |
| | Single- and multiple-dose, high-dose pharmacokinetics in subjects | | | | **MD:** 1800, 2400, 3600, or 4800 | 600, 800, 1200, or 1600 mg qih | Single dose 14-1/3 Days | | |
| | **Studies with Data Evaluated Only for Safety** | | | | | | | | |
| 945-3)-0? | Single-dose pharmacokinetics in subjects with various degrees of renal function [Germany] Single-, oral-dose in subjects | **Total** 10 **Treatment** 10 GBP **Regression** 0 | **Age Range** yr **Gender** 9 Males 1 Female **Race** 10 White | **Gabapentin** 150-mg in solution | 150 | Single dose | Single dose | 1 | 76 1 |

GBP = gabapentin; SD = single dose; MD = multiple dose; TID = three times daily
a Pharmacokinetic data are reported in the Pharmacokinetic Basic Studies section.
b Pharmacokinetic data are not discussed in this NDA; safety data are, however, included in this summary for completeness.

Confidential

U:\VBA\C1:4451NE433254.SUM

Pfizer_LAlpha_0084523

RR-REG 959-00017            19
Gabapentin
Capsules

## 1.2. Pharmacokinetic and Bioavailability Studies

Results and conclusions of human pharmacokinetic and bioavailability
studies as presented in Item 6 of this NDA have been summarized in the
Human Pharmacokinetics and Bioavailability section of this Comprehensive
Summary.

## 1.3. Pharmacodynamic Studies

Study 880-051, a placebo-controlled, 3-way crossover study conducted in
six male subjects, demonstrated that at doses of 600 and 900 mg/day
gabapentin had no significant effect on nocturnal growth hormone or
prolactin secretion and, as documented by electroencephalograms (EEGs),
had no adverse effect on the pattern of sleep.(1)

In Study 880-032, gabapentin administered as open-label monotherapy or
add-on therapy at doses of 300 to 600 mg/day reduced paroxysmal EEG
activity during all phases of sleep in three patients with idiopathic
generalized epilepsy and in three patients with symptomatic epilepsy.(2)

## 1.4. Safety and Tolerance Studies

Five studies (104-001, 877-035, 104-002, 945-46, and 945-57-0) evaluated
the safety and tolerance of gabapentin in 53 subjects and 12 patients
with epilepsy.(3-7)  These five studies demonstrated that gabapentin,
administered orally or intravenously, has an acceptable safety profile
at doses up to 4800 mg/day for 2 weeks.  Safety results are included in
the safety summary in Section 5.2.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084524

RR-REG 959-00017                    20
Gabapentin
Capsules

## 2. OVERVIEW OF CLINICAL STUDIES

### 2.1. Introduction

In its comprehensive clinical development program, the Warner-Lambert Company has established the safety and efficacy of gabapentin as add-on therapy in the treatment of patients with epilepsy. The clinical portion of this program comprises five controlled clinical studies in patients with partial seizures and 18 uncontrolled clinical studies in patients with epilepsy. In addition to these studies, 12 early studies established the safety of gabapentin in the treatment of patients with spasticity or migraine.

Figure 1 is a schematic overview of the 14 principal efficacy studies in patients with epilepsy. This document summarizes safety and efficacy data from the five controlled clinical studies in patients with partial seizures (Section 3) as well as efficacy data from the nine principal uncontrolled studies in patients with epilepsy (Section 4). The remaining nine uncontrolled studies were pilot studies, dose-finding studies, or studies conducted in juveniles. These studies enrolled only small numbers of patients and are not included in the discussion of efficacy data in this Comprehensive Summary.

The safety summary (Section 5) includes data from all 23 studies in patients with epilepsy. Safety data are also summarized separately for the 35 clinical pharmacology studies and for the 12 clinical studies in patients with spasticity or migraine.

U:\NDA\C1-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    21
Gabapentin
Capsules

|  | Uncontrolled | |
|---|---|---|
| Double-Blind Placebo-Controlled | Short-Term | Long-Term |

FIGURE 1.   Schematic Overview of Principal Epilepsy Studies

Patients participating in epilepsy studies had not achieved adequate
reduction of seizures using standard antiepileptic drugs (AEDs), either
because they could not tolerate any dosage of at least one standard AED,
could not tolerate standard AEDs at dosages high enough to provide
adequate seizure control but may have continued to take these AEDs at
less than fully effective dosages, or could tolerate adequate dosages of
standard AEDs but still did not have satisfactory seizure control.   Such
patients are herein referred to as refractory patients.

In all clinical studies in patients with epilepsy submitted for this
NDA, study drug (gabapentin or placebo) was administered as add-on
therapy to patients who were already receiving one or more AEDs.   It is
important to bear in mind the clinical consequence of chronic AED
therapy in this population, manifested primarily as a consistent and
significant background incidence of adverse events.

The safety and efficacy of gabapentin as add-on therapy in the treatment
of refractory patients with partial seizures was demonstrated in
placebo-controlled studies comprising three large, multicenter studies
(Studies 877-210P, 945-5, and 945-6) and two supportive studies

G:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    22
Gabapentin
Capsules

(Studies 945-9 and 945-10).  Safety and efficacy results from the five
placebo-controlled studies are discussed in Section 3 of this document.

Four short-term, open-label studies provided supportive evidence of the
safety and efficacy of gabapentin.  Patients in four of the
placebo-controlled studies (945-5, 945-6, 945-9, and 945-10) had the
option of continuing or beginning gabapentin therapy in corresponding
12-week, open-label extension phases that were conducted under the same
protocols as the double-blind phases and are hereafter referred to as
Studies 945-5X, 945-6X, 945-9X, and 945-10X.  Efficacy results from the
four short-term, open-label studies are discussed in Section 4.1. of
this document.

The long-term safety and efficacy of gabapentin therapy was investigated
in five principal open-label studies.  Patients who participated in a
double-blind study could continue therapy in one of three long-term,
open-label extensions (Studies 877-210PX, Study 945-13, and
Study 945-14).  Patients could also begin gabapentin therapy in one of
two long-term, open-label safety studies (Study 945-15 and
Study 945-16).  Efficacy results from these studies are presented in
Section 4.2. of this document.

## 2.2.  Table of All Clinical Studies

Table 2 provides a brief description of each of the 35 clinical studies
submitted for this NDA  The table also documents treatment administered
on a compassionate-use basis and in studies lacking complete CRFs.  Data
from these groups of patients are not included in the safety database
nor in the summary of safety data in this Comprehensive Summary, but can
be found in the individual research reports.



