RR-REG 959-00017     52
Gabapentin
Capsules

Results of primary efficacy analyses and safety evaluations are found in
Table 6.

TABLE 6.  Study 945-5:  Results of Primary Efficacy Analyses[a] and
          Safety Evaluations

| Variable | Placebo | Gabapentin | | |
|---|---|---|---|---|
| | | 600 mg/day | 1200 mg/day | 1800 mg/day |
| **EFFICACY ANALYSES** | | | | |
| N | 87 | 46 | 87 | 48 |
| **Response Ratio** | | | | |
| Mean | -0.041 | -0.126 | -0.117 | -0.228 |
| SEM | 0.023 | 0.040 | 0.027 | 0.036 |
| Median | -0.032 | -0.139 | -0.111 | -0.190 |
| Adjusted Mean (ANOVA) | -0.034 | -0.156 | -0.108[b] | -0.237 |
| 95% Confidence Interval[c] | | -0.216, -0.027 | -0.157, 0.009 | -0.297, -0.108 |
| Intent-to-Treat Analysis | | | | |
| N | 97 | 51 | 98 | 54 |
| Mean | -0.022 | -0.105 | -0.103[d]* | -0.222 |
| **Responder Rate** | | | | |
| Number (%) Responders | 8 (9.2) | 9 (19.6) | 15 (17.2)* | 12 (25.0) |
| 95% Confidence Interval[c] | | -2.6, 23.3 | -1.9, 18.0 | -2.1, 29.5 |
| **Percent Change from Baseline** | | | | |
| Mean | 1.0 | 24.1 | -11.1 | -31.3 |
| Standard Deviation | 48.0 | 297.3 | 49.6 | 30.4 |
| Median | -6.2 | -24.3 | -20.0 | -31.9 |
| 95% Confidence Interval[c] (Median PCH) | | -28.5, -2.1 | -22.2, -0.5 | -37.6, -14.5 |
| **SAFETY EVALUATIONS** | | | | |
| N | 98 | 53 | 101 | 54 |
| Number (%) of Patients With AEs | 72 (73.5) | 46 (86.8) | 89 (88.1) | 49 (90.7) |
| Deaths | 0 | 0 | 0 | 0 |
| Withdrawals Due to Adverse Events | 1 (1.0) | 3 (5.7) | 2 (2.0) | 2 (3.7) |

SEM = Standard error of the mean
[a] Results of efficacy analyses are for the evaluable-patient population, except as
    indicated.
[b] p = 0.081, ANOVA, contrast gabapentin 1200 mg/day vs. placebo, two-sided
[c] Difference between gabapentin dosage and placebo
[d] p = 0.028, Wilcoxon test
* p = 0.178, Fisher's Exact test, difference between gabapentin 1200 mg/day and placebo,
    two-sided
* p <0.05

Confidential

RR-REG 959-00017                    53
Gabapentin
Capsules

The adjusted mean RRatio was more favorable for the gabapentin
1200 mg/day group than for the placebo group, although the difference
was not statistically significant. Additional analyses of the
dose-response groups (not required by the protocol) showed statistically
significant differences (favoring gabapentin) in the adjusted mean
RRatio between the gabapentin 600 mg/day group and the placebo group
(p = 0.012) and between the gabapentin 1800 mg/day group and the placebo
group (p <0.001). The lower response in the gabapentin 1200 mg/day
group compared with the other gabapentin treatment groups could not be
accounted for by any single factor. There were, however, several slight
differences in patient characteristics between the gabapentin
1200 mg/day group and the other two gabapentin groups that, taken
together, could indicate that the patients in the gabapentin 1200 mg/day
group were more resistant to therapy.

Data from one center (Center 12) were excluded from the
evaluable-patient analyses because there was concern that they might be
unreliable. An analysis of the adjusted mean RRatio performed prior to
the exclusion of the data from Center 12 showed a statistically
significant difference between the gabapentin 1200 mg/day group and
placebo group (p = 0.0234). In addition, the mean and median for the
RRatio prior to and after the exclusion of these data were similar,
suggesting that the loss of statistical significance was due only to a
decrease in the sample size. The intent-to-treat analysis (which
included the data from Center 12) demonstrated a significant difference
between the mean RRatio for the gabapentin 1200 mg/day group and the
placebo group (p = 0.028, Wilcoxon test).

The responder rate for evaluable patients in the 1200 mg/day group was
17%, compared with 9% for the placebo group (p = 0.178). The responder
rate for the gabapentin 1800 mg/day group (25%) was greater than that
for the gabapentin 600 mg/day (20%) and for the 1200 mg/day (17%)
groups, suggesting a better effect with the higher dosage.

:\NDA\CI-945\REG3325A.SUM

Pfizer_LAlphs_0084558

RR-REG 959-00017                    54
Gabapentin
Capsules

There were no dose-related effects on the rate of occurrence of adverse
events, and the majority of adverse events were mild or moderate in
intensity. The most frequently occurring adverse events in patients
receiving gabapentin were somnolence (25%), ataxia (21%), and dizziness
(23%); while in the placebo group, nystagmus (15%), somnolence (12%),
ataxia (12%), and headache (12%) were the most frequent. There was no
indication that the serum concentrations of concurrent AEDs were
influenced by treatment with gabapentin, and there were no clinical
laboratory parameters that showed consistent trends in patients
receiving gabapentin.

The data from Study 945-5 indicate that:

* Gabapentin at dosages of 600, 1200, and 1800 mg/day as add-on
  therapy is well tolerated, safe, and effective for treatment of
  partial seizures in refractory patients. While there is a
  dose-response trend overall, dosages of 600 and 1800 mg/day are more
  effective than 1200 mg/day.

### 3.4.3.  Study 945-6:  Double-Blind Efficacy, Safety, and Dose-Response in Partial Seizures

Study 945-6 demonstrated the safety, efficacy, and dose-response
characteristics of gabapentin administered as add-on therapy at dosages
of 900 and 1200 mg/day. The protocol specified 900 mg/day as the dosage
for efficacy analysis.

