NB-REG 959-00017
Gabapentin
Capsules

87

TABLE 16.  Study 945-15:  Mean Response Ratio Analyzed For Partial Seizures by Treatment Period

| Study days: | Period 1 (1-84) | Period 2 (85-168) | Period 3 (169-252) | Period 4 (253-336) | Period 5 (337-420) | Period 6 (421-504) | Period 7 (505-588) | Period 8 (589-672) |
|---|---|---|---|---|---|---|---|---|
| **All Patients** | | | | | | | | |
| Number (%) Entering Period[a] | 217 (100.0) | 142 (65.4) | 74 (34.1) | 43 (19.8) | 28 (12.9) | 17 (7.8) | 10 (4.6) | 3 (1.4) |
| N[b] | 155 | 67 | 35 | 22 | 15 | 9 | 3 | 0 |
| Mean Dose[c] | 1889 | 2090 | 2209 | 2307 | 2337 | 2370 | 2400 | - |
| Mean Ratio | -0.127 | -0.209 | -0.256 | -0.359 | -0.259 | -0.224 | -0.379 | - |
| SEM | 0.026 | 0.048 | 0.076 | 0.087 | 0.074 | 0.123 | 0.112 | - |
| **Two-Period Subpopulation** | | | | | | | | |
| N | 69 | 67 | | | | | | |
| Mean Ratio | -0.155 | -0.209 | | | | | | |
| SEM | 0.043 | 0.048 | | | | | | |
| **Four-Period Subpopulation** | | | | | | | | |
| N | 22 | 22 | 22 | 22 | | | | |
| Mean Ratio | -0.291 | -0.349 | -0.319 | -0.359 | | | | |
| SEM | 0.065 | 0.090 | 0.046 | 0.087 | | | | |

SEM = Standard error of the mean
[a] Total number of patients entering period, regardless of seizure type
[b] Number of evaluable patients with partial seizures
[c] Mean dose (mg/day) for evaluable patients, based on last dose in treatment period

U:\NDA\C1-845\NE833250.SAM

Confidential

Pfizer_LAlphs_0084592

RR-REG 959-00017                88
Gabapentin
Capsules

Study 945-16 enrolled 63 patients (35 males and 28 females) with a mean age of 26 years (range:          years). A total of 59 patients had data evaluable for at least one treatment period, and 36 of these patients had partial seizures. Results for mean RRatio analyzed for partial seizures appear in Table 17. For all evaluable patients, the mean RRatio for partial seizures improved from Period 1 to later periods. Results for median PCH and responder rate paralleled these results. It is impossible to draw firm conclusions from the data, as the small number of evaluable patients makes interpretation difficult. However, the results lend support to the findings of other long-term studies that efficacy is maintained over long-term treatment with gabapentin.

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017
Gabapentin
Capsules

89

TABLE 17. Study 945-16:  Mean Response Ratio Analyzed For Partial Seizures by Treatment Period

| Study days: | Period 1 (1-84) | Period 2 (85-168) | Period 3 (169-252) | Period 4 (253-336) | Period 5 (337-420) | Period 6 (421-504) | Period 7 (505-588) | Period 8 (589-672) |
|---|---|---|---|---|---|---|---|---|
| **All Patients** | | | | | | | | |
| Number (E) Entering Period [a] | 63 | 58 | 48 | 34 | 25 | 13 | 8 | 8 |
| | (100.0) | (92.1) | (76.2) | (54.0) | (39.7) | (20.6) | (12.7) | (6.3) |
| N [b] | 36 | 29 | 18 | 13 | 10 | 8 | 5 | 0 |
| Mean Dose [c] | 1314 | 1309 | 1322 | 1362 | 1550 | 1500 | 1000 | - |
| Mean RRatio | -0.019 | -0.179 | -0.191 | -0.185 | -0.271 | -0.353 | -0.371 | - |
| SEM | 0.069 | 0.090 | 0.085 | 0.167 | 0.142 | 0.136 | 0.160 | - |
| **Two-Period Subpopulation** | | | | | | | | |
| N | 29 | 29 | | | | | | |
| Mean RRatio | -0.006 | -0.179 | | | | | | |
| SEM | 0.081 | 0.090 | | | | | | |
| **Four-Period Subpopulation** | | | | | | | | |
| N | 12 | 13 | 11 | 13 | | | | |
| Mean RRatio | -0.072 | -0.296 | -0.205 | -0.185 | | | | |
| SEM | 0.104 | 0.137 | 0.089 | 0.167 | | | | |

SEM = Standard error of the mean
[a] Total number of patients entering period, regardless of seizure type
[b] Number of evaluable patients with partial seizures
[c] Mean dose (mg/day) for evaluable patients, based on last dose in treatment period

Confidential

Pfizer_LAlphs_0084594

RR-REG 959-00017                    90
Gabapentin
Capsules

## 4.2.5. Effect of Gabapentin on Primary Efficacy Parameters: Discussion of Results and Comparison Across Studies

In Studies 945-15 and 945-16, in which all patients were initiating gabapentin therapy for the first time, the mean RRatio tended to decrease (improve) over time. The mean RRatio also improved over time in two of the open-label extensions, Studies 877-210PX and 945-13. Although improvement in the mean RRatio was not consistent over time in Study 945-14, values remained within the range of -0.216 to -0.338 in all treatment periods. These results, which are displayed in Figure 10, indicate that the efficacy of gabapentin is maintained over time for these patient populations. Values for responder rate and median PCH paralleled those for RRatio and support this conclusion.

The above results are based on data for all patients. Patients who failed to respond to gabapentin therapy withdrew from the studies, and this may account, at least in part, for the gradual improvement in mean RRatio over time. In order to more accurately assess trends in a stable population, RRatio was analyzed for subpopulations of patients who remained in the studies for extended periods of time (two, four, and six periods, corresponding to 6, 12, and 18 months). In general, these populations comprise selected groups of patients responding well to gabapentin therapy. Results for mean RRatio for these subpopulations are presented in Figure 11. Results of analyses for the three-period subpopulation in Study 877-210PX are not included here, since they do not coincide precisely with the periods analyzed in the other four long-term, open-label studies.

U:\NDA\CI-945\REG3325A.SUM

Confidential

REG 959-00017
Gabapentin
Capsules



FIGURE 10.  Mean Response Ratio Over Time:  Long-Term, Open-Label Studies

U:\MDA\C1-945\REG33254.SUM

Confidential

Pfizer_LAlphs_0084596

RR-REG 959-00017          92
Gabapentin
Capsules



FIGURE 11.   RRatio Over Time, by Subpopulation

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                     93
Gabapentin
Capsules

In the long-term extensions (945-13 and 945-14), for the two-period
subpopulation, the mean RRatio remained essentially unchanged from the
first period to the second. However, the mean RRatio decreased for the
two-period subpopulation in the long-term safety studies (945-15 and
945-16), possibly reflecting improvement with the initiation of
gabapentin therapy in these patients not previously exposed to the drug.

In the subpopulations with a longer duration of exposure, results for
the mean RRatio indicated that the efficacy of gabapentin was maintained
over four to six treatment periods (12 to 18 months). In the long-term
safety studies, values for mean RRatio for the four-period subpopulation
ranged between -0.072 and -0.359, although the small number of patients
contributing data to the analyses (between 11 and 22 in each treatment
period) makes interpretation of the results difficult. In
Studies 945-13 and 945-14, for the four-period subpopulation, the mean
RRatio remained in the range of -0.240 to -0.350 and tended to decrease
(improve) over time. A similar pattern was seen in the six-period
subpopulation, where the mean RRatio ranged from -0.222 to -0.410.

In order to determine whether efficacy was maintained over time for
individual patients, values for RRatio in each period were examined for
patients who were responders (RRatio $\leq$ -0.33) in Period 1 or Period 2
and had evaluable data in at least one subsequent treatment period.
Results indicated that the majority of these patients remained
responders in all subsequent periods, supporting the conclusion that the
efficacy of gabapentin is maintained over time not only for populations
of patients, but also on an individual basis.

4.2.6.  Global Evaluations

In each of the five long-term studies, global evaluations of improvement
relative to baseline were made by the patient and the investigator at

J:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                94
Gabapentin
Capsules

each clinic visit.  Results from the final visit before data cutoff in
each study are displayed in Figure 12.

Results of global evaluations show that 29% to 51% of patients rated
themselves as improved while receiving gabapentin relative to baseline.
Investigators rated 21% to 45% of their patients as improved.



FIGURE 12.   Global Evaluations at Final Visit:   Long-Term, Open-Label
             Studies

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    95
Gabapentin
Capsules

## 4.2.7.  Withdrawals Due to Lack of Efficacy

The distribution of withdrawals due to lack of efficacy in long-term
studies is presented in Table 18 by treatment period. For comparison,
the number of patients withdrawing for all other reasons in each period
is also shown.  To facilitate presentation, data from studies conducted
under similar protocols (long-term extensions, long-term safety studies)
have been combined.  Withdrawals due to lack of efficacy were not
analyzed for Study B77-210P because the reason for withdrawal was not
solicited on the Case Report Form, and therefore was reported only
sporadically.

