RR–REG 959–00017                    122
Gabapentin
Capsules

Adverse reactions, such as skin rashes, liver enzyme elevations, and
neutropenia, which are problematic with standard AEDs, are not
associated with gabapentin therapy.

## 5.3.3.2.4.  Conclusions From Adverse Event Summaries

• Gabapentin is well tolerated as add-on therapy in refractory patients
  at dosages through 2400 mg/day.

• Although the frequency of adverse events is higher in patients
  receiving gabapentin in addition to standard AEDs than in patients
  receiving placebo plus AEDs, the types of events observed are similar
  for the two groups.

• Adverse events that occur following treatment with gabapentin or
  placebo generally affect the nervous system, body as a whole, and the
  digestive system.

• Adverse events of severe intensity are uncommon in patients receiving
  gabapentin.

• No new or unusual adverse events were seen with long-term
  administration gabapentin as compared with data from controlled
  (12 week) studies.

• The addition of gabapentin therapy did not increase the frequency of
  the hematologic, hepatic, or dermatologic reactions known to occur
  with currently marketed AEDs.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084627

RR-REG 959-00017                 123
Gabapentin
Capsules

### 5.3.3.3.  Most Frequently Occurring Adverse Events

The ten adverse events occurring most frequently in patients receiving
gabapentin were the same in controlled studies and in all studies in
patients with epilepsy.  A summary of these adverse events is provided
in Table 27 by decreasing frequency for patients receiving gabapentin in
placebo-controlled studies.  The frequency for patients receiving
placebo in controlled studies and for patients receiving gabapentin in
all studies in patients with epilepsy is also shown.  In controlled
studies, with few exceptions (headache, nausea and/or vomiting), the
frequency of these adverse events for gabapentin-treated patients was
higher than or equal to the frequency for placebo-treated patients.
Among patients receiving gabapentin, the frequency of these adverse
events was generally 2% to 6% higher in all epilepsy studies than in
controlled studies.

TABLE 27.  Summary of the Ten Adverse Events Occurring
Most Frequently in Patients Receiving Gabapentin
[Number (%) of Patients]

| Adverse Event[a]  (AE) | Controlled Studies | | All Studies |
| | Placebo N = 307 | Gabapentin N = 485 | Gabapentin N = 1160 |
|---|---|---|---|
| Number (%) of Patients With ≥1 AE | 174 (56.7) | 369 (76.1) | 944 (81.4) |
| Somnolence | 30 (9.8) | 98 (20.2) | 283 (24.4) |
| Dizziness | 24 (7.8) | 87 (17.9) | 235 (20.3) |
| Ataxia | 16 (5.2) | 64 (13.2) | 202 (17.4) |
| Fatigue | 15 (4.9) | 54 (11.1) | 171 (14.7) |
| Nystagmus | 15 (4.9) | 45 (9.3) | 174 (15.0) |
| Headache | 28 (9.1) | 42 (8.7) | 176 (15.2) |
| Tremor | 12 (3.9) | 35 (7.2) | 174 (15.0) |
| Diplopia | 6 (2.0) | 31 (6.4) | 124 (10.7) |
| Nausea and/or Vomiting | 23 (7.5) | 29 (6.0) | 108 (9.3) |
| Rhinitis | 12 (3.9) | 22 (4.5) | 101 (8.7) |

[a]  COSTART preferred term

Confidential

Pfizer_LAlphs_0084628

RR-REG 959-00017                    124
Gabapentin
Capsules

### 5.3.3.4.  Time to Onset and Duration of Adverse Events

#### 5.3.3.4.1.  Placebo-Controlled Studies in Patients With Partial Seizures

In controlled studies, for those patients who had adverse events, the
median onset of the first adverse event was earlier for
gabapentin-treated patients than for placebo-treated patients
(14 vs 20 days).  In all body systems except the urogenital system,
earlier onset of adverse events was seen for gabapentin-treated patients
than for patients receiving placebo.  Adverse events that tended to
occur within 5 days of initiation of gabapentin therapy were somnolence,
dizziness, diplopia, amblyopia, and fatigue.

Figure 13 illustrates the Kaplan-Meier estimated cumulative time to the
occurrence of the first adverse event for patients treated with
gabapentin or placebo, based on a treatment period of up to 173 days.
These curves indicate that approximately 85% of the patients treated
with gabapentin and 61% of the patients treated with placebo will have
an adverse event, and that most of them will do so within the first 20
days of treatment.  The probability of a late-occurring adverse event is
very low.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084629

RR-REG 959-00017                    125
Gabapentin
Capsules



FIGURE 13.  Estimated Cumulative Time of Occurrence of the First Adverse
           Event:  Controlled Studies

The median duration of an adverse event was calculated using the median
duration for each patient, i.e., the median of the lengths of time the
individual experienced the event.  The overall median duration of
adverse events was similar for patients who received gabapentin
(14 days) or placebo (13 days).  On average, symptoms lasted longer for
gabapentin-treated patients than for placebo-treated patients in only
three body systems [psychobiologic function (39 days vs 18 days), body
as a whole (23 days vs 15 days), and urogenital system
(15 days vs 10 days)].  In all other body systems, the duration of
adverse events was approximately the same for both groups or shorter for
the gabapentin-treated patients.  Specific adverse events whose median
durations differed by more than 3 days for patients receiving gabapentin
or placebo were fatigue (27 vs 17), headache (17 vs 11), and dizziness
(8 vs 4).

U:\NDA\CI-945\REG3325A.SUN

Confidential

Pfizer_LAlphs_0084630

RR-REG 959-00017                    126
Gabapentin
Capsules

5.3.3.4.2.  <u>All Clinical Studies in Patients With Epilepsy</u>

Analysis of combined data from patients in all clinical studies in
patients with epilepsy revealed that, for patients who had an adverse
event, the median time to onset of the first adverse event was 49 days,
approximately a fourfold increase over what was seen in controlled
studies (14 days).  This reflects the fact that patients had longer
times of treatment and thus had a greater opportunity to experience
adverse events at later times.  Specific adverse events occurring in at
least 5% of the patients had times to onset that were generally two- to
five fold longer than seen in controlled studies.  Somnolence and
dizziness, with median time to onset of 7 and 6 days, respectively,
tended to occur earlier with gabapentin treatment than other adverse
events.

The median duration of adverse events was 22 days for patients in all
epilepsy studies, which is about 1 week longer than the median duration
observed during controlled studies.  Specific symptoms tended to last
for 1 week through 3 weeks, on average.  Symptoms that tended to last
1 month or longer were:  weight increase (122 days), increased appetite
(41), nystagmus (36), tremor (33), myalgia (32), fatigue (31), and
somnolence (29).  Nausea and/or vomiting usually lasted 4 days.

5.3.3.5.  <u>Subset Presentations of Most Frequently Occurring Adverse
          Events</u>

Adverse event data collected during controlled studies or during all
epilepsy studies were evaluated to determine whether there were
differences in the frequency of the 25 most frequently occurring adverse
events between selected subsets of patients.  Men and women experienced
similar events.  The frequency of adverse events tended to increase with
increasing age, both in patients receiving gabapentin and in those
receiving placebo.  The number of concurrent AEDs that a patient was

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                127
Gabapentin
Capsules

receiving did not affect the frequency of adverse events; however, there
were increased frequencies for events related to the central nervous
system with the use of specific AEDs. The frequency of adverse events
tended to be similar at gabapentin plasma concentrations between
  mg/L and higher with concentrations greater than   mg/L. Central
nervous system effects increased slightly with increasing gabapentin
plasma concentration. Most patients with adverse events tended to have
events within 1 day of initiation of gabapentin therapy or an increase
in dosage.

