RR-REG 959—00017                    11
Gabapentin
Capsules

TABLE 3.    Comparison of Adverse Event Data in Veteran's
            Administration Comparative Study and Gabapentin
            (Percent of Patients)

| | VA Comparative Study (7,8) | | US Gabapentin Studies | | |
| | | | Controlled | | All Epilepsy |
| | CBZ | VPA | PBO | GBP | GBP |
| Incidence of Systemic Toxicity | N = 231 | N = 240 | N = 98 | N = 208 | N = 521 |
| Gastrointestinal | 29 | 33 | 19 | 26 | 37 |
| Rash | 11 | 1 | 6 | 5 | 11 |
| Hepatic | 4 | 3 | 2 | 0.5 | 3 |
| Weight Gain | 32 | 43 | 0 | 1 | 5 |
| Large Weight Gain | 8 | 20 | NA[a] | NA[a] | NA[a] |
| Hair Loss | 6 | 10 | 0 | 0.5 | 0.4 |
| Hair Texture | 0.4 | 4 | 0 | 0 | 0 |
| | | | | | |
| Incidence of Neurotoxicity | N = 230 | N = 240 | N = 98 | N = 208 | N = 521 |
| Diplopia | 10 | 6 | 4 | 9 | 19 |
| Nystagmus | 30 | 26 | 15 | 16 | 27 |
| Dizziness | 29 | 23 | 9 | 23 | 29 |
| Gait | 25 | 23 | 12 | 21 | 29 |
| Tremor | 22 | 45 | 9 | 13 | 19 |
| Sedation | 42 | 42 | 12 | 24 | 36 |
| Affect and Mood | 24 | 45 | 7[b] | 9[b] | 22[b] |
| Cognitive | 18 | 18 | 2[c] | 2[c] | 4[c] |

CBZ = carbamazepine; VPA = valproate; GBP = gabapentin; PBO = placebo
[a] NA = Not applicable, all occurrences of weight gain are contained in the term
    "weight gain".
[b] Contains all adverse events relating to psychobiological function
[c] Reflects patients who reported thinking abnormal; other types of cognitive effects
    were not measured.

Overdosage with the currently marketed AEDs can result in serious signs
and symptoms, usually beginning with the central nervous system, and may
lead to coma, cardiac arrest, and even death.  There are no specific
antidotes for overdose and the prognosis in severe cases is critically
dependent upon maintaining vital functions and facilitating elimination
of the drug.  Four accidental cases of overdose have been reported with
gabapentin; three occurred in patients with epilepsy (one of unknown

J:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084667

RR-REG 959-00017                    12
Gabapentin
Capsules

dosage, one at 3.6 g, and one at 8 g) and one occurred in a patient's
juvenile daughter (30 g). Symptoms included moderate sedation,
dizziness, double vision, slurred speech, and diarrhea, all of which
resolved. Thus, acute, life-threatening toxicity is not experienced
with gabapentin overdoses up to 17 times the maximum recommended human
dose. The known reduced absorption of gabapentin at doses above 600 mg
TID may limit drug absorption at the time of overdosing and hence limit
toxicity.

Gabapentin is well tolerated as add-on therapy by patients with
refractory partial seizures. Epileptologists anticipate an increase in
the occurrence of adverse events with each AED that is added to therapy.
The increase in rate of occurrence of adverse events during gabapentin
introduction was, therefore, expected. While it is difficult to ascribe
causality in add-on studies, gabapentin seems related mostly to events
of the CNS; these events were seldom severe and were of reasonably short
duration. Further, gabapentin appears to be tolerated at least as well
as the currently marketed agents, and is not associated with the
frequent and sometimes serious hepatic, pancreatic, hematologic, or skin
and allergic effects of the currently marketed agents, nor is it likely
to have teratogenic effects.

5.  <u>CLINICAL EFFICACY OF GABAPENTIN</u>

Gabapentin, as add-on therapy, was effective in reducing seizure
frequency in double-blind, placebo-controlled clinical studies with
792 refractory patients. This effect was statistically and clinically
significant at the a-priori-specified efficacy dosages of 900 and
1200 mg/day, and a dose response was evident over the entire 600- to
1800-mg/day dose range.

The primary criterion to establish the efficacy of gabapentin was
reduction in partial-seizure frequency from baseline to treatment; and

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                 13
Gabapentin
Capsules

as described in the clinical section of this comprehensive summary, the
primary efficacy variables were response ratio (RRatio) and responder
rate. Also as described in the previous section, both evaluable-patient
and intent-to-treat analyses were performed. All statistical testing
was two-sided and deemed significant if $p \leq 0.05$.

Adjusted mean RRatio was lower (improved) among patients who received
gabapentin at 900 or 1200 mg/day compared with those who received
placebo and concurrent AEDs, as seen in Table 4. The difference between
groups was statistically significant in the analysis of
evaluable-patient data in two of the three primary studies
(Studies 877-210P and 945-6), and in the intent-to-treat analysis in all
three studies. An additional evaluable-patient analysis on combined
data from the three primary studies as well as the two supportive
studies also showed statistically significant differences in favor of
gabapentin treatment.

J:\NDA\CI-945\REG3325A.SUM

Confidential                                                                    Pfizer_LAlphs_0084669

RR-REG 959-00017                    14
Gabapentin
Capsules

TABLE 4.  Statistical Comparisons of RRatio for Efficacy Dosages in
          Placebo-Controlled Studies

| Study/ Analysis | Efficacy Dosage (mg/day) | Mean RRatio | | p-Value |
|---|---|---|---|---|
| | | Placebo | Gabapentin | |
| **B77-210P** | 1200 | | | |
| Evaluable[a] | | -0.060 | -0.192 | 0.0056 |
| Intent To Treat[a] | | -0.044 | -0.199 | 0.0018 |
| **945-5** | 1200 | | | |
| Evaluable[a] | | -0.034 | -0.108 | 0.081 |
| Intent to Treat[b] | | 0.022 | -0.103 | 0.028 |
| **945-6** | 900 | | | |
| Evaluable[a] | | -0.024 | -0.139 | 0.0038 |
| Intent to Treat[b] | | -0.017 | -0.138 | 0.0002 |
| **All Five Placebo-Controlled Studies** | 900 or 1200 | | | |
| Evaluable[c] | | -0.039 | 900: -0.132 | <0.001 |
| | | | 1200: -0.172 | |

[a] ANOVA with treatment-by-center interaction
[b] Wilcoxon test
[c] ANOVA with treatment and protocol as factors

The 95% confidence intervals for the difference in RRatios (gabapentin minus placebo) for each dose level administered during controlled clinical studies is shown in Figure 1. The estimated contrast points demonstrate a negative (improved) dose-effect progression and none of the ranges encompass zero, indicating that gabapentin treatment results in dose-related seizure reduction in refractory patients. In addition, a linear regression of daily dose (mg/day) on RRatio was significant and had a negative slope ($p = 0.0001$, $r = -0.214$, $r^2 = 0.046$).

:\NDA\CI-945\REG3325A.SUM

RR-REG 959-00017                    15
Gabapentin
Capsules



FIGURE 1.    Difference in Mean RRatio (Gabapentin minus Placebo) and
            95% Confidence Intervals


Results as measured by responder rate also demonstrated improvement for
patients who received gabapentin as add-on therapy in the three primary
studies (Figure 2).  This significant improvement was statistically
greater than placebo for patients who received gabapentin at 900 or
1200 mg/day in two studies (Studies 877-210P and 945-6), as measured by
the evaluable-patient and intent-to-treat analyses.  For the combined
data, responder rates were consistently higher for patients who received
any dosage of gabapentin compared with those who received placebo, and a
dose-response trend was evident.  In the 1200-mg/day group, the largest
group and comparable in size to the placebo group, the responder rate
(23%) was more than twice that in the placebo group (10%).

Confidential

Pfizer_LAlphs_0084671

RR-REG 959-00017                    16
Gabapentin
Capsules



FIGURE 2.   Responder Rate in Placebo-Controlled Studies

An analysis by seizure type revealed that gabapentin is especially effective in controlling complex partial seizures and partial seizures secondarily generalized, which are particularly troublesome to patients and also difficult to treat.

The clinical relevance of the statistical improvement in seizure frequency was supported by global improvement as assessed by the patient and study physician, as well as retention rates in the long-term open-label studies. Data from the long-term, open-label studies also indicate that the efficacy of gabapentin is maintained over periods of 12 to 18 months in refractory patients with partial seizures.

