EXHIBIT 18

PATENT INFORMATION

(1) <u>NDA Number</u>: 20-235

(2) <u>Applicant</u>: Parke-Davis Pharmaceutical Research Division
Warner-Lambert Company
P.O. Box 1047
Ann Arbor, MI  48106

(3) <u>Active Ingredient</u>: 1-(aminomethyl)-1-cyclohexaneacetic acid

(4) <u>Medical Use</u>: Three times daily as an anticonvulsant drug in patients with epilepsy.

(5) <u>Strength</u>: 100-mg and 300-mg capsules

(6) <u>Dosage Form</u>: Capsules for oral administration

(7) <u>Trade Name</u>: Neurontin®

(8) <u>Generic Name</u>: Gabapentin

(9) <u>Patent Statement</u>: US Patent Number 4,024,175 which issued May 17, 1977, and which expires May 17, 1994, claims 1-(aminomethyl)-1-cyclohexaneacetic acid as a compound per se.

US Patent Number 4,087,544 which issued May 2, 1978, and which expires May 2, 1995, claims a method of treating certain forms of epilepsy, as well as faintness attacks, hypokinesia and cranial traumas, by enteral or parenteral administration of 1-(aminomethyl)-1-cyclohexaneacetic acid.

Each of US 4,024,175 and US 4,087,544 is assigned to Warner-Lambert Company.