EXHIBIT 21

C O N F I D E N T I A L

## PARKE-DAVIS PHARMACEUTICAL RESEARCH
## DIVISION OF WARNER-LAMBERT COMPANY
## ANN ARBOR, MICHIGAN

---

| | |
|---|---|
| **RESEARCH REPORT NO.: RR-REG** 720-04305 | **PD REVIEWER(S):** Garofalo E, Greiner M, Purcell T, Wesche D |
| **DATE ISSUED:** December 3, 1999 | **INVESTIGATOR(S):** |
| **PERIODS COVERED:** Through 08/13/99 (Integrated Summary of Safety database), with serious adverse events and death reported to the Parke-Davis Clinical Safety database through 11/10/99 | **ANALYST(S):** |
| **DEPARTMENT:** Clinical Research | **CLINICAL RESEARCH ORGANIZATION:** STATPROBE, Inc. Ann Arbor, Michigan |
| **COMPOUND NUMBERS (PD,WL,GOE,CI):** CI-945, PD 087842-0000, GOE 3450 | **LOT NUMBER(S):** |
| **PHASE:** 1-3 | **PROTOCOL NUMBER:** 945-86/186, 945-87/187, 945-11, 945-11X, 945-16, 945-19, 945-19X, 945-20, 945-20X, 945-49, 945-50, 877-034, 877-034X, 945-305/405, 945-301/401, 945-94, 945-95, 945-202, 945-296 |
| **NOTEBOOK (OR OTHER REFS):** | **SUGGESTED KEY WORDS:** Gabapentin, Neurontin®, Epilepsy, Pediatrics, ISS |

| | |
|---|---|
| **TITLE**: | Gabapentin Pediatric Integrated Summary of Safety |

Table 10. All and Associated Adverse Events (≥2% of Patients in Either Treatment Group): Study 945-86/186

[Number (%) of Patients]

| Body System/ Preferred Term | Placebo N = 128 All |  | Placebo Associated[a] |  | Gabapentin N = 119 All |  | Gabapentin Associated[a] |  |
|---|---|---|---|---|---|---|---|---|
| None | 62 | (48.4) | 102 | (79.7) | 44 | (37.0) | 79 | (66.4) |
| **Body Area Whole** | **20** | **(15.6)** | **7** | **(5.5)** | **39** | **(32.8)** | **11** | **(9.2)** |
| Viral Infection | 4 | (3.1) | 0 | (0.0) | 13 | (10.9) | 0 | (0.0) |
| Fever | 4 | (3.1) | 0 | (0.0) | 12 | (10.1) | 0 | (0.0) |
| Headache | 8 | (6.3) | 2 | (1.6) | 6 | (5.0) | 3 | (2.5) |
| Weight Increase | 1 | (0.8) | 1 | (0.8) | 4 | (3.4) | 2 | (1.7) |
| Fatigue | 2 | (1.6) | 2 | (1.6) | 4 | (3.4) | 3 | (2.5) |
| **Respiratory System** | **32** | **(25.0)** | **0** | **(0.0)** | **33** | **(27.7)** | **2** | **(1.7)** |
| Pharyngitis | 11 | (8.6) | 0 | (0.0) | 10 | (8.4) | 1 | (0.8) |
| Upper Respiratory Infection | 8 | (6.3) | 0 | (0.0) | 7 | (5.9) | 0 | (0.0) |
| Rhinitis | 6 | (4.7) | 0 | (0.0) | 6 | (5.0) | 0 | (0.0) |
| Bronchitis | 1 | (0.8) | 0 | (0.0) | 4 | (3.4) | 0 | (0.0) |
| Respiratory Infection | 1 | (0.8) | 0 | (0.0) | 3 | (2.5) | 0 | (0.0) |
| Coughing | 4 | (3.1) | 0 | (0.0) | 2 | (1.7) | 0 | (0.0) |
| **Nervous System** | **18** | **(14.1)** | **15** | **(11.7)** | **21** | **(17.6)** | **18** | **(15.1)** |
| Somnolence | 6 | (4.7) | 6 | (4.7) | 10 | (8.4) | 9 | (7.6) |
| Convulsions[b] | 4 | (3.1) | 3 | (2.3) | 3 | (2.5) | 3 | (2.5) |
| Dizziness | 2 | (1.6) | 1 | (0.8) | 3 | (2.5) | 1 | (0.8) |
| Hyperkinesia | 1 | (0.8) | 1 | (0.8) | 3 | (2.5) | 3 | (2.5) |
| **Digestive System** | **19** | **(14.8)** | **8** | **(6.3)** | **18** | **(15.1)** | **9** | **(7.6)** |
| Nausea and/or Vomiting | 9 | (7.0) | 2 | (1.6) | 10 | (8.4) | 4 | (3.4) |
| Diarrhea | 4 | (3.1) | 1 | (0.8) | 3 | (2.5) | 0 | (0.0) |
| Anorexia | 3 | (2.3) | 3 | (2.3) | 2 | (1.7) | 2 | (1.7) |
| **Psychobiologic Function** | **7** | **(5.5)** | **6** | **(4.7)** | **17** | **(14.3)** | **14** | **(11.8)** |
| Hostility | 3 | (2.3) | 3 | (2.3) | 9 | (7.6) | 8 | (6.7) |
| Emotional Lability | 2 | (1.6) | 1 | (0.8) | 5 | (4.2) | 3 | (2.5) |
| **Special Senses** | **5** | **(3.9)** | **0** | **(0.0)** | **5** | **(4.2)** | **1** | **(0.8)** |
| Otitis Media | 4 | (3.1) | 0 | (0.0) | 1 | (0.8) | 0 | (0.0) |
| **Any Adverse Event** | **66** | **(51.6)** | **26** | **(20.3)** | **75** | **(63.0)** | **40** | **(33.6)** |

[a] Associated event = Event considered by the investigator as possibly, probably, or definitely related to treatment, or any event with insufficient information to determine the relationship to treatment.
[b] Although the protocol defined an increase in seizure activity as lack of efficacy, some centers reported this as an adverse event.

### 3.2.3.1.2.3. Frequent Adverse Events

Of the top 10 adverse events occurring in gabapentin-treated patients in Study 945-86/186 (Table 11), viral infection, fever, somnolence, hostility, and emotional lability occurred in a higher percentage of gabapentin-treated than placebo-treated patients.