

# Altman April 3, 2008 Declaration

# Exhibit Altman-E

| | |
|---|---|
| **From:** | Pacella, Christopher |
| **Sent:** | Friday, July 12, 2002 2:36 PM |
| **To:** | Arena, Philip; Cortina, Lisa; Glanzman, Robert; Hassell, Alan; Hauben, Manfred; Patel, Manini; Quintana, Alvaro; Zhang, Tina |
| **Subject:** | RE: gabapentin Core Working Group Meeting scheduled for July 25, 2002 |

To All,

Please find attached a summary of the post-marketing reports for gabapentin through 31Mar02. I have high-lighted all of the adverse events that are approximately 1% or equal to or greater than 1%. In addition, I have indicated whether it is labeled or unlabeled in the current IPI and USPI and have recommended whether the event should be reviewed or not. Please review this list prior to our meeting on 25Jul02, as this will expedite our meeting time. Please bring all comments to the meeting.


Gaba
945_arisg_wears_al

If there are any questions prior to our meeting, please do not hesitate to contact me.

Thank you.
Best regards,
Chris

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| Arena, Philip | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 4:40 PM |
| Cortina, Lisa | Delivered: 7/12/2002 2:36 PM | Read: 7/15/2002 6:23 PM |
| Glanzman, Robert | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 3:31 PM |
| Hassell, Alan | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 2:41 PM |
| Hauben, Manfred | Delivered: 7/12/2002 2:36 PM | Read: 7/15/2002 4:02 PM |
| Patel, Manini | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 2:50 PM |
| Quintana, Alvaro | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 2:37 PM |
| Zhang, Tina | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 2:36 PM |

Pfizer_CPacella_0061231

Summary of Spontaneous Post-Marketing Reports for Gabapentin, as of March 31, 2002
All Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | (L = Labeled) | (NL = Not Labeled) |
| 2 | | | | | IPI | USPI | Review |
| 3 | | | | | | | |
| 4 | BODY SYSTEM / PREFERRED TERM | | Number of Events | Percentage (Events/Cases) | | | |
| 5 | | | | | | | |
| 6 | BODY AS WHOLE | | | | | | |
| 7 | ABDOMEN ENLARGED | | 20 | 0.18 | | | |
| 8 | ABDOMINAL PAIN | | 190 | 1.72 | L | L | No |
| 9 | ABSCESS | | 10 | 0.09 | | | |
| 10 | ACCIDENTAL INJURY | | 212 | 1.92 | L | NL | No |
| 11 | ACCIDENTAL OVERDOSE | | 27 | 0.25 | | | |
| 12 | ADENOMA | | 1 | 0.01 | | | |
| 13 | ADMINISTRATION ERRONEOUS | | 1 | 0.01 | | | |
| 14 | AGGRAVATION REACTION | | 11 | 0.1 | | | |
| 15 | AIDS | | 3 | 0.03 | | | |
| 16 | ALLERGIC REACTION | | 73 | 0.66 | NL | NL | Yes |
| 17 | ALTERED DRUG LEVEL | | 43 | 0.39 | | | |
| 18 | ALTERED HORMONE LEVEL | | 1 | 0.01 | | | |
| 19 | ANAPHYLACTOID REACTION | | 10 | 0.09 | | | |
| 20 | ANAPHYLAXIS | | 1 | 0.01 | | | |
| 21 | APLASIA | | 1 | 0.01 | | | |
| 22 | ASCITES | | 4 | 0.04 | | | |
| 23 | ASTHENIA | | 584 | 5.3 | L | L | No |
| 24 | BACK PAIN | | 126 | 1.14 | L | L | No |
| 25 | BIRTH WEIGHT SUBNORMAL | | 5 | 0.05 | | | |
| 26 | BODY ODOR | | 5 | 0.05 | | | |
| 27 | CACHEXIA | | 3 | 0.03 | | | |
| 28 | CARCINOMA | | 23 | 0.21 | | | |
| 29 | CELLULITIS | | 15 | 0.14 | | | |
| 30 | CHEST PAIN | | 92 | 0.83 | NL | NL | Yes |
| 31 | CHEST PAIN SUBSTERNAL | | 1 | 0.01 | | | |
| 32 | CHILLS | | 51 | 0.46 | | | |
| 33 | CHILLS AND FEVER | | 3 | 0.03 | | | |
| 34 | CHOLINERGIC SYNDROME | | 1 | 0.01 | | | |
| 35 | CHROMOSOME ABNORMALITY | | 2 | 0.02 | | | |

