| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 251 | GAMMA GLUTAMYL TRANSPEPTIDASE INCREASED | | 33 | 0.3 | | | |
| 252 | GASTRITIS | | 11 | 0.1 | | | |
| 253 | GASTROENTERITIS | | 3 | 0.03 | | | |
| 254 | GASTROINTESTINAL CARCINOMA | | 5 | 0.05 | | | |
| 255 | GASTROINTESTINAL DISORDER | | 69 | 0.63 | | | |
| 256 | GASTROINTESTINAL HEMORRHAGE | | 12 | 0.11 | | | |
| 257 | GINGIVITIS | | 81 | 0.74 | | | |
| 258 | GLOSSITIS | | 25 | 0.23 | | | |
| 259 | GUM HEMORRHAGE | | 38 | 0.34 | | | |
| 260 | GUM HYPERPLASIA | | 13 | 0.12 | | | |
| 261 | HEMATEMESIS | | 4 | 0.04 | | | |
| 262 | HEMORRHAGE GI | | 1 | 0.01 | | | |
| 263 | HEMORRHAGE RECTAL | | 3 | 0.03 | | | |
| 264 | HEMORRHAGIC COLITIS | | 1 | 0.01 | | | |
| 265 | HEPATIC COMA | | 1 | 0.01 | | | |
| 266 | HEPATIC FAILURE | | 4 | 0.04 | | | |
| 267 | HEPATIC NEOPLASIA | | 3 | 0.03 | | | |
| 268 | HEPATITIS | | 31 | 0.28 | | | |
| 269 | HEPATITIS B POSITIVE SA | | 3 | 0.03 | | | |
| 270 | HEPATOMA | | 1 | 0.01 | | | |
| 271 | HEPATOMEGALY | | 6 | 0.05 | | | |
| 272 | HEPATOSPLENOMEGALY | | 1 | 0.01 | | | |
| 273 | HYPERPLASIA GUM | | 4 | 0.04 | | | |
| 274 | ILEITIS | | 1 | 0.01 | | | |
| 275 | ILEUS | | 2 | 0.02 | | | |
| 276 | IMPERFORATE ANUS | | 1 | 0.01 | | | |
| 277 | INCONTINENCE FECAL | | 5 | 0.05 | | | |
| 278 | INCREASED APPETITE | | 63 | 0.57 | | | |
| 279 | INCREASED SALIVATION | | 20 | 0.18 | | | |
| 280 | INTESTINAL NECROSIS | | 1 | 0.01 | | | |
| 281 | INTESTINAL OBSTRUCTION | | 6 | 0.05 | | | |
| 282 | INTESTINAL PERFORATION | | 2 | 0.02 | | | |
| 283 | INTESTINAL ULCER | | 1 | 0.01 | | | |
| 284 | JAUNDICE | | 16 | 0.15 | | | |
| 285 | LEUKOPLAKIA OF MOUTH | | 3 | 0.03 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061239

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 286 | LIVER DAMAGE | | 21 | 0.19 | | | |
| 287 | LIVER FATTY DEPOSIT | | 3 | 0.03 | | | |
| 288 | LIVER FUNCT TEST ABNOR | | 12 | 0.11 | | | |
| 289 | LIVER FUNCTION TESTS ABNORMAL | | 100 | 0.91 | | | No - Labeled for elevtaed LFTs |
| 290 | LIVER NECROSIS | | 1 | 0.01 | | | |
| 291 | LIVER TENDERNESS | | 1 | 0.01 | | | |
| 292 | MALABSORPTION SYNDROME | | 7 | 0.06 | | | |
| 293 | MEGACOLON | | 1 | 0.01 | | | |
| 294 | MELENA | | 17 | 0.15 | | | |
| 295 | MOUTH ULCERATION | | 25 | 0.23 | | | |
| 296 | NAUSEA | | 385 | 3.49 | L | L | No |
| 297 | NAUSEA AND VOMITING | | 43 | 0.39 | | | |
| 298 | NAUSEA/VOMITING | | 7 | 0.06 | | | |
| 299 | NECROTIZING PANCREATITIS | | 2 | 0.02 | | | |
| 300 | ORAL MONILIASIS | | 4 | 0.04 | | | |
| 301 | PANCREAS DISORDER | | 2 | 0.02 | | | |
| 302 | PANCREATITIS | | 45 | 0.41 | | | |
| 303 | PAROTID GLAND ENLARGEMENT | | 1 | 0.01 | | | |
| 304 | PEPTIC ULCER | | 1 | 0.01 | | | |
| 305 | PERIODONTAL ABSCESS | | 5 | 0.05 | | | |
| 306 | PERIODONTITIS | | 4 | 0.04 | | | |
| 307 | PHARYNGITIS | | 3 | 0.03 | | | |
| 308 | PROCTITIS | | 2 | 0.02 | | | |
| 309 | PSEUDOMEMBRANOUS COLITIS | | 1 | 0.01 | | | |
| 310 | RECTAL DISORDER | | 11 | 0.1 | | | |
| 311 | RECTAL HEMORRHAGE | | 13 | 0.12 | | | |
| 312 | SALIVARY GLAND ENLARGEMENT | | 3 | 0.03 | | | |
| 313 | SALIVATION INCREASED | | 2 | 0.02 | | | |
| 314 | SIALADENITIS | | 1 | 0.01 | | | |
| 315 | STOMACH ATONY | | 3 | 0.03 | | | |
| 316 | STOMACH ULCER | | 7 | 0.06 | | | |
| 317 | STOMATITIS | | 49 | 0.44 | | | |
| 318 | STOOLS ABNORMAL | | 1 | 0.01 | | | |

