EXHIBIT 26

September 10, 2004

Russell Katz, M.D., Director
Division of Neuropharmacological
Drug products (HFD-120 Room 4037)
Office of Drug Evaluation and Research
Woodmont office Complex 2
1451 Rockville Pike
Rockville, MD 20852

*THIS DOCUMENT CONTAINS CONFIDENTIAL AND/OR TRADE SECRET INFORMATION THAT IS DISCLOSED ONLY IN CONNECTION WITH THE LICENSING AND/OR REGISTRATION OF PRODUCTS FOR PFIZER INC OR ITS AFFILIATED COMPANIES. THIS DOCUMENT SHOULD NOT BE DISCLOSED OR USED, IN WHOLE OR IN PART, FOR ANY OTHER PURPOSE WITHOUT THE PRIOR WRITTEN CONSENT OF PFIZER INC.*

RE:  **NEURONTIN® (gabapentin) capsules NDA 20-235**
     **NEURONTIN® (gabapentin) tablets NDA 20-882\***
     **NEURONTIN® (gabapentin) oral solution NDA 21-129\***

   **Request for information: Response to FDA regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials and Post-marketing Surveillance in Electronic Format**

Dear Dr. Katz:

Reference is made to NDA 20-235, NDA 20-882 and NDA 21-129 for Neurontin capsules, tablets and oral solution respectively.

Reference is also made to the teleconferences between the Division and Pfizer on April 26 and May 6, 2004 and to e-mail correspondences dated June 10, 22, 28 and July 2 and 16, 2004 to discuss FDA's request for review of gabapentin clinical studies included in the NDAs, sNDAs and INDs, phase 1 studies and post-marketing data and conduct an analysis of data regarding Neurontin and suicide/suicide attempt. Further reference is made to the August 6, 2004 submission of the final comprehensive analysis plan to the FDA.

This submission contains the results of the search for cases of suicide and suicide attempts in 92 Phase 2-4 placebo-controlled, non-placebo-controlled, or open-label gabapentin studies included in the NDAs, sNDAs and INDs. The submission also includes the search strategy and results of analysis of the post-marketing data for gabapentin. In addition to the clinical trial and post-marketing surveillance analyses, a

Confidential

brief overview of the background rates of suicide and suicide attempt in three major groupings of disease (psychiatric, pain, and epilepsy) for which gabapentin has been studied is included.

As agreed upon with the FDA, the phase 1 studies are currently being reviewed and a response will be submitted separately in November 2004.

This electronic submission is contained in a CD-ROM, which has been scanned with McAfee VirusScan Version 4.5.1 SP1 and is virus free. The electronic submission is approximately 80.10MB, in size.

Please also include this information by cross-reference to NDA 20-882 and NDA 20-129.

Please contact me if you have any questions regarding this information.


Sincerely,



Manini Patel


cc: Jacqueline H. Ware, Pharm.D., Regulatory Management Officer, HFD-120 (cover letter only)

\* Cover Letter Only