EXHIBIT 29



**DEPARTMENT OF HEALTH & HUMAN SERVICES**　　　　　　　　　　Public Health Service

---

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Food and Drug Administration
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rockville, MD  20857

Andrew G. Finkelstein, Esq.
Finkelstein & Partners, L.L.P.
436 Robinson Avenue
Newburgh, New York 12550

　　　Re:  Neurontin -- Docket No. 2004P-0235/CP1

Dear Mr. Finkelstein:

I am writing to confirm that we have received your letters of October 10, 2007, and October 25, 2007, as well as the Declaration of Michael Trimble, the Expert Report of Sander Greenland, and the two articles enclosed therewith.  We are reviewing these submissions and plan to incorporate our analysis of them into our response to your Citizen Petition.

We thank you for your submissions and, as indicated previously, assure you that we are handling this matter as expeditiously as possible.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　*[signature]* 11/28/07
　　　　　　　　　　　　　　　　　　　　Russell Katz, M.D.
　　　　　　　　　　　　　　　　　　　　Director
　　　　　　　　　　　　　　　　　　　　Division of Neurology Products
　　　　　　　　　　　　　　　　　　　　Office of Drug Evaluation I
　　　　　　　　　　　　　　　　　　　　Center for Drug Evaluation and Research