EXHIBIT 32

Case 1:04-cv-10981-PBS    Document 1200-29    Filed 02/06/2008    Page 2 of 4





January 18, 2006 5:14 p.m. EST

# UPDATE: FDA To Require Simpler Drug Labels

**DOW JONES NEWSWIRES**
*January 18, 2006 5:14 p.m.*

**DOW JONES REPRINTS**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

(Updates with new information about medication guides in the fourth paragraph and comment from FDA official Scott Gottlieb in the ninth paragraph.)

```
By Jennifer Corbett Dooren
Of DOW JONES NEWSWIRES
```

WASHINGTON -- The Food and Drug Administration will require drug companies to revise the lengthy and complex package inserts provided with prescription drugs to make the information more easy to understand by health-care professionals and consumers.

Agency officials said the changes are aimed at offering clear and concise medical information that could help prevent some of the 300,000 injuries and deaths seen annually in hospitals from medical errors.

The new drug-label requirements were released Wednesday as part of a new federal rule that would overhaul the format and type of information included in the drug labels, which are often referred to as package inserts. The labels seen by consumers are typically a folded-up sheet of paper included with their prescription drugs. They are written in small print and contain reams of information about the drug including a diagram showing the drug's chemical make-up.

The drug labels are primarily aimed at doctors, but they are read by consumers. The rules do not affect the one-page medication guides that are often handed out by pharmacists.

"Americans are overwhelmed with the complexity of health information," said Richard Carmona, U.S. Surgeon General. "We have hit a point of information overload and the public health message is being diluted."

Carmona said the problem "is compounded by prescription medication information that read more like legal disclaimers than useful or actionable health information."

The FDA said surveys of physicians have shown that they find important prescribing information difficult to locate on the label and are put off by the overwhelming amount of information contained in the label.

Indeed, the rule contains a controversial provision stating that federally approved drug labels pre-empt state law, which might help pharmaceutical companies facing product liability lawsuits over products like Merck & Co.'s (MRK) now-withdrawn painkiller Vioxx in state courts. The provision is a restatement of FDA views put forth by Justice Department lawyers in instances where the FDA has been involved in product-liability suits. Some drug companies were concerned that a simplified drug label could hurt them in court if they were charged with failing to warn consumers about a particular problem with a drug, FDA officials said.

Dr. Scott Gottlieb, the FDA's deputy commissioner for medical and scientific affairs, noted that the provision is in the rule's preamble, meaning it will not be codified into federal law. He said courts could decide to ignore the FDA's opinions. Still, the pre-emption language was criticized by state officials and the consumer group Public Citizen, which said it was an attempt to override state liability laws.

The drug-labeling rule will apply to all new drugs approved by the FDA and will become effective on June 30. The rule will also apply to drugs approved within the last five years and older drugs that have been approved for new uses. Those drug labels will be phased in over a seven-year period.

The new labels will likely contain less warning information than current labels, but they also seek to more clearly discuss the most common problems associated with a particular drug. Two current sections that discuss drug-risk information will be consolidated into one.

The labels will contain a "highlights" section at the top of the page that will provide a summary of information that includes major warnings, such as certain conditions in which patients should not use a certain drug, how the drug should be used and what illnesses the drug is approved to treat. There will also be a new table of contents section that directs physicians and consumers to other parts of the label that contain more information.

The label will also contain a new patient counseling information section that will give health-care professionals information to discuss the benefits and risks of a drug such as what symptoms a patient might experience if they suffer from a side-effect of a drug and which side-effects warrant immediate medical attention.

Andrew von Eschenbach, acting FDA commissioner, said the new drug label, combined with other FDA rules on electronic labels, "will dramatically improve the way healthcare professionals and consumers obtain information about prescription drugs." The FDA has asked drug companies to submit their drug labels electronically so that they can quickly be updated by the FDA, if, for example, a new problem is discovered with a drug. The drug labels will be placed on the FDA's Web site and one run by the National Institutes of Health known as DailyMed.

The drug labels will also clearly state when a drug was first approved by the FDA and will include a toll-free number and an Internet site to encourage more reporting by health-care professionals of possible drug side-effects.

-By Jennifer Corbett Dooren, Dow Jones Newswires; 202-862-9294; jennifer.corbett@dowjones.com

   **URL for this article:**

Case 1:04-cv-10981-PBS Document 1200-29 Filed 04/04/2008 Page 4 of 4

http://online.wsj.com/article/BT_CO_20060118_008819.html

**Copyright 2006 Dow Jones & Company, Inc. All Rights Reserved**

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our **Subscriber Agreement** and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit **www.djreprints.com**.