EXHIBIT 34

DEPARTMENT OF HEALTH AND HUMAN SERVICES

PUBLIC HEALTH SERVICE

FOOD AND DRUG ADMINISTRATION

PERIPHERAL AND CENTRAL NERVOUS SYSTEM DRUGS

ADVISORY COMMITTEE

Volume II

Tuesday, December 15, 1992

8:10 a.m.

Holiday Inn
8120 Wisconsin Avenue
Bethesda, Maryland

MILLER REPORTING CO., INC.
507 C Street, N.E.

1  these in our discussion. Dr. Katz, if you want to review to

2  make sure that we are not overlooking those specific things,

3  they had to do with concomitant medication dosages, outcome

4  measures, monotherapy or lack of monotherapy studies, the

5  deaths and tumors, and I think we have more or less covered

6  them.

7          Does anybody want to raise any other issues

8  regarding these specific points that Dr. Katz raised?

9          [No response.]

10         DR. FAHN:  If not, I would like to move to the

11 overall questions that we have to address and answer, and we

12 will start with the first one. Has the sponsor provided

13 evidence from more than one adequate and well-controlled

14 clinical investigation that supports the conclusion that

15 gabapentin is effective for the treatment of epilepsy?  I

16 will just modify that to say, so we can be consistent with

17 yesterday's discussion, for the treatment as an add-on for

18 intractable partial seizures in adults. Is that fair to

19 modify that?  is that all right with everybody?

20         That is the question in front of us. Is there any

21 discussion before we proceed with the vote, any further

22 discussion to what we have had already?

23         [No response.]

24         DR. FAHN:  If not, I would like to call for the

25 vote. All those in favor of the affirmance of that question,

1  signal by raising your hand.

2             [A show of hands.]

3             DR. FAHN:  I will do a count, and we have 10 to 0.

4             The next question:  Has the sponsor provided

5  evidence that gabapentin is safe when used in the treatment

6  of epilepsy?  And again, I would modify it to be used as an

7  add-on in adult patients with intractable partial seizures.

8             First, is there any discussion before I call the

9  question?

10            [No response.]

11            DR. FAHN:  May I have an affirmative response by a

12 show of hands?

13            [A show of hands.]

14            DR. FAHN:  Again, we have a 10-to-0 vote in favor

15 of that question.

16            Is there any other business in front of this

17 committee?  We have a question left over from yesterday. We

18 have a question related to labeling and we have forms

19 provided us by the FDA of some of the other drugs that we

20 have in front of us.  If anybody has any specific comments,

21 please do so now.  My looking through this, I see that most

22 of these have, in fact, all of these have very specific

23 indications of what seizure types are indicated, and I think

24 that is in keeping with what we dealt with yesterday.

25            Are there any other comments, other than what I