EXHIBIT 37

# Marinus Pharmaceuticals Inc.

(A#2007900080)

| | |
|---|---|
| **Written By** | Marc Wortman (Contributor) |
| **Issue:** | *Start−Up* Apr. 2007 |
| **Section:** | Start−Ups Across Health Care (Medium Length Article) |
| **Article Type:** | Emerging Company Profile |
| **Industry Segment:** | Pharmaceuticals; Pharmaceuticals/Pharmaceutical Technologies/Drug Delivery |
| **Therapeutic Categories:** | Neurology, Nervous System; Neurology, Nervous System/Epilepsy |
| **Companies:** | Marinus Pharmaceuticals Inc.; Neurogen Corp.; Purdue Pharma LP; Purdue Pharma LP/CoCensys Inc.; Yale University |
| **Summary:** | Marinus Pharmaceuticals was founded to take ganaxolone, a problematic compound for which tantalizing human efficacy data already exists and reformulate it to overcome the pharmacokinetic and cost problems holding it back. In just two years since in−licensing it, Marinus has succeeded in reformulating the drug and putting it back into clinical testing for two epilepsy indications with hopes of building a multi−indication franchise around it. |

| **Further Analysis:** | Title | Magazine | Issue | Article ID |
|---|---|---|---|---|
| | Start−Up Previews (4/07) | *IN VIVO* | Apr. 2007 | 2007800069 |

Access these articles using Windhover's Strategic Intelligence Systems or online store (www.windhover.com/buy) or call customer service at 203−838−4401 ext. 226.

### Article begins on the next page . . .



© 2007, 2000 Windhover Information Inc.

No part of this publication may be reproduced or modified in any form, or incorporated into any information retrieval system without the written permission of Windhover Information Inc. (203−838−4401 ext. 232). This information is intended for the recipient only. Any further distribution is in direct violation of copyright laws.

Marinus Pharmaceuticals Inc. (c) 2007 Windhover Information Inc., Norwalk, CT

# Marinus Pharmaceuticals Inc.

## A different CNS game

21 Business Park Drive

Branford, CT 06405

Phone: (203) 315−0566

Fax: (203) 315−0565

Web Site: www.marinuspharma.com

*Contact:* Harry H. Penner, Jr., Chairman & CEO

*Industry Segment:* Pharmaceuticals

*Business:* CNS drug development

*Founded:* December 2003

*Founders:* Harry H. Penner, Jr.; Kenneth R. Shaw, PhD, VP, R&D Vincent Pieribone, PhD, Founding Discovery Officer (Yale University); Michael Rogawski, MD, PhD (former Epilepsy Section Chief, National Institutes of Health); Geoffrey Chaiken

*Employees:* 8

*Financing to Date:* $29.5 Million

*Investors:* Domain Associates; Sofinnova Ventures; Canaan Partners; Foundation Medical Partners

*Board of Directors:* Stephen Bloch, MD (Canaan Partners); Nicola Campbell, PhD (Sofinnova Parnters); Harry H. Penner, Jr.; Nicole Vitulo (Domain Associates)

**Medical/Scientific Advisors:** Jacqueline A. French, MD (Hospital of the University of Pennsylvania); Virinder Nohria, MD, PhD; Douglas R. Nordli, Jr., MD (Northwestern University); John Pellock, MD (Virginia Commonwealth University); Shlomo Shinar, MD, PhD (Albert Einstein College of Medicine); Paul Leber, MD (Neuro−Pharm Group); Cynthia McCormick, MD (McCormick Consulting); Raymond Stoll, PhD (Stoll & Associates); Henry J. Pieniaszek, Jr., PhD (HPP Consulting & Services)

In 1993, Harry Penner, Jr., left the presidency of Novo Nordisk A/S's North American operations to head up a promising **Yale School of Medicine** spinout, **Neurogen Corp.** Those were heady days for biotech when emerging, highly specific neuroreceptor targets were expected to soon yield effective new drugs for treating CNS disorders, and Neurogen developed a particularly strong platform of promising targets and a sterling discovery pedigree. "We generated a whole lot of promising drug candidates," Penner now says, but not a single approved drug so far. Although Neurogen continues to pursue novel CNS compounds, "Successes in that space are few and far between," Penner recognizes. He left the company in 2001 to found new biotech ventures.

