EXHIBIT 38

Knapp, Lloyd (Pfizer) 6/28/2007 9:15:00 AM

```
                                                            514
 1          UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
 3
                              :
 4  IN RE NEURONTIN MARKETING   : MDL DOCKET NO. 1629
    AND SALES PRACTICES         : Master File No. 04-10981
 5  LITIGATION                  : Judge Patti B. Saris
                                : Magistrate Leo T. Sorokin
 6                              :
                                :
 7  ------------------------ X ------------------------
    SUPREME COURT OF THE STATE  : Case Management
 8  OF NEW YORK                 : Index No. 765,000/2006
    COUNTY OF NEW YORK          : Hon. Marcy S. Friedman
 9  ------------------------    :
    IN RE: NEW YORK NEURONTIN   :
10  PRODUCTS LIABILITY          : DEPOSITION UPON ORAL
    LITIGATION                  : EXAMINATION OF
11                              : DR. LLOYD KNAPP
                                : VOLUME III
12  ------------------------ X ------------------------
13
14
15       TRANSCRIPT of testimony as taken by and before
16  MARK SCHAFFER, a Certified Shorthand Reporter and
17  Notary Public of the States of New Jersey and New
18  York, at the offices of Davis, Polk & Wardwell, P.C.,
19  450 Lexington Avenue, New York, New York 10017 on
20  Thursday, June 28, 2007, commencing at 9:15 in the
21  forenoon.
22
23
24
25
```

Knapp, Lloyd (Pfizer)  6/28/2007  9:15:00 AM

```
                                                               526
 1   review was done, and new information in the section
 2   "Clinical Pharmacology: Mechanism of Action" was
 3   referenced, would you have any reason to disagree that
 4   such information was provided to the FDA?
 5      A.  It's a long question.  I actually had a
 6   little difficulty following all of the parts of it,
 7   but I believe in principle, yes, what you say is
 8   agreeable.
 9      Q.  And if the pharmacology review regarding the
10   Clinical Pharmacology Section:  Mechanism of Action
11   portion of the label addressed the efficacy of
12   gabapentin in relation to the proposed indication, you
13   would have no reason to disagree that that, in fact,
14   was discussed and then evaluated by the FDA?
15      A.  Yes.
16      Q.  Now, do you have any reason to believe that
17   Pfizer provided any information regarding the efficacy
18   of gabapentin in relation to indications that were not
19   proposed, in particular those that would pertain to
20   psychiatric indications, as part of its post-herpetic
21   neuralgia submission?
22      A.  I do not believe that those data were
23   included in that submission, that is correct.
24      Q.  Now I need to take you back a decade, over a
25   decade, back to the time frame where the epilepsy
```