EXHIBIT 45


*Psychiatry or Social Phobias*

**DRAFT THREE**

# PSYCHIATRIST USE OF ANTI-CONVULSANTS

## Discussion Guide

*Prepared for:*



Pfizer, Inc.



*Global Life Sciences Division*

**TOTAL RESEARCH® CORPORATION**

T-8298
September 10, 2001

Confidential    Pfizer_LTive_0012408

## I. Introduction

A   Thank you for participating in our study. I am from Total Research Corporation, an independent market research company located in Princeton, NJ. I would like to take a moment to emphasize that our discussion will be confidential and that neither your name nor those of any institutions with which you are affiliated will be revealed to a third party. I will be audiotaping and videotaping simply to facilitate my analysis. Only market researchers, bound by industry rules of confidentiality, will be privy to the content of these tapes. Furthermore, some of my colleagues will be watching from behind this mirror.

B   The topic of today's discussion is your usage of anti-convulsant drugs in a psychiatric practice. We will be talking about the types of patients you treat with this medication and the reasons you have selected this product for these patients. Afterwards, I would like you to review and comment on a brief product profile. During this discussion there are no right or wrong answers; we are only interested in your opinions and experiences. Please be as frank as you can in expressing your viewpoints.

## II  Warm Up

A   Please tell me about your clinical practice:

1) Tell me more about your practice setting.
2) What is your particular area of clinical interest?
3) What types of patients make up the bulk of your practice?

## III  Current Treatment of Bi-Polar Patients

A   How many bi-polar patients are you currently treating?
  1) Has this number changed appreciably in the past few years? Why?
  2) What are the challenges in working with this population?
  3) What different sub-types of bi-polar patients exist in your practice?
      (1) What percentage of your bi-polar patients fit into each of these sub-types?
      (2) How does your approach to treatment differ for each of these patient groups?
  4) What constitutes realistic expectations for effective treatment for these groups?
  5) What are the unmet needs of this group of patients?

B   What medication do you typically use first-line with your most frequently treated type of bi-polar patients?
  1) What are the advantages of this medication?
  2) What are the disadvantages of this medication?
  3) Using your own definition of efficacy, what percentage of the time is your first-line treatment efficacious?
  4) Overall, how satisfied are you with this medication?



C What medication do you typically use second-line with your most frequently treated type of bi-polar patients?
1) What are the advantages of this medication?
2) What are the disadvantages of this medication?
3) Using your own definition of efficacy, what percentage of the time is your second-line treatment efficacious?
4) Why do you use this medication second-line as opposed to first-line?
5) Overall, how satisfied are you with this medication?

D [PROBE IF NOT MENTIONED] What role, if any, do anti-convulsant medications play in your treatment of bi-polar patients?
1) What are the advantages of this class of medication for treating bi-polar patients?
2) What are the disadvantages?
3) Why aren't these medications used more frequently in treating bi-polar patients?
4) What trends have you observed in using these products for these patients?
5) Which specific anti-convulsant medication do you prescribe most frequently for your bi-polar patients?
 (a) Why do you use this product ahead of others in its class?
 (b) What do you see as this product's primary advantages?
 (c) How did you learn about this product's usefulness in treating bi-polar patients?
 (d) What limitations does this product have in this treatment area?
 (e) When do you use this medication as monotherapy and when do you use it as add on therapy?

E To the best of your knowledge, do your bi-polar patients take their medication regularly (as prescribed) or on a PRN basis?
1) What percentage PRN?
2) For what reasons do they take PRN?

F When treating bi-polar patients, what has been your experience in using Neurontin?
1) For what types of bi-polar patients has Neurontin worked well?
2) What has been the efficacy of Neurontin with these patients?
3) What did Neurontin do for these patients that other medications did not?
4) When did you use Neurontin as monotherapy, and when did you use Neurontin as combination therapy?
5) What did you use as your starting dose? What titration schedule did you use?
6) What tricks, techniques, approaches do you employ to maximize the effectiveness of Neurontin?
7) For what types of bi-polar patients did Neurontin not work as well?

## IV   Role of Anti-Convulsant Medications

A   In addition to treating bi-polar patients, where else do you prescribe anti-convulsant medications?
1) Where in your treatment armamentarium do anti-convulsant medications fit?
2) What do you typically prescribe for these patients before you try anti-convulsants?
3) How well do anti-convulsants work with this type of patient?

B   In general, how comfortable are you in prescribing anti-convulsant medications?
1) What concerns do you have about prescribing this class of medication?
2) How conversant are you with the package insert for these products?
3) What additional information do you wish you had about anti-convulsants?
4) Do you think of anti-convulsant medications as more of a neurologists' drug, a psychiatrists' drug, or the province of another specialty?

C   How often are you detailed on anti-convulsants?
1) Which Company details you most frequently?
2) Which Company details you the most effectively?
3) What other types of communication or education have you received about anti-convulsant medication from the products' manufacturers?

