EXHIBIT 46



NEURONTIN Medical Initiatives for 2002

- ◆ Support Neuropathic Pain Launch
  - Provide Meaningful New Data in DPN
- ◆ Protect the Epilepsy Franchise
  - Re-examine Existing Database
- ◆ Continue to Evolve Publication Plan
  - Communicate Old Data that has not been published
  - Communicate New Data

for internal Use Only

1

Confidential                                                                                                                              Pfizer_GDieck_0002605

### Phase IV PDN Study

- Provide Additional Efficacy Data in Painful Diabetic Neuropathy
- Develop New and Innovative Data on Quality of Life
- Provide New Information on Safety and Tolerability with a **More Appropriate** Titration Scheme
- Provide New Information on Efficacy Over 12 Weeks at Maximum Tolerated Dose

*for Internal Use Only*

Confidential    Pfizer_GDieck_0002606



### Phase IV PDN Study Design

- 2 Identical Protocols (US, EU)
- Each Study Designed to Show Efficacy vs. Placebo
- Results to be Pooled for QOL Assessment
- Randomized, Placebo-Controlled, Double-Blind
- Duration: 15 Weeks
  - 1 Week Single-Blind Placebo Lead-in
  - 2 Week Titration to Target Dose (3600 mg/day)
  - 12 Weeks on Target Dose

*for Internal Use Only*

Confidential                                                                                                   Pfizer_GDieck_0002607

## Outcomes Research in Painful Diabetic Neuropathy

- **Pain-Specific Quality of Life Assessment**
  - TOPS – Treatment Outcomes in Pain Survey
    - Specific Pain Oriented QOL Tool
    - Augmented SF-36
- **Mood Assessment**
  - HADS Assessment of Depression and Anxiety
- **Sleep Assessment**
  - Daily Sleep Diaries
- **Global Assessment**
  - CGIC, PGIC

*for Internal Use Only*





Confidential
Pfizer_GDieck_0002609

Timelines
Protocol Development          November 2001
Steering Committee Meeting    November 2001
CRO Selection                 December 2001
Investigator Meeting          March 2002
Patient Enrollment – March 2003
Last Patient Visit – March 2003
Data Lock – November 2003



### PDN Study In JAALA

- 3 World Areas – Latin America, AFME, Asia
- Multi-center, Randomized, Placebo-Controlled
- Duration: 8 Weeks at final dose
  - 1 week placebo run-in
  - 1 week titration to 1800mg/day
  - 2 week observation at 1800mg/day
  - If efficacious, observation for additional 6 wks at 1800mg/day
  - If ineffective, titration to 3600mg/day with observation at final dose for 8 weeks

*for Internal Use Only*

6

**Timelines**

- Protocol Development — November 2001
- Steering Committee Meeting — November 2001
- CRO Selection — December 2001
- Investigator Meeting — March 2002
- Patient Enrollment — March 2002
- Last Patient Visit — March 2003
- Data Lock — November 2003



### PDN Study In JAALA

- ◆ Use Same Efficacy and QOL Analyses as US and EU studies
- ◆ Lower Initial Target Dose of 1800 mg
- ◆ Attempt to Determine Source of Inter-subject variability seen with Neurontin
  - Pharmacogenomics
  - Pharmacokinetics
  - Pharmacodynamics

*for Internal Use Only*

Confidential                                                                     Pfizer_GDieck_0002611



Proactive Epilepsy Franchise

- Create Database Repository in NYO with all Company Sponsored Epilepsy Studies
- Re-examine Pivotal Trial Data
- Support Innovative Epilepsy Research
  - Pediatric, Geriatric Age Groups

for Internal Use Only

Confidential                                                                                                                             Pfizer_GDieck_0002612



Confidential     Pfizer_GDieck_0002613

## Protect the Epilepsy Franchise

Neurontin (gabapentin)

- Create Database Repository in NYO with all Company Sponsored Epilepsy Studies
- Re-examine Pivotal Trial Data
- Support Innovative Epilepsy Research
  - Pediatric, Geriatric Age Groups

*for Internal Use Only*

10

Confidential Pfizer_GDieck_0002614