EXHIBIT 47

*Publications Sub Group*

# KEY MESSAGE SIGN-OFF SHEET
## ~NEURONTIN Publication Plan Key Messages~
## NEUROPATHIC PAIN

| Message Classification | Key Messages | Approved Yes | No |
|---|---|---|---|
| **MARKET** | • Pain is the most common reason to seek medical care.<br>• Neuropathic pain is often unrecognized, misdiagnosed, and suboptimally treated.<br>• Neuropathic pain is different from nociceptive pain.<br>• A significant number of chronic pain syndromes have a neuropathic component.<br>• Neuropathic pain is associated with significant societal costs, including increased healthcare utilization, reduced work productivity, and increased absenteeism.<br>• Neuropathic pain can dramatically decrease a patient's quality of life.<br>• Neuropathic pain interferes with activities of daily living and social activities of patients.<br>• Neuropathic pain is frequently associated with comorbid conditions such as sleep interference, depression, and anxiety.<br>• Neuropathic pain is often refractory to current treatments and may persist for many years.<br>• Neuropathic pain occurs most often in the elderly, a population that often requires polypharmacy, may have hepatic and renal insufficiencies, and is less tolerant of adverse events.<br>• Nonsteroidal anti-inflammatory drugs (NSAIDS) are commonly used to manage neuropathic pain, but they are not an appropriate treatment.<br>• Tricyclic antidepressants are a common treatment for neuropathic pain, but are often poorly tolerated. | | |
| *Specific to diabetic neuropathy* | • An estimated 5% to 60% of the diabetic population experience painful diabetic neuropathy; most diabetics show signs of asymptomatic neuropathy, which may develop into a painful state or into autonomic neuropathy. | | |



~Page 1~

| THERAPEUTIC AREA | |
|---|---|
| | • Optimizing pain relief is essential to help patients regain control of their lives.<br>• Inadequately controlled pain has a profoundly negative impact on the life of a patient.<br>• Polypharmacy is often used, sometimes inappropriately in treating neuropathy. If treated appropriately, neuropathy can be controlled with fewer agents.<br>• Since neuropathic pain is frequently associated with comorbid conditions, concomitant management of multiple disease states is often necessary.<br>• There currently are no accepted treatment guidelines or comprehensive, accurate diagnostic tools for the management of neuropathy.<br>• Treatment with benzodiazepines may be associated with dependence or cognitive deficits.<br>• Side effects, gastrointestinal concerns, and renal toxic effects may limit prolonged use of NSAIDs to treat neuropathic pain. |
| *Specific to diabetic neuropathy* | • Patients with diabetic neuropathy often require polypharmacy to manage their diabetes, neuropathic pain, and other common comorbid conditions. |
| *Specific to trigeminal neuralgia* | • Treatments commonly used for trigeminal neuralgia, including carbamazepine, lidocaine, and phenytoin, are associated with unfavorable adverse events profiles that may disrupt treatment. |
| *Specific to HIV/AIDS pain* | • Up to half of HIV-infected patients develop painful polyneuropathy. [Ref: Hewitt DJ et al. Pain. 1997;70:117-123.] HIV-associated myelopathy and polyradiculopathy are also sources of neuropathic pain.<br>• Neuropathic pain associated with HIV can be caused by the disease itself or by its treatment. |
| *Specific to cancer pain* | • Cancer pain is common, affecting about 70% to 80% of cancer patients.<br>• Neuropathic pain associated with cancer can be caused by the disease itself or by its treatment with chemotherapy or radiotherapy. |
| *Specific to postherpetic neuralgia* | • Up to half of elderly patients who have recurrent herpes zoster virus will develop postherpetic neuralgia.<br>• Postherpetic neuralgia represents a good model for neuropathic pain. |

Confidential     Pfizer_LTive_0009333

| | |
|---|---|
| *Specific to HIV/AIDS pain* | - HIV/AIDS patients experiencing pain often require polypharmacy to manage their disease, treatment side effects, and disease comorbidities.<br>- Because HIV/AIDS patients frequently are severely weight compromised, medications with anorectic potential should be avoided. |
| *Specific to cancer pain* | - The World Health Organization and a number of government agencies and professional organizations are strong proponents of including pain management in routine cancer care.<br>- Cancer pain should be treated aggressively using appropriate therapies.<br>- Although not routinely achieved, adequate pain management is feasible in the majority of patients.<br>- Opioids remain the most commonly used treatment in palliative care settings.<br>- Cancer patients experiencing pain often require polypharmacy to manage cancer, treatment side effects, and disease comorbidities.<br>- In treating pain, oncologists frequently are highly sensitive to drug interactions that may reduce efficacy of chemotherapeutic or radiologic agents.<br>- Because cancer patients frequently are severely weight compromised, medications with anorectic potential or those that decrease appetite should be avoided.<br>- Opioid analgesics are often associated with unfavorable adverse events profiles. |
| **PRODUCT SPECIFIC** | - Gabapentin should be considered a first-choice therapy for neuropathic pain.<br>- Gabapentin's safety profile has been established in over 7 million patient exposures.<br>- Adverse events tend to be mild to moderate and transient in nature.<br>- Gabapentin is well tolerated, even at high doses (4800 mg).<br>- There are no known clinically significant drug interactions with gabapentin, unlike other centrally acting therapies.<br>- Gabapentin is excreted unchanged through the kidneys, and the dose should be adjusted based on creatinine clearance. Because gabapentin is not metabolized, dosage does not need to be modified in patients with hepatic disease.<br>- Gabapentin does not result in hepatic enzyme induction or inhibition. |

