EXHIBIT 48

Files
Publications

# KEY MESSAGE SIGN-OFF SHEET
## ~NEURONTIN Publication Plan Key Messages~

| Message Classification | Key Messages | Approved Yes | Approved No |
|---|---|---|---|
| **CORPORATE** | | | |
| Pfizer Inc (from Pfizer website) | • Pfizer Inc is committed to improving the quality of life of people around the world and helping them enjoy longer, healthier, happier lives. | | |
| | • Pfizer has a broad portfolio of pharmaceuticals that meet essential medical needs. | | |
| | • Innovative research and development is the lifeblood of Pfizer. | | |
| | • Pfizer is a leader in contributing to the development of communities where we live and work. | | |
| | • Pfizer has an unwavering commitment to disease education. | | |
| Pfizer Neuroscience | • "Pfizer is dedicated to being the leading provider of neurologic and psychiatric medicines that produce a meaningful difference in the lives of patients and their families around the world." | | |
| **MARKET** | | | |
| Epilepsy | • Many patients with epilepsy are not receiving appropriate treatment for optimal disease management. | | |
| | • Patients with epilepsy often experience sleep interference. | | |
| | • Epilepsy dramatically impacts patient quality of life. | | |
| | • Epilepsy is common in children and the elderly, populations that offer certain treatment challenges. | | |

~Page 1~

Pfizer LTive 0009379

| Neuropathic pain — General | • Pain is among the most common reasons to seek medical care.<br><br>• Most, if not all, chronic pain syndromes have a neuropathic component.<br><br>• A broad spectrum of neuropathic states exist.<br><br>• Neuropathic pain is frequently a comorbidity of other diseases.<br><br>• Neuropathic pain dramatically decreases patient quality of life.<br><br>• Neuropathic pain interferes with sleep in patients.<br><br>• Neuropathic pain interferes with the activities of daily living and social activities of patients.<br><br>• Neuropathic pain is frequently associated with psychological distress and depression.<br><br>• Neuropathic pain is often refractory to treatment and can persist for many years.<br><br>• Neuropathic pain is more frequent in the elderly, a population that often requires polypharmacy, has hepatic and renal insufficiencies, and is less tolerant of adverse events.<br><br>• Neuropathic pain has staggering societal costs, including dramatic increases in healthcare utilization and costly losses in work productivity. |
|---|---|
| Specific to diabetic neuropathy | • Nearly 50% of the diabetic population experience painful diabetic neuropathy, as many as 80% of diabetics show signs of asymptomatic neuropathy which may develop into a painful state or into autonomic neuropathy. |
| Specific to postherpetic neuralgia | • Postherpetic neuralgia is often refractory to treatment and can persist for many years. |

~Page 2~

Pfizer_LTive_0009380

| Specific to cancer pain | ◆ Cancer pain is well-documented and common, affecting about 70-80% of cancer patients. |
| | ◆ Cancer pain can be caused by the disease itself or by its treatment with chemotherapy or radiotherapy. |
| Specific to HIV/AIDS pain | ◆ Over 30% of HIV-infected patients develop neuropathy. |
| | ◆ HIV pain can be caused by the disease itself or by its treatment with chemotherapy or radiotherapy. |
| **THERAPEUTIC AREA** | |
| Epilepsy | ◆ Optimizing therapy is essential for effective management of epilepsy. |
| | ◆ Pharmacotherapy plays an essential role in treating epilepsy. |
| | ◆ Rapid dose titration is beneficial for reaching maintenance doses more quickly so that patients see results sooner. |
| | ◆ Optimal therapeutics for treating epilepsy have favorable pharmacokinetic profiles and are safe, well-tolerated, and efficacious in a broad range of patient populations. |
| | ◆ Patients with epilepsy frequently require polypharmacy. |
| | ◆ Some anticonvulsants may have deleterious cognitive or behavioral effects. |
| Neuropathic pain | ◆ Optimizing pain relief is essential to help patients regain control of their lives. |
| | ◆ Inadequately controlled pain has a profoundly negative impact on the life of a patient. |
| | ◆ Pharmacotherapy plays an essential role in treating neuropathy. |

