EXHIBIT 49

## Mays, Michelle

| | |
|---|---|
| **From:** | Tive, Leslie |
| **Sent:** | Wednesday, April 03, 2002 2:47 PM |
| **To:** | Mays, Michelle |
| **Subject:** | FW: Neurontin Information |
| | |
| **Sensitivity:** | Confidential |
| | |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Thursday, April 04, 2002 5:00 PM |
| **Flag Status:** | Flagged |

*(handwritten: FILE Neurontin JAPAN)*

Please print out the attachments for me.

Thanks,

Leslie

-----Original Message-----
| | |
|---|---|
| **From:** | Mutisya, Elizabeth |
| **Sent:** | Wednesday, April 03, 2002 2:40 PM |
| **To:** | Tive, Leslie |
| **Subject:** | FW: Neurontin Information |
| **Sensitivity:** | Confidential |

FYI...

--Elizabeth

-----Original Message-----
| | |
|---|---|
| **From:** | Garcia, Marino |
| **Sent:** | Wednesday, April 03, 2002 11:58 AM |
| **To:** | Mutisya, Elizabeth; Alphs, Larry |
| **Cc:** | Fannon, Allison |
| **Subject:** | FW: Neurontin Information |
| **Sensitivity:** | Confidential |

this is what I was referring to.
Please do not forward this to anyone and I would really like to let Allison continue to make her inroads without any other input. At this point, Allison needs to build trust and credibility with Jim and let him be the champion for these ideas.

The risk is that we overwhelm them and that it be perceived as NY pushing these ideas on to Japan. Let's funnel any marketing comments/ideas through Allison.

We will keep you up to date on any progress.
Larry, let me know where things stand in your communications with Japan and we can go from there.

Regards,

*Marino Garcia*
*Director/Team Leader, Major Markets, NEURONTIN*
*Pfizer Pharmaceutical Group*
*Office: 212-733-6627*
*Mobile: 917-607-3065*

-----Original Message-----
| | |
|---|---|
| **From:** | Fannon, Allison |
| **Sent:** | Tuesday, April 02, 2002 5:10 PM |
| **To:** | Futagami, Masako; Weissman, James B. |

1

Pfizer_LTive_0006479

Cc:          Garcia, Marino
**Subject:**     Neurontin Information
**Sensitivity:** Confidential

Jim and Masako,

As promised here is some background information on the Neurontin marketplace (Japan Presentation).  Clearly it is from a US perspective, but it may provide a point of reference for development opportunities in Japan.



Japan
Presentation1.ppt

Also attached is a presentation (Japan Presentation2) that illustrates a way to think about maximizing Neurontin's potential through synergies with other brands and therapeutic areas.



Japan
Presentation2.pps

Most key Neurontin publications are available on the neurontin website (neurontin.pfizer.com);  the Pfizer Product Information database in the Information Center website offers a broader review of the published literature.  I attached a GAP analysis of Neurontin, and some other publications/information (e.g. on sleep and hot flashes) that are not available outside of our team.

                        

GAP analysis.doc    BID vs TID    GBP BID vs TID    GBP Migraine PBO    GBP Hot Flashes    GBP Hot Flashes-6    Project Hallelujah
                    mmary (RR 945-225   (Muscas et al, ...   controlled (D...    pbc controlled...    Case Rpts (G...    Summary Rep...



Hallelujah POP
study results 0...

**Allison Fannon**
**Neurontin Marketing-Major Markets**
**212-733-5308 (T)  212-885-1193 (F)**
**Jennifer Stampp (Assistant)**
**212-733-7180 (T)**

2

Printed on 4/4/2002




NEUROSCIENCE



Confidential

# Market Evolution

# Neurontin Development/Publications

# Competitor Activity

# Opportunities for Japan

Pfizer_LTive_0006482

# In the US, Neurontin is driving the growth of the AED market.



Source: IMS

Mrkt Growth: **+275%**
NTN Growth: **+2000%**

$0.1B
$1.2B
$4.5B

1995 1996 1997 1998 1999 2000 2001

3

Confidential                                                                      Pfizer_LTive_0006483

# Psychiatry and Pain are driving the increased use of Neurontin in the US. Epilepsy use continues to decline.



## US Neurontin Use Data

**Uses**

US Neurontin Use Data: Scott Levin PDDA

Confidential

Pfizer_LTive_0006484



Neurontin's use in psychiatry and pain is very fragmented.
With the exception of bipolar, no one indication accounts for the
majority of Neurontin's use.

