A

| Year | Author's | Journal Reference | Placebo/Active Controlled | Doses Used/Duration | N | Results | +/- |
|------|----------|-------------------|---------------------------|---------------------|---|---------|-----|
| 1999 | Pande, AC; Davidson, JR; Jefferson, JW; et al | J Clin Psychopharmacol 19(4) pp.341-8 | Placebo | 900-3600mg, 14 weeks | 69 | A significant difference was seen between groups with regard to their social phobia reduction. | + |

Confidential

Pfizer_LTive_0006518

*Seizure* 2000; 9: 47–50

doi: 10.1053/seiz.1999.0340, available online at http://www.idealibrary.com on **IDEAL**

# Conversion from thrice daily to twice daily administration of gabapentin (GBP) in partial epilepsy: analysis of clinical efficacy and plasma levels

GIAN CARLO MUSCAS*, SILVIA CHIROLI[†], FRANCESCA LUCERI[‡], MONICA DEL MASTIO*, FABRIZIO BALESTRIERI* & GRAZIANO ARNETOLI*

*Epilepsy Center, Department of Neurology, Careggi Hospital, Florence, Italy; [†]Medical Department, Parke-Davis S.p.A., Milan, Italy; [‡]Endocrinology and Toxicology Laboratory, Careggi Hospital, Florence, Italy

Correspondence to: Gian Carlo Muscas, Dipartimento di Scienze Neurologiche, Azienda Ospedaliera Careggi, Via le Morgagni, 85, 50139 Florence, Italy

Gabapentin has been administered in placebo-controlled studies with a thrice daily (T.I.D.) schedule, because of its short half-life. However, clinical efficacy does not seem strictly related to plasma levels: a twice daily (B.I.D.) schedule might therefore be possible. The aim of our study was to verify if the conversion from a T.I.D. to a B.I.D. regimen affected the efficacy and safety of gabapentin therapy. Out of 171 patients treated with add-on gabapentin, we selected 29 stable responders, who were followed for three months with a T.I.D. schedule and then switched to B.I.D. regimen for further three months. Seizure number, side-effects and trough plasma levels of gabapentin were collected during both periods. Gabapentin mean dose was 2117.2 mg/day. Mean number of seizures/months was: 4.2 at baseline, 1.0 during the T.I.D., and 0.9 during the B.I.D. period. Mean trough plasma level of gabapentin was 5.9 μg/ml during the T.I.D. and 5.2 μg/ml during the B.I.D. period. Twelve side-effects were reported by 11 patients during the T.I.D. and 6 by 5 patients during the B.I.D. period., sedation and vertigo were the most frequent in both. Results of our study suggest that gabapentin can be administered safely and effectively either with a T.I.D. and a B.I.D. regimen.

© 2000 BEA Trading Ltd

*Key words:* gabapentin; epilepsy; pharmacokinetics; administration schedule.

## INTRODUCTION

Gabapentin (GBP) is an anticonvulsant with a favourable pharmacokinetic profile, characterized by no binding to plasma proteins and no interactions with other antiepileptic drugs (AEDs).

The precise mechanism of the antiepileptic action of GBP is still unknown. Although structurally related to the gamma aminobutyric acid (GABA) neurotransmitter, GBP does not bind to GABA receptors and does not influence neural uptake of GABA or have any significant effect on GABA transaminase activity. Possible mechanisms of action include biochemical effects enhancing the ratio of GABA to glutamate inside the neurons and the enhancement of nonsynaptic GABA release[1]. These cellular actions of GBP are not completely understood, but the delayed peak of GBP antiepileptic effects in animal models, compared to the peak in plasma levels[2] suggests that they may play an important contribute to the therapeutic effect of the drug.

GBP inhibits voltage-dependent sodium currents and binds to a calcium channel in the brain[3], but the relevance of this actions to GBP anticonvulsant effects has still to be clarified.

Three pivotal, placebo-controlled, add-on trials[4–6] demonstrated a dose-response effect at dosages ranging from 600 to 1,800 mg/day suggesting increasing efficacy with increasing dose. In postapproval clinical studies, the efficacy and safety of high GBP dosages was investigated both as long-term and short-term treatment. The drug was well tolerated at all dosages, up to 4800 mg/day and a higher percentage of patients, compared to early studies, reached either satisfactory or complete seizure control[7–10].

Pharmacokinetic studies[11, 12] have shown that GBP plasma concentrations are essentially proportional to dosages up to 1800 mg daily, above which they still increase, but not in a linear way[13, 14].

GBP plasma concentrations have also been measured in several clinical studies. Sivenius *et al.*[15] found a correlation between efficacy and serum levels starting at GBP concentration of 2 μg/ml, while a

1059–1311/00/010047 + 04    $35.00/0

© 2000 BEA Trading Ltd

48

G. C. Muscas *et al.*



Fig. 1: Trough plasma levels of GBP ($\mu$g/ml)–(mean ± standard deviation).

similar correlation was not found in other studies[8,9]. A steady, even if not linear, increase in plasma levels with increasing dosages, up to 6000 mg/day, was found in all the studies where GBP plasma levels have been measured[7-9, 15, 16].

A drawback in the pharmacokinetic profile of GBP is its short half-life, which suggests the need for thrice daily (T.I.D.) administration which can decrease patient compliance, especially when the drug is used as an add-on to other AEDs.

Empirically, however, in clinical practice, GBP is often administered twice daily (B.I.D.), but no studies have been performed so far to explore whether the switch from T.I.D. to B.I.D. administration causes a decrease in efficacy or a worsening of side-effects due to higher individual doses.

The aim of our study was to verify the feasibility of this switch in a selected population of patients and to assess trough GBP plasma levels under the two different schedules of administration.

## MATERIALS AND METHODS

### Selection criteria and study design

This study adopted a single centre, add-on, open design.

In a previous, multicentre study, whose results have been reported in abstract form[17], we selected 171 patients, aged at least 12 years, with definite partial epilepsy, and persistent simple and complex partial seizures with or without secondary generalization, al-ready in therapy with 1 or more AEDs in an adequate dose.

A retrospective three-months baseline period was obtained in all the patients in order to assess a baseline seizure frequency, and then GBP given T.I.D. was added into their current AED therapy.

Out of this sample, we selected 29 stable responders (>50% reduction in seizure frequency versus baseline after GBP add-on), and in whom the dose they were currently taking was considered as their optimal GBP therapeutic dose.

The number of seizures/month, assessed during the three-month period before GBP introduction, was considered as baseline.

The optimal GBP dose was administered with a T.I.D. regimen for three months: patients registered all their seizures and any adverse drug reactions in a daily diary. Thereafter the patients were switched to receive the same dose of GBP with a B.I.D. regimen and followed for another three months period.

### Trough plasma levels gabapentin

Concentrations of GBP in plasma were determined at the end of the first month of each T.I.D. and B.I.D. period and trough levels were calculated.

GBP concentrations were measured by gas chromatography-mass spectrometry[18]. The concentration of gabapentin was obtained using a calibration curve constructed with the peak area ratio between gabapentin ($m/z$ 210) and internal standard, $5\alpha$-cholestane ($m/z$ 217). The calibration curve

Pfizer_LTive_0006520

Analysis of clinical efficacy and plasma levels of gabapentin                                    49

Table 1: GBP optimal theraputic dose, trough GBP plasma level, monthly seizure frequency and side-effects in T.I.D. and B.I.D. period for all patients.

| No. patient | GBP dose mg/day | GBP plasma level T.I.D. | GBP plasma level B.I.D. | Seizures/month Baseline | Seizures/month T.I.D. | Seizures/month B.I.D. | Side-effects T.I.D. | Side-effects B.I.D. |
|---|---|---|---|---|---|---|---|---|
| 1 | 1200 | 4.1 | 2.9 | 3 | 0 | 1 | | |
| 2 | 1800 | 5.2 | 5.4 | 4 | 2 | 1 | | |
| 3 | 2400 | 6.3 | 7.2 | 6 | 1 | 0 | Nausea | |
| 4 | 3200 | 8.1 | 8.6 | 8 | 3 | 2 | Abdominal discomfort | |
| 5 | 1800 | 7.0 | 5.9 | 3 | 1 | 2 | | |
| 6 | 2400 | 5.9 | 4.5 | 2 | 0 | 1 | Vertigo | |
| 7 | 1800 | 4.9 | 4.1 | 2 | 0 | 0 | Sedation | |
| 8 | 1200 | 4.6 | 5.4 | 6 | 2 | 3 | Sedation | |
| 9 | 2400 | 8.2 | 7.5 | 7 | 1 | 2 | | |
| 10 | 2200 | 5.4 | 6.0 | 4 | 0 | 0 | Abdominal discomfort | |
| 11 | 1800 | 6.1 | 5.3 | 6 | 1 | 1 | | |
| 12 | 1800 | 2.8 | 3.4 | 2 | 0 | 0 | Sedation | Sedation, depression |
| 13 | 2400 | 7.1 | 6.9 | 3 | 0 | 1 | Sedation | Sedation |
| 14 | 3200 | 4.9 | 4.1 | 4 | 0 | 2 | | |
| 15 | 3200 | 7.8 | 8.3 | 6 | 1 | 0 | | |
| 16 | 3200 | 6.9 | 6.1 | 3 | 1 | 1 | | Nausea |
| 17 | 1800 | 5.3 | 7.0 | 6 | 2 | 2 | | |
| 18 | 2400 | 6.4 | 3.3 | 4 | 0 | 0 | | |
| 19 | 3200 | 8.1 | 4.9 | 3 | 0 | 2 | Hypersalivation sedation | |
| 20 | 1200 | 3.5 | 4.3 | 5 | 1 | 0 | Sedation | |
| 21 | 1800 | 3.2 | 5.3 | 4 | 2 | 0 | | |
| 22 | 2400 | 4.1 | 3.1 | 2 | 0 | 0 | | Sedation |
| 23 | 1200 | 2.0 | 2.9 | 3 | 0 | 2 | | |
| 24 | 1600 | 4.8 | 4.6 | 6 | 2 | 3 | Vertigo | Vertigo |
| 25 | 1600 | 5.6 | 7.2 | 2 | 3 | 1 | | |
| 26 | 1800 | 2.3 | 3.9 | 3 | 1 | 0 | | |
| 27 | 1200 | 1.9 | 2.7 | 3 | 0 | 0 | | |
| 28 | 1800 | 1.9 | 2.7 | 2 | 0 | 0 | | |
| 29 | 2400 | 5.0 | 3.1 | 9 | 4 | 1 | | |

showed a good linearity from 0.5 to 15 $\mu$g/ml ($y = 0.314x + 0.131$, $r = 0.986$).

