

## Figure 3: Hot Flash Composite Scores





For double-blind study: P<0.05 for gabapentin/placebo comparisons at all time points.

For open-label study: P>0.31 for between group comparisons at all time points.

27

T:        Se    m Laboratory V    & W(  ht, Ch: ng  f:    Baseli:  to Week 1

| L:    ory | G    pe | la  ho | P |
|---|---|---|---|
| Albumin, g/dl | -0.26 (0.46) | -0.04 (0.45) | 0.05 |
| T  tal  rot  in, g/ | (( | -0. | |
| T( tal bi  rubin, mg/dl | .20 | -0. | |
| B  ood urea  tro   mg/dl | (:  ) | ') | |
| ate ets  .000/µl | (:  ) | (:  64) | |
| Estrogen  pg/ | 48 | 44  .5: | |
| allicl    imu  at ng  H6    mlU/ | -2.    06 | -0.29 (:   ) | |
| Luteinizing H:   one,   /ml | 09    90) | 69    ) | |
| A:    pho  pha:    IU/L | -4. | .2. | |
| A:    aminotransferase  ALT), IU/L | -4 62 | -4  (. | |
| Aspartat: aminotransferase (:  T). IU/L | (:  3) | 94. | |
| Creatinine  mg/dl | -0.06    ') | | |
| W  gh  bs | 66 | -0.  36 | |

V        mean (standard deviati  1)

Confidential



Pages 29-31 are not part of the manuscript.

Page 30 is the hot flash diary instructions and page 31 is one page of a sample hot flash diary that was used in the study. Both of these pages were provided to the study participants for reference in order to guide accurate completion of the hot flash diaries.

29

Confidential

Pfizer_LTive_0006560

## Example Hot Flash Diary for 10/15

This woman experienced 8 hot flashes today.  Each hot flash was recorded immediately after it occurred.

The first 2 hot flashes were of average severity for her.  #3 and 4 were slightly less severe than average while #5 and 6 were much more severe than average, but not most severe.

#1-6 hot flashes occurred during the day while #7 and 8 occurred at night and were average in severity.  Night is defined as after falling asleep for the nighttime sleep.

On the morning of 10/16, the two sleep questions were answered referring to the previous night sleep (that is, the night of 10/15).  It was somewhat difficult for her to fall asleep but very difficult to stay asleep.  Two study pills were taken on 10/15.

## Hot Flash Severity Scale

Use this as a rough guide to marking your hot flash severity bubbles.

1- Barely noticeable
2- Much more mild
3- Somewhat more mild
4- Average severity for you
5- Somewhat more severe
6- Much more severe
7- One of the most severe

## Sleep Severity Scale

Every morning, mark 1 (one) bubble for each sleep question from the previous night. Use this as a rough guide to marking your two sleep severity bubbles.

1- No difficulty
2- Slight difficulty
3- Some difficulty
4- Definite difficulty
5- Severe difficulty
6- Very severe difficulty
7- Unable to fall asleep or stay asleep

30

Confidential

# Daily Hot Flash Record Sheet

Subject ID: [0] [1] [5]

0061250224

## Sunday
[1][0] / [1][5]

Number of pills taken today? ○ 0 ● 2 ○ 1 ○ 3

## Monday
[1][0] / [1][6]

Number of pills taken today? ○ 0 ○ 2 ○ 1 ○ 3

Mark the severity of each hot flash on a separate line by filling in the appropriate bubble. Also, record whether the hot flash occurred during the day (D) or at night (N). When recording your response, please stay within the bubble lines.



SLEEP

How difficult was it to fall asleep?
Very Easy 1 2 3 4 5 6 7 Impossible

How difficult was it to stay asleep?
Very Easy 1 2 3 4 5 6 7 Impossible

SLEEP

How difficult was it to fall asleep?
Very Easy 1 2 3 4 5 6 7 Impossible

How difficult was it to stay asleep?
Very Easy 1 2 3 4 5 6 7 Impossible

Pfizer_LTive_0006562



# Project Hallelujah
# - Japan -

## Summary Report, September 2000

Confidential

Pfizer_L'Tive_0006563

ISO9000



# Introduction

- This report summarises the findings of the quantitative survey in Japan carried out for 'Project Hallelujah'

- The main objectives of the survey were:

  - To size the market opportunity in terms of the number of adults in Japan suffering from sleep problems

  - To understand more about their symptoms and level of suffering

  - To establish how many sufferers are treating and by what means (brands used, Rx vs OTC); how many have taken advice in the past; and what advice have they received in the past

ISO9000

Confidential



# Methodology

❯ All interviews were carried out in-home at more than 150 locations across Japan

❯ A total of 1480 adults aged 18+ took part in the survey

❯ The sample was representative of the national adult population of Japan

ISO9000

Pfizer_L'Tive_0006565



# Main Findings

ISO9000



# Incidence of suffering from sleep problems

ᐁ 49% of adults in Japan suffer from sleep problems – the majority suffering on a regular basis (at least once a month).

ᐁ The profile of sufferers shows a strong bias towards women and a small bias to the over 65's.

