# EXHIBIT 55

| State | Misbranding Statute |
|---|---|
| Alabama | Code of Ala. § 20-1-26 |
| Alaska | Alaska Stat. § 17.20.290 |
| Arizona | A.R.S. § 32-1967 |
| Arkansas | A.C.A. § 20-56-215 |
| California | Cal Health & Saf Code § 111335 |
| Colorado | C.R.S. 25-5-415 (1) |
| Connecticut | Conn. Gen. Stat. § 21a-106 |
| Delaware | 16 Del. C. § 3308 |
| Florida | Fla. Stat. § 499.007 |
| Georgia | O.C.G.A. § 26-3-8 |
| Hawaii | HRS § 328-15 |
| Idaho | Idaho Code § 37-127 |
| Illinois | 410 ILCS 620/15 |
| Indiana | Burns Ind. Code Ann. § 16-42-3-4 |
| Iowa | Iowa Code § 126.10 |
| Kansas | K.S.A. § 65-669 |
| Kentucky | KRS § 217.065 |
| Louisiana | La. R.S. 40:617 |
| Maine | 32 M.R.S. § 13723 |
| Maryland | Md. HEALTH-GENERAL Code Ann. § 21-217 |
| Massachusetts | ALM GL ch. 94, § 187 |
| Michigan | MCLS § 333.17762 |
| Minnesota | Minn. Stat. § 151.36 |
| Missouri | § 196.100 R.S.Mo. |
| Montana | Mont. Code Anno., § 50-31-306 |
| Nebraska | R.R.S. Neb. § 71-2402 |
| Nevada | Nev. Rev. Stat. Ann. § 585.430 |
| New Hampshire | RSA 146:6 |
| New Jersey | N.J. Stat. § 24:5-18 |
| New Mexico | N.M. Stat. Ann. § 26-1-11 |
| New York | NY CLS Educ § 6815 |
| North Carolina | N.C. Gen. Stat. § 106-134 |
| North Dakota | N.D. Cent. Code, § 19-02.1-14 |
| Ohio | ORC Ann. 3715.64 |
| Oklahoma | 63 Okl. St. § 1-1409 |
| Pennsylvania | 35 P.S. § 780-108 |
| Rhode Island | R.I. Gen. Laws § 21-31-15 |
| South Carolina | S.C. Code Ann. § 39-23-40 |
| South Dakota | S.D. Codified Laws §§ 39-15-5 to 39-15-5-9 |
| Tennessee | Tenn. Code Ann. § 53-1-109 |
| Texas | Tex. Health & Safety Code § 431.112 |
| Utah | Utah Code Ann. § 58-17b-102 |
| Vermont | 18 V.S.A. § 4064 |
| Virginia | Va. Code Ann. § 54.1-3462 |
| Washington | Rev. Code Wash. (ARCW) § 69.04.450 |
| Wyoming | Wyo. Stat. § 35-7-116 |