EXHIBIT 57

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## PUBLIC HEALTH SERVICE
### FOOD AND DRUG ADMINISTRATION

## APPLICATION TO MARKET A NEW DRUG FOR HUMAN USE OR AN ANTIBIOTIC DRUG FOR HUMAN USE
*(Title 21, Code of Federal Regulations, 314)*

Form Approved: OMB No. 0910-0001
Expiration Date: December 31, 1995
See OMB Statement on Page 3.

**FOR FDA USE ONLY**

| DATE RECEIVED | DATE FILED |
|---|---|
| DIVISION ASSIGNED | NDA/ANDA NO. ASS. |

**NOTE:** No application may be filed unless a completed application form has been received (21 CFR Part 314).

| NAME OF APPLICANT | DATE OF SUBMISSION |
|---|---|
| Parke-Davis Pharmaceutical Research Division of Warner-Lambert Company | January 15, 1997 |

| ADDRESS (Number, Street, City, State and Zip Code) | TELEPHONE NO. (Include Area Code) |
|---|---|
| 2800 Plymouth Road, P.O. Box 1047 Ann Arbor, MI 48106-1047 | 313/996-7426 FAX 313/998-3283 |

**NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER (If previously issued)**
20-235/S-006

## DRUG PRODUCT

| ESTABLISHED NAME (e.g., USP/USAN) | PROPRIETARY NAME (if any) |
|---|---|
| Gabapentin Capsules | Neurontin® |

| CODE NAME (if any) | CHEMICAL NAME |
|---|---|
| CI-945 | 1-(aminomethyl) cyclohexane acetic acid |

| DOSAGE FORM | ROUTE OF ADMINISTRATION | STRENGTH(S) |
|---|---|---|
| Capsules | Oral | 100 mg, 300 mg and 400 mg |

**PROPOSED INDICATIONS FOR USE**
Expand approved indication to include monotherapy in epilepsy and to modify the recommendation for dose initiation and increase the effective dose and maximum recommended dose in epilepsy.

**LIST NUMBERS OF ALL INVESTIGATIONAL NEW DRUG APPLICATIONS (21 CFR Part 312), NEW DRUG OR ANTIBIOTIC APPLICATIONS (21 CFR Part 314), AND DRUG MASTER FILES (21 CFR 314.420) REFERRED TO IN THIS APPLICATIONS:**

## INFORMATION ON APPLICATION

### TYPE OF APPLICATION (Check one)

☒ THIS SUBMISSION IS A FULL APPLICATION (21 CFR 314.50)   ☐ THIS SUBMISSION IS AN ABBREVIATED APPLICATION (ANDA) (21 CFR 314.55)

IF AN ANDA, IDENTIFY THE APPROVED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION

| NAME OF DRUG | HOLDER OF APPROVED APPLICATION |
|---|---|

### STATUS OF APPLICATION (Check one)

☐ PRESUBMISSION   ☒ AN AMENDMENT TO A PENDING APPLICATION   ☐ SUPPLEMENTAL APPLICATION
☐ ORIGINAL APPLICATION   ☐ RESUBMISSION

### PROPOSED MARKETING STATUS (Check one).

☒ APPLICATION FOR A PRESCRIPTION DRUG PRODUCT *(Rx)*   ☐ APPLICATION FOR AN OVER-THE-COUNTER PRODUCT *(OTC)*

FORM FDA 356h (5/95)

Confidential                                                                                                              WLC_JTurner_003660

CONTENTS OF APPLICATION

This application contains the following items: (Check all that apply)

|   | |
|---|---|
|   | 1. Index |
|   | 2. Summary (21 CFR 314.50(c)) |
|   | 3. Chemistry, manufacturing, and control section (21 CFR 314.50(d)(1)) |
|   | 4. a. Samples (21 CFR 314.50(e)(1)) (Submit only upon FDA's request) |
|   | b. Methods Validation Package (21 CFR 314.50(e)(2)(i)) |
|   | c. Labeling (21 CFR 314.50(e)(2)(ii)) |
|   |   i. draft labeling (4 copies) |
|   |   ii. final printed labeling (12 copies) |
|   | 5. Nonclinical pharmacology and toxicology section (21 CFR 314.50(d)(2)) |
|   | 6. Human pharmacokinetics and bioavailability section (21 CFR 314.50(d)(3)) |
|   | 7. Microbiology section (21 CFR 314.50(d)(4)) |
|   | 8. Clinical data section (21 CFR 314.50(d)(5)) |
| X | 9. Safety update report (21 CFR 314.50(d)(5)(vi)(b)) |
|   | 10. Statistical section (21 CFR 314.50(d)(6)) |
|   | 11. Case report tabulations (21 CFR 314.50(f)(1)) |
| X | 12. Case reports forms (21 CFR 314.50(f)(1)) |
|   | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) |
|   | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355(b)(2) or (j)(2)(A)) |
|   | 15. OTHER (Specify) |

I agree to update this application with new safety information about the drug that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit these safety update reports as follows: (1) 4 months after the initial submission, (2) following receipt of an approvable letter and (3) at other times as requested by FDA. If this application is approved, I agree to comply with all laws and regulations that apply to approved applications, including the following:
1. Good manufacturing practice regulations in 21 CFR 210 and 211.
2. Labeling regulations in 21 CFR 201.
3. In the case of a prescription drug product, prescription drug advertising regulations in 21 CFR 202.
4. Regulations on making changes in application in 21 CFR 314.70, 314.71, and 314.72.
5. Regulations on reports in 21 CFR 314.80 and 314.81.
6. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the controlled substances Act I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.

| NAME OF RESPONSIBLE OFFICIAL OR AGENT | SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | DATE |
|---|---|---|
| Janeth L. Turner, R.N., B.S.N.<br>Director<br>Worldwide Regulatory Affairs | *Janeth L. Turner* | 1/15/97 |
| ADDRESS (Street, City, State, Zip Code)<br>2800 Plymouth Road, P.O. Box 1047<br>Ann Arbor, MI 48106-1047 | TELEPHONE NO. (Include Area Code)<br>313/996-7596<br>FAX 313/996-7890 | |

(WARNING: A willfully false statement is a criminal offense. U.S.C. Title 18, Sec. 1001.)

