EXHIBIT 58

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION | Form Approved: OMB No. 0910-0338<br>Expiration Date: March 31, 2003<br>See OMB Statement on page 2. |
|---|---|
| **APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE**<br>(Title 21, Code of Federal Regulations, Parts 314 & 601) | FOR FDA USE ONLY<br>APPLICATION NUMBER |

**APPLICANT INFORMATION**

| NAME OF APPLICANT: Parke-Davis Pharmaceuticals Limited | DATE OF SUBMISSION: August 6, 2001 |
|---|---|
| TELEPHONE NO. (Include Area Code) 734/622-1819 | FACSIMILE (FAX) Number (Include Area Code) 734/622-2856 |
| APPLICANT ADDRESS (Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued):<br>P.O. Box 4119<br>Vega Baja<br>Puerto Rico 00694-4119 | AUTHORIZED U.S. AGENT NAME & ADDRESS (Number, Street, City, State, ZIP Code, telephone & FAX number) IF APPLICABLE<br>Parke-Davis Pharmaceutical Research<br>Division of Warner-Lambert Company<br>2800 Plymouth Road, P.O. Box 1047<br>Ann Arbor, Michigan 48106-1047 |

**PRODUCT DESCRIPTION**

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER (If previously issued) 21-397

| ESTABLISHED NAME (e.g., Proper name, USP/USAN name)<br>Gabapentin | PROPRIETARY NAME (trade name) IF ANY<br>Neurontin® |
|---|---|
| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME (If any)<br>1-(aminomethyl) cyclohexane acetic acid | CODE NAME (If any)<br>CI-945 |
| DOSAGE FORM: Capsules | STRENGTHS: 100, 300 & 400 mg Capsules | ROUTE OF ADMINISTRATION: Oral |

(PROPOSED) INDICATION(S) FOR USE:
Management of Neuropathic pain

**APPLICATION INFORMATION**

APPLICATION TYPE (check one)    ☒ NEW DRUG APPLICATION (21 CFR 314.50)    ☐ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
☐ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE    ☒ 505 (b)(1)    ☐ 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug                                    Holder of Approved Application

TYPE OF SUBMISSION (check one)    ☐ ORIGINAL APPLICATION    ☐ AMENDMENT TO A PENDING APPLICATION    ☐ RESUBMISSION
☐ PRESUBMISSION    ☐ ANNUAL REPORT    ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT    ☒ EFFICACY SUPPLEMENT
☐ LABELING SUPPLEMENT    ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT    ☐ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION: _____

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY    ☐ CBE    ☐ CBE-30    ☒ Prior Approval (PA)

REASON FOR SUBMISSION    Proposed New Indication

PROPOSED MARKETING STATUS (check one)    ☒ PRESCRIPTION PRODUCT (Rx)    ☐ OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED    101    THIS APPLICATION IS    ☐ PAPER    ☒ PAPER AND ELECTRONIC    ☐ ELECTRONIC

ESTABLISHMENT INFORMATION (Full establishment information should be provided in the body of the Application.)
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)
NDA 20-235, NDA 20-882, NDA 21-129, NDA 21-216

FORM FDA 356h (4/00)    Created by Media Arts/USDHHS: (301) 443-2454 EF
PAGE 1

| | This application contains the following items: *(Check all that apply)* |
|---|---|
| ✔ | 1. Index     Paper and Electronic |
| ✔ | 2. Labeling *(check one)*     ☑ Draft Labeling     ☐ Final Printed Labeling     Electronic |
| ✔ | 3. Summary (21 CFR 314.50 (c))     Electronic |
| ✔ | 4. Chemistry section     Electronic |
| ✔ |    A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) |
| |    B. Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| |    C. Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2) |
| ✔ | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2)     Paper and Electronic |
| ✔ | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2)     Paper and Electronic |
| | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) |
| ✔ | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2)     Paper and Electronic |
| | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) |
| ✔ | 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2)     Paper and Electronic |
| ✔ | 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2)     Electronic |
| ✔ | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2)     Electronic |
| ✔ | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c))     Paper and Electronic |
| | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or (j)(2)(A)) |
| | 15. Establishment description (21 CFR Part 600, if applicable) |
| ✔ | 16. Debarment certification (FD&C Act 306 (k)(1))     Paper and Electronic |
| | 17. Field copy certification (21 CFR 314.50 (k)(3)) |
| ✔ | 18. User Fee Cover Sheet (Form FDA 3397)     Paper and Electronic |
| ✔ | 19. Financial Information (21 CFR Part 54)     Paper and Electronic |
| ✔ | 20. OTHER *(Specify)*     Electronic |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.

The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.

Warning: A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT *[signed: Drusilla Scott]* | TYPED NAME AND TITLE<br>Drusilla Scott, Ph.D., Director, Worldwide Regulatory Affairs | DATE<br>August 6, 2001 |
|---|---|---|
| ADDRESS *(Street, City, State, and ZIP Code)*<br>2800 Plymouth Road, P.O Box 1047, Ann Arbor, MI 48106-1047 | Telephone Number<br>( 734 )  622-1819 | |

Public reporting burden for this collection of information is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services
Food and Drug Administration
CBER, HFM-99
1401 Rockville Pike
Rockville, MD 20852-1448

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

FORM FDA 356h (4/00)

PAGE 2

NEURONTIN CONFIDENTIAL
NDA21397_SUB1_002_0006