EXHIBIT 59

Case 1:04-cv-10981-PBS    Document 1200-82    Filed 04/04/2008    Page 1 of 2

