EXHIBIT 60

High Level Terms Greater that 1% of Serious Adverse Event Reports Through March 31, 2002

| High Level Term | Reports | % Reports (2420 Total) |
|---|---|---|
| Therapeutic and nontherapeutic responses | 622 | 25.70% |
| Seizures and seizure disorders NEC | 387 | 15.99% |
| Disturbances in consciousness NEC | 216 | 8.93% |
| Overdoses | 175 | 7.23% |
| General signs and symptoms NEC | 148 | 6.12% |
| Asthenic conditions | 139 | 5.74% |
| Neurological signs and symptoms NEC | 138 | 5.70% |
| Death and sudden death | 126 | 5.21% |
| Confusion and disorientation | 115 | 4.75% |
| Non-site specific injuries NEC | 109 | 4.50% |
| Interactions | 103 | 4.26% |
| Nausea and vomiting symptoms | 103 | 4.26% |
| Cerebellar coordination and balance disturbances | 103 | 4.26% |
| Physical examination procedures | 102 | 4.21% |
| Pain and discomfort NEC | 101 | 4.17% |
| Lower respiratory tract and lung infections | 99 | 4.09% |
| Breathing abnormalities | 90 | 3.72% |
| Anxiety symptoms | 86 | 3.55% |
| Oedema NEC | 80 | 3.31% |
| Depressive disorders | 78 | 3.22% |
| Liver function analyses | 78 | 3.22% |
| Headaches NEC | 75 | 3.10% |
| Tremor (excl congenital) | 74 | 3.06% |
| Maladministration and accidental exposure | 72 | 2.98% |
| Musculoskeletal and connective tissue signs and symptoms NEC | 72 | 2.98% |
| Speech and language abnormalities | 67 | 2.77% |
| Therapeutic drug monitoring analyses | 63 | 2.60% |
| Memory loss (excl dementia) | 60 | 2.48% |
| Renal failure and impairment | 60 | 2.48% |
| Partial vision loss | 59 | 2.44% |
| Febrile disorders | 54 | 2.23% |
| Visual disorders NEC | 54 | 2.23% |
| Paraesthesias and dysaesthesias | 54 | 2.23% |
| Gastrointestinal and abdominal pains (excl oral and throat) | 53 | 2.19% |
| Central nervous system haemorrhages and cerebrovascular accidents | 52 | 2.15% |
| Behaviour and socialisation disturbances | 48 | 1.98% |
| Suicidal and self-injurious behaviour | 45 | 1.86% |
| Rashes, eruptions and exanthems NEC | 45 | 1.86% |
| Perception disturbances | 44 | 1.82% |
| Joint related signs and symptoms | 44 | 1.82% |

| | | |
|---|---|---|
| Disturbances in initiating and maintaining sleep | 41 | 1.69% |
| Mental impairment (excl dementia and memory loss) | 40 | 1.65% |
| Hepatocellular damage and hepatitis NEC | 40 | 1.65% |
| Acute and chronic pancreatitis | 39 | 1.61% |
| Psychotic disorder NEC | 38 | 1.57% |
| Diarrhoea (excl infective) | 38 | 1.57% |
| Urinary tract infections | 38 | 1.57% |
| Poisoning and toxicity | 37 | 1.53% |
| Dyskinesias and movement disorders NEC | 37 | 1.53% |
| Thrombocytopenias | 36 | 1.49% |
| Rate and rhythm disorders NEC | 36 | 1.49% |
| Vascular hypotensive disorders | 35 | 1.45% |
| Bladder and urethral symptoms | 35 | 1.45% |
| Heart failures NEC | 34 | 1.40% |
| Ischaemic coronary artery disorders | 34 | 1.40% |
| Muscle related signs and symptoms NEC | 34 | 1.40% |
| Coma states | 34 | 1.40% |
| Anaemias NEC | 33 | 1.36% |
| Gastrointestinal signs and symptoms NEC | 33 | 1.36% |
| Appetite disorders | 32 | 1.32% |
| Ventricular arrhythmias and cardiac arrest | 32 | 1.32% |
| Generalised tonic-clonic seizures | 32 | 1.32% |
| Disability issues | 31 | 1.28% |
| Gait disturbances | 31 | 1.28% |
| White blood cell analyses | 30 | 1.24% |
| Gastrointestinal atonic and hypomotility disorders NEC | 30 | 1.24% |
| Pruritus NEC | 30 | 1.24% |
| Sepsis, bacteraemia and viraemia | 30 | 1.24% |
| Carbohydrate tolerance analyses (incl diabetes) | 28 | 1.16% |
| Vascular hypertensive disorders NEC | 28 | 1.16% |
| Bullous conditions | 28 | 1.16% |
| Inner ear signs and symptoms | 27 | 1.12% |
| Hearing losses | 27 | 1.12% |
| Pulmonary oedemas | 27 | 1.12% |
| Bronchospasm and obstruction | 26 | 1.07% |
| Neutropenias | 26 | 1.07% |
| Total fluid volume decreased | 26 | 1.07% |
| Abortions spontaneous | 25 | 1.03% |
| Muscle pains | 25 | 1.03% |
| Coughing and associated symptoms | 25 | 1.03% |
| Peripheral neuropathies NEC | 25 | 1.03% |