| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 144 | CEREBROVASCULAR ACCIDENT | | 40 | 0.36 | | | |
| 145 | CEREBROVASCULAR DISORDER | | 5 | 0.05 | | | |
| 146 | CONGESTIVE HEART FAILURE | | 15 | 0.14 | | | |
| 147 | CORONARY ARTERY DISORDER | | 4 | 0.04 | | | |
| 148 | CORONARY OCCLUSION | | 1 | 0.01 | | | |
| 149 | DEEP THROMBOPHLEBITIS | | 13 | 0.12 | | | |
| 150 | ECG ABNORMAL | | 2 | 0.02 | | | |
| 151 | EFFUSION PERICARDIAL | | 1 | 0.01 | | | |
| 152 | ELECTROCARDIOGRAM ABNORMAL | | 6 | 0.05 | | | |
| 153 | EMBOLISM PULMONARY | | 1 | 0.01 | | | |
| 154 | EMBOLUS | | 1 | 0.01 | | | |
| 155 | ENCEPHALOPATHY HYPERTENS | | 1 | 0.01 | | | |
| 156 | EXTRASYSTOLES | | 1 | 0.01 | | | |
| 157 | FIBRILLATION ATRIAL | | 2 | 0.02 | | | |
| 158 | FIBRILLATION VENTRICULAR | | 1 | 0.01 | | | |
| 159 | HEART ARREST | | 27 | 0.25 | | | |
| 160 | HEART BLOCK | | 4 | 0.04 | | | |
| 161 | HEART FAILURE | | 16 | 0.15 | | | |
| 162 | HEART FAILURE CONGESTIVE | | 5 | 0.05 | | | |
| 163 | HEART MALFORMATION | | 3 | 0.03 | | | |
| 164 | HEMORRHAGE | | 41 | 0.37 | | | |
| 165 | HEMORRHAGE CEREBRAL | | 4 | 0.04 | | | |
| 166 | HEMORRHAGE SUBARACHNOID | | 3 | 0.03 | | | |
| 167 | HYPERTENSION | | 131 | 1.19 | L | L | No |
| 168 | HYPOTENSION | | 72 | 0.65 | | | |
| 169 | HYPOTENSION POSTURAL | | 1 | 0.01 | | | |
| 170 | INCREASED CAPILLARY FRAGILITY | | 1 | 0.01 | | | |
| 171 | INFARCT CEREBRAL | | 1 | 0.01 | | | |
| 172 | INFARCT MYOCARDIAL | | 1 | 0.01 | | | |
| 173 | MIGRAINE | | 49 | 0.44 | | | |
| 174 | MYOCARDIAL FIBROSIS | | 1 | 0.01 | | | |
| 175 | MYOCARDIAL INFARCT | | 20 | 0.18 | | | |
| 176 | MYOCARDITIS | | 1 | 0.01 | | | |
| 177 | NECROSIS | | 1 | 0.01 | | | |
| 178 | OCCLUSION | | 2 | 0.02 | | | |
| 179 | PALLOR | | 12 | 0.11 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061236

