| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 354 | HYPERTHYROIDISM | | 6 | 0.05 | | | |
| 355 | HYPOTHYROIDISM | | 17 | 0.15 | | | |
| 356 | NEOPLASM | | 1 | 0.01 | | | |
| 357 | PARATHYROID DISORDER | | 3 | 0.03 | | | |
| 358 | PITUITARY ACTIVITY INCREASED | | 2 | 0.02 | | | |
| 359 | PROLACTIN INCREASED | | 13 | 0.12 | | | |
| 360 | THYROID CARCINOMA | | 1 | 0.01 | | | |
| 361 | THYROID DISORDER | | 5 | 0.05 | | | |
| 362 | THYROIDITIS | | 3 | 0.03 | | | |
| 363 | Sub Total | | 110 | | | | |
| 364 | | | | | | | |
| 365 | *FETAL AND NEONATAL DISORDERS* | | | | | | |
| 366 | ANOMALY CONGENITAL | | 1 | 0.01 | | | |
| 367 | Sub Total | | 1 | | | | |
| 368 | | | | | | | |
| 369 | *HEMIC & LYMPHATIC SYSTEM* | | | | | | |
| 370 | ABNORMAL PLATELETS | | 2 | 0.02 | | | |
| 371 | ACUTE LEUKEMIA | | 1 | 0.01 | | | |
| 372 | ACUTE LYMPHOBLASTIC LEUKEMIA | | 1 | 0.01 | | | |
| 373 | AGRANULOCYTOSIS | | 7 | 0.06 | | | |
| 374 | ANA POSITIVE | | 3 | 0.03 | | | |
| 375 | ANEMIA | | 52 | 0.47 | | | |
| 376 | ANEMIA APLASTIC | | 1 | 0.01 | | | |
| 377 | ANEMIA HEMOLYTIC | | 2 | 0.02 | | | |
| 378 | ANEMIA HYPOCHROMIC | | 1 | 0.01 | | | |
| 379 | ANEMIA IRON DEFICIENCY | | 1 | 0.01 | | | |
| 380 | ANTINUCLEAR ANTIBODY PRESENT | | 10 | 0.09 | | | |
| 381 | APLASTIC ANEMIA | | 4 | 0.04 | | | |
| 382 | BASOPHILIA | | 1 | 0.01 | | | |
| 383 | BLEEDING TIME DECREASED | | 1 | 0.01 | | | |
| 384 | BLEEDING TIME INCREASED | | 9 | 0.08 | | | |
| 385 | COAGULATION DISORDER | | 9 | 0.08 | | | |
| 386 | COAGULATION TIME DECREASED | | 8 | 0.07 | | | |
| 387 | COAGULATION TIME INCREASED | | 11 | 0.1 | | | |
| 388 | CYANOSIS | | 9 | 0.08 | | | |
| 389 | ECCHYMOSIS | | 92 | 0.83 | | | Yes |

