| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 630 | REFLEXES INCREASED | | 2 | 0.02 | | | |
| 631 | SCHIZOPHRENIC REACTION | | 8 | 0.07 | | | |
| 632 | SCREAMING SYNDROME | | 2 | 0.02 | | | |
| 633 | SLEEP DISORDER | | 37 | 0.34 | | | |
| 634 | SOMNOLENCE | | 948 | 8.6 | L | L | No |
| 635 | SPEECH DISORDER | | 219 | 1.99 | NL | NL | Yes |
| 636 | STUPOR | | 108 | 0.98 | NL | L | Yes |
| 637 | SUBDURAL HEMATOMA | | 5 | 0.05 | | | |
| 638 | TARDIVE DYSKINESIA | | 2 | 0.02 | | | |
| 639 | THINKING ABNORMAL | | 315 | 2.86 | L | L | No |
| 640 | TORTICOLLIS | | 1 | 0.01 | | | |
| 641 | TREMOR | | 295 | 2.68 | L | L | No |
| 642 | TWITCHING | | 158 | 1.43 | L | L | No |
| 643 | VERTIGO | | 98 | 0.89 | | | |
| 644 | VESTIBULAR DISORDER | | 3 | 0.03 | | | |
| 645 | WITHDRAWAL SYNDROME | | 118 | 1.07 | | | Wording to be added |
| 646 | Sub Total | | **8811** | | | | |
| 647 | | | | | | | |
| 648 | *RESPIRATORY SYSTEM* | | | | | | |
| 649 | ABSCESS | | 1 | 0.01 | | | |
| 650 | APNEA | | 31 | 0.28 | | | |
| 651 | ASPHYXIA | | 1 | 0.01 | | | |
| 652 | ASPIRATION PNEUMONIA | | 7 | 0.06 | | | |
| 653 | ASTHMA | | 35 | 0.32 | | | |
| 654 | ATELECTASIS | | 3 | 0.03 | | | |
| 655 | BRONCHITIS | | 31 | 0.28 | | | |
| 656 | CARCINOMA LUNG | | 2 | 0.02 | | | |
| 657 | CARCINOMA OF LARYNX | | 1 | 0.01 | | | |
| 658 | CARCINOMA OF LUNG | | 3 | 0.03 | | | |
| 659 | COUGH INCREASED | | 54 | 0.49 | | | |
| 660 | DYSPNEA | | 151 | 1.37 | L | L | No |
| 661 | EDEMA LUNG | | 1 | 0.01 | | | |
| 662 | EFFUSION PLEURAL | | 1 | 0.01 | | | |
| 663 | EMPHYSEMA | | 2 | 0.02 | | | |
| 664 | EPISTAXIS | | 37 | 0.34 | | | |

Pfizer_CPacella_0061250

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 665 | HEMOPTYSIS | | 8 | 0.07 | | | |
| 666 | HICCUP | | 6 | 0.05 | | | |
| 667 | HYPERVENTILATION | | 14 | 0.13 | | | |
| 668 | HYPOVENTILATION | | 16 | 0.15 | | | |
| 669 | HYPOXIA | | 8 | 0.07 | | | |
| 670 | INTERSTITIAL PNEUMONIA | | 5 | 0.05 | | | |
| 671 | LARYNGITIS | | 12 | 0.11 | | | |
| 672 | LUNG DISORDER | | 21 | 0.19 | | | |
| 673 | LUNG EDEMA | | 23 | 0.21 | | | |
| 674 | LUNG FIBROSIS | | 7 | 0.06 | | | |
| 675 | LUNG FUNCT ABNORMAL | | 2 | 0.02 | | | |
| 676 | LUNG HEMORRHAGE | | 2 | 0.02 | | | |
| 677 | PHARYNGITIS | | 67 | 0.61 | | | |
| 678 | PLEURAL DISORDER | | 1 | 0.01 | | | |
| 679 | PLEURAL EFFUSION | | 5 | 0.05 | | | |
| 680 | PNEUMONIA | | 98 | 0.89 | L | | No |
| 681 | PNEUMONIA ASPIRATION | | 6 | 0.05 | | | |
| 682 | PULMONARY HYPERTENSION | | 2 | 0.02 | | | |
| 683 | RESPIRATORY CONGENITAL ANOMALY | | 2 | 0.02 | | | |
| 684 | RESPIRATORY DISORDER | | 27 | 0.25 | | | |
| 685 | RESPIRATORY DISTRESS SYNDROME | | 1 | 0.01 | | | |
| 686 | RHINITIS | | 40 | 0.36 | | | |
| 687 | SINUSITIS | | 20 | 0.18 | | | |
| 688 | SPUTUM INCREASED | | 5 | 0.05 | | | |
| 689 | VOICE ALTERATION | | 11 | 0.1 | | | |
| 690 | YAWN | | 2 | 0.02 | | | |
| 691 | Sub Total | | 772 | | | | |
| 692 | | | | | | | |
| 693 | *SKIN AND APPENDAGES* | | | | | | |
| 694 | ACNE | | 34 | 0.31 | | | |
| 695 | ALOPECIA | | 332 | 3.01 | NL | L | Yes |
| 696 | ANGIOEDEMA | | 21 | 0.19 | | | |
| 697 | CHLOASMA | | 1 | 0.01 | | | |
| 698 | CONTACT DERMATITIS | | 2 | 0.02 | | | |
| 699 | DISCOID LUPUS ERYTHEMATOSIS | | 1 | 0.01 | | | |
| 700 | DRY SKIN | | 31 | 0.28 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061251

