EXHIBIT 62

Hauben, Manfred (Pfizer Pharmacovigilance 30b6)  7/13/2007  9:07:00 AM

```
 1      UNITED STATES DISTRICT COURT
 2      DISTRICT OF MASSACHUSETTS
 3   ----------------------- :
 4   In Re:          : MDL Docket
                     : No. 1629
 5   NEURONTIN MARKETING,   :
     SALES PRACTICES AND    : Master File
 6   PRODUCTS LIABILITY     : No. 04-10981
     LITIGATION             : JUDGE PATTI B. SARIS
 7                          : MAGISTRATE JUDGE
                            : LEO T. SOROKIN
 8                          :
                            : CONFIDENTIAL
 9                          : VIDEOTAPE DEPOSITION OF:
                            : MANFRED HAUBEN
10                          : (VOLUME II)
                            :
11   -----------
12
13        TRANSCRIPT of the stenographic notes of
14   the proceedings in the above-entitled matter, as
15   taken by and before LINDA M. HOFFMANN, a Certified
16   Shorthand Reporter and Notary Public, held at the
17   office of DAVIS POLK & WARDWELL, ESQUIRES, 450
18   Lexington Avenue, New York, New York, on Friday, July
19   13, 2007, commencing at 9:07 in the forenoon.
20
21
22
23
24
25
```

Hauben, Manfred (Pfizer Pharmacovigilance 30b6)  7/13/2007  9:07:00 AM

```
Hauben - direct                           573
 1   A.   Yes.
 2   Q.   So if there were any implication or
 3   suggestion that either company failed to look at
 4   clinical trial adverse events as reported to the
 5   post-market safety database, would that be fair?
 6        MR. FROMSON:  Just note my objection as
 7   to form.
 8   A.   What was the question?
 9   Q.   If there were suggestions or
10   implications in the questioning by Mr. Fromson that
11   either company failed to look at clinical trial
12   adverse events in the post-market safety database,
13   would that be fair?
14   A.   No, it would be untrue.
15        MR. FROMSON:  Just note my objection as
16   to the form of the question.
17   Q.   Mr. Fromson also asked you a number of
18   questions about whether there were special or
19   different pharmacovigilance procedures or protocols
20   that are or should be in place for Neurontin.  Do you
21   remember those questions?
22   A.   Yes.
23   Q.   Based on what you know about the suicide
24   submissions to the FDA, is there any basis from a
25   pharmacovigilance standpoint for there to be a
```

```
Hauben - direct                           574
 1   special pharmacovigilance procedure in place for
 2   Neurontin related to suicide?
 3        MR. FROMSON:  Just note my objection as
 4   to form.  It calls for expert testimony.
 5   A.   Well, multiple serial analysis of all
 6   the available data did not detect a signal, and so
 7   there would really not be an indication to do any
 8   focused, special post-marketing surveillance or
 9   stimulated surveillance programs.
10   Q.   Thank you.
11        Dr. Hauben, do you have the stack of
12   exhibits in front of you?
13   A.   Do I have?
14   Q.   Do you have Exhibit 8?
15        MR. FROMSON:  I have it, Doctor.
16        (A discussion takes place off the
17   record.)
18   Q.   Dr. Hauben, you were asked a number of
19   questions on Exhibit 8.  Could you tell us the title
20   of Exhibit 8?
21   A.   Yes.  "Q & A on the Safety of Neurontin
22   Regarding Suicidal Behaviors."
23   Q.   Oh, okay.  Above that there's a heading.
24   A.   Oh, okay.
25   Q.   And what is the last line of that
```