EXHIBIT 65

# Where Do Gabapentin & Pregabalin Come from?

- Background of Gabapentin
- Summary of biological strategy (1996)
- ████████████████ Redaction ████████████████
- Early MOA studies of gabapentin
- Recent MOA studies
  - SAR correlations
  - porcine $\alpha_2$–$\delta$-1 vs. pig brain binding correlation
  - R217A mutant mouse studies

The gabapentin ████ Redaction ████ binding site has been identified by biochemical and molecular biological techniques as a te alpha-2-delta auxiliary protein that is associated with voltage-gated calcium channels in brain (and other tissues). The exact function of binding at this site has not been determined.

Confidential

Pfizer_CTaylor_0000412



**Gabapentin Global Sales**

Gabapentin Sales ($mil)

- First synthesized, Goedecke (W-L), 1974
- Tenth largest-selling drug in the world
- Original Mkt forcast, max $47M for epilepsy
- Now Pfizer's 2nd most profitable (behind Lipitor)

2

Confidential

Pfizer_CTaylor_0000413

Within the past 15 years, it has become clear that some AEDs are used almost exclusively for epilepsy (see Dilantin - phenytoin), and others have a variety of different indications.

For example, valproate (Depakote) is used mostly for psychiatry (bipolar is included in the product label).

Neurontin is the extreme example, with less than 10% of use for epilepsy, and the largest off-label use for pain management.



Gabapentin Use (US pts)

WW Sales
2003
$2.4 Billion

| 32% | Neuropathic Pain |
| 8% | Bipolar |
| 15% | Other Psych |
| 23% | Other Disorders |
| 12% | All Others |

Source: US data - SmartLevan
FDDA, Drug Uses 2002

3

3



## Early Screen Strategies

All were done in parallel with each compound

- Gabapentin (1980)
  - Mouse thiosemicarbazide

Redaction

- AA/Cambridge (1997)
  - Pig brain [³H]GBP binding
  - DBA/2 mouse seizures
  - Rat Vogel test
  - Rat carrageenan test
  - Inverted screen ataxia
  - System L transport

- **Major Issues 1997:**
  - Lack of modest throughput functional in vitro test
  - Lack of confidence in $\alpha_2$-$\delta$ binding as site of action

4

Confidential

Pfizer_CTaylor_0000415

Redaction

Confidential



Confidential

Pfizer_CTaylor_0000417

Redaction

Confidential

Redaction

Confidential

Redaction

Confidential

Redaction

Confidential

Redaction

Confidential

Redaction

Confidential



## CNS Adverse Events

- Dizziness
  - Vertigo upon arising; loss of equilibrium
  - Not noticeable when sitting or supine
  - Not nystagmus; not a spinning sensation
  - Not caused by postural hypotension
  - Can lead to nausea and vomiting

- Somnolence
  - Sleepiness; wanting to lie down
  - High dose: slow-wave sleep, arousable
  - Sometimes: asthenia, feeling of weakness

13

Confidential

Pfizer_CTaylor_0000424

Redaction

Confidential



Confidential

Pfizer_CTaylor_0000426

Redaction

Confidential

Redaction

Confidential



18

Pfizer_CTaylor_0000429

Redaction

Pfizer_CTaylor_0000430

Over the years, many possible mechanisms have been explored for gabapentin Recently, work has focused to a large degree on the alpha2-delta binding site. Several of the other mechanisms have been ruled out as not of primary importance (shown in red).

Neither drug is active at the glycine, glutamate or PCP site of NMDA receptors  do not change brain GABA levels in rats (Petroff et al., Yale, 2003 publication)

Changes in GAD activity do not appear important, as gabapentin ▇▇▇ Redaction

Inhibition of branched-chain amino acid aminotransferase does not appear to be crucial, as compounds that lack this activity are still active in α2δ binding and pharmacology in vivo

GABA-B receptor findings by the Ng group (2001) were not replicated by at least 4 other labs. Two published papers refute the Ng et al. findings (backup slide)

NMDA receptors are modulated in a subtle manner by both gabapentin ▇▇▇ Redaction but the significance of this finding is very unclear

