EXHIBIT 66

### 3.1.    Background

This revised application summary includes the information required by 21 CFR 314.50(d)(7). Appendix 1 contains abbreviations used in the summary that may not be familiar to all readers.

Three Type 6 NDAs support an indication for Neurontin® (gabapentin) capsules (21-397), tablets (21-423), and oral solution (21-424) for the management of neuropathic pain associated with postherpetic neuralgia (PHN).

Neurontin is approved in the United States (US) as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in patients over 12 years of age with epilepsy. Neurontin is also indicated as adjunctive therapy in the treatment of partial seizures in pediatric patients age 3 to 12 years.

Four NDAs for Neurontin are currently approved; all were reviewed in the Division of Neuropharmacological Drug Products (DNDP). These are as follow:

NDA 20-235: Neurontin Capsules, 100, 300, and 400 mg (Approved Dec 30, 1993)

NDA 20-882: Neurontin Tablets, 600 and 800 mg (Approved Oct 9, 1998)

NDA 21-129: Neurontin Oral Solution, 50 mg/mL (Approved Mar 2, 2000)

NDA 21-216: Neurontin Oral Solution, 50 mg/mL—pediatric indication (Approved Oct 12, 2000).

The three dosage forms are bioequivalent and have a common package insert.

Approval of NDA 21-216 included a Phase 4 commitment to conduct a repeated-dose neonatal/juvenile rat study to assess the developmental neurotoxicity of gabapentin. A protocol was submitted to IND 28,454 (SN 423) for FDA review on May 31, 2001. The DNDP project manager telephoned on July 13, 2001, to state that the pharmacology reviewers concurred with the protocol design. The study is underway and a report is expected by December 2002.

There are 5 active INDs for gabapentin. The following 4 INDs are held by Pfizer Global Research and Development (formerly Warner-Lambert/Parke-Davis), Ann Arbor, Michigan:

IND 28,454: Capsules
Indication: Epilepsy
FDA Reviewing Division: DNDP
Status: No active clinical trials. All US studies to support the approved NDAs were conducted under this IND, except for the pediatric oral solution trials.

IND 52,719: Capsules
Indication: Migraine
FDA Reviewing Division: DNDP
Status: No active clinical trials

IND 57,813: Oral Solution
Indication: Epilepsy
FDA Reviewing Division: DNDP
Status: No active clinical trials. The pediatric oral solution studies were conducted under this IND.

IND 58,148: Capsules
Indication: Pain
Reviewing Division: Anti-inflammatory, Analgesic, and Ophthalmologic Drug Products
Status: This IND was put in place to evaluate gabapentin combination products in analgesia (non-neuropathic pain); several Phase 1 and 2 studies have been conducted; however, the combination programs are no longer active and no additional studies are planned.

The following IND is held by the Pfizer Pharmaceuticals Group, New York, New York:

IND 60,622: Capsules
Indication: Sleep Quality
FDA Reviewing Division: DNDP
Status: Clinical studies were initiated in January 2001.

One of the two pivotal studies (945-211) that investigated the use of Neurontin in the management of neuropathic pain associated with PHN was conducted under IND 28,454. A second pivotal study and a supportive study in mixed neuropathic pain were international and not conducted under a US IND.

Representatives of FDA's Division of Anesthetic, Critical Care, and Addiction Drug Products and Pfizer met on May 14, 2001 to discuss the content and format of a proposed supplemental NDA for the management of neuropathic pain with gabapentin. The Division expressed reservations about accepting an application for filing with the broad indication "management of neuropathic pain" rather than separate applications for postherpetic neuralgia (PHN) and diabetic peripheral neuropathy (DPN). However, following internal FDA discussions after the meeting, the Agency agreed that an application proposing the broad indication would not be refused to file *prima facie* based on previous agreements made with the Division of Anti-inflammatory, Analgesic, and Ophthalmologic Drug Products regarding another Pfizer product in development. The Agency's minutes indicated that the sponsor would need to present data and a credible argument to support a general neuropathic pain indication. Agreement was reached on the content and format of the submission. The FDA and sponsor minutes of this meeting are attached in Appendix 2. A Type 6 NDA (21-397) for Neurontin capsules for this indication was submitted on August 6, 2001, and corresponding NDAs for Neurontin Tablets (21-423) and oral solution (21-424) were submitted on August 16, 2001. The proposed indication is now being made more specific, to "management of neuropathic pain associated with PHN". Supporting documentation for the revised indication was submitted on November 30 and December 20, 2001. This revised application summary, with the annotated labeling, completes the planned submissions to support the more specific indication.

### 3.2.    Pharmacologic Class, Scientific Rationale, Intended Use, and Potential Clinical Benefits

### 3.2.1.    Pharmacologic Class

Gabapentin, 1-(aminomethyl) cyclohexaneacetic acid, also referred to as CI-945, is an amino acid analog of the inhibitory neurotransmitter gamma-aminobutyric acid (GABA).

NEURONTIN CONFIDENTIAL                                         NDA21397_MISC_007_0053

### 3.2.2.    Scientific Rationale

Among chronic painful conditions, neuropathic pain associated with PHN is one of the most difficult to manage, with few therapies available. Following reports in the literature on the use of gabapentin in neuropathic pain, the sponsor initiated controlled studies in various neuropathic pain conditions.

### 3.2.3.    Intended Use

The proposed indication is the management of neuropathic pain associated with PHN in adults ≥18 years of age. A request for a full pediatric waiver in this indication was included in the November 30, 2001 submission.

### 3.2.4.    Potential Clinical Benefits

Chronic neuropathic pain associated with PHN can be debilitating, is associated with sleep disturbances, and can negatively impact quality of life (QOL). The prevalence of neuropathic pain and the unsatisfactory state of current therapies indicate a medical need for additional therapies in the US.

Gabapentin was studied in 2 randomized, double-blind, placebo-controlled trials in PHN and also in a study that included patients with neuropathic pain of mixed etiology, including PHN; this program demonstrated that gabapentin is safe and effective in the management of neuropathic pain associated with PHN. Both patients and investigators reported improvements in global assessments of the patients' neuropathic pain. In addition to the reduction in neuropathic pain reported by patients, gabapentin treatment reduced sleep disturbance and resulted in improvements in mood and QOL.

The efficacy and safety of gabapentin as demonstrated in these studies provide a highly favorable benefit to risk ratio. This favorable benefit to risk ratio endorses gabapentin as an important therapy for the management of neuropathic pain associated with PHN.

