059

Neurontin (gabapentin)

## ANNOTATED LABELING

NDA 21-397 Vol 001

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| similar population not treated with Neurontin®, it is impossible to know whether the incidence seen in this cohort is or is not affected by treatment. | | |
| **Sudden and Unexplained Deaths** | **Sudden and Unexplained Deaths in Epilepsy** | Clarification of heading due to additional indication |
| During the course of premarketing development of Neurontin®, 8 sudden and unexplained deaths were recorded among a cohort of 2203 patients treated (2103 patient-years of exposure). | | |
| Some of these could represent seizure-related deaths in which the seizure was not observed, e.g., at night. This represents an incidence of 0.0038 deaths per patient-year. Although this rate exceeds that expected in a healthy population matched for age and sex, it is within the range of estimates for the incidence of sudden unexplained deaths in patients with epilepsy not receiving Neurontin® (ranging from 0.0005 for the general population of epileptics to 0.003 for a clinical trial population | | |

DM_FILE/CI-0945 (IC176001a)
Item 3. (Page 58)

060

Neurontin® (gabapentin)

NDA 21-397 Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

**Current Labeling**

similar to that in the Neurontin® program, to 0.005 for patients with refractory epilepsy). Consequently, whether these figures are reassuring or raise further concern depends on comparability of the populations reported upon to the Neurontin® cohort and the accuracy of the estimates provided.

**PRECAUTIONS**

**Information for Patients**

Patients should be instructed to take Neurontin® only as prescribed.

Patients should be advised that Neurontin® may cause dizziness, somnolence and other symptoms and signs of CNS depression. Accordingly, they should be advised neither to drive a car nor to operate other complex machinery until they have gained sufficient experience on Neurontin® to gauge whether or not it affects their mental and/or motor performance adversely.

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 59)

Neurontin (gabapentin)

061

NDA 21-397  Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Laboratory Tests** | | |
| Clinical trials data do not indicate that routine monitoring of clinical laboratory parameters is necessary for the safe use of Neurontin®. The value of monitoring Neurontin® blood concentrations has not been established. Neurontin® may be used in combination with other antiepileptic drugs without concern for alteration of the blood concentrations of gabapentin or of other antiepileptic drugs. | Clinical trials data do not indicate that routine monitoring of clinical laboratory parameters is necessary for the safe use of gabapentin. The value of monitoring gabapentin Neurontin® blood concentrations has not been established. | Clarification that drug substance rather than drug product would be measured in blood |
| **Drug Interactions** | | |
| | A metabolically-based interaction between gabapentin and a drug whose clearance is dependent upon the major cytochrome P450 enzymes is highly unlikely at plasma concentrations associated with doses up to 3600 mg/day (Cmax 11.6 ug/mL), the highest recommended daily dose. | |

NEURONTIN CONFIDENTIAL

062

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | This was demonstrated _in vitro_ where the potential of gabapentin to inhibit the major cytochrome P450 enzymes (CYP1A2, CYP2A6, CYP2C9, CYP2C19, CYP2D6, CYP2E1, and CYP3A4) that mediate drug and xenobiotic metabolism was investigated using isoform selective marker substrates and human liver microsomal preparations. Only at the highest concentration tested (171 µg/mL, 1 mM) was a slight degree of inhibition (14%–30%) observed with isoform CYP2A6. No inhibition was observed with any of the other isoforms tested at gabapentin concentrations up to 171 µg/mL (approximately 15 times the Cmax at 3600 mg/day). | RR REG 744-00633 (Human Pharmacokinetics and Bioavailability Summary) Section 4.2.1 |
| Gabapentin is not appreciably metabolized nor does it interfere with the metabolism of commonly coadministered antiepileptic drugs.

The drug interaction data described in this section were obtained from studies involving healthy adults and adult patients with epilepsy. | | |

DM_UILE/CT-0945 (ICI7601a)
Item 3. (Page 61)

NDA 21-397  Vol  001

NEURONTIN CONFIDENTIAL

Neurontin (gabapentin)

063

NDA 21-397 Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Phenytoin:** In a single and multiple dose study of Neurontin® (400 mg T.I.D.) in epileptic patients (N=8) maintained on phenytoin monotherapy for at least 2 months, gabapentin had no effect on the steady-state trough plasma concentrations of phenytoin and phenytoin had no effect on gabapentin pharmacokinetics. | In a single (400 mg) and multiple dose (400 mg TID) study of Neurontin® ~~(400 mg T.I.D.)~~ in epileptic patients (N=8) maintained on phenytoin monotherapy for at least 2 months, gabapentin had no effect on the steady-state trough plasma concentrations of phenytoin and phenytoin had no effect on gabapentin pharmacokinetics. | <u>Changed to clarify dosing.</u> |
| **Carbamazepine:** Steady-state trough plasma carbamazepine and carbamazepine 10, 11 epoxide concentrations were not affected by concomitant gabapentin (400 mg T.I.D.; N=12) administration. Likewise, gabapentin pharmacokinetics were unaltered by carbamazepine administration. | | |
| **Valproic Acid:** The mean steady-state trough serum valproic acid concentrations prior to and during concomitant gabapentin administration (400 mg T.I.D.; N=17) were not different and neither were gabapentin pharmacokinetic parameters affected by valproic acid. | | |

064

Neurontin (gabapentin)

## ANNOTATED LABELING

NDA 21-397 Vol 001

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Phenobarbital:** Estimates of steady-state pharmacokinetic parameters for phenobarbital or gabapentin (300 mg T.I.D.; N=12) are identical whether the drugs are administered alone or together. | **Naproxen:** Coadministration (N=18) of naproxen sodium capsules (250 mg) with gabapentin (125 mg) appears to increase the amount of gabapentin absorbed by 12% to 15%. The small increase in gabapentin absorption is not expected to be of clinical significance. Gabapentin has no effect on naproxen pharmacokinetic parameters. | RR-RBG 744-00633 (Human Pharmacokinetics and Bioavailability Summary) Section 4.2.2.1. |

065

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | **Hydrocodone:** Coadministration of gabapentin (125 mg to 500 mg; N=48) decreases hydrocodone (10 mg; N=50) Cmax and AUC values in a dose dependent manner relative to administration of hydrocodone alone: Cmax and AUC values are 3% to 4% lower, respectively, after administration of 125 mg gabapentin and 21% to 22% lower, respectively, after administration of 500 mg gabapentin. The mechanism for this interaction is unknown. Hydrocodone increases gabapentin AUC values by 14%, which is not expected to be of clinical significance. | RR-REG 744-00633 (Human Pharmacokinetics and Bioavailability Summary) Section 4.2.2.2. |
| | **Morphine:** A literature article reported that when a 60-mg controlled release morphine capsule was administered 2 hours prior to a 600-mg gabapentin capsule (N=12), mean gabapentin AUC increased by 44% compared to gabapentin administered without morphine. Morphine pharmacokinetic parameter values were not affected by administration of gabapentin 2 hours after morphine. | Section 4.2.2.3. |

