Neurontin (gabapentin)

NDA 21-397  Vol 001

109

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

400mg capsules;

    Orange hard gelatin capsules printed with "PD" on one side and "Neurontin®/400 mg" on the other; available in:

Bottles of 100: N 0071-0806-24

Unit dose 50's: N 0071-0806-40

600mg tablets;

    White elliptical film-coated tablets printed in black ink with "Neurontin® 600" on one side; available in:

Bottles of 100: N 0071-0416-24

Bottles of 500: N 0071-0416-30

Unit dose 50's: N 0071-0416-40

DM_FILE/CI-0945 (ICI7601a)
Item 3. (Page 108)

110

Neurontin (gabapentin)

## ANNOTATED LABELING

NDA 21-397  Vol  001

| Current Labeling | Proposed Revisions | Source |
|---|---|---|

800mg tablets;

White elliptical film-coated tablets printed in orange with "Neurontin® 800" on one side; available in:

Bottles of 100: N 0071-0426-24
Bottles of 500: N 0071-0426-30
Unit dose 50's: N 0071-0426-40

250mg/5mL oral solution;

Clear colorless to slightly yellow solution; each 5 mL of oral solution contains 250 mg of gabapentin; available in:

Bottles containing 470 mL:
N0071-2012-23

**Storage (Capsules)**

**Store at Controlled Room Temperature**
**15°-30°C (59°-86°F)**

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 109)

Neurontin (gabapentin)

111

NDA 21-397  Vol  001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
| --- | --- | --- |
| **Storage (Tablets)** | | |
| **Store at 25°C (77°F); excursions permitted to 15°-30°C (59°-86°F) [see USP Controlled Room Temperature].** | | |
| **Storage (Oral Solution)** | | |
| **Store refrigerated, 2°-8°C (36°-46°F)** | | |
| **Rx only** | **Rx only** | |
| Revised November 2000 | Revised ~~November 2000~~ August 2001 | |
| **Capsules and Tablets:** | | |
| Manufactured by: **Parke Davis Pharmaceuticals, Ltd.** Vega Baja, PR 00694 | | |

NEURONTIN CONFIDENTIAL

Neurontin (gabapentin)

112

NDA 21-397 Vol 001

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| **Oral Solution:** | | |
| Manufactured for: | | |
| **Parke Davis Pharmaceuticals, Ltd** | | |
| Vega Baja, PR 00694 | | |
| Distributed by: | Distributed by: | |
| **PARKE-DAVIS** | **PARKE-DAVIS** | |
| Div of Warner-Lambert Co | Div of Warner-Lambert Co | |
| Morris Plains, NJ 07950 USA | Morris Plains, NJ 07950 USA | |
| ©1999, PDPL | ©1999, PDPL | |
| 0416G641 | 0416G641 xxxxxx | Number to be revised |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 111)

## 3.5.    Foreign Marketing History

### 3.5.1.    Countries Where Marketed

Neurontin is approved for the treatment of epilepsy in many countries worldwide. As of June 14, 2001, it has also been approved for the management of neuropathic pain in 34 countries. The approved indication varies to some extent by country, ranging from the management or treatment of neuropathic pain in 26 countries (Australia, Italy, Ireland, Spain, New Zealand, the United Kingdom, 16 countries in Latin America and Asia, Aruba, Czech Republic, Romania, and Slovakia) to a more specific indication of treatment of neuropathic pain in diabetic neuropathy and postherpetic neuralgia in 6 countries (Austria, Chile, Denmark, Finland, Germany, and Switzerland), treatment of diabetic neuropathy, postherpetic neuralgia and trigeminal neuralgia in Singapore and the treatment of post-zoster neuralgia in France.

### 3.5.2.    Countries Where Withdrawn From Market

Neurontin has not been withdrawn from the market for safety or efficacy reasons in any country where it has been approved.

### 3.5.3.    Countries Where Marketing Applications are Pending

Applications for Neurontin in neuropathic pain are pending in 9 countries. An application for epilepsy monotherapy and neuropathic pain was not approved in South Africa in October 2000; the neuropathic pain application was resubmitted with additional data.

## 3.6.    Chemistry, Manufacturing and Controls[1]

Three distinct and bioequivalent dosage forms of gabapentin have been approved by FDA and are marketed for the treatment of epilepsy with a common package insert. Chemistry, manufacturing, and controls information for the 3 dosage forms is included in 3 of the 4 approved NDAs:

Neurontin 100-mg, 300-mg, and 400-mg capsules; NDA 20-235

Neurontin 600-mg and 800-mg tablets; NDA 20-882

Neurontin 250-mg/5-mL oral solution; NDA 21-129

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 112)

                                                                    NDA 21-397  Vol 001

NEURONTIN CONFIDENTIAL

Chemistry, manufacturing and controls information for gabapentin drug substance is described in NDA 20-235. The same active ingredient is used to manufacture all dosage forms.

While no changes to the approved drug substance or dosage forms are proposed in this application, updated environmental assessment information is required to address the expected increase in use of gabapentin with the additional indication. Based on the safety assessment factors (>1000), no adverse environmental consequences are anticipated with the potential increased use; consequently, no mitigation measures are proposed.

## 3.7.    Nonclinical Pharmacology[2]

### 3.7.1.    Effects of Gabapentin in Animal Models of Disease

#### 3.7.1.1.    Effects of Gabapentin in Models of Analgesia and Antiallodynia With Rats and Mice

**Inflammatory and Chemically Induced Models of Pain:** In models of immediate nociceptive pain (early phase of rat formalin footpad test, acetic acid writhing in mice, radiant heat tail-flick test in rats), gabapentin administration did not alter pain-related behaviors, even at relatively high dosages. However, in a wide variety of animal models of hyperalgesia (an exaggerated response to stimuli that normally elicit pain) or allodynia (a pain-related response to stimuli that normally do not cause pain), gabapentin reduced pain-related behaviors at relatively low dosages.

In the late phase of the formalin footpad test, behaviors such as licking and biting the previously injected paw are thought to be related to central sensitization of nociceptive responses. Central sensitization refers to plastic changes in synaptic connections between sensory neurons and in the excitability of neurons in the dorsal horn of the spinal cord. Such changes are thought to cause increased pain-related processing of information. Gabapentin treatment reduced responses in the late phase of the formalin test with a minimally effective dose of 30 mg/kg subcutaneously (SC) (Figure 1) or orally (PO) and an $ED_{50}$ dose of 60 mg/kg SC or 120 mg/kg PO.

Neurontin® (gabapentin)



Figure 1. Effect of Gabapentin in the Rat Formalin Test

Gabapentin was administered SC 1 hour before animals received 50 µL of 5% formalin into the left hind paw. Results are expressed as mean time spent licking and biting the injected paw during the early (0-10 minutes) and late (10-45 minutes) phases of the test (vertical bars represent ± SEM). *p <0.05 and **p <0.01 compared to vehicle (Veh)- treated controls (ANOVA followed by Dunnett's t-test).

In the carrageenan footpad test with rats, injection of a polysaccharide isolated from seaweed causes a sterile inflammation (reddening and swelling of the paw). The subsequent reduction in threshold to pain-producing stimuli is thought to result mostly from inflammatory mechanisms outside the spinal cord or brain. Gabapentin administrated to rats 3.5 hours after carrageenan injection reduced heat hyperalgesia (measured as the withdrawal time to radiant illumination) and raised the paw pressure withdrawal threshold in a dose-related manner. Significant antihyperalgesia was observed with gabapentin dosages ≥10 mg/kg SC; the effects were dose-related.

In a rat model of hyperalgesia and allodynia caused by a surgical incision to the hindpaw, gabapentin treatment reduced pain-related behaviors in response to either thermal or tactile stimulation when drug was administered either prior to surgery or 60 minutes after surgery (Figure 2). Changes were dose-related and were apparent for several days if gabapentin was administered prior to surgery.





Figure 2.    Effect of Gabapentin on the Maintenance of Thermal Hyperalgesia (Top
Panel) and Tactile Allodynia (Bottom Panel) in the Rat Postoperative
Pain Model

Gabapentin was administered 1 hour after surgery and wound closure. Thermal paw withdrawal latencies
(PWL) were determined using the rat plantar test (upper panel), and paw withdrawal thresholds to von Frey
hair filaments were determined (lower panel). Baseline (BL) measurements were taken before surgery. For
thermal hyperalgesia (upper panel) the results are expressed as the mean PWL (s) (vertical bars represent
SEM), *p <0.05, and **p <0.01 compared to vehicle-treated animals (unpaired t-test). For tactile allodynia
(lower panel), results indicate the median force of von Frey filament (g) required for withdrawal (vertical
bars represent first and third quartiles), *p <0.05 and **p <0.01 compared to vehicle-treated animals
(Mann-Whitney t-test).

Systemic administration of gabapentin to rats prevented thermal hyperalgesia (to radiant
heat illumination) caused by spinal administration of low dosages of either the peptide
neuromediator substance P or an agonist of glutamate receptors, N-methyl-D-aspartate
(NMDA). Similar effects were observed if low dosages of gabapentin were administered

intraspinally, suggesting a site of action in the spinal cord. Similarly, spinal or systemic administration of gabapentin reduced pain-related behaviors in rats from a radiant heat stimulus following a first-degree burn to the surface of the footpad.

**Neuropathic Pain:** Gabapentin administration produced a potent reduction in pain-related behaviors in rats in several models of neuropathic pain.

In the streptozocin model, the selective pancreatic β-cell toxin streptozocin induces insulin-dependent diabetes in rats after a single dose. This eventually causes pain syndromes similar to painful diabetic neuropathy in humans. Amitriptyline (2 mg/kg, PO) and morphine (1 mg/kg, SC) significantly reduced static allodynia following streptozocin treatment; similar reductions were seen with gabapentin (3-30 mg/kg, PO). As shown in Figure 3B, gabapentin (10-100 mg/kg) also reduced dynamic allodynia, while morphine (Figure 3A) and amitriptyline (not shown) had no effect.





Figure 3. Gabapentin Decreases Streptozocin-Induced Dynamic Allodynia in Rats

Baseline (BL) paw withdrawal latencies to cotton swab stimulus were determined in control (CON) and streptozocin-treated animals before drug administration. Control rats had no streptozocin or analgesic treatment; vehicle-treated rats received streptozocin, but no analgesic treatment. Results are expressed as mean paw withdrawal latency (PWL) in 6-8 rats/group (vertical bars represent SEM). ** denotes significant difference from vehicle-treated group (p <0.01, one-way ANOVA followed by Dunnett's t-test).

NEURONTIN CONFIDENTIAL

Pain from cancer can result from the disease itself, or in some cases, from the chemotherapeutic drugs used to treat the cancer. In particular, administration of anti-GD2 gangliosides causes pain syndromes characterized as painful burning paresthesias and also hyperalgesia and allodynia. This was studied in a model in which rats were given a single intravenous (IV) dose of anti-GD2 gangliosides. This treatment caused a tactile allodynia that was measured with von Frey hairs. Gabapentin treatment at 30 or 100 mg/kg IV significantly reduced the allodynia. These results suggest that gabapentin may be useful in treating neuropathic pain that results from certain types of chemotherapy.

