Neurontin (gabapentin)

Table 6.    Overview of 2 Pivotal and 1 Supportive, Randomized, Double-Blind, Placebo-Controlled, Multicenter Studies to Evaluate the Efficacy and Safety of Gabapentin Administered Orally TID Compared With Placebo for the Management of Neuropathic Pain in Patients With Postherpetic Neuralgia
(Page 3 of 3)

Study: 945-306 (2400 mg/day GBP Versus Placebo in Patients With Mixed Neuropathic Pain)

| Study and Patient Information/RR No. [Total study Pts. (PHN Pts.)] | Diagnosis and Criteria for Inclusion | Test Product, Dosage Regimen, and Duration of Treatment | Primary Efficacy Parameter and Results | Secondary Efficacy Parameters, Quality of Life Measures, and Results | Adverse Reactions |
|---|---|---|---|---|---|
| Center(s) & Location(s): 34 total centers in the UK and Ireland **Total Randomized** 307 total (43 PHN) ITT: 305 total (43 PHN) **Treatment** PBO: 152 (20 PHN) GBP: 153 (23 PHN) **Gender** 141 Men (18 PHN ) 164 Women (25 PHN) **Mean Age (Range)** 57.0 yrs (70.4 yrs PHN) **Years Since Diagnosis, Median (Range)** 2.5 yrs (0-31) **Baseline Pain Score, Mean (SD)** PBO:7.3 (1.5) (7.4 PHN); GBP: 7.1 (1.6) (7.0 PHN) **RR 430-00125** | Patients with a diagnosis of neuropathic pain, who exhibited at least two of the following symptoms: • Allodynia • Burning pain • Shooting pain • Hyperæsthesia and with an average pain score >=4 over the 7 days of baseline Patients included men or nonpregnant, nonlactating women, ≥18 years of age, of any race. | GBP 300 mg capsules matching PBO capsules 8 weeks of double-blind treatment, including 4-week titration depending on patient response 2400 mg/day | **Primary Efficacy Parameter:** Mean weekly pain score (from patient diaries) at Endpoint **Results:** All patients: • Statistically significant improvement in endpoint mean pain scores with GBP compared with placebo (p <0.05). **PHN Subgroup Analysis:** • GBP treatment resulted in statistically significant reductions in endpoint mean pain scores compared to placebo (p = 0.0124). The treatment difference with GBP (placebo corrected) was -1.6. | **Secondary Efficacy Parameters:** • Weekly pain scores. **Results:** **All Patients:** • Statistically significant reductions in weekly mean pain scores with GPB compared with placebo at Weeks 1 and 3-6. **PHN Subgroup Analysis:** • GPB treatment resulted in statistically significant reductions in weekly mean pain scores compared to placebo for Weeks 1 through the end of the study at Week 8. | **Overall Adverse Events (all patients):** GBP was generally well-tolerated. The most frequent AEs among GBP-treated patients were dizziness and somnolence. **Deaths:** Two patients died within 1 month of receiving their last dose of PBO. **Serious Adverse Events:** Six patients experienced SAEs during the study (4 receiving GBP and 2 receiving PBO). One SAE was considered related to GBP treatment (fainting during which patient fractured wrist). **Withdrawals Due to AEs:** A total of 49 patients withdrew due to AEs [24 (16%) receiving GBP; and 25 (16%) receiving PBO]. |

US = United States; UK = United Kingdom; PBO = Placebo; GBP = Gabapentin; PHN = Neuropathic Pain Associated with Postherpetic Neuralgia, ITT = Intent-to-Treat Population; TID = Three Times Per Day; VAS = Visual Analog Scale; PPI = Present Pain Intensity; SF-MPQ = Short Form McGill Pain Questionnaire; CGIC = Clinical Global Impression of Change; PGIC = Patient Global Impression of Change; SF-36 = SF-36 Health Survey; POMS = Profile of Mood States; AE = Adverse Events; CI = Confidence Interval; CMH – Cochran-Mantel-Haenszel; SAE = Serious Adverse Event.

DM_FILE/CI-0945 (IC17601:a)
Item 3. (Page 158)

NDA 21-397 Vol 001

159

### 3.9.1.2.    Overview of Studies and Data Sources Supporting Safety

Data from the 563 patients in the 2 pivotal studies of PHN were combined for patient characteristics, exposure, and adverse events.

For completeness and ease of comparing previously submitted safety data, the combined data from the 5 controlled neuropathic pain studies, which were submitted with the original NDA (21-397) on August 6, 2001, are also presented. In addition to the 2 pivotal studies of PHN, the combined data includes data from 2 clinical studies of painful diabetic peripheral neuropathy (DPN) and 1 study of neuropathic pain of diverse etiologies (mixed neuropathic pain; MNP) for a total of 1357 patients (820 gabapentin-treated patients and 537 placebo-treated patients). In addition, 14 patients who had received placebo during the double-blind phase received gabapentin for the first time during the open-label phase of 1 of these studies.

Safety data from 4 ongoing neuropathic pain studies, 2 clinical pharmacology studies, and 8 gabapentin combination therapy studies are also included, exactly as they appeared in the original NDA (21-397). The 2 clinical pharmacology studies provide new pharmacokinetic or drug interaction information. The combination studies investigated fixed-dose combinations of gabapentin and naproxen (CI-1032) or gabapentin and hydrocodone (CI-1035) **in** nociceptive or non-neuropathic pain models.

The 5 controlled neuropathic pain studies, the open-label extension, the clinical pharmacology and combination studies were completed at the time of the original NDA (21-397). The cutoff date for deaths, serious adverse events, and withdrawals due to adverse events in the ongoing studies was March 15, 2001 (data in house).

An overview of the safety information is presented in Table 7.

Neurontin® (gabapentin)                                                                        161

Table 7.    Overview of the Safety Information and Data Summarized From
            Clinical Pharmacology, Clinical Neuropathic Pain Studies, and
            Clinical Non-Neuropathic Pain Studies for Management of
            Neuropathic Pain Associated With Postherpetic Neuralgia

| Studies | Number of Subjects/Patients | Information Included in this Summary |
|---|---|---|
| **CLINICAL PHARMACOLOGY STUDIES** | | |
| 2 Studies | 32 | AEs, Deaths, Serious AEs, Withdrawals Due to AEs, Clinical Laboratory Parameters |
| **CLINICAL NEUROPATHIC PAIN STUDIES** | | |
| **Placebo-Controlled Clinical Studies of Neuropathic Pain Associated With Postherpetic Neuralgia** | | |
| 2 Controlled Studies | 563 | Demographics, Drug Exposure, AEs, Deaths, Serious AEs, Withdrawals Due to AEs, Other Safety Measures |
| **Placebo-Controlled Clinical Studies of Neuropathic Pain Associated With Diabetic Peripheral Neuropathy or Neuropathic Pain of Diverse Etiologies** | | |
| 3 Controlled Studies | 794 | Demographics, Drug Exposure, AEs, Deaths, Serious AEs, Withdrawals Due to AEs, Other Safety Measures |
| **Total:** | **1357** | |
| **Uncontrolled Clinical Study** | | |
| 1 Open-Label Extension Phase of Placebo-Controlled Study in DPN | 67[a] | Demographics, Drug Exposure, AEs, Deaths, Serious AEs, Withdrawals Due to AEs |
| **Ongoing Clinical Studies** | | |
| 3 Placebo-Controlled and 1 Uncontrolled Studies | 529 Enrolled | Deaths, Serious AEs, Withdrawals Due to AEs |
| **NON-NEUROPATHIC PAIN STUDIES (COMBINATION STUDIES)** | | |
| **Combination Therapy Studies[b]** | | |
| 3 Controlled and 1 Uncontrolled Studies in CI-1032 (GBP + NPN) | 607 | Deaths, Serious AEs, Withdrawals Due to AEs |
| 3 Controlled Studies in CI-1035 (GBP + HC) | 464 | Deaths, Serious AEs, Withdrawals Due to AEs |

AE = Adverse event(s), NPN = Naproxen sodium; HC = Hydrocodone.

[a]  Fourteen of these 67 patients received placebo during the double-blind phase and gabapentin for the first time during the open-label phase.

[b]  Does not include patients who received NPN or HC alone.

### 3.9.2.    Methods

### 3.9.2.1.    Study Design

Each study comprised 2 phases (Figure 10):

**Baseline**: A 1-week phase during which patients were screened for eligibility to enter the double-blind phase; and

**Double-Blind**: A 7- or 8-week phase during which patients were randomly assigned to gabapentin or placebo treatment. The double-blind phase had a titration period of 3 to 4 weeks to maximum randomized dose followed by a fixed dosing period of 4 weeks.



Figure 10.    Schematic Representation of Study Design Used in the 2 Pivotal and 1 Supportive Controlled Gabapentin Studies of Neuropathic Pain Associated With Postherpetic Neuralgia

Study 945-211 was an 8-week, double-blind, placebo-controlled, multicenter study conducted in patients with PHN. Study 945-295 was a 7-week, double-blind, placebo-controlled, multicenter study in patients with PHN. Study 945-306 was an

Neurontin® (gabapentin)                                                                                  163

8-week, double-blind, placebo-controlled, multicenter study in patients with neuropathic
pain resulting from various etiologies, including PHN.

Gabapentin treatment was initiated with 200 to 300 mg/day with titration to a final dose
over 3 to 4 weeks depending upon the study protocol and randomized dose (Table 8).
Following titration, the dose was kept constant for the duration of the study. The dose
range investigated in the program was 1800 to 3600 mg/day, given in 3 divided doses
(TID).

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 162)

164

Neurontin (gabapentin)

Table 8.    Overview of 2 Pivotal and 1 Supportive Controlled Studies of Neuropathic Pain Associated With Postherpetic Neuralgia: Double-Blind Randomized/Target Dose-ITT Population

| Study | Neuropathic Pain Patient Population | Duration of Double-Blind Phase | | | Number of Patients | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Titration | Fixed Dose | Overall Duration | Placebo | Gabapentin Dose, mg/day | | | Any Gabapentin | All Patients |
| | | | | | | 1800 | 2400 | 3600 | | |
| **Pivotal Studies** | | | | | | | | | | |
| 945-211 | PHN | 4 weeks | 4 weeks | 8 weeks | 116 | -- | -- | 113 | 113 | 229 |
| 945-295 | PHN | 3 weeks | 4 weeks | 7 weeks | 111 | 115 | 108 | -- | 223 | 334 |
| Total - Pivotal Studies | | | | | 227 | 115 | 108 | 113 | 336 | 563 |
| **Supportive Study** | | | | | | | | | | |
| 945-306 | PHN Subgroup | 4 weeks | 4 weeks | 8 weeks | 20 | -- | 23 | -- | 23 | 43 |
| Total (Pivotal and Supportive Studies): | | | | | 247 | 115 | 131 | 113 | 359 | 606 |

ITT Population = All randomized patients who received at least 1 dose of study medication; PHN = Postherpetic Neuralgia; -- = Doses Not Studied.

