### 3.9.10.6.   Adverse Events of Interest and Ambiguous Preferred Terms

### 3.9.10.6.1.   Adverse Events of Interest

Table 56 and Table 57 summarize a number of relevant clinical parameters to assess and evaluate dizziness, somnolence, peripheral edema, and ataxia. These events were selected due to their frequency of occurrence, as well as for their potential clinical importance in this patient population.

### 3.9.10.6.1.1.   All Controlled Neuropathic Pain Studies

Dizziness, somnolence, and ataxia began early during gabapentin treatment at low doses (Table 56); however, most patients continued to titrate towards their target dose. In contrast, peripheral edema tended to begin later in treatment at doses of 1800 mg/day or greater. Most of these events were mild to moderate in intensity, and none were considered serious. Most patients recovered before the end of the study.

Of the patients with dizziness, somnolence, ataxia, and peripheral edema, 21%, 20%, 16%, and 5% withdrew due to those events, respectively. However, these percentages include patients who may have withdrawn due to multiple adverse events (in addition to dizziness, somnolence, ataxia, and peripheral edema).

Additional information on peripheral edema and ataxia is given in Section 3.9.10.6.1.3.

NEURONTIN CONFIDENTIAL

Neurontin® (gabapentin)                                                                                 260

Table 56.    Overview of Relevant Clinical Parameters Related to Adverse Events of Dizziness, Somnolence, Peripheral Edema, and Ataxia in All 5 Controlled Neuropathic Pain Studies (N = 820 Gabapentin-Treated Patients)

| | Dizziness[b] | | Somnolence[b] | | Peripheral Edema | | Ataxia[c] | |
|---|---|---|---|---|---|---|---|---|
| **Median Time to Onset** | 4.0 days | | 5.0 days | | 22.0 days | | 9.0 days | |
| **Median Duration**[a] | 6.0 days | | 16.0 days | | 17.0 days | | 26.0 days | |
| **Number of Patients with AE** | 168 | | 132 | | 43 | | 19 | |
| **By Treatment Group** | | | | | | | | |
| 600 mg/day | 7 | (4.2) | 4 | (3.0) | 4 | (9.3) | 1 | (5.3) |
| 1200 mg/day | 4 | (2.4) | 3 | (2.3) | 1 | (2.3) | 1 | (5.3) |
| 1800 mg/day | 33 | (19.6) | 20 | (15.2) | 5 | (11.6) | 1 | (5.3) |
| 2400 mg/day | 77 | (45.8) | 54 | (40.9) | 18 | (41.9) | 4 | (21.1) |
| 3600 mg/day | 47 | (28.0) | 51 | (38.6) | 15 | (34.9) | 12 | (63.2) |
| **Dose at Onset** | | | | | | | | |
| 1 to 600 mg/day | 64 | (38.1) | 47 | (35.6) | 7 | (16.3) | 7 | (36.8) |
| 601 to 1200 mg/day | 50 | (29.8) | 31 | (23.5) | 3 | (7.0) | 3 | (15.8) |
| 1201 to 1800 mg/day | 33 | (19.6) | 27 | (20.5) | 13 | (30.2) | 4 | (21.1) |
| 1801 to 2400 mg/day | 15 | (8.9) | 15 | (11.4) | 11 | (25.6) | 1 | (5.3) |
| 2401 to 3600 mg/day | 5 | (3.0) | 11 | (8.3) | 9 | (20.9) | 3 | (15.8) |
| **Clinical Outcome** | | | | | | | | |
| Not Yet Recovered | 47 | (28.0) | 42 | (31.8) | 20 | (46.5) | 7 | (36.8) |
| Recovered | 120 | (71.4) | 88 | (66.7) | 22 | (51.2) | 12 | (63.2) |
| Unknown | 1 | (0.5) | 2 | (1.5) | 0 | (0.0) | 0 | (0.0) |
| Died, Other Causes | 0 | (0.0) | 0 | (0.0) | 1 | (2.3) | 0 | (0.0) |
| **Severe in Intensity** | 24 | (14.3) | 16 | (12.1) | 0 | (0.0) | 2 | (10.5) |
| **Serious AE** | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) |
| **Withdrew Due to AE** | 36 | (21.4) | 26 | (19.7) | 2 | (4.7) | 3 | (15.8) |

AE = Adverse Event.
[a]   Only patients who completed the controlled studies and had a stop date recorded.
[b]   One adverse event occurred while the patient was on zero dose of study medication.
[c]   One adverse event of ataxia occurred for which dose at onset is unknown.

### 3.9.10.6.1.2.   2 Pivotal Studies of Neuropathic Pain Associated With Postherpetic Neuralgia

Dizziness, somnolence, and ataxia began early during gabapentin treatment at low doses (Table 57); however, most patients continued to titrate towards their target dose. In contrast, peripheral edema tended to begin later in treatment at doses of 1800 mg/day or greater. Most of these events were mild to moderate in intensity, and none were considered serious. Most of the patients recovered before the end of the study.

Of the patients with dizziness, somnolence, ataxia, and peripheral edema, 22%, 22%, 18%, and 4% withdrew due to those events, respectively. However, these percentages include patients who may have withdrawn due to multiple adverse events (in addition to dizziness, somnolence, ataxia, and peripheral edema).

Additional information on peripheral edema and ataxia is given in Section 3.9.10.6.1.3.

Table 57.   Overview of Relevant Clinical Parameters Related to Adverse Events of Dizziness, Somnolence, Peripheral Edema, and Ataxia in 2 Pivotal Studies of Neuropathic Pain Associated With Postherpetic Neuralgia (N = 336 Gabapentin-Treated Patients)

| | Dizziness | | Somnolence | | Peripheral Edema | | Ataxia | |
|---|---|---|---|---|---|---|---|---|
| **Median Time to Onset** | 4.0 days | | 4.0 days | | 20.5 days | | 7.0 days | |
| **Median Duration**[a] | 6.0 days | | 13.5 days | | 17.0 days | | 20.0 days | |
| **Number of Patients with AE** | **94** | | **72** | | **28** | | **11** | |
| By Treatment Group | | | | | | | | |
| 1800 mg/day | 33 | (35.1) | 20 | (27.8) | 5 | (17.9) | 1 | (9.1) |
| 2400 mg/day | 35 | (37.2) | 21 | (29.2) | 12 | (42.9) | 2 | (18.2) |
| 3600 mg/day | 26 | (27.7) | 31 | (43.0) | 11 | (39.3) | 8 | (72.7) |
| Dose at Onset | | | | | | | | |
| 1 to 600 mg/day | 34 | (36.2) | 29 | (40.3) | 1 | (3.6) | 6 | (54.5) |
| 601 to 1200 mg/day | 28 | (29.8) | 17 | (23.6) | 3 | (10.7) | 1 | (9.1) |
| 1201 to 1800 mg/day | 21 | (22.3) | 17 | (23.6) | 9 | (32.1) | 3 | (27.3) |
| 1801 to 2400 mg/day | 7 | (7.4) | 3 | (4.2) | 10 | (35.7) | 0 | (0.0) |
| 2401 to 3600 mg/day | 4 | (4.3) | 6 | (8.3) | 5 | (17.9) | 1 | (9.1) |
| Clinical Outcome | | | | | | | | |
| Not Yet Recovered | 26 | (27.7) | 20 | (28.8) | 13 | (46.4) | 4 | (36.4) |
| Recovered | 68 | (72.3) | 50 | (69.4) | 14 | (50.0) | 7 | (63.6) |
| Unknown | 0 | (0.0) | 2 | (2.8) | 0 | (0.0) | 0 | (0.0) |
| Died, Other Causes | 0 | (0.0) | 0 | (0.0) | 1 | (3.6) | 0 | (0.0) |
| **Severe in Intensity** | 14 | (14.9) | 11 | (15.3) | 0 | (0.0) | 1 | (9.1) |
| **Serious AE** | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) | 0 | (0.0) |
| **Withdrew Due to AE**[b] | 21 | (22.3) | 16 | (22.2) | 1 | (3.6) | 2 | (18.2) |

AE = Adverse Event.
[a]   Only patients who completed the controlled studies and had a stop date recorded.
[b]   Patients may have withdrawn due to multiple adverse events.

### 3.9.10.6.1.3.   Additional Information

**Peripheral Edema:** For all controlled neuropathic pain studies (N = 1357 total patients), peripheral edema occurred in 43 (5.2%) gabapentin-treated patients and 15 (2.8%)

Neurontin® (gabapentin)                                                                              262

placebo-treated patients. While the incidence of peripheral edema tended to increase with dose, the difference from placebo was significant only at 3600 mg/day (Table 47). All cases of peripheral edema were mild to moderate in intensity. Peripheral edema resolved prior to the end of treatment in 22 of 43 (51%) gabapentin-treated patients and 9 of 15 (60%) placebo-treated patients. Nine of the 43 gabapentin-treated patients with peripheral edema received diuretics as a result of the edema. The overall incidence of peripheral edema for gabapentin-treated patients 18 to 64, 65 to 74, and ≥75 years of age was 3%, 5%, and 9%, respectively

Three placebo-treated patients and 2 gabapentin-treated patients withdrew as a result of peripheral edema. None of these cases were serious. In addition, 1 gabapentin-treated patient in Study 945-295 had peripheral edema that was classified as a non-TESS event.

In the 2 pivotal studies (N = 563 total patients), peripheral edema occurred in 28 (8.3%) gabapentin-treated patients and 5 (2.2%) placebo-treated patients. The incidence is higher than in the currently approved labeling for the indication of add-on epilepsy (1.7% for gabapentin and 0.5% for placebo). As noted above, 1 gabapentin-treated patient in Study 945-295 had peripheral edema that was classified as a non-TESS event.

