EXHIBIT 68

Stefan P. Kruszewski, M.D.
133 Linglestown Road
Harrisburg, Pennsylvania 17110

# Gabapentin: Mechanism of Mood-altering Action

## Introduction

This report is limited to gabapentin's capacity to cause negative mood alteration in susceptible people. I have analyzed from ingestion through excretion the various sites of action where gabapentin exerts chemical changes in the body, how the body affects gabapentin (generally understood as *pharmacokinetics*), and how gabapentin affects the body (generally understood as *pharmacodynamics.)* It is my opinion, based upon a reasonable degree of medical certainty, that gabapentin produces GABAergic effects on neurotransmitters. It is my opinion, based upon a reasonable degree of medical certainty that gabapentin impairs glutaminergic neurotransmitter systems. It is further my opinion that gabapentin's net effect on these neurotransmitter systems results in self-injurious behavior, including attempted and completed suicide, in a susceptible minority of consumers.

In formulating this opinion, I have relied upon my education, training and experience as a physician certified by the American Board of Psychiatry and Neurology, general reference works in my field of psychiatric expertise as well as other scientific and medical disciplines, and upon a substantial body of literature (see attached references), that contains, to the best of my knowledge, scientific evidence that I specifically considered in reaching my opinions. The reference list also includes items I considered, but from which I did not specifically cite or refer; the scientific conclusions corresponding to these items were nonetheless important to my general understanding of the issues related to gabapentin's neurobiologic effects.

I cannot possibly list all of the scientific and medical literature that supports my opinions. Therefore, I reserve the right to supplement my opinions with the appearance of new medical and scientific literature, and as data are brought to my attention that I have not previously reviewed, including the opinions of experts retained on behalf of either party. I believe the opinions herein to be true as they are based upon available data and reasonable scientific and medical principles. I have used the same type of scientific analysis and reasoning herein that I use in my professional work.

# DISCUSSION

## Explaining neurotransmitters

Brain activity is controlled through a complex network of electrical impulses. These electrical impulses, neurons, use chemical messengers called neurotransmitters. A neurotransmitter is a chemical substance that is released at the end of a nerve fiber

following the arrival of a nerve impulse and, by moving across the space between the fibers (i.e., the synapse), causes the transfer of the impulse to another nerve fiber.

The neuron sending the message, the pre-synaptic nerve, releases a neurotransmitter into the synapse. The receiving neuron, the post-synaptic nerve, receives the neurotransmitter by means of a receptor or receptor complex specifically designed to accept that particular type of neurotransmitter. This process may be visualized as though the sending neuron releases a key (the neurotransmitter) that travels across the synapse to meet a lock (the receptor of the receiving neuron) on the other side of the synapse. If the key fits the lock, it will "turn" and produce a biological effect on the receiving neuron. Each neuron can transmit or receive a message and pass its effects along to other nerves and nerve-stimulated cells.

Neurotransmitters affect the central nervous system (CNS) in two ways: they are either inhibitory (producing a depressive or calming effect) or excitatory (producing a stimulatory effect, including the ability to increase the likelihood of agitation, aggression, psychosis, and homicidal behavior).

GABA (gamma-Aminobutyric acid) is the brain's primary inhibitory neurotransmitter. When GABA is stimulated, it has an inhibitory effect on the transmission of other neurotransmitters, particularly monoamine neurotransmitters, such as norepinephrine (NE), serotonin (5-HT) and dopamine (DA). When GABA is stimulated, its inhibitory effect depresses the activity of neurons, including neurons elsewhere in the central nervous system.

Glutamate (Glu) is the brain's primary excitatory neurotransmitter. The *reduction* of glutamate activity has an inhibitory effect on transmission of other neurotransmitters, particularly monoamines.

### Gabapentin has GABAergic effects in the central nervous system (CNS)

A chemical is considered GABAergic when it effects changes in GABA levels. There are multiple ways in which GABA levels can be affected, including but not limited to the following: interacting with GABA receptors; converting metabolically into GABA or a GABA agonist; inhibiting GABA uptake; or inhibiting GABA degradation.

In carefully designed studies with appropriate attention to standardized controls, efforts to describe and localize gabapentin's central nervous system (CNS) activity have repeatedly confirmed gabapentin's GABAergic effects. Gabapentin's GABAergic effects have been demonstrated in animal studies, *in vivo* studies (in living human beings), auto radiographic/imaging studies, and *in vitro* studies (artificial environment outside living organism.)

Gabapentin has structural similarity to gamma-Aminobutyric acid (GABA).[1, 2, 3, 4, 5] It is this similarity as a GABA analogue and the important role that pro-GABAergic transmission plays in the action of anticonvulsant drugs that gabapentin is presumed to

act via an enhancement of GABAergic transmission.[4, 6, 7, 8]  The end result is that gabapentin's effects are GABAergic.[3, 4] In fact, according to documents available only for internal Pfizer use (March 5, 2001), gabapentin's mechanism of action was reported to be GABAergic, specifically as a GABA receptor agonist.[9]

Gabapentin repeatedly has been shown to exert GABAergic effects localized in specific parts of the brain.  Peer reviewed, refereed research show the localization of gabapentin's GABAergic effects can be found in the frontal cortex, neocortex, thalamus, hypothalamus, corpus striatum (putamen & caudate nucleus), hippocampus, basal ganglia, tectum, amygdala, and substantia nigra.[4, 10]  It has been repeatedly shown in peer reviewed literature that inducing an effect on these areas of the brain results in unpredictable combinations of excitation and inhibition which has the capacity to cause the emergence of violent and self-destructive behavior.[11, 12, 13, 14] *

As reported in *Nature* magazine in 1980, Bowery *et al*, when studying rats, described how gabapentin inhibited the release of the biogenic amines noradrenalin, dopamine and serotonin in a manner similar to that described for gamma-Aminobutyric acid (GABA) and baclofen.[15]  Baclofen is GABAergic and it is generally accepted to cause demonstrable adverse neuropsychiatric effects.[16, 17] †  Research from as early as the mid-1980s, reported that gabapentin decreases the release and/or functionality of the following monoamine neurotransmitters: serotonin, norepinephrine and dopamine.[10, 18, 19, 20, 21]

In 1985, Schliker *et al.* superfused rat brain cortex slices that were preincubated with tritiated noradrenaline (norepinephrine) or serotonin and demonstrated that gabapentin decreased monoamine (both serotonin and noradrenaline) release.  They concluded that gabapentin mimics $GABA_B$ receptor activation although they stated that the exact mechanism of that $GABA_B$-like response had not yet been identified.[20]  According to the 1996 studies by Bloms-Funke and Loscher, gabapentin is GABAergic because it increases GABA turnover, i.e., the apparent rate of synthesis of GABA, in several brain regions, including the substantia nigra.[22]

> "The ability of Gabapentin to alter substantia nigra pars reticulata firing does correlate with its known ability to increase nigral GABA turnover….the suppressive effect of gabapentin on substantia nigra pars reticulata activity may contribute to the anticonvulsant action of this drug…. It is important to note that inhibition of substantia nigra pars reticulata firing is not a common effect of anti-epileptics but is restricted to those drugs which are known to facilitate

---

* The protean effects of reserpine, a drug that suppresses monoamines (dopamine, norepinephrine and serotonin), are similar to those of gabapentin, in that both drugs reduce monoaminergic function.  As noted in Brown and Stoudemire, reserpine can cause depression, dysphoria, suicidality, and suicide as well as it can aggravate psychotic symptoms.

† Baclofen's adverse neuropsychiatric side-effects have been described since the drug, as Lioresal, was first approved by the US FDA in 1977.  As noted by Brown and Stoudemire, common problems include sedation, lethargy, weakness, confusion, mood changes… including dysphoria and anxiety.

GABAergic transmission, either by an effect on the GABA$_A$ receptor complex... or by increasing GABA turnover in substantia nigra pars reticulata."[23]

Additionally, support that gabapentin is GABAergic was demonstrated in studies of rat hippocampal pyramidal cells wherein gabapentin actions appeared to involve a GABA$_B$ receptor coupling to G-proteins and modulation (activation) of Kir3 (inwardly rectifying potassium channels)[24] and (inhibition of) postsynaptic N-type Ca$^{++}$ channels.[7]  Another rat study showed that gabapentin increases the synthesis of GABA from glutamate at the same time that it enhances its release from astrocytes.[25]

The GABAergic effect was indicated in the pre-approval mechanism of action section in the Product Profile that Parke-Davis considered for inclusion on the Product Insert. Specifically, the proposed language included the following, "Gabapentin slightly reduces the release of monoamine neurotransmitters in vitro.  Gabapentin administration to rats increases GABA turnover in several brain regions in a manner similar to valproate sodium, although in different regions of brain."[26]

In 1993, Götz et al., when studying the effects of gabapentin on the release of GABA from slices of rat neostriatum, reported in published referenced literature that gabapentin promotes the release of GABA from neurons and glia.[27]  They went on to state "the anticonvulsant properties of gabapentin may be explained, at least in part, by an enhanced GABAergic neurotransmission."[28]  In other words, animal studies confirm gabapentin can and does act, directly or indirectly, to enhance GABAergic function.[29]

Gabapentin has been shown to increase GABA in human neocortical slices.[30]  Studies in 1996 by Petroff et al. at Yale University measured in vivo human brain GABA by 1H magnetic resonance spectroscopy (using a 2.1-T magnetic resonance imager-spectrometer). The published and referenced literature report confirms that brain GABA (occipital) levels increased after patients ingested gabapentin and that the increase was more marked in individuals taking a higher dose of gabapentin than a lower dose.[31] [32] Similar studies in 2000 by Petroff et al., at Yale University re-confirmed that gabapentin increased median brain GABA and, likewise, that re-challenging patients with gabapentin increased median brain GABA.[6, 33]  Petroff et al concluded that gabapentin is GABAergic and increases brain GABA concentrations.

