EXHIBIT 70

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

______________________________

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION — MDL Docket No. 1629, Master File No. 04-10981

______________________________

THIS DOCUMENT RELATES TO: PRODUCTS LIABILITY LITIGATION — Judge Patti B. Saris, Magistrate Leo T. Sorokin

______________________________

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF LAKE
NO. CV400432

______________________________

NICOLETTE CRONE, individually and as Guardian ad Litem for Cassie Marie Crone, a minor, and BENJAMIN JONATHAN CRONE, all individually and as successors in interest to ESTATE OF RICK ARTHUR CRONE,

Plaintiffs,

vs.

PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company, WARNER-LAMBERT COMPANY, RAYMOND D. JENNINGS, M.D. and DOES 1-100,

Defendants.
______________________________ /

VIDEOTAPED DEPOSITION OF: LLOYD E. KNAPP



```
                                                               87
 1   Knapp - direct
 2   Table 6.
 3       A.   Uh-hum.
 4       Q.   And do you have that in front of you?
 5       A.   Yes, I do.
 6       Q.   All right.  Since we're looking at a
 7   table -- well, before we get to the table issue, what
 8   is your understanding of the term "psychobiologic
 9   function" as it's used to describe a body system?
10       A.   I would roughly equate that to mental
11   function, so adverse events relating to functioning
12   mentally.
13       Q.   Would mood be a subset of someone's
14   mental function?
15       A.   It could well be, yes.
16       Q.   Would behavior be a subset of someone's
17   mental function?
18       A.   Yes.
19       Q.   Referencing your attention to Table 6 at
20   Page 22, can you first read to us the title of the
21   table?
22       A.   The title of the entire table?
23       Q.   Correct.
24       A.   "Summary of Adverse Events in Those
25   Treated With Gabapentin, Placebo, or an Antiepileptic
```