EXHIBIT 72

# CLINICAL EXPERT REPORT

and

## Written Summary of Clinical Studies

## Neuropathic Pain

Neurontin ® Capsules 100mg
Neurontin ® Capsules 300mg
Neurontin ® Capsules 400mg

gabapentin

PL 0019/0196-98

David J Rowbotham
Professor of Anaesthesia and Pain Management
University of Leicester
Leicester Royal Infirmary

Signature:

June 1999

Confidential                                                                    Pfizer_LCastro_0075616

Evaluation of Neurontin in a rat model of postoperative pain[39] indicate that the profile of action of Neurontin is different from morphine and this was confirmed in a model of diabetic neuropathy induced by streptozocin, (Field et al, 1998)[42] where Neurontin blocked both static and dynamic components of mechanical allodynia, which is not the case with morphine and amitriptyline.

Studies to elucidate the novel mechanism of action for Neurontin that would account for both its antiepileptic and antihyperalgesic activities, first described a single high affinity binding site in rat brain. Gee et al, 1996[43] subsequently identified this as the $\alpha 2\delta$ subunit of a calcium channel. $\alpha 2\delta$ protein is the auxiliary subunit of voltage-dependent calcium channels and is thought to possess modulatory effects for neuronal transmission. Although however, the function of this protein *in vivo* and the relevance of binding by Neurontin in defining the mode of action of Neurontin has yet to be established, Field et al, 1997[41] refer to studies that suggest that this subunit is common to all voltage-dependent calcium channels studied to date and that the physiological role of the subunit is to increase the functional expression of calcium channel complexes.

Alternatively, Neurontin may reduce the synthesis of glutamate. Glutamate is released by primary afferent fibres and has an important role in the spinal mechanisms of pain transmission[12]. In vitro, Neurontin causes a decrease in levels of glutamate, the chief mediator of pain in the posterior horn of the spinal cord, by decreasing its synthesis and stimulating activity of glutamic acid decarboxylase (GAD), the enzyme responsible for the catabolism of glutamate to GABA[44]. This suggests that Neurontin treatment may shift the relative balance of neurotransmitters from excitatory to

Confidential                                                                                          Pfizer_LCastro_0075642

inhibitory. The idea that Neurontin increases synthesis of GABA via GAD has been confirmed by results from various studies in animal models[36].

Persistent stimulation of the NMDA (N-methyl-D-aspartate) receptor by various excitatory amino acids including glutamate leads to the generation of spinal hypersensitivity and amplification of peripheral inputs that leads to hyperalgesia[36]. There are indirect experimental arguments to suggest that Neurontin acts at the glycine site of NMDA receptors, since the analgesic action of Neurontin is partially blocked by D-serine. It remains to be seen whether Neurontin alters NMDA responses in the spinal cord, but NMDA antagonists have similar actions to Neurontin in the rat formalin test[36].

Electrophysiological findings also suggest that Neurontin may act on sodium channels[45]. This mechanism could limit painful discharges of peripheral sensorial neurones or of WDR neurons of the deep layers of the spinal cord.

In conclusion, Neurontin has an experimentally confirmed central analgesic action. This may be explained by various mechanisms, in particular an action at a novel binding site with subsequent effects via voltage-dependent calcium channels as well probable or confirmed effects on glutamate synthesis, NMDA receptors and on axonal conduction (sodium channels). Neurontin decreases and could even prevent central hyperalgesia, hence completing the action of classical analgesics during the acute phase. Field et al, 1997[41] conclude that Neurontin may in fact represent the first in a novel class of antihyperalgesic agents.

Confidential   Pfizer_LCastro_0075643