EXHIBIT 73

Case 1:04-cv-10981-PBS   Document 1200-104   Filed 04/04/2008   Page 1 of 3



1

Pfizer_CTaylor_0010827

In addition to reducing neurotransmitter release, gabapentin (and pregabalin) reduce calcium influx into synaptosomes in vitro.

These data indicate that pregabalin modulates the action of voltage-gated calcium channels located at synapses.

Gabapentin Inhibits K$^+$-induced [Ca$^{2+}$]$_i$ Increase in Fura-PE3-Loaded Rat Synaptosomes

K$^+$ (15mM) induced increase in [Ca$^{2+}$]$_i$ (% of controls)

IC$_{50}$ = 9.7 µM

Gabapentin (µM)

[Ca$^{2+}$]$_i$ (nM)

time (s)

Meder & Dooley, Br. J. Pharmacol. 130, 900 (2000)

27

Confidential                                                                                        Pfizer_CTaylor_0010853