EXHIBIT 76

Tive, Leslie  7/19/2006  10:15:00 AM



```
                                                          1
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
 2
 3   _____
     In re: NEURONTIN MARKETING,    MDL Docket No. 1629
 4   SALES PRACTICES AND             Master File No.
     PRODUCTS LIABILITY LITIGATION   04-10981
 5   _____
              THIS DOCUMENT RELATES TO:   Judge Patti B. Saris
 6   PRODUCTS LIABILITY LITIGATION
     _____  Magistrate
 7              Leo T. Sorokin
 8
 9        IN THE SUPERIOR COURT OF THE STATE OF
                     CALIFORNIA
10          IN AND FOR THE COUNTY OF LAKE
                   NO. CV400432
11   _____
12   NICOLETTE CRONE, individually
     and as Guardian ad Litem for
13   Cassie Marie Crone, a minor,
     and BENJAMIN JONATHAN CRONE,
14   all individually and as
     successors in interest to
15   ESTATE OF RICK ARTHUR CRONE,
16       Plaintiffs,    VIDEOTAPED
           vs.          DEPOSITION OF:
17                      LESLIE TIVE
     PFIZER INC., PARKE-DAVIS, a
18   division of Warner-Lambert
     Company, WARNER-LAMBERT
19   COMPANY, RAYMOND D. JENNINGS,
     M.D. and DOES 1-100,
20
         Defendants.
21   _____/
22
23
24
25
```

Tive, Leslie  7/19/2006  10:15:00 AM

```
                                                          13
 1   Sloan-Kettering Cancer Center as a postdoctoral
 2   fellow.
 3      Q.   In what capacity?
 4      A.   As a research postdoctorate fellow.
 5      Q.   Do you have any degrees?
 6      A.   I do.
 7      Q.   And what are your degrees?
 8      A.   I have a Ph.D. in biopsychology with a
 9   specialization in neuropharmacology.
10      Q.   Can you tell me about the various
11   positions that you have had in Pfizer.
12      A.   When I started at Pfizer, I was
13   postdoctoral fellow at Pfizer and was in that
14   position for three and a half years.  And then --
15   actually, for one year, and then I became an
16   assistant director for two and a half years.  I then
17   went to another company for a year and a half, came
18   back to Pfizer and was a medical director.
19      Q.   Okay.  As medical director, who would
20   be the person that would be directly above you?
21      A.   It's changed several times.
22      Q.   Well, currently.
23      A.   Currently?  The vice president, cluster
24   leader.
25      Q.   And what is his or her name?
```

Tive, Leslie  7/19/2006  10:15:00 AM

**Page 294**

```
 1  endogenous substance that you make that your
 2  nerves -- that it -- it's hard to explain in
 3  layman's terms.  When nerves fire, they release
 4  certain substances called neurotransmitters.
 5      Q.   And what's the significance of nerves
 6  firing and releasing certain substances called
 7  neurotransmitters?
 8      A.   What's the significance?
 9      Q.   Yeah.  What does that mean to -- to the
10  layperson who has no idea what a neurotransmitter is
11  or does?
12           MR. ROUHANDEH:  How does she know what
13  it means to that person?
14      Q.   If someone asked you -- you're sitting
15  down having coffee with someone.  They ask you,
16  What's a neurotransmitter?
17           You tell them a neurotransmitter
18  involves the firing and releasing of certain
19  substances.
20           And they say, What does that mean?
21           Can -- can you be more specific?
22      A.   Not really.
23           MR. ROUHANDEH:  Objection to the form.
24      Q.   Okay.  Would you agree that there are
25  drugs sold by Pfizer that are utilized by patients
```

**Page 295**

```
 1  to affect neurotransmitters in the brain?
 2      A.   Yes.
 3      Q.   And these drugs can be antidepressants.
 4  Correct?
 5      A.   Yes.
 6      Q.   And these drugs can be for -- for
 7  reduction of pain.  Correct?
 8      A.   Uh-hum.
 9      Q.   Yes?
10      A.   Reduction of pain, yes.
11      Q.   And these drugs can be for
12  anticonvulsant purposes, correct?
13      A.   Yes.
14      Q.   In fact, Pfizer sells drugs for
15  anticonvulsant purposes, right?
16      A.   Yes.
17      Q.   Pfizer sells drugs for antidepressant
18  purposes, right?
19      A.   Yes, they do.
20      Q.   And all these drugs affect
21  neurotransmitters?
22      A.   Yes.
23      Q.   And are you a familiar with the term
24  "monoamine"?
25      A.   Yes.
```

