benzodiazepines, ethosuximide, and several of the newer drugs (Trimble 1991).

ANTICONVULSANT DRUGS AND THE MENTAL STATE.

It has been known for a long time that anticonvulsant drugs influence the mental state, and this can be broken down into adverse and beneficial effects. However, the behavioural toxicity profile of most drugs is not simple. A particular drug may influence one aspect of behaviour positively and another negatively.

The main adverse effect of anticonvulsants is the link between anticonvulsant drugs and depression. Robertson et al (1987), studying epileptic patients on polytherapy presenting with a depressive illness, noted that patients on phenobarbitone were judged to be significantly more depressed than those not receiving the drug. This was in contrast to patients treated with carbamazepine who were less depressed, and had lower anxiety scores than patients on other anticonvulsants.

Another drug recently linked with the reporting of depression is vigabatrin. Idiosyncratic responses are described in a group of patients given the drug as add-on therapy. The depression seems in some cases interlinked with improvement of seizure frequency (an example of forced normalisation), and is more common in patients with a past history of affective disorder.

Adverse effects of anticonvulsant drugs are often seen in children. Essentially these include the provocation of conduct disorder, or the development of hyperactivity syndrome, similar phenomenologically to attention-deficit-hyperactivity-

6

Pfizer_PSUR_0002005

disorder (ADHD). The drug most frequently implicated is phenobarbitone, but similar responses have been shown following some benzodiazepines (for example, clonazepam) and vigabatrin. It is of interest that all of these drugs have some action at the GABA-benzodiazepine receptor.

There is a literature demonstrating that in some cases anticonvulsant drugs can be associated with the development of a psychosis. This is interlinked with the concept of forced normalisation. It was well described with ethosuximide (Trimble 1991). Several clinical pictures may evolve, not all psychotic, and the development of psychotic symptomatology may be preceded by premonitory symptoms, especially insomnia, anxiety and withdrawal.

Vigabatrin appears to be related to the development of a psychotic illness in a small number of patients. A recent series of cases was compared with a group of patients developing a psychosis in epilepsy that had not been exposed to vigabatrin (Thomas and Trimble 1995 - in preparation). The main factors that distinguished the two groups were that the vigabatrin sample had a 30% incidence of previous history of psychosis, and remarkably, 60% became seizure free on starting the drug. This compared with around 7% of a larger sample of trial patients. Two patterns were especially noted. In the first, patients became seizure free and then, in a time interval between ten days and six weeks, developed a psychosis, the pattern being typical for that seen in forced normalisation. In the second, a three to six week seizure free interval was followed by a cluster of seizures and the development of a post-ictal psychosis. The clinical features

7

Pfizer_PSUR_0002006

were characteristic, with the exception that the mental state often showed minimal confusion, and where it was captured, the EEG appeared "normalised". In nearly all cases the psychosis resolved on stopping the drug, and in most patients, neuroleptic medication was not required.

Behavioral problems including psychoses have also been described with felbamate, and lamotrigine, again forced normalisation, or the precipitation of a partial seizure status being relevant. I am not aware of any published reports with gabapentin, with the exception of one case in a recent edition of the British Journal of Psychiatry (see below).

SUMMARY.

In summary, psychosis and other behaviour problems are common in epilepsy. They are more likely to be seen in association with difficult to control epilepsy, with a temporal lobe focus, presenting with partial seizures. It is this group that are being given new anticonvulsants in the first instance.

There is a further problem with this group of patients, namely that sudden control of seizures can precipitate behavioural problems, which is not so much a drug effect, as a seizure related effect.

It is in the light of these comments that the adverse reports of behavioural problems associated with gabapentin have been reviewed.

REPORTS OF ADVERSE EFFECTS WITH GABAPENTIN.

There are six adverse event reports with psychosis. At the outset it should be commented that the information contained

6

within the charts is subject to the limitations of adverse event reporting and not always complete. Prospective studies are planned to formulate more useful conclusions on the subject.

In addition to these 6 reports, I have seen a recent case report from the British Journal of Psychiatry (Short & Cooke, 166, 679).

From the 6 cases, there are 3 females and 2 males (one unspecified sex). All patients are on polytherapy receiving one or more drugs in association with gabapentin. In 4 cases, this is carbamazepine.

One report (N/S, WAERS # 940114) is of a clear post-ictal psychosis, with a past history of similar events. The psychosis here is seizure related, and simply treatment emergent effect of gabapentin, not drug related.

Of the remaining cases, one (JB, WAERS # 940462) developed a psychosis after withdrawal of felbamate, and had been experiencing increased seizures. These are both possible causes.

A further two cases were probably not psychotic, but had anxiety (S/M, WAERS #s 940035 & 940042), or agitation (NT, WAERS # 940090). In the latter, improved seizure frequency suggests possible forced normalisation.

This leaves two cases for consideration of a possible neurotoxic effect of gabapentin provoking a psychosis. One (JW, WAERS # 940458) became psychotic three to six weeks after starting the drug. However, the psychosis did not resolve, the patient had a probable past psychiatric history, and came from a typical group of patients at risk for the development of psychosis anyway (complex partial seizures with brain damage).

This probably represented the development of a schizophrenia-like psychosis, unrelated to any drug.

The second (LC, WAERS # 940206), was a clearer example of forced normalisation with alternative psychosis. On gabapentin she became seizure free, the psychosis gradually emerged over a four to six week period, and seems later to have resolved.

I now consider the case report in the British Journal of Psychiatry. This was a case of hypomania, but the patient was coprescribed lamotrigine. The seizures were said to be complex partial and in "good control". Previous episodes of psychiatric disturbance, possibly of a similar nature were suspected. This is probably another example of forced normalisation, but interactions between lamotrigine and gabapentin cannot be ruled out.

CONCLUSIONS

I have considered all the cases histories that have been sent to me. I find no convincing evidence that any case can be directly attributable to gabapentin. One of the cases was a typical post-ictal psychosis, and directly seizure related, not drug induced. One case was probably not psychosis, one had two possible causes other than gabapentin induced, and one case probably represented the development of concurrent illness unrelated to any drug. There are two possible cases of forced normalisation, a well recognised complication of controlling seizures in a population such as these patients with difficult to control seizures.

I am very familiar with the pattern of drug induced psychoses associated with anticonvulsant drugs, and have

10

Pfizer_PSUR_0002009

investigated this, following clinical presentations of patients with psychoses after the prescription of vigabatrin, lamotrigine and tiagabine. I have not seen a case of psychosis, or acute behaviour deterioration with gabapentin, and the failure in these case reports to find clear evidence of a link would be in accord with my clinical experience.

Signed: _____   Date: 20.5.95

Professor M R Trimble  MD FRCP FRCPsych
Professor in Behavioural Neurology and Consultant
Physician in Pyschological Medicine

11

CONFIDENTIAL

Pfizer_PSUR_0002010