EXHIBIT 79

# DECLARATION OF PROFESSOR MICHAEL TRIMBLE, M.D. IN RELATION TO NEURONTIN CAUSING NEGATIVE MOOD AND BEHAVIOURAL ALTERATIONS, INCLUDING SUICIDAL BEHAVIOR, IN TREATED PATIENTS

PROFESSOR MICHAEL TRIMBLE MD, FRCP FPCPsych

PROFESSOR OF BEHAVIOURAL NEUROLOGY

INSTITUTE OF NEUROLOGY

LONDON

1

# Introduction

This report is prepared as an expert opinion in relationship to the capacity of the drug gabapentin (Neurontin) to contribute to acts of completed suicide or suicidal attempts in patients prescribed the medication. It is based on my extensive knowledge and use of drugs of the class referred to as antiepileptic (AEDs) in patients with a variety of neurological and psychiatric disorders. I have prescribed these drugs clinically for over 30 years, and have carried out research not only into their therapeutic effects but also their side effects, and have published widely on these topics.

Before preparing this report I have relied upon versions of the Neurontin package insert/label provided to prescribers of gabapentin. Further, I have relied upon many Pfizer, Warner Lambert and Parke-Davis corporate internal documents not yet available to the general scientific community, as well as depositions of testimony during the pendency of the litigation. Within these documents are internal reports prepared by myself at the request of Parke-Davis in 1995. At that time I stated, and reaffirm now, "the main adverse effect of anticonvulsants is the link between anticonvulsant drugs and depression" (Pfizer_PSUR_0002000 at 0002005; Pfizer_CPacella_0009404 at 0009409).

I cannot possibly list all of the scientific, medical literature and confidential corporate documents that I have reviewed and which support my opinions. However, I have published and read extensively in this area. In forming the following opinions, I have used the same scientific analysis and reasoning that I use in my professional work. This report has specifically to do with the links between the psychotropic/antiepileptic agent gabapentin and mood instability including suicidality. This report reflects the author's professional opinion, and is based on clinical experience of dealing with these drugs

2

(AEDs) clinically and experimentally for some 30 years, and familiarity, as a Professor of Behavioural Neurology with the relevant academic areas to address such questions, namely neurology, psychiatry, biological psychiatry and neuropsychiatry, the latter being a cross-over discipline between neurology and psychiatry.

## SUMMARY CURRICULUM VITAE

I am Professor Emeritus of Behavioral Neurology at the Institute of Neurology, Queen Square, London, and Honorary Consultant Physician to the Department of Psychological Medicine at the National Hospital for Neurology and Neurosurgery, Queen Square, London. In addition to my academic work I have maintained a clinical practice over many years having evaluated and treated many patients with mood and behavioral disorders and actively prescribed anti-epileptic drugs to patients with epilepsy and with mood disorders. **A copy of my curriculum vitae is attached.**

*Interests*: Neuropsychopharmacology with special reference to neuropsychiatric disorders: epilepsy, its relationship to disturbances of behavior and its treatment, and the effects of antiepileptic drugs and other treatments for epilepsy on the brain and behavior. I have considerable clinical and research experience of the behavioral side-effects of antiepileptic drugs. Other research and clinical interests include movement disorders and their treatment, especially the development of psychiatric disorders in Parkinson's disease and Gilles de la Tourette Syndrome.

*Other professional interests include*: psychiatric disorders following accidents, including head injuries; dementia and the clinical interface between pseudodementia and dementia: and the spectrum of presentations in neurology and psychiatry of patients with medically unexplained neurological symptoms. Many such patients turn out to have one or other form of somatoform disorder.

*Professional organizations and qualifications:* Fellow of the Royal College of Physicians (UK), Fellow of the Royal College of Psychiatrists (UK), and a Member of the Association of British Neurologists. Fellow of the American Psychiatric Association and a

4

past member of the American Neurological Association. Three Research degrees: MD (in medicine), BSc (in neuroanatomy), and MPhil (in psychiatry).

I am a past council member of the British Association of Psychopharmacology, past council member of the Collegium Internationale Neuro-Psychopharmacologium (CINP) (1998 and 2001), I was Chairman of the British Neuropsychiatry Association (2001-2004), and am currently Vice President of the World Federation of Societies of Biological Psychiatry. I have been awarded and entitled an Ambassador of Epilepsy of the International League against Epilepsy since June 1993. I received a Life-time achievement award from the International Neuropsychiatry Association in 2004.

*Publications:* include two editions of the text Biological Psychiatry (1988 and 1996 John Wiley & Sons, Chichester), a third edition has been commissioned and is in preparation , and over 26 edited books dealing with the interface between neurology and psychiatry, especially in the field of epilepsy and its treatment. I have published over 120 peer reviewed publications on similar topics and many other non-peer-reviewed contributions to books and scientific journals. I am a reviewer for many neurological and psychiatric journals and on the editorial board of amongst others *Epilepsy and Behavior.*

SUMMARY OF OPINION

There are scientifically validated data in the peer-reviewed scientific literature demonstrating the following propositions, which have gained general acceptance in the community of scientific researchers familiar with the neurobehavioral effects of antiepileptic drugs:

First, there are peer-reviewed papers that show a link between GABA and depression in psychiatric patients, and the data from studies in epilepsy confirm the link between GABA-altering drugs and adverse effects on mood. Gabapentin and other antiepileptic drugs (AED's) have been demonstrated to have negative effects on mood. These include predictable alteration in mood including impulsivity, aggression, emotional lability, anxiety and depression. The antiepileptic drugs that have been shown to have the greatest negative effect on mood are those affecting GABA-mediated neural systems (referred to as GABAergic) and which reduce the release of monoamines, especially serotonin. Gabapentin affects GABA, which in turn reduces the release of mood regulating monoamines, especially serotonin. Gabapentin is GABAergic. Second, gabapentin binds to an auxiliary protein of voltage-gated calcium channels, the alpha-2-delta protein, which reduces the release reduces the release of mood regulating monoamines such as serotonin and norepinephrine (NA)..

