mechanisms of action of the drug towards the alpha 2 delta protein, but even at this time the GABA effects are clearly discussed and recognized. Thus, an undated written summary of the pharmacology of gabapentin, which clearly moves towards highlighting its potential effect at the alpha 2 delta subunit, goes on to comment on an "enhancement of GABA supply" (Pfizer_CTaylor_0005341). The GABA hypothesis is supported by not only quoting the human MRI data, but also quoting a study in rats in which "gabapentin significantly increased GABA turnover (synthesis)…" in several CNS areas (Pfizer_CTaylor_0005343). It also comments on the effects of GABA on GAD (increasing activity by 45% to 78%) in addition noting that gabapentin inhibited the primary degradative enzyme for GABA, namely GABA transaminase. Finally, the shift of GABA transporter proteins from the cytosolic pool to cell membranes was quoted with approval, stating that the latter "might account for gabapentin's increase in brain GABA content" (Pfizer_CTaylor_0005343).

It seems that Pfizer may have had some problems with the image of gabapentin as a GABAergic agent, part of the reason for the shift of emphasis to the alpha 2 delta molecule. An internal company memo of May 2001 discusses whether or not to use terms such as GABA modulator in relationship to gabapentin, and a worry is expressed that too strong an emphasis on GABA may put gabapentin in the same "basket as vigabatrin" (Pfizer_CTaylor_0015156).

There came a time then, towards the end of the 1990's when in epilepsy, but also in psychiatry, the GABAergic drugs fell under a cloud of serious side effects. The main problem was the finding that some 40% of patients taking vigabatrin developed partial blindness, an effect which seemed attributed to the GABAergic properties of the drug. Psychoses and depression were also revealed as serious side effects of that drug, and in

the past, especially depression had been linked to both the prescription of barbiturates and the benzodiazepines. Dependence problems were also associated with drugs such as the benzodiazepines. The discovery that gabapentin acted at the alpha 2 delta protein, and could alter through this calcium influx and neurotransmitter flow was enthusiastically embraced. This not only allowed a de-emphasis on the GABAergic properties of the drug but also suggested the potential discovery of a new line of antiepileptic agents (acting at such protein sites), and possibly helping to unravel the causes of some forms of epilepsy.

Nonetheless, the influential and widely referenced textbook Antiepileptic Drugs, edited by Levy RH et al (Lippencott, new York), 5th edition was published in 2002 and Dr. Taylor wrote the chapter on gabapentin (Pfizer_CTaylor_0001612). A sentence retained from the earlier version commented on above is: "Gabapentin increases the apparent rate of synthesis of GABA by up to twice control levels in several brain regions, suggesting the altered GABA metabolism may underlay anticonvulsant action" (Pfizer_CTaylor_0001612 at 0001618). Further the review quotes that: "regardless of the mechanism responsible, gabapentin treatment of humans causes a rapid and sustained elevation of whole tissue GABA concentration in the brain" (citing the references Petroff, et. al., 1996 and Petroff, et. al., 2000)(Pfizer_CTaylor_0001612 at 0001618). Also retained in this review are the results from the experiments on optic nerve segments, suggesting that gabapentin enhances the release of GABA, caused by the reversal of a GABA transporter. Experiments related to nipocotic acid responses are quoted, leading to the conclusion that: "some of the anticonvulsant effects of gabapentin might arise therefore from increased non-synaptic GABA release" (Pfizer_CTaylor_0001612 at 0001619). The chapter then goes on to quote at studies of cultured hippocampal neurones showing that gabapentin alters the movement of GAT 1 type GABA transporter proteins between cytosol

34

and neuronal membranes, which may account for the alterations in GABA uptake and non-synaptic release already discussed. The chapter concludes that a reasonable hypothesis for the effects of gabapentin is the "enhancement of GABA activity in brain by novel means" (0001619). A summary of the GABAergic effects is given in table 3 of this important review chapter.

The company's concern in relation to the GABAergic profile of gabapentin was expressed at a Mechanism of Action, Data Sharing Meeting, held on October 2nd 2003, from which an executive summary was provided. This shies away from looking any further at the GABAergic properties of the drug, and comments: "if GABA levels are not important for the clinical efficacy of these drugs, there may be a perceptual problem among physicians. If GABA is in the name of the drug, clinicians will assume that the effects are due to its impact on brain GABA levels" (Pfizer_CTaylor_0020168 at 0020171).  The company emphasis by this time is very much on the alpha 2 delta protein.

However, even in 2004, the company persisted in documenting the GABAergic properties of gabapentin for physicians. Thus, while the gabapentin investigators brochure addendum (Japan) dated July 2004 (Pfizer_LCastro_0071522) shows the emphasis shift from its GABAergic effects to its influence at the alpha 2 delta subunit of the voltage-gated calcium channels, it is still stated that gabapentin increases brain GABA concentrations in human patients with epilepsy. Section 5.1.3.1.1 notes that gabapentin enhances GAD activity from between 45% and 78%, but merely goes on to state "the concentrations of gabapentin required for the effect were greater than those expected to be encountered during therapeutic use" (Pfizer_LCastro_0071531).

Thus, at no time, as revealed through the company documents and presentations, even with the growing emphasis on the alpha-2-delta findings, was there an emphatic denial of the GABAergic properties of gabapentin.

### GABAPENTIN REDUCES THE RELEASE OF EXCITATORY NEUROTRANSMITTERS

The findings that gabapentin decreases the release of key monoamines in the depression/impulsivity/suicide narrative is also constantly referred to in the company documents, and investigators brochures. In research report 4192-0166, Dr. Reimann and Dr. Fritschi investigated whether gabapentin attenuates (reduces) the release of serotonin and norepinephrine. Importantly, they reference previous investigations of gabapentin that demonstrated it inhibited the release of dopamine similar to baclofen, a known GABAergic agent. They determined that gabapentin also reduced the release of serotonin and norepinephrine similar to baclofen. Specifically, they were able to observe a comparable effect of gabapentin on GABA and a resulting reduction in the release of serotonin and norepinephrine, similar to the effect of baclofen.

