| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 426 THROMBOPLASTIN DECREASED | | 6 | 0.05 | | | |
| 427 THROMBOTIC THROMBOCYTOPENIC PURPURA | | 1 | 0.01 | | | |
| 428 WBC ABNORMAL | | 3 | 0.03 | | | |
| 429 Sub Total | | 654 | | | | |
| 430 | | | | | | |
| 431 METABOLISM AND NUTRITION | | | | | | |
| 432 ACIDOSIS | | 2 | 0.02 | | | |
| 433 ALCOHOL INTOLERANCE | | 3 | 0.03 | | | |
| 434 ALKALINE PHOSPHATASE INCREASED | | 26 | 0.24 | | | |
| 435 AMYLASE INCREASED | | 8 | 0.07 | | | |
| 436 AVITAMINOSIS | | 6 | 0.05 | | | |
| 437 BILIRUBINEMIA | | 13 | 0.12 | | | |
| 438 BUN INCREASED | | 13 | 0.12 | | | |
| 439 CREATINE PHOSPHOKINASE INCREASED | | 20 | 0.18 | | | |
| 440 CREATININE INCREASED | | 24 | 0.22 | | | |
| 441 DEHYDRATION | | 26 | 0.24 | | | |
| 442 DIABETES MELLITUS | | 3 | 0.03 | | | |
| 443 | EDEMA | 105 | 0.95 | | | No - Labeled for peripheral edema |
| 444 EDEMA PERIPHERAL | | 24 | 0.22 | | | |
| 445 ELECTROLYTE ABNORMALITY | | 4 | 0.04 | | | |
| 446 ELECTROLYTE DEPLETION | | 1 | 0.01 | | | |
| 447 ENZYMATIC ABNORMALITY | | 3 | 0.03 | | | |
| 448 ENZYME ABNORMALITY | | 1 | 0.01 | | | |
| 449 GAMMA GLOBULIN DECREASED | | 1 | 0.01 | | | |
| 450 GLOBULIN INCREASED | | 1 | 0.01 | | | |
| 451 GOUT | | 3 | 0.03 | | | |
| 452 HEALING ABNORMAL | | 5 | 0.05 | | | |
| 453 HEMOSIDEROSIS | | 1 | 0.01 | | | |
| 454 HYPERCALCEMIA | | 1 | 0.01 | | | |
| 455 HYPERCHOLESTEREMIA | | 21 | 0.19 | | | |

Pfizer_CPacella_0061244

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 456 | HYPERGLYCEMIA | | 102 | 0.93 | | | No - Labeled for blood glucose fluctuations |
| 457 | HYPERKALEMIA | | 9 | 0.08 | | | |
| 458 | HYPERLIPEMIA | | 13 | 0.12 | | | |
| 459 | HYPERNATREMIA | | 5 | 0.05 | | | |
| 460 | HYPERPHOSPHATEMIA | | 3 | 0.03 | | | |
| 461 | HYPERURICEMIA | | 1 | 0.01 | | | |
| 462 | HYPOCALCEMIA | | 3 | 0.03 | | | |
| 463 | HYPOCHLOREMIA | | 1 | 0.01 | | | |
| 464 | HYPOCHOLESTEREMIA | | 2 | 0.02 | | | |
| 465 | HYPOGLYCEMIA | | 47 | 0.43 | | | |
| 466 | HYPOGLYCEMIC REACTION | | 1 | 0.01 | | | |
| 467 | HYPOKALEMIA | | 11 | 0.1 | | | |
| 468 | HYPOLIPEMIA | | 1 | 0.01 | | | |
| 469 | HYPOMAGNESEMIA | | 2 | 0.02 | | | |
| 470 | HYPONATREMIA | | 34 | 0.31 | | | |
| 471 | HYPOPROTEINEMIA | | 3 | 0.03 | | | |
| 472 | KETOSIS | | 4 | 0.04 | | | |
| 473 | LACTIC ACIDOSIS | | 1 | 0.01 | | | |
| 474 | LACTIC DEHYDROGENASE INCREASED | | 6 | 0.05 | | | |
| 475 | NPN INCREASED | | 12 | 0.11 | | | |
| 476 | OBESITY | | 1 | 0.01 | | | |
| 477 | PERIPHERAL EDEMA | | 381 | 3.46 | L | L | No |
| 478 | PHOSPHATASE ALKALINE INCREASED | | 1 | 0.01 | | | |
| 479 | PORPHYRIA | | 1 | 0.01 | | | |
| 480 | RESPIRATORY ACIDOSIS | | 3 | 0.03 | | | |
| 481 | SGOT (AST) INCREASED | | 3 | 0.03 | | | |
| 482 | SGOT INCREASED | | 41 | 0.37 | | | |
| 483 | SGPT (ALT) INCREASED | | 2 | 0.02 | | | |
| 484 | SGPT INCREASED | | 48 | 0.44 | | | |
| 485 | WATER INTOXICATION | | 1 | 0.01 | | | |
| 486 | WEIGHT GAIN | | 464 | 4.21 | L | L | No |
| 487 | WEIGHT LOSS | | 107 | 0.97 | NL | L | Yes |
| 488 | Sub Total | | 1629 | | | | |

