| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | | | | | | | Labeled for coordination abnormal |
| 596 | INCOORDINATION | | 140 | 1.27 | L | L | No |
| 597 | | | | | | | |
| 598 | INSOMNIA | | 262 | 2.38 | L | L | No |
| 599 | INTRACRANIAL HEMORRHAGE | | 3 | 0.03 | | | |
| 600 | INTRACRANIAL HYPERTENSION | | 5 | 0.05 | | | |
| 601 | LIBIDO DECREASED | | 74 | 0.67 | | | |
| 602 | LIBIDO INCREASED | | 16 | 0.15 | | | |
| 603 | MANIA | | 2 | 0.02 | | | |
| 604 | MANIC DEPRESSIVE REACTION | | 9 | 0.08 | | | |
| 605 | MANIC REACTION | | 53 | 0.48 | | | |
| 606 | MENINGITIS | | 4 | 0.04 | | | |
| 607 | MENTAL RETARDATION | | 1 | 0.01 | | | |
| 608 | MOVEMENT DISORDER | | 35 | 0.32 | | | |
| 609 | MULTIPLE SCLEROSIS | | 7 | 0.06 | | | |
| 610 | MYELITIS | | 1 | 0.01 | | | |
| 611 | MYOCLONUS | | 55 | 0.5 | | | |
| 612 | NEOPLASM | | 2 | 0.02 | | | |
| 613 | NERVOUSNESS | | 230 | 2.09 | L | | No |
| 614 | NEURALGIA | | 25 | 0.23 | | | |
| 615 | NEURITIS | | 2 | 0.02 | | | |
| 616 | NEUROPATHY | | 93 | 0.84 | | | |
| 617 | NEUROSIS | | 13 | 0.12 | | | |
| 618 | NYSTAGMUS | | 32 | 0.29 | | | |
| 619 | OCULOGYRIC CRISIS | | 1 | 0.01 | | | |
| 620 | OPISTHOTONOS | | 1 | 0.01 | | | |
| 621 | PARALYSIS | | 19 | 0.17 | | | |
| 622 | PARALYSIS FACIAL | | 1 | 0.01 | | | |
| 623 | PARANOID REACTION | | 36 | 0.33 | | | |
| 624 | PARESTHESIA | | 227 | 2.06 | L | L | No |
| 625 | PERIPHERAL NEURITIS | | 10 | 0.09 | | | |
| 626 | PERSONALITY DISORDER | | 167 | 1.52 | NL | L | Yes |
| 627 | POLYNEURITIS | | 1 | 0.01 | | | |
| 628 | PORENCEPHALY | | 1 | 0.01 | | | |
| 629 | PSYCHOSIS | | 72 | 0.65 | | | |
| | REFLEXES DECREASED | | 7 | 0.06 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061249

