EXHIBIT 83

# CENTER FOR DRUG EVALUATION AND RESEARCH

Application Number **21-397**
**21-423**
**21-424**

## MEDICAL REVIEW(S)



FDA CENTER FOR DRUG EVALUATION AND RESEARCH
**DIVISION OF ANESTHETIC, CRITICAL CARE, AND ADDICTION DRUG PRODUCTS**
**HFD-170, Room 9B-45, 5600 Fishers Lane, Rockville MD 20857   (301) 827-7410**

## REVIEW AND EVALUATION OF CLINICAL DATA

| | |
|---|---|
| NDA # | 21-397<br>21-423<br>21-424 |
| Sponsor | Parke-Davis Pharmaceuticals Limited |
| Generic Name | Gabapentin |
| Proprietary Name | Neurontin |
| Pharmacologic Class | Anti-epileptic |
| Proposed Indication | For the management of postherpetic neuralgia in adults |
| Submission Date | August 6, 2001 |
| Clinical Reviewer | Sharon Hertz, M.D. |
| Completion Date | May 24, 2002 |

Page 1 of 1

**EXECUTIVE SUMMARY**

A. Overview Of Clinical Program

| | |
|---|---|
| Established name: | Gabapentin |
| Trade Name: | Neurontin |
| Drug Class: | Anti-epileptic |
| Proposed Indication: | For the management of postherpetic neuralgia |
| Dose: | Capsules 100, 300, 400 mg; Tablets 600 and 800 mg; Oral Solution 50 mg/ml |
| Route: | Oral |
| Regimen: | A single 300-mg dose on Day 1, 600 mg/day on Day 2 (divided BID), and 900 mg/day on Day 3 (divided TID), followed by titration to a maximum of 3600 mg/d (divided TID). |

Gabapentin was studied in two trials in patients with postherpetic neuralgia. A total of 563 patients were enrolled, 336 of whom received gabapentin. Additional safety information was obtained from three clinical trials in other neuropathic pain trials enrolling patients with painful diabetic peripheral neuropathy and neuropathy of mixed etiologies. An additional 794 patients were enrolled in these trials, 484 of whom received gabapentin. Safety data from non-neuropathic pain trials in studies evaluating the efficacy and pharmacokinetics of gabapentin in combination with naproxen sodium or hydrocodone were added to the evaluation of deaths, SAEs and discontinuations due to AEs.

B. Efficacy

Study 945-211 was a double-blind, randomized, placebo-controlled trial of gabapentin in patients with post-herpetic neuralgia. Patients were titrated to a dose of 3600 mg over a 4-week period and maintained on the final stable dose for four more weeks. A total of 229 patients were enrolled and 184 (80.3%) completed the study. The most common reason for early study discontinuation was adverse event, occurring in 21 of the 113 gabapentin patients (18.6%) and in 14 of the 116 placebo patients (12.1%.) Only 64.6% of the gabapentin treated patients reached a final stable dose of 3600 mg/d. The remainder of patients reached final stable doses from 1200 mg/d to 3000 mg/d.

Study 945-295 was a double-blind, randomized, placebo-controlled trial of gabapentin in patients with post-herpetic neuralgia. Patients were titrated to either 1800 mg/day or 2400 mg/day over a 3-week period and maintained on the final stable dose for four weeks. A total of 334 patients were enrolled and 272 (81.4%) completed the study. One hundred and fifteen patients received gabapentin 1800 mg/day, 108 patients received gabapentin 2400 mg/day, and 111 patients received placebo. All patients were successfully titrated to the intended treatment dose. One patient from each of the gabapentin groups required a dose reduction during the study.

The planned primary outcome measure in both studies was the change in mean weekly Pain Rating Scale score from the patient diary. The gabapentin treatment groups all

demonstrated statistically significant improvement in pain compared with placebo. The treatment effect was similar in size across all gabapentin treatment arms. Separation from placebo was seen as early as one week after titration was begun. The percent of patients with a 50% reduction in pain was also similar across all treatment groups. The secondary efficacy outcome measures reflecting pain measurements were supportive of the primary efficacy measure. Additional secondary efficacy measures of sleep interference, global impression of change by patient and investigator, all favored gabapentin over placebo.