U:\NDA\CI-945\REG3325A.SUM

Confidential

NR REG 959-00917
Gabapentin
Capsules

23

TABLE 2.  Description of Each Clinical Study
(Page 1 of 19)

| Study Number | Study Design (location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **CONTROLLED STUDIES IN PATIENTS WITH PARTIAL SEIZURES** | | | | | | | | | |
| **Placebo-Controlled Studies** | | | | | | | | | |
| 877-210P | 12-Week, double-blind, placebo-controlled, multicenter study of efficacy and safety as add-on therapy in patients with partial seizures (Non-US) | Total 127 | Age Range ?y | Placebo Capsules | | TID | 14 Weeks | 1.91-94 | |
| | | Treatment 66 Placebo 61 GBP | Gender 53 Males 74 Females | Gabapentin 200-mg capsules | 600 1200 | 200 mg TID 400 mg TID | 2 Weeks 12 Weeks | | |
| | | Exposure 0 | Race NS | AEDs 1-3 AP in baseline | AP | AP | 14 Weeks | | |
| | Double-blind efficacy and safety in partial seizures | | | | | | | | |
| 877-210P Interim Phase | 4- to 6-Week interim extension of Study 877-210P to evaluate safety in patients with partial seizures (Non-US) | Total 118 | Age Range ?y | Placebo Capsules | | TID | 4-6 Weeks | 1.91 | ?/? |
| | | Treatment 61 Placebo 64 GBP | Gender NS | Gabapentin 200-mg capsules | 1200 | 400 mg TID | 4-6 Weeks | | |
| | | Exposure/? 54 | Race NS | AEDs 1-3 AP in baseline | AP | AP | 4-6 Weeks | | |
| | Interim study of partial seizures | | | | | | | | |

GBP = gabapentin; NS = not specified; AEDs = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily

U:\NDA\C1-965\NEG33283A.SUM

RR-REG 959-00017
Gabapentin
Capsules

24

TABLE 2.  Description of Each Clinical Study
(Page 2 of 19)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Drug Administration Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Placebo-Controlled Studies (continued)** | | | | | | | | | |
| 945-5 | 12-week, double-blind, placebo-controlled, multicenter study of efficacy, dose-response, and safety as add-on therapy in patients with partial seizures (US) | **Total** 296; **Treatment** 98 Placebo, 204 GBP | **Age Range** yr; **Gender** 202 Males, 104 Females; **Race** 284 White, 11 Black, 11 Other | **Placebo** Capsules; **Gabapentin** 100-, 200-, 300-mg capsules; **AEDs** 1-3 AP in baseline | 600, 1200, or 1600; AP | TID; 200 mg TID/400 mg TID or 600 mg TID; AP | 12 Weeks | 1.89-90 | 2 |
| | Double-blind efficacy, safety, and dose-response in partial seizures | **Responsive** 0 | | | | | 12 Weeks | | |
| 945-6 | 12-week, double-blind, placebo-controlled, multicenter study of efficacy, dose-response, and safety as add-on therapy in patients with partial seizures (Non-US) | **Total** 272; **Treatment** 109 Placebo, 163 GBP | **Age Range** yr; **Gender** 152 Males, 120 Females; **Race** 266 White, 6 Other | **Placebo** Capsules; **Gabapentin** 100-, 200-mg capsules; **AEDs** 1-5 AP in baseline | 900 or 1200; AP | TID; 300 mg TID or 400 mg TID; AP | 12 Weeks + 4-week interim[a] | 1.95-103 | 1 |
| | Double-blind efficacy, safety, and dose-response in partial seizures | **Responsive** 0 | | | | | 12 Weeks + 4-week interim[a] | | |

GBP = gabapentin; AEDs = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily
[a] Patients were maintained on double-blind medication during a 4-week interim phase to allow for collection of CRFs before breaking of the blind with patient entry into the open-label extension. Study 945-6.

Confidential

NR-REG 959-00017
Gabapentin
Capsules

25

TABLE 2.  Description of Each Clinical Study
(Page 3 of 13)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strength, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Placebo-Controlled Studies (continued)** | | | | | | | | | |
| 945-9 945-10 | 12-Week, double-blind, placebo-controlled study of efficacy, safety, and gabapentin CSF concentrations as add-on therapy in patients with partial seizures (Non-US) | **Total:** 97 **Treatment:** 44 Placebo 53 GBP **Exposure:** 0 | **Age Range** yr **Gender** 52 Males 45 Females **Race** 97 White | **Placebo** Capsules **Gabapentin** 150-, 200-mg capsules | 900 or 1200 | TID 300 mg TID or 600 mg TID | 12 Weeks + 6-week interim 12 Weeks + 4-week interim | 1.104- 107 | 1 |
| | Double-blind efficacy, safety, dose-response, and gabapentin CSF concentrations in partial seizures | | | **AEDs** 1-3 AP in baseline | AP | AP | 12 Weeks + 4-week interim | | |
| **UNCONTROLLED STUDIES IN PATIENTS WITH EPILEPSY** | | | | | | | | | |
| 177-034 | Open-label pilot study to evaluate efficacy, tolerance, and safety in juvenile patients with partial seizures (Non-US) | **Total:** 8 **Treatment:** 8 GBP **Exposure:** 0 | **Age Range** yr **Gender** 4 Males 4 Females **Race** NS | **Gabapentin** 25-, 50-, 100-, 200-, 300-mg capsules **AEDs** 0-3 AP | 6-18 mg/kg; 75-900 mg/day AP | 75-300 mg TID AP | 2-5 Months AP | 1.172 | 1 |
| | Open-label pilot study in juveniles with partial seizures | | | | | | | | |

GBP = gabapentin; NS = not specified; AEDs = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily
[1] Patients were maintained on double-blind medication during a 4-week interim phase to allow for collection of CSF before breaking of the blind with patient entry into the open-label extension. Studies 945-9X and 945-10X.

Confidential

Pfizer_LAlphs_0084530

u:\NDA\CS-945\REG132254.SUM

275

TABLE 2.　Description of Each Clinical Study
(Page 4 of 19)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Drug Administration | | | NDA Location | |
| **Uncontrolled Studies in Patients with Epilepsy (continued)** | | | | | | | | | |
| 877-034Z | Open-label extension of Study 877-034 to evaluate long-term safety in juvenile patients with partial seizures (Non-US) | **Total** 4 | **Age Range** yr | **Gabapentin** 25-, 50-, 100-, 200-mg capsules | 4-15 mg/kg = 100-600 mg/day | 25-200 mg TID | 26-1206 Days | 1.132 | 1 |
| | | **Treatment** 4 GBP | **Gender** 2 Males 2 Females | **AEDs** 0-4 AP | AP | AP | AP | | |
| | Long-term safety and efficacy in juvenile with partial seizures | **Reexposure** 4 | **Race** 4 WS | | | | | | |
| 877-035X | Open-label extension of Study 877-035 to evaluate long-term safety and tolerance as add-on therapy in patients with partial seizures (Non-US) | **Total** 7 | **Age Range** yr | **Gabapentin** 100-, 200-, 300-mg capsules | 600-1800 | 200-600 mg TID | 13-630 Days | 1.133 | 1 |
| | | **Treatment** 7 GBP | **Gender** 2 Males 5 Females | **AEDs** 1-4 AP | AP | AP | AP | | |
| | Long-term safety and efficacy in partial seizures | **Reexposure** 7 | **Race** 7 WS | | | | | | |
| 877-076 | Open-label, single-center pilot study to evaluate long-term safety and efficacy as add-on therapy in patients with partial and generalized seizures (Non-US) | **Total** 3 | **Age Range** yr | **Gabapentin** 100-, 200-, 300-mg capsules | 600-1800 | 200-600 mg TID | 127-195 Days | 1.133 | 244 |
| | | **Treatment** 3 GBP | **Gender** 3 Males 0 Females | **AEDs** 2-4 AP in baseline | AP | AP | AP | | |
| | Long-term safety and efficacy in partial and generalized seizures | **Reexposure** 0 | **Race** WS | | | | | | |