A total of 272 patients entered the double-blind phase. One hundred
eleven patients, 63 men and 48 women with a mean age of 32 years
(range:              years) were randomly assigned to gabapentin
900 mg/day; 52 patients, 32 men and 20 women with a mean age of 34 years
(range:              years), were randomly assigned to gabapentin
1200 mg/day; and 109 patients, 57 men and 52 women with a mean age of

\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlpha_0084559

304

RR-REG 959-00017                55
Gabapentin
Capsules

32 years (range:            years), were randomly assigned to
placebo.  The data for 245 patients were evaluable for efficacy, while
data from all 272 patients were analyzed for safety.

The results of primary efficacy analyses and safety evaluations are
presented in Table 7.

NDA\C1-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    56
Gabapentin
Capsules

TABLE 7.  Study 945-6:  Results of Primary Efficacy Analyses[a] and
           Safety Evaluations

| Variable | Placebo | Gabapentin | |
|---|---|---|---|
| | | 900 mg/day | 1200 mg/day |
| **EFFICACY ANALYSES** | | | |
| N | 99 | 96 | 50 |
| **Response Ratio** | | | |
| Mean | -0.028 | -0.154 | -0.185 |
| Standard Error | 0.022 | 0.026 | 0.047 |
| Median | -0.002 | -0.122 | -0.098 |
| Adjusted Mean (ANOVA) | -0.025 | -0.136[b*] | -0.157 |
| 95% Confidence Interval[c] | | -0.188, -0.035 | -0.225, -0.039 |
| Intent-to-Treat Analysis | | | |
| N | 105 | 107 | 52 |
| Mean | -0.017 | -0.138[d*] | -0.184 |
| **Responder Rate** | | | |
| Number (%) Responders | 10 (10.1) | 22 (22.9)[e*] | 14 (28.0) |
| 95% Confidence Interval[c] | | 2.5, 23.1 | 4.1, 31.7 |
| **Percent Change from Baseline** | | | |
| Mean | 4.9 | -16.4 | -15.9 |
| Standard Deviation | 53.8 | 53.7 | 52.1 |
| Median | -0.3 | -21.8 | -17.8 |
| 95% Confidence Interval[c] | | -30.9, -10.1 | -37.3, -6.9 |
| **SAFETY EVALUATIONS** | | | |
| N | 109 | 111 | 52 |
| Number (%) of Patients With Adverse Events | 57 (52.3) | 76 (68.5) | 33 (63.5) |
| Deaths | 0 | 1[f] | 0 |
| Withdrawals Due to Adverse Events | 4 (3.7) | 9 (8.1) | 2 (3.8) |

[a] Efficacy results are those for the evaluable-patient population, except as indicated.
[b] p = 0.0046, ANOVA, contrast gabapentin 900 mg/day vs placebo, two-sided
[c] Difference between gabapentin dosage and placebo
[d] p = 0.0002, Wilcoxon test
[e] p = 0.0200, Fisher's Exact test, difference between gabapentin 900 mg/day and
         placebo, two-sided
[f] The patient died as a result of a seizure, 54 days after discontinuing study
     medication.
[*] p <0.05

The adjusted mean RRatio and the responder rate were significantly more
favorable for the gabapentin 900 mg/day group than for the placebo
group.  Patients in the gabapentin 1200 mg/day group showed improved
seizure control compared with the placebo group.  However, results of

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlpha_0084561

RR-REG 959-00017                    57
Gabapentin
Capsules

efficacy analyses for this group did not clearly demonstrate a better
response than that experienced by patients in the 900 mg/day group.

The majority of adverse events were of mild or moderate intensity.  In
the gabapentin treatment groups the most frequently reported adverse
events were somnolence (in 19% of patients), dizziness (18%), and
fatigue (10%), while in the placebo group the most frequently reported
adverse events were somnolence (12%), nausea and/or vomiting (9%), and
dizziness (8%).  There was one death in the gabapentin 900 mg/day group;
the patient died as a result of a seizure occurring 54 days after the
discontinuation of gabapentin therapy.  Results of clinical laboratory
tests did not reveal any medically important trends, and there was no
indication that gabapentin affected serum concentrations of concurrent
AEDs.

The results of Study 945-6 indicate that:

• Gabapentin, at dosages of 900 and 1200 mg/day, is safe, well
  tolerated, and effective as add-on therapy in the treatment of
  partial seizures in refractory patients.  Efficacy results did not
  clearly demonstrate a dose-response relationship.

3.4.4.  Study 945-9/10: Double-Blind Efficacy, Safety, Dose-Response,
        and Gabapentin CSF Concentrations in Partial Seizures

Studies 945-9 and 945-10 were conducted using the same protocol as Study
945-6.  Although the intention was to analyze these studies separately,
data from the two studies were combined due the small number of
patients.  No power calculations were performed to determine sample
sizes.  Therefore, statistical analyses were considered exploratory, and
firm conclusions regarding efficacy cannot be drawn from the results.
However, the results contribute data for combined analyses and support
the findings of the principal controlled studies.

NDA\CI-945\REG33Z5A.SUM

Confidential

Pfizer_LAlphs_0084562

RR-REG 959-00017                          58
Gabapentin
Capsules

A total of 87 patients entered the double-blind phase.  Thirty-six
patients, 14 men and 22 women with a mean age of 38 years
(range:              years), were randomly assigned to gabapentin
900 mg/day; 17 patients, 7 men and 10 women with a mean age of 41 years
(range:              years), were randomly assigned to gabapentin
1200 mg/day; and 34 patients, 21 men and 13 women with a mean age of
35 years (range:              years), were randomly assigned to
placebo.  The data from 79 patients were evaluable for efficacy, while
data for all 87 patients were analyzed for safety.

The results of primary efficacy analyses and safety evaluations appear
in Table 8.