The majority of withdrawals occurred during the first three to five
treatment periods, with the highest incidence occurring in the third
through fifth periods.

Confidential

RR-REG 959-00017                    96
Gabapentin
Capsules

TABLE 1B.  Distribution of Withdrawals Due to Lack of Efficacy
[Number (%) of Patients]

| Study/ Period (Days) | Entered the Interval[a] | Withdrew During the Interval Due to Lack of Efficacy[b] | Withdrew During the Interval For Other Reasons[b] |
|---|---|---|---|
| **945-13 and 945-14** | | | |
| Period 1 (1-84) | 443 (100.0) | 13 (2.9) | 48 (10.8) |
| Period 2 (85-168) | 359 (81.0) | 16 (4.5) | 8 (2.2) |
| Period 3 (169-252) | 309 (69.8) | 21 (6.8) | 11 (3.6) |
| Period 4 (253-336) | 264 (59.6) | 21 (8.0) | 10 (3.8) |
| Period 5 (337-420) | 215 (48.5) | 18 (8.4) | 3 (1.4) |
| Period 6 (421-504) | 178 (40.2) | 7 (3.9) | 2 (1.1) |
| Period 7 (505-588) | 133 (30.0) | 5 (3.8) | 2 (1.5) |
| Period 8 (589-672) | 90 (20.3) | 4 (4.4) | 2 (2.2) |
| Period 9 (673-756) | 46 (10.4) | 3 (6.5) | 1 (2.2) |
| Period 10 (757-840) | 9 (2.0) | 0 (0.0) | 0 (0.0) |
| Period 11 (841-925) | 3 (0.7) | 0 (0.0) | 0 (0.0) |
| | | | |
| **945-15 and 945-16** | | | |
| Period 1 (1-84) | 280 (100.0) | 4 (1.4) | 11 (3.9) |
| Period 2 (85-168) | 200 (71.4) | 15 (7.5) | 6 (3.0) |
| Period 3 (169-252) | 122 (43.6) | 13 (10.7) | 2 (1.6) |
| Period 4 (253-336) | 77 (27.5) | 5 (6.5) | 3 (3.9) |
| Period 5 (337-420) | 53 (18.9) | 3 (5.7) | 0 (0.0) |
| Period 6 (421-504) | 30 (10.7) | 2 (6.7) | 1 (3.3) |
| Period 7 (505-588) | 18 (6.4) | 1 (5.6) | 1 (5.6) |
| Period 8 (589-672) | 7 (2.5) | 1 (14.3) | 0 (0.0) |

[a] Percentage indicates percent of patients entering the studies.
[b] Percentage indicates percent of patients entering the period.

There was a concern that, in practice, the term "lack of efficacy" might
have been applied imprecisely as a reason for withdrawal and that
patients experiencing good seizure control, or the investigators, might
have been influenced by other factors in making subjective judgements
about efficacy.  Thus, values for the RRatio were compared for patients
withdrawing due to lack of efficacy and for all other patients.  Values
examined for each patient were those for the last period in which the
patient's data were evaluable.  Results of the comparison revealed that
in each study, for the group of patients withdrawing due to lack of
efficacy, the mean RRatio was consistently poor (>-0.100) and strikingly
less favorable than the mean RRatio for all other patients.  These

U:\NDA\CI-945\REG3325A.SUN

Pfizer_LAlphs_0084601

RR-REG 959-00017                    97
Gabapentin
Capsules

results confirm that patients were appropriately withdrawn for lack of
efficacy.

The distribution of patients withdrawing due to lack of efficacy was
also analyzed by seizure type.  Patients having more than one seizure
type were tallied for each type.  The percentage of patients with each
type of partial seizure who withdrew due to lack of efficacy was
comparable to the percentage of patients with that seizure type in the
potential efficacy population, indicating that no specific seizure type
was singularly unresponsive nor exacerbated by gabapentin treatment.

4.2.8.  <u>Conclusions Regarding Efficacy:  Long-Term, Open-Label Studies</u>

- The efficacy of gabapentin is maintained over periods of 12 to
  18 months in refractory patients with partial seizures.

- In global evaluations, improvement is noted by patients receiving
  long-term gabapentin therapy, and by their physicians.

- Results for withdrawals due to lack of efficacy indicate that
  physicians are able to identify those patients for whom gabapentin is
  not effective and withdraw them only from treatment as appropriate.

5.  <u>SAFETY SUMMARY</u>

5.1.  <u>Introduction</u>

Gabapentin was demonstrated to be safe and remarkably well tolerated in
35 clinical pharmacology and 35 clinical studies involving
1797 participants, 1748 of whom received gabapentin.  Gabapentin was
administered as add-on therapy to 1205 refractory patients with
epilepsy, and as monotherapy to 396 subjects, 102 patients with
spasticity, and 45 patients with migraine.  For summarization purposes,

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    97
Gabapentin
Capsules

results confirm that patients were appropriately withdrawn for lack of
efficacy.

The distribution of patients withdrawing due to lack of efficacy was
also analyzed by seizure type. Patients having more than one seizure
type were tallied for each type. The percentage of patients with each
type of partial seizure who withdrew due to lack of efficacy was
comparable to the percentage of patients with that seizure type in the
potential efficacy population, indicating that no specific seizure type
was singularly unresponsive nor exacerbated by gabapentin treatment.

4.2.8.  Conclusions Regarding Efficacy: Long-Term, Open-Label Studies

- The efficacy of gabapentin is maintained over periods of 12 to
  18 months in refractory patients with partial seizures.

- In global evaluations, improvement is noted by patients receiving
  long-term gabapentin therapy, and by their physicians.

- Results for withdrawals due to lack of efficacy indicate that
  physicians are able to identify those patients for whom gabapentin is
  not effective and withdraw them only from treatment as appropriate.

5.  SAFETY SUMMARY

5.1.  Introduction

Gabapentin was demonstrated to be safe and remarkably well tolerated in
35 clinical pharmacology and 35 clinical studies involving
1797 participants, 1748 of whom received gabapentin. Gabapentin was
administered as add-on therapy to 1205 refractory patients with
epilepsy, and as monotherapy to 396 subjects, 102 patients with
spasticity, and 45 patients with migraine. For summarization purposes,

U:\NDA\CI-945\REG3325A.SUM

RR-REG 959-00017                    98
Gabapentin
Capsules

two major groupings of data were created: a Clinical Pharmacology
Safety Database and a Clinical Safety Database. The safety of
gabapentin was assessed based on information entered into the databases
concerning adverse events and results of clinical laboratory tests.
Findings of other measures of safety, as summarized in individual
research reports, were also examined.

## 5.2. Clinical Pharmacology Studies

### 5.2.1. Participant Population: Demographics and Extent of Exposure to Gabapentin

Adverse event data and demographic information for the 355 subjects,
55 subjects with renal dysfunction, and 52 patients with epilepsy who
participated in 35 clinical pharmacology studies were included in the
Clinical Pharmacology Safety Database.

A total of 410 subjects (89%) and 52 patients (11%) entered the clinical
pharmacology studies. Participants [312 men (68%), 150 women (32%)]
were predominantly white (68%), although race was not specified for
24% of the participants. The mean age was 36 (range:
    years), and the mean Broca Index was 1.13. Patients were generally
taking at least one concurrent antiepileptic drug (AED).

Participants could receive placebo alone, gabapentin alone, gabapentin
in combination with other drugs, or other drugs alone. The distribution
of subjects and patients by study drug(s) is shown in Table 19. Due to
study designs, participants may appear in more than one column.

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                99
Gabapentin
Capsules

TABLE 19.    Clinical Pharmacology Safety Database:  Number of
             Subjects and Patients by Study Drug(s)

|  | Total N | Placebo | Gabapentin | | | Other Drugs[a] |
|---|---|---|---|---|---|---|
|  |  |  | Alone | With Other Drugs[a] | Total[b] |  |
| Subjects | 410 | 28 | 396 | 77 | 396 | 57 |
| Patients With Epilepsy | 52[d] | 0 | 3 | 49 | 52 | 49 |
| Total | 462 | 28 | 399 | 126 | 448 | 106 |

[a] Carbamazepine, valproate, phenytoin, phenobarbital, primidone, clonazepam, ethosuximide, cimetidine, norleutrin, probenecid, or Maalox
[b] Numbers in this column reflect what occurred during all phases and are not derived from adding the numbers in the two previous columns.
[c] Other drugs alone or with gabapentin; does not include participants taking probenecid or Maalox.
[d] Seven of these patients also participated in one clinical study and are included in the clinical safety database.