One of the five placebo-controlled studies and three of the 18
uncontrolled studies were conducted in the US, while the remaining
studies were conducted outside of the US. The percentage of patients
experiencing at least one adverse event in controlled studies and in all
studies in patients with epilepsy is presented in Figure 14 for studies
conducted in the US or outside of the US. In controlled studies,
adverse events were reported at a higher frequency in studies conducted
in the US than in studies conducted outside of the US both for placebo
(74% vs 49%) and for gabapentin (89% vs 67%) groups. For the frequency
of specific adverse events, there were quantitative differences
paralleling those seen for all adverse events. However, similar types
of adverse events were reported at the highest frequency in both the US
and non-US studies, and thus it is appropriate to combine adverse event
data for US and non-US studies.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084632

RR-REG 959-00017                    128
Gabapentin
Capsules



FIGURE 14.  Frequency of Adverse Events in US Versus Non-US Studies


## 5.3.3.6.  Clinical Laboratory Results

In placebo-controlled studies, results of clinical laboratory tests
revealed no clinically significant trends or changes across the
gabapentin dosages or between gabapentin and placebo treatments.  Data
pooled from all studies similarly revealed no clinically significant
trends in laboratory values.  For those parameters where significant
shifts were seen (hemoglobin, RBCs, neutrophils, monocytes, eosinophils,
basophils, alkaline phosphatase, and calcium), the patient distributions
were almost identical for the placebo groups in controlled studies and
for the gabapentin groups in controlled and uncontrolled studies.  Thus,
the shifts could not be associated with gabapentin, but rather may be
related to duration of treatment with AEDs or physiologic deterioration
associated with the disease of epilepsy.

c:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084633

RR-REG 959-00017                    129                    **378**
Gabapentin
Capsules

In controlled studies, for each parameter, the percentages of patients
with possibly clinically important deviations were similar across all
dosages of gabapentin and for gabapentin and placebo. When data for
controlled and uncontrolled studies were pooled, the frequency of
possibly clinically important deviations for some parameters was higher
than was seen for any treatment group in placebo-controlled studies.
This is accounted for by the fact that patients in uncontrolled studies
were monitored for much longer periods of time than were patients in
controlled studies, and thus there was more opportunity for deviations
to occur. No disturbing trends were apparent, and for each parameter
the percent of patients with possibly clinically important deviations
was not above that expected for this population, in which most of the
patients were being treated with at least one other agent known to cause
changes in laboratory values.

In all studies, none of the changes in laboratory values that were
determined to be clinically important by the Parke-Davis Medical Monitor
were attributable to treatment with gabapentin.

- Gabapentin is not regularly associated with any clinical laboratory
  abnormalities.

- Clinically important changes in laboratory values occurring in
  patients treated with gabapentin are not considered by the
  Parke-Davis Medical Monitor to be attributable to gabapentin therapy.

5.3.3.7.  Other Measures of Safety

Other measures of safety were study specific and included blood
pressure, heart rate, body temperature, body weight, electrocardiograms,
and electroencephalograms. Observed changes were not considered
clinically important or related to the administration of gabapentin.

d:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                 130
Gabapentin
Capsules

### 5.3.3.8. <u>Safety Conclusions From All Clinical Studies in Patients With Epilepsy</u>

- Gabapentin is safe and well tolerated when administered as add-on therapy at dosages between 600 and 2400 mg/day in refractory patients with partial seizures.

- In patients receiving gabapentin as add-on therapy, the constellation of adverse events, most of which are of mild or moderate intensity, is similar to that for patients taking other AEDs alone.

- Although there is an apparent increased frequency of adverse events with gabapentin administration, there is no clear dose relationship for the most frequently occurring types when normalized for time on drug.

- Adverse events that occur following gabapentin administration most frequently affect the nervous system, body as a whole, and the digestive system. The six most frequently occurring adverse events are somnolence, dizziness, ataxia, nystagmus, headache, and fatigue.

- In patients receiving gabapentin, the median time to onset of the first adverse event is 14 days, and late-occurring adverse events are rare. The median duration of adverse events is approximately the same in patients receiving gabapentin and in patients receiving other AEDs alone.

- Gabapentin is not associated with the sometimes serious hematologic side effects or dermatologic and allergic reactions frequently seen with other AEDs.

U:\NDA\C1-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084635

RR-REG 959-00017                    131
Gabapentin
Capsules

- Laboratory deviations reported as adverse events appear to be
  randomly occurring events, and many are known to occur with other
  AEDs (carbamazepine, phenytoin, and valproic acid).

## 5.3.4. Studies in Patients with Spasticity or Migraine

Other clinical studies with gabapentin included 11 studies in
153 patients with spasticity and one study in 87 patients with migraine.
For these indications, gabapentin was added to existing therapy specific
to the patient's spasticity or migraine, and none of the patients were
receiving antiepileptic drugs other than gabapentin. A total of
147 patients (61%) received gabapentin at 25 to 3600 mg/day, usually as
a TID dosage regimen. The other 93 patients received only placebo.
Study medication was generally administered for shorter times and at
lower dosages than in clinical studies in patients with epilepsy.

In studies in patients with spasticity or migraine, 43 (29%) of the
147 patients treated with gabapentin had 98 adverse events. The
frequency of adverse events by body system were: nervous system (15%),
body as a whole (10%), digestive system (10%). The most frequently
occurring adverse events [dizziness (5%), somnolence (5%), fatigue (9%),
nausea and/or vomiting (4%)] were also among those most frequently
occurring during studies in patients with epilepsy.

Results of clinical laboratory tests in studies in patients with
spasticity or migraine revealed no clinically significant trends.
Clinically important changes in laboratory values that occurred in
patients in these studies were not attributable to gabapentin therapy.

Results from studies in patients with spasticity and migraine support
the conclusions of studies in patients with epilepsy that gabapentin is
safe and well tolerated and is not regularly associated with any
clinical laboratory abnormalities.

Confidential                                                    Pfizer_LAlphs_0084636

RR-REG 959-00017                           132
Gabapentin
Capsules

## 5.4. Deaths, Withdrawals Due to Adverse Events, and Serious or Clinically Important Adverse Events From All Studies

### 5.4.1. Deaths

A total of 19 deaths occurred during the gabapentin clinical program through August 31, 1991. Information on these deaths appears in Table 28. These 19 deaths occurred in the 1748 participants who received gabapentin during clinical pharmacology and clinical studies as well as in patients in studies not included in this NDA and in patients who received gabapentin on a compassionate-use basis. This death rate is consistent with what might be expected in a predominantly epileptic population.(20,21)

Fourteen of the deaths occurred while the patients were receiving gabapentin and five occurred after gabapentin therapy had been discontinued. Two deaths were due to brain tumors that were present when the patients entered the study. None of the deaths were considered associated with gabapentin administration, and seven of the deaths were related directly or indirectly to epilepsy. These findings are consistent with those cited in the literature.(20,22)