The literature for approved AEDs has been reviewed and although there are few placebo-controlled studies comparable to those with gabapentin,

U:\HDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    17
Gabapentin
Capsules

the efficacy of gabapentin appears to equal to that of approved
AEDs.(4,9)


6.  PHARMACOKINETIC ADVANTAGES OF GABAPENTIN

For the pharmacokinetic advantages of gabapentin to be fully appreciated
it is necessary to consider the clinical problems related to the use of
currently marketed AEDs.  The four AEDs most frequently used in the US
are carbamazepine, phenytoin, valproic acid, and phenobarbital.  With
each of these drugs the ratio of therapeutic tolerance is small.  Plasma
concentrations associated with significant toxicity are only
                        than the lowest therapeutic plasma
concentrations.(10)  The therapeutic tolerance for gabapentin cannot be
readily determined since we do not have significant monotherapy
experience.  However, several factors indicate that we should expect a
greater range of therapeutic tolerance with gabapentin.  In clinical
studies, adverse events with gabapentin coadministration resembled those
observed in the placebo groups.  Gabapentin has very little inherent
toxicity, and adverse events seen with gabapentin did not increase in
either frequency or severity with increasing dose or plasma
concentrations.


Pharmacokinetic properties of currently marketed AEDs and gabapentin are
described in Table 5.  Each of the marketed AEDs has problems associated
with attaining predictable therapeutic concentrations.(10,11)
Carbamazepine induces its own metabolism so that the elimination half-
life on repeated dosing becomes significantly shorter than after a
single dose.  Phenytoin displays Michaelis-Menten type elimination
kinetics.  As a result of this, plasma concentrations increase
disproportionately to dose, making dose adjustment difficult.  Dosing of
valproic acid is difficult because it is highly bound to plasma proteins
in a concentration-dependent fashion.  Thus as the dose is increased,

Confidential

RR-REG 959-00017                    18
Gabapentin
Capsules

the free (active) fraction of valproate increases disproportionately,
thereby increasing the possibility of toxicity. Because phenobarbital
has a very long elimination half-life (50 - 160 hours) it may require
10 to 30 days to achieve steady-state plasma concentrations.
Consequently, it is necessary to monitor plasma concentrations of these
AEDs during therapy and dose titration.

Gabapentin pharmacokinetics have been characterized in 30 studies
utilizing healthy subjects, patients with epilepsy, and patients with
impaired renal function. These studies clearly demonstrate that the
clinical utility of gabapentin is not limited by any of the problems
described for the other AEDs (Table 5).

TABLE 5.    Pharmacokinetic Advantages of Gabapentin Over Marketed
            Anticonvulsants (10)

|  | Gabapentin | Valproic Acid | Carbamazepine | Phenytoin | Phenobarbital |
|---|---|---|---|---|---|
| **Pharmacokinetics** | | | | | |
| Achieve Steady State Rapidly | Yes | No | No | No | No |
| Predictable Steady-State Pharmacokinetics | Yes | No | No | No | No |
| Elimination Half-Life (hr) | 5-7 | 11-20 | 8-20 | 15-20 | 50-160 |
| Linear Elimination Pharmacokinetics | Yes | No | No | No | No |
| Need for Therapeutic Monitoring? | No | Yes | Yes | Yes | Yes |
| **Metabolism** | | | | | |
| Hepatic Enzyme Induction/ Inhibition | No | Yes | Yes | Yes | Yes |
| Protein Bound | No (<3%) | Yes (90%) | Yes (60%-73%) | Yes (90%) | Yes (45%) |
| Drug Interactions | No | Yes | Yes | Yes | Yes |
| Extensively Metabolized in the Liver | No | Yes | Yes | Yes | Yes |
| Dosage Adjustment Required with Concurrent AEDs? | No | Yes | Yes | Yes | Yes |

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084674

RR-REG 959-00017                    19
Gabapentin
Capsules

The pharmacokinetics of gabapentin are simple. It is not protein bound
and not metabolized at the lowest limit of detection (2%). Gabapentin
has an elimination half-life of 5 to 7 hours and is eliminated solely by
urinary excretion. Maximum plasma concentrations (Cmax) occur at
approximately 3 hours following a single dose and 2 hours following
repeated doses. Cmax values are essentially dose proportional up to
600 mg TID although the efficiency of oral absorption falls off at
higher doses. There is a similar relationship between Area Under the
Curve (AUC) and dose. The data indicate that, at doses of          mg
TID, gabapentin plasma concentrations are dose proportional. At doses
exceeding    mg TID, percent of dose absorbed decreases with increasing
dose, representing a significant safety advantage for gabapentin.
Further, since gabapentin does not induce its own metabolism,
single-dose kinetics can be used to predict multiple-dose plasma levels
and pharmacokinetics. Steady-state plasma concentrations of gabapentin
are attained within 1 to 2 days of TID dosing. Thus introduction and
dose titration with gabapentin are simplified relative to the available
AEDs, and monitoring of plasma concentrations is not required.

In refractory or difficult-to-treat populations, in which drug
combinations are generally required for seizure control, it is often
difficult to maintain AED concentrations within the desired therapeutic
window. Induction or inhibition of hepatic drug metabolizing enzymes or
changes in the degree of protein binding are problems associated with
the addition of marketed AEDs to an established regimen. Carbamazepine,
phenytoin, and phenobarbital are potent inducers of hepatic drug
metabolizing enzymes. Therefore, when any one of these drugs is added
on to existing therapy, the dose of the first drug may require
adjustment, and dose titration with additional drugs will be more
complicated. Valproate, on the other hand, inhibits hepatic drug
metabolizing enzymes. Thus, combinations of carbamazepine, phenytoin,
or phenobarbital with valproate can result in an increase in plasma
concentrations of these drugs into the toxic range. Gabapentin neither

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                      20
Gabapentin
Capsules

induces nor inhibits hepatic drug metabolizing enzymes, as demonstrated
by lack of interaction with antipyrine.

As mentioned previously, changes in protein binding also create
difficulty maintaining optimal plasma drug concentrations during
combination therapy with existing AEDs. Valproate and phenytoin are
highly bound while carbamazepine and phenobarbital are moderately bound
to plasma proteins. Valproate displaces both carbamazepine and
phenytoin from plasma proteins, thereby increasing free plasma
concentrations of these drugs. Since gabapentin is not protein bound,
displacement interactions are of no concern in combination therapy.

Gabapentin does not interact with phenytoin, carbamazepine, valproic
acid, or phenobarbital (Table 6), and can therefore be used in
combination with any of these drugs without concern for secondary dosage
adjustments.

TABLE 6.  Lack of Gabapentin Drug-Drug Interactions

| Drug | Effect of Drug on Gabapentin | Effect of Gabapentin on Drug |
|------|------------------------------|------------------------------|
| Phenytoin | None | None |
| Carbamazepine | None | None |
| Valproic Acid | None | None |
| Phenobarbital | None | None |
| Maalox TC® | Slight | ND |
| Cimetidine | Slight | ND |
| Probenecid | None | ND |
| Norethindrone | ND | None |
| Ethinyl Estradiol | ND | None |
| Antipyrine | ND | None |

ND = Not determined

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                    21
Gabapentin
Capsules

Enzyme induction/inhibition and protein binding also present potential
clinical management hazards related to drug-drug interactions with
agents in other therapeutic classes. One example is the ability of
carbamazepine, phenytoin, and phenobarbital to reduce the efficacy of
oral contraceptives in patients with epilepsy. As Table 6 indicates,
gabapentin has no effect on plasma concentrations of the contraceptive
components norethindrone and ethinyl estradiol. Further, neither
Maalox® nor cimetidine have a clinically important effect on absorption
and/or elimination of gabapentin. Probenecid does not alter gabapentin
excretion. The general lack of interactions facilitates safe addition
of gabapentin to a broad range of therapeutic situations where changes
in drug concentrations could prove hazardous.

In summary, gabapentin pharmacokinetics, unlike those of currently
available AEDs, are simple and predictable. Gabapentin is not
metabolized or bound to proteins. It is eliminated entirely by urinary
excretion. Gabapentin is unlikely to be involved in drug interactions
related to hepatic metabolism and/or protein binding. These factors,
combined with its low toxicity, make gabapentin safe and convenient to
use as add-on therapy in the treatment of epilepsy.