Pfizer_CPacella_0061232

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 36 | CLUBFOOT | | 1 | 0.01 | | | |
| 37 | COLLAGEN DISORDER | | 3 | 0.03 | | | |
| 38 | CONGENITAL ANOMALY | | 25 | 0.23 | | | |
| 39 | CYST | | 16 | 0.15 | | | |
| 40 | DEATH | | 141 | 1.28 | | | No |
| 41 | DERMATOMYOSITIS | | 2 | 0.02 | | | |
| 42 | DRUG INTERACTION | | 461 | 4.18 | | | ? |
| 43 | DRUG LEVEL DECREASED | | 43 | 0.39 | | | |
| 44 | DRUG LEVEL INCREASED | | 73 | 0.66 | | | |
| 45 | EDEMA FACE | | 7 | 0.06 | | | |
| 46 | EDEMA GENERALIZED | | 1 | 0.01 | | | |
| 47 | EXPOSURE IN UTERO | | 54 | 0.49 | | | |
| 48 | FACE EDEMA | | 131 | 1.19 | L | | No |
| 49 | FETAL DISORDER | | 4 | 0.04 | L | | |
| 50 | FEVER | | 107 | 0.97 | L | L | No |
| 51 | FEVER MALIGNANT | | 1 | 0.01 | | | |
| 52 | FLU SYNDROME | | 49 | 0.44 | | | |
| 53 | GANGRENE | | 3 | 0.03 | | | |
| 54 | GENERALIZED EDEMA | | 63 | 0.57 | | | |
| 55 | GRANULOMA | | 4 | 0.04 | | | |
| 56 | HALITOSIS | | 2 | 0.02 | | | |
| 57 | HANGOVER EFFECT | | 13 | 0.12 | | | |
| 58 | HEADACHE | | 440 | 3.99 | L | L | No |
| 59 | HEMOPERITONEUM | | 1 | 0.01 | | | |
| 60 | HEMORRHAGE | | 1 | 0.01 | | | |
| 61 | HEMOTHORAX | | 1 | 0.01 | | | |
| 62 | HERNIA | | 9 | 0.08 | | | |
| 63 | HORMONE LEVEL ALTERED | | 45 | 0.41 | | | |
| 64 | HYDROCEPHALUS | | 1 | 0.01 | | | |
| 65 | HYPERTROPHY | | 2 | 0.02 | | | |
| 66 | HYPOTHERMIA | | 20 | 0.18 | | | |
| 67 | IMMUNE SYSTEM DISORDER | | 7 | 0.06 | | | |
| 68 | IMMUNOGLOBULINS INCREASED | | 3 | 0.03 | | | |
| 69 | INCREASED DRUG EFFECT | | 1 | 0.01 | | | |
| 70 | INFECTION | | 104 | 0.94 | L | NL | No |
| 71 | INFECTION MASKED | | 1 | 0.01 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061233