Pfizer_CPacella_0061240

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 319 | TENESMUS | | 1 | 0.01 | | | |
| 320 | THIRST | | 17 | 0.15 | | | |
| 321 | TONGUE DISCOLORATION | | 7 | 0.06 | | | |
| 322 | TONGUE DISORDER | | 16 | 0.15 | | | |
| 323 | TONGUE EDEMA | | 28 | 0.25 | | | |
| 324 | TOOTH CARIES | | 15 | 0.14 | | | |
| 325 | TOOTH DISCOLORATION | | 18 | 0.16 | | | |
| 326 | TOOTH DISORDER | | 47 | 0.43 | | | |
| 327 | ULCER MOUTH | | 2 | 0.02 | | | |
| 328 | ULCER STOMACH W/HEMORRHAGE | | 1 | 0.01 | | | |
| 329 | ULCERATIVE COLITIS | | 2 | 0.02 | | | |
| 330 | ULCERATIVE STOMATITIS | | 9 | 0.08 | | | |
| 331 | VOMITING | | 154 | 1.4 | | | |
| 332 | Sub Total | | 2660 | | L | L | No |
| 333 | | | | | | | |
| 334 | *DRUG, CHARACTER* | | | | | | |
| 335 | PRODUCT CHARACTERISTICS | | 1 | 0.01 | | | |
| 336 | Sub Total | | 1 | | | | |
| 337 | | | | | | | |
| 338 | *DRUG, USAGE* | | | | | | |
| 339 | OFF-LABEL USE OF DRUG | | 3189 | 28.94 | | | |
| 340 | Sub Total | | 3189 | | | | |
| 341 | | | | | | | |
| 342 | *ENDOCRINE SYSTEM* | | | | | | |
| 343 | ACCELERATED SEXUAL MATURITY | | 1 | 0.01 | | | |
| 344 | ADH INAPPROPRIATE | | 8 | 0.07 | | | |
| 345 | ADRENAL CORTEX INSUFFIENCY | | 3 | 0.03 | | | |
| 346 | CUSHINGS SYNDROME | | 4 | 0.04 | | | |
| 347 | DIABETES MELLITUS | | 29 | 0.26 | | | |
| 348 | DIABETIC COMA | | 1 | 0.01 | | | |
| 349 | ENDOCRINE DISORDER | | 1 | 0.01 | | | |
| 350 | FERTILITY DECR MALE | | 1 | 0.01 | | | |
| 351 | FERTILITY DECREASED MALE | | 6 | 0.05 | | | |
| 352 | GOITER | | 4 | 0.04 | | | |
| 353 | INCRE GONADOTROPIC FOLLICLE STIM HORMONE | | 1 | 0.01 | | | |