Like many industry colleagues, Penner now takes a more pragmatic approach to building a new company

Marinus Pharmaceuticals Inc. (c) 2007 Windhover Information Inc., Norwalk, CT

likely to generate CNS products. He launched his new firm, **Marinus Pharmaceuticals Inc.**, again linked to Yale, to take ganaxolone, a problematic compound for which tantalizing human efficacy data already exist, and reformulate it to overcome the pharmacokinetic (PK) and cost problems holding it back. In just two years since in−licensing it, Marinus has succeeded in reformulating the drug and putting it back into clinical testing for two epilepsy indications with hopes of building a multi−indication franchise around it. "It's a very different game," he says of his new venture.

Ganaxolone is a synthetic analog of the neurosteroid allopregnanolone, a metabolite of the hormone progesterone. No other CNS compound currently on the market shares its mechanism of modulating the GABA receptor system. (Neurogen has also been very active in pursuing GABA receptor modulators.) The compound was originally developed by **CoCensys Inc.**, in the 1980s, where it went into humans as a treatment for migraine and as that company's lead drug candidate. According to Penner, the compound went through Phase I and II trials in 710 adult and pediatric subjects. Ganaxolone displayed a satisfactory safety profile, but it possessed significant absorption issues. The drug's PK varied so markedly under different fast/fed conditions in humans that determining a safe and effective dosage range proved nearly impossible. That was because subjects who took the drug with a fatty meal absorbed a much higher amount of the compound than those who took the drug while consuming less fat or on an empty stomach, leading to potential sedative side effects and also inconsistent results. The cost to manufacture the compound was also out of line with industry norms. With the inconclusive migraine study results CoCensys stock tanked, and the company began to run short of cash.

**Purdue Pharma LP**, which had an interest in CoCensys' preclinical neuropathic pain programs, acquired the entire company in 1999. [W#199910172] But ganaxolone and its formulation issues held little interest for Purdue.

During its failed migraine trials, CoCensys had also tested ganaxolone's benefits in combating seizures in about 100 children and adults suffering from refractory epilepsy; that is, they experienced breakthrough seizures despite otherwise effective pharmaceutical control of their epilepsy. According to Penner, "The CoCensys data showed that even with a suboptimal formulation ganaxolone had significant efficacy and safety as an anticonvulsant" for refractory patients.

At Yale School of Medicine in early 2003, neurophysiologist Vincent Pieribone, PhD, along with Geoff Chaiken, an undergraduate working in his laboratory, had sought to build a company around a platform technology using tiny fish for discovering anticonvulsants (hence the company's name). In an era when discovery technologies alone rarely win venture support, they eventually determined on identifying later−stage anti−epileptic compounds for development. Michael Rogawski, MD, PhD, a leading epilepsy investigator at the **National Institutes of Health**, knew about the ganaxolone anticonvulsant data and urged them to take a look at the drug. Pieribone and Chaikin liked what they saw and drew Penner in as a consultant in setting up a company. Since leaving Neurogen, Penner had also helped to found **Rib−X Pharmaceuticals Inc.**, **RHEI Pharmaceuticals Inc.**, (*See,* "RHEI Pharmaceuticals," START−UP, *November 2006 [A#2006900219]*), and other ventures. "I hadn't expected to run it, but I was having fun doing it," he recalls. (Chaiken eventually returned to Yale College to complete his undergraduate education and is now pursuing a career on Wall Street.) They believed a new ganaxolone formulation could overcome the PK and cost−of−goods issues. Penner brought in Kenneth R. Shaw, as VP of R&D and a co−founder from Neurogen, where he had been SVP of chemistry and preclinical development.