D   Tell me about your experiences prescribing Neurontin.
1) For what types of patients besides bi-polar are you most likely to prescribe Neurontin?
2) Why these types of patients and not other patients for whom the product might show efficacy?
3) Why do you select Neurontin over other anti-convulsant medications?
4) Specifically, what do you see as the strengths of Neurontin?
5) What do you see as its limitations?
6) When do you use Neurontin as monotherapy? As combination therapy?
7) What types of patients do well with Neurontin?
8) What efficacy are you seeing from Neurontin in these types of patients?
9) What are the particular benefits of Neurontin for these types of patients?
10) When might you use another anti-convulsant instead of Neurontin? Why?
11) How has your prescribing of Neurontin changed over the past few years?
12) What additional information do you wish you had about Neurontin?
13) What dosing, titration, or other techniques do you use to maximize the likelihood of seeing success when you prescribe Neurontin?
14) What "tricks" have you learned about prescribing Neurontin successfully?
15) What have you learned about the Neurontin that you have not seen published in the package insert?

E   Tell me about your experiences prescribing Topamax, if any.
1) For which types of patients are you most likely to prescribe Topamax?
2) What do you consider Topamax's primary advantages?
3) What are its weaknesses?
4) How has your prescribing to Topamax changed over the past few years?



## V  Social Phobia (Social Anxiety Disorder)

A   What is your preferred terminology for this condition?
   1) To what extent if any do you distinguish between social phobia and social anxiety?
   2) How many of these patients are you currently treating?
   3) Describe the typical patient.

B   When you prescribe medication for these patients, what is your first-line therapy?
   1) Why this as opposed to other choices?
   2) What do you see as the primary advantages of this medication?
   3) What do you see as the primary disadvantages?
   4) What type of efficacy are you seeing?
   5) What unmet needs remain?
   6) How did you learn about this medication?

C   What do you prescribe as second-line therapy for these patients?
   1) Why this as opposed to other choices?
   2) What do you see as the primary advantages of this medication?
   3) What do you see as the primary disadvantages?
   4) What type of efficacy are you seeing?
   5) What unmet needs remain?
   6) How did you learn about this medication?

## VI  Reactions to Product X Profile

[HAND OUT PRODUCT X PROFILE AND ALLOW SUFFICIENT TIME FOR RESPONDENT TO REVIEW. TELL THE PARTICIPANT THAT FOR MARKET RESEARCH PURPOSES TO PRETEND THAT PRODUCT X MIGHT BE NEURONTIN.]

A   After reading this brief description, what is your reaction to the Product X profile?

B   Specifically, what do you consider to be the strengths of the profile?
   1) Which one of these strengths do you consider to be the most important?
   2) Which strength most clearly distinguishes Product X from other medications?

C   Specifically, what do you consider to be the limitations of the Product X profile?
   1) Which one do you consider to be the most significant?
   2) What current product(s) perform better on this dimension?
   3) What level of performance would Product X need to attain on this issue in order to mitigate this perceived weakness?



*Global Life Sciences Division*

TOTAL RESEARCH® CORPORATION

T-8298
September 10, 2001

D   As described here, where would Product X fit into your treatment armamentarium?
1) What are the main reasons you say that?
2) What product(s) would it displace?
3) For which types of patients are you most likely to consider Product X? [PROBE IF NOT MENTIONED: BI-POLAR, SOCIAL PHOBIA, OTHER PHOBIAS, OTHER TYPES OF PATIENTS.]
   (a) Why these patients?
   (b) For which types of patients are you least likely to consider Product X?
4) Under what circumstances would you use Product X as first-line treatment?
   (a) For which type of patients would you consider using Product X first-line?
   (b) Why these patients?
   (c) What levels of performance on which issues would drive your first-line use of Product X?
5) What types of patients would you switch to Product X?
   (a) From what treatment would you be switching?
   (b) What drives this switching behavior?

E   What is your reaction to the mechanism of action presented for Product X?
1) Based on its mechanism of action, for what types of patients would you anticipate Product X showing efficacy?
2) For what patients would you be less likely to expect it to work?
3) Based on its mechanism of action, how credible is the data on the treatment of social phobia patients?
4) Also based on its mechanism of action, what efficacy would you expect in the treatment of bi-polar patients?

F   Based on what you have read in the profile, what is your reaction to the efficacy data?
1) How does this match up with you previous experiences and expectations?
2) Which component of the efficacy data is most compelling?
3) How does this efficacy data compare to your impression regarding the efficacy of other medications that you prescribe for social anxiety?
4) Assuming this information is accurate, how might this efficacy data change your use of Product X?
5) What additional efficacy data would you need to see?

G   What is your reaction to the dosing information?
1) What impact on your prescribing might this dosing information have?
2) How does this compare to the dosing requirements for other medications that you prescribe for social anxiety?
3) When would you prescribe it as monotherapy and when would you prescribe it as combination therapy?



    H    What is your reaction to the safety data presented?
1) Which safety data, if any, distinguish it from competing products?
2) Which piece of safety data, if any, causes you the most concern?
3) What safety data would you want to change to increase your prescribing of the product?
4) What are your reactions to the table of adverse events?

    I    Looking back at the Product X profile, what is your reaction to Product X's indication?
1) How would the indication influence your future use of the product?
2) What is your reaction to the mention of adjunctive treatment for partial seizures in pediatric patients in the indication?
    (a) In what ways might that information impact your usage of Product X?
    (b) Are there any additional patients for whom you might prescribe Product X based on this information?
    (c) Are there any patients for whom you would not prescribe Product X based on this information?

## VII   Final Thoughts & Comments

    A    Any final comments on your treatment of bi-polar patients or patients with social phobias?

    B    Any final comments on Neurontin?