Confidential                                                         Pfizer_LTive_0009334

|  | |
|---|---|
|  | - Safety and efficacy have been proven in large, controlled, randomized studies.<br>- Gabapentin is safe and effective for a wide range of neurologic and psychiatric conditions, including phantom limb pain, CRPS, carpal tunnel syndrome, and reticulopathy.<br>- Onset of action is favorable (ie, within 1 week).<br>- Gabapentin is available in 600 mg and 800 mg tablets to facilitate compliance and reduce pill burden.<br>- Gabapentin is easy to use for patients taking concomitant medications.<br>- A rapid titration schedule can be safely and effectively implemented (1800 mg/d by week 2).<br>- Because the onset of action is rapid, patient response can be evaluated at a dose of 1800 mg/d.<br>- Doses up to 4800 mg/d have been well tolerated in long-term, open-label studies.<br>- Gabapentin improved patients' quality-of-life measures in randomized, controlled studies.<br>- After a week of gabapentin therapy, patients report improved sleep quality.<br>- Gabapentin is associated with improved daily functioning.<br>- Gabapentin has been shown to be effective in the treatment of comorbidities of neuropathic pain, including sleep interference and some mood and anxiety disorders.<br>- Gabapentin does not appear to have the unwanted or deleterious cognitive effects associated with some other therapeutics.<br>- Compared to tricyclic antidepressants, gabapentin has fewer contraindications, a more favorable adverse events profile, and fewer drug-drug interactions.<br>- Gabapentin is not associated with the same dependency issues as benzodiazepines. |
| **Specific to HIV/AIDS pain** | - Gabapentin does not have anorectic potential, which is significant for patients with HIV/AIDS. |
| **Specific to cancer pain** | - Due to its excellent safety profile and lack of significant drug interactions, gabapentin can safely be administered concomitantly with chemotherapy. |



Confidential                                                                                                                    Pfizer_LTive_0009335

-Page 5-

- Gabapentin does not have anorectic potential, which is significant for patients with cancer.

Confidential
Pfizer_LTive_0009336

# KEY MESSAGE SIGN-OFF SHEET
## ~NEURONTIN Publication Plan Key Messages~
### EPILEPSY

| Message Classification | Key Messages | Approved |
|---|---|---|
| | | Yes / No |
| **MARKET** | | |
| **THERAPEUTIC AREA** | • Epilepsy represents a burden to both patients and caregivers.<br>• Epilepsy can negatively affect a patient's quality of life.<br>• Epilepsy is associated with high direct and indirect costs.<br>• The highest incidences of epilepsy are among children and the elderly.<br>• Epilepsy that persists beyond 2 seizures is likely a chronic disease.<br>• Partial epilepsy represents the majority of the epilepsy market and is often not controlled by monotherapy.<br>• Optimizing therapy is essential to effectively manage epilepsy and epileptic seizures.<br>• Epilepsy cannot be controlled by 1 treatment algorithm.<br>• Refractory patients with epilepsy often do not receive optimal treatment for disease management.<br>• Epilepsy is most common among children and the elderly, populations that may offer specific treatment challenges.<br>• The treatment of epilepsy in pregnant women and those of childbearing age poses specific treatment challenges.<br>• Pharmacotherapy plays an important role in the treatment of epilepsy.<br>• Optimal therapeutics for treating epilepsy must strike a balance between favorable pharmacokinetic profiles, efficacy, tolerability, and safety.<br>• Patients with epilepsy often require polypharmacy.<br>• Patient compliance is critical for maximizing treatment efficacy.<br>• Some anticonvulsants may have unwanted or deleterious side effects, such as cognitive or behavioral effects, rash, nausea, and weight gain. | |

Confidential

Pfizer_LTive_0009337

**PRODUCT SPECIFIC**

- Efficacy has been proven in partial seizures with and without secondary generalization as either a monotherapy or first add-on.
- A safety profile was established in 1993, and there have been more than 7 million patient exposures in the US to date.
- Gabapentin is well tolerated:
  - adverse events are often titration-related, not dose-related
  - high doses (4800 mg) have been safe and well tolerated in long-term open-label studies and may provide additional efficacy.
- Since gabapentin is not metabolized hepatically, dosage does not need to be modified in patients who are hepatically impaired.
- Treatment does not result in hepatic enzyme induction or inhibition.
- Gabapentin is available in 600 mg and 800 mg tablets to facilitate compliance and reduce pill burden.
- The immediately efficacious starting dose of 900 mg can be quickly titrated to the maximum therapeutic dose.
- Gabapentin has a favorable pharmacokinetic profile:
  - lack of drug-drug interactions
  - not metabolized
  - no hepatic metabolism
  - not protein-bound.
- Favorable efficacy and safety profiles have been noted in several subpopulations, including the elderly, women of childbearing age, adolescents, children, patients taking numerous medications, and individuals with multiple medical conditions.
- There is a variety of formulations and strengths for more convenient dosing.
- Due to its lack of drug interactions, gabapentin is the perfect choice for monotherapy or as a first add-on, where indicated.
- Gabapentin improves the quality of life of epilepsy patients, eg, it improves mood and sleep but does not impair cognition.
- Gabapentin is easy to use for patients on concomitant medications.

**MOA STATEMENT TO BE ADDED.**

- Gabapentin is appropriate for patients newly diagnosed with partial epilepsy.

Confidential                         Pfizer_LTive_0009338