Confidential

Pfizer_LTive_0009381

| | |
|---|---|
| | • Since neuropathic pain is frequently a comorbidity, concomitant management of multiple disease states is often necessary. |
| | • Treatment with benzodiazepines is often associated with dependence, withdrawal symptoms, and cognitive deficits. |
| | • Prolonged use of NSAIDs to treat neuropathic pain is limited by side effects, gastrointestinal concerns, and renal toxic effects. |
| Specific to diabetic neuropathy | • The majority of patients with diabetic neuropathy require polypharmacy to manage their diabetes, neuropathic pain, and other common comorbid conditions. |
| | • Diabetic neuropathy is more frequent in the elderly, a population that often requires polypharmacy, has hepatic and renal insufficiencies, and is less tolerant of adverse events. |
| Specific to postherpetic neuralgia | • Postherpetic neuralgia is more frequent in the elderly, a population that often requires polypharmacy, has hepatic and renal insufficiencies, and is less tolerant of adverse events. |
| Specific to trigeminal neuralgia | • Treatments commonly used for trigeminal neuralgia, including carbamazepine and phenytoin, are associated with unfavorable adverse events profiles that often disrupt treatment. |
| Specific to HIV/AIDS pain | • HIV/AIDS patients experiencing pain often require polypharmacy to manage their disease, treatment side effects, and disease comorbidities. |
| | • HIV/AIDS patients are frequently severely weight compromised, and medications with anorectic potential should be avoided. |
| Specific to cancer pain | • The World Health Organization and a number of government agencies and professional organizations are strong proponents of including pain management in routine cancer care. |

~Page 4~

Confidential

Pfizer_LTive_0009382

|  | |
| --- | --- |
|  | • Cancer pain should be treated aggressively using appropriate therapies. |
|  | • Cancer patients are at risk for under-management of pain. |
|  | • Cancer patients experiencing pain often require polypharmacy to manage their cancer, treatment side effects, and disease comorbidities. |
|  | • Although not routinely achieved, adequate pain management is feasible in the majority of patients. |
|  | • Cancer patients are frequently severely weight compromised, and medications with anorectic potential or those that decrease appetite should be avoided. |
|  | • Oncologists are frequently highly sensitive to drug interactions that may reduce efficacy of chemotherapeutic or radiologic agents in treating pain. |
|  | • Opioid analgesics are often associated with unfavorable adverse events profiles. |
| CLASS SPECIFIC | • Anticonvulsants are not all alike. Some can be classified as GABA derivatives. |
|  | • The high levels of efficacy of GABA derivatives can be attributed to multiple mechanisms of action, including GABAergic activity and calcium channel modulation. |
|  | • GABA derivatives are easy to use with regard to initiation, titration, and management. |
|  | • GABA derivatives are safe compared to other anticonvulsants. |
|  | • GABA derivatives have favorable pharmacokinetic profiles compared to other anticonvulsants. |
|  | • GABA derivatives are efficacious against a broad range of neurologic and psychiatric conditions. |
|  | • GABA derivatives are not associated with the detrimental effects on patient cognition and/or behavior that are associated with some anticonvulsants. |
|  | • GABA derivatives have minimal drug-drug interactions, an advantage since anticonvulsants are frequently administered concomitantly with other medications. |

~Page 5~

Pfizer_LTive_0009383

- GABA derivatives have advantages over other anticonvulsants due to their benefits in treating comorbidities.

- GABA derivatives have quality of life benefits.

- Appropriate dosing is necessary to maximize efficacy while minimizing adverse events.

- Rapid dose titration is a beneficial characteristic of some anticonvulsants, allowing the maintenance dose to be reached more quickly.

Redacted

**PRODUCT SPECIFIC**

- Gabapentin is a novel anticonvulsant.

- Gabapentin has a unique mechanism of action.