US Neurontin Use Data: Scott Levin PDDA

**Psych**

**Epilepsy**

**Pain**

**Other**

5

Confidential

Pfizer_LTive_0006485

# Neurontin's broad usage has been driven by clinical studies and anecdotal reports.

| | Placebo Controlled Studies | Approved Indication | Proof of Concept Established | Open Label Studies or Anecdotal Reports |
|---|---|---|---|---|
| BID Dosing | TID vs BID switch study (unpublished) | No | Yes | Yes |
| Epilepsy | Yes, many | Yes | | |
| Neuropathic Pain | Yes, many | Yes | | |
| Bipolar Disorder | 1 negative | No | Yes | Yes -many anecdotal reports -very high off-label usage in the US |
| Panic Disorder | 1 positive | No | No | Yes |
| Social Phobia | 1 positive | In clinical development for US | | -no open label studies -few anecdotal reports |
| Migraine Prophylaxis | 2 positive 1 unpublished | No | Yes | Yes |
| Sleep Quality (Jet Lag) | Yes | No | Yes | Yes |
| Hot Flashes | 1 unpublished | No | ? | Yes |
| Alcohol Withdrawal | No | No | No | Yes -many anecdotal reports for anti-craving effect for nicotine and cocaine, including a cocaine study -carbamazepine and valproate used for acute alcohol withdrawal |



NEUROSCIENCE



NEURONTIN MAJOR MARKETS TEAM

6

Key Neurontin publications are available on Neurontin website and Pfizer's Product Information database; other key data/publications will be sent by email.

| | PGRD Placebo Controlled Studies | Placebo Controlled Studies (non-PFE) | Open Label Studies or Anecdotal Reports |
|---|---|---|---|
| BID Dosing | Research Report from study 945-225 -info sent by email | | |
| Epilepsy | http://neurontin.pfizer.com Publications/Epilepsy | Mucas et al -publication sent by email | |
| Neuropathic Pain | http://neurontin.pfizer.com Publications/Neuropathic Pain | | |
| Bipolar Disorder | http://neurontin.pfizer.com Publications/Psychiatry | Ghaemi and Goodwin -see GAP analysis for complete ref. | Information Center-Pfizer Product Information Database |
| Panic Disorder | http://neurontin.pfizer.com Publications/Psychiatry | | Information Center-Pfizer Product Information Database |
| Social Phobia | http://neurontin.pfizer.com Publications/Psychiatry | | Information Center-Pfizer Product Information Database |
| Migraine Prophylaxis | http://neurontin.pfizer.com Publications/Psychiatry/Other | Di Trapani et al -publication sent by email | Information Center-Pfizer Product Information Database |
| Sleep Quality (Jet Lag) | Project Hallelujah Summary and Japan Project Hallelujah Report -Powerpoint presentations sent by email | | Information Center-Pfizer Product Information Database |
| Hot Flashes | | Guttuso and Kurlan -publication sent by email | Guttuso -publication sent by email Information Center-Pfizer Product Information Database |
| Alcohol Withdrawal | | | Information Center-Pfizer Product Information Database |



NEUROSCIENCE

7

NEURONTIN
MAJOR
MARKETS
TEAM

Competitors are slowly gaining in the epilepsy market. With the exception of Depakote, none have yet made significant inroads into other AED markets.



US Use Data by brand: Scott Levin PDDA

Confidential

Pfizer_LTive_0006488

However, competitors are actively broadening usage, either with formal clinical programs or by medical education.

| | Approved Indication | Medical Education | Clinical Development |
|---|---|---|---|
| **Depakote** (valproic acid) | Epilepsy<br>Bipolar mania<br>Migraine prophylaxis | | |
| **Tegretol** (carbamazepine) | Epilepsy<br>Trigeminal neuralgia | | |
| **Trileptal** (oxcarbazepine) | Epilepsy | Neuropathic pain | Neuropathic pain |
| **Lamictal** (lamotrigine) | Epilepsy | Bipolar<br>Neuropathic pain | Bipolar mania |
| **Topamax** (topiramate) | Epilepsy | Neuropathic pain<br>Weight Loss<br>Migraine Prophylaxis<br>Bipolar | Migraine Prophylaxis<br>Neuropathic pain (suspended)<br>Weight loss (suspended) |
| **Keppra** (levetiracetam) | Epilepsy | | Neuropathic pain |