The lower limit of detection is 0.08 $\mu$g/ml (signal/noise ratio 5 : 1). Imprecision was calculated by multiple measurements of gabapentin ($n = 10$) on the same day and on different days and the coefficients of variation resulted respectively in 4.8% and 7.3% for concentration ranging between 1 and 8 $\mu$g/ml.

### Data analysis

Due to small data sets, for which assumptions about the distribution of the variables being analysed and about the homogeneity of variances cannot be validated adequately, distribution free statistical methods have been chosen for the analysis.

Two tailed tests were used for the statistical analysis at a level of significance fixed at $\alpha = 0.05$.

All the variables were analysed descriptively by means of the usual methods: mean, standard deviation, minimum and maximum, absolute and relative frequencies.

The effect of the GBP introduction on the monthly seizure frequency, either T.I.D. or B.I.D. versus baseline, has been analysed by Friedman's Test; the difference in seizures rate between the T.I.D. and the B.I.D. period has been analysed by Wilcoxon's Test. The effect of the switch from T.I.D. to B.I.D. on the GBP plasma levels has been analysed by the paired samples

$T$ Test. Fisher's exact test was used to compare the frequencies of side-effects observed during the two treatment periods.

### RESULTS

Twenty-nine patients were enrolled and all finished the study. There were 14 males and 15 females, mean age 37.8 years (range 16–64). Twenty-five patients (86%) had simple and complex partial seizures only and 4 (14%) had secondarily generalized seizures as well. The mean disease duration was 12.8 years. The optimal mean daily dose of GBP was 2117.2 mg (range 1200–3200 mg/day). All patients were on polypharmacy. The mean number of concomitant AED was 1.7, 10 patients received 1 concomitant AED and 19 received 2 concomitant AEDs. The most frequently prescribed concomitant AED was carbamazepine (24 patients), followed by phenobarbitone (12 patients), phenytoin (6 patients), valproic acid (3 patients), lamotrigine (2 patients) and vigabatrin (1 patient). Table 1 reports GBP dose, trough GBP plasma levels, mean monthly seizure frequency and side-effects at baseline, during the T.I.D. and B.I.D. periods for each patient.

The mean number of seizures/month was 4.2 ± 1.9 SD at baseline, 1.0 ± 1.1 in the T.I.D. period and 0.9±1.0 in the B.I.D. period (GBP add-on versus baseline, Friedman Test $P = 0.001$; B.I.D. versus T.I.D., Wilcoxon Test, $P = 0.1$).

Confidential                                                                                    Pfizer_LTive_0006521

50

Mean trough plasma levels of GBP did not change significantly from the T.I.D. period ($5.4 \pm 1.9$ $\mu g/ml$) to the B.I.D. period ($5.1 \pm 1.8$ $\mu g/ml$) ($T$ Test, $P = 0.72$; C.I. 95% of the difference: $-0.41$, $0.59$) and ranged from 3.2 $\mu g/ml$ to 6.9 $\mu g/ml$ in the T.I.D. period and from 3.6 $\mu g/ml$ to 6.3 $\mu g/ml$ in the B.I.D. period (Fig. 1).

Twelve side-effects were reported by 11 patients during the B.I.D. period and 6 side-effects were reported by 5 patients during the T.I.D. period ($\chi^2$, $P = 0.141$). The most frequently reported side-effect during both periods was sedation.

## DISCUSSION

In this study we assessed the effect of switching GBP administration from a T.I.D. schedule to a B.I.D. schedule upon monthly seizure rate, side-effects and trough GBP plasma levels.

We decided to make the switch in 29 patients who were known stable GBP responders, so that the optimal therapeutic GBP dose had already been found and any possible effect related just to the switch could be more easily detected.

GBP has been approved for T.I.D. administration because of its short half-life; moreover, if a high daily dose is divided in two instead of three single doses, absorption could decrease, thus impairing the achievement of adequate plasma levels or, if absorption is maintained, single doses could become too high, causing more side-effects. Hypothetical consequences of such a switch could be either an increase in seizure frequency or the worsening of side-effects.

The two different administration schedules were examined over a three months period, which can be considered sufficient to detect a possible change in seizure rate or in side-effects due to different GBP plasma levels.

The results of our study did not show any difference in the considered parameters between the two administration regimens.

What is more important in our results is that efficacy in seizure control was maintained without an increase in side-effects and independently of plasma levels. These results confirm the possibility of titrating GBP doses without checking plasma levels, which are unpredictive of response, and suggest that GBP can be administered B.I.D. as safely and effective as T.I.D. with possible advantage to patient compliance.

## REFERENCES

1. McLean, M. J. Gabapentin. *Epilepsia* 1995; 36 (Suppl. 2): S73–S86.
2. Welty, D. F., Schielke, G. P., Vartanian, M. G. and Taylor, C. P. Gabapentin anticonvulsant action in rats: disequilibrium with peak drug concentration in plasma and in brain microdialysate. *Epilepsy Research* 1993; 16: 175–181.
3. Gee, N. S., Brown, J. P., Dissanayake, V. U. K., Thurlow, R., Offord, J. and Woodruff, G. N. The novel anticonvulsant drug, gabapentin (Neurontin) binds to the α2δ subunit of a calcium channel. *Journal of Biological Chemistry* 1996; 271: 5768–5776.
4. UK Gabapentin Study Group. Gabapentin in partial epilepsy. *Lancet* 1990; 335: 1063–1404.
5. US Gabapentin Study Group, No. 5. Gabapentin as add-on therapy in refractory partial epilepsy: a double-blind, placebo-controlled, parallel group study. *Neurology* 1993; 43: 2292–2298.
6. Anhut, H., Ashmann, P., Feuerstein, T. J., Sauermann, W., Saunders, M., Schmidt, B. and The International Gabapentin Group, Gabapentin (Neurontin) as add-on therapy in patients with partial seizures: a double-blind, placebo-controlled study. *Epilepsia* 1994; 35: 795–801.
7. Wilson, E. A., Sills, G. J., Forrest, G. and Brodie, M. J. High dose gabapentin in refractory partial epilepsy: clinical observations in 50 patients. *Epilepsy Research* 1998; 29: 161–166.
8. Beydoun, A., Fakhoury, T., Nasreddine, W. and Abou-Khalil, B. Conversion to high dose Gabapentin monotherapy in patients with medically refractory partial epilepsy. *Epilepsia* 1998; 39: 188–193.
9. Mayer, T., Schütte, W., Wolf, P. and Elger, C. E. Gabapentin add-on treatment: how many patients become seizure-free? An open-label multicenter study. *Acta Neurolica Scandinavica* 1999; 99: 1–7.
10. McLean, M., Morrell, M. J., Willmore, L. J., Privitera, M. D., Faught, E., Holmes, G. L., Magnus-Miller, L., Bernstein, P. and Rose-Legatt, A. Safety and tolerability of Gabapentin as adjunctive therapy in a large, multicenter study. *Epilepsia* 1999; 40: 965–972.
11. Vollmer, K. O., vonHendenberg, A. and Koelle, E. U. Pharmacokinetics and metabolism of gabapentin in rat, dog and man. *Arzneimittel Forschung/Drug Research* 1986; 36: 830–839.
12. Beydoun, A., Uthman, B. M and Sackellares, J. C. Gabapentin: pharmacokinetics, efficacy, and safety. *Clinical Neuropharmacology* 1995; 18: 469–481.
13. McLean, M. J. Clinical pharmacokinetics of gabapentin. *Neurology* 1994; 44 (Suppl. 5): S17–S22.
14. Boyd, R. A., Turck, D., Abel, R. B., Sedman, A. J. and Bockbrader, H. N. Effects of age and gender on single-dose pharmacokinetics of gabapentin. *Epilepsia* 1999; 40: 474–479.
15. Sivenius, J., Kälviäinen, R., Ylinen, A. and Riekkinen, P. Double-blind study of Gabapentin in the treatment of partial seizures. *Epilepsia* 1991; 32: 539–542.
16. Leach, J. P., Girvan, J., Paul, A. and Brodie, M. J. Gabapentin and cognition: a double-blind, dose ranging, placebo controlled study in refractory epilepsy. *Journal of Neurology, Neurosurgery and Psychiatry* 1997; 62: 372–376.
17. Muscas, G. C., Chiaramonti, R., Poggiolini, D. and Paganini, M. A survey of gabapentin treatment in partial epilepsy. *Epilepsia* 1997; 38 (Suppl. 3): 35.
18. Luceri, F. and Fattori, S. Metodo per la misura del gabapentin ematico mediante gas cromatografia-spettrometria di massa. *Ligand Assay* 1998; 3: 58–62.