ᐁ Women in particular suffer from 'difficulty falling asleep', 'being awake at night' and 'waking up unrefreshed'. The latter problem is also biased towards younger and middle-aged adults (18-54 year olds) whereas waking up too early or in the night, and difficulty falling asleep have a higher incidence amongst adults aged 65+.

ᐁ Overall the most common (and frequent) problem is 'waking up feeling unrefreshed'. It is also seen by adults in Japan as the most troubling.

ᐁ The impact of sleep problems is that 28% of adults complain that they have felt so tired during the day that it has interfered with their activities. Acute tiredness can affect all sufferers; and does not show any bias towards those of a certain age/gender nor those suffering from particular problems.

ISO9000

Confidential

Ipsos

# Incidence & frequency of suffering
## - By particular problem -

| | Ever Suffer | Suffer weekly+ | Suffer monthly |
|---|---|---|---|
| Difficulty falling asleep | 27% | 13% | 8% |
| Awake during night | 28% | 18% | 5% |
| Wake up unrefreshed | 32% | 18% | 10% |
| Wake up too early | 20% | 10% | 6% |
| Any sleep problem | 49% | 31% | 12% |

ISO9000

Confidential



# Profile of sufferers

| | Any problem (regular sufferers*) | Adult population aged 18+ |
| --- | --- | --- |
| *Gender* | | |
| Male | 31% | 45% |
| Female | 61% | 55% |
| *Age* | | |
| 18-34 | 17% | 20% |
| 35-54 | 36% | 36% |
| 55-64 | 18% | 20% |
| 65+ | 28% | 24% |
| *Gross household income* | | |
| Top | 13% | 11% |
| Middle | 25% | 26% |
| Bottom | 31% | 30% |

*regular = suffer at least several times a month

ISO9000

Confidential



# Profile of sufferers – By problem

| | Difficulty asleep | Awake in night | Wake unrefreshed | Wake too early |
|---|---|---|---|---|
| **Gender** | | | | |
| Male | 35% | 38% | 38% | 46% |
| Female | 65% | 62% | 62% | 54% |
| **Age** | | | | |
| 18-34 | 17% | 12% | 22% | 10% |
| 35-54 | 34% | 35% | 43% | 31% |
| 55-64 | 19% | 19% | 17% | 24% |
| 65+ | 30% | 34% | 18% | 35% |
| **Gross household income** | | | | |
| Top | 12% | 11% | 14% | 14% |
| Middle | 24% | 22% | 27% | 18% |
| Bottom | 32% | 36% | 29% | 39% |

ISO9000

Confidential

Pfizer_LTive_0006570



# Frequency of suffering (per year)

| | Difficulty asleep | Awake in night | Wake unrefreshed | Wake too early |
|---|---|---|---|---|
| **All adults** | **34** | **46** | **43** | **26** |
| *Gender* | | | | |
| Male | 25 | 40 | 33 | 25 |
| Female | 40 | 51 | 51 | 26 |
| *Age* | | | | |
| 18-34 | 27 | 24 | 47 | 11 |
| 35-54 | 25 | 37 | 52 | 21 |
| 55-64 | 33 | 49 | 34 | 33 |
| 65+ | 51 | 75 | 33 | 39 |
| *Gross household income* | | | | |
| Top | 25 | 40 | 43 | 26 |
| Middle | 23 | 32 | 40 | 16 |
| Bottom | 42 | 60 | 43 | 37 |

ISO9000

Pfizer_LTive_0006571



# Frequency of acute sleepiness during day

| Freq of sleepiness | All adults | All sufferers | Regular sufferers |
|---|---|---|---|
| Ever | 28% | 43% | 45% |
| Weekly+ | 12% | 19% | 21% |
| Monthly+ | 20% | 32% | 35% |
| Times per year | 29 | 46 | 50 |

ISO9000



# Most Troubling Problem

|  | All sufferers | Regular sufferers |
|---|---|---|
| Difficulty falling asleep | 25% | 25% |
| Awake during night | 24% | 25% |
| Wake up unrefreshed | 35% | 35% |
| Wake up too early | 13% | 12% |

ISO9000

Pfizer_LTive_0006573



# Causes of sleep disruption

ISO9000

Confidential



# Causes of sleep disruption

ꓦ The factors which most commonly cause sleeplessness in adults are: stress (27% of adults), restless legs (20%) and physical pain (18%).

ꓦ Stress is also the most frequent cause, with approximately one in six adults claiming it interferes with their sleep at least once a month.

ꓦ Women and middle-aged adults suffer from a wide range of factors affecting their sleep – in particular a snoring partner and pauses in breathing of self/their partner. Stress and noise also affect these groups more than any other.

ꓦ Allergies are a bigger problem for younger (and middle-aged) adults.

ꓦ Physical pain, jet lag and restless legs all index higher against adults aged 55+.