FORM FDA 356h(5/95)   Page 2



| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | Form Approved: OMB No. 0910-0001<br>Expiration Date: December 31, 1995<br>See OMB Statement on Page 3. | |
|---|---|---|
| **APPLICATION TO MARKET A NEW DRUG FOR HUMAN USE OR AN ANTIBIOTIC DRUG FOR HUMAN USE**<br>(Title 21, Code of Federal Regulations, 314) | **FOR FDA USE ONLY** | |
| | DATE RECEIVED | DATE FILED |
| | DIVISION ASSIGNED | NDA/ANDA NO. ASS. |

| NAME OF APPLICANT<br>Parke-Davis Pharmaceutical Research<br>Division of Warner-Lambert Company | DATE OF SUBMISSION<br>January 15, 1997 |
|---|---|
| ADDRESS (Number, Street, City, State and Zip Code)<br>2800 Plymouth Road, P.O. Box 1047<br>Ann Arbor, MI 48106-1047 | TELEPHONE NO. (Include Area Code)<br>313/996-7426<br>FAX 313/998-3283 |
| | NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER (If previously issued)<br>20-235/S-006 |

### DRUG PRODUCT

| ESTABLISHED NAME (e.g., USP/USAN)<br>Gabapentin Capsules | PROPRIETARY NAME (if any)<br>Neurontin® | |
|---|---|---|
| CODE NAME (if any)<br>CI-945 | CHEMICAL NAME<br>1-(aminomethyl) cyclohexane acetic acid | |
| DOSAGE FORM<br>Capsules | ROUTE OF ADMINISTRATION<br>Oral | STRENGTH(S)<br>100 mg, 300 mg and 400 mg |

PROPOSED INDICATIONS FOR USE
Expand approved indication to include monotherapy in epilepsy and to modify the recommendation for dose initiation and increase the effective dose and maximum recommended dose in epilepsy.

LIST NUMBERS OF ALL INVESTIGATIONAL NEW DRUG APPLICATIONS (21 CFR Part 312), NEW DRUG OR ANTIBIOTIC APPLICATIONS (21 CFR Part 314), AND DRUG MASTER FILES (21 CFR 314.420) REFERRED TO IN THIS APPLICATIONS:

### INFORMATION ON APPLICATION

**TYPE OF APPLICATION** (Check one)

☒ THIS SUBMISSION IS A FULL APPLICATION (21 CFR 314.50)   ☐ THIS SUBMISSION IS AN ABBREVIATED APPLICATION (ANDA) (21 CFR 314.55)

IF AN ANDA, IDENTIFY THE APPROVED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION

| NAME OF DRUG | HOLDER OF APPROVED APPLICATION |
|---|---|

**STATUS OF APPLICATION** (Check one)

☐ PRESUBMISSION    ☒ AN AMENDMENT TO A PENDING APPLICATION    ☐ SUPPLEMENTAL APPLICATION
☐ ORIGINAL APPLICATION    ☐ RESUBMISSION

**PROPOSED MARKETING STATUS** (Check one)

☒ APPLICATION FOR A PRESCRIPTION DRUG PRODUCT (Rx)    ☐ APPLICATION FOR AN OVER-THE-COUNTER PRODUCT (OTC)

FORM FDA 356h (5/95)

Confidential
WLC_JTurner_003662

Pharmaceutical  2800 Plymouth Road  Phone 313/996-7000
Research        Ann Arbor, MI
                48105



PARKE-DAVIS
People Who Care

January 15, 1997

NDA 20-235/S-006
Ref. No. 194
Neurontin® (gabapentin capsules)

Re: Supplement 006
    First (4-Month) Safety Update

Paul D. Leber, M.D.
Director
Division of Neuropharmacological
  Drug Products (HFD-120)
Document Control Room 4037
Center for Drug Evaluation and Research
Food and Drug Administration
Woodmont Office Center 2
1451 Rockville Pike
Rockville, Maryland  20852

Dear Dr. Leber:

Reference is made to the approved NDA 20-235 and to the pending supplement 006 filed September 16, 1996. This submission updates the safety information in the pending supplement 006.

As agreed at our June 10, 1996 teleconference concerning this supplement, this safety update provides information only for deaths, withdrawals due to adverse events, and serious adverse events. The cut-off date for data in this safety update is September 30, 1996.

Should you have any questions regarding this submission, please contact me at 313/996-7426 or FAX 313/996-3283.

Sincerely,

Janeth L. Turner, R.N., B.S.N.
Director
Worldwide Regulatory Affairs

JT\rm
t:\nda\20-235\011597.194

Attachments

Division of Warner-Lambert Company

Confidential                                                          WLC_JTurner_003663