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 180 PALPITATION | | 82 | 0.74 | | | |
| 181 PATENT DUCTUS ARTERIOSUS | | 1 | 0.01 | | | |
| 182 PERICARDIAL EFFUSION | | 4 | 0.04 | | | |
| 183 PERICARDITIS | | 6 | 0.05 | | | |
| 184 PERIPHERAL VASCULAR DISORDER | | 25 | 0.23 | | | |
| 185 PHLEBITIS | | 2 | 0.02 | | | |
| 186 POSTURAL HYPOTENSION | | 10 | 0.09 | | | |
| 187 PULMONARY EMBOLUS | | 14 | 0.13 | | | |
| 188 PULMONARY THROMBOSIS | | 2 | 0.02 | | | |
| 189 QT INTERVAL PROLONGED | | 4 | 0.04 | | | |
| 190 RETINAL ARTERY OCCLUSION | | 2 | 0.02 | | | |
| 191 RETINAL VEIN THROMBOSIS | | 2 | 0.02 | | | |
| 192 SINUS BRADYCARDIA | | 3 | 0.03 | | | |
| 193 SPIDER ANGIOMA | | 1 | 0.01 | | | |
| 194 ST DEPRESSED | | 1 | 0.01 | | | |
| 195 SUPRAVENTRICULAR TACHYCARDIA | | 1 | 0.01 | | | |
| 196 SYNCOPE | | 121 | 1.1 | NL | L | Yes |
| 197 T INVERTED | | 1 | 0.01 | | | |
| 198 TACHYCARDIA | | 71 | 0.64 | | | |
| 199 THROMBOPHLEBITIS | | 4 | 0.04 | | | |
| 200 THROMBOPHLEBITIS DEEP | | 1 | 0.01 | | | |
| 201 THROMBOSIS | | 11 | 0.1 | | | |
| 202 VARICOSE VEIN | | 2 | 0.02 | | | |
| 203 VASCULAR ANOMALY | | 4 | 0.04 | | | |
| 204 VASCULAR DISORDER | | 20 | 0.18 | | | |
| 205 VASCULAR DISORDER PERIPHERAL | | 1 | 0.01 | | | |
| 206 VASCULITIS | | 10 | 0.09 | | | |
| 207 VASODILATATION | | 98 | 0.89 | L | L | No |
| 208 VASOSPASM | | 1 | 0.01 | | | |
| 209 VENTRICULAR ARRHYTHMIA | | 3 | 0.03 | | | |
| 210 VENTRICULAR EXTRASYSTOLES | | 1 | 0.01 | | | |
| 211 VENTRICULAR FIBRILLATION | | 5 | 0.05 | | | |
| 212 VENTRICULAR SEPTAL DEFECT | | 3 | 0.03 | | | |
| 213 VENTRICULAR TACHYCARDIA | | 4 | 0.04 | | | |
| 214 Sub Total | | 1197 | | | | |
| 215 | | | | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061237

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 216 | ***DIGESTIVE SYSTEM*** | | | | | | |
| 217 | ABNORMAL STOOLS | | 18 | 0.16 | | | |
| 218 | ABSCESS | | 1 | 0.01 | | | |
| 219 | ANOREXIA | | 125 | 1.13 | L | L | No |
| 220 | APHTHOUS STOMATITIS | | 2 | 0.02 | | | |
| 221 | APPETITE INCREASED | | 6 | 0.05 | | | |
| 222 | BILIARY PAIN | | 2 | 0.02 | | | |
| 223 | BLOODY DIARRHEA | | 3 | 0.03 | | | |
| 224 | CARDIOSPASM | | 5 | 0.05 | | | |
| 225 | CHEILITIS | | 8 | 0.07 | | | |
| 226 | CHOLANGITIS | | 1 | 0.01 | | | |
| 227 | CHOLECYSTITIS | | 9 | 0.08 | | | |
| 228 | CHOLELITHIASIS | | 8 | 0.07 | | | |
| 229 | CHOLESTATIC JAUNDICE | | 8 | 0.07 | | | |
| 230 | CIRRHOSIS OF LIVER | | 4 | 0.04 | | | |
| 231 | CLEFT LIP | | 2 | 0.02 | | | |
| 232 | CLEFT PALATE | | 4 | 0.04 | | | |
| 233 | COLITIS | | 30 | 0.27 | | | |
| 234 | CONSTIPATION | | 114 | 1.03 | L | L | No |
| 235 | DIARRHEA | | 250 | 2.27 | L | L | No |
| 236 | DIARRHEA BLOODY | | 2 | 0.02 | | | |
| 237 | DRY MOUTH | | 123 | 1.12 | L | L | No |
| 238 | DUODENAL ULCER | | 3 | 0.03 | | | |
| 239 | DUODENITIS | | 1 | 0.01 | | | |
| 240 | DYSPEPSIA | | 125 | 1.13 | L | L | No |
| 241 | DYSPHAGIA | | 51 | 0.46 | | | |
| 242 | EDEMA TONGUE | | 3 | 0.03 | | | |
| 243 | ENTERITIS | | 1 | 0.01 | | | |
| 244 | ERUCTATION | | 15 | 0.14 | | | |
| 245 | ESOPHAGEAL STENOSIS | | 1 | 0.01 | | | |
| 246 | ESOPHAGEAL ULCER | | 1 | 0.01 | | | |
| 247 | ESOPHAGITIS | | 16 | 0.15 | | | |
| 248 | FECAL IMPACTION | | 2 | 0.02 | | | |
| 249 | FECAL INCONTINENCE | | 19 | 0.17 | | | |
| 250 | FLATULENCE | | 123 | 1.12 | L | L | No |