PAGE 1 OF 1

Pfizer_CPacella_0061242

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 390 | EOSINOPHILIA | | 8 | 0.07 | | | |
| 391 | ERYTHROCYTES ABNORMAL | | 4 | 0.04 | | | |
| 392 | ESR INCREASED | | 1 | 0.01 | | | |
| 393 | HEMOLYSIS | | 1 | 0.01 | | | |
| 394 | HEMOLYTIC ANEMIA | | 5 | 0.05 | | | |
| 395 | HYPERVOLEMIA | | 1 | 0.01 | | | |
| 396 | HYPOCHROMIC ANEMIA | | 23 | 0.21 | | | |
| 397 | HYPOVOLEMIA | | 3 | 0.03 | | | |
| 398 | IRON DEFICIENCY ANEMIA | | 2 | 0.02 | | | |
| 399 | LEUKEMIA | | 2 | 0.02 | | | |
| 400 | LEUKEMOID REACTION | | 4 | 0.04 | | | |
| 401 | LEUKOCYTOSIS | | 17 | 0.15 | | | |
| 402 | LEUKOPENIA | | 123 | 1.12 | L | L | No |
| 403 | LYMPHADENOPATHY | | 18 | 0.16 | | | |
| 404 | LYMPHEDEMA | | 1 | 0.01 | | | |
| 405 | LYMPHOCYTOSIS | | 5 | 0.05 | | | |
| 406 | LYMPHOMA LIKE REACTION | | 7 | 0.06 | | | |
| 407 | LYMPHOMA-LIKE REACTION | | 1 | 0.01 | | | |
| 408 | MACROCYTIC ANEMIA | | 2 | 0.02 | | | |
| 409 | MARROW DEPRESSION | | 3 | 0.03 | | | |
| 410 | MEGALOBLASTIC ANEMIA | | 1 | 0.01 | | | |
| 411 | MICROCYTIC ANEMIA | | 2 | 0.02 | | | |
| 412 | MONOCYTOSIS | | 2 | 0.02 | | | |
| 413 | MYELOMA | | 4 | 0.04 | | | |
| 414 | PANCYTOPENIA | | 8 | 0.07 | | | |
| 415 | PETECHIA | | 4 | 0.04 | | | |
| 416 | PLATELETS ABNORMAL | | 2 | 0.02 | | | |
| 417 | PROT-HROMBIN DECREASED | | 29 | 0.26 | | | |
| 418 | PROT-HROMBIN INCREASED | | 9 | 0.08 | | | |
| 419 | PURPURA | | 18 | 0.16 | | | |
| 420 | SEDIMENTATION RATE INCREASED | | 10 | 0.09 | | | |
| 421 | SPLENOMEGALY | | 1 | 0.01 | | | |
| 422 | SYPHILIS TEST FALSE POSITIVE | | 1 | 0.01 | | | |
| 423 | THROMBOCYTHEMIA | | 3 | 0.03 | | | |
| 424 | THROMBOCYTOPENIA | | 88 | 0.8 | | | |
| 425 | THROMBOCYTOPENIC PURPURA | | 6 | 0.05 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061243

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 426 | THROMBOPLASTIN DECREASED | | 6 | 0.05 | | | |
| 427 | THROMBOTIC THROMBOCYTOPENIC PURPURA | | 1 | 0.01 | | | |
| 428 | WBC ABNORMAL | | 3 | 0.03 | | | |
| 429 | Sub Total | | 654 | | | | |
| 430 | | | | | | | |
| 431 | *METABOLISM AND NUTRITION* | | | | | | |
| 432 | ACIDOSIS | | 2 | 0.02 | | | |
| 433 | ALCOHOL INTOLERANCE | | 3 | 0.03 | | | |
| 434 | ALKALINE PHOSPHATASE INCREASED | | 26 | 0.24 | | | |
| 435 | AMYLASE INCREASED | | 8 | 0.07 | | | |
| 436 | AVITAMINOSIS | | 6 | 0.05 | | | |
| 437 | BILIRUBINEMIA | | 13 | 0.12 | | | |
| 438 | BUN INCREASED | | 13 | 0.12 | | | |
| 439 | CREATINE PHOSPHOKINASE INCREASED | | 20 | 0.18 | | | |
| 440 | CREATININE INCREASED | | 24 | 0.22 | | | |
| 441 | DEHYDRATION | | 26 | 0.24 | | | |
| 442 | DIABETES MELLITUS | | 3 | 0.03 | | | |
| 443 | EDEMA | | 105 | 0.95 | | | No - Labeled for peripheral edema |
| 444 | EDEMA PERIPHERAL | | 24 | 0.22 | | | |
| 445 | ELECTROLYTE ABNORMALITY | | 4 | 0.04 | | | |
| 446 | ELECTROLYTE DEPLETION | | 1 | 0.01 | | | |
| 447 | ENZYMATIC ABNORMALITY | | 3 | 0.03 | | | |
| 448 | ENZYME ABNORMALITY | | 1 | 0.01 | | | |
| 449 | GAMMA GLOBULIN DECREASED | | 1 | 0.01 | | | |
| 450 | GLOBULIN INCREASED | | 1 | 0.01 | | | |
| 451 | GOUT | | 3 | 0.03 | | | |
| 452 | HEALING ABNORMAL | | 5 | 0.05 | | | |
| 453 | HEMOSIDEROSIS | | 1 | 0.01 | | | |
| 454 | HYPERCALCEMIA | | 1 | 0.01 | | | |
| 455 | HYPERCHOLESTEREMIA | | 21 | 0.19 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061244