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 701 | ECZEMA | | 21 | 0.19 | | | |
| 702 | EPIDERMAL NECROLYSIS | | 4 | 0.04 | | | |
| 703 | ERYTHEMA MULTIFORME | | 15 | 0.14 | | | |
| 704 | EXFOLIATIVE DERMATITIS | | 19 | 0.17 | | | |
| 705 | FUNGAL DERMATITIS | | 1 | 0.01 | | | |
| 706 | FURUNCULOSIS | | 2 | 0.02 | | | |
| 707 | HAIR DISCOLORATION | | 3 | 0.03 | | | |
| 708 | HAIR DISORDER | | 18 | 0.16 | | | |
| 709 | HERPES SIMPLEX | | 8 | 0.07 | | | |
| 710 | HERPES ZOSTER | | 20 | 0.18 | | | |
| 711 | HIRSUTISM | | 16 | 0.15 | | | |
| 712 | HYPERTROPHY SKIN | | 1 | 0.01 | | | |
| 713 | LEUKODERMA | | 3 | 0.03 | | | |
| 714 | LICHENOID DERMATITIS | | 2 | 0.02 | | | |
| 715 | MACULOPAPULAR RASH | | 26 | 0.24 | | | |
| 716 | MELANOSIS | | 4 | 0.04 | | | |
| 717 | NAIL DISORDER | | 16 | 0.15 | | | |
| 718 | NEOPLASM SKIN BENIGN | | 3 | 0.03 | | | |
| 719 | PRURITUS | | 170 | 1.54 | L | L | No |
| 720 | PSORIASIS | | 11 | 0.1 | L | L | |
| 721 | PURPURIC RASH | | 4 | 0.04 | | | |
| 722 | PUSTULAR RASH | | 3 | 0.03 | | | |
| 723 | RASH | | 411 | 3.73 | L | L | No |
| 724 | RASH MACULOPAPULAR | | 4 | 0.04 | | | |
| 725 | RASH PURPURIC | | 1 | 0.01 | | | |
| 726 | RASH PUSTULAR | | 2 | 0.02 | | | |
| 727 | RASH VESICULOBULLOUS | | 3 | 0.03 | | | |
| 728 | SEBORRHEA | | 3 | 0.03 | | | |
| 729 | SKIN BENIGN NEOPLASM | | 1 | 0.01 | | | |
| 730 | SKIN DISCOLORATION | | 35 | 0.32 | | | |
| 731 | SKIN DISORDER | | 38 | 0.34 | | | |
| 732 | SKIN DRY | | 3 | 0.03 | | | |
| 733 | SKIN HYPERTROPHY | | 1 | 0.01 | | | |
| 734 | SKIN NECROSIS | | 2 | 0.02 | | | |
| 735 | SKIN NODULE | | 6 | 0.05 | | | |
| 736 | SKIN ULCER | | 5 | 0.05 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061252