---

## Gabapentin: Mechanisms of Action
## A Historical Perspective

- Spasticity; spinal reflexes: 1982-1985[1]
- *Glycine or spermine site NMDA antagonist (controversy): 1990-1992*[2]
- **$\alpha_2$-$\delta$ binding site: 1990 to present**[3]
- *Glutamic acid decarboxylase: 1992*[4]
- *Use-dependent block of Na⁺ channels: 1993*[5]
- *Branched-chain aminotransferase inhibitor: 1994*[6]
- *Increase GABA levels: 1996*[7]

Data on file, Pfizer Inc.
[1]Ona RJ, et al. Stoc Neurosci. Abstract 1990;19:783. Abstract 321.6.
[2]Suman-Chauhan N, et al. Eur J Pharmacol. 1993;244:293-301; Hill DR, et al. Eur J Pharmacol. 1993;244:303-309; Brown JP, et al. Anal Biochem. 1998;255:236-243; Gee NS, et al. J Biol Chem. 1996; 271:5768-5776.
[3]Taylor CP, et al. Epilepsy Res. 1992;11:103-110.
[4]Wamil AW, McLean MJ. Epilepsy Res. 1994;17:1-11.
[5]Hutson SM, et al. J Neurochem. 1998;71:863-874.
[6]Petroff OAC, et al. Ann Neurol. 1996;39:95-99; Errante LD, Petroff OAC. Seizure. 2003;12:300-306.

20

Confidential

Pfizer_CTaylor_0000431



# Gabapentin: Mechanisms of Action A Historic Perspective (cont'd)

- **V-gated $Ca^{2+}$ channel block: 2001[7]**
- **Reduced transmitter release: 1983 to present[8]**
- GABA transporter traffic: 2001[9]
- MEK pathway inhibitor: 2001[10]
- *GABA_B subtype-selective agonist: 2001[11]*
- NMDA receptor (+) modulator: 2001[12]

[7] Stefani A, et al. Neuropharmacology. 1998;37:83-91; Sutton KG, et al. Br J Pharmacol 2002;135:257-265; Martin DJ, et al. Neuropharmacology. 2002;42:353-366.

[8] Dooley DJ, et al. J Pharmacol Exp Ther. 2000;295:1086-1093; Dooley DJ, et al. Neurosci Lett. 2000;280:107-110; Fink K, et al. Br J Pharmacol. 2000;130:900-906; Maneuf YP, Dooley DJ. Eur J Pharmacol. 2000;637:151-159; Maneuf YP, et al. Pain. 2001;93:191-196; Maneuf YP, McKnight AT. Br J Pharmacol. 2001.

[9] 134-137; 142; Dooley DJ, et al. Synapse. 2002;45:171-190; Kammerer RC, et al. Pain. 2003;105:133-144.

[10] Wilkinson TL, Dryer MM. Biochem Soc Trans. 2001;29:736-742.

[11] Li Z, et al. Poster presented at: Society for Neuroscience 31st Annual Meeting. Abstract 786.1.

[12] Bertrand S, et al. J Pharmacol Exp Ther. 2001;298:15-24; Ng GYK, et al. Mol Pharmacol. 2001;59:144-152.

[13] Rock DM, et al. Epilepsy Res. 1993;16:89-98; Gu Y, Huang L-YM. Pain. 2001;93:85-92; Gu Y, Huang L-YM. Neurosci Lett. 2002;324:177-180.

21

Confidential

Pfizer_CTaylor_0000432



[³H]Gabapentin in Rat Brain

Confidential



## Stereocenters

[3H]gabapentin binding activity predicts in vivo activity:

Each of 12 stereoisomer pairs

| PD Number | Binding $IC_{50}$ (μM) | Vogel (% of Ref) |
|---|---|---|
| PD 299685 | 0.009 | 160 |
| PD 316678 | 1.68 | 7.98 |
| PD 144723 | 0.08 | 100 |
| PD 144550 | 0.84 | 7.4 |
| PD 200390 | 0.023 | 174 |
| PD 201698 | 0.882 | 7.5 |
| PD 307117 | 1.13 | 0 |
| PD 307280 | 0.027 | 106 |
| PD 332334 | 0.146 | 100 |
| PD 342677 | 1.07 | 0 |