### 3.3.    Notes to Reviewers and Contents of NDA

"Notes to Reviewers" are provided at the beginning of Items 5, 6, 8, 10, 11, and 12 to describe the contents of each component in detail. An overview of the NDA contents is provided below.

The archival copy of the NDA consists of both electronic and paper components. Electronic archive components include all summary documents, labeling, Principal Investigator Information, Case Report Tabulations (Domain Datasets and Patient Profiles, Item 11), and Case Report Forms (Item 12). These are provided as Adobe PDF files. The proposed labeling is also provided as a Microsoft Word document. Datasets are supplied in SAS transport format.

Paper review copies of all electronic archive components are provided, except for Principal Investigator Information, Case Report Tabulations, and Case Report Forms.

Each NDA item is outlined below. Unless the submission of revised information is indicated, these items are those submitted in the original Type 6 NDA (21-397) on August 6, 2001. No previously submitted items are being re-submitted.

Item 1, Table of Contents—The table of contents in the submission follows the 3-tier structure outlined in the Guidance for Industry: Providing Regulatory Submissions in Electronic Format—NDAs, January 1999. A detailed index of the submission is included as a review aid on a separate CD-ROM.

Item 2, Labeling—PDF and Word versions of the labeling with proposed changes highlighted are included, along with a copy of the currently approved package insert. Revised labeling (PDF and Word versions) was submitted on December 20, 2001.

Item 3, Summary—The summary contains the required background information, annotated labeling, and an overview of the information in Items 4, 5, 6, 8, and 10. This item is being revised in the current (January 2002) submission.

Item 4, Chemistry, Manufacturing and Controls (CMC)—No changes or additions to the approved drug substance or dosage forms are proposed in this application. An updated Environmental Assessment is included, in both confidential and Freedom of Information

versions. The increase in drug substance expected to enter the environment with the additional indication is justified. A field copy of Item 4 is not provided.

Item 5, Nonclinical Pharmacology and Toxicology — This item updates the body of knowledge about the preclinical pharmacology of gabapentin.

Item 6, Human Pharmacokinetics and Bioavailability — A revised Human Pharmacokinetic Summary was submitted on November 30, 2001. Item 6 reviews human pharmacokinetic information in the approved NDAs as it applies to the proposed neuropathic pain indication. New or updated data and recommended labeling changes come from the following: A population exposure-response analysis of the relationship between gabapentin dose and primary efficacy parameters in the PHN studies, a dose-proportionality study, a meta-analysis to support updated dosage recommendations in patients with impaired renal function, and recent studies/reports that examine possible drug interactions.

Item 6 also provides detailed information on the formulations used in the clinical trials, and the rationale for their bioequivalence.

Items 8/10, Clinical Data and Statistical Sections — Revised summary documents (Background/Overview, ISE, ISS, and Benefit/Risk) were submitted on December 20, 2001. Items 8/10 describe the efficacy and safety of gabapentin in the management of neuropathic pain associated with PHN from the pivotal and supportive placebo-controlled studies. Safety data from ongoing studies in neuropathic pain, clinical pharmacology studies, and gabapentin/analgesic combination studies in non-neuropathic pain are also discussed. A background/overview of the clinical investigations, an assessment of abuse liability/overdosage, and the benefit/risk profile of gabapentin for the management of neuropathic pain associated with PHN are included.

In association with revision of the proposed indication, to "management of neuropathic pain associated with PHN", a request for a full waiver from the requirement to conduct a pediatric assessment was submitted on November 30, 2001.

Other standard NDA items (clinical study formulations, audit/review of original subject records, obligations transferred to contract research organizations, marketing

experience/foreign regulatory actions and principal investigator information) are
provided.

Item 11, Case Report Tabulations (CRTs)—Domain datasets for each of the 5 pivotal
studies in neuropathic pain (including the 2 PHN studies) and the combined efficacy
dataset are provided as SAS transport datasets. Patient profiles for these studies are also
provided. Datasets used for the population pharmacokinetic analyses of
exposure/response are provided in SAS transport format and ASCII format. The dataset
for the PHN-only population pharmacokinetic analysis was submitted on November 30,
2001.

Item 12, Case Report Forms (CRFs)—CRFs for all patients in the pivotal studies are
included as electronic files. Lists of patients who died, experienced a serious adverse
event, or did not complete a study because of an adverse event are provided along with
information on the adverse event and/or cause of death. These patients are also identified
in the table of contents for Item 12.

For the ongoing neuropathic pain studies, clinical pharmacology studies, and studies of
gabapentin/analgesic combinations in non-neuropathic pain, CRFs are provided for those
subjects and patients who died, experienced a serious adverse event, or withdrew from
the study due to an adverse event. Lists of these patients with information on the adverse
event and/or cause of death are also provided.

Item 13, Patent Information—Updated patent information is supplied.

Item 16, Debarment Certification—We have certified that the company is not debarred,
and did not/will not use the services of any person debarred under Section 306 of the
FD&C Act in connection with this application.

Item 18, User Fee Cover Sheet—This form is completed for the review fee applicable to
an efficacy supplement (or Type 6 NDA).

Item 19, Financial Information—Certifications and any disclosures are provided as
required for the covered studies. Because of the change in the proposed indication, this
item was revised to remove the 2 studies in painful diabetic peripheral neuropathy and
was resubmitted on November 30, 2001.

NEURONTIN CONFIDENTIAL                                      NDA21397_MISC_007_0057

Item 20, Other — A revised section, which refers to the request for a full pediatric waiver, was submitted on November 30, 2001.

### 3.4.     Proposed Text of Revisions to Neurontin (Gabapentin) Labeling – Annotated

The revised annotated labeling that follows is presented in a 3-column format. Currently approved labeling is in the left column, proposed changes are in the middle column, and annotations to the NDA sections that support the proposed revisions are in the right column. Proposed new text is underlined and in blue type; proposed deletions are underlined and in blue type with strikeout applied. Two changes in style have been made throughout, the deletion of periods after each letter in daily dosing frequency abbreviations (primarily T.I.D. to TID), and inclusion of the registered trademark "®" with each mention of the trade name Neurontin (this is used periodically in the current labeling). These changes are not annotated.

All documents that are referenced in the annotations have been previously submitted. The current summaries and reports that are cited in the annotated labeling and their most recent date of submission to NDA 21-397 (and by cross-reference to NDAs 21-423 and 21-424) are listed in Table 1. The individual study reports retain the volume number from the August 6, 2001 NDA submission.