NEURONTIN CONFIDENTIAL

NDA21397_MISC_007_0106

Neurontin (gabapentin)

066

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Cimetidine:** In the presence of cimetidine at 300 mg Q.I.D. (N=12), the mean apparent oral clearance of gabapentin fell by 14% and creatinine clearance fell by 10%. Thus cimetidine appeared to alter the renal excretion of both gabapentin and creatinine, an endogenous marker of renal function. This small decrease in excretion of gabapentin by cimetidine is not expected to be of clinical importance. The effect of gabapentin on cimetidine was not evaluated. | | |
| **Oral Contraceptive:** Based on AUC and half-life, multiple-dose pharmacokinetic profiles of norethindrone and ethinyl estradiol following administration of tablets containing 2.5 mg of norethindrone acetate and 50 mcg of ethinyl estradiol were similar with and without coadministration of gabapentin (400 mg T.I.D.; N=13). The Cmax of norethindrone was 13% higher when it was coadministered with gabapentin; this interaction is not expected to be of clinical importance. | **Oral Contraceptives:** | Typographical correction |

DM_FTI.F/CL0945 (2C17601a)
Item 3. (Page 65)

NEURONTIN CONFIDENTIAL

Neurontin (gabapentin)

067

ANNOTATED LABELING

NDA 21-397  Vol  001

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

**Antacid (Maalox®):** Maalox reduced the bioavailability of gabapentin (N=16) by about 20%. This decrease in bioavailability was about 5% when gabapentin was administered 2 hours after Maalox. It is recommended that gabapentin be taken at least 2 hours following Maalox administration.

**Effect of Probenecid:** Probenecid is a blocker of renal tubular secretion. Gabapentin pharmacokinetic parameters without and with probenecid were comparable. This indicates that gabapentin does not undergo renal tubular secretion by the pathway that is blocked by probenecid.

**Drug/Laboratory Tests Interactions**

Because false positive readings were reported with the Ames N-Multistix SG® dipstick test for urinary protein when gabapentin was added to other antiepileptic drugs, the more specific sul-fosalicylic acid precipitation procedure is recommended to determine the presence of urine protein.

DM_FILE/CT-0945 (IC17601a)
Item 3. (Page 66)

Neurontin (gabapentin)

ANNOTATED LABELING

NDA 21-397  Vol 001

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Carcinogenesis, Mutagenesis, Impairment of Fertility**<br><br>Gabapentin was given in the diet to mice at 200, 600, and 2000 mg/kg/day and to rats at 250, 1000, and 2000 mg/kg/day for 2 years. A statistically significant increase in the incidence of pancreatic acinar cell adenomas and carcinomas was found in male rats receiving the high dose; the no-effect dose for the occurrence of carcinomas was 1000 mg/kg/day. Peak plasma concentrations of gabapentin in rats receiving the high dose of 2000 mg/kg were 10 times higher than plasma concentrations in humans receiving 3600 mg per day, and in rats receiving 1000 mg/kg/day peak plasma concentrations were 6.5 times higher than in humans receiving 3600 mg/day. The pancreatic acinar cell carcinomas did not affect survival, did not metastasize and were not locally invasive. The relevance of this finding to carcinogenic risk in humans is unclear. | | |

DM_FILE/CL-0945 (ICI 7601/a)
Item 3. (Page 67)

NDA21397_MISC_007_0109

069

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| Studies designed to investigate the mechanism of gabapentin-induced pancreatic carcinogenesis in rats indicate that gabapentin stimulates DNA synthesis in rat pancreatic acinar cells *in vitro* and, thus, may be acting as a tumor promoter by enhancing mitogenic activity. It is not known whether gabapentin has the ability to increase cell proliferation in other cell types or in other species, including humans. | | |
| Gabapentin did not demonstrate mutagenic or genotoxic potential in 3 *in vitro* and 4 *in vivo* assays. It was negative in the Ames test and the *in vitro* HGPRT forward mutation assay in Chinese hamster lung cells; it did not produce significant increases in chromosomal aberrations in the *in vitro* Chinese hamster lung cell assay; it was negative in the *in vivo* chromosomal aberration assay and in the *in vivo* micronucleus test in Chinese hamster bone marrow; it was negative in the *in vivo* mouse micronucleus assay; and it did not induce unscheduled DNA synthesis in hepatocytes from rats given gabapentin. | | |

DM_FILE/CI-0945 (ICI7601a)
Item 3. (Page 68)

NDA 21-397 Vol 001

NDA21397_MISC_007_0110

Neurontin (gabapentin)

070

NDA 21-397  Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| No adverse effects on fertility or reproduction were observed in rats at doses up to 2000 mg/kg (approximately 5 times the maximum recommended human dose on an mg/m$^2$ basis). | No adverse effects on fertility or reproduction were observed in rats at doses up to 2000 mg/kg (approximately 5 times the maximum recommended human dose on an mg/m$^2$ basis). | Typographical correction |

**Pregnancy**

Pregnancy Category C: Gabapentin has been shown to be fetotoxic in rodents, causing delayed ossification of several bones in the skull, vertebrae, forelimbs, and hindlimbs. These effects occurred when pregnant mice received oral doses of 1000 or 3000 mg/kg/day during the period of organogenesis, or approximately 1 to 4 times the maximum dose of 3600 mg/day given to epileptic patients on a mg/m$^2$ basis. The no-effect level was 500 mg/kg/day or approximately ½ of the human dose on a mg/m$^2$ basis.