Humans infected with the Herpes zoster virus may develop a neuropathy and resultant painful allodynia and hyperalgesia. Mice injected with live Herpes simplex virus (HSV-1, $10^6$ plaque-forming units in 10 $\mu$L of saline) develop a similar neuropathic condition and show marked tactile allodynia and hyperalgesia within 4 to 6 days. Acute treatment with gabapentin reduced the allodynia (measured 120 minutes after gabapentin injection) in a dose-related manner, with a minimally effective dose of 10 mg/kg PO and complete reduction of allodynia after 100 mg/kg PO (Figure 4A). Likewise, hyperalgesia (flicking and licking of the stimulated paw) was reduced by gabapentin treatment (Figure 4B). No effect was seen in responses of the uninfected paw (Figure 4C and D), indicating that gabapentin was only effective in this model during infection, which caused abnormal sensitivity to pain.

Neurontin® (gabapentin)                                                                                     119



Figure 4.    Gabapentin Reduced Tactile Allodynia and Hyperalgesia in Mice
             Infected with Herpes Simplex Virus

Gabapentin was administered by oral gavage to mice injected 6 days previously with Herpes simplex virus
into a single hind paw. The allodynia response (A, C) refers to behavior induced by application of a
von Frey monofilament with 0.03 g bending force. A score of 50% means that mice on average had a
response of paw withdrawal (behavioral score of 1) in each case. The hyperalgesia response (B, D) refers to
abnormally intense behavioral response to application of a von Frey filament with 1.2 g bending force. A
score of 100% means that mice on average had a response of withdrawal with flicking or licking
(behavioral score of 2) of the stimulated paw. Gabapentin significantly reduced both allodynia (A) and
hyperalgesia (B), but had no effect on responses in the contralateral (uninfected) paw. Data are the mean
and error bars denote SEM (n = 6). Asterisk denotes p <0.05 in comparison to vehicle (water, W) group by
Dunnett's t-test.


Traumatic damage to spinal cord tissue can cause long-lasting neuropathic pain,
experienced as allodynia in widespread regions of the body. In a rat model of neuropathic
pain from traumatic damage to the exposed spinal cord (calibrated weight drop),
subsequent systemic treatment with gabapentin (10 or 30 mg/kg IP) reduced allodynia in
response to probing the hindlimb with von Frey hairs. In addition, 30 mg/kg gabapentin
given intraperitoneally (IP) completely prevented pain-related vocalization in response to
blunt probing of the skin of the trunk. In a different model with surgical damage to the
spinal cord in rats, cold allodynia was reduced with repeated doses of 100 mg/kg

NEURONTIN CONFIDENTIAL

gabapentin given IP. These results suggest that gabapentin treatment would reduce allodynia caused by damage to the spinal cord.

The effect of gabapentin on static and dynamic components of mechanical hypersensitivity was examined in nerve ligation models of neuropathic pain in the rat. This includes neuropathic pain that results from chronic constriction of the sciatic nerve (CCI or Bennett model of multiple loose ligatures around the sciatic nerve) and tight ligation of L5 and L6 dorsal roots that serve the sciatic nerve (Chung model). Morphine reduced static allodynia in both the CCI and Chung models (not shown). Gabapentin reduced static allodynia in the CCI model at 30-100 mg/kg, PO, IP, or SC, with similar results reported from several laboratories (Figure 5). Gabapentin also reduced static allodynia at doses of 100 and 200 $\mu$mol when given intrathecally. In addition, gabapentin altered other endpoints of allodynia from spinal nerve ligation, including cold allodynia.



Figure 5.    Gabapentin Reduced Static Allodynia in the Chung Model (L5 and L6
             Tight Ligation) of Neuropathic Pain in Rats

Paw withdrawal threshold was determined by application of von Frey filaments to the previously operated
limb. Vehicle (saline, SAL) treatments are indicated by the open bars, and showed allodynia, or reduced
withdrawal thresholds to von Frey hair application on the operated side in comparison to preoperative (P)
measurements. Part A shows that both amitriptyline (AMI, 1.5 mg/kg IP, cross-hatched bars) and
gabapentin (GBP, 50 mg/kg IP, filled bars) reduce tactile allodynia. Part B shows that lidocaine (LDC,
10 mg/kg IV infused over 10 minutes) also reduced allodynia. Asterisk denotes p <0.05 compared to
vehicle using Kruskal-Wallis one-way ANOVA with Dunnett's t-test procedure. B is baseline measurement
obtained prior to administration of treatment.


Based upon results with rodent models of pain and hyperalgesia, gabapentin is expected
to reduce spontaneous pain, allodynia, or hyperalgesia caused by inflammatory insults,
posttraumatic injury, skin burn, and various types of peripheral neuropathy. In contrast,
gabapentin is not expected to cause frank analgesia against immediate nociceptive stimuli
such as heat, pressure, or tissue damage in normal tissues. The mu-opiate antagonist,
naloxone, did not diminish the activity of gabapentin in models of pain-induced behavior,
suggesting that the actions of gabapentin do not involve activation of opiate receptors.

The plasma gabapentin concentrations associated with reduced pain behaviors vary over a fairly wide range. However, significant effects are seen in several models with estimated plasma drug concentrations of approximately 5-50 µg/mL.

### 3.7.1.2.     Effects of Gabapentin in Models Sensitive to Anxiolytic Drugs

Gabapentin was tested in 3 rodent models that also respond to anxiolytic drugs such as benzodiazepines. In mice suspended by the tail, gabapentin administration increased the duration of immobility between bouts of struggling, and decreased the power of struggling movements in a dose-related manner. This profile of activity is similar to that observed with benzodiazepine anxiolytic drugs and is different from the profile observed with antidepressant or antipsychotic drug treatment.

In an ethological model (elevated "X" maze), gabapentin increased exploratory activity in the open arms of an elevated maze, but only under certain laboratory conditions. In a third model, gabapentin increased the lever-pressing responses of rats that received a reward (food or water) together with a mild punishment (foot shock). Results with gabapentin in the lever-pressing task (Vogel test) are similar to those with the benzodiazepine diazepam (Figure 6).

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 121)

NEURONTIN CONFIDENTIAL

Neurontin® (gabapentin)                                                                                    123



Figure 6.    Gabapentin Increases Punished Responses in the Vogel Test with Rats

Gabapentin at 30, 56, and 100 mg/kg PO (given 120 minutes prior to testing) caused significant increases in punished responding in the Vogel test with water reward. Diazepam doses of 10 and 30 mg/kg PO also significantly increased responding. Error bars denote standard error of the mean (SEM). Asterisks denote a significant (p <0.05) difference from concurrent vehicle (VEH) control group (ANOVA). Each group mean is taken from data with 10 to 20 rats.

The profile of activity of gabapentin in several animal models of anxiety suggests that the degree and profile of anxiolytic activity with gabapentin will be similar to that of benzodiazepines such as diazepam. The dosages of gabapentin associated with anxiolytic-like action are very similar to those associated with analgesic-like action.

### 3.7.1.3.    Subjective Properties of Gabapentin

In conditioned place preference studies in rats, morphine showed a prominent and significant place preference, whereas gabapentin did not. This result suggests that gabapentin lacks the rewarding effects of opiates in rats, and by comparison with published results, also differs from cocaine, amphetamines, and several other addictive substances. Moreover, coadministration of gabapentin with morphine caused a reduction in morphine place preference, suggesting that gabapentin may reduce the rewarding effects of morphine.

Gabapentin reduced the stimulant effects of cocaine and amphetamine on locomotor activity in rats, suggesting that gabapentin may counteract some of the physiologic actions of stimulants in animals.

### 3.7.1.4.    Effects of Gabapentin in Seizure Models With Mice and Rats

Prevention of electroshock seizures (scored as absence of tonic extension of the hindlimbs after a corneal shock) represents a significant anticonvulsant effect. Gabapentin prevented seizures from maximal electroshock in a dose-related manner. Prevention of maximal electroshock seizures in rodents suggests that gabapentin will prevent generalized tonic-clonic seizures and partial seizures in clinical use.

Administration of gabapentin to rats or mice prevents seizures caused by subsequent administration of the convulsant drugs, pentylenetetrazole, bicuculline, and picrotoxin. However, dosages were somewhat higher than those required to prevent seizures from maximal electroshock.

Rats were kindled by repeated electrical stimulation of the dorsal hippocampus. Pretreatment with gabapentin significantly reduced motor seizures induced by electrical stimulation of the brain and reduced the duration of seizures, but had minimal effect on the threshold for after discharge at the site of stimulation. These results indicate that gabapentin may have more pronounced anticonvulsant effects against partial seizures that generalize to other areas than against localized seizures.

Gabapentin was ineffective in a genetic rat model of absence seizures (and increased the total duration of absences after high dosages). However, gabapentin administration prevented tonic extensor seizures in a genetic audiogenic seizure model with mice.

Results with in various rodent models of seizure activity suggest that gabapentin will effectively prevent generalized tonic-clonic and partial seizures and will raise the threshold for seizure propagation from one brain area to another.

### 3.7.1.5.    Pharmacological Effects of Gabapentin Related to Inflammatory Diseases

Repeated administration of gabapentin to rats reduced paw swelling and also pain-related responses in a model of immune monoarthritis. In this model, rats with gabapentin treatment had significantly decreased quantities of the neuromodulatory peptides, substance P and calcitonin gene-related peptide, in lavage fluid from the affected ankle joint.

### 3.7.1.6.    Studies With Gabapentin Directed at Side Effects (Spontaneous Locomotor Activity, Ataxia, Sleep, Gastrointestinal Mobility)

Administration of gabapentin had minimal effects on spontaneous locomotor activity in rats, and did not cause significant falls from an inverted square of wire mesh (inverted screen test). In mice given high dosages of gabapentin, spontaneous locomotor activity was less than in vehicle-treated mice, but these differences were not statistically significant.

Administration of 100 or 300 mg/kg gabapentin PO to rats increased the time taken to cross a narrow wooden beam and increased the number of footslips. These results suggest that gabapentin may be associated with locomotor incoordination and difficulties with balance, but only at relatively high dosages.

Gabapentin did not alter the progression of a charcoal meal into the small intestine of rats following charcoal gavage. In contrast, a 50% reduction in progression of the charcoal meal was observed following morphine administration. These results suggest that unlike morphine, gabapentin does not significantly alter the motility of the gastrointestinal tract.

### 3.7.2.    Effects of Gabapentin Related to Pharmacological Mechanism of Action: Biochemical Studies

### 3.7.2.1.    Effects of Gabapentin on Radioligand Binding, Membrane Transport Activity and Isolated Enzymes In Vitro

A specific binding interaction of gabapentin with isolated rat brain membranes has been identified with an apparent affinity close to 0.1 $\mu$M. The gabapentin binding site is located in a number of brain regions, particularly in dendritic areas of neocortex, hippocampus, and molecular layer of the cerebellum. Other anticonvulsant, GABAergic, or calcium channel-related drugs do not displace [$^3$H]gabapentin binding. However, endogenous amino acids related to the system L (branched-chain amino acid) transporter potently displace binding. The protein to which gabapentin binds has been identified as a membrane-bound auxiliary subunit ($\alpha_2\delta$ subunit) of voltage-gated calcium channels found in brain, striate muscle, and smooth muscle.

In cultured cells in vitro, gabapentin competitively inhibited the transport of [$^3$H]-L-leucine, indicating an interaction with the system L transporter system of cell membranes. This action may account, in part, for the transport of gabapentin across membrane barriers in the gut, blood-brain barrier, and plasma membranes of cells in the central nervous system.