NDA 21-397 Vol 001

DM_FILE/CL0945 (IC17601a)
Item 3. (Page 163)

NEURONTIN CONFIDENTIAL

Neurontin® (gabapentin)                                                                165

### 3.9.2.2.    Dose Titration

All studies had a 3- or 4-week dose titration period followed by a 4-week fixed-dose
period. Patients were initially titrated to a maximum dose of 900 mg/day gabapentin over
a 3-day period. Dosages were then to be titrated in 600 to 1200 mg/day increments at
3- to 7-day intervals to target dose (Table 9). Study medication was given 3 times per day
(TID).

Table 9.    Gabapentin Titration Schedule: 2 Pivotal and 1 Supportive Controlled Studies of Neuropathic Pain Associated With Postherpetic Neuralgia

| Study/Length of Titration/ Gabapentin Dose | 3- or 4-Week Titration (mg/day) | | | | | | | 4-Week Weeks 4-7 or 5-8 |
|---|---|---|---|---|---|---|---|---|
| | First Day[a] | Second Day | Third Day | End Week 1 | End Week 2 | End Week 3 | End Week 4 | |
| **Pivotal Studies** | | | | | | | | |
| **945-211[b]/4 weeks** | | | | | | | | |
| 3600 mg/day | 300 | 300-900 | 300-900 | 900 | 1800 | 2400 | 3600 | 3600 |
| **945-295/3 weeks** | | | | | | | | |
| 1800 mg/day | 300 | 600 | 900 | 1200 | 1800 | 1800 | 1800 | 1800 |
| 2400 mg/day | 300 | 600 | 900 | 1200 | 1800 | 2400 | 2400 | 2400 |
| **Supportive Study** | | | | | | | | |
| **945-306[c]/4 weeks** | | | | | | | | |
| 2400 mg/day | 300 | 600 | 900 | 900 | 900 | 1800 | 2400[d] | 2400 |

[a]  Given as a single evening dose
[b]  At the discretion of the investigator, the dosage could be decreased during titration by one dosage level if intolerable adverse events occurred.
[c]  Patients could remain at 900 or 1800 mg/day gabapentin if, in the opinion of the investigator, their mean pain scores were decreased by at least 50% from baseline.
[d]  2400 mg/day achieved on Day 30, 2 days after the end of Week 4.

Study 945-211 used a target dose design, where the target dose was 3600 mg/day of
gabapentin. If, during titration, a patient developed intolerable side effects, that patient
was allowed to drop back one dosage level and could remain at that dosage for the
remainder of the study. The minimum dose allowed was 1200 mg/day.

Study 945-295 used a fixed-dose titration design that evaluated 1800 and 2400 mg/day of
gabapentin. If a patient could not achieve the randomized dose, that patient was to be
discontinued from the study.

Study 945-306 used a target dose design, where the target dose was 2400 mg/day. Patients could remain at 900 or 1800 mg/day gabapentin if, in the opinion of the investigator, their mean pain scores were decreased by at least 50% from baseline.

After the dose was established in the titration period of each study, patients were to remain on that dosage for the subsequent 4-week fixed-dose period.

### 3.9.2.3.    Patient Selection

In the 2 pivotal and the 1 supportive controlled studies, patients had chronic, moderate to severe neuropathic pain associated with postherpetic neuralgia. Eligible patients were men or nonpregnant, nonlactating women of any race, ≥18 years of age. To be randomly assigned to treatment, a patient had to have:

- Completed at least 4 daily pain diaries during the 7 days prior to randomization; and

- An average score ≥4 on the daily pain diary over the 7 days prior to randomization.

In addition, each study had specific inclusion requirements:

- In Studies 945-211 and -295, patients with PHN were required to have pain for more than 3 months after healing of a herpes zoster rash. Patients were allowed to remain on a stable regimen of pain medications (excluding concomitant anticonvulsants).

- In Study 945-306, patients were required to have a definite diagnosis of neuropathic pain with at least 2 of the following symptoms: Allodynia, burning pain, shooting pain, and/or hyperasthesia.

### 3.9.2.4.    Efficacy Parameters

An overview of the efficacy parameters by study is provided in Table 10.

Table 10.   Overview of Primary and Secondary Efficacy Parameters and
            Quality of Life/Mood by Study

|  | 945-211 PHN | 945-295 PHN | 945-306 PHN Only Patients |
|---|---|---|---|
| **Primary Efficacy Parameters** | | | |
| Daily Pain Score | ✓ | ✓ | ✓ |
| **Secondary Efficacy Parameters** | | | |
| Daily Sleep Interference Score | ✓ | ✓ | ⊗ |
| Short-Form McGill Pain Questionnaire (SF-MPQ) | ✓ | ✓ | NA |
| Patient Global Impression of Change (PGIC) | ✓ | ✓ | NA |
| Clinical Global Impression of Change (CGIC) | ✓ | ✓ | NA |
| **Quality of Life/Mood** | | | |
| SF-36 Health Status Questionnaire | ✓ | ✓ | NA |
| Profile of Mood States (POMS) | ✓ | ⊗ | ⊗ |

PHN = Postherpetic Neuralgia; ✓ = Data Collected; ⊗ = Data Not Collected.; NA = Not analyzed
for PHN subgroup.

### 3.9.2.4.1.    Primary Efficacy Parameter: Daily Pain Score

The primary efficacy parameter for all studies in the management of neuropathic pain in
patients with postherpetic neuralgia was the daily pain score obtained from patient daily
pain diaries. Patients evaluated their pain for the previous 24 hours by circling the
number on the scale that best described their pain. Pain was measured using an 11-point
numeric pain rating scale (Figure 11, with representative patient instruction shown). The
scale ranged from 0 (no pain) to 10 (worst possible pain). The intent of these studies was
to include patients with chronic, moderate to severe neuropathic pain. This was reflected
in the inclusion criteria that required a patient to have a mean daily pain score of
≥4 during the 7 days prior to randomization into the study.



Figure 11. Eleven-Point Numeric Pain Rating Scale

### 3.9.2.4.2.    Secondary Efficacy Parameters

### 3.9.2.4.2.1.    Daily Sleep Interference

Patients kept a daily diary of sleep interference in which they assessed how pain
interfered with their sleep on an 11-point numeric sleep rating scale (Figure 12, with
representative patient instruction shown). The scale ranged from 0 (did not interfere with
sleep) to 10 (completely interferes, [unable to sleep due to pain]).



Figure 12. Eleven-Point Numeric Sleep Rating Scale

### 3.9.2.4.2.2.    Short-Form McGill Pain Questionnaire

The SF-MPQ, completed by the patient at each visit, comprised 3 sections, which were
evaluated separately at each visit.

1.  Pain descriptors provided a sensory, affective, and total score. The patient rated each
    of 15 pain descriptors on how well it described his or her pain over the previous week
    on a 4-point intensity scale from 0 (none) to 3 (severe). The sensory score is the sum
    of responses to the first 11 pain descriptors: Throbbing, shooting, stabbing, sharp,
    cramping, gnawing, hot-burning, aching, heavy, tender, and splitting. The affective
    score is the sum of responses to the last 4 pain descriptors: Tiring-exhausting,
    sickening, fearful, and punishing-cruel. The total score is the sensory and affective
    scores combined.

2.  The VAS provided a rating of pain over the past week. The patient placed a mark
    across a 100-mm horizontal line to indicate the intensity of the pain from left (where
    0 mm equaled no pain) to right (where 100 mm equaled worst possible pain).

3.  The Present Pain Intensity (PPI) scale provided a rating of overall pain intensity at the
    time the questionnaire was administered. The patient rated his or her pain on a 6-point
    scale from (0 = No pain, 1 = Mild, 2 = Discomforting, 3 = Distressing, 4 = Horrible,
    and 5 = Excruciating).

### 3.9.2.4.2.3.    Global Impressions of Change

The Patient Global Impression of Change (PGIC) is a patient-rated instrument that
measures overall status since the beginning of the study based on a 7-point scale from
1 (very much improved) to 7 (very much worse). Patients performed the self-evaluation
at the termination visit.

The Clinical Global Impression of Change (CGIC) is the physician's evaluation of the
change in the patient's status on a 7-point scale ranging from 1 (very much improved) to
7 (very much worse). The evaluation was done at the termination visit.

### 3.9.2.4.3.     Quality of Life/Mood

### 3.9.2.4.3.1.     Medical Outcomes Study Short Form Health Survey (SF-36)

The SF-36 is a self-administered, 36-item questionnaire that measures 8 health domains:
Physical functioning, role limitations caused by physical problems, social functioning,
bodily pain, mental health, role limitations caused by emotional problems, vitality, and
general health perception. Scores for each of the 8 domains were calculated using
methods described in the User's Manual for the SF-36 Health Status Questionnaire. For
all domains, a higher score indicates a better quality of life (QOL). The SF-36 was
administered at randomization and at termination. This instrument was used in the
2 pivotal neuropathic pain studies.

### 3.9.2.4.3.2.     Profile of Mood States (POMS)

The POMS consists of 65 descriptors of mood from which 6 mood scales are derived
(tension-anxiety, depression-dejection, anger-hostility, vigor-activity, fatigue-inertia, and
confusion-bewilderment) and an overall score of mood disturbance. The POMS was
administered at randomization and at termination. This instrument was used in
Study 945-211.

### 3.9.2.5.     Statistical Methodology

Table 11 shows those preplanned analyses that were included in the inferential analysis
plan (IAP) for each pivotal study. Each IAP was approved prior to breaking the study
blind. Post hoc analyses were performed for consistency of comparisons across studies in
addition to the supportive subgroup analyses of PHN patients in Study 945-306.