The incidence of peripheral edema tended to increase with dose. All cases of peripheral edema were mild to moderate in intensity. Peripheral edema resolved prior to the end of treatment in 14 of 28 (50%) gabapentin-treated patients and 6 of 6 (100%) placebo-treated patients. Four of the gabapentin-treated patients with peripheral edema received diuretics as a result of the edema. The overall incidence of peripheral edema increased with age for patients treated with gabapentin; the incidence in patients 18 to 64, 65 to 74, and ≥75 years of age was 2%, 9%, and 11%, respectively. Peripheral edema, when placebo-corrected, occurred with a higher frequency in women (8.4%) than men (3.5%).

Two placebo-treated patients and 1 gabapentin-treated patient withdrew as a result of peripheral edema. None of these cases was serious. Two gabapentin-treated patients with peripheral edema experienced cardiovascular-related adverse events (blood pressure fluctuations [history of hypertension] and mild palpitations [history of hypertension but no other cardiovascular events]). Neither of these cardiovascular events was serious or considered related to study medication.

Two gabapentin-treated patients with peripheral edema also reported weight gain as an adverse event. One additional gabapentin-treated patient who experienced peripheral edema had a measured weight gain of ≥7% but no adverse event of weight gain. There was no clear temporal relationship between these events.

**Ataxia:** Investigator terms for ataxia included terms such as unsteady balance, unbalanced feeling, slight loss of coordination, and gait instability.

For all controlled neuropathic pain studies (N = 1357 total patients), patients treated with gabapentin had a higher rate of ataxia overall (2%) compared with patients who received placebo (0%). Patients who were randomly assigned to 3600 mg/day gabapentin treatment group had the highest rate of ataxia (6%); however, over half of the cases began at doses ≤600 mg/day. Most events were mild to moderate in intensity and none were serious. None of these patients had a concurrent episode of accidental injury. Three gabapentin-treated patients (0.4%) withdrew due to ataxia. No additional patients experienced ataxia during the open-label phase of Study 945-224.

In the 2 pivotal studies (N = 563 total patients), patients treated with gabapentin had a higher rate of ataxia (3%) compared with patients who received placebo (0%). Patients who were randomly assigned to receive 3600 mg/day gabapentin had the highest rate of ataxia (7%); however, 91% of all gabapentin-treated patients with ataxia first experienced this event by 1800 mg/day. One of the 2 gabapentin-treated patients who withdrew due to ataxia also had dizziness as a reason for withdrawal.

### 3.9.10.6.2.    Adverse Events With Ambiguous Terms

**Accidental Injury:** Accidental injury is the preferred term for a variety of events that primarily referred to falls and sprains.

For all controlled neuropathic pain studies (N = 1357 total patients), the incidence of accidental injury among all gabapentin-treated patients (3%) was the same in placebo-treated patients (3%). Most events were mild to moderate in intensity. Four gabapentin-treated patients had serious adverse events of accidental injury (ankle fracture, scaphoid fracture, fractured ankle, and fall with loss of consciousness). Review of the accidental injury cases for possible association with dizziness, somnolence, syncope, ataxia, or gait disturbance showed that 9 of 30 patients (30%) had any of these

events present within 2 days of the accidental injury. There was no clear relationship between these CNS-related adverse events and accidental injury. One patient reported an accidental injury in the open-label phase of Study 945-224.

In the 2 pivotal studies (N = 563 total patients), the incidence of TESS accidental injury was 3% for gabapentin-treated patients (11 of 336 patients) compared with 1% (3 of 227 patients) for placebo-treated patients. None of the events were serious. Review of the TESS and non-TESS accidental injury cases for possible association with dizziness, somnolence, syncope, or ataxia showed that 6 of 13 gabapentin-treated patients (46%) had any of these events present within 2 days of the accidental injury. Of these 6 cases of accidental injury, 3 did not appear to be causally related to the concurrent CNS adverse event. In addition, the investigators considered the accidental injury definitely not related to gabapentin therapy. In the 3 remaining cases, a possible causal relationship could not be ruled out in 2 of the cases and 1 case appeared definitely related to the concurrent event of dizziness.

**Amblyopia and Abnormal Vision:** Amblyopia and abnormal vision are potentially ambiguous terms. All investigator terms that mapped to amblyopia included terms similar to the term of "blurred vision". Investigator terms for abnormal vision included flashes in eye, misty vision, visual disturbance, and white spots in front of eyes.

For all controlled neuropathic pain studies (N = 1357 total patients), gabapentin-treated patients (15 [2%]) had a higher rate of amblyopia (TESS) compared with placebo-treated patients (2 [0.4%]). The incidence of amblyopia was similar with respect to gender and age for patients treated with gabapentin. None were serious adverse events. Four gabapentin- and 1 placebo-treated patients withdrew due to amblyopia. Abnormal vision (TESS) occurred in 5 (0.6%) gabapentin-treated patients. No placebo-treated patients experienced abnormal vision. None of these events were serious or resulted in withdrawal. One additional patient experienced abnormal vision during the open-label phase of Study 945-224. There were no adverse event reports of visual field defects. In addition, 1 gabapentin-treated patient in Study 945-306 had abnormal vision that was classified as a non-TESS event.

In the 2 pivotal studies (N = 563 total patients), gabapentin-treated patients (9 [2.7%]) had a higher rate of amblyopia compared with placebo-treated patients (2 [0.9%]). Most of the cases were mild in intensity and none were serious. Two gabapentin- and

NEURONTIN CONFIDENTIAL                                    NDA21397_MISC_007_0305

1 placebo-treated patients withdrew due to amblyopia. Abnormal vision occurred in 3 (0.9%) of the 336 gabapentin-treated patients and none of the 227 placebo-treated patients. All events were mild to moderate in intensity and none were serious or resulted in withdrawal.

**Thinking Abnormal:** Investigator terms that mapped to thinking abnormal included absent-minded, difficulty concentrating, impaired mental ability, mental clouding, mild difficulty word finding, thinking muddled, and zombie. None of the investigator terms suggested psychosis.

For all controlled neuropathic pain studies (N = 1357 total patients), thinking abnormal occurred in 14 (1.7%) gabapentin-treated patients and no placebo-treated patients. Five of 14 patients with thinking abnormal withdrew due to this particular event; none of these events of thinking abnormal were serious. No clear dose response was observed based on dose at onset. Five patients who completed the controlled studies experienced thinking abnormalities that resolved prior to the end of the study. Among these 5 patients the median duration of this adverse event was 6 days. No additional patients experienced thinking abnormal adverse events during the open-label phase of Study 945-224.

In the 2 pivotal studies (N = 563 total patients), thinking abnormal occurred in 9 (2.7%) gabapentin-treated patients and no placebo-treated patients. Most events were mild to moderate in intensity and were considered related to study medication. No clear dose response was observed based on dose at onset. No patients withdrew exclusively due to thinking abnormal. Three patients withdrew due to thinking abnormal plus at least one other adverse event.

### 3.9.10.6.3.    Other

**Cancer:** For all controlled neuropathic pain studies (N = 1357 total patients), the occurrence of cancer or cancer-related adverse events was 0.4% (6 total patients). Two patients were receiving placebo at the time the events were reported (lung cancer, breast neoplasm). One gabapentin-treated patient had a lump present in the axilla at screening and was later diagnosed as having chronic lymphocytic leukemia following excision of the lump. One gabapentin-treated patient had skin cancer (nostril) one month after completing the study. Another gabapentin-treated patient had a neoplasm (of the neck) that was later excised; this patient had a history of neuroma of the auricular nerve. One

Neurontin® (gabapentin)                                                                         266

gabapentin-treated patient had a lymphoma-like reaction that occurred on Day 116 (during open label) and discontinued due to the event. None of these events were considered related to study medication.

In the 2 pivotal studies (N = 563 total patients), 2 (0.4% of total patients) patients reported cancer or cancer-related adverse events before, during, or after the studies. One placebo-treated patient with PHN had lung cancer and 1 gabapentin-treated patient with PHN had skin cancer (nostril) 1 month after completing the study.

### 3.9.10.7.    Comparison of Adverse Event Profiles

### 3.9.10.7.1.    Neuropathic Pain Associated With Postherpetic Neuralgia Versus Neuropathic Pain Studies

The adverse event profiles of patients with PHN, DPN, and MNP were compared to determine if any differences were seen by patient population. Similar types of adverse events were seen across the patient populations. Increases in the incidences of certain adverse events were seen in patients with PHN compared with other populations (Table 58). Patients with PHN had a higher incidence of dizziness and somnolence compared with the DPN population. However, in terms of relative risk (frequency of gabapentin/frequency of placebo), patients treated with gabapentin in both the PHN and DPN populations had an approximately 4-fold risk to experience dizziness and somnolence compared with placebo-treated patients. Gabapentin-treated patients with PHN had a higher incidence of peripheral edema compared with the other populations. The higher mean age of patients with PHN may have been a factor. Ataxia is not included in Table 58 because it was below the cutoff of 4% of patients. No placebo-treated patient, regardless of patient population, and 3.3%, 2.1%, and 0.7% of gabapentin-treated patients with PHN, DPN, and MNP, respectively, had ataxia.