Further confirmation of the GABAergic effects of gabapentin were outlined in an original article by Trapani, et al. (2000).  The authors noted that "Gabapentin is an antiepileptic drug of new generation that increases brain GABA levels."  Later, in their discussion, the authors discussed the pharmacological effects of gabapentin as follows, "Gabapentin increases the concentration and probably the rate of synthesis of GABA in brain, which may enhance non-vesicular GABA release during seizures."  Additionally, the authors also reported that gabapentin reduces the release of monoamine neurotransmitters.[34]

In 2002, Perugi et al reported that gabapentin inhibits dopamine, norepinephrine and serotonin release,[35] repeating the findings of Taylor et al,[36] and Kelly.[37]  The paper published in Epilepsy Research in 1998 by Taylor et al,[36] (in which all but one of the nine authors were working with Parke-Davis) describes the author's mechanistic hypotheses that summarize the basis of implicating gabapentin's role in monoamine neurotransmission and subsequent production of altered mood and behavior.  While the authors were predominately concerned with the neurochemical bases that underscored gabapentin's anticonvulsant and antinocioceptive effects, they also added that gabapentin, consistent with prior published research, reduces the release of monoamines, including the $K^+$-evoked release of noradrenaline, dopamine and serotonin.[19, 20]  Additionally, Taylor recognized that "gabapentin treatment alters the metabolism or concentrations of….GABA in brain tissues."[38]

Maneuf et al, in 2003, when commenting on gabapentin and neurotransmitter release during a rat study stated: "Several independent studies have now shown that given the right conditions, gabapentin can produce a reduction in calcium influx in presynaptic nerve terminals and inhibit the release of excitatory amino acids in a regionally selective manner.  Recent data also describe an inhibitory effect of gabapentin on $K^+$ - stimulated noradrenalin (NE) release from human neocortex."[39]  This statement is corroborated in other studies.[40]

In addition to the above mentioned studies, Parke-Davis/Warner-Lambert/Pfizer confidential corporate documents dating back to 1984 reflect confirmation of gabapentin's GABAergic effect: "…gabapentin inhibited the release of dopamine from rabbit brain caudate nucleus slices in a similar manner as GABA…"[41, 42]  This comment provides earlier evidence (pre- 1993 FDA approval) that gabapentin mimicked the action of GABA, at least on its ability to inhibit dopamine release.  In the study, gabapentin "…impaired the release of biogenic amines," including statistically significant reductions, p<0.005 level, of serotonin and norepinephrine (dopamine was not tested).[41, 42]  The study authors noted that the particular site of action whereby gabapentin exerted this effect might be different from baclofen, *but the functional results were the same.*  The authors also noted that, since acetylcholine was not affected, the effective inhibition of the monoamines occurred separate from any generalizeable decrease in neuronal excitability.  In other words, the reduction in monoamines was specific to the gabapentin molecule and not from any overall decrease in level of nerve impulse activity.  Additionally, Parke-Davis/Warner-Lambert/Pfizer confidential corporate documents reflect confirmation of gabapentin's GABAergic effect: "Gabapentin may increase cytosolic GABA formed by glutamic acid decarboxylase (GAD) from glutamate."[5, 43]  In March 2001, a report entitled Drugs in Clinical Development for Epilepsy recognized gabapentin as a "GABA receptor agonist."[44]

In addition to animal studies, human studies demonstrate that gabapentin is GABAergic.  As stated in published referenced literature, gabapentin likely exerts one of it effects via an increase in GABA synthesis and an increase in GABA.[34, 45]  Gabapentin has been shown to increase the activity of the enzyme glutamic acid decarboxylase (GAD).[21, 46, 47,]

‡ Gabapentin also increases human brain GABA concentration,[6] and increases GABA release and accumulation.[21]

As measured in 2002 by *in vivo* magnetic resonance spectroscopy using a 4.1-T whole body imaging spectrometer, Kuzniecky *et al.* demonstrated that cerebral GABA concentrations rose 48% at 6 hours after an acute single dose of gabapentin in healthy volunteers. The increase in GABA over mean baseline GABA was statistically significant at 6 hours ($p < 0.006$). This pivotal study demonstrated that gabapentin acutely increased brain GABA levels in healthy men and women, similar to the increases seen in GABA by the acute administration of topiramate. Their results, supporting the science that gabapentin increases brain GABA levels, also demonstrated that cortical GABA levels continued to be increased *chronically* at four weeks for gabapentin as they were for topiramate and lamotrigine.[48] This research was, in part, supported by a grant from Parke-Davis.

Interestingly, the mechanisms by which gabapentin effect changes in brain GABA levels may vary according to time course. For example, while acute administration of gabapentin may stimulate non-vesicular GABA release[48] or increasing GABA synthesis,[4] the chronic administration of gabapentin may be mediated differently.

Authors of published, peer-reviewed literature have concluded that gabapentin's **net effect** on the human brain is to increase or enhance brain GABA levels or enhance those effects mediated by GABA. *And, regardless of whether gabapentin's effect is direct or indirect, at a specific $GABA_A$ or $GABA_B$ receptor or receptor complex or has a direct or indirect effect on any intra- or extra- cellular mechanism that may otherwise interact with or influence $GABA_A$ or $GABA_B$ receptors, gabapentin's net effect remains the same, increasing cerebral GABA.*[49]

## Gabapentin induces a GABAergic-mediated depletion of circulating monoamines.[50]

In 1993, Charles Taylor, while working for the Parke-Davis pharmaceutical research division of the Warner-Lambert Company, wrote a paper describing what he believed to be aspects of the mechanism of action of gabapentin. He commented(page 35) that gabapentin increased the apparent synthesis rate of GABA(GABA turnover) and described other experiments whereby gabapentin also decreased, in rat hippocampal slices, the tissue content of glutamine (an issue that I discuss in the next section of this paper.) Additionally, Dr. Taylor noted that gabapentin reduces the release of monoamines (page 30) while offering scientific evidence earlier in this paper that gabapentin specifically *decreased* the electrically stimulated overflow of dopamine, serotonin and noradrenaline (norepinephrine) in animal studies. (page 29)[10]

---

‡ *"GAD is the enzyme responsible for the conversion of L-glutamic acid to GABA... In general, the localization of this enzyme in mammalian brain correlates quite well with the GABA content."* [13, p.129]

The section 3.2.1.10 of documents referenced as Pfizer_LTive_0007572, expresses a similar scientific conclusion, "These results suggest that the effect of gabapentin to decrease monoamine neurotransmitter release *in vitro* may also be reflected by a decrease in stimulated monoamine turnover *in vivo*."[51]  In the prior page of the same document, Pfizer_LTive_0007571, after describing the reduction of tritiated norepinephrine and/or dopamine release by gabapentin, the following comment was offered that anticipated my argument that  gabapentin's  negative effects on monoamines accounts for its serious behavioral sequelae, like suicides and psychosis: "It is possible that these effects of gabapentin on monoamine neurotransmitter release contribute to their effects in anxiety and other mood disorders…"[52]

As stated in the published research and medical literature, auto radiographic studies of tritiated gabapentin found that gabapentin interacts with specific receptors in the brain, preferentially in the superficial layers of the neocortex, dendritic layer of the hippocampus and molecular layers of the cerebellum.[53, 30]

Pfizer confidential corporate documents state the following: "Gabapentin partially reduces responses to the glutamate agonist N-methyl-D-aspartate (NMDA) in some test systems  *in vitro*...  Gabapentin  slightly  reduces  the  release  of  monoamine neurotransmitters *in vitro*.  Gabapentin administration to rats increases GABA turnover…."[26] Additionally, Pfizer confidential corporate documents state the following: "In some experimental conditions, [gabapentin] partially inhibits the stimulant effects of NMDA and the release of monoamines. NMDA antagonists have some undesirable effects in animals…."[54, 55]

## Gabapentin impairs glutaminergic function

Glutamate is a  primary excitatory neurotransmitter in the human brain.[56, 57]  Although the exact nature of  gabapentin's effects on this excitatory neurotransmitter continue to evolve, an abundance of peer-reviewed scientific literature demonstrate that gabapentin, along with enhancing the inhibitory GABAergic effects elaborated above, also acts to alter and diminish the excitatory actions of glutamate in the central nervous system.[21, 36, 37]

In the aforementioned paper published in Epilepsy Research in 1998, Taylor et al, in their concluding remarks, commented on gabapentin's glutaminergic effects.  The authors stated, "At present several laboratories have demonstrated that gabapentin treatment alters the metabolism or concentrations of glutamate, glutamine or GABA in brain tissues."[58]

In 1999, Dooley et al, working on behalf of Parke-Davis Pharmaceutical Research (as were their counterparts above in the Taylor, et al. article), reiterated the role of glutamate in gabapentin's induction of biological effects.  The authors suggested that an inhibition of L-glutamic acid release by gabapentin could underscore some of gabapentin's effects, including attenuating glutamate release by interacting with the auxiliary $\alpha_2\delta$ subunit of voltage-sensitive $Ca^{2+}$ channels.[59]