**Page 296**

```
 1      Q.   What's a monoamine?
 2      A.   It's a -- it's a type of
 3  neurotransmitter.
 4      Q.   Are there a group -- a slight group of
 5  neurotransmitters known as monoamines --
 6      A.   Yes.
 7      Q.   -- about which you are familiar?
 8      A.   Yes.
 9      Q.   And is that group less than ten?
10      A.   Yes.
11      Q.   Can you list them for me?
12      A.   Dopamine, norepinephrine, and
13  serotonin.
14      Q.   And as a neuropharmacologist, you
15  understand what dopamine is, right?
16      A.   Yes.
17      Q.   You understand what serotonin is,
18  right?
19      A.   Yes, I do.
20      Q.   And you understand what norepinephrine
21  is, right?
22      A.   Yes.
23      Q.   Is a -- is a synonymous word for
24  norepinephrine, noradrenalin?
25      A.   Yes.
```

**Page 297**

```
 1      Q.   And is there a certain purpose in the
 2  brain for dopamine?
 3      A.   Yes.
 4      Q.   What -- generally speaking, what's
 5  the -- this -- this purpose for dopamine in the
 6  brain?
 7      A.   Well, it depends on what part of the
 8  brain.  It can be different in different parts of
 9  the brain, so I can't answer that.
10      Q.   How about in the -- in the context of
11  treating a person for depression?  All right.  Can
12  you explain the significance of dopamine in the
13  brain?
14           MR. ROUHANDEH:  Objection to the form.
15  It's vague and ambiguous.
16      Q.   Well, you indicated that when I asked
17  what the purpose of dopamine in the brain indicated
18  that it depends on what part of the brain.  And I'm
19  reading off this computer, I'm hoping it is as
20  accurate as possible, but what generally -- what,
21  generally speaking, is the purpose for dopamine in
22  the brain?
23           And you indicated in sum and substance
24  that it pertains to -- it -- you can't answer the
25  question till we discuss what part of the brain
```

Tive, Leslie  7/19/2006  10:15:00 AM

```
                                                           298
 1   we're talking about, basically.  Right?
 2        A.   No.  You asked me, what does it do in
 3   the brain?  And I said it does different things in
 4   different parts of the brain.
 5        Q.   Okay.  Well --
 6        A.   And I didn't say anything about not
 7   being able to explain.
 8        Q.   Explain to me the part of the brain --
 9   all right? -- in which dopamine is involved and for
10   which an antidepressant drug would have an effect.
11             MR. ROUHANDEH:  Objection to form,
12   vague and ambiguous.
13        A.   The antidepressant drug that Pfizer has
14   works on serotonin, not dopamine.
15        Q.   Are you referring to Zoloft?
16        A.   Yes, I am.
17        Q.   And when you reference serotonin, what
18   is serotonin?
19        A.   It's another neurotransmitter.
20        Q.   And is Zoloft used to increase
21   serotonin or deplete serotonin?
22             MR. ROUHANDEH:  I think we're -- we're
23   not going to go into Zoloft.  That has nothing to do
24   with this case.
25             MR. FROMSON:  She's referenced there's
```

Tive, Leslie  7/19/2006  10:15:00 AM

```
                                                          300
 1         MR. ROUHANDEH:  According to you.
 2         MR. FROMSON:  No.  Pfizer does sell
 3   drugs, and they are used as an antidepressant.
 4         MR. ROUHANDEH:  And --
 5         MR. FROMSON:  I didn't say they're
 6   marketed for in any event.
 7      Q.   Miss Tive, do you have an understanding
 8   as to whether an increased amount of serotonin or a
 9   decreased amount of serotonin in the brain can be
10   associated with depression?
11      A.   An increase or decrease of serotonin in
12   the brain can be associated with depression.  But
13   when you talk about depression, are we talking about
14   central nervous system depression, or are we talking
15   about clinical depression?
16      Q.   Let's talk about clinical depression.
17           All right.  What happens when there's a
18   reduction in the flow of monoamines such as
19   dopamine, serotonin, and norepinephrine?
20         MR. ROUHANDEH:  Objection to the form.
21      A.   You're saying monoamines in general?
22      Q.   Correct.
23      A.   A reduction in monoamines has been
24   associated with depression.
25      Q.   Okay.  What is your understanding of
```