The scientific literature and the internal corporate documents made available to me show that gabapentin has an effect on GABA, increasing GABA in the brain in some species, including humans. Gabapentin also decreases the release of two key neurotransmitters involved in the regulation of mood, namely serotonin and norepinephrine (NA). The decrease in the functional activity of serotonin and norepinephrine caused by decreased release results clinically in depression, anxiety, panic, irritable mood, dysphoria, anger, agitation, hostility, impulsivity. It is also known in the scientific community that suicidality is associated with decreased serotonin production. When gabapentin is prescribed to an individual who has a prior history of mood disorders or has a current mood disorder, the GABAergic effect and/or the results of its action at the alpha-2-delta protein precipitates suicidal behavior by leading to anxiety,

6

panic, irritable mood, emotional lability, dysphoria, anger, agitation, hostility, and impulsivity.

Accordingly, patients taking gabapentin are at risk to develop mood instability and affective disorders that may predictably result in suicidal behavior; in particular, patients who have a prior personal history of mood disorders are at greater risk with gabapentin. Although it would be unethical for outcomes research to be done with suicide as an endpoint, there are scientific data in the peer-reviewed literature that substantiate that patients who are depressed or who are aggressive are at increased risk for suicide and related suicidal behaviors. Prescribing of drugs with the profile of gabapentin to vulnerable patients with a past history of mood disorder or impulsive aggressivity or with a current mood disorder should be undertaken only after a complete psychiatric anamnesis, and with a risk assessment with regards to the potential for suicide.

## NEUROCHEMICAL CONSIDERATIONS

First of all, some explanation of the workings of the brain's biochemistry is relevant. Neurotransmitters are brain derived chemicals which are central to the brain's signaling mechanisms. They are manufactured in the brain's cells (neurons mainly but not exclusively), and secreted at the nerve terminals of so-called presynaptic cells, to flow across a small gap, the synapse, to influence the postsynaptic cell. They achieve the latter by interacting with receptors on the surface of the postsynaptic cell mainly but not exclusively at the synapse.

Two main types of postsynaptic response are described. The neurotransmitter binding to the receptor either opens up the postsynaptic cell membrane to allow the flow

of ions such as chloride or sodium to change (ionotropic), or the interaction of the transmitter and receptor alters the interior metabolism of the cell by inducing so-called second messengers (metabotropic). Through these changes in cellular activity the sensitivity, and hence firing rate of the post-synaptic neuron is influenced.

Although neuroscientists have discovered many chemicals within the brain that are putative transmitters, a few have been identified which have profound effects on behavior, and these have been the main targets for drugs that alter behavior in one way or another. The transmitters are acetycholine (especially related to attention and memory), dopamine (especially related to motivation and movement), serotonin (especially related to depression and aggression), nonepinephrine (NA) (related to movement and depression) and GABA (related to inhibition).

The receptors for these transmitters are not homogenous, and several are described for each transmitter. In some circumstances the different receptors are found at different locations in the brain, while some neurons express more than one receptor type for the same transmitter. Pre-synaptic receptors are found on the nerve terminal and help regulate the release of the neurotransmitter from the terminal. Many different receptor types have been identified, and any one neurotransmitter can exert an effect at several receptors. For example, for serotonin and GABA, a number of different receptors have been defined (5HT1A, 5HT1B etc, or $GABA_A$, $GABA_B$). The receptor distribution in the brain (CNS) differs from species to species.

In general neuroscientists refer to two classes of transmitter, those which are excitatory and those which are inhibitory. The former include dopamine and glutamate, the latter includes GABA. In a simple way, for example in epilepsy where there is a lack of CNS inhibition in some areas, or alternatively an increase in excitation, a therapeutic

8

strategy has been to develop drugs which either decrease excitation or increase inhibition. GABAergic agents fall into this latter category.

The principal physiological role of GABA in the brain is inhibition. The ionotropic GABA receptors (GABA$_A$) act on post-synaptic receptor chloride channels and mediate fast inhibition, the metabotropic GABA receptors (GABA$_B$ are coupled to G proteins (which in turn stimulate second messengers) and mediate a slower longer lasting inhibition. However, extrasynaptic GABA receptors exist, which are responsive to very low concentrations of GABA and lead to long-lasting inhibition.

There are two pools of GABA in the CNS, one produced from its precursor L-glutamate in the neurons, and the other which is extracellular and can be taken up into the neurones. The first is released from the neuron in a calcium sensitive manner. An increase in intracellular GABA can arise if there is an increase in activity in the enzyme which converts the glutamic acid to GABA, namely glutamic acid decarboxylase (GAD). The GABA reuptake transporter is a sodium dependent electronic pump present on the neuron terminals and in glial cells (many of the cells in the brain are glial cells, the function of which is unclear, but they help regulate neuronal activity). It is via this transporter that GABA is taken back up into the neurone to be metabolised and reused.

Interactions between the GABA system and other neurotransmitter systems have been defined. Like the GABA receptors, serotonin has multiple receptors (5-HT1 to 5-HT7 or more depending on the system adopted). Unlike GABA which is a neurotransmitter found abundantly throughout the brain, the distribution of serotonin is more restricted, and the cells which produce it are well defined. The ascending and descending serotonin neurons originate from nuclei in the midbrain, referred to as raphe nuclei. It has been repeatedly shown that GABA agonism reduces the rate of serotonin release in both

9

ascending and descending serotonin systems (Concetta and Meek, 1981; Nishikawa and Scatton 1983; Bagdy, et. al., 2000), and inhibits the firing rate of raphe neurons (Scatton et. al., 1985). This effect is most likely mediated by an effect on the raphe cells, and the resulting influence is on major brain areas such as the basal ganglia (striatum) known to be involved in motor activity and motivation (Nishikawa and Scatton 1983). The application of GABA to the raphe neurons also decreases the measured levels of 5 HIAA, a key breakdown product of serotonin, and decreases therefore the serotonin synthesis rate. This effect can be shown with alteration of activity at $GABA_A$ and $GABA_B$ receptors (Slattery, et. al., 2005). It is thus concluded from animal models that the serotonin neurons are under inhibitory GABAergic regulation. "GABA exerts an inhibitory control over central serotonergic neurons apparently via stimulation of GABA receptors located in the midbrain raphe nuclei" (Nishikawa and Scatton, 1985, p. 81).