Document Pfizer_CTaylor_0008905 also discuses the release of monoamines. The comment is at 0008911: "in particular, the release of titrated norepinephrine, dopamine and serotonin have been studied, and there are reproducible decreases caused by gabapentin". There seems to be no controversy about these findings, although their implications do not seem to have been discussed (see also in some of the previously mentioned slide sets from Charles Taylor, and document Pfizer_LCastro_0028634 as further examples).

*GABAPENTIN AND SUICIDE*

The potential for gabapentin to provoke psychiatric reactions was known from the early studies in epilepsy, and the links to dysphoria, depression and aggression have been discussed above. Prescribing a drug that was not only GABAergic in humans, but also one that was known to lead to decrements in monoamine release, predicted the potential to provoke serious psychiatric and behavioral side effects. The warning signs were given in the company's own documents, where the possibility of depression, suicidal ideation and suicide attempts are noted. For example, in the 2002 investigators brochure (Pfizer_LCastro_0028634), Table 53 notes the adverse event depression as occurring in 1% of placebo subjects but 5.6% of patients taking 1800 milligrams a day of gabapentin (Pfizer_LCastro_0028634 at 0028689).  At page 84 are listed "treatment emergent, treatment – related serious adverse events" (0028717).  Under psychiatric disorder, patients are recorded (from nearly 5000 subjects) with documented events, but included are aggression, confusion, disorientation, dysphoria, hypomania and mania, some cases of psychosis, and a suicide attempt (0028717).

Document Pfizer_LTive_0010789 is a post marketing surveillance study of gabapentin carried out on 3100 patients from England (Wilton L V and Shakir S, Epilepsia 43, 983-992), published in 2002. The authors comment that after CNS effects, gastrointestinal and psychiatric events were the most frequently reported side effects (311 for psychiatry), with a sub-listing as follows: depression 50, aggression 41, anxiety 28, abnormal behaviour 27, and confusion 26. They continue: "all the cases of abnormal behaviour during treatment with gabapentin occurred in young to middle aged patients" They also note the higher frequency of hallucinations in this study. They comment "17 patients took an overdose, one of these was fatal". Two other patients had made suicide

threats. The authors concluded "the incidence of psychiatric events, both in the first month of treatment and overall, is similar to that reported in the PEM study of vigabatrin...".

Document Pfizer_LAlphs_0084338 is a group of documents relating to FDA's review of gabapentin for its initial epilepsy indication.   Adverse events associated with withdrawal from studies on 2048 patients are shown at page 107 (Pfizer_LAlphs_0084444), depression and suicidal ideation is given for 10 patients (0.48%). However, malaise, emotional lability, hostility, thinking problems, and some other potential effects on mood are also commented on here.  On Page 110 (Pfizer_LAlphs_0084447) the cumulative reporting of thinking abnormal is 4.7%, of nervousness is 4.5%, of depression is 4% and of hostility is 1.2%. Listed on page 113 (Pfizer_LAlphs_0084450) are alterations of psychobiologic function. Under 'frequent' are listed anxiety, depression, thinking abnormal, nervousness, agitation, hostility, and emotional lability.

Five cases of overdose were reported (Pfizer_LAlphs_0084461) and under "serious events" (Pfizer_LAlphs_0084462), depression and drug overdose and suicide attempt are noted.  The actual case information is given on pages (Pfizer_LAlphs_0084465 and 0084467). These effects are observed in both males and females, age range from 17 to 36, and on a variety of dosages from 300 mg to as much as 800mg a day. An analysis of individual cases reveals that at  some of these were considered possibly and probably related to the gabapentin, including a dechallenge/rechallenge event for depression with suicidal ideation (Pfizer_LAlphs_0084467).

Page 137 (Pfizer_LAlphs_0084474) discusses depression in more detail.  The comment is that of the total population exposed to gabapentin, 5.3% of patients reported

depression. However, the incidence of reporting of depression was almost certainly an underestimate. The document states: "however, numerous examples were identified among the CRFs where a patient developed treatment emergent depression where pharmacological intervention was required and the report of a serious adverse event was not made" (Pfizer_LAlphs_0084474). Of the patients who reported depression according to this document, 19 had no prior history of depression and 22 patients required treatment for their symptoms (Pfizer_LAlphs_0084474). The FDA goes on to say, "Less common but more serious events may limit the drug's widespread usefulness... [D]epression while it may be not an infrequent occurrence in the epileptic population, may become worse and require intervention, or lead to suicide, as it has resulted in some suicide attempts" (Pfizer_LAlphs_0084474).

In *summary*, the GABAergic action of gabapentin seems to have been an accepted part of company policy since the early studies with the drug, and an effect on GABA has never been refuted. The GABAergic effects on the human brain have been demonstrated in peer-reviewed imaging studies and replicated from independent centers, and the results used by the company to explain mechanisms of action. This effect, combined with the well demonstrated effect of gabapentin on reducing the release of key monoamines central to the regulation of mood, especially but not exclusively on serotonin, also forms a part of the company profile of the compound. These facts regarding mechanism of action, combined with the knowledge of negative affects on mood revealed within the company documents and in clinical trials should have alerted those investigating this drug to the potential for provoking serious behavioral side effects, especially in the depression-aggression-suicide spectrum.