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 489 | | | | | | |
| 490 *MUSCULOSKELETAL SYSTEM* | | | | | | |
| 491 ARTHRALGIA | | 159 | 1.44 | | | No |
| 492 ARTHRITIS | | 48 | 0.44 | | | |
| 493 ARTHROSIS | | 42 | 0.38 | | | |
| 494 BONE DISORDER | | 21 | 0.19 | | | |
| 495 BONE FRACTURE | | 18 | 0.16 | | | |
| 496 BONE NECROSIS | | 3 | 0.03 | | | |
| 497 BONE NEOPLASM | | 2 | 0.02 | | | |
| 498 BONE PAIN | | 9 | 0.08 | | | |
| 499 BURSITIS | | 2 | 0.02 | | | |
| 500 GENERALIZED SPASM | | 9 | 0.08 | | | |
| 501 INFECTION | | 1 | 0.01 | | | |
| 502 JOINT DISORDER | | 61 | 0.55 | | | |
| 503 LEG CRAMPS | | 22 | 0.2 | | | |
| 504 MUSCLE ATROPHY | | 6 | 0.05 | | | |
| 505 MUSCULOSKELETAL CONGENITAL ANOMALY | | 7 | 0.06 | | | |
| 506 MYALGIA | | 130 | 1.18 | L | | No |
| 507 MYASTHENIA | | 100 | 0.91 | | L | Yes |
| 508 MYOPATHY | | 11 | 0.1 | | | |
| 509 MYOSITIS | | 1 | 0.01 | | | |
| 510 OSTEOMALACIA | | 1 | 0.01 | | | |
| 511 OSTEOMYELITIS | | 3 | 0.03 | | | |
| 512 OSTEOPOROSIS | | 14 | 0.13 | | | |
| 513 PAIN BACK | | 1 | 0.01 | | | |
| 514 PATHOLOGICAL FRACTURE | | 1 | 0.01 | | | |
| 515 RHEUMATOID ARTHRITIS | | 3 | 0.03 | | | |
| 516 SYNOVITIS | | 2 | 0.02 | | | |
| 517 TENDINOUS CONTRACTURE | | 2 | 0.02 | | | |
| 518 TENDON DISORDER | | 5 | 0.05 | | | |
| 519 TENDON RUPTURE | | 1 | 0.01 | | | |
| 520 TENOSYNOVITIS | | 5 | 0.05 | | | |
| 521 **Sub Total** | | **690** | | | | |
| 522 | | | | | | |
| 523 *NERVOUS SYSTEM* | | | | | | |
| 524 ABNORMAL DREAMS | | 49 | 0.44 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061246