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 630 | REFLEXES INCREASED | | 2 | 0.02 | | | |
| 631 | SCHIZOPHRENIC REACTION | | 8 | 0.07 | | | |
| 632 | SCREAMING SYNDROME | | 2 | 0.02 | | | |
| 633 | SLEEP DISORDER | | 37 | 0.34 | | | |
| 634 | SOMNOLENCE | | 948 | 8.6 | L | L | No |
| 635 | SPEECH DISORDER | | 219 | 1.99 | NL | NL | Yes |
| 636 | STUPOR | | 108 | 0.98 | NL | L | Yes |
| 637 | SUBDURAL HEMATOMA | | 5 | 0.05 | | | |
| 638 | TARDIVE DYSKINESIA | | 2 | 0.02 | | | |
| 639 | THINKING ABNORMAL | | 315 | 2.86 | L | L | No |
| 640 | TORTICOLLIS | | 1 | 0.01 | | | |
| 641 | TREMOR | | 295 | 2.68 | L | L | No |
| 642 | TWITCHING | | 158 | 1.43 | L | L | No |
| 643 | VERTIGO | | 98 | 0.89 | | | |
| 644 | VESTIBULAR DISORDER | | 3 | 0.03 | | | |
| 645 | WITHDRAWAL SYNDROME | | 118 | 1.07 | | | Wording to be added |
| 646 | Sub Total | | **8811** | | | | |
| 647 | | | | | | | |
| 648 | ***RESPIRATORY SYSTEM*** | | | | | | |
| 648 | ABSCESS | | 1 | 0.01 | | | |
| 649 | APNEA | | 31 | 0.28 | | | |
| 650 | ASPHYXIA | | 1 | 0.01 | | | |
| 651 | ASPIRATION PNEUMONIA | | 7 | 0.06 | | | |
| 652 | ASTHMA | | 35 | 0.32 | | | |
| 653 | ATELECTASIS | | 3 | 0.03 | | | |
| 654 | BRONCHITIS | | 31 | 0.28 | | | |
| 655 | CARCINOMA LUNG | | 2 | 0.02 | | | |
| 656 | CARCINOMA OF LARYNX | | 1 | 0.01 | | | |
| 657 | CARCINOMA OF LUNG | | 3 | 0.03 | | | |
| 658 | COUGH INCREASED | | 54 | 0.49 | | | |
| 659 | DYSPNEA | | 151 | 1.37 | L | L | No |
| 660 | EDEMA LUNG | | 1 | 0.01 | | | |
| 661 | EFFUSION PLEURAL | | 1 | 0.01 | | | |
| 662 | EMPHYSEMA | | 2 | 0.02 | | | |
| 663 | EPISTAXIS | | 37 | 0.34 | | | |

Pfizer_CPacella_0061250

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 665 | HEMOPTYSIS | | 8 | 0.07 | | | |
| 666 | HICCUP | | 6 | 0.05 | | | |
| 667 | HYPERVENTILATION | | 14 | 0.13 | | | |
| 668 | HYPOVENTILATION | | 16 | 0.15 | | | |
| 669 | HYPOXIA | | 8 | 0.07 | | | |
| 670 | INTERSTITIAL PNEUMONIA | | 5 | 0.05 | | | |
| 671 | LARYNGITIS | | 12 | 0.11 | | | |
| 672 | LUNG DISORDER | | 21 | 0.19 | | | |
| 673 | LUNG EDEMA | | 23 | 0.21 | | | |
| 674 | LUNG FIBROSIS | | 7 | 0.06 | | | |
| 675 | LUNG FUNCT ABNORMAL | | 2 | 0.02 | | | |
| 676 | LUNG HEMORRHAGE | | 2 | 0.02 | | | |
| 677 | PHARYNGITIS | | 67 | 0.61 | | | |
| 678 | PLEURAL DISORDER | | 1 | 0.01 | | | |
| 679 | PLEURAL EFFUSION | | 5 | 0.05 | | | |
| 680 | PNEUMONIA | | 98 | 0.89 | L | L | No |
| 681 | PNEUMONIA ASPIRATION | | 6 | 0.05 | | | |
| 682 | PULMONARY HYPERTENSION | | 2 | 0.02 | | | |
| 683 | RESPIRATORY CONGENITAL ANOMALY | | 2 | 0.02 | | | |
| 684 | RESPIRATORY DISORDER | | 27 | 0.25 | | | |
| 685 | RESPIRATORY DISTRESS SYNDROME | | 1 | 0.01 | | | |
| 686 | RHINITIS | | 40 | 0.36 | | | |
| 687 | SINUSITIS | | 20 | 0.18 | | | |
| 688 | SPUTUM INCREASED | | 5 | 0.05 | | | |
| 689 | VOICE ALTERATION | | 11 | 0.1 | | | |
| 690 | YAWN | | 2 | 0.02 | | | |
| 691 | Sub Total | | 772 | | | | |
| 692 | | | | | | | |
| 693 | *SKIN AND APPENDAGES* | | | | | | |
| 694 | ACNE | | 34 | 0.31 | NL | L | Yes |
| 695 | ALOPECIA | | 332 | 3.01 | | | |
| 696 | ANGIOEDEMA | | 21 | 0.19 | | | |
| 697 | CHLOASMA | | 1 | 0.01 | | | |
| 698 | CONTACT DERMATITIS | | 2 | 0.02 | | | |
| 699 | DISCOID LUPUS ERYTHEMATOSIS | | 1 | 0.01 | | | |
| 700 | DRY SKIN | | 31 | 0.28 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061251