These results demonstrate that gabapentin doses of 1800 mg/day, 2400 mg/day, and 3600 mg/day were effective for post-herpetic neuralgia. Patients should undergo a gradual titration from 300 mg/day to 1800 mg/day. Although there does not appear to be additional benefit from higher doses, safety data support the use of doses up to 3600 mg/day.

C. Safety

The safety database presented an adequate assessment of the adverse event profile of gabapentin in the postherpetic neuralgia patient population, with confirmatory safety findings in other neuropathic pain conditions. The safety database consisted of 1357 patients in double-blind, placebo-controlled and open label studies of gabapentin in neuropathic pain. The postherpetic neuralgia studies enrolled 563 patients. A total of 820 patients received gabapentin, primarily over a period of six to eight weeks. Additional safety information for deaths, serious adverse events (SAEs), and discontinuations due to adverse events was obtained from four ongoing studies in diabetic neuropathy and mixed etiology neuropathic pain, and from combinations studies with naproxen and hydrocodone in non-neuropathic pain.

Patients were evenly distributed across gender, but more than 80% of patients were Caucasian. Twenty five percent of patients were over the age of 75 in the overall population, and in the postherpetic neuralgia trials, 50% of the patients were over the age of 75.

Of the 11 deaths reported, there was only one death for which there was any reason to suspect even a small contributory roll of study medication. The patient had widely metastatic prostate cancer, and died following the onset of sleepiness, 3 days after beginning gabapentin. The patient had been receiving concomitant morphine which can increase the bioavailability of gabapentin, possibly contributing to CNS depression. The investigator attributed the cause of death due to progression of the underlying cancer.

There were few serious adverse events for which a contributory role could be assigned to gabapentin. In the neuropathic pain studies, gabapentin may have played a role in one case of peripheral edema with subsequent cellulitis, and likely contributed to the somnolence seen following an intentional overdose. There was one case of angioedema in a patient on no concomitant medications, but the study drug assignment had not been unblinded at the time of the report.

Adverse events were fairly common and occurred in more gabapentin-treated patients than placebo treated patients. PHN patients who were older, had greater proportion of discontinuations due to adverse events. It may be that older patients have a greater bioavailability of gabapentin which is excreted exclusively by the kidney, and so are more susceptible to adverse events. However, other unidentified factors may also have contributed.

The nature of the adverse events were consistent with the adverse event profile known from study of gabapentin in other patient populations. The most common adverse events were dizziness and somnolence, followed by peripheral edema and dry mouth. There was less ataxia, fatigue, and nystagmus compared with the epilepsy population, consistent with the known polypharmacy with anticonvulsants in the epilepsy trials.

While drug-drug interactions were not evident in the safety findings during the clinical trials, studies with co-administration of hydrocodone and a literature report evaluating co-administration of morphine indicate the potential for interactions with opiates. These interactions, primarily reflecting increased bioavailability of gabapentin when co-administered with opioids, have the potential to be clinically meaningful. This information will need to be adequately communicated to the health-care provider community through appropriate labeling and promotional materials.

D. Dosing

The lack of a dose response relationship across the 1800 mg/day, 2400 mg/day, and 3600 mg/day suggest that for most patients, 1800 mg/day will appropriate target dose for titration. Patients should begin titration with a single 300-mg dose on Day 1, 600 mg/day on Day 2 (divided BID), and 900 mg/day on Day 3 (divided TID). Gradual titration should proceed to 1800 mg/day (divided TID). Although an acceptable safety profile has been demonstrated up to a dose of 3600 mg/day, little additional benefit is expected from titration beyond 1800 mg/day.

E. Special Populations

There was a larger treatment effect in patients $\geq 75$ years. This finding may result from a greater bioavailability of gabapentin due to age-related reductions in renal function, although other unidentified factors may also be contributing to this effect.

Adverse events were overall, more frequent among patients over the age of 75. The only individual adverse events that were notably more common in this group were dizziness and peripheral edema. There were no effects of gender on the distribution of adverse events. There was too little racial diversity to evaluate the effects of race on the adverse event profile.