GBP = gabapentin; WS = not specified; AEDs = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily

Pfizer_LAlpha_0084531

U:\NDA\C1-095\REG3325N.SUM

RR-REG 959-00017
Gabapentin
Capsules

27

## TABLE 2. Description of Each Clinical Study
### (Page 5 of 19)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drug, Strength; Dosage form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Uncontrolled Studies in Patients With Epilepsy (continued)** | | | | | | | | | |
| 877-210PX | Open-label, multicenter extension of Study 877-210PP to evaluate long-term safety and efficacy at add-on therapy in patients with partial seizures (Non-US) / Long-term safety and efficacy in partial seizures | Total: 88 / Treatment: 88 GBP / Reexposure: 31 | Age Range: yr / Gender: 40 Males 48 Females / Race: NS | Gabapentin 300-mg capsules / AEDs: 1-3 AP in baseline | Up to 1200 / AP | Up to 900 mg TID / AP | Up to 82 weeks* / AP | 1.134 | 1 |
| 180-130 | Open-label, multicenter study of efficacy and safety as add-on therapy in patients with partial and generalized seizures (Non-US) / Short-term open-label safety and efficacy in partial and generalized seizures | Total: 71 / Treatment: 71 GBP / Reexposure: 0 | Age Range: yr / Gender: 37 Males 34 Females / Age: NS | Gabapentin 100-, 200-mg capsules / AEDs: 1-4 AP in baseline | 300-2000 / AP | 100-800 mg TID / AP | Up to 14 weeks / Up to 14 weeks | 1.140- 142 | 1 |

GBP = gabapentin; NS = not specified; AEDs = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily
* Duration of dosing in the open-label phase. Thereafter, patients received gabapentin on a named-patient basis for periods of up to 3 years. Eventually, patients were permitted to reenter Study 877-210PX into the extended open-label phase. At the time of data cutoff (April 30, 1996) 12 patients had reentered the study and completed up to 12 weeks in the extended open-label phase.

Confidential

Pfizer_LAlphs_0084532

G:\WDOAYC1-46S\WES3325A.SOM

RR-REG 959-00017
Gabapentin
Capsules

28

TABLE 2.   Description of Each Clinical Study
(Page 6 of 19)

| Study number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Uncontrolled Studies in Patients with Epilepsy (continued)** | | | | | | | | | |
| 880-130X | Open-label, multicenter extension of Study 880-130 to evaluate long-term safety and efficacy as add-on therapy in patients with partial and generalized seizures (Non-US) | Total 75; Treatment 26 GBP; Reexposure 26 | Age Range 3+; Gender 14 Males 12 Females; Race 26 WS | Gabapentin 100-, 200-mg capsules; AEDs 1-3 AP | 300-2000; AP | 100-600 mg TID; AP | 84-1020 Days; AP | 1.143- | 144 |
| | Long-term safety and efficacy in partial and generalized seizures | | | | | | | 1.130- 139 | |
| 880-033 | 27-Week, three-way crossover, single-center study of efficacy and safety of add-on therapy in patients with partial seizures (Non-US) | Total 28; Treatment 26 GBP; Reexposure 0 | Age Range 3+; Gender 15 Males 10 Females; Race 25 WS | Gabapentin 100-, 200-, 300-mg capsules; AEDs 1-3 AP in baseline | 300, 600; 300, 600, 900; 600-300; AP | 100 mg TID 200 mg TID; 100, 200, or 300 mg TID; 200-100 mg TID[a]; AP | 1 week 1 week; 8 weeks of each dosage; 1 Days; 27 Weeks | 139 | |
| | short-term, three-way crossover safety and efficacy in partial seizures | | | | | | | | |

GBP = gabapentin; WS = not specified; AEDs = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily

[a] Dosage was tapered from full dose over the course of 1 days for patients not wishing to continue treatment on a compassionate-use basis.

Confidential

Pfizer_LAlphs_0084533

u:\NDA\C{-0659\0EG32I26A.SDM

RR-REG 959-00017
Gabapentin
Capsules

29

TABLE 2.  Description of Each Clinical Study
(Page 7 of 19)

**Uncontrolled Studies in Patients with Epilepsy (continued)**

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Drug Administration Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| 945-53 | 12-Week, open-label, multicenter extension of Study 945-5 to evaluate safety and efficacy as add-on therapy in patients with partial seizures (US) | Total 248 | Age Range yr | Gabapentin 100-, 200-, 300-mg capsules | 600-2400 | 200-800 mg TID | 12 weeks | 1.109- 118 | 7 |
| | | Treatment 205 GBP | Gender 143 Males 102 Females | AEDs 1-3 AP in baseline | AP | AP | AP | | |
| | Short-term open-label safety and efficacy in partial seizures | Responders 195 | Race 273 White 11 Black 11 Other | | | | | | |
| 945-58 | 12-Week, open-label, multicenter extension of Study 945-6 to evaluate safety and efficacy as add-on therapy in patients with partial seizures (Non-US) | Total 215 | Age Range yr | Gabapentin 100-, 200- capsules | 600-1800 | 200-600 mg TID | 12 weeks | 1.145 150 | 7 |
| | | Treatment 215 GBP | Gender 120 Males 95 Females | AEDs 1-5 AP in baseline | AP | AP | AP | | |
| | Short-term open-label safety and efficacy in partial seizures | Responders 179 | Race 210 White 5 Other | | | | | | |

GBP = gabapentin; AEDs = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily

U:\NDA\C1_945\0EC23754.SUM

HR-REG 959-00017
Gabapentin
Capsules

TABLE 2.    Description of Each Clinical Study
(Page 8 of 13)

| Study Number | Study Design (Location) and Descriptor | Participants Demographics | Drugs, Strengths, Dosage Form | Drug Administration Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|
| **Uncontrolled Studies in Patients with Epilepsy (continued)** | | | | | | | | |
| 945-93.1 945-10A | 12-week, open-label extension of Studies 945-9 and 945-10 to evaluate safety and efficacy as add-on therapy in patients with partial seizures [Non-US] | **Total** 72 **Treatment** 72 GBP **Reexposure** 72 | **Age Range** ?? **Gender** 35 Males 37 Females **Race** 72 White | **Gabapentin** 100-, 200-, 300-mg capsules **AEDs** 1-3 AP in baseline | 600-1600 AP | 200-600 mg TID AP | 12 weeks AP | 1.151-153 | 1 |
| | Short-term open-label safety and efficacy in partial seizures | | | | | | | |