):\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017  59
Gabapentin
Capsules

TABLE 8. Study 945-9/10:  Results of Primary Efficacy Analyses[a] and
         Safety Evaluations

| Variable | Placebo | Gabapentin | |
|---|---|---|---|
| | | 900 mg/day | 1200 mg/day |
| **EFFICACY ANALYSES** | | | |
| N | 30 | 32 | 17 |
| **Response Ratio** | | | |
| Mean | -0.033 | -0.088 | -0.265 |
| Standard Error | 0.048 | 0.042 | 0.056 |
| Median | -0.063 | -0.087 | -0.167 |
| Adjusted Mean (ANOVA) | -0.022 | -0.088[b] | -0.252 |
| 95% Confidence Interval[c] | | -0.191, 0.056 | -0.379, -0.085 |
| Intent-to-Treat Analysis | | | |
| N | 33 | 33 | 17 |
| Mean | -0.044 | -0.103[d] | -0.265 |
| **Responder Rate** | | | |
| Number (%) Responders | 4 (13.3) | 4 (12.5)[e] | 5 (29.4) |
| 95% Confidence Interval[c] | | -17.55, 15.88 | -8.76, 40.92 |
| **Percent Change from Baseline** | | | |
| Mean | 11.0 | -7.6 | -37.5 |
| Standard Deviation | 77.7 | 42.9 | 25.7 |
| Median | -11.9 | -16.0 | -28.7 |
| 95% Confidence Interval[c] | | -26.96, 14.53 | -52.41, -8.47 |
| **SAFETY EVALUATIONS** | | | |
| N | 34 | 36 | 17 |
| Number (%) of Patients With Adverse Events | 17 (50.0) | 24 (66.7) | 13 (76.5) |
| Deaths | 0 | 0 | 0 |
| Withdrawals Due to Adverse Events | 2 (5.9) | 3 (8.3) | 1 (5.9) |

[a] Efficacy results are those for the evaluable-patient population, except as indicated.
[b] p = 0.29, ANOVA, contrast gabapentin 900 mg/day vs placebo, two-sided
[c] Difference between gabapentin dosage and placebo
[d] p = 0.46, Wilcoxon test
[e] p = 1.00, Fisher's Exact test, difference between gabapentin 900 mg/day and placebo, two-sided

The adjusted mean RRatio was slightly more favorable in the gabapentin
900 mg/day group than in the placebo group, although the difference was
not statistically significant.  Similarly, the responder rates in the
gabapentin 900 mg/day and placebo groups were both approximately 13%.

:\NDA\CI-945\REG3325A.SUM

RR-REG 959-00017                   60
Gabapentin
Capsules

Gabapentin 1200 mg/day appeared more beneficial than both placebo and
gabapentin 900 mg/day.

Most of the adverse events were of mild or moderate intensity. The most
frequently reported adverse events were nystagmus (in 15% of patients),
somnolence (13%), and ataxia (11%) in the gabapentin treatment groups
and fatigue (9%) and dizziness (9%) in the placebo group. Clinical
laboratory results were not considered to reflect any medically
important trends, and there was no evidence that serum concentrations of
concurrent AEDs were affected by gabapentin treatment.

The results of Study 945-9/10 indicate that:

- Gabapentin, administered as add-on therapy at dosages of 900 and
  1200 mg/day is well tolerated and safe. It appears that 1200 mg/day
  of gabapentin is effective in reducing seizure frequency, while
  900 mg/day of gabapentin shows marginal efficacy compared with
  placebo. Because of the small number of patients in these studies,
  firm conclusions regarding efficacy cannot be drawn from the
  results.

3.5.  Effect of Gabapentin on Primary Efficacy Parameters: Comparison
      Across Studies and Analysis of Combined Data

The effect of gabapentin on the primary efficacy parameters was compared
across each of the three principal placebo-controlled studies and
analyzed using combined data from all five controlled studies.

:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    61
Gabapentin
Capsules

## 3.5.1.  Response Ratio

### 3.5.1.1.  Efficacy

Table 9 presents results of RRatio for the dosage selected for efficacy
comparison in each study.  The adjusted mean RRatio was decreased
(improved) in each study for patients who received gabapentin at the
efficacy dosage, compared with placebo.  The difference between
treatment groups was statistically significant in the analysis of
evaluable-patient data in Studies 877-210P and 945-6, and in the
intent-to-treat analysis in all three studies.  An analysis of combined
data for evaluable patients from all five placebo-controlled studies
also showed statistically significant differences in favor of gabapentin
treatment.

Confidential

RR-REG 959-00017
Gabapentin
Capsules

62

TABLE 9. Statistical Comparisons of RRatio for Efficacy Dosages in Placebo-Controlled Studies

| Study/ Analysis | Efficacy Dosage (mg/day) | Mean RRatio | | p-Value |
|---|---|---|---|---|
| | | Placebo | Gabapentin | |
| 877-210P | 1200 | | | |
| Evaluable[a] | | -0.060 | -0.192 | 0.0056 |
| Intent-to-Treat[b] | | -0.040 | -0.204 | 0.0018 |
| 945-5 | 1200 | | | |
| Evaluable[a] | | -0.034 | -0.108 | 0.081 |
| Intent-to-Treat[c] | | -0.022 | -0.103 | 0.028 |
| 945-6 | 900 | | | |
| Evaluable[a] | | -0.024 | -0.139 | 0.0038 |
| Intent-to-Treat[c] | | -0.017 | -0.138 | 0.0002 |
| 945-9/10 | 900 | | | |
| Evaluable[a] | | -0.022 | -0.088 | 0.29 |
| Intent-to-Treat[c] | | -0.044 | -0.103 | 0.46 |
| All Controlled Studies | 900 or 1200 | | | |
| Evaluable[a,d] | | -0.039 | 900:  -0.132  1200:  -0.172 | <0.001 |

[a] Adjusted mean RRatio, ANOVA with treatment-by-center interaction
[b] Mean RRatio, ANOVA with treatment-by-center interaction
[c] Mean RRatio, Wilcoxon test
[d] ANOVA with treatment and protocol as factors

3.5.1.2. Dose Response

Using combined data, the difference in mean RRatio between placebo and gabapentin treatment (gabapentin minus placebo) was calculated for each dosage level. Figure 2 presents these results, along with 95% confidence intervals. The estimated contrast points demonstrate a negative (improved) dose-effect progression and none of the ranges encompass zero, indicating that gabapentin treatment results in dose-related seizure reduction in refractory patients. In addition, a linear regression of daily dose (mg/day) on RRatio was significant and gave a negative slope (p = 0.0001, $r^2 = 0.046$).

D:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084567

63

RR-REG 959-00017
Gabapentin
Capsules



FIGURE 2.  Difference in Mean RRatio (Gabapentin-Placebo) and
95% Confidence Intervals:  Combined Data

In the density curve estimate of response ratio, which appears in
Figure 3, placebo patients tended to be symmetrically distributed around
zero (no effect on seizure control relative to baseline).  Meanwhile,
the peaks for all gabapentin groups were shifted to the left of zero,
indicating a reduction in seizure frequency relative to baseline.  In
addition, patients in the gabapentin treatment groups showed a greater
improvement in seizure control (smaller RRatio) relative to placebo, as
demonstrated by the fact that the curves for all gabapentin groups are
shifted to the left of the curve for placebo patients.  The figure also
reveals that the proportion of patients who were responders (whose
values fall to the left of the -0.33 reference line) is greater in each
of the gabapentin treatment groups than in the placebo group.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084568



NR-REG 959-00017
Gabapentin
Capsules



FIGURE 3.    Density Curve of Response Ratio:    All Placebo-Controlled Studies Combined

TREATMENT NO:

——— PLACEBO (277)
— — GBP 1200MG (206)

----- GBP 600MG (46)
---·- GBP 1800MG (48)

----- GBP 900MG (128)

RESPONSE RATIO

U:\WDA\CL-945\REG3325A.SUM

Confidential

RR-REG 959-00017
Gabapentin
Capsules

65

## 3.5.2. Response

The analysis of responder rate also demonstrated improvement for
patients who received gabapentin in each of the three primary
placebo-controlled studies (Figure 4). In the analysis of combined
data, responder rates were consistently higher for patients who received
any dosage of gabapentin compared with those who received placebo, and a
dose-response trend was evident. In the 1200 mg/day group, which was
the largest group and comparable in size to the placebo group, the
responder rate was more than twice the rate seen in the placebo group.



FIGURE 4. Responder Rate in Placebo-Controlled Studies

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlpha_0084570

RR-REG 959-00017                66
Gabapentin
Capsules

## 3.6.   Subset Analyses

### 3.6.I.   Analyses by Type of Partial Seizure

The mean RRatio was analyzed for all seizures, and for four types of
partial seizures: simple partial, complex partial, partial seizures
secondarily generalized, and partial seizures not secondarily
generalized.  While simple partial, complex partial, and partial
seizures secondarily generalized represent distinct types of seizures,
the other two categories are actually combinations of the three
elementary types.  Partial seizures not secondarily generalized includes
both simple and complex partial seizures, while all seizures includes
all three elementary partial seizure types as well as all other types of
seizures reported (e.g., tonic-clonic, absence, myoclonic). The results
for mean RRatio by seizure type for combined data from all controlled
studies are presented in Figure 5.

DA\CI-945\REG3325A.SUM

RR-REG 959-00017                      67
Gabapentin
Capsules



FIGURE 5.  Mean Response Ratio in All Placebo-Controlled Studies by
           Seizure Type

The mean RRatio was consistently improved for all gabapentin treatment
groups compared to placebo for all seizure types and for all seizures.
Results indicate that gabapentin is particularly effective in
controlling complex partial seizures and partial seizures secondarily
generalized, which are particularly troublesome to patients and also
difficult to treat.

3.6.2.  Analyses by Patient Characteristics

Using the combined data, RRatio was calculated for subsets of the
patient population by duration of epilepsy, sex, number of concurrent
AEDs, Broca Index, baseline partial seizure frequency, age, dose of
gabapentin in mg/kg, etiology, and intolerance to the four most
frequently used AEDs.

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    68
Gabapentin
Capsules

In each subset, mean RRatio was decreased (improved) for nearly all of
the gabapentin dosage groups compared with placebo, consistent with the
results seen in the overall population of these studies.  In all
gabapentin dosage groups, women had a more favorable response to
gabapentin than men.  There was no consistent pattern indicating that
any of the other subgroups had a particularly favorable or unfavorable
response to gabapentin therapy.

The uniformity of the effect of gabapentin is especially important in
the subsets of patients who could not tolerate therapeutic dosages of
the four most frequently used AEDs (carbamazepine, valproate, phenytoin,
and phenobarbital).  In this analysis, patients were considered
intolerant if they had discontinued one or more of these drugs in the
past year due to side effects or lack of efficacy/side effects, or if
they had moderate to severe symptoms related to these drugs within the
past 5 years.  This population, determined retrospectively from the
Medication History section of the Case Report Form, comprised 119 (28%)
of the 428 patients with evaluable data who received gabapentin, and
61 (22%) of the 277 patients with evaluable data who received placebo.
Results of RRatio for the subsets of patients intolerant to the four
most frequently used AEDs, presented in Figure 6, indicate that patients
who cannot tolerate therapeutic dosages of currently available AEDs
respond to any dosage of gabapentin compared with placebo.  This effect
is particularly strong among patients intolerant to carbamazepine or
phenytoin.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084575

RR-REG 959-0OO17    69
Gabapentin
Capsules



FIGURE 6.    Response Ratio by Intolerance to AEDs:  All Placebo-
Controlled Studies Combined

## 3.7. Global Evaluation by Patient and Investigator

In Study 877-210P global evaluations by the patient and the investigator
were made on the basis of seizure control, while in the other four
controlled studies evaluations were made on the basis of activities of
daily living.  Results of global evaluations are presented graphically
in Figure 7.  In each of the three principal studies, the percentage of
patients rating themselves as improved relative to baseline was
significantly higher (p <0.05, Chi-square test) for patients receiving
gabapentin than for those receiving placebo.  In Studies 877-210P and
945-6 the investigator's evaluations showed a significantly higher
percentage of patients improving in the gabapentin groups than in the
placebo groups.

U:\NDA\CI-945\REG3325A.SUM

RR-REG 959-00017                     70
Gabapentin
Capsules



FIGURE 7.  Global Evaluation in Placebo-Controlled Studies

3.8.  Conclusions:  Controlled Studies in Patients With Partial Seizures

- Gabapentin is safe and well tolerated when administered at dosages
  between 600 and 1800 mg/day as add-on therapy in the treatment of
  partial seizures in refractory patients.