Of the 462 participants in clinical pharmacology studies, 396 subjects
and 52 patients received gabapentin either as single doses (10 mg
through 1600 mg) or as multiple dosages (600 mg/day through
4800 mg/day).  Of the remaining 14 subjects, eight received only placebo
and six received only phenytoin.  Of the 448 participants who received
gabapentin, 319 (71%) received gabapentin for periods through 7 days,
87 (19%) received gabapentin for periods through 14 days, and 38 (8%)
for periods through 28 days.  Most participants received single
gabapentin doses up to 400 mg.  The longest exposure to gabapentin was
at doses up to 400 mg for periods through 446 days.

5.2.2.  Summary of Adverse Events

All adverse events experienced by study participants were recorded on
Case Report Forms by the study investigators.  For summarization,
investigators' terms were converted to preferred terminology by
Parke-Davis, using a modified COSTART dictionary.  In tallying the

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084605

RR-REG 959-00017                    100
Gabapentin
Capsules

number and percent of participants experiencing each adverse event, a
participant was counted only once during each treatment, regardless of
the number of times the subject or patient may have experienced the same
adverse event.

Gabapentin was well tolerated by subjects and patients participating in
clinical pharmacology studies.  Among participants receiving gabapentin
in clinical pharmacology studies, adverse events were experienced by 67%
of the 396 subjects and by 75% of the 52 patients with epilepsy.
Because the frequency of adverse events for subjects and patients was
similar, data for all participants were combined for summarization.

Table 20 is a summary by study medication(s) of adverse events that
occurred in at least 1% of all participants who received gabapentin in
clinical pharmacology studies.  The frequency of adverse events in each
body system is also shown.  In the table, data for patients receiving
gabapentin include adverse events that occurred while patients were
receiving either gabapentin alone or gabapentin in combination with
other drugs.  The body systems most frequently affected following the
administration of gabapentin were the nervous system (48% of
participants), body as a whole (30%), and digestive system (15%).
Adverse events occurring most frequently in these patients were
dizziness (34%), somnolence (22%), headache (16%), and fatigue (15%).

U:\MDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017
Gabapentin
Capsules

101

TABLE 20 - Summary of Adverse Events Occurring in ≥1% of Those Receiving Gabapentin During Clinical Pharmacology Studies, by Medication(s) and Body System
[Number (%) of Participants]
(Page 1 of 2)

| BODY SYSTEM Adverse Event[a] | Placebo N = 28 | Gabapentin[b] N = 448 | Other Drugs Alone N = 106[c] |
|---|---|---|---|
| BODY AS A WHOLE | 13 (46.4) | 135 (30.1) | 19 (17.5) |
| Headache | 9 (32.1) | 70 (15.6) | 11 (10.4) |
| Fatigue | 9 (32.1) | 67 (15.0) | 9 (8.5) |
| Asthenia | 1 (3.6) | 8 (1.8) | 0 (0.0) |
| Cala Feeling | 0 (0.0) | 5 (1.1) | 0 (0.0) |
| CARDIOVASCULAR SYSTEM | 2 (7.1) | 13 (2.9) | 0 (0.0) |
| Vasodilatation | 2 (7.1) | 7 (1.6) | 0 (0.0) |
| DIGESTIVE SYSTEM | 8 (28.6) | 66 (14.5) | 13 (12.3) |
| Nausea and/or Vomiting | 4 (14.3) | 24 (5.4) | 6 (5.7) |
| Mouth or Throat Dry | 0 (0.0) | 14 (3.1) | 1 (0.9) |
| Flatulence | 1 (3.6) | 11 (2.5) | 3 (2.8) |
| Abdominal Pain | 0 (0.0) | 9 (2.0) | 0 (0.0) |
| Dyspepsia | 1 (3.6) | 7 (1.8) | 0 (0.0) |
| Diarrhea | 2 (7.1) | 10 (2.2) | 2 (1.9) |
| HEMIC AND LYMPHATIC SYSTEMS | 0 (0.0) | 1 (0.2) | 1 (0.9) |
| MUSCULOSKELETAL SYSTEM | 0 (0.0) | 6 (1.3) | 4 (3.8) |
| Myalgia | 0 (0.0) | 5 (1.1) | 2 (1.9) |
| NERVOUS SYSTEM | 5 (17.9) | 217 (48.4) | 10 (9.4) |
| Dizziness | 1 (3.6) | 153 (34.2) | 3 (2.8) |
| Somnolence | 3 (10.7) | 97 (21.7) | 5 (4.7) |
| Ataxia | 1 (3.6) | 18 (4.0) | 1 (0.9) |
| Confusion | 0 (0.0) | 22 (4.9) | 0 (0.0) |
| Insomnia | 0 (0.0) | 12 (2.7) | 1 (0.9) |
| Coordination Abnormal | 0 (0.0) | 8 (1.8) | 0 (0.0) |
| Dysarthria | 0 (0.0) | 6 (1.3) | 0 (0.0) |
| Paresthesia | 0 (0.0) | 6 (1.3) | 0 (0.0) |

[a] COSTART preferred term
[b] Gabapentin alone or in combination with other drugs
[c] Twelve participants also received antipyrine; however, no adverse events occurred while taking it.

U:\HDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084607

RR-REG 959-0OO17                    102
Gabapentin
Capsules

TABLE 20.  Summary of Adverse Events Occurring in ≥1% of Those
            Receiving Gabapentin During Clinical Pharmacology
            Studies, by Medication(s) and Body System
                [Number (%) of Participants]
                    (Page 2 of 2)

| BODY SYSTEM Adverse Event[c] | Placebo N = 28 | | Gabapentin[b] N = 448 | | Other Drugs Alone N = 106[c] | |
|---|---|---|---|---|---|---|
| PSYCHOBIOLOGIC FUNCTION | 1 | (3.6) | 49 | (10.9) | 7 | (6.6) |
| Thinking Abnormal | 1 | (3.6) | 27 | (6.0) | 4 | (3.8) |
| RESPIRATORY SYSTEM | 3 | (10.7) | 21 | (4.7) | 6 | (5.7) |
| Rhinitis | 2 | (7.1) | 7 | (1.6) | 4 | (3.8) |
| SKIN AND APPENDAGES | 1 | (3.6) | 9 | (2.0) | 2 | (1.9) |
| UROGENITAL SYSTEM | 1 | (3.6) | 13 | (2.9) | 8 | (7.5) |
| SPECIAL SENSES | 5 | (17.9) | 33 | (7.4) | 3 | (2.8) |
| Vision Abnormal | 0 | (0.0) | 6 | (1.3) | 0 | (0.0) |
| LABORATORY DEVIATIONS | 0 | (0.0) | 2 | (0.4) | 0 | (0.0) |
| Total Number (%) of Participants With ≥1 Adverse Event | 15 | (53.6) | 287 | (64.1) | 43 | (40.6) |

[a]  COSTART preferred term
[b]  Gabapentin-alone or in combination with other drugs
[c]  Twelve participants also received antipyrine; however, no adverse events
     occurred while taking it.


Four studies were conducted using progressively increasing gabapentin
doses to investigate the relationship between the frequency of adverse
events and dose.  Although the frequency of adverse events tended to
increase at higher dose levels, this was not consistent in all studies.

No unusual or unexpected adverse events were reported.  One serious
adverse event, acute renal failure and anuria, occurred in a subject who
had renal insufficiency due to preexisting Schönlein-Hennoch purpura.

5.2.3.  Clinical Laboratory Results

Clinical laboratory evaluations were performed during 33 of the
35 clinical pharmacology studies.  In general, clinical laboratory
deviations were sporadic, resolved spontaneously, and were not
considered drug related or clinically important.

U:\NDA\CI-945\REG3325A.SUM

RR-REG 959-00017                    I04
Gabapentin
Capsules


## 5.3. Clinical Studies

### 5.3.1. Patients Contributing Data to the Clinical Safety Database

Data from 1342 of the 1435 patients who participated in 35 clinical
studies are contained in the Clinical Safety Database, as summarized in
Table 21 by type and design of study and by study drug(s).


TABLE 21.   Clinical Safety Database:  Number of Patients With
            Epilepsy, Spasticity, or Migraine by Study Drug(s)

| TYPE OF STUDY/ Design of Study | PBO Only | PBO + GBP | GBP Only | Total in Studies | Total in Database |
|---|---|---|---|---|---|
| **EPILEPSY** | | | | | |
| Placebo-Controlled | 307 | -- | 485 | 792 | 792 |
| Uncontrolled | 4[a] | 4 | 1546[b] | 1554[c] | 1550 |
| EPILEPSY (All Studies) | 35 | 272 | 888 | 1195 | 1195 |
| SPASTICITY | 51[a] | 53 | 49 | 153 | 102 |
| MIGRAINE | 42[a] | — | 45 | _87_ | 45 |
| | | | | TOTAL: 1435 | |

| TOTAL IN DATABASE: | PBO Only | Gabapentin (Total) | |
|---|---|---|---|
| | 35 | 1307 | TOTAL: 1342 |

PBO = Placebo
GBP = Gabapentin
[a] Data for these patients are not included in the clinical safety database; however,
deaths, withdrawals, and serious or clinically important adverse events are
reported for these patients in Section 5.4.
[b] Seven of these patients also participated in a clinical pharmacology study and are
included in the clinical pharmacology safety database.
[c] Patients could participate in more than one study and thus may be counted multiple
times; 1078 patients actually participated in uncontrolled studies in patients with
epilepsy.