U:\NDA\CJ-945\REG3325A.SUM

Confidential

RR-REG 959-00017
Gabapentin
Capsules

133

TABLE 2B.  Summary of Patient Deaths That Occurred Through August 31, 1991
(Page 1 of 2)

| Study Number | Patient Identifier Center Number | Age and Sex | Mg/Day Gabapentin at Time of Death | Duration on Gabapentin (Days) | Cause of Death | Attributability[a] |
|---|---|---|---|---|---|---|
| During Gabapentin Therapy | | | | | | |
| 877-210GYX | 214 | 37 M | 1200 | 223 | Progression of astrocytoma complicated by pneumonia and GI hemorrhage | Definitely not |
| 945-13 | 8 | 65 M | 2400 | 799 | Cardiac tamponade | Definitely not |
| 945-13 | 6 | 36 M | 2400 | 844 | Stab wound | Definitely not |
| 945-13 | 8 | 27 M | 2400 | 1005 | Subarachnoid hemorrhage | Definitely not |
| 945-13 | 12 | 42 F | 2400 | 513 | Unknown; possibly aspiration | Unlikely |
| 945-14 | 801 | 49 F | 1800 | 301 | Seizure | Unlikely |
| 945-14 | 801 | 37 M | 1800 | 239 | Seizures and aspiration of vomit | Definitely not |
| 945-14 | 902 | 29 M | 1800 | 765 | Froze to death following seizure | Unlikely |
| 945-14 | 19 | 58 M | 2400 | 537 | Cerebral hemorrhage | Unlikely |
| 945-15 | 16 | 68 M | 2400 | 676 | Heart arrest | Unlikely |
| 945-15 | 17 | 27 M | 2400 | 283 | Accidental drowning | Unlikely |
| 877-210G[b] | 214 | 41 F | 1200 | 53 | Epileptic seizure and asphyxiation | Unlikely |

NA = not applicable
[a] Investigator's opinion
[b] Study in patients with generalized seizures not included in this NDA

U:\NDA\C1-945\REG3325A.SUM

Pfizer_LAlphs_0084638

RR-REG 959-00017
Gabapentin
Capsules

134

TABLE 28.    Summary of Patient Deaths That Occurred Through August 31, 1991
(Page 2 of 2)

| Study Number | Patient Identifier Center Number | Age and Sex | Mg/Day Gabapentin at Time of Death | Duration on Gabapentin (Days) | Cause of Death | Attributability* |
|---|---|---|---|---|---|---|
| **During Gabapentin Therapy (continued)** | | | | | | |
| 945-36e | NA | 44 M | 800d | 8 | Septic shock possibly related to aspiration pneumonia | Unlikely |
| 880-033g | NA | 43 F | 900 | 1764 | Cardiorespiratory failure as a consequence of epilepsy | Definitely not |
| **After Gabapentin Therapy Discontinued** | | | | | | |
| 945-8 | 37 | 17 M | 0f | 29 | Drowned in bath following seizure | Unlikely |
| 945-13 | 7 | 36 M | 0g | 399 | Cerebral herniation due to brain tumor present at baseline | Unlikely |
| 945-14 | 27 | 41 M | 0h | 453 | Hodgkin's lymphoma | Definitely not |
| 880-013i | NA | 63 M | 0j | 85 | Lung cancer | Unlikely |
| 880-033 | NA | 23 M | 0k | 1022 | Asphyxia due to convulsion | Not Stated |

NA = Not Applicable

a Investigator's opinion

b Compassionate-use study not included in this NDA

c Maximum gabapentin dosage was 1200 mg/day.

d Patient died after study was completed while receiving gabapentin on a compassionate-use basis.

e Death occurred 54 days after gabapentin was discontinued; maximum gabapentin dosage had been 900 mg/day.

f Death occurred 3 days after gabapentin was discontinued; maximum gabapentin dosage had been 2400 mg/day.

g Death occurred 82 days after gabapentin was discontinued; maximum gabapentin dosage had been 1200 mg/day. This patient initiated gabapentin therapy on a compassionate-use basis; drug was administered according to protocol 880-013.

h Death occurred 5 months after gabapentin was discontinued; maximum gabapentin dosage had been 1800 mg/day.

i Death occurred 13 weeks after gabapentin was discontinued; dosage of gabapentin was not specified in this compassionate-use patient.

Confidential

384

RR-REG 959-00017                    135
Gabapentin
Capsules

## 5.4.2. Withdrawals Due to Adverse Events

A total of 130 (7.4%) of the 1748 participants who received gabapentin
during clinical pharmacology or clinical studies withdrew from therapy
due to adverse events. Often, withdrawals occurred as the result of
more than one adverse event. Withdrawals due to adverse events during
gabapentin treatment were most often due to events in the nervous system
(4.1% of patients receiving gabapentin), body as a whole (1.7%),
psychobiologic function (1.4%), or digestive system (1.0%). Specific
adverse events most often resulting in withdrawals were convulsions
(1.3%) and somnolence (1.0%). Adverse events resulting in withdrawals
for 0.5% to 1% of participants each were ataxia, fatigue, dizziness, and
nausea and/or vomiting.

In comparison, 16 (3.3%) of the 485 participants who received placebo
during all studies withdrew due to adverse events. Types of adverse
events that often resulted in withdrawal were similar to those that led
to the withdrawal of gabapentin-treated patients. Two (0.41%) or more
participants withdrew due to nausea and/or vomiting (0.62%), convulsions
(0.82%), somnolence (0.62%), thinking abnormal (0.41%), or confusion
(0.41%).

For 90 (69%) of the 130 gabapentin-treated participants withdrawn due to
adverse events, the dosage at the onset of the adverse events that
resulted in withdrawal was 1200 mg/day or less, suggesting that there is
not an increase of withdrawals with higher doses of gabapentin. Rates
of withdrawals due to adverse events were highest in the first 2 to
3 months of exposure, and there was no evidence of an increase in
late-occurring adverse events leading to withdrawal.

U:\NDA\CI-945\REG3325A.SUM

RR-REG 959-00017                136
Gabapentin
Capsules

### 5.4.3.  Serious or Clinically Important Adverse Events

All adverse events were reviewed by the Parke-Davis Medical Monitor
(PDMM). Adverse events considered serious were: events immediately
life-threatening, permanently disabling, or requiring hospitalization;
cancer; overdose; or congenital anomaly. Patient listings were reviewed
for events suggestive of significant hazard, a significant
contraindication, or a precaution. Because an increase in seizure
frequency could represent the cyclical nature of seizures in epilepsy or
lack of efficacy, only reports of status epilepticus or seizure increase
following withdrawal of gabapentin were considered clinically important.

Prior to data cutoff, 69 (3.9%) of the 1748 participants receiving
gabapentin and two (0.4%) of the 485 who received placebo in clinical
pharmacology or clinical studies had adverse events that were considered
serious or clinically important by the Parke-Davis Medical Monitor.
Twenty-seven of the participants receiving gabapentin and one receiving
placebo were withdrawn from the studies as a result of these adverse
events.

Table 29 summarizes the serious or clinically important adverse events
experienced before data cutoff by participants receiving gabapentin.
These events occurred most often in the nervous system (1.5% of
participants). Serious or clinically important adverse events that
occurred in at least three participants (0.2% of all participants
receiving gabapentin) were convulsions (1%), depression (0.3%), drug
overdose (0.3%), brain neoplasm (0.2%), and pregnancy (0.2%). Serious
or clinically important adverse events occurred in two patients
receiving placebo: somnolence, thinking abnormal, and increased
sweating led to the withdrawal of one patient; and a second patient
experienced an episode of status epilepticus.