7.  CONCLUSIONS

Considering the clinical safety and efficacy profile of the drug, its
unique and beneficial pharmacokinetic parameters, the need for
additional products in the antiepileptic armamentarium, and the low
carcinogenic risk in humans suggested by animal data, gabapentin should
be approved for clinical use.

U:\NDA\CI-945\REG3325A.SUM

Confidential

RR-REG 959-00017                        22
Gabapentin
Capsules

|     |     | NDA LOCATION | |
| --- | --- | --- | --- |
| 7. REFERENCES | DESCRIPTION | VOLUME | PAGE |

1. Hauser WA, Hesdorffer DC. Epilepsy: frequency, causes and consequences. New York: Demos Publications, 1990.
   *Published Literature

2. Rodin E. Factors which influence the prognosis of epilepsy. In: Hopkins A, ed. Epilepsy. Cambridge: University Press 1987:339-71.
   Published Literature

3. Mattson RH. Selection of antiepileptic drug therapy. In: Levy RH, Driefuss FE, Penry JK, and Mattson RH., eds. Antiepileptic Drugs 3rd Edition. New York: Raven Press 1989:103-15, 251.
   Published Literature

4. Mattson RH, Cramer JA, Collins JF, et al. Comparison of carbamazepine, phenobarbital, phenytoin, and primidone in partial and secondarily generalized tonic-clonic seizures. N Engl J Med 1985;313(3):145-51.
   Published Literature

5. Physician's Desk Reference. 45th Edition. Oradell, NJ: Medical Economics Data, 1991.
   Published Literature

6. Rosa FW. Spina bifida in infants of women treated with carbamazepine during pregnancy. N Engl J Med 1991;324:674-7.
   Published Literature

---

* Published literature references are not included in this NDA, but will be provided upon request.

Confidential

Pfizer_LAlphs_0084678

**422**

RR-REG 959-00017                    23
Gabapentin
Capsules

|   |   | NDA LOCATION | |
|---|---|---|---|
| 7. REFERENCES | DESCRIPTION | VOLUME | PAGE |

7. Mattson RH, Cramer JA, Collins JF, et al.
   A comparison between carbamazepine and
   valproate for complex partial and
   secondarily generalized tonic clonic
   seizures. Poster presentation at 116th
   Annual Meeting of the American
   Neurological Association; Sep 28 -          *Published
   Oct 2, 1991; Seattle, WA.                    Literature

8. Mattson RH, Cramer JA, Collins JF, and
   the VA Epilepsy Cooperative Study 264
   Group. A comparison between
   carbamazepine and valproate for complex
   partial and secondarily generalized tonic
   clonic seizures. Epilepsia                   Published
   1991;32(Suppl 3):18.                         Literature

9. Crawford P, Chadwick D. A comparative
   study of progabide, valproate and placebo
   as add-on therapy in patients with
   refractory epilepsy. J Neurol Neurosurg      Published
   Psychiat 1986;49:1251-57.                    Literature

10. Morselli PL, Franco-Morselli R. Clinical
    pharmacokinetics of antiepileptic drugs
    in adults. Pharmacol Therap                 Published
    1980;10(1):65-101.                          Literature

11. Eadie MJ. Anticonvulsant drugs: an         Published
    update. Drugs 1984;27:328-63.               Literature

---

\*   Published literature references are not included in this NDA, but
     will be provided upon request.

U:\NDA\CI-945\REG3325A.SUM

Confidential

Pfizer_LAlphs_0084679

DIVISION OF NEUROPHARMACOLOGICAL DRUG PRODUCTS
Review and Evaluation of Clinical Data

---

NDA (supplement):                          20-235 (Safety Update #4)
                                           Review of the World Literature

Sponsor:                                   Parke-Davis Pharmaceuticals

Brand Name (generic name):                 Neurontin® (Gabapentin)

Indication:                                Refractory Partial Epilepsy

NDA Classification:                        1 P

Original Receipt Date:                     December 15, 1993

Clinical Reviewer:                         Cynthia G. McCormick, M.D.

---

## INTRODUCTION

This submission updates the safety profile as provided in the Integrated Summary of
Safety provided in the original NDA along with the first three Safety Updates. Material
that was reviewed for this analysis was the Abbreviated Safety Update #4 (NDA 20-235
Ref. 140) which included the case report forms associated with deaths, withdrawals and
serious adverse events.

This safety review is current as of 8/20/93 in the drug's development except for
deaths and serious adverse events which have been updated to 10/29/1993. The dates
that are pertinent to this submission are shown below.

### Data Cutoff Dates for Gabapentin Submissions

| Document | Submitted | Safety Cutoff | Deaths Cutoff | Serious AE |
|---|---|---|---|---|
| NDA | 1/31/92 | 4/30/90 | 8/31/91 | 6/30/91 |
| First Safety Update | 5/29/92 | 6/30/91 | 2/29/92 | 2/29/92 |
| Second Safety Update | 11/2/92 | 6/30/92 | 9/15/92 | 9/15/92 |
| Third Safety Update | 5/14/1993 | 12/31/92 | 3/1/1993 | 3/01/93 |
| Fourth Safety Update | 12/15/93 | 8/20/93 | 10/29/93 | 8/20/93 |

There are no new data in Safety Update #4 from patients who entered open-label
studies. The total number of patients exposed to drug in all studies as of December 15,
1993 was 2075 not including the 129 patients in named patient or compassionate use
protocols, Huntington's disease and patients enrolled in early pharmacokinetics studies
for whom there were no case report forms or current ongoing blinded studies. This

Confidential

2

represents 2123 patient years[1] of exposure to gabapentin. Because there have been no new exposures to gabapentin recorded in the safety database since the last submission (with the exception of patients who are still on blinded therapy) the demographic parameters would not have changed since the last report.

There were a total of 58 participants in gabapentin studies who received gabapentin and whose data were not included in the safety database for this NDA, except in the special sections on deaths and serious adverse events. These 58 participants were in the following studies:

    945-73  Clinical Pharmacology study  N=12
    880-13  Patient RS (named patient protocol) N=1 This patient is included among the deaths
    104-06  PK Study in healthy subjects, no CRF's available  N=10
    104-08  Huntington's disease (full CRF's are not available)  N=4
    945-43  Monotherapy study canceled due to HOLD  N=4
    Compassionate Use  N=1

    The following studies are still blinded. Exposure estimates by the firm are based on the treatment groups and total enrollment :
    945-06  Double blind placebo controlled. N=13 to date. Estimated 7 patients on gabapentin. Two patients have entered open label, and are known to be taking gabapentin
    945-36  Three arm crossover. To date 22 patients enrolled. Estimated 19 exposed to gabapentin, with 16 verified because of completion of 3rd arm of the study. One patient included among deaths. No patients included in safety database.

An additional 71 patients are not included in the gabapentin safety data base.
    945-72  PK study completed but not yet summarized.  N=5
    945-82  A newly initiated double blind monotherapy study of gabapentin 600, 1200 or 2400.  N=66

## Extent of Exposure to Gabapentin

The sponsor has not retabulated the total number of patients involved in clinical studies by duration of exposure (weeks) for the fourth safety update.

## Deaths

There have been two additional deaths reported from 9/15/1992 to 3/1993.  The fourth Safety Update brings the total number of deaths to 30 out of an estimated total

---

[1]This figure was received by facsimile on 12/20/1993 to clarify the data in the fourth safety update.

3

exposed population of 2204[2] subjects including those patients whose data are not included in the safety data bases. The overall death rate, then, is still approximately 1% of all exposures and the majority occurred after one year of treatment. The table shown on the pages following this section summarizes the deaths reported in association with gabapentin therapy and lists causes by patient with dose and duration of therapy prior to death. There have been no new cases of death due to neoplasm. In general the new reports do not reflect any condition that is unusual in the chronic epilepsy population. They include a sudden unexplained death and a death due to an epidural hematoma following a fall during a seizure. The latter injury occurred 30 days after final dose of gabapentin therapy; the patient expired 5 days later. The patient was withdrawn from gabapentin because of lack of efficacy.