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 72 | INFECTION PARASITIC | | 1 | 0.01 | | | |
| 73 | INFECTION SUPERIMPOSED | | 1 | 0.01 | | | |
| 74 | INJECTION SITE REACTION | | 2 | 0.02 | | | |
| 75 | INTENTIONAL INJURY | | 2 | 0.02 | | | |
| 76 | INTENTIONAL OVERDOSE | | 189 | 1.72 | | | No |
| 77 | LAB TEST ABNORMAL | | 103 | 0.93 | NL | NL | Yes |
| 78 | LABORATORY TEST INTERFERENCE | | 1 | 0.01 | | | |
| 79 | LACK OF DRUG EFFECT | | 193 | 1.75 | | | No |
| 80 | LE SYNDROME | | 17 | 0.15 | | | |
| 81 | MALAISE | | 141 | 1.28 | L | L | No |
| 82 | MEDICATION ERROR | | 91 | 0.83 | | | |
| 83 | MONILIASIS | | 7 | 0.06 | | | |
| 84 | MUCOUS MEMBRANE DISORDER | | 5 | 0.05 | | | |
| 85 | MULTIPLE CONGENITAL ANOMALIES | | 1 | 0.01 | | | |
| 86 | NECK PAIN | | 17 | 0.15 | | | |
| 87 | NECK RIGIDITY | | 6 | 0.05 | | | |
| 88 | NEOPLASM | | 42 | 0.38 | | | |
| 89 | NEUROLEPTIC MALIGNANT SYNDROME | | 2 | 0.02 | | | |
| 90 | NEUROTRANSMITTER LEVEL ALTERED | | 2 | 0.02 | | | |
| 91 | NO DRUG EFFECT | | 26 | 0.24 | | | |
| 92 | OVERDOSE | | 288 | 2.61 | | | |
| 93 | OVERDOSE ACCIDENTAL | | 1 | 0.01 | | | |
| 94 | OVERDOSE INTENTIONAL | | 7 | 0.06 | | | |
| 95 | OVERDOSE/INTOXICATION | | 10 | 0.09 | | | |
| 96 | PAIN | | 535 | 4.85 | L | NL | No |
| 97 | PAIN ABDOMINAL | | 14 | 0.13 | | | |
| 98 | PAIN BACK | | 5 | 0.05 | | | |
| 99 | PAIN CHEST | | 6 | 0.05 | | | |
| 100 | PAIN NECK | | 2 | 0.02 | | | |
| 101 | PELVIC PAIN | | 10 | 0.09 | | | |
| 102 | PERINATAL DISORDER | | 12 | 0.11 | | | |
| 103 | PERITONITIS | | 2 | 0.02 | | | |
| 104 | PHOTOSENSITIVITY REACTION | | 25 | 0.23 | | | |
| 105 | REACTION AGGRAVATED | | 66 | 0.6 | | | |
| 106 | REACTION UNEVALUABLE | | 347 | 3.15 | | | No |
| 107 | SARCOIDOSIS | | 3 | 0.03 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061234

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 108 | SARCOMA | | 1 | 0.01 | | | |
| 109 | SEPSIS | | 25 | 0.23 | | | |
| 110 | SERUM SICKNESS | | 1 | 0.01 | | | |
| 111 | SHOCK | | 9 | 0.08 | | | |
| 112 | SUDDEN DEATH | | 22 | 0.2 | | | |
| 113 | SUICIDE ATTEMPT | | 26 | 0.24 | | | |
| 114 | TOLERANCE DECREASED | | 3 | 0.03 | | | |
| 115 | TOLERANCE INCREASED | | 6 | 0.05 | | | |
| 116 | UNEXPECTED BENEFIT | | 25 | 0.23 | | | |
| 117 | VIRAL INFECTION | | 2 | 0.02 | | | |
| 118 | **Sub Total** | | **5661** | | | | |
| 119 | | | | | | | |
| 120 | ***CARDIOVASCULAR SYSTEM*** | | | | | | |
| 121 | ANGINA PECTORIS | | 15 | 0.14 | | | |
| 122 | AORTIC STENOSIS | | 1 | 0.01 | | | |
| 123 | ARRHYTHMIA | | 26 | 0.24 | | | |
| 124 | ARTERIOSCLEROSIS | | 3 | 0.03 | | | |
| 125 | ARTERITIS | | 1 | 0.01 | | | |
| 126 | ATRIAL ARRHYTHMIA | | 3 | 0.03 | | | |
| 127 | ATRIAL FIBRILLATION | | 12 | 0.11 | | | |
| 128 | ATRIAL FLUTTER | | 4 | 0.04 | | | |
| 129 | ATRIAL SEPTAL DEFECT | | 1 | 0.01 | | | |
| 130 | AV BLOCK | | 2 | 0.02 | | | |
| 131 | AV BLOCK COMPLETE | | 1 | 0.01 | | | |
| 132 | AV BLOCK FIRST DEGREE | | 1 | 0.01 | | | |
| 133 | BIGEMINY | | 1 | 0.01 | | | |
| 134 | BRADYCARDIA | | 33 | 0.3 | | | |
| 135 | BUNDLE BRANCH BLOCK | | 4 | 0.04 | | | |
| 136 | CARDIAC ARREST | | 3 | 0.03 | | | |
| 137 | CARDIOMEGALY | | 6 | 0.05 | | | |
| 138 | CARDIOMYOPATHY | | 3 | 0.03 | | | |
| 139 | CARDIOVASCULAR DISORDER | | 40 | 0.36 | | | |
| 140 | CEREBRAL HEMORRHAGE | | 6 | 0.05 | | | |
| 141 | CEREBRAL INFARCT | | 4 | 0.04 | | | |
| 142 | CEREBRAL ISCHEMIA | | 15 | 0.14 | | | |
| 143 | CEREBRAL THROMBOSIS | | 1 | 0.01 | | | |