Pfizer_CPacella_0061241

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 354 | HYPERTHYROIDISM | | 6 | 0.05 | | | |
| 355 | HYPOTHYROIDISM | | 17 | 0.15 | | | |
| 356 | NEOPLASM | | 1 | 0.01 | | | |
| 357 | PARATHYROID DISORDER | | 3 | 0.03 | | | |
| 358 | PITUITARY ACTIVITY INCREASED | | 2 | 0.02 | | | |
| 359 | PROLACTIN INCREASED | | 13 | 0.12 | | | |
| 360 | THYROID CARCINOMA | | 1 | 0.01 | | | |
| 361 | THYROID DISORDER | | 5 | 0.05 | | | |
| 362 | THYROIDITIS | | 3 | 0.03 | | | |
| 363 | Sub Total | | 110 | | | | |
| 364 | | | | | | | |
| 365 | FETAL AND NEONATAL DISORDERS | | | | | | |
| 366 | ANOMALY CONGENITAL | | 1 | 0.01 | | | |
| 367 | Sub Total | | 1 | | | | |
| 368 | | | | | | | |
| 369 | HEMIC & LYMPHATIC SYSTEM | | | | | | |
| 370 | ABNORMAL PLATELETS | | 2 | 0.02 | | | |
| 371 | ACUTE LEUKEMIA | | 1 | 0.01 | | | |
| 372 | ACUTE LYMPHOBLASTIC LEUKEMIA | | 1 | 0.01 | | | |
| 373 | AGRANULOCYTOSIS | | 7 | 0.06 | | | |
| 374 | ANA POSITIVE | | 3 | 0.03 | | | |
| 375 | ANEMIA | | 52 | 0.47 | | | |
| 376 | ANEMIA APLASTIC | | 1 | 0.01 | | | |
| 377 | ANEMIA HEMOLYTIC | | 2 | 0.02 | | | |
| 378 | ANEMIA HYPOCHROMIC | | 1 | 0.01 | | | |
| 379 | ANEMIA IRON DEFICIENCY | | 1 | 0.01 | | | |
| 380 | ANTINUCLEAR ANTIBODY PRESENT | | 10 | 0.09 | | | |
| 381 | APLASTIC ANEMIA | | 4 | 0.04 | | | |
| 382 | BASOPHILIA | | 1 | 0.01 | | | |
| 383 | BLEEDING TIME DECREASED | | 1 | 0.01 | | | |
| 384 | BLEEDING TIME INCREASED | | 9 | 0.08 | | | |
| 385 | COAGULATION DISORDER | | 9 | 0.08 | | | |
| 386 | COAGULATION TIME DECREASED | | 8 | 0.07 | | | |
| 387 | COAGULATION TIME INCREASED | | 11 | 0.1 | | | |
| 388 | CYANOSIS | | 9 | 0.08 | | | |
| 389 | ECCHYMOSIS | | 92 | 0.83 | | | Yes |

PAGE 1 OF 1

Pfizer_CPacella_0061242

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 390 | EOSINOPHILIA | | 8 | 0.07 | | | |
| 391 | ERYTHROCYTES ABNORMAL | | 4 | 0.04 | | | |
| 392 | ESR INCREASED | | 1 | 0.01 | | | |
| 393 | HEMOLYSIS | | 1 | 0.01 | | | |
| 394 | HEMOLYTIC ANEMIA | | 5 | 0.05 | | | |
| 395 | HYPERVOLEMIA | | 1 | 0.01 | | | |
| 396 | HYPOCHROMIC ANEMIA | | 23 | 0.21 | | | |
| 397 | HYPOVOLEMIA | | 3 | 0.03 | | | |
| 398 | IRON DEFICIENCY ANEMIA | | 2 | 0.02 | | | |
| 399 | LEUKEMIA | | 2 | 0.02 | | | |
| 400 | LEUKEMOID REACTION | | 4 | 0.04 | | | |
| 401 | LEUKOCYTOSIS | | 17 | 0.15 | | | |
| 402 | LEUKOPENIA | | 123 | 1.12 | L | L | No |
| 403 | LYMPHADENOPATHY | | 18 | 0.16 | | | |
| 404 | LYMPHEDEMA | | 1 | 0.01 | | | |
| 405 | LYMPHOCYTOSIS | | 5 | 0.05 | | | |
| 406 | LYMPHOCYTOSIS | | 7 | 0.06 | | | |
| 407 | LYMPHOMA-LIKE REACTION | | 1 | 0.01 | | | |
| 408 | MACROCYTIC ANEMIA | | 2 | 0.02 | | | |
| 409 | MARROW DEPRESSION | | 3 | 0.03 | | | |
| 410 | MEGALOBLASTIC ANEMIA | | 1 | 0.01 | | | |
| 411 | MICROCYTIC ANEMIA | | 2 | 0.02 | | | |
| 412 | MONOCYTOSIS | | 2 | 0.02 | | | |
| 413 | MYELOMA | | 4 | 0.04 | | | |
| 414 | PANCYTOPENIA | | 8 | 0.07 | | | |
| 415 | PETECHIA | | 4 | 0.04 | | | |
| 416 | PLATELETS ABNORMAL | | 2 | 0.02 | | | |
| 417 | PROTHROMBIN DECREASED | | 29 | 0.26 | | | |
| 418 | PROTHROMBIN INCREASED | | 9 | 0.08 | | | |
| 419 | PURPURA | | 18 | 0.16 | | | |
| 420 | SEDIMENTATION RATE INCREASED | | 10 | 0.09 | | | |
| 421 | SPLENOMEGALY | | 1 | 0.01 | | | |
| 422 | SYPHILIS TEST FALSE POSITIVE | | 1 | 0.01 | | | |
| 423 | THROMBOCYTHEMIA | | 3 | 0.03 | | | |
| 424 | THROMBOCYTOPENIA | | 88 | 0.8 | | | |
| 425 | THROMBOCYTOPENIC PURPURA | | 6 | 0.05 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061243