Working with $3 million in bridge loans since converted to equity in the company, Marinus licensed ganaxolone in September 2004 from Purdue in return for what Penner calls "an extremely reasonable" royalty from any product plus Marinus stock valued at about $2 million. With a compound and a fast track to a product, Penner had little trouble raising $26.5 million in venture funds, one of the largest Series A rounds in Connecticut history. (Marinus' lead investor, Domain, had invested in CoCensys and already knew ganaxolone well.) [W#200530461]

Marinus Pharmaceuticals Inc. (c) 2007 Windhover Information Inc., Norwalk, CT

Although Marinus has only eight employees, with another two or three to be added, the big raise was needed to support Shaw's reformulation program and carry out two projected Phase IIb clinical trials. According to Penner, Shaw expertly succeeded in finding the right formulation to overcome the fast/fed PK issues and to bring cost−of−goods in line with industry standards. Although the initial reformulated Marinus version of ganaxolone is in liquid form, the company also hopes to complete development of a controlled−release capsule version this year.

The clinical studies at Marinus are led by Earl Giller, MD, PhD, formerly Executive Director, CNS Clinical Development, at **Pfizer Inc.** Enrollment for the first clinical trial began in February in infantile spasms (also called West syndrome), a particularly dangerous form of epilepsy that strikes about 10,000 infants age two to six months in the US—with 2,000 new cases annually. The infantile seizures in the developing brain can lead to death or, for those who grow out of them, mental retardation. No approved treatment exists, although adrenocorticotropic hormone (ACTH) works against the seizures but with potentially dreadful side effects.

Should ganaxolone work on infantile spasms, Penner believes that older children with breakthrough seizures in partially controlled epilepsy will also respond to the drug. That market totals about 100,000 children in the US.

The company is currently beginning its second study for adults with refractory epilepsy, a condition called partial complex seizures, which afflicts about 35% of the two million adults with epilepsy in the US. This study will look at ganaxolone as an add−on therapy to patients' existing medication. Penner anticipates results from the infantile spasm trial and the adult refractory epilepsy study before the end of the second quarter of 2008.

Finally, Penner thinks ganaxolone could also capture a significant orphan market as a treatment for catamenial epilepsy, breakthrough seizures in women incidental to their monthly period but that are otherwise controlled through their cycle. That market amounts to about 200,000 women. Ganaxolone has shown no birth defect associations—unusual for an epilepsy drug—and, despite being a synthetic metabolite of progesterone, it does not convert into progesterone with its potential side effects. Those advantages may make it a preferred epilepsy treatment for women.

The combination of seven−year orphan drug exclusivity plus patents surrounding ganaxolone's reformulation will build a solid fence around any approved drug emerging from the program that will stave off competition for many years—and that also will provide a basis for expanding into additional non−epilepsy markets.

Marinus has also licensed chelerythrine from Amy Arnsten's neurobiology lab at Yale. The benzophenanthridine alkaloid inhibits Protein kinase C (PKC). The compound has been used, surprisingly, in the treatment of periodontal disease as a component of a prescription toothpaste and dental rinse. But Arnsten repurposed it for development as a treatment of bipolar disorder and the cognitive deficits of schizophrenia. Taken orally, chelerythrine has proven to be very potent in multiple models of memory disorders including a sophisticated primate model of prefrontal cortex−dependent working memory. With a significant amount of animal and clinical safety data supporting the compound's development, Shaw created a patented reformulated version of chelerythrine, now in preclinical testing. According to Penner, Marinus may look to partner the compound to keep the company's focus on the ganaxolone program's multiple opportunities as an anticonvulsant.

For Penner, that is where the strongest promise lies for Marinus and the different type of CNS game he is playing.−−*Marc Wortman*