- Gabapentin has multiple molecular targets, suggesting that it may have benefits in terms of neurostabilization.

- Gabapentin is safe and effective at high doses (>3600 mg).

- Gabapentin is effective against a wide range of neurologic and psychiatric conditions.

- Gabapentin has fewer contraindications than tricyclic antidepressants, a more favorable adverse events profile, and fewer drug-drug interactions.

- Gabapentin is not associated with the addiction or withdrawal issues of benzodiazepines.

- Gabapentin is more beneficial than other therapeutics in patients with renal or hepatic disease.

**Neuropathic pain**

- Gabapentin should be considered the first choice of therapy for neuropathic pain.

- Gabapentin is effective against a broad spectrum of neuropathic states.

Confidential

Pfizer_LTive_0009384

- Proven efficacy in neuropathic pain.

- Favorable onset of action (1 week).

- Significantly improves quality of life of patients with neuropathic pain.

- Adverse events tend to be mild to moderate in intensity, are dose-related and tend to resolve with time.

- Well tolerated, even at high doses.

- No known clinically significant drug-drug interactions

- Simple to use for patients who are on concomitant medications.

- Convenient dosing.

- Improvement in sleep quality within one week [without undesirable daytime somnolence?].

- Improved functional response

- 1800 mg/day by week 2 of therapy before evaluating patient response, possibly increasing to 3600 mg/day.

- Available in 600 mg and 800 mg tablets to aid compliance and reduce pill burden

◆ Gabapentin is effective against comorbidities of neuropathic pain, including sleep interference and mood and anxiety disorders.

◆ Gabapentin does not appear to have the deleterious cognitive effects associated with other therapeutics.

◆ Gabapentin has [far?] fewer contraindications than tricyclic antidepressants, a more favorable adverse events profile, and fewer drug-drug interactions.

◆ Gabapentin is not associated with the addiction or withdrawal issues of benzodiazepines.

~Page 7~

Confidential

Pfizer_L'Tive_0009385

Confidential

| | |
|---|---|
| Specific to diabetic neuropathy | ◆ Gabapentin does not interact with insulin sensitizers and other medications used to treat diabetes. |
| Specific to HIV/AIDS pain | ◆ Gabapentin does not have anorectic potential, an issue for patients with HIV/AIDS. |
| Specific to cancer pain | ◆ Gabapentin can safely be administered concomitant with chemotherapy due to its excellent safety profile and lack of significant drug interactions. |
| Epilepsy | • Proven efficacy in partial seizures with/without secondary generalization as either a monotherapy or first add-on |
| | • Established safety profile |
| | • Well tolerated (AEs are not dose-dependent, high doses (2400 mg and 3600mg) are well tolerated) |
| | • Effective starting dose and fast titration to a therapeutic dose. |
| | • Favorable pharmacokinetic profile (lack of drug-drug interactions, not metabolized, no hepatic metabolism, not protein bound) |
| | • Favorable PKs for subpopulations (women of child bearing age, elderly, medically complex, adolescents, children) |
| | • Variety of formulations and strengths for convenient dosing |
| | • Easy to add a second agent when used as a first-line monotherapy. |
| | • Significantly improves the QOL of epilepsy patients. |
| | • Effectively manages partial seizures in children. |
| | • Well-tolerated and safe in children. |

~Page 8~

Pfizer_LTive_0009386

- Simple to use for patients who are on concomitant medications
- Does not impair cognition
- Can initiate with a therapeutic dose of 900 mg/day
- Available in 600 mg and 800 mg tablets to aid compliance and reduce pill burden
- Easy to add a second agent when used as a first-line monotherapy.
- Proven efficacy in partial seizures with/without secondary generalization as either a monotherapy or first add-on.

TO BE ADDED

Sleep

Migraine prophylaxis

Women's health

Spasticity

Psychiatric disorders (eg, bipolar disorder, social anxiety disorder [social phobia])

~Page 9~

Confidential

Pfizer_LTive_0009387