NEUROSCIENCE

9



NEURONTIN
MAJOR MARKETS TEAM

Confidential

Pfizer_LTive_0006489

# Knowing what we know now, and if we could start all over in the US, how might the US develop Neurontin?

| Developmental Area/Indication | | Would the US develop it? | Comments for Japan |
|---|---|---|---|
| **Indication approved** (at least one AED has an approved indication) | BID Dosing | Yes | -Commercial opportunity limited<br>-Political reasons may supercede commercial considerations |
| | Epilepsy | Probably not | |
| | Neuropathic Pain | Yes<br>-highest priority<br>-try for broad indication | -Priority for development<br>-Strongly consider BID dosing |
| | Anxiety (GAD &/or Social Phobia) | Yes<br>-try for a broad indication<br>-most likely indication to be successful<br>-allows detailing of psychiatrists | -Would a psychiatry indication have commercial opportunity in Japan?<br>-If so, which psych indication would provide the most value? |
| | Bipolar Disorder (Mood Stabilization) | Maybe<br>-commercial opportunity exists | -Are there potential synergies with Zoloft or Zeldox? |
| | Migraine Prophylaxis | Probably<br>-lower priority<br>-commercial assessment not done | -What is the commercial opportunity for migraine prophylaxis in Japan?<br>-Are there potential synergies with Relpax? |
| **Novel Indications** (no AED currently has an approved indication) | Hot Flashes | Probably<br>-commercial assessment not done | -What is the commercial opportunity for hot flashes in Japan? |
| | Sleep Quality (Jet Lag) | Yes<br>-currently being developed by OTC group | -Important for the market to be able to distinguish "improved sleep quality" from "sleeping pill" effect (e.g. NTN does not help you fall sleep, rather it improves sleep quality) |
| | Alcohol Withdrawal | Maybe<br>-commercial assessment not done | |



NEUROSCIENCE



NEURONTIN MAJOR MARKETS TEAM

10

Confidential

Printed on 4/4/2002

# Maximizing a Neuroscience Brand Potential



# Maximizing Neurontin...

◆ **With the Product**

◆ **By Partnering Within the Neuroscience Portfolio**

◆ **By Building Synergies Across Therapeutic Areas**



NEUROSCIENCE

2

**NEURONTIN**
MAJOR
MARKETS
TEAM

# The Product

## Multiple Indications

## Comorbid Conditions



Bipolar

Diabetes
(Complications)

**NEURONTIN**

SP
Panic

Epilepsy    NePain

Mixed
Pain

Dementia
(Behavior)

Migraine


NEUROSCIENCE

3


**NEURONTIN**
MAJOR
MARKETS
TEAM

Confidential

Pfizer_LTive_0006493



Within the Neuroscience Portfolio

Confidential

# Synergies Across Therapeutic Areas







Confidential

# And even more potential...



**NEURONTIN**

- Bipolar
- Alcohol Withdrawal
- Hot Flashes
- SP
- Panic
- Epilepsy
- NePain
- Pain
- Migraine
- Dementia (Behavior)
- Diabetes (Complications)





6



Confidential



Confidential

| Year | Author's | Journal Reference | Placebo/Active Controlled | Doses Used/Duration | N | Results | +/- |
|---|---|---|---|---|---|---|---|
| 2001 | Miller, RG; Moore, DH; Gelinas, DF; et al | Neurology 56(7) 843-8 | Placebo | 3600mg/9months | 128 | No difference in rate of decline of arm muscle strength (primary) vital capacity, survival, ALS functional rating scale, timed walking (secondary) no benefit to disease progression or symptoms | - |
| 1996 | Miller, RG; Moore, DH; Young, LA; et al | Neurology 74(6) 1383-8 | Placebo | 2400mg/6 months | 152 | Non-statistically significant trend (p=0.054-0.08) toward slower decline of arm strength in patients taking Gababentin vs. those taking placebo; mean difference 24%, median 37%; Further studies warranted. | - with trend towards + |
| 2001 | Marin, R; Meador, K; Turrentine, L; et al | Epilepsia 42(6) | Carbamazepine | CBZ 800mg/day; GBP 2400mg/day; Cross-over with 4-week washout between 5-week treatment phases | 15 | High common AES for CBZ. No large difference between drugs in cognitive effects or mood. Tolerability and side effect profile better for GBP than CBZ. | - |

Confidential

ZURES

| Year | Author's | Journal Reference | Placebo/Active Controlled | Doses Used/Duration | N | Results | +/- |
|------|----------|-------------------|---------------------------|---------------------|---|---------|-----|
| 2000 | Lindberger, M.; Alenuisi, M; Frisen, L.; et al | Epilepsia 41 (10) pp. 1289-95 | Active/vigabatrin ass-on to dose could be titrated based on efficacy/tolerability | 18-weeks | 32 in each group | No difference in rate of decline of arm muscle strength (primary) vital capacity, survival, ALS functional rating scale, timed walking (secondary) no benefit to disease progression or symptoms | |
| 1999 | Meador, U.; Loving, DW; Ray, PG | Epilepsia 40(9) pp.1279-85 | Active vs. Carbamazapine cross-over with two 5-week treatment periods | 2400mg Gabapentin; 731mg Carbamazapine/5-weeks; 1 month per treatment; 1 month between treatments | 35 | Both drugs produced same effects on cognition, GBP produced significantly fewer than CBZ. Non-drug phase better than CBZ phase for 13/15 variables. Non-GBP phase better than GBP phase for 4/15 variables. GBP phase better than non-drug average for one variable | + |
| 1999 | Appleton, R: Fichner, K; laMoreaux, L; et al | Epilepsia 40(8) pp. 1147-54 | Placebo | 23-35mg/day; 12-weeks | 247 | High common AES for CBZ. No large difference between drugs in cognitive effects or mood. Tolerability and side | - |