Pfizer_LTive_0006522

| Name of Company:<br>**Pfizer Inc** | INDIVIDUAL STUDY<br>TABLE | (For National Authority Use<br>Only) |
|---|---|---|
| Name of Finished Product:<br>**Neurontin** | Referring to Part of<br>the Dossier | |
| Name of Active Ingredient:<br>**Gabapentin** | Volume:    Page: | |

**Title of Study:** A Comparison of Gabapentin (CI-945) BID vs TID Dosing Regimen: Open-Label, Randomized, Parallel-Group, 6-Week Add-On Treatment, Multicenter Study in Patients With Partial Seizures

**Investigators:** See Table 1, List of Investigators

**Study Center(s):** 36 centers

**Publication (reference):**

**Studied Period (years):** 11/27/98 to 05/04/00          **Clinical Phase:** 5
          It was decided to stop recruitment in December 1999.

**Objective(s):** Since the study was terminated prematurely the original objectives and planned analyses were adjusted in the amended analysis plan, dated September 27, 1999. Only descriptive analyses have been performed.

The primary objective of the study was the evaluation of the reduction of seizure frequency between the baseline period and the randomized treatment period for a gabapentin BID (2 times daily) compared to a TID (3 times daily) dosing regimen given orally as an add-on treatment to inadequately controlled patients with partial seizures with or without secondary generalization as measured by the response ratio (RR).

The secondary objectives were: the proportion of patients with at least 50% seizure frequency reduction with respect to baseline as measured by the response rate; the evaluation of reduction of seizure frequency between the baseline period and the randomized treatment period for a gabapentin BID dosing regimen compared to a TID regimen as measured by percentage change in seizure frequency; the evaluation of reduction of seizure frequency between the baseline period and the randomized treatment period for a gabapentin BID dosing regimen compared to a TID regimen as measured by percentage of seizure-free patients; proportion of withdrawal for treatment-related reasons, defined by a lack of efficacy, safety reason or lack of compliance; incidence of adverse events during the study.

**Methodology:** The study comprised of three 6-week periods. During the baseline period, patients maintained their concurrent standard antiepileptic drug therapy. Subsequently, patients entered a gabapentin TID dosing regimen period (1800 mg/day PO for all patients as fixed dose at the end of a 9 day titration period) while continuing their

DM FILE/CI-0945 (DD00501a)
RR 945-225 945-225 (Page 7)
01/12/01 12:01 011/P101/10/01-10:47-A1/B1

| Name of Company:<br>Pfizer Inc | INDIVIDUAL STUDY TABLE | (For National Authority Use Only) |
|---|---|---|
| Name of Finished Product:<br>Neurontin | Referring to Part of the Dossier | |
| Name of Active Ingredient:<br>Gabapentin | Volume:    Page: | |

**Protocol 945-225 (Page 2)**

concurrent antiepileptic drug (AED) therapy. Finally, patients were randomized to 2 study groups and received an open-label gabapentin BID or TID dosing regimen (1800 mg/day PO) while continuing their concurrent AED therapy.

**Number of Patients:**

| | |
|---|---|
| Patients entered baseline period: | 145 |
| Patients entered gabapentin fixed dose TID period: | 109 |
| Patients entered randomized treatment period: TID dosing regimen: | 44 |
| BID dosing regimen: | 42 |

**Diagnosis and Criteria for Inclusion:** Male or nonpregnant, nonlactating female patients ≥12 years of age, weighing between 40 and 110 kg, of any race, with a diagnosis of epilepsy with inadequately controlled partial seizures (simple or complex partial, with or without secondary generalization, as defined in the International League Against Epilepsy Classification of Seizures). Patients were eligible to enter the study baseline period if they experienced a minimum of 2 and a maximum of 12 study seizures the month prior to screening; a seizure frequency between 3 and 18 during the 6-week baseline period was required for entry to the gabapentin TID dosing regimen phase and the subsequent randomized gabapentin TID/BID dosing regimen phase. Patients were enrolled if they had taken 1 or 2 AEDs at a stable dose for at least 1 month prior to screening. A CT scan or MRI conducted within 2 years prior to screening had to demonstrate no structural progressive lesions.

**Test Product, Dose and Mode of Administration, Batch Number:**

- CI-945

Administration:
Gabapentin Fixed-Dose TID Period: Titration period Day 1 to Day 3: 600 mg. Day 4 to Day 6: 900 mg. Day 7 to Day 9: 1200 mg; Day 10 to Day 12: 1800 mg, administered orally, TID;
Randomized Treatment Period: 1800 mg, administered orally, TID or BID.

Batch Number Fixed-Dose TID Period:
300-mg capsule Neurontin®: Lot CG 0130798
400-mg capsule Neurontin: Lot CG 0140798

Confidential

| Name of Company: Pfizer Inc | INDIVIDUAL STUDY TABLE | (For National Authority Use Only) |
|---|---|---|
| Name of Finished Product: Neurontin | Referring to Part      of the Dossier | |
| Name of Active Ingredient: Gabapentin | Volume:     Page: | |

**Protocol 945-225 (Page 3)**
Batch Number Randomized Treatment Period (TID/BID):
300-mg capsule Neurontin: Lot CG 0130798
400-mg capsule Neurontin: Lot CG 0140798

**Duration of Treatment:** 6-week gabapentin fixed-dose TID period plus 6-week randomized (TID/BID) treatment period

**Reference Therapy, Dose and Mode of Administration, Batch Number:** NA

**Criteria for Evaluation:** Primary endpoint is the RR which compares the seizure frequency between the baseline period and the randomized treatment period.

**Secondary Endpoints:** Percentage change in seizure frequency between randomized treatment and baseline period; response rate, defined as the proportion of patients who had at least a 50% reduction in 42-day seizure rate between baseline and randomized treatment period; proportion of seizure free patients; withdrawal due to treatment-related reasons; safety parameters (frequency and intensity of adverse events, results of physical and neurological examinations).

**Statistical Methods:** Statistical analyses compared in a descriptive way the BID and TID groups of the randomized treatment period, according to the amended analysis plan.

Using a 3-period design, 2 RRs were calculated: $RR_1$ (ratio between gabapentin fixed-dose TID period and baseline period), and $RR_2$ (ratio between randomized treatment period and baseline period), which is the primary efficacy parameter. An analysis of covariance (ANCOVA) with treatment and cluster as fixed effects, and $RR_1$ as covariate was performed to estimate the difference in response ratio ($RR_2$) between treatment groups and the 95% confidence interval for the difference. Interaction effect of "treatment by cluster" and "treatment by baseline ($RR_1$)" were tested by adding the interaction terms to the ANCOVA model.

Proportions of responders and withdrawals for treatment-related reasons, percent change in seizure rate and the percentage of seizure-free patients were compared between treatment groups; RR, proportion of responders and percent change in seizure rate were analyzed by seizure type. All efficacy analyses were performed for the intent-to-treat cohort, defined as all randomized patients for whom study drug was dispensed.

Confidential

| Name of Company:<br>Pfizer Inc | INDIVIDUAL STUDY<br>TABLE | (For National Authority Use<br>Only) |
|---|---|---|
| Name of Finished Product:<br>Neurontin | Referring to Part    of<br>the Dossier | |
| Name of Active Ingredient:<br>Gabapentin | Volume:    Page: | |

**Protocol 945-225 (Page 4)**

The adverse events were analyzed separately for the gabapentin fixed-dose TID period,
for the randomized treatment period and for the total treatment period. Adverse events
were compared between treatment groups in a descriptive way. Analyses of safety
parameter were performed for the safety population, defined as all patients who entered
the first gabapentin TID period and received at least one dose of study medication.

## SUMMARY - CONCLUSIONS

**Patient Characteristics and Disposition:** A total of 79 female and 67 male patients
entered the baseline period of the study, 109 patients received at least 1 dose of study
medication, and 86 patients were randomized to BID or TID dosing regimen. Thirteen
patients withdrew because of an adverse event from the fixed dose gabapentin period and
4 withdrew from the randomized period for treatment-related reasons (3 cases of lack of
compliance, 1 case of status epilepticus) A total of 81 patients completed the study.
Demographic characteristics were well balanced between the groups.

**Efficacy:** No difference between the BID and TID dosing regime was shown with respect
to the primary endpoint the response ratio ($RR_2$). In both groups a comparable decrease in
seizure rate between baseline and randomization treatment period was reported (BID
group: -24.60 ± 42.96; TID group: -26.99 ± 35.33). In addition, secondary endpoints like
the percentage change in seizure frequency between randomized treatment and baseline
period (BID group: -28.4 ± 55.7; TID group: -29.1 ± 53.0), the proportion of responders
(BID group: 14/40, 35.9%, TID group: 16/43, 38.1%) and the ratio of seizure-free
patients in the randomization period (BID group: 4/40, 10.0%; TID group: 4/43, 9.3%)
were comparable between the treatment groups. Only 2 patients in the TID group
discontinued the study due to treatment-related reasons (1 case of status epilepticus,
1 case of lack of compliance). The analysis by seizure type revealed comparable results
for the 2 groups for all partial seizures, simple partial seizures, complex partial seizures
and partial seizures without secondary generalization. However, for partial seizures with
secondary generalization, the decrease in the seizure frequency between baseline and
randomized treatment was more pronounced in the TID group (RR = -19.5 ± 41.1) than
in the BID group (RR = -4.0 ± 25.4), the same was true when one considers the responder
rate (BID group 3/40, 7.5%; TID group 9/43, 21.4%) and the percentage change in
seizure frequency (BID group 0.1 ± 36.0; TID group  15.8 ± 55.9). None of these results
are statistically significant and the clinical significance of these results is questionable
due to the small population involved, 9 patients in the BID group and 16 patients in the

Confidential

| Name of Company: Pfizer Inc | INDIVIDUAL STUDY TABLE | (For National Authority Use Only) |
|---|---|---|
| Name of Finished Product: Neurontin | Referring to Part of the Dossier | |
| Name of Active Ingredient: Gabapentin | Volume: Page: | |

**Protocol 945-225 (Page 5)**

TID group. Only 1 patient in the TID group (1/43, 2.3%) experienced a new type of seizure during the study.