ISO9000

Confidential

Pfizer_L'Tive_0006575



# Frequency of factors causing disruption
## Amongst adults 18+

| | Ever Suffer | Suffer weekly+ | Suffer monthly+ |
|---|---|---|---|
| Pain or physical discomfort | 18% | 5% | 11% |
| Allergies or respiratory probs | 8% | 2% | 5% |
| Indigestion/heartburn | 12% | 2% | 6% |
| Stress or worries | 27% | 7% | 16% |
| Noise, light, temperature | 14% | 4% | 8% |
| Snoring sound of a partner | 7% | 3% | 5% |
| Pause in breathing of self | 3% | 1% | 2% |
| Pause in breathing of partner | 2% | 0 | 1% |
| Jet lag/travelling (hotel bed) | 10% | 1% | 2% |
| Unpleasant feelings in legs | 20% | 5% | 11% |

ISO9000

Confidential



# Profile of Sufferers — By causes (1)

| | Pain | Allergy | Indign | Stress | Noise etc | Snoring partner |
|---|---|---|---|---|---|---|
| **Gender** | | | | | | |
| Male | 40% | 32% | 42% | 38% | 39% | 23% |
| Female | 60% | 68% | 58% | 62% | 61% | 77% |
| **Age** | | | | | | |
| 18-34 | 13% | 22% | 13% | 17% | 18% | 10% |
| 35-54 | 31% | 42% | 43% | 44% | 41% | 48% |
| 55-64 | 25% | 16% | 19% | 21% | 17% | 20% |
| 65+ | 31% | 21% | 25% | 18% | 24% | 22% |
| **Gross household income** | | | | | | |
| Top | 11% | 14% | 14% | 16% | 11% | 13% |
| Middle | 24% | 34% | 26% | 29% | 26% | 27% |
| Bottom | 32% | 26% | 29% | 25% | 32% | 24% |

ISO9000

# Profile of Sufferers – By causes (2)

| | Pause/self | Pause/partner | Travel | Legs |
|---|---|---|---|---|
| **Gender** | | | | |
| Male | 35% | 27% | 32% | 34% |
| Female | 65% | 73% | 68% | 66% |
| **Age** | | | | |
| 18-34 | 9% | 8% | 17% | 11% |
| 35-54 | 44% | 54% | 34% | 32% |
| 55-64 | 19% | 15% | 19% | 26% |
| 65+ | 28% | 23% | 31% | 31% |
| **Gross household income** | | | | |
| Top | 9% | 19% | 19% | 10% |
| Middle | 23% | 27% | 26% | 25% |
| Bottom | 37% | 27% | 32% | 34% |

ISO9000



# Frequency of suffering (per year)
## Amongst current sufferers

| | All adults | All sufferers | Regular sufferers |
|---|---|---|---|
| Pain or physical discomfort | 14 | 22 | 24 |
| Allergies or respiratory probs | 7 | 10 | 10 |
| Indigestion/heartburn | 7 | 10 | 11 |
| Stress or worries | 19 | 32 | 35 |
| Noise, light, temperature | 12 | 17 | 18 |
| Snoring sound of a partner | 10 | 14 | 15 |
| Pause in breathing of self | 4 | 5 | 5 |
| Pause in breathing of partner | 3 | 3 | 4 |
| Jet lag/travelling (hotel bed) | 4 | 6 | 7 |
| Unpleasant feelings in legs | 17 | 24 | 26 |

ISO9000

Pfizer_LTive_0006579



# Treatment in past 12 months

ISO9000

Pfizer_LTive_0006580



# Treatment in past 12 months

- Nearly two thirds of sufferers (64%) have not done anything to treat their suffering in the past 12 months.

- Treatment involving medication is lower than in European markets, with just 16% of sufferers choosing to take a product. Those that do take something typically get it on prescription with few buying OTC.

- Women and adults aged 55+ are more likely to take a medication.

- For 18-54 year olds the preferred treatment is either a warm drink or to do something relaxing.

- Adults suffering from a difficulty in falling sleep and being awake a lot during the night are the most likely to treat their problem. Those complaining of feeling unrefreshed in the morning are the least likely to treat, despite this being seen as the most troubling problem.

- A possible explanation for the low treatment levels is that sufferers are not able to identify the cause of their sleeping problems and consequently do not do anything about it. Where the cause is known (eg stress, physical pain, noise etc) the treatment levels are high (c.60% treating). If sufferers cannot identify why they are feeling tired in the morning or awake at night it may be that they just carry on with things and put it behind them without addressing the problem.

ISO9000



# Treatment in past 12 months
## - by sufferer -

|  | All sufferers | Regular sufferers |
|---|---|---|
| Any medication | 16% | 17% |
| Prescription medicine | 13% | 14% |
| OTC remedy | 1% | 1% |
| Pharmacist rec. medicine | 1% | 1% |
| Herbal/nutritional supplnt | 2% | 2% |
| Warm drink | 6% | 7% |
| Relaxing activity (bath etc) | 14% | 15% |
| Notthing | 64% | 62% |

ISO9000

Confidential

Pfizer_L'Tive_0006582



# Treatment in past 12 months
## - by problems-

| | Difficulty asleep | Awake in night | Wake unrefrsd | Wake too early |
|---|---|---|---|---|
| Any medication | 23% | 20% | 15% | 20% |
| Prescription medicine | 20% | 17% | 12% | 16% |
| OTC remedy | 1% | 1% | 1% | 2% |
| Pharmacist rec. medicine | 1% | 1% | 1% | 1% |
| Herbal/nutritional supplnt | 2% | 2% | 2% | 3% |
| Warm drink | 8% | 8% | 8% | 6% |
| Relaxing activity (bath etc) | 18% | 17% | 16% | 18% |
| Nothing | 55% | 57% | 62% | 60% |