Pfizer_CPacella_0061238

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 251 | GAMMA GLUTAMYL TRANSPEPTIDASE INCREASED | | 33 | 0.3 | | | |
| 252 | GASTRITIS | | 11 | 0.1 | | | |
| 253 | GASTROENTERITIS | | 3 | 0.03 | | | |
| 254 | GASTROINTESTINAL CARCINOMA | | 5 | 0.05 | | | |
| 255 | GASTROINTESTINAL DISORDER | | 69 | 0.63 | | | |
| 256 | GASTROINTESTINAL HEMORRHAGE | | 12 | 0.11 | | | |
| 257 | GINGIVITIS | | 81 | 0.74 | | | |
| 258 | GLOSSITIS | | 25 | 0.23 | | | |
| 259 | GUM HEMORRHAGE | | 38 | 0.34 | | | |
| 260 | GUM HYPERPLASIA | | 13 | 0.12 | | | |
| 261 | HEMATEMESIS | | 4 | 0.04 | | | |
| 262 | HEMORRHAGE GI | | 1 | 0.01 | | | |
| 263 | HEMORRHAGE RECTAL | | 3 | 0.03 | | | |
| 264 | HEMORRHAGIC COLITIS | | 1 | 0.01 | | | |
| 265 | HEPATIC COMA | | 1 | 0.01 | | | |
| 266 | HEPATIC FAILURE | | 4 | 0.04 | | | |
| 267 | HEPATIC NEOPLASIA | | 3 | 0.03 | | | |
| 268 | HEPATITIS | | 31 | 0.28 | | | |
| 269 | HEPATITIS B POSITIVE SA | | 3 | 0.03 | | | |
| 270 | HEPATOMA | | 1 | 0.01 | | | |
| 271 | HEPATOMEGALY | | 6 | 0.05 | | | |
| 272 | HEPATOSPLENOMEGALY | | 1 | 0.01 | | | |
| 273 | HYPERPLASIA GUM | | 4 | 0.04 | | | |
| 274 | ILEITIS | | 1 | 0.01 | | | |
| 275 | ILEUS | | 2 | 0.02 | | | |
| 276 | IMPERFORATE ANUS | | 1 | 0.01 | | | |
| 277 | INCONTINENCE FECAL | | 5 | 0.05 | | | |
| 278 | INCREASED APPETITE | | 63 | 0.57 | | | |
| 279 | INCREASED SALIVATION | | 20 | 0.18 | | | |
| 280 | INTESTINAL NECROSIS | | 1 | 0.01 | | | |
| 281 | INTESTINAL OBSTRUCTION | | 6 | 0.05 | | | |
| 282 | INTESTINAL PERFORATION | | 2 | 0.02 | | | |
| 283 | INTESTINAL ULCER | | 1 | 0.01 | | | |
| 284 | JAUNDICE | | 16 | 0.15 | | | |
| 285 | LEUKOPLAKIA OF MOUTH | | 3 | 0.03 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061239