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 456 | HYPERGLYCEMIA | | 102 | 0.93 | | | No - Labeled for blood glucose fluctuations |
| 457 | HYPERKALEMIA | | 9 | 0.08 | | | |
| 458 | HYPERLIPEMIA | | 13 | 0.12 | | | |
| 459 | HYPERNATREMIA | | 5 | 0.05 | | | |
| 460 | HYPERPHOSPHATEMIA | | 3 | 0.03 | | | |
| 461 | HYPERURICEMIA | | 1 | 0.01 | | | |
| 462 | HYPOCALCEMIA | | 3 | 0.03 | | | |
| 463 | HYPOCHLOREMIA | | 1 | 0.01 | | | |
| 464 | HYPOCHOLESTEREMIA | | 2 | 0.02 | | | |
| 465 | HYPOGLYCEMIA | | 47 | 0.43 | | | |
| 466 | HYPOGLYCEMIC REACTION | | 1 | 0.01 | | | |
| 467 | HYPOKALEMIA | | 11 | 0.1 | | | |
| 468 | HYPOLIPEMIA | | 1 | 0.01 | | | |
| 469 | HYPOMAGNESEMIA | | 2 | 0.02 | | | |
| 470 | HYPONATREMIA | | 34 | 0.31 | | | |
| 471 | HYPOPROTEINEMIA | | 3 | 0.03 | | | |
| 472 | KETOSIS | | 4 | 0.04 | | | |
| 473 | LACTIC ACIDOSIS | | 1 | 0.01 | | | |
| 474 | LACTIC DEHYDROGENASE INCREASED | | 6 | 0.05 | | | |
| 475 | NPN INCREASED | | 12 | 0.11 | | | |
| 476 | OBESITY | | 1 | 0.01 | | | |
| 477 | PERIPHERAL EDEMA | | 381 | 3.46 | L | L | No |
| 478 | PHOSPHATASE ALKALINE INCREASED | | 1 | 0.01 | | | |
| 479 | PORPHYRIA | | 1 | 0.01 | | | |
| 480 | RESPIRATORY ACIDOSIS | | 3 | 0.03 | | | |
| 481 | SGOT (AST) INCREASED | | 3 | 0.03 | | | |
| 482 | SGOT INCREASED | | 41 | 0.37 | | | |
| 483 | SGPT (ALT) INCREASED | | 2 | 0.02 | | | |
| 484 | SGPT INCREASED | | 48 | 0.44 | | | |
| 485 | WATER INTOXICATION | | 1 | 0.01 | | | |
| 486 | WEIGHT GAIN | | 464 | 4.21 | L | L | No |
| 487 | WEIGHT LOSS | | 107 | 0.97 | NL | L | Yes |
| 488 | Sub Total | | 1629 | | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061245

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 489 | | | | | | | |
| 490 | *MUSCULOSKELETAL SYSTEM* | | | | | | |
| 491 | ARTHRALGIA | | 159 | 1.44 | | | |
| 492 | ARTHRITIS | | 48 | 0.44 | | | No |
| 493 | ARTHROSIS | | 42 | 0.38 | | | |
| 494 | BONE DISORDER | | 21 | 0.19 | | | |
| 495 | BONE FRACTURE | | 18 | 0.16 | | | |
| 496 | BONE NECROSIS | | 3 | 0.03 | | | |
| 497 | BONE NEOPLASM | | 2 | 0.02 | | | |
| 498 | BONE PAIN | | 9 | 0.08 | | | |
| 499 | BURSITIS | | 2 | 0.02 | | | |
| 500 | GENERALIZED SPASM | | 9 | 0.08 | | | |
| 501 | INFECTION | | 1 | 0.01 | | | |
| 502 | JOINT DISORDER | | 61 | 0.55 | | | |
| 503 | LEG CRAMPS | | 22 | 0.2 | | | |
| 504 | MUSCLE ATROPHY | | 6 | 0.05 | | | |
| 505 | MUSCULOSKELETAL CONGENITAL ANOMALY | | 7 | 0.06 | | | |
| 506 | MYALGIA | | 130 | 1.18 | L | L | No |
| 507 | MYASTHENIA | | 100 | 0.91 | | | Yes |
| 508 | MYOPATHY | | 11 | 0.1 | | | |
| 509 | MYOSITIS | | 1 | 0.01 | | | |
| 510 | OSTEOMALACIA | | 1 | 0.01 | | | |
| 511 | OSTEOMYELITIS | | 3 | 0.03 | | | |
| 512 | OSTEOPOROSIS | | 14 | 0.13 | | | |
| 513 | PAIN BACK | | 1 | 0.01 | | | |
| 514 | PATHOLOGICAL FRACTURE | | 1 | 0.01 | | | |
| 515 | RHEUMATOID ARTHRITIS | | 3 | 0.03 | | | |
| 516 | SYNOVITIS | | 2 | 0.02 | | | |
| 517 | TENDINOUS CONTRACTURE | | 2 | 0.02 | | | |
| 518 | TENDON DISORDER | | 5 | 0.05 | | | |
| 519 | TENDON RUPTURE | | 1 | 0.01 | | | |
| 520 | TENOSYNOVITIS | | 5 | 0.05 | | | |
| 521 | **Sub Total** | | **690** | | | | |
| 522 | | | | | | | |
| 523 | *NERVOUS SYSTEM* | | | | | | |
| 524 | ABNORMAL DREAMS | | 49 | 0.44 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061246