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| STEVENS JOHNSON SYNDROME | | 17 | 0.15 | | | |
| STEVENS-JOHNSON SYNDROME | | 1 | 0.01 | | | |
| SUBCUTANEOUS NODULE | | 2 | 0.02 | | | |
| SWEATING | | 107 | 0.97 | NL | | Yes - Sweating increased labeled in USPI |
| SWEATING DECREASED | | 1 | 0.01 | | | |
| URTICARIA | | 88 | 0.8 | NL | L | Yes |
| VESICULOBULLOUS RASH | | 36 | 0.33 | | | |
| **Sub Total** | | **1559** | | | | |
| *SPECIAL SENSES* | | | | | | |
| ABNORMAL VISION | | 226 | 2.05 | L | L | No |
| ABNORMALITY OF ACCOMMODATION | | 4 | 0.04 | | | |
| AMBLYOPIA | | 268 | 2.43 | L | L | No |
| ANISOCCORIA | | 1 | 0.01 | | | |
| BLINDNESS | | 13 | 0.12 | | | |
| CATARACT NOS | | 3 | 0.03 | | | |
| CATARACT SPECIFIED | | 19 | 0.17 | | | |
| CHROMATOPSIA | | 1 | 0.01 | | | |
| COLOR BLINDNESS | | 3 | 0.03 | | | |
| CONJUNCTIVITIS | | 25 | 0.23 | | | |
| CORNEAL LESION | | 5 | 0.05 | | | |
| CORNEAL OPACITY | | 2 | 0.02 | | | |
| DEAFNESS | | 65 | 0.59 | | | |
| DIPLOPIA | | 94 | 0.85 | | | |
| DRY EYES | | 25 | 0.23 | | | |
| EAR DISORDER | | 22 | 0.2 | | | |
| EAR PAIN | | 24 | 0.22 | | | |
| EXTRAOCULAR PALSY | | 3 | 0.03 | | | |
| EYE DISORDER | | 65 | 0.59 | | | |
| EYE HEMORRHAGE | | 10 | 0.09 | | | |
| EYE PAIN | | 42 | 0.38 | | | |
| GLAUCOMA | | 5 | 0.05 | | | |

Pfizer_CPacella_0061253

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 769 | HEMORRHAGE EYE | | 1 | 0.01 | | | |
| 770 | HYPERACUSIS | | 6 | 0.05 | | | |
| 771 | IRITIS | | 3 | 0.03 | | | |
| 772 | KERATITIS | | 3 | 0.03 | | | |
| 773 | LACRIMATION DISORDER | | 19 | 0.17 | | | |
| 774 | MIOSIS | | 4 | 0.04 | | | |
| 775 | MYDRIASIS | | 11 | 0.1 | | | |
| 776 | NIGHT BLINDNESS | | 2 | 0.02 | | | |
| 777 | OPTIC ATROPHY | | 6 | 0.05 | | | |
| 778 | OPTIC NEURITIS | | 4 | 0.04 | | | |
| 779 | OTITIS EXTERNA | | 2 | 0.02 | | | |
| 780 | OTITIS MEDIA | | 14 | 0.13 | | | |
| 781 | PAPILLEDEMA | | 2 | 0.02 | | | |
| 782 | PAROSMIA | | 29 | 0.26 | | | |
| 783 | PHOTOPHOBIA | | 24 | 0.22 | | | |
| 784 | PTOSIS | | 4 | 0.04 | | | |
| 785 | PUPILLARY DISORDER | | 1 | 0.01 | | | |
| 786 | REFRACTION DISORDER | | 10 | 0.09 | | | |
| 787 | RETINAL DEGENERATION | | 3 | 0.03 | | | |
| 788 | RETINAL DETACHMENT | | 1 | 0.01 | | | |
| 789 | RETINAL DISORDER | | 14 | 0.13 | | | |
| 790 | RETINAL EDEMA | | 2 | 0.02 | | | |
| 791 | RETINAL HEMORRHAGE | | 4 | 0.04 | | | |
| 792 | RETINAL PIGMENTATION | | 1 | 0.01 | | | |
| 793 | RETROBULBAR NEURITIS | | 1 | 0.01 | | | |
| 794 | STRABISMUS | | 4 | 0.04 | | | |
| 795 | TASTE LOSS | | 26 | 0.24 | | | |
| 796 | TASTE PERVERSION | | 50 | 0.45 | | | |
| 797 | TINNITUS | | 73 | 0.66 | NL | L | Yes |
| 798 | UVEITIS | | 1 | 0.01 | | | |
| 799 | VISION ABNORMAL | | 13 | 0.12 | | | |
| 800 | VISUAL FIELD DEFECT | | 28 | 0.25 | | | |
| 801 | VITREOUS DISORDER | | 8 | 0.07 | | | |
| 802 | **Sub Total** | | **1299** | | | | |
| 803 | | | | | | | |
| 804 | *UROGENITAL SYSTEM* | | | | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061254