23

Confidential

Pfizer_CTaylor_0000434



## PD-03 Gabapentin Antagonist

| Compound | pg IC₅₀ | pg IC₅₀ | MES | CTH | WGA | Sprint | MES | T₅₀ | Cl | V₅₅ |
|---|---|---|---|---|---|---|---|---|---|---|
| PD 18417 | KB nM | 43 nM | > 100 mg/kg | > 100 mg/kg | > 100 mg/kg | > 10 nM | 10 mg/kg | 4 hr | 0.9 | 31.9 |

**Redaction**

- ICV or IP injection reverses gabapentin in:
  - MES or DBA/2 models (seizures)
  - Formalin test, CCI model (pain)
  - In vitro neurotransmitter release (glutamate, MA)
  - Tail suspension test (anxiolytic/sleep)
- IP injection (up to 100 mg/kg):
  - NO EFFECT on GBP in Vogel Conflict test
- PO dosing REDUCES pain (& cartilage damage?) in rat OA model

24



Confidential

Pfizer_CTaylor_0000436

Redaction

Confidential

Redaction

Confidential



The protein identification of the [³H]gabapentin binding sites was established at the Parke-Davis Cambridge (England) Research Centre in the early 1990's. Jason Brown solubilized proteins from large quantities of porcine brain and subjected them to serial column fractionation. By assaying different fractions that were enriched in [³H]gabapentin binding activity, a single protein band that retained binding activity was purified. This protein was sequenced and found identical (in its 10 terminal amino acids) to the previously cloned sequence of alpha₂-delta type 1 from rabbit skeletal muscle.

Subsequently, Jim Offord and colleagues expressed recombinant alpha₂-delta type 1 protein and found that its binding properties with [³H]gabapentin were identical to porcine whole-brain membrane fractions.

Confidential

Pfizer_CTaylor_0000439



Confidential

Pfizer_CTaylor_0000440



Hippocampus CA3

Data on file
(TZ 5u)

Confidential

Pfizer_CTaylor_0000441

Redaction

Pfizer_CTaylor_0000442



Confidential

Pfizer_CTaylor_0000443

Redaction

Confidential



**Brain Levels Correlate With Activity**

- CNS levels analyzed for 25 compounds
- Brain level/IC$_{50}$ ratio calculated
- This ratio correlated with observed activity
- Brain [C] Higher than binding IC$_{50}$
- Due to competition with endogenous AA's?
- Binding IC$_{50}$ shifted to right with intact cells
- Functional in vitro assays require higher [C]

Ayman El-Kattan, Madhu Chenusury PDM

34

Confidential

Pfizer_CTaylor_0000445

Redaction

Confidential

Redaction

Confidential

Gabapentin decreases late phase responding (biting, foot shaking) in the formalin footpad test, as do other analgesic drugs (morphine, naproxen, etc.).

Gabapentin has no analgesic-like action in R217A mice, but morphine is still effective, supporting the hypothesis that the α2d binding activity is an important determinant of its efficacy.



Confidential

Pfizer_CTaylor_0000448

Redaction

Confidential

Redaction

Confidential



## Conclusions

- Gabapentin ▮▮▮ Redaction ▮▮▮ unique drugs for epilepsy, pain, anxiety, fibromyalgia

- Side effects: dizziness, somnolence, weight gain

- Early data: [³H]gabapentin binding inhibited potently by same stereoisomers found effective in vivo

- PD 140417 – stereoselective "antagonist" is [³H]gabapentin ligand

- 1995: J. Brown identifies [³H]gbp binding protein – $\alpha_2$–$\delta$ 1

- 1996-2004: $\alpha_2$–$\delta$ SAR shows binding required for in vivo

- 2002-2004: $\alpha_2$–$\delta$ 1 mutant R217A mice show that $\alpha_2$–$\delta$ 1 binding required (analgesia, Vogel, TST)

- Speculation: $\alpha_2$–$\delta$ 1 selective ligand could provide advantages (?) if $\alpha_2$–$\delta$ 2 is associated with adverse events

40

Confidential

Pfizer_CTaylor_0000451