Neurontin® (gabapentin)                                                                                    018

Table 1.    Documents Cited in Annotated Labeling and Submission Date of Current
Version

| Document | RR/RR-REG No. | Submission Date of Current Version | | | |
|---|---|---|---|---|---|
| | | 08/06/01 | 11/30/01 | 12/20/01 | 01/14/02 |
| Preclinical Pharmacology Summary | RR-REG 740-03550 | X | | | |
| Human Pharmacokinetics and Bioavailability Summary | RR-REG 744-00633 | | X | | |
| Study Report (945-211, Study 1) | RR 995-00070 | X NDA Volume 77 | | | |
| Study Report (945-295, Study 2) | RR 430-00124 | X NDA Volume 95 | | | |
| Integrated Summary of Effectiveness ISE) | RR-REG 720-30136 | | | X | |
| Integrated Summary of Safety (ISS) | RR-REG 720-30135 | | | X | |
| Pediatric Waiver Request . | RR-MEMO 720-30141 | | X | | |
| Application Summary (with annotated labeling) | No RR No. | | | | X |

Neurontin® (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | | |

NDA 21-397  Vol 001

**Neurontin® (gabapentin) capsules**
**Neurontin® (gabapentin) tablets**
**Neurontin® (gabapentin) oral solution**

## DESCRIPTION

Neurontin® (gabapentin) capsules, Neurontin® (gabapentin) tablets, and Neurontin® (gabapentin) oral solution are supplied as imprinted hard shell capsules containing 100 mg, 300 mg, and 400 mg of gabapentin, elliptical film-coated tablets containing 600 mg and 800 mg of gabapentin or an oral solution containing 250 mg/5 mL of gabapentin.

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 18)

NDA21397_MISC_007_0060

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
| --- | --- | --- |
| The inactive ingredients for the capsules are lactose, cornstarch, and talc. The 100 mg capsule shell contains gelatin and titanium dioxide. The 300 mg capsule shell contains gelatin, titanium dioxide, and yellow iron oxide. The 400 mg capsule shell contains gelatin, red iron oxide, titanium dioxide, and yellow iron oxide. The imprinting ink contains FD&C Blue No. 2 and titanium dioxide. | | |

DM. FILE/CL-0945 (IC17601a)
Item 3. (Page 19)

NDA 21-397 Vol 001

021

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
| --- | --- | --- |
| The inactive ingredients for the tablets are poloxamer 407, copolyvidonum, cornstarch, magnesium stearate, hydroxypropyl cellulose, talc, candelilla wax and purified water. The imprinting ink for the 600-mg tablets contains synthetic black iron oxide, pharmaceutical shellac, pharmaceutical glaze, propylene glycol, ammonium hydroxide, isopropyl alcohol, and n-butyl alcohol. The imprinting ink for the 800-mg tablets contains synthetic yellow iron oxide, synthetic red iron oxide, hydroxypropyl methylcellulose, propylene glycol, methanol, isopropyl alcohol and deionized water. | | |
| The inactive ingredients for the oral solution are glycerin, xylitol, purified water, and artificial cool strawberry anise flavor. | | |

NDA 21-397  Vol  001

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 20)

NDA21397_MISC_007_0062

Neuron (gabapentin)

022

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

Gabapentin is described as 1-(aminomethyl)cyclohexaneacetic acid with an empirical formula of $C_9H_{17}NO_2$ and a molecular weight of 171.24. The molecular structure of gabapentin is:



Gabapentin is a white to off-white crystalline solid. It is freely soluble in water and both basic and acidic aqueous solutions.

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 21)

NDA 21-397  Vol  001

NEURONTIN CONFIDENTIAL

023

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

**CLINICAL PHARMACOLOGY**

**Mechanism of Action**

The mechanism by which gabapentin exerts its pharmacological actions is unknown, but in animal models of analgesia, gabapentin prevents allodynia (pain-related behavior in response to a normally innocuous stimulus) and hyperalgesia (exaggerated response to painful stimuli).

RR-REG 740-03550
(Pharmacology Summary)
Sections 3.1.1.3 to 3.1.1.8

In particular, gabapentin prevents pain-related responses in several models of neuropathic pain in rats or mice (e.g., spinal nerve ligation models, streptozocin-induced diabetes model, spinal cord injury model, acute herpes zoster infection model).

Section 3.1.1.8

Gabapentin also decreases pain-related responses after peripheral inflammation (carrageenan footpad test, late phase of formalin test).

Sections 3.1.1.3 and 3.1.1.4

Gabapentin did not alter immediate pain-related behaviors (rat tail flicktest, formalin footpad acute phase, acetic acid abdominal

Sections 3.1.1.1 to 3.1.1.3

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 22)

NDA 21-397  Vol  001

NDA21397_MISC_007_0064

024

Neurontin (gabapentin)

NDA 21-397  Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | constriction test, footpad heat irradiation test). The relevance of these models to human pain is not known. | |
| The mechanism by which gabapentin exerts its anticonvulsant action is unknown, but in animal test systems designed to detect anticonvulsant activity, gabapentin prevents seizures as do other marketed anticonvulsants. Gabapentin exhibits antiseizure activity in mice and rats in both the maximal electroshock and pentylenetetrazole seizure models and other preclinical models (e.g., strains with genetic epilepsy, etc.). The relevance of these models to human epilepsy is not known. | The mechanism by which gabapentin exerts its anticonvulsant action is unknown, but ~~in~~ In animal test systems designed to detect anticonvulsant activity, gabapentin prevents seizures as do other marketed anticonvulsants. Gabapentin exhibits antiseizure activity in mice and rats in both the maximal electroshock and pentylenetetrazole seizure models and other preclinical models (e.g., strains with genetic epilepsy, etc.). The relevance of these models to human epilepsy is not known. | |

DM_HLE/Cl-0945 (ICI7601a)
Item 3. (Page 23)

025

Neurontin (gabapentin)