When rats were dosed prior to and during mating, and throughout gestation, pups from all dose groups (500, 1000, and 2000 mg/kg/day)

071

NDA 21-397 Vol 001

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| were affected. These doses are equivalent to less than approximately 1 to 5 times the maximum human dose on a mg/m$^2$ basis. There was an increased incidence of hydroureter and/or hydronephrosis in rats in a study of fertility and general reproductive performance at 2000 mg/kg/day with no effect at 1000 mg/kg/day, in a teratology study at 1500 mg/kg/day with no effect at 300 mg/kg/day, and in a perinatal and postnatal study at all doses studied (500, 1000, and 2000 mg/kg/day). The doses at which the effects occurred are approximately 1 to 5 times the maximum human dose of 3600 mg/day on a mg/m$^2$ basis; the no-effect doses were approximately 3 times (Fertility and General Reproductive Performance study) and approximately equal to (Teratogenicity study) the maximum human dose on a mg/m$^2$ basis. Other than hydroureter and hydronephrosis, the etiologies of which are unclear, the incidence of malformations was not increased compared to controls in offspring of mice, rats, or rabbits given doses up to 50 times (mice), 30 times | | |

DM_FTE/CI-0945 (IC17601a)
Item 3. (Page 70)

072

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| (rats), and 25 times (rabbits) the human daily dose on a mg/kg basis, or 4 times (mice), 5 times (rats), or 8 times (rabbits) the human daily dose on a mg/m$^2$ basis.<br><br>In a teratology study in rabbits, an increased incidence of postimplantation fetal loss occurred in dams exposed to 60, 300, and 1500 mg/kg/day, or less than approximately one-quarter to 8 times the maximum human dose on a mg/m$^2$ basis. There are no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus. | | |

DM_FILE/CI-0945 (ICI7601a)
Item 3. (Page 71)

Neurontin (gabapentin)

073

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Use in Nursing Mothers**<br><br>Gabapentin is secreted into human milk following oral administration. A nursed infant could be exposed to a maximum dose of approximately 1 mg/kg/day of gabapentin. Because the effect on the nursing infant is unknown, Neurontin® should be used in women who are nursing only if the benefits clearly outweigh the risks. | | |
| **Pediatric Use** | Safety and effectiveness of Neurontin® (gabapentin) in the management of neuropathic pain associated with postherpetic neuralgia in pediatric patients have not been established. | RR-MEMO 720-30141<br>Pediatric Waiver Request<br>RR-REG 720-30136 (ISE) Section 3.3. |
| Effectiveness in pediatric patients below the age of 3 years has not been established (see CLINICAL PHARMACOLOGY, Clinical Studies). | Effectiveness as adjunctive therapy in the treatment of partial seizures in pediatric patients below the age of 3 years has not been established (see CLINICAL PHARMACOLOGY, Clinical Studies). | Clarification required with additional indication |

DM_FILE/CI-0945 (IC176601a)
Item 3. (Page 72)

NEURONTIN CONFIDENTIAL

NDA21397_MISC_007_0114

074

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Geriatric Use** | The total number of patients treated with gabapentin in controlled clinical trials in patients with postherpetic neuralgia was 336, of which 102 (30%) were 65 to 74 years of age, and 168 (50%) were 75 years of age. | RR-REG 720-30136 (ISE) Section 4.1 |
| | There was a larger treatment effect in patients 75 years of age and older compared with younger patients who received the same dosage. | Section 4.4.1.3.2 |
| | Since gabapentin is almost exclusively eliminated by renal excretion, the larger treatment effect observed in patients ≥75 years is likely a consequence of increased gabapentin exposure for a given dose that results from an age-related decrease in renal function. However, other factors cannot be excluded. | RR-REG 744-00633 (Human Pharmacokinetic and Bioavailability Summary) Section 2

RR-REG 720-30136 (ISE) Section 4.4.1.3.2 |
| | The types and incidence of adverse events were similar across age groups except for peripheral edema and ataxia, which tended to increase in incidence with age. | RR-REG 720-30135 (ISS) Section 3.1.2.2.7 |

DM_FILM/CI-0945 (IC17601a)
Item 3. (Page 73)

NDA 21-397 Vol 001

NDA21397_MISC_007_0115

Neurontin (gabapentin)

075

NDA 21-397  Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| Clinical studies of Neurontin® did not include sufficient numbers of subjects aged 65 and over to determine whether they responded differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy.<br><br>This drug is known to be substantially excreted by the kidney, and the risk of toxic reactions to this drug may be greater in patients with impaired renal function. Because elderly patients are more likely to have decreased renal function, care should be taken in dose selection, and it may be useful to monitor renal function (see CLINICAL PHARMACOLOGY, ADVERSE REACTIONS, and DOSAGE AND ADMINISTRATION sections). | Clinical studies of Neurontin® in epilepsy did not include sufficient numbers of subjects aged 65 and over to determine whether they responded differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy. | Clarification with addition of new indication |

DM_FILE/CI-0945 (TC176i01a)
Item 3. (Page 74)

Neuron(gabapentin)

076

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **ADVERSE REACTIONS** | Neuropathic Pain Associated with Postherpetic Neuralgia | |
| | The most commonly observed adverse events associated with the use of Neurontin® in adults, not seen at an equivalent frequency among placebo-treated patients, were dizziness somnolence, and peripheral edema. | RR-REG 720-30135 (ISS) Section 3.1.2.2.2. |
| | In the 2 controlled studies in postherpetic neuralgia, 16% of the 336 patients who received Neurontin® and 9% of the 227 patients who received placebo discontinued treatment because of an adverse event. | Section 5.1.1. |
| | The adverse events that most frequently led to withdrawal in Neurontin® -treated patients were dizziness and somnolence. | Section 5.2.1. |

NDA 21-397  Vol  001

Neurontin (gabapentin)

077

NDA 21-397 Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | ### Incidence in Controlled Clinical Trials<br><br>Table 3 lists treatment-emergent signs and symptoms that occurred in at least 1% of Neurontin®-treated patients with neuropathic pain participating in placebo-controlled trials and that were numerically more frequent in the Neurontin® group than in the placebo group.<br><br>    Adverse events were usually mild to moderate in intensity. | RR-REG 720-30135 (ISS)<br>Section 3.1.2.2.1. |

DM_FILE/CI-0945 (TC17601a)
Item 3. (Page 76)

078

Neuront● (gabapentin)

**Current Labeling**

## ANNOTATED LABELING

**Proposed Revisions**

**Source**

RR-REG 720-30135 (ISS)
Section 7.2. and
Appendix E.14

**TABLE 3.** Treatment-Emergent Adverse Event Incidence in Controlled Trials in Neuropathic Pain Associated with Postherpetic Neuralgia (Events in at least 1% of Neurontin®-Treated Patients and Numerically More Frequent Than in the Placebo Group)

| Preferred Term | Neurontin® N=336 % | Placebo N=227 % |
|---|---|---|
| **Body as a Whole** | | |
| Asthenia | 5.7 | 4.8 |
| Infection | 5.1 | 3.5 |
| Headache | 3.3 | 3.1 |
| Accidental injury | 3.3 | 1.3 |
| Abdominal pain | 2.7 | 2.6 |
| **Digestive System** | | |
| Diarrhea | 5.7 | 3.1 |
| Dry mouth | 4.8 | 1.3 |
| Constipation | 3.9 | 1.8 |
| Nausea | 3.9 | 3.1 |
| Vomiting | 3.3 | 1.8 |
| Flatulence | 2.1 | 1.8 |
| **Metabolic and Nutritional Disorders** | | |
| Peripheral edema | 8.3 | 2.2 |
| Weight gain | 1.8 | 0.0 |
| Hyperglycemia | 1.2 | 0.4 |