In 37 standardized drug receptor binding assays and several neurotransmitter uptake assays, gabapentin was virtually inactive. The systems studied include receptors for adenosine ($A_1$, $A_2$), noradrenaline (adrenergic alpha$_1$, alpha$_2$, beta), glutamate (NMDA, quisqualate, kainate, strychnine-insensitive glycine), gamma-aminobutyric acid (GABA$_A$, GABA$_B$, benzodiazepine), strychnine-sensitive glycine, dopamine ($D_1$, $D_2$), histamine$_1$, serotonin (serotonin$_1$, serotonin$_2$), acetylcholine (muscarinic$_1$, muscarinic$_2$, nicotinic), opiates (mu, delta, kappa), cannabinoids (CB1), cyclic adenosine monophosphate (forskolin), protein kinase C (phorbol ester), leukotriene ($B_4$, $D_4$), thromboxane $A_2$, voltage-sensitive calcium, sodium, chloride and potassium channels, and the so-called sigma binding site displaced with nanomolar affinity by haloperidol. In no case did gabapentin inhibit or enhance specific binding by more than 30% from control levels. In addition, neurotransmitter reuptake was not altered in cell systems for glutamate, GABA, norepinephrine, serotonin, and dopamine. Based on these findings, it is unlikely that

relevant concentrations of gabapentin have significant pharmacological actions at any of the more commonly studied receptor sites in brain tissues.

Gabapentin at concentrations of 0.25, 1, and 2.5 mM (50, 200, and 500 µg/mL) in vitro enhanced the activity of glutamic acid decarboxylase (GAD) in a concentration-dependent manner (5%, 45%, and 78% increases from untreated Vmax, respectively). It is not known whether enhanced GAD activity is responsible for the anticonvulsant or other actions of gabapentin, but these concentrations are somewhat greater than those seen in rat serum after pharmacologically active dosages.

In contrast to vigabatrin, which is an irreversible inhibitor of the GABA degradative enzyme GABA transaminase, gabapentin did not alter the concentration of GABA measured in rat neuronal tissue in vitro and is only a very weak inhibitor of GABA transaminase in vitro. These results indicate that gabapentin is not an inhibitor of GABA transaminase at pharmacologically relevant concentrations.

### 3.7.2.2.     Effects of Gabapentin on GABA Content, Release, and GABA Transporter Trafficking

Early studies demonstrated that both gabapentin and vigabatrin increased the release of GABA from rat optic nerve tissue following application of the GABA transporter substrate, nipecotic acid. The increase in GABA release caused by vigabatrin is thought to result from an inhibition of the GABA transaminase enzyme and resultant increase in cytosolic GABA concentrations. Gabapentin does not appear to share this mechanism; in contrast to the 10-fold increase in GABA concentration in optic nerve tissue observed following vigabatrin treatment, GABA concentrations in this tissue are unchanged following gabapentin treatment. These observations indicate that the changes in GABA release seen with gabapentin in this in vitro system are caused by a fundamentally different mechanism than that of vigabatrin.

The changes in GABA release with gabapentin could result from changes in levels of GABA transporter at the membrane. Previous published studies have shown that the GAT1 form of brain transporters for GABA are functionally regulated by changes in localization between the cell cytosol and the cell membrane (transporters are only functional if located in the cell membrane). Manipulations that change the location of transporter proteins in cultured rat hippocampal neurons include activation of protein

NEURONTIN CONFIDENTIAL                                        NDA21397_MISC_007_0168

kinase C, activation of G-protein coupled receptors (muscarinic receptors, serotonin receptors, metabotropic glutamate receptors), and prolonged incubation with GABA or nipecotic acid, which are substrates of the transporter. Prolonged preincubation of hippocampal neuron cultures with gabapentin caused a shift of transporter proteins from the cytosol to cell membranes; this was associated with an increase in GABA uptake (Figure 7). The $EC_{50}$ for this effect is approximately 30 µM. These results indicate that gabapentin increases the density of GAT1 GABA transporters at neuronal cell membranes without the synthesis of new protein. Translocation of the GAT1 GABA transporter from the cytoplasm to the cell surface could explain the gabapentin-induced changes in GABA release from optic nerve tissue described above.

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 127)

NDA 21-397  Vol 001

Neurontin® (gabapentin)                                                              129





Figure 7.    Prolonged Treatment with Gabapentin Increases [³H]GABA Transport in
Cultured Rat Hippocampal Neurons

A: GABA transport is increased by 2 hours of preincubation with gabapentin (open bars), but not by
immediate addition (filled bars). Drug concentrations (µM) are shown below abscissa; drugs were also
present throughout the uptake assay (30 minutes). When added at the time of uptake measurement, the
GABA uptake blocker SKF89976A (10 µM) abolishes GABA uptake, while gabapentin has no effect.
When added prior to uptake measurement (open bars), gabapentin increases the initial rate of GABA
uptake. Data are means and standard errors from 3 separate experiments with 4 to 6 wells per condition per
experiment. GABA uptake without drug addition ranged from 385 to 767 fmol/min/mg protein. Significant
difference between groups (p <0.05) denoted by asterisk. B: Dose dependence of gabapentin's effects on
GABA transport is shown with 2 hours of drug preincubation. Data are from 3 experiments with 3 wells per
data point per experiment. GABA uptake without drugs ranged from 451 to 598 fmol/min/mg protein.

### 3.7.2.3.    Effects of Gabapentin on Neurotransmitter Release in Vitro

Gabapentin was studied for changes in release of glutamate from slices of rat trigeminal
nucleus. Release of glutamate was not altered by gabapentin under control conditions.
However, if slices were pretreated with the excitatory neuromodulator peptide
substance P, glutamate release was enhanced, and under these conditions, application of
gabapentin significantly reduced release.

In addition to reducing glutamate release, gabapentin partially reduced the release of radiolabeled noradrenaline from rat brain tissues in vitro, with an $IC_{50}$ of approximately 9 μM (Figure 8). However, the maximal inhibition of noradrenaline in these assays was less than 50% (8). Gabapentin also significantly reduced $K^+$-evoked increases in intracellular calcium ion concentration in synaptosomes measured with the fluorescent indicator, fura-2. These results suggest that gabapentin alters the influx of calcium ions into presynaptic neurons, thereby reducing neurotransmitter release.



Figure 8.    Effect of Gabapentin on Potassium-Evoked Release of [³H]Norepinephrine From Rat Neocortex Slices In Vitro

Tritium overflow (from [³H]norepinephrine that was preloaded into rat neocortex tissue) was evoked by a 120-second application of elevated potassium solution (25 mM). Fractions (5 mL) were collected from superfusate samples (1 mL/min) and analyzed for tritium. Each data point represents the mean from 6 or more replicate experiments. Significant differences from the Control group were seen with 10 μM and greater of gabapentin (*p <0.05, ** p <0.01 by ANOVA). Error bars denote SEM. Gabapentin had a maximal inhibition of approximately 40% and an $IC_{50}$ for this effect of approximately 9 μM.

In summary, the effects of gabapentin on neurotransmitter release appear to depend upon prior activation or functional modulation of neuronal tissues. The release of glutamate from rat trigeminal nucleus tissue is not altered by gabapentin unless tissues are previously exposed to the neuromodulator substance P. The release of [³H]noradrenaline

from rat neocortical tissues is decreased much more dramatically by gabapentin in response to potassium stimulation than electrical stimulation. Finally, as discussed in Section 3.7.3, gabapentin had no effect on glutamate or GABA-dependent synaptic potentials under normal physiological conditions in rat hippocampal slices.

### 3.7.2.4.    Effect of Gabapentin on Activation of Cellular Kinases and Transcription Factors

Antagonists of neurokinin-1 (NK-1) receptors and Group I metabotropic glutamate receptors have been proven to reduce pain-related behaviors in animal models. To investigate whether the actions of gabapentin might result from interactions with protein kinases activated by these receptors, studies were performed with recombinant cell systems. Chinese hamster ovary (CHO) tumor cells were transfected with mGluR1 metabotropic glutamate receptors or NK-1 receptors. In addition, they were transfected with a transcriptional reporter system allowing quantification of the activation of the ELK-1 transcription factor by the mitogen-activated kinase, ERK-2. Gabapentin treatment of cells expressing recombinant NK-1 or mGluR receptors reduced agonist-dependent increases in phosphorylation of ERK-2. In addition, gabapentin decreased NK-1 receptor mediated activation of ELK in a concentration-related manner (Figure 9), producing a significant inhibition at gabapentin concentrations of 250 $\mu$M and higher. The molecular target for this interaction of gabapentin is not known. Since the concentrations of gabapentin required for these effects are somewhat greater than those effective at reducing neurotransmitter release (preceding section), the relevance of these findings for the pharmacology of gabapentin in vivo is less clear.

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 130)

NDA 21-397  Vol  001

NEURONTIN CONFIDENTIAL



Figure 9. Gabapentin Reduces ELK-Mediated Signal Transduction In Vitro

Chinese hamster ovary tumor (CHO) cells were stably transfected with a construct for the human neurokinin-1 receptor (NK1) and also with a reporter construct that allows a transcriptional readout related to activity of ELK-1 kinase. All cells except for the nontreated controls (NC) were stimulated by application of substance P (1 µM). Gabapentin caused concentration-related decreases in the activation of ELK-1 activity. Data represent the mean of 8 data points for each condition, and error bars denote SEM. PC represents positive control (not treated with gabapentin).

### 3.7.2.5.     Conclusions From Biochemical Studies with Gabapentin

Gabapentin alters the activity of several enzymes of brain tissue that are involved in the synthesis or degradation of glutamate or GABA. However, these direct effects of gabapentin on enzyme activity occur at relatively high concentrations that are unlikely to be relevant for efficacy or side effects in humans.

Results of neurotransmitter release studies indicate that pretreatment with gabapentin inhibits the total release of norepinephrine by up to 40% and almost completely blocks the release of glutamate enhanced by preapplication of substance P. The effects of gabapentin on neurotransmitter release appear to require prior activation or functional modulation of neuronal tissues. For example, the release of glutamate from rat trigeminal nucleus tissue was not altered by gabapentin unless tissues were previously exposed to the neuromodulator, substance P. The effect of gabapentin on [$^3$H]noradrenaline release from rat neocortical tissues was much more pronounced in response to 30 seconds of potassium stimulation than from electrical stimulation. It is suggested that gabapentin inhibits neurotransmitter release by modulating calcium influx, since synaptosome calcium signals also were reduced by gabapentin. Moreover, gabapentin has been shown to bind with high affinity to the $\alpha_2\delta$ subunit of calcium channels and, as discussed below, gabapentin has been shown to inhibit voltage-gated calcium channels in a number of

studies. The effects of gabapentin on neurotransmitter release occur at drug concentrations that are relevant for the pharmacological actions of gabapentin in animal models (approximately 10 μM or 1.5 μg/mL).

In addition, gabapentin alters the location of GAT1 GABA transporter proteins so that a larger fraction of the transporters are present at neuronal cell membranes, where they are functional. This effect occurs with a half-maximal effect at a concentration of approximately 30 μM or 4 μg/mL, which may be relevant for pharmacological actions of gabapentin in animal models.