Table 11. Overview of Efficacy and Quality of Life/Mood Evaluations by Study

| Parameters Evaluated | 945-211 PHN | 945-295 PHN | 945-306 PHN only |
|---|---|---|---|
| **Primary Efficacy Evaluation** | | | |
| Endpoint Mean Pain Score | ✓ | ✓ | ✓[a] |
| **Additional Evaluations** | | | |
| Weekly Mean Pain Score | ✓[b] | ✓ | ✓[a] |
| Proportion of Responders | ✓[b] | ✓ | NA |
| **Secondary Efficacy Evaluations** | | | |
| Sleep Interference | | | |
| Endpoint Mean Sleep Score | ✓[b] | ✓ | ⊗ |
| Weekly Mean Sleep Score | ✓[b] | ✓[c] | ⊗ |
| Short-Form McGill Pain Questionnaire (SF-MPQ) | | | |
| Visual Analog Scale (VAS) | ✓[b] | ✓ | NA |
| Present Pain Intensity (PPI) | ✓[b] | ✓ | NA |
| Sensory Score | ✓[b] | ✓ | NA |
| Affective Score | ✓[b] | ✓ | NA |
| Total Score | ✓[b] | ✓ | NA |
| Patient Global Impression of Change (PGIC) | ✓[b] | ✓ | NA |
| Clinical Global Impression of Change (CGIC) | ✓[a] | ✓ | NA |
| **Quality of Life/Mood** | | | |
| SF-36 Health Status Questionnaire | ✓[b] | ✓ | NA |
| Profile of Mood States (POMS) | ✓[b] | ⊗ | ⊗ |

PHN = Postherpetic Neuralgia; ✓ = Analysis Performed; NA = Not analyzed for PHN subgroup;
⊗ = Data Not Collected.
[a]   Post hoc subgroup analysis of patients with neuropathic pain associated with PHN.
[b]   Descriptive analyses were prospectively defined in the protocol and/or inferential analysis plan, but
       the statistical analyses were performed post hoc.
[c]   These evaluations were post hoc analyses performed for consistency of comparisons across studies.


### 3.9.2.5.1.    Calculations

For outcome measures collected in daily diaries (pain and sleep interference), the
following were computed.

Baseline mean score: Mean of the last 7 diary entries before taking study medication. If
fewer than 7 scores were recorded during baseline, the baseline mean pain score was
calculated from all available pre-randomization data.

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 170)                                                       NDA 21-397 Vol 001

Neurontin® (gabapentin)                                                                                      172

Endpoint mean score: Mean of the last 7 diary entries while on study medication. If fewer than 7 scores were recorded by endpoint, the endpoint mean pain score was calculated from all available post-randomization data.

Weekly mean score: Mean of the diary entries for each week in the study, using all available daily diary entries for each week.

Change from baseline: Computed as T - B, where T represents endpoint mean or weekly mean and B represents baseline mean. A negative value represents an improvement.

Percent reduction in endpoint mean pain score from baseline: Computed as $[(T - B)/B] \times 100$, where T = Endpoint mean pain score and B = Baseline mean pain score. Patients with a 50% or greater reduction from baseline to endpoint mean pain scores were considered responders.

### 3.9.2.5.2.    Patient Population for Analysis

Data for the Intent-to-Treat (ITT) population were evaluated. This consisted of all randomized patients who took at least one dose of study medication.

### 3.9.2.5.3.    Power and Sample Size Considerations

In each study presented in this clinical efficacy section, the number of patients per treatment group was based on the following power calculations:

- **Study 945-211:** A sample size of 80 patients per group was needed to provide 80% power to detect a 1.5-point difference on the pain diary scale between placebo and gabapentin, with a 5% Type I error rate for 2-sided testing at the 0.05 level. The standard deviation of the average pain rating scale change from baseline to the end of the stable dosing phase was assumed to be 3.4 points.

- **Study 945-295:** A sample size of 118 patients per group was needed to provide 90% power to detect a 1-point difference on the pain diary scale between placebo and gabapentin for 2-sided testing at the 0.05 level, based on an estimated standard deviation of 2.35 points.

- **Study 945-306 (All Patients):** A sample size of 60 patients per group was needed to provide 90% power to detect a 1.5-point difference in the analysis of mean pain

Neurontin® (gabapentin)                                                                                              173

scores for individual symptoms between placebo and gabapentin for 2-sided testing at
the 0.05 level, given a standard deviation of 2.5 points. Recruiting a total of
150 patients would allow such a difference to be detected for any symptom present at
baseline in >40% of patients.

**Subgroup Analyses in Study 945-306:** Post hoc analyses that included patients with
PHN in the study were done. Power and sample size were not considered for these
subgroup analyses.

### 3.9.2.5.4.    Methods for Efficacy Evaluations

The following briefly summarizes the analysis plans for each of the 2 pivotal and
1 supportive controlled studies. More details are given in the individual research report
for each study, IAPs for the pivotal studies, and the all patient analyses for the supportive
study.

All statistical testing was performed using SAS. Analyses were performed using all
available data from the ITT population. The primary treatment comparisons for each
study are listed in Table 12.

Table 12.    Primary Treatment Comparisons for Each Pivotal and Supportive
             Controlled Study in Patients With Neuropathic Pain Associated With
             Postherpetic Neuralgia

| Study/Patients | Number of Primary Comparisons | Primary Comparisons |
|---|---|---|
| 945-211 PHN | 1 | GBP 3600[a] vs PBO |
| 945-295 PHN | 2[b] | GBP 1800 vs PBO, GBP 2400 vs PBO |
| 945-306 PHN Subgroup | 1 | GBP 2400[c] vs PBO |

PHN = Postherpetic Neuralgia; GBP = Gabapentin; PBO = Placebo.
[a]   Patients in Study 945-211 could remain on gabapentin doses lower than 3600 mg/day if, during
      titration, intolerable adverse events occurred at higher doses.
[b]   Study 945-295 has multiple gabapentin treatment arms. Dunnett's Test was used to protect the Type I
      error rate.
[c]   Patients in Study 945-306 could remain on doses lower than 2400 mg/day if, in the opinion of the
      investigator, mean pain scores were decreased by at least 50% from baseline.

Neurontin® (gabapentin)                                                                                    174

### 3.9.2.5.4.1.    Primary Efficacy Evaluation: Daily Pain Score

The mean of the last 7 available pain scores while on study medication was analyzed using an analysis of covariance (ANCOVA). The assumption of normality was tested by examining the residuals for the ANCOVA model to ensure that they were normally distributed. If clear evidence of non-normality was found, the data were transformed or nonparametric techniques, such as ranked ANCOVA, replaced the primary parametric model.

In Study 945-211, endpoint mean pain change from baseline scores were ranked and analyzed using an ANCOVA with treatment group, center, and treatment by center interaction effects and unranked baseline mean pain score as a covariate. In Study 945-295, percent change from baseline was analyzed using an ANCOVA with treatment group and center effects and with baseline mean score as a covariate. However, for both pivotal studies, treatment effect size was estimated using an ANCOVA with treatment group and center effects and with baseline mean pain score as a covariate since treatment effect sizes were not available for the studies that used nonparametric analyses.

Study 945-295 has multiple gabapentin treatment arms, and Dunnett's test was used to protect the Type I error rate.

The weekly means (all patients who entered Week 1, Week 2, etc, ie, observed cases) for Study 945-211 were analyzed using ANCOVA with treatment group and center effects and with baseline mean pain score as a covariate. Weekly mean pain scores for Study 945-295 were analyzed using the same model that was used for the primary endpoint analysis.

An additional analysis of the primary parameter compared the proportion of responders (defined as patients with at least a 50% decrease in mean pain score from baseline to endpoint) between each gabapentin group and placebo, using the Cochran-Mantel-Haenszel (CMH) procedure adjusting for center.

For subgroup analyses of patients with PHN in Study 945-306, endpoint mean pain and weekly mean pain scores were ranked and analyzed using an ANCOVA with treatment group effect and center effect and with unranked baseline mean pain score as a covariate.

### 3.9.2.5.4.2.    Subset Analyses of Primary Efficacy Parameter

The consistency of treatment effect was evaluated through subset analyses, by gender, age and race, of the endpoint mean pain scores using data (with dose groups combined) from the 2 pivotal studies. The characteristics of interest were stratified as follows: Gender (men, women), age (18-64, 65-74, ≥75), and race (white, black, and Hispanic/other).

An ANCOVA model that included treatment and study effects and baseline pain score as a covariate was performed for each stratum of each characteristic of interest. Treatment differences (gabapentin - placebo) and 95% confidence intervals were displayed graphically for each subset. Race was not collected in Study 945-295, which was conducted in the UK and Ireland. The number of known black and Hispanic/other patients was too small to display treatment differences and 95% confidence intervals for each gabapentin treatment group. These differences were displayed only for all gabapentin treatment groups combined.

A second ANCOVA model, which added the population characteristic and a treatment group-by-characteristic interaction term, was used to test whether the treatment effect was the same across population subgroups.

### 3.9.2.5.4.3.    Secondary Efficacy Evaluations

Baseline, endpoint, and weekly mean values for the sleep interference scores were computed and analyzed (using the same ANCOVA models) as described above for the daily pain scores.

The 3 scores derived from the SF-MPQ questionnaire (sensory, affective, and total), the VAS, and a numeric rating scale that measured PPI were analyzed separately at endpoint (last observation in the study) and at each protocol-specified time point, using ANCOVA with treatment group and center in the model and the corresponding scores at randomization as the covariate.

PGIC and CGIC were analyzed separately using CMH tests and stratifying by center.

The 8 health domains obtained from the SF-36 Health Survey (physical functioning, role limitations due to physical problems, social functioning, bodily pain, mental health, role limitations due to emotional problems, vitality, and general health perception) were analyzed separately using ANCOVA, as previously discussed, using the score of the corresponding domain at randomization as the covariate.

The 6 mood scales and overall score of mood disturbance derived from the POMS were analyzed separately using ANCOVA, as previously described, with the score at randomization used as the covariate.

### 3.9.2.5.5.    Dosage Response

### 3.9.2.5.5.1.    Dose Response

Tabular and graphic displays for endpoint mean pain score (expressed as a difference from placebo) are used to show the dose response relationship across the 2 pivotal studies.