267

Neurontin (gabapentin)

Table 58.   Summary of Adverse Events Occurring in ≥4% of Gabapentin-Treated Patients by Neuropathic Pain Population[a], Number (%) of Patients (ITT)

| Adverse Event | Diabetic Peripheral Neuropathy[b] | | Postherpetic Neuralgia[c] | | Mixed Neuropathic Pain[d] | |
| | Placebo N=158 | Any Gabapentin N=331 | Placebo N=227 | Any Gabapentin N=336 | Placebo N=152 | Gabapentin 2400 mg/day N=153 |
| --- | --- | --- | --- | --- | --- | --- |
| Dizziness | 6 (3.8) | 38 (11.5) | 17 (7.5) | 94 (28.0) | 12 (7.9) | 36 (23.5) |
| Somnolence | 6 (3.8) | 38 (11.5) | 12 (5.3) | 72 (21.4) | 8 (5.3) | 22 (14.4) |
| Headache | 5 (3.2) | 21 (6.3) | 7 (3.1) | 11 (3.3) | 20 (13.2) | 14 (9.2) |
| Diarrhea | 11 (7.0) | 20 (6.0) | 7 (3.1) | 19 (5.7) | 6 (3.9) | 8 (5.2) |
| Nausea | 8 (5.1) | 16 (4.8) | 7 (3.1) | 13 (3.9) | 13 (8.6) | 14 (9.2) |
| Asthenia | 6 (3.8) | 15 (4.5) | 11 (4.8) | 19 (5.7) | 7 (4.6) | 7 (4.6) |
| Peripheral Edema | 7 (4.4) | 11 (3.3) | 5 (2.2) | 28 (8.3) | 3 (2.0) | 4 (2.6) |
| Pain | 9 (5.7) | 10 (3.0) | 12 (5.3) | 9 (2.7) | 9 (5.9) | 7 (4.6) |
| Dry Mouth | 0 (0.0) | 8 (2.4) | 3 (1.3) | 16 (4.8) | 2 (1.3) | 3 (2.0) |
| Accidental Injury | 6 (3.8) | 8 (2.4) | 3 (1.3) | 11 (3.3) | 8 (5.3) | 9 (5.9) |
| Infection | 12 (7.6) | 7 (2.1) | 8 (3.5) | 17 (5.1) | 19 (12.5) | 14 (9.2) |
| Flu Syndrome | 4 (2.5) | 6 (1.8) | 3 (1.3) | 4 (1.2) | 7 (4.6) | 11 (7.2) |
| Abdominal Pain | 5 (3.2) | 4 (1.2) | 6 (2.6) | 9 (2.7) | 7 (4.6) | 10 (6.5) |
| Amnesia | 1 (0.6) | 3 (0.9) | 2 (0.9) | 4 (1.2) | 0 (0.0) | 7 (4.6) |

a   Sorted by decreasing frequency for "Any Gabapentin" adverse events in the DPN population
b   Includes Studies 945-210 and -224
c   Includes Studies 945-211 and -295
d   Includes Study 945-306

NDA 21-397  Vol  001

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 266)

### 3.9.10.7.2.    Neuropathic Pain Associated With Postherpetic Neuralgia Versus Epilepsy

The most frequently occurring adverse events from the 2 pivotal studies (Table 59) were compared with those from the add-on epilepsy program (as described in the currently approved labeling, Table 60).

A direct comparison of the 2 adverse event profiles is limited by such factors as the differences in disease state, age of patients, doses evaluated, and versions of the COSTART dictionary used. In the 2 pivotal studies of neuropathic pain associated with PHN, the patients had a mean age of 72 years and received gabapentin in dosages up to 3600 mg/day. In the add-on epilepsy studies, patients had a mean age of 34 years and received gabapentin in dosages up to 1800 mg/day.

Inspection of the 2 tables shows that the adverse event profiles for patients with epilepsy and patients with neuropathic pain associated with PHN are similar. Dizziness, peripheral edema, dry mouth, and constipation occurred with a greater frequency for patients with neuropathic pain associated with PHN than for patients with epilepsy.

Neurontin (gabapentin)

NDA 21-397  Vol 001

**Table 60.** Treatment-Emergent Adverse Event Incidence[a] in Controlled Add-On Epilepsy Trials in Patients >12 Years of Age - % of Patients

| Body System/ Adverse Event | Neurontin (N=543) | Placebo (N=378) |
|---|---|---|
| **Body As A Whole** | | |
| Fatigue | 11.0 | 5.0 |
| Weight Increase | 2.9 | 1.6 |
| Back Pain | 1.8 | 0.5 |
| Peripheral Edema | 1.7 | 0.5 |
| Cardiovascular Vasodilatation | 1.1 | 0.3 |
| **Digestive System** | | |
| Dyspepsia | 2.2 | 0.5 |
| Mouth or Throat Dry | 1.7 | 0.5 |
| Constipation | 1.5 | 0.8 |
| Dental Abnormalities | 1.5 | 0.3 |
| Increased Appetite | 1.1 | 0.8 |
| **Hematologic and Lymphatic Systems** | | |
| Leukopenia | 1.1 | 0.5 |
| **Musculoskeletal System** | | |
| Myalgia | 2.0 | 1.9 |
| Fracture | 1.1 | 0.8 |
| **Nervous System** | | |
| Somnolence | 19.3 | 8.7 |
| Dizziness | 17.1 | 6.9 |
| Ataxia | 12.5 | 5.6 |
| Nystagmus | 8.3 | 4.0 |
| Tremor | 6.8 | 3.2 |
| Nervousness | 2.4 | 1.9 |
| Dysarthria | 2.4 | 0.5 |
| Amnesia | 2.2 | 0.0 |
| Depression | 1.8 | 1.1 |
| Thinking Abnormal | 1.7 | 1.3 |
| Twitching | 1.3 | 0.5 |
| Coordination Abnormal | 1.1 | 0.3 |
| **Respiratory System** | | |
| Rhinitis | 4.1 | 3.7 |
| Pharyngitis | 2.8 | 1.6 |
| Coughing | 1.8 | 1.3 |
| **Skin and Appendages** | | |
| Abrasion | 1.3 | 0.0 |
| Pruritus | 1.3 | 0.5 |
| **Urogenital System** | | |
| Impotence | 1.5 | 1.1 |
| **Special Senses** | | |
| Diplopia | 5.9 | 1.9 |
| Amblyopia [b] | 4.2 | 1.1 |
| **Laboratory Deviations** | | |
| WBC Decreased | 1.1 | 0.5 |

[a] ≥1% of Neurontin-treated patients and numerically more frequent than in the placebo group
[b] Blurred vision

**Table 59.** Treatment-Emergent Adverse Event Incidence[a] (≥1%) in the 2 Pivotal Studies of Neuropathic Pain Associated With Postherpetic Neuralgia - % of Patients

| Body System/ Preferred Term | Neurontin N = 336 | Placebo N = 227 |
|---|---|---|
| **Body As A Whole** | | |
| Asthenia | 5.7 | 4.8 |
| Infection | 5.1 | 3.5 |
| Accidental Injury | 3.3 | 1.3 |
| Headache | 3.3 | 3.1 |
| Abdominal Pain | 2.7 | 2.6 |
| **Digestive System** | | |
| Diarrhea | 5.7 | 3.1 |
| Dry Mouth | 4.8 | 1.3 |
| Constipation | 3.9 | 1.8 |
| Nausea | 3.9 | 3.1 |
| Vomiting | 3.3 | 1.8 |
| Flatulence | 2.1 | 1.8 |
| **Metabolic and Nutritional Disorders** | | |
| Peripheral Edema | 8.3 | 2.2 |
| Weight Gain | 1.8 | 0.0 |
| Hyperglycemia | 1.2 | 0.4 |
| **Nervous System** | | |
| Dizziness | 28.0 | 7.5 |
| Somnolence | 21.4 | 5.3 |
| Ataxia | 3.3 | 0.0 |
| Thinking Abnormal | 2.7 | 0.0 |
| Abnormal Gait | 1.5 | 0.0 |
| Incoordination | 1.5 | 0.0 |
| Amnesia | 1.2 | 0.9 |
| Hypesthesia | 1.2 | 0.9 |
| **Respiratory System** | | |
| Pharyngitis | 1.2 | 0.4 |
| **Skin and Appendages** | | |
| Rash | 1.2 | 0.9 |
| **Special Senses** | | |
| Amblyopia [b] | 2.7 | 0.9 |
| Conjunctivitis | 1.2 | 0.0 |
| Diplopia | 1.2 | 0.0 |
| Otitis Media | 1.2 | 0.0 |

[a] ≥1% of Neurontin-treated patients and numerically more frequent than in the placebo group
[b] Blurred vision

### 3.9.10.8.   Postmarketing Safety Information

This section is identical to that submitted in NDA 21-397 on August 6, 2001.

#### 3.9.10.8.1.   Methods

The postmarketing safety databases of the Worldwide Safety Surveillance group at Pfizer (formerly Warner-Lambert/Parke-Davis) were reviewed for reported adverse events in which gabapentin was a primary suspect medication. These databases contain reports from health care professionals and consumers, adverse event registries, the medical literature, and Phase 4 (postmarketing) clinical studies, regardless of causality. These databases were reviewed through December 31, 2000. Each case represents one patient; however, a given patient may be in more than one case.

To evaluate whether differences in postmarketing events occurred in the neuropathic pain population, all reported indication terms for gabapentin use were individually inspected and categorized into 3 major subgroups: neuropathic pain (or clinically equivalent terms), other (non-neuropathic pain), and unknown (indication not specified). Adverse events were also examined in the pediatric ($\leq$16 years of age) and geriatric ($\geq$65 year of age) populations for cases in which age was specified.

#### 3.9.10.8.2.   Results

A total of 7655 cases, reporting 20076 events, were identified in the safety databases. The majority (75%) originated from the US. Of these, 1294 cases were reported under the neuropathic pain indication and are summarized in Table 61. Overall, the adverse event profiles for the neuropathic pain subset and the "other" subset were similar. The most frequently occurring events for the neuropathic pain cases were dizziness, somnolence, and asthenia.

The distribution of adverse events was generally similar in geriatric patients compared to all other patients where age was provided. No event was reported with a greater proportionate frequency in geriatric patients ($\geq$3:1 ratio) when compared to all other patients where age was provided.