Dooley et al, further commented that the modulation of voltage-sensitive $Ca^{2+}$ channels (VSCC) by gabapentin and mediated by gabapentin's alteration of glutaminergic function may explain the anti-excitatory actions of gabapentin and the subsequent alteration of neurotransmitter release.[59]

The above statement was further confirmed in the 2004 paper by Bennett and Simpson. Those authors stated that gabapentin's "… mechanisms of action appear to be a complex synergy between increased GABA synthesis, non-NMDA receptor antagonism [anti-excitatory effect] and binding to the $\alpha_2\delta$ subunit of voltage-dependant $Ca^{2+}$ channels." [60] Bennett and Simpson stated that the non-NMDA receptor antagonism and subsequent VSCC binding inhibited the release of excitatory neurotransmitters.[45]

At one point, gabapentin's glutaminergic effects were to have been included in gabapentin's product labeling. The glutaminergic effect had been discussed for inclusion in the mechanism of action section that Parke-Davis provided in the pre-approval Product Profile for gabapentin. Specifically, the proposed language included the following, "Gabapentin partially reduces responses to the glutamate agonist N-methyl-D-aspartate (NMDA) in some test systems in vitro, but only at concentrations greater than 100 $u$M, which are not achieved in vivo."[61, 62]

Further, as found in a confidential clinical expert report prepared for the behalf of gabapentin's innovator, Dr. Troles Jensen stated the following: "Gabapentin may reduce the synthesis of glutamate….In vitro, gabapentin causes a decrease in levels of glutamate….This suggests that gabapentin treatment may shift the relative balance of neurotransmitters from excitatory to inhibitory. The idea that gabapentin increases synthesis of GABA via GAD [glutamic acid decarboxylase] has been confirmed by results from various studies in animal models."[63]

In 2000, Shimoyama et al suggested that gabapentin has a dual role in its effect on NMDA receptors and subsequent excitatory glutaminergic synaptic transmission. They concluded that gabapentin presynaptically inhibited glutaminergic excitatory neurotransmission, while it might enhance NMDA postsynaptic transmission in certain parts of the central nervous system.[64]

In 2001, Gu and Huang published a paper describing gabapentin's effects on excitatory (NMDA) receptors. The authors found that gabapentin may reduce the release of excitatory transmitter at presynpatic terminals. They also suggested an explanation for the sometimes varying results (at times, gabapentin enhances excitatory stimulation and, at other times, it inhibits it) of gabapentin's effects on excitatory transmission, offering the hypothesis that gabapentin's effects depend on the phosphorylation states of postsynaptic cells or receptors.[65]

As partially outlined above, the peer-reviewed research results of gabapentin's effect on excitatory neurotransmission establish that gabapentin dampens excitatory glutaminergic transmission under certain conditions. This is significant because it provides us with

further understanding of gabapentin's inhibitory effect on subsequent neurotransmission. In other words, at the same time that gabapentin has predominantly inhibitory effects mediated by enhancing GABAergic functionality, there are times when the already enhanced inhibition of neurotransmitters mediated by its GABA effects are further accentuated by dampening gabapentin's (inhibitory) effects on excitatory glutaminergic neurotransmission.

## Enhancing GABAergic systems results in self-injurious behavior

It has been demonstrated in peer reviewed literature that enhancing GABAergic systems results in self-injurious behavior in both animal and human studies.[66, 67]  Research from as early as 1983 demonstrated that in increase in GABA activity in the substantia nigra could precipitate self-injurious behavior (an analog of suicide).[66]  Self-injurious behavior represents the best currently available animal model to parallel self-initiated actions that mimic self-harm and suicidal behavior in humans.[68]

Baumeister (1984) found that bilateral microinjection of the GABA agonist muscimol into the substantia nigra frequently produced self-biting in rats.  The substantia nigra participates in the control of motor output and is involved in behavioral processes. Therefore, since gabapentin is a GABA agonist, basic scientific principles support the finding that gabapentin likewise potentiates self-injurious animal behavior and, analogously and predictably, simulates and causes self-inflicted harm and suicidal behavior in humans.[66]

Srivastava (2000) investigated the effect of gabapentin on behavioral depression in mice by employing a behavioral despair test, a test previously used to demonstrate the depression-causing effects of reserpine as well as, conversely, the ameliorative effects of antidepressants.[69] In it, mice were placed in water and left for a period of time until they showed a posture of immobility.  An increase in immobility, as produced by gabapentin, indicated facilitation of depression.

Srivastava explained gabapentin's effects through GABAergic mechanisms,

> "Gabapentin facilitated depression in the doses of 10 and 30 mg/kg *i.p.*  These doses are lower than the anticonvulsant dose which suggest that mechanism involved in the anticonvulsant action and in the facilitation of depression are different.  Gabapentin causes release of GABA which may act on $GABA_B$ receptors... [to facilitate]... depression directly or indirectly...
> In conclusion, ...gabapentin produced facilitation of depression in behavioral despair test."[70]

Notwithstanding beliefs that gabapentin's precise mechanism of action is not fully known, Srivastava recognized that gabapentin is GABAergic and that its inhibitory effect on neurotransmission facilitates depression.

## Gabapentin's effects have been linked to serious mood, cognitive and behavioral disturbances in humans

In human studies, suicide as an endpoint is an unethical premise upon which to conduct any clinical trial. While no such studies exist, serious mood disturbances and behavioral aberrations are reported and analyzed as adverse events. Peer reviewed literature reflects such reporting and analysis, strongly linking gabapentin's neurobiological effects to multiple significant mood and behavioral problems.

In 1995, Short reported on a single patient who displayed disinhibited, aggressive and unpredictable behavior following gabapentin therapy: "We stopped the gabapentin and he reverted to his usual self."[71]

In 1996, several studies reported mood and behavioral disturbances associated with the use of gabapentin. Lee reported that seven children who received gabapentin developed behavioral problems associated with it use.[72] Only after gabapentin was reduced or discontinued were the behavioral changes reversed. Additionally, Wolf reported that three children exhibited severe behavioral problems associated with the use of gabapentin.[73] Only after gabapentin was discontinued did the children's behavior return to baseline. Further, Tallian (1996) reported two children who received gabapentin developed intolerable aggressive behavior.[74] Khurana, *et al.*, reported that fifteen children experienced behavioral disturbances, including aggression and mood swings, four of which were significant enough to warrant physician intervention.[75]

In 1997, Young et al, reported on a case series of fifteen bipolar patients receiving gabapentin. One patient's depression worsened with gabapentin.[76]

In 1999, several studies reported mood and behavioral disturbances associated with the use of gabapentin. Young et al, reported in an open-label trial of thirty seven bipolar patients treated with gabapentin. One patient experienced an emergent depression requiring discontinuation of the drug.[77]

In 2000, Trinka reported two cases, both adults, who received moderate doses of gabapentin and subsequently developed behavioral side effects: elevated mood, euphoria, and increased energy.[78] Neither adult had a history of psychiatric or behavioral disorder. Trinka et al stated "The behavioral side effects in these two patients cannot be explained by the phenomenon of forced normalization or peri-ictal psychosis nor by intensification of an underlying chronic behavioral or psychiatric disorder. Therefore, we conclude that the most likely mechanism is a direct pharmacological effect of GBP [gabapentin]."[79]

In 2001, Pinninti published two case reports of adult bipolar patients who developed aggression following gabapentin therapy.[80] Pinninti stated, "[m]ore than 100 cases of hostility and aggression have been reported to the manufacturer in the past five years (personal communication, Parke-Davis, 2000). With increasing use of gabapentin in psychiatry, this possible adverse effect should be kept in mind."[81] Further, Robillard

reported on an open-label trial examining gabapentin's effect on five patients with depression and bipolar symptoms.[82] One patient experienced more frequent depressive and hypomanic episodes while taking gabapentin.

In 2002, Salinsky et al., demonstrated that gabapentin therapy produces neurotoxic side effects including cognitive dysfunction. From the Oregon Health Services University Epilepsy Center, Warner-Lambert Pharmaceuticals and the University of Washington Epilepsy Center, Salinsky et al., demonstrated that prolonged (12 weeks) gabapentin therapy induced significant electroencephalographic (EEG) slowing. They also demonstrated that greater EEG slowing was associated with greater subjective neurotoxicity and impairments in test-retest performance on a cognitive test summary.[83]

### Gabapentin's effects on GABAergic and glutaminergic systems cause mood and behavioral disturbances in susceptible consumers, including suicide attempts and completed suicides

Gabapentin's pro-GABAergic effects and anti-glutaminergic effects result in negative mood alteration in susceptible consumers. Both the pro-GABAergic effects and anti-glutaminergic effects serve to decrease cortical excitability with subsequent decreases in the release of monoamine neurotransmitters (serotonin, norepinephrine and dopamine). As a result of the decrease in monoamine transmission, gabapentin causes adverse mood and mood-related behaviors, *inter alia,* dysphoria, sadness, depression, abnormal thinking, depersonalization, irritability, agitation, aggression, suicidal behavior and completed suicides.[39, 45]

Gabapentin-enhanced GABAergic neuronal activity in the human neocortex and hippocampus influences the $GABA_B$ receptor complexes in humans, directly and/or indirectly. Gabapentin's influence on the $GABA_B$ receptor complexes has a demonstrable bimodal effect to either increase **or** decrease aggression.[84, 30, 76]

It is well established in peer reviewed literature, including Pfizer's corporate documents regarding sertraline (*Pfizer*-Zoloft), that whenever there is a depletion of monoamines, particularly serotonin and norepinephrine, or an inhibition of those monoamines' functional activities, there is a significantly increased risk of mood and behavioral disturbances resulting in *inter alia,* dysphoria, sadness, depression, abnormal thinking, depersonalization, irritability, agitation, aggression, suicidal behavior and completed suicides.