### *ALPHA 2 DELTA PROTEIN*

Gabapentin binds to a subunit of the alpha 2 Delta Protein. Interest in this molecule has been highlighted by the discovery that gabapentin has an action at a voltage-gated calcium channel which therefore influences calcium dependent neurotransmitter release. Essentially these channels regulate the release of neurotransmitters, since the entry of calcium into the neuron triggers neurotransmitter release from synaptic vesicles. There are four distinct subunits of the voltage sensitive calcium channels, and the alpha 2 delta sub-unit, which is uniquely associated with the calcium (as opposed to the sodium) channel, is directly acted upon by gabapentin.

However, one effect of this action at the alpha-2 delta receptor is to decrease the release of monoamines, and there are peer-reviewed papers showing that gabapentin

produces this effect by its action on calcium channels, an effect also noted in human neocortex (Fink, et. al., 2000, 2002).

## NEUROTRANSMITTERS AND AFFECT

### GABA

It has been noted from the epilepsy literature, how antiepileptic drugs (AED's) that seem most likely to provoke affective disorders increase in some way CNS GABA. Barbiturates, vigabatrin, tiagabine, and topiramate all increase CNS GABA and have GABAergic propensities. None of these GABAergic drugs have found use in the treatment of mood disorders in psychiatry, unlike for example carbamazepine or lamotrigine (Schmitz, 2002). The noteworthy difference is that carbamazepine and lamotrigine are not GABAergic as they do not increase CNS GABA.

That there is a link between GABA and affective disorders has been discussed in biological psychiatry for years (Trimble 1996), and the data from epilepsy lend support to a GABA hypothesis of the affective disorders. Lower CSF GABA levels have been found in patients with psychiatric depression, and plasma GABA has been reported as low in euthymic bipolar patients (Berrettini, et. al., 1983; Trimble 1996). Petty (1995) has outlined considerable evidence implicating GABA in the biochemical pathophysiology of mood disorders, including the animal models of depression which show regional brain GABA deficits. He opines that low GABA itself is not a marker for any particular mood state, but an inherited biological vulnerability marker for development of mood disorders. When GABA levels are increased, the increased GABA release would result in lowered release of excitatory neurotransmitters (e.g., serotonin). This neurochemical change leads to individuals with a vulnerability to a mood disturbance, a prior mood disturbance or

11

current mood disturbance having greater difficulty in adapting to anxiety or stress and precipitate or worsen the mood disorder. A recent peer reviewed summary of the field (Tunnicliff and Malatynska, 2003) has concluded that direct evidence from the clinic, from brain scans, from postmortem brain samples, and CSF in depressed patients and the indirect evidence from animal models are consistent with GABA involvement in the cause of depression.

### *SEROTONIN*

There are many studies linking the serotonin system to the regulation of affect, and the serotonin agonists (such as the Selective Serotonin Re-uptake Inhibitors -SSRIs) are well known antidepressants. Early observations were that drugs which depleted the brain's reserves of monoamines (serotonin, dopamine and norepinephrine in particular) led to depression; that administration of precursor products of serotonin such as L-tryptophan and 5-hydroxytryptophan to patients and volunteers elevated mood; that in patients with Parkinson's disease, depression was associated with low levels of CSF 5-HIAA (Mayeux 1984); that drugs which are antidepressant (from the earlier introduced tricyclic drugs to the still widely used SSRIs) enhance serotonin activity; and that measures of serotonin in the brain as investigated by cerebrospinal fluid estimations of breakdown products revealed decreased releases of serotonin in sub-groups of depressed patients (for review of this field, see Trimble 1996).

The literature on links between serotonin and depression is paralleled by studies linking suicide to low serotonin release. Indeed, this relationship has been observed many times, and is one of the most replicated findings in the whole of biological psychiatry. In human populations, there is a bimodal distribution of CSF 5HIAA, confirmed in the scientific community for over 30 years (Brown and Linnoila 1990), and early on the

12

strongest correlation of low serotonin release was shown to be with attempted suicide (Asberg et al 1987). Importantly, the studies with 5-HIAA link alteration of the levels of this metabolite of serotonin to impulsivity and aggression, rather than any DSM IV diagnosis.

Patients with low serotonin release are more likely to die from suicide at follow-up, and similar biochemical findings are noted in impulsive alcoholic offenders, and people with aggressive personality disorders without depression (for review see Trimble 1996). In post mortem samples of brains from those who have committed violent suicide, serotonin levels are interpreted as low (Stanley and Mann 1983: Mann and Malone 1997). Thus, the low serotonin release relates not only to depressed affect but also to aggression, impulsivity and suicidal behaviors (for review see Trimble 1996). One meta-analysis of CSF 5-HIAA studies has suggested that low levels have predictive value for completed suicidal acts (Mann, et. al., 2006).

More recent work on this association has confirmed the link between hostility, aggression and low serotonin, to the extent of noting an inverse relationship between the serotonin levels and the clinical measures taken of aggression (Stanley, et. al., 2000). These clinical data receive substantial support from investigations of rodents which link low serotonin with enhanced aggression (Miczek, et. al., 1975), and of non-human primates, in which reduced amounts of serotonin are associated with severe forms of aggression and a greater frequency of high risk behavior (Mehlman, et. al., 1994).