## COMMENT AND CONCLUSIONS

Suicidal ideation is common in the general community, and may be associated with suicidal acts, but in most people the former does not lead on to the latter. Suicidal acts are not usually fatal, but a subgroup of people successfully kill themselves, often after a repeated attempt at self harm, and many suicidal acts lead directly on medical morbidity. Completed suicide is associated with affective disorders, especially depressive disorder, but many people who kill themselves are in fact not clinically depressed. The links between suicidal ideation and depression are logically established, and suicidal ideation is a key feature of depression, suicidal ideation being routinely documented in depression rating scales. Thus, the conclusion is drawn that the association between depressive disorders and suicidal behaviors are strongest for completed suicide and suicidal ideation, but perhaps less so for suicidal behaviors including attempted suicide.

Release of aggressive behavior is a second important link, perhaps the more so for suicidal ideation and attempted suicidal acts but also with completed suicide. Links between anger and aggression, suicidal ideation and attempted suicide are complex to unravel, but seem very important. Suicidal ideation is very common in depressive disorders (58% of such patients report this), and of those attempting suicide, some 15% have reported suicidal ideation prior to the act (Goldney et al 1997: Sokero et al 2003). To convert the ideation into an actual act of self harm may be achieved by biochemical means.

It is now established in the scientific literature that suicide, attempted suicide and suicidal ideation are increased in people with epilepsy and there is a reasonable degree of medical certainty that drugs which are GABAergic (topiramate, tiagabine and vigabatrin) lead to such episodes more than those which are not (lamotrigine, and carbamazepine).

The data on gabapentin are quite sparse in the epilepsy literature, mainly as it is not used much in the management of epilepsy, especially difficult to control epilepsy. Company documents reveal that depression is reported in over 5% of patients as a treatment emergent (side) effect. However, dysphoria, increased aggression and violent outbursts, especially in subgroups, which include a younger age group, are well reported in the scientific literature. Release of aggression is also featured in the company documents. It is in this context that the position of gabapentin outside the specific therapeutic area of epilepsy should be noted.

The conclusion that gabapentin has been shown to have GABAergic properties is secure. The drug was developed as a GABA agonist, and there is a continuing consensus of medical expert and scientific opinion that, however else it may work in epilepsy, it influences the GABA system. There may be species differences, and the precise mechanism has yet to be defined, but the scientific literature and the internal company documents confirm the link between gabapentin and increased GABA, and importantly the prescription of gabapentin has been shown to lead to increased levels of GABA in the CNS of healthy volunteers and patients prescribed the drug. The conclusion also is that it decreases serotonin and norepinephrine activity, acting in this way as some other GABA agonists do (such as vigabatrin).

The emphasis on methods of action of gabapentin, as revealed through the internal company documents shifted sometime in the mid-1990's. This was associated I opine, with several facts. First, a novel method of action, acting through the alpha 2 delta protein was highlighted. This was an important discovery, although even to this day the relevance of the effect on this protein for the anti-seizure effects of the drug are quite unclear. However, through the alpha 2 delta action, an effect on monoamines was substantiated,

with decreased release of key neurotransmitters involved in depression (serotonin and NA). The concern about this effect is noted within the company documents in an e-mail of December 13, 2004 linking the alpha2 delta effect with depression research (Pfizer_CTaylor_0021218).

Secondly, the tide of opinion (clinical) was moving away from the use of GABAergic drugs, in psychiatry (especially benzodiazepines) and in epilepsy (with the acknowledgement of behavior problems, but also with the discovery that the GABAergic antiepileptic drug vigabatrin caused visual field constriction, leading in some patients to severe visual loss). The chase was on to downplay GABA, and to emphasize alternative mechanisms, in spite of company documents as late as 2003 emphasizing the GABAergic properties of gabapentin.

Thirdly there was a shift in the prescribing habits of physicians regarding epilepsy. Gabapentin simply had a weak anti-seizure effect, and was in competition with more potent agents such as vigabatrin (in Europe) and topiramate.

In general, drugs which are GABAergic have been associated with negative effects on behavior. The associations between drugs such as alcohol, the barbiturates and benzodiazepines (all acting at the GABA receptor), and both cognitive impairments and clinical depression are well known, as are the paradoxical effects such as releasing aggression that prescription of these drugs can cause (Trimble 1996). The gabergic AED's are most linked with depression and release of aggression as treatment emergent side effects in the epilepsy populations, and past history of depression suggests a vulnerability to the development of treatment emergent depression. In other words, the biochemical effects of the drugs turn a potential into a certainty.

There are sufficient grounds in the peer-reviewed scientific literature to conclude

42

that gabapentin leads to the onset of negative mood states, especially in vulnerable individuals. Such mood states include depression, which will lead to or enhance suicidal ideation and acts, and is associated with completed suicides. The vulnerable patients will be those with associated disorders that are closely linked to depression such as chronic pain, and those patients with unstable moods: affective disorders of a wide clinical variety, but especially recurrent depressions and bipolar disorders.

The vulnerability of patients with a past history of depression or mood swings to develop depression with GABA-modulating drugs has been known in the scientific literature for two decades or more, and the prescription of such drugs to people with a history of depression or a potential either for suicide or depression is clinically unacceptable, unless the full psychiatric background of the patient has been assessed and the potential for these side effects described to the patients. Psychiatric casualties of this nature, namely depression, mood swings and suicidality after prescription of GABAergic agents and monoamine modifiers are and have been foreseeable for many years, and prescription of such drugs to susceptible patients can only be acceptable if the risks are known to prescribers.  Such prescriptions to vulnerable patients can only be undertaken after appropriate history taking and risk evaluation has taken place.