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 525 | ABNORMAL ELECTROENCEPHALOGRAM | | 11 | 0.1 | | | |
| 526 | ABNORMAL GAIT | | 129 | 1.17 | L | NL | No |
| 527 | ACUTE BRAIN SYNDROME | | 7 | 0.06 | | | |
| 528 | ADDICTION | | 9 | 0.08 | | | |
| 529 | AGITATION | | 101 | 0.92 | NL | L | Yes |
| 530 | AKATHISIA | | 5 | 0.05 | | | |
| 531 | AKINESIA | | 1 | 0.01 | | | |
| 532 | AMNESIA | | 301 | 2.73 | L | L | No |
| 533 | ANTISOCIAL REACTION | | 6 | 0.05 | | | |
| 534 | ANXIETY | | 213 | 1.93 | L | L | No |
| 535 | APATHY | | 18 | 0.16 | | | |
| 536 | APHASIA | | 16 | 0.15 | | | |
| 537 | ATAXIA | | 252 | 2.29 | L | L | No |
| 538 | BRAIN EDEMA | | 5 | 0.05 | | | |
| 539 | BRAIN STEM DISORDER | | 1 | 0.01 | | | |
| 540 | BRAIN SYNDROME ACUTE | | 1 | 0.01 | | | |
| 541 | BUCCOGLOSSAL SYNDROME | | 4 | 0.04 | | | |
| 542 | CARCINOMA | | 3 | 0.03 | | | |
| 543 | CATATONIC REACTION | | 4 | 0.04 | | | |
| 544 | CEREBELLAR ATAXIA | | 1 | 0.01 | | | |
| 545 | CEREBELLAR SYNDROME | | 2 | 0.02 | | | |
| 546 | CHOREOATHETOSIS | | 26 | 0.24 | | | |
| 547 | CHRONIC BRAIN SYNDROME | | 2 | 0.02 | | | |
| 548 | CIRCUMORAL PARESTHESIA | | 8 | 0.07 | | | |
| 549 | CNS CONGENITAL ANOMALY | | 3 | 0.03 | | | |
| 550 | CNS DEPRESSION | | 7 | 0.06 | | | |
| 551 | CNS NEOPLASIA | | 11 | 0.1 | | | |
| 552 | CNS STIMULATION | | 3 | 0.03 | | | |
| 553 | COGWHEEL RIGIDITY | | 1 | 0.01 | | | |
| 554 | COMA | | 34 | 0.31 | | | |
| 555 | CONFUSION | | 318 | 2.89 | L | L | No |
| 556 | CONVULSION | | 802 | 7.28 | L | L | No |
| 557 | CONVULSION GRAND MAL | | 44 | 0.4 | | | |
| 558 | COORDINATION ABNORMAL | | 26 | 0.24 | | | |
| 559 | DELIRIUM | | 12 | 0.11 | | | |
| 560 | DELUSIONS | | 19 | 0.17 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061247

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 561 | DEMENTIA | | 13 | 0.12 | | | |
| 562 | DEPERSONALIZATION | | 98 | 0.89 | NL | L | Yes |
| 563 | DEPRESSION | | 242 | 2.2 | | L | No |
| 564 | DEPRESSION PSYCHOTIC | | 4 | 0.04 | | | |
| 565 | DIPLOPIA | | 17 | 0.15 | | | |
| 566 | DIZZINESS | | 786 | 7.13 | L | L | No |
| 567 | DREAMS ABNORMAL | | 4 | 0.04 | | | |
| 568 | DRUG DEPENDENCE | | 156 | 1.42 | | | ? |
| 569 | DYSARTHRIA | | 25 | 0.23 | | | |
| 570 | DYSAUTONOMIA | | 1 | 0.01 | | | |
| 571 | DYSKINESIA | | 16 | 0.15 | | | |
| 572 | DYSTONIA | | 23 | 0.21 | | | |
| 573 | EEG ABNORMAL | | 1 | 0.01 | | | |
| 574 | EMOTIONAL LABILITY | | 125 | 1.13 | L | L | No |
| 575 | ENCEPHALITIS | | 2 | 0.02 | | | |
| 576 | ENCEPHALOPATHY | | 16 | 0.15 | | | |
| 577 | EUPHORIA | | 39 | 0.35 | | | |
| 578 | EXTRAPYRAMIDAL SYNDROME | | 18 | 0.16 | | | |
| 579 | FACIAL PARALYSIS | | 21 | 0.19 | | | |
| 580 | FLACCID PARALYSIS | | 1 | 0.01 | | | |
| 581 | GAIT ABNORMAL | | 10 | 0.09 | | | |
| 582 | GRAND MAL CONVULSION | | 52 | 0.47 | | | |
| 583 | HALLUCINATIONS | | 157 | 1.42 | NL | L | Yes |
| 584 | HEMATOMA SUBDURAL | | 4 | 0.04 | | | |
| 585 | HEMIPLEGIA | | 8 | 0.07 | | | |
| 586 | HOSTILITY | | 196 | 1.78 | L | L | No |
| 587 | HYPALGESIA | | 1 | 0.01 | | | |
| 588 | HYPERALGESIA | | 1 | 0.01 | | | |
| 589 | HYPERESTHESIA | | 13 | 0.12 | | | |
| 590 | HYPERKINESIA | | 65 | 0.59 | | | |
| 591 | HYPERTONIA | | 101 | 0.92 | | | |
| 592 | HYPESTHESIA | | 128 | 1.16 | L | L | Yes |
| 593 | HYPOKINESIA | | 61 | 0.55 | | | No |
| 594 | HYPOTONIA | | 14 | 0.13 | | | |
| 595 | HYSTERIA | | 11 | 0.1 | | | |