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 701 | ECZEMA | | 21 | 0.19 | | | |
| 702 | EPIDERMAL NECROLYSIS | | 4 | 0.04 | | | |
| 703 | ERYTHEMA MULTIFORME | | 15 | 0.14 | | | |
| 704 | EXFOLIATIVE DERMATITIS | | 19 | 0.17 | | | |
| 705 | FUNGAL DERMATITIS | | 1 | 0.01 | | | |
| 706 | FURUNCULOSIS | | 2 | 0.02 | | | |
| 707 | HAIR DISCOLORATION | | 3 | 0.03 | | | |
| 708 | HAIR DISORDER | | 18 | 0.16 | | | |
| 709 | HERPES SIMPLEX | | 8 | 0.07 | | | |
| 710 | HERPES ZOSTER | | 20 | 0.18 | | | |
| 711 | HIRSUTISM | | 16 | 0.15 | | | |
| 712 | HYPERTROPHY SKIN | | 1 | 0.01 | | | |
| 713 | LEUKODERMA | | 3 | 0.03 | | | |
| 714 | LICHENOID DERMATITIS | | 2 | 0.02 | | | |
| 715 | MACULOPAPULAR RASH | | 26 | 0.24 | | | |
| 716 | MELANOSIS | | 4 | 0.04 | | | |
| 717 | NAIL DISORDER | | 16 | 0.15 | | | |
| 718 | NEOPLASM SKIN BENIGN | | 3 | 0.03 | | | |
| 719 | PRURITUS | | 170 | 1.54 | L | L | No |
| 720 | PSORIASIS | | 11 | 0.1 | L | L | |
| 721 | PURPURIC RASH | | 4 | 0.04 | | | |
| 722 | PUSTULAR RASH | | 3 | 0.03 | | | |
| 723 | RASH | | 411 | 3.73 | L | L | No |
| 724 | RASH MACULOPAPULAR | | 4 | 0.04 | | | |
| 725 | RASH PURPURIC | | 1 | 0.01 | | | |
| 726 | RASH PUSTULAR | | 2 | 0.02 | | | |
| 727 | RASH VESICULOBULLOUS | | 3 | 0.03 | | | |
| 728 | SEBORRHEA | | 3 | 0.03 | | | |
| 729 | SKIN BENIGN NEOPLASM | | 1 | 0.01 | | | |
| 730 | SKIN DISCOLORATION | | 35 | 0.32 | | | |
| 731 | SKIN DISORDER | | 38 | 0.34 | | | |
| 732 | SKIN DRY | | 3 | 0.03 | | | |
| 733 | SKIN HYPERTROPHY | | 1 | 0.01 | | | |
| 734 | SKIN NECROSIS | | 2 | 0.02 | | | |
| 735 | SKIN NODULE | | 6 | 0.05 | | | |
| 736 | SKIN ULCER | | 5 | 0.05 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061252