As gabapentin is excreted unchanged by the kidneys, dosing must be reduced in the setting of renal impairment, once creatinine clearance is less than 60 mL/min.

The incidence of postherpetic neuralgia in patients under the age of 18 is so low as to preclude the ability to study gabapentin for this indication in that population. The

sponsor has requested a waiver from the study of postherpetic neuralgia in pediatrics and this request is acceptable.

**APPEARS THIS WAY
ON ORIGINAL**

EXECUTIVE SUMMARY ................................................................................................ 2
SECTION 1 INTRODUCTION AND BACKGROUND ........................................... 7
SECTION 1.1 DRUG ESTABLISHED AND PROPOSED TRADE NAME, DRUG CLASS, PROPOSED INDICATION, DOSE, REGIMENS, AGE GROUPS .................. 7
SECTION 1.2 STATE OF ARMAMENTARIUM FOR INDICATION ......................... 7
SECTION 1.3 IMPORTANT MILESTONES IN PRODUCT DEVELOPMENT ........... 7
SECTION 1.4 OTHER RELEVANT INFORMATION ................................................. 8
SECTION 2 CLINICALLY RELEVANT FINDINGS FROM CHEMISTRY, ANIMAL PHARMACOLOGY AND TOXICOLOGY ................................................. 9
SECTION 3 HUMAN PHARMACOKINETICS AND PHARMACODYNAMICS 10
SECTION 4 DESCRIPTION OF CLINICAL DATA AND SOURCES .................... 11
SECTION 4.1. OVERALL DATA .................................................................................. 11
SECTION 4.2. TABLES LISTING THE CLINICAL TRIALS ..................................... 12
SECTION 4.3 POSTMARKETING EXPERIENCE ..................................................... 13
SECTION 4.4 LITERATURE REVIEW ....................................................................... 14
SECTION 5 CLINICAL REVIEW METHODS ......................................................... 16
SECTION 5.1 DESCRIBE HOW REVIEW WAS CONDUCTED ............................. 16
SECTION 5.2 OVERVIEW OF MATERIALS CONSULTED IN REVIEW ............... 16
SECTION 5.3 OVERVIEW OF METHODS USED TO EVALUATE DATA QUALITY AND INTEGRITY ........................................................................................................ 17
SECTION 5.4 WERE TRIALS CONDUCTED IN ACCORDANCE WITH ACCEPTED ETHICAL STANDARDS ............................................................................................. 17
SECTION 5.5 EVALUATION OF FINANCIAL DISCLOSURE ................................ 17
SECTION 6.0 INTEGRATED REVIEW OF EFFICACY ........................................ 19
SECTION 6.1 SUMMARY OF EFFICACY ................................................................. 19
SECTION 6.2 INDIVIDUAL STUDIES ...................................................................... 19
   SECTION 6.2.1 STUDY 945-211 ............................................................................... 19
   STUDY PROTOCOL 945-211 ................................................................................... 20
SECTION 6.2.2 STUDY 945-295 ................................................................................. 38
   RESULTS ................................................................................................................... 42
SECTION 7 INTEGRATED REVIEW OF SAFETY ............................................... 51
SECTION 7.1 SAFETY FINDINGS - SUMMARY .................................................... 51
SECTION 7.2 ADEQUACY OF SAFETY EXPOSURE ............................................. 51
SECTION 7.2.1 EXTENT OF EXPOSURE .................................................................. 53
SECTION 7.2.2 DEMOGRAPHIC AND BASELINE CHARACTERISTICS ............. 56
SECTION 7.2.3 DISPOSITION .................................................................................... 58
SECTION 7.3 SAFETY ASSESSMENT ...................................................................... 59
SECTION 7.3.1 DEATHS ............................................................................................. 60
SECTION 7.3.2 SERIOUS ADVERSE EVENTS ........................................................ 63
SECTION 7.3.3 DISCONTINUATIONS DUE TO ADVERSE EVENTS ................... 68
SECTION 7.3.4 ADVERSE EVENTS .......................................................................... 71
SECTION 7.3.5 VITAL SIGNS AND LABS ............................................................... 77
SECTION 8 GABAPENTIN DOSING ....................................................................... 78
SECTION 9 SPECIAL POPULATIONS .................................................................... 80
SECTION 9.1 SUMMARY ........................................................................................... 80