GBP = gabapentin; AEDs = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily

30

Confidential

Pfizer_LAlpha_0084535

W:\ADM\CI-945\REG73256.SDM

NR-REG 959-00017
Gabapentin
Capsules

31

TABLE 2.  Description of Each Clinical Study
(Page 9 of 19)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strength, Dosage form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1 154 | |
| **Uncontrolled Studies in Patients with Epilepsy (continued)** | | | | | | | | | |
| 945-II A 945-IIX | 12-Week, double-blind, placebo-controlled, single-center study and open-label extension to evaluate efficacy and safety as add-on therapy in juvenile patients with partial seizures (Non-US) | Total 9 | Age Range yr | Placebo Capsules | | DB: T/D | 12 Weeks + 4-week interim[a] | | |
| | | Treatment DB: 4 Placebo 5 GBP | Gender 6 Males 3 Females | Gabapentin 75-, 100-, 150-, 200-mg capsules | DB: 450 or 600[b] | DB: 150 mg T/D or 200 mg T/D[b] | 12 Weeks + 4-week interim | | |
| | | OLX: 8 GBP | Race 5 White 4 Other | | OLX: Up to 1200 | OLX: Up to 400 T/D | 12 Weeks + 4-week interim | | |
| | Double-blind and long-term safety and efficacy in juveniles with partial seizures | DB: 0 | Responders | AED: 1-2 AP in baseline | DB: AP | DB: AP | AP | | |
| | | OLX: 4 | | | OLX: AP | OLX: AP | | | |

GBP = gabapentin; AEDs = concurrent antiepileptic drugs; AP = as prescribed; DB = double-blind; OLX = open-label extension
[a] Patients were maintained on double-blind medication during a 4-week interim phase to allow for collection of CRFs before breaking of the blind with patient entry into the open-label extension.
[b] For patients under age 12 or under 40 kg bodyweight, dosage was according to weight, at approximately 20 mg/kg

D:\NDA\CT-945\REG33256A.SUN

Confidential

Pfizer_LAlphs_0084536

RR-REG 959-00017
Gabapentin
Capsules

32

TABLE 2.    Description of Each Clinical Study
(Page 10 of 19)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form* | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Uncontrolled Studies in Patients with Epilepsy (continued)** | | | | | | | | | |
| 915-13 | Open-label, multicenter extension of study 945-5 to evaluate long-term safety and maintenance of efficacy in add-on therapy in patients with partial seizures (US) | Total 240; Treatment 240 GBP; Nonexposure 240 | Age Range yr; Gender 161 Males, 79 Females; Race White 221, Black 9, Other 10 | Gabapentin 100-, 200-, 300-, 400-mg capsules; AEDs 1-3 AP | 600-2400; AP | 200-800 TID; AP | Up to 96 weeks*; AP | 1,117- | 123 |
| | Long-term safety and efficacy in partial seizures | | | | | | | | |
| 945-14 | Open-label, multicenter extension of studies 945-5, 945-9, 945-10a, and 880-120 to evaluate long-term safety and maintenance of efficacy as add-on therapy in patients with partial seizures (non-US) | Total 203; Treatment 203 GBP; Nonexposure 200 | Age Range yr; Gender 115 Males, 88 Females; Race 190 White, 5 Other, 8 US | Gabapentin 100-, 200-, 300-mg capsules; AEDs 0-5 AP | 900-2400; AP | 200-800 TID; AP | Up to 120 weeks; AP | 1,65- | 161 |
| | Long-term safety and efficacy in partial seizures | | | | | | | | |

GBP = gabapentin; NS = not specified; AEDs = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily
* Duration of dosing at data cutoff (April 18, 1990); study ongoing
+ Duration of dosing at data cutoff (April 25, 1990); study ongoing

U:\NDA\CG1-945\RE(93)3Z54.SUM

Confidential

Pfizer_LAlphs_0084537

RR-REG 959-00017
Gabapentin
Capsules

33

TABLE 2.  Description of Each Clinical Study
(Page 11 of 19)

| Study Number | Study Design (Location) and Description | Participants | Demographics | Drugs, Strength, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Drug Administration | | MDA Location | |

**Uncontrolled Studies in Patients with Epilepsy (continued)**

| 945-15 | Open-label, multicenter study to evaluate long-term safety and maintenance of efficacy in patients with partial or generalized seizures (US) | Total 217 | Age Range 7° | Gabapentin 100-, 200-, 300-, 400-mg capsules | 600-2400 | 200-800 TID | Up to 84 weeks° | 1.124-133 | 1 |
| | | Treatment 217 GBP | Gender 115 Males 102 Females | AEDs 0-3 AP | AP | AP | AP | | |
| | | Nonexposure 0 | Race 202 White 6 Black 9 Other | | | | | | |
| | Long-term safety and efficacy in partial and generalized seizures | | | | | | | | |
| 945-16 | Open-label, multicenter study to evaluate long-term safety and efficacy in patients with partial or generalized seizures (non-US) | Total 63 | Age Range 7° | Gabapentin 100-, 150-, 300-, 400-mg capsules | 600-2400 | 200-800 mg TID | Up to 84 weeks° | 1.162-165 | 1 |
| | | Treatment 63 GBP | Gender 35 Males 28 Females | AEDs 1-3 AP | AP | AP | AP | | |
| | | Nonexposure 0 | Race 54 White 9 Other | | | | | | |
| | Long-term safety and efficacy in partial and generalized seizures | | | | | | | | |

GBP = gabapentin; NS = not specified; AEDs = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily
° Duration of dosing at data cutoff (April 30, 1990): study ongoing
° Duration of dosing at data cutoff (April 25, 1990): study ongoing
° Duration of dosing of 603/mg at data cutoff

t:\NDA\CI-945\REG2325A.SUM

Confidential

Pfizer_LAlphs_0084538

RR-REG 959-00017
Gabapentin
Capsules

34

TABLE 2.  Description of Each Clinical Study
(Page 12 of 19)

| Study Number | Study Design [Location] and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **OTHER STUDIES** **Spasticity** 104-003 | 7-day, single-dose, single-blind, single-center, dose-ranging pilot study of efficacy, dose-response, and tolerance in patients with spasticity [Non-US] | Total 10 | Age Range yr | Placebo Capsules | | Single dose in AM or PM | 7 Days | 1.186 | 2 |
| | | Treatment 10 Placebo 10 GBP | Gender 10 Males 0 Females | | | and | | | |
| | Single-blind safety, efficacy, and dose-response pilot in spasticity | Exposure 0 | Race US | Gabapentin 25-, 50-, 100-mg capsules | 25-400* | Single dose in AM or PM | 7 Days | | |
| 104-001 | 4-week, multiple-dose, single-blind, single-center pilot study of efficacy and safety in patients with spasticity [Non-US] | Total 9 | Age Range yr | Placebo Capsules | | bid | 1 Week | 1.186 | 104 |
| | | Treatment 8 Placebo 1 GBP | Gender 8 Males 0 Females | | | | | | |
| | Single-blind safety and efficacy pilot in spasticity | Exposure 0 | Race US | Gabapentin 100-mg capsules | 400 | 200 mg bid | 4 Weeks | | |

GBP = gabapentin; NS = not specified; BID = two times daily; QID = four times daily.
* Dosage was varied by the investigator, according to patients' response.