- Gabapentin is effective in the treatment of partial seizures when
  administered as add-on therapy in this patient population, as
  demonstrated by results for RRatio, PCH, and responder rate in three
  placebo-controlled studies.  The reduction in seizure frequency in
  patients receiving gabapentin was statistically significant in the
  evaluable-patient population in two of the three principal studies,
  and in the intent-to-treat analysis in all three principal studies.

- The efficacy of gabapentin is dose-related over the range of 600 to
  1800 mg/day.  The recommended adult dosage is 900 to 1200 mg/day.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084575

RR-REG 959-00017                    71
Gabapentin
Capsules

- The efficacy of gabapentin is clinically important and consistent across studies conducted within and outside the United States, and across subsets of the patient population. Most significantly, patients intolerant to the four most frequently prescribed AEDs respond to gabapentin therapy at all dosages tested. Gabapentin is particularly effective in complex partial seizures and partial seizures secondarily generalized.

- Gabapentin is a clinically important anticonvulsant, as demonstrated by global evaluations by patients and investigators. A higher percentage of patients receiving gabapentin note improvement relative to baseline than patients who receive placebo. Improvement in gabapentin patients is also noted by the physicians.

## 4.  UNCONTROLLED CLINICAL STUDIES IN PATIENTS WITH EPILEPSY

### 4.1.  Short-Term, Open-Label Studies

Four short-term, open-label studies (945-5X, 945-6X, 945-9X, and 945-10X) provided evidence to support the conclusion that gabapentin is effective as add-on therapy in the treatment of refractory patients with partial seizures and demonstrated that this efficacy is maintained for treatment periods of up to 24 weeks.(12-14)

These studies were 12-week, open-label extensions of four of the double-blind studies. In these studies, patients who had received placebo during the corresponding double-blind phase began gabapentin treatment, and are referred to as the placebo/gabapentin group. Patients who had received gabapentin in the double-blind phase continued gabapentin therapy in these studies, and are referred to as the gabapentin/gabapentin group.

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    72
Gabapentin
Capsules

### 4.1.1. Methodology

#### 4.1.1.1. Patient Selection and Treatment

At the end of the 12-week, double-blind phase, patients could begin
open-label treatment with gabapentin if they had not experienced any
serious or intolerable adverse events attributable to study treatment.
Patients withdrawn from study drug prior to the end of the double-blind
phase could reenter the study at the beginning of the open-label phase.
In Study 945-5X, adjustments in gabapentin dose were made in the range
of 600 to 2400 mg/day at the discretion of the investigator.  In
Studies 945-6X and 945-9/10X, the dosage was adjusted in the range of
600 to 1800 mg/day.

#### 4.1.1.2. Efficacy Parameters

In the short-term, open-label extensions, the primary and secondary
efficacy parameters were the same as those used in the double-blind
studies, except that global evaluations were not performed in these
studies.

#### 4.1.1.3. Statistical Methodology

Data were included in the efficacy analyses for all patients who had a
documented seizure diary of at least 56 days each in the baseline,
double-blind, and open-label phases, and who received at least 56 days
each of treatment in the double-blind and open-label phases.

Descriptive statistics were performed for primary and secondary efficacy
parameters. Mean, standard error of the mean (SEM), median, minimum,
and maximum values by treatment group were provided for RRatio; standard
deviation was used in place of SEM for seizure frequency and PCH.
Frequencies were provided for response.

U:\NDA\CI-945\REG3325A.SUM

Gabapentin
Capsules

### 4.1.2.  Patient Characteristics

A total of 582 patients entered the three short-term, open-label
extensions.  Patient characteristics were comparable across studies and
treatment groups.  Most patients were white and aged 12 to 67 years. The
median duration of epilepsy ranged from 18 to 24 years across studies,
and baseline seizure frequency ranged from              seizures per
28 days.  The majority of patients in all studies were receiving
two concurrent AEDs.  Within each study, patient characteristics for the
total population were comparable with those of the evaluable-patient
population.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084578

RR-REG 959-00017                    74
Gabapentin
Capsules

### 4.1.3.  Individual Study Summaries

A total of 295 patients entered Study 945-5X.  Ninety-six patients
(67 males and 29 females) with a mean age of 34 years (range:
    years) had received placebo in the double-blind phase, while
199 patients (126 males and 73 females) with a mean age of 35 years
(range:        years) had received gabapentin.  Data for 257 (87%) o
the patients were evaluable for efficacy.

Results for the primary efficacy parameters are presented in Table 10.
As can be seen from the data, for patients in the placebo/gabapentin
group, results of all three primary efficacy parameters improved
substantially from double-blind (placebo) to open-label treatment with
gabapentin.  For patients in the gabapentin/gabapentin group, the
response to gabapentin treatment that had been established in the
double-blind phase was maintained during open-label treatment.

TABLE 10.  Study 945-5X:  Summary of Primary Efficacy Parameters

| Variable | Placebo/Gabapentin, N = 83 | | Gabapentin/Gabapentin, N = 178 | |
|---|---|---|---|---|
| | Double-Blind Phase[a] | Open-Label Phase | Double-Blind Phase[a] | Open-Label Phase |
| **Response Ratio** | | | | |
| Mean (SEM) | -0.024  (0.023) | -0.191  (0.028) | -0.139  (0.019) | -0.136  (0.021) |
| Median | -0.032 | -0.163 | -0.124 | -0.083 |
| **Responder Rate** | | | | |
| Number (%) of Responders | 7  (8.4) | 22  (26.5) | 33  (19.0) | 36  (20.1) |
| **Percent Change From Baseline** | | | | |
| Median | -6.2 | -28.0 | -22.1 | -15.3 |
| **Dose (mg/day)[b]** | | | | |
| Mean | NA | 1891.6 | NA | 1930.5 |

NA = Not applicable for double-blind phase
SEM = Standard error of the mean
[a]  All dosage groups combined
[b]  Mean dose for evaluable patients during open-label phase, based on last dose in
     treatment period

U:\NDA\CI-945\REG3325A.SUM

A total of 215 patients entered Study 945-6X. Eighty-six patients (47 males and 39 females) with a mean age of 34 years (range: years) had received placebo in the double-blind phase, while 129 patients (73 males and 56 females) with a mean age of 33 years (range: years) had received gabapentin. Data for 174 (81%) of the patients were evaluable for efficacy.