In the table, PBO + GBP designates those patients who received both
placebo and gabapentin in the same study or patients who received
placebo in an initial study and went on to receive gabapentin in a later
open-label study.  The database contains data collected for patients
while they were receiving gabapentin during any clinical study submitted
for this NDA, as well as data collected for patients while they were
receiving placebo in controlled studies in patients with epilepsy.   Data

U:\NDA\CI-945\REG3325A.SUM

Confidential

105

**354**

for 93 patients who received only placebo in studies in spasticity or migraine are not summarized in this document, but are included in the individual research reports. Data collected for four patients while they were receiving placebo in an uncontrolled study in epilepsy are not included in the database; but data collected for these same patients while they were receiving gabapentin in a later study are included.

Of the patients contributing data, 1195 had epilepsy, 102 had spasticity, and 45 had migraine. A total of 1307 received gabapentin, while 35 received only placebo in controlled studies in patients with epilepsy. Seven patients had previously participated in a clinical pharmacology study and are included in the clinical pharmacology database, but are counted once in overall patient totals.

Totals shown for uncontrolled studies in patients with epilepsy (second row) reflect the fact that patients with epilepsy could participate in more than one uncontrolled study. Because patients were counted once for each study they entered, the total N for uncontrolled studies in epilepsy exceeds the actual number of patients who participated in all studies (third row).

5.3.2.  <u>Overall Extent of Exposure to Gabapentin</u>

The extent of patient exposure to gabapentin in clinical studies was determined based upon data in the Clinical Safety Database. Dosages given for at least 1 week during titration to optimal dosages were counted in total exposure to drug.

Of the 1307 patients who received at least one dose of gabapentin, 1160 had epilepsy, 102 had spasticity, and 45 had migraine. Overall, 352 (27%) of the patients received gabapentin for at least 1 year, 108 (8%) for at least 2 years, and 17 (1%) for at least 3 years. Patient exposure to gabapentin by duration and dosage is shown in Table 22. The 1307 patients were exposed to a total of 51,241

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    106
Gabapentin
Capsules

patient-weeks (approximately 985 patient-years) of therapy with
gabapentin at total daily doses ranging from 300 mg through 3600 mg,
administered most often as a TID dosing regimen. The majority of the
exposure was at 1200, 1800, or 2400 mg/day.

U:\NDA\CI-945\REG3325A.SUM

Confidential                                                              Pfizer_LAlphs_0084611

RR-REG 959-00017
Gabapentin
Capsules

107

TABLE 22.   Clinical Safety Database:   Summary of Patient Exposure to Placebo or Gabapentin[a], by Duration and Dosage

| Length of Treatment | Placebo | Gabapentin (mg/day) | | | | | | | Any GBP[a] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 300 | 600 | 900 | 1200 | 1800 | 2400 | 3600[b] | |
| One Dose - ≤1 Day | 1 | 197 | 511 | 54 | 26 | 39 | 22 | 1 | 13 |
| >1 Day - ≤1 Week | 9 | 160 | 320 | 142 | 84 | 191 | 73 | 4 | 32 |
| >1 Week - ≤2 Weeks | 9 | 29 | 169 | 36 | 161 | 191 | 50 | 8 | 14 |
| >2 Weeks - ≤4 Weeks | 31 | 36 | 81 | 70 | 211 | 249 | 107 | 9 | 85 |
| >4 Weeks - ≤6 Weeks | 17 | 32 | 43 | 29 | 93 | 136 | 95 | 2 | 52 |
| >6 Weeks - ≤8 Weeks | 10 | 5 | 12 | 17 | 58 | 51 | 50 | | 21 |
| >8 Weeks - ≤10 Weeks | 28 | 29 | 34 | 41 | 51 | 42 | 31 | | 61 |
| >10 Weeks - ≤12 Weeks | 84 | 1 | 44 | 22 | 53 | 40 | 26 | 2 | 26 |
| >12 Weeks - ≤16 Weeks | 107 | | 30 | 62 | 138 | 61 | 41 | 1 | 148 |
| >16 Weeks - ≤20 Weeks | 80 | 1 | 9 | 51 | 55 | 30 | 29 | | 75 |
| >20 Weeks - ≤24 Weeks | 17 | | 7 | 13 | 37 | 18 | 17 | | 74 |
| >24 Weeks - ≤36 Weeks | 9 | 2 | 10 | 30 | 48 | 29 | 39 | 1 | 220 |
| >36 Weeks - ≤52 Weeks | | | 3 | 10 | 40 | 33 | 44 | | 134 |
| >52 Weeks - ≤78 Weeks | | 3 | 2 | 8 | 43 | 28 | 53 | | 143 |
| >78 Weeks - ≤104 Weeks | | | 1 | 4 | 21 | 18 | 23 | | 101 |
| >104 Weeks - ≤130 Weeks | | | | 3 | 4 | 6 | 1 | | 78 |
| >130 Weeks - ≤156 Weeks | | | | 2 | 4 | | | | 13 |
| >156 Weeks - ≤182 Weeks | | | 1 | | 4 | | | | 9 |
| >182 Weeks - ≤208 Weeks | | | | | 2 | | | | 1 |
| >208 Weeks - ≤234 Weeks | | | | | | 1 | | | 3 |
| >234 Weeks | | | 1 | | 1 | | | | 4 |
| Patient-Weeks of Exposure | 5129 | 1015 | 3631 | 6357 | 16822 | 11385 | 11901 | 130 | 51241 |

GBP = gabapentin
[a] A patient may be included in more than one column, as patients may have received more than one medication and more than one dosage of gabapentin.
[b] One patient received 6000 mg gabapentin during 1 day.

U:\MDA\C1-945\RE033354.SUM

Confidential

RR-REG 959-00017                     108
Gabapentin
Capsules

## 5.3.3.  Studies in Patients With Epilepsy

### 5.3.3.1.  Demographics and Treatment

Demographic data and disease characteristics for 1160 patients with
epilepsy who received gabapentin in clinical studies are briefly
summarized in Tables 23 and 24, respectively.  Patient characteristics
and disease characteristics were essentially the same for patients in
placebo-controlled studies, uncontrolled studies, and the combined
population.

Of the 792 patients who participated in placebo-controlled clinical
studies, 485 (61%) received gabapentin and 307 (39%) received placebo as
add-on therapy in addition to one or more standard antiepileptic drugs.
Gabapentin dosages of 600, 900, 1200, and 1800 mg/day were administered
as a TID dosing regimen in the controlled studies.  The 600- and
1800-mg/day dosages were used only in US studies, 900 mg/day was used
only in non-US studies, and 1200 mg/day was used in both US and non-US
studies.  Thus, the distributions of adverse events across dosages may
be influenced by differences in reporting of adverse events in US versus
non-US studies, as described more fully in Section 5.3.3.5. below.

A total of 1078 patients with epilepsy participated in 18 uncontrolled
clinical studies of gabapentin as add-on therapy.  For uncontrolled
studies, administered dosages of gabapentin ranged from 300 through
3600 mg/day.

U:\NDA\CI-945\REG3325A.SUM

MR-REG 959-00017
Gabapentin
Capsules

109

TABLE 23. Clinical Safety Database:  Summary of Demographic Data for Patients With Epilepsy
Who Received Gabapentin in All Epilepsy Studies
[Number (%) of Patients]

| Number of Patients | Sex | | Race | | | | Age (yr) | | Broca Index |
|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | White | Black | Other | NS | Mean | Range | Mean |
| **PLACEBO-CONTROLLED STUDIES** | | | | | | | | | |
| 485 | 273 (56) | 212 (44) | 410 (85) | 7 (1) | 7 (1) | 61 (13) | 34 | | 1.16 |
| **UNCONTROLLED STUDIES** | | | | | | | | | |
| 1078 | 608 (56) | 470 (44) | 821 (76) | 20 (2) | 35 (3) | 202 (19) | 33 | | 1.14 |
| **TOTAL** | | | | | | | | | |
| 1160 a,b | 650 (56) | 510 (44) | 873 (75) | 20 (2) | 35 (3) | 232 (20) | 33 | | 1.18 |

NS = Not specified
a Patients received gabapentin in more than one study.  Demographics for these patients are summarized once in characteristics
   for the total population.
b Seven patients were previously exposed to gabapentin in clinical pharmacology Study 877-035.