U:\NDA\CI-945\REG3325A.SUM

RR-REG 959-00017                    137
Gabapentin
Capsules

TABLE 29.  Number (%) of Participants With Serious or
Clinically Important Adverse Events

| Adverse Event[a] | Gabapentin N = 1748 |
|---|---|
| Convulsions | 19  (1.09) |
| Depression | 6  (0.34) |
| Drug Overdose | 5  (0.29) |
| Neoplasm, Brain[b] | 4  (0.23) |
| Pregnancy | 3  (0.17) |
| Syncope | 2  (0.11) |
| Intracranial Hemorrhage | 2  (0.11) |
| Agitation | 2  (0.11) |
| Rash - Maculopapular | 2  (0.11) |
| Hematuria | 2  (0.11) |
| Breast Cancer | 2  (0.11) |
| Peripheral Edema | 1  (0.05) |
| Neoplasm, General | 1  (0.05) |
| Head Injury | 1  (0.05) |
| Heart Failure | 1  (0.05) |
| Heart Block | 1  (0.05) |
| Bloody Stools | 1  (0.05) |
| Bloody Diarrhea | 1  (0.05) |
| NonHodgkin's Lymphoma | 1  (0.05) |
| Anemia | 1  (0.05) |
| Dystonia | 1  (0.05) |
| Relapse of Astrocytoma | 1  (0.05) |
| Nervousness | 1  (0.05) |
| Suicidal | 1  (0.05) |
| Pneumonia[b] | 1  (0.05) |
| Rash | 1  (0.05) |
| Urticaria | 1  (0.05) |
| Renal Failure, Acute | 1  (0.05) |
| Anuria | 1  (0.05) |
| Kidney Infection | 1  (0.05) |
| Retinal Degeneration | 1  (0.05) |
| Elevated Platelet Count | 1  (0.05) |
| WBC Decreased | 1  (0.05) |
| Neutropenia | 1  (0.05) |
| Increased Bleeding Time | 1  (0.05) |
| Hemoglobin Decreased | 1  (0.05) |
| Hematocrit Decreased | 1  (0.05) |
| Decreased RBC | 1  (0.05) |
| Elevated SGOT (AST) | 1  (0.05) |
| Elevated SGPT (ALT) | 1  (0.05) |
| Elevated Creatinine | 1  (0.05) |
| Elevated BUN | 1  (0.05) |
| Total Number (%) of Participants With Serious or Clinically Important Adverse Events | 69  (3.95) |

[a] COSTART preferred term
[b] One patient died due to an astrocytoma and pneumonia.  Death, rather
than astrocytoma or pneumonia was recorded as the adverse event.
Therefore, these adverse events do not appear in summaries of adverse
events elsewhere in this document.

U:\NDA\CI-945\REG3325A.SUN

Confidential

Pfizer_LAlphs_0084642

RR-REG 959-00017                    138
Gabapentin
Capsules

In addition to the above, seven adverse events considered serious by the
PDMM occurred later than the final date for inclusion of data in the
safety databases or occurred during studies not in this NDA: two
tumors, which are included in the summary of tumors below, three
episodes of status epilepticus, a cervical spinal fracture, and a drug
overdose.  The drug overdose occurred in the 16-year-old daughter of a
patient, who took an intentional overdose of approximately 30 g
gabapentin.  She was drowsy though easily aroused and had mild diarrhea.
She recovered fully.  This incident clearly illustrates that
life-threatening toxicity does not occur with a gabapentin overdose.

An additional seven clinically important adverse events were experienced
by five patients who were receiving gabapentin on a named-patient basis:
two instances of severe burns sustained during seizures, convulsions
leading to psychosis, syncope, hematemesis, and pregnancy.

A total of 14 tumors were reported in patients during the gabapentin
clinical development program through July 1, 1991, as summarized in
Table 30.  One report was of a submandibular mass, which was diagnosed
as a cyst following excision.  In another patient, malignant melanoma
was diagnosed during baseline, before administration of study drug.
These two reports are included in Table 30, but are not included in the
following discussion of 12 confirmed neoplasms in patients who received
gabapentin.

U:\NDA\CJ-945\REG3325A.SUM

RR-REG 959-00017                    139
Gabapentin
Capsules

TABLE 30.   Summary of Tumors Reported Through
            July 1, 1991

| Tumor Type | Days on Gabapentin At Diagnosis |
|---|---|
| **NEW TUMOR CASES** | |
| **During Baseline** | |
| Malignant melanoma | 0 |
| **During Gabapentin Therapy** | |
| Submandibular mass[a] | 9 |
| Breast cancer | 146 |
| Breast cancer | 440 |
| Brain tumor | 467 |
| NonHodgkin's Tymphoma | 379 |
| **After Gabapentin Therapy Discontinued** | |
| Lung Cancer | 85[b] |
| **TUMORS RECURRING OR EXPANDING** | |
| **During Gabapentin Therapy** | |
| Astrocytoma (recurrent) | 151 |
| Astrocytoma (expansion) | 223 |
| Meningioma (recurrent) | 441 |
| Brain tumor (recurrent) | 84 |
| Brain tumor (expansion) | 369 |
| Metastatic adenocarcinoma of the prostate | 141[c] |
| **After Gabapentin Therapy Discontinued** | |
| Astrocytoma (recurrent) | 29[d] |

[a] Following excision of the mass, the diagnosis was changed to cyst.
[b] Lung cancer was diagnosed 2 months after gabapentin was discontinued.
[c] Duration of gabapentin therapy during open-label treatment. The randomization code for the initial phase of the study was not broken. Study not included in NDA.
[d] Discovered during follow-up when the patient was not receiving study medication.

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    140
Gabapentin
Capsules

New tumors were diagnosed in four patients during gabapentin therapy:
two cases of breast cancer, one brain tumor, and one NonHodgkin's
lymphoma.  The case rate of four new tumors in 985 person-years of
gabapentin exposure is comparable to the published age-adjusted rate of
3.8 per 1,000 US population.(23)  One additional new tumor, lung cancer,
was diagnosed in a patient 2 months after gabapentin treatment had been
discontinued.  Assuming all patients were followed for 100 days after
discontinuation of therapy, a report of one new tumor would have been
expected in that time period.

Seven patients had tumors that expanded or recurred during or after
gabapentin therapy.  Six of these were brain tumors (three astrocytomas,
one meningioma, and two of unknown type).  This number of recurrent
brain tumors was not unexpected in this population of patients, based on
data from published reports.(24-27)

5.5.  The Safety of Gabapentin:  Overall Conclusions

• Gabapentin at dosages through 2400 mg/day is remarkably well
  tolerated despite being added to existing AED therapy in refractory
  patients.

• No deaths were attributable to gabapentin, and no serious adverse
  events were consistently attributable to gabapentin.

• With short-term, add-on gabapentin therapy, there is an increased
  frequency of the types of adverse events that frequently occur with
  the use of currently marketed antiepileptic drugs, particularly those
  symptoms related to the central nervous system (somnolence,
  dizziness, ataxia, nystagmus) and occasionally related to the
  digestive system, due to local irritation.  There is, however, no
  clear dose relationship for frequently occurring types of adverse
  events.

U:\NDA\CI-945\REG3325A.SUM

RR-REG 959-00017                141
Gabapentin
Capsules

- Following initial therapy, long-term use of gabapentin at dosages up to 2400 mg/day does not result in new or different adverse events or in increased frequency of adverse events in patients with epilepsy.