As noted in the preceding paragraph, there was one additional case of SUDE since the last safety update among a cohort of 2204 patients (2123 patient years of exposure), although this was actually reported as an epileptic death. Since no one witnessed a seizure and the patient was found dead there is no basis for concluding that a seizure occurred. The the total number of patients for whom death was sudden and unexplained, then, is 8 . The incidence of SUDE in the gabapentin development program to date is 8 per 2123 patient years, or 0.0038. The incidence of 0.0038 deaths per patient-year is within the range of incidence estimates reported in the literature for sudden unexplained death among epileptics, expressed in deaths per patient year at risk (as epileptics) are as high as 0.005 for patients with refractory epilepsy but as low as 0.0005 for the general population of epileptics. The rate of SUDE in a comparable epileptic data base[3] was .003 deaths per patient year of exposure.

Neurontin® has been approved for marketing in the U.K. since 2/5/1993. There have been no post-marketing deaths reported to the sponsor.

Comment. None of these deaths was considered by the investigators or by the sponsor to be related to Gabapentin. The deaths accounted for by SUDE (sudden unexplained death in epilepsy) and accidental or seizure related deaths are still not inconsistent with mortality rates expected for epileptic populations.

The cumulative table of deaths reported is found on the following page.

---

2 The number of exposed patients is estimated as follows:
2075 (safety data base)+ 58 (not in data base)+71 (not in data base, estimated)= 2204.


3The Lamictal® development program ran nearly contemporaneously with that of Neurontin®. The sudden and unexplained deaths were carefully tracked and recorded in that program. The source of patients was approximately the same as in the Neurontin data base, consisting largely of refractory epileptics.

Confidential

4

## Cumulative Table of Deaths associated with Gabapentin

| Study | Site | Pt Num | Duration | Cause of Death | Comments | Dose |
|-------|------|--------|----------|----------------|----------|------|
| 945-13 | 6 | | 1899 days | Lung Ca | Mets to brain | 2400 mg |
| 945-13 | 17 | | 870 days | Cardiac failure | CAD | 2400 mg |
| 945-13 | 8 | | 1595 | Lung Cancer | | 2000 mg |
| 877-210 | 214 | | 223 days | Astrocytoma | Mass stable before Rx | 1200 mg |
| 877-210G | 214 | | 62 days | Asphyxia | Asphyxia | 1200 mg |
| 880-033 | | | 1784 days | Unexplained | Epilepsy attributed | 900 mg |
| 945-13 | 8 | | 845 days | Stabbed | | 2400 mg |
| 945-13 | 8 | | 799 days | Cardiac | | 1800 mg |
| 945-13 | 8 | | 1005 days | Seizure | Postoperative seizure-fall-SAH | 2400 mg |
| 945-13 | 12 | | 523 days | Unexplained | Seizures not recorded | 2400 mg |
| 945-14 | 19 | | 1053 days | CVA | Lymphoma | 2400 mg |
| 945-14 | 801 | | 301 days | Seizure | | 1800 mg |
| 945-14 | 801 | | 239 days | Seizure | Aspiration | 1800 mg |
| 945-14 | 902 | | 765 days | Seizure | Froze to death | 1800 mg |
| 945-15 | 16 | | 677 days | MI | V-fibrillation | 2400 mg |
| 945-15 | 17 | | 294 days | Unexplained | Drowned | 2400 mg |
| 945-36 | | | 8 days | Seizures | Status epilepticus | 1200 mg |
| 945-13 | 8 | | 1479 weeks | Unexplained | Died in sleep | 2400 mg |
| 945-15 | 11 | | 1185 days | Unexplained | Found dead in bed | 2400 mg |
| 945-15 | 22 | | 987 days | Unexplained | Found dead | 2400 mg |
| 945-15 | 8 | | 620 days | Unexplained | Found dead | 2400 mg |
| 945-15 | 35 | | 166 days | Unexplained | Found dead | 2400 mg |
| 877-210G | 217 | | 1322 | Pneumonia | COPD | 1200 mg |
| 877-210P | 220 | | 2226 days | Adrenal failure | dementia | discontinued |
| 945-16 | 7 | | 355 days | Epidural Bleed | CHI following seizure | discontinued |
| 880-13 | | | 235 days | Lung Cancer | predated treatment | discontinued |
| 880-033 | | | 26 weeks | Unexplained | Lymphadenopathy | discontinued |
| 945-6 | 37 | | 83 days | Seizures | | discontinued |
| 945-13 | 7 | | 1.1 yr | Astrocytoma | Stable at baseline | discontinued |
| 945-14 | 27 | | 453 days | Lymphoma | diagnosed day 401 | discontinued |

### Assessment of Dropouts

#### Overall Pattern of Dropouts

In the current safety update, the reason given for withdrawal from a study was adverse event in 156 (7% of all) patients. Among patients with epilepsy 138 (9%) withdrew due to adverse events. This represents a single withdrawal recorded in the safety data base since the 3rd safety update in a patient who could not tolerate gabapentin due to nausea after meals. The reasons for withdrawal due to adverse events remain similar to the last safety update, then with the addition of only this one adverse event. In summary, adverse events contributing to withdrawal of >.5% were somnolence, ataxia, dizziness,

Confidential

5

nausea or vomiting and fatigue.    For 46 (almost 30 %) of the 156 gabapentin-treated patients who withdrew because of adverse events, the dose at the time of withdrawal was >1200 mg of gabapentin.

One additional patient withdrew from gabapentin therapy due to a serious adverse event, whose data were not included in the safety data base.  This patient withdrew after 51 days of therapy due to leukopenia.  The patient had a history of neutropenia/leukopenia for several years to a nadir of WBC $3.3 \times 10^3$ and neutrophil count of $.8 \times 10^{-3}$.  The patient's WBC dropped after the addition of gabapentin to her regimen, and returned to baseline approximately 3 weeks after tapering gabapentin.  The lowest WBC and neutrophil counts while on gabapentin were $2.5 \times 10^3$ and $.76 \times 10^{-3}$, respectively.  The investigator's impression was that of a possible relationship to gabapentin therapy, however the patient clearly had experienced similar episodes in the past and the laboratory values obtained during the episode in question was not internally consistent.

In the previous safety update, 34.2% participants withdrew because of lack of efficacy .  This information was not included in the abbreviated safety update.

### Adverse Events Associated with Dropout
Since SU3 there have been 3 withdrawals due to adverse events (including one death while on treatment as noted above).  The cumulative figures on withdrawal associated with adverse events are summarized below and do not reflect any appreciable difference from that which was reported in the previous Safety Update.  The most commonly reported reasons for withdrawal are summarized below.

### Cumulative Data on Adverse Events Associated with Withdrawal

| All Studies | N=2075 | N=2204 |
|---|---|---|
| Somnolence | 24  (1.15) | 24 (1.08) |
| Ataxia | 17  (.81) | 17  (.77) |
| Fatigue | 13  (.62) | 13  (.59) |
| Dizziness | 12  (.57) | 12  (.57) |
| Nausea and Vomiting | 12  (.57) | 13  (.63) |
| Weight Gain | 9  (.43) | 9  (.43) |
| Depression | 9  (.43) | 9  (.43) |
| Death | 7(.33) | 7(.31)[4] |
| Thinking abnormal | 7  (.33) | 7  (.31) |
| Headache | 7  (.33) | 7  (.31) |
| Diplopia | 6  (.28) | 7  (.31)[5] |

[4]This number reflects only those deaths coded as an adverse event.  In reality 23 (1.3%) deaths were in patients while on gabapentin therapy.

[5]Not previously described in SU3, this is the same patient who withdrew from study 877-210PX, center 220, patient 109, due to ataxia and hyponatremia.  The ataxia alone had been previously reported as reason for withdrawal.

Confidential

8

| | | |
|---|---|---|
| Rash | 6 (.28) | 6 (.28) |
| Confusion | 6 (.28) | 6 (.28) |
| Paresthesias | 5 (.24) | 5 (.24) |
| Abdominal Pain | 5 (.24) | 5 (.24) |
| Amnesia | 5 (.24) | 5 (.24) |
| Decreased WBC | 4 (.19) | 5 (.24) |
| Dysarthria | 4 (.19) | 4 (.19) |
| Insomnia | 4 (.19) | 4 (.19) |
| Brain Neoplasm | 4 (.19) | 4 (.19) |
| Nervousness | 4 (.19) | 4 (.19) |
| Agitation | 4 (.19) | 4 (.19) |
| Anxiety | 4 (.19) | 4 (.19) |
| Impotence | 4 (.19) | 4 (.19) |

The spectrum of adverse events associated with withdrawals is not significantly different from that which has been reported to date. The most common adverse events leading to withdrawal are those which are reported most commonly in general.