Pfizer_CPacella_0061235

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 144 | CEREBROVASCULAR ACCIDENT | | 40 | 0.36 | | | |
| 145 | CEREBROVASCULAR DISORDER | | 5 | 0.05 | | | |
| 146 | CONGESTIVE HEART FAILURE | | 15 | 0.14 | | | |
| 147 | CORONARY ARTERY DISORDER | | 4 | 0.04 | | | |
| 148 | CORONARY OCCLUSION | | 1 | 0.01 | | | |
| 149 | DEEP THROMBOPHLEBITIS | | 13 | 0.12 | | | |
| 150 | ECG ABNORMAL | | 2 | 0.02 | | | |
| 151 | EFFUSION PERICARDIAL | | 1 | 0.01 | | | |
| 152 | ELECTROCARDIOGRAM ABNORMAL | | 6 | 0.05 | | | |
| 153 | EMBOLISM PULMONARY | | 1 | 0.01 | | | |
| 154 | EMBOLUS | | 1 | 0.01 | | | |
| 155 | ENCEPHALOPATHY HYPERTENS | | 1 | 0.01 | | | |
| 156 | EXTRASYSTOLES | | 1 | 0.01 | | | |
| 157 | FIBRILLATION ATRIAL | | 2 | 0.02 | | | |
| 158 | FIBRILLATION VENTRICULAR | | 1 | 0.01 | | | |
| 159 | HEART ARREST | | 27 | 0.25 | | | |
| 160 | HEART BLOCK | | 4 | 0.04 | | | |
| 161 | HEART FAILURE | | 16 | 0.15 | | | |
| 162 | HEART FAILURE CONGESTIVE | | 5 | 0.05 | | | |
| 163 | HEART MALFORMATION | | 3 | 0.03 | | | |
| 164 | HEMORRHAGE | | 41 | 0.37 | | | |
| 165 | HEMORRHAGE CEREBRAL | | 4 | 0.04 | | | |
| 166 | HEMORRHAGE SUBARACHNOID | | 3 | 0.03 | | | |
| 167 | HYPERTENSION | | 131 | 1.19 | L | L | No |
| 168 | HYPOTENSION | | 72 | 0.65 | | | |
| 169 | HYPOTENSION POSTURAL | | 1 | 0.01 | | | |
| 170 | INCREASED CAPILLARY FRAGILITY | | 1 | 0.01 | | | |
| 171 | INFARCT CEREBRAL | | 1 | 0.01 | | | |
| 172 | INFARCT MYOCARDIAL | | 1 | 0.01 | | | |
| 173 | MIGRAINE | | 49 | 0.44 | | | |
| 174 | MYOCARDIAL FIBROSIS | | 1 | 0.01 | | | |
| 175 | MYOCARDIAL INFARCT | | 20 | 0.18 | | | |
| 176 | MYOCARDITIS | | 1 | 0.01 | | | |
| 177 | NECROSIS | | 1 | 0.01 | | | |
| 178 | OCCLUSION | | 2 | 0.02 | | | |
| 179 | PALLOR | | 12 | 0.11 | | | |