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 426 | THROMBOPLASTIN DECREASED | | 6 | 0.05 | | | |
| 427 | THROMBOTIC THROMBOCYTOPENIC PURPURA | | 1 | 0.01 | | | |
| 428 | WBC ABNORMAL | | 3 | 0.03 | | | |
| 429 | Sub Total | | 654 | | | | |
| 430 | | | | | | | |
| 431 | *METABOLISM AND NUTRITION* | | | | | | |
| 432 | ACIDOSIS | | 2 | 0.02 | | | |
| 433 | ALCOHOL INTOLERANCE | | 3 | 0.03 | | | |
| 434 | ALKALINE PHOSPHATASE INCREASED | | 26 | 0.24 | | | |
| 435 | AMYLASE INCREASED | | 8 | 0.07 | | | |
| 436 | AVITAMINOSIS | | 6 | 0.05 | | | |
| 437 | BILIRUBINEMIA | | 13 | 0.12 | | | |
| 438 | BUN INCREASED | | 13 | 0.12 | | | |
| 439 | CREATINE PHOSPHOKINASE INCREASED | | 20 | 0.18 | | | |
| 440 | CREATININE INCREASED | | 24 | 0.22 | | | |
| 441 | DEHYDRATION | | 26 | 0.24 | | | |
| 442 | DIABETES MELLITUS | | 3 | 0.03 | | | |
| 443 | EDEMA | | 105 | 0.95 | | | No - Labeled for peripheral edema |
| 444 | EDEMA PERIPHERAL | | 24 | 0.22 | | | |
| 445 | ELECTROLYTE ABNORMALITY | | 4 | 0.04 | | | |
| 446 | ELECTROLYTE DEPLETION | | 1 | 0.01 | | | |
| 447 | ENZYMATIC ABNORMALITY | | 3 | 0.03 | | | |
| 448 | ENZYME ABNORMALITY | | 1 | 0.01 | | | |
| 449 | GAMMA GLOBULIN DECREASED | | 1 | 0.01 | | | |
| 450 | GLOBULIN INCREASED | | 1 | 0.01 | | | |
| 451 | GOUT | | 3 | 0.03 | | | |
| 452 | HEALING ABNORMAL | | 5 | 0.05 | | | |
| 453 | HEMOSIDEROSIS | | 1 | 0.01 | | | |
| 454 | HYPERCALCEMIA | | 1 | 0.01 | | | |
| 455 | HYPERCHOLESTEREMIA | | 21 | 0.19 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061244