Pfizer_LTive_0006499

| | | | | | | |
|---|---|---|---|---|---|---|
| 1099 | Chadwick, DW; Anhut, H; Greiner, MJ; et al | Neurology, 51(5), pp.1282-8 | Active: Carbamaza | Monotherapy GBP: 300, 900 or 1800mg/day; CBZ: 600mg/day; 24-weeks | GBP300=7 2; 900=72; 1800=74; CBZ=74 | Endpoint was time to exit. Exit events were 3 simple or complex partial seizures, one generalized tonic=clonic seizure, or status epilepticus. GBP were better than 900mg + 1800mg GBP; 1800mg GBP not different from CBZ | effect profile better for GBP than CBZ. |
| 1098 | Noachtar, S; von Maydell, B; Fuhry, L; et al | Epilepsy Res. 31(1) pp.47-57 | GBP vs. CBZ and PBO | Single doses: 600mg GBP, 400mg CBZ PBO cross-over design | 12 healthy volunteers | Endpoint: effects on eye movements, positive and finger force control. Reduced means saccade velocity: CBZ+GBP prolonged duration of saccades: CBZ not GBP. Maximal increase in body sway with eyes open: GBP>CBZ. Effect on grip force: neither GBP nor CBZ. CBZ effects better correlated with plasma levels. Subjective side effects: | Electro-oculography better detects CBZ side effects. Posturo-graphy effects. GBP side effects. + |

Pfizer_LTive_0006500

| Author | Journal | Study design | Patients | Results | Rating |
|---|---|---|---|---|---|
| Leach, JP; Girvan, J; Paul, A; et al | Jrnl. Neurology Neurosurgery Psychiatry 62(4) pp.372-6 | Placebo-controlled | 1200mg, 4-weeks; 1800mg, 4-weeks; 2400mg, 4-weeks; PBO 12-weeks; Cross-over design | 27 patients with refractory partial seizures | Psychomotor and memory testing subjective measures cognition, fatigue, worry, temper, and dysphoria measured after 4-week period. Drowsiness and severity of side effects also assessed. GBP produced a significant decrease in median monthly seizure frequency. The decrease was most pronounced for secondary generalized seizures. 43% of patients reported a reduction in seizure frequency of 50% or more throughout all GBP doses. Mean plasma concentrations of GBP were 0.7mg/1 for 1200mg, 6.8mg/1 for 1800mg and 8.6mg/1 for 2400mg doses. GBP had no effect on psychomotor | + |

CBZ>GBP. CBZ effects eye movements, GBP effects posture control.

| 1997 | Steinhoff, BJ; Freudenthaler, N; Paulus, W. | Epilepsy Res. 29(1) pp.35-47 | CBZ; Valproic acid; VGB; Placebo; GBP | Cross-over design. Single dose. | 10 healthy volunteers | Visual activity. Color perception test, increment, and post-adaption. VGB improved increment, post-adaption and transient and tritanopia thresholds and critical fusion tests; GBP had converse profile. | - |
| 1997 | Beydoun, A; Fischer, J; Labar, DR; et al | Neurology 49(3) pp.746-52 | Neither | 600, 1200, 2400 2-week GBP add-on, 8-week AED taper, 16-week monotherapy. Patients exited study if they had exit event defined by loss of efficacy. | 275 | 20% of patients completed study. Completion rates higher for those withdrawn from AED than those not withdrawn from CBZ. | + |

or memory scores or any of the subjective measures. Drowsiness score 2400mg>PBO. Composite psychomotor, tiredness and side effect scores correlated significantly with seizure frequency but not with GBP dose.