**Safety:** The overall rate of patients with adverse events was comparable in the BID group (47.6%) and TID group (47.7%). The most common adverse events were asthenia and somnolence. The intensity of adverse events was mainly moderate in the BID group but mainly mild in the TID group. This difference in adverse events intensity was not seen for associated adverse events. More women than men reported adverse events during the study. There were no deaths in this study. None of the patients who were randomized withdrew due to adverse events. There was only one case of withdrawal due to status epilepticus in the TID group, which was documented as adverse event. Thirteen patients (56.5%) in the not randomized group were withdrawn from the study due to adverse events in the fixed dose treatment period. A total of 6 patients experienced serious adverse events (2 patients in the not randomized group, 2 patients in the BID group, 2 patients in the TID group). Three of the serious adverse events (Not randomized group: asthenia and tremor, TID group: grand mal convulsion) were related to the study medication.

**Conclusions:** Overall, comparable results were found between BID and TID treatment with respect to the primary and secondary efficacy endpoints. Therefore, the results of this study suggest a comparable efficacy of a BID and TID gabapentin dosing regimen.

BID and TID treatment were in general well-tolerated, both treatment groups showed a comparable safety profile with respect to the incidences of adverse events.

Confidential

# Original article _____

*Clin Ter 151: 145-148, 2000*

## Gabapentin in the prophylaxis of migraine: a double-blind randomized placebo-controlled study

G. Di Trapani, D. Mei, C. Marra, S. Mazza and A. Capuano

*Institute of Neurology, Catholic University, Rome, Italy*

**Abstract**

*Objective:* Gabapentin is an antiepileptic drug of new generation that increases brain GABA levels. We report the results of a three-month randomised double-blind placebo-controlled study on the effects of gabapentin in the prophylaxis of patients with migraine meeting the IHS criteria.

*Patients and Methods.* We treated 63 patients suffering from migraine with or without aura. Patients treated their attack at home using symptomatic drugs and clinical assessment was recorded on a diary. After a washout of 8 week from any other prophylactic treatment, all patients were treated with 1200 mg/day of gabapentin; this is our therapeutic plan: 400 mg/day from 1st to 3rd day, 800 mg/day from 4th to 6th day and 1200 mg/day from 7th day.

*Results:* No patients withdrew, gabapentin was well tolerated; adverse events (somnolence, dizziness, tremor, fatigue and ataxia) generally were transient and mild to moderate in severity and in 13 patients (27 %) only occurred.

At the end of treatment, in each case, we reported a significative reduction of frequency and intensity of migraine in 30 patients treated with gabapentin.

*Discussion:* Our observations indicate that gabapentin is well tolerated by patients and that reduces headache frequency and use of symptomatic drugs in both groups.

Gabapentin shows to have an effective therapeutic action in the prophylactic treatment of migraine.

**Key words:** *Gabapentin, migraine, prophylaxis*

**Riassunto**

*Obiettivo:* Il gabapentin è un farmaco antiepilettico di nuova generazione che aumenta i livelli cerebrali di GABA. Questi sono i risultati di uno studio della durata di tre mesi, randomizzato, versus placebo sull'efficacia del gabapentin nel trattamento di profilassi dell'emicrania diagnosticata sulla base dei criteri IHS.

*Pazienti e Metodi:* Abbiamo trattato 63 pazienti affetti da emicrania con e senza aura. I pazienti erano liberi di trattare le crisi usando farmaci sintomatici e le caratteristiche cliniche degli attacchi sono state registrate su un diario. Dopo un washout di 8 settimane da qualsiasi trattamento di profilassi intrapreso precedentemente, tutti i pazienti sono stati trattati con 1200 mg/die di gabapentin; questo è stato il piano terapeutico che abbiamo seguito: 400 mg per i primi tre giorni, 800 mg/die dal 4° al 6° giorni e 1200 mg a partire dal 7° giorno.

*Risultati:* Nessun paziente ha abbandonato lo studio per la comparsa di gravi effetti collaterali ed il farmaco è stato ben tollerato; eventi avversi (sonnolenza, astenia generalizzata, tremore, faticabilità e atassia) sono stati transitori e di lieve intensità e si sono verificati solo in 13 pazienti (27%)

Al termine del trattamento, tutti i pazienti trattati con gabapentin (30 soggetti) hanno mostrato una riduzione significativa della frequenza e dell'intensità.

*Discussioni:* le nostre osservazioni indicano che il gabapentin è ben tollerato dai pazienti ed è in grado di ridurre la frequenza degli episodi di cefalea e l'uso di farmaci sintomatici in entrambi i gruppi di pazienti, con e senza aura. Il gabapentin si è dimostrato efficace nel trattamento di profilassi dell'emicrania.

**Parole chiave:** *Emicrania, gabapentin, profilassi*

## Introduction

Migraine is a neurovascular disorder characterised by attacks of headache variable in intensity, frequency and with autonomic and neurological accompanying symptoms.

Approximately 15 % of migraneurs reports more than two headaches for month; up to 85 % reports severe headache and 50 % are disabled with their migraine attacks (1).

Conditions that require chronic treatment include: two or more attacks monthly producing disability lasting three or more days; contraindication to, or ineffectiveness of, symptomatic medications; the use of abortive medication more than twice a week; special circumstances, such as hemiplegic migraine or rare headache attacks producing severe disruption or risk of permanent neurologic injury (2).

Preventive efficacy has been demonstrated for b-adrenergic blockers, antidepressants, calcium channel anta-

---

*Correspondence:* Girolamo Di Trapani, Policlinico Universitario "Agostino Gemelli", Istituto di Neurologia, L.go Agostino Gemelli, 8 - 00168, Roma, Italia. Tel. 039-06-30154435; Fax. 039-06-35501909; E-mail: gditrapani@rm.unicatt.it

Pfizer_LTive_0006528

146                                                                                                    *G. Di Trapani et al*

gonists, serotonin antagonists, anticonvulsivants and NSAIDs (3).

Gabapentin is a relatively new antiepileptic drug. Although its exact mechanism of action hasn't been determined yet, gabapentin is likely to have multiple effects (4). It is indicated as adjunct therapy for treatment of partial seizures, with and without secondary generalisation,(5) and it is effective in treating a wide range of neurologic and psychiatric conditions. It has shown efficacy in treatment of neuropathic pain, several psychiatric disorders, movement disorders (6), and migraine prophylaxis (7, 8).

In the previous studies remain unclear which is the nature and the rule played by gabapentin in migraine prophylaxis. In our study we tried to evaluate the efficacy of gabapentin in the treatment of migraine in a double-blind randomised study. Moreover we wanted to evaluate if difference of a main characteristics of the migraine attack such as the presence of aura can determine a different response to the therapy.

### Patients and Methods.

#### Patient selection

The patients participating in the study were randomly selected among a group of regular patients attending at the "A. Gemelli" Policlinic's Centre for Headache Study in Rome. Only patients affected by migraine with or without aura according to the *International Headache Society Classification of Headache* were included in the study (9). Subject were male or female patients aged between 18-65 years and suffered between 4 and 7 mild, moderate or severe migraine attacks per month during 1 year at least. Exclusion criteria for the enrolment were: other headaches but migraine; cardiac, hepatic and renal disease; use of migraine preventive medication in the last three months; pregnancy or risk of pregnancy. All participants to the study gave written informed consent. Patients were authorised to take analgesics but they had to record it in the diary.

According to the above mentioned criteria 63 patients suffering from migraine with or without aura (without aura: 32; with aura: 31) were enrolled in the study. Thirty five were treated with gabapentin and 28 with placebo. No differences were observed in gender distribution (33 females, and 30 males). Baseline characteristics of the 63 patients are set out in Table 1.

#### Study design and treatments

The study was a randomised double-blind comparison between gabapentin and placebo. Patients were randomly allocated either gabapentin or placebo. The study consisted of a

*1-month screening phase during which each patient kept a diary of migraine attack characteristic as frequency, duration and intensity. Migraine severity was subjectively measured by each patient on a scale from 1 to 3: 1 means a mild attack, 2 a moderate attack and 3 a severe attack. Four-week treatment phase and an 8-week stable dosing phase followed the screening period. Patients underwent a 3rd month follow-up after therapy period in which the patients were requested to keep the diary in the same way as in the screening phase. During the treatment phase, a dose-escalation of gabapentin up to 1200 mg daily (400 mg/day from 1st to 3rd day, 800 mg/day from 4th to 6th day and 1200 mg/day from 7th day) or placebo was administered. During the last 8 weeks of the study, dosages were to remain fixed. Patients were not aware of the type of treatment assumed.*

*The number of attack reported in the diary during the 1-month screening and the 3-month follow-up were summed up. The mean intensity of these attacks were also calculated.*

*The efficacy measures were: reduction of migraine attack frequency per month, and reduction of migraine intensity in comparison with baseline and placebo group in the 12th week of treatment.*

*Evaluation of safety ad tolerability were conducted in the screening phase and they included a physical and neurologic examination, vital signs, laboratory assessments (haematology, and clinical chemistry). Adverse events on treatment were discussed with the investigator at the follow-up visit. Laboratory assessments were also conducted at the follow-up visit.*

#### Statistical method

All data were treated by means of a Two Way MANOVA repeated measures that considered the groups of patients as independent variable and the frequency and intensity of the migraine attacks as dependent variable between the two repeated observation.

Post hoc analyses were conduct by means of the Tukey Test for Unequal Sample Size of subjects.