ISO9000

Confidential

Pfizer_LTive_0006583

# Profile of treaters using different methods – indexed against overall sufferer profile –

| | Warm drink | Rx medicine activity | Relaxing | Any medication |
|---|---|---|---|---|
| **Gender** | | | | |
| Male | 33 | 85 | 79 | 75 |
| Female | 150 | 115 | 114 | 119 |
| **Age** | | | | |
| 18-34 | 163 | 32 | 94 | 31 |
| 35-54 | 162 | 49 | 131 | 75 |
| 55-64 | 50 | 115 | 79 | 106 |
| 65+ | 50 | 208 | 79 | 175 |
| **Gross household income** | | | | |
| Top | 100 | 69 | 121 | 69 |
| Middle | 83 | 62 | 86 | 63 |
| Bottom | 117 | 123 | 107 | 119 |

ISO9000

Confidential



# Getting advice

ISO9000

Confidential

Pfizer_LTive_0006585



# Getting advice

∀ Only 8% of adults have ever consulted a doctor about a sleep problem. Amongst regular sufferers the figure is 15%.

∀ Women and the over 55's are more likely to have sought advice as are sufferers who complain of having difficulty getting to sleep. Those who feel unrefreshed in the morning are the least likely to have seen a doctor about the problem.

∀ In the majority of cases (87%) the doctor prescribed medication. Only a small minority of patients were diagnosed with having insomnia or restless leg syndrome. In 7% of cases no help was given by the doctor.

∀ As with treatment, those who could identify a cause of their suffering were more likely to have seen a doctor for advice.

ISO9000

Confidential

# No. of sufferers who have consulted a doctor

Ipsos

ISO9000

| | | Adults aged 18+ | All regular sufferers |
|---|---|---|---|
| Ever consulted | | 8% | 15% |
| Gender | Male | 29% | 30% |
| | Female | 71% | 70% |
| Age | 65+ | 50% | 54% |
| | 55-64 | 26% | 24% |
| | 35-54 | 19% | 19% |
| | 18-34 | 4% | 4% |
| Gross household income | Top | 10% | 8% |
| | Middle | 14% | 15% |
| | Bottom | 42% | 41% |

Confidential

Pfizer_LTive_0006587



# Advice – By problem

No. consulting doctor

| | Difficulty asleep | Awake in night | Wake unrefrsd | Wake too early |
|---|---|---|---|---|
| | 26% | 20% | 14% | 22% |

ISO9000

Confidential



# Summary

Confidential

Pfizer_LTive_0006589



# Summary

∀ Japanese market shows:

∀ Relatively high levels of suffering from sleep problems, with 'feeling unrefreshed' being the most troublesome

∀ Profile of sufferers shows a strong bias towards women and a small bias towards adults aged over 65.

∀ Factors behind problems are quite wide-ranging, but stress, restless legs and physical pain are the main causes.

∀ Treatment levels are low with around only one in three taking any action and just 16% taking medication (mostly prescribed)

∀ Treatment levels highest amongst older respondents (65+) and women. Treatment looks to be linked to understanding the cause of the sleep problems (stress, pain, noise etc). Treatment was far higher for those who understood what was causing problems – suggesting ignorance rather than strong feelings against using medication for treating problems could be the chief barrier. Alternatively there may be an attitudinal barrier which makes people 'accept' sleeplessness without wanting to understand more about what is causing it and how the problem can be addressed.

∀ Very few sufferers have taken advice from a doctor. For those that do, the most common response is a prescribed medicine. Most doctors seem to offer some help to sufferers.

ISO9000

Confidential

# Poor Quality Sleep
## STUDY RESULTS

Pfizer_LTive_0006591

# Study Design

- Evaluated effects in subjects with poor quality sleep
  - Sleep and sleep quality
  - Sleepiness
  - Mood

- 1 week placebo run-in, 2 week randomized treatment period, 1 week placebo run-out
  - Dosing 30 mins prior to bedtime
  - Morning assessments: subjective sleep/sleep quality, and sleepiness
  - Evening assessments: sleepiness

- Multiple dose: gabapentin 100, 250, and 500 mg; placebo

Pfizer_LTive_0006592

# Study Instruments

- Sleep and sleep quality:
  - Karolinska Sleep Diary (sleep quality component)
  - Subjective sleep latency
  - Subjective total sleep time
  - Subjective number of nighttime awakenings
  - Subjective assessment of sleep refreshment

- Sleepiness: Stanford Sleepiness Scale

- Mood: Profile of Mood States (short form)

- Primary endpoints
  - KSD-SQI after the first two nights of treatment

Pfizer_LTive_0006593



Karolinska Sleep Diary
Sleep Quality Component
(Primary Endpoint)

Confidential

Number of Nighttime Awakenings

* p≤ 0.05

Pfizer_LTive_0006595

# Other Results and Conclusions

- Directional improvement in POMS (increased vigor and decreased fatigue).

- Improvement in subject global evaluation for the 500 mg dose (p=0.05) at the end of active treatment.