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 286 | LIVER DAMAGE | | 21 | 0.19 | | | |
| 287 | LIVER FATTY DEPOSIT | | 3 | 0.03 | | | |
| 288 | LIVER FUNCT TEST ABNOR | | 12 | 0.11 | | | |
| 289 | LIVER FUNCTION TESTS ABNORMAL | | 100 | 0.91 | | | No - Labeled for elevtaed LFTs |
| 290 | LIVER NECROSIS | | 1 | 0.01 | | | |
| 291 | LIVER TENDERNESS | | 1 | 0.01 | | | |
| 292 | MALABSORPTION SYNDROME | | 7 | 0.06 | | | |
| 293 | MEGACOLON | | 1 | 0.01 | | | |
| 294 | MELENA | | 17 | 0.15 | | | |
| 295 | MOUTH ULCERATION | | 25 | 0.23 | | | |
| 296 | NAUSEA | | 385 | 3.49 | L | L | No |
| 297 | NAUSEA AND VOMITING | | 43 | 0.39 | | | |
| 298 | NAUSEA/VOMITING | | 7 | 0.06 | | | |
| 299 | NECROTIZING PANCREATITIS | | 2 | 0.02 | | | |
| 300 | ORAL MONILIASIS | | 4 | 0.04 | | | |
| 301 | PANCREAS DISORDER | | 2 | 0.02 | | | |
| 302 | PANCREATITIS | | 45 | 0.41 | | | |
| 303 | PAROTID GLAND ENLARGEMENT | | 1 | 0.01 | | | |
| 304 | PEPTIC ULCER | | 1 | 0.01 | | | |
| 305 | PERIODONTAL ABSCESS | | 5 | 0.05 | | | |
| 306 | PERIODONTITIS | | 4 | 0.04 | | | |
| 307 | PHARYNGITIS | | 3 | 0.03 | | | |
| 308 | PROCTITIS | | 2 | 0.02 | | | |
| 309 | PSEUDOMEMBRANOUS COLITIS | | 1 | 0.01 | | | |
| 310 | RECTAL DISORDER | | 11 | 0.1 | | | |
| 311 | RECTAL HEMORRHAGE | | 13 | 0.12 | | | |
| 312 | SALIVARY GLAND ENLARGEMENT | | 3 | 0.03 | | | |
| 313 | SALIVATION INCREASED | | 2 | 0.02 | | | |
| 314 | SIALADENITIS | | 1 | 0.01 | | | |
| 315 | STOMACH ATONY | | 3 | 0.03 | | | |
| 316 | STOMACH ULCER | | 7 | 0.06 | | | |
| 317 | STOMATITIS | | 49 | 0.44 | | | |
| 318 | STOOLS ABNORMAL | | 1 | 0.01 | | | |

PAGE 1 OF 1

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 319 | TENESMUS | | 1 | 0.01 | | | |
| 320 | THIRST | | 17 | 0.15 | | | |
| 321 | TONGUE DISCOLORATION | | 7 | 0.06 | | | |
| 322 | TONGUE DISORDER | | 16 | 0.15 | | | |
| 323 | TONGUE EDEMA | | 28 | 0.25 | | | |
| 324 | TOOTH CARIES | | 15 | 0.14 | | | |
| 325 | TOOTH DISCOLORATION | | 18 | 0.16 | | | |
| 326 | TOOTH DISORDER | | 47 | 0.43 | | | |
| 327 | ULCER MOUTH | | 2 | 0.02 | | | |
| 328 | ULCER STOMACH W/HEMORRHAGE | | 1 | 0.01 | | | |
| 329 | ULCERATIVE COLITIS | | 2 | 0.02 | | | |
| 330 | ULCERATIVE STOMATITIS | | 9 | 0.08 | | | |
| 331 | VOMITING | | 154 | 1.4 | L | L | No |
| 332 | Sub Total | | 2660 | | | | |
| 333 | | | | | | | |
| 334 | *DRUG, CHARACTER* | | | | | | |
| 335 | PRODUCT CHARACTERISTICS | | 1 | 0.01 | | | |
| 336 | Sub Total | | 1 | | | | |
| 337 | | | | | | | |
| 338 | *DRUG, USAGE* | | | | | | |
| 339 | OFF-LABEL USE OF DRUG | | 3189 | 28.94 | | | |
| 340 | Sub Total | | 3189 | | | | |
| 341 | | | | | | | |
| 342 | *ENDOCRINE SYSTEM* | | | | | | |
| 343 | ACCELERATED SEXUAL MATURITY | | 1 | 0.01 | | | |
| 344 | ADH INAPPROPRIATE | | 8 | 0.07 | | | |
| 345 | ADRENAL CORTEX INSUFFIENCY | | 3 | 0.03 | | | |
| 346 | CUSHINGS SYNDROME | | 4 | 0.04 | | | |
| 347 | DIABETES MELLITUS | | 29 | 0.26 | | | |
| 348 | DIABETIC COMA | | 1 | 0.01 | | | |
| 349 | ENDOCRINE DISORDER | | 1 | 0.01 | | | |
| 350 | FERTILITY DECR MALE | | 1 | 0.01 | | | |
| 351 | FERTILITY DECREASED MALE | | 6 | 0.05 | | | |
| 352 | GOITER | | 4 | 0.04 | | | |
| 353 | GONADOTROPIC FOLLICLE STIM HORMONE INCRE | | 1 | 0.01 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061241