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 525 | ABNORMAL ELECTROENCEPHALOGRAM | | 11 | 0.1 | | | |
| 526 | ABNORMAL GAIT | | 129 | 1.17 | | | |
| 527 | ACUTE BRAIN SYNDROME | | 7 | 0.06 | L | NL | No |
| 528 | ADDICTION | | 9 | 0.08 | | | |
| 529 | AGITATION | | 101 | 0.92 | NL | L | Yes |
| 530 | AKATHISIA | | 5 | 0.05 | | | |
| 531 | AKINESIA | | 1 | 0.01 | | | |
| 532 | AMNESIA | | 301 | 2.73 | L | L | No |
| 533 | ANTISOCIAL REACTION | | 6 | 0.05 | | | |
| 534 | ANXIETY | | 213 | 1.93 | L | L | No |
| 535 | APATHY | | 18 | 0.16 | | | |
| 536 | APHASIA | | 16 | 0.15 | | | |
| 537 | ATAXIA | | 252 | 2.29 | L | L | No |
| 538 | BRAIN EDEMA | | 5 | 0.05 | | | |
| 539 | BRAIN STEM DISORDER | | 1 | 0.01 | | | |
| 540 | BRAIN SYNDROME ACUTE | | 1 | 0.01 | | | |
| 541 | BUCCOGLOSSAL SYNDROME | | 4 | 0.04 | | | |
| 542 | CARCINOMA | | 3 | 0.03 | | | |
| 543 | CATATONIC REACTION | | 4 | 0.04 | | | |
| 544 | CEREBELLAR ATAXIA | | 1 | 0.01 | | | |
| 545 | CEREBELLAR SYNDROME | | 2 | 0.02 | | | |
| 546 | CHOREOATHETOSIS | | 26 | 0.24 | | | |
| 547 | CHRONIC BRAIN SYNDROME | | 2 | 0.02 | | | |
| 548 | CIRCUMORAL PARESTHESIA | | 8 | 0.07 | | | |
| 549 | CNS CONGENITAL ANOMALY | | 3 | 0.03 | | | |
| 550 | CNS DEPRESSION | | 7 | 0.06 | | | |
| 551 | CNS NEOPLASIA | | 11 | 0.1 | | | |
| 552 | CNS STIMULATION | | 3 | 0.03 | | | |
| 553 | COGWHEEL RIGIDITY | | 1 | 0.01 | | | |
| 554 | COMA | | 34 | 0.31 | | | |
| 555 | CONFUSION | | 318 | 2.89 | L | L | No |
| 556 | CONVULSION | | 802 | 7.28 | L | L | No |
| 557 | CONVULSION GRAND MAL | | 44 | 0.4 | | | |
| 558 | COORDINATION ABNORMAL | | 26 | 0.24 | | | |
| 559 | DELIRIUM | | 12 | 0.11 | | | |
| 560 | DELUSIONS | | 19 | 0.17 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061247