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 805 | ABNORMAL EJACULATION | | 21 | 0.19 | | | |
| 806 | ABNORMAL LABOR | | 3 | 0.03 | | | |
| 807 | ABORTION | | 25 | 0.23 | | | |
| 808 | ACUTE KIDNEY FAILURE | | 19 | 0.17 | | | |
| 809 | ALBUMINURIA | | 10 | 0.09 | | | |
| 810 | AMENORRHEA | | 31 | 0.28 | | | |
| 811 | ANORGASMIA | | 33 | 0.3 | | | |
| 812 | BILIRUBINURIA | | 1 | 0.01 | | | |
| 813 | BIRTH PREMATURE | | 1 | 0.01 | | | |
| 814 | BREAST ABSCESS | | 1 | 0.01 | | | |
| 815 | BREAST ATROPHY | | 2 | 0.02 | | | |
| 816 | BREAST CARCINOMA | | 4 | 0.04 | | | |
| 817 | BREAST ENGORGEMENT | | 2 | 0.02 | | | |
| 818 | BREAST ENLARGEMENT | | 7 | 0.06 | | | |
| 819 | BREAST NEOPLASM | | 6 | 0.05 | | | |
| 820 | BREAST PAIN | | 20 | 0.18 | | | |
| 821 | CARCINOMA BREAST | | 2 | 0.02 | | | |
| 822 | CARCINOMA CERVIX IN SITU | | 1 | 0.01 | | | |
| 823 | CERVIX CARCINOMA | | 1 | 0.01 | | | |
| 824 | CREATININE CLEARANCE DECREASED | | 2 | 0.02 | | | |
| 825 | CYST | | 3 | 0.03 | | | |
| 826 | CYSTITIS | | 15 | 0.14 | | | |
| 827 | DYSMENORRHEA | | 6 | 0.05 | | | |
| 828 | DYSURIA | | 22 | 0.2 | | | |
| 829 | EJACULATION ABNORMAL | | 1 | 0.01 | | | |
| 830 | ENDOMETRIAL CARCINOMA | | 2 | 0.02 | | | |
| 831 | ENDOMETRIAL DISORDER | | 5 | 0.05 | | | |
| 832 | ENDOMETRIAL HYPERPLASIA | | 2 | 0.02 | | | |
| 833 | EPIDIDYMITIS | | 1 | 0.01 | | | |
| 834 | FEMALE LACTATION | | 14 | 0.13 | | | |
| 835 | FIBROCYSTIC BREAST | | 2 | 0.02 | | | |
| 836 | GLYCOSURIA | | 1 | 0.01 | | | |
| 837 | GYNECOMASTIA | | 16 | 0.15 | | | |
| 838 | HEMATURIA | | 32 | 0.29 | | | |
| 839 | HEMORRHAGIC CYSTITIS | | 1 | 0.01 | | | |
| 840 | HYDRONEPHROSIS | | 2 | 0.02 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061255