NDA 21-397 Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| Gabapentin is structurally related to the neurotransmitter GABA (gamma-aminobutyric acid) but it does not interact with GABA receptors, it is not converted metabolically into GABA or a GABA agonist, and it is not an inhibitor of GABA uptake or degradation. Gabapentin was tested in radioligand binding assays at concentrations up to 100 μM and did not exhibit affinity for a number of other common receptor sites, including benzodiazepine, glutamate, N-methyl-D-aspartate (NMDA), quisqualate, kainate, strychnine-insensitive or strychnine-sensitive glycine, alpha 1, alpha 2, or beta adrenergic, adenosine A1 or A2, cholinergic muscarinic or nicotinic, dopamine D1 or D2, histamine H1, serotonin S1 or S2, opiate mu, delta or kappa, voltage-sensitive calcium channel sites labeled with nitrendipine or diltiazem, or at voltage-sensitive sodium channel sites with batrachotoxinin A 20-alpha-benzoate. | Gabapentin is structurally related to the neurotransmitter GABA (gamma-aminobutyric acid) but it does not interact with GABA$_A$ or GABA$_B$ radioligand binding, receptors it is not converted metabolically into GABA or a GABA agonist, and it is not an inhibitor of GABA uptake or degradation. Gabapentin was tested in radioligand binding assays at concentrations up to 100 μM and did not exhibit affinity for a number of other common receptor sites, including benzodiazepine, glutamate, N-methyl-D-aspartate (NMDA), quisqualate, kainate, strychnine-insensitive or strychnine-sensitive glycine, alpha 1, alpha 2, or beta adrenergic, adenosine A1 or A2, cholinergic muscarinic or nicotinic, dopamine D1 or D2, histamine H1, serotonin S1 or S2, opiate mu, delta or kappa, cannabinoid 1 voltage-sensitive calcium channel sites labeled with nitrendipine or diltiazem, or at voltage-sensitive sodium channel sites with batrachotoxinin A 20-alpha-benzoate. Furthermore, gabapentin did not alter the cellular uptake of dopamine, noradrenaline, or serotonin. | RR-REG 740-03550 (Pharmacology Summary) Sections 3.2.1.1 and 3.2.1.3<br><br>Section 3.2.1.1<br><br><br><br><br><br><br><br><br>Section 3.2.1.1<br><br><br><br><br>Section 3.2.1.1 |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 24)

NDA21397_MISC_007_0066

Neurontin (gabapentin)

026

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| Several test systems ordinarily used to assess activity at the NMDA receptor have been examined. Results are contradictory. Accordingly, no general statement about the effects, if any, of gabapentin at the NMDA receptor can be made. | Several test systems ordinarily used to assess activity at the NMDA receptor and at voltage-gated calcium channels have been examined. Results are contradictory. Accordingly, no general statement about the effects, if any, of gabapentin at the NMDA receptor or on calcium channel function can be made. Gabapentin reduces the stimulated release of noradrenaline, dopamine, and glutamate under certain laboratory conditions. | RR-REG 740-03550 (Pharmacology Summary) Section 3.2.3.1

Section 3.2.1.7 |
| | Gabapentin administration to increases the total brain content of GABA after a single dose. However, the relevance of these findings to clinical use is not yet clear. | Section 3.2.1.5 |
| *In vitro* studies with radiolabeled gabapentin have revealed a gabapentin binding site in areas of rat brain including neocortex and hippocampus. A high-affinity binding protein in animal brain tissue has been identified as an auxiliary subunit of voltage-activated calcium channels. However, functional correlates of gabapentin binding, if any, remain to be elucidated. | | |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 25)

NDA 21-397 Vol 001

NDA21397_MISC_007_0067

027

Neuron (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Pharmacokinetics and Drug Metabolism**<br><br>All pharmacological actions following gabapentin administration are due to the activity of the parent compound; gabapentin is not appreciably metabolized in humans.<br><br>**Oral Bioavailability:** Gabapentin bioavailability is not dose proportional; i.e., as dose is increased, bioavailability decreases. A 400 mg dose, for example, is about 25% less bioavailable than a 100 mg dose. Over the recommended dose range of 300 to 600 mg T.I.D., however, the differences in bioavailability are not large, and bioavailability is about 60%. Food has only a slight effect on the rate and extent of absorption of gabapentin (14% increase in AUC and Cmax). | **Oral Bioavailability:** Gabapentin bioavailability is not dose proportional; i.e., as dose is increased, bioavailability decreases. Bioavailability of gabapentin is approximately 60%, 47%, 34%, 33% and 27% following 900-, 1200-, 2400-, 3600-, and 4800-mg/day given in 3 divided doses, respectively. A 400 mg dose, for example, is about 25% less bioavailable than a 100 mg dose. Over the recommended dose range of 300 to 600 mg T.I.D., however, the differences in bioavailability are not large, and bioavailability is about 60%. Food has only a slight effect on the rate and extent of absorption of gabapentin (14% increase in AUC and Cmax). | RR-RBG 744-00633 (Human Pharmacokinetics and Bioavailability Summary) Sections 2 and 4.1 |

NDA 21-397 Vol 001

NEURONTIN CONFIDENTIAL

028

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Distribution:** Gabapentin circulates largely unbound (<3%) to plasma protein. The apparent volume of distribution of gabapentin after 150 mg intravenous administration is 58±6 L (Mean ±SD). In patients with epilepsy, steady-state predose (Cmin) concentrations of gabapentin in cerebrospinal fluid were approximately 20% of the corresponding plasma concentrations. | **Distribution:** Less than 3% of ~~G~~gabapentin circulates ~~largely~~ unbound to plasma protein. The apparent volume of distribution of gabapentin after 150 mg intravenous administration is 58±6 L. (Mean ±SD). In patients with epilepsy, steady-state predose (Cmin) concentrations of gabapentin in cerebrospinal fluid were approximately 20% of the corresponding plasma concentrations. | Clarification of text RR-REG 744-00633 (Human Pharmacokinetics and Bioavailability Summary) Section 2 |
| **Elimination:** Gabapentin is eliminated from the systemic circulation by renal excretion as unchanged drug. Gabapentin is not appreciably metabolized in humans. | | |
| Gabapentin elimination half-life is 5 to 7 hours and is unaltered by dose or following multiple dosing. Gabapentin elimination rate constant, plasma clearance, and renal clearance are directly proportional to creatinine clearance (see Special Populations: Patients With Renal Insufficiency, below). In elderly patients, and in patients with impaired renal function, gabapentin plasma clearance is reduced. | | |

DM_FILE\CI-0945 (IC176601a)
Item 3. (Page 27)

NDA 21-397  Vol 001

029

Neurontin (gabapentin)