NDA 21-397  Vol  001

079

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

| | | |
|---|---|---|
| **Nervous System** | | |
| Dizziness | 28.0 | 7.5 |
| Somnolence | 21.4 | 5.3 |
| Ataxia | 3.3 | 0.0 |
| Thinking abnormal | 2.7 | 0.0 |
| Abnormal gait | 1.5 | 0.0 |
| Incoordination | 1.5 | 0.0 |
| Amnesia | 1.2 | 0.9 |
| Hypesthesia | 1.2 | 0.9 |
| **Respiratory System** | | |
| Pharyngitis | 1.2 | 0.4 |
| **Skin and Appendages** | | |
| Rash | 1.2 | 0.9 |
| **Special Senses** | | |
| Amblyopia[a] | 2.7 | 0.9 |
| Conjunctivitis | 1.2 | 0.0 |
| Diplopia | 1.2 | 0.0 |
| Otitis media | 1.2 | 0.0 |

[a]  Reported as blurred vision

RR-RFG 720-30135 (ISS)
Appendix E.14

Other events in more than 1% of patients but equally or more frequent in the placebo group included: pain, tremor, neuralgia, back pain, dyspepsia, dyspnea, and flu syndrome.

DM_FILE/CL-0945 (IC17601a)
Item 3. (Page 78)

NDA 21-397  Vol 001

080

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | There were no clinically important differences between men and women in the types and incidence of adverse events. | RR-REG 720-30135 (ISS) Section 3.1.2.2.7. and Appendix E.7 |
| | Because there were few patients whose race was reported as other than white, there are insufficient data to support a statement regarding the distribution of adverse events by race. | Sections 3.1.2.2.1. and 3.1.2.2.7. |
| | **Epilepsy** | Section heading added due to additional indication |
| The most commonly observed adverse events associated with the use of Neurontin® in combination with other antiepileptic drugs in patients >12 years of age, not seen at an equivalent frequency among placebo-treated patients, were somnolence, dizziness, ataxia, fatigue, and nystagmus. The most commonly observed adverse events reported with the use of Neurontin® in combination with other antiepileptic drugs in pediatric patients 3 to 12 years of age, not seen at an equal frequency among placebo-treated patients, | | |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 79)

NEURONTIN CONFIDENTIAL

081

NDA 21-397  Vol  001

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| were viral infection, fever, nausea and/or vomiting, somnolence, and hostility (see WARNINGS, Neuropsychiatric Adverse Events). | | |
| Approximately 7% of the 2074 patients >12 years of age and approximately 7% of the 449 pediatric patients 3 to 12 years of age who received Neurontin® in premarketing clinical trials discontinued treatment because of an adverse event. The adverse events most commonly associated with withdrawal in patients >12 years of age were somnolence (1.2%), ataxia (0.8%), fatigue (0.6%), nausea and/or vomiting (0.6%), and dizziness (0.6%). The adverse events most commonly associated with withdrawal in pediatric patients were emotional lability (1.6%), hostility (1.3%), and hyperkinesia (1.1%). | | |

DM_FILE/CL-0945 (IC17601a)
Item 3. (Page 80)

NEURONTIN CONFIDENTIAL

082

Neurontin (gabapentin)

NDA 21-397 Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Incidence in Controlled Clinical Trials**<br><br>Table 1 lists treatment-emergent signs and symptoms that occurred in at least 1% of Neurontin®-treated patients >12 years of age with epilepsy participating in placebo-controlled trials and were numerically more common in the Neurontin® group. In these studies, either Neurontin® or placebo was added to the patient's current antiepileptic drug therapy. Adverse events were usually mild to moderate in intensity.<br><br>The prescriber should be aware that these figures, obtained when Neurontin® was added to concurrent antiepileptic drug therapy, cannot be used to predict the frequency of adverse events in the course of usual medical practice where patient characteristics and other factors may differ from those prevailing during clinical studies. Similarly, the cited frequencies cannot be directly compared with figures obtained from | Table 44 lists treatment-emergent signs and symptoms that occurred in at least 1% of Neurontin®-treated patients >12 years of age with epilepsy participating in placebo-controlled trials and were numerically more common in the Neurontin® group. | Change in table number due to revisions |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 81)

NEURONTIN CONFIDENTIAL

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| other clinical investigations involving different treatments, uses, or investigators. An inspection of these frequencies, however, does provide the prescribing physician with one basis to estimate the relative contribution of drug and nondrug factors to the adverse event incidences in the population studied. | | |

NDA 21-397 Vol 001

DM_FII.F/CI-0945 (IC17601a)
Item 3. (Page 82)

Neurontin (gabapentin)

084

# ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

**Current Labeling**

Table 1.  Treatment-Emergent Adverse Event Incidence in Controlled Add-On Trials in Patients >12 Years of Age (Events in at Least 1% of Neurontin Patients and Numerically More Frequent Than in the Placebo Group) (Page 1 of 2)

| Body System/ Adverse Event | Neurontin[a] N = 543 % | Placebo[a] N = 378 % |
|---|---|---|
| **Body As A Whole** | | |
| Fatigue | 11.0 | 5.0 |
| Weight Increase | 2.9 | 1.6 |
| Back Pain | 1.8 | 0.5 |
| Peripheral Edema | 1.7 | 0.5 |
| **Cardiovascular** | | |
| Vasodilatation | 1.1 | 0.5 |
| **Digestive System** | | |
| Dyspepsia | 2.2 | 0.5 |
| Mouth or Throat Dry | 1.7 | 0.5 |
| Constipation | 1.5 | 0.8 |
| Dental Abnormalities | 1.5 | 0.3 |
| Increased Appetite | 1.1 | 0.8 |
| **Hematologic and Lymphatic Systems** | | |
| Leukopenia | 1.1 | 0.5 |
| **Musculoskeletal System** | | |
| Myalgia | 2.0 | 1.9 |
| Fracture | 1.1 | 0.8 |

a  Plus background antiepileptic drug therapy

**Proposed Revisions**

Table 14.  Treatment-Emergent Adverse Event Incidence in Controlled Add-On Trials in Patients >12 Years of Age (Events in at Least 1% of Neurontin Patients and Numerically More Frequent Than in the Placebo Group)