Application of gabapentin in model cell systems in vitro reduces the activation of cytosolic protein kinases, but the concentrations needed for these effects are approximately 10 times higher than those needed to reduce neurotransmitter release. Therefore, the actions of gabapentin on protein kinase activity are less clearly linked to pharmacological actions of gabapentin in vivo.

### 3.7.3.    Electrophysiological Effects of Gabapentin

**Voltage-gated ion channels:** In voltage-clamp recordings from cultured rat sympathetic neurons, gabapentin does not share the acute sodium channel blocking action of anticonvulsants such as phenytoin, carbamazepine, or lamotrigine. A single study reported that gabapentin blocked a slowly activating and non-inactivating voltage-gated potassium current; the relevance of this finding is not clear.

As previously discussed, gabapentin has been shown to bind to the $\alpha_2\delta$ subunit of voltage-gated calcium channels. Given this binding activity, and the observation that gabapentin inhibits neurotransmitter release, it seems reasonable to expect that it might modulate the activity of voltage-gated calcium channels. Indeed, several studies have reported that gabapentin produces a small (20%-30%) but significant block of voltage-gated calcium channels. However, the mechanism of block, time course, and type of channel affected by gabapentin across these various studies are quite different. Moreover, other studies have demonstrated a lack of effect of gabapentin on voltage-gated calcium channels. Thus, although it appears likely that gabapentin modulates the function of calcium channels, no general statement can yet be made as to the nature and extent of this modulation.

NEURONTIN CONFIDENTIAL

**Neurotransmitter-gated ion channels:** Gabapentin does not affect $GABA_A$ responses in cultured neocortical neurons. Likewise, gabapentin does not modulate TPBS binding to the $GABA_A$ receptor pore or alter basal or GABA-enhanced chloride flux. These observations suggest that gabapentin does not activate or modulate the activity of $GABA_A$ receptors and distinguishes it from traditional $GABA_A$ receptor modulators such as benzodiazepines and barbiturates.

In contrast, more recent studies have suggested that gabapentin acts at $GABA_B$ receptors. Gabapentin has been shown to be a subunit-selective agonist at $GABA_B$ receptors, thereby selectively activating receptors that contain the $GABA_BR1a$ splice variant of $GABA_BR1$ subunits (in combination with $GABA_BR2$ subunits). This agonist-like activity is blocked by competitive antagonists at the GABA binding site, suggesting that gabapentin binds directly to the agonist binding site. In contrast, radioligand binding studies with native and cloned $GABA_B$ receptors have failed to demonstrate displacement of radioligand binding by gabapentin. Furthermore, $GABA_B$ antagonists do not reverse the pharmacological actions of gabapentin in in vivo models of pain. Therefore, the reliability and relevance of these electrophysiological findings to the pharmacology of gabapentin in animal models or human therapy is not well understood.

There is some evidence that gabapentin may act at NMDA receptors. Early studies with cultured neurons from the striatum or cortex of rats demonstrated that gabapentin enhanced NMDA responses by facilitating glycine interaction with its co-agonist binding site on the NMDA receptors. A similar enhancement of NMDA responses was observed in acutely isolated neurons from rat dorsal horn of the spinal cord. However, in this study enhancement was only observed when the cells were pretreated with activated protein kinase C (PKC) or when the cells were isolated from rats that had been sensitized by treatment with complete Freunds adjuvant in the hindpaw. In contrast, no effect of gabapentin was observed on NMDA responses in recordings from rat cortical wedges or on NMDA-induced single channel currents in patch recordings from cultured cortical neurons. Finally, gabapentin has no effect on NMDA-evoked cell death in cultured neocortical neurons, except at the highest concentration of 1 mM.

**Synaptic Transmission:** Application of gabapentin to hippocampal rat brain slices did not significantly alter excitatory synaptic potentials mediated by glutamate, nor did it alter the induction or maintenance of long term potentiation of the synaptic response. In addition, in paired recordings from GABAergic neurons in culture, gabapentin had no

NEURONTIN CONFIDENTIAL

effect on inhibitory synaptic currents. In contrast, gabapentin has been shown to inhibit glutamatergic synapses in the dorsal horn of spinal cord slices evoked by dorsal root stimulation. Inhibition of the synaptic response was not observed in every dorsal horn neuron tested. However, the proportion of cells responding was greater in slices prepared from hyperalgesic rats. In these same studies, gabapentin was shown to reduce the frequency of miniature excitatory synaptic currents but was without effect on the amplitude of miniature excitatory postsynaptic currents (mEPSC). These findings suggest that the inhibition of the excitatory synaptic response is mediated through an action at a presynaptic target on the primary afferent nerve terminals to alter glutamate release. A similar state-dependent modulation of primary afferent excitability was observed with in vivo studies in anesthetized rats subjected to chronic constriction injury of the sciatic nerve. Gabapentin (100 mg/kg IV) produced an 8%-10% reduction in the excitability of A- and C-fiber primary afferents and a 12% decrease in the amplitude of the electrically-evoked dorsal root reflex in the neuropathic rats, but had no effect on similar parameters in recordings from naive rats.

Gabapentin was administered systemically to anesthetized rats with extracellular voltage recordings in the dentate gyrus of the hippocampus. In this preparation, gabapentin significantly reduced the prolongation of repeated seizure discharges (an anticonvulsant-like action) and also significantly reduced paired-pulse inhibition of the population spike. The cellular mechanisms of these actions of gabapentin in vivo are incompletely understood. However, these results confirm that gabapentin causes anticonvulsant effects in vivo, and suggest that there are alterations in the function of GABA neurotransmitter systems in the hippocampus.

### 3.7.4.    Conclusions From Preclinical Pharmacology Studies With Gabapentin

- Gabapentin displaces [$^3$H]gabapentin binding to isolated brain membranes in vitro ($IC_{50}$ = 80 nM). Biochemical studies indicate that $\alpha_2\delta$ auxiliary subunit proteins of voltage-gated calcium channels is responsible for this binding activity.

- Gabapentin partially reduces neurotransmitter release caused by sustained depolarization in several in vitro systems. Gabapentin also reduces calcium influx in synaptosomes and reduces calcium currents in some neuronal systems, particularly under conditions that activate protein kinases. These findings suggest that gabapentin alters calcium channel function in a subtle manner.

Neurontin® (gabapentin)

- Gabapentin has been shown to inhibit voltage-gated calcium channels in some but not all preparations. Moreover, gabapentin inhibits excitatory synaptic responses in the dorsal horn by a presynaptic mechanism, especially following hyperalgesia. These studies, in addition to transmitter release assays, suggest that gabapentin inhibits transmitter release by reducing the influx of calcium through voltage-gated calcium channels. In contrast, gabapentin has no effect on glutamatergic synaptic transmission and long-term potentiation in rat hippocampus.

- Prolonged application of gabapentin causes GAT1 GABA transporters to move from neuronal cytosol to functional sites at cell membranes by an unknown mechanism. This is expected to modulate GABA function in neuronal tissues in vivo.

- Gabapentin slightly enhances or inhibits NMDA-dependent responses in some test systems, but has no effect in other systems. Therefore, no clear statement concerning the effect of gabapentin on NMDA responses can be made.

- Gabapentin interacts with branched-chain amino acid aminotransferase, glutamic acid decarboxylase, GABA aminotransferase, and glutamate dehydrogenase enzymes in vitro. However, concentrations of gabapentin required for these interactions are greater than those encountered in therapeutic use (ie, up to 70 μM or 12 μg/mL in human plasma) and are therefore unlikely to be relevant clinically. Gabapentin is a substrate for system L amino acid transport, which may partly explain its rapid appearance and accumulation in brain tissues.

- Gabapentin does not alter radioligand binding at $GABA_A$ or $GABA_B$ receptors and is not a substrate or blocker of GABA transport. It does not act at $GABA_A$ receptors nor does it alter the actions of other $GABA_A$ modulators. Furthermore, several effects of gabapentin in vivo are not altered by the benzodiazepine site antagonist, flumazenil, or the $GABA_B$ antagonist, saclofen. While there are reports that gabapentin is a subtype selective agonist at $GABA_B$ receptors, this is not consistent with the binding and behavioral data and will need to be confirmed. Gabapentin also is inactive (30 μM to 1 mM test concentrations) at each of 40 other in vitro radioligand-binding assays, enzyme assays, and transporter assays.

- Gabapentin does not alter behavioral responses to immediate nociceptive pain. However, gabapentin reduces pain-related behaviors caused by inflammation or visceral sensitization in rats. Gabapentin treatment reduces pain-related behavior in

neuropathic models from peripheral or central nerve damage, diabetes, viral infection, or chemotherapeutic insult.

- Gabapentin prevents pain-related behaviors after intrathecal administration, suggesting that it acts directly on tissues of the spinal cord or brain.

- Gabapentin is active in animal models of anxiolytic-like activity.

- Gabapentin does not cause conditioned place preference. In contrast, gabapentin reduces the rewarding properties of morphine. This suggests that gabapentin does not share morphine's rewarding properties.

- Gabapentin is effective in a wide range of animal models of anticonvulsant activity, but is not effective in an animal model of absence seizures.

- Gabapentin administration reduces ankle swelling in a rat immune monoarthritis model.

- The analgesic, antianxiety, and anticonvulsant actions of gabapentin occurred at dosages that lacked obvious behavioral side effects. Signs of subtle locomotor incoordination were observed in rats but only with higher dosages.

- The spectrum of pharmacological activity of gabapentin suggests that it will be effective for treating neuropathic pain, inflammatory and visceral pain, partial and tonic-clonic seizures, and anxiety, with relatively little adverse effect on central nervous system function.

## 3.8.    Human Pharmacokinetics and Bioavailability[3]

### 3.8.1.    Overview

Pharmacokinetic data presented in the approved NDAs are reviewed in this section, but studies submitted in these applications are not summarized individually. Data from 3 human studies that have not been previously submitted are presented individually along with analyses that support dosing recommendations for patients with neuropathic pain.

The 3 additional human studies and 1 literature report are summarized in Table 2. The doses studied in clinical trials in neuropathic pain were up to 3600 mg/day, which exceed those recommended for the treatment of epilepsy in the current labeling. A clinical pharmacology study assessed the dose-proportionality of steady-state plasma gabapentin

concentrations in healthy adult subjects at doses up to 4800 mg/day (Study 945-190).
Two studies examined potential pharmacokinetic interactions between gabapentin and
other commonly prescribed analgesic drugs, naproxen sodium and hydrocodone
(Studies 1032-015 and 1035-001); these studies were conducted as part of development
programs for combination products that are no longer being pursued. A report from the
literature regarding an interaction between gabapentin and morphine is also summarized.

Table 3 summarizes 4 analyses that support dosing recommendations in neuropathic pain
and 1 in vitro study. One of the analyses presented supports dosage recommendations for
patients with renal impairment; changes in the doses recommended in the current labeling
for patients with renal impairment are proposed due to the higher doses used in
neuropathic pain and the dose-dependent bioavailability of gabapentin. Another analysis
describes gabapentin pharmacokinetics in a pediatric population. The other two analyses
investigated the relationship between gabapentin dose and primary efficacy parameters in
clinical trials in neuropathic pain.

The in vitro study investigated the ability of gabapentin to inhibit 7 major
cytochrome P450 enzymes that mediate drug and xenobiotic metabolism in humans.