### 3.9.2.5.5.2.    Gabapentin Population Exposure-Response Relationships

The relationship between multiple-dose gabapentin exposure in patients with PHN and changes in daily pain scores, and the factors that impact this relationship, were examined through population exposure-response analyses. The exposure response analyses included all patients from Studies 945-211 and -295 who had a pain score recorded following treatment in the double-blind phase of the studies (554 of 563 patients).

A subject-specific random-effects model was used to characterize the relationship between daily pain score and gabapentin exposure in individual patients, taking into account placebo effect. Daily pain scores were modeled as a continuous variable. Covariates such as age, gender, study, and mean baseline pain score were tested to determine the impact of these factors on the exposure-response relationship.

### 3.9.3.    Patient Characteristics and Disposition: 2 Pivotal Studies of Neuropathic Pain Associated With Postherpetic Neuralgia

### 3.9.3.1.    Patient Characteristics

The 2 pivotal studies in patients with PHN included 563 patients who received study medication (336 patients received gabapentin and 227 patients received placebo) (Table 13). For Study 945-211, which collected race information, the majority of patients were white. All patients were between the ages of 22 and 94 years inclusive: 111 (20%) were 18 to 64 years of age, 172 (31%) were 65 to 74 years of age, and 280 (50%) were 75 years of age and older. Median age ranged between 72 and 76 years across the treatment groups. Overall mean baseline pain score was 6.4 points, indicating moderate to severe pain on study entry. Approximately 5% of patients randomly assigned to gabapentin or placebo treatment had mean baseline scores $\geq 3$ and $<4$ points. Three gabapentin-treated patients had mean baseline scores $<3$ points.

Table 13.    Patient Characteristics, ITT Population: 2 Pivotal Studies of Neuropathic Pain Associated With Postherpetic Neuralgia

| | Placebo | Gabapentin | | | | | All Patients |
|---|---|---|---|---|---|---|---|
| | | GBP 1800 mg/day | GBP 2400 mg/day | GBP 3600 mg/day | Any GBP | | |
| | N = 227 | N = 115 | N = 108 | N = 113 | N = 336 | | N = 563 |
| **Gender, n (%)** | | | | | | | |
| Men | 102 (44.9) | 46 (40.0) | 46 (42.6) | 63 (55.8) | 155 (46.1) | | 257 (45.6) |
| Women | 125 (55.1) | 69 (60.0) | 62 (57.4) | 50 (44.2) | 181 (53.9) | | 306 (54.4) |
| Premenarchal | 0 (0.0) | 0 (0.0) | 1 (1.6) | 0 (0.0) | 1 (0.6) | | 1 (0.3) |
| Premenopausal | 3 (2.4) | 0 (0.0) | 1 (1.6) | 3 (6.0) | 4 (2.2) | | 7 (2.3) |
| Postmenopausal | 122 (97.6) | 69 (100.0) | 60 (96.8) | 47 (94.0) | 176 (97.2) | | 298 (97.4) |
| | | | | | | | |
| **Race, n (%)** | | | | | | | |
| White | 109 (48.0) | 0 (0.0) | 0 (0.0) | 99 (87.6) | 99 (29.5) | | 208 (36.9) |
| Black | 3 (1.3) | 0 (0.0) | 0 (0.0) | 10 (8.8) | 10 (3.0) | | 13 (2.3) |
| Hispanic | 3 (1.3) | 0 (0.0) | 0 (0.0) | 2 (1.8) | 2 (0.6) | | 5 (0.9) |
| Asian/Pacific Islander | 1 (0.4) | 0 (0.0) | 0 (0.0) | 2 (1.8) | 2 (0.6) | | 3 (0.5) |
| Not Specified | 111 (48.9) | 115 (100.0) | 108 (100.0) | 0 (0.0) | 223 (66.4) | | 334 (59.3) |
| | | | | | | | |
| **Age (Years)** | | | | | | | |
| Mean | 72.454 | 72.809 | 73.676 | 70.832 | 72.423 | | 72.435 |
| (SD) | 10.655 | 9.401 | 10.050 | 10.525 | 10.039 | | 10.282 |
| Median | 74 | 74 | 76 | 72 | 74.5 | | 74 |
| Min, Max | 28, 94 | 22, 88 | 36, 90 | 36, 90 | 22, 90 | | 22, 94 |
| | | | | | | | |
| **Age Categories, n (%)** | | | | | | | |
| 18 to 64 Years | 45 (19.8) | 21 (18.3) | 19 (17.6) | 26 (23.0) | 66 (19.6) | | 111 (19.7) |
| 65 to 74 Years | 70 (30.8) | 37 (32.2) | 27 (25.0) | 38 (33.6) | 102 (30.4) | | 172 (30.6) |
| 75 or greater Years | 112 (49.3) | 57 (49.6) | 62 (57.4) | 49 (43.4) | 168 (50.0) | | 280 (49.7) |
| | | | | | | | |
| **Baseline Mean Pain Score** | | | | | | | |
| Mean | 6.421 | 6.477 | 6.512 | 6.325 | 6.437 | | 6.431 |
| (SD) | 1.656 | 1.741 | 1.570 | 1.667 | 1.660 | | 1.657 |
| Median | 6.286 | 6.286 | 6.155 | 6.429 | 6.286 | | 6.286 |
| Min, Max | 3, 10 | 3.57, 10 | 2.86, 10 | 0.57, 10 | 0.57, 10 | | 0.57, 10 |

ITT = Intent-to-Treat; SD = Standard Deviation.

### 3.9.3.2.    Patient Disposition

A total of 267 patients (80%) treated with gabapentin and 189 patients (83%) treated with placebo completed the studies (Table 14). Across all studies, 107 (19%) patients withdrew from the studies for any reason. Patients in the placebo group withdrew primarily due to adverse events (9%), lack of compliance (3%), and lack of efficacy (3%); whereas, patients treated with gabapentin withdrew primarily due to adverse events (16%) and other reasons (2%).

Neurontin® (gabapentin)                                                                              179

Table 14.    Summary of Patient Disposition: 2 Pivotal Studies of Neuropathic
             Pain Associated With Postherpetic Neuralgia
                      Number (%) of Patients

|  | Placebo | | Any Gabapentin | | All Patients | |
|---|---|---|---|---|---|---|
| Randomized | 227 | | 336 | | 563 | |
| Intent-to-Treat | 227 | | 336 | | 563 | |
| Completed Study | 189 | (83.3) | 267 | (79.5) | 456 | (81.0) |
| Withdrawn | 38 | (16.7) | 69 | (20.5) | 107 | (19.0) |
| Adverse Event | 20 | (8.8) | 55 | (16.4) | 75 | (13.3) |
| Lack of Compliance[a] | 6 | (2.6) | 4 | (1.2) | 10 | (1.8) |
| Lack of Efficacy[b] | 6 | (2.6) | 3 | (0.9) | 9 | (1.6) |
| Other[c] | 6 | (2.6) | 7 | (2.1) | 13 | (2.3) |

[a]  Includes 1 placebo-treated patient (Patient 038251, Study 945-295) that was marked
     "noncompliance"; however, the patient did discontinue due to an adverse event of back pain.
[b]  Includes treatment failure (2 placebo-treated patients)
[c]  Includes lost to follow-up (1 placebo-treated patient) and personal reasons (1 gabapentin- and
     2 placebo-treated patients)

### 3.9.4.    Exposure to Gabapentin: 2 Pivotal Studies of Neuropathic Pain Associated With Postherpetic Neuralgia

#### 3.9.4.1.    Dosages Achieved During Double-Blind

In Study 945-211, the target dose was 3600 mg/day gabapentin. Patients who developed
intolerable side effects during titration were allowed to drop back one dosage level and
could remain at that dosage for the remainder of the study. The percentages of
gabapentin-treated patients achieving their randomly assigned doses at any time during
the study and at the end of the study were 60% and 56%, respectively (Table 15 and
Table 16).

In Study 945-295, patients were discontinued from the study if they could not achieve the
dose to which they were randomized. The percentages of gabapentin-treated patients
achieving their randomized doses at any time during and at the end of the study were
similar and ranged from 90% to 92% (Table 15 and Table 16).

180

Neurontin (gabapentin)

NDA 21-397 Vol 001

**Table 15.**  Summary of ITT Patients by Highest Gabapentin Dose Achieved at Anytime During the 2 Pivotal Studies of Neuropathic Pain Associated With Postherpetic Neuralgia

| Study, Randomized Dose | N | Gabapentin Dose Range (mg/day) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | >0 to ≤300 | >300 to ≤600 | >600 to ≤900 | >900 to ≤1200 | >1200 to ≤1800 | >1800 to ≤2400 | >2400 to ≤3000 | >3000 to ≤3600 |
| 945-211, 3600 mg/day | 113 | 3 (2.7) | 2 (1.8) | 2 (1.8) | 1 (0.9) | 13 (11.5) | 15 (13.3) | 9 (8.0) | 68 (60.2) |
| 945-295, 1800 mg/day | 115 | 0 (0.0) | 2 (1.7) | 0 (0.0) | 6 (5.2) | 106 (92.2) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| 945-295, 2400 mg/day | 108 | 1 (0.9) | 1 (0.9) | 1 (0.9) | 5 (4.6) | 3 (2.8) | 97 (89.8) | 0 (0.0) | 0 (0.0) |
| Any Gabapentin | 336 | 4 (1.2) | 5 (1.5) | 3 (0.9) | 12 (3.6) | 122 (36.3) | 112 (33.3) | 9 (2.7) | 68 (20.2) |

ITT = Intent-to-Treat.

**Table 16.**  Summary of ITT Patients by Gabapentin Dose at End of Study[a] in the 2 Pivotal Studies of Neuropathic Pain Associated With Postherpetic Neuralgia

| Study, Randomized Dose | N | Gabapentin Dose Range (mg/day) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | >0 to ≤300 | >300 to ≤600 | >600 to ≤900 | >900 to ≤1200 | >1200 to ≤1800 | >1800 to ≤2400 | >2400 to ≤3000 | >3000 to ≤3600 |
| 945-211, 3600 mg/day | 113 | 3 (2.7) | 3 (2.7) | 2 (1.8) | 7 (6.2) | 16 (14.2) | 13 (11.5) | 6 (5.3) | 63 (55.8) |
| 945-295, 1800 mg/day | 115 | 0 (0.0) | 2 (1.7) | 0 (0.0) | 6 (5.2) | 106 (92.2) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| 945-295, 2400 mg/day | 108 | 1 (0.9) | 1 (0.9) | 1 (0.9) | 5 (4.6) | 3 (2.8) | 97 (89.8) | 0 (0.0) | 0 (0.0) |
| Any Gabapentin | 336 | 4 (1.2) | 6 (1.8) | 3 (0.9) | 18 (5.4) | 125 (37.2) | 110 (32.7) | 6 (1.8) | 63 (18.8) |

ITT = Intent-to-Treat.
[a]  Highest dose during the last 7 days of treatment; Last day is the last day included in the endpoint mean pain score calculation.