Neurontin® (gabapentin)                                                                  271

Table 61.  Summary of Postmarketing Adverse Events for Gabapentin (Use
for Neuropathic Pain) Reported in ≥2% of Neuropathic Pain Cases
Compared to Cases With Other and Unknown Indications, Number
of Events (Percentage: Events/Total Cases)

| COSTART Body System COSTART Preferred Adverse Event Term | Neuropathic Pain[a] | | Other Indications | | Unknown Indications[b] | |
|---|---|---|---|---|---|---|
| **Body as a Whole** | | | | | | |
| Accidental Injury | 27 | (2.1%) | 96 | (2.0%) | 9 | (0.6%) |
| Asthenia | 89 | (6.9%) | 259 | (5.3%) | 34 | (2.3%) |
| Drug Interaction | 62 | (4.8%) | 203 | (4.2%) | 68 | (4.7%) |
| Headache | 58 | (4.5%) | 196 | (4.0%) | 25 | (1.7%) |
| Pain | 73 | (5.6%) | 132 | (2.7%) | 20 | (1.4%) |
| **Digestive System** | | | | | | |
| Diarrhea | 44 | (3.4%) | 123 | (2.5%) | 23 | (1.6%) |
| Nausea | 52 | (4.2%) | 155 | (3.2%) | 27 | (1.9%) |
| **Drug Usage** | | | | | | |
| Off-Label Use of Drug[c] | 1112 | (85.9%) | 1961 | (40.3%) | 11 | (0.8%) |
| **Metabolism and Nutrition** | | | | | | |
| Edema Peripheral/Peripheral Edema[d] | 77 | (6.0%) | 166 | (3.4%) | 53 | (3.7%) |
| Weight Gain | 49 | (3.8%) | 201 | (4.1%) | 55 | (3.8%) |
| **Nervous System** | | | | | | |
| Amnesia | 40 | (3.1%) | 119 | (2.5%) | 30 | (2.1%) |
| Ataxia | 33 | (2.6%) | 139 | (2.9%) | 16 | (1.1%) |
| Confusion | 31 | (2.4%) | 141 | (2.9%) | 25 | (1.7%) |
| Dizziness | 130 | (10.1%) | 327 | (6.7%) | 37 | (2.6%) |
| Insomnia | 30 | (2.3%) | 112 | (3.1%) | 16 | (1.1%) |
| Nervousness | 39 | (3.0%) | 115 | (2.4%) | 15 | (1.0%) |
| Paresthesia | 33 | (2.6%) | 93 | (1.9%) | 16 | (1.1%) |
| Somnolence | 124 | (9.6%) | 421 | (8.7%) | 68 | (4.7%) |
| Thinking Abnormal | 35 | (2.7%) | 145 | (3.0%) | 28 | (1.9%) |
| Tremor | 45 | (3.5%) | 104 | (2.1%) | 26 | (1.8%) |
| Twitching | 27 | (2.1%) | 65 | (1.3%) | 12 | (0.8%) |
| **Respiratory** | | | | | | |
| Dyspnea | 28 | (2.2%) | 60 | (1.2%) | 7 | (0.5%) |
| **Skin and Appendages** | | | | | | |
| Alopecia | 42 | (3.3%) | 154 | (3.2%) | 39 | (2.7%) |
| Pruritus | 31 | (2.4%) | 75 | (1.5%) | 9 | (0.6%) |
| Rash | 54 | (4.2%) | 170 | (3.5%) | 50 | (3.5%) |
| **Special Senses** | | | | | | |
| Abnormal Vision/Vision Abnormal[d] | 36 | (2.8%) | 93 | (2.0%) | 16 | (1.0%) |
| Amblyopia | 56 | (4.3%) | 123 | (2.5%) | 24 | (1.7%) |
| **Total Number of Cases** | **1294** | | **4857** | | **1440** | |

[a]  All reported indication terms were individually inspected. Indications specifically listed as
neuropathic pain or considered to be a clinically equivalent term(s) upon medical review (reflex
sympathetic dystrophy, herpes zoster, and diabetic neuropathy) were included.

[b]  Sixty-four cases in databases, where no data was entered in the indication field, are not included
in this table.

[c]  Coding convention dated December 7, 1999; "off-label use of drug" to be used as an adverse
event when the reported indication is not listed in the US package insert. Prior to December 7,
1999 "off-label use of drug" was not uniformly captured as an adverse event.

[d]  Two individual COSTART terms combined.

### 3.9.10.8.3.   Conclusions From Postmarketing Safety Data Review

A detailed review of the cumulative postmarketing safety dataset for gabapentin was notable for the following: (1) The overall adverse event profile of gabapentin is consistent with the current prescribing information for gabapentin in the treatment of epilepsy; (2) the adverse event profile in the neuropathic pain dataset was similar to the dataset comprised of other indications and to the current prescribing information for gabapentin in the treatment of epilepsy; (3) no significant signals were detected in the neuropathic pain dataset that would indicate adverse events causally related to gabapentin that are novel in terms of their nature or severity; (4) there was no significant signal of adverse cardiovascular sequelae resulting from the adverse event peripheral edema in the neuropathic pain dataset; (5) no significant signals of unanticipated adverse events were detected when relevant subpopulations were examined including pediatric cases, geriatric cases, and cases involving in utero exposure; (6) there were no reports of congenital anomalies involving mothers being treated with gabapentin in the neuropathic pain dataset; and (7) there was no significant signal of unanticipated drug interactions between gabapentin and pharmaceutical agents used in the treatment of diabetes mellitus.

The adverse event profile from the postmarketing review is consistent with the profile from the 5 controlled studies of neuropathic pain.

### 3.9.10.9.   Overall Safety Conclusions

#### Neuropathic Pain Associated With Postherpetic Neuralgia

- Gabapentin is safe and well tolerated by patients with neuropathic pain associated with postherpetic neuralgia.

- The most frequently reported adverse events with gabapentin therapy are dizziness and somnolence. These events begin shortly after initiation of therapy, are usually mild to moderate in intensity, and are often transient.

- Approximately two-thirds of the cases of dizziness, somnolence, and ataxia occur at doses ≤1200 mg/day. In most cases, peripheral edema begins later in treatment at doses ≥1800 mg/day. Most of these adverse events resolved before the end of the study.

NEURONTIN CONFIDENTIAL                                    NDA21397_MISC_007_0313

- There are no clinically important differences in types or frequency of adverse events based on gender.

- The type and frequency of adverse events are similar across age groups except for peripheral edema and ataxia, which increase with age.

- Serious adverse events are infrequent among gabapentin- and placebo-treated patients (4% and 3%, respectively).

- The frequency of withdrawals due to adverse events is greater for gabapentin-treated patients (16%) than placebo-treated patients (9%). The adverse events that most frequently lead to withdrawal in gabapentin-treated patients are dizziness and somnolence.

- The types of adverse events seen in patients with epilepsy and patients with neuropathic pain associated with postherpetic neuralgia are similar. Certain adverse events, including dizziness and peripheral edema, occur more frequently in patients with postherpetic neuralgia.

- While types of adverse events are similar, patients with PHN have a higher incidence of dizziness, somnolence, peripheral edema, and ataxia than patients with diabetic peripheral neuropathy. This may be related to the higher mean age of the PHN patient population.

**Postmarketing Safety Surveillance Data**

- The adverse event profile in the neuropathic pain dataset was similar to the dataset comprised of non-neuropathic pain indications and to the current prescribing information for gabapentin in the treatment of epilepsy.

- No significant signals were detected in the neuropathic pain dataset that would indicate adverse events causally related to gabapentin that are novel in terms of their nature or severity.

### 3.10. Pediatric Waiver Request[7]

A full waiver from the requirement to conduct a pediatric assessment has been requested based on the change in the proposed indication to "management of neuropathic pain associated with PHN".

Given that the incidence of PHN approaches zero in the pediatric population, no meaningful therapeutic benefit can be defined and gabapentin is not likely to be used in a substantial number of pediatric patients with neuropathic pain associated with PHN.

### 3.11. Abuse Liability/Overdosage[8]

#### 3.11.1. Introduction

The following summarizes available information relevant to the assessment of gabapentin's abuse liability potential and effects of overdose. Chemical and pharmacological properties of gabapentin are reviewed, and data from 3 new studies are described. The new studies include 2 preclinical studies of the subjective properties of gabapentin and effects on known drugs of abuse and a pilot safety/dose finding study of gabapentin/hydrocodone combinations conducted in human opiate abusers.

The original NDA for gabapentin capsules, 20-235, was approved in December 1993, with the current text in the "Drug Abuse and Dependence" and "Overdosage" sections of the labeling. Based upon the existing body of knowledge, no changes are proposed to the current labeling.

#### 3.11.2. Abuse Potential

##### 3.11.2.1. Overview of Pharmacology

Pharmacologic properties of gabapentin are detailed in Item 5 of this NDA. A brief summary is provided below.

Gabapentin, 1-(aminomethyl) cyclohexaneacetic acid, is a structural analog of the inhibitory neurotransmitter γ-aminobutyric acid (GABA). However, it is not active at $GABA_A$, benzodiazepine, or most $GABA_B$ receptors, and it does not alter GABA degradation nor acutely change GABA uptake in brain tissue. It is inactive in 37 of the most commonly studied drug and neurotransmitter radioligand-binding assays, including opiate, benzodiazepine, cannabinoid and nicotinic receptors. [³H]Gabapentin binds with high affinity to a protein binding site in brain tissue. This site has been identified as the $\alpha_2\delta$ subunit of calcium channels, which are localized heterogeneously in a number of regions of rat brain, particularly in dendritic areas of the neocortex, hippocampus, and

molecular layer of the cerebellum. In vitro, gabapentin reduces the evoked release of norepinephrine and glutamate from certain brain tissues. Prolonged application of low concentrations results in the redistribution of GAT1 GABA transporters from the cytosol to the plasma membrane of cultured rat hippocampal neurons, but gabapentin does not appear to change the tissue content of GABA in rat neuronal tissues. At relatively high concentrations, gabapentin also reduces activation of certain tyrosine kinase enzymes caused by application of agonists for metabotropic glutamate or neurokinin receptors in model cell systems.