The association between lower serotonergic activity, particularly frontal lobe activity, and depression and suicide has been described, and has been a known and generally accepted theory in the medical and psychiatric community for several decades. Likewise, reduced central levels of serotonin (and norepinephrine) are linked to depression and suicide, again an idea that is long established and supported by the referenced and published literature.[85, 86, 13, 87] In much the same manner, published referenced literature has demonstrated that decreased noradrenergic (norepinephrine) systems defined by

metabolic and beta-adrenergic receptor studies in the frontal cortex correlate deficient noradrenergic activity with depressive disease and suicidal behavior.[87, 88]

A 2001 publication in peer-reviewed *Biological Psychiatry by* Placidi and his associates demonstrated that lower levels of cerebrospinal fluid of serotonin metabolite 5-HIAA (5-Hydroxyindoleacetic Acid) was independently associated with a history of suicide attempts with higher lethality.[89]

The association between reduced brain levels of serotonin and suicidality is further explored in an article published in the peer-reviewed *Canadian Journal of Psychiatry* in June, 2003. After citing the influence of the stress response mediated by the hypothalamic-pituitary-adrenal response and noradrenergic neurotransmission, the authors confirmed that a deficient 5-HTergic (serotonergic) system is directly associated with suicidal behavior by studying a large number of post-mortem suicide victims' blood platelets, CSF (cerebrospinal fluid), post-mortem brains, functional neuroimaging and genetics.[90]

That decreased serotonergic and noradrenergic activity is casually related to depression and suicide forms the basis of previous and present-day antidepressant treatment. Using that well-established hypothesis, the reversal of decreased serotonin or noradrenergic activity or the enhancement of the cortical serotonergic and noradrenergic activity is the putative mechanism of action of antidepressants, including those that predate the SSRIs (egs., imipramine, amitriptyline, doxepin), currently marketed Selective Serotonin Reuptake Inhibitors (SSRIs; egs. fluoxetine, sertraline, paroxetine, citalopram) and norepinephrine-serotonin reuptake inhibitors (NSRIs; e.g. venlafaxine).

## Gabapentin's Ability to Negatively Alter Mood Confirmed by FDA

Separate and apart from the aforementioned published medical literature describing the association between gabapentin and mood and behavioral disturbances, Parke-Davis/ Warner Lambert/ Pfizer's own controlled clinical trials demonstrated gabapentin's capacity to cause mood and behavioral disturbances.

Indeed, during the FDA's pre-approval review and evaluation of clinical data submitted by Parke-Davis to the FDA, the FDA medical reviewer raised important concerns about the relationship between gabapentin and suicide, as well as the anticipated off-label use of gabapentin. Cynthia G. McCormick, M.D. stated the following:

> "Less common but more serious events may limit the drug's [gabapentin's] widespread usefulness... depression, while it may be not an infrequent occurrence in the epileptic population, may become worse and require intervention or lead to suicide, as it has resulted in some suicidal attempts....In conclusion, NDA 20-235 is approvable with appropriate and prominent labeling for use in a specific population."[91]

After submission of the sponsor's Third Safety Update, Dr. McCormick stated, also in reference to this safety data, "[t]here are no new data in Satefy Update #3 which alter the safety profile of this drug as presented in the initial NDA and Safety Update #1 and 2."[92] After the sponsor's Fourth Safety Update, Dr. McCormick stated again, "[t]here are no new data in the Safety Update #4 which alter the safety profile of this drug as presented in the initial NDA and Safety Update #1, 2, and 3."[93]

Listed below are examples of mood and behavioral disturbances reported by patients during well controlled clinical trials involving gabapentin, performed by Parke-Davis/ Warner Lambert/ Pfizer, which were reported to the FDA as possibly, probably or definitely related to gabapentin:

1. Patient 221 (Study 945-13, Center 14), a 17 year old male, reported severe depression after thirteen days of treatment and attempted suicide while being treated with gabapentin on day 166. Investigators thought that the depression was possibly related to gabapentin.[94, 95]

2. Patient 5 (Study 945-15, Center 19), a 17 year old female, was reported to have depression. The patient attempted suicide. Both the patient's depression and suicide attempt were considered serious adverse events possibly related to gabapentin.[94, 96]

3. Patient 104 (Study 877-210P, Center 214 or Center 212), an 18 year old male, overdosed on medication. The investigator for this study thought that this overdose was a serious adverse event possibly related to gabapentin.[94]

4. Patient 10022 (Study 945-14, Center 801), a 31 year old female, overdosed on medication. The investigator for this study thought that this overdose was a serious adverse event possibly related to gabapentin.[94]

5. Patient 1 (Study 945-15, Center 1), a 36 year old male, reported depression with suicide ideation on day 11, which improved on tapering and discontinuation of gabapentin treatment; depression with suicide ideation recurred on re-challenge of gabapentin. The investigator thought that this was probably due to gabapentin, resulting in the discontinuation of the drug. (The challenge-dechallenge-rechallenge of this patient with gabapentin is described in more detail below.)[94, 97]

6. Patient 22 (Study 945-15, Center 11), a 23 year old female, took 1200 mg of gabapentin for 10 days. She experienced depression. In the clinical review, her depression was initially listed as an adverse side-effect, possibly or probably related to gabapentin. In a revision, the adverse effect was de-listed since the depression resolved with dose-reduction and because the patient had experienced depression in the past.[94, 98]

7. Center 001 Patient 018 (Study 945-411, Appendix B.3.2)[99,100] According to Appendix B.3.2. Listing of Serious Adverse Events by Pfizer in their study of gabapentin for neuropathic pain, patient #018 attempted suicide on day 27 of the study by ingesting 4500 mg of gabapentin. This suicide attempt was considered **definitely** related to gabapentin. This adverse event was listed as an intentional overdose with a subsequent production of somnolence, problems that were also deemed to be definitely related to gabapentin. Patient recovered after gabapentin was discontinued. The report was authored by Anne B Giordani, PhD; H Preston Holley, Jr, MD, Director of clinical development; and Jeffery L Robbins, MS, senior statistician for central nervous system

biostatistics. The causal relationship as to the suicide attempt was later reassessed as unclear and therefore removed. [101, 102]

8.  Patient #205 (Study 945-5-010)[103] born on August 13, 1956 and a Caucasian surgically sterilized female with a history of simple partial and partial secondary generalized seizures developed severe mood changes and irritability while receiving gabapentin in 1988. The dose varied from an initial dose of 1200 mg/day on February 17, 1988 and was tapered to 600 mg/day, then 400 mg/day, then 200mg/day until it was discontinued on February 21, 1988. The Warner-Lambert investigators (form 15), as observed on February 29, 1988, stated that the irritability and depression were possibly due to gabapentin and therefore the drug was discontinued. The client was ultimately dropped from the gabapentin protocol due to intolerable adverse events (form 16).

9.  Patient #213 (Study 945-5---1)[104] a 46 year old female with a history of simple partial and complex partial seizures. The patient was dropped from the study (form 14, Parke-Davis Pharmaceutical Research Division, Warner-Lambert Company) on September 18, 1989. The investigator stated that she was dropped due to depression. On form 10, the physician investigator stated that the depression experienced by the patient was severe, possibly related to gabapentin, and met criteria for a serious adverse event. Gabapentin was discontinued on October 1, 1989, and the physician investigator recommended that the company, Parke-Davis, be immediately notified of the adverse outcome.

10.  Review and Evaluation of Clinical Data, 1992, at Page 109, separately reports that 9 patients withdrew from gabapentin clinical studies because of depression. In addition, of the 78 patients who reported depression as an adverse event, 19 of them had no prior history of depression and 22 of them required treatment for depression.[105]

Particular significance must be given to those patients receiving gabapentin who were de-challenged because of mood or behavioral disturbances, and who, upon rechallenge with gabapentin, re-exhibited mood and behavioral disturbances. In terms of addressing the causal relationship of gabapentin to the mood or behavioral disturbance (i.e., adverse event), such findings reflect a scientifically sound position that gabapentin was a substantial factor in causing the adverse event.[106]

Listed below are examples of mood and behavioral disturbances reported by patients receiving gabapentin during well controlled clinical trials performed by Parke-Davis/ Warner Lambert/ Pfizer. They were reported to the FDA as *possibly* unrelated to gabapentin; however, clinical correlation with gabapentin may be significant due to the repetition of behavioral side-effects in multiple patients.

1.  Patient #8 (Study 945-13, Center 204) was a 27 year old male who had been prescribed gabapentin for 266 days, on a dose of 2000 mg/day. He experienced depression with suicidal ideation, suffered from status epilepticus and later died following a subarachnoid hemorrhage.[107]

2.  Patient #14 (Study 945-13, Center 221) was a 17 year old male who reported depression on day 13, which the investigator reported as possibly related to gabapentin . On day 166 the patient experienced suicidal ideation and attempted suicide.