These data reveal the importance of altered serotonin function in aggressive, violent behaviors which includes impulsive and suicidal acts. Further, the findings do not apply only to people with personality disorders, but also across a spectrum of psychiatric diagnoses. There has been a recent peer-reviewed hypotheses put forward that the

serotonin link to aggression is mediated via neuronal excitability in the amygdala, a CNS limbic system (emotional brain) structure known to be associated with the circuitry linked with aggressive displays (Keele, 2005). In this model, serotonin is viewed as an activating system for inhibiting behavior, the former being impaired when serotonin levels are low. This effect links to anatomical correlates in the frontal lobes of the brain.

Thus, the character traits of impulsivity and aggression are in part linked with frontal lobe activity, and dysfunction. Lesions or damage to some frontal cortical structures (such as occur in a head injury or with brain tumours) often lead to such behavioural disinhibition. It is known that the frontal cortex is rich in 5-HT receptors, where important interactions with dopamine receptors occur. A plausible neuroscience mechanism for the effects of decreased 5 HT activity and consequent behavioral disinhibition is through alteration of the executive control normally exerted by frontal cortex activity. Some support for this comes from the data of New, et. al., (2002). Using the serotonin releasing agent mCPP (methyl- chlorophenylpiperazine), they demonstrated reduced activation of the left anteromedial frontal orbital cortex in a group of patients with impulsive aggression in comparison to the activation levels of matched controls. These data support the hypothesis of decreased activation of inhibition in frontal structures consequent upon decreased serotonin activity.


## NOREPENIPHRINE (NA)

There is also a substantial literature on associations between NA and depression. In general, the NA hypothesis of depression asserts that some symptoms of depression are associated with altered metabolism of this neurotransmitter, although the evidence is less coherent than with serotonin. Many typical antidepressants, especially the tricyclics,

block the reuptake of NA into synaptic terminals, and some antidepressants such as maprotiline and reboxetine act mainly at the NA sites and do not seem to influence serotonin (for review see: Trimble 1996).

In the biochemical studies of the biology of mood disorders, investigators have moved beyond a simple model of the one neurotransmitter-one disorder kind, and now seek for interactions, and balances between monoamines, GABA and another neurotransmitters are discussed. Glutamate is, in contrast to GABA, the brain's main excitatory transmitter. It is like GABA ubiquitous, it interacts with monoaminergic output and in some brain regions there is a reciprocal interaction with GABA. Sanacora et. al., (2004) reported higher cortical levels of glutamate and lower GABA levels in patients with depression. Although there are a growing number of scientific papers on links between glutamate activity and mood, the results are less clear than the data with GABA and serotonin. Gabapentin reduces glutamate release at cortical synapses, but the mechanism is unclear.

In *summary*, the neurotransmitters best established as related to suicidal behaviors (linked either through aggression, mood instability, depression or all three) are GABA and serotonin and NA. Thus, a direct relationship between suicidal behaviors and drugs which affect the GABA and serotonin systems is predictable. This explains the above clinical data on links between only certain AEDs that influence GABA and both affective disorders and aggression. Some of these drugs also decrease serotonin release. One drug examined in the past was vigabatrin. This AED, a known GABAergic agent, also led to decreased release of monoamines in the human brain, but was known clinically to be associated with depression. The link may be then either direct, with the precipitation of aggressive emotions, or indirect through the onset of a depression.

## THE LINK BETWEEN GABAERGIC ANTI-EPILEPTIC MEDICATION

## AND DEPRESSION

There have been a number of studies of patients with epilepsy that associate the prescription of AEDs to depression, although the aetiology is often not well explored. Polypharmacy, and the use of barbiturates were well known problems in the past (Schmitz 2002). Some of the standard AEDs, such as carbamazepine, appear to have been less associated with these problems, but it is with the introduction of a new generation of AEDs in the last 15 years that there has been a resurgence of interest in the association between epilepsy, antiepileptic drugs and mood disorders.

The first of the new generation of AED's reliably associated with depression as a treatment emergent effect was vigabatrin, a GABA transaminase inhibitor which significantly increased CNS levels of the central nervous system neurotransmitter GABA (see below) (Thomas et al 1996). More recently tiagabine and topiramate have also been associated with a similar spectrum of behavior changes in epilepsy; these drugs too increasing CNS GABA (Mula, et. al., 2003). In this context it is interesting that drugs not acting on the GABA system, such as levetiracetam and lamotrigine, appear to be much less associated with treatment emergent psychiatric problems, particularly depression.  In our own studies lamotrigine appeared to have a protective affect against the emergence of psychiatric disorders in patients with epilepsy (Mula et al 2003).

16

*GABAERGIC ANTIEPILEPTIC DRUGS AND SUICIDE (excluding gabapentin)*

Data from the placebo controlled drug trials may be expected to give very limited information in this regard. The trials are set up to determine seizure modifying effects, and not psychiatric events. Study subjects will have rating scales for side effects, such as COSTART data. However, in the published papers it is usual to report only events monitored that occur in over a percentage of the population, such as 5 or even 10%. In the limited time of monitoring (usually only a few weeks), while depression is often noted, suicide and suicidal ideation fall below this level of reporting, even if increased above placebo figures. This is likely to lead to an underreporting of these events in clinical trials.

In general, the drugs related to adverse mood changes seem to be some older drugs, notably phenobarbitone, and, of the newer drugs, vigabatrin, tiagabine and topiramate, but data for the later three are conjectural, based not on the known incidence rate for suicidal behaviors with the drugs, but on the data for the emergence of an affective disorder as a side effect.