Just as case reports and small uncontrolled studies may suggest that alternative drug therapy may provide a beneficial result based upon the chemical structure and neurochemical action of a product, case reports and small uncontrolled studies may equally suggest adverse reactions based upon chemical structure and neurochemical action. Given the chemical structure and known neurochemical action in the brain of gabapentin, its use is not appropriate for patients who potentially have a compromised serotonergic system and will be at risk for suicide.

43

The American Psychiatric Association has provided guidelines for the assessment of patients with potential suicidal behaviors. These are adapted to the clinical evaluation in such settings and include, a thorough psychiatric evaluation, specific questioning about suicide, and estimation of the risk. Where there is clinical potential for suicidal behavior such guidelines should be adopted, but there does not appear to be any company information to physicians about the potential suicide risks of gabapentin, or how to identify them (APA, 2004). In spite of recording side effects of depression, aggression, suicidal behaviors and even completed suicide, and knowing the biochemical profile of gabapentin no warnings were given, and no guidance as to the psychiatric assessment of patients provided.

It is not clear in the clinical data sheets that clinicians using gabapentin, especially in off-label conditions in which mood may be disturbed (or a primary feature) such as chronic pain, bipolar disorder and other disorders with dysphoria and irritability as key components were directed as to the precautions that should be taken with regards to the potential for affective disorders generally and suicide attempts or suicide specifically to be side effects. In my opinion the manufacturer should have specifically warned clinicians about depression, impulsivity, aggression, suicidal thoughts and risks of suicide in the clinical data sheets.

This conclusion is based on my personal experience with extensive clinical use of these drugs, my scientific investigations with these drugs, my reading of the relevant literature, including company documents and by my understanding of the currently held views of the scientific community.

Michael Trimble MD

44

# REFERENCES

American Psychiatric Association (APA), 2004. Practice Guidline for the Assessment and Treatment of Patients with Suicidal Behaviors. 2nd Edition. In: Practice Guidelines for the Treatment of Psychiatric Disorders Compendium. Arlington, VA, 835-1027.

Asberg M, Schalling D, Taskman-Bendz L, Wagner A, 1987. Psychobiology of suicide, impulsivity and related phenomena. In: Melzer HY (Ed). Psychopharmacology: Third generation of Progress, Raven Press, New York, pp 665-668.

Asconape J, Diedrich A, DellaBadia J, 2000. Myoclonus associated with the use of Gabapentin. Epilepsia, 41, 479-481.

Bagdy E, Kiraly I, Harsing LG, 2000. Reciprocal innervation between serotonergic and GABAergic Neurones in Raphe Nuclei of the Rat. Neurochemical Research, 25, 1465-1473.

Ben-Menachem E, Persson LI, Schechter PJ et al (1989). The effect of different vigabatrin treatment regimes on CSF biochemistry and seizure control in epileptic patients. British Journal of Clinical Pharmacology, 1989, 27, Suppl 1: 79s-85s.

Ben-Menachen E, Persson LI, Hedner T, 1992. Selected CSF biochemistry and Gabapentin concentrations in the CSF and plasma in patients with partial seizures after a single oral dose of Gabapentin. Epilepsy Research,11 45-9.

Berrettini WH, Nurnburger JI, Hare TA et al, 1983, Reduced plasma and CSF GABA in affective illness: effect of lithium carbonate. Biological Psychiatry, 18, 185-194.

Bertrand S, Ng GYK, Purisai MG, et al, 2001. The anticonvulsant, antihyperalgesic agent Gabapentin is an agonist at brain GABA type B receptors negatively coupled to voltage dependent calcium channels. Pharm Exp Ther, 298, 15-24.

Brent D A (1986). Over representation of epileptics in a consecutive series of suicide attempts seen at a children's hospital, 1978-1983. Journal of the American Academy of Child Psychiatry, 25, 242-246.

Brown GL, Linoila M 1990. Serotonin metabolite (5-HIAA) studies in depression, impulsivity and violence. Journal of Clinical Psychiatry, 51 (suppl 4) 31-41.

Coccaro EF, Siever LJ, Owen K, Davis KL, 1990. Serotonin in Mood and Personality Disorders. In Coccaro EF, Murphy DL (Eds). Serotonin in Major Psychiatric Disorders. Washington APA Press, pp 69-98.

Collins, J.C., McFarland, B.H., Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. Journal of Affective Disorders (2007).

Concetta M F, Meek JL, 1981. Evidence for a tonic GABAergic control of serotonin neurones in the median raphe nucleus. Brain Research, 206, 208-212.

Conwell Y and Henderson RE. (1996) Neuropsychiatry of suicide. In Fogel BS, et. al. Neuropsychiatry. Williams & Wilkins : Baltimore. Pp. 485-521.

Cugley AL, Swartz BE, 1995. Gabapentin-associated mood changes. Epilepsia, 36, suppl 4, 3.61

Doherty KP, Gates J, Penovich PE, Moriarty GL, 1995. Gabapentin in a medically refractory epilepsy population: seizure response and unusual side effects. Epilepsia, 36, suppl 4, 3.54.

Errante LD, Williamson A, Spenser D, Petroff OAC, 2002. Gabapentin and Vigabatrin increase GABA in the human neocortical slice. Epilepsy Research, 49, 203-210.

Fernandez MC, Walter FG, Kloster JC, et al, 1996. Hemodialysis and hemoperfusion for treatment of valproic acid and Gabapentin poisoining. Vetinary and Human Toxicology, 38, 438-443.

Fink K, Meder W, Dooley DJ, Gothert M, 2000. Inhibition of neuronal Ca(2+) influx by Gabapentin and subsequent reduction of neurotransmitter release from rat neocortical slices. British Journal of Pharmacology, 130, 900-906.