Pfizer_CPacella_0061248

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | | | | | | | Labeled for coordination abnormal |
| 596 | INCOORDINATION | | 140 | 1.27 | L | L | No |
| 597 | INSOMNIA | | 262 | 2.38 | L | L | No |
| 598 | INTRACRANIAL HEMORRHAGE | | 3 | 0.03 | | | |
| 599 | INTRACRANIAL HYPERTENSION | | 5 | 0.05 | | | |
| 600 | LIBIDO DECREASED | | 74 | 0.67 | | | |
| 601 | LIBIDO INCREASED | | 16 | 0.15 | | | |
| 602 | MANIA | | 2 | 0.02 | | | |
| 603 | MANIC DEPRESSIVE REACTION | | 9 | 0.08 | | | |
| 604 | MANIC REACTION | | 53 | 0.48 | | | |
| 605 | MENINGITIS | | 4 | 0.04 | | | |
| 606 | MENTAL RETARDATION | | 1 | 0.01 | | | |
| 607 | MOVEMENT DISORDER | | 35 | 0.32 | | | |
| 608 | MULTIPLE SCLEROSIS | | 7 | 0.06 | | | |
| 609 | MYELITIS | | 1 | 0.01 | | | |
| 610 | MYOCLONUS | | 55 | 0.5 | | | |
| 611 | NEOPLASM | | 2 | 0.02 | | | |
| 612 | NERVOUSNESS | | 230 | 2.09 | L | L | No |
| 613 | NEURALGIA | | 25 | 0.23 | | | |
| 614 | NEURITIS | | 2 | 0.02 | | | |
| 615 | NEUROPATHY | | 93 | 0.84 | | | |
| 616 | NEUROSIS | | 13 | 0.12 | | | |
| 617 | NYSTAGMUS | | 32 | 0.29 | | | |
| 618 | OCULOGYRIC CRISIS | | 1 | 0.01 | | | |
| 619 | OPISTHOTONOS | | 1 | 0.01 | | | |
| 620 | PARALYSIS | | 19 | 0.17 | | | |
| 621 | PARALYSIS FACIAL | | 1 | 0.01 | | | |
| 622 | PARANOID REACTION | | 36 | 0.33 | | | |
| 623 | PARESTHESIA | | 227 | 2.06 | L | L | No |
| 624 | PERIPHERAL NEURITIS | | 10 | 0.09 | | | |
| 625 | PERSONALITY DISORDER | | 167 | 1.52 | NL | L | Yes |
| 626 | POLYNEURITIS | | 1 | 0.01 | | | |
| 627 | PORENCEPHALY | | 1 | 0.01 | | | |
| 628 | PSYCHOSIS | | 72 | 0.65 | | | |
| 629 | REFLEXES DECREASED | | 7 | 0.06 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061249