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 737 | STEVENS JOHNSON SYNDROME | | 17 | 0.15 | | | |
| 738 | STEVENS-JOHNSON SYNDROME | | 1 | 0.01 | | | |
| 739 | SUBCUTANEOUS NODULE | | 2 | 0.02 | | | |
| 740 | SWEATING | | 107 | 0.97 | NL | | Yes - Sweating increased labeled in USPI |
| 741 | SWEATING DECREASED | | 1 | 0.01 | | | |
| 742 | URTICARIA | | 88 | 0.8 | NL | L | Yes |
| 743 | VESICULOBULLOUS RASH | | 36 | 0.33 | | | |
| 744 | Sub Total | | 1559 | | | | |
| 745 | | | | | | | |
| 746 | **SPECIAL SENSES** | | | | | | |
| 747 | ABNORMAL VISION | | 226 | 2.05 | L | L | No |
| 748 | ABNORMALITY OF ACCOMMODATION | | 4 | 0.04 | | | |
| 749 | AMBLYOPIA | | 268 | 2.43 | L | L | No |
| 750 | ANISOCORIA | | 1 | 0.01 | | | |
| 751 | BLINDNESS | | 13 | 0.12 | | | |
| 752 | CATARACT NOS | | 3 | 0.03 | | | |
| 753 | CATARACT SPECIFIED | | 19 | 0.17 | | | |
| 754 | CHROMATOPSIA | | 1 | 0.01 | | | |
| 755 | COLOR BLINDNESS | | 3 | 0.03 | | | |
| 756 | CONJUNCTIVITIS | | 25 | 0.23 | | | |
| 757 | CORNEAL LESION | | 5 | 0.05 | | | |
| 758 | CORNEAL OPACITY | | 2 | 0.02 | | | |
| 759 | DEAFNESS | | 65 | 0.59 | | | |
| 760 | DIPLOPIA | | 94 | 0.85 | | | |
| 761 | DRY EYES | | 25 | 0.23 | | | |
| 762 | EAR DISORDER | | 22 | 0.2 | | | |
| 763 | EAR PAIN | | 24 | 0.22 | | | |
| 764 | EXTRAOCULAR PALSY | | 3 | 0.03 | | | |
| 765 | EYE DISORDER | | 65 | 0.59 | | | |
| 766 | EYE HEMORRHAGE | | 10 | 0.09 | | | |
| 767 | EYE PAIN | | 42 | 0.38 | | | |
| 768 | GLAUCOMA | | 5 | 0.05 | | | |

Pfizer_CPacella_0061253

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 769 | HEMORRHAGE EYE | | 1 | 0.01 | | | |
| 770 | HYPERACUSIS | | 6 | 0.05 | | | |
| 771 | IRITIS | | 3 | 0.03 | | | |
| 772 | KERATITIS | | 3 | 0.03 | | | |
| 773 | LACRIMATION DISORDER | | 19 | 0.17 | | | |
| 774 | MIOSIS | | 4 | 0.04 | | | |
| 775 | MYDRIASIS | | 11 | 0.1 | | | |
| 776 | NIGHT BLINDNESS | | 2 | 0.02 | | | |
| 777 | OPTIC ATROPHY | | 6 | 0.05 | | | |
| 778 | OPTIC NEURITIS | | 4 | 0.04 | | | |
| 779 | OTITIS EXTERNA | | 2 | 0.02 | | | |
| 780 | OTITIS MEDIA | | 14 | 0.13 | | | |
| 781 | PAPILLEDEMA | | 2 | 0.02 | | | |
| 782 | PAROSMIA | | 29 | 0.26 | | | |
| 783 | PHOTOPHOBIA | | 24 | 0.22 | | | |
| 784 | PTOSIS | | 4 | 0.04 | | | |
| 785 | PUPILLARY DISORDER | | 1 | 0.01 | | | |
| 786 | REFRACTION DISORDER | | 10 | 0.09 | | | |
| 787 | RETINAL DEGENERATION | | 3 | 0.03 | | | |
| 788 | RETINAL DETACHMENT | | 1 | 0.01 | | | |
| 789 | RETINAL DISORDER | | 14 | 0.13 | | | |
| 790 | RETINAL EDEMA | | 2 | 0.02 | | | |
| 791 | RETINAL HEMORRHAGE | | 4 | 0.04 | | | |
| 792 | RETINAL PIGMENTATION | | 1 | 0.01 | | | |
| 793 | RETROBULBAR NEURITIS | | 1 | 0.01 | | | |
| 794 | STRABISMUS | | 4 | 0.04 | | | |
| 795 | TASTE LOSS | | 26 | 0.24 | | | |
| 796 | TASTE PERVERSION | | 50 | 0.45 | | | |
| 797 | TINNITUS | | 73 | 0.66 | NL | L | Yes |
| 798 | UVEITIS | | 1 | 0.01 | | | |
| 799 | VISION ABNORMAL | | 13 | 0.12 | | | |
| 800 | VISUAL FIELD DEFECT | | 28 | 0.25 | | | |
| 801 | VITREOUS DISORDER | | 8 | 0.07 | | | |
| 802 | Sub Total | | 1299 | | | | |
| 803 | | | | | | | |
| 804 | *UROGENITAL SYSTEM* | | | | | | |