SECTION 9.2 INTEGRATED EFFICACY ANALYSES - SUBGROUPS ...................... 80
SECTION 9.3 SAFETY - SUBGROUPS ................................................................. 81
SECTION 9.4 PEDIATRIC PROGRAM ................................................................. 84
**APPENDICES** ........................................................................................................**85**

**APPEARS THIS WAY
ON ORIGINAL**

## SECTION 1 INTRODUCTION AND BACKGROUND

### SECTION 1.1 Drug Established and Proposed Trade Name, Drug Class, Proposed Indication, Dose, Regimens, Age Groups

| | |
|---|---|
| Established name: | Gabapentin |
| Trade Name: | Neurontin |
| Drug Class: | Anti-epileptic |
| Proposed Indication: | For the management of postherpetic neuralgia, |
| Dose: | Capsules 100, 300, 400 mg; Tablets 600 and 800 mg; Oral Solution 50 mg/ml |
| Route: | Oral |
| Regimen: | A single 300-mg dose on Day 1, 600 mg/day on Day 2 (divided BID), and 900 mg/day on Day 3 (divided TID), followed by titration to 1800 mg/d (divided TID). |

### SECTION 1.2 State Of Armamentarium For Indication

A pre-NDA meeting was held on May 14, 2001. The meeting package was reviewed prior to the meeting. During this meeting the Division informed the sponsor that a ___ indication would not be granted. Specific indications for specific conditions would be considered. Substantial evidence of efficacy from replicated adequate and well-controlled trials for specific indications such as postherpetic neuralgia (PHN) or painful diabetic peripheral neuropathy (DPN) would be required for approval. The sponsor was informed that based on the information in the meeting package, sufficient information for an indication of pain associated with DPN was not available based on the two studies synopses submitted. For PHN, dose replication had not been demonstrated as the two clinical study synopses submitted utilized different treatment arms, and this could result in a nonapproval for this indication as well. The sponsor reported that the study designs for the PHN and DPN trials had been agreed upon by Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products.

### SECTION 1.3 Important Milestones In Product Development

Neurontin has been approved as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in patients over 12 years of age with epilepsy and as adjunctive therapy in the treatment of partial seizures in pediatric patients age 3 - 12 years. The original NDA was followed by NDAs for additional formulations and for the pediatric indication. The three dosage forms are bioequivalent and have a common package insert.
1. 20-235 Neurontin Capsules 100, 300, 400 mg; Dec. 30, 1993
2. 20-882 Neurontin Tablets 600 and 800 mg; Oct 9, 1998
3. 21-129 Neurontin Oral Solution 50 mg/ml; Mar 2, 2000
4. 21-216 Neurontin Oral Solution 50 mg/ml-Pediatrics; Oct 12, 2000

There is a Phase 4 commitment associated with the approval of NDA 21-216, to conduct a repeated-dose neonatal/juvenile rat study to assess the developmental neurotoxicity of

gabapentin. A protocol submitted to ⎯⎯⎯ was reviewed, and concurrence with the study design was conveyed to the sponsor by the review division on July 13, 2001. The sponsor expects a study report by December, 2002.

Gabapentin has been studied under six INDs:
1.
2.
3.
4.
5.
6.

### SECTION 1.4 Other Relevant Information

**Foreign Marketing History**
As of June 14, 2001, Neurontin has been approved for the management of neuropathic pain in 34 countries. A specific indication for neuropathic pain in diabetic neuropathy and postherpetic neuralgia has been approved in Austria, Chile, Denmark, Finland, Germany, and Switzerland, for diabetic neuropathy, PHN, and trigeminal neuralgia in Singapore, and PHN in France. Other varied neuropathic pain indications exist in 26 countries including Australia, Italy, Ireland, Spain, New Zealand, the United Kingdom, Aruba, Czech Republic, Romania, and Slovakia, and many countries in Latin America and Asia.