Confidential

RR-RIG 959-00017
Gabapentin
Capsules

35

TABLE 2.   Description of Each Clinical Study
(Page 13 of 19)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Other Studies** (continued) | | | | | | | | | |
| 104-007 | 1-week, multiple-dose, single-blind, single-center pilot study of efficacy and safety in patients with spasticity [Non-US] | **Total** 9 | **Age Range** yr / **Gender** 9 Males, 0 Females / **Race** 9 WS | **Placebo** Capsules / **Gabapentin** 50-mg Capsules | 200 | QID / 50 mg QID | 1 Week / 1 Week | 1.167 | 1 |
| | Single-blind safety and efficacy pilot in spasticity | **Aeroposure** 0 | | | | | | | |
| 878-016 | 4-week, double-blind, placebo-controlled, single-center study and open-label extension (OLX) or open-label study (OL) to evaluate efficacy and safety in patients with spasticity [Non-US] | **Total** 22 / **Treatment** 10 Placebo, 12 GBP | **Age Range** yr / **Gender** 12 Males, 10 Females / **Race** WS | **Placebo** Capsules / **Gabapentin** 200-, 300-mg capsules | **DB:** 600, 900 | **TID** **DB:** 200 mg TID, 300 mg TID **and** | 26 Days or 7 Days* / 2 Days, 26 Days | 1.167 | 142 |
| | Double-blind and long-term safety and efficacy in spasticity | **Aeroposure** 0 | | | **OLX:** 900 | **OLX:** 900 mg/day | 468 Days or 1107 Days | | |
| | | | | | **OR** | **OR** | | | |
| | | | | | **OL:** 1200, 1500 | **OL:** 400 mg TID, 500 mg TID | 780 Days, 351 Days | | |

GBP = gabapentin; NS = not specified; DB = double-blind; OLX = open-label extension; OL = open-label; TID = three times daily
* Gabapentin patients received placebo for 7 days before gabapentin treatment began; placebo patients received placebo for 26 days

Confidential

Pfizer_LAlphs_0084540

U:\NDA\C1-0451\REG13254.SDM

RR-REG 959 00017
Gabapentin
Capsules

36

TABLE 2.   Description of Each Clinical Study
(Page 14 of 19)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Other Studies (continued)** | | | | | | | | | |
| 878-017 | 4-week, double-blind, placebo-controlled, single-center study of efficacy and safety in patients with spasticity [Non-MS] | Total 16  Treatment 7 Placebo 9 GBP | Age Range ?  Gender 8 Males 7 Females  Race MS | Placebo Capsules  Gabapentin 200-, 300-mg capsules | 600  900 | 110 | 35 Days or 7 Days* | 1.168 | 1 |
| | Double-blind safety and efficacy in spasticity | Responburg 0 | | | | 200 mg BID  300 mg TID | 2 Days  26 Days | | |
| 860-008 | Open-label, single-dose single-center electrophysiological pilot study of efficacy and safety in patients with spasticity [Non-MS] | Total 11  Treatment 11 GBP | Age Range ?  Gender 8 Males 3 Females  Race MS | Gabapentin 200-, 300-mg capsules 600 | Single Dose | Single Dose | | 1.168 | ??? |
| | Electrophysiological pilot safety and efficacy in spasticity | Responburg 0 | | | | | | | |

GBP = gabapentin; NS = not specified; TID = three times daily
* Gabapentin patients received placebo for 7 days before gabapentin treatment began; placebo patients received placebo for 35 days.

W:\NDA\C1-959\RES\3325A.SOM

Confidential

RR-REG 959-00017
Gabapentin
Capsules

TABLE 2.   Description of Each Clinical Study
(Page 15 of 19)

| Study Number and Descriptor | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Other Studies (continued)** | | | | | | | | | |
| 999-010 | 4-week, double-blind, placebo-controlled, single-center study of efficacy and safety in patients with spasticity [Non-US] | Total 21; Treatment 11 Placebo, 10 GBP; Exposure 0 | Age Range yr; Gender 9 Males, 12 Females; Race NS | Placebo Capsules; Gabapentin 100-, 200-, 300-mg capsules | 600 900 | TID; 200 mg TID, 300 mg TID | 35 Days or 7 Days; 14 Days, 14 Days | 1.169 | 1 |
| 999-011 | 4-week, single-blind, rising-dose or open-label single-center study of efficacy and safety in patients with spasticity [Non-US]; Single-blind or open-label safety and efficacy in spasticity | Total 11; Treatment 9 Placebo, 11 GBP; Exposure 0 | Age Range yr; Gender 6 Males, 5 Females; Race NS | Placebo Capsules; Gabapentin 100-, 200-, 300-mg capsules | 900 1200 1800; 2100 3600 3600 600 | TID; Single-blind: To 300 mg TID, 400 mg TID, 600 mg TID; Double-blind: To 600 mg TID, To 1200 mg TID, 1200 mg TID, To 200 mg TID | 2 or 3 weeks; 1 Week, 2 Weeks, 1 Week; 1 Week, 1 Week, 1 Week, 1 Week | 1.169 | 226 |

GBP = gabapentin; NS = not specified; TID = three times daily

a Gabapentin in patients received placebo for 7 days before gabapentin treatment began; placebo patients received placebo for 35 days.
b Patients in the blinded study received placebo for 1 or 2 weeks before gabapentin treatment began and for 1 or 2 weeks after gabapentin treatment; the purpose of this dosing regimen was to maintain blinding. Patients in open-label received placebo for 1 week prior to dosing and for 1 week after dosing.
c Treatment was initiated with a dose of 600 mg/day and increased to 900 mg/day over a period of 1 week.
d Dosage of gabapentin was increased gradually from 600 to 2400 mg/day in Week 1 and from 3000 to 3600 in Week 2; in Week 5, dosage was tapered from 3600 to 600 mg/day.

37

Confidential

Pfizer_LAlphs_0084542

U:\MDAKE\ 9469\EG33254.SUM

RR-REG 959-00017
Gabapentin
Capsules

38

TABLE 2.   Description of Each Clinical Study
(Page 16 of 19)

| Study Number | Study Design [Location] and Descriptor | Participant | | Demographics | Drugs, Strength, Dosage Form | Drug Administration | | | NDA Location | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | Page |
| **Other Studies** (continued) | | | | | | | | | | |
| 880-012 | 8-week, double-blind, placebo-controlled, single-center pilot study of efficacy and safety in patients with spasticity [Non-US] | **Total** 11 | | **Age Range** 37 | **Placebo** Capsules | | TID | 35 Days or 7 Days* | 1.170 | 1 |
| | | **Treatment** 11 Placebo 7 GBP | | **Gender** 9 Males 2 Females | **Gabapentin** 100-, 200-, 300-mg capsules | 600 or 600 900 | 200 mg TID 200 mg TID 300 mg TID | 28 Days or 3 Days 28 Days | | |
| | | **Reexposure** 0 | | **Race** NS | | | | | | |
| 880-013 | 5-week, double-blind, placebo-controlled, single-center study of efficacy and safety in patients with spasticity [Non-US] | **Total** 20 | | **Age Range** 37 | **Placebo** Capsules | | TID | 42 Days or 7 Days, 5 days | 1.170 | 274 |
| | | **Treatment** 20 Placebo 10 GBP | | **Gender** 20 Males 0 Females | **Gabapentin** 100-, 200-, 300-mg capsules | 600 900 600 300 | 200 mg TID 300 mg TID 200 mg TID 100 mg TID | 3 Days 25 Days 1 Day 1 Day | | |
| | Double-blind safety and efficacy in spasticity | **Reexposure** 0 | | **Race** NS | | | | | | |

GBP = gabapentin; NS = not specified; TID = three times daily
* Gabapentin patients received placebo for 7 days before gabapentin treatment began; placebo patients received placebo for 35 days.
b Gabapentin patients received placebo for 7 days before gabapentin treatment and for 5 days after gabapentin treatment; placebo patients received placebo for 42 days.