Results for the primary efficacy parameters are presented in Table 11. For patients in the placebo/gabapentin group, results of primary efficacy parameters showed substantial improvement from double-blind to open-label treatment. Results for the gabapentin/gabapentin group were also improved in the open-label phase, compared with double-blind.

TABLE 11.  Study 945-6X:  Summary of Primary Efficacy Parameters

| Variable | Placebo/Gabapentin, N = 72 | | Gabapentin/Gabapentin, N = 102 | |
|---|---|---|---|---|
|  | Double-Blind Phase[a] | Open-Label Phase | Double-Blind Phase[a] | Open-Label Phase |
| **Response Ratio** | | | | |
| Mean (SEM) | -0.049  (0.024) | -0.130  (0.039) | -0.172  (0.028) | -0.210  (0.032) |
| Median | -0.022 | -0.115 | -0.100 | -0.158 |
| **Responder Rate** | | | | |
| Number (%) of Responders | 9  (12.5) | 14  (19.4) | 25  (24.5) | 29  (28.4) |
| **Percent Change From Baseline** | | | | |
| Median | -4.2 | -20.7 | -18.2 | -27.2 |
| **Dose (mg/day)[b]** | | | | |
| Mean | NA | 1064.0 | NA | 1172.9 |

NA = Not applicable for double-blind phase
SEM = Standard error of the mean
[a]  All dosage groups combined
[b]  Mean dose for all patients, based on highest dose during last week of therapy

Confidential                                                                    Pfizer_LAlphs_0084580

RR-REG 959-00017
Gabapentin
Capsules

76

A total of 72 patients entered Study 945-9X/10X.  Thirty patients
(18 males and 12 females) with a mean age of 35 years (range:
    years) had received placebo in the double-blind phase, while
42 patients (17 males and 25 females) with a mean age of 38 years
(range:          years) had received gabapentin.  Data for 57 (79%) of
the patients were evaluable for efficacy.

Results for the primary efficacy parameters are presented in Table 12.
For patients in both the placebo/gabapentin group and the
gabapentin/gabapentin group, values for all three primary efficacy
parameters improved from double-blind to open-label treatment.  In the
open-label phase, values were more favorable for patients in the
gabapentin/gabapentin group than for patients in the placebo/gabapentin
group.

TABLE 12.  Study 945-9X/10X:  Summary of Primary Efficacy Parameters

| Variable | Placebo/Gabapentin, N = 24 | | Gabapentin/Gabapentin, N = 33 | |
|---|---|---|---|---|
| | Double-Blind Phase[a] | Open-Label Phase | Double-Blind Phase[a] | Open-Label Phase |
| **RRatio** | | | | |
| Mean (SEM) | -0.035 (0.049) | -0.134 (0.048) | -0.208 (0.044) | -0.242 (0.050) |
| Median | -0.065 | -0.104 | -0.167 | -0.202 |
| **Responder Rate** | | | | |
| Number (%) of Responders | 2 (8.3) | 4 (16.7) | 8 (24.2) | 13 (39.4) |
| **Percent Change From Baseline** | | | | |
| Median | -12.2 | -18.9 | -28.7 | -33.6 |
| **Dose (mg/day)[b]** | | | | |
| Mean | NA | 1490.0 | NA | 1390.5 |

NA = Not applicable for double-blind phase
SEM = Standard error of the mean
[a]  All dosage groups combined
[b]  Mean dose for all patients during open-label phase, based on highest dose during
     last week of therapy

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlpha_0084581

RR-REG 959-00017                    77
Gabapentin
Capsules

## 4.1.4.  Effect of Gabapentin on Primary Efficacy Parameters:  Comparison Across Studies

Results for mean RRatio and responder rate from each of the short-term open-label studies are displayed graphically in Figures 8 and 9. Consistently across studies, for patients in the placebo/gabapentin groups, values for mean RRatio and responder rate improved substantially from double-blind placebo treatment to open-label treatment with gabapentin.  These differences are similar to those seen in the double-blind phase between groups receiving placebo and those receiving gabapentin and support the conclusion that gabapentin is effective as add-on therapy in improving control of partial seizures in refractory patients.

For patients in the gabapentin/gabapentin groups, values for both parameters improved slightly from double-blind to open-label treatment with gabapentin in Studies 945-6X and 945-9X/10X.  In Study 945-5X, values were approximately the same in both phases.  These results demonstrate that the efficacy of gabapentin is maintained over treatment periods of up to 24 weeks.

D:\NDA\CI-945\REG3325A.SUM

Pfizer_LAlphs_0084582



FIGURE 8.  Mean RRatios:  Short-Term, Open-Label Studies



FIGURE 9.  Responder Rate:  Short-Term, Open-Label Studies

U:\NDA\CT-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084585

RR-REG 959-00017                    79
Gabapentin
Capsules

### 4.1.5.  Conclusions Regarding Efficacy:  Short-Term, Open-Label Studies

- The population of patients treated with placebo during the
  double-blind phase showed an improvement in seizure control with the
  initiation of gabapentin treatment in the open-label phase.  These
  results support the conclusion that gabapentin is effective as add-on
  therapy in improving the control of partial seizures in refractory
  patients.

- Efficacy results for the patient population that had shown
  improvement after 12 weeks of gabapentin treatment in the
  double-blind phase indicate that efficacy is maintained for these
  patients for treatment periods up to 24 weeks.

### 4.2.  Long-Term, Open-Label Studies

### 4.2.1.  Introduction

Five long-term, open-label studies (877-210PX, 945-13, 945-14, 945-15,
and 945-16) provided evidence to support the conclusion that gabapentin
is effective as add-on therapy in the treatment of refractory patients
with partial seizures and demonstrated that this efficacy is maintained
for periods of 12 to 18 months.(15-19)

### 4.2.2.  Methodology

### 4.2.2.1.  Study Design and Patient Selection and Treatment

Patients entered Study 877-210PX from the double-blind phase of
Study 877-210P and thus were a mixed population of patients either
continuing or initiating gabapentin therapy in this long-term,
open-label phase.  Patients entering Studies 945-13 and 945-14 were
continuing gabapentin therapy, having responded to treatment in one of

U:\NDA\CI-945\REG3325A.SUM

RR–REG 959-00017                    80
Gabapentin
Capsules

the four short-term, open-label studies. Two long-term, open-label
safety studies (945-15 and 945-16) enrolled patients who had not
participated in any previous studies and thus were initiating gabapentin
therapy.