TABLE 24.  Clinical Safety Database:  Summary of Disease Characteristics of Patients With
Epilepsy Who Received Gabapentin in All Epilepsy Studies
[Number of Patients]

| | Duration of Epilepsy (yr) | | Number of Concurrent Antiepileptic Drugs | | | | Baseline Seizure Frequency Per 28 Days | |
|---|---|---|---|---|---|---|---|---|
| | Mean | Range | 0 | 1 | 2 | >2 | Median | Range |
| **PLACEBO-CONTROLLED STUDIES** | 21 | | 1 | 158 | 292 | 34 | 10 | |
| **UNCONTROLLED STUDIES** | 21 | | 5 | 320 | 579 | 174 | 9 | |
| **TOTAL a,b** | 20 | | NA | NA | NA | NA | 9 | |

NS = Not specified
a Patients received gabapentin in more than one study.  Disease characteristics for these patients
   are summarized once in disease characteristics for the total population.
b Seven patients were previously exposed to gabapentin in clinical pharmacology Study 877-035.

U:\MDA\CI-W45\REG33254.SUM

Pfizer_LAlphs_0084614

RR-REG 959-00017                    110                      **359**
Gabapentin
Capsules

## 5.3.3.2.  Summary of Adverse Events

It should be reemphasized here that in all studies in patients with
epilepsy, study drug was administered as add-on therapy to patients who
were already receiving one or more standard AEDs.  Chronic AED therapy
results in a consistent and significant background incidence of adverse
events in this population.

In clinical studies, only treatment emergent signs and symptoms (TESS)
were included in adverse event summaries.  Adverse events considered
TESS were:  adverse events emerging during the study or increasing in
intensity during active treatment as compared with baseline; adverse
events that stopped in baseline and started again in double-blind; and
adverse events that began within the first 2 days after discontinuation
of study medication.  Adverse events were summarized by preferred
COSTART terms, and a participant with an adverse event was counted only
once for that event, regardless of the number of times the adverse event
occurred in that patient.  Associated adverse events are those
considered by the investigator to be definitely, possibly, or probably
related to, or of unknown relationship to study drug.

### 5.3.3.2.1.  Placebo-Controlled Studies in Patients With Partial Seizures

Gabapentin was well tolerated in refractory patients with partial
seizures participating in placebo-controlled studies.  Adverse events
that occurred in $\geq 1\%$ of gabapentin-treated patients (in at least eight
patients) are summarized in Table 25 by double-blind treatment group.
The frequency of adverse events in each body system is also shown.

U:\NDA\CI-945\REG3325A.SUM

Confidential

360

RR-REG 959-00017
Gabapentin
Capsules

111

TABLE 25.    Summary of All Adverse Events in ≥1% of Patients With Partial Seizures Treated With Gabapentin or Placebo During Controlled Clinical Studies, by Body System and Double-Blind Treatment Group

[Number (%) of Patients]
(Page 1 of 3)

| BODY SYSTEM Adverse Event[b] | Placebo N = 307 | Gabapentin (mg/day)[a] | | | | |
|---|---|---|---|---|---|---|
| | | 600 N = 53 | 900 N = 147 | 1200 N = 231 | 1800 N = 54 | Total N = 495 |
| BODY AS A WHOLE | 63 (20.5) | 22 (41.5) | 27 (18.4) | 64 (27.7) | 25 (46.3) | 138 (28.5) |
| Fatigue | 15 (4.9) | 7 (13.2) | 14 (9.5) | 26 (11.3) | 7 (13.0) | 54 (11.1) |
| Headache | 28 (9.1) | 10 (18.9) | 6 (4.1) | 15 (6.5) | 11 (20.4) | 42 (8.7) |
| Weight Increase | 2 (0.7) | 1 (1.9) | 4 (2.7) | 7 (3.0) | 0 (0.0) | 12 (2.5) |
| Back Pain | 2 (0.7) | 2 (3.8) | 1 (0.7) | 4 (1.7) | 2 (3.7) | 9 (1.9) |
| Peripheral Edema | 0 (0.0) | 1 (1.9) | 2 (1.4) | 2 (0.9) | 4 (7.4) | 9 (1.9) |
| Viral Infection | 6 (2.0) | 2 (3.8) | 0 (0.0) | 3 (1.3) | 2 (3.7) | 7 (1.4) |
| Fever | 5 (1.6) | 2 (3.8) | 1 (0.7) | 3 (1.3) | 1 (1.9) | 7 (1.4) |
| CARDIOVASCULAR SYSTEM | 3 (1.0) | 1 (1.9) | 6 (4.1) | 7 (3.0) | 2 (3.7) | 16 (3.3) |
| DIGESTIVE SYSTEM | 45 (14.7) | 13 (24.5) | 17 (11.6) | 42 (18.2) | 15 (27.8) | 87 (17.9) |
| Nausea and/or Vomiting | 23 (7.5) | 7 (13.2) | 7 (4.8) | 10 (4.3) | 5 (9.3) | 29 (6.0) |
| Dyspepsia | 2 (0.7) | 1 (1.9) | 3 (2.0) | 6 (2.6) | 2 (3.7) | 12 (2.5) |
| Abdominal Pain | 9 (2.9) | 0 (0.0) | 2 (1.4) | 5 (2.2) | 2 (3.7) | 9 (1.9) |
| Mouth or Throat Dry | 1 (0.3) | 2 (3.8) | 2 (1.4) | 5 (2.2) | 0 (0.0) | 9 (1.9) |
| Constipation | 3 (1.0) | 0 (0.0) | 1 (0.7) | 5 (2.2) | 2 (3.7) | 8 (1.6) |
| Dental Abnormalities | 1 (0.3) | 2 (3.8) | 0 (0.0) | 4 (1.7) | 2 (3.7) | 8 (1.6) |
| Diarrhea | 7 (2.3) | 0 (0.0) | 2 (1.4) | 4 (1.7) | 1 (1.9) | 7 (1.4) |
| Increased Appetite | 3 (1.0) | 0 (0.0) | 3 (2.0) | 3 (1.3) | 0 (0.0) | 6 (1.2) |
| HEMIC AND LYMPHATIC SYSTEM | 1 (0.3) | 0 (0.0) | 5 (3.4) | 3 (1.3) | 3 (5.6) | 11 (2.3) |
| MUSCULOSKELETAL SYSTEM | 9 (2.9) | 2 (3.8) | 4 (2.7) | 7 (3.0) | 4 (7.4) | 17 (3.5) |
| Myalgia | 5 (1.6) | 1 (1.9) | 1 (0.7) | 4 (1.7) | 3 (5.6) | 9 (1.9) |

[a] Dosages of 600 and 1800 mg/day were used only in US studies, 900 mg/day was used only in non-US studies, and 1200 mg/day was used in both US and non-US studies.

[b] COSTART preferred term

RR-REG 959-00017
Gabapentin
Capsules

112

TABLE 25.  Summary of All Adverse Events In ≥1% of Patients With Partial Seizures Treated With
Gabapentin or Placebo During Controlled Clinical Studies, by Body System and Double-Blind
Treatment Group

[Number (%) of Patients]
(Page 2 of 3)

| BODY SYSTEM Adverse Event[b] | Placebo N=307 | Gabapentin (mg/day)[a] | | | | Total N=485 |
| | | 600 N=53 | 900 N=147 | 1200 N=231 | 1800 N=54 | |
|---|---|---|---|---|---|---|
| NERVOUS SYSTEM | 92 (30.0) | 27 (50.9) | 65 (44.2) | 114 (49.4) | 34 (63.0) | 210 (49.5) |
| Somnolence | 30 (9.8) | 4 (7.5) | 25 (17.0) | 58 (25.1) | 11 (20.4) | 98 (20.2) |
| Dizziness | 24 (7.8) | 13 (24.5) | 24 (16.3) | 40 (17.3) | 10 (18.5) | 87 (17.9) |
| Ataxia | 16 (5.2) | 6 (11.3) | 15 (10.2) | 33 (14.3) | 10 (18.5) | 64 (13.2) |
| Nystagmus | 15 (4.9) | 5 (9.4) | 7 (4.8) | 22 (9.5) | 11 (20.4) | 45 (9.3) |
| Tremor | 12 (3.9) | 4 (7.5) | 3 (2.0) | 20 (8.7) | 8 (14.8) | 35 (7.2) |
| Convulsions | 8 (2.6) | 1 (1.9) | 10 (6.8) | 2 (0.9) | 2 (1.9) | 14 (2.9) |
| Dysarthria | 2 (0.7) | 2 (3.8) | 3 (2.0) | 6 (2.6) | 2 (3.7) | 13 (2.7) |
| Amnesia | 0 (0.0) | 2 (3.8) | 3 (2.0) | 6 (2.6) | 1 (1.9) | 12 (2.5) |
| Confusion | 5 (1.6) | 0 (0.0) | 2 (1.4) | 5 (2.2) | 0 (0.0) | 7 (1.4) |
| Insomnia | 7 (2.3) | 0 (0.0) | 0 (0.0) | 3 (1.3) | 2 (3.7) | 5 (1.0) |
| Paresthesia | 5 (1.6) | 0 (0.0) | 2 (1.4) | 1 (0.4) | 1 (1.9) | 4 (0.8) |
| PSYCHOLOGIC FUNCTION | 27 (8.8) | 6 (11.3) | 10 (6.8) | 13 (5.6) | 7 (13.0) | 36 (7.4) |
| Nervousness | 6 (2.0) | 3 (5.7) | 3 (2.0) | 3 (1.3) | 2 (3.7) | 11 (2.3) |
| Thinking Abnormal | 4 (1.3) | 1 (1.9) | 2 (1.4) | 5 (2.2) | 1 (1.9) | 9 (1.9) |
| Depression | 3 (1.0) | 0 (0.0) | 2 (1.4) | 3 (1.3) | 3 (5.6) | 8 (1.6) |
| Anxiety | 5 (1.6) | 0 (0.0) | 2 (1.4) | 1 (0.4) | 0 (0.0) | 3 (0.6) |
| RESPIRATORY SYSTEM | 20 (6.5) | 9 (17.0) | 5 (3.4) | 26 (11.3) | 12 (22.2) | 52 (10.7) |
| Rhinitis | 12 (3.9) | 4 (7.5) | 0 (0.0) | 11 (4.8) | 2 (3.7) | 22 (4.5) |
| Pharyngitis | 4 (1.3) | 2 (3.8) | 2 (1.4) | 8 (3.5) | 2 (3.7) | 14 (2.9) |
| Coughing | 5 (1.6) | 2 (3.8) | 0 (0.0) | 5 (2.2) | 3 (5.6) | 10 (2.1) |
| Upper Respiratory Infection | 3 (1.0) | 0 (0.0) | 0 (0.0) | 2 (0.9) | 3 (5.6) | 5 (1.0) |