- Unlike the currently marketed AEDs, gabapentin is not associated with liver injury, serious allergic reactions, or changes in the hematopoietic system.

- Clinical laboratory abnormalities are not regularly associated with gabapentin treatment.

- Adverse events likely to be related to gabapentin administration occur early following initiation of treatment or a dosage increase, and late-occurring adverse events are rare.

- Changes in other safety measures (vital signs, ECGs, EEGs) are not considered clinically important or related to the administration of gabapentin.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084646

RR-REG 959-00017                    142
Gabapentin
Capsules

|   | | NDA LOCATION | |
|---|---|---|---|
| 6. REFERENCES | | VOLUME | PAGE |

1. Koto E, Sauermann W, Sedman A. A randomized, placebo-controlled, double-blind, multiple-dose, three-way crossover study of the effect of oral gabapentin (CI-945) on nocturnal neurohormone secretion and the pattern of sleep in healthy subjects (Protocol CT 880-051). RR 724-00108, Jun 4, 1991.  **1.73   062**

2. Anhut H, Feuerstein T, Reece PA, Sedman AJ. A single-center, nonrandomized, open-label study of the efficacy of oral gabapentin (CI-945) in the treatment of patients with generalized or symptomatic epilepsy (Protocol CT 880-032). RR 724-00111, May 16, 1991.  **1.73   2**

3. Koto EP, Sauermann W, Sedman AJ. A randomized, placebo-controlled, double-blind, rising-dose study of the safety and tolerance of oral gabapentin (CI-945) in healthy subjects (Protocol CT 104-001). RR 724-00106, Aug 30, 1991.  **1.73   232**

4. Feuerstein T, Sauermann W, Reece P. A 3-week, double-blind, pilot study of the safety and tolerance of gabapentin (CI-945) administered as add-on therapy without titration to patients with refractory epilepsy (Protocol 877-035). RR 724-00135, Jul 22, 1991.  **1.75   1**

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084647

RR-REG 959-00017                    143
Gabapentin
Capsules

|  |  | NDA LOCATION | |
|---|---|---|---|
|  |  | VOLUME | PAGE |

## 6.  REFERENCES

5.  Koto EP, Sauermann W, Sedman AJ.  A randomized,
    placebo-controlled, double-blind, single-dose,
    forerunner study of the safety and tolerance of
    intravenous gabapentin (CI-945) in healthy
    subjects (Protocol CT 104-002).
    RR 724-00107, Feb 26, 1991.                          1.74          1

6.  Reece P, Von Hodenberg A.  An open-label,
    multiple-dose study of the safety of gabapentin
    (CI-945) administered orally for 10 days to
    healthy volunteers (Protocol 945-046).
    RR 724-00133, Jun 17, 1991.                          1.77          1

7.  Bockbrader H, Bovenkerk W, Posvar E, Underwood B,
    Sedman A.  A randomized, double-blind,
    placebo-controlled study of the safety,
    tolerance, and pharmacokinetics of gabapentin
    (CI-945) single doses and multiple doses of
    1800, 2400, 3600, or 4800 mg/day for 2 weeks in
    healthy volunteers (Protocol 945-57).
    RR 724-00134, May 21, 1991.                          1.78          1

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017
Gabapentin
Capsules

144

|  | | NDA LOCATION | |
|---|---|---|---|
|  | | VOLUME | PAGE |

## 6. REFERENCES

8. Feuerstein T, Sauermann W, Saunders M, Wallace J, Woolley C. A double-blind, placebo-controlled, parallel-group, multicenter study of the safety and efficacy of gabapentin (CI-945) as add-on therapy in patients with medically uncontrolled partial epilepsy (Study CT 877-210P, Centers 211 through 216 and 218 through 220).
RR 4301-00024, May 6, 1991.  1.91-94  1

9. Koto EP, Shellenberger MK, Wallace JD, Wibberg M. A 12-week, double-blind, placebo-controlled, parallel-group multicenter study to determine the efficacy of gabapentin (CI-945) 1200-mg daily and the dose-response characteristics and safety of gabapentin 600-mg, 1200-mg, and 1800-mg oral daily doses as add-on therapy in patients with medically refractory partial seizures (Protocol 945-5) (US).
RR 720-02801, Sep 13, 1991.  1.80-90  2

U:\NDA\CI-945\REG3325A.SUM

RR-REG 959-00017                          145
Gabapentin
Capsules

| | | NDA LOCATION |
|---|---|---|
| 6. REFERENCES | VOLUME | PAGE |

10. Ashman PJ, Feuerstein TJ, Sauermann W, Saunders M,
    Wallace JD.  A 12-week,
    double-blind, placebo-controlled,
    parallel-group multicenter study to determine
    the efficacy of gabapentin (CI-945) 900-mg
    daily and the dose-response characteristics
    and safety of gabapentin 900-mg and 1200-mg
    oral daily doses as add-on therapy in patients
    with medically refractory partial
    seizures (Protocol 945-6).
    RR 4301-00077, Sep 12, 1991.              1.95-103        1

11. Ashman PJ, Feuerstein TJ, Sauermann W,
    Saunders M, Wallace JD.  A 12-week,
    double-blind, placebo-controlled,
    parallel-group, multicenter study to determine
    the efficacy of gabapentin (CI-945) 900-mg
    daily and the dose-response characteristics
    and safety of gabapentin 900-mg and 1200-mg
    oral daily doses as add-on therapy in patients
    with medically refractory partial seizures
    (Protocols 945-9 and 945-10).
    RR 4301-00103, Sep 13, 1991.             1.104-107        1

U:\NDA\CI-945\REG3325A.SUM

Confidential                                           Pfizer_LAlphs_0084650

RR-REG 959-00017                    146
Gabapentin
Capsules

| 6. REFERENCES | NDA LOCATION | |
|---|---|---|
| | VOLUME | PAGE |

12. Baron B, Shellenberger MK, Wallace JD, Wibberg M.
A 12-week, open-label extension of a
12-week, double-blind, placebo-controlled,
randomized, parallel-group, multicenter study
to determine the efficacy of gabapentin
(CI-945) 1200 mg daily and the dose-response
characteristics and safety of gabapentin
600-mg, 1200-mg, and 1800-mg oral daily doses
as add-on therapy in patients with medically
refractory partial seizures (Protocol 945-5)
(US).
RR 720-02816, Sep 10, 1991.                I.108-116        2

13. Ashman PJ, Feuerstein TJ, Sauermann W,
Saunders M, Wallace JD. A 12-week, open-label
extension of a 12-week, double-blind,
placebo-controlled, parallel-group multicenter
study to determine the efficacy of gabapentin
(CI-945) 900-mg daily and the dose-response
characteristics and safety of gabapentin
900-mg and 1200-mg oral daily doses as add-on
therapy in patients with medically refractory
partial seizures (Protocol 945-6).
RR 4301-00124, Sep 12, 1991.              I.145-150        1

U:\NDA\CI-945\REG3325A.SUM

RR-REG.959-00017                    147
Gabapentin
Capsules

|   | | NDA LOCATION | |
|---|---|---|---|
| **6.** | **REFERENCES** | **VOLUME** | **PAGE** |

14. Ashman PJ, Feuerstein TJ, Sauermann W,
    Saunders M, Wallace JD. A 12-week, open-label
    extension of a 12-week, double-blind,
    placebo-controlled, parallel-group multicenter
    study to determine the efficacy of gabapentin
    (CI-945) 900-mg daily and the dose-response
    characteristics and safety of gabapentin
    900-mg and 1200-mg oral daily doses as add-on
    therapy in patients with medically refractory
    partial seizures (Protocols 945-9 and 945-10).
    RR 4301-00125, Sep 13, 1991.                1.151-153        I