While only 7 deaths were coded as adverse events in this section, to consider only seven apart from the total (30) could be considered misleading. Actually 23 patients died while on gabapentin therapy.

Convulsions were associated with withdrawal from clinical trials as noted in the NDA and the first three safety updates to the NDA. These were considered along with withdrawals due to lack of efficacy in order to avoid counting the same patients twice and also to obtain a better understanding of the population that is not controlled on medication. This was done with the understanding that some of the patients who reported convulsions as adverse events may have reported these as adverse events because of a perceived worsening of their condition. However there did not appear to be sufficient rigor in the reporting of this condition to be able to draw this conclusion, therefore they were added together at the request of this reviewer. Since the last report there is only one case of convulsions reported as a serious adverse event resulting in withdrawal.

## OTHER SAFETY FINDINGS ( not provided)

The frequency of adverse events was not reported in Abbreviated SU4.

**ADR Incidence Tables:** A table of the adverse events occurring in >5% of patients in all epilepsy studies was not provided in the 4th safety update. This has been requested of the firm.

### Incidence In Controlled Clinical Trials

Adverse events that occurred at a frequency of 1% or more among gabapentin treated patients who participated in placebo controlled studies of similar design were shown in the original NDA review. Since no additional patients that were enrolled in placebo controlled trials since the cutoff date for the second safety update, the numbers provided at that time are still accurate.

Pfizer_LAlphs_0084685

7

## LABORATORY FINDINGS

No additional placebo controlled information is available with regard to clinical chemistry since the last Safety Update.

## SPECIAL STUDIES

### Withdrawal Phenomena/Abuse Potential

No new information is available with regard to abuse potential or withdrawal phenomena since the original NDA submission or first and second Safety Updates.

### Human Reproduction Data

No new pregnancies have been reported since the last Safety Update.

### OVERDOSE EXPERIENCE

No additional gabapentin overdoses experiences have been reported since the last Safety Update.

## SUMMARY OF SERIOUS EVENTS {start here 12/28/93}

As required by 21 CFR 312.32 (a), the sponsor used the term 'serious' to describe certain kinds of AEs. Adverse events were reported as serious if they were thought to be immediately life threatening, permanently disabling, or requiring hospitalization, cancer, overdose, congenital anomaly, or other events deemed of medical concern by the PDMM. All hospitalizations were reviewed to determine if the reason for hospitalization was serious.

The cumulative rate of reporting of serious adverse events was 96 (4%) of the total exposed population of 2204 participants. Sixteen of these were reported since the cutoff date for the fourth safety update. One of these patients had a serious adverse event diagnosed 2 years after gabapentin was discontinued. Two of these patients had serious adverse events reported in previous safety updates. The reported serious adverse events that occurred since the SU3 can be summarized as follows: carpal tunnel syndrome, gastritis, osteomyelitis, confusion due to VP shunt failure, postictal encephalopathy, panic attack, anxiety, lung abscess, asthma, burn, squamous metaplasia of the cervix, kidney infection, breast cancer. The serious adverse events were reported largely in the dosage range of >900 mg to 2400 mg (82%) which are the most commonly prescribed doses also.

The cumulative spectrum of adverse events which developed during gabapentin development has not changed with the addition of the new reports in Abbreviated SU4. Half of the reports of serious adverse events related to the central nervous system. Serious adverse events reported more than once included convulsions (27 reports), depression (10 reports), brain neoplasm (8 reports); drug overdose (6 reports); intracranial hemorrhage (4 reports); pneumonia (4); cataracts (3); suicide attempt (3); CVA, CHF, leukopenia, breast cancer, SDH, and lower respiratory infection (each in 2 patients).

Pfizer_LAlphs_0084686

8

**Depression:**  The incidence of depression with suicidal ideation is reported in the 4th Safety Update as a severe adverse event, bringing the total to 10 cases reported. There is a higher incidence of depression among epileptics with partial seizures as compared to the general population. One cannot determine based on the available data, largely uncontrolled, whether the reports here represent an increase in incidence or intensity of depression compared to that which is expected.

*Status epilepticus:*  One additional case of status epilepticus has been reported in SU4. This patient had a prior history of status epilepticus. The incidence of neurological serious adverse events has not changed significantly with the addition of new data.

**Tumors**  Since the last safety update there has been one report of a newly diagnosed breast cancer and a newly diagnosed cervical squamous metaplasia and intraepithelial neoplasm (CIN II-III).    This brings the total of malignancies to 21. One of these occurred in a patient who received only placebo. These new reports do not alter the existing safety profile of gabapentin as previously reported.

Neurontin® has been approved for marketing in the U.K. since 2/5/1993.  There have been no post-marketing serious adverse events yet reported to the sponsor.

**Summary of Drug Interactions**
No new drug-drug or drug-demographics interactions have been reported since the previous safety update.

**Summary, Conclusions, and Recommendations**
There are no new data in the Safety Update #4 which alter the safety profile of this drug as presented in the initial NDA and Safety Update #1,2, and 3.

**Review of the World Literature:**
Review of the World Literature on Gabapentin, submitted in References 114 (September 17, 1993), 126 (October 20, 1993) and 129(10/29/1993).  There is no information in these sources which was not found in the NDA. Therefore this review do not alter the conclusions from the review of the NDA and Safety Updates 1–4.

*Cynthia M. McCormick*
Cynthia G. McCormick, M.D.
Clinical Reviewer
December 28, 1993

CC:NDA  20-235/HFD-120/Katz/McCormick/Chamberlin

*M.  12/29/93*

Confidential

Pfizer_LAlphs_0084687

DRUG STUDIES IN PEDIATRIC PATIENTS
(To be completed for all NME's recommended for approval)

NDA # _20-235_    Trade (generic) names _Neurontin (Gabapentin Capsules._

Check any of the following that apply and explain, as necessary, on the next page:

_NO_ 1. A proposed claim in the draft labeling is directed toward a specific pediatric illness. The application contains adequate and well-controlled studies in pediatric patients to support that claim.

_No_ 2. The draft labeling includes pediatric dosing information that is not based on adequate and well-controlled studies in children. The application contains a request under 21 CFR 210.58 or 314.126(c) for waiver of the requirement at 21 CFR 201.57(f) for A&WC studies in children.

    a. The application contains data showing that the course of the disease and the effects of the drug are sufficiently similar in adults and children to permit extrapolation of the data from adults to children. The waiver request should be granted and a statement to that effect is included in the action letter.

_N/a_ b. The information included in the application does not adequately support the waiver request. The request should not be granted and a statement to that effect is included in the action letter. (Complete #3 or #4 below as appropriate.)
_the Advisory Committee would not grant waivers_

_Yes_ 3. Pediatric studies (e.g., dose-finding, pharmacokinetic, adverse reaction, adequate and well-controlled for safety and efficacy) should be done after approval. The drug product has some potential for use in children, but there is no reason to expect early widespread pediatric use (because, for example, alternative drugs are available or the condition is uncommon in children).

    _yes_ a. The applicant has committed to doing such studies as will be required.

        (1) Studies are ongoing.
        (2) Protocols have been submitted and approved.
        (3) Protocols have been submitted and are under review.
        (4) If no protocol has been submitted, on the next page explain the status of discussions.
    _X_ (5) _Applicant is planning to conduct studies - see letter_

    b. If the sponsor is not willing to do pediatric studies, attach copies of FDA's written request that such studies be done and of the sponsor's written response to that request.