Pfizer_CPacella_0061236

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 180 | PALPITATION | | 82 | 0.74 | | | |
| 181 | PATENT DUCTUS ARTERIOSUS | | 1 | 0.01 | | | |
| 182 | PERICARDIAL EFFUSION | | 4 | 0.04 | | | |
| 183 | PERICARDITIS | | 6 | 0.05 | | | |
| 184 | PERIPHERAL VASCULAR DISORDER | | 25 | 0.23 | | | |
| 185 | PHLEBITIS | | 2 | 0.02 | | | |
| 186 | POSTURAL HYPOTENSION | | 10 | 0.09 | | | |
| 187 | PULMONARY EMBOLUS | | 14 | 0.13 | | | |
| 188 | PULMONARY THROMBOSIS | | 2 | 0.02 | | | |
| 189 | QT INTERVAL PROLONGED | | 4 | 0.04 | | | |
| 190 | RETINAL ARTERY OCCLUSION | | 2 | 0.02 | | | |
| 191 | RETINAL VEIN THROMBOSIS | | 2 | 0.02 | | | |
| 192 | SINUS BRADYCARDIA | | 3 | 0.03 | | | |
| 193 | SPIDER ANGIOMA | | 1 | 0.01 | | | |
| 194 | ST DEPRESSED | | 1 | 0.01 | | | |
| 195 | SUPRAVENTRICULAR TACHYCARDIA | | 1 | 0.01 | | | |
| 196 | SYNCOPE | | 121 | 1.1 | NL | L | Yes |
| 197 | T INVERTED | | 1 | 0.01 | | | |
| 198 | TACHYCARDIA | | 71 | 0.64 | | | |
| 199 | THROMBOPHLEBITIS | | 4 | 0.04 | | | |
| 200 | THROMBOPHLEBITIS DEEP | | 1 | 0.01 | | | |
| 201 | THROMBOSIS | | 11 | 0.1 | | | |
| 202 | VARICOSE VEIN | | 2 | 0.02 | | | |
| 203 | VASCULAR ANOMALY | | 4 | 0.04 | | | |
| 204 | VASCULAR DISORDER | | 20 | 0.18 | | | |
| 205 | VASCULAR DISORDER PERIPHERAL | | 1 | 0.01 | | | |
| 206 | VASCULITIS | | 10 | 0.09 | | | |
| 207 | VASODILATATION | | 98 | 0.89 | L | L | No |
| 208 | VASOSPASM | | 1 | 0.01 | | | |
| 209 | VENTRICULAR ARRHYTHMIA | | 3 | 0.03 | | | |
| 210 | VENTRICULAR EXTRASYSTOLES | | 1 | 0.01 | | | |
| 211 | VENTRICULAR FIBRILLATION | | 5 | 0.05 | | | |
| 212 | VENTRICULAR SEPTAL DEFECT | | 3 | 0.03 | | | |
| 213 | VENTRICULAR TACHYCARDIA | | 4 | 0.04 | | | |
| 214 | Sub Total | | 1197 | | | | |
| 215 | | | | | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061237

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 216 | ***DIGESTIVE SYSTEM*** | | | | | | |
| 217 | ABNORMAL STOOLS | | 18 | 0.16 | | | |
| 218 | ABSCESS | | 1 | 0.01 | | | |
| 219 | ANOREXIA | | 125 | 1.13 | L | L | No |
| 220 | APHTHOUS STOMATITIS | | 2 | 0.02 | | | |
| 221 | APPETITE INCREASED | | 6 | 0.05 | | | |
| 222 | BILIARY PAIN | | 2 | 0.02 | | | |
| 223 | BLOODY DIARRHEA | | 3 | 0.03 | | | |
| 224 | CARDIOSPASM | | 5 | 0.05 | | | |
| 225 | CHEILITIS | | 8 | 0.07 | | | |
| 226 | CHOLANGITIS | | 1 | 0.01 | | | |
| 227 | CHOLECYSTITIS | | 9 | 0.08 | | | |
| 228 | CHOLELITHIASIS | | 8 | 0.07 | | | |
| 229 | CHOLESTATIC JAUNDICE | | 8 | 0.07 | | | |
| 230 | CIRRHOSIS OF LIVER | | 4 | 0.04 | | | |
| 231 | CLEFT LIP | | 2 | 0.02 | | | |
| 232 | CLEFT PALATE | | 4 | 0.04 | | | |
| 233 | COLITIS | | 30 | 0.27 | | | |
| 234 | CONSTIPATION | | 114 | 1.03 | L | L | No |
| 235 | DIARRHEA | | 250 | 2.27 | L | L | No |
| 236 | DIARRHEA BLOODY | | 2 | 0.02 | | | |
| 237 | DRY MOUTH | | 123 | 1.12 | L | L | No |
| 238 | DUODENAL ULCER | | 3 | 0.03 | | | |
| 239 | DUODENITIS | | 1 | 0.01 | | | |
| 240 | DYSPEPSIA | | 125 | 1.13 | L | L | No |
| 241 | DYSPHAGIA | | 51 | 0.46 | | | |
| 242 | EDEMA TONGUE | | 3 | 0.03 | | | |
| 243 | ENTERITIS | | 1 | 0.01 | | | |
| 244 | ERUCTATION | | 15 | 0.14 | | | |
| 245 | ESOPHAGEAL STENOSIS | | 1 | 0.01 | | | |
| 246 | ESOPHAGEAL ULCER | | 1 | 0.01 | | | |
| 247 | ESOPHAGITIS | | 16 | 0.15 | | | |
| 248 | FECAL IMPACTION | | 2 | 0.02 | | | |
| 249 | FECAL INCONTINENCE | | 19 | 0.17 | | | |
| 250 | FLATULENCE | | 123 | 1.12 | L | L | No |