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 456 | HYPERGLYCEMIA | | 102 | 0.93 | | | No - Labeled for blood glucose fluctuations |
| 457 | HYPERKALEMIA | | 9 | 0.08 | | | |
| 458 | HYPERLIPEMIA | | 13 | 0.12 | | | |
| 459 | HYPERNATREMIA | | 5 | 0.05 | | | |
| 460 | HYPERPHOSPHATEMIA | | 3 | 0.03 | | | |
| 461 | HYPERURICEMIA | | 1 | 0.01 | | | |
| 462 | HYPOCALCEMIA | | 3 | 0.03 | | | |
| 463 | HYPOCHLOREMIA | | 1 | 0.01 | | | |
| 464 | HYPOCHOLESTEREMIA | | 2 | 0.02 | | | |
| 465 | HYPOGLYCEMIA | | 47 | 0.43 | | | |
| 466 | HYPOGLYCEMIC REACTION | | 1 | 0.01 | | | |
| 467 | HYPOKALEMIA | | 11 | 0.1 | | | |
| 468 | HYPOLIPEMIA | | 1 | 0.01 | | | |
| 469 | HYPOMAGNESEMIA | | 2 | 0.02 | | | |
| 470 | HYPONATREMIA | | 34 | 0.31 | | | |
| 471 | HYPOPROTEINEMIA | | 3 | 0.03 | | | |
| 472 | KETOSIS | | 4 | 0.04 | | | |
| 473 | LACTIC ACIDOSIS | | 1 | 0.01 | | | |
| 474 | LACTIC DEHYDROGENASE INCREASED | | 6 | 0.05 | | | |
| 475 | NPN INCREASED | | 12 | 0.11 | | | |
| 476 | OBESITY | | 1 | 0.01 | | | |
| 477 | PERIPHERAL EDEMA | | 381 | 3.46 | L | L | No |
| 478 | PHOSPHATASE ALKALINE INCREASED | | 1 | 0.01 | | | |
| 479 | PORPHYRIA | | 1 | 0.01 | | | |
| 480 | RESPIRATORY ACIDOSIS | | 3 | 0.03 | | | |
| 481 | SGOT (AST) INCREASED | | 3 | 0.03 | | | |
| 482 | SGOT INCREASED | | 41 | 0.37 | | | |
| 483 | SGPT (ALT) INCREASED | | 2 | 0.02 | | | |
| 484 | SGPT INCREASED | | 48 | 0.44 | | | |
| 485 | WATER INTOXICATION | | 1 | 0.01 | | | |
| 486 | WEIGHT GAIN | | 464 | 4.21 | L | L | No |
| 487 | WEIGHT LOSS | | 107 | 0.97 | NL | L | Yes |
| 488 | Sub Total | | 1629 | | | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 489 | | | | | | | |
| 490 | *MUSCULOSKELETAL SYSTEM* | | | | | | |
| 491 | ARTHRALGIA | | 159 | 1.44 | | | |
| 492 | ARTHRITIS | | 48 | 0.44 | | | |
| 493 | ARTHROSIS | | 42 | 0.38 | | | |
| 494 | BONE DISORDER | | 21 | 0.19 | | | |
| 495 | BONE FRACTURE | | 18 | 0.16 | | | |
| 496 | BONE NECROSIS | | 3 | 0.03 | | | |
| 497 | BONE NEOPLASM | | 2 | 0.02 | | | |
| 498 | BONE PAIN | | 9 | 0.08 | | | |
| 499 | BURSITIS | | 9 | 0.08 | | | |
| 500 | GENERALIZED SPASM | | 9 | 0.08 | | | |
| 501 | INFECTION | | 1 | 0.01 | | | |
| 502 | JOINT DISORDER | | 61 | 0.55 | | | |
| 503 | LEG CRAMPS | | 22 | 0.2 | | | |
| 504 | MUSCLE ATROPHY | | 6 | 0.05 | | | |
| 505 | MUSCULOSKELETAL CONGENITAL ANOMALY | | 7 | 0.06 | | | |
| 506 | MYALGIA | | 130 | 1.18 | L | L | No |
| 507 | MYASTHENIA | | 100 | 0.91 | | | Yes |
| 508 | MYOPATHY | | 11 | 0.1 | | | |
| 509 | MYOSITIS | | 1 | 0.01 | | | |
| 510 | OSTEOMALACIA | | 1 | 0.01 | | | |
| 511 | OSTEOMYELITIS | | 3 | 0.03 | | | |
| 512 | OSTEOPOROSIS | | 14 | 0.13 | | | |
| 513 | PAIN BACK | | 1 | 0.01 | | | |
| 514 | PATHOLOGICAL FRACTURE | | 1 | 0.01 | | | |
| 515 | RHEUMATOID ARTHRITIS | | 3 | 0.03 | | | |
| 516 | SYNOVITIS | | 2 | 0.02 | | | |
| 517 | TENDINOUS CONTRACTURE | | 2 | 0.02 | | | |
| 518 | TENDON DISORDER | | 5 | 0.05 | | | |
| 519 | TENDON RUPTURE | | 1 | 0.01 | | | |
| 520 | TENOSYNOVITIS | | 5 | 0.05 | | | |
| 521 | **Sub Total** | | **690** | | | | |
| 522 | | | | | | | |
| 523 | *NERVOUS SYSTEM* | | | | | | |
| 524 | ABNORMAL DREAMS | | 49 | 0.44 | | | No |

PAGE 1 OF 1

Pfizer_CPacella_0061246