Confidential

| Year | Authors | Citation | Control | Details | N | Results | Notes |
|---|---|---|---|---|---|---|---|
| 1997 | Bergey, GK; Morris, HH; Rosenfield, W; et al | Neurology 49(3) pp.739-45 | Neither | 300mg and 3600mg/day. Patients in hospital AED's discontinued for seizure monitoring for complex partial seizure with or without secondary generalization exited study if had predefined event lack of efficacy. | 82 | Time to exit longer and completion rate higher (53%) for patients taking 3600mg than 300mg | + for 3600mg dose |
| 1996 | Trudeau, V; Myers, S; LaMoreaux, L; et al | Jrnl. Child Neurology 11(6) pp.470-5 | Placebo | Children 4-12, 9.7 to 14.1 mg/kg/day, 2-week double-blind treatment; 6-week open-label phase treatment. Primary end-point change in seizure frequency from baseline to end of double-blind trial derived from EEGS. | 33 children | GBP did not increase or decrease seizure frequency vs. PBO low dosages with possibly sub-therapeutic plasma levels may have contributed to lack of efficacy. GBP well tolerated | - |

Confidential

| Year | Authors | Citation | Blinding | Description | N | Results | Outcome |
|---|---|---|---|---|---|---|---|
| 1996 | Chadwick, D; Leiderman, Db; Sauermann, W; et al | Epilepsy Res. 25(3) pp.191-7 | Placebo | Placebo vs. GBP 1200mg/day ass-on therapy; 12-week baseline with other AED's and 14-week evaluation period adding GBP or PBO | 129 | GBP decreased frequency of tonic-clonic seizures but not significantly. Frequencies of absence or myoclonic seizures were not effective. | |
| 1995 | Ben-Menachem, E; Soderfelt, B; Hamberger, A; et al | Epilepsy Res. 21(3) pp.231-6 | Neither | 900mg or 1200mg/day. Patients with intractable seizures had lumbar punctures at baseline and after 3 months of GBP treatment | | CSF was analyzed for concentrations of GB, amino acids containing GABA, HVA and 5-HIAA. There were no changes in the selected amino acids, GABA, HVA or 5-HIAA. CSF/plasma ratios ranged from 0.056 to 0.34 indicating that there may be active out transport of GBP across the BBB. No linear relationship was seen between plasma and CSF levels in these patients. | Neutral |
| 1994 | Anhut, H; Ashman, P; Feuerstein, Tj; et al | Epilepsia 35(4) pp.795-801 | Placebo | Add-on in patients receiving 1-2 AED. Frequency of seizures during 12-week baseline | 272 | Percent change in 900mg group was −21.8%. Change in 1200mg group was −17.8%. Change in | + |

Pfizer_L'Tive_0006504

D94

| Sivenius, J; Ylinen, A; Kalviainen, R; et al | Arch. Neurology 51(10) pp.1047-50 | Long-term open-label extension | Four year follow-up at 3 month intervals. After 3 month double-blind study patients had drug resistant partial seizures and secondary generalized seizures. | 25 | Thirteen patients showed no response to GBP treatment and were withdrawn after 4-6 months of treatment. Of the remaining 12, 5 more were withdrawn fro different reasons, 1 due to loss of response to treatment, 7 patients received GBP for more than 4 years. The median follow-up time was 54 months. Five of the seven patients had a greater than 50% seizure frequency reduction at 4 years, representing 20% of the 25 that had initially entered the study. | + in some patients |
|---|---|---|---|---|---|---|
| | | | period vs. 12-week trial period. 900mg, 1200mg, PBO | | PBO group was – 0.3% in 900mg/day group. Response ratio was 0.025 in PBO group. AEs occurred in 69% of patients mostly somnolence, dizziness, fatigue. Percent changes in response rate and response ratio were significant vs. PBO. | |

Confidential

| Year | Authors | Journal | Design | Dose | Description | N | Results | +/- |
|---|---|---|---|---|---|---|---|---|
| 1994 | Oommen, K; Penry, J; Riela, A; et al | Epilepsy Research 18(1) pp.67-73 | Long-term open-label extension | | Two year interim report of long-term efficacy and tolerability in patients who had a therapeutic response to GBP in a previous 12-week double-blind trial or 12-week open-label extension. Doses ranged from 600-2400mg/day for an average of 342 days (range 10-784 days). Efficacy analyses compared seizures frequency during conservative 12-week treatment periods with seizure frequency during the 12-week baseline. | 240 | During the 9 treatment periods evaluated, the percentage of patients with 25% or greater reduction in seizure frequency ranged from –33% to –66%. Thirty percent of patients had withdrawn from the study due to lack of efficacy and 4% due to adverse events. CNS adverse events reported in more than 10% of patients were nystagmus, somnolence, diplopia, tremor, ataxia and dizziness. No consistent changes in clinical labs were seen. Conclude that in some patients with long-term efficacy, 13 maintained good tolerability over the long-term. | + |
| 1993 | McLean, MJ; Ramsay, RE; Leppik, IE; | Neurology 43(11) pp.2292-8 | Placebo | 12-week 600mg, 1200mg, 1800mg | | 306 | Mean response ratio in group was significantly better than that of the | + |