#### Results

No patients withdrew because gabapentin was well tolerated; adverse events (somnolence, dizziness, tremor, fatigue and ataxia) were generally transient and mild to moderate in severity and in 13 patients (27%) only occurred.

All the patients were divided in three different groups comprehending the placebo (28 subjects), the treated-with-aura (17 subjects) and the treated-without-aura group (18 subjects).

No differences were found at the baseline as concern the frequency and intensity of the migraine attacks among the three groups (Table 2).

The results of the general analysis showed an expected, global significance as concern the factor 'group' (df: 4, 644; Rao's R 53.38; $p < 0.0001$) and the factor 'repeated measures' (df: 2, 322; Rao's R: 876.97; $p < 0.0001$). In fact not only treated subjects but also placebo group was found to reduce significantly the frequency and intensity of the attacks during the time of observation.

*Table 1. Patients characteristics at baseline.*

| Subjects | Placebo (n=28) | | Gabapentin (n=35) | |
|---|---|---|---|---|
| | Male | Female | Male | Female |
| No. | 15 | 13 | 15 | 20 |
| With aura | 7 | 7 | 7 | 10 |
| Without aura | 8 | 6 | 8 | 10 |

Table 2. Efficacy measures.

| | Placebo | | Gabapentin | | | |
| | | | Without aura | | With aura | |
| | Run-in | 3rd month | Run-in | 3rd month | Run-in | 3rd month |
|---|---|---|---|---|---|---|
| Frequency | 5.41 ± 0.56 | *4.70 ± 0.82 | 5.08 ± 0.64 | *3.13 ± 1.25 | 5.14 ± 0.70 | *2.47 ± 0.85 |
| Intensity | 2.50 ± 0.50 | *2.01 ± 0.61 | 2.33 ± 0.58 | *1.59 ± 0.59 | 2.38 ± 0.48 | *1.18 ± 0.39 |

* $p < 0.001$ for all comparisons between the baseline and 3rd month observation.

However the interaction between these two factors showed a high significance (df: 4, 644; Rao's R: 73.92; $p < 0.0001$) supporting the presence of different reduction of intensity and frequency scores among the three groups of subjects considered.

In particular specific interaction effects showed that every group differ from each other in the decrease of both frequency and intensity of the migraine attacks. Specifically while in placebo group was observed only a slight reduction of these parameters, the treated-without-aura group showed more improvement from gabapentin than placebo group ($p < 0.001$) and, finally, treated-without-aura group obtained the highest reduction ($p < 0.0001$) of both intensity and frequency score (figure 1).

**Discussion**

In our study we found a clear and significantly reduction of both frequency and intensity of migraine attacks after a three month period of treatment with a daily-dose of 1200 mg of Gabapentin. On the opposite an high tolerability with no drop out during the study was observed.

The presence of an improvement in the parameters considered also in the control group can be due to the effect of nursing and conceling linked to the entry in the study.

Undoubtful the main effect observed in the analyses is the 'treatment effect' stating that the efficacy of gabapentin prophylaxis can be observed indipendently from the clinical presentation of the migraine attacks. However the highest efficacy is more evident in those patients which present aura phenomena before the headache attack.

Several hypotheses of cellular mechanisms have been proposed to explain the pharmacology effects of gabapentin: 1. Gabapentin crosses several membrane barriers in the body via a specific amino acid transporter (system L) and competes with leucine, isoleucine, valine and phenylalanine for transport. 2. Gabapentin increases the concentration and probably the rate of synthesis of GABA in brain, which may enhance non-vesicular GABA release during seizures. 3. Gabapentin binds with high affinity to a novel binding site in brain tissues that is associated with an auxiliary subunit of voltage-sensitive $Ca^{2+}$ channels. Recent electrophysiology results suggest that gabapentin may modulate certain types of $Ca^{2+}$ current. 4. Gabapentin reduces the release of several monoamine neurotransmitters. 5. Electrophysiology suggests that gabapentin inhibits voltage-activated $Na^+$ channels, but other results contradict these findings. 6. Gabapentin increases serotonin concentrations in human whole blood, which may be relevant to neurobehavioral actions (4).

Since gabapentin is a GABA-agonist drug whose biological actions are similar to those of sodium valproate, we may argue that the pivotal levels of action in migraine prophylaxis are the following:

~ gabapentin might interact with the central 5-HT system reducing the firing rate of midbrain serotoninergic neurones;

~ in addiction it might block the development of neurogenic inflammation by enhancing peripheral GABA activity at the $GABA_A$ receptor

~ and, increasing central enhancement of $GABA_A$ activity, enhance central antinociception (2)





Figure 1. Results

Confidential

*G. Di Trapani et al.*

This study suggests that gabapentin can be safely used in migraine prophylactic treatment. The greatest benefit was observed with 1200 mg gabapentin treatment given daily for three months, and, given the lack of apparent side effects associated with this dose, gabapentin appears to be an effective alternative at drugs actually advised by guidelines for the migraine prophylactic treatment.

**References**

1. Ramadan NM, Schultz LL, Gilkey SG: Migraine prophylactic drugs: proof of efficacy, utilization and cost. Cephalalgia 17: 73-80, 1997

2. Silberstein SD: Preventive treatment of migraine: an overview. Cephalalgia 17: 67-72, 1997

3. Tfelt-Hansen P, Welch KMA: Prioritizing prophylactic treatment. In: Olesen J, Tfelt-Hansen P, Welch KMA, editors. The Headaches. New York, Raven Press, 1993, pp. 403-404

4. Taylor CP, Gee NS, Su T, et al.: A summary of mechanistic hypotheses of gabapentin pharmacology. Epilepsy Research 29: 233-249, 1998

5. Morris GL: Gabapentin. Epilepsia 40: S63-70, 1999 (suppl. 5)

6. Magnus L: Nonepileptic uses of gabapentin. Epilepsia 40: S66-72; discussion S73-4, 1999 (suppl 6)

7. Merren MD: Gabapentin or treatment of pain and tremor: a large case series. South Med J 91(8): 739-744, 1998

8. Nicolodi M, Sicuteri F: Negative modulators of excitatory amino acids in episodic and chronic migraine: preventing and reverting chronic migraine. Special lecture 7th INWIN Congress. Int J Clin Pharmacol Res 18(2): 93-100, 1998

9. Headache Classification Committee of the International Headache Society: Classification and diagnostic criteria for headache disorders, cranial neuralgia and facial pain. Cephalalgia 8: 19-28, 1988 (suppl. 7)

### Title Page

Title:      Gabapentin's effects on hot flashes: a randomized controlled trial

Word Count:  2,935

#1 Author/Corresponding Author:

Thomas Guttuso, Jr., MD

Department of Neurology, Box 673

University of Rochester

601 Elmwood Avenue

Rochester, NY 14642

Voice phone: (585) 275-2584; Fax: (585) 341-7510;

Email: thomas_guttuso@urmc.rochester.edu


#2 Author:    Roger Kurlan, MD

Department of Neurology, Box 673

University of Rochester

601 Elmwood Avenue

Rochester, NY 14642

Email: kurlan@etin.mcl.rochester.edu

1

Pfizer_LTive_0006532

#3 Author:    Michael P. McDermott, PhD

Department of Biostatistics, Box 630

University of Rochester

601 Elmwood Avenue

Rochester, NY 14642

Email: mikem@metro.bst.rochester.edu


#4 Author:    Karl Kieburtz, MD

Department of Neurology

University of Rochester

Mt. Hope Professional Bldg., Suite 220

1351 Mt. Hope Avenue

Rochester, NY 14620

Email: kkieburtz@mct.rochester.edu

2

Confidential

## Abstract

Context:      Hot flashes affect 75% of postmenopausal women.  Hormone replacement

therapy is highly effective for treating hot flashes; however, there are health risks

associated with its long-term use and it is often poorly tolerated clinically.  Safe,

effective, and well-tolerated alternative therapies for hot flashes are needed.  Recent

open-label findings have suggested that treatment with the anticonvulsant gabapentin

may be effective in reducing hot flash frequency and severity.

Objective:      To determine the effects of low-dose gabapentin (900mg/day) therapy for

12 weeks on hot flash frequency and severity.

Design and Setting:    Randomized double-blind placebo-controlled trial conducted at the

University of Rochester Medical Center from July 2000-March 2001.

Patients:      59 postmenopausal women with $\geq$ 7 hot flashes/day and who had not

received hormone therapy for at least 2 months.

Interventions:  Gabapentin 300mg, 3x/day or identically appearing placebo were provided

for patients for a 12 week period.  Subsequently, all remaining study patients were

enrolled in a 5-week open-label treatment phase during which patients could increase

their dose of gabapentin to 2,700mg/day, if needed.

3

Confidential

Pfizer_LTive_0006534

<u>Main Outcome Measure</u>:     Change in hot flash frequency from baseline to treatment week 12 as measured by daily hot flash diaries.

<u>Results</u>:     After 12 weeks of double-blind treatment, intention-to-treat analysis showed that gabapentin 900mg/day was associated with a 45% reduction in hot flash frequency and a 54% reduction in hot flash composite score (frequency and severity combined into one score) from baseline compared to 29% (p=0.02) and 31% (p=0.01) reductions, respectively, for placebo.  Four patients (13%) in the gabapentin group and 1 (3%) in the placebo group withdrew from the double-blind study due to adverse events. Higher, open-label gabapentin dosing was associated with a 54% and 67% reduction in hot flash frequency and composite score from baseline, respectively.


Conclusion:

Gabapentin is effective and well tolerated in the treatment of hot flashes in postmenopausal women.



Keywords: gabapentin, neurontin, hot flash, menopause, women's health.