- No rebound effect on sleep quality next evening

- No dose-related adverse experiences

- Supports continuing investigation of 250 and 500 mg doses

Confidential

# Gabapentin/Ambien Interaction Study

- Open-label, single-dose, 3-period crossover
  - gabapentin 500 mg
  - zolpidem 10mg (Ambien)
  - gabapentin 500 mg + zolpidem 10mg

- No change in pharmacokinetic profiles

Confidential

# PHASE-SHIFTED SLEEP
## STUDY RESULTS

Confidential

# Study Design

- Evaluated acute effects in healthy normals
  - Sleep and sleep quality
  - Psychomotor performance
  - Jet lag symptoms
  - Mood

- Modeled after 6 hour phase advance
  - Dosing and dinner: 4:30pm
  - In bed: 5:00 - 11:00pm
  - Post-dose assessments: 11:00pm - 5:00pm
    Outpatient assessments: 5:00pm - next morning

- Single dose: gabapentin 100, 250, and 500 mg; placebo

Confidential

# Study Instruments

- Sleep and sleep quality
  - Karolinska Sleep Diary (sleep quality component)
  - Subjective sleep latency
  - Subjective total sleep time
  - Subjective number of nighttime awakenings
  - Subjective assessment of sleep refreshment

- Alertness: psychomotor vigilance task
  - Measures reaction time
  - No learning effect, 10 minute task every 2 hours

# Study Instruments

- ## Jet lag symptoms
  - Columbia Jet Lag Scale
  - Stanford Sleepiness Scale

- ## Mood: Profile of Mood States (short form)

- ## Primary endpoints
  - Sleep quality component of Karolinska sleep diary
  - Median reaction time 6 hours after arising

Confidential






Confidential

Pfizer_LTive_0006604



Pfizer_LTive_0006605

# Other Results and Conclusions

- No impairment in psychomotor performance
- No effect on mood and jet lag symptoms
- No rebound effect on sleep quality next evening
- No dose-related adverse experiences
- Supports continuing investigation of 250 and 500 mg doses

# POLYSOMNOGRAPHY STUDY

Confidential

# Study Objectives

- Evaluate the acute effect of single gabapentin doses, 250 to 500 mg in subjects whose sleep quality will be acutely decreased by Phase-Shift.

  - *__Primary:__* effect of gabapentin on PSG variables

  - *__Secondary:__* Sleep quality (KSD-SQI), subjective sleep assessments, sleepiness, cognitive performance, and the relationship of KSD to PSG variables

Confidential

# Study Design

- Visit 1: Screen (determine subject eligibility)

- Visit 2: (approximately 36 hrs at sleep lab)

    – Sleep Period 1: Baseline assessments (lights-out @10:30pm)

    – Sleep Period 2: Phase-Shift and Treatment Assessments (lights out @ 5 pm)

Confidential

# Study Instruments

- ## Sleep and sleep quality:
  - Karolinska Sleep Diary (sleep quality component)
  - Subjective Sleep Latency (SSL)
  - Subjective Total Sleep Time (STST)
  - Subjective Number of Nighttime Awakenings (SNNA)
  - Subjective Assessment of Sleep Refreshment (SASR)
  - Subjective Assessment of Sleep Quality (SASQ)

- ## Sleepiness:
  - Stanford Sleepiness Scale (SSS)

- ## Cognitive Performance:
  - Digit Symbol Substitution Test (DSST)

# Polysomnography Variables

- Primary Efficacy Variable:
  - Sleep efficiency

- Secondary Efficacy Variable:
  - Subjective assessment of sleep refreshment
  - Latency to Persistent Sleep (LPS)
  - Latency to REM
  - Total Sleep Time (TST)
  - Nujber of Awakenings
  - Percent of Stages 1,2,3,4 (non-REM) and REM sleep
  - Percent Slow wave Sleep (SWS, Stages 3&$ combined)
  - Wake After Sleep Onset (WASO)
  - Movement Time (M)
  - Body Position Change Index

to occlusions, but the lack of sequential vascular imaging before and after thrombolysis makes it difficult to evaluate the role of tPA in the incidence of occlusive forms. In our series, 1 patient of 11 had intracranial dissection, whereas the frequency of intracranial extension is usually considered to be less than 10%.[1] Our data indicate that tPA does not seem to carry a significant risk of intracranial extension or aneurysmal dilatation with local compressive signs.

Concerning the efficacy of tPA in stroke related to ICA dissection, no firm conclusion can be drawn from our series. The real outcome of ICA dissection is difficult to estimate because the rate of severe cases with large stroke varies among the studies.[1] In a series of 30 patients with stroke related to ICA dissection, 7 patients died and only 12 had a good recovery.[10] In our series, 4 patients of 11 (36.4%) had a complete recovery (m-RS: 0 to 1) and 7 patients of 11 (63.6%) had a significant disability (m-RS: 3 to 4) at 3 months. In contrast, we observed a 45% rate of complete recovery (m-RS: 0 to 1) in a series of 100 patients with acute stroke treated with IV tPA (0.8 mg/kg) within the first 7 hours (mean baseline SSS score = 19.3).[6] We observed a low rate of arterial patency after IV tPA was given to patients with ICA dissection. Given that angiography was performed in all patients after tPA was administered, 9 patients of 11 showed no evidence of recanalization (occlusion of the ICA or middle cerebral artery). However, the absence of a control group precludes any definite conclusions about the clinical and radiologic efficacy of tPA in stroke related to ICA dissection. The patients in our series had severe strokes with a high

rate of ICA cervical occlusion. Therefore, our findings do not rule out a benefit for tPA in stroke related to ICA dissection. Further evaluation of IV and intra-arterial tPA is needed in stroke related to cervicocerebral artery dissection to address the efficacy of thrombolysis in this setting.