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 561 | DEMENTIA | | 13 | 0.12 | | | |
| 562 | DEPERSONALIZATION | | 98 | 0.89 | NL | L | Yes |
| 563 | DEPRESSION | | 242 | 2.2 | L | L | No |
| 564 | DEPRESSION PSYCHOTIC | | 4 | 0.04 | | | |
| 565 | DIPLOPIA | | 17 | 0.15 | | | |
| 566 | DIZZINESS | | 786 | 7.13 | L | L | No |
| 567 | DREAMS ABNORMAL | | 4 | 0.04 | | | |
| 568 | DRUG DEPENDENCE | | 156 | 1.42 | | | ? |
| 569 | DYSARTHRIA | | 25 | 0.23 | | | |
| 570 | DYSAUTONOMIA | | 1 | 0.01 | | | |
| 571 | DYSKINESIA | | 16 | 0.15 | | | |
| 572 | DYSTONIA | | 23 | 0.21 | | | |
| 573 | EEG ABNORMAL | | 1 | 0.01 | | | |
| 574 | EMOTIONAL LABILITY | | 125 | 1.13 | L | L | No |
| 575 | ENCEPHALITIS | | 2 | 0.02 | | | |
| 576 | ENCEPHALOPATHY | | 16 | 0.15 | | | |
| 577 | EUPHORIA | | 39 | 0.35 | | | |
| 578 | EXTRAPYRAMIDAL SYNDROME | | 18 | 0.16 | | | |
| 579 | FACIAL PARALYSIS | | 21 | 0.19 | | | |
| 580 | FLACCID PARALYSIS | | 1 | 0.01 | | | |
| 581 | GAIT ABNORMAL | | 10 | 0.09 | | | |
| 582 | GRAND MAL CONVULSION | | 52 | 0.47 | | | |
| 583 | HALLUCINATIONS | | 157 | 1.42 | NL | L | Yes |
| 584 | HEMATOMA SUBDURAL | | 4 | 0.04 | | | |
| 585 | HEMIPLEGIA | | 8 | 0.07 | | | |
| 586 | HOSTILITY | | 196 | 1.78 | L | L | No |
| 587 | HYPALGESIA | | 1 | 0.01 | | | |
| 588 | HYPERALGESIA | | 1 | 0.01 | | | |
| 589 | HYPERESTHESIA | | 13 | 0.12 | | | |
| 590 | HYPERKINESIA | | 65 | 0.59 | | | |
| 591 | HYPERTONIA | | 101 | 0.92 | | | Yes |
| 592 | HYPESTHESIA | | 128 | 1.16 | L | L | No |
| 593 | HYPOKINESIA | | 61 | 0.55 | | | |
| 594 | HYPOTONIA | | 14 | 0.13 | | | |
| 595 | HYSTERIA | | 11 | 0.1 | | | |

Pfizer_CPacella_0061248

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| | | | | | | Labeled for coordination abnormal |
| INCOORDINATION | | 140 | 1.27 | L | L | No |
| INSOMNIA | | 262 | 2.38 | L | L | No |
| INTRACRANIAL HEMORRHAGE | | 3 | 0.03 | | | |
| INTRACRANIAL HYPERTENSION | | 5 | 0.05 | | | |
| LIBIDO DECREASED | | 74 | 0.67 | | | |
| LIBIDO INCREASED | | 16 | 0.15 | | | |
| MANIA | | 2 | 0.02 | | | |
| MANIC DEPRESSIVE REACTION | | 9 | 0.08 | | | |
| MANIC REACTION | | 53 | 0.48 | | | |
| MENINGITIS | | 4 | 0.04 | | | |
| MENTAL RETARDATION | | 1 | 0.01 | | | |
| MOVEMENT DISORDER | | 35 | 0.32 | | | |
| MULTIPLE SCLEROSIS | | 7 | 0.06 | | | |
| MYELITIS | | 1 | 0.01 | | | |
| MYOCLONUS | | 55 | 0.5 | | | |
| NEOPLASM | | 2 | 0.02 | | | |
| NERVOUSNESS | | 230 | 2.09 | L | L | No |
| NEURALGIA | | 25 | 0.23 | | | |
| NEURITIS | | 2 | 0.02 | | | |
| NEUROPATHY | | 93 | 0.84 | | | |
| NEUROSIS | | 13 | 0.12 | | | |
| NYSTAGMUS | | 32 | 0.29 | | | |
| OCULOGYRIC CRISIS | | 1 | 0.01 | | | |
| OPISTHOTONOS | | 1 | 0.01 | | | |
| PARALYSIS | | 19 | 0.17 | | | |
| PARALYSIS FACIAL | | 1 | 0.01 | | | |
| PARANOID REACTION | | 36 | 0.33 | | | |
| PARESTHESIA | | 227 | 2.06 | L | L | No |
| PERIPHERAL NEURITIS | | 10 | 0.09 | | | |
| PERSONALITY DISORDER | | 167 | 1.52 | NL | L | Yes |
| POLYNEURITIS | | 1 | 0.01 | | | |
| PORENCEPHALY | | 1 | 0.01 | | | |
| PSYCHOSIS | | 72 | 0.65 | | | |
| REFLEXES DECREASED | | 7 | 0.06 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061249