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | | | | | L | L | No |
| 841 | HYPOMENORRHEA | | 5 | 0.05 | | | |
| 842 | IMPOTENCE | | 94 | 0.85 | | | |
| 843 | INCONTINENCE URINARY | | 13 | 0.12 | | | |
| 844 | INFECTION URINARY TRACT | | 5 | 0.05 | | | |
| 845 | KIDNEY CALCULUS | | 13 | 0.12 | | | |
| 846 | KIDNEY FAILURE | | 18 | 0.16 | | | |
| 847 | KIDNEY FAILURE ACUTE | | 5 | 0.05 | | | |
| 848 | KIDNEY FUNCTION ABNORMAL | | 34 | 0.31 | | | |
| 849 | KIDNEY PAIN | | 12 | 0.11 | | | |
| 850 | KIDNEY TUBULAR NECROSIS | | 1 | 0.01 | | | |
| 851 | LACTATION DECREASED | | 2 | 0.02 | | | |
| 852 | LACTATION MALE | | 1 | 0.01 | | | |
| 853 | LEUKORRHEA | | 2 | 0.02 | | | |
| 854 | MALE LACTATION | | 1 | 0.01 | | | |
| 855 | MENOPAUSE | | 1 | 0.01 | | | |
| 856 | MENORRHAGIA | | 14 | 0.13 | | | |
| 857 | MENSTRUAL DISORDER | | 11 | 0.1 | | | |
| 858 | METRORRHAGIA | | 33 | 0.3 | | | |
| 859 | NECROSIS KIDNEY CORTEX | | 1 | 0.01 | | | |
| 860 | NECROSIS KIDNEY TUBULES | | 1 | 0.01 | | | |
| 861 | NEOPLASM BREAST | | 2 | 0.02 | | | |
| 862 | NEPHRITIS | | 6 | 0.05 | | | |
| 863 | NEPHROSIS | | 5 | 0.05 | | | |
| 864 | NOCTURIA | | 3 | 0.03 | | | |
| 865 | OLIGURIA | | 7 | 0.06 | | | |
| 866 | OVARIAN DISORDER | | 3 | 0.03 | | | |
| 867 | PAIN | | 1 | 0.01 | | | |
| 868 | PAIN BREAST | | 2 | 0.02 | | | |
| 869 | PAPANICOLAU SMEAR SUSPICIOUS | | 1 | 0.01 | | | |
| 870 | PENIS DISORDER | | 2 | 0.02 | | | |
| 871 | POLYCYSTIC KIDNEY | | 1 | 0.01 | | | |
| 872 | POLYURIA | | 7 | 0.06 | | | |
| 873 | PREGNANCY DISORDER | | 4 | 0.04 | | | |
| 874 | PREGNANCY UNINTENDED | | 5 | 0.05 | | | |
| 875 | PREMATURE BIRTH | | 4 | 0.04 | | | |
| 876 | PRIAPISM | | 5 | 0.05 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061256

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 877 | PROSTATIC CARCINOMA | | 5 | 0.05 | | | |
| 878 | PROSTATIC DISORDER | | 5 | 0.05 | | | |
| 879 | PROSTATIC SPECIFIC ANTIGEN INCREASE | | 8 | 0.07 | | | |
| 880 | PYELONEPHRITIS | | 3 | 0.03 | | | |
| 881 | PYURIA | | 1 | 0.01 | | | |
| 882 | SCROTAL EDEMA | | 3 | 0.03 | | | |
| 883 | STILLBIRTH | | 6 | 0.05 | | | |
| 884 | TESTIS DISORDER | | 4 | 0.04 | | | |
| 885 | UNINTENDED PREGNANCY | | 10 | 0.09 | | | |
| 886 | URETHRAL PAIN | | 2 | 0.02 | | | |
| 887 | URINARY FREQUENCY | | 52 | 0.47 | | | |
| 888 | URINARY INCONTINENCE | | 76 | 0.69 | | | |
| 889 | URINARY RETENTION | | 38 | 0.34 | | | |
| 890 | URINARY TRACT DISORDER | | 18 | 0.16 | | | |
| 891 | URINARY TRACT INFECTION | | 44 | 0.4 | | | |
| 892 | URINARY URGENCY | | 10 | 0.09 | | | |
| 893 | URINATION IMPAIRED | | 22 | 0.2 | | | |
| 894 | URINE ABNORMALITY | | 40 | 0.36 | | | |
| 895 | UROGENITAL ANOMALY | | 6 | 0.05 | | | |
| 896 | UROGENITAL DISORDER | | 1 | 0.01 | | | |
| 897 | UTERINE DISORDER | | 1 | 0.01 | | | |
| 898 | UTERINE FIBROIDS DEGENERATED | | 1 | 0.01 | | | |
| 899 | UTERINE HEMORRHAGE | | 2 | 0.02 | | | |
| 900 | UTERINE NEOPLASM | | 1 | 0.01 | | | |
| 901 | VAGINAL HEMORRHAGE | | 16 | 0.15 | | | |
| 902 | VAGINITIS | | 5 | 0.05 | | | |
| 903 | VULVOVAGINAL DISORDER | | 1 | 0.01 | | | |
| 904 | Sub Total | | 1023 | | | | |
| 905 | | | | | | | |
| 906 | Total Number of Events | 29256 | | | | | |
| 907 | | | | | | | |
| 908 | Total Number of Cases | 11020 | | | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061257