NDA 21-397  Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| Gabapentin can be removed from plasma by hemodialysis. | | |
| Dosage adjustment in patients with compromised renal function or undergoing hemodialysis is recommended. (See DOSAGE AND ADMINISTRATION, Table 2.) | Dosage adjustment in patients with compromised renal function or undergoing hemodialysis is recommended (see DOSAGE AND ADMINISTRATION, Table 26). | Change in table number due to revisions |
| **Special Populations:** *Adult Patients With Renal Insufficiency:* Subjects (N=60) with renal insufficiency (mean creatinine clearance ranging from 13-114 mL/min) were administered single 400 mg oral doses of gabapentin. The mean gabapentin half-life ranged from about 6.5 hours (patients with creatinine clearance >60 mL/min) to 52 hours (creatinine clearance <30 mL/min) and gabapentin renal clearance from about 90 mL/min (>60 mL/min group) to about 10 mL/min (<30 mL/min). Mean plasma clearance (CL/F) decreased from approximately 190 mL/min to 20 mL/min. | | |

DM_FILE/CI-0945 (ICI7601a)
Item 3. (Page 28)

Neurontin (gabapentin)

030

NDA 21-397 Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| Dosage adjustment in adult patients with compromised renal function is necessary. (See DOSAGE AND ADMINISTRATION.) Pediatric patients with renal insufficiency have not been studied. | | |
| *Hemodialysis:* In a study in **anuric** subjects (N=11), the apparent elimination half-life of gabapentin on nondialysis days was about 132 hours; dialysis 3 times a week (4 hours duration) lowered the apparent half-life of gabapentin by about 60%, from 132 hours to 51 hours. Hemodialysis thus has a significant effect **on** gabapentin elimination in anuric subjects. | *Hemodialysis:* In a study in anuric subjects (N=11), the apparent elimination half-life of gabapentin on nondialysis days was about 132 hours; during dialysis ~~three times a week (4 hours duration)~~ ~~lowered~~ the apparent half-life of gabapentin was ~~reduced by about 60%,~~ to 3.8 hours. ~~from 132 hours~~ ~~to 51 hours.~~ Hemodialysis thus has a significant effect on gabapentin elimination in anuric subjects. | Clarification of text: half-life of 51 hours is average of dialysis plus non-dialysis days; 3.8 hours represents half-life of drug while patient is on dialysis. RR-REG 744-00633 (Human Pharmacokinetics and Bioavailability Summary) Section 2.1 |
| Dosage adjustment in patients undergoing hemodialysis is necessary. (See DOSAGE AND ADMINISTRATION.) | | |
| *Hepatic Disease:* Because gabapentin is not metabolized, no study was performed in patients with hepatic impairment. | | |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 29)

031

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| *Age:* The effect of age was studied in subjects 20-80 years of age. Apparent oral clearance (CL/F) of gabapentin decreased as age increased, from about 225 mL/min in those under 30 years of age to about 125 mL/min in those over 70 years of age. Renal clearance (CLr) and CLr adjusted for body surface area also declined with age; however, the decline in the renal clearance of gabapentin with age can largely be explained by the decline in renal function. Reduction of gabapentin dose may be required in patients who have age related compromised renal function. (See PRECAUTIONS, Geriatric Use, and DOSAGE AND ADMINISTRATION.) | | |

NDA 21-397  Vol 001

DM_FILE/CI-0945 (IC176/01a)
Item 3. (Page 30)

032

Neurontin (gabapentin)

NDA 21-397 Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| *Pediatric:* Gabapentin pharmacokinetics were determined in 48 pediatric subjects between the ages of 1 month and 12 years following a dose of approximately 10 mg/kg. Peak plasma concentrations were similar across the entire age group and occurred 2 to 3 hours postdose. In general, pediatric subjects between 1 month and <5 years of age achieved approximately 30% lower exposure (AUC) than that observed in those 5 years of age and older. Accordingly, oral clearance normalized per body weight was higher in the younger children. Apparent oral clearance of gabapentin was directly proportional to creatinine clearance. Gabapentin elimination half-life averaged 4.7 hours and was similar across the age groups studied. | | |
| DM_FILE/CT-0945 (?CT?601a) Item 3. (Page 31) | | |

NEURONTIN CONFIDENTIAL

033

Neurontin (gabapentin)

NDA 21-397  Vol  001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| A population pharmacokinetic analysis was performed in 253 pediatric subjects between 1 month and 13 years of age. Patients received 10 to 65 mg/kg/day given T.I.D.. Apparent oral clearance (CL/F) was directly proportional to creatinine clearance and this relationship was similar following a single dose and at steady state. Higher oral clearance values were observed in children <5 years of age compared to those observed in children 5 years of age and older, when normalized per body weight. The clearance was highly variable in infants <1 year of age. The normalized CL/F values observed in pediatric patients 5 years of age and older were consistent with values observed in adults after a single dose. The oral volume of distribution normalized per body weight was constant across the age range. | | |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 32)

NDA21397_MISC_007_0074

034

Neuron (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| These pharmacokinetic data indicate that the effective daily dose in pediatric patients ages 3 and 4 years should be 40 mg/kg/day to achieve average plasma concentrations similar to those achieved in patients 5 years of age and older receiving gabapentin at 30 mg/kg/day. (See DOSAGE AND ADMINISTRATION). | | |
| *Gender:* Although no formal study has been conducted to compare the pharmacokinetics of gabapentin in men and women, it appears that the pharmacokinetic parameters for males and females are similar and there are no significant gender differences. | | |
| *Race:* Pharmacokinetic differences due to race have not been studied. Because gabapentin is primarily renally excreted and there are no important racial differences in creatinine clearance, pharmacokinetic differences due to race are not expected. | | |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 33)

NDA 21-397 Vol 001

NDA21397_MISC_007_0075

035

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Clinical Studies** | | |
| | <u>Neuropathic Pain Associated with Postherpetic Neuralgia</u> | Integrated Summary of Effectiveness (ISE) RR-REG 720-30136 Study (1) 945-211; RR 995-00070, NDA Volume 77 Study (2) 945-295; RR 430-00124, NDA Volume 95 |
| | <u>Gabapentin was evaluated for the management of neuropathic pain associated with postherpetic neuralgia (PHN) in 2 randomized, double-blind placebo-controlled, multicenter studies; N=563 patients in the intent-to-treat (ITT) population (Table 1). Patients were enrolled if they continued to have neuropathic pain for more than 3 months after healing of the herpes zoster skin rash.</u> | RR-REG 720-30136 (ISE) Sections 3.1 and 3.3 |