**Source**

Change in table number due to revisions

Neurontin (gabapentin)

085

NDA 21-397  Vol  001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
| --- | --- | --- |

### Current Labeling

Table 1.   Treatment-Emergent Adverse Event Incidence in Controlled
Add-On Trials in Patients >12 Years of Age (Events in at
Least 1% of Neurontin Patients and Numerically More
Frequent Than in the Placebo Group)
(Page 2 of 2)

| Body System/<br>Adverse Event | Neurontin[a]<br>N = 543<br>% | Placebo[a]<br>N = 378<br>% |
| --- | --- | --- |
| Nervous System | | |
| Somnolence | 19.3 | 8.7 |
| Dizziness | 17.1 | 6.9 |
| Ataxia | 12.5 | 5.6 |
| Nystagmus | 8.3 | 4.0 |
| Tremor | 6.8 | 3.2 |
| Nervousness | 2.4 | 1.9 |
| Dysarthria | 2.4 | 0.5 |
| Amnesia | 2.2 | 0.0 |
| Depression | 1.8 | 0.0 |
| Thinking Abnormal | 1.7 | 1.1 |
| Twitching | 1.3 | 1.3 |
| Coordination Abnormal | 1.1 | 0.3 |
| Respiratory System | | |
| Rhinitis | 4.1 | 3.7 |
| Pharyngitis | 2.8 | 1.6 |
| Coughing | 1.8 | 1.3 |
| Skin and Appendages | | |
| Abrasion | 1.3 | 0.0 |
| Pruritus | 1.3 | 0.5 |
| Urogenital System | | |
| Impotence | 1.5 | 1.1 |
| Special Senses | | |
| Diplopia | 5.9 | 1.9 |
| Amblyopia[b] | 4.2 | 1.1 |
| Laboratory Deviations | | |
| WBC Decreased | 1.1 | 0.5 |

[a]  Plus background antiepileptic drug therapy
[b]  Amblyopia was often described as blurred vision

DM_FILE/CL-0945 (IC17601)a)
Item 3. (Page 84)

086

NDA 21-397  Vol  001

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| Other events in more than 1% of patients >12 years of age but equally or more frequent in the placebo group included: headache, viral infection, fever, nausea and/or vomiting, abdominal pain, diarrhea, convulsions, confusion, insomnia, emotional lability, rash, acne. | | |
| Among the treatment-emergent adverse events occuring at an incidence of at least 10% of Neurontin®-treated patients, somnolence and ataxia appeared to exhibit a positive dose-response relationship. | | |
| The overall incidence of adverse events and the types of adverse events seen were similar among men and women treated with Neurontin®. The incidence of adverse events increased slightly with increasing age in patients treated with either Neurontin® or placebo. Because only 3% of patients (28/921) in placebo-controlled studies were identified as nonwhite (black or other), there | | |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 85)

087

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| are insufficient data to support a statement regarding the distribution of adverse events by race. | | |
| Table 2 lists treatment-emergent signs and symptoms that occurred in at least 2% of Neurontin-treated patients age 3 to 12 years of age with epilepsy participating in placebo-controlled trials and were numerically more common in the Neurontin group. Adverse events were usually mild to moderate in intensity. | Table 52 lists treatment-emergent signs and symptoms that occurred in at least 2% of Neurontin®-treated patients age 3 to 12 years of age with epilepsy participating in placebo-controlled trials and were numerically more common in the Neurontin group. Adverse events were usually mild to moderate in intensity | Change in table number due to revisions |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 86)

NDA21397_MISC_007_0128

Neurontin (gabapentin)

088

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

**Current Labeling**

**Table 2.** Treatment Emergent Adverse Event Incidence in Pediatric Patients Age 3 to 12 Years in a Controlled Add-On Trial (Events in at Least 2% of Neurontin Patients and Numerically More Frequent Than in the Placebo Group)

| Body System/ Adverse Event | Neurontin[a] N = 119 % | Placebo[a] N = 128 % |
|---|---|---|
| **Body As A Whole** | | |
| Viral Infection | 10.9 | 3.1 |
| Fever | 10.1 | 3.1 |
| Weight Increase | 3.4 | 0.8 |
| Fatigue | 3.4 | 1.6 |
| **Digestive System** | | |
| Nausea and/or Vomiting | 8.4 | 7.0 |
| **Nervous System** | | |
| Somnolence | 8.4 | 4.7 |
| Hostility | 7.6 | 2.3 |
| Emotional Lability | 4.2 | 1.6 |
| Dizziness | 2.5 | 1.6 |
| Hyperkinesia | 2.5 | 0.8 |
| **Respiratory System** | | |
| Bronchitis | 3.4 | 0.8 |
| Respiratory Infection | 2.5 | 0.8 |

[a] Plus background antiepileptic drug therapy

**Proposed Revisions**

Table 252. Treatment-Emergent Adverse Event Incidence in Pediatric Patients Age 3 to 12 Years in a Controlled Add-On Trial (Events in at Least 2% of Neurontin® Patients and Numerically More Frequent Than in the Placebo Group)

**Source**

Change in table number due to revisions

NDA 21-397 Vol 001

NEURONTIN CONFIDENTIAL

089

NDA 21-397  Vol 001

Neurontin® (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| Other events in more than 2% of pediatric patients 3 to 12 years of age but equally or more frequent in the placebo group included: pharyngitis, upper respiratory infection, headache, rhinitis, convulsions, diarrhea, anorexia, coughing, and otitis media. | | |
| **Other Adverse Events Observed During All Clinical Trials** | | |
| | Clinical Trials in Adults and Adolescents With Epilepsy | Section heading added due to additional indication |
| Neurontin® has been administered to 2074 patients >12 years of age during all clinical trials, only some of which were placebo-controlled. During these trials, all adverse events were recorded by the clinical investigators using terminology of their own choosing. To provide a meaningful estimate of the proportion of individuals having adverse events, similar types of events were grouped into a smaller number of | Neurontin® has been administered to 2074 patients >12 years of age during all adjunctive therapy clinical trials in epilepsy, only some of which were placebo-controlled. During these trials, all adverse events were recorded by the clinical investigators using terminology of their own choosing. To provide a meaningful estimate of the proportion of individuals having adverse events, similar types of events were grouped into a smaller number of standardized categories using modified COSTART | Clarification required with additional indication |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 88)