139

Neurontin (gabapentin)

NDA 21-397 Vol 001

## Table 2. Human Pharmacokinetics and Bioavailability Tabular Summary
### (Page 1 of 4)

| Study No. (RR No.) | Description/ Objectives | Drug Administration | | Number Analyzed[a] | Demographic Information[b] | Conclusions |
|---|---|---|---|---|---|---|
| | | Drugs, Strengths (Lot, Formulation) | Regimen | | | |
| **Absorption, Distribution, Metabolism, and Excretion** | | | | | | |
| 945-190 (744-00238) | NB, 4-way CO, rising MD tolerance study in healthy volunteers to characterize steady state dose-proportionality of gabapentin at doses up to 4800 mg/day. | Gabapentin Gabapentin 400-mg SUPRO Capsules, Size A (Lot CF 0040193, GOE 3450-25) | Multiple PO doses of 400, 810, 1200, or 1600 mg gabapentin, administered q8h for 7 doses. Treatments were administered at 1-week intervals. | Entered 14 Gabapentin 14 Completed 14 | Age Range 26-51 yr Gender 6 Males 8 Females Race 10 White 3 Black 1 Other | Plasma gabapentin concentrations increased with increasing dose; the increase was less than proportional to dose. Absolute bioavailability was 47%, 34%, 33%, and 27% following 1200, 2400, 3600, and 4800 mg/day, given in divided doses q8h, respectively. |

CO = Crossover; DB = Double blinded; MD = Multiple-dose; NB = Nonblinded; PC = Placebo controlled; PO = Oral; R = Randomized; SD = Single-dose.

a  Entered = Number of participants entering the study; Gabapentin = Number receiving at least one dose of gabapentin; Completed = Number completing all study phases.

b  Demographic data for all participants entering the study.

Neurontin (gabapentin)

140

Table 2. Human Pharmacokinetics and Bioavailability Tabular Summary
(Page 2 of 4)

| Study No. (RR No.) | Description/ Objectives | Drug Administration | | Number Analyzed[a] | Demographic Information[b] | Conclusions |
|---|---|---|---|---|---|---|
| | | Drugs, Strengths (Lot, Formulation) | Regimen | | | |
| **Drug Interaction** | | | | | | |
| 1032-015 (744-00571) | NB, 3-way CO, SD study in healthy volunteers to compare the single-dose pharmacokinetics of gabapentin and naproxen sodium capsules administered separately to that of gabapentin and naproxen sodium capsules administered together. | Gabapentin 125 mg capsules, Size 0 (Lot CF 0080399, WL 87842-43) Naproxen Sodium 250-mg capsule, Size 0 (Lot CM 0490399, 77412A-8) | Single PO administrations of 125 mg gabapentin, 250 mg naproxen sodium, or 125 mg gabapentin with 250 mg naproxen sodium administered 1 week apart. | Entered 18 Gabapentin 18 Completed 18 | Age Range 21–66 yr Gender 2 Males 16 Females Race 16 White 1 Black 1 Native American | Naproxen sodium appears to increase the amount of gabapentin absorbed by 12% to 15%. The small increase in gabapentin absorption is not expected to be of clinical importance. Gabapentin has no effect on naproxen pharmacokinetic parameters. |

CO = Crossover; DB = Double blinded; MD = Multiple-dose; NB = Nonblinded; PC = Placebo controlled; PO = Oral; R = Randomized; SD = Single-dose.

[a] Entered = Number of participants entering the study; Gabapentin = Number receiving at least one dose of gabapentin; Completed = Number completing all study phases.
[b] Demographic data for all participants entering the study.

141

Neurontin (gabapentin)

Table 2. Human Pharmacokinetics and Bioavailability Tabular Summary
(Page 3 of 4)

| Study No. (RR No.) | Description/ Objectives | Drug Administration | | Number Analyzed[a] | Demographic Information[b] | Conclusions |
|---|---|---|---|---|---|---|
| | | Drugs, Strengths (Lot, Formulation) | Regimen | | | |
| **Drug Interaction (cont.)** | | | | | | |
| 1035-001 (764-03699) | R, DB, PC and positive-controlled, parallel-group efficacy study; purpose of this pharmacokinetic analysis was to characterize the pharmacokinetics of gabapentin, hydrocodone and its major metabolite, hydromorphone, when gabapentin and hydrocodone were administered alone and in combination. | Gabapentin 125-mg capsules, Size 0 (Lot CF 0080399, WL 87842-43) Gabapentin 250-mg capsules, Size 0 (Lot CF 0040199, WL 87842-41) Hydrocodone 5-mg capsules, Size 0 (Lot CX 2060999, WL 99645-1) Hydrocodone 10-mg capsules, Size 0 (Lot CX 1990999, WL 99655-2) Acetaminophen 1000-mg caplet (Lot CM 2010999, WL 7224-2) Placebo Capsules, Size 0 (Lot CX 1400898, W 14964-24PA1) Placebo Caplet (Lot CM 2131099, WL 7224-2P) | Single PO administration of placebo, 250 mg gabapentin, 500 mg gabapentin, 10 mg hydrocodone, 10 mg hydrocodone with 1000 mg acetaminophen, 125 mg gabapentin with 10 mg hydrocodone, 250 mg gabapentin with 5 mg hydrocodone, 250 mg gabapentin with 10 mg hydrocodone, and 500 mg gabapentin with 10 mg hydrocodone | Entered 426 Gabapentin 233 Completed 425 | Age Range 18 – 39 yr Gender 219 Males 207 Females Race 262 White 40 Black 96 Hispanic 16 Asian or Pacific Islander 2 Native American or Alaskan 10 Other | Co-administration of gabapentin decreases hydrocodone Cmax and AUC values in a dose dependent manner; relative to administration of hydrocodone alone, Cmax and AUC values are 3% to 4% lower, respectively, after administration of 125 mg gabapentin and 21% to 22% lower, respectively, after administration of 500 mg gabapentin. The mechanism for this interaction is unknown. Hydrocodone increases gabapentin AUC values by 14%. The increase in gabapentin AUC is not expected to be of clinical importance. |

CO = Crossover; DB = Double blinded; MD = Multiple-dose; NB = Nonblinded; PC = Placebo controlled; PO = Oral; R = Randomized; SD = Single-dose.
[a]   Entered = Number of participants entering the study; Gabapentin = Number receiving at least one dose of gabapentin; Completed = Number completing all study phases.
[b]   Demographic data for all participants entering the study.

DM_FILE/CI-0945 (IC17601a)
Item 3, (Page 140)

NEURONTIN CONFIDENTIAL

NDA 21-397 Vol 001

142

Neurontin (gabapentin)

## Table 2. Human Pharmacokinetics and Bioavailability Tabular Summary
### (Page 4 of 4)

| Study No. (RR No.) | Description/ Objectives | Drug Administration | | Number Analyzed[a] | Demographic Information[b] | Conclusions |
|---|---|---|---|---|---|---|
| | | Drugs, Strengths (i.e., Formulation) | Regimen | | | |
| **Drug Interaction (cont.)** | | | | | | |
| Literature Report | R, DB, PC. 4-way crossover study in healthy volunteers to investigate possible pharmaco-dynamic and pharmacokinetic interactions between gabapentin and morphine using the cold-pressor test to assess analgesic effects. | Gabapentin 600-mg capsules<br><br>Morphine Sulfate 60-mg controlled-release capsules<br><br>Placebo capsules<br><br>Note: medication provided as identically appearing capsules by Pharmakapsel (Murr, Germany). | Single PO administration of 60 mg morphine sulfate followed 2 hours later by administration of 600 mg gabapentin, 60 mg morphine sulfate followed 2 hours later by administration of placebo, placebo followed 2 hours later by administration of 600 mg gabapentin, and placebo followed 2 hours later by administration of placebo | Entered 12<br><br>Gabapentin 12<br><br>Completed 12 | Age Range not reported<br><br>Gender 12 Males<br><br>Race not reported | When a 60-mg controlled release morphine capsule was administered 2 hours prior to a 600 mg gabapentin capsule, mean gabapentin AUC increased by 44% compared to gabapentin administered without morphine. Morphine pharmacokinetic parameter values were not affected by administration of gabapentin 2 hours after morphine. |

CO = Crossover; DB = Double blinded; MD = Multiple-dose; NB = Nonblinded; PC = Placebo controlled; PO = Oral; R = Randomized;
SD = Single-dose.
[a]  Entered = Number of participants entering the study; Gabapentin = Number receiving at least one dose of gabapentin; Completed = Number completing all study phases.
[b]  Demographic data for all participants entering the study.

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 141)

143

Neurontin (gabapentin)

NDA 21-397 Vol 001

## Table 3. Analyses to Support Dosing Recommendations
### (Page 1 of 2)

| RR No. | Description/Objectives | Conclusions |
|---|---|---|
| 764-02917 | The ability of gabapentin to inhibit 7 major cytochrome P450 enzymes that mediate drug and xenobiotic metabolism in humans (CYP1A2, CYP2A6, CYP2C9, CYP2C19, CYP2D6, CYP2E1, and CYP3A4) was investigated in vivo using isoform selective marker substrates and human liver microsomal preparations. | Of the 7 human cytochrome P450 isoforms examined, a slight degree of inhibition (14%–30%) was observed only with isoform CYP2A6 at the highest concentration tested (171 μg/mL; 1 mM). No other evidence of inhibition was observed with any of the other P450's tested at gabapentin concentrations of up to 171 μg/mL (approximately 15 times the Cmax at 3600 mg/day. These results suggest that a metabolically-based interaction between gabapentin and a drug whose clearance is dependent upon one of the P450's tested is highly unlikely at therapeutic concentrations of gabapentin. |
| 754-00002 | A meta-analysis of data from 14 single-dose studies was conducted to determine gabapentin dosage recommendations for patients with renal impairment. The goal was to provide recommendations that would achieve steady-state plasma concentrations in patients with renal impairment similar to those in healthy volunteers with normal renal function. Healthy volunteers received single gabapentin doses ranging from 100 to 1600 mg in the studies. | Gabapentin clearance is directly proportional to CLcr and dosage adjustments in patients with compromised renal function are recommended. Recommendations include modifications to dosage adjustments in current labeling to ensure that patients taking the higher doses recommended for neuropathic pain achieve concentrations similar to those in healthy subjects. |
| 764-05220 | Data from 2 clinical pharmacology studies (48 healthy pediatric subjects) and 5 pediatric efficacy/safety studies (205 pediatric patients), were included in the population pharmacokinetic analysis. The population analysis was undertaken to describe the pharmacokinetics of gabapentin following single and multiple doses in infants and children and to identify the covariates that impact gabapentin pharmacokinetics in this population. | Gabapentin exposure in pediatric subjects ≥5 years of age is comparable to that in healthy adult subjects when dosed with gabapentin on a milligram per kilogram basis. No dosage adjustments based on gender, race, pediatric population (≥5 years of age), formulation and concomitant medications (phenytoin, valproic acid, phenobarbital, carbamazepine, and vigabatrin) are recommended. Gabapentin oral clearance in pediatric subjects <5 years of age was greater than that in subjects 5 to 12 years of age. Thus pediatric patients <5 years of age should receive 30% higher daily dose (mg/kg) than pediatric patients ≥5 years of age. |

NDA21397_MISC_007_0184

Neurontin (gabapentin)

144

Table 3. Analyses to Support Dosing Recommendations
(Page 2 of 2)

| RR No. | Description/Objectives | Conclusions |
|---|---|---|
| 764-03893 | A population analysis of data obtained in 1338 patients was undertaken to describe the exposure-response relationship of gabapentin following multiple doses in patients with neuropathic pain, and to identify the factors that may affect this relationship. | For patients with neuropathic pain, decrease in daily pain score is correlated with gabapentin exposure. Pain relief increases monotonically with respect to dose and age. Reduction in pain following treatment with gabapentin was rapid, and the overall treatment effect (placebo and gabapentin effect) reaches steady-state in approximately 7 weeks. |
| 754-00007 | A population analysis of data obtained in 554 patients was undertaken to describe the exposure-response relationship of gabapentin following multiple doses in patients with postherpetic neuralgia, and to identify the factors that may affect this relationship. | For patients with postherpetic neuralgia, decrease in daily pain score is correlated with gabapentin exposure. Pain relief increases monotonically with respect to dose. Maximal gabapentin effect was achieved rapidly. Overall treatment effect (placebo and gabapentin effect) reaches steady-state in approximately 7 weeks. |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 143)

NDA 21-397 Vol 001

NDA21397_MISC_007_0185

### 3.8.2.    Analytical, Pharmacokinetic and Statistical Methods

Gabapentin concentrations in biological samples were determined using validated LC/MS/MS or HPLC methods with UV absorbance detection. The lower limit of quantification ranged from 0.025 to 0.10 μg/mL for plasma samples and from 0.1 to 1.0 μg/mL for urine samples.