### 3.9.4.2.    Exposure

Exposure to study medication for the 2 pivotal studies of PHN is shown in Table 17. Gabapentin exposure is assigned by dose as determined by randomized treatment group, including exposure at lower doses during the 3- to 4-week dose titration. Most patients were exposed to gabapentin therapy for ≥6 weeks, and the percentages of patients by weeks of exposure were similar across placebo and gabapentin treatment groups.

In Study 945-211, 60% of patients achieved the target gabapentin dose of 3600 mg/day at any time during the study. The percentage of gabapentin-treated patients on this dose at the end of the study was 56%.

In Study 945-295, the percentages of gabapentin-treated patients achieving their assigned doses of 1800 and 2400 mg/day at any time during and at the end of the study were 92% and 90%, respectively.

Table 18 provides exposure by specific dose ranges, overall exposure, and a summary of patient-days, -weeks, and -years of exposure by dose range and overall for the 2 pivotal studies. In the boxed section of the table, an individual patient's exposure is counted at each gabapentin dose received for the duration the dose was received. Within a column a patient is counted only once, however, a patient may be counted in multiple columns appropriate to doses received. Therefore, within a given row, numbers cannot be added across columns to obtain the number in the "Any Dose" column.

The area of the table outside the boxed section provides an overall summary of gabapentin exposure at "Any Dose". Each patient is counted once in the "Any Dose" column at the maximum duration of his/her total exposure. The summation of the number of patients in this column equals the number of patients (N = 336) exposed to gabapentin in the 2 pivotal studies. Individual patient exposure was converted to total patient-time (days, weeks, and years) and is shown in the last 3 rows of the table.

Most of the exposure for dosages from 1800 through 3600 mg/day was 4 to 6 weeks, which is consistent with the titration and fixed-dose schedules of the double-blind studies.

Neurontin® (gabapentin)                                                                          182

The majority of exposures ("Any Dose" column) occurred between 6 and 10 weeks.
There were 42.1 patient-years of exposure with most exposure at the 1800- to
3600-mg/day doses. There were 5.4 patient-years of exposure at the 3600-mg/day dose.

183

Neurontin (gabapentin)

NDA 21-397  Vol  001

Table 17.    Summary of Exposure to Study Medication During Double-Blind Phase of 2 Pivotal Studies of
Neuropathic Pain Associated With Postherpetic Neuralgia
Number (%) of Patients

| Total Exposure | Placebo N = 227 | Gabapentin Treatment Group, mg/day | | | Any Gabapentin N = 336 |
| | | 1800 N = 115 | 2400 N = 108 | 3600 N = 113 | |
| --- | --- | --- | --- | --- | --- |
| ≥1 Day | 227 (100.0) | 115 (100.0) | 108 (100.0) | 113 (100.0) | 336 (100.0) |
| ≥1 Week | 221 (97.4) | 110 (95.7) | 103 (95.4) | 110 (97.3) | 323 (96.1) |
| ≥2 Weeks | 218 (96.0) | 102 (88.7) | 99 (91.7) | 103 (91.2) | 304 (90.5) |
| ≥4 Weeks | 206 (90.7) | 96 (83.5) | 92 (85.2) | 97 (85.8) | 285 (84.8) |
| ≥6 Weeks | 198 (87.2) | 94 (81.7) | 89 (82.4) | 90 (79.6) | 273 (81.3) |
| ≥8 Weeks | 81 (35.7) | 1 (0.9) | 4 (3.7) | 75 (66.4) | 80 (23.8) |
| ≥10 Weeks | 5 (2.2) | 0 (0.0) | 0 (0.0) | 3 (2.7) | 3 (0.9) |
| ≥12 Weeks | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |

DM_FIT.F/CI-0945 (1C17601a)
Item 3. (Page 182)

184

Neurontin (gabapentin)

Table 18.   Duration of Exposure to Gabapentin by Dosage Range During the 2 Pivotal Studies of Neuropathic Pain Associated with PHN. Number of Patients

| Exposure | Gabapentin Dosage Range (mg/day) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 0[a] | >0 to <900 | 900 to <1200 | 1200 to <1800 | 1800 to <2400 | 2400 to <3600 | ≥3600 | Any Dose[b] |
| ≥1 Day to <1 Week | 4 | 323 | 320 | 299 | 65 | 11 | 2 | 13 |
| ≥1 Week to <2 Weeks | 1 | 10 | 6 | 9 | 133 | 69 | 3 | 19 |
| ≥2 Weeks to <4 Weeks | 0 | 1 | 0 | 0 | 7 | 6 | 3 | 19 |
| ≥4 Weeks to <6 Weeks | 0 | 0 | 0 | 3 | 39 | 97 | 57 | 12 |
| ≥6 Weeks to <8 Weeks | 0 | 0 | 0 | 4 | 63 | 5 | 0 | 193 |
| ≥8 Weeks to <10 Weeks | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77 |
| ≥10 Weeks to <12 Weeks | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | | | | | | | | |
| Total Patient-Days | 20 | 942 | 639 | 1802 | 5635 | 4368 | 1978 | 15385 |
| Total Patient-Weeks | 2.86 | 134.57 | 91.29 | 257.43 | 805.00 | 624.00 | 282.57 | 2197.86 |
| Total Patient-Years | 0.05 | 2.58 | 1.75 | 4.93 | 15.43 | 11.96 | 5.42 | 42.12 |

Note: Each patient is counted in only 1 row within a column, but patients who received more than 1 dose of gabapentin will appear in multiple columns.
a   Indicates days off drug; ie, day when gabapentin was not taken. Does not refer to days on placebo or days when gabapentin dose was unknown.
b   Indicates total days on gabapentin, including days off drug and days when dose was unknown.

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 183)

NEURONTIN CONFIDENTIAL

NDA21397_MISC_007_0225

### 3.9.5.    Primary and Secondary Efficacy Analyses: 2 Pivotal Studies of Neuropathic Pain Associated With Postherpetic Neuralgia

Gabapentin at doses of 1800 to 3600 mg/day administered TID provides clinically and statistically significant efficacy in the management of neuropathic pain associated with postherpetic neuralgia. Significant improvements in pain and sleep interference were present as early as Week 1 in Studies 945-211 and -295 when patients were receiving 900 or 1200 mg/day. Response increased with increasing dose across the 2 pivotal studies. Secondary efficacy measures support the neuropathic pain relief demonstrated by the primary endpoint. Gabapentin treatment improved QOL and mood.

### 3.9.5.1.    Primary Efficacy Analysis

### 3.9.5.1.1.    Analyses of Endpoint Mean Pain Score

As stated in the analysis methods (Section 3.9.2.5.4.1), residual plots were examined for each of the 2 pivotal studies. The residual plot for Study 945-211 was not normally distributed. Therefore, Study 945-211 used a nonparametric model while Study 945-295 used a parametric model. Results of the primary analyses are summarized in Table 19.

Gabapentin at doses of 1800 to 3600 mg/day was effective in relieving PHN pain as measured by endpoint mean pain scores (Table 19 and Figure 13). This effect was consistently demonstrated in both studies: Study 945-295 at 1800 and 2400 mg/day and Study 945-211 at 3600 mg/day (Figure 13).

NEURONTIN CONFIDENTIAL

Table 19.     Endpoint[a] Mean Pain Scores: Results of
Analysis of Covariance-ITT Population

| Study/Treatment Group | N | Raw Means | SE | p-value |
|---|---|---|---|---|
| **Study 945-211, PHN** | | | | |
| Placebo | 116 | 6.0 | 0.22 | |
| Gabapentin 3600 mg/day | 109 | 4.2 | 0.22 | 0.0001[b] |
| | | | | |
| **Study 945-295, PHN** | | | | |
| Placebo | 111 | 5.3 | 0.22 | |
| Gabapentin 1800 mg/day | 115 | 4.3 | 0.21 | <0.01[c] |
| Gabapentin 2400 mg/day | 108 | 4.2 | 0.20 | <0.01[c] |

SE = Standard Error; PHN = Postherpetic Neuralgia
[a]   Endpoint = Mean of last 7 available diary entries.
[b]   p-Values are from nonparametric analyses
[c]   ANCOVA are performed on percent change from baseline; p-values are
      adjusted by Dunnett's test.



Figure 13.     Endpoint Mean Pain Score by Gabapentin Dose and Pivotal Studies of
Neuropathic Pain Associated With Postherpetic Neuralgia

Because treatment effect sizes are not available for the studies using nonparametric

models, the same parametric model used in Study 945-295 was also used in

Study 945-211 to estimate treatment differences and their confidence intervals. The results are summarized in Table 20 and in Figure 14.

The magnitude of the placebo-corrected treatment effect on the endpoint mean pain score in the 2 pivotal studies ranged from -1.1 (Study 945-295, 1800 mg/day) to -1.7 (Study 945-211, 3600 mg/day).

Table 20. Estimated Treatment Difference Using Parametric Analyses

| Study/Treatment Group | Treatment Comparison (Gabapentin – Placebo) | |
| --- | --- | --- |
| | Difference | 95% CI |
| **Study 945-211, PHN** | | |
| Gabapentin 3600 mg/day | -1.665 | (-2.148, -1.183) |
| | | |
| **Study 945-295, PHN** | | |
| Gabapentin 1800 mg/day | -1.072 | (-1.594, -0.549) |
| Gabapentin 2400 mg/day | -1.175 | (-1.706, -0.644) |

PHN = Postherpetic Neuralgia.