Gabapentin is active in rodent analgesia models and in models that detect anticonvulsant and anxiolytic properties. The profile of activity in rodent analgesia models suggests that gabapentin will prevent allodynia and hyperalgesia from neuropathic pain caused by damage to peripheral nerves or the spinal cord but not immediate nociceptive pain from heat or trauma. Treatment with gabapentin also reduces pain in rat models of inflammatory pain. Gabapentin prevents pain-related behaviors in several models when administered in low dosages to the intrathecal space, suggesting that it acts directly at the spinal cord level to prevent pain-related behaviors. In addition, gabapentin prevents partial and generalized tonic-clonic, but not absence, seizures in animal models. In anxiety models, the activity profile of gabapentin is similar to that of benzodiazepine anxiolytic drugs; however gabapentin does not bind to benzodiazepine receptors.

Gabapentin is neither structurally related to, nor an immediate precursor of, known drugs of abuse.

The pharmacological properties of gabapentin are contrasted with those of known drugs of abuse in Table 62.

Table 62. Pharmacologic Properties of Gabapentin and Known Drugs of Abuse

| Drug or Drug Class | Cellular or Molecular Target | Gabapentin Activity |
|---|---|---|
| Gabapentin | $^3$H-Gabapentin Binding<br>$K^+$-induced transmitter release<br>GABA transporter trafficking | Radioligand $IC_{50} = 80$ nM<br>$IC_{50} = 9$ μM<br>$IC_{50} = <30$ μM<br>$EC_{50} = 30$ μM |
| Opioids (Analgesics and Anesthetics) | Opiate μ Receptor Agonist | Not Active<br>μ, δ, κ receptor binding<br>no naloxone reversibility |
| Sedative-Hypnotics and Anxiolytics | Allosteric Enhancement of $GABA_A$ Response | Not Active<br>[$^3$H]flunitrazepam binding<br>neuron electrophysiology<br>no flumazenil reversibility |
| Cocaine, Amphetamines and Other Central Nervous System Stimulants | Block Dopamine Uptake | Not Active<br>Dopamine, serotonin or noradrenaline uptake |
| Hallucinogens, Phencyclidine, and Similar Agents | NMDA Block or Serotonin Agonist Activity | Not Active<br>NMDA, phencyclidine, glycine, serotonin-1 or serotonin-2 radioligand sites<br><br>Not Active<br>NMDA tissue slice pharmacology, long-term potentiation, or NMDA-dependent neuronal Ca influx |
| Cannabinoids (Marijuana and Related Compounds) | Cannabinoid Receptor Binding | Not Active<br>Cannabinoid radioligand binding |
| Nicotine-Like Drugs | Nicotinic Receptor Binding | Not Active<br>Nicotinic radioligand binding |

### 3.11.2.2.  Preclinical Studies

The following sections summarize preclinical studies of the subjective properties of
gabapentin and effects on drugs of abuse. These studies are also described in Item 5 of
the NDA.

### 3.11.2.2.1.  Morphine Drug Discrimination and Conditioned Place Preference in Rats

Gabapentin has been tested in the conditioned place preference (CPP) paradigm. This
experimental model in rats tests whether, when allowed free access between 2 chambers
with different contextual cues (floor texture, visual pattern of walls, etc), the animals will
spend more time in the chamber previously associated with morphine administration than
in the chamber associated with saline administration. Conditioned place preference in
rodents occurs with mu-opiate agonists, cocaine, amphetamines, ethanol,
benzodiazepines, nicotine, and testosterone (in male animals).

Gabapentin (10, 30, or 100 mg/kg PO) failed to induce CPP in a study in which morphine
(0.75 mg/kg SC) caused a prominent and significant place preference. Instead,
co-administration of 100 mg/kg gabapentin with morphine reduced the morphine-induced
conditioned place preference in comparison to that with morphine alone. Morphine also
enhanced dopamine levels in the nucleus accumbens, a region known to be important for
the rewarding properties of morphine, whereas gabapentin (100 mg/kg) prevented the
morphine-induced increase in dopamine levels in the nucleus accumbens. These results
are consistent with a rewarding effect of morphine, but not gabapentin, administration in
rats. If anything, gabapentin may reduce the rewarding effect of morphine in rats.

### 3.11.2.2.2.  Effect of Gabapentin on Increased Locomotor Activity From Administration of Cocaine or Amphetamine

Oral dosing of gabapentin (10, 30, or 100 mg/kg) prior to administration of cocaine or
amphetamine to rats reduced the effects of these stimulant drugs, which normally cause a
substantial increase in spontaneous locomotor activity. These results suggest that
gabapentin may counteract some physiological actions of cocaine or other stimulants in
animals.

### 3.11.2.3.   Clinical Study; A Pilot, Dose-Finding Study of a Gabapentin/ Hydrocodone Combination Product

A pilot, dose-finding study of a gabapentin/hydrocodone combination product (Study 1035-003) was conducted as part of a gabapentin/analgesic combination development program for the management of pain. Study 1035-003 was conducted under IND 58,148 in the Division of Anti-Inflammatory, Analgesic and Ophthalmologic Drug Products; the report of this study was submitted to the IND on January 31, 2001 (SN 037). Study 1035-003 was an exploratory study to (1) assess the safety of gabapentin/hydrocodone combinations, and (2) determine doses for future abuse liability studies of the gabapentin/hydrocodone combination. However, the program is no longer active and no further studies are planned.

Study 1035-003 was a pilot, randomized, double-blind, crossover, single-center, dose-finding study in which 8 subjects who were opiate abusers received 6 different study drug combinations. Two sets of 4 subjects each were studied. At 48-hour intervals, the first set of 4 subjects received the following study medications as single doses in random order: placebo, hydrocodone 20 mg, gabapentin 500 mg, gabapentin 125 mg/hydrocodone 20 mg, gabapentin 250 mg/hydrocodone 20 mg and gabapentin 500 mg/hydrocodone 20 mg. The second set of 4 subjects received the following study medications as single doses at 48-hour intervals in random order: placebo, hydrocodone 20 mg, gabapentin 1000 mg, gabapentin 250 mg/hydrocodone 20 mg, gabapentin 500 mg/hydrocodone 20 mg, and gabapentin 1000 mg/hydrocodone 20 mg. All subjects were confined to a clinical studies unit during the 2-week study period.

The primary parameters used to assess safety and objective pharmacologic effects of the study medications were respiratory depression and pupil diameter. Respiratory depression was measured with shifts in the minute volume response to inhaling 2%, 4%, 6%, and 8% $CO_2$. Subjective and behavioral effects were evaluated by subject and observer ratings on the Drug Response Questionnaire (DRQ). The DRQ assesses the psychoactivity and likability of a drug by measuring the extent to which a subject (1) feels a drug effect, (2) likes the drug effect, and (3) dislikes the drug effect. The scale ranges from 1 (not at all) to 29 (an awful lot). Both safety and subjective effects measurements were completed 1 hour and 0.5 hour predose, and 2, 3, 4, 5, 6, 9, 12, 15, 24, 30, and 36 hours postdose.

As expected with the N of 4, the observed power to detect changes was low in the multivariate and univariate analyses, except for pupil size, where significant differences were observed. Consistent with its known profile, hydrocodone 20 mg alone was rated as liked and psychoactive from DRQ ratings and decreased both pupil size and respiratory response. Gabapentin 500 and 1000 mg alone were also rated as liked and psychoactive, but did not have any respiratory depressant or pupillary effects. Gabapentin in combination with hydrocodone did not enhance the psychoactive or physiologic effects of hydrocodone 20 mg.

Doses of 1000 mg of gabapentin alone and in combination with hydrocodone were determined to be safe for further abuse potential studies; however, the program was discontinued for commercial reasons and no additional abuse assessment studies were conducted.

### 3.11.2.4.   Review of Adverse Event Terms From Clinical Trials with Possible Relevance to Abuse Potential

Current labeling for gabapentin includes infrequent reports (ie, labeled adverse events occurring in 1/100 to 1/1000 patients) of euphoria, doped-up sensation, and feeling high. Adverse event data from placebo-controlled clinical trials in patients with neuropathic pain were reviewed for terms that might be associated with abuse potential, such as euphoria, drug dependence, drug addiction and withdrawal. The only term identified was euphoria, which was reported by 2 patients in the gabapentin 3600 mg/day treatment group. Both events were mild in intensity. The overall incidence of euphoria within the neuropathic pain patient population was 0.2% for gabapentin-treated patients (2 of 820 patients) versus 0% (0 of 537 patients) for placebo-treated patients.

Two clinical pharmacology studies in which doses ≥3600 mg/day of gabapentin were administered (Studies 945-190 and -057) were also reviewed for adverse event terms possibly associated with abuse potential. Study 945-190, which is included in this NDA, was an open-label, multiple-dose, dose-proportionality study in which 14 healthy subjects each received escalating gabapentin doses of 1200, 2400, 3600, and 4800 mg/day. Euphoria was the only relevant term identified. Overall, 4 of the 14 subjects experienced euphoria, which was reported as mild to moderate in intensity. No subjects experienced euphoria at the 1200-mg/day dose; 2 subjects at the 2400-mg/day dose; 4 subjects at the 3600-mg/day dose; and 1 subject at the 4800-mg/day dose.

Study 945-057, which was reported in the original gabapentin NDA, 20-235, was a double-blind, placebo-controlled, parallel group, single- and multiple-dose study in which 24 subjects received multiple doses of either gabapentin 1800, 2400, 3600, 4800 mg/day, or placebo for 2 weeks. The only term identified was feeling high. This event was reported by 1 subject in the 1800-mg/day treatment group and was mild in intensity. No other terms possibly associated with abuse potential were identified.