3. Patient #17 (Study 945-15, Center 2) was a 36 year old female who reported suicidal ideation on day 28 of gabapentin treatment.[108]

4. Patient #20 (Study 945-15, Center 17) was a 27 year old male who reported depression with suicidal ideation on day 251 of gabapentin treatment.[109]

5. Patient #212 (Study 877-210P, Center 104) was an 18 year old male who overdosed on day 65 of gabapentin treatment.[110]

6. Patient #2 (Study 945-16, Center 2) was a 17 year old female who overdosed on gabapentin and phenytoin on day 217 of gabapentin treatment.

7. Patient #2 (Study 945-16, Center 9) was a 32 year old female who overdosed on gabapentin and phenytoin on day 83 of gabapentin treatment.

While the FDA clinical review described the aforementioned serious adverse events in their clinical review, problems associated with depression and suicide attempts were known to Parke-Davis Pharmaceutical Research Division, division of Warner-Lambert Company in 1989. In their protocol #945-15, a challenge-dechallenge-rechallenge with gabapentin intervention was prescribed to client RWB. That client, a Caucasian male, was born on Sept 15, 1952. The then 36/37 year old client received 1500 mg of gabapentin beginning on January 3, 1989. The medication was stopped on April 3, 1989 due to severe depression and suicidal ideation. The medical review team, according to attachment C case #05421 and reference number AE0010945890001, believed that this adverse effect was serious and possibly/probably related to gabapentin. The client was rechallenged with a lower dose of gabapentin, 1200 mg, on October 3, 1989. This dose was stopped on November 4, 1989 due to a re-emergence of severe depression and suicidality. Evaluation form 15 shows that, in the investigator's opinion on October 30, 1989, the client was worse because of his depression. On November 17, 1989, it was recommended (Form 11, neurological examination) that RWB be admitted for hospital care due to suicidal ideation and severe depression.[111]

Several years later, gabapentin's sponsors asked Dr. Michael Trimble to evaluate certain adverse events reported with the use of gabapentin. Dr. Michael Trimble who was retained in 1995 by Warner Lambert to evaluate the relationship between anticonvulsants and mood changes, stated the following in a paper titled, *Psychosis with Gabapentin*: "It has been known for a long time that anticonvulsant drugs influence the mental state....The main adverse effect of anticonvulsants is the link between anticonvulsant drugs and depression."[112] Additionally, in a report entitled "Behavioral Disturbance with Gabapentin," Dr Trimble recognized that in at least 9 cases, "it seems that behavior problems may have been exacerbated in 4, and occurred *de novo* in 5."[113] Dr. Trimble indicated that 43% of reported cases of aggression may have been precipitated or exacerbated by gabapentin.

## Gabapentin's Effects are Paradoxical and Yield Differing Results from Patient to Patient

While the clinical trials involved nearly 2,100 individuals, the above noted adverse events demonstrate that gabapentin has the capacity to cause mood and behavioral disturbances in susceptible individuals. In peer reviewed literature and corporate documents,

gabapentin's effects are paradoxical. In some it has been shown to be inhibitory and calming; in others it has been shown to be excitatory and increase the risk of depersonalization, agitation, aggression, psychotic symptoms and homicidal behavior. As an example, according to the 2004 University of Texas-Houston Health Science Center paper by Cherek *et al.* and others, changes in GABA concentration in the central nervous system of animals and humans produces behavioral changes.[114, 115, 116] Although the activation of $GABA_B$ receptors in certain non-human studies have demonstrated a reduction in aggression in non-humans, the effective changes in *human* behavior are bitonic, i.e., they demonstrate two opposing mechanisms of action.[117] In other words, selective $GABA_B$ agonists (such as baclofen) produce a decrease or an increase in aggression in different people. Specifically, in humans without a premorbid history of aggression or conduct disturbance, agents such as baclofen or gabapentin stimulate aggression,[80] while lower doses of gabapentin can induce aggression in individuals *with or without* a premorbid history of conduct disturbance.[117]

Additionally, compounding its unpredictability, gabapentin can cause paradoxical effects. According to a Yale University School of Medicine study by Grace and Bunney, GABAergic enhancement of GABA function in the substantia nigra causes paradoxical effects.[118]  With biochemical and electrophysiological evidence, they were able to demonstrate the occurrence of paradoxical excitatory effects of enhanced GABAergic input into the dopaminergic system of the substantia nigra. The reasoning was simple: Dopaminergic neurons in the Zona Compacta (ZC) of the substantia nigra receive an inhibitory GABAergic input from Zona Reticulata (ZR) cells that are, in turn, inhibited by increased GABA activity. This inhibition of the inhibitor becomes a disinhibition. This happens because GABAergic drugs act preferentially on non-dopaminergic inhibitory neurons in the ZR cells of the substantia nigra which, in turn influence the activity of dopaminergic cells, because the ZR cells are approximately 20 times more sensitive to the inhibitory effects of GABA than the dopaminergic neurons.[118]

Similarly, peer reviewed literature demonstrated that gabapentin can have quite diametrically opposite effects on opiate receptors. In some individuals, it has been shown to intensify anti-pain effects. At the same time, in other individuals, it is well known that gabapentin increases dysphoria and depression associated with opiate abuse. As Rocha described in his 1999 micro dialysis animal study, gabapentin can increase extra cellular opioid peptides in the brains of rats after a single dose.[119] Gabapentin can, likewise, act synergistically with morphine compounds to enhance opioid effects.[36]   A recently released clinical study published in the *New England Journal of Medicine* demonstrates that gabapentin has a synergistic effect when ingested with morphine sulfate in order to relieve pain.[120]

Additionally, according to scientific experts in the field of neuropsychiatric drug-induced side-effects, endogenous opioidergic systems and their interaction with glutaminergic, cholinergic and GABAergic cortical systems are implicated in the genesis of psychosis.[121, 122]

## Other Drugs that Enhance GABAergic Activity Cause Depression

Medication classes are a convention in which one single aspect of a set of medication is used to group them together. That aspect may be their therapeutic use, their effect on a specific mechanism in the body or how the body affects them. While the medications in that class share the attribute of providing similar benefits (*i.e.*, all anti-seizure medications should reduce seizures), they can differ in important respects. However, when the medications in the group cause similar adverse effects, it lends support that the suspected medication in fact causes the adverse effect.

An abundance of evidence exists that states artificially enhanced GABAergic activity can induce major depression and suicidality. Vigabatrin's GABAergic activity bears certain similarities to gabapentin because it is a synthetic derivative of GABA and causes increases in regional GABA activity. (It is GABAergic via a dose-dependent irreversible inhibition of GABA transaminase, the enzyme responsible for metabolizing GABA, and thereby differentiates itself from gabapentin; however, both drugs enhance GABAergic function.)[48, 123, 124] Vigabatrin's side-effects are similar to those of gabapentin, including the prominent ones that include sedation, psychosis, dizziness, irritability, major depression and suicidality.[123]

It is well established in peer reviewed literature that diazepam (Valium) is a drug that enhances GABAergic systems. It has been repeatedly shown in peer reviewed literature that diazepam enhancement of GABAergic systems significantly increases the risk of depression and suicide. In 1988, The Committee on Safety of Medicines in the U.K. noted that benzodiazepines have the capacity to cause or aggravate depression and increase the risk of suicide in patients. Gabapentin's effects on the GABAergic system have the same functional effect as the benzodiazepine diazepam. When Gabapentin enhances GABAergic systems, Gabapentin's functional effect on the GABAergic systems is similar to diazepam and has the capacity to cause the same significant increased risk of, and lead to, depression and suicide.

It is well established in peer review literature that alcohol is a substance that enhances GABAergic systems. It has been repeatedly shown in peer reviewed literature that alcohol enhancement of GABAergic systems significantly increases the risk of depression and suicide. Gabapentin's effects on the GABAergic system have the same functional pro-depressant effects as alcohol, similarly increasing the risk of depression and suicide.

According to a 1995 paper by Cornelius and co-authors from the Department of Psychiatry at Western Psychiatric Institute and Clinic, Pittsburgh, PA, individuals who suffer from depression *and* alcoholism have a disproportionately higher (59% higher, according to the authors) risk of suicide than individuals who were depressed but did not use alcohol. The authors concluded that depressed alcoholics "suffer an additive or synergistic effect of two separate disorders, resulting in a disproportionately high level of acute suicidality."[125]

Another analogy of pro-depressant effects can be drawn with the anti-hypertensive reserpine. It is well established in peer reviewed literature that reserpine is a drug that interferes with monoaminergic function. Drugs, like reserpine, that decrease serotonergic and noradrenergic activity significantly increase the risk of depression and suicide. Brown and Stoudemire wrote in 1998 that depression is the most feared psychiatric side-effect of reserpine. This pathophysiology, i.e. reserpine-induced depression and suicide, is due to reserpine's inhibition of the transport of biogenic amines (dopamine, norepinephrine, serotonin) from the cytoplasm into storage vesicles, suggesting that this decreased aminergic function occurs wherever biogenic amines undergo transport into storage vesicles, such as platelets, central and peripheral neurons, gut cells and mast cells.[11]

Separately, drugs like antidepressants (that increase serotonergic and noradrenergic activity) whose functional attributes are opposite to those of reserpine, may provide some measure of protection from depression and suicidal behaviors, consistent with the currently accepted scientific basis for the mechanism of action of antidepressants. Gabapentin's effect on monoamines has the same functional result as reserpine. Gabapentin's pro-depressant (inhibitory) net effect on the GABAergic and monoaminergic systems yields similar results as reserpine's inhibitory effects on those monoamines, resulting in the same capacity to significantly increase the risk of and cause depression and suicide.