Associations between AEDs and attempted suicide have been noted with the ingestion of barbiturates (Hawton, et. al., 1980; Brent 1986). In the studies of Brent and colleagues (1986), the high frequency with which adolescents with epilepsy presented to the emergency room having taken overdoses of barbiturates was reported. Major depressive disorder was diagnosed in 40% of adolescents on phenobarbitone, a known GABAergic agent, in contrast to only 4% on carbamazepine which is not a GABAergic agent. In a study of gender differences of suicidal behavior in epilepsy, Kalinin and Polyansky (2005) observed that of 105 epileptic patients, the total daily dose of "classic" AEDs (phenobarbitone, phenytoin and primidone) was not associated with suicidal behavior, whereas the daily dose of phenobarbitone alone was. This was noted in both

males and females. In contrast, the daily dose of carbamazepine and sodium valproate were inversely correlated with such behaviors, in females only. These data support those of Brent and colleagues already cited on associations between phenobarbitone and suicidal behaviors. It has been known for a long time that GABAergic drugs such as the benzodiazepines are associated, in people with epilepsy and in psychiatric patients without epilepsy, with the paradoxical release of aggressive behaviors, but these drugs also are known to precipitate depression in some people (Olajide and Lader, 1984).

The new generation of AEDs include lamotrigine, levetiracetam, oxcarbazepine, pregabalin, topiramate, tiagabine, vigabatrin, zonisamide, and gabapentin. It has been shown that those new AEDs which increase brain GABA lead to negative effects on mood and behavior. As noted already, vigabatrin is associated with the development of depression (Ring, et. al., 1994). Levinson and Devinsky (1999) viewed the US and non-US double blind placebo controlled studies for evidence of psychiatric side effects with this drug, and examined suicide attempts. Depression was identified as a treatment emergent effect in 12-20% of verum (true drug) compared with 2.4-5.7% of placebo treated patients. However, in that analysis, suicidal attempts were not elevated overall in the verum groups. In a separate analysis of psychiatric adverse events on vigabatrin, 0.4% of 2686 evaluated patients were noted to have attempted suicide. This can be compared with the frequency of such events in patients not taking such drugs, for example in a placebo wing of a study. A figure of 0.05% in such studies is much lower than the figures obtained for this GABAergic antiepileptic drug.

One fact which has emerged from several studies quoted above is that patients who become depressed with these agents have in their histories earlier episodes of depressive disorders, and in some studies a family history of such disorders ( Mula, et. al., 2003).

Therefore, some patients are more vulnerable than others to the development of these behavioral dispositions.

### GABAPENTIN AND BEHAVIOURAL DISTURBANCES

There are reports of patients taking gabapentin and suicidal behaviors in the literature.  There are individual reports of patients having taken overdoses (Fernandez, et. al., 1996), but the interest mainly has been with the toxicological problems.

Of considerable importance is the article by Collins and McFarland (2007).  They studied suicide related events in patients taking various medications, including gabapentin, for bipolar disorder.  They showed a significant over-representation of patients on gabapentin for suicide deaths. Risk of "suicide completion was significantly (2.6 times) greater among gabapentin users versus lithium users ($p$ less than 0.001)" (Collins, et. al., 2007).

### GABAPENTIN AND AGGRESSION

In my report, entitled *Behavioural Disturbance with Gabapentin* (Pfizer_CPacella_0009404), I previously identified nine out of twenty one (43%) selected, reported cases of aggression provided to me by Parke-Davis where the reported behavioural problems may have been exacerbated or precipitated by gabapentin.  I concluded "[t]he possible provocation of aggression seems perhaps the strongest relationship I note with gabapentin, but this is no different from (as a problem) and less frequent than, this problem as encountered with all other anti-convulsants, standard and new" (Pfizer_CPacella_0009419).

Since then, there are several reports of outbursts of aggression following prescription with gabapentin. Tallian, et. al., (1996) reported two children with complex partial seizures (CPS), who developed unmanageable aggression, and in their report they noted that 1.6% of adults prescribed gabapentin reported aggression (company document cited.) Lee, et. al., (1996) commented on seven children who developed a variety of behavior problems, but hyperactivity and aggression were notable. In both these papers, the behaviors regressed on lowering the dose of or on stopping the gabapentin.

At the American Epilepsy Association annual meeting in 1995, there was a section devoted to treatment with gabapentin.  A review of the presentation materials clearly show gabapentin was associated with acute behavioral deterioration.  Doherty, et. al., noted that of 119 treated patients, aggression or irritable behavior was seen in 15 (13%), severe enough to lead to discontinuation of the drug in 6% of patients. Litzinger, et. al., noted increased behavioral problems and aggression in 16% of 110 patients with epilepsy and learning disability. Zupanc, et. al., described four patients with aggression, irritability and hyperactivity. Schantz, et. al., reported on negative mood changes which occurred in 20% of 120 treated patients, the descriptions were of "quicker tempers, greater impatience, occasional violent outbursts...". Cugley and Schwartz reported on five of 32 patients given gabapentin in whom the drug was discontinued on account of the development of dysphoric sensations which included irritability, fear and anger.

A review of the behavioural effects of the new anticonvulsant drugs was published in Drug Safety 2001 (volume 24, 513-536). The section under gabapentin specifically comments on aggression and irritable behaviour, citing the paper of Doherty, et. al., in which a significant percentage of adult patients taking gabapentin for epilepsy had aggressive or irritable behaviour.

## SUMMARY

The above review leads to the following conclusions. First, AEDs can have negative effects on mood, and the reporting of disturbances of mood with certain drugs of this class is a well accepted scientific observation made over many years. The mood disorders are referred to as depression. These observations have been made mainly on people with epilepsy, but a similar profile of side effects occurs when AED's are used in non-epilepsy populations. Not all AED's have the same profile, and drugs most implicated are those which are GABAergic.

Depression is only one of the psychiatric presentations associated with suicidal behaviors, but links have been shown between depression, attempted suicide and completed suicide. A second important link with the prescription of AEDs is with personality changes, irritability, aggression, anxiety, dysphoria, hostility, impulsivity and violent outbursts. Not all patients respond in the same way with adverse reactions, but some prediction emerges in respect to the past and family psychiatric history.

## GABAPENTIN, MECHANISMS OF ACTION AND EFFECTS ON MOOD

If there is a biological link between the reported cases of suicidal behavior and gabapentin, then there needs to be some heuristic biochemical associations, and effects of the drug on the three important neurochemical systems referred to above, namely serotonin, NA and GABA are especially relevant.