Fink K, Dooley DJ, Meder N et al , 2002. Inhibition of neuronal Ca(2+) influx by Gabapentin and pregabalin in the human neocortex. Neuropharmacology, 42, 229-236.

Goldney R, Winefield A, Saebel J, Winefield H, Tiggerman, 1997. Anger, suicidal ideation, and attempted suicide: a prospective study. Comprehensive Psychiatry, 38, 264-268.

Gotz TJ, Fuerstein A, Lais A, Meyer DK, 1993. Effects of Gabapentin on release of GABA from slices of rat neostriatum. Arzneim-Forschung 43, 636-638.

Hawton K, Fagg J, Marsack P (1980). Association between epilepsy and attempted suicide. Journal of Neurology and Neurosurgery and Psychiatry, 43, 168-170.

Honmou O, Kocsis JD, Richerson GB, 1995. Gabapentin potentiates the conductance increase induced by nipecotic acid in CA1 pyramidal neurons in vitro. Epilepsy research, 20, 193-202.

Jones JE, Hermann BP, Barry JJ, Gilliam FG, Kanner AM, Meador KJ. (2003) Rates and risk factors for suicide, suicidal ideation, and suicide attempts in chronic epilepsy. Epilepsy & Behavior, 2003 Oct; 4 Suppl 3: S31-8.

Kalinin VV, Polyanskiy DA, 2005, Gender differences in risk factors of suicidal behavior in epilepsy. Epilepsy Behavior;6(3):424-9

Keele NB, 2005. The role of Serotonin in impulsive and aggressive behaviors associated with epilepsy-like neuronal hyperexcitabilityy in the amygdala. Epilepsy and Behavior, 7, 325-335.

Kuzniecky R, Pan J, Martin R, et. al., 2002. Modulation of cerebral GABA by topiramate, lamotrigine and Gabapentin in healthy adults. Neurology 58, 368-372.

Leach JP, Sills GJ, Butler E, et. al., 1997. Neurochemical actions in mouse brain. Epilepsy Research 27, 175-180.

Lee DO, Steingard RJ, Cesena M, et al 1996. Behavioral side effects of Gabapentin in children. Epilepsia, 37, 87-90.

Levinson DF, Devinsky O. (1999) Psychiatric adverse events during vigabatrin therapy. Neurology, 53, 1507-11.

Litzinger MJ, Wiscombe N, Hanny A, et. al., 1995. Increased seizures and aggression seen in persons with mental retardation and epilepsy treated with neurontin. Epilepsia, 36, suppl 4, 3.57.

Loescher W, 1998. New visions in the pharmacology of anticonvulsion. European Journal of Pharmacology, 342, 1-13.

Loescher W, Hoenack D, Taylor CP, 1991. Gabapentin increases aminooxyacetic acid induced GABA accumulation in several regions of rat brain. Neuroscience Letters 128, 150-154.

Mackay A (1979) Self-poisoning-a complication of epilepsy. Br J Psychiatry. 134, 277-82.

Mann JJ, Currier D, Stanley B et al, 2006. Can biological tests assist prediction of suicide in mood disorders? International Journal of Neuropsychopharmacology, 9, 465-474.

Mann JJ, Malone KM, 1997. Cerebrospinal fluid amines and higher-lethality suicide attempts in depressed in-patients. Biological Psychiatry, 41, 162-171.

Matthews WS, and Barabas G, 1981. Suicide and Epilepsy: a review of the literature. Psychosomatics 22, 515-524.

Mayeux R, Stern Y, Cote L and Williams JBW. (1984) Altered serotonin metabolism in depressed patients with Parkinson's disease, Neurology, 34, 642-646.

Mehlman PT, Higley JD, Faucher I et al, 2004. Low CSF 5-HIAA concentrations and severe aggression and impaired impulse control in non-human primates. American Journal of Psychiatry, 1994, 151, 1485-1491.

Mendez MF, Lanska DJ, Manon-Espaillat R and Burnstine TH. (1989) Causative factors for suicide attempts by overdose epileptics. Arch Neurol, 46, 1065-1068.

Miczek KA, Altman JL, Appel, JB, Boggan WO, 1975. para-chlorophenylalanine, serotonin, and killing behavior. Pharmacology, Biochemistry and behavior, 3, 355-361.

Mula M, Trimble MR, Lhatto SD, Sander JWAS. (2003) Topiramate and Psychiatric adverse events in patients with epilepsy. Epilepsia, 44, 456-63.

New AS, Hazlett EA, Buchsbaum M et al 2002. Blunted prefrontal cortical 18-flurodeoxyglucose positron emission tomography response to meta- chlorophenylpiprazine in impulsive aggression. Archives of General Psychiatry, 59, 621-629.

NishikawaT,  Scatton B, 1983. Evidence for a GABAeric inhibitory influence on serotonergic neurons originating from the dorsal raphe. Brain Research, 279, 325-329.

Nishikawa T, Scatton B, 1985. Inhibitory influence of GABA on Central Serotonergic Transmission. Brain Research, 331, 81-90.

Olajide D, Lader M, 1984. Depression following withdrawal from long-term benzodiazepine use: a report of four cases. Psychological Medicine, 14, 937-940.

Parker DAS, Ong J, Marino V, Kerr DIB, 2004. Gabapentin activates presynaptic GABAb heteroreceptors in rat cortical slices. Eur J Pharmacol, 495, 137-143.

Perruca E 2002. The New Anticonvulsants. In: Seizures, Affective Disorders and Anticonvulsant Drugs. Ed Trimble MR, Schmitz B, Clarius Press, Guildford, pp 1-18.