Neurontin has not been withdrawn from the market for safety or efficacy reasons in any country where it has been approved.

Neurontin has been approved for the treatment of epilepsy in many countries.

**APPEARS THIS WAY
ON ORIGINAL**

**SECTION 2  CLINICALLY RELEVANT FINDINGS FROM CHEMISTRY, ANIMAL PHARMACOLOGY AND TOXICOLOGY**

Gabapentin is structurally related to gamma-aminobutyric acid (GABA), a primarily inhibitory neurotransmitter. While initially intended to mimic the effects of GABA, this does not appear to be a clinically meaningful action of gabapentin. The mechanism by which gabapentin exerts its pharmacological actions is unknown for both PHN and epilepsy.

This is a Type 6 NDA and all of the information about the manufacture and controls of the drug substance and drug product is included in the approved NDA 20-235, Neurontin (gabapentin) Capsules. The inactive ingredients for the capsules are lactose, cornstarch, and talc.

An updated environmental assessment was submitted in support of this NDA. The conclusion by the CMC reviewer was that the new indication will not result in an appreciable increase in the amount of gabapentin being introduced into the environment.

**APPEARS THIS WAY
ON ORIGINAL**

### SECTION 3 HUMAN PHARMACOKINETICS AND PHARMACODYNAMICS

The PK characteristics of gabapentin have been well described. Gabapentin reaches its peak plasma concentration 3 to 4 hours postdose following a single oral dose. Plasma concentrations of gabapentin are not dose-proportional over a range of 1200 to 4800 mg/day (given every 8 hours). Absolute bioavailability of gabapentin was approximately 60%, 47%, 34%, 33%, and 27% following 900, 1200, 2400, 3600, and 4800 mg/day, given in divided doses q8h, respectively. This is because the absorption of gabapentin relies on a saturable transport mechanism. Food increases the absolute bioavailability of gabapentin by a small amount (14% with a high-fat meal) that is not considered clinically significant.

Gabapentin is eliminated unchanged, by renal excretion with no significant hepatic metabolism. Less than 3% of gabapentin circulates bound to plasma protein. Gabapentin half-life is approximately 5 to 7 hours in healthy subject.

As gabapentin is not appreciably metabolized in humans, studies in hepatic impairment have not been performed. Renal impairment does require reductions in dosing, once creatinine clearance is less than 60 mL/min.

gabapentin (125 mg) were co-administered. There was no effect on naproxen by gabapentin. Co-administration of gabapentin (125 to 500 mg) and hydrocodone (10 mg) resulted in a decrease in the hydrocodone $C_{max}$ by 3% to 21%, and AUC by 4% to 22%, based on gabapentin dose in a dose-dependent manner. Gabapentin AUC values were increased by hydrocodone 14%.

Additionally, literature reports describe a 44% increase in gabapentin AUC following administration of a 60 mg controlled-release morphine capsule 2 hours prior to a 600 mg gabapentin capsule. No effects on the PK parameters of morphine were reported.

As discussed below under Dosing, no dose-response relationship was observed in the clinical trials in support of this application. The response size was similar across the 1800 mg/d, 2400 mg/d, and 3600 mg/d dosing arms.

APPEARS THIS WAY ON ORIGINAL

## SECTION 4  DESCRIPTION OF CLINICAL DATA AND SOURCES

**SECTION 4.1. Overall Data**
The original NDA submission dated August 6, 2001 was intended to support an indication for  ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ . This submission included data on 1357 patients studied in 5 pivotal, double-blind, placebo-controlled, clinical studies in patients with neuropathic pain, and two clinical pharmacology studies. Additional data from ongoing foreign studies and early trials of gabapentin in combination with naproxen and in combination with hydrocodone were included in the safety analysis.

The submission dated October 4, 2001, addressed a request by the Review Division for an integrated dataset consisting of adverse event safety data from each of the studies contributing to the ISS.

The submission dated November 30, 2001 included additional safety data requested by the Division, AEs by dose at onset. This database reflected information from all completed clinical, pharmacologic, and combination studies. This was supplemented with deaths, SAEs, and discontinuations due to AEs from ongoing foreign studies.