Confidential

288

RA-REG 959-00017
Gabapentin
Capsules

39

TABLE 2.  Description of Each Clinical Study
(Page 17 of 19)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **Other Studies (continued)** | | | | | | | | | |
| 880-015 | 4-week, double-blind, placebo-controlled, rising-dose, single-center study of efficacy and safety in patients with spasticity [Non-US] | Total 14 / Treatment 9 Placebo 5 GBP / Reexposure 0 | Age Range yr / Gender 10 Males 4 Females / Race 13 White 1 Other | Placebo Capsules / Gabapentin 100-, 200-, 300-mg capsules | 300 600 900 1200 | TID / 100 mg TID 200 mg TID 300 mg TID 400 mg TID | 6 Weeks or 2 Weeks / 1 Week 1 Week 1 Week 1 Week | 1.171 | 1 |
| | Double-blind safety and efficacy in spasticity | | | | | | | | |
| **Migraine** | | | | | | | | | |
| 879-200 | 12-week, double-blind, placebo-controlled, multicenter study of prophylactic efficacy and safety in patients with migraine [Non-US] | Total 87 / Treatment 42 Placebo 45 GBP / Reexposure 0 | Age Range yr / Gender 21 Males 66 Females / Race NS | Placebo Capsules / Gabapentin 300-mg capsules | 900 | TID / 300 mg TID | 12 Weeks / 12 Weeks | 1.174 / 174 | |
| | Double-blind safety and efficacy in migraine | | | | | | | | |

GBP = gabapentin; NS = not specified; AED = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily

c Gabapentin patients received placebo for 2 weeks after gabapentin treatment; placebo patients received placebo for 6 weeks.

RR REG 959-00017
Gabapentin
Capsules

40

TABLE 2.  Description of Each Clinical Study
(Page 38 of 19)

| Study Number | Study Design [Location] and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Drug Administration | | | NDA Location | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | Volume | Page |
| **COMPASSIONATE USE** | | | | | | | | | |
| 877-210PX Named Patient | Open-label, multicenter named-patient phase of study 877-210Px to evaluate long-term safety in patients with partial seizures [Non-US] \ Long-term safety in partial seizures | Total 38 \ Treatment 38 GBP \ Reexposure 38 | Age Range yr \ Gender 12 Males 26 Females \ Race NS | Gabapentin 200-mg capsules \ AEDs 1-3 AP | Up to 1800 \ AP | Up to 600 mg TID \ AP | 33-1106 days \ AP | 1.137 | 310 |
| Other Named Patient | Open-label, multicenter, named-patient study to evaluate long-term safety in patients with epilepsy or spasticity [Non-US] \ Long-term safety in epilepsy or spasticity | Total 17 \ Treatment 17 GBP \ Reexposure 16 | Age Range yr \ Gender 11 Males 6 Females \ Race NS | Gabapentin NS \ AEDs AP | NS \ AP | NS \ AP | Up to 6 years** \ AP | 1.165 | 495 |

GBP = gabapentin; NS = not specified; AEDs = concurrent antiepileptic drugs; AP = as prescribed; TID = three times daily
** Duration of dosing at data cutoff (May 1, 1990); treatment ongoing

Pfizer_LAlphs_0084545

U:\MDNACI-945\DEG13F254.SUN

RR REG 959-00017
Gabapentin
Capsules

44

TABLE 2.   Description of Each Clinical Study
(Page 19 of 19)

| Study Number | Study Design (Location) and Descriptor | Participants | Demographics | Drugs, Strengths, Dosage Form | Total Daily Dose (mg/day) | Daily Regimen | Duration of Dosing | NDA Location Volume | Page |
|---|---|---|---|---|---|---|---|---|---|
| **STUDIES LACKING COMPLETE CRFs** | | | | | | | | | |
| 104-006 | Double-blind, placebo-controlled study of encephalotropic and psychotropic properties in subjects (Non-US) | Total 10; Treatment 10 Placebo 10 GBP | Age Range yr; Gender 5 Males 5 Females; Race NS | Placebo Capsules; Gabapentin 50-, 100-mg capsules | 50 100 200 400 | Single dose; Single dose | Single dose; 4 Single doses | 1.179 | 1 |
| | Double-blind encephalotropic and psychotropic properties in subjects | Reseposite 0 | | | | | | | |
| 104-008 | Single-blind pilot study of efficacy and safety in patients with Huntington's disease (Non-US) | Total 4; Treatment 3 Placebo 4 GBP | Age Range yr; Gender 2 Males 2 Females; Race NS | Placebo Capsules; Gabapentin 50-, 100-mg capsules | 200 400 | Q:D; 50 mg QID 100 mg QID | 2 Days; 1 Day 6 Days 11 weeks | 1.171 | 138 |
| | Single-blind safety and efficacy pilot in Huntington's disease | Reseqoute 0 | | | | | | | |

GBP = gabapentin; NS = not specified; AEDs = concurrent antiepileptic drugs; AP = as prescribed; QID = four times daily

Confidential

U:\NDA\CI-945\REF833254.SUM

RR-REG 959-D0017                    42
Gabapentin
Capsules

## 3. CONTROLLED CLINICAL STUDIES IN PATIENTS WITH PARTIAL SEIZURES

### 3.1. Introduction

Three large multicenter studies (877-210P, 945-5, and 945-6) conducted
world-wide have demonstrated the safety, efficacy, and dose-response
characteristics of gabapentin as add-on therapy in the treatment of
refractory patients with partial seizures.(8-10) Two other studies
(945-9 and 945-10) were conducted in a small number of patients, using
the same protocol as Study 945-6. Despite the low power, an exploratory
statistical analysis was performed using combined data from the two
studies, and the results are included in this document to support the
principal studies and contribute data for combined analyses. These two
studies have been summarized in a single research report (11), and the
pair of studies will hereafter be referred to as Study 945-9/10.