In order to continue gabapentin therapy in the long-term, open-label
extensions (Studies 877-210PX, 945-13, and 945-14), patients must have
demonstrated improvement in seizure management with gabapentin therapy
in the preceding studies. The entry criteria applied for these patients
prior to entering the corresponding double-blind phase are described in
Section 3.2.2. of this document. Similar criteria were applied for
patients entering the long-term, open-label safety studies (945-15 and
945-16), with the exception that patients who had only generalized
seizures were allowed to enter these studies.

## 4.2.2.2.  Efficacy Parameters

In the long-term, open-label studies the primary and secondary efficacy
parameters were the same as those used in the controlled studies, as
described in Section 3.2.3. of this document. In addition to these
parameters, withdrawals due to lack of efficacy or seizure exacerbation
were analyzed in all studies except 877-210P.

## 4.2.2.3.  Statistical Methodology

For efficacy analyses in the long-term, open-label extensions, the
baseline was that established in the 84-day baseline phase of the
preceding double-blind study. In the long-term, open-label safety
studies (Studies 945-15 and 945-16), baseline was the 56-day period
prior to beginning gabapentin therapy. In all of these studies, the
open-label phase was divided into treatment periods of 84 days starting
with the first day of open-label treatment. A patient's data were
evaluable for a given period if that patient had at least 56 days of

U:\NDA\CT-945\REG3325A.SUM

RR-REG 959-00017                    81
Gabapentin
Capsules

documented seizure diary during baseline (42 days in the long-term
safety studies), at least 56 days of documented seizure diary during the
84-day treatment period, and at least 56 days of gabapentin treatment
during the 84-day period. Days of documented diary and days of
gabapentin treatment did not have to coincide within the treatment
period.

Efficacy analyses were performed for each treatment period compared with
baseline for all patients and for subpopulations of patients who
remained in the studies for extended periods of time, i.e., patients
with at least 56 days of gabapentin treatment during each of the first
two, three, four, or six 84-day periods. The purpose of analyzing data
for these subpopulations was to eliminate any bias in the estimations of
efficacy variables due to withdrawals, i.e., a changing population with
time.

4.2.3.  Patient Characteristics

A total of 774 patients participated in the five long-term, open-label
studies. Patient characteristics were comparable across studies, and
characteristics for the total population in each study were similar to
those for the evaluable-patient population. The majority of patients
were receiving two concurrent AEDs.

4.2.4.  Individual Study Summaries

Study 877-210PX enrolled 88 patients (40 males and 48 females) with a
mean age of 31 years (range:        years). Data for 80 patients
were evaluated for efficacy. Results for mean RRatio for the
evaluable-patient population and for the three-period subpopulation are
shown in Table 13. For all patients with evaluable data (evaluable
patients), the mean RRatio improved slightly over time from -0.209 in
Period 1 to -0.240 in Period 4. Results for median PCH and responder

Confidential

RR–REG 959–00017                    82
Gabapentin
Capsules

rate paralleled those for RRatio. For the subpopulation of patients
with sufficient treatment in each of the first three 84–day treatment
periods, values for mean RRatio were –0.234 or better in each period.
These results indicate that the efficacy of gabapentin is maintained
during long-term treatment. Results of secondary efficacy parameters
supported this finding.

TABLE 13.   Study 877–210PX:   Mean Response Ratio by Treatment Period

| | Period 1 (1–84) | Period 2 (85–168) | Period 3 (169–252) | Period 4 (253–336) | Period 5 (337–420) | Period 6 (421–504) | Period 7 (505–588) |
|---|---|---|---|---|---|---|---|
| **All Patients** | | | | | | | |
| Number (%) Entering Period | 88 (100.0) | 77 (87.5) | 62 (70.4) | 37 (42.0) | 17 (19.3) | 2 (2.3) | 1 (1.1) |
| N | 79 | 61 | 45 | 25 | 6 | 0 | 0 |
| Mean RRatio | –0.209 | –0.217 | –0.234 | –0.240 | –0.260 | | |
| SEM | 0.029 | 0.041 | 0.048 | 0.068 | 0.110 | | |
| **Three–Period Subpopulation** | | | | | | | |
| N | 44 | 43 | 45 | | | | |
| Mean RRatio | –0.262 | –0.237 | –0.234 | | | | |
| SEM | 0.039 | 0.046 | 0.048 | | | | |

N   = Number of patients with data evaluable for each treatment period
SEM = Standard error of the mean
Note:  Mean dose not calculated since protocol specified a 1200 mg/day dosage

Study 945–13 enrolled 240 patients (161 males and 79 females) with a
mean age of 35 years (range:         years), and data for 217 patients
were included in the efficacy analyses. Results for mean RRatio are
summarized in Table 14. For all evaluable patients, the mean RRatio
improved over time from –0.226 in Period 1 to –0.409 in Period 7.
Results for median PCH and responder rate also improved over time,
supporting the conclusion that the efficacy of gabapentin is maintained
during long-term treatment. Values for mean RRatio also improved over
time for patients with sufficient treatment in the first four and the
first six 84–day periods, indicating that efficacy is maintained during
long-term therapy for these subpopulations. Results of secondary
efficacy criteria supported the findings of primary analyses.