[a] Dosages of 600 and 1800 mg/day were used only in US studies, 900 mg/day was used only in non-US studies, and 1200 mg/day was used in both US and non-US studies.
[b] COSTART preferred term

Confidential

PR-REG 959-00017
Gabapentin
Capsules

113

TABLE 25.  Summary of All Adverse Events in ≥1% of Patients With Partial Seizures Treated With Gabapentin or Placebo During Controlled Clinical Studies, by Body System and Double-Blind Treatment Group

[Number (%) of Patients]
(Page 3 of 3)

| BODY SYSTEM Adverse Event[b] | Placebo N = 307 | | Gabapentin (mg/day)[a] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 600 N = 53 | | 900 N = 147 | | 1200 N = 231 | | 1800 N = 54 | | Total N = 485 | |
| SKIN AND APPENDAGES | 29 | (9.4) | 7 | (13.2) | 8 | (5.4) | 27 | (11.7) | 7 | (13.0) | 49 | (10.1) |
| Pruritus | 2 | (0.7) | 1 | (1.9) | 4 | (2.7) | 2 | (0.9) | 0 | (0.0) | 7 | (1.4) |
| Acne | 5 | (1.6) | 0 | (0.0) | 1 | (0.7) | 3 | (1.3) | 1 | (1.9) | 5 | (1.0) |
| Rash | 4 | (1.3) | 2 | (3.8) | 1 | (0.7) | 1 | (0.4) | 1 | (1.9) | 5 | (1.0) |
| UROGENITAL SYSTEM | 14 | (4.6) | 2 | (3.8) | 7 | (4.8) | 9 | (3.9) | 4 | (7.4) | 22 | (4.5) |
| Impotence | 4 | (1.3) | 1 | (1.9) | 2 | (1.4) | 3 | (1.3) | 2 | (3.7) | 8 | (1.6) |
| SPECIAL SENSES | 19 | (6.2) | 12 | (22.6) | 13 | (8.8) | 35 | (15.2) | 6 | (11.1) | 66 | (13.6) |
| Diplopia | 6 | (2.0) | 5 | (9.4) | 6 | (4.1) | 18 | (7.8) | 2 | (3.7) | 31 | (6.4) |
| Amblyopia | 2 | (0.7) | 3 | (5.7) | 2 | (1.4) | 11 | (4.8) | 4 | (7.4) | 20 | (4.1) |
| LABORATORY DEVIATIONS | 10 | (3.3) | 2 | (3.8) | 14 | (9.5) | 8 | (3.5) | 6 | (11.1) | 30 | (6.2) |
| WBC Decreased | 2 | (0.7) | 1 | (1.9) | 4 | (2.7) | 1 | (0.4) | 0 | (0.0) | 6 | (1.2) |
| TOTAL Number (%) of Patients With ≥1 Adverse Event | 174 | (56.7) | 46 | (86.8) | 100 | (68.0) | 174 | (75.3) | 49 | (90.7) | 369 | (76.1) |

[a] Dosages of 600 and 1800 mg/day were used only in US studies, 900 mg/day was used only in non-US studies, and 1200 mg/day was used in both US and non-US studies.
[b] COSTART preferred term

U:\NDA\C1-SMS\REG3325A.SUM

Confidential

RR-REG 959-00017              I14
Gabapentin
Capsules

Overall, 369 (76%) of the 485 patients treated with gabapentin
experienced at least one adverse event, compared with 174 (57%) of the
307 patients treated with placebo. Although there were appreciable
differences among treatment groups, the frequency of adverse events was
consistently higher for each gabapentin treatment group (68% to 91%)
than for patients receiving placebo (57%). The frequency of adverse
events did not increase with increasing dose.

Even though there was a 19% increase in the frequency of adverse events
with gabapentin treatment over the frequency in placebo-treated
patients, the variety of adverse events reduces the probability that
this is a drug effect. Concurrent AED therapy contributes a background
of adverse events in all patients.

Both for patients receiving gabapentin and for placebo-treated patients,
the highest frequency of adverse events occurred in the nervous system
(50% and 30%, respectively). Other body systems frequently affected
were body as a whole (29% vs 21%), digestive system (18% vs 15%),
special senses (14% vs 6%), respiratory system (11% vs 7%), and skin and
appendages (10% vs 9%). Laboratory deviations reported as adverse
events occurred in 6% of patients treated with gabapentin and in 3% of
patients who received placebo.

For patients receiving gabapentin and for those receiving placebo, the
frequency of adverse events in the nervous system was primarily due to
somnolence (20% vs 10%), dizziness (18% vs 8%), ataxia (13% vs 5%),
nystagmus (9% vs 5%), and tremor (7% vs 4%). In body as a whole, the
most frequently occurring symptoms were fatigue (11% vs 5%) and headache
(9% vs 9%), while in the digestive system, nausea and/or vomiting
(6% vs 8%) was the most frequently occurring adverse event. The
frequency of adverse events related to the special senses was due to
diplopia (6% vs 2%) and amblyopia (blurred vision) (4% vs 1%), and the

u:\NDA\CI-945\REG3325A.SUM

RR-REG 959-00017                    115
Gabapentin
Capsules

frequency of adverse events related to the respiratory system was
primarily due to rhinitis (5% vs 4%).

There was no clustering of symptoms related to skin and appendages.
Several types of adverse events (rash, maculopapular rash, erythematous
rash, eczema, dermatitis, urticaria, and skin disorder) can be allergic
in nature and have been associated with other marketed AEDs.  In
controlled studies with gabapentin, such skin disorders occurred in
about the same number and percent of patients receiving either
gabapentin (15 patients, 3%) or placebo (13 patients, 4%).

For most adverse events, investigators provided opinions as to the
intensity of the events (mild, moderate, or severe).  For patients
receiving gabapentin, the maximum intensity of any adverse event was
mild or moderate for 66% and severe for 8%; among those receiving
placebo, the maximum intensity was mild or moderate for 48% and severe
for 7%.  The remaining patients within each treatment group (26% and
45%, respectively) experienced no adverse events for which intensity was
specified.

### 5.3.3.2.2.  Uncontrolled Studies in Patients With Epilepsy

In uncontrolled studies, the types and frequency of adverse events were
similar to those observed in controlled studies, and the distribution of
adverse events among the various body systems was similar to what was
seen in controlled studies.  No new or unusual adverse events were seen
with long-term administration of gabapentin as compared with data from
controlled studies.