15. Alexander J, Feuerstein TJ, Saunders M,
    Wallace JD, Widmer A. Interim report of an
    open-label extension of a 14-week, double-blind,
    placebo-controlled, parallel-group multicenter
    study to determine the efficacy and safety
    of gabapentin (CI-945) 1200 mg daily as
    add-on therapy in patients with medically
    refractory partial epilepsy
    (Protocol CT 877-210P).
    RR 720-02993, Sep 13, 1991.                 1.34-137         I

16. Alexander J, Shellenberger MK, Wallace JD,
    Wibberg M. Interim report of a long-term,
    open-label, multicenter study of the safety
    and efficacy of gabapentin (CI-945) as add-on
    therapy in the treatment of patients with
    partial seizures (Protocol 945-13) (US).
    RR 720-02883, Aug 16, 1991.                 1.117-123        I



U:\NDA\CI-945\REG3325A.SUM

Confidential                                                    Pfizer_LAlphs_0084652

RR-REG 959-00017                    148
Gabapentin
Capsules

|     |   | NDA LOCATION |      |
| --- | --- | --- | --- |
|     |   | VOLUME | PAGE |
| 6.  | REFERENCES |  |  |

17.  Ashman PJ, Feuerstein TJ, Quebe-Fehling E,
     Saunders M, Wallace JD.  Interim report of a
     long-term, open-label multicenter study of the
     safety and efficacy of gabapentin (CI-945) as
     add-on therapy in the treatment of patients
     with medically refractory partial seizures
     (Protocol 945-14).
     RR 4301-00127, Sep 13, 1991.              1.155-161        1

18.  Friedman MW, Shellenberger MK, Wallace JD,
     Wibberg M.  An interim report on an
     open-label, uncontrolled, multicenter study to
     determine the long term safety and efficacy of
     gabapentin (CI-945) administered as
     monotherapy or in combination with other
     antiepileptic drugs in patients with medically
     uncontrolled partial or generalized epileptic
     seizures (Protocol 945-15) (US).
     RR 720-02837, Sep 6, 1991.                1.124-131        1

U:\NDA\CI-945\REG3325A.SUM

RR-REG-959-00017                149
Gabapentin
Capsules

|  | | NDA LOCATION | |
|---|---|---|---|
| 6. | REFERENCES | VOLUME | PAGE |

19. Ashman PJ, Feuerstein TJ, Quebe-Fehling E,
    Saunders M, Wallace J.  An interim report of
    an open-label, uncontrolled, multicenter study
    to determine the long-term safety and efficacy
    of gabapentin (CI-945) administered as
    monotherapy or in combination with other
    antiepileptic drugs in patients with medically
    refractory partial or generalized epileptic
    seizures (Protocol 945-16).
    RR 4301-00148, Sep 13, 1991.            I.162-165        1

20. Hauser WA, Annegers JF, Elveback LR.
    Mortality in patients with epilepsy.            * Published
    Epilepsia 1980;21:399-412.                        Literature

21. Kurtzke JF.  Mortality and morbidity data on
    epilepsy.  In: Alter M, Hauser WA, eds.
    NINDS Monograph No. 14,    Publication Number
    (NIH) 73-390.  Department of Health, Education      Published
    and Welfare, Washington, D.C.  1972:21-36.          Literature

22. Wannamaker BB.  A perspective on death in
    persons with epilepsy.  In: Lathers CM,
    Schraeder PL, eds.  Epilepsy and sudden death.      Published
    New York:  Marcel Dekker, Inc. 1990:29.            Literature

---

* Published literature references are not included in this NDA, but
  will be provided upon request.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084654

RR-REG-959-00017                    150
Gabapentin
Capsules

|  | NDA LOCATION |  |
|---|---|---|
|  | VOLUME | PAGE |

6.  REFERENCES

23. Ries LA, Hankey BF, Edwards BK, eds. Cancer
    Statistics Review 1973 - 1987. Bethesda: US
    Department of Health and Human Services,
    National Cancer Institute, NIH Publication No.           * Published
    90-2789:II.12.                                              Literature

24. Leibel SA, Sheline GE, Wara WM, Boldrey EB,
    Nielsen SL. The role of radiation therapy in
    the treatment of astrocytomas.                           Published
    Cancer 1975;35:1551-57.                                  Literature

25. Fazekas JT, Treatment of Grades I and II brain
    astrocytomas: The role of radiotherapy.                  Published
    Int J Radiat Oncol Biol Phys 1977;2:661-666.             Literature

26. Scanlon PW, Taylor WF. Radiotherapy of
    intracranial astrocytomas: Analysis of 417
    cases from 1960 through 1969.                            Published
    Neurosurgery 1979;5:301-8.                               Literature

27. Sheline GE. Radiotherapy of adult primary
    cerebral neoplasms. In: Walker MD, ed.
    Oncology of the nervous system. Boston,                  Published
    Martinus Nijhoff Pub. 1983:223-45.                       Literature

---

* Published literature references are not included in this NDA, but
  will be provided upon request.

U:\NDA\CI-945\RE63325A.SUM

Confidential



Confidential

**400**

RR-REG 959-00017                        1
Gabapentin
Capsules

## 2.9. Risk-Benefit Assessment

### I. INTRODUCTION

In the United States about 1.5 million people suffer from epilepsy; an
additional 70- to 130,000 new cases are diagnosed annually.(1)
Approximately one third to one half of patients have generalized, tonic-
clonic seizures and a similar proportion exhibit partial seizures.  The
majority of patients (about 70%) respond to antiepileptic drug (AED)
therapy and 50% to 75% achieve complete remission from seizure activity
within 5 years.(1,2)  When monotherapy fails to control seizure
activity, other AEDs are added in varying combinations and dosage levels
in an attempt to obtain control.  A limited number of antiepileptic
medications are available to the epileptologist for use in refractory
cases and all of the available compounds have undesirable toxicity and
pharmacokinetic profiles.

Gabapentin is a candidate for use as add-on therapy for patients with
epilepsy, in particular partial seizures, uncontrolled by currently
available medications.  Gabapentin appears to have a mechanism of action
that differs from those of other anticonvulsants. After exposing over
1700 patients and volunteers to gabapentin for periods of one dose to
over 5 years, none of the severe or life-threatening adverse reactions
typically associated with available antiseizure medications were noted.
Furthermore, gabapentin's pharmacokinetic profile allows its addition to
an existing regimen without requiring alterations in the dosing of the
concomitant medications.

Late in the clinical development of gabapentin, a dose-related increase
in the incidence of pancreatic acinar cell tumors was found in adult
male Wistar rats given gabapentin for 2 years.  Such an increase was not
seen in either sex of mice or in female rats, and the incidence of these
tumors in male rats was not different from concurrent or historical

U:\NDA\CJ-945\REG3325A.SUM

Confidential

Pfizer_LAlpha_0084657

RR-REG 959-00017                    2
Gabapentin
Capsules

controls except at the highest dose (2000 mg/kg). These findings were
reported to the Food and Drug Administration (FDA) and initiation of new
clinical trials, as well as entry of new patients into ongoing clinical
trials was stopped in September 1990 for all studies worldwide. The
hold was lifted in October 1991 for studies enrolling refractory
patients, but remains in effect for naive patients. Additional
preclinical data will be submitted to the FDA to further support the use
of gabapentin treatment for naive patients.