4. Pediatric studies do not need to be encouraged because the drug product has little potential for use in children.

Page 2 -- Drug Studies in Pediatric Patients

_____ 5. If none of the above apply, explain.

Explain, as necessary, the foregoing items: _____

The Epilepsy Advisor Committee considers Epilepsy in Children
different than in Adults, and requires studies to be done
in children

_____ncy Chamberlin_____          12/31/93
Signature of Preparer                   Date

cc: Orig NDA
    HFD-___/Div File
    NDA Action Package

Confidential

Pfizer_LAlphs_0084689

2800 Plymouth Road
Ann Arbor, Michigan
48105

Phone: (313) 996-7000

# ORIGINAL

NEW CORRESP

**WARNER-DAVIS** PHARMACEUTICAL RESEARCH
ople Who Care

September 23, 1993

NDA 20-235
Ref. No. 118
Neurontin® (gabapentin capsules)

Re: Evaluation Outline

Paul D. Leber, M.D.
Director
Division of Neuropharmacological
  Drug Products (HFD-120)
Document Control Room 10B-20
Center for Drug Evaluation and Research
Food and Drug Administration
5600 Fishers Lane
Rockville, Maryland 20857



Dear Dr. Leber:

Reference is made to NDA 20-235 for Neurontin® (gabapentin capsules) NDA and to Ms. Nancy Chamberlain's request of September 21, 1993 that we outline for FDA our plans for evaluating gabapentin in children. Ms. Chamberlain has indicated that this outline does not constitute a commitment to conduct these studies, rather it will be used to complete a pediatric checklist which FDA must complete for all NCEs prior to NDA approval.

Our proposed pediatric development plan for gabapentin includes two double-blind safety and efficacy studies, two open-label extensions to these double-blind studies, and an open-label safety study. This plan is intended to support a supplement to the gabapentin NDA for use of gabapentin in children with epilepsy.

The first double-blind study (Protocol 945-86) and an open-label extension (Protocol 945-87) have begun in the United Kingdom in children ages 4 - 12 years with refractory partial and generalized seizures. A total of 240 - 300 children will enroll. This study mirrors the pivotal studies in adults which supported our pending NDA for gabapentin as add-on therapy in adults. While Protocol 945-86 and 945-87 are not being conducted under the IND, the protocols were sent to FDA on May 11, 1993 (IND Serial No         with a request for FDA's input. Protocol 945-86 is entitled "A Double-Blind Parallel-Group Comparison of Gabapentin vs Placebo as Add-on Therapy for Epilepsy in Children" and Protocol 945-87 is entitled "An Open-Label Extension Study of Gabapentin in Children with Epilepsy Who Have Participated in the Double-Blind Study."

ivision of Warner-Lambert Company

Confidential

Pfizer_LAlphs_0084690

Paul D. Leber, M.D.
NDA 20-235
September 23, 1993
Page 2

The second pivotal study is in the planning stages. It will be performed in the United States and Canada in 240 - 300 children ages 5 - 12 years with partial and generalized seizures who are not refractory to standard antiepileptic medications. Gabapentin will be administered as monotherapy. This study will be filed under the IND. As with Protocol 945-86, this double-blind study will be followed by an open-label extension.

To increase our safety database to a total of approximately 800 children, an open-label safety study is also planned. This study will also be filed under the IND.

If there are any questions or comments regarding this submission, please contact me at 313/996-7426 or FAX 313/996-7890.

Sincerely,

Janeth L. Turner, R.N., B.S.N.
Associate Director
Worldwide Regulatory Affairs

JT/rm/92393.118

# STATISTICAL REVIEW AND EVALUATION

## Addendum

SEP 15 1993

**NDA #:**   20-235/1-P

**Applicant:** Parke-Davis Pharmaceutical Research

**Name of Drug:** Neurontin® (gabapentin) Capsules

**Indication:** Treatment of Epilepsy

**Documents Reviewed:** Submissions dated August 3, August 11, August 25 and September 14, 1993 (sponsor's Reference Nos. 107, 108, 109 and 111).

**Medical Reviewer:** Cynthia G. McCormick, M.D. (HFD-120). This review has been discussed with the Medical Reviewer who is in agreement with the comments and conclusions stated.

## I.   BRIEF DESCRIPTION OF THE SUBMISSION

The sponsor submitted an intent-to-treat analysis of generalized tonic-clonic (GTC) seizures (with and without flurries, using RRatio and Responder Rate) for the three pivotal studies (877-210P, 945-5 and 945-6) as requested by the Division of Neuropharmacological Drug Products in a teleconference on July 22, 1993. In the original submission, the primary efficacy variables were: RRatio, Responder Rate, Percent Change from Baseline and Global Evaluation. Of these, RRatio was considered to be the most important. This review is focussed mainly on the analysis of RRatio.

In Ref. No. 107, the sponsor stated that the analysis of RRatio demonstrated a statistically significant difference in the reduction of generalized tonic-clonic seizures with gabapentin as compared with placebo in all three of the pivotal efficacy studies submitted in the NDA. The sponsor further stated that the analysis using Responder Rate, while supporting a trend towards superiority of gabapentin over placebo, did not reach statistical significance. The sponsor provided a computer diskette containing the patient data used for these analyses.

**KEY WORDS:**   Generalized Tonic-Clonic Seizures, Meta Analysis, Response Ratio, Responder Rate.

In Ref. No. 108, the sponsor conducted a meta analysis combining the data for the three pivotal studies that were provided to FDA on computer diskette in Ref. No. 107. The sponsor stated that the purpose of conducting meta analysis was to increase the power of the Responder Rate analysis as a statistically significant difference (between gabapentin and placebo groups) was not obtained due to small number of patients. The sponsor utilized the Cochran-Mantel-Haenszel test stratifying for study. The sponsor stated that this meta analysis demonstrated a statistically significant difference between gabapentin and placebo in Responder Rate for GTC seizures.

In Ref. No. 109, the sponsor provided the diskettes containing the SAS programs to generate the above analyses.

## II.    SPONSOR'S RESULTS

RRatio and Responder Rate were analyzed for all randomized patients with secondarily generalized tonic-clonic seizures in the three pivotal studies: 877-210P, 945-5, and 945-6. Methods used were ANOVA for RRatio and Fisher's Exact Test for Responder Rate. The results are shown in Tables 1 and 2 (attached).

Table 1 (intent-to-treat analysis of RRatio) shows GBP 1200 mg marginally significantly better than placebo in the study 877-210P; GBP 1800 mg significantly better than placebo in the study 945-5; and GBP 900 mg significantly better than placebo in the study 945-6.

Table 2 (intent-to-treat analysis for Responder Rate) shows some promise for GBP 1200 mg over placebo. The sponsor combined the data for the three studies in the following two ways:

1.    placebo vs. GBP 1200 mg (with and without flurries)
2.    placebo vs. all GBP (with and without flurries).

These combined data were analyzed using CMH test and Fisher's Exact test. The results are contained in the Table 3 (attached).

## III.    STATISTICAL    REVIEWER'S INDEPENDENT ANALYSES

This reviewer first conducted those analyses that were conducted by the sponsor. This reviewer's results match with the sponsor's results for all the three studies.

In addition, this reviewer conducted Dunnett's two-tailed t test (this test controls the type I experimentwise error for comparisons of all treatments against a control) and obtained 95% simultaneous confidence intervals comparing gabapentin with placebo utilizing RRatio (with and without flurries). Results are provided for the three studies.

2

Pfizer_LAlphs_0084693

**Study 877-210P:**
The dataset for this study contained 127 observations, out of which only 64 could be used due to missing[1] values. The results are contained in the following Table.

| Treatments | Number of Obervations | Number of Obervations Used | Mean | Std. Dev. | Dunnett's Two-Tailed 95% Confidence Interval (GBP - Placebo) |
|---|---|---|---|---|---|
| Placebo | 66 | 33 | 0.064 | 0.471 | |
| GBP 1200 mg | 61 | 31 | -0.12 | 0.325 | (-0.4063 , -0.0008) |

This Table shows that gabapentin is statistically significantly superior to placebo as the 95% CI lies to the left of zero.

**Study 945-5:**
The dataset for this study contained 306 observations, out of which only 121 could be used due to missing[1] values. The results are contained in the following Table.

**Study 945-5:  RRatio (Including Flurries)**

| Treatments | Number of Obervations | Number of Obervations Used | Mean | Std. Dev. | Dunnett's Two-Tailed 95% Confidence Interval (GBP - Placebo) |
|---|---|---|---|---|---|
| Placebo | 98 | 36 | 0.085 | 0.676 | |
| GBP 600 mg | 53 | 22 | -0.036 | 0.602 | (-0.567 , 0.320) |
| GBP 1200 mg | 101 | 36 | -0.137 | 0.679 | (-0.608 , 0.164) |
| GBP 1800 mg | 54 | 27 | -0.349 | 0.656 | (-0.851 , -0.017) |

Clearly, GBP 1800 mg dose is statistically significantly superior to placebo as the 95% CI lies to the left of zero. Similar results are obtained for the analysis of RRatio when flurries are excluded.