| | | | | | |
|---|---|---|---|---|---|
| 1992 Ben-Menachem, E; Persson, LI; Hedner, T. et al | Epilepsy Res. 11(1) pp.45-9 | Neither | Single dose 4 patients 600mg, 1 patient 1200mg | 5 patients | placebo group. The percentage of patients achieving at least a 50% reduction in seizure frequency was 8% in placebo treated patients and ranged from 18-26% in patients who received GBP. Adverse events were mild and transient and occurred at a slightly higher frequency in GBP than with any deviations in clinical laboratories. The safety and lack of interactions with other AEDs made it an ideal add-on therapy. |
| | | | | | CSF was collected immediately before and 6, 24, and 72 hours after the single dose of GBP was given. 5ml of plasma was collected at 1, 2m 3, 6, 12, 24, 48, and 72hhours. Plasma concentration half-life was 4-6 hours; CSF/plasma concentration ratio of GBP 6 hours after |
| | | | | | Neutral |

Pfizer_LTive_0006507

| L091 | Sivenius, J; Kalvianien, R; Ylinen, A; et al | Epilepsia 32(4) pp.539-42 | Placebo | Three month baseline, PBO; 900 or 1200 /day for 3 months | 43 | A statistically significant difference in seizure frequency from the baseline to the treatment phase was seen in patients receiving PBO and patients receiving 1200mg in whom seizure frequency decreased 57%. The 900mg dose was not effective. Serum GBP concentrations greater than 2 micrograms/ml resulted in lower frequency of seizures. Adverse events were minor and mostly of transient drowsiness. | + |
|---|---|---|---|---|---|---|---|

drug was 0.1. After 24 hours GBP could only be recovered from CSF of the patient given 1200mg. The CSF/plasma ration at that time was 0.3. Free and total GABA concentration did no change, but CSF 5-HIAA and HVA increased 24 and 48 hours post dose.

Confidential

Pfizer_LTive_0006508

| Year | Author | Citation | Design | Dose | N | Results | Rating |
|---|---|---|---|---|---|---|---|
| 1990 | Wiener, JA; Schear, MJ; Rowan, AJ; et al | Epilepsia 31(5) pp.644 | Placebo and open-label | Three month double-blind period. Two year open-label extension. | 23 | The only AE was transient drowsiness. Eight patients had transient seizure reduction exceeding 50% compared with baseline. Six showed a reduction of 30-50%, nine had little or no response and an increase in some cases auras increased while clinical seizures decreased. Some patients without decreased frequency of seizures reported them to be less disabling (either less severe or with less postictal confusion. | + |
| 1987 | Crawford, P; Ghadiali, E; Lane, R; et al | Jrnl. Neurology Neurosurg cry Psychiatry 50(6) pp.682-6 | Cross-over design | 300mg/day, 600mg/day, 900mg/day; each dose for months. Add-on therapy in patients with severe partial and generalized epilepsies. | 25 | Dose-related antiepileptic effect was observed. All 3 doses were well tolerated with no psychometric impairment. No significant interactions were seen. | |
| 1999 | Dodrill, CB; Arnett, JL; Hayes, AG; | Epilepsy Res 35(2) pp.109-21 | Placebo patients had uncontrolled partial seizures | 600, 1200 or 2400mg; 8-week baseline, 26-week | 201 | GBP had no effect on cognitive functioning vs. placebo. GBP | + |

Pfizer_LTive_0006509

**GMUS**

| Year | Author's | Journal Reference | Placebo/Active Controlled | Doses Used/Duration | N | Results | +/- |
|------|----------|-------------------|---------------------------|---------------------|---|---------|-----|
| | et al | | | | | with or without secondary generalization | |
| | | | | | | double-blind treatment. | |
| | | | | | | improved adjustment and mood. | |
| 1997 | Averbuch-Heller, L; Tusa, RJ; Furhy, L; et al | Ann. Neurology 41(6) pp.818-25 | Baclofen | GBP 900mg/day; BCL 30mg/day for 2 weeks on each medication | 21 | Fifteen of the 21 patients in this study had acquired nystagmus (APN). For APN patients visual activity improved significantly with GBP but not with BCL. In 10 APN patients nystagmus substantially improved with GBP. | + |