4

Confidential

Pfizer_LTive_0006535

Hot flashes affect 75% of postmenopausal women and 40% of perimenopausal women. Hot flash severity is positively correlated with depression and sleep disturbance, both of which are more prevalent in postmenopausal than premenopausal women[1-6]. Although hormone replacement therapy (HRT) is highly effective in reducing hot flashes, there is growing concern that long-term HRT is associated with an increased risk of developing breast and ovarian cancer[7-9]. Since about half of women who experience hot flashes will do so for ≥ 5 years, and up to 10% will do so for > 15 years[1, 10], risks from long-term HRT are quite relevant for this population. There has also been doubt cast on the putative cardioprotective role for HRT, especially for secondary prevention of heart disease[11, 12]. HRT is often poorly tolerated in clinical practice with about 30% of women discontinuing therapy after a mean of 4.5 months most often secondary to irregular vaginal bleeding[13, 14]. Many women also have contraindications to HRT such as those with a history of an estrogen-sensitive tumor, liver dysfunction, or a hypercoagulable state. Safe, effective, and well-tolerated alternative therapies for hot flashes are needed.

Gabapentin is a gamma-aminobutyric acid (GABA)-analogue approved in 1994 for the treatment of seizures. Since then, gabapentin has shown efficacy in controlled studies for neuropathic pain[15, 16], migraine headache[17], essential tremor[18], panic disorder[19], and social phobia[20]. Recently, we reported that open-label gabapentin treatment was associated with a reduction of hot flashes in 4 postmenopausal women, 1 woman with tamoxifen-induced hot flashes, and 1 man with leuprolide-induced hot flashes[21].

5

Confidential

We conducted a randomized, double-blind, placebo-controlled trial to examine the effects of low dose (900mg/day) gabapentin treatment on hot flash frequency and severity in 59 postmenopausal women. Sleep quality, mood, quality of life, and patient global impression of change were also assessed.

## Methods

Study Patients:

Study participants were identified by advertisements and from a local news program about alternative hot flash therapies. We enrolled 59 postmenopausal women meeting the following entry criteria: an average of $\geq 7$ hot flashes/day accompanied by sweating; amenorrhea for $> 12$ months or amenorrhea for 6-12 months with a serum follicle stimulating hormone $> 40$mIU/ml and estrogen $< 20$pg/ml or status-post bilateral oophorectomy for $> 2$ months; no estrogen, progestin, leuprolide, or tamoxifen therapy within the past 2 months; no change in dose of raloxifene, clonidine, or any antidepressant therapy within the past month and no plan to change the dose in the future; no calcium channel antagonist or gabapentin therapy within the past 2 weeks; no previous allergic reaction to gabapentin; and an estimated creatinine clearance $\geq 60$ ml/minute.

Randomization and Treatment:

Following a 2-week screening baseline assessment, patients were randomly assigned to 12 weeks of double-blind therapy with either gabapentin 300mg capsules, 1 capsule tid (900mg/day), or identically appearing placebo. This dose of gabapentin was selected based on our previous open-label findings[21] The Office of Investigational Drug

6

Confidential

Services in the Department of Pharmacy at the University of Rochester prepared all study capsules and performed the randomization via a random number table. The randomization was stratified by surgical menopause status. Patient medication containers were labeled with sequential numbers corresponding to the treatment. The treatment code was kept secure by The Office of Investigational Drug Services and was not revealed to any study personnel until after the last patient completed the open-label study.

Medication was increased over the first week as follows: 1 capsule qhs x 3 days, then 1 capsule bid x 3 days, then 1 capsule tid thereafter. Dosing could be decreased for intolerable side effects. After 12 weeks of double-blind therapy, patients had the option of enrolling in a 5 week open-label study during which all patients received gabapentin. The dose could be titrated up to 2,700mg/day maximum as follows: every 4 days the total daily dose was increased by 300mg until the patient experienced satisfactory reduction of hot flashes or intolerable side effects; the dose was then maintained or decreased by 300mg/day for the remainder of the open-label study.

Patient Assessment:

Patients made 4 visits to the General Clinical Research Center at Strong Memorial Hospital, Rochester, NY at screening, 2 weeks later at randomization, and after 4 and 12 weeks of treatment. Serum follicle stimulating hormone and estrogen levels were assessed at the screening visit and week 12. Serum luteinizing hormone, complete blood count with differential and platelets, chemistry-14 panel, and phosphate levels as well as vital signs, height and weight were assessed at randomization and week 12. The

7

Confidential

University's Research Subjects Review Board (RSRB) approved the study and all participants signed informed consent at the screening visit.

Hot flash frequency and severity were recorded in a hot flash diary. Patients were instructed to carry the diary with them at all times possible and to mark down the severity of a hot flash immediately after it occurred. Both daytime and nighttime hot flashes were recorded. Each hot flash was recorded by filling in the appropriate severity bubble on a scale from 1-7. Since hot flash severity is difficult to objectively define, patients were instructed to mark down a "4" severity for a hot flash they considered to be of their 'average hot flash severity". A "7" designated "one of the most severe" and a "1" designated a "barely noticeable" hot flash.

Daily hot flash frequency was calculated by adding the number of hot flashes recorded in a week and dividing by the number of days in that week on which data were recorded. Daily hot flash composite score reflected both hot flash frequency and severity in one score; it was calculated by adding the hot flash severity scores over a week and dividing by the number of days on which data was recorded. A minimum of 4 days of recorded data in a week was needed in order for the week to be included in the analysis.

Diaries were filled out for 6 consecutive weeks (screening-treatment week 4); for two, 1-week periods during weeks 8 and 12; and for all 5 weeks of open-label gabapentin treatment. Diaries were mailed weekly to the study's data manager in the GCRC.

Sleep quality, mood, quality of life, and patient global impression of change were assessed at screening and weeks 4 and 12 with the following scales: The Pittsburgh Sleep Quality Index (PSQI)[22], The Profile of Mood States (POMS)[23], The Short Form-36 Quality of Life Index (SF-36)[24], and The Patient Global Impression of Change Scale

8

Confidential

(PGIC)[16], respectively. Adverse events were monitored at each visit and patients were inquired about adverse events during bimonthly phone contacts.

Sample Size Considerations:

At the time that this study was planned, there was little information available upon which to base a sample size calculation. Given our inclusion criterion of 7-20 hot flashes per day, we assumed a mean daily hot flash frequency at baseline of approximately 12 in each group. We also estimated a standard deviation of the change from baseline to 12 weeks in daily hot flash frequency of 4. Under these assumptions, a sample size of 22 subjects per group was chosen to provide 90% power to detect a 33% reduction (from 12 to 8) in mean daily hot flash frequency with gabapentin, using a two-tailed t-test at the 5% level of significance. Since we planned to use the Wilcoxon rank sum test instead of a t-test in the primary analysis and we anticipated that some subjects would not complete the trial, we increased the sample size to 30 subjects per group (60 total).

Statistical Analysis

The primary outcome measure was the percent change in hot flash frequency from baseline to treatment week 12. Secondary outcome measures included the percent change in hot flash composite score from baseline to week 12, the PGIC at week 12, and absolute changes from baseline to week 12 in PSQI total score, POMS total and subscale scores, and SF-36 subscale scores. Group comparisons of hot flash scores were also performed at other endpoints; p-values are reported for these comparisons for descriptive purposes only and are not adjusted for multiple comparisons. The Wilcoxon rank sum

9

Pfizer_LTive_0006540

test was used to compare the treatment groups regarding all outcomes. Treatment effects were estimated using the Hodges-Lehmann estimate of the group difference in population medians and its associated 95% confidence interval[25]. All statistical tests were performed at the two-tailed 5% level of significance.

All hot flash analyses were performed according to the intention-to-treat principle. Analyses of the hot flash frequency and composite score data included all randomized patients. If a patient was missing data at any particular visit, the last available observation for that patient was imputed for that visit. We repeated these analyses including only patients who had available data, for comparison purposes; the results of these analyses did not significantly differ from those that included all randomized patients and hence are not reported here. Non-hot flash secondary outcome measures did not use imputation for missing data.

### Results

A total of 246 women were screened by phone conversation. Most were ineligible due to insufficient hot flash frequency or occurrence of menses within the past 6 months. Fifty-nine patients were enrolled from July to November 2000 (Figure 1) and follow-up continued until March 2001. Patient baseline characteristics are summarized in Table 1

Of the 54 patients whom completed the double-blind study, 26/26 (100%) and 26/28 (93%) of gabapentin-treated and placebo-treated patients, respectively, provided complete diary data after the 12th week of treatment. Of the 50 patients whom completed the open-label gabapentin study, 20/24 (83%) and 26/26 (100%) of patients previously

10

Pfizer_LTive_0006541

assigned to gabapentin and placebo, respectively, provided complete diary data after the 5th week of open-label treatment.

Low dose gabapentin (900mg/day) provided significant improvement in both hot flash frequency and composite score compared to placebo after 12 weeks of treatment. There was a 45% decrease in mean hot flash frequency and a 54% decrease in mean hot flash composite score from baseline in the gabapentin group compared to a 29% (p=0.02) and a 31% (p=0.01) decrease in the placebo group, respectively. This difference was apparent even after the first week of treatment (Figures 2 & 3).

Results from the open-label study showed a mean reduction in hot flash frequency and composite score after week 17 of 54% and 61-67%, respectively (Table 2). Worsening of hot flashes in the gabapentin group during week 13 was likely due to the decreased gabapentin dose while repeating the titration.