## References

1. Guillon B, Lévy C, Bousser MG. Internal carotid artery dissection: an update. J Neurol Sci 1998;153:146–158.
2. Hacke W, Kaste M, Fieschi C, et al., for the ECASS Study Group. Intravenous thrombolysis with recombinant tissue plasminogen activator for acute hemispheric stroke. JAMA 1995;274:1017–1025.
3. Hacke W, Kaste M, Fieschi C, et al., for the Second European-Australasian Acute Stroke Study Investigators. Randomised double-blind placebo-controlled trial of thrombolytic therapy with intravenous alteplase in acute ischaemic stroke (ECASS II). Lancet 1998;352:1245–1251.
4. The National Institute of Neurological Disorders and Stroke rt-PA Stroke Study Group. Tissue plasminogen activator for acute ischemic stroke. N Engl J Med 1995;333:1581–1587.
5. Scandinavian Stroke Study Group. Multicenter trial of hemodilution in ischemic stroke: background and study protocol. Stroke 1985;16:885–890.
6. Trouillas P, Nighoghossian N, Derex L, et al. Thrombolysis in a series of 100 cases of acute carotid territory stroke with intravenous tissue plasminogen activator: determination of etiological, topographical and radiological outcome factors. Stroke 1998;29:2529–2540.
7. Rankin J. Cerebral vascular accidents in patients over the age of 60. 2. prognosis. Scott Med J 1957;2:200–215.
8. Kothari R, Brott T, Broderick J, Barsan W, Sauerbeck L, Zuccarello M. The ABCs of measuring intracerebral hemorrhage volume. Stroke 1996;27:1304–1305.
9. Jacobs A, Rudolf J, Neveling M, et al. Systemic thrombolytic therapy of cerebro-cervical artery dissections: risk or benefit? Cerebrovasc Dis 1999;9(suppl 1):100. Abstract.
10. Bogousslavsky J, Despland PA, Regli F. Spontaneous carotid dissection with acute stroke. Arch Neurol 1987;44:137–140.

---

# Gabapentin's effects on hot flashes and hypothermia

**Article abstract**—The author describes six cases in which gabapentin treatment reduced the frequency of hot flashes. In addition, gabapentin treatment enhanced the frequency of hypothermic episodes in a separate patient with known hypothalamic dysfunction. Gabapentin may act directly upon temperature regulatory centers. **Key words:** Gabapentin—Hot flashes—Hypothermia.

NEUROLOGY 2000;54:2161–2163

Thomas J. Guttuso, Jr., MD

It has been postulated that hot flashes result from a transient lowering of the hypothalamic temperature regulatory set point.[1] This results in a sudden perception of heat and activation of physiologic cooling processes such as sweating and cutaneous vasodilation—i.e., a hot flash. The mechanism involved for the transient lowering in the thermoregulatory set

point is not known; however, there is evidence that overactivity of hypothalamic substance-P projections may be involved in triggering a hypothalamic cooling center such as the medial preoptic area (MPOA).[2,3]

Gabapentin, a gamma-aminobutyric acid (GABA) analogue, is used in the treatment of epilepsy, neurogenic pain, restless legs syndrome, essential tremor, bipolar disorder, and migraine.[4] I describe six cases in which gabapentin treatment reduced the frequency of hot flashes.

**Case reports.** The relevant data for Patients 1 through 6 are summarized in the table. Gabapentin treatment has

From the Department of Neurology, University of Rochester, NY.
Received November 12, 1999. Accepted in final form February 29, 2000.
Address correspondence and reprint requests to Dr. Thomas Guttuso, Department of Neurology, University of Rochester, 601 Elmwood Avenue, Rochester, NY 14642; thomas_guttuso@urmc.rochester.edu

Copyright © 2000 by the American Academy of Neurology    2161

Pfizer_LTive_0006612

*Table Patient data*

| Patient no. | Cause of hot flashes | Baseline no. hot flashes/24 h | Gabapentin dose, mg | No. of days to respond | Post-treatment no. hot flashes/24 h |
|---|---|---|---|---|---|
| 1 | TAH/BSO | 10–15 | 300 TID | 2 | 0 |
| 2 | TAH/BSO | 15–20 | 300 BID | 2 | 1 |
| 3 | Tamoxifen | 4 | 300 TID | 2 | 1 |
| 4 | Leuprolide acetate | 15 | 300 QHS | 1 | 5 |
| 5 | TAH/BSO | 8 | 200 QHS | 1 | 0 |
| 6 | TAH/BSO | 40 | 400 QID | 3 | 5 |

TAH = total abdominal hysterectomy; BSO = bilateral salpingo-oophorectomy.

been associated with an average 87% reduction in hot flash frequency among these six patients. Hot flash Patients 1 and 4 and hypothermic Patient 7 are described in greater detail in the following.