NDA 21-397　Vol 001

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 34)

NDA21397_MISC_007_0076

036

Neurontin (gabapentin)

NDA 21-397  Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | Table 1. Controlled Neuropathic Pain Studies: Duration, Dosages, and Number of Patients | RR-REG 720-30136 (ISE) Section 3.1 |

Table 1. Controlled Neuropathic Pain Studies: Duration, Dosages, and Number of Patients

| Study | Study Duration | Gabapentin (mg/day)[a] Target Dose | Patients Receiving Gabapentin | Patients Receiving Placebo |
|---|---|---|---|---|
| 1 PHN | 8 weeks | 3600 | 113 | 116 |
| 2 PHN | 7 weeks | 1800, 2400 | 223 | 111 |
| | | Total | 336 | 227 |

[a] Given in 3 divided doses (TID)

Each study included a 1-week baseline during which patients were screened for eligibility and a 7-or 8-week double-blind phase (3 or 4 weeks of titration and 4 weeks of fixed dose).

Section 3.1.

Patients initiated treatment with titration to a maximum of 900 - mg/day gabapentin over 3 days. Dosages were then to be titrated in 600 to 1200 mg/day increments at 3- to 7-day intervals to target dose over 3 to 4 weeks. In Study 1, patients were continued on lower doses if not able to achieve the target dose.

Section 3.2.

DM_FILE/CI-0945 (TIC17601a)
Item 3. (Page 35)

037

Neuronti (gabapentin)

NDA 21-397  Vol  001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | During baseline and treatment, patients recorded their pain in a daily diary using an 11-point numeric pain rating scale ranging from 0 (no pain) to 10 (worst possible pain). | RR-REG 720-30436 (ISE) Section 3.4.1. |
| | A mean pain score during baseline of at least 4 was required for randomization | Section 3.3 |
| | (baseline mean pain score for Studies 1 and 2 combined was 6.4). | Section 4.1. |
| | Analyses were conducted using the ITT population (all randomized patients who received at least one dose of study medication). | Section 3.5.2 |
| | Both studies showed statistically significant differences from placebo at all doses tested. | Section 4.4.1.1 |
| | Across studies, efficacy increased with increasing dose (Figure 1). | Section 7.1.1 |

DM_FILE\CI-0945 (ICI7601a)
Item 3. (Page 36)

038

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| |  | RR-REG 720-30136 (ISE) Section 7.1.1. |
| | Figure 1. Treatment Effect: Placebo-Corrected Mean Change from Baseline in Endpoint Pain Score by Dose and Neuropathic Pain Study | |
| | A significant reduction in weekly mean pain scores was seen by Week 1 in both studies, and significant differences were maintained to the end of treatment. Figure 2 shows these changes for Study 1. | Section 4.4.1.2.2. and Appendix H |

NDA 21-397  Vol  001

039

Neurontin® (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| |  | RR-REG 720-30136 (ISB) Section 4.4.1.2.2. |

Figure 2. Weekly Mean Pain Scores (Observed Cases): Study 1

NDA 21-397 Vol 001

DM FILE/CI-0945 (IC176601a)
Item 3. (Page 38)

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | The proposed of responders (those patients reporting at least 50% improvement in endpoint pain score compared with baseline) was calculated for each study (Figure 3). | RR-REG 720-30136 (ISE) Sections 3.5.4.1 and 4.4.1.2.1 |
| |  Figure 3. Proposed of Responders (patients with ≥50% reduction in pain score) at Endpoint: Controlled Neuropathic Pain Studies | Section 4.4.1.2.1. |

040

NDA 21-397  Vol  001

DM_FILE/CL-0945 (IC17601a)
Item 3. (Page 39)

041

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | Results from the Short-Form McGill Pain Questionnaire (SF-MPQ), which comprises a visual analog scale (VAS), present pain intensity scale (PPI), and pain descriptor scores, support the primary efficacy finding of improvement in pain scores with gabapentin. Table 2 shows the significant results for the SF-MPQ. | RR-REG 720-30136 (ISE) Sections 3.4.2.2, 3.5.4.3, and 4.4.2.2 |

Table 2. Short-Form McGill Pain Questionnaire Endpoint Results

| Study | Dose | VAS[a] | PPI[a] | Pain Descriptors Total Score[a] |
|---|---|---|---|---|
| 1 PHN | 3600 | p≤0.0001 | p=0.0008 | p≤0.0001 |
| 2 PHN | 1800 | -- | -- | p=0.0396 |
| | 2400 | p=0.0123 | -- | p=0.0185 |

VAS = visual analog scale; PPI = present pain intensity scale;
-- = Not significant;
[a] p-values from comparison of gabapentin-treated patients to placebo-treated patients

Section 4.4.2.2.1. VAS & PPI
Section 4.4.2.2.3. Pain Descriptors Total Score

NDA 21-397 Vol 001

042

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | Sleep interference data for both studies were collected in a daily patient diary using an 11-point scale from 0 (pain did not interfere with sleep) to 10 (unable to sleep due to pain). | RR-REG 720-30136 (ISE)<br>Section 3.4.2.1 |
| | Mean sleep scores were computed at endpoint and at each week during the study. | Section 3.5.4.3 |
| | Significant improvement in sleep began at Week 1, and improvement was maintained to the end of both studies. Figure 4 shows these changes for Study 1. | Section 4.4.2.1. |
| | | Section 4.4.2.1 |



Figure 4. Weekly Mean Sleep Scores (Observed Cases): Study 1

NEURONTIN CONFIDENTIAL

Neurontin (gabapentin)

043

**ANNOTATED LABELING**

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | Quality of life (QOL) was assessed by the Profile of Mood States (POMS) in Study 1 and the SF-36 Health Survey in both studies. | RR-REG 720-30136 (ISE) Sections 3.4 and 3.5.4.3. |
| | For the POMS, gabapentin treatment resulted in significant improvement in the overall Total Mood Disturbance and in 4 of 6 mood scales (depression/dejection, anger/hostility, fatigue/inertia and confusion/bewilderment). | Section 4.4.2.4. RR 995-00070 Section 6.1.9. |
| | For the 8 health domains in the SF-36, significant improvement occurred in physical functioning and physical problems (Study 1) and in bodily pain, mental health, and vitality (both studies). | RR-REG 720-30136 (ISE) Section 4.4.2.4. RR 995-00070 Section 6.1.8. RR 430-00124 Section 6.2 |