090

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| standardized categories using modified COSTART dictionary terminology. These categories are used in the listing below. The frequencies presented represent the proportion of the 2074 patients >12 years of age exposed to Neurontin® who experienced an event of the type cited on at least one occasion while receiving Neurontin®. All reported events are included except those already listed in the previous table, those too general to be informative, and those not reasonably associated with the use of the drug. | dictionary terminology. These categories are used in the listing below. The frequencies presented represent the proportion of the 2074 patients >12 years of age exposed to Neurontin® who experienced an event of the type cited on at least one occasion while receiving Neurontin®. All reported events are included except those already listed in ~~the previous t~~Table 4, those too general to be informative, and those not reasonably associated with the use of the drug. | Change in table number due to revisions |
| Events are further classified within body system categories and enumerated in order of decreasing frequency using the following definitions: frequent adverse events are defined as those occurring in at least 1/100 patients; infrequent adverse events are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than 1/1000 patients. | | |

NDA 21-397  Vol 001

NEURONTIN CONFIDENTIAL

NDA21397_MISC_007_0131

Neurontin (gabapentin)

091

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Body As A Whole:** *Frequent:* asthenia, malaise, face edema; *Infrequent:* allergy, generalized edema, weight decrease, chill; *Rare:* strange feelings, lassitude, alcohol intolerance, hangover effect. | | |
| **Cardiovascular System:** *Frequent:* hypertension; *Infrequent:* hypotension, angina pectoris, peripheral vascular disorder, palpitation, tachycardia, migraine, murmur; *Rare:* atrial fibrillation, heart failure, thrombophlebitis, deep thrombophlebitis, myocardial infarction, cerebrovascular accident, pulmonary thrombosis, ventricular extrasystoles, bradycardia, premature atrial contraction, pericardial rub, heart block, pulmonary embolus, hyperlipidemia, hypercholesterolemia, pericardial effusion, pericarditis. | | |
| **Digestive System:** *Frequent:* anorexia, flatulence, gingivitis; *Infrequent:* glossitis, | | |

NDA 21-397 Vol 001

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 90)

NDA21397_MISC_007_0132

092

Neurontin (gabapentin)

NDA 21-397  Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

**Current Labeling**

gum hemorrhage, thirst, stomatitis, increased salivation, gastroenteritis, hemorrhoids, bloody stools, fecal incontinence, hepatomegaly; *Rare:* dysphagia, eructation, pancreatitis, peptic ulcer, colitis, blisters in mouth, tooth discolor, perlèche, salivary gland enlarged, lip hemorrhage, esophagitis, hiatal hernia, hematemesis, proctitis, irritable bowel syndrome, rectal hemorrhage, esophageal spasm.

**Endocrine System:** *Rare:* hyperthyroid, hypothyroid, goiter, hypoestrogen, ovarian failure, epididymitis, swollen testicle, cushingoid appearance.

**Hematologic and Lymphatic System:**
*Frequent:* purpura most often described as bruises resulting from physical trauma; *Infrequent:* anemia, thrombocytopenia, lymphadenopathy; *Rare:* WBC count increased, lymphocytosis, non-Hodgkin's

DM_FILE/C1-0945 (IC17601a)
Item 3. (Page 91)

NEURONTIN CONFIDENTIAL

Neurontin (gabapentin)

093

NDA 21-397 Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

lymphoma, bleeding time increased.

**Musculoskeletal System:** *Frequent:* arthralgia; *Infrequent:* tendinitis, arthritis, joint stiffness, joint swelling, positive Romberg test; *Rare:* costochondritis, osteoporosis, bursitis, contracture.

**Nervous System:** *Frequent:* vertigo, hyperkinesia, paresthesia, decreased or absent reflexes, increased reflexes, anxiety, hostility; *Infrequent:* CNS tumors, syncope, dreaming abnormal, aphasia, hypesthesia, intracranial hemorrhage, hypotonia, dysesthesia, paresis, dystonia, hemiplegia, facial paralysis, stupor, cerebellar dysfunction, positive Babinski sign, decreased position sense, subdural hematoma, apathy, hallucination, decrease or loss of libido, agitation, paranoia, depersonalization, euphoria, feeling high, doped-up sensation, suicidal, psychosis; *Rare:* choreoathetosis, orofacial dyskinesia, encephalopathy, nerve palsy, personality disorder, increased libido,

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 92)

094

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| subdued temperament, apraxia, fine motor control disorder, meningismus, local myoclonus, hyperesthesia, hypokinesia, mania, neurosis, hysteria, antisocial reaction, suicide gesture. | | |
| **Respiratory System:** *Frequent:* pneumonia; *Infrequent:* epistaxis, dyspnea, apnea; *Rare:* mucositis, aspiration pneumonia, hyperventilation, hiccup, laryngitis, nasal obstruction, snoring, bronchospasm, hypoventilation, lung edema. | | |
| **Dermatological:** *Infrequent:* alopecia, eczema, dry skin, increased sweating, urticaria, hirsutism, seborrhea, cyst, herpes simplex; *Rare:* herpes zoster, skin discolor, skin papules, photosensitive reaction, leg ulcer, scalp seborrhea, psoriasis, desquamation, maceration, skin nodules, subcutaneous nodule, melanosis, skin necrosis, local swelling. | | |

DM_IPILE/CI-0945 (IC17601a)
Item 3. (Page 93)

NEURONTIN CONFIDENTIAL

095

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Urogenital System:** *Infrequent:* hematuria, dysuria, urination frequency, cystitis, urinary retention, urinary incontinence, vaginal hemorrhage, amenorrhea, dysmenorrhea, menorrhagia, breast cancer, unable to climax, ejaculation abnormal; *Rare:* kidney pain, leukorrhea, pruritus genital, renal stone, acute renal failure, anuria, glycosuria, nephrosis, nocturia, pyuria, urination urgency, vaginal pain, breast pain, testicle pain.<br><br>**Special Senses:** *Frequent:* abnormal vision; *Infrequent:* cataract, conjunctivitis, eyes dry, eye pain, visual field defect, photophobia, bilateral or unilateral ptosis, eye hemorrhage, hordeolum, hearing loss, earache, tinnitus, inner ear infection, otitis, taste loss, unusual taste, eye twitching, ear fullness; *Rare:* eye itching, abnormal accommodation, perforated ear drum, sensitivity to noise, eye focusing problem, watery eyes, retinopathy, glaucoma, iritis, corneal disorders, lacrimal dysfunction, degenerative eye changes, blindness, retinal | | |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 94)

NDA 21-397  Vol 001

NDA21397_MISC_007_0136

Neurontin (gabapentin)