Gabapentin pharmacokinetic parameter values were calculated using noncompartmental analysis of concentration-time data obtained in clinical pharmacology studies. Standard descriptive statistics, including mean, standard deviation, percent relative standard deviation (coefficient of variation), and n (number of observations) for plasma concentrations and pharmacokinetic parameter values, were calculated for each study. Least-squares means of pharmacokinetic parameter values, as well as back-transformed values of the least-squares means of the natural logarithms of Cmax, Cmin and AUC values (analogous to geometric means), were evaluated in drug interaction studies where appropriate. Confidence intervals (90%) for the ratios (test/reference) of least-square treatment mean values were determined.

Data collected during 2 single-dose studies in healthy pediatric subjects were combined with data collected during 5 pediatric efficacy/safety studies in epilepsy. A population analysis was undertaken to describe the pharmacokinetics of gabapentin following single and multiple doses in infants and children and to identify the covariates that impact gabapentin pharmacokinetics in this population. Covariates tested included age, weight, height, body surface area (BSA), gender, race, pediatric population (healthy subjects versus patients), formulation (capsule versus syrup), and concomitant medications. This analysis was previously reported in NDA 21-216 (Oral solution—pediatrics).

A meta-analysis provided information to recommend updated dosage regimens for patients with impaired renal function, based on the higher doses recommended for use in neuropathic pain. Recommended regimens were designed to yield steady-state plasma concentrations in patients with neuropathic pain and renal impairment that would be similar to concentrations achieved in healthy subjects with normal renal function.

Two separate exposure response analyses were performed. The first was a population analysis of data in patients with neuropathic pain from 5 clinical trials of various neuropathic pain conditions including the 2 pivotal studies in PHN. The purpose was to

describe the exposure-response relationship of gabapentin following multiple doses, and to identify the factors that may affect this relationship. A second population analysis was performed to similarly describe the exposure-response relationship of gabapentin following multiple doses in patients in the two pivotal PHN studies.

### 3.8.3.    Human Pharmacokinetics

### 3.8.3.1.    Summary of Previously Submitted Data

Except as noted, Section 3.8.3.1 summarizes the clinical pharmacokinetics of gabapentin as previously reported in the approved NDAs.

Gabapentin pharmacokinetics have been evaluated following administration of single and multiple doses of gabapentin to healthy volunteers and patients with epilepsy.

Peak plasma gabapentin concentrations occurred 3 to 4 hours postdose following a single oral dose of gabapentin. In Study 945-190 (not in the approved NDAs; included in this NDA), steady-state plasma gabapentin concentrations increased with dose, but increases were less than dose-proportional. The lack of dose-proportionality was due to a decrease in gabapentin absolute bioavailability with increasing dose. Absolute bioavailability of gabapentin was approximately 60%, 47%, 34%, 33%, and 27% following 900, 1200, 2400, 3600, and 4800 mg/day, given in divided doses q8h, respectively (Bioavailability data on the 900 mg dose are from a study included in the original NDA, 20-235). While food increased the absolute bioavailability of gabapentin (14% with a high-fat meal), the increases in plasma gabapentin concentrations do not warrant dosage adjustment.

Less than 3% of gabapentin circulates bound to plasma protein. The apparent volume of distribution after intravenous administration of 150 mg gabapentin is 58 L. In patients with epilepsy, steady-state predose (Cmin) concentrations of gabapentin in cerebrospinal fluid were approximately 20% of corresponding plasma concentrations.

Gabapentin is eliminated from the systemic circulation by renal excretion of unchanged drug, and is not appreciably metabolized. Gabapentin half-life and systemic clearance values were independent of dose and not altered following repeated administration. Gabapentin half-life was approximately 5 to 7 hours in healthy subjects. Following

NEURONTIN CONFIDENTIAL                                          NDA21397_MISC_007_0187

intravenous administration, gabapentin plasma and renal clearances were approximately equal to creatinine clearance.

### 3.8.3.1.1.    Special Populations

Gabapentin pharmacokinetics have been explored in several special populations. Gabapentin pharmacokinetic parameters in epilepsy patients are virtually identical to those in healthy subjects. Elderly subjects do not require dosage adjustment unless renal function is sufficiently compromised. Gender does not appear to affect gabapentin pharmacokinetics as pharmacokinetic parameters for men and women are similar. Pharmacokinetic differences due to race have not been studied. However, pharmacokinetic differences between races are not expected, as gabapentin is primarily renally excreted and there are no important racial differences in creatinine clearance. Because gabapentin does not undergo appreciable metabolism, no studies have been performed in patients with hepatic impairment.

In adult subjects with renal insufficiency, mean half-life ranged from 6.5 hours for subjects with creatinine clearance (CLcr) >60 mL/min to 52 hours for subjects with CLcr <30 mL/min. Since gabapentin renal clearance was proportional to CLcr, CLcr can be used to adjust gabapentin doses in patients with renal impairment. Hemodialysis effectively removed gabapentin from plasma and decreased gabapentin half-life in hemodialysis subjects from 132 hours (while not on dialysis) to 3.8 hours (during dialysis).

Gabapentin pharmacokinetics were determined in 48 pediatric subjects between 1 month and 12 years of age following a single oral dose of approximately 10 mg/kg. A population pharmacokinetic analysis was performed in 253 (48 healthy subjects and 205 epilepsy patients) pediatric subjects between 1 month and 13 years of age. Patients received 10 to 66 mg/kg/day. Results of the analyses indicated that, similar to adults, gabapentin oral clearance was proportional to CLcr. Furthermore, relationships between creatinine and gabapentin clearance were similar in pediatric epilepsy patients and healthy pediatric subjects. Gabapentin exposure in pediatric subjects ≥5 years of age was comparable to healthy adult subjects when dosed on a milligram per kilogram basis. While gabapentin pharmacokinetics have not been studied in adolescents (ages 13-17 years), the similarity of exposure in pediatric (≥5 years of age) and adult subjects (≥18 years of age) suggest that adolescents will also have exposure similar to adults when dosed on a milligram per

kilogram basis. Gabapentin exposure in pediatric subjects <5 years of age was approximately 30% less than that observed in pediatric subjects ≥5 years of age when dosed on a milligram per kilogram basis. Thus, recommended doses for pediatric patients 3 and 4 years of age with epilepsy are 30% higher than those recommended for pediatric subjects ≥5 years of age to achieve similar exposures.

### 3.8.3.1.2.   Drug Interactions

In vivo studies have demonstrated the lack of any clinically relevant drug-drug interaction following coadministration of gabapentin with a large number of drugs that might be taken concomitantly.

### 3.8.3.2.   Absorption, Distribution, Metabolism and Excretion

### 3.8.3.2.1.   Assessment of Dose-Proportionality

The relationship between gabapentin dose and plasma gabapentin concentrations was assessed during a nonblind, 4-way crossover, rising multiple-dose, dose-proportionality study in 14 healthy subjects. The following 4 treatments were administered sequentially at 1-week intervals: $1 \times 400$-mg gabapentin capsule q8h for 7 doses; $2 \times 400$-mg gabapentin capsules q8h for 7 doses; $3 \times 400$-mg gabapentin capsules q8h for 7 doses; and $4 \times 400$-mg gabapentin capsule q8h for 7 doses. Results are presented in Table 4.

Table 4.    Summary of Relationships Between
Plasma Gabapentin Measures of Exposure
and Dose (Protocol 945-190)

| Dose (mg/day) | Mean | | |
|---|---|---|---|
| | Cmax (μg/mL) | AUC(0-8) μg·hr/mL) | Ae% |
| 1200 | 5.43 | 32.8 | 47.2 |
| 2400 | 8.37 | 49.7 | 34.4 |
| 3600 | 11.6 | 69.5 | 32.5 |
| 4800 | 11.9 | 75.1 | 26.8 |

Cmax       = Maximum steady-state plasma concentration.
AUC(0-8)  = Area under the steady-state plasma drug concentration-
time curve from 0 time until 8 hours after
administration.
Ae%       = Percent of dose eliminated as unchanged drug in urine.

Mean plasma Cmax and AUC(0-8) values increased with increasing dose; however,
increases were less than proportional to increases in dose. Since gabapentin is not
metabolized, the absolute bioavailability of gabapentin can be estimated as the percent of
dose excreted in urine. Based on urinary excretion data, the absolute bioavailability of
gabapentin following 1200, 2400, 3600, and 4800 mg/day given in divided doses q8h,
averaged 47%, 34%, 33%, and 27%, respectively.

### 3.8.3.3.    Drug Interactions

### 3.8.3.3.1.    In Vitro Evaluation of Drug Interaction Potential

The ability of gabapentin at 6.84, 34.2, and 171 μg/mL (40, 200, and 1000 μM,
respectively) to inhibit 7 major cytochrome P450 enzymes that mediate drug and
xenobiotic metabolism in humans (CYP1A2, CYP2A6, CYP2C9, CYP2C19, CYP2D6,
CYP2E1, and CYP3A4) was investigated using isoform selective marker substrates and
human liver microsomal preparations. Of the 7 human cytochrome P450 isoforms
examined, a slight degree of inhibition (14%-30%) was observed only towards isoform
CYP2A6 at the highest concentration tested (171 μg/mL). No evidence of inhibition was
observed with any of the other P450's tested up to a substrate concentration of
171 μg/mL (approximately 15 times the Cmax at 3600 mg/day). Mean Cmax values were
11.6 μg/mL following administration of 3600 mg/day given in divided doses q8h to

healthy volunteers. Thus, these results suggest that a metabolically-based clinical interaction between gabapentin and another drug whose clearance is dependent upon one of the P450's tested is highly unlikely at therapeutic concentrations of gabapentin.