Figure 14. Endpoint Mean Pain Score by Gabapentin (GBP) Dose and Pivotal Studies of Neuropathic Pain Associated With Postherpetic Neuralgia: Estimated Treatment Differences and 95% Confidence Intervals

#### 3.9.5.1.2.     Additional Analyses

Additional analyses of the primary efficacy parameter (responder rate and weekly mean pain scores) were also conducted and are displayed for each study in the following sections.

#### 3.9.5.1.2.1.     Proportion of Responders

The proportions of patients who had a ≥50% decrease in mean pain score from baseline to endpoint are shown in Table 21 and Figure 15. Statistically significant results were seen at the 3600-mg/day dose in Study 945-211 and at the 1800- and 2400-mg/day doses in Study 945-295. In both studies, the proportion of responders was more than twice that of placebo.

Table 21.     Results of Analysis of Responder Status: Pivotal Studies of Neuropathic Pain Associated with Postherpetic Neuralgia

| Study/Treatment Group | Number Assessed | Number (%) of Responders | | p-Value |
|---|---|---|---|---|
| **Study 945-211, PHN** | | | | |
| Placebo | 116 | 14 | (12.1) | |
| Gabapentin 3600 mg/day | 109 | 32 | (29.4) | 0.002 |
| | | | | |
| **Study 945-295, PHN** | | | | |
| Placebo | 111 | 16 | (14.4) | |
| Gabapentin 1800 mg/day | 115 | 37 | (32.2) | 0.001 |
| Gabapentin 2400 mg/day | 108 | 37 | (34.3) | 0.001 |

PHN = Postherpetic neuralgia.

NEURONTIN CONFIDENTIAL                                                NDA21397_MISC_007_0229

Neurontin® (gabapentin)                                                                 189



Figure 15.   Proportion of Responders (Patients With ≥50% Reduction in pAin Score)
             at Endpoint: Results of 2 Pivotal Studies of Neuropathic Pain Associated
             With Postherpetic Neuralgia (PHN)

In addition to the 50% responder criterion, other percentage responder criteria were
reviewed. In particular, cumulative distributions of the proportion of responders were
plotted to compare each dose of gabapentin with placebo. In Studies 945-211 and -295,
these displays showed a consistently numerically greater treatment effect for gabapentin-
treated patients than for placebo-treated patients.

### 3.9.5.1.2.2.    Weekly Mean Pain Score

Weekly mean pain scores were analyzed separately at each week in each study and are
displayed in Figure 16 and Figure 17. A significant treatment effect was present by
Week 1 in Studies 945-211 and -295, when patients were receiving 900 or 1200 mg/day
gabapentin. A significant treatment effect was maintained for the duration of both studies.



Figure 16. Weekly Mean Pain Scores (Observed Cases): Study 945-211 PHN



Figure 17. Weekly Mean Pain Scores (Observed Cases): Study 945-295 PHN

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 189)

### 3.9.5.1.3.    Population Subset Analyses

For each population characteristic of interest, Table 22 displays the number (and percentage) of patients in each subset. A total of 559 patients were included in the subset analyses.

Table 22.    Summary of Demographic Characteristics of Subgroup Analysis Populations From 2 Pivotal Studies of Neuropathic Pain Associated With Postherpetic Neuralgia

| Population Characteristic | Number (%) of Patients[a] | |
|---|---|---|
| **Gender** | | |
| Men | 256 | (45.8) |
| Women | 303 | (54.2) |
| Total | 559 | (100.0) |
| **Age Group (years)** | | |
| 18-64 | 109 | (19.5) |
| 65-74 | 171 | (30.6) |
| ≥75 | 279 | (49.9) |
| Total | 559 | (100.0) |
| **Race** | | |
| White | 204 | (36.5) |
| Black | 13 | (2.3) |
| Hispanic/Other | 8 | (1.4) |
| Not specified[b] | 334 | (59.7) |
| Total | 559 | (100.0) |

[a]   Number of patients with both baseline and endpoint mean pain scores in Study 945-211, and baseline mean pain scores in Study 945-295.
[b]   Study 945-295 did not collect race.

### 3.9.5.1.3.1.    Primary Efficacy by Gender

An ANCOVA model adjusted for study with baseline score as a covariate indicated that gabapentin efficacy was similar in men and women (Figure 18). A second ANCOVA model that included gender, treatment group, protocol, baseline pain, and treatment group-by-gender interaction indicated no interaction between gender and treatment group ($p = 0.9784$), supporting the finding that treatment effects in men and women were similar.



Figure 18.   Endpoint Mean Pain Score by Gabapentin (GBP) Dose and Gender:
             Treatment Differences and 95% Confidence Intervals

### 3.9.5.1.3.2.   Primary Efficacy by Age Group

An ANCOVA adjusted for study with baseline score as a covariate indicated greater
treatment effects in patients ≥75 years of age (Figure 19). A second ANCOVA model
that included age category, treatment group, protocol, baseline pain, and treatment group-
by-age category interaction indicated a statistically significant interaction between age
category and treatment group ($p < 0.01$), supporting the finding that there was a larger
treatment effect in patients ≥75 years. This larger treatment effect in patients ≥75 years is
consistent with the age-dependent changes observed in gabapentin pharmacokinetics.

Since gabapentin is almost exclusively eliminated by renal excretion, the larger treatment effect observed in patients ≥75 years is likely a consequence of increased gabapentin exposure for a given dose that results from an age-related decrease in renal function. However, other factors cannot be excluded.



Figure 19.    Endpoint Mean Pain Score by Gabapentin (GBP) Dose and Age Category: Treatment Differences and 95% Confidence Intervals

### 3.9.5.1.3.3.    Primary Efficacy by Race

Race was not collected in Study 945-295. Although the known number of nonwhite patients in Study 945-211 was small, gabapentin appeared to have comparable efficacy in all races. The gabapentin treatment effect was -1.6 points in white patients, -2.6 points in black patients, and -3.9 in patients of Hispanic and other races combined. The treatment effect was statistically significant for white and Hispanic/other races, but not for black patients, probably reflecting the small number of black patients.

An ANCOVA that included race, treatment group, protocol, baseline pain, and treatment group-by-race interaction was used to formally test whether the gabapentin treatment effect was consistent in each race. The ANCOVA results indicate that there was no interaction between treatment group and race ($p = 0.282$), indicating that the treatment effects were similar in white and nonwhite patients.

### 3.9.5.2.    Secondary Efficacy Results: Supporting Efficacy for the 2 Pivotal Studies of Neuropathic Pain Associated With Postherpetic Neuralgia

The results of secondary efficacy parameters at endpoint for the 2 pivotal studies supporting efficacy are summarized for sleep interference, SF-McGill, and global impressions of change.

### 3.9.5.2.1.    Sleep Interference

Gabapentin at doses of 1800 mg/day (Study 945-295), 2400 mg/day (Study 945-295), and 3600 mg/day (Study 945-211) was effective in reducing sleep interference due to PHN as measured by endpoint mean sleep interference scores (Table 23). The effect on sleep interference was seen at Week 1 (when patients were receiving 900 or 1200 mg/day) and was maintained to the end of each study (Figure 20 and Figure 21).

Table 23.    Endpoint[a] ANCOVA Analysis of Mean Sleep Interference: Supporting
Efficacy in 2 Pivotal Studies of Neuropathic Pain Associated With
Postherpetic Neuralgia

| Study/Treatment Group | N | Least Square Means[b] | SE | Treatment Comparison (Gabapentin - Placebo) | | |
|---|---|---|---|---|---|---|
| | | | | Difference | 95% CI | p-Value |
| **Study 945-211, PHN** | | | | | | |
| Placebo | 116 | 3.6 | 0.20 | | | |
| Gabapentin 3600 mg/day | 109 | 2.2 | 0.21 | [c] | [c] | 0.0001[c] |
| | | | | | | |
| **Study 945-295, PHN** | | | | | | |
| Placebo | 111 | 3.25 | | | | |
| Gabapentin 1800 mg/day | 115 | 2.34 | -- | -0.914 | (-0.4, -1.4) | 0.0002[d] |
| Gabapentin 2400 mg/day | 108 | 2.10 | -- | -1.147 | (-0.7, -1.6) | 0.0001[d] |

PHN = Postherpetic Neuralgia; SE = Standard Error; CI = Confidence Interval; -- = Not calculated.
[a]    Endpoint = Mean of last 7 available diary entries.
[b]    Least squares means are adjusted for baseline score and center, except for 945-211, where they were
       also adjusted for the treatment group by center interaction.
[c]    p-Value is from a nonparametric analysis and treatment effect sizes were not estimated.
[d]    ANCOVA are performed on percent change from baseline.



Figure 20. Weekly Mean Sleep Interference (Observed Cases): Study 945-211 PHN



Figure 21. Weekly Mean Sleep Interference (Observed Cases): Study 945-295 PHN

### 3.9.5.2.2.    Short-Form McGill Pain Questionnaire

### 3.9.5.2.2.1.    VAS and PPI Analyses

In contrast to the endpoint mean pain score, which is the average of the last 7 daily diary scores, the endpoint VAS asks the patients to provide a rating of their pain over the last week in the study. Results of this SF-MPQ VAS pain analysis (Table 24) supported the primary endpoint mean pain score analysis, with statistical significance shown for gabapentin 2400 and 3600 mg/day and marginal significance shown for 1800 mg/day.

Neurontin® (gabapentin)

Table 24.     Mean Endpoint[a] VAS Scores for SF-McGill Pain Questionnaire

| Study/ Treatment Group | N | Mean | SE | p-Value[b] |
|---|---|---|---|---|
| **Study 945-211, PHN** | | | | |
| Placebo | 113 | 60.6 | 2.31 | |
| Gabapentin 3600 mg/day | 106 | 42.6 | 2.33 | 0.0001 |
| | | | | |
| **Study 945-295, PHN** | | | | |
| Placebo | 105 | 54 | 2.54 | |
| Gabapentin 1800 mg/day | 106 | 47 | 2.72 | 0.0627 |
| Gabapentin 2400 mg/day | 97 | 46 | 2.54 | 0.0123 |

VAS = Visual Analog Scale; PHN = Postherpetic Neuralgia; SE = Standard Error.
[a]   Endpoint = Last observation after randomization.
[b]   Results of Analysis of Covariance

In contrast to the endpoint mean pain score, which is the average of the last 7 daily diary scores, PPI provides a rating of overall pain intensity at the time the questionnaire is administered. Gabapentin at 3600 mg/day in Study 945-211 was superior to placebo in improving endpoint PPI scores (Table 25). No other doses of gabapentin demonstrated statistical significance in endpoint PPI scores.