### 3.11.2.5.    Review of the Postmarketing Safety Databases

As of December 2000, postmarketing exposure to gabapentin is estimated at greater than 5.4 million patients. A review of the postmarketing safety databases was conducted for signals of potential drug abuse, drug addiction, and related clinical phenomena. These databases contain reports from health care professionals and consumers, adverse event registries, medical literature, and Phase 4 (postmarketing) clinical studies, regardless of causality. Database searches were performed for all reports entered from market launch in 1993 through June 20, 2001, which included at least one of the following COSTART preferred adverse event terms: drug dependence, addiction, and euphoria.

Sixty cases were identified and individually evaluated for appropriateness of inclusion in the review. These included 24 cases of drug dependence and/or addiction and 36 cases of euphoria. Based on a detailed medical review of the 24 cases of drug dependence, 16 cases were excluded from further review because the adverse event terminology did not reflect dependence (eg, mal-administration) or involved drug dependence exclusive to other specified or non-specified substances. Of the remaining 8 cases that coded to drug dependence and/or possible addiction, 5 cases described events potentially associated with gabapentin dependence or addiction; 2 cases described reports of drug-seeking behavior; and 1 case involved off-label use of gabapentin to relieve the effects of withdrawal from cocaine. These 8 cases comprised 0.09% (N=9038) of all adverse event cases entered into the gabapentin postmarketing database during the same time interval.

Of the 36 reports of euphoria, 1 case in a recovering drug and alcohol abuser described self-administration of gabapentin for purposes of inducing euphoria. However, because of her fear of addiction, she voluntarily discontinued gabapentin and did so without difficulty. None of the reports of euphoria described drug addiction, dependence, drug seeking behavior or continued gabapentin use in the setting of adverse medical consequences.

Neurontin® (gabapentin)                                                                                                281

A review of the postmarketing safety data for gabapentin did not indicate a signal of significant abuse potential.

### 3.11.2.6.  Additional Information Relevant to Abuse Potential

Drugs of abuse tend to provide increasing effects with increasing doses, thereby reinforcing drug-taking behavior. Increases in dose result in less than proportional increases in drug concentrations. Gabapentin bioavailability decreases with dose and is approximately 60%, 47%, 34%, 33%, and 27% following 900, 1200, 2400, 3600, and 4800 mg/day, respectively. This suggests that any subjective effects of gabapentin would not be enhanced in a linear fashion simply by the intake of larger quantities of the drug.

As noted earlier, gabapentin is not an immediate precursor of any known drugs of abuse. Its lack of appreciable metabolism precludes the possibility that it would act as a prodrug. Gabapentin is a substrate for the system L-amino acid transporter of cell membranes; as such its absorption through the gut wall has a saturable limit. This property is relevant to both the likelihood of excessive self-administration and the potential ill-effects of an overdose.

The slow rate of absorption of gabapentin should also limit its abuse potential. Unlike most drugs of abuse, peak plasma gabapentin concentrations occur 3 to 4 hours following a single oral dose. This is expected to minimize reinforcement of drug-taking behavior by the immediate onset of any subjective effects.

Additionally, the bitter taste of gabapentin makes it unlikely that gabapentin could be administered surreptitiously to a third party (such as in a drink).

Neurontin® (gabapentin)                                                                              282

### 3.11.2.7.  Recommendation for Labeling

The information reviewed above does not suggest that gabapentin is a significant drug of abuse; however the abuse and dependence potential of gabapentin have not been formally evaluated in human studies. Therefore, no changes are recommended to the current labeling, which reads as follows:

*"DRUG ABUSE AND DEPENDENCE*
*The abuse and dependence potential of Neurontin® has not been evaluated in human studies."*

### 3.11.3.  Overdosage and Recommendation for Labeling

Overdosage is addressed in the current labeling for gabapentin, which includes an acute overdose of up to 49 grams taken with full recovery of the individual. An intentional overdose of 4500 mg of gabapentin in a suicide attempt was reported from an ongoing study in diabetic neuropathy. The patient was hospitalized for 1 day due to the suicide attempt and development of somnolence. The patient recovered completely without complications.

As noted earlier, the dose-dependent bioavailability of gabapentin limits the amount of drug that will be absorbed upon overdose. Data from controlled clinical trials indicate that gabapentin has no significant effects on respiration, pulse, or blood pressure. Based on current knowledge, serious consequences are unlikely if gabapentin were to be intentionally or unintentionally overdosed.

No new information on overdosage was found during the clinical trials in neuropathic pain. Therefore no changes are recommended to the current labeling, which reads as follows:

*"OVERDOSAGE*
*A lethal dose of gabapentin was not identified in mice and rats receiving single oral doses as high as 8000 mg/kg. Signs of acute toxicity in animals included ataxia, labored breathing, ptosis, sedation, hypoactivity, or excitation.*

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 281)

NEURONTIN CONFIDENTIAL
                                                              NDA21397_MISC_007_0323

*Acute oral doses of Neurontin® up to 49 grams have been reported. In these cases, double vision, slurred speech, drowsiness, lethargy, and diarrhea were observed. All patients recovered with supportive care.*

*Gabapentin can be removed by hemodialysis. Although hemodialysis has not been performed in the few overdose cases reported, it may be indicated by the patient's clinical state or in patients with significant renal impairment."*

### 3.12.  Benefit/Risk Assessment of Gabapentin for Use in Neuropathic Pain[9]

### 3.12.1.  Background of Neuropathic Pain Associated With Postherpetic Neuralgia

### 3.12.1.1.  Definition and Diagnosis

Neuropathic pain is chronic, pathological pain that results from injury or other disease-related damage to the peripheral nerves, posterior roots, spinal cord, or particular regions in the brain. Neuropathic pain can be distinguished from physiological and inflammatory pain, and is typified by one or more characteristic signs and symptoms, many of which have been described for more than a century. These characteristic signs and symptoms include spontaneous paroxysms of pain, static and dynamic allodynia, hyperalgesia, and burning and/or electric shock-like pain. They occur in a wide range of disease states of varying etiology, including diabetic peripheral neuropathy (DPN), PHN, trigeminal, and other cranial neuralgias, mono- and polyneuropathies, Fabry's Disease, radiculopathy, central post-stroke pain, post-traumatic and postsurgical nerve injury, pain of multiple sclerosis, phantom limb pain, and complex regional pain syndrome (CRPS) type II (whether the pain of CRPS type I should be considered neuropathic is controversial since not all patients with CRPS type I have demonstrable nerve injury or history of such an injury).

Neuropathic pain can be spontaneous or evoked by external stimuli. Evoked pain may be produced by a normally innocuous stimulus (allodynia) or may be a painful sensation of abnormal severity following noxious stimulation (hyperalgesia).

Neuropathic pain associated with PHN is most commonly defined as chronic dermatomal pain that results from nerve damage and persists beyond the first 4 weeks after the acute segmental rash of herpes zoster has healed. This 4-week criterion distinguishes

NEURONTIN CONFIDENTIAL                                        NDA21397_MISC_007_0324

neuropathic pain associated with PHN from the acute pain that may precede, accompany, or follow the outbreak of herpes zoster rash. The 2 pivotal studies in this NDA, Studies 945-295 and -211, and supportive Study 945-306, employed a more conservative 3-month criterion to ensure that patients' neuropathic pain was chronic. Characteristic signs and symptoms of neuropathic pain associated with PHN include spontaneous paroxysms of pain, static and dynamic allodynia, hyperalgesia, and burning and/or electric shock-like pain. These symptoms are often distressing and result in adverse consequences to patients' lives.

### 3.12.1.2. Mechanisms of Neuropathic Pain and Its Pathobiology in Postherpetic Neuralgia

Several factors appear to be responsible for the signs and symptoms of spontaneous neuropathic pain: Nerve-injury-induced ectopic action potentials in C-fibers and A β-fibers, sensitization of dorsal horn neurons, stimulation of nerve-fiber discharges by catecholamines from postganglionic sympathetic terminals, axonic sprouting, and reduced inhibition of dorsal horn neurons by descending pathways. Evoked pain, particularly hyperalgesia, results from several causes, including central sensitization, a process in which weakly painful stimuli are greatly enhanced by activation of N-methyl-D-aspartate receptors on dorsal horn neurons.

These mechanisms for generating neuropathic pain have been modeled in animals using a variety of nerve injuries (infectious, chemical, traumatic, surgical, metabolic, and immunologic). The same mechanisms appear to occur in humans, regardless of the etiology of nerve injury, although the specific mechanistic factors involved may vary from patient to patient.

Neuropathic pain associated with PHN is chronic pain that follows reactivation in dorsal root ganglia of latent *Varicellovirus human herpesvirus 3* (formerly called varicella-zoster virus). During the acute stage of herpes zoster, dorsal root ganglia and portions of the dorsal horn of the spinal cord undergo inflammation, hemorrhage, and necrosis. Demylination and fibrosis occur in the peripheral nerve of the affected ganglion.

The precise pathogenesis of PHN and neuropathic pain associated with PHN is not clearly understood. Early studies suggested that the population of nerve fibers in the peripheral nervous system shifted, with an increase in the proportion of small,

unmyelinated fibers and loss of large, myelinated fibers. Recent studies of epidermal
innervation after acute herpes zoster found that the density of nerve endings was
considerably less in patients who subsequently developed PHN than in patients who did
not develop PHN. Since most nerve endings in the epidermis are from unmyelinated
C-fibers, these results indicate that degeneration of unmyelinated nociceptive fibers may
play a role in the development of PHN. It has been postulated that the allodynia
characteristic of neuropathic pain associated with PHN results from sprouting of
A β-fibers in the dorsal horn. According to this hypothesis, these fibers, which normally
respond to innocuous stimuli, form synapses that replace those of the afferent C-fibers
killed during the preceding outbreak of herpes zoster. Sensory stimuli transmitted by the
A β-fibers would then be transmitted to higher centers by pain pathways that normally
transmit nociceptive stimuli, with resulting allodynia. The pathophysiology of
neuropathic pain associated with PHN may be heterogeneous, with some patients' pain
resulting primarily from deafferentation and other resulting primarily from irritable
nociceptors.