## Epidemiological Support that Gabapentin has the Capacity to Contribute to Suicide

My opinions are supported in the recent research report by Collins and McFarland. Collins and McFarland recognized an increased risk of completed suicide in those patients exposed to gabapentin as compared to lithium. They evaluated "12,662 Oregon Medicaid patients diagnosed with bipolar disorder and treated with medication between 1998 and 2003. Outcomes measures were completed suicide and emergency department visits for suicide attempts…. The objective was to compare rates of completed suicide and suicide attempts among those Medicaid patients using lithium, divalproex, and/or other anticonvulsant medications, with emphasis on the initial (or index) episode of medication use during the study period." The authors used a 'hazard ratio' to summarize their findings, and the ratio for gabapentin with respect to completed suicides was 2.6 times greater than that of their control, the lithium-medicated group.[126]

### Summary

In summary, within a reasonable degree of medical and psychiatric certainty, gabapentin has repeatedly been shown in the peer reviewed literature to demonstrate GABAergic effects. Gabapentin repeatedly has been shown to exert GABAergic effects in specific parts of the brain resulting in unpredictable combinations of excitation and inhibition which has the capacity to cause the emergence of violent and self destructive behavior. Repeatedly, gabapentin's actions have been shown in peer reviewed literature to alter glutaminergic function, including the demonstration that gabapentin has a depressant

effect on glutaminergic neurotransmission. The consequence of gabapentin's net effect is that gabapentin decreases cortical excitability (enhancing GABAergic systems and/or inhibiting glutaminergic systems) and/or decreases the availability of serotonin and norepinephrine neurotransmitters. This net effect has been repeatedly shown in peer reviewed literature to affect mood and mood-related behaviors. Gabapentin's adverse effects upon mood and mood related behaviors have the capacity to cause, *inter alia,* dysphoria, sadness, depression, abnormal thinking, depersonalization, irritability, agitation, aggression, suicidal behavior and completed suicides.

Stefan P. Kruszewski, M.D.

[1] Parke-Davis. (Aug 2003) **Neurontin® (Gabapentin) Capsules: Neurontin® (Gabapentin) Tablets: Neurontin® (Gabapentin) Oral Solution**. Lori Murray, Senior Ed. *PDR: 58 Edition: 2004: Physicians' Desk Reference*. Thompson PDR. Montvale, NJ. 2004. 2559.

[2] Lloyd KG, Morselli PL, Depoortere H, et al. (1983) **The Potential Use of GABA Agonists in Psychiatric Disorders: Evidence from Studies with Progabide in Animal Models and Clinical Trials**. *Pharmacology Biochemistry & Behavior*. 18: 957-966.

[3] Ng GYK, Bertrand S, Sullivan R, et al. (2001) γ-**Aminobutyric Acid Type B Receptors with Specific Heterodimer Composition and Postsynaptic Actions in Hippocampal Neurons Are Targets of Anticonvulsant Gabapentin Action**. *Molecular Pharmacology*. 59(1): 144-152.

[4] Löscher W, Hönack D, Taylor CP. (1991) **Gabapentin increases aminooxyacetic acid-induced GABA accumulation in several regions of rat brain**. *Neuroscience Letters*. 128: 150-154.

[5] Pfizer_L_Castro_0011361.

[6] Petroff OA, Hyder F, Rothman DL, Mattson RH. (2000 Jun) **Effects of Gabapentin on brain GABA, homocarnosine, and pyrrolidinone in epilepsy patients**. *Epilepsia*. 41(6): 675-680.

[7] Bertrand S, Nouel D, Morin F, et al. (2003) **Gabapentin Actions on Kir3 Currents and N-type Ca$^{2+}$ Channels via GABA$_B$ Receptors in Hippocampal Pyramidal Cells**. *Synapse*. 50: 95-109.

[8] Bertrand S, Ng GYK, Purisai MG, et al. (2001) **The Anticonvulsant, Antihyperalgesic Agent Gabapentin Is an Agonist at Brain γ-Aminobutyric Acid Type B Receptors Negatively Coupled to Voltage-Dependent Calcium Channels**. *The Journal of Pharmacology and Experimental Therapeutics*. 298(1): 15-24.

[9] Pritts J, Panek D. (March 5, 2001) **Drugs in Clinical Development for Epilepsy: March 2001**. PGRD Ann Arbor Laboratories for Pfizer, Inc. 1.

[10] Taylor CP. (1993) **Mechanism of Action of New Anti-Epileptic Drugs**. In: Int Congr Symp Ser, No. 198, *New Trends in Epilepsy Management: The Role of Gabapentin*, edited by D. Chadwick, London, R Soc Med Serv, 13-40.

[11] Flattery KV, Spero L. (1985) *Drugs acting on adrenergic neurons (adrenergic neuronal blocking drugs), in Principles of Medical Pharmacology, 4th Edition*. Edited by Kalant H, Roschlau WH, Sellers EM. Toronto, University of Toronto Press. 203-212. as referenced in: Brown TM, Stoudemire A. (1998) *Psychiatric Side Effects of Prescription and Over-the Counter Medications: Recognition and Management*. American Psychiatric Press, Inc. Washington, DC. 4.

[12] Cooper JR, Bloom FE, Roth RH. (1986) **The Biochemical Basis of Neuropharmacology: Fifth Edition**. *Oxford University Press*. New York, NY. 137, 139-140, 316.

[13] Brown TM, Stoudemire A. (1998) *Psychiatric Side Effects of Prescription and Over-the Counter Medications: Recognition and Management*. American Psychiatric Press, Inc. Washington, DC. 216.

[14] Joseph R. (1996) *Neuropsychiatry, Neuropsychology, and Clinical Neuroscience: Emotion, Evolution, Cognition, Language, Memory, Brain Damage, and Abnormal Behavior: Second Edition. Williams & Wilkins, A Waverly Company.* Baltimore, MD. 595, 600-601.

[15] Bowery NG, Hill DR, Hudson AL, et al. (1980) **Baclofen decreases neurotransmitter release in the mammalian CNS by an action at a novel GABA receptor.** *Nature.* 283: 92-94.

[16] Brown TM, Stoudemire A. (1998) *Psychiatric Side Effects of Prescription and Over-the Counter Medications: Recognition and Management.* American Psychiatric Press, Inc. Washington, DC. 52.

[17] Kondo T, Fromm GH, Schmidt B. (1991) **Comparison of gabapentin with other antiepileptic and GABAergic drugs.** *Epilepsy Res.* 8: 226-231.

[18] Rao ML, Clarenbach P, Vahlensieck M, Krätzschmar S. (1988) **Gabapentin augments whole blood serotonin in healthy young men.** *Journal of Neural Transmission.* 73: 129-134.

[19] Reimann W. (Oct 1983) **Inhibition by GABA, baclofen and Gabapentin of dopamine release from rabbit caudate nucleus: are there common or different sites of action?** *Eur J Pharmacol.* 94(3-4): 341-344.

[20] Schlicker E, Reimann W, Göthert M. (1985) **Gabapentin Decreases Monoamine Release without Affecting Acetylcholine Release in the Brain.** *Drug Res.* 35(II) Nr. 9: 1347-1349.

[21] RR-REG 740-03550. at Pfizer_LTive_0007563 - Pfizer_LTive_0007580. Pfizer. **3.2 Studies With Gabapentin Directed at Mechanism of Action.** Confidential Pfizer Documents. DM_FILE/CI-0945 (JMF08901a).

[22] Bloms-Funke P, Löscher W. (1996) **The anticonvulsant gabapentin decreases firing rates of substantia nigra pars reticula neurons.** *European Journal of Pharmacology.* 316: 211-218.

[23] Bloms-Funke P, Löscher W. (1996) **The anticonvulsant gabapentin decreases firing rates of substantia nigra pars reticula neurons.** *European Journal of Pharmacology.* 316: 211, 216.

[24] Moore KA, Baba H, Woolf CJ. (Dec 2002) **Gabapentin – actions on adult superficial dorsal horn neurons.** *Neuropharmacology.* 43(7): 1077-1081.

[25] Fichter N, Taylor CP, Feuerstein TJ. (1996) **Nipecotate-Induced GABA Release from Slices of the Rat Caudate-Putamen: Effects of Gabapentin.** *Naunyn-Schmiedeberg's Arch Pharmacol.* 354: R35.

[26] Blumberg, Alan. (March 30, 1992) **Memo to Distribution: Gabapentin MAA – Product Profile.** International Regulatory Affairs, Parke-Davis Pharmaceutical Research Division, Warner-Davis Company. 1-3.

[27] Götz E, Feuerstein TJ, Lais A, Meyer DK. (1993) **Effects of gabapentin on release of gamma-aminobutyric acid from slices of rat neostriatum.** *Arzneimittelforschung (Drug Research).* 43: 636-638.

[28] Götz E, Feuerstein TJ, Lais A, Meyer DK. (1993) **Effects of gabapentin on release of gamma-aminobutyric acid from slices of rat neostriatum.** *Arzneimittelforschung (Drug Research).* 43: 638.