21

## GABAPENTIN AND THE GABA SYSTEM

Gabapentin was developed to be a GABAergic compound. It was a designer drug, an analogue of GABA, and initially used as an inhibitor within the brain to control spasticity and epileptic seizures. However, the drug had no appreciable effect at the $GABA_A$ or $GABA_B$ receptor *using conventional binding studies* (Taylor 1995), and its mode of action in altering CNS GABA is different to some traditional GABAergic agents (see below). This may be due to action at the GABA pre-synaptic or at a non-synaptic receptor, or related to GABA turnover, and may be revealed only by alternative laboratory methods.

There is scientific evidence in the peer-reviewed literature that gapabentin alters GABA release or metabolism. Thus Bertrand, et. al., (2001) used a variety of cellular models and showed that gabapentin was an agonist at a subtype of $GABA_B$ receptors, and gabapentin sensitive $GABA_B$ receptors have been identified in CNS neurons. Whitworth and Quick (2001) reported that when gabapentin is incubated with hippocampal cultures which expressed GAT1, there is a two fold increase in subsequent GABA uptake which was concentration and time dependent. Parker, et. al., (2004) using rat neocortical slices showed that gabapentin activated presynaptic $GABA_B$ receptors. These effects were reversed by application of selective $GABA_B$ receptor antagonists, and mimic to some degree the effects of baclofen, a known $GABA_B$ agonist (Sills, 2006). These effects at the $GABA_B$ receptor are consistent with a 1984 internal paper wherein gabapentin's effect on serotonin and norepinephrine were correlated with the effects of baclofen (Research Report 4192-0166)

In addition to these effects, gabapentin has been shown to increase the activity of GAD (involved in the synthesis of GABA), to decrease activity of GABA transaminase (the enzyme which breaks down GABA in the synaptic cleft), and to increase the release of

22

GABA in spite of, in some models, not increasing overall GABA brain levels. (Loescher, et. al., 1991: Gotz, et. Al., 1993: Honmou, et. al., 1995: Taylor, et. al., 1992: Leach, et. al., 1997). Explanations of this GABA effect have included alteration of GABA transporter proteins, from the cytosolic pool to cell membranes, and a search for other non-synaptic release mechanisms. At no time has there been in the scientific literature a specific rejection of the GABAergic properties of neurontin, and indeed, as late as 2002, Taylor published that "the findings of Kocis, et. al., suggest that gabapentin increases the non-synaptic release of GABA$_A$ from neuronal tissues, and the human studies of Petroff, et. al. indicate that gabapentin increases brain GABA concentrations (Antiepileptic Drugs, 5th edition, Chapter 28, Levy RH, et. al., 2002, p.13). In epilepsy, it has been suggested that one possible reason why the drug might increase or even precipitate epileptic myoclonus relates to a GABA-enhancing effect (Asconape, et. al., 2000). Even more recently, Pfizer's communication document (Pfizer_MCLaussen_0003564) includes the following: "Gabapentin is considered a GABA-modulationg agent, and affects brain GABA through multiple mechanisms. Gabapentin has been shown to enhance GABA synthesis, increase whole-brain GABA, and promotes presynaptic GABA release through nonvesicular mechanisms."

It is then the case that some animal studies have shown that gabapentin alters the expression of CNS GABA, but it does so in ways that are different to the other drugs discussed such as vigabatrin (a pure GABA transaminase inhibitor), or topiramate (a GABAergic agent at GABA receptors.). It is accepted by the epilepsy community that gabapentin is GABAergic (e.g., see Perucca 2002), and it is presented as such to the psychiatric community (White 2003). Thus, it is the received opinion of the scientific

community and Pfizer that gabapentin increases GABA levels. (see Table 1 of White paper:
see Table 1 Perucca paper 2002).


*CLINICAL DATA*

Additional convincing data on the GABergic effects of gabapentin in humans come
from a series of studies on volunteers and patients with epilepsy using MRI spectroscopy
(MRS). This is a sophisticated, well accepted method used to non-invasively examine the
fine structure of the brain, but which can also produce a profile of certain CNS chemicals
in selected sites within the brain. In some human epilepsies (myoclonic epilepsies), MRS
studies have shown low GABA levels in the occipital cortex, consistent with the
neurobiology of these disorders. The lowest levels of GABA (plus homocarnisine) in the
occipital areas are found in patients with epilepsy with interictal EEG changes, and in
those patients with poor seizure control. These studies provide validity to the use of the
method in humans, to the extent that it has been suggested that MRS assessments of
GABA could be a useful marker of human epileptic potential (Petroff 2005).

Thus, in drug free volunteers without epilepsy given gabapentin, increased
measurements of brain GABA are seen within three hours, and the increased levels are
shown to be maintained at four weeks (Kiuzniecky, et. al., 2002). Petroff, et. al., (2000),
studied the effects of gabapentin on brain GABA, homocarnosine, and pyrrolidinone levels
in epilepsy patients. They measured these chemicals *in vivo* in six subjects using a 2.1-
Tesla magnetic resonance spectrometer examining a 13.5-cc volume of the occipital
cortex. These data were replicated using a 4.1 Tesla machine by Kuzniecky, et. al., (2002)
on volunteers. In the first study it was shown that cerebral GABA concentrations in those
on gabapentin were increased above controls matched for other medications, and that

increases were noted between baseline and repeat testing on the gabapentin in some patients. Further, there was a dose relationship, such that those on higher doses of gabapentin had the higher levels of brain GABA. Even those on gabapentin monotherapy showed increased levels of GABA compared with comparison patients.

The second study again measuring a similar size of occipital cortex but in six volunteers, reported that gabapentin increased GABA levels 48% after six hours of a dose (17mg/kg) which was 50% of a target dose for a longer study. Subjects were then given gabapentin in increasing doses for 4 weeks to receive a final dose 2400mg. Scans were taken at 2 and 4 weeks from the start of the study. Once target doses were achieved at 4 weeks, significant elevations in GABA were observed compared with baseline of 25%.