Petroff O, 2005. Biochemistry for Magnetic Resonance Spectroscopy. In: Magnetic Resonance in Epilepsy: Neuroimaging Techniques. 2nd edition. Ed: Kuzniecky RI, Jackson G. Elsevier, New York, pp 351-368.

Petroff OA, Hyder F, Rothman DL, Mattson RH, 2000. Effects of Gabapentin on brain GABA, homocarnisine and pyrrolidinone in epilepsy patients. Epilepsia, 41, 675-680.

Petroff OA, Rothman DL, Behar KL et al 1996. The effect of gabapentin on brain gaba-aminobutyric acid in patients with epilepsy. Annals of Neurology, 39, 95-99.

Petty F, 1995. GABA and mood disorders: a brief review and hypothesis. Journal of Affective Disorders 34, 275-281

Ring H, Crellin R, Kricker S et al (1994). Vigabatrin and depression. Journal of Neurology, Neurosurgery and Psychiatry, 56, 925-928.

Sanacora G, Gueorguieva R, Epperson CN, et al 2004. Sub-type specific alterations of GABA and glutamate in major depression. Archives of General Psychiatry, 62, 705-713.

Scatton B, Serrano A, Nishikawa T, 1985. GABA mimetics decrease extracellular concentrations of 5-HIAA in the dorsal raphe of the rat. Brain Res 341, 372-376.

Schlicker E, Reimann W, Gothert M, 1985. Gabapentin decreases monoamine release without affecting acetylcholine release in the brain. Arzneimittelforschung, 35, 1347-1349

Schmitz B (2002). The effects of antiepileptic drugs on behavior. In: The Neuropsychiatry of Epilepsy. Edited by Trimble M and Schmitz B. Cambridge University Press 2002. Pp 241-255.

Shantz D, Towbin JA, 1995. Changes in mood and affect in patients on Gabapentin. Epilepsia, 36, suppl 4, 3.62.

Sills GJ, 2006. The mechanisms of action of Gabapentin and pregabalin. Current Opinion in Pharmacology, 6, 108-113.

Slattery DA, Desrayaud S, Cryan JF, 2005. GABAB Receptor Agonist-Mediated Antidepressant-like behavior is serotonin

dependent. Journal of Pharmacology and Experimental Therapeutics, 312, 290-295.

Sokero TP, Melartin TK, Rytsala HJ et al, 2003. Suicidal ideation and attempts among psychiatric patients with major depressive disorder. Journal of Clinical Psychiatry, 64, 1094-2000.

Stanley B, Molcho A, Stanley M, et al 2000. Association of Aggressive Behavior with Altered Serotonergic Function in Patients who are not suicidal. American Journal of Psychiatry, 157, 609-614.

Stanley M and Mann JJ, 1983. Increased serotonin-2 binding sites in frontal cortex of suicide victims. Lancet, I, 214-216.

Tallian KB, Nahata MC, LO W, Tsao CY, 1996. Gabapentin associated with aggressive behavior in pediatric patients with seizures. Epilepsia, 37, 501-502.


Taylor C, 1995. Gabapentin, mechanisms of action. In: Antiepileptic Drugs, 4th ed. Ed Levy RH, Mattson, R, Meldrum BS. Raven Press, New York, pp 829-841.

Taylor C, 2002. Gabapentin, mechanisms of action. In: Antiepileptic Drugs, 5th ed. Ed Levy RH, Mattson, R, Meldrum BS. Raven Press, New York, pp 829-841.

Taylor CP, Gee NS, Ti-Zhi Su, et al 1998. A summary of mechanistic hypotheses of Gabapentin pharmacology. Epilepsy Research, 29, 233-249.

Taylor CP, Vartanian MG, Andruszkiewicz R, Silverman RB, 1992. 3-Alkyl GABA and 3-alkylglutamic acid analogues: two new classes of anticonvulsant agents. Epilepsy Research, 11, 103-110.

Tunnicliff G, Malatynska E. (2003), Central GABAergic systems and depressive illness. Neurochemical Research, 28(6):965-76.

Trimble MR, 1996. Biological Psychiatry, 2nd Edition. J Wiley and sons, Chichester.

Thomas L, Trimble M R, Schmitz B and Ring H (1996). Vigabatri behavior disorders: a retrospective survey. Epilepsy Research, 25, 21-27

White, HS (2003) Mechanism of action of newer anticonvulsants. Journal of Clinical Psychiatry, 64, supplement 8, Vol. 64,5-8

Whitworth and Quick 2001,Upregulation of gamma-aminobutyric acid transporter expression: role of alkylated gamma-aminobutyric acid derivatives. Biochemical Society Transactions, vol. 29

Zupanc ML, Schroeder VM, 1995. Behavioral changes in children on Gabapentin. Epilepsia, 36, suppl 4, 3.63

# Curriculum Vitae

## Personal details

| | |
|---|---|
| **Surname:** | **TRIMBLE** |
| **Christian names:** | Michael Robert |
| **Present Posts:** | Professor in Behavioural Neurology |
| | Consultant Physician to the department of psychological medicine. Institute of Neurology and the National Hospital for Neurology and Neurosurgery, London. |
| **Address:** | Institute of Neurology Queen Square, London WC1N 3BG |
| **Date of Birth:** | 20th May, 1946 |
| **Age:** | 58 |

**Education & distinctions**

**Malvern College, Worcestershire**

**Birmingham University Medical School**

Distinctions
- Distinctions in examinations: Medicine, surgery.
- Honours in: Obstetrics, anatomy and physiology.