The 120-day safety update was submitted on December 6, 2001. This submission consisted of a partial study report for open-label study 945-411 The AEs reported during this study were not integrated with prior safety data. Updated reporting of deaths, SAEs, and discontinuations due to AEs were provided.

The requested indication was changed to post herpetic neuralgia, documented in a submission dated December 20, 2001. In the same submission, the sponsor provided an efficacy analysis of the 563 patients in the two double-blind, placebo-controlled clinical studies in patients with neuropathic pain associated with postherpetic neuralgia. A total of 336 patients received gabapentin in these trials. The sponsor included 23 patients with PHN who received gabapentin during a mixed neuropathy study in the analysis. A safety dataset including only patients with postherpetic neuralgia was included in this submission at the request of the Division and the sponsor also resubmitted the data from the original submission combining the original five completed clinical trials, four ongoing studies, two clinical pharmacology studies and eight gabapentin combination therapy studies.

**APPEARS THIS WAY
ON ORIGINAL**

## SECTION 4.2. Tables Listing the Clinical Trials

Clinical Pharmacology Studies
Study 945-190 was a uncontrolled, multiple dose PK study to determine steady-state, dose-proportionality study of gabapentin doses of 1200, 2400, 3600, and 4800 mg/day in healthy subjects. Multiple doses were given on Days 1, 2, 8, 9, 15, 16, 22, and 23, and single doses on Days 3, 10, 17, and 24.

Study 1032-015 was an open-label, randomized, 3-way crossover study to compare single-dose PK of gabapentin and naproxen administered separately and together. Single oral doses consisted of gabapentin 125 mg, naproxen sodium 250mg, or the 2 combined. Dosing took place on Days 1, 8, and 15.

Clinical Neuropathic Pain Studies

Table 4.1 Original Five Completed Clinical Neuropathic Pain Studies

| Study | Description | Number of Patients | |
|---|---|---|---|
| | | ITT | Completed |
| 945-210 US and Canada | DPN. One-week baseline followed by an 8-week d-b phase (4 w titration; 4 w fixed dose) with placebo or a target dose of 3600 mg/day gabapentin (GBP), given in 3 equally divided doses (TID). If intolerable AEs occurred during titration, the GBP dosage was decreased one dosage level to 900, 1200, 1800, or 2400 mg/day, given TID. | 165 | 135 |
| 945-211 US | PHN. One-week baseline followed by an 8-week d-b phase (4 w titration; 4 w fixed dose) with placebo or a target dose of 3600 mg/day GBP, given TID. If intolerable AEs occurred during titration, the GBP dosage was decreased one dosage level to 1200 (minimum), 1800, or 2400 mg/day, given TID. | 229 | 184 |
| 945-224 Europe and South Africa | DPN. One-week baseline followed by a 7-week d-b phase (3 w titration; 4 w fixed dose) with placebo or GBP 600, 1200, or 2400 mg/day, given TID. 67 pts (14 of whom received placebo during d-b) entered a 4-month open-label phase where GBP was started at 600 mg/day and titrated over 4 w at the discretion of the investigator to a maximum of 2400 mg/day, given TID. At the end of 4 w the GBP dose remained stable for an additional 3 months. | 324 DB 67 OL | 276 DB 50 OL |
| 945-295 UK | PHN. One-week baseline followed by a 7-week d-b phase (3 w titration; 4 w fixed dose) with placebo or GBP 1800 or 2400 mg/day, given TID. | 334 | 272 |
| 945-306 UK | Various neuropathic pain syndromes. 1w baseline followed by an 8-week d-b phase (4 w titration-, 4 w fixed dose) with a maximum dose of GBP of 2400 mg/day, given TID. Based on effect, pts could remain at 900 or 1800 mg/day, given TID. | 305 | 234 |
| 945-411 | DPN. OL, 7-week, OL, half fixed-dose 900 mg/d, half titrated to ≤ 3600 mg/d (4 w titration) | 339 | |

US = United States; UK = United Kingdom; ITT Population = All rand. pts who received at least 1 dose of study medication; DB = d-b; OL = Open-label.