### 3.2. Methodology

#### 3.2.1. Design of Studies

In all five placebo-controlled studies, baseline safety and efficacy
data were collected for 3 months prior to treatment with gabapentin. A
drug-introduction period ranging from 3 days to 2 weeks in length
followed this baseline phase. In the subsequent 12-week treatment
phase, patients were randomized to receive either placebo or gabapentin
at a dosage of 600 mg/day, 900 mg/day, 1200 mg/day, or 1800 mg/day, as
shown in Table 3. Note that within each study the number of patients
assigned to placebo and to the efficacy dose were to be approximately
equal, while additional gabapentin groups were to have approximately
half as many patients as the efficacy group. In all five studies,
patients who completed double-blind treatment could continue treatment
with gabapentin on an open-label basis.

\NDA\CI-945\REG3325A.SUM

TABLE 3. Number of Patients Receiving Placebo or Gabapentin
         Dosages in Controlled Studies

| Study | Placebo | Gabapentin Dosage (mg/day) | | | | Total in Study |
|-------|---------|------|------|------|------|-------|
|       |         | 600  | 900  | 1200 | 1800 |       |
| 877-210P | 66   |      |      | 61[a] |     | 127   |
| 945-5    | 98   | 53   |      | 101[a] | 54 | 306   |
| 945-6    | 109  |      | 111[a] | 52  |     | 272   |
| 945-9/10 | 34   |      | 36[a] | 17   |     | 81    |
| Total:   | 307  | 53   | 147  | 231  | 54   | 792   |

[a] Dosage specified in the protocol for efficacy analysis;
    all dosages were included in the dose-response analysis.


### 3.2.2. Patient Selection and Diagnosis

Refractory patients with partial seizures were selected for all five
placebo-controlled studies. All patients were receiving at least one
concurrent antiepileptic drug. Initially, patients were either women
who were postmenopausal or surgically sterilized, or men. An amendment
to Studies 945-5 and 945-6 later permitted women of childbearing
potential to receive gabapentin. Other selection criteria varied
slightly from study to study. In general, patients were at least
12 years of age, and were excluded if there was evidence of severe liver
or kidney insufficiency, progressive CNS structural lesions or
encephalopathy, abnormal laboratory values, pregnancy, or chronic drug
or alcohol abuse.


### 3.2.3. Efficacy Parameters

The primary criterion to establish the efficacy of gabapentin was
reduction in the number of partial seizures from baseline to treatment.
Seizure frequency was defined as the number of seizures per 28 days of
observation. The primary efficacy parameters were response ratio

NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                44
Gabapentin
Capsules

(RRatio), percent change in frequency of seizures relative to the
baseline (PCH), and response.

### 3.2.3.1.  Response Ratio

The RRatio compares baseline seizure frequency (B) with treatment
seizure frequency (T) as follows:

$$RRatio = (T - B)/(T + B).$$

This ratio avoids the skewness associated with PCH and, since it is
normally distributed around zero, it allows parametric statistics to be
used in the interpretation of the data.  The RRatio ranges between
-1 and +1.  Negative values indicate a reduction (improvement) in
seizure frequency during treatment, whereas positive values indicate an
increase (worsening).  An RRatio of -0.33 corresponds to a 50% reduction
in seizure frequency.

### 3.2.3.2.  Percent Change in Seizure Frequency

The percent change in seizure frequency (PCH) is defined as the
difference in seizure frequency between treatment and baseline compared
to the baseline frequency.  The formula to calculate PCH is:

$$PCH = 100 \times (T - B)/B.$$

On a patient-by-patient basis, results for PCH can be translated into
results for RRatio and vice versa, as PCH is a monotonic function of the
response ratio:

$$PCH = 200 \, RRatio/(1 - RRatio).$$

\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    45
Gabapentin
Capsules

## 3.2.3.3. Response

A patient with at least a 50% reduction in partial seizure frequency (an
RRatio of $\leq -0.33$) was classified as a responder. The percent of
patients who were responders is referred to as the responder rate.

## 3.2.3.4. Secondary Efficacy Parameters

Secondary parameters included efficacy analyses for types of partial
seizures and global evaluations by the patient and the investigator. In
Study 877-210P evaluations by the patient and the investigator were made
on the basis of seizure control, while in the other four controlled
studies global evaluations were made on the basis of activities of daily
living.

## 3.2.4. Safety Parameters

Safety was evaluated based on information concerning adverse events,
clinical laboratory values, physical examinations, neurological
examinations, and vital signs.

## 3.2.5. Statistical Methodology

## 3.2.5.1. Patient Sample

The sample size for Study 877-210P was planned assuming a responder rate
of 15% with placebo, 45% with gabapentin, Type I error of 5%, a power of
80% (two-sided), and a dropout rate of 20%. Sample sizes for
Studies 945-5, 945-6, and 945-9/10 were planned assuming a responder
rate of 15% with placebo and 35% with gabapentin at $p < 0.05$, two-tailed,
with a power of 80%. Patients were randomized at screening or following
the 12-week baseline period for blinded assignment to study medication
groups. In each study, the treatment groups were compared with regard

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084550

to age, sex, Broca Index, duration of epilepsy, number of concomitant
AEDs, and seizure frequency during baseline.

### 3.2.5.2.  Data Exclusions

Evaluable-patient analyses included data for all patients who were
randomized to treatment and met the evaluation criteria.  For response
ratio, the intent-to-treat analysis included data for all patients who
received at least one dose of study drug and had a seizure diary of at
least 28 days in both the baseline and double-blind phases.

### 3.2.5.3.  Methods for Efficacy Evaluations

In individual studies, the RRatio was analyzed by an analysis of
variance (ANOVA).  The difference in responder rate between the
gabapentin group at the efficacy dosage for each study and the placebo
group was compared using Fisher's Exact test (two-sided and significant
if $p \leq 0.05$).  No significance tests were done for PCH, as it is a
strictly monotonic function of RRatio.

In the intent-to-treat analyses for Studies 945-5, 945-6, and 945-9/10,
the RRatio was analyzed using a Wilcoxon test, while in Study 877-210P,
where the number of patients at each center was large, an ANOVA was
used.  All tests were performed two-sided at the 5% level of
significance, comparing the gabapentin group at the efficacy dosage with
the placebo group.

In the analyses of combined data from all placebo-controlled studies,
descriptive statistics were performed for RRatio and PCH.  The analysis
of RRatio also included an ANOVA with treatment and protocol as factors.
Response was summarized by calculation of responder rate.

:\NDA\CI-945\REG332SA.SUM

Pfizer_LAlphs_0084551

RR-REG 959-00017                47
Gabapentin
Capsules

## 3.3.  Patient Characteristics

The characteristics of the patients who were randomized in the
placebo-controlled studies in patients with partial seizures are
summarized in Table 4 for the combined patient population.  Patient
characteristics were comparable across treatment groups.
Characteristics of the evaluable-patient population were comparable to
those of the randomized population.

Within each study a statistical comparison of treatment groups revealed
no significant differences at screening, and the characteristics of the
evaluable-patient population were comparable to those of the randomized
population.