U:\NDA\CI–945\REG3325A.SUM

Confidential

REG 959-00017
Gabapentin Capsules

U:\NDA\CI-945\REG33256A.SUM

## TABLE 14.  Study 945-13:  Mean Response Ratio by Treatment Period

| Study Days: | Period 1 (1-84) | Period 2 (85-168) | Period 3 (169-252) | Period 4 (253-336) | Period 5 (337-420) | Period 6 (421-504) | Period 7 (505-588) | Period 8 (589-672) | Period 9 (673-756) | Period 10 (757-841) |
|---|---|---|---|---|---|---|---|---|---|---|
| **All Patients** | | | | | | | | | | |
| Number (%) Entering Period | 240 (100.0) | 201 (83.8) | 164 (68.3) | 141 (58.8) | 111 (46.2) | 91 (37.9) | 77 (32.1) | 57 (23.8) | 27 (11.2) | 1 (0.4) |
| N* | 203 | 142 | 127 | 99 | 89 | 73 | 58 | 33 | 7 | 0 |
| Mean Dose* | 2096 | 2150 | 2194 | 2203 | 2229 | 2200 | 2217 | 2191 | 2143 | - |
| Mean Ratio | -0.226 | -0.227 | -0.259 | -0.350 | -0.359 | -0.345 | -0.409 | -0.476 | -0.554 | - |
| SEM | 0.021 | 0.029 | 0.029 | 0.035 | 0.037 | 0.044 | 0.051 | 0.069 | 0.165 | - |
| **Two-Period Subpopulation** | | | | | | | | | | |
| N | 143 | 142 | | | | | | | | |
| Mean Ratio | -0.248 | -0.227 | | | | | | | | |
| SEM | 0.021 | 0.029 | | | | | | | | |
| **Four-Period Subpopulation** | | | | | | | | | | |
| N | 100 | 100 | 100 | 99 | | | | | | |
| Mean Ratio | -0.240 | -0.240 | -0.293 | -0.350 | | | | | | |
| SEM | 0.025 | 0.029 | 0.033 | 0.035 | | | | | | |
| **Six-Period Subpopulation** | | | | | | | | | | |
| N | 73 | 73 | 73 | 73 | 73 | 73 | | | | |
| Mean Ratio | -0.273 | -0.273 | -0.333 | -0.399 | -0.410 | -0.345 | | | | |
| SEM | 0.037 | 0.041 | 0.038 | 0.038 | 0.039 | 0.044 | | | | |

* SEM = Standard error of the mean
* Number of evaluable patients in each treatment period
* Mean dose (mg/day) for evaluable patients based on last dose in treatment period

Confidential

Pfizer_LAlpha_0084588

RR-REG 959-00017            84
Gabapentin
Capsules

Study 945-14 enrolled a total of 203 patients (115 males and 88 females)
with a mean age of 35 years (range:          years), and data for
157 patients were evaluable for at least one efficacy-analysis period.
Results for RRatio are presented in Table 15. In the analysis of data
for all evaluable patients, the mean RRatio in each 84-day treatment
period ranged from -0.216 through -0.338 and in each treatment period at
least 35% of patients were responders. Similar results were obtained
for analyses by subpopulations. These data indicate that the efficacy
of gabapentin is maintained during long-term therapy. Results of
secondary efficacy analyses supported this conclusion.

J:\NDA\CI-945\RE63325A.SUM

Confidential

REG 959-00017
Gabapentin
Capsules

### TABLE 15.  Study 945-14:  Mean Response Ratio by Treatment Period

| Study days: | Period 1 (1-84) | Period 2 (85-168) | Period 3 (169-252) | Period 4 (253-336) | Period 5 (337-420) | Period 6 (421-504) | Period 7 (505-588) | Period 8 (589-672) | Period 9 (673-756) | Period 10 (757-841) |
|---|---|---|---|---|---|---|---|---|---|---|
| **All Patients** | | | | | | | | | | |
| Number (%) Entering Period | 195 (100.0) | 150 (76.9) | 137 (70.3) | 115 (59.0) | 97 (49.7) | 80 (41.0) | 55 (28.2) | 33 (16.9) | 19 (9.7) | 8 (4.1) |
| N [a] | 167 | 141 | 119 | 102 | 84 | 60 | 37 | 20 | 12 | 3 |
| Mean Dose [b] | 1283 | 1288 | 1329 | 1347 | 1334 | 1278 | 1376 | 1500 | 1725 | 2200 |
| Mean RRatio | -0.254 | -0.240 | -0.286 | -0.338 | -0.323 | -0.222 | -0.238 | -0.216 | -0.249 | -0.258 |
| SEM | 0.029 | 0.032 | 0.036 | 0.037 | 0.045 | 0.048 | 0.063 | 0.086 | 0.143 | 0.404 |
| **Two-Period Subpopulation** | | | | | | | | | | |
| N | 140 | | | | | | | | | |
| Mean RRatio | -0.262 | -0.240 | | | | | | | | |
| SEM | 0.031 | 0.032 | | | | | | | | |
| **Four-Period Subpopulation** | | | | | | | | | | |
| N | 105 | 104 | 102 | 102 | | | | | | |
| Mean RRatio | -0.281 | -0.277 | -0.302 | -0.338 | | | | | | |
| SEM | 0.036 | 0.036 | 0.040 | 0.037 | | | | | | |
| **Six-Period Subpopulation** | | | | | | | | | | |
| N | 62 | 62 | 61 | 61 | 62 | 60 | | | | |
| Mean RRatio | -0.229 | -0.246 | -0.243 | -0.263 | -0.267 | -0.222 | | | | |
| SEM | 0.046 | 0.049 | 0.055 | 0.049 | 0.051 | 0.048 | | | | |

SEM = Standard error of the mean
[a] number of evaluable patients in each treatment period
[b] Mean dose (mg/day) for evaluable patients based on last dose in treatment period

Confidential

RR-REG 959-00017                86
Gabapentin
Capsules

Study 945-15 enrolled 217 patients (115 males and 102 females) with a
mean age of 33 years (range:                years).  Data for 173 patients
were included in efficacy analyses for at least one period, and 155 of
these patients had partial seizures.  Results for mean RRatio analyzed
for partial seizures appear in Table 16.  For all evaluable patients the
mean RRatio for partial seizures improved from -0.127 in Period 1 to
-0.359 in Period 4.  Similar trends were seen for PCH and responder
rate.  For patients in the two-period and four-period subpopulations,
the mean RRatio for partial seizures improved over time.  These results,
which were supported by the results of the secondary analyses, indicate
that the efficacy of gabapentin is maintained during long-term therapy.

Confidential                                                    Pfizer_LAlphs_0084591