### 5.3.3.2.3.  All Studies in Patients With Epilepsy

Adverse event data from patients receiving gabapentin in the five
placebo-controlled studies were combined with data from patients in the

U:\NDA\CI-945\REG3325A.SUM

Pfizer_LAlphs_0084620

RR-REG 959-00017
Gabapentin                    116
Capsules

**365**

18 uncontrolled studies for analysis of results from all studies in patients with epilepsy. A summary of adverse events occurring in at least 1% of patients receiving gabapentin (at least 12 patients) during all clinical studies in patients with epilepsy appears in Table 26 by body system and weighted mean gabapentin dosage. The weighted mean dosage was calculated for each patient over the entire duration of treatment with gabapentin and is the average of all dosages, weighted by the length of time each dosage was taken by that patient.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084621

NDA-REG 959-00017
Gabapentin
Capsules

11/

TABLE 26.   Summary of Adverse Events in ≥1% of Patients Treated With Gabapentin During All Clinical Studies in Patients With Epilepsy, by Body System and Weighted Mean Gabapentin Dosage[a]

[Number (%) of Patients]
(Page 1 of 4)

| BODY SYSTEM/ Adverse Event[b] | Gabapentin (mg/day) | | | | | |
|---|---|---|---|---|---|---|
| | <600 N = 72 | >600-900 N = 146 | >900-1200 N = 364 | >1200-1800 N = 315 | >1800-2400 N = 263 | Total[c] N = 1160 |
| **BODY AS A WHOLE** | 22 (30.6) | 48 (32.9) | 117 (32.1) | 140 (44.4) | 155 (58.9) | 482 (41.6) |
| Headache | 4 (5.6) | 25 (17.1)? | 36 (9.9) | 52 (16.5) | 75 (28.5) | 171 (15.6) |
| Fatigue | 10 (13.9) | 25 (17.1) | 49 (13.5) | 48 (15.2) | 39 (14.8) | 171 (14.7) |
| Viral Infection | 2 (2.8) | 2 (1.4) | 8 (2.2) | 15 (4.8) | 36 (13.7) | 63 (5.4) |
| Weight Increase | 2 (2.8) | 7 (4.8) | 24 (6.6) | 12 (3.8) | 17 (6.5) | 62 (5.3) |
| Peripheral Edema | 1 (1.4) | 5 (3.4) | 4 (1.1) | 15 (4.8) | 17 (6.5) | 42 (3.6) |
| Fever | 1 (1.4) | 3 (2.1) | 2 (0.5) | 10 (3.2) | 21 (8.0) | 37 (3.2) |
| Neck Pain | 1 (1.4) | 1 (0.7) | 5 (1.4) | 8 (2.5) | 17 (6.5) | 32 (2.8) |
| Asthenia | 1 (1.4) | 1 (0.7) | 5 (1.4) | 7 (2.2) | 7 (2.7) | 23 (2.0) |
| Pain | 1 (1.4) | 0 (0.0) | 2 (0.5) | 5 (1.6) | 10 (3.8) | 18 (1.6) |
| Malaise | 0 (0.0) | 1 (0.7) | 5 (1.4) | 3 (0.6) | 5 (1.9) | 14 (1.2) |
| Weight Decrease | 0 (0.0) | 2 (1.4) | 4 (1.1) | 2 (0.6) | 5 (1.9) | 13 (1.1) |
| Face Edema | 0 (0.0) | 3 (2.1) | 2 (0.5) | 3 (1.0) | 5 (1.9) | 13 (1.1) |
| Chest Pain | 0 (0.0) | 0 (0.0) | 0 (0.0) | 4 (1.3) | 9 (3.4) | 13 (1.1) |
| **DIGESTIVE SYSTEM** | 3 (4.2) | 5 (3.4) | 13 (3.6) | 15 (4.8) | 17 (6.5) | 53 (4.6) |
| **Nausea and Vomiting** | 10 (13.9) | 18 (12.3) | 65 (17.9) | 55 (17.5) | 107 (40.7) | 255 (22.0) |
| Abdominal Pain | 3 (4.2) | 4 (2.7) | 20 (5.5) | 13 (4.1) | 20 (7.6) | 50 (4.3) |
| Diarrhea | 2 (2.8) | 4 (2.7) | 11 (3.0) | 15 (4.8) | 19 (7.2) | 47 (4.1) |
| Dyspepsia | 1 (1.4) | 2 (1.4) | 8 (2.2) | 10 (3.2) | 17 (6.5) | 33 (2.8) |
| Dental Abnormalities | 2 (2.8) | 0 (0.0) | 3 (0.8) | 10 (3.2) | 14 (5.3) | 28 (2.4) |
| Increased Appetite | 0 (0.0) | 2 (1.4) | 11 (3.0) | 4 (1.5)? | 4 (1.5) | 25 (2.2) |
| Constipation | 1 (1.4) | 2 (1.4) | 4 (1.1) | 6 (2.5)? | 8 (3.0) | 24 (2.1) |
| Anorexia | 1 (1.4) | 2 (1.4) | 4 (1.1) | 6 (1.9) | 3 (1.1) | 16 (1.4) |
| Mouth or Throat Dry | 0 (0.0) | 3 (2.1) | 2 (0.5) | 3 (1.0) | 5 (1.9) | 13 (1.1) |
| Flatulence | 0 (0.0) | 1 (0.7) | 4 (1.1) | 5 (1.6) | 2 (0.8) | 12 (1.0) |

a   Average of all dosages weighted by length of time each dosage was taken.
b   COSTART preferred term.
c   Frequency of adverse event, regardless of gabapentin dosage.

U:\NDA\C1-959\E8332S4.SUN

Confidential

Pfizer_LAlphs_0084622

RR-REG 959-00017
Gabapentin
Capsules

118

TABLE 26.  Summary of Adverse Events In ≥1% of Patients Treated With Gabapentin During All Clinical
Studies In Patients With Epilepsy, by Body System and Weighted Mean Gabapentin Dosage[a]
[Number (%) of Patients]
(Page 2 of 4)

| BODY SYSTEM / Adverse Event[b] | Gabapentin (mg/day) | | | | | |
|---|---|---|---|---|---|---|
| | ≤600 N=72 | >600-900 N=146 | >900-1200 N=364 | >1200-1800 N=315 | >1800-2400 N=263 | Total[c] N=1160 |
| **ENDOCRINE SYSTEM** | 0 (0.0) | 1 (0.7) | 0 (0.0) | 0 (0.0) | 2 (0.8) | 3 (0.3) |
| **HEMIC AND LYMPHATIC SYSTEMS** | | | | | | |
| Purpura | 0 (0.0) | 5 (3.4) | 15 (4.1) | 10 (3.2) | 21 (8.0) | 51 (4.4) |
| **MUSCULOSKELETAL SYSTEM** | 0 (0.0) | 3 (2.1) | 18 (4.9) | 30 (9.5) | 28 (10.6) | 28 (2.4) |
| Myalgia | 0 (0.0) | 5 (3.4) | 18 (4.9) | 30 (9.5) | 64 (24.3) | 115 (9.9) |
| Fracture | 0 (0.0) | 3 (2.1) | 6 (1.6) | 14 (4.4) | 38 (14.4) | 60 (5.2) |
| **NERVOUS SYSTEM** | 16 (22.2) | 71 (48.6) | 167 (45.9) | 209 (66.3) | 217 (82.5) | 700 (60.3) |
| Dizziness | 7 (9.7) | 29 (19.9) | 68 (18.7) | 81 (25.7) | 88 (33.5) | 287 (24.4) |
| Ataxia | 7 (9.7) | 28 (19.2) | 54 (14.8) | 71 (22.5) | 75 (28.5) | 235 (20.3) |
| Nystagmus | 1 (1.4) | 13 (8.9) | 41 (11.3) | 55 (17.5) | 86 (32.7) | 202 (17.4) |
| Tremor | 1 (1.4) | 8 (5.5) | 27 (7.4) | 59 (18.7) | 81 (30.8) | 176 (15.2) |
| Convulsions | 6 (8.3) | 5 (3.4) | 10 (2.7) | 39 (12.4) | 53 (24.0) | 118 (10.2) |
| Amnesia | 1 (1.4) | 12 (8.2) | 20 (5.5) | 20 (6.3) | 16 (6.1) | 74 (6.4) |
| Confusion | 3 (4.2) | 4 (2.7) | 14 (3.8) | 16 (5.1) | 16 (6.1) | 51 (4.4) |
| Depersonalization | 3 (4.2) | 6 (4.1) | 13 (3.6) | 9 (2.9) | 9 (3.4) | 40 (3.4) |
| Coordination Abnormal | 1 (1.4) | 2 (1.4) | 6 (1.6) | 11 (3.5) | 18 (6.8) | 41 (3.5) |
| Insomnia | 3 (4.2) | 2 (1.4) | 4 (1.1) | 4 (1.3) | 24 (9.1) | 35 (3.0) |
| Paresthesia | 0 (0.0) | 1 (0.7) | 3 (0.8) | 10 (3.2) | 13 (4.9) | 30 (2.6) |
| Vertigo | 0 (0.0) | 5 (3.4) | 4 (1.1) | 7 (2.2) | 9 (3.4) | 25 (2.2) |
| Twitching | 0 (0.0) | 3 (2.1) | 6 (1.6) | 4 (1.3) | 1 (0.4) | 14 (1.2) |
| Hyperkinesia | 2 (2.8) | 1 (0.7) | 3 (0.8) | 3 (1.0) | 6 (2.3) | 13 (1.1) |
| Reflexes, Decreased/Absent | 0 (0.0) | 1 (0.7) | 4 (1.1) | 3 (1.0) | 4 (1.5) | 12 (1.0) |
| | 0 (0.7) | 1 (0.7) | 0 (0.0) | 3 (1.0) | 8 (3.0) | 12 (1.0) |

[a] Average of all dosages weighted by length of time each dosage was taken.
[b] COSTART preferred term.
[c] Frequency of adverse event, regardless of gabapentin dosage.