Further analyses of the rodent toxicology data have indicated the
following:

- The tumors that occurred in male Wistar rats, while identified
  histologically as carcinomas, were noninvasive, nonmetastasizing,
  low-grade tumors that did not alter the mortality or morbidity
  profile of the animals involved.

- Female Wistar rats and male and female mice did not have an increased
  incidence of pancreatic acinar cell tumors at identical doses and
  duration of treatment.

- Statistically significant increases in the incidence of other types
  of malignancies have not been found in either mice or rats.

- Other commonly used antiepileptic medications also have been found to
  produce tumors in animals.

Clinical studies of gabapentin demonstrate that it is safe and effective
and is superior to existing medications with respect to lack of serious
side effects, ease of dosing, and lack of drug interactions.

This document briefly summarizes the preclinical toxicology, clinical
safety and efficacy, and pharmacokinetic profiles of gabapentin.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084658

RR-REG 959-00017                      3
Gabapentin
Capsules

## 2.  PRECLINICAL TOXICOLOGY ASSESSMENT

Gabapentin exhibited unusually low toxicity in the various animal models
studied compared to what is known on the toxicity of currently marketed
antiepileptic drugs. In multidose oral studies in rodents, minor
systemic effects were observed only at doses higher than 1000 mg/kg, and
appeared species and sex specific. Gabapentin was well tolerated by
dogs and monkeys in chronic studies relative to other antiepileptic
drugs, with only slight to moderate hepatocellular enlargement in female
dogs given 2000 mg/kg in the 26-week study. Gabapentin was not
teratogenic in three species; in contrast, animal studies indicate that
marketed antiepileptic drugs are teratogenic.

Gabapentin was not genotoxic or cytotoxic in vitro at concentrations up
to     μg/mL or in vivo at doses up to     mg/kg. In contrast,
several marketed antiepileptics have demonstrated genotoxic potential.
Except for asbestos and conjugated estrogens, human organic chemical
carcinogens exhibit genotoxicity as demonstrated by mutagenicity in
bacteria or clastogenicity in bone marrow in vivo. Therefore, the
genetic toxicology studies with gabapentin do not indicate genotoxic or
mutagenic risk in humans.

A significant dose-related increase in the incidence of pancreatic
acinar cell tumors in male rats was identified. However, such an
increase did not occur in either sex of mice or in female rats. The
incidence of these pancreatic acinar cell tumors in male rats was not
different from concurrent and historical controls except at the highest
dose. The biologic characteristics of these pancreatic acinar cell
tumors in gabapentin-treated rats are similar to those seen
spontaneously or induced by trypsin inhibitors or trophic factors, and
distinct from those induced by frank pancreatic carcinogens. These
biologic characteristics include no change in latency, no metastasis, no
effects on survival, and a different tumor type from the ductular

U:\HDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlpha_0084659

RR-REG 959-00017                           4
Gabapentin
Capsules

histotype predominant in human pathology. There were no other increases
in tumor incidence of any type in these male rats, and the overall tumor
incidence was similar to controls. This evidence suggests that
increased pancreatic acinar cell tumors could represent an exacerbation
of the spontaneous tumor incidence mediated by indirect mechanisms
stimulating cell proliferation.

The relevance of the pancreatic acinar cell tumors in male rats only at
very high doses over 2 years is unclear. If these findings are
considered relevant to the estimation of human risk, the separation
between the maximum tolerated therapeutic dose (48 mg/kg) and the
highest dose without a significantly increased incidence of pancreatic
acinar cell tumors in male rats (1000 mg/kg) is approximately 21-fold,
while the separation between the maximum tolerated therapeutic dose and
2000 mg/kg is approximately 42-fold. In terms of exposure, the
separations between the therapeutic plasma drug concentration and the
plasma drug concentrations in rats at                mg/kg are      and
    fold, respectively.

Given the lack of metabolic transformation, lack of genotoxicity, and
lack of tumorigenicity in mice and female rats, the low-grade nature of
the tumorigenic response, and the separation between therapeutic drug
concentration and that at      mg/kg in male rats, the carcinogenic risk
of gabapentin in humans is low.

Preclinical toxicology studies did not identify significant risks that
would preclude the use of gabapentin in patients with epilepsy.

3.  CLINICAL SAFETY OF GABAPENTIN

A total of 1748 individuals received gabapentin during 35 clinical
pharmacology and 35 clinical studies. The majority of these

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    5
Gabapentin
Capsules

participants (1307) were refractory patients with partial epilepsy who participated in clinical studies of at least 12 weeks' duration.

Gabapentin treatment was not regularly associated with changes in physical or neurological parameters as measured by vital signs, clinical laboratory tests, electrocardiograms, or electroencephalograms. Treatment-emergent signs and symptoms (adverse events) in patients who received gabapentin as add-on AED therapy in placebo-controlled studies were not qualitatively different from the background signs and symptoms experienced by patients who received only other AEDs. Furthermore, no new or unusual adverse events occurred during long-term therapy.

Gabapentin was associated with an increased frequency of symptoms related to the central nervous system, particularly somnolence, dizziness, ataxia, and nystagmus. However, these events were primarily mild to moderate in intensity, tended to begin within 5 days of initiation of therapy or a dosage increase, and resolved within a median time of 2 weeks. No single type of adverse event led to withdrawal of more than 1% of patients. Late occurring adverse events were not common but when they did occur they were not unusual in nature.

Unlike the currently marketed AEDs, gabapentin was not associated with liver enzyme elevations, serious allergic reactions, or changes in the hematopoietic system. Further, the type and frequency of adverse events were not affected by the number of AEDs that a patient was receiving in addition to gabapentin. In this population of refractory patients, many of whom by definition could not tolerate any dosage of an existing AED or a dosage high enough to provide adequate seizure control, clinically effective dosages of gabapentin were well tolerated as compared with the currently marketed AEDs.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084661

RR-REG.959-00017                    6
Gabapentin
Capsules

## 4. CLINICAL SAFETY: COMPARISON OF GABAPENTIN AND MARKETED AEDS

Drug selection for anticonvulsant therapy is generally based on a drug's efficacy for specific types of seizures and epilepsy, and adjustments in dose, drug, and number of drugs are made based on a patient's individual response.(3)  In the recent past carbamazepine, phenytoin, phenobarbital, and primidone have been the most widely prescribed AEDs for treatment of partial and secondarily generalized tonic-clonic seizures.(3)  Results of a comprehensive large-scale study of monotherapy [the Veteran's Administration (VA) Cooperative Study] indicate that carbamazepine and phenytoin show a better balance of seizure control and side effects than phenobarbital or primidone.(4) Since this study was conducted, valproate has also gained acceptance for the treatment of these seizure types.

In the gabapentin clinical development program, carbamazepine (78%), phenytoin (31%), valproate (27%), and carbamazepine plus valproate (19%) were the most frequently used background therapies. Since gabapentin is indicated for use as add-on therapy, this section reviews the clinical safety profiles of these background therapies to determine what risk the patient is already under and whether gabapentin exposes the patient to additional risks.