**Study 945-6:**
The dataset for this study contained 307 observations, out of which only 112 could be used for "with flurries" analysis whereas only 111 could be used for "without flurries" analysis due to missing[1] values. The results are contained in the following Tables.

**Study 945-6:  RRatio (Including Flurries)**

| Treatments | Number of Obervations | Number of Obervations Used | Mean | Std. Dev. | Dunnett's Two-Tailed 95% Confidence Interval (GBP - Placebo) |
|---|---|---|---|---|---|
| Placebo | 109 | 44 | 0.123 | 0.717 | |
| GBP 900 mg | 111 | 43 | -0.233 | 0.599 | (-0.878 , -0.032) |
| GBP 1200 mg | 52 | 25 | -0.067 | 0.786 | (-0.567 , 0.188) |

---

[1] These analyses could only include patients who had at least one secondarily generalized tonic-clonic seizure at some point in the study. This seizure type was not required to enter the study. The numbers given here represent the subset of the total sample size for each study who actually had this seizure type.

3

Confidential

Pfizer_LAlphs_0084694

The above Table shows that GBP 900 mg dose is statistically significantly superior to placebo as the 95% CI lies to the left of zero.

### Study 945-6: RRatio (Excluding Flurries)

| Treatments | Number of Observations | Number of Observations Used | Mean | Std. Dev. | Dunnett's Two-Tailed 95% Confidence Interval (GBP dose - Placebo) | |
|---|---|---|---|---|---|---|
| Placebo | 109 | 44 | 0.121 | 0.715 | | |
| GBP 900 mg | 111 | 42 | -0.177 | 0.616 | (-0.634 , | 0.040) |
| GBP 1200 mg | 52 | 25 | -0.070 | 0.787 | (-0.582 , | 0.200) |

Though, none of the doses is statistically significantly superior to placebo as the 95% CIs include zero, most of the CI (width-wise) for GBP 900 mg dose minus placebo lies on the left side of zero. The sponsor reported a nominal p-value (unadjusted for multiple comparisons) of 0.050 for this case, see Table 1.

## IV.  REVIEWER'S COMMENTS AND CONCLUSIONS (That may be conveyed to the sponsor)

On the basis of the analyses submitted by the sponsor as well as those independently conducted by this reviewer for the most important efficacy variable, RRatio, this reviewer feels that the statistical evidence suggests that gabapentin is effective for the treatment of secondarily generalized tonic-clonic seizures, but no evidence of dose response is present. Instead, significant differences are seen for different doses in different studies.

For the second important efficacy variable, Responder Rate, statistically significant differences were not obtained in any of the three studies. However, the meta analysis combining the data for the three studies (CMH Test stratifying for study) for the common dose of GBP 1200 mg supports the conclusion that gabapentin is effective for the treatment of secondarily generalized tonic-clonic seizures (p=0.036). Note that no heterogeneity of results for responder rate among the three studies is evident (Breslow-Day test, p=0.685).

Baldeo K. Taneja, Ph.D.
Mathematical Statistician (Biomed)

Concur:    Dr. Nevius    _9-15-93_

Dr. Dubey    _9-15-93_

4

cc:
Orig. NDA 20-235
HFD-120
HFD-120/Dr. Leber/Dr. Katz/Dr. McCormick/Ms. Chamberlin
HFD-713/Dr. BTaneja/Group 2 File/Dr. Dubey [File: DRU 1.3.2]
HFD-344/Dr. Lisook
Chron.
BKT/NDA 20-235/WordPerfect/09-15-93

This review contains 5 pages of text and 3 tables.

5

Confidential

Pfizer_LAlphs_0084696

TABLE 1. Intent-to-Treat Analysis of Generalized Tonic-Clonic Seizures: RRatio

| Study | Treatment Group | N | RRatio LS Mean | p-Value (GBP-Placebo) |
|---|---|---|---|---|
| 877-210P[a] | Placebo | 33 | 0.138 | |
| | 1200 mg GBP | 31 | -0.076 | 0.051 |
| 945-5 | Placebo | 36 | 0.202 | |
| (with flurries) | 600 mg GBP | 22 | -0.131 | 0.112 |
| | 1200 mg GBP | 36 | 0.011 | 0.299 |
| | 1800 mg GBP | 27 | -0.226 | 0.038 |
| 945-5 | Placebo | 36 | 0.202 | |
| (without flurries) | 600 mg GBP | 22 | -0.131 | 0.112 |
| | 1200 mg GBP | 36 | 0.011 | 0.299 |
| | 1800 mg GBP | 27 | -0.226 | 0.038 |
| 945-6 | Placebo | 44 | 0.089 | |
| (with flurries) | 900 mg GBP | 43 | -0.310 | 0.017 |
| | 1200 mg GBP | 25 | -0.072 | 0.400 |
| 945-6 | Placebo | 44 | 0.091 | |
| (without flurries) | 900 mg GBP | 42 | -0.249 | 0.050 |
| | 1200 mg GBP | 25 | -0.079 | 0.393 |

[a] Information on seizure flurries was not collected in this study.

Confidential

Pfizer_LAlphs_0084697

**TABLE 2.    Intent-to-Treat Analysis of Generalized Tonic-Clonic Seizures: Responder Rate**

| Study | Treatment Group | N | No. (%) Responders | p-Value (GBP-Placebo) |
|-------|----------------|---|--------------------|------------------------|
| 877-210P[a] | Placebo | 29 | 5 (17.2) | 0.536 |
| | 1200 mg GBP | 31 | 8 (25.8) | |
| 945-5 (with flurries) | Placebo | 28 | 10 (35.7) | 0.763 |
| | 600 mg GBP | 19 | 8 (42.1) | 0.065 |
| | 1200 mg GBP | 29 | 18 (62.1) | 0.263 |
| | 1800 mg GBP | 24 | 13 (54.2) | |
| 945-5 (without flurries) | Placebo | 28 | 10 (35.7) | 0.763 |
| | 600 mg GBP | 19 | 8 (42.1) | 0.065 |
| | 1200 mg GBP | 29 | 18 (62.1) | 0.263 |
| | 1800 mg GBP | 24 | 13 (54.2) | |
| 945-6 (with flurries) | Placebo | 32 | 11 (34.4) | 0.472 |
| | 900 mg GBP | 39 | 17 (43.6) | 0.561 |
| | 1200 mg GBP | 20 | 9 (45.0) | |
| 945-6 (without flurries) | Placebo | 32 | 11 (34.4) | 0.627 |
| | 900 mg GBP | 37 | 15 (40.5) | 0.561 |
| | 1200 mg GBP | 20 | 9 (45.0) | |

[a] Information on seizure flurries was not collected in this study.

Confidential

Pfizer_LAlphs_0084698

**TABLE 3**

Intent-to-Treat Analysis of Responder Rate for
Secondarily Generalized Tonic-Clonic Seizures: 877-210P,
945-5, 946-6 Combined

|  | Treatment Group | N | No. (%) Responders | p-value CMH | p-value Fisher |
|---|---|---|---|---|---|
| With flurries | Placebo | 89 | 26 (29.2) | -0.036 | 0.056 |
|  | GBP 1200 mg | 80 | 35 (43.8) |  |  |
| Without flurries | Placebo | 89 | 26 (29.2) | 0.036 | 0.056 |
|  | GBP 1200 mg | 80 | 35 (43.8) |  |  |
| With flurries | Placebo | 89 | 26 (29.2) | 0.049 | 0.015 |
|  | All GBP | 162 | 73 (45.1) |  |  |
| Without flurries | Placebo | 89 | 26 (29.2) | 0.064 | 0.021 |
|  | All GBP | 160 | 71 (44.3) |  |  |

GBP = Gabapentin

Confidential

Pfizer_LAlphs_0084699

# STATISTICAL REVIEW AND EVALUATION

## Addendum 2

OCT  14 1993

**NDA #:**    20-235/1-P

**Applicant:** Parke-Davis Pharmaceutical Research

**Name of Drug:**    Neurontin® (gabapentin) Capsules

**Indication:** Treatment of Epilepsy

**Documents Reviewed:** Submissions dated August 3, August 11, August 25 and September 14, 1993 (sponsor's Reference Nos. 107, 108, 109 and 111).