**PROPHYLAXSIS**

| Year | Author's | Journal Reference | Placebo/Active Controlled | Doses Used/Duration | N | Results | +/- |
|------|----------|-------------------|---------------------------|---------------------|---|---------|-----|
| 2001 | Mathewm NT; Rapoport, A; Saper, J; et al | Headache 41(2) pp. 119-28 | Placebo; 2:1 randomization | Four week titration; 8-week stable dosing 2400mg/day | 143 GBP=98; PBO=45 | Primary endpoint: A lower 4-week migraine rate during the last 4-weeks of the study in the GBP vs. the PBO group; 33 patients discontinued (24 GBP, 9 PBO) 16/98 GBP patients discontinued due to adverse events. Patients in the GBP | + |

Pfizer_LTive_0006510

| 0000 | DiTrappani, G; Mei, D; Marra, C; et al | Clinical Ter. 151(3) pp.145-8 | Placebo | Three month, 8-week washout; 1200mg by end of week 1 | 63 | group had a 4-week migraine rate of 2.7 vs. 3.5 for the PBO group (p=0.006). 26/56 of GBP and 5/31 PBO patients showed at least a 50% reduction in 4-week migraine rate (p=0.008). The average number of days per 4-weeks with migraine was also significantly less in the GBP group (p=0.013). AES most seen were asthenia, dizziness, somnolence, and infection. 13-98 GBP treated patients vs. 3/45 PBO treated patients had AES thought to be related to study drug that led to withdrawal. Most of these were somnolence and dizziness. No patients withdrew. AES (somnolence, dizziness, tremor, fatigue, and alexia) were transient and mild to moderate in severity and were only seen in 13 patients. | + |

Pfizer_LTive_0006511

APPENDIX FIVE

| Year | Author's | Journal Reference | Placebo/Active Controlled | Doses Used/Duration | N | Results | +/- |
|------|----------|-------------------|---------------------------|---------------------|---|---------|-----|
| | | | | | | Thirty patients treated with GBP showed a significant reduction of frequency and intensity of migraine. | |
| 2001 | Werner, MU; Perkins, FM; Holte, K; et al | Reg Anesth Pain Med 26(4) pp.322-8 | Placebo | Cross-over; 1200mg GBP or PBO given on 2 study days | 22 | Three hours after drug administration a first-degree burn was induced on calf. GBP diminished the mechanical pain threshold in the burn area | + |
| 2001 | Gregg, AK; Francis, S; Sharpe, P; et al | Br. J Anaesth 87(1) pp.174 | Placebo | 300mg or PBO 1 hour prior to surgery | 39; 19 GBP; 20 PBO | VAS categorical pain scores and sedation scores were recorded every hour for 6 hours after surgery. Time to initial request for postoperative rescue analgesia was recorded GBP pre-treatment had no appreciable effect on dose or time to request for rescue analgesia. | - |
| 2000 | McCleane, GJ | Pain Clinic 12(2) pp.81-85 | Placebo cross-over | 6-week treatment periods separated by 1 week washout; | 30 | 24/30 completed pain scores were significantly reduced | + |

Pfizer_LTive_0006512

**ATHIC**

| Year | Author's | Journal Reference | Placebo/Active Controlled | Doses Used/Duration | N | Results | +/- |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 15mg/kg patients had chronic interspinous ligament pain |  | (p<0.05) analgesic consumption increased with PBO (p<0.05) mobility increased with Neurontin (p<0.01). Four patients had >50% pain relief with GBP. |  |
| 2000 | Eckhardt, K; Ammon, S; Hofmann, U; et al | Anesth Analg 91(1) pp.185-91 | Morphine or PBO; GBP + MOR; GBP + PBO; PBO + MOR; PBO + GBP | 60mg MOR; 600mg GBP; MOR or PBO at 8:00am; GBP or PBO at 10:00am | 12 | GBP did not increase morphine related side effects. GBP significantly increased morphine induced pain tolerance vs. PBO (change in AUC of pain tolerance). GBP did not change morphine PK but morphine increased the SUC for GBP and decreased renal clearance of GBP. | + |
| 1999 | Morello, CM; Leckband, SG; Stoner, CP; et al | Arch Intern Med 159(16) pp.1931-7 | Double-blind; double dummy cross-over vs. Amytriptyline | 6 weeks; GBP 900-1800mg/day; AMY 25-75mg/day | 28 veterans | Pain relief wit GBP vs. Amy was not significantly different (p=. 26). Global pain scores were not significantly different between groups (p=. | Neutral |