During the open-label study, patients were able to adjust their own gabapentin dosing from 300-2,700mg/day, based on effectiveness. Of the 54 patients who started the open-label study, 44 patients (81.5%) requested to continue gabapentin after the open-label study for the treatment of their hot flashes. Of these 44 patients, 11 (25.0%) requested a dose of ≤ 900mg/day, 27 (61.4%) requested a dose between 900 and ,800mg/day, and 6 (13.6%) requested a dose between 1,800 and 2,700mg/day. Patients who requested the higher doses tended to have a higher frequency of hot flashes at baseline (data not shown).

Adverse Events:

11

Confidential

The most common adverse events in the gabapentin group during the double-blind study were somnolence (6 patients (20.0%)), dizziness (4 patients (13.3%)), and rash with or without peripheral edema (2 patients (6.7%)), none of which occurred in the placebo group. Onset of menses was the most common adverse event in the placebo group occurring in 3 patients (10.3%) compared with 2 patients (6.7%) in the gabapentin group. Fifteen patients (50.0%) in the gabapentin group reported at least one adverse event compared with 8 patients (27.6%) in the placebo group. Four patients (13.3%) in the gabapentin group withdrew from the study due to dizziness, rash, heart palpitations, and peripheral edema, respectively. One patient (3.4%) in the placebo group withdrew due to diarrhea. Two patients (6.7%) in the gabapentin group temporarily decreased the dose due to dizziness and sleepiness, respectively. Higher gabapentin dosing during the open-label study was not associated with increased adverse events. Two patients previously in the placebo group withdrew from the open-label gabapentin study due to the side effects of dizziness and peripheral edema, respectively.

Non-hot flash secondary outcome measures:

There were no significant differences between the groups in any of the total or subscale scores of the SF-36, POMS, or PGIC measures at either week 4 or week 12 (Table 2). Sleep quality, measured by the PSQI, was improved in the gabapentin group at week 4 (-3.1 vs. −0.9 mean point change from baseline, gabapentin vs. placebo, p=0.01); however, this benefit was no longer apparent at week 12 (-2.9 vs. −1.2 mean point change from baseline, gabapentin vs. placebo, p=0.09).

Confidential

Pfizer_LTive_0006543

Blood  aboratory stud    at week   compared to baseli   showed decreases
lbumin,  otal protein, total bi    bin, blood urea  it ogen, and platelets    the gabapenti
group compared to the placebo group (Table    Changes    other  aboratones as well
  patient vital signs and weight from basel    treatment week    not
significantly   ifferent between the two groups.

## Conu

The  esults of thi  randomized,   ouble-blind, placebo-controlled trial have
  firmed    previou  open-l bel findings that  ow-dose gabapenti    effective in
treating hot flashes    postmenopausal women.  A   gnificant difference between the
gabapentin and placebo groups    apparent after    weeks of therapy and this
differe    consistent throughout the double-blind study  Subsequent, open-label data
showed that most patients  86  l%    satisfied with moderate gabapentin doses
($\leq$  800mg/day) to treat their hot flashes  The    lts of the non-hot flash secondary
outcome measures  nded to fa    gabapentin treatment, however  the study was not
  fficiently powered to permit conclusions to be drawn (Tabl  2)  Gabapentin treatment
  greatl  preferred to   treatment    5% of patients requested to continue
gabapenti   treatment after the open-label study    completed

In the dou  le-blind study  gabapentin adverse events were similar to those found
  previ   studies    and consisted mostly  f somnolence and  izziness during the
in  ial few weeks of therapy    experience, gabapentin  side effects    be
effectively managed by maintaining  gradual titration,   performed   this study, and by
taking the medication with meals.  T   knowledge, this is the first report to associate

gabapentin with a significant decrease in serum total protein. Peripheral edema is a known side effect of gabapentin[15] and led to two patient withdrawals from our study. It would be interesting to determine if serum protein levels are further decreased in such patients experiencing peripheral edema.

A novel component of this study was the use of a daily, real-time hot flash diary. Other recent studies have used a one page, weekly hot flash diary on which hot flashes were not recorded sequentially but were recorded as a single 24-hour cumulative number[26, 27]. We felt that such recording practices could lead to inaccuracies by placing too much demand on a patient's memory or note-taking skills. In this study, the severity of each hot flash was recorded sequentially, as it occurred, directly onto the final diary form. Since the placebo effect in this study was roughly equivalent to those in previous studies[27, 28], this method of hot flash recording is likely to be valid.

Another non-hormonal, alternative hot flash therapy shown to be effective is the antidepressant venlafaxine. A recent double-blind, placebo-controlled study in breast cancer patients showed a significant benefit of venlafaxine therapy over placebo after 4 weeks of treatment[27]. A majority of the patients (69%) were taking tamoxifen, which is known to cause hot flashes, making it unclear if these results can be generalized to non-tamoxifen-using, postmenopausal women with hot flashes. Also, long-term efficacy for venlafaxine can not be inferred after only 4 weeks of treatment. For example, bellergal has been shown to have significant benefit over placebo in the treatment of hot flashes after 4 weeks but to no longer be efficacious after 8 weeks of treatment[29]. The Food & Drug Administration recommends at least 12 weeks of double-blind therapy for clinical trials of hot flash treatments being submitted for Investigational New Drug (IND)

14

Pfizer_LTive_0006545

approval[30]. Other alternative hot flash therapies such as black cohosh, clonidine, soy, vitamin E, selective serotonin reuptake inhibitors, and methyldopa have either not been studied in controlled trials, show inconsistent findings in clinical trials, or have limited efficacy and/or poor tolerability[26, 28, 31-36].

Gabapentin's mechanism of action is unknown; however, modulation of calcium currents may be involved; gabapentin has been shown to inhibit neuronal calcium currents *in vitro*[37] and gabapentin's binding site is known to be on the $\alpha_2\delta$ subunit of voltage gated calcium channels[38]. In an animal model of neuropathic pain, the gabapentin-binding site was shown to upregulate 17-fold selectively in rat dorsal root ganglion in response to peripheral nerve injury[39]. This marked upregulation may be involved with gabapentin's efficacy in the treatment of neuropathic pain. Similar localized plasticity of this binding site in the central nervous system in response to the estrogen-deprived state could play a role in gabapentin's efficacy in the treatment of hot flashes. The pathophysiology of hot flashes is also unknown; however there is evidence that elevated levels of tachykinin neurotransmitters in the arcuate nucleus of the hypothalamus are involved[40, 41] Gabapentin has been shown to interfere with brainstem tachykinin-mediated activity *in vitro*[42]. Gabapentin binding sites have not been localized to the hypothalamus in male rat but female species have yet to be studied. We speculate that mitigation of hypothalamic tachykinin activity is involved in gabapentin's mechanism of action in the treatment of hot flashes. Further studies are needed to address this hypothesis.

In summary, gabapentin is an effective and well-tolerated non-hormonal treatment for hot flashes in postmenopausal women. Further randomized, controlled trials using

Confidential

higher doses of gabapentin in postmenopausal women as well as in populations with treatment-induced hot flashes caused by medications such as tamoxifen, raloxifene, or leuprolide are merited.

Acknowledgment: This study was funded by a General Clinical Research Center (GCRC) grant, 5 M01 RR00044 from the National Center for Research Resources, NIH; an Experimental Therapeutics in Neurological Disease NIH Grant # 5 T32 NS07338-12; and by University of Rochester institutional research funds.

*We would like to thank David S. Guzick, MD, Chairman, Department of Obstetrics & Gynecology, University of Rochester, for reviewing this manuscript.*

## References

1      Oldenhave A, Jaszmann LJ, Haspels AA, Everaerd WT. Impact of climacteric on well-being. A survey based on 5213 women 39 to 60 years old. *Am J Obstet Gynecol.* 1993;168:772-780.

2.     Hammar M, Berg G, Fahraeus L, Larsson-Cohn U. Climacteric symptoms in an unselected sample of Swedish women. *Maturitas.* 1984;6:345-350.

3.     Thompson B, Hart SA, Durno D. Menopausal age and symptomatology in a general practice. *J Biosoc Sci.* 1973;5:71-82.

4      Schiff I, Regestein Q, Tulchinsky D, Ryan KJ. Effects of estrogens on sleep and psychological state of hypogonadal women. *Jama.* 1979;242:2405-2407.

16

5.      Shaver J, Giblin E, Lentz M, Lee K. Sleep patterns and stability in
perimenopausal women. *Sleep*. 1988;11:556-561

6.      Erlik Y, Tataryn IV, Meldrum DR, Lomax P, Bajorek JG, Judd HL. Association
of waking episodes with menopausal hot flushes. *Jama*. 1981;245:1741-1744.

7.      Colditz GA, Hankinson SE, Hunter DJ, et al. The use of estrogens and progestins
and the risk of breast cancer in postmenopausal women. *N Engl J Med*. 1995;332:1589-
1593.

8.      Schairer C, Lubin J, Troisi R, Sturgeon S, Brinton L, Hoover R. Menopausal
estrogen and estrogen-progestin replacement therapy and breast cancer risk. *Jama*.
2000;283:485-491

9.      Rodriguez C, Patel AV, Calle EE, Jacob EJ, Thun MJ. Estrogen replacement
therapy and ovarian cancer mortality in a large prospective study of US women. *Jama*.
2001;285:1460-1465.

10.     Berg G, Gottwall T, Hammar M, Lindgren R, Gottgall T. Climacteric symptoms
among women aged 60-62 in Linkoping, Sweden, in 1986. *Maturitas*. 1988;10:193-199.

11      Hulley S, Grady D, Bush T, et al. Randomized trial of estrogen plus progestin for
secondary prevention of coronary heart disease in postmenopausal women. Heart and
Estrogen/progestin Replacement Study (HERS) Research Group. *Jama*. 1998;280:605-

12.     Herrington DM, Reboussin DM, Brosnihan KB, et al. Effects of estrogen
replacement on the progression of coronary-artery atherosclerosis. *N Engl J Med*.
2000;343:522-529.