*Patient 1.* Patient 1 is a 52-year-old woman who had complete resolution of her hot flashes 2 days after starting gabapentin for migraine prophylaxis. The patient was status-post total abdominal hysterectomy and bilateral salpingo-oophorectomy in 1993 for uterine fibroids and had been placed on oral estrogen. In 1995, the patient begun developing common migraine headaches that responded well to sumatriptan. In September 1998, estrogen was discontinued in an attempt to decrease the frequency of her migraine headaches. One month later, she began to develop typical hot flashes that persisted until she sought neurologic consultation the following December. At that time, the patient was having 10 to 15 hot flashes per day and two migraine headaches per week. Gabapentin 300 mg tid was started for migraine prophylaxis; the patient did not mention hot flashes on her first visit. In March 1999, the patient reported that her headaches were about the same but, curiously, her hot flashes had completely resolved 2 days after starting gabapentin. The dose was doubled to maximize migraine prophylaxis. I sought to assess a causal relationship between gabapentin treatment and the resolution of hot flashes; in April 1999, the patient agreed to taper off gabapentin over 5 days. The first day off treatment the patient had 11 daytime hot flashes as well as six more overnight that prevented her from sleeping. Gabapentin 300 mg tid was resumed the next morning and the patient has yet to experience another hot flash.

*Patient 4.* Patient 4 is a 58-year-old man diagnosed with stage 1 prostate cancer in July 1999. Ten days after receiving the standard hormone-altering treatment of 7.5 mg of leuprolide acetate depot injection, the patient began to experience leuprolide acetate's common side effect of hot flashes. He experienced about 15 hot flashes a day, 10 of which occurred at night and prevented him from sleeping. Gabapentin treatment of 300 mg every night completely resolved all nocturnal hot flashes and the consequent daytime sleepiness. Because the patient worked with heavy machinery and preferred not to take any potentially sedating medications during the day, the daytime hot flashes persisted. On several occasions the patient has forgotten to take gabapentin at night. Each subsequent night, the patient reported experiencing about 10 hot flashes. The patient has never experienced nocturnal hot flashes after taking gabapentin at bedtime.

*Patient 7.* Patient 7, who has known hypothalamic dysfunction manifest as episodes of hypothermia, experienced a 100-fold increase in frequency of these episodes during 6 months on gabapentin treatment. Once gabapentin was discontinued, the hypothermic episodes returned to their baseline frequency. Patient 7 is a 38-year-old man with a history of childhood tuberculosis meningitis resulting in severe mental retardation, seizure disorder, and hypothalamic dysfunction manifest as episodes of hypothermia occurring about once every 2 years. Gabapentin was added to his anticonvulsant regimen of phenobarbital and carbamazepine in February 1997 for seizure control. Over the following 6 months, the patient had 23 episodes of hypothermia, often with concomitant unresponsiveness. The lowest recorded temperature was 95.0 °F, with the average hypothermic temperature being 96.7 °F. All temperatures were recorded rectally. Blood sugars and thyroid function tests remained normal throughout these events. Gabapentin was discontinued in August 1997. The patient's next hypothermic episode was 1.5 years later, in February 1999. Since then, he has had two more hypothermic episodes. No other medication in the patient's history has been reported to increase the frequency of his hypothermic episodes.

**Discussion.** Gabapentin's mechanism of action is unknown. Unique binding sites for [³H]-gabapentin have been shown to concentrate in the cortex, hippocampus, basal ganglia, and cerebellum of male rat brain.[5] These binding sites are now known to be located on the alpha-2 delta subunit of voltage gated calcium channels (VGCC).[6] Hypothalamic calcium channel activity has been implicated as a mediator of temperature regulation.[7] N-type VGCC are concentrated in male and female rabbit brain cortex, basal ganglia, hippocampus, and ventromedial hypothalamus (VMH).[8] Inhibition of rat VMH in vivo causes hypothermia.[9] VMH also harbors the largest substance-P projection to a principal hypothalamic cooling center, the MPOA.[10] VMH may represent gabapentin's site of action in the putative treatment of hot flashes and the exacerbation of hypothermic episodes in Patient 7.

Further studies are needed to address this hypothesis. A double-blinded, placebo-controlled clinical trial examining gabapentin's efficacy in the treatment of hot flashes is in progress.