DM_FILE/CI-0945 (ICI 7601a)
Item 3. (Page 42)

NDA 21-397  Vol  001

NDA21397_MISC_007_0084

044

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | Additionally, patient and investigator global impressions of change in the patient's overall status (PGIC and CGIC) measured at the end of each study on 7-point categorical scales ranging from "very much improved" to "very much worse" | RR-RFG 720-30136 (ISE) Sections 3.4.2.3 and 3.5.4.3. |
| | were significantly better for gabapentin-treated patients in both studies. | Section 4.4.2.3 |
| | Epilepsy | Section heading added due to additional indication |
| The effectiveness of Neurontin® as adjunctive therapy (added to other antiepileptic drugs) was established in multicenter placebo-controlled, double-blind, parallel-group clinical trials in adult and pediatric patients (3 years and older) with refractory partial seizures. | | |
| Evidence of effectiveness was obtained in 3 trials conducted in 705 patients (age 12 years and above) and one trial conducted in 247 pediatric patients (3 to 12 years of age). The patients enrolled had a history of at least | | NDA 21.397 Vol 001 |

DM_FH E/CL-0945 (ICL7601a)
Item 3. (Page 43)

045

Neurontin (gabapentin)

## ANNOTATED LABELING

### Current Labeling

### Proposed Revisions

### Source

4 partial seizures per month in spite of receiving one or more antiepileptic drugs at therapeutic levels and were observed on their established antiepileptic drug regimen during a 12-week baseline period (6 weeks in the study of pediatric patients). In patients continuing to have at least 2 (or 4 in some studies) seizures per month, Neurontin® or placebo was then added on to the existing therapy during a 12-week treatment period. Effectiveness was assessed primarily on the basis of the percent of patients with a 50% or greater reduction in seizure frequency from baseline to treatment (the "responder rate") and a derived measure called response ratio, a measure of change defined as $(T - B)/(T + B)$, where B is the patient's baseline seizure frequency and T is the patient's seizure frequency during treatment. Response ratio is distributed within the range -1 to +1. A zero value indicates no change while complete elimination of seizures would give a value of -1; increased seizure rates would give positive values. A response ratio of -0.33 corresponds to a 50% reduction in

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 44)

NDA 21-397  Vol  001

046

Neurontin (gabapentin)

NDA 21-397  Vol  001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| seizure frequency. **The results given below are for all partial seizures in the intent-to-treat (all patients who received any doses of treatment) population in each study, unless otherwise indicated.** | | |
| One study compared Neurontin® 1200 mg/day T.I.D. with placebo. Responder rate was 23% (14/61) in the Neurontin® group and 9% (6/66) in the placebo group; the difference between groups was statistically significant. Response ratio was also better in the Neurontin® group (-0.199) than in the placebo group (-0.044), a difference that also achieved statistical significance. | One study compared Neurontin® 1200 mg/day divided TID with placebo. | Change made to clarify dosing |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 45)

047

Neurontin® (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| A second study compared primarily 1200 mg/day T.I.D. Neurontin® (N=101) with placebo (N=98). Additional smaller Neurontin® dosage groups (600 mg/day, N=53; 1800 mg/day, N=54) were also studied for information regarding dose response. Responder rate was higher in the Neurontin® 1200 mg/day group (16%) than in the placebo group (8%), but the difference was not statistically significant. The responder rate at 600 mg (17%) was also not significantly higher than in the placebo, but the responder rate in the 1800 mg group (26%) was statistically significantly superior to the placebo rate. Response ratio was better in the Neurontin® 1200 mg/day group (-0.103) than in the placebo group (-0.022); but this difference was also not statistically significant (p = 0.224). A better response was seen in the Neurontin® 600 mg/day group (-0.105) and 1800 mg/day group (-0.222) than in the 1200 mg/day group, with the 1800 mg/day group achieving statistical significance compared to the placebo group. | A second study compared primarily 1200 mg/day divided TID Neurontin®. | Change made to clarify dosing |

DM_FILE/CH-0945 (ICI7601a)
Item 3. (Page 46)

NEURONTIN CONFIDENTIAL

048

Neurontin® (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| A third study compared Neurontin® 900 mg/day T.I.D. (N=111) and placebo (N=109). An additional Neurontin® 1200 mg/day dosage group (N=52) provided dose-response data. A statistically significant difference in responder rate was seen in the Neurontin® 900 mg/day group (22%) compared to that in the placebo group (10%). Response ratio was also statistically significantly superior in the Neurontin® 900 mg/day group (-0.119) compared to that in the placebo group (-0.027), as was response ratio in 1200 mg/day Neurontin® (-0.184) compared to placebo. | A third study compared Neurontin® 900 mg/day divided TID (N=111) and placebo. | Change made to clarify dosing |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 47)

NDA 21-397  Vol  001

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| Analyses were also performed in each study to examine the effect of Neurontin® on preventing secondarily generalized tonic-clonic seizures. Patients who experienced a secondarily generalized tonic-clonic seizure in either the baseline or in the treatment period in all 3 placebo-controlled studies were included in these analyses. There were several response ratio comparisons that showed a statistically significant advantage for Neurontin® compared to placebo and favorable trends for almost all comparisons. | | |
| Analysis of responder rate using combined data from all 3 studies and all doses (N=162, Neurontin®; N=89, placebo) also showed a significant advantage for Neurontin® over placebo in reducing the frequency of secondarily generalized tonic-clonic seizures. | | |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 48)

NDA 21-397  Vol  001

049

050

Neurontin (gabapentin)

## ANNOTATED LABELING

NDA 21-397  Vol 001

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| In two of the three controlled studies, more than 1 dose of Neurontin® was used. Within each study the results did not show a consistently increased response to dose. However, looking across studies, a trend toward increasing efficacy with increasing dose is evident (see Figure 1). | In two of the three controlled studies, more than 1 dose of Neurontin® was used. Within each study the results did not show a consistently increased response to dose. However, looking across studies, a trend toward increasing efficacy with increasing dose is evident (see Figure 54). | Change in figure number with additional indication |

DM_FILF/CI-0945 (IC17601a)
Item 3. (Page 49)

NDA21397_MISC_007_0091

051

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|



Figure 1. Responder Rate in Patients Receiving Neurontin® Expressed as a Difference From Placebo by Dose and Study

In the figure, treatment effect magnitude, measured on the Y axis in terms of the difference in the proportion of gabapentin and placebo assigned patients attaining a 50% or greater reduction in seizure frequency from baseline, is plotted against the daily dose of gabapentin administered (X axis).