096

## ANNOTATED LABELING

NDA 21-397  Vol  001

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| degeneration, miosis, chlororetinitis, strabismus, eustachian tube dysfunction, labyrinthitis, otitis externa, odd smell. | | |
| | Clinical Trials in Pediatric Patients with Epilepsy | Section heading added due to additional indication |
| Adverse events occurring during clinical trials in 449 pediatric patients 3 to 12 years of age treated with gabapentin that were not reported in adjunctive trials in adults are: | Adverse events occurring during epilepsy clinical trials in 449 pediatric patients 3 to 12 years of age treated with gabapentin that were not reported in adjunctive trials in adults are: | Clarification required with additional indication |
| **Body as a Whole:** dehydration, infectious mononucleosis | | |
| **Digestive System:** hepatitis | | |
| **Hemic and Lymphatic System:** coagulation defect | | |
| **Nervous System:** aura disappeared, occipital neuralgia | | |
| **Psychobiologic Function:** sleepwalking | | |

DM_FTI.E/CI-0945 (TC17601a)
Item 3. (Page 95)

097

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Respiratory System:** pseudocroup, hoarseness | | |
| | <u>Clinical Trials in Adults With Neuropathic Pain of Various Etiologies</u> | |
| | Gabapentin was administered to 834 patients during double-blind and open-label neuropathic pain clinical trials. | RR-REG 720-30135 (ISS) Section 4 |
| | Adverse events reported by investigators were grouped into standardized categories using modified COSTART IV terminology. Listed below are all reported events except those already listed in Table 3, those reported in epilepsy trials, those too general to be informative, and those not reasonably associated with the use of the drug. | Appendix A.6 and C.36, and E.30 |
| | **Body as a Whole:** allergic reaction, neck pain, pelvic pain, sepsis | |

NDA 21-397  Vol 001

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 96)

NEURONTIN CONFIDENTIAL

098

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | **Cardiovascular System:** fundi with microaneurysm, retinal vein thrombosis | |
| | **Digestive System:** intestinal obstruction, intestinal ulcer, mouth ulceration, oral moniliasis | |
| | **Endocrine System:** diabetes mellitus | |
| | **Hemic and Lymphatic System:** ecchymosis, lymphoma like reaction | |
| | **Metabolic and Nutritional:** gout, weight loss | |
| | **Musculoskeletal:** shin bone pain | |
| | **Nervous System:** libido decreased, libido increased | |
| | **Respiratory System:** hemoptysis | |
| | **Skin and Appendages:** lower extremity skin ulcer | |
| | **Special Senses:** diabetic retinopathy, ear pain, fundi with microhemorrhage, taste perversion | |

NDA 21-397  Vol  001

DM_FILES/C1-0945 (IC17601a)
Item 3. (Page 97)

NDA21397_MISC_007_0139

099

Neurontin (gabapentin)

NDA 21-397  Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | Urogenital System: gynecomastia, polyuria, pyelonephritis, swollen penis, swollen scrotum | |

**Postmarketing and Other Experience**

In addition to the adverse experiences reported during clinical testing of Neurontin®, the following adverse experiences have been reported in patients receiving marketed Neurontin®. These adverse experiences have not been listed above and data are insufficient to support an estimate of their incidence or to establish causation. The listing is alphabetized: angioedema, blood glucose fluctuation, erythema multiforme, elevated liver function tests, fever, hyponatremia, jaundice, Stevens-Johnson syndrome.

**DRUG ABUSE AND DEPENDENCE**

The abuse and dependence potential of Neurontin® has not been evaluated in human studies.

DM_FILE/CT-0945 (ICI76011a)
Item 3. (Page 98)

Neurontin (gabapentin)

NDA 21-397  Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

### OVERDOSAGE

A lethal dose of gabapentin was not identified in mice and rats receiving single oral doses as high as 8000 mg/kg. Signs of acute toxicity in animals included ataxia, labored breathing, ptosis, sedation, hypoactivity, or excitation.

Acute oral overdoses of Neurontin® up to 49 grams have been reported. In these cases, double vision, slurred speech, drowsiness, lethargy and diarrhea were observed. All patients recovered with supportive care.

Gabapentin can be removed by hemodialysis. Although hemodialysis has not been performed in the few overdose cases reported, it may be indicated by the patient's clinical state or in patients with significant renal impairment.

DM_FILE/CI-0945 (1C176001a)
Item 3. (Page 99)

NEURONTIN CONFIDENTIAL

Neurontin (gabapentin)

101

NDA 21-397  Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **DOSAGE AND ADMINISTRATION** | Neurontin is given orally with or without food. | |
| | **Neuropathic Pain Associated with Postherpetic Neuralgia** | RR-REG 720-30136 (ISE) |
| | In adults with neuropathic pain associated with postherpetic neuralgia, Neurontin® therapy may be initiated as a single 300 mg dose on Day 1, 600 mg/day (in 2 divided doses) on Day 2, and 900 mg/day (in 3 divided doses) on Day 3. The dose can subsequently be titrated up as needed for pain relief to a maximum daily dose of 3600 mg (in 3 divided doses). | Sections 3.2 and 7.3 |
| | The total daily dosage should be taken in 3 divided doses (TID). | Sections 7.2 |
| | In clinical studies, efficacy was demonstrated at doses of 1800 to 3600 mg/day, with greater efficacy with increasing dose. | Section 7.1.1 |
| | Significant efficacy was evident as early as Week 1. | Section 4.4.1.2.2 |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 100)

NDA21397_MISC_007_0142

102

Neurontin® (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| | **Epilepsy** | Section heading added due to additional indication |
| Neurontin® is recommended for add-on therapy in patients 3 years of age and older. Effectiveness in pediatric patients below the age of 3 years has not been established. | | |
| Neurontin® is given orally with or without food. | Neurontin® is given orally with or without food. | Moved to beginning of Dosage and Administration section |
| **Patients >12 Years of Age:** The effective dose of Neurontin® is 900 to 1800 mg/day and given in divided doses (3 times a day) using 300 or 400mg capsules, or 600 or 800mg tablets. The starting dose is 300 mg 3 times a day. If necessary, the dose may be increased using 300 or 400mg capsules, or 600 or 800mg tablets 3 times a day up to 1800 mg/day. Dosages up to 2400 mg/day have been well-tolerated in long-term clinical studies. Doses of 3600 mg/day have also been administered to a small number of patients for a relatively short duration, and have been well-tolerated. The maximum time between | | |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 101)