### 3.8.3.3.2.    In Vivo Evaluation of Drug Interactions

Two studies examined the potential for pharmacokinetic interactions between gabapentin and commonly prescribed analgesic drugs, naproxen sodium (Study 1032-015) and hydrocodone (Study 1035-001). These studies were conducted as part of development programs for gabapentin/analgesic combination products that are no longer being pursued. Additionally, this section summarizes a literature report of an interaction between gabapentin and morphine.

**Naproxen.** Study 1032-015 was a nonblind, single-dose, randomized, 3-way crossover study in 18 healthy volunteers that compared the single-dose pharmacokinetics of gabapentin capsules and naproxen sodium capsules administered separately to that of gabapentin and naproxen sodium capsules administered together. Treatments included single-dose administration of 125 mg gabapentin, 250 mg naproxen sodium, or 125 mg gabapentin with 250 mg naproxen sodium.

Coadministration of gabapentin with naproxen sodium appeared to increase the amount of gabapentin absorbed resulting in 14%, 12%, and 15% higher mean gabapentin $C_{max}$, $AUC(0-\infty)$, and $Ae\%$ values, respectively. The 90% CI for the ratio of mean AUC values was within the 80% to 125% criteria for establishing the lack of an interaction. The 90% CI for the ratio of mean $C_{max}$ values was not within the criteria. The small increase in gabapentin absorption is not expected to be of clinical importance.

Rate and extent of naproxen absorption following coadministration of gabapentin and naproxen sodium capsules are nearly identical to those following administration of naproxen sodium capsules alone. The 90% CI for both $C_{max}$ and AUC values were within the 80% to 125% criteria for establishing the lack of an interaction. Thus, gabapentin had no clinically important effect on naproxen pharmacokinetics.

**Hydrocodone.** Study 1035-001 was a randomized, double-blind, placebo- and positive-controlled parallel-group study that evaluated the efficacy of single doses of gabapentin and hydrocodone administered alone and in combination to patients who had

undergone oral surgery. Subjects received single concomitant oral doses of hydrocodone (0, 5, or 10 mg) and gabapentin (0, 125, 250, or 500 mg).

Hydrocodone had a minimal effect on gabapentin pharmacokinetic parameters. Mean gabapentin Cmax and AUC values for treatments with hydrocodone were less than 14% different from those observed after administration of gabapentin alone. The 90% CI for the ratio of mean Cmax and AUC(0-tlqc) values was within the 80% to 125% criteria for establishing the lack of an interaction. The 90% CI for the ratio of mean AUC(0-∞) was not within the criteria. However, these differences are not expected to be clinically important.

Gabapentin decreased hydrocodone Cmax and AUC values in a dose-dependent manner relative to administration of hydrocodone alone; Cmax and AUC values were 3% to 4% lower after administration of 125 mg gabapentin and 21% to 22% lower after administration of 500 mg gabapentin. The mechanism for this interaction is unknown.

**Morphine.** A recent literature report described a randomized, double-blind, placebo-controlled 4-way crossover study in 12 healthy male volunteers that investigated possible enhancement of morphine analgesia by gabapentin. A 60-mg controlled-release morphine capsule or matching placebo was administered at 8 AM and a 600-mg gabapentin capsule or matching placebo was administered at 10 AM. Thus, the treatments included morphine and placebo, morphine and gabapentin, placebo and gabapentin, and double placebo. The analgesic effect was evaluated using the cold-pressor test.

Mean gabapentin Cmax, AUC, and Ae% values increased 24%, 44%, and 26%, respectively, when gabapentin was given with morphine relative to when gabapentin was administered alone. The authors suggested that changes in gabapentin pharmacokinetics might have been caused by morphine-induced reduction in gastrointestinal motility, resulting in increased time for gabapentin absorption.

Rate and extent of morphine absorption following administration of gabapentin and morphine capsules are nearly identical to those following administration of morphine sodium capsules alone. No statistically significant difference between treatments was found. Thus, gabapentin does not appear to have a clinically important effect on morphine pharmacokinetics.

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 150)

NDA 21-397 Vol 001

Administration of morphine and gabapentin resulted in a statistically significant increase in pain tolerance compared to administration of morphine alone ($p < 0.05$). There was also an increase in pain threshold when morphine and gabapentin were given concomitantly compared to that observed when morphine was administered alone; however, the difference did not reach statistical significance. Thus, it appears that gabapentin increases the analgesic effect of morphine. A 600-mg dose of gabapentin (placebo plus gabapentin) did not demonstrate statistically significant effects in the cold-pressor model of pain. Additionally, gabapentin did not alter morphine pharmacokinetics. Thus, the enhancement of morphine analgesia by gabapentin does not appear to be the result of an increase in plasma morphine concentrations.

### 3.8.3.4.    Special Populations

**Renal Impairment.** Dosage recommendations were derived for patients with renal impairment after considering the dose-dependent bioavailability of gabapentin and the proportional relationship between creatinine and gabapentin clearance. Dosing recommendations (Table 5) were made such that steady-state plasma gabapentin concentrations in patients with compromised renal function were either equal to steady-state concentrations achieved in patients with normal renal function or not more than twice these concentrations.

Neurontin® (gabapentin)

Table 5. Recommended Gabapentin Dosage Based on Renal Function

| Renal Function Creatinine Clearance (mL/min) | Total Daily Maintenance Dose (mg/day) | | | | |
|---|---|---|---|---|---|
| ≥60 | 900[a] | 1200[a] | 1800[a] | 2400[a] | 3600[a] |
| ≥30-59 | 400[b] | 600[b] | 800[b] | 1000[b] | 1400[b] |
| >15-29 | 200[c] | 300[c] | 400[c] | 500[c] | 700[c] |
| 15[d] | 100[c] | 125[c] | 150[c] | 200[c] | 300[c] |
| | Post-Hemodialysis Supplemental Dose (mg)[c] | | | | |
| Hemodialysis | 125[e] | 150[e] | 200[e] | 250[e] | 350[e] |

[a] Total daily dose (mg/day) should be divided by 3 and administered 3 times daily (TID)

[b] Total daily dose (mg/day) should be divided by 2 and administered twice daily (BID)

[c] Total daily dose (mg/day) should be administered once daily (QD)

[d] For patients with creatinine clearance <15 mL/min, reduce daily dose in proportion to creatinine clearance (eg, patients with a creatinine clearance of 7.5 mL/min should receive one half the daily dose that patients with a creatinine clearance of 15 ml./min receive).

[e] Patients on hemodialysis should receive maintenance doses based on estimates of creatinine clearance as indicated in the upper portion of the table and a supplemental post-hemodialysis dose administered after each 4 hours of hemodialysis as indicated in the lower portion of the table.

**Pediatrics.** Data collected during the 2 single-dose studies in healthy pediatric subjects were combined with data collected during 5 pediatric efficacy/safety studies for a population analysis undertaken to describe the pharmacokinetics of gabapentin following single and multiple doses in infants and children and to identify the covariates that impact gabapentin pharmacokinetics in this population. Covariates tested included age, weight, height, BSA, gender, race (Black versus all other races), pediatric population (healthy subjects versus patients), formulation (capsule versus syrup), and concomitant medications (phenytoin, valproic acid, phenobarbital, carbamazepine, and vigabatrin). Gabapentin exposure in pediatric subjects ≥5 years of age is comparable to that in healthy adult subjects when dosed on a milligram per kilogram basis. Further, no dosage adjustments based on gender, race, pediatric population (≥5 years of age), formulation and concomitant medications (phenytoin, valproic acid, phenobarbital, carbamazepine, and vigabatrin) are recommended.

### 3.8.4.    Pharmacokinetic/Pharmacodynamic Assessment

### 3.8.4.1.    Efficacy in Neuropathic Pain of Various Etiologies

A population analysis of the data from 5 clinical studies in various neuropathic pain conditions (including PHN) was undertaken to describe the exposure-response relationship of gabapentin following multiple doses in patients with neuropathic pain, and to identify the factors that may affect this relationship. A subject-specific random-effects model was used to characterize the relationship between daily pain score and gabapentin exposure in individual patients, taking into account placebo effect. Covariates such as age, gender, and mean baseline pain score were tested to determine the impact of these factors on the exposure-response relationship. The change in individual daily pain score was modeled as baseline pain score minus effects of drug and placebo. Mean pain score during the baseline phase was used for the baseline value. Placebo effect was described using a model containing 3 components: an immediate effect, an asymptotic time-dependent effect, and a baseline-dependent effect. In addition, the overall magnitude of the placebo effect was allowed to vary by study.

Gabapentin effect was best described by an Emax model using the estimated amount of gabapentin absorbed per day. Incorporating the predicted amount absorbed for gabapentin daily dose accounted for the known nonlinear absorption of gabapentin and improved the fit of the model.

Results of the analysis suggest that gabapentin effect increased with dose in a nonlinear fashion. Steady-state drug effect was achieved rapidly (within the first few days) as drug effect was not dependent on time. Increasing age (possibly related to an age-associated decrease in renal function resulting in an increase in steady state concentration of gabapentin) increased response to gabapentin. Gender had no clinically significant effect on the exposure-response model.

A small immediate placebo effect was observed, with an additional larger placebo effect with time. In contrast to the rapid onset of drug effect, the asymptotic placebo effect had a half-life of onset of 14.7 days, suggesting that placebo effect (and overall treatment effect) was at steady-state within 7 weeks. Patients with higher baseline pain scores tended to have a slightly smaller placebo effect.

### 3.8.4.2.    Efficacy in Neuropathic Pain Associated with Postherpetic Neuralgia

A population exposure-response analysis similar to that described for the 5 neuropathic pain studies was performed using a subset of the data from the 2 pivotal PHN studies. Demographic and physiological covariates were tested to determine the impact of these factors on the exposure response. The change in individual daily pain score was modeled as baseline pain score minus effects of drug and placebo. The placebo was described using a model containing 2 components: an immediate effect, and an asymptotic time-dependent effect.

An Emax model employing daily dose corrected for estimated bioavailability best described gabapentin effect. Unlike the analysis performed in various neuropathic pain syndromes, inclusion of age (modeled as a continuous covariate) did not result in a significant improvement in the fit and was not included in the model. The difference in results in these two analyses is likely due to the fact that the current analysis is limited to postherperpetic neuralgia patients. The postherperpetic neuralgia population were more homogenous with respect to age compared to all neuropathic pain patients previously tested.

The results suggest that gabapentin effect increased with dose in a nonlinear fashion. Maximal drug effect was achieved rapidly, consistent with the plasma half-life of gabapentin. Gender had no clinically relevant effect on the exposure-response model.

A small immediate placebo effect was observed, with an additional larger placebo effect added with time. This asymptotic placebo effect had a half-life of onset of 16.8 days, suggesting that placebo effect (and overall treatment effect) was approximately 90% of steady state by 7 weeks.

### 3.9.    Clinical Summary of Efficacy and Safety[4,5,6]

### 3.9.1.    Introduction

Gabapentin is approved for use as adjunctive therapy in the treatment of partial seizures in patients 3 years of age and older. This section provides results and discussion that support the efficacy and safety of gabapentin in the management of neuropathic pain associated with PHN in patients ≥18 years of age.

NEURONTIN CONFIDENTIAL

                                                    NDA21397_MISC_007_0196

Two clinical studies of gabapentin in the management of neuropathic pain associated
with PHN have been conducted by Pfizer Global Research and Development (formerly
Warner-Lambert/Parke-Davis). These 2 studies will be referred to as the "pivotal studies
of PHN" or as "pivotal studies ". Throughout this section, the abbreviation "PHN" is used
to denote "neuropathic pain associated with PHN".