Table 25.     Mean Endpoint[a] PPI Scores for SF-McGill Pain Questionnaire

| Study/ Treatment Group | N | Mean | SE | p-Value[b] |
|---|---|---|---|---|
| **Study 945-211, PHN** | | | | |
| Placebo | 116 | 2.0 | 0.11 | |
| Gabapentin 3600 mg/day | 109 | 1.6 | 0.11 | 0.0008 |
| | | | | |
| **Study 945-295, PHN** | | | | |
| Placebo | 106 | 2.0 | 0.13 | |
| Gabapentin 1800 mg/day | 106 | 1.9 | 0.11 | 0.5118 |
| Gabapentin 2400 mg/day | 97 | 1.9 | 0.12 | 0.2228 |

PPI = Present Pain Intensity; PHN = Postherpetic Neuralgia; SE = Standard Error.
[a]   Endpoint = Last observation after randomization.
[b]   Results of Analysis of Covariance.

NEURONTIN CONFIDENTIAL

Neurontin® (gabapentin)                                                              198

### 3.9.5.2.2.    Pain Descriptors

Pain descriptor data for Studies 945-211 and -295 were analyzed with ANCOVA
performed on the sensory, affective, and total scores.

### 3.9.5.2.2.1.    Sensory Scores

Gabapentin at doses of 1800 mg/day (Study 945-295), 2400 mg/day (Study 945-295), and
3600 mg/day (Study 945-211) was effective in improving SF-MPQ sensory scores
(Table 26). The comparisons against placebo were significant for all doses of gabapentin.

Table 26.    Mean Endpoint[a] Sensory Scores for the
SF-McGill Pain Questionnaire

| Study/Treatment Group | N | Mean | SE | p-Value[b] |
|---|---|---|---|---|
| **Study 945-211, PHN** | | | | |
| Placebo | 110 | 13.0 | 0.76 | |
| Gabapentin 3600 mg/day | 104 | 9.3 | 0.70 | 0.0001 |
| | | | | |
| **Study 945-295, PHN** | | | | |
| Placebo | 106 | 10.6 | 0.67 | |
| Gabapentin 1800 mg/day | 105 | 9.4 | 0.63 | 0.0483 |
| Gabapentin 2400 mg/day | 95 | 9.7 | 0.65 | 0.0198 |

PHN = Postherpetic Neuralgia; SE = Standard Error.
[a]    Endpoint = Last observation after randomization.
[b]    Results of Analysis of Covariance

### 3.9.5.2.2.2.    Affective Scores

Gabapentin at a dose of 3600 mg/day was effective in improving patients' SF-MPQ
affective scores in Study 945-211 ($p = 0.0001$) (Table 27). Comparisons between placebo
and gabapentin 1800 and 2400 mg/day were not significant in Study 945-295.

Table 27.   Mean Endpoint[a] Affective Scores for the
SF-McGill Pain Questionnaire

| Study/Treatment Group | N | Mean | SE | p-Value[b] |
|---|---|---|---|---|
| **Study 945-211, PHN** | | | | |
| Placebo | 110 | 3.8 | 0.34 | |
| Gabapentin 3600 mg/day | 104 | 2.0 | 0.26 | 0.0001 |
| | | | | |
| **Study 945-295, PHN** | | | | |
| Placebo | 106 | 3.0 | 0.32 | |
| Gabapentin 1800 mg/day | 105 | 2.4 | 0.28 | 0.0911 |
| Gabapentin 2400 mg/day | 95 | 2.7 | 0.28 | 0.1326 |

PHN = Postherpetic Neuralgia; SE = Standard Error.
[a]   Endpoint = Last observation after randomization.
[b]   Results of Analysis of Covariance

### 3.9.5.2.2.2.3.    Total Scores

Gabapentin at doses of 1800 mg/day (Study 945-295), 2400 mg/day (Study 945-295), and 3600 mg/day (Study 945-211) was consistently effective in improving patients' SF-MPQ total score (Table 28).

Table 28.   Mean Endpoint[a] Total Scores for the Short-
Form McGill Pain Questionnaire

| Study/Treatment Group | N | Mean | SE | p-Value[b] |
|---|---|---|---|---|
| **Study 945-211, PHN** | | | | |
| Placebo | 110 | 16.8 | 1.03 | |
| Gabapentin 3600 mg/day | 104 | 11.4 | 0.91 | 0.0001 |
| | | | | |
| **Study 945-295, PHN** | | | | |
| Placebo | 106 | 13.7 | 0.92 | |
| Gabapentin 1800 mg/day | 105 | 11.9 | 0.86 | 0.0396 |
| Gabapentin 2400 mg/day | 95 | 12.5 | 0.85 | 0.0185 |

PHN = Postherpetic Neuralgia; SE = Standard Error.
[a]   Endpoint = Last observation after randomization.
[b]   Results of Analysis of Covariance

### 3.9.5.2.3.    Global Impressions of Change

The PGIC (Table 29) and CGIC (Table 30) mean scores for patients receiving gabapentin at doses of 1800 mg/day (Study 945-295), 2400 mg/day (Study 945-295), and 3600 mg/day (Study 945-211) were significantly better than those of the placebo group.

Neurontin® (gabapentin)

For graphic presentation, the change categories of very much improved and much improved were collapsed into the group "improved", while minimally worse, much worse, and very much worse were collapsed into the group of "worse." The proportion of patients showing very much improved or much improved accounted for the differences between the gabapentin and placebo groups (Figure 22 and Figure 23). Few gabapentin-treated patients rated themselves or were rated by the clinicians as minimally worse, much worse, or very much worse (Table 29 and Table 30).

Table 29.    PGIC Descriptive Statistics: Pivotal Studies Supporting Efficacy

| Patient Status | Study 945-211 PHN | | Study 945-295 PHN | | |
| --- | --- | --- | --- | --- | --- |
| | Placebo N = 103 | Gabapentin 3600 mg/day N = 94 | Placebo N = 105 | Gabapentin 1800 mg/day N = 107 | Gabapentin 2400 mg/day N = 98 |
| | n (%) | n (%) | n (%) | n (%) | n (%) |
| Very Much Improved | 6   (5.8) | 21   (22.3) | 7   (6.7) | 18   (16.8) | 12   (12.2) |
| Much Improved | 8   (7.8) | 26   (27.7) | 17   (16.2) | 26   (24.3) | 30   (30.6) |
| Minimally Improved | 9   (8.7) | 19   (20.2) | 23   (21.9) | 22   (20.6) | 21   (21.4) |
| No Change | 69   (67.0) | 25   (26.6) | 45   (42.9) | 34   (31.8) | 27   (27.6) |
| Minimally Worse | 6   (5.8) | 3   (3.2) | 7   (6.7) | 3   (2.8) | 3   (3.1) |
| Much Worse | 5   (4.9) | 0   (0.0) | 3   (2.9) | 3   (2.8) | 5   (5.1) |
| Very Much Worse | 0   (0.0) | 0   (0.0) | 3   (2.9) | 1   (0.9) | 0   (0.0) |
| Mean[a] (SD) | 3.7   (1.1) | 2.6 (1.2) | 3.5   (1.3) | 2.9   (1.3) | 2.9   (1.3) |
| p-Value[b] | | 0.0001 | | 0.003 | 0.005 |

PGIC = Patient Global Impression of Change; PHN = Postherpetic Neuralgia; SD = Standard Deviation.

[a]    Based on 1 = Very much improved; 2 = Much improved; 3 = Minimally improved; 4 = No change; 5 = Minimally worse; 6 = Much worse; 7 = Very much worse.

[b]    Difference between scores for gabapentin and placebo

Neurontin® (gabapentin)



☐ Improved ▨ No Change ■ Worse

Figure 22. Patient Global Impression of Change

Table 30.    CGIC Descriptive Statistics: Pivotal Neuropathic Pain Studies Supporting Efficacy

| Patient Status | Study 945-211 PHN | | Study 945-295 PHN | | |
| | Placebo N = 103 | Gabapentin 3600 mg/day N = 94 | Placebo N = 107 | Gabapentin 1800 mg/day N = 108 | Gabapentin 2400 mg/day N = 103 |
| | n (%) | n (%) | n (%) | n (%) | n (%) |
| Very Much Improved | 3 (2.9) | 17 (18.1) | 6 (5.6) | 14 (13.0) | 12 (11.7) |
| Much Improved | 12 (11.7) | 26 (27.7) | 14 (13.1) | 34 (31.5) | 33 (32.0) |
| Minimally Improved | 7 (6.8) | 19 (20.2) | 30 (28.0) | 16 (14.8) | 26 (25.2) |
| No Change | 71 (68.9) | 29 (30.9) | 46 (43.0) | 37 (34.3) | 25 (24.3) |
| Minimally Worse | 8 (7.8) | 2 (2.1) | 8 (7.5) | 5 (4.6) | 4 (3.9) |
| Much Worse | 2 (1.9) | 0 (0.0) | 3 (2.8) | 1 (0.9) | 3 (2.9) |
| Very Much Worse | 0 (0.0) | 1 (1.1) | 0 (0.0) | 1 (0.9) | 0 (0.0) |
| Mean[a] (SD) | 3.7 (0.9) | 2.8 (1.2) | 3.4 (1.1) | 2.9 (1.3) | 2.9 (1.2) |
| p-Value[b] | 0.0001 | | 0.002 | 0.001 | |

CGIC = Clinical Global Impression of Change; PHN = Postherpetic Neuralgia; SD = Standard Deviation.

[a]   Based on 1 = Very much improved; 2 = Much improved; 3 = Minimally improved; 4 = No change; 5 = Minimally worse; 6 = Much worse; 7 = Very much worse.

[b]   Difference between scores for gabapentin and placebo

Neurontin® (gabapentin)                                                                                  202



Figure 23. Clinical Global Impression of Change

### 3.9.5.2.4.    Quality of Life/Mood

For the purpose of measuring clinically important changes in patients' health status in
response to treatment, the Medical Outcomes Study SF-36 Health Survey was used in
both pivotal studies. The POMS was also used in Study 945-211. Results from analyses
of the subscales from these instruments for the 2 pivotal studies are briefly summarized in
Table 31.