### 3.12.1.3.  Prevalence and Drug Treatment of Neuropathic Pain Associated With Postherpetic Neuralgia and Other Neuropathic Pain

Neuropathic pain is relatively common, with DPN and PHN being the most common
conditions. DPN occurs in 13% to 37% of adult patients with diabetes, with an annual
incidence of 54 cases/100,000 population, and a prevalence of 600,000 cases in the US.
Neuropathic pain associated with PHN occurs in 10% to 40% of adult patients following
herpes zoster, with an annual incidence of 12 cases/100,000 population, and a prevalence
of 500,000 cases in the US.

Commonly used therapies include tricyclic antidepressants (TCA), anticonvulsants,
opioids, and topical agents (eg, capsaicin and lidocaine patch). These therapies often
provide only partial relief. Opioids and nonsteroidal anti-inflammatory drugs (NSAIDs)
produce effective analgesia for acute pain and some forms of chronic pain. They are
generally less effective in treating neuropathic pain, both clinically and in animal models.
When opioids have been effective against neuropathic pain, greater than usual doses were
required. In contrast, anticonvulsant drugs and tricyclic antidepressants that may be
effective for neuropathic pain have little to no effect in acute pain or non-neuropathic

NEURONTIN CONFIDENTIAL                                              NDA21397_MISC_007_0326

chronic pain. Moreover, drugs that are effective for neuropathic pain tend to work regardless of the underlying neurologic disorder.

A review of 92 controlled clinical trials of 48 different treatments for neuropathic pain was conducted. The peripheral neuropathic pain conditions included DPN and other polyneuropathies, PHN, nerve injuries, cancer-related causes, and radiculopathies. The review concluded that antidepressants and intravenous lidocaine were similarly effective against neuropathic pain resulting from DPN, PHN, and peripheral nerve injury. Mexiletine was effective in diabetic and peripheral nerve injury, and intravenous morphine and ketamine were both effective for neuropathic pain associated with PHN and peripheral nerve injury. A large meta-analysis of different neuropathic pain therapies reached a similar conclusion that several anticonvulsants and tricyclic antidepressants were effective for diabetic neuropathy, neuropathic pain associated with PHN, and central pain.

A recent review of evidence-based therapies for neuropathic pain associated with PHN proposed 3 main options for initial treatment: The lidocaine patch, a tricyclic antidepressant (specifically, nortriptyline), or Neurontin. Oxycodone is mentioned as an additional possibility. All 4 drugs have been demonstrated to be efficacious in randomized, controlled trials.

Some of the commonly used therapies are frequently accompanied by significant side effects. TCAs have significant anticholinergic side effects including sedation, dry mouth, urinary retention, constipation, memory impairment, and dizziness from orthostatic hypotension. There is a significant risk with overdose and resulting adverse effects on cardiac repolarization. The anticholinergic side effects, particularly orthostatic hypotension, are of particular concern in elderly patients. Certain anticonvulsants, in particular carbamazepine, phenytoin, and valproate, have the potential for adverse effects on white blood cell precursors and platelets, hepatic toxicity, and significant drug-drug interactions. Opioids have problematic systemic side effects, such as constipation, nausea, somnolence, and respiratory depression, and the potential for tolerance, drug dependence, and abuse. Topical agents can be inconvenient and have a potential for localized allergic and systemic reactions.

The prevalence of neuropathic pain and the unsatisfactory state of current therapies indicate a clear medical need in the US for additional approved therapies for the management of neuropathic pain.

### 3.12.1.4. Literature Review of Gabapentin Use in Treatment of Neuropathic Pain

The literature has been reviewed for reports of gabapentin studies and experience in neuropathic pain conditions; the following evaluation excludes published reports of the studies conducted by the sponsor that are included in the Integrated Summary of Efficacy (ISE) of the NDA.

Adults (N = 474) have been treated with gabapentin for neuropathic pain associated with PHN, DPN, trigeminal neuralgia, phantom limb pain, postoperative neuropathic pain, miscellaneous peripheral neuropathies, central pain, cervical radiculopathy, spinal cord injury, failed back surgery syndrome, hereditary sensorimotor neuropathy, cancer and cancer-treatment-related neuropathy, glossopharyngeal nerve root neuralgia, multiple sclerosis-related neuropathy, radiation myelopathy, distal symmetric axonopathy, Guillain-Barré syndrome, and neuropathic pain of ciguatera. Three double-blind, controlled trials involved 100 patients with DPN. One trial titrated gabapentin to 1200 mg/day; significantly more gabapentin- than placebo-treated patients obtained pain relief. A second trial titrated gabapentin to 1800 mg/day and compared gabapentin with amitriptyline. Both gabapentin- and amitriptyline-treated patients had significant reductions in pain scores from baseline; there was no significant difference between gabapentin and amitriptyline pain reduction. The third trial treated patients with 900 mg/day gabapentin. The mean reduction from baseline to end of double-blind in the McGill Pain Questionnaire score was significantly greater for gabapentin- than for placebo-treated patients. No significant differences in scores from a VAS, PPI, or global assessment of pain were observed at this dose.

Five uncontrolled trials compared treatment and baseline periods in 85 patients with multiple sclerosis-associated pain or MNP, primarily cancer related. In 4 of these trials, patients treated with gabapentin had statistically significant reductions in pain scores. In the fifth trial, 9 of 11 patients had complete amelioration of pain with gabapentin treatment.

Six reports were case series of 9 to 121 patients with multiple sclerosis-associated pain or neuropathic pain of various etiologies. In 1 of these case series, gabapentin treatment resulted in statistically significant declines in pain scores; in 4, moderate to excellent pain relief was achieved in 65% to 100% of patients; and in 1, pain relief was achieved in 45% of patients.

Eighteen articles described or referenced case reports of 124 patients with neuropathic pain of various etiologies who responded favorably to gabapentin. Twelve other articles were reviews or commentaries on the use of gabapentin in treatment of neuropathic pain. The use of gabapentin has been reported in at least 19 children, 4 to 17 years of age, with phantom-limb pain, cancer-related neuropathies, and other unspecified forms of neuropathic pain. In 16 of the 19 patients, the degree of pain relief was reported for each individual: All 16 had marked pain relief or total resolution of pain.

The results summarized in this literature review further support the efficacy of gabapentin for the management of neuropathic pain, including neuropathic pain associated with PHN.

### 3.12.1.5.    Conclusion

Neuropathic pain associated with postherpetic neuralgia is a recognized clinical entity with specific clinical signs and symptoms, and is distinct from physiological and inflammatory pain in mechanisms, symptomatology, and response to treatment. The severity of its symptoms, its prevalence, the often significant impact to the quality of life of afflicted patients, and the unsatisfactory state of current therapies indicate a clear medical need for additional approved therapies.

### 3.12.2.    Benefits

The studies presented in this amended application have established the efficacy of gabapentin in the management of patients with neuropathic pain associated with postherpetic neuralgia. Gabapentin treatment consistently resulted in clinically and statistically significant reductions in neuropathic pain with regard to daily pain scores recorded by patients. Reduction in endpoint mean pain scores, the primary efficacy parameter, was statistically greater than placebo in the 2 pivotal studies and in the supportive study, which included a subgroup of patients with neuropathic pain

associated with PHN. Positive results with gabapentin on pain assessments from the Short-Form McGill Pain Questionnaire (Visual Analog Scale [VAS], Present Pain Intensity [PPI], and pain descriptors) support the analyses of pain score (diary) data. Gabapentin also consistently reduced sleep interference, improved quality of life (SF-36 Health Status Questionnaire), and mood (Profile of Mood States [POMS]), and enhanced global assessments by clinicians (Clinical Global Impression of Change [CGIC]) or patients (Patient Global Impression of Change [PGIC]).

The effective dose range determined by efficacy analyses of daily pain scores is 1800 to 3600 mg/day. Most patients who respond to gabapentin treatment should receive clinical benefit with doses titrated to within this dose range. Some patients may benefit from lower doses of 900 or 1200 mg/day. This is suggested by statistically significant reductions in pain in the weekly mean pain scores at doses of 900 or 1200 mg/day in the pivotal and supportive studies.

Increasing gabapentin doses resulted in increased effects across studies for endpoint mean pain scores and gabapentin-modeled population exposure-response analyses of daily pain scores. Therefore, clinicians and patients can generally expect an increase in effect with increase in gabapentin dose. However, the increase in effect with dose was nonlinear at doses of 1800 to 3600 mg/day, as would be anticipated given that gabapentin absorption increases less than proportionally at higher doses.

Analyses of weekly mean pain scores and gabapentin-modeled daily pain scores suggest that pain relief will begin within the first week of therapy. Early relief is particularly important for patients suffering from distressing, moderate to severe neuropathic pain of chronic duration. Analysis of weekly mean pain data indicates that the treatment effect with gabapentin was maintained throughout the double-blind studies.

Gabapentin treatment resulted in significant improvements in sleep interference associated with neuropathic pain. Quality of life (QOL) measurements improved in the 2 pivotal studies with significant improvement in the domains of bodily pain, mental health, and vitality. Gabapentin treatment is associated with significant improvement in the Depression-Dejection, Anger-Hostility, Fatigue-Inertia, and Confusion-Bewilderment domains as well as in the Total Mood Disturbance score of the POMS. Significant improvements in CGIC (assessed by clinicians) and the PGIC (assessed by the patients themselves) accompany relief from neuropathic pain. Consistent, positive results on these

secondary efficacy parameters indicate that gabapentin provides meaningful benefits beyond reducing neuropathic pain associated with PHN.