[29] Satzinger G. (1994) **Antiepileptics from Gamma-aminobutyric Acid.** *Drug Res.* 44: 261-266.

[30] Errante LD, Williamson A, Spencer DD, Petroff OA. (2002 May) **Gabapentin and vigabatrin increase GABA in the human neocortical slice.** *Epilepsy Res.* 49(3): 203-210.

[31] Petroff OA, Rothman DL, Behar KL, et al. (1996) **The effect of gabapentin on brain gamma-aminobutyric acid in patients with epilepsy.** *Ann Nuerol.* 39: 95-9.

[32] Tremont-Lukats IW, Megeff C, Backonja M-M. (Nov 2000) **Anticonvulsants for Neuropathic Pain Syndromes: Mechanisms of Action and Place in Therapy.** *Drugs.* 60(5): 1029-2052.

[33] NDA20235_MISC_005_0589. Pfizer Confidential Documents. New Drug Application pages.

[34] Di Trapani G, Mei D, Marra C, et al. (2000) **Gabapentin in the Prophylaxis of Migraine: A Double-Blind Randomized Placeb-Controlled Study.** *La Clinica Terapeutica.* 151(3): 145-148.

[35] Perugi G, Toni C, Frare F, et al. (Dec 2002) **Effectiveness of Adjunctive Gabapentin in Resistant Bipolar Disorder: Is it due to Anxious-Alcohol Abuse Comorbidity?** *J Clin Psychopharmacol.* 22(6): 584-591.

[36] Taylor CP, Gee NS, Su T-Z, et al. (1998) **A summary of mechanistic hypotheses of Gabapentin pharmacology.** *Epilepsy Research.* 29: 233-249.

[37] Kelly KM. (Oct 1998) **Gabapentin: Antiepileptic Mechanism of Action.** *Neuropsychobiology.* 38(3): 139-144.

[38] Taylor CP, Gee NS, Su T-Z, et al. (1998) **A summary of mechanistic hypotheses of Gabapentin pharmacology.** *Epilepsy Research.* 29: 245.

[39] Maneuf YP, Gonzalez MI, Sutton KS, et al. (2003) **Drugs of the Future: Review: Cellular and Molecular Action of the putative GABA-mimetic, Gabapentin.** *Cellular and Molecular Life Sciences.* 60: 742-750.

[40] Fink K, Dooley DJ, Meder WP, et al. (2002) **Inhibition of neuronal $Ca^{2+}$ influx by gabapentin and pregabalin in the human neocortex.** *Neuropharmacology.* 42: 229-236.

[41] Reimann W, Fritschi E, Köllhofer U, Eysell J (translator). (May 1984) **Confidential Research Report #4192-0166: Gabapentin attenuates the release of Noradrenaline and serotonin but not acetylcholine from brain slices.** Gödecke AG, Research and Development. 1-8.

[42] IND_28454_SUB_004_0101.

[43] Gee NS, Brown JP, Dissanayake VUK, et al. (1996) **The novel anticonvulsant drug, Gabapentin (Neurontin), binds to the alpha2delta subunit of a calcium channel.** *J Biol Chem.* 271(10): 5768-5776.

[44] Pfizer_Mdong_0000061

[45] Bennett MI, Simpson KH. (2004) **Gabapentin in the treatment of neuropathic pain.** *Palliat Med.* 18: 5-11.

[46] Dimond KR, Pande AC, LaMoreaux L, et al. (1996) **Effect of Gabapentin (Gabapentin) [corrected] on mood and well-being in patients with epilepsy.** *Prog Neuropsychopharmacol Biol Psychiatry.* 20: 407-417.

[47] Taylor CP, Vartanian MG, Andruszkiewicz R, Silverman RB. (1992) **3-Alkyl GABA and 3-alkylglutamic analogues: two new classes of anticonvulsant agents.** *Epilepsy Res.* 11: 103-110.

[48] Kuzniecky R, Ho S, Pan J, et al. (2002) **Modulation of cerebral GABA by topiramate, lamotrigine, and gabapentin in healthy adults.** *Neurology.* 58(1): 365-372.

[49] Jensen FE, Privitera MD, Shields WD. (March 2002) **The National Institute of Neurological Disorders and Stroke of the National Institutes of Health Presents: Evolving Directions in the Management of Epilepsy.** *Clinician.* 20(1): 1-31.

[50] Ferrier IN. (1998) **Lamotrigine and Gabapentin. Alternative in the treatment of bipolar disorder.** *Neuropsychobiology.* 38: 192-197.

[51] RR-REG 740-03550 at Pfizer_LTive_0007572. Pfizer. **3.2 Studies With Gabapentin Directed at Mechanism of Action.** Confidential Pfizer Documents. DM_FILE/CI-0945 (JMF08901a)..

[52] RR-REG 740-03550 at Pfizer_LTive_0007571. Pfizer. **3.2 Studies With Gabapentin Directed at Mechanism of Action.** Confidential Pfizer Documents. DM_FILE/CI-0945 (JMF08901a).

[53] Pollack MH, Matthews J, Scott EL. (1998) **Gabapentin as a potential treatment for anxiety disorders.** *Am J Psychiatry.* 155: 992-993.

[54] MAA_MISC_028_0224.

[55] Reimann W, Fritschi E, Köllhofer U, Eysell J (translator). (May 1984) **Confidential Research Report #4192-0166: Gabapentin attenuates the release of Noradrenaline and serotonin but not acetylcholine from brain slices.** Gödecke AG, Research and Development. 1-8.

[56] Cooper JR, Bloom FE, Roth RH. (1986) **The Biochemical Basis of Neuropharmacology: Fifth Edition.** Oxford University Press. New York, NY. 161-167.

[57] Timmerman W, Westerink BHC. (1997) **Brain microdialysis of GABA and glutamate: what does it signify?** *Synapse.* 27: 242-261.

[58] Taylor CP, Gee NS, Su T-Z, et al. (1998) **A summary of mechanistic hypotheses of Gabapentin pharmacology.** *Epilepsy Research.* 29: 245.

[59] Dooley DJ, Mieske CA, Borosky SA. (2000) **Inhibition of $K^+$-evoked glutamate release from rat neocortical and hippocampal clices by gabapentin.** *Neuroscience Letters.* 280: 107-110.

[60] Bennett MI, Simpson KH. (2004) **Gabapentin in the treatment of neuropathic pain.** *Palliat Med.* 18: 5.

[61] Blumberg, Alan. (March 30, 1992) **Memo to Distribution: Gabapentin MAA – Product Profile.** International Regulatory Affairs, Parke-Davis Pharmaceutical Research Division, Warner-Davis Company. p. 3.

[62] MAA_MISC_030_0077.

[63] Pfizer_LCastro_0003585 Jensen TS, Sindrup SH. **Clinical Expert Report and Written Summary of Clinical Studies: Gabapentin for the Treatment in Neuropathic Pain.** University of Aarhus & Odense University Hospital, Denmark.

[64] Shimoyama M, Shimoyama N, Hori Y. (2000) **Gabapentin affects glutamatergic excitatory neurotransmission in the rat dorsal horn.** *Pain.* 85: 405-414.

[65] Gu Y, Huang L-YM. (2001) **Gabapentin actions on N-methyl-D-aspartate receptor channels are protein kinase C-dependent**. *Pain.* 93: 85-92.

[66] Baumeister AA, Frye GD. (1984) **Self-Injurious Behaviour in Rats Produced by Intranigral Microinjection of GABA Agonist**. *Pharmacology, Biochemistry and Behavior.* 21: 89-95.

[67] Lloyd KGO, Hornykiewicz L, Davidson K, et al. (1981) **Biochemical Evidence of dysfunction of brain neurotransmitters in the Lesch-Nyhan syndrome.** *NEJM.* 305(19): 1106-1111.

[68] Crawley JN, Sutton ME, Pickar D. (1985) **Animal Models of Self-Destructive behavior and suicide.** *Psychiatr Clin North Am.* 8(2): 299-310.

[69] Srivastava SK. (2000). **Facilitation of Behavioural Depression by Certain Antiepileptic Drugs**. *Indian Journal of Pharmacology.* 32: 31-33.

[70] Srivastava SK. (2000). **Facilitation of Behavioural Depression by Certain Antiepileptic Drugs**. *Indian Journal of Pharmacology.* 32: 32-33.

[71] Short C, Cooke L. (1995) **Hypomania Induced by Gabapentin.** *Journal of Psychiatry.* 166(5): 679-680.

[72] Lee DO, Steingard RJ, Cesena M, et al. (1996) **Behavioral Side Effects of Gabapentin in Children.** *Epilepsia,* 37 (1): 87-90.

[73] Wolf S, Mayer T, Schutte W. (1996) **Gabapentin Toxicity in Children Manifesting as Behavioral Changes.** *Epilepsia.* 36 (12): 1203-1205.

[74] Tallian KB, Nahata MC, Lo W, Tsao CY. (1996) **Gabapentin Associated with Aggressive Behavior in Pediatric Patients with Seizures.** *Epilepsia.* 37(5): 501-502.

[75] Khurana D, Riviello J, Helmers S, et al. (1996) **Efficacy of Gabapentin Therapy in Children with Refractory Partial Seizures.** *Journal of Pediatrics.* 128 (6): 829-833.

[76] Young LT, Robb JC, Patelis-Siotis I, et al. (1997) **Acute Treatment of Bipolar Depression with Gabapentin.** *Biol. Psychiatry.* 42: 851-853.