These data on the effects of gabapentin on human brain GABA *in vivo*, are complimented by an analysis of human neocortical tissue taken from patients undergoing temporal lobe resections for intractable epilepsy. The tissue was then treated with gabapentin, and subjected to MRS. Significantly increased cellular GABA was reported, confirming the patient MRS results (Errante, et. al., 2002).

In *summary*, it has been shown experimentally in the peer-reviewed scientific literature that gabapentin significantly and reliably increases the quantity of CNS GABA in the human brain. The accompanying figure taken from Petroff 2005, clearly shows the effect of gabapentin on GABA in the human brain.

25



Petroff (2005)

The opinion of its mode of action, namely as a GABA agonist, has been reiterated from its inception into clinical practice, and remains current in the peer-reviewed and other published literature (Taylor, 1995: Loescher 1998: Perucca, 2004, Sills, 2006).  To quote one acknowledged expert: "vigabatrin, tiagabine and gabapentin act on GABAergic inhibition" (Loescher, 1998 at p. 7), and to summarize the results of the MRS studies: "Daily use of vigabatrin, topiramate, gabapentin or zonisamide appears to be associated with increased cellular GABA plus homocarnisine...topiramate and gabapentin clearly raise GABA in human brain..." (Petroff, 2005, at p. 362).   Importantly, these effects are known to Pfizer, as reflected in company email, and were of concern as to their potential to lead to adverse effects:

"In terms of the reality of the increases in GABA in human brain, I would point out that the yale group's neuroimaging findings have been replicated by the group at Univ. Alabama.  Also, the increases in GABA in human neocortical slices appear to use the same technique as the rat studies (PCA extracts).  I suppose the question is: what are the consequences of the increases in GABA in human brain that are

26

caused by gabapentin?  It strikes me that they might contribute to efficacy and adverse events in humans" (Pfizer_CTaylor_0015442 (Douglas Feltner)).

Peer reviewed laboratory studies have shown that increasing cellular GABA levels leads to increased tonic GABA release in response to *physiological* activation, implying that the above changes in GABA have direct relevance for cerebral function in the human brain (see Petroff 2005, at p. 358).

*GABAPENTIN AND THE SEROTONIN SYSTEM*

Gabapentin administration has been shown to alter the release of serotonin, one of the neurotransmitters noted as indelibly linked to aggression, impulsivity, depression and suicidal behavior in the peer reviewed literature.  This was found to be the case with one of the other GABAergic AEDs that led to a high frequency of depression, namely vigabatrin (Ben-Menachem, et. al., 1989).  With vigabatrin, evidence was derived from human cerebral fluid data, and it was shown that while a single dose increased serotonin turnover, chronic administration resulted in decreases of serotonin turnover.  This finding is consistent with the increased reporting of depression after the prescriptions of vigabatrin.

The animal research has been reviewed by Taylor, et. al., (1998).  Application of gabapentin to neuronal preparations leads to inhibition of serotonin release (Schlicker, et. al., 1985), although the mechanism is unclear.  Ben-Menachem, et. al.,(1992), reported on the effects of single doses of gabapenin on cerebral spinal fluid monoamines in patients with epilepsy, and as with the vigabatrin study just quoted, this led to an increase in the breakdown products of serotonin, suggesting acute increases in turnover.  The effects of chronic administration in humans of gabapentin have not been studied.   However, the

link between gabapentin and increased GABA levels in the brain has been reviewed above, as has the association between increasing GABA and a decrease in monoamine release, especially serotonin. The effects of gabapentin on monoamine release were well researched by the company, and are noted below.   As late as 2004, a Pfizer communication document (Pfizer_MClaussen_0003567) set forth the following:  "Additional work has suggested that gabapentin may interact functionally in a subtle manner with $Ca^{2+}$ channels, including a modest reduction in the release of monoamine neurotransmitters *in in-vitro*."

**PARKE-DAVIS, WARNER LAMBERT AND PFIZER HAVE POSSESSED KNOWLEDGE OF THE EFFECT OF GABAPENTIN ON NEUROTRANSMITTER SYSTEMS WHICH ADVERSELY AFFECT BEHAVIOUR, WITH PARTICULAR KNOWLEDGE AS TO ALTERATION OF MONOAMINE ACTIVITY AND EFFECTS ON GABA.**

Gabapentin was introduced to preclinical studies and to clinical practice as a GABA analogue. It is therefore clear that it was anticipated to have GABAergic properties. It was tested on a number of conventional biochemical and neurophysiologic systems for effects on GABA receptors and release, but no clear mechanism of action was initially revealed. This led to different methods to pursue the GABA effect. At this time (in the first part of the 1990's decade), the role of GABA agonists in epilepsy was very relevant, especially with the known antiseizure effects of several GABAergic agents such as phenobarbitone, benzodiazepines and vigabatrin.  The GABA hypothesis of mechanism of action of gabapentin was actively pursued, and the results were discussed in corporate documents and in company presentations.

I draw attention to my confidential report of May 20, 1995 which I prepared for the Warner-Lambert Company entitled "Psychosis with Gabapentin" (Pfizer_PSUR_0002000).

When addressing the effect of AEDs and the mental state, I then advised the Company of the following:

> It has been known for a long time that anticonvulsant drugs influence the mental state, and this can be broken down into adverse and beneficial effects.   However, the behavioral toxicity profile of most drugs is not simple.   A particular drug may influence one aspect of behavior positively and another negatively.....The main adverse effect of anticonvulsants is the link between anticonvulsant drugs and depression.