Prizes & Scholarships

- University Prize
  - University Vice-Chancellor's Prize, 1970

- Medical School Prizes
  - Birmingham Medical School Queen's Scholar for Medicine,1970
  - The Sampson Gamgee Prize in Surgery,1970
  - Hogg Prize in Obstetrics,1970
  - Gilbert Barling Prize,1969
  - Arthur Thompson Travelling Scholarship to University of Minnesota, Minneapolis,1969

**Degrees and qualifications**

BSc (**First Class Honours**)          Univ.of Birmingham
Jul 1967
MB, ChB (**with Honours**)          Univ.of Birmingham          Jul 1970
MRCP                                                                        Oct 1972
MRCPsych                                                                 Oct 1975
MPhil                                    Univ.of London            Oct 1976
FRCPsych                                                               Apr 1982
FRCP                                                                       Jun 1986
MD                                       Univ.of London            Dec 1993
Recognised teacher in Behavioural Neurology
1979

**Membership of Professional Bodies**

Societies & Associations

| | |
|---|---|
| Member, Johns Hopkins Medical & Surgical Association | 1975 |
| Fellow, Royal Society of Medicine | 1977 |
| Member, Association of British Neurologists | 1978 |
| Member, Interdisciplinary Society for Biological Psychiatry | |
| 1978 | |
| Member, British Association of Psychopharmacology | 1979 |
| Member, Harveian Society of London | 1981 |
| Member, American Biological Psychiatry Association | 1981 |
| Member,Collegium Internationale Neuro-Psychopharmacologium | |
| 1983 | |
| Fellow, American Psychiatric Association | 1985 |
| Member, European College of Neuropsychopharmacology | 1985 |
| Member, New York Academy of Sciences | 1988 |
| Member, British Neuropsychiatry Association (BNA) | 1988 |
| Member, American Neurological Association | 1994 |
| Member,American Association for the Advancement of Science | 2001 |

Special Appointments

| | |
|---|---|
| Vice-President, Section of Psychiatry, Royal Society of Medicine | 1995 |
| -1998 | |
| Assessor: National health and Medical Research Council of Australia | 1992 |
| - 1998 | |
| Chairman of the commission on Psychobiology for the International | |
| League Against Epilepsy | 1998 |
| - 2001 | |
| Council Member of the Collegiate Internationale | |
| Neuropsychopharmacologium (CINP) | 1998 |
| - 2001 | |
| Member of the Education Committee of the CINP | 2000 |
| - 2001 | |
| Member of Council of the BNPA | 1999  - |
| present | |
| Member: Der deutsche sektion Der Internationalen Liga Gegen Epilepsie | |
| 30/08/99 | |
| Chairman of the British Association of Neuropsychiatry | 2001 |
| - 2003 | |
| Chair - Task Force Organic Brain Syndrome - World Federation of Societies of | |
| Biological Psychiatry | 2001 |
| - | |
| Honorary Membership to the Polish League Against Epilepsy | |

**Editorial Boards**

| | |
|---|---|
| Journal of Neurology, Neurosurgery & Psychiatry | 1982-1992 |
| Epilepsia | 1982-1986 |
| Journal of Traumatic Stress | 1988-1992 |
| Convulsive Therapy | 1985-1999 |
| Neuropsychiatry, Neuropsychology & Behavioural Neurology | 1988-2001 |
| Human Psychopharmacology (sub-editor) | 1986-2001 |
| The Journal of Forensic Psychiatry | 1989-1998 |
| Journal of Epilespy | 1990-1998 |
| Journal of the History of the Neurosciences | 1992-1994 |
| Harvard Review of Psychiatry | 1993-2003 |
| CNSSpectrums | 1996- |
| ActaPsychiatricaScandinavica | 1997- |
| EpilepsyResearch | 1998-2001 |
| Epilepsy and Behavior | 1999- |
| Cognitive and Behavioural Neurology | 2005- |

## Appointments held

**Professor in Behavioural Neurology,**                    Jan 1994 - to date
**Institute of Neurology, University of London**

Reader in Behavioural Neurology,                           Mar 1990 - Dec 1993
Institute of Neurology, University of London

Senior Lecturer in Behavioural Neurology,                  Aug 1979 - Mar 1990
Institute of Neurology, University of London

**Consultant Physician in Department of**                  Sep 1976 - to date
**Psychological Medicine, National Hospitals for Neurology &**
**Neurosurgery, Queen Square, London**

Senior Registrar, Dept. Psychological                      Apr 1976 - Sep 1976
Medicine, National Hospitals for Nervous
Diseases, Queen Square, London

Resident to The Johns Hopkins Hospital                     Mar 1975 - Sep 1975
Baltimore

Senior House Officer, National Hospitals                   Aug 1972 - Jan 1973
for Nervous Diseases, Queen Square, London

Senior House Physician to United Oxford                    Aug 1971 - Aug 1972
Hospitals

House Physician to Dr B L Penticost,                       Jan 1971 - July 1971
United Birmingham Hospitals (Queen Elizabeth
& General Hospitals)

House Surgeon to Mr J Alexander Williams,                  Jul 1970 - Jan 1971
Birmingham General Hospital, Birmingham

## Scientific Career and Research findings

My interest in brain-behaviour relationships stem back to my first degree when I studied neuroanatomy, in particular the effects of hormones on the primate CNS and behaviour.  Following this, for my second research degree (MPhil) I studied the effect of monoamines on seizure thresholds in primates.

Since my appointment to the Institute of Neurology, my research has been in the area epilepsy and movement disorders.  Neuroimaging has played an important part in the activity of my Unit, bringing the most modern neuroimaging techniques available to an understanding of psychopathology and brain-behaviour relationships.  Other areas of interest have been psychopharmacology; the influence of drugs that treat neurological disorders on behaviour; cerebral stimulation and its effects; patients that present to neurologists with neurological symptoms without define neurological disease (somatoform disorders), and the history of neuropsychiatry.