:\NDA\CJ-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    4B
Gabapentin
Capsules

TABLE 4.  Patient Characteristics:  All Placebo-Controlled
          Studies Combined
                [Randomized-Patient Population]

| Variable | Placebo | Gabapentin (mg/day) | | | |
|---|---|---|---|---|---|
| | | 600 | 900 | 1200 | 1800 |
| N | 307 | 53 | 147 | 231 | 54 |
| **Sex [N (%)]** | | | | | |
| Male | 176 (57.3) | 36 (67.9) | 77 (52.4) | 123 (53.2) | 37 (68.5) |
| Female | 131 (42.7) | 17 (32.1) | 70 (47.6) | 108 (46.8) | 17 (31.5) |
| **Race [N (%)]**[a] | | | | | |
| White | 227 (94.2) | 50 (94.3) | 146 (99.3) | 164 (96.5) | 50 (92.6) |
| Black | 4 (1.7) | 2 (3.8) | 0 (0.0) | 3 (1.8) | 2 (3.7) |
| Other | 10 (4.1) | 1 (1.9) | 1 (0.7) | 3 (1.8) | 2 (3.7) |
| **Age (Years)** | | | | | |
| Mean | 33 | 34 | 33 | 34 | 35 |
| Range | | | | | |
| **Duration of Epilepsy (Years)** | | | | | |
| Median | 20 | 20 | 18 | 20 | 21 |
| Range | | | | | |
| **Number of Concurrent AEDs [N (%)]** | | | | | |
| 0 | 1 (0.3) | 0 (0.0) | 1 (0.7) | 0 (0.0) | 0 (0.0) |
| 1 | 89 (29.0) | 21 (39.6) | 41 (27.9) | 66 (28.6) | 28 (51.9) |
| 2 | 200 (65.1) | 32 (60.4) | 88 (59.9) | 156 (67.5) | 26 (48.1) |
| >2 | 17 (5.5) | 0 (0.0) | 17 (11.6) | 9 (3.9) | 0 (0.0) |
| **Baseline Partial Seizure Frequency (per 28 days)** | | | | | |
| Median | 10.7 | 10.0 | 9.3 | 11.0 | 12.7 |
| Range | | | | | |
| **BROCA Index**[b] | | | | | |
| Mean | 1.17 | 1.19 | 1.13 | 1.21 | 1.25 |
| Range | | | | | |

[a] Information on race was not collected in Study 877-210P

[b] Broca Index = $\dfrac{\text{Weight (kg)}}{[\text{Height (cm)} - 100] \times f}$, where $f$ = 0.90 for men and 0.85 for women.  A
Broca Index of 1 defines an ideal weight.

Confidential
Pfizer_LAlphs_0084553

## 3.4.  Individual Study Summaries

### 3.4.1.  Study 877-210P:  Double-Blind Efficacy and Safety in Partial Seizures

Study 877-210P demonstrated the safety and efficacy of gabapentin as
add-on therapy at a dosage of 1200 mg/day.  Refractory patients were
randomized at screening to receive either gabapentin or placebo in
addition to background therapy with one or more standard AEDs.
Following a 3-month baseline period, patients received either gabapentin
at a dosage of 600 mg/day or placebo for a 2-week, drug-introduction
period that was not included in the efficacy analyses.  Gabapentin at a
dosage of 1200 mg/day or placebo was then taken for an additional
12-week treatment period.

A total of 127 patients entered the double-blind phase.  Sixty-six
patients (29 men and 37 women) with a mean age of 31 years (range:
    years) were randomly assigned to placebo.  Sixty-one patients (24 men
and 37 women) with a mean age of 30 years (range:        years) were
randomly assigned to gabapentin.  Data from 113 patients (89%) were
included in the efficacy analysis (52 in the gabapentin group and 61 in
the placebo group), while data from all 127 patients were analyzed for
safety.

Results of the primary efficacy analyses and safety evaluations are
presented in Table 5.

\HOA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    50
Gabapentin
Capsules

TABLE 5.  Study 877-210P:  Results of Primary Efficacy Analyses[a] and
          Safety Evaluations

| Variable | Placebo | Gabapentin 1200 mg/day |
|---|---|---|
| **EFFICACY ANALYSES** | | |
| N | 61 | 52 |
| **Response Ratio** | | |
| Mean | -0.051 | -0.201 |
| Standard Deviation | 0.201 | 0.298 |
| Median | -0.067 | -0.171 |
| Adjusted Mean (ANOVA) | -0.060 | -0.192[b]* |
| 95% Confidence Interval[c] | | -0.224, -0.039 |
| Intent-to-Treat Analysis | | |
| N | 64 | 57 |
| Mean | -0.040 | -0.204[d]* |
| **Responder Rate** | | |
| Number (%) Responders | 6 (9.8) | 13 (25.0)[e]* |
| 95% Confidence Interval[c] | | 1.2, 29.1 |
| **Percent Change from Baseline** | | |
| Mean | -2.7 | -19.7 |
| Standard Deviation | 39.5 | 65.3 |
| Median | -12.5 | -29.2 |
| 95% Confidence Interval[c] | | -33.33, -10.95 |
| **SAFETY EVALUATIONS** | | |
| N | 66 | 51 |
| Number (%) of Patients With AEs | 27 (41%) | 39 (64%) |
| Deaths | 0 | 0 |
| Withdrawals Due to Adverse Events | 4 (6.1%) | 7 (11.5%) |

[a] Results of efficacy analyses are for the evaluable-patient
    population, except as indicated.
[b] $p = 0.0056$, ANOVA
[c] Difference between gabapentin 1200 mg/day and placebo
[d] $p = 0.0018$, ANOVA with treatment-by-center interaction
[e] $p = 0.043$, Fisher's Exact Test, two-sided
* $p < 0.05$

\NDA\CI-945\REG3325A.SUM

Confidential

The adjusted mean RRatio and responder rate were significantly better for gabapentin-treated patients than for placebo-treated patients. The majority of adverse events in both treatment groups were mild to moderate in intensity. The most frequently occurring adverse events were somnolence (15%), fatigue (13%), dizziness (7%), and weight increase (7%) in the gabapentin group and headache (9%), dizziness (5%), and somnolence (5%) in the placebo group. There was no indication that serum concentrations of concurrent AEDs were influenced by treatment with gabapentin. Clinical laboratory deviations were comparable in both treatment groups, indicating that gabapentin is not associated with changes in laboratory parameters.

The data from Study 877-210P indicate that:

- Gabapentin, at a dosage of 1200 mg/day as add-on therapy, is well tolerated, safe, and effective in the treatment of refractory patients with partial seizures.

## 3.4.2. Study 945-5: Double-Blind Efficacy, Safety, and Dose-Response in Partial Seizures

Study 945-5 demonstrated the safety, efficacy, and dose-response characteristics of gabapentin administered as add-on therapy at dosages of 600, 1200, and 1800 mg/day. The protocol specified 1200 mg/day as the dosage for efficacy analysis, and all dosages were included in the dose-response analysis

A total of 306 patients entered the study, 53 of whom were randomized to gabapentin 600 mg/day, 101 to gabapentin 1200 mg/day, 54 to gabapentin 1800 mg/day, and 98 to placebo. There were no significant differences in patient characteristics among treatment groups. Data for 268 patients were evaluable for efficacy, while data for all 306 patients were included in the safety evaluations.

\NDA\CI-945\REG3325A.SUM