Confidential

Pfizer_LAlphs_0084623

NR-REG 959-00017
Gabapentin
Capsules

119

TABLE 26.    Summary of Adverse Events in ≥1% of Patients Treated With Gabapentin During All Clinical Studies In Patients With Epilepsy, by Body System and Weighted Mean Gabapentin Dosage[a]
[Number (%) of Patients]
(Page 3 of 4)

| BODY SYSTEM/ Adverse Event[b] | ≤600 N = 72 | >600-900 N = 146 | >900-1200 N = 364 | >1200-1800 N = 315 | >1800-2400 N = 263 | Total[c] N = 1160 |
|---|---|---|---|---|---|---|
| **PSYCHOBIOLOGIC FUNCTION** | 11 (15.3) | 21 (14.4) | 45 (12.4) | 62 (19.7) | 60 (22.8) | 199 (17.2) |
| Nervousness | 2 (2.8) | 3 (2.1) | 11 (3.0) | 19 (6.0) | 25 (9.5) | 60 (5.2) |
| Depression | 0 (0.0) | 7 (4.8) | 8 (2.2) | 19 (6.0) | 17 (6.5) | 51 (4.4) |
| Thinking Abnormal | 2 (2.8) | 3 (2.1) | 9 (2.5) | 12 (3.8) | 10 (3.8) | 36 (3.1) |
| Emotional Lability | 2 (2.8) | 5 (3.4) | 5 (1.4) | 6 (1.9) | 3 (1.1) | 21 (1.8) |
| Anxiety | 4 (5.6) | 1 (0.7) | 7 (1.9) | 5 (1.6) | 4 (1.5) | 21 (1.8) |
| Agitation | 2 (2.8) | 1 (0.7) | 1 (0.3) | 4 (1.3) | 4 (1.5) | 12 (1.0) |
| **RESPIRATORY SYSTEM** | 5 (6.9) | 6 (4.1) | 32 (8.8) | 86 (27.3) | 117 (44.5) | 246 (21.2) |
| Rhinitis | 1 (1.4) | 0 (0.0) | 4 (1.1) | 31 (9.8) | 65 (24.7) | 101 (8.7) |
| Pharyngitis | 0 (0.0) | 2 (1.4) | 12 (3.3) | 33 (10.5) | 29 (11.0) | 76 (6.6) |
| Coughing | 1 (1.4) | 2 (1.4) | 8 (2.2) | 11 (3.5) | 26 (9.9) | 48 (4.1) |
| Upper Respiratory Infection | 0 (0.0) | 1 (0.7) | 3 (0.8) | 13 (4.1) | 31 (11.8) | 48 (4.1) |
| Bronchitis | 1 (1.4) | 1 (0.7) | 2 (0.5) | 6 (1.9) | 10 (3.8) | 20 (1.7) |
| Sinusitis | 0 (0.0) | 0 (0.0) | 2 (0.5) | 7 (2.2) | 9 (3.4) | 18 (1.6) |
| Pneumonia | 0 (0.0) | 0 (0.0) | 4 (1.1) | 5 (1.6) | 3 (1.1) | 13 (1.1) |
| **SKIN AND APPENDAGES** | 9 (12.5) | 14 (9.6) | 36 (10.4) | 58 (18.4) | 97 (36.9) | 213 (18.4) |
| Rash | 2 (2.8) | 0 (0.0) | 1 (0.5) | 16 (5.1) | 13 (4.9) | 32 (2.8) |
| Skin Laceration | 0 (0.0) | 1 (0.7) | 1 (0.3) | 8 (2.5) | 22 (8.4) | 32 (2.8) |
| Acne | 0 (0.0) | 2 (1.4) | 7 (1.9) | 8 (2.5) | 8 (3.0) | 25 (2.2) |
| Abrasion | 0 (0.0) | 1 (0.7) | 3 (0.8) | 4 (1.3) | 16 (6.1) | 24 (2.1) |
| Pruritus | 3 (4.2) | 3 (2.1) | 3 (1.1) | 1 (0.3) | 4 (1.5) | 15 (1.3) |
| Burn | 1 (1.4) | 1 (0.7) | 3 (0.8) | 4 (1.3) | 5 (1.9) | 14 (1.2) |
| Rash, Maculopapular | 1 (1.4) | 0 (0.0) | 3 (0.8) | 2 (0.6) | 7 (2.7) | 13 (1.1) |

a    Average of all dosages weighted by length of time each dosage was taken.
b    COSTART preferred term
c    Frequency of adverse event, regardless of gabapentin dosage.

Confidential

RR-REG 959-00017
Gabapentin
Capsules

120

TABLE 26. Summary of Adverse Events in ≥1% of Patients Treated With Gabapentin During All Clinical
Studies in Patients With Epilepsy, by Body System and Weighted Mean Gabapentin Dosage[d]
[Number (%) of Patients]
(Page 4 of 4)

| BODY SYSTEM/ Adverse Event[b] | Gabapentin (mg/day) | | | | | Total[c] |
| --- | --- | --- | --- | --- | --- | --- |
| | ≤600 N = 72 | >600-900 N = 146 | >900-1200 N = 364 | >1200-1800 N = 315 | >1800-2400 N = 263 | N = 1160 |
| UROGENITAL SYSTEM | 1 (1.4) | 6 (4.1) | 23 (6.3) | 34 (10.8) | 33 (12.5) | 97 (8.4) |
| Urinary Tract Infection | 0 (0.0) | 0 (0.0) | 4 (1.1) | 8 (2.5) | 6 (2.3) | 18 (1.6) |
| Impotence | 0 (0.0) | 1 (0.7) | 4 (1.1) | 5 (1.6) | 5 (1.9) | 15 (1.3) |
| SPECIAL SENSES | 4 (5.6) | 23 (15.8) | 48 (13.2) | 69 (21.9) | 86 (32.7) | 230 (19.8) |
| Diplopia | 1 (1.4) | 8 (5.5) | 22 (6.0) | 42 (13.3) | 51 (19.4) | 124 (10.7) |
| Amblyopia | 1 (1.4) | 2 (1.4) | 16 (4.4) | 26 (8.3) | 32 (12.2) | 77 (6.6) |
| Vision Abnormal | 0 (0.0) | 5 (3.4) | 5 (1.4) | 2 (0.6) | 4 (1.5) | 16 (1.4) |
| LABORATORY DEVIATIONS | 0 (0.0) | 2 (1.4) | 30 (8.2) | 27 (8.6) | 35 (13.3) | 99 (8.5) |
| Antiepileptic Level Increased | 0 (0.0) | 0 (0.0) | 2 (0.5) | 4 (1.3) | 8 (3.0) | 14 (1.2) |
| Total Number (%) of Patients With an Adverse Event | 55 (76.4) | 101 (69.2) | 265 (72.8) | 266 (84.4) | 257 (97.7) | 944 (81.4) |

a Average of all dosages weighted by length of time each dosage was taken.
b COSTART preferred term
c Frequency of adverse event, regardless of gabapentin dosage.

Confidential

U:\MDA\CI-945\RE8325A.SUM

RR-REG 959-00017                121
Gabapentin
Capsules

Overall, 944 (81%) of 1160 patients treated with gabapentin at weighted
mean dosages through 2400 mg/day had at least one adverse event.  The
large variety of adverse events, 55% of which occurred in only one or
two patients, indicates that these events probably do not represent a
drug effect of gabapentin.

The body systems most often affected by adverse events were the nervous
system (60%), body as a whole (42%), and the digestive system (25%).
Similar to results for patients in controlled studies, the most
frequently occurring adverse events were somnolence (24%), dizziness
(20%), ataxia (17%), tremor (10%), and nystagmus (15%) in the nervous
system; fatigue (15%) and headache (15%) in the body as a whole; and
nausea and/or vomiting (9%) in the digestive system.  Weight increase
(5%) also contributed to the higher frequency of adverse events in body
as a whole, and this effect was not dose related.

There is an apparent dose relationship for some of the most frequently
occurring adverse events.  However, this may be explained by two
factors.  First, most of the higher dosages of gabapentin were
administered in US studies, in which the reporting of adverse events was
different from that in non-US studies and resulted in a higher frequency
of adverse events for the US studies (see Section 5.3.3.5.).  In
addition, patients with the higher weighted mean gabapentin dosages were
titrated to the higher dosages over time and generally had received
gabapentin for longer times than those receiving drug at the lower
dosages.  Consequently, they were enrolled in studies longer and had
greater opportunity to experience adverse events.

The maximum intensity of any adverse events experienced during
gabapentin therapy was mild or moderate for 63% of patients and severe
for 17%; the remaining patients (20%) had no adverse events of specified
intensity.

U:\NDA\CJ-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084626