Carbamazepine, valproate, phenytoin, and phenobarbital all have potentially serious safety considerations. The warnings that appear in the current product labeling (5) are summarized in Table I.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084662

RR-REG 959-00017
Gabapentin
Capsules

**TABLE 1. Summary of Warnings in Approved Labeling of Currently Available AEDS**

| Topic | Carbamazepine | Valproic Acid | Phenobarbital | Phenytoin |
|---|---|---|---|---|
| Boxed Warning | Aplastic anemia Agranulocytosis | Hepatic failure resulting in fatalities | None | None |
| Other Warnings | Severe dermatologic reactions including Lyell's and Stevens-Johnson syndromes<br><br>Closely observe patients with increased intraocular pressure<br><br>Possibility of latent psychosis and in elderly patients confusion or agitation | Evidence of teratogenic effects, including neural tube defects in offspring of epileptic women<br><br>Abrupt withdrawal may precipitate status epilepticus | Habit forming<br><br>May induce paradoxical excitement or mask important symptoms in patients with acute or chronic pain<br><br>Can cause fetal damage and withdrawal symptoms in infants<br><br>Associated with cognitive deficits in children with complicated febrile seizures<br><br>Synergistic effects with CNS depressants | Abrupt withdrawal may precipitate status epilepticus<br><br>Possible relationship with lymphadenopathy<br><br>Acute alcoholic intake may increase serum phenytoin levels, while chronic use may decrease levels<br><br>Caution in administering to patients with porphyria |
| Carcinogenicity | Hepatocellular tumors in female rats, and benign interstitial adenomas in testes of male rats | Variety of neoplasms in mice and rats including benign pulmonary adenomas in male mice and subcutaneous fibrosarcomas in male rats | Benign and malignant liver cell tumors in mice and benign liver cell tumors in rats<br><br>Human data reveal possible association with brain tumors if exposed prenatally; inconclusive evidence regarding hepatic carcinoma in patients previously exposed to thorostat | No animal data stated<br><br>Human data reveal possible relationship with lymphadenopathy (local or generalized) including benign lymph node hyperplasia, pseudolymphoma, lymphoma, and Hodgkin's disease |
| Evidence of Teratology in Animals | Yes | Yes | Yes | Yes |

Confidential

U:\MDA\CI: 945\REG33256A.SUM

Pfizer_LAlpha_0084665

Carbamazepine, valproic acid, and phenobarbital are considered non-mutagenic in *in vitro* tests but are associated with carcinogenicity in animal studies, as stated in their current labeling. These carcinogenicity studies do not appear to have been predictive in man, as no carcinogenic potential has been unequivocally established in humans. Gabapentin is nonmutagenic, but has caused acinar cell tumors in the pancreas of male rats at high doses.

Children of mothers with epilepsy have malformations 1.25 to 2.24 times as often as the general population.(3)  Although AEDs are interrupted during pregnancy for some women, this is not an option for women who experience severe or frequent seizures.  Multiple reports in the clinical literature indicate that the use of AEDs during pregnancy results in an increased incidence of congenital malformations such as cleft palate, cleft lip, heart malformations, and spina bifida (3,6). More commonly, a constellation of relatively minor abnormalities, called fetal hydantoin syndrome, is also associated with many currently marketed AEDs.  Gabapentin, unlike the currently marketed AEDs (Table 1), has shown no teratogenic potential in mice, rats, or rabbits.

Numerous types of adverse events occur with each of the currently marketed AEDs.  Gastrointestinal symptoms such as nausea and vomiting are common upon initiation of therapy; other events reported in the product labeling are summarized in Table 2.  Like the other AEDs, gabapentin is also associated with symptoms of the CNS.  However, it has not been associated with the frequent and sometimes serious hematologic, hepatic, pancreatic, or dermatologic and allergic reactions seen with the other AEDs.

Confidential

Pfizer_LAlphs_0084664

KR-REG 959-00017
Gabapentin
Capsules

9

TABLE 2. Summary of Adverse Reactions in Product Labeling of Currently Available AEDs

| Body System | Carbamazepine | Valproic Acid | Phenobarbital | Phenytoin |
|---|---|---|---|---|
| Nervous System | Dizziness, drowsiness, coordination disturbances, confusion, headache, fatigue, blurred vision, visual hallucinations, transient diplopia, oculomotor disturbances, nystagmus, speech disturbances, abnormal involuntary movements, peripheral neuritis and paresthesias, depression | Sedative affects, tremor, ataxia, headache, nystagmus, diplopia, asterixis, spots before eyes, dysarthria, dizziness, incoordination, and rare cases of coma | Somnolence, agitation, confusion, hyperkinesia, ataxia, CNS depression, nightmares, nervousness, psychiatric disturbance, hallucinations, insomnia, anxiety, and dizziness | Nystagmus, ataxia, slurred speech, decreased coordination, mental confusion, dizziness, insomnia, transient nervousness, motor twitching, headache, and dyskinesias |
| Hematologic | Leukopenia, aplastic anemia, agranulocytosis, pancytopenia, bone marrow depression, thrombocytopenia, leukopenia, leukocytosis, eosinophilia | Thrombocytopenia and inhibition of secondary phase of platelet aggregation | None stated | Pancytopenia with or without bone marrow suppression, macrocytosis, megaloblastic anemia, and lymphadenopathy |
| Respiratory and Circulatory | Pulmonary hypersensitivity (fever, dyspnea, pneumonitis or pneumonia); CHF, cardiovascular complications | Edema of extremities | Respiratory depression, hypoventilation, apnea, circulatory collapse | Periarteritis nodosa |
| Hepatic and Pancreatic | Abnormal liver function, jaundice, hepatitis | Elevated LDH and transaminases, hepatic failure, acute pancreatitis* | None stated | None stated |
| Metabolism | Renal dysfunction, decreased thyroid function tests, inappropriate ADH secretion, water intoxication with hyponatremia and confusion | Hyperammonemia, hyperglycinemia* | None stated | None stated |
| Skin and Allergic Response | Pruritic or erythematous rash, urticaria, Lyell's syndrome*, Stevens-Johnson syndrome*, lupus erythematous-like syndrome | Transient hair loss, skin rash, photosensitivity, generalized pruritus, erythema multiforme, and epidermal necrosis* | Acquired hypersensitivity, exfoliative dermatitis (Stevens-Johnson syndrome and toxic epidermal necrolysis), and megaloblastic anemia | Hypersensitivity syndrome and dermatologic manifestations such as scarlatiniform or morbilliform rashes |

* Fatal in at least one case

U:\NDA\C1-845\REG33250A.SUM

Confidential

Pfizer_LAlphs_0084665

RR-REG 959-00017                    10
Gabapentin
Capsules

There is very little information in the literature comparing frequencies
of adverse events for patients receiving different AEDs.  Some
comparative data are, however, available from a recent presentation
given in September 1991.(7,8)  These data are from an extension of  the
VA Cooperative Study, mentioned previously.  In this extension,
subgroups of patients with predominantly complex partial seizures or
secondarily generalized tonic-clonic seizures were followed for 1 to
5 years, or until they failed due to inadequate seizure control and/or
unacceptable side effects.  Although the adverse event data from this
study may not be directly comparable to the data obtained during the
clinical development of gabapentin, gabapentin as add-on therapy appears
to have a favorable adverse event profile relative to carbamazepine and
valproate administered as monotherapy (Table 3).

NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084666