**Medical Reviewer:**    Cynthia G. McCormick, M.D. (HFD-120). This review has been discussed with the Medical Reviewer who is in agreement with the comments and conclusions stated.

## I.    BRIEF DESCRIPTION OF THE SUBMISSION

The sponsor submitted an intent-to-treat analysis of generalized tonic-clonic (GTC) seizures (with and without flurries, using RRatio and Responder Rate) for the three pivotal studies (877-210P, 945-5 and 945-6) as requested by the Division of Neuropharmacological Drug Products in a teleconference on July 22, 1993.  In the original submission, the primary efficacy variables were: RRatio, Responder Rate, Percent Change from Baseline and Global Evaluation. Of these, RRatio was considered to be the most important. Efficacy results have already been reviewed and evaluated in an addendum dated September 15, 1993.

This addendum focused only on the baseline comparison of various groups in each of the studies for GTC seizures. These analyses include patients who had at least one secondarily generalized tonic-clonic seizure at some point in the study. This seizure type was not required to enter the study. The numbers given here represent the subset of the total sample size for each study who actually had this seizure type during either baseline or treatment period.

---

**KEY WORDS:**    Generalized Tonic-Clonic Seizures, Baseline Comparisons, Analysis of Covariance, Dunnett's Simultaneous Confidence Intervals.

Confidential

## II.    STATISTICAL   REVIEWER'S  INDEPENDENT  ANALYSES  (GTCS)

In order to evaluate baseline comparability of various groups within each study in terms of generalized tonic-clonic seizures (GTCS), this reviewer analyzed the baseline GTCS frequency data (as provided by the sponsor on a diskette) utilizing nonparametric Median Test (for two groups) or Brown-Mood Test (for more than two groups).

### Study  877-210P:

The dataset for this study contained 127 observations (that is, total sample size), out of which only 64 were utilized for GTCS analysis. Baseline comparisons for these patients given in the following Table shows an imbalance between the two groups at baseline in terms of GTCS (p=0.0133).

| Treatments | Number of Obervations | Number of Obervations Used | Mean | Std. Dev. | Median | Median Test p-Value |
|---|---|---|---|---|---|---|
| Placebo | 66 | 33 | 5.46 | 7.82 | 2.70 | |
| GBP 1200 mg | 61 | 31 | 8.68 | 10.03 | 5.33 | 0.0133 |

While evaluating efficacy results for GTCS (see Addendum dated September 15, 1993), this reviewer found GBP 1200 mg dose to be statistically significantly superior to placebo.  An analysis of covariance for RRatio, adjusting for this baseline imbalance for GTC seizures between the two groups, still yielded a statistically significant difference showing superiority of GBP 1200 mg over placebo (Dunnett's simultaneous 95% CI : (-0.4067, -0.0004) ).

### Study  945-5:

The dataset for this study contained 306 observations (that is, total sample size), out of which only 121 were utilized for GTCS analysis. Baseline comparisons for these patients given in the following Table ( flurries included)  shows the similarity of four groups at the baseline in terms of GTCS.  Similar results are obtained  when flurries are excluded.

### Study 945-5:  Generalized Tonic-Clonic Seizures (Including  Flurries)

| Treatments | Number of Obervations | Number of Obervations Used | Mean | Std. Dev. | Median | Median Test p-Value |
|---|---|---|---|---|---|---|
| Placebo | 98 | 36 | 3.22 | 8.49 | 1.00 | |
| GBP 600 mg | 53 | 22 | 3.21 | 3.08 | 2.17 | |
| GBP 1200 mg | 101 | 36 | 5.74 | 9.18 | 2.83 | |
| GBP 1800 mg | 54 | 27 | 3.16 | 5.06 | 1.00 | 0.1074 |

2

Pfizer_LAlpha_0084701

While evaluating efficacy results for GTCS (see Addendum dated September 15, 1993), this reviewer found GBP 1800 mg dose to be statistically significantly superior to placebo for "with" as well as for "without" flurries. Note that, when GBP 1800 mg and Placebo groups were analyzed for baseline comparison using Medians Test, this reviewer found similarity between the two groups for "with" as well as for "without" flurries (p=0.9424 for both the cases).

### Study 945-6:

The dataset for this study contained 307 observations (that is, total sample size), out of which only 112 were utilized for "with flurries" analysis whereas only 111 were used for "without flurries" analysis for GTCS analysis. Baseline comparison results are contained in the following Tables (first flurries included and then flurries excluded). Both the Tables show the similarity of three groups at the baseline in terms of GTCS (Brown-Mood Medians Test p=0.1271 for "with" and p=0.1553 for "without" flurries).

### Study 945-6:    Generalized Tonic-Clonic Seizures (Including Flurries)

| Treatments | Number of Obervations | Number of Obervations Used | Mean | Std. Dev. | Median | Median Test p-Value |
|---|---|---|---|---|---|---|
| Placebo | 109 | 44 | 2.83 | 5.22 | 1.00 | |
| GBP 900 mg | 111 | 43 | 2.93 | 2.84 | 2.00 | |
| GBP 1200 mg | 52 | 25 | 2.52 | 3.77 | 1.33 | 0.1271 |

While evaluating efficacy results for GTCS (see Addendum dated September 15, 1993), this reviewer found GBP 900 mg dose to be statistically significantly superior to placebo for the case of "with" flurries. Note that, when GBP 900 mg and Placebo groups were analyzed for baseline comparison using Medians Test, a statistically significant difference was found between the two groups (p=0.0429). An analysis of covariance for RRatio, adjusting for this baseline imbalance for GTC seizures between the two groups, still yielded a statistically significant difference showing superiority of GBP 900 mg over placebo (Dunnett's simultaneous 95% CI : (-0.680, -0.030) ).

### Study 945-6:    Generalized Tonic-Clonic Seizures (Excluding Flurries)

| Treatments | Number of Obervations | Number of Obervations Used | Mean | Std. Dev. | Median | Median Test p-Value |
|---|---|---|---|---|---|---|
| Placebo | 109 | 44 | 2.80 | 5.18 | 1.00 | |
| GBP 900 mg | 111 | 42 | 2.85 | 2.88 | 2.00 | |
| GBP 1200 mg | 52 | 25 | 2.52 | 3.77 | 1.33 | 0.1553 |

3

Confidential

Pfizer_LAlphs_0084702

While evaluating efficacy results for GTCS (see Addendum dated September 15, 1993), this reviewer found none of the doses to be statistically significantly different from placebo for the case of "without" flurries. Note that, when GBP 900 mg and Placebo groups were analyzed for baseline comparison using Medians Test, a nominally marginally statistically significant difference was found between the two groups (p=0.0541). An analysis of covariance for RRatio, adjusting for this baseline imbalance for GTC seizures between the two groups, was performed and again none of the doses was found to be statistically significantly different from placebo (Dunnett's Simultaneous 95% CIs: (-0.636, 0.041) for GBP 900 minus Placebo, (-0.584, 0.202) for GBP 1200 minus Placebo).

## III.    REVIEWER'S COMMENTS AND CONCLUSIONS (That may be conveyed to the sponsor)

On the basis of the analyses conducted in this review and in the efficacy review (see Addendum dated September 15, 1993) for the generalized tonic-clonic seizures, the sponsor does have two studies (namely, studies 877-210P and 945-5) providing statistical evidence (for the most important efficacy variable, RRatio) that suggests that gabapentin is effective for the treatment of GTCS, but no evidence of dose-response is present. The third study (study 945-6) is inconclusive because when flurries are included, GBP 900 mg appears to be statistically significantly superior to placebo (with and without the adjustment for baseline imbalance); when flurries are excluded, none of the doses is statistically significantly superior to placebo (with and without the adjustment for baseline imbalance).

Baldeo K. Taneja, Ph.D.
Mathematical Statistician (Biomed)

Concur:      Dr. Nevius   *BKN 10-13-93*

Dr. Dubey   *G 10-14-93*

cc:
Orig. NDA 20-235
HFD-120
HFD-120/Dr. Leber/Dr. Katz/Dr. McCormick/Ms. Chamberlin
HFD-713/Dr. BTaneja/Group 2 File/Dr. Dubey [File: DRU 1.3.2]
HFD-344/Dr. Lisook
Chron.
BKT/NDA 20-235/WordPerfect/10-13-93

This review contains 4 pages of text.

4

Confidential

Pfizer_LAlphs_0084703