NIETICS

| Year | Author's | Journal Reference | Placebo/Active Controlled | Doses Used/Duration | N | Results | +/- |
|---|---|---|---|---|---|---|---|
| 1998 | Backonja, M; Beydoun, A; Edwards, KR; et al | JAMA 280(21) pp.1831-6 | Placebo | 900-3600mg or maximum tolerated dose or PBO for 8 weeks | 165 | GBP treatment significantly reduced daily pain score (p<0.001) improved sleep interference scores, SF McGill scores and patient and clinical Global Impression of Change | + |
| 1998 | Rowbotham, M; Harden, H; Stacey, B; et al | JAMA 280(21) pp.1837-42 | Placebo | 900-3600mg or maximum tolerated dose or PBO for 8 weeks | 229 | GBP treatment significantly reduced daily pain score (p<.001) and significantly improved Clinical Global Impression and Patient Global Impression of change and Sleep scores. | + |
| 1999 | Allen, E.; Tsanaclis, LM; Wroe, SJ; et al | J Clin Pharmacol 39(9) pp.934-5 | Phenytoin | GBP 400mg; PTN 100mg | 12 healthy male volunteers | Phenytoin but not GBP affected antipyrine clearance. GBP has low potential for drug-to-drug interactions. | + |
| 1998 | Frye, MA; Kimbrell, | J Clin Psychopha over | Placebo cross-over | 3600mg GBP; 600mg Ll; Ll + | 13 healthy volunteers | GBP did not alter short-term Lithium | + |

35).

Pfizer_LTive_0006514

# BRAIN ACTIVITY

| Year | Author's | Journal Reference | Placebo/Active Controlled | Doses Used/Duration | N | Results | +/- |
|---|---|---|---|---|---|---|---|
| | T.A. Dunn, RT; et al | mmacol 18(6) pp.461-4 | | GBP,LI + PBO | | pharmacokinetics in patients with normal renal function. | |
| 1996 | Maydell, B; Noachtar, D; Fuhry, L; et al | J Neural Transm 103(10) pp. LIII | Carbamazepine Placebo | 600mg GBP, 400mg CBZ | 12 healthy volunteers | GBP had fewer side effects than CBZ. CBZ caused changes in eye movement. GBP caused more of an increase in open-eye body sway. Somnolence, dizziness and ataxia were more common in subjects taking CBZ. | + |
| 1996 | Ziemann, U; Lonnecker, S; Steinhoff, BJ; et al | Ann Neurol 40(3) pp.367-78 | Active: Various antiepileptic drugs | Single oral dose | | Drugs that support the action of GABA reduced intracortical excitability but did not affect motor threshold GBP. Sodium and calcium channel blockers without considerable neurotransmitter properties (e.g. Carbamazepine, lamotrigine elevated intracortical excitability but did not effect motor | Neutral |

Confidential

# BIPOLAR DEPRESSION

| Year | Author's | Journal Reference | Placebo/Active Controlled | Doses Used/Duration | N | Results | +/- |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | threshold. | + |
| 1986 | Saletu, B; Grunberger, J; Linzmayer, L | Int J Clin Pharmacol Ther Toxicol 24(7) pp.362-73 | Placebo | 50, 100, 200 and 400mg GBP; single dose | 10 healthy volunteers | Changes in EEG were consistent with CNS inhibitory properties; GBP improved concentration and numerical memory. Complex reaction and performance in the alphabetical reaction test. | + |
| 2001 | Ghaemi, SN; Goodwin, FK | J Affect Disord 65(2) pp.167-71 | Monotherapy vs. Adjunctive therapy | 8 monotherapy; 13 patients adjunctive therapy | 21 | There was no difference between the 2 groups with regard to improvement. GBP produced a 44% improvement in manic symptoms and a 28% improvement in depressive symptoms. Those with depression only had a 58% improvement in those symptoms. | + |
| 2000 | Pande, AC; Crockatt, JG; Janney, CA; et al | Bipolar Disord 2(3 pt 2) pp.249-55 | Placebo | Adjunctive treatment |  | No difference was found between groups | - |

Confidential

**ODERS**

| Year | Author's | Journal Reference | Placebo/Active Controlled | Doses Used/Duration | N | Results | +/- |
|------|----------|-------------------|---------------------------|---------------------|---|---------|-----|
| 2000 | Pande, AC; Pollack, MH; Crockatt, J; et al | J Clin Psychopharmacol 20(4) pp.467-71 | Placebo | 600-3600mg; 8 weeks | 103 | No difference in panic and agoraphobia scale between the 2 groups. In the more severely ill patients (PAS>20) the GBP caused significant improvement. | + |
| 2000 | Frye, MA; Ketter, TA; Kimbrell, TA; et al | J Clin Psychopharmacol 20(6) pp.607-14 | Lamotrigine Placebo | 3 way cross-over; 6 week period; LTG 500mg; GBP 4800mg | 31 | Clinical Global Impressions scale for bipolar illness was significantly different between LTG and placebo but not GBP and placebo. | - |