Confidential

Pfizer_LТ1ve_0006548

13.    Karakoc B, Erenus M. Compliance considerations with hormone replacement therapy. *Menopause.* 1998;5:102-106.

14.    Connelly MT, Richardson M, Platt R. Prevalence and duration of postmenopausal hormone replacement therapy use in a managed care organization, 1990-1995. *J Gen Intern Med.* 2000;15:542-550.

15.    Rowbotham M, Harden N, Stacey B, Bernstein P, Magnus-Miller L. Gabapentin for the treatment of postherpetic neuralgia: a randomized controlled trial. *Jama.* 1998;280:1837-1842.

16.    Backonja M, Beydoun A, Edwards KR, et al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus: a randomized controlled trial. *Jama.* 1998;280:1831-1836.

17.    Mathew NT, Rapoport A, Saper J, et al. Efficacy of gabapentin in migraine prophylaxis. *Headache.* 2001;41:119-128.

18.    Ondo W, Hunter C, Vuong KD, Schwartz K, Jankovic J. Gabapentin for essential tremor: a multiple-dose, double-blind, placebo-controlled trial. *Mov Disord.* 2000;15:678-682.

19.    Pande AC, Pollack MH, Crockatt J, et al. Placebo-controlled study of gabapentin treatment of panic disorder. *J Clin Psychopharmacol.* 2000;20:467-471

20.    Pande AC, Davidson JR, Jefferson JW, et al. Treatment of social phobia with gabapentin: a placebo-controlled study. *J Clin Psychopharmacol.* 1999;19:341-348.

21    Guttuso TJ, Jr. Gabapentin's effects on hot flashes and hypothermia. *Neurology.* 2000;54:2161-2163.

18

Pfizer_LTive_0006549

Buysse DJ, Reynolds CF, 3rd, Monk TH, Berman SR, Kupfer DJ. The Pittsburgh Sleep Quality Index: a new instrument for psychiatric practice and research. *Psychiatry Res.* 1989;28:193-213

23    Mc Nair D, Lorr M, Droppleman L. Profile of Mood States: Manual    San Diego, Calif: Educational and Industrial Testing Service; 1981

24.    Ware J, Jr., Snow K, Konsinski M, Gandek B. SF-36 Health Survey: Manual and Interpretation Guide. . Boston, Mass: The Health Institute, New England Medical Center; 1993

25.    Hettmansperger T. Statistical Inference Based on Ranks. . New York: John Wiley and Sons; 1984.

Pandya KJ, Raubertas RF, Flynn PJ, et al. Oral clonidine in postmenopausal patients with breast cancer experiencing tamoxifen-induced hot flashes: a University of Rochester Cancer Center Community Clinical Oncology Program study. *Ann Intern Med.* 2000;132:788-793.

27.    Loprinzi CL, Kugler JW, Sloan JA, et al. Venlafaxine in management of hot flashes in survivors of breast cancer: a randomised controlled trial. *Lancet.* 2000;356:2059-2063.

28.    Albertazzi P, Pansini F, Bonaccorsi G, Zanotti L, Forini E, De Aloysio D. The effect of dietary soy supplementation on hot flushes. *Obstet Gynecol.* 1998;91:6-11.

29.    Bergmans MG, Merkus JM, Corbey RS, Schellekens LA, Ubachs JM. Effect of Bellergal Retard on climacteric complaints: a double-blind, placebo-controlled study. *Maturitas.* 1987;9:227-234.

19

30.    U.S. Department of Health and Human Services FDA. Guidance for clinical evaluation of combination estrogen/progestin-containing drug products used for hormone replacement therapy of postmenopausal women. *http://www.fda.gov/cder/guidance/old054fn.pdf*, 1997.

31    Jacobson JS, Troxel AB, Evans J, et al. Randomized trial of black cohosh for the treatment of hot flashes among women with a history of breast cancer. *J Clin Oncol.* 2001;19:2739-2745.

32.    Goldberg RM, Loprinzi CL, JR OF, et al. Transdermal clonidine for ameliorating tamoxifen-induced hot flashes. *J Clin Oncol.* 1994;12:155-158.

33    Quella SK, Loprinzi CL, Barton DL, et al. Evaluation of soy phytoestrogens for the treatment of hot flashes in breast cancer survivors: A North Central Cancer Treatment Group Trial. *J Clin Oncol.* 2000;18:1068-1074.

34    Barton DL, Loprinzi CL, Quella SK, et al. Prospective evaluation of vitamin E for hot flashes in breast cancer survivors. *J Clin Oncol.* 1998;16:495-500.

35    Stearns V, Isaacs C, Rowland J, et al. A pilot trial assessing the efficacy of paroxetine hydrochloride (Paxil) in controlling hot flashes in breast cancer survivors. *Ann Oncol.* 2000;11:17-22.

36.    Nesheim BI, Saetre T. Reduction of menopausal hot flushes by methyldopa. A double blind crossover trial. *Eur J Clin Pharmacol.* 1981;20:413-416.

37.    Stefani A, Spadoni F, Bernardi G. Gabapentin inhibits calcium currents in isolated rat brain neurons. *Neuropharmacology.* 1998;37:83-91

20

38.     Gee NS, Brown JP, Dissanayake VU, Offord J, Thurlow R, Woodruff GN. The novel anticonvulsant drug, gabapentin (Neurontin), binds to the alpha2delta subunit of a calcium channel. *Journal of Biological Chemistry.* 1996;271:5768-5776.

39.     Luo ZD, Chaplan SR, Higuera ES, et al. Upregulation of dorsal root ganglion (alpha)2(delta) calcium channel subunit and its correlation with allodynia in spinal nerve-injured rats. *J Neurosci.* 2001;21:1868-1875.

40.     Rance NE, Young WS. Hypertrophy and increased gene expression of neurons containing neurokinin-B and substance-P messenger ribonucleic acids in the hypothalami of postmenopausal women. *Endocrinology.* 1991;128:2239-2247.

41      Abel TW, Voytko ML, Rance NE. The effects of hormone replacement therapy on hypothalamic neuropeptide gene expression in a primate model of menopause. *Journal of Clinical Endocrinology & Metabolism.* 1999;84:2111-2118.

42.     Maneuf YP, Hughes J, McKnight AT. Gabapentin inhibits the substance P-facilitated K+-evoked release of [3H]glutamate from rat caudal trigeminal nucleus slices. *Pain.* 2001;93:191-196.

21

Pfizer_LTive_0006552

**Figure 1: Flow Diagram**



Confidential

Pfizer_LTive_0006553

**Table 1:   Baseline Characteristics**

| Characteristic<br><br>Mean (SD) | Gabapentin<br><br>(n = 30) | | Placebo<br><br>(n = 29) | |
|---|---|---|---|---|
| Age, y | 52.7 | (3.6) | 53.0 | (3.1) |
| Weight, lbs | 158.7 | (36.3) | 152.8 | (28.2) |
| Daily hot flash frequency | 10.8 | (4.1) | 10.3 | (3.7) |
| Daily hot flash composite score | 44.5 | (19.0) | 39.5 | (19.1) |
| Duration of amenorrhea, months | 67.8 | (81.1) | 44.8 | (39.0) |
| Duration since hot flashes started, months | 63.3 | (53.5) | 36.4 | (30.0) |
| Serum follicle stimulating hormone, mIU/ml | 75.9 | (24.5) | 90.6 | (28.7) |
| *Serum estrogen, pg/ml | 14.9 | (16.5) | 12.8 | (8.0) |
| Serum luteinizing hormone, mIU/ml | 40.3 | (17.3) | 48.8 | (16.3) |
| Pittsburgh Sleep Quality Index (PSQI) Score | 9.3 | (3.8) | 8.62 | (3.4) |
| SF-36 Mental Health Component Summary | 49.4 | (12.4) | 50.7 | (11.2) |
| SF-36 Physical Health Component Summary | 49.2 | (10.2) | 52.7 | (6.6) |
| Profile of Mood States Total Mood Disturbance | 25.3 | (39.2) | 16.5 | (26.2) |
| **No. (%)** | | | | |
| Surgical menopause | 8 | (26.7) | 6 | (20.7) |
| Raloxifene therapy | 1 | (3.3) | 5 | (17.2) |
| Antidepressant therapy | 4 | (13.3) | 2 | (6.9) |
| Non-Hispanic white | 28 | (93.3) | 27 | (93.1) |
| Non-Hispanic black | 2 | (6.7) | 2 | (6.9) |

* Values of < 20 pg/ml were recorded as 10 pg/ml for performing statistics.

23

Confidential

T ble   Treatment Effects:   Primary and Secondary Outcome Measures

| Variable | Gabapentin | Placebo | Treatment Effect | 95% CI | P-value |
|---|---|---|---|---|---|
| | 30 | ( 29) | | | |
| Percent Decrease from Baseline | | | | | |
| Hot Flash Frequency | | | | | |
| W ek | 26 | 2 7 | 24 | ( ) | 3 |
| Week | 44 ( ) | ( ) | 20 | 7 34 | 02 |
| Week (open label) | 53 (22.) | ( ) | -2. | ( ) | 82 |
| Hot Flash Composite Score | | | | | |
| Weel | 5( ) | ( ) | -3.9 | (7.6 ) | |
| Week | 3 ( ) | ( ) | 25 | ( 2.3) | |
| Week 7 open abel | 7 3 ( .9) | ( ) | | ( 3. ) | 00 |

24

Pfizer_LTive_0006555



Confidential

## Figure 2:  Hot Flash Frequency Scores



For double-blind study: P<0.05 for gabapentin/placebo comparisons at all time points except at week 8 when p=0.07.

For open-label study: P>0.56 for between group comparisons at all time points.

26