Confidential

Pfizer_LTive_0006613

### References

1. Kronenberg F, Downey JA. Thermoregulatory physiology of menopausal hot flushes: a review. Can J Physiol Pharmacol 1987;65:1312–1324.
2. Rance NE, Young WS. Hypertrophy and increased gene expression of neurons containing neurokinin-B and substance-P messenger ribonucleic acids in the hypothalami of postmenopausal women. Endocrinology 1991;128:2239–2247.
3. Schmid HA, Jansky L, Pierau FK. Temperature sensitivity of neurons in slices of the rat POAH area: effect of bombesin and substance P. Am J Physiol 1993;264:R449–R455.
4. Magnus L. Nonepileptic uses of gabapentin. Epilepsia 1999; 40:S66–S72.
5. Thurlow RJ, Hill DR, Woodruff GN. Comparison of the autoradiographic binding distribution of [3H]-gabapentin with excitatory amino acid receptor and amino acid uptake site distributions in rat brain. Br J Pharmacol 1996;118:457–465.
6. Gee NS, Brown JP, Dissanayake VU, Offord J, Thurlow R, Woodruff GN. The novel anticonvulsant drug, gabapentin (Neurontin), binds to the alpha 2 delta subunit of a calcium channel. J Biol Chem 1996;271:5768–5776.
7. Pillai NP, Ross DH. Activation of dihydropyridine receptors differentially regulates temperature responses in rat. Pharmacol Biochem Behav 1986;25:549–554.
8. Whorlow SL, Loncono RE, Angus JA, Wright CE. Distribution of N-type Ca2+ channel binding sites in rabbit brain following central administration of omega-conotoxin GVIA. Eur J Pharmacol 1996;315:11–18.
9. Shiraishi T, Mager M. Hypothermia following injection of 2-deoxy-D-glucose into selected hypothalamic sites. Am J Physiol 1980;239:R265–R269.
10. Yamano M, Inagaki S, Kito S, Tohyama M. A substance P-containing pathway from the hypothalamic ventromedial nucleus to the medial preoptic area of the rat: an immunohistochemical analysis. Neuroscience 1986;18:395–402.

## Status epilepticus with neuron-reactive serum antibodies: Response to plasma exchange

**Article abstract**—The authors report a patient with partial and secondarily generalized status epilepticus who required 70 days of general anesthesia for seizure control. Although antiepileptic medications failed to control the seizures, they resolved with plasma exchange. The patient's serum reacted with rat cerebral cortex, hippocampus, and cerebellum, but not with cells expressing the glutamate receptor GluR3. These findings suggest an immune response against neuronal antigens other than GluR3. **Key words:** Status epilepticus—Rasmussen's encephalitis—Plasma exchange—Glutamate receptor—Antibodies to GluR3.

NEUROLOGY 2000;54:2163–2165

M. Lousa, MD, PhD; S. Sanchez–Alonso, MD; R. Rodriguez–Diaz, MD; and J. Dalmau, MD, PhD

In 1942, Kopeloff et al.[1] demonstrated that injection of a foreign antigen into the cerebral cortex of a monkey resulted in epileptic seizures and postulated that autoimmune mechanisms operate in epileptic disorders associated with infectious or traumatic injuries of the brain. An autoimmune mechanism has been suggested for some patients with chronic unilateral encephalitis or Rasmussen's encephalitis (RE). Patients with this disorder have refractory seizures, typically accompanied by progressive hemiparesis and features of chronic encephalopathy.[2] The pathogenic role of glutamate receptor GluR3 antibodies in RE remains speculative.[3] Recent observations reported a transient clinical response to plasma exchange in four patients with RE, three of them with GluR3 antibodies.[4] Treatment with selective IgG immunoadsorption by protein A resulted in a reduction of GluR3 antibodies that correlated with clinical improvement in one patient with RE.[5]

We report a patient with long-lasting partial and secondarily generalized status epilepticus, whose serum showed reactivity against rat neurons and who improved with plasma exchange.

**Case report.** A 14-year-old boy with no history of trauma, infection, febrile convulsions, or viral illness presented with focal and secondarily generalized seizures that were refractory to antiepileptic drugs (AEDs). The patient had nearly continuous motor seizures involving the right side of the body, including face grimacing, lip-smacking, and deviation of his head to the left. These episodes were followed by secondary generalized tonic-clonic seizures of at least 3 minutes' duration, without recovery of consciousness between attacks. Seizures were unresponsive to therapeutic concentrations of AEDs, including phenobarbital (26 $\mu$g/mL), sodium valproate (50 $\mu$g/mL), phenytoin (15 $\mu$g/mL), and carbamazepine (5.5 $\mu$g/mL) and benzodiazepine. The patient was transferred to the intensive care unit and required general anesthesia with pentobarbital and mechanical ventilation to control his seizures. Treatment with phenobarbital, phenytoin, and carbamazepine was continued, with all AEDs at therapeutic doses. For 70 days, several attempts to withdraw anesthesia for a few minutes were followed by electroclinical seizures (focal and secondarily generalized). Treatment with acyclo-

From the Servicio de Neurología (Dr. Lousa), Unidad de Cuidados Intensivos (Drs. Sanchez-Alonso and Rodriguez-Diaz), Hospital Ramón y Cajal, Madrid, Spain; and the Department of Neurology (Dr. Dalmau), Memorial Sloan Kettering Cancer Center, Cornell University Medical Center, New York, NY.

Received November 16, 1998. Accepted in final form February 19, 2000.

Address correspondence and reprint requests to Dr. Manuel Lousa, Servicio de Neurología, Hospital Ramón y Cajal, Carret. De Colmenar Km 9, 28034 Madrid, Spain.

Copyright © 2000 by the American Academy of Neurology  **2163**