FIGURE 24. Responder Rate in Patients Receiving Neurontin® Expressed as a Difference From Placebo by Dose and Study: Adjunctive Therapy Studies in Patients ≥12 Years of Age With Partial Seizures

Change in figure number and title due to additional indication

NDA 21-397  Vol 001

Neurontin (gabapentin)

052

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| Although no formal analysis by gender has been performed, estimates of response (Response Ratio) derived from clinical trials (398 men, 307 women) indicate no important gender differences exist. There was no consistent pattern indicating that age had any effect on the response to Neurontin®. There were insufficient numbers of patients of races other than Caucasian to permit a comparison of efficacy among racial groups. | | |
| A fourth study in pediatric patients age 3 to 12 years compared 25 to 35 mg/kg/day Neurontin® (N=118) with placebo (N=127). For all partial seizures in the intent-to-treat population, the response ratio was statistically significantly better for the Neurontin® group (-0.146) than for the placebo group (-0.079). For the same population, the responder rate for Neurontin® (21%) was not significantly different from placebo (18%). | | |

DM_FILE/CI-0945 (JC17601a)
Item 3. (Page 51)

NDA 21-397  Vol  001

NEURONTIN CONFIDENTIAL

053

Neurontin® (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| A study in pediatric patients age 1 month to 3 years compared 40 mg/kg/day Neurontin® (N=38) with placebo (N=38) in patients who were receiving at least one marketed antiepileptic drug and had at least one partial seizure during the screening period (within 2 weeks prior to baseline). Patients had up to 48 hours of baseline and up to 72 hours of double-blind video EEG monitoring to record and count the occurrence of seizures. There were no statistically significant differences between treatments in either the response ratio or responder rate. | | |
| **INDICATIONS AND USAGE** | Neuropathic Pain Associated With Postherpetic Neuralgia | RR-RFG 720-30136 (ISE) Section 3.3 and 8. |
| | Neurontin® (gabapentin) is indicated for the management of neuropathic pain associated with postherpetic neuralgia. | |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 52)

NDA 21-397 Vol 001

NDA21397_MISC_007_0094

Neurontin® (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | **Epilepsy** | Added section heading due to additional indication |
| Neurontin® (gabapentin) is indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in patients over 12 years of age with epilepsy. Neurontin® is also indicated as adjunctive therapy in the treatment of partial seizures in pediatric patients age 3 to 12 years. | | |
| **CONTRAINDICATIONS** | | |
| Neurontin® is contraindicated in patients who have demonstrated hypersensitivity to the drug or its ingredients. | | |

NEURONTIN CONFIDENTIAL

NDA21397_MISC_007_0095

054

Neurontin (gabapentin)

055

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **WARNINGS**<br><br>**Neuropsychiatric Adverse Events-Pediatric Patients 3-12 Years of Age**<br><br>Gabapentin use in pediatric patients with epilepsy 3 to 12 years of age is associated with the occurrence of central nervous system related adverse events. The most significant of these can be classified into the following categories: 1) emotional lability (primarily behavioral problems), 2) hostility, including aggressive behaviors, 3) thought disorder, including concentration problems and change in school performance, and 4) hyperkinesia (primarily restlessness and hyperactivity). Among the gabapentin-treated patients, most of the events were mild to moderate in intensity.<br><br>In controlled trials in pediatric patients 3 to 12 years of age the incidence of these adverse events was: emotional lability 6% (gabapentin-treated patients) versus 1.3% (placebo-treated patients); hostility 5.2% versus 1.3%; | | |

NEURONTIN CONFIDENTIAL

056

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| hyperkinesia 4.7% versus 2.9%; and thought disorder 1.7% versus 0%. One of these events, a report of hostility, was considered serious. Discontinuation of gabapentin treatment occurred in 1.3% of patients reporting emotional lability and hyperkinesia and 0.9% of gabapentin-treated patients reporting hostility and thought disorder. One placebo-treated patient (0.4%) withdrew due to emotional lability. | | |
| **Withdrawal Precipitated Seizure, Status Epilepticus** | | |
| Antiepileptic drugs should not be abruptly discontinued because of the possibility of increasing seizure frequency. | | |

DM_FILE/CI-0945 (IC1760la)
Item 3. (Page 55)

NDA 21-397  Vol  001

NEURONTIN CONFIDENTIAL

057

Neurontin (gabapentin)

NDA 21-397 Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| In the placebo-controlled studies in patients >12 years of age, the incidence of status epilepticus in patients receiving Neurontin® was 0.6% (3 of 543) versus 0.5% in patients receiving placebo (2 of 378). Among the 2074 patients >12 years of age treated with Neurontin® across all studies (controlled and uncontrolled) 31 (1.5%) had status epilepticus. Of these, 14 patients had no prior history of status epilepticus either before treatment or while on other medications. Because adequate historical data are not available, it is impossible to say whether or not treatment with Neurontin® is associated with a higher or lower rate of status epilepticus than would be expected to occur in a similar population not treated with Neurontin®. | | |

DM_FILE/CLO945 (IC17601a)
Item 3. (Page 56)

NEURONTIN CONFIDENTIAL

058

Neurontin (gabapentin)

NDA 21-397 Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

### Tumorigenic Potential

In standard preclinical *in vivo* lifetime carcinogenicity studies, an unexpectedly high incidence of pancreatic acinar adenocarcinomas was identified in male, but not female, rats. (See PRECAUTIONS: Carcinogenesis, Mutagenesis, Impairment of Fertility.) The clinical significance of this finding is unknown. Clinical experience during gabapentin's premarketing development provides no direct means to assess its potential for inducing tumors in humans.

In clinical studies comprising 2085 patient-years of exposure in patients >12 years of age, new tumors were reported in 10 patients (2 breast, 3 brain, 2 lung, 1 adrenal, 1 non-Hodgkin's lymphoma, 1 endometrial carcinoma *in situ*), and pre-existing tumors worsened in 11 patients (9 brain, 1 breast, 1 prostate) during or up to 2 years following discontinuation of Neurontin®. Without knowledge of the background incidence and recurrence in a

DM_FILE/CI-0945 (TC1760\1a)
Item 3. (Page 57)