NDA 21-397  Vol 001

NDA21397_MISC_007_0143

103

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
| --- | --- | --- |
| doses in the T.I.D. schedule should not exceed 12 hours.<br><br>**Pediatric Patients Age 3-12 years:** The starting dose should range from 10 to 15 mg/kg/day in 3 divided doses, and the effective dose reached by upward titration over a period of approximately 3 days. The effective dose of Neurontin® in patients 5 years of age and older is 25 to 35 mg/kg/day and given in divided doses (3 times a day). The effective dose in pediatric patients ages 3 and 4 years is 40 mg/kg/day and given in divided doses (3 times a day). (See CLINICAL PHARMACOLOGY, Pediatrics.) Neurontin® may be administered as the oral solution, capsule, or tablet, or using combinations of these formulations. Dosages up to 50 mg/kg/day have been well-tolerated in a long-term clinical study. The maximum time interval between doses should not exceed 12 hours. | | |

NDA 21-397 Vol 001

NEURONTIN CONFIDENTIAL

Neurontin® (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| It is not necessary to monitor gabapentin plasma concentrations to optimize Neurontin® therapy. Further, because there are no significant pharmacokinetic interactions among Neurontin® and other commonly used antiepileptic drugs, the addition of Neurontin® does not alter the plasma levels of these drugs appreciably. | | |
| If Neurontin® is discontinued and/or an alternate anticonvulsant medication is added to the therapy, this should be done gradually over a minimum of 1 week. | | |

DM_FILE/CH-0945 (IC17601a)
Item 3. (Page 103)

104

NDA 21-397  Vol  001

Neurontin (gabapentin)

105

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| Creatinine clearance is difficult to measure in outpatients. In patients with stable renal function, creatinine clearance ($C_{Cr}$) can be reasonably well-estimated using the equation of Cockcroft and Gault: <br><br> for females $C_{Cr} = (0.85)(140\text{-age})(\text{weight})/[(72)(S_{Cr})]$ <br> for males $C_{Cr} = (140\text{-age})(\text{weight})/[(72)(S_{Cr})]$ <br><br> where age is in years, weight is in kilograms and $S_{Cr}$ is serum creatinine in mg/dL. | **Dosage in Renal Impairment** | Section heading added |

DM_FILE\CI-0945 (IC17601a)
Item 3. (Page 104)

NDA 21-397 Vol 001

106

Neurontin (gabapentin)

NDA 21-397 Vol 001

# ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
| --- | --- | --- |

## Current Labeling

Dosage adjustment in patients ≥12 years of age with compromised renal function or undergoing hemodialysis is recommended as follows:

**Table 3. Neurontin® Dosage Based on Renal Function**

| Renal Function Creatinine Clearance (mL/min) | Total Daily Dose (mg/day) | Dose Regimen (mg) |
| --- | --- | --- |
| >60 | 1200 | 400 T.I.D. |
| 30-60 | 600 | 300 BID |
| 15-30 | 300 | 300 QD |
| <15 | 150 | 300 QOD[a] |
| Hemodialysis | — | 200-300[b] |

a Every other day
b Loading dose of 300 to 400 mg in patients who have never received Neurontin®, then 200 to 300 mg Neurontin® following each 4 hours of hemodialysis

## Proposed Revisions

**Table 3. Neurontin® Dosage Based on Renal Function**

| Renal Function Creatinine Clearance (mL/min) | Total Daily Dose (mg/day) | Dose Regimen (mg) |
| --- | --- | --- |
| >60 | 1200 | 400 T.I.D. |
| 30-60 | 600 | 300 B.I.D. |
| 15-30 | 300 | 300 QD |
| <15 | 150 | 300 QOD[a] |
| Hemodialysis | | 200-300[b] |

a Every other day
b Loading dose of 300 to 400 mg in patients who have never received Neurontin®, then 200 to 300 mg Neurontin® following each 4 hours of hemodialysis

107

Neurontin (gabapentin)

# ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

**Proposed Revisions**

Table 6. Neurontin® Dosage Based on Renal Function
Total Daily Maintenance Dose (mg/day)

| Renal Function Creatinine Clearance (mL/min) | | | | | |
|---|---|---|---|---|---|
| ≥60 | 900[a] | 1200[b] | 1800[a] | 2400[c] | 3600[c] |
| ≥30-59 | 400[b] | 500[b] | 800[b] | 1000[b] | 1440[b] |
| ≥15-29 | 200[c] | 300[c] | 400[c] | 500[c] | 720[c] |
| 15[d] | 100[c] | 125[c] | 150[c] | 200[c] | 300[c] |

Post-Hemodialysis Supplemental Dose (mg)[e]

| Hemodialysis | 125[c] | 150[c] | 200[c] | 250[c] | 350[c] |
|---|---|---|---|---|---|

a  Total daily dose (mg/day) should be divided by 3 and administered three times daily (TID).

b  Total daily dose (mg/day) should be divided by 2 and administered twice daily (BID).

c  Total daily dose (mg/day) should be administered once daily (QD).

d  For patients with creatinine clearance <15 mL/min, reduce daily dose in proportion to creatinine clearance (e.g. patients with a creatinine clearance of 7.5 mL/min should receive one-half the daily dose that patients with a creatinine clearance of 15 mL/min receive).

e  Patients on hemodialysis should receive maintenance doses based on estimates of creatinine clearance as indicated in the upper portion of the table and a supplemental post-hemodialysis dose administered after each 4 hours of hemodialysis as indicated in the lower portion of the table.

**Source**

RR-REG 744-00633 (Human pharmacokinetics and Bioavailability Summary) Section 4.3.1

"Maintenance" and "Supplemental" were added to the table section descriptors for clarity

Footnote c was added to clarify how the table should be used for patients on hemodialysis.

**Current Labeling**

The use of Neurontin® in patients <12 years of age with compromised renal function has not been studied.

108

Neurontin® (gabapentin)

NDA 21-397 Vol. 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

### HOW SUPPLIED

Neurontin® (gabapentin) capsules, tablets, and oral solution are supplied as follows:

100mg capsules;
White hard gelatin capsules printed with "PD" on one side and "Neurontin®/100mg" on the other; available in:

Bottles of 100: N 0071-0803-24
Unit dose 50's: N 0071-0803-40

300mg capsules;
Yellow hard gelatin capsules printed with "PD" on one side and "Neurontin®/300 mg" on the other; available in:

Bottles of 100: N 0071-0805-24
Unit dose 50's: N 0071-0805-40

DM_FILE/CI-0945 (IC17601ja)
Item 3. (Page 107)

NEURONTIN CONFIDENTIAL