### 3.9.1.1.    Overview of Studies and Data Sources Supporting Efficacy

Two double-blind, placebo-controlled, multicenter studies with gabapentin
(Studies 945-211 and -295) were conducted in patients with PHN. These 2 pivotal studies
include data from 563 placebo- and gabapentin-treated patients who received study
medication (336 gabapentin, 227 placebo). In addition, supportive efficacy data are
included from a subgroup of patients with PHN in a double-blind, placebo-controlled,
multicenter study of patients with neuropathic pain that resulted from various etiologies
(Study 945-306). This supportive study included 43 patients with PHN (23 gabapentin,
20 placebo). The 2 pivotal studies and the subgroup analysis from the supportive study
demonstrate efficacy in the management of neuropathic pain associated with postherpetic
neuralgia.

Population exposure-response analyses were performed to investigate the relationship
between changes in daily pain scores and gabapentin exposure following multiple doses
in patients with PHN and to identify the factors that impact gabapentin exposure-response
in these patients. The exposure response analyses included 554 patients from
Studies 945-211 and -295 whose data met the analysis requirements.

Published literature related to the use of gabapentin in neuropathic pain was reviewed up
to March 2001. While it is always difficult to fully assess reports from the literature, the
body of literature, as a whole, supports the use of gabapentin in the management of
various neuropathic pain conditions, including PHN.

The 2 pivotal studies were conducted in the US (Study 945-211) and in the UK and
Ireland (Study 945-295). The supportive study was conducted in the UK and Ireland
(Study 945-306). An overview of pivotal Studies 945-211 and -295 and of the supportive
subgroup of PHN patients from Study 945-306 is provided in Table 6. The efficacy
results from Study 945-306 reported in this document are based on subgroup analyses of
PHN patients included in the study.

Neurontin (gabapentin)

157

Table 6.    Overview of 2 Pivotal and 1 Supportive, Randomized, Double-Blind, Placebo-Controlled, Multicenter Studies to Evaluate the Efficacy and Safety of Gabapentin Administered Orally TID Compared With Placebo for the Management of Neuropathic Pain in Patients With Postherpetic Neuralgia

(Page 1 of 3)

| Study and Patient Information/RR No. | Diagnosis and Criteria for Inclusion | Test Product, Dosage Regimen, and Duration of Treatment | Primary Efficacy Parameter and Results | Secondary Efficacy Parameters, Quality of Life Measures, and Results | Adverse Reactions |
|---|---|---|---|---|---|
| **Study 945-211 (3600 mg/day GBP Versus Placebo in Patients With Postherpetic Neuralgia)** | | | | | |
| Center(s) & Location(s) 3 Centers in US <br> Total Randomized 229 <br> ITT 229 <br> Treatment PBO: 116 GBP: 113 <br> Gender 119 Men 110 Women <br> Mean Age (Range) 71.7 yrs (36-90) <br> Months Since Last Zoster Eruption, Mean (Range) 44 (2 to 264) <br> Baseline Pain Score, Mean (SD) PBO: 6.5 (1.7) GBP: 6.3 (1.7) <br> RR 995-00070 | Patients who had pain present for more than 3 months after healing of the zoster skin rash, who scored ≥40 mm on the VAS of the SF-MPQ at Screening and Randomization, and had an average pain score ≥4 over the 7 days of baseline <br><br> Patients included men or nonpregnant, nonlactating women, ≥18 years of age, of any race. | GBP 300 mg capsules matching PBO capsules <br><br> 3600 mg/day or the maximum dose tolerated that was ≥1200 mg/day <br><br> 8 weeks of double-blind treatment, including a 4-week titration | **Primary Efficacy Parameter:** Mean weekly pain score (from patient diaries) at Endpoint <br><br> **Results:** <br> • Mean change (SD) from Baseline in average pain rating scores was -2.1 (2.1) for GBP compared with -0.5 (1.6) for PBO (p <0.001). | **Secondary Efficacy Parameters:** <br> • Mean pain scores from Weeks 2, 4, 8, and Endpoint; <br> • Mean sleep interference score from Weeks 2, 4, 8, and Endpoint; <br> • Sensory, affective, total score, and overall pain intensity score by VAS and PPI of the SF-MPQ at Weeks 2, 4, 8, and Endpoint; <br> • CGIC and PGIC at Termination. <br><br> **Results** <br> • GBP produced significantly greater weekly pain relief than placebo as measured by daily pain diaries; <br> • Sleep interference diaries showed greater improvement for GBP treatment than for PBO treatment; <br> • GBP produced significantly greater pain relief than placebo as measured by SF-MPQ sensory, affective, and total scores, VAS, and the PPI scale; <br> • CGIC and PGIC showed greater improvement for GBP treatment than for PBO treatment. <br><br> **Quality of Life Measures:** <br> SF-36 QOL questionnaire and POMS at Baseline and Termination. <br><br> **Results:** <br> • QOL was improved in GBP-treated patients as assessed by the POMS and the SF-36 QOL questionnaire. | **Overall Adverse Events:** GBP was generally well-tolerated. Most AEs among both GBP- and PBO-treated patients were mild or moderate in intensity. Dizziness, somnolence, and ataxia occurred in higher percentages in the GBP group than in the PBO group. <br><br> **Deaths:** No GBP-treated patients and 3 PBO-treated patients died. Deaths occurred more than 25 days after patients' last dose of study medication. <br><br> **Serious Adverse Events:** Fifteen patients (10 [9%] receiving GBP, 5 [4%] receiving PBO) experienced SAEs during the double-blind phase of the study. No SAE was associated with GBP. <br><br> **Withdrawals Due to AEs:** Thirty-five patients withdrew due to AEs (21 [19%] receiving GBP, 14 [12%] receiving PBO). |

US = United States; UK = United Kingdom; PBO = Placebo; PHN = Gabapentin; PHN = Neuropathic Pain Associated with Postherpetic Neuralgia; ITT = Intent-to-Treat Population; TID = Three Times Per Day; VAS = Visual Analog Scale; PPI = Present Pain Intensity; SF-MPQ = Short Form McGill Pain Questionnaire; CGIC = Clinical Global Impression of Change; PGIC = Patient Global Impression of Change; SF-36 = SF-36 Health Survey; POMS = Profile of Mood States; AE = Adverse Events; CI = Confidence Interval; CMH = Cochran-Mantel-Haenszel; SAE = Serious Adverse Event.

NDA 21-397 Vol 001

NEURONTIN CONFIDENTIAL

158

Neurontin (gabapentin)

NDA 21-397 Vol 001

Table 6.    Overview of 2 Pivotal and 1 Supportive, Randomized, Double-Blind, Placebo-Controlled, Multicenter Studies to Evaluate the Efficacy and Safety of Gabapentin Administered Orally TID Compared With Placebo for the Management of Neuropathic Pain in Patients With Postherpetic Neuralgia
(Page 2 of 3)

| Study and Patient Information/RR No. | Diagnosis and Criteria for Inclusion | Test Product, Dosage Regimen, and Duration of Treatment | Primary Efficacy Parameter and Results | Secondary Efficacy Parameters, Quality of Life Measures, and Results | Adverse Reactions |
|---|---|---|---|---|---|
| Study 945-295 (1800 and 2400 mg/day GBP Versus Placebo in Patients With Postherpetic Neuralgia) | | | | | |
| Center(s) & Location(s) | Patients experiencing | GBP 320 and | **Primary Efficacy Parameter:** | **Secondary Efficacy Parameters:** | **Overall Adverse Events:** |
| Centers(s) & Location(s) in the UK and Ireland | PHN for at least 3 months after healing of the acute herpes zoster rash and with an average pain score >4 over the 7 days of baseline | 400 mg capsules matching PBO capsules 1800 or 2400 mg/day 7 weeks of double-blind treatment, including a 3-week titration | Mean weekly pain score (from patient diaries) at Endpoint | • Mean weekly pain scores, | GBP was generally well-tolerated. The most frequent AEs among GBP-treated patients were dizziness, somnolence, and peripheral edema. |
| Total Randomized | | | **Results:** | • Mean weekly sleep interference scores. | |
| 334 | | | • The primary efficacy measure, final 7 days of daily pain diary, showed significant improvements in pain scores for both the 1800 and 2400 mg/day GBP doses compared to PBO. | • SF-MPQ, CGIC, and PGIC. | **Deaths:** |
| ITT | | | | **Results:** | One patient died >1 month after the study. |
| 334 | | | | • Analysis of the pain diary from individual weeks showed that this difference was detectable from Week 1 on. | |
| Treatment | Patients included men or nonpregnant, nonlactating women, ≥18 years of age, of any race. | | | | **Serious Adverse Events:** |
| PBO: 111 | | | | | Five patients experienced SAEs during the study (3 receiving 1800 mg, 1 receiving 2400 mg/day, and 1 receiving PBO). No SAEs were considered related to treatment. Two additional nonassociated SAEs were reported within 1 month following the study. |
| GBP: | | | • Improvement in pain scores was 33% for both the 1800 and 2400 mg/day GBP doses, compared with 16% for PBO (p <0.01). | • Sleep interference diaries showed improvements similar to the pain diary with both GBP-related groups showing significantly improved sleep from Week 1 on. | |
| 1800 mg: 115 | | | | | |
| 2400 mg: 108 | | | | | |
| Gender | | | • Proportions of responders (≥50% reduction in mean pain score) were significantly higher (p =0.001) for both GBP dose groups (32% and 34%, respectively) than for PBO (14%). | • Significant differences favored 1 or both GBP doses on PGIC, CGIC, and the SF-MPQ sensory score, total score and VAS. | |
| 138 Men | | | | | **Withdrawals Due to AEs:** |
| 196 Women | | | | **Quality of Life Measures:** | A total of 41 patients withdrew due to AEs (15 [13%] receiving 1800 mg, 19 [18%] receiving 2400 mg/day, and 7 [6%] receiving PBO). |
| Mean Age (Range) | | | | SF-36 QOL questionnaire. | |
| 73.4 yrs (22-94) | | | | **Results:** | |
| Years Since Resolution of Acute Infection, Mean (Range) | | | | • Compared to placebo, both active treatment groups resulted in statistically significant improvements from baseline in vitality from quality of life score. | |
| 3.9 yrs (0.1-31.6) | | | | | |
| Baseline Pain Score, Mean (SD) | | | | | |
| PBO: 6.4 (1.6) | | | | | |
| GBP | | | | | |
| 1800 mg: 6.5 (1.7) | | | | | |
| 2400 mg: 6.5 (1.6) | | | | | |
| RR 430-00124 | | | | | |

US = United States; UK = United Kingdom; PBO = Placebo; GBP = Gabapentin; PHN = Neuropathic Pain Associated with Postherpetic Neuralgia; ITT = Intent-to-Treat Population; TID = Three Times Per Day; VAS = Visual Analog Scale; PPI = Present Pain Intensity; SF-MPQ = Short Form McGill Pain Questionnaire; CGIC = Clinical Global Impression of Change; PGIC = Patient Global Impression of Change; SF-36 = SF-36 Health Survey; POMS = Profile of Mood States; AE = Adverse Events; CI = Confidence Interval; CMH = Cochran-Mantel-Haenszel.
SAE = Serious Adverse Event.