Gabapentin treatment improved QOL measurements in both studies with significant
improvement in the domains of bodily pain, mental health, and vitality. Gabapentin
treatment improved mood in Study 945-211 with significant improvement in the
Depression-Dejection, Anger-Hostility, Fatigue-Inertia, and Confusion-Bewilderment
domains as well as the Total Mood Disturbance score.

| Table 31. | Summary of Quality of Life/Mood States Results: Pivotal Studies Supporting Efficacy | |
|---|---|---|
| Instrument/ | Pivotal Studies | |
| Subscale | 945-211 PHN | 945-295 PHN |
| | Gabapentin Dose Achieving Significance From Placebo, mg/day | |
| **SF-36 HS** | | |
| Physical Functioning | 3600 | -- |
| Physical Problems | 3600 | -- |
| Social Functioning | -- | -- |
| Bodily Pain | 3600 | 1800 |
| Mental Health | 3600 | 1800 |
| Emotional Problems | -- | -- |
| Vitality | 3600 | 1800, 2400 |
| General Health Perception | -- | -- |
| **POMS** | | |
| Tension-Anxiety | -- | NA |
| Depression-Dejection | 3600 | NA |
| Anger-Hostility | 3600 | NA |
| Vigor-Activity | -- | NA |
| Fatigue-Inertia | 3600 | NA |
| Confusion-Bewilderment | 3600 | NA |
| **Total Mood Disturbance** | 3600 | NA |

NA = Not Used; -- = No significance found; PHN = Postherpetic Neuralgia;
SF-36 HS = SF-36 Health Survey; POMS = Profile of Mood States.

### 3.9.5.3.    Efficacy Conclusions: 2 Pivotal Studies in Neuropathic Pain Associated With Postherpetic Neuralgia

- Gabapentin doses of 1800 to 3600 mg/day administered TID provide clinically and statistically significant efficacy for the management of neuropathic pain associated with postherpetic neuralgia;

- Significant efficacy is evident as early as Week 1, when patients were receiving 900 or 1200 mg/day. The treatment effect is maintained throughout treatment;

- Efficacy is similar among the population subsets of gender and race; however, patients 75 years of age and older had a larger treatment effect than younger patients. This is likely a consequence of increased gabapentin exposure for a given dose that results from an age-related decrease in renal function, although other factors cannot be excluded;

- Gabapentin at doses of 1800 to 3600 mg/day administered TID provides statistically significant reduction in sleep interference from neuropathic pain associated with postherpetic neuralgia;

- Significant reduction in sleep interference from neuropathic pain associated with postherpetic neuralgia is evident as early as Week 1, when patients were receiving 900 or 1200 mg/day. The treatment effect is maintained throughout double-blind treatment;

- Gabapentin treatment at 1800 through 3600 mg/day improves endpoint SF-MPQ VAS scores;

- Gabapentin treatment at 3600 mg/day improves endpoint SF-MPQ PPI scores;

- Gabapentin treatment improves the sensory, affective, and total scores derived from the SF-MPQ;

- Significant improvements in global assessments completed by clinicians (CGIC) or the patients themselves (PGIC) accompany the pain relief with gabapentin;

- Gabapentin treatment improves QOL measurements in both studies with significant improvement in the domains of bodily pain, mental health, and vitality across the studies; and

- Gabapentin treatment at 3600 mg/day is associated with significant improvement in Depression-Dejection, Anger-Hostility, Fatigue-Inertia, and Confusion-Bewilderment domains as well as the Total Mood Disturbance score of the POMS.

### 3.9.6.   Results of Supportive Efficacy Analyses: Subgroup of Patients With Neuropathic Pain Associated With Postherpetic Neuralgia in Study 945-306

Study 945-306 was a double-blind, placebo-controlled, multicenter study of gabapentin in the management of neuropathic pain resulting from various etiologies such as complex regional pain syndrome, phantom limb, postmastectomy, postlaminectomy, postinguinal-hernia repair, thoracotomy, trigeminal neuralgia, or diabetic peripheral neuropathy, in addition to PHN. A total of 305 patients were included in the ITT population. The primary and secondary efficacy analyses conducted with all ITT patients showed statistically significant reductions in pain. The following summarizes patient characteristics, disposition, and efficacy results (endpoint mean pain and weekly mean pain) for the 43 patients from the study with PHN.

### 3.9.6.1.    Patient Characteristics

A total of 43 patients (23 gabapentin, 20 placebo) with PHN were included in
Study 945-306. Baseline characteristics are summarized in Table 32. Demographics (age
and gender) and baseline mean pain score are similar to those of the patient
characteristics for the 2 pivotal studies in neuropathic pain associated with PHN.

Table 32. Patient Characteristics, ITT Population: Study 945-306

|  | Placebo N = 20 | | GBP 2400 N = 23 | | All Patients N = 43 | |
|---|---|---|---|---|---|---|
| **Gender, n (%)** | | | | | | |
| Men | 11 | (55.0) | 7 | (30.4) | 18 | (41.9) |
| Women | 9 | (45.0) | 16 | (69.6) | 25 | (58.1) |
| Postmenopausal | 9 | (100.0) | 16 | (100.0) | 25 | (100.0) |
| | | | | | | |
| **Race, n (%)** | | | | | | |
| Not Specified | 20 | (100.0) | 23 | (100.0) | 43 | (100.0) |
| | | | | | | |
| **Age (Years)** | | | | | | |
| Mean | 70.950 | | 69.913 | | 70.395 | |
| (SD) | 11.821 | | 13.246 | | 12.465 | |
| Median | 72 | | 73 | | 72 | |
| Min, Max | 47, 86 | | 25, 88 | | 25, 88 | |
| | | | | | | |
| **Age Categories, n (%)** | | | | | | |
| 18 to 64 Years | 5 | (25.0) | 6 | (26.1) | 11 | (25.6) |
| 65 to 74 Years | 7 | (35.0) | 6 | (26.1) | 13 | (30.2) |
| 75 or greater Years | 8 | (40.0) | 11 | (47.8) | 19 | (44.2) |
| | | | | | | |
| **Baseline Mean Pain Score** | | | | | | |
| Mean | 7.433 | | 6.998 | | 7.200 | |
| (SD) | 2.086 | | 1.826 | | 1.940 | |
| Median | 7.286 | | 7.429 | | 7.429 | |
| Min, Max | 4, 10 | | 3.6, 10 | | 3.6, 10 | |

ITT = Intent-to-treat; GBP = Gabapentin; SD = Standard deviation.

### 3.9.6.2.    Dosages Achieved During Double-Blind

In the subgroup of PHN patients from Study 945-306, the target dose of gabapentin was
2400 mg/day; however, patients could remain at 900 or 1800 mg/day gabapentin if, in the
opinion of the investigator, their mean pain scores were decreased by at least 50% from
baseline. The percentage of patients achieving the target dose of gabapentin at any time
or at the end of the study was 35%. The percentage of patients achieving a gabapentin

dose of approximately 900 or 1800 mg/day was 39% and 22%, respectively (Table 33
and Table 34).

207

Neuront (gabapentin)

Table 33.    Summary of ITT Patients by Highest Gabapentin Dose Achieved at Anytime During Study 945-306

| Study, Randomized Dose | N | Gabapentin Dose Range (mg/day) | | | | | |
|---|---|---|---|---|---|---|---|
| | | >0 to ≤300 | >300 to ≤600 | >600 to ≤900 | >900 to ≤1200 | >1200 to ≤1800 | >1800 to ≤2400 |
| 945-306, 2400 mg/day | 23 | 0 (0.0) | 0 (0.0) | 9 (39.1) | 0 (0.0) | 5 (21.7) | 8 (34.8) |

ITT = Intent-to-Treat.

Table 34. Summary of ITT Patients by Gabapentin Dose at End of Study[a] in Study 945-306

| Study, Randomized Dose | N | Gabapentin Dose Range (mg/day) | | | | | |
|---|---|---|---|---|---|---|---|
| | | >0 to ≤300 | >300 to ≤600 | >600 to ≤900 | >900 to ≤1200 | >1200 to ≤1800 | >1800 to ≤2400 |
| 945-306, 2400 mg/day | 23 | 0 (0.0) | 0 (0.0) | 9 (39.1) | 0 (0.0) | 5 (21.7) | 8 (34.8) |

ITT = Intent-to-Treat.
[a] Highest dose during the last 7 days of treatment; Last day is the last day included in the endpoint mean pain score calculation.

NDA 21-397 Vol 001

NEURONTIN CONFIDENTIAL

### 3.9.6.3.    Efficacy Analyses

### 3.9.6.3.1.    Analyses of Endpoint Mean Pain Score

Gabapentin treatment was effective (p-value = 0.0124) in relieving PHN as measured by endpoint mean pain scores (Table 35). The treatment effect in the subgroup of patients with PHN is larger (-1.6) than the overall treatment effect in all patients in this study (-0.5).

Table 35. Endpoint Mean Pain Scores: Results of Analysis of Covariance-ITT Population

| Neuropathic Pain Syndrome | Treatment | N | Least Square Means | SE | Treatment Comparison (Gabapentin – Placebo) | | |
|---|---|---|---|---|---|---|---|
| | | | | | Difference | 95% CI | p-Value[a] |
| **Study 945-306 PHN** | | | | | | | |
| All Patients | Placebo | 148 | 6.19 | 0.19 | | | |
| | GBP 2400 | 150 | 5.69 | 0.18 | -0.498 | (-1.011, +0.016) | 0.0482 |
| PHN | Placebo | 19 | 5.48 | 0.49 | | | |
| | GBP 2400 | 23 | 3.85 | 0.46 | -1.637 | (-2.833, -0.440) | 0.0124 |

PHN = Postherpetic Neuralgia; SE = Standard Error; CI = Confidence Interval.
[a] p-value used ranked endpoint scores and unranked baseline scores in order to be consistent with what was done in the research report.

### 3.9.6.3.2.    Weekly Mean Pain Score

Weekly mean pain scores were analyzed separately at each week for the subgroup of patients with PHN in Study 945-306 and are displayed in Figure 24. A significant treatment effect was present by Week 1 when patients were receiving 900 mg/day. A significant treatment effect was maintained for the duration of the study.

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 207)                                                        NDA 21-397  Vol  001

NEURONTIN CONFIDENTIAL                                          NDA21397_MISC_007_0249