Administration of gabapentin with other drugs is unlikely to result in significant drug-drug interactions resulting from changes in hepatic metabolism or from plasma protein binding displacement. This may be important in patients with neuropathic pain associated with PHN who tend to be older, have comorbid diseases and take multiple medications.

The only special population in which a dose adjustment may be necessary is patients with impaired renal function (creatinine clearance <60 mL/min) in whom reduced gabapentin dosages are recommended.

The incidence of neuropathic pain associated with PHN in pediatric patients approaches zero and is too low to conduct studies or to define a meaningful therapeutic benefit. As a consequence of the very low incidence, exceedingly few pediatric patients would be expected to use gabapentin or any other therapy for the management of neuropathic pain associated with PHN. Consequently, we have requested a full waiver of the requirement to conduct a pediatric assessment of gabapentin for the management of neuropathic pain associated with postherpetic neuralgia.

### 3.12.3. Risks

The potential adverse effects of gabapentin have been described during the epilepsy development program (adult and pediatric patients), during the neuropathic pain development program, and in overall postmarketing experience of more than 7 years (approximately 5.4 million patients). The following discussion focuses on the safety of gabapentin in the management of neuropathic pain associated with PHN and how this relates to the overall, known safety profile of gabapentin. Compared to the experience in epilepsy trials, it is notable that the neuropathic pain program enrolled patients who were older, and that the maximum dose in controlled studies was 3600 mg/day compared with 1800 mg/day in the epilepsy program.

The most frequent adverse events reported in the 2 pivotal studies with gabapentin in the management of patients with neuropathic pain associated with PHN were related to the central nervous system (CNS); dizziness and somnolence were the most prominent. These events tended to begin shortly after initiation with gabapentin therapy, most were

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 289)

NDA 21-397 Vol 001

mild to moderate in intensity, and were often transient. The types of adverse events were similar to those determined during the epilepsy development program. Certain adverse events, including dizziness and peripheral edema, occurred more frequently in patients with neuropathic pain associated with PHN than in patients with epilepsy. The most commonly reported adverse events with gabapentin therapy in epilepsy studies in patients over 12 years of age were also related to the CNS and included dizziness, somnolence, and ataxia.

Peripheral edema was reported in 28 (8%) gabapentin-treated patients and 5 (2%) placebo-treated patients in the 2 pivotal studies of neuropathic pain associated with PHN. Peripheral edema does not appear to represent a clinically significant risk (ie, no related cardiovascular or respiratory complications). None of the reported cases were serious and few patients discontinued therapy as a result of peripheral edema (2 placebo- and 1 gabapentin-treated patients). Approximately half of the cases resolved during continued treatment with gabapentin. Dizziness was reported in 94 (28%) gabapentin- and 17 (8%) placebo-treated patients.

In the 2 pivotal studies, there were no clinically important differences in types or frequency of adverse events based on gender. The type and frequency of adverse events were similar across age groups except for peripheral edema and ataxia, which tended to increase with age. Race was not recorded in all studies; therefore safety analyses by race were not conducted. Serious adverse events were infrequent among gabapentin- and placebo-treated patients (4% and 3%, respectively). The frequency of withdrawals due to adverse events was higher in gabapentin- (16%) than placebo-treated patients (9%).

The types of adverse events seen in patients with epilepsy and patients with neuropathic pain associated with PHN were similar. Certain adverse events, including dizziness and peripheral edema, occurred more frequently in patients with PHN. While types of adverse events are also similar to those observed in controlled studies of DPN, patients with PHN had a higher incidence of dizziness, somnolence, peripheral edema, and ataxia. The increased incidence of these adverse events may be related to the higher mean age of the PHN patient population.

A review of the postmarketing safety surveillance data (cutoff date of December 31, 2000) representing spontaneous reports following gabapentin exposure in approximately 5.4 million patients treated for neuropathic pain as well as non-neuropathic pain

conditions, reveals the following. The overall adverse event profile for gabapentin is consistent with the current prescribing information for the treatment of patients with epilepsy. The adverse event profile in neuropathic pain was similar to non-neuropathic pain and to the current prescribing information. No significant signals of unanticipated adverse events were noted, whether the events were defined by their nature or severity, in subpopulations of elderly or pediatric patients, or in patients generally.

### 3.12.4.  Discussion and Conclusion

Gabapentin was studied in 2 pivotal and 1 supportive randomized, double-blind, placebo-controlled trials in neuropathic pain associated with PHN, in which 563 patients were enrolled. The results of the program demonstrate that gabapentin is effective for the management of neuropathic pain associated with PHN. In addition to reducing neuropathic pain, gabapentin treatment resulted in improvements in sleep disturbance, mood, and QOL. Gabapentin treatment also led to improvements in global assessment of neuropathic pain when the assessment was made by either the patient or the clinician.

The safety profile of gabapentin in epilepsy is well established, and no new events were revealed during a review of postmarketing surveillance data following exposure in 5.4 million patients. As seen in the epilepsy trials, dizziness and somnolence were also the most frequently reported adverse events in the PHN and other neuropathic pain trials. Peripheral edema occurred at a higher incidence than in the epilepsy trials and tended to increase with age in both the PHN and all neuropathic pain trials.

As determined by efficacy analyses of daily pain scores, the effective dose range is 1800 to 3600 mg/day. The reductions in weekly mean pain scores observed in the clinical studies suggest 900 mg/day gabapentin as a starting dose for patients with neuropathic pain associated with PHN. The current labeling notes that epilepsy treatment may be initiated with 900 mg/day (given TID) on Day 1. A more conservative titration is proposed for neuropathic pain associated with PHN, since patients with PHN tend to be older, have more comorbidity, and may have reduced renal function. In the 2 pivotal and 1 supportive studies, 900 mg/day was usually achieved by Day 3. Therefore, it is recommended that patients with neuropathic pain associated with PHN initiate gabapentin treatment with a single dose of 300 mg on Day 1, 600 mg/day (in 2 divided doses) on Day 2, and 900 mg/day (in 3 divided doses) on Day 3. The dose may then be titrated based on individual patient response and tolerability to a maximum of

NEURONTIN CONFIDENTIAL

3600 mg/day. Titration to a maximum efficacious dose should provide patients with the maximum benefit in pain reduction while minimizing adverse events.

Currently, only 2 products are approved in the US for use in neuropathic pain conditions: Lidoderm (lidocaine patch 5%) for the relief of pain associated with PHN and Tegretol (carbamazepine) for treatment of true trigeminal neuralgia.

Carbamazepine was approved for treatment of the pain associated with true trigeminal neuralgia on March 11, 1968. The FDA medical officer's review indicated that the applicant submitted published and unpublished studies/reports of 2164 patients treated worldwide in 84 studies, 10 of which were controlled. The 7 major US controlled studies contained 10, 11, 9, 8, 27, 11, and 29 patients (FDA Reviews of NDA 16-808 for Tegretol Tablets, 1968).

The lidocaine patch was approved on March 19, 1999, primarily on the basis of 2 efficacy studies. Single-dose treatment with the lidocaine patch versus a vehicle patch and observation only (no treatment) was evaluated in a double-blind crossover study in 35 patients with PHN. Pain intensity and pain relief were evaluated periodically for 12 hours. The second study was a double-blind crossover trial of withdrawal design in 32 patients with PHN who had been considered responders to the lidocaine patch in open-label use (FDA Reviews of NDA 20-612 for Lidoderm, 1999).

The efficacy and safety of gabapentin demonstrated in adults with neuropathic pain associated with PHN provide a highly favorable benefit to risk ratio. This favorable benefit to risk ratio indicates that gabapentin can significantly reduce neuropathic pain associated with PHN and associated sleep disturbances and improve mood, social functioning, and QOL.

DATE SUBMITTED

## 3.13.  References

[1]  Item 4; Chemistry, manufacturing and controls.                              Aug 6, 2001

[2]  Summary of preclinical pharmacological studies with
     gabapentin (CI-0945, PD 0087842-0000) in vitro and in
     laboratory animals.
     RR-REG 740-03550, Jul 19, 2001.                                             Aug 6, 2001

[3]  Human pharmacokinetics and bioavailability technical
     summary (gabapentin).
     RR-REG 744-00633, Nov 27, 2001.
     Revised summary                                                             Nov 30, 2001

[4]  Background/overview of the clinical investigations of
     gabapentin (CI-0945, Neurontin) in neuropathic pain
     associated with postherpetic neuralgia.
     RR-REG 720-30142, Dec 19, 2001.
     Revised summary                                                             Dec 20, 2001

[5]  Integrated summary of effectiveness of gabapentin
     (CI-0945, Neurontin®) in the management of neuropathic
     pain associated with postherpetic neuralgia.
     RR-REG 720-30136, Dec 13, 2001.
     Revised summary                                                             Dec 20, 2001

[6]  Integrated summary of safety for gabapentin (CI-945,
     Neurontin) for the management of neuropathic pain
     associated with postherpetic neuralgia.
     RR-REG 720-30135, Dec 13, 2001.
     Revised summary                                                             Dec 20, 2001

[7]  Full waiver request for studies of Neurontin in postherpetic
     neuralgia in pediatric patients ≤17 years of age.
     RR-MEMO 720-30141, Nov 27, 2001.                                            Nov 30, 2001

Neurontin® (gabapentin)

DATE SUBMITTED

[8]  Summary of information relevant to the assessment of
     gabapentin (CI-0945, Neurontin®) abuse potential.
     RR-MEMO 720-30106, Jul 20, 2001.                      Aug 6, 2001

[9]  Benefit/risk assessment for gabapentin (CI-0945, Neurontin)
     in the management of neuropathic pain associated with
     postherpetic neuralgia.
     RR-MEMO 720-30143, Dec 19, 2001.
     Revised summary                                        Dec 20, 2001