[77] Young LT, Robb JC, Hasey GM, et al. (1999) **Gabapentin as an Adjunctive Treatment in Bipolar Disorder,** *Journal of Affective Disorders.* 55; 73-77.

[78] Trinka A, Niedermüller U, Thaler C, et al. (2000) **Gabapentin-induced mood changes with hypomanic features in adults.** *Seizure.* 9: 505-508.

[79] Trinka A, Niedermüller U, Thaler C, et al. (2000) **Gabapentin-induced mood changes with hypomanic features in adults.** *Seizure.* 9: 507.

[80] Pinninti, N. (2001) **Gabapentin-Associated Aggression**. *Journal of Neuropsychiatry and Clinical Neurosciences,* 13(3): 424.

[81] Pinninti, N. (2001) **Gabapentin-Associated Aggression**. *Journal of Neuropsychiatry and Clinical Neurosciences,* 13(3): 424.

[82] Robillard. (2001) **Gabapentin Use in Geriatric Patients with Depression and Bipolar Illness.** *Canadian Journal of Psychiatry.* 46 (8): 764.

[83] Salinsky, MC, Binder LM, Oken BS, et al. (2002) **Clinical Research: Effects of Gabapentin and Carbamazepine on the EEG and Cognition in Healthy Volunteers.** *Epilepsia.* 43(5): 482-490.

[84] Martin R, Kuzniecky R, Ho S, et al. (1999) **Cognitive effects of topiramate, gabapentin, and lamotrigine in healthy young adults.** *Neurology.* 52(2): 321-327.

[85] Arranz B, Eriksson A, Mellerup E, et al. (1994) **Brain 5-HT$_{1A}$, 5-HT$_{1D}$, and 5-HT$_2$ receptors in suicide victims**. *Biol Psychiatry.* 35: 457-463.

[86] Stanley M, Stanley B. (1990) **Postmordem Evidence for serotonin's Role in Suicide.** *J Clin Psychiatry.* 51(suppl 4): 22-28.

[87] Brown TM, Stoudemire A. (1998) *Psychiatric Side Effects of Prescription and Over-the Counter Medications: Recognition and Management.* American Psychiatric Press, Inc. Washington, DC. 4.

[88] Stanley M, Stanley B. (1990) **Postmordem Evidence for serotonin's Role in Suicide.** *J Clin Psychiatry.* 51(suppl 4): 22-28.

[89] Placidi, GH, Oquendo MA, Malone KM, et al. (2001). **Aggressivity, suicide attempts and depression: relationship to cerebrospinal fluid monoamine metabolite levels**. *Biol Psychiatry;* 50: 783-91.

[90] Van Heeringen K. (June 2003) **The Neurobiology of Suicide and Suicidality**. *Can J Psychiatry.* 48(5): 292-300.

[91] Pfizer_Lalphs_0084359 McCormick, Cynthia G MD. (1/31/1992) **Review and Evaluation of Clinical Data: NDA #20-235**. *Parke-Davis, sponsor.*

[92] Pfizer_Lalphs_0084480. P. 0084498.

[93] Pfizer_Lalphs_0084680 at 0084687

[94] Pfizer_Lalphs_0084360 at Pfizer_Lalphs_0084465, 67, 68.

[95] Pfizer_Mpatel_0039110 at Pfizer_Mpatel_0039149.

[96] Pfizer_MPatel_0039110 at Pfizer_MPatel_0039153.

[97] RR 720-02837 at 94. Friedman MW, Shellehberger MK, Wallace JD, Wibberg M. (9/6/91) An Interim report on an open-label, uncontrolled, multicenter study to determine the long term safety and efficacy of gabapentin (CI-945) administered as monotherapy or in combination with other antiepileptic drugs in patients with medically uncontrolled partial or generalized epileptic seizures (Protocol 945-15) (US) Parke-Davis Pharmaceutical Research Division, Warner Lambert Company. pp. i-x, 1-820, p.94.

[98] RR 720-02837 at 98. Friedman MW, Shellehberger MK, Wallace JD, Wibberg M. (9/6/91) An Interim report on an open-label, uncontrolled, multicenter study to determine the long term safety and efficacy of gabapentin (CI-945) administered as monotherapy or in combination with other antiepileptic drugs in patients with medically uncontrolled partial or generalized epileptic seizures (Protocol 945-15) (US) Parke-Davis Pharmaceutical Research Division, Warner Lambert Company. pp. i-x, 1-820, p.98.

[99] RR-Reg720-30077 at 53, 261, 362 Giordani AB, Clinical Communications Scientist; Holley HP, Director, Clinical Development; Robbins JL, Senior Statistician, Clinical Biostatistics, CNS. **Appendix B.2.2: Listing of Serious Adverse Events: Study 945-411, Patient Number 001018.** 1.

[100] RR720-30134 at 13,59,99

[101] Pfizer_THO_0005262 at Pfizer_THO_0005265

[102] Pfizer_MPatel_0039110 at Pfizer_MPatel_0039136

[103] Warner-Lambert. (7/20/1987) **Gabapentin versus placebo in Patients with Partial Seizures, Patient CD #205, Protocol #945-5-010.** *Warner-Lambert International.* 1-2, 88, 96, 108-109.

[104] Warner-Lambert. (4/8/1988) **Gabapentin versus placebo in Patients with Partial Seizures, Patient CKS #213, Protocol #945-5---1.** *Warner-Lambert International.* 154-155, 349, 352, 363.

[105] Pfizer_Lalphs_0084359 at Pfizer_Lalphs_0084469

[106] Naranjo CA, Busto U, Sellers EM, et al. (1981) **A method for estimating the probability of adverse drug reactions.** *Clin Pharmacol Ther.* 30(2): 239-245.

[107] Pfizer_Lalphs_0084359 at Pfizer_Lalphs_0084465.

[108] Pfizer_Lalphs_0084359 at Pfizer_Lalphs_0084465.

[109] Pfizer_Lalphs_0084359 at Pfizer_Lalphs_0084465.

[110] Pfizer_Mpatel_0039110 at Pfizer_Mpatel_0039148

[111] Official research report from 945-15 Warner-Lambert. (5/8/1990) **Adverse Event Information, Patient 945-15-01 #001 RWB.** Parke-Davis Pharmaceutical Research Division, Warner-Lamber Company. 101-103, 118, 121, 127.

[112] Trimble, Michael. (1995) **Psychosis With Gabapentin.** Confidential Pfizer documents: Institute of Neurology, London, Report for Warner Lambert. Pfizer_PSUR_0002010.

[113] Pfizer_CPacella_0009404

[114] Cherek DR, Tcheremissine OV, Lane SD, Pietras CJ. (2004) **Acute effects of Gabapentin on laboratory measures of aggressive and escape responses of adult parolees with and without a history of conduct disorder.** *Psychopharmacology.* 171: 405-412.

[115] Siegal A, Roeling TAP, Gregg, TR, Kruk MR. (1999) **Neuropharmacology of brain-stimulation-evoked aggression.** *Neuroscience and Biomedical Reviews.* 23: 359-389.

[116] Valzelli L. (1984) **Reflections on experimental and human pathology of aggression.** *Prog Neuropsychopharmacol Biol Psychiatry.* 8: 311-325.

[117] Cherek DR, Lane SD, Pietras CJ, et al. (2002) **Acute effects of baclofen, a γ-aminobutyric acid-B agonist, on laboratory measures of aggressive and escape responses of adult male parolees with and without a history of conduct disorder.** *Psychopharmacotherapy.* 164: 160-167.

[118] Grace AA, Bunney BS. (1979). **Paradoxical GABA Excitation of Nigral Dopaminergic Cells: Indirect Mediation Through Reticulata Inhibitory Neurons.** *European Journal of Pharmacology.* 59: 211-218.

[119] Rocha L, Ondarza-Rovira R, Maidment NT. (1999) **Gabapentin modifies extracellurlar opioid peptide content in amygdale: a mcrodialysis study.** *Epilepsy Research.* 35: 13-20.

[120] Gilron I, Bailey JM, Tu D, et al. (March 31, 2005) **Morphine, Gabapentin, or Their Combination for Neuropathic Pain.** *NEJM.* 352(13): 1324-1334.

[121] Karson CN, Casanova MF, Kleinman JE, Griffin ST. (Mar 1993) **Choline Acetyltransferase in Schizophrenia**. *Am J Psychiatry*. 150(3): 454-459.

[122] Weinberger DR. (1997) **The biological Basis of Schizophrenia**. *J Clin Psychiatry Monogr*. 15: 4-6.

[123] Brown TM, Stoudemire A. (1998) *Psychiatric Side Effects of Prescription and Over-the Counter Medications: Recognition and Management*. American Psychiatric Press, Inc. Washington, DC. 106.

[124] Ring HA, Crellin R, Kirker S, Reynolds EH. (1993) **Vigabatrin and Depression**. *J Neurol Neurosurg Psychiatry*. 56: 925-928.

[125] Cornelius JR, Salloum IM, Mezzich J, et al. (1995) **Disproportionate suicidality in patients with comorbid major depression and alcoholism.** *Am J Psychiatry*. 152: 358-364.

[126] J.C. Collins, B.H. McFarland, **Divalproex, lithium and suicide among Medicaid patients with bipolar disorder,** *Journal of Affective Disorders* (2007).