I also draw attention to my report, entitled "Behavioural Disturbance with Gabapentin" (Pfizer_CPacella_0009404), which I also prepared at the request of the Warner-Lambert Company.  There I indicated that "I have reviewed 33 case reports including 13 spontaneous events in which some kind of mood disorder is mentioned as a treatment emergent effect of gabapentin.  As a general comment, the information provided in these reports is less satisfactory than the psychosis data reviewed above.  Little or no information is given on the clinical psychiatric picture, no diagnostic categories are used, and usually no mention of either the past history, or the progress of the seizures during gabapentin therapy is made."   My review of "aggression and related disorders" did result in my opinion that in at least nine cases, "it seems that behaviour problems may have been exacerbated in 4, and occurred de novo in 5.   There I indicated that 43% of reported cases of aggression (nine-of-twenty one) may have been precipated or exacerbated by gabapentin.

Prior to preparing these reports at the request of Warner Lambert, I was provided with clinical information containing only adverse event forms that the company believed were relevant. I have since been provided with much more additional information and I have reviewed the emerging scientific literature which confirms my opinion that

gabapentin has negative effects on behaviour in humans and that this is directly related to its action on GABA and serotonin.

An early 1994 text by C P Taylor (Pfizer_CTaylor_0001567) is a draft of a chapter for a book entitled Antiepileptic Drugs, volume 4. In this, he reviews the effect of gabapentin on GABA production and release, citing some of the papers noted above, including the fact that the drug increases the rate of synthesis of GABA by up to twice control levels in several brain regions in animal models (Löscher, et. al., 1991), an effect similar to that noted with valproic acid but in different regions of the brain. He quotes an unpublished paper suggesting that gabapentin might change the cytosol concentrations of GABA in glial cells, and studies of rat optic nerves which indicated that gabapentin increased the amount of GABA released on an investigation of reversal of GABA transport. The speculation was that at least some of the action of gabapentin could arise from alteration of GABA concentration in glial cells rather than in neurones. The conclusion of this section of his review is as follows: "Gabapentin's prevention of seizures from GABA antagonists or GABA synthesis inhibitors in rodents and findings of increased GABA synthesis in vivo together with findings of altered GABA release from brain slices and isolated optic nerve tissues indicate that enhancement of GABA activity in brain by a novel means ...is a reasonable hypothesis for the anticonvulsant action of gabapentin" (Pfizer_CTaylor_0001575). Other effects on the GABA system included in this review include studies with gabapentin which reveal enhanced GAD activity in protein extracts (a study of Dr Taylor's own), and an inhibition of GABA transaminase activity. Thus, Dr Taylor's own early review of this product strongly endorsed its GABAergic properties.

Taylor, comparing the pharmacology of gabapentin to vigabatrin in a document dated April 28, 1999 concludes "in summary, vigabatrin, gabapentin and topiramate all

appear to alter GABA metabolism or synthesis in brain tissue". While noting considerable differences between the mechanisms of action of the various drugs, the conclusion appears stark (Pfizer_CTaylor_0011499 at 0011500).

This line is consistently followed. For example, document Pfizer_CTaylor_0011510 is a confidential report discussing preclinical pharmacology studies with gabapentin issued on July 19, 2001. Following review of a number of models for analgesia, the arguments for mechanisms of action are rehearsed. In particular, the suggestion that somehow gabapentin raises GABA levels in the brain is not discounted, especially in terms of non-synaptic release of GABA, with the identification of alteration of GABA transport in cultured hippocampal neurones following treatment with gabapentin. Increased density of GAT1 GABA transporters with the drug is noted, which could account for changes in the non-synaptic release of GABA. There then follows section 3.2.3.2 a comment on two recently published reports indicating gabapentin may act as an agonist at a specific type of $GABA_B$ receptor. (e.g. the peer-reviewed paper by Ng, et. al., Molecular Pharmacology, 59, 144-152, 2001). Additionally, an Investigator's Brochure, dated October 2001, states (Table 2) that gabapentin has a profile of activity that is similar to benzodiazepine anxiolytic drugs and at section 6.2.1.2 the comment is made that gabapentin shows effects similar to benzodiazepine anxiolytics in social anxiety disorder (Pfizer_LTive_0009068).

Indeed, in 2002, a letter was sent to Pfizer (undated, but received July 9, 2002) from the Food and Drug Administration (FDA), signed by Lisa Stockbridge, which comments on a model that Pfizer had put forward to explain the mechanism of action of gabapentin to the medical profession. In this model, stated mechanisms of action are said to include "increases in GABA synthesis and increase in GABA release". It is clear that, at this point

in time, the company was prepared to promote the GABAergic effect as a mechanism of action to be presented to the neurological community.

The MRI studies quoted above gave clear signals that gabapentin enhanced GABA in the human brain, and were well quoted in some of these presentations. Document Pfizer_CTaylor_0008905 is entitled "an up-date of possible mechanisms of action of gabapentin", again from Charles Taylor. The abstract reads: "recent studies have shown that gabapentin treatment increases the concentration of GABA in human brain tissues, and laboratory studies have shown that gabapentin increases the non-synaptic release of GABA from neuronal tissues in vitro" (Pfizer_CTaylor_0008906). Similar data to the other papers is also reviewed here, which points in favour of the GABAergic hypothesis of action.

Within the material are several slide presentations given by Dr. Taylor or a colleague, which are undated. However, they consistently remark on some GABAergic properties of gabapentin (Pfizer_CTaylor_0000094). The slides are apparently part of a lecture emphasizing the effects of gabapentin on the alpha 2 delta protein; however, slide 18 refers to the paper by Ng, et. al., (2001) who report $GABA_B$ agonist like effects, and slide 19 comments that gabapentin increases GABA in human brain. At slide 25, the reference is to gabapentin enhancing GABA uptake (Whitworth et al, Biochemical society transaction 2001, 29. 736-741). Another example is a slide presentation (Pfizer_CTaylor_0000204), where slide 17 gives mechanisms of action which include, amongst others, increased GABA levels-1997: $GABA_B$ receptor subtype selective agonist-2001 (see also for further example document Pfizer_CTaylor_0010827).

The importance of these presentations (there are several others in the material I have seen), is that they were given at a time when there was a shift in emphasis of