**International Awards**

International Bureau for Epilepsy and International League
Against Epilepsy:
June 1993
Ambassador for Epilepsy Life time Achievement Award Lecture,
Indo-UK Workshop On Epilepsy –Chennai India
2000

**Named Guest Lectures Given**

American Epilepsy Society, Merritt Putman Lecture                    1982
Royal College of Psychiatrists, Maudsley Bequest Lecture            1983
Dutch Psychiatric Association, Pieter Bann Lecture                   1984
University of Trondheim, Norway, Ostmarka Lecturer                   1989
Harry Crow Lecture, Burden Hospital Bristol                         1990
First Ole Rafaelson Memorial Lecture, Copenhagen                    1990
The Allen Rubin Memorial Fund Research Lecture,Johns Hopkins Hospital.
1991
18th T S Srinivasan Endowment Lecture, Visiting Professor, Madras, India
1998
Word Neuropsychiatry Association, Aleryn Loshman Lecture, Athens
2004

**Publications**

**<u>Books - Written</u>**

1. **Trimble MR.** Neuropsychiatry. J. Wiley & Sons, Chichester; 1981.

2. **Trimble MR.** Post-traumatic Neurosis. J. Wiley & Sons, Chichester; 1981.

3. **Trimble MR.** Biological Psychiatry. J. Wiley & Sons, Chichester; 1988.

4. **Trimble MR.** The Psychoses of Epilepsy. Raven Press, New York; 1991.

5. Cummings JL, **Trimble MR.** Concise Guide to Neuropsychiatry and Behavioural Neurology. American Psychiatric Press Inc., Washington DC; 1995.

6. **Trimble MR.** Biological Psychiatry. 2nd ed. J. Wiley & Sons, Chichester; 1996.

7. Cummings JL, **Trimble MR.** Concise Guide to Neuropsychiatry and Behavioural Neurology. 2nded. American Psychiatric Press Inc., Washington DC; 2001.

8. **Trimble MR.** Somatoform Disorders – a medico legal guide. Cambridge University Press, Cambridge; 2004.

9. **Trimble MR.** The Soul in the Brain: the cerebral basis of language, art and belief. Johns Hopkins University Press, 2007.

## Books – edited

1. Reynolds EH, **Trimble MR.** Epilepsy and Psychiatry. Churchill Livingstone, Edinburgh; 1981.

2. Koella WP, **Trimble MR.** Temporal Lobe Epilepsy, Mania, Schizophrenia and the limbic system. Karger, Basel; 1982.

3. **Trimble MR**, Zarifian E. Benzodiazepines divided: a multidisciplinary review. J. Wiley & Sons, Chichester; 1982.

4. **Trimble MR.** Psychopharmacology of the limbic system. Oxford University Press, Oxford; 1984.

5. **Trimble MR.** New Brain Imaging Techniques and Psychopharmacology. Oxford Univeristy Press, Oxford; 1985.

6. **Trimble MR.** Interface between Neurology and Psychiatry. Karger, Basel; 1985.

7. **Trimble MR.** The psychopharmacology of Epilepsy. J. Wiley & Sons, Chichester; 1985.

8. **Trimble MR.** Aspects of epilepsy and psychiatry. J. Wiley & Sons, Chichester; 1986.

9. **Trimble MR**, Reynolds EH. What is Epilepsy? Churchill Livingstone, Edinburgh; 1987.

10. Post MR, **Trimble MR**, Reynolds EH. Epilepsy, Behaviour and Cognitive Function. J. Wiley & Sons, Chichester; 1988.

11. Bolwig TG, **Trimble MR.** The clinical Relevance of Kindling. J. Wiley & Sons, Chichester; 1989.

12. Post MR, **Trimble MR**, Pippenger CE. The clinical use of anticonvulsants in psychiatric disorders. Demos publications, New York; 1989.

13. Reynolds EH, **Trimble MR.** The bridge between Neurology and Psychiatry. Churchill Livingstone, Edinburgh; 1989.

14. **Trimble MR.** Chronic Epilepsy, its prognosis and management. J. Wiley & Sons, Chichester; 1989.

15. Smith D, Treiman D, **Trimble MR.** Advances in Neurology. Neurobehavioural problems in Epilepsy. Raven Press, New York; 1991.

16. **Trimble MR.** Women and Epilepsy. J. Wiley & Sons, Chichester; 1991.

17. **Trimble MR**, Bolwig TG. The temporal lobes and the limbic system. Wrightson Biomedical Publishing Ltd., Petersfield; 1992.

18. **Trimble MR.** New Anticonvulsants: Advances ub the treatment of epilepsy. J. Wiley & Sons, Chichester; 1994.

19. **Trimble MR**, Dodson ED. Epilepsy and quality of life. Raven Press, New York; 1994.

20. **Trimble MR**, Cummings JL. Contemporary Behavioural Neurology. Butterworth Heinemann; 1996.

21. **Trimble MR**, Schmitz B. Forced Normalization and alternative psychoses of epilepsy. Wrightson biomedical Publishing Ltd, Petersfield, UK; 1998.

22.   **Trimble MR**, Hindmarch I. Benzodiazepines. Wrightson Biomedical Publishing Ltd, Petersfield, UK; 2000.

23.   **Trimble MR**, Schmitz B. The Neuropsychiatry of epilepsy. Cambridge University Press, Cambridge; 2002.

24.   **Trimble MR**, Schmitz B. Seizures, Affective Disorders and Anticonvulsant Drugs. Clarius Press Ltd. Guildford, UK; 2002.

25.   **Trimble MR.** Learning disability and Function; an integrated approach. Clarius Press, Guildford; 2003.

26.   **Trimble MR.** Seizure Freedom. Clarius Press, Guildford; 2007.