Non-Neuropathic Pain/Combination Studies

Table 4.2  Original Five Completed Clinical Neuropathic Pain Studies

| Study | Number of Patients | Description |
|-------|-------|-------------|
| 1032-001 US | 483 | GPN/NPN<br>3rd molar extraction. Single dose, d-b, placebo controlled, factorial design |
| 1032-002 US | 262 | GPN/NPN<br>Osteoarthritis, d-b, placebo-controlled, factorial design |
| 1032-003 US | 212 | GBP/NPN<br>OL extension of 1032-002 |
| 1032-004 US | 206 | GPN/NPN<br>D-b, placebo-controlled study evaluating protective effects of GBP against NPN induced gastric mucosal injury |
| 1032-010 US | 24 | GPN/NPN<br>Bioequivalence of combination capsule and individual components given together |
| 1035-001 US | 325 | GPN/HC<br>3rd molar extraction. Single dose, d-b, placebo controlled, factorial design |
| 1035-002 US | 200 | GPN/HC<br>Post-op orthopedic surgery, single dose, d-b, placebo-controlled, factorial design |
| 1035-003 US | 9 | GPN/HC<br>abuse liability study |

## SECTION 4.3  Postmarketing Experience

**Safety**
The sponsor's Worldwide Safety Surveillance group reviewed their postmarketing safety databases through December 31, 2000 for adverse events in which gabapentin was a primary suspect medication.  The reports are submitted by health care professionals and consumers, and obtained from AE registries, medical literature, and postmarketing clinical studies.  Each case represents one patient, but a given patient may be reported in more than one case.

The sponsor segregated the reports based on the available information providing the indication for which the gabapentin had been used.  These are listed below in Table 4.3, Neuropathic Pain, Other, and Unknown. This type of mostly volunteering reporting tends to underreport cases.  There is also no accurate denominator available to determine how these frequencies compare with controlled clinical trials.  The percentages below represent the percent of the cases for that indication heading.

Of 7655 cases reporting 20,076 events, 75% originated in the US, and neuropathic pain was identified as the indication in 1294 cases. The most frequent reports were dizziness, somnolence, asthenia, and peripheral edema.  The spectrum of AEs reported, and the most frequent AEs reported, are both consistent with the experience from the clinical trials.

Table 4.3  Summary of Postmarketing AEs for Gabapentin Reported in ≥2% of Neuropathic Pain Cases Compared to Cases With Other and Unknown Indications

| COSTART Body System | Neuropathic | Other | Unknown |
|---------------------|-------------|-------|---------|

| COSTART Preferred AE Term | Pain [a] | | Indications | | Indications [b] | |
|---|---|---|---|---|---|---|
| **Body as a Whole** | N | % | N | % | N | % |
| Accidental injury | 27 | (2.1%) | 96 | (2.0%) | 9 | (0.6%) |
| Asthenia | 89 | (6.9%) | 259 | (5.3%) | 34 | (2.3%) |
| Drug interaction | 62 | (4.8%) | 203 | (4.2%) | 68 | (4.7%) |
| Headache | 58 | (4.5%) | 196 | (4.0%) | 25 | (1.7%) |
| Pain | 73 | (5.6%) | 132 | (2.7%) | 20 | (1.4%) |
| **Digestive System** | | | | | | |
| Diarrhea | 44 | (3.4%) | 123 | (2.5%) | 23 | (1.6%) |
| Nausea | 52 | (4.2%) | 155 | (3.2%) | 27 | (1.9%) |
| Drug, Usage | | | | | | |
| Off-label use of drug [c] | 1112 | (85.9%) | 1961 | (40.3%) | 11 | (0.8%) |
| **Metabolism and Nutrition** | | | | | | |
| Edema peripheral/peripheral edema [d] | 77 | (6.0%) | 166 | (3.4%) | 53 | (3.7%) |
| Weight gain | 49 | (3.8%) | 201 | (4.1%) | 55 | (3.8%) |
| **Nervous System** | | | | | | |
| Amnesia | 40 | (3.1%) | 119 | (2.5%) | 30 | (2.1%) |
| Ataxia | 33 | (2.6%) | 139 | (2.9%) | 16 | (1.1%) |
| Confusion | 31 | (2.4%) | 141 | (2.9%) | 25 | (1.7%) |
| Dizziness | 130 | (10.1%) | 327 | (6.7%) | 37 | (2.6%) |
| Insomnia | 30 | (2.3%) | 112 | (3.1%) | 16 | (1.1%) |
| Nervousness | 39 | (3.0%) | 115 | (2.4%) | 15 | (1.0%) |
| Paresthesia | 33 | (2.6%) | 93 | (1.9%) | 16 | (1.1%) |
| Somnolence | 124 | (9.6%) | 421 | (8.7%) | 68 | (4.7%) |
| Thinking abnormal | 35 | (2.7%) | 145 | (3.0%) | 28 | (1.9%) |
| Tremor | 45 | (3.5%) | 104 | (2.1%) | 26 | (1.8%) |
| Twitching | 27 | (2.1%) | 65 | (1.3%) | 12 | (0.8%) |
| **Respiratory** | | | | | | |
| Dyspnea | 28 | (2.2%) | 60 | (1.2%) | 7 | (0.5%) |
| **Skin and Appendages** | | | | | | |
| Alopecia | 42 | (3.3%) | 154 | (3.2%) | 39 | (2.7%) |
| Pruritus | 31 | (2.4%) | 75 | (1.5%) | 9 | (0.6%) |
| Rash | 54 | (4.2%) | 170 | (3.5%) | 50 | (3.5%) |
| **Special Senses** | | | | | | |
| Abnormal vision/vision abnormal [d] | 36 | (2.8%) | 93 | (2.0%) | 16 | (1.0%) |
| Amblyopia | 56 | (4.3%) | 123 | (2.5%) | 24 | (1.7%) |
| **Total Number of Cases** | 1294 | | 4857 | | 1440 | |

a  All reported indication terms were individually inspected. Indications specifically listed as neuropathic pain or considered to be a clinically equivalent term(s) upon medical review (reflex sympathetic dystrophy, herpes zoster, and diabetic neuropathy) were included.

b  64 cases in databases where no data was entered in the indication field are not included in this table.

c  Coding convention dated December 7, 1999; "off-label use of drug" to be used as an adverse event when the reported indication is not listed in the US package insert. Prior to December 7, 1999 "off-label use of drug" was not uniformly captured as an adverse event.

d  Two individual COSTART terms combined.

Source: Table 24, P. 62, Vol. 1.52

## SECTION 4.4 Literature Review

Controlled and uncontrolled clinical trial reports, case reports, review articles, book chapters, pharmacokinetic and pharmacodynamic trial reports, and letters to the editor were provided in a literature review submitted by the sponsor. Articles on the basic

science of pain in animal models and in *in vitro* models were included. The clinical reports included trials in antineoplastic therapy included painful neuropathy, mixed etiology series, complex regional pain syndrome, trigeminal neuralgia, glossopharyngeal neuralgia, multiple sclerosis associated pain, failed back syndrome, chronic pain associated with spinal cord injury, pain following recovery from Guillian Barre syndrome, post-thoracotomy pain, phantom limb and stump pain, interstitial cystitis, and erythromelalgia. None of these reports could be considered as providing substantial evidence of efficacy due to a variety of methodological issues including open-label, uncontrolled, and retrospective designs.

APPEARS THIS WAY
ON ORIGINAL

## SECTION 5  CLINICAL REVIEW METHODS

### SECTION 5.1  Describe How  Review Was Conducted

The individual study reports for Studies 945-211 and 945-295 were reviewed individually, for efficacy.  The ISE submitted by the sponsor was then reviewed for information on combined analyses to evaluate effects in subpopulations.  Datasets depicting patient dosing, particularly for Study 945-211 were reviewed.  Independent analyses were performed to substantiate the duration on doses during titration and highest dose achieved.  Primary efficacy outcome data was reviewed intermittently from the datasets to corroborate the sponsor's summary tables.

Safety was evaluated by review of the ISS submitted on August 6, 2001, including the five original competed neuropathic pain studies, followed by a review of the ISS submitted on December 20, 2001, including only the PHN subjects.  All patient narratives were reviewed.  Individual CRFs were reviewed intermittently to corroborate the data in the patient narratives and CRTs.  The electronic datasets for all adverse events were reviewed and event frequencies were recalculated.  Verbatim and preferred terms were compared for accuracy.

### SECTION 5.2  Overview Of Materials Consulted In Review

Table 5.1  Materials Consulted In Review

| N000 | | 06-Aug-2001 | Original NDA Submission, Vol. 2, 51-118 |
|------|------|------|------|
| N000 | BM | 04-Oct-2001 | Dataset integrating the individual safety datasets |
| N000 | BZ | 30-Nov-2001 | ISS dataset with dose at onset, ISE PHN studies Pediatric waiver, Financial Disclosure |
| N000 | PW | 30-Nov-2001 | Request for Waiver of Pediatric Studies |
| N000 | SU | 06-Dec-2001 | 120-day Safety Update |
| N000 | BZ | 19-Dec-2001 | |
| N000 | BM | 20-Dec-2001 | ISS text for PHN, Proposed Label, Risk/Benefit Analysis, Vol. 1-13 |
| Response to Reviewer Questions Submitted by Email | | | |
| 5/9/02 | | | 5/7/02 Question about population exposure-response relationships |
| 5/10/02 | | | 5/7/02 Questions about background characteristics for Study 945-211, analysis of paracetamol consumption |
| 5/10/02 | | | 5/10/02 Question about dosing in Study 945-224 |
| 5/13/02 | | | 5/9/02 Questions about number of narratives for SAEs and discontinuations due to AEs |
| 5/17/02 | | | 5/10/02 Question about differences in listings in electronic datasets |

**SECTION 5.3  Overview Of Methods Used To Evaluate Data Quality And Integrity**
The study protocols were compared with the study reports for the two studies submitted in support of efficacy and the results reviewed.  The ISS was reviewed in detail.  Data from the in-text tables was compared with the case report tabulations and data listings in the appendices.  Data points from all of the deaths and serious adverse events were followed through from the ISS, appendices, narratives, CRT's, and CRFs

Discrepancies were noted in the electronic safety datasets submitted on November 30, 2001 (aelistp.xpt) and October 14, 2001 (aelist.xpt and aepref.xpt).  The sponsor was queried about the different number of rows of data in these datasets.  In a faxed response dated May 17, 2002, the sponsor described the use of only ITT patients with at least one AE during a study in aelist.xpt and aelistp.xpt, while aepref.xpt included all patients and all AE entries, including entries noted as "none".

The sponsor was asked to explain why there were a greater number of narratives (35) for patients with SAEs than there were patients reported in the original ISS table (Table 18, p. 50, Vol. 1.52) and the safety update.  In a faxed response dated May 13, 2001, the sponsor provided a breakdown.  Thirty-two of 820 gabapentin-treated patients had SAEs. Of the 35 narratives for patients assigned to receive gabapentin, two patients had events during baseline before study drug was begun.  They are counted in the table under Gabapentin, but their narratives report study drug as "none".  Four patients with SAEs during the open label phase of Study 945-224 have Gabapentin in the header of the narratives but were not counted in Table 18 under gabapentin.  One patient with a narrative that references gabapentin, was actually off study drug following study termination when the event occurred and so was not included in Table 18.

**SECTION 5.4  Were Trials Conducted In Accordance With Accepted Ethical Standards**
The trials submitted appear to have been conducted in accordance with accepted ethical standards.

**SECTION 5.5  Evaluation Of Financial Disclosure**



**APPEARS THIS WAY**
**ON ORIGINAL**

NDA 21-397.doc

# SECTION 6.0 INTEGRATED REVIEW OF EFFICACY

## SECTION 6.1  Summary of Efficacy

The two pivotal trials submitted in support of the efficacy of gabapentin for the indication of neuropathic pain associated with postherpetic neuropathy, Study 945-211 and Study 945-295, were both successful in demonstrating efficacy.  Study 945-211 was a double-blind, randomized, placebo-controlled trial, which compared 3600 mg/day of gabapentin and placebo over a 4-week titration period and a 4-week stable dose period.  Study 945-295, was also a double-blind, randomized, placebo-controlled trial, and compared gabapentin treatment arms of 1800 mg/day and 2400 mg/day with placebo over a 3-week titration period and a 4-week stable dose period.  Two hundred and twenty nine patients were enrolled in Study 945-211, 113 of whom received gabapentin 3600 mg/day.  Three hundred and thirty four patients were enrolled in Study 945-295, 115 patients were treated with gabapentin 1800 mg/day and 108 patients with gabapentin 2400 mg/day.  The planned primary outcome measure for both studies was the diary based pain rating at study termination compared to baseline.  There were statistically significantly greater reductions in pain when the gabapentin groups were compared to placebo.   The secondary outcome measures favored the gabapentin treatment groups.  The magnitude of the treatment effect was comparable across treatment arms and studies for the primary outcome measure and for responder rates.

## SECTION 6.2  Individual Studies

### Section 6.2.1  Study  945-211
Study Summary
Study 945-211 was a double-blind, randomized, placebo-controlled trial of gabapentin in patients with post-herpetic neuralgia.  A total of 229 patients were randomized, 116 whom received placebo and 113 of whom received gabapentin.  Patients were titrated to a dose of 3600 mg over a 4-week period and maintained on the final stable dose for four more weeks.  The planned primary outcome measure was the pain rating scale.  No inferential statistics were planned for the numerous secondary outcome measures.

A total of 229 patients were enrolled and 184 (80.3%) completed the study.  The most common reason for early study discontinuation was adverse event, occurring in 21 of the 113 gabapentin patients (18.6%) and in 14 of the 116 placebo patients (12.1%.)  Only 64.6% of the gabapentin treated patients reached a final stable dose of 3600 mg/d.  The remainder of patients reached final stable doses from 1200 mg/d to 3000 mg/d.

Although the sponsor planned to perform the primary analyses on a defined evaluable population consisting of 51 placebo patients and 48 gabapentin patients, this reviewer considered the intent-to-treat population consisting of 116 placebo patients and 113 gabapentin patients the primary population for the evaluation of efficacy.  The primary outcome measure of change in Pain Rating Scale demonstrated a statistically significantly greater reduction in pain for the gabapentin treated patients compared to the placebo treated patients (-2.1 and -0.5, respectively, p<0.001.)  The results of the secondary

efficacy measures of Sleep Interference, Global Impression of Change by Patient and Investigator, Short-Form McGill Pain Questionnaire, VAS score, Present Pain Intensity all favored gabapentin over placebo. Seven of the nine subscales of the SF-36 Quality of Life Assessment favored gabapentin over placebo. The Total Mood Score from the Profile of Mood States strongly favored gabapentin over placebo, with the remaining subscales showing little difference.

These results demonstrate that gabapentin was effective in reducing the neuropathic pain of post-herpetic neuralgia. The effective dose demonstrated in this trial was 3600 mg/day for most of the patients.

**STUDY PROTOCOL 945-211**
**Title:.** Double-blind, Randomized Placebo-Controlled, Parallel-Group, Multi-center Trial to Determine the Efficacy and Safety of Neurontin in Subjects with Peripheral Neuropathy (Post-Herpetic Neuralgia)

**Objective:** To compare the efficacy and safety of gabapentin and placebo in relieving pain in subjects with post-herpetic neuralgia (PHN).

**Study Duration:** 9 weeks

**Population**: N=200 subjects (planned)

**Inclusion Criteria:**
1. Male, female, >18 years of age
2. Not pregnant, not nursing, on acceptable contraceptive
3. Pain for > 3 months after healing of rash
4. VAS of $\geq$ 40 mm at screening and baseline, and average score of $\geq$ 4 over prior 7 days by Pain Rating Scale
5. Completion of at least 4 diaries in 7 days prior to baseline
6. Discontinuation of muscle relaxants, anticonvulsants, mexiletine, topical analgesics and other analgesics at least 2 weeks prior to screening. (Tricyclics and narcotics are permitted, but must remain stable.)

**Exclusion Criteria:**
1. Prior neurolytic or neurosurgical therapy
2. Immunocompromised
3. Severe liver or kidney disease or significant hematological disease
4. Pain other than PHN that may confound results
5. History of drug or alcohol abuse within 1 year.

**Study Design:**
- Study Drug: gabapentin 300 mg and placebo
- Initial dose 900 mg/d (after 4-5 day titration from 300 mg/d), titration steps: 1800 mg/d and 3600 mg/d

NDA 21-397.doc

- Subjects unable to tolerate a dose level were to be permitted to return to the next lowest level, if 1800 was not tolerated, 1200 mg/d was to be permitted.
- Titration was to be completed by the end of week 4 with patients on a stable dose through week 8.
- Subjects were to keep daily diaries and schedule 5 office visits. Patients were to have been contacted by the investigators by telephone twice a week.
- Medication compliance was to be judged by capsule count at each visit. Missing greater than 20% of scheduled doses was to be cause for removing the subject from the study. Blood levels at Visit 5 were to help confirm that placebo patients did not take marketed gabapentin during the study.

Table 6.1  Dosing Titration Schedules

| | Number of Study Medication Capsules[1] | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Day 0[2] | Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 | Target[3] |
| 1st Week | 1 | 1-3 | 1-3 | 1-3 | 3 | 3 | 3 | 900mg |
| 2nd Week | 3-6 | 3-6 | 3-6 | 3-6 | 6 | 6 | 6 | 1800mg |
| 3rd Week | 6-8 | 6-9 | 6-8 | 6-8 | 8 | 8 | 8 | 2400mg |
| 4th Week | 8-12 | 8-12 | 8-12 | 8-12 | 12 | 12 | 12 | 3600mg |
| | Fixed-Dose by end of Week 4 to Week 8 Visit | | | | | | | |

1. One capsule is equal to gabapentin 300mg or placebo.
2. First dose will be taken in the evening of Visit 2 (Day 0, Baseline Visit).
3. Targeted regimen is divided into TID dosing.

Table 6.2  Study Timetable

| | Week -1 | Visit 2 | Visit 3 | Visit 4 | Visit 5 |
|---|---|---|---|---|---|
| | Screening +/-2 days | Week 0 Baseline | Week 2 +/-2 days | Week 4 +/-2 days | Week 8[1] +/-2 days |
| Inclusion/Exclusion Criteria (Screening Questionnaire) | X | | | | |
| Informed Consent | X | | | | |
| Medical History | X | update | | | |
| Brief Physical & Neurological Exam | X | update | | | X |
| Labs: CBC, Chem Profile | X | | | | X |
| Serum Pregnancy Test | X | | | | |
| Gabapentin Plasma Conc. | | | | | X |
| SF-MPQ, VAS, PPI | X | X | X | X | X |
| SF-36, POMS | | X | | | X |
| Global Impr. of Change | | | | | X |
| Study Med. Dispensed | | X | X | X | |
| Patient Diaries[2] | X -------- | -------X------ | --------X------- | --------X------ | X--------- |
| Adverse Event Assessment | | | --------X------- | --------X------ | X--------- |

1. Week 8 assessments will be completed at the last study visit in the case of an early termination.
2. Investigator/coordinator will contact the subject by telephone twice weekly between clinic visits.

**Outcome Measures:**
Average Pain Rating Scale - A 0-10 scale from 0 = "no pain" to 10 = "worst possible pain", to be rated daily
SF-36
Short-form McGill Pain Questionnaire (SF-MPQ) - Three main components:
1. 15 pain descriptors, each rated from 0 = none, to 3 = severe

- The Total score is based on all 15 descriptors with a maximum score of 45.
- The Sensory score is based on the following descriptors: Throbbing, Shooting, Stabbing, Sharp, Cramping, Gnawing, Hot-burning, Aching, Heavy, Tender, Splitting (max score 33)
- The Affective score is based on the following descriptors: Tiring/Exhausting, Sickening, Fearful, Punishing/Cruel (max score 12)

2. A 100mm VAS
3. Present pain intensity on a 0-5 scale from 0 = no pain to 5 = excruciating

Sleep Rating Scores
> A 0-10 scale from 0 = does not interfere with sleep to 10 = completely interferes with sleep, in response to the question of "how your pain has interfered with your sleep during the past 24 hours."

Global Impression of Change
> A 1-7 scale from 1 = much improved to 7 = much worse

**Statistical Assessment:**

Primary Efficacy: Change from baseline in the average Pain Rating Scale. This was to be summarized by treatment group and evaluated for within treatment changes using the paired t-test. Between treatment comparisons were to be made using a linear regression model with treatment and site as experimental factors and baseline pain, gender and race as candidate covariates. If the residuals from the regression model were not normally distributed, the Wilcoxon signed rank test was to be used.

Secondary Efficacy: The sponsor notes that these were not to be used for inferential purposes, but only have confidence intervals and point estimates calculated for each treatment.
1. Global impression of change by subject
2. Sleep score change from baseline
3. SF McGill pain questionnaire change from baseline
4. VAS change from baseline
5. Present Pain Intensity (PPI) at each visit
6. SF-36 quality of life change from baseline
7. Profile of Mood States (POMS) change from baseline
8. Global impression of change by physician

Safety: AEs, labs, PE, neuro exam

The evaluable population was defined as those patients who:
- Complied with protocol directed concurrent medication rules
- Were at least 80% compliant with treatment medication during stable dosing phase
- Completed at least 4 out of 7 days of diaries during the week prior to baseline and the last week of stable dosing
- Were not major protocol violators.
- Drop-outs due to PHN pain anytime beyond the first week of study medication were to be classified as treatment failures and LOCF was to be utilized for efficacy analyses.

The intent-to-treat population was defined as all subjects randomized, with any follow-up data. LOCF was to be utilized for subjects missing the data from the last week of stable dosing diaries.

The safety population was defined as all subjects who had taken at least one dose of study medication and provided follow-up information.

The sponsor defined study compliance as follows:
1.  The first day of stable dosing was the date of the first stable dose of study medication as reported on the Visit 4 CRF.
2.  If the start day was ≤21 days after baseline, the start day was defined as 21 days. If it was > 21 days after baseline, the actual day was used.
3.  The final day of stable dosing was defined as the last day of study medication, unless more than 63 day, when it was defined as 63 days.
4.  A stable dose was defined as the situation in which the dose at the final study day was the same for the preceding 21 days or more.
5.  At least two diaries with dosing data per week for at least 2 weeks of stable dosing period and at least 4 diaries during Week 8.
6.  Study medication data was taken from diaries for the stable dosing phase. Periods or days with at least one entry for number of capsules were determined and the total number of capsules during the period calculated. Missing numbers were considered zero.
7.  The total number of prescribed capsules was calculated for the period when diary data was available.
8.  The percent of study medication was calculate by divided the total number of capsules by the total number prescribed   At least 80% was considered compliant.

The criteria for exclusion from the efficacy analysis were presented in the study report as follows:
- Patients not randomized
- No evidence of any study medication use
- No post-baseline efficacy assessment
- Treatment for less than 21 days on a stable dose, unless dropped out due to PHN pain
- Fewer than 2 diaries with dosing data per week for at least 2 of the stable dosing weeks
- <80% or >120% of prescribed dose during the entire study based on compliance criteria
- Use of disallowed concurrent medication
- Major protocol violations
- Discontinuation early after at least 1 week of treatment and met at least one non-evaluability criteria
- Insufficient number of pain ratings in diaries, <4 within 7-day period after 6 weeks of treatment
- Week 8 office visit was <42 days and >63 days form first dose

Partial exclusions included patients without a baseline assessment for a given scale, patients with post-baseline assessments outside permitted time window (+/-7 days from scheduled week)

**Protocol Amendments:**
None

## RESULTS
### Post Hoc Analyses
In the protocol only descriptive statistics were planned for the secondary efficacy measures. However, the sponsor provided inferential statistics, citing "Additional Request Dated 25 September 1997." Additional information about this analysis was requested on 12/6/01 and received by email on 12/11/01. The sponsor reports that the inferential testing on the secondary efficacy parameters was performed as a result of an internal company request. The analysis was performed following unblinding of the study. No description of how the analysis was performed was provided other than that they were the same method used for the primary analysis. No corrections for multiple analyses were performed. The results of these analyses will be reported for informational purposes only. The post hoc nature of these analyses, following study unblinding, invalidates any conclusions based upon them, and the lack of adjustment for multiple comparisons further invalidates these results.

### General Comments
The sponsor's efficacy analysis was performed in the evaluable population, with ITT analyses used as confirmatory. This population was narrowly defined, and consisted of less than half of the ITT population. For the purposes of this review, this reviewer considers the results from analyses of the ITT population primary, and the results from analyses of the evaluable population secondary.

### Disposition
Investigators from 17 centers enrolled and randomized a total of 229 patients, 116 of whom received placebo and 113 of whom received gabapentin. Of the 229 randomized, 184 completed the study. The reasons for discontinuation presented in Table 6.3 , reveal that few patients discontinued from either group for lack of efficacy. The most common reason for study discontinuation from either treatment group was the occurrence of an adverse event.

APPEARS THIS WAY
ON ORIGINAL

NDA 21-397.doc

Table 6.3  Patient Disposition

| | Placebo N (%) | Gabapentin N (%) | Overall N (%) |
|---|---|---|---|
| Total Randomized | 116 | 113 | 229 |
| Completed Study | 95 (81.9%) | 89 (78.8%) | 184 (80.3%) |
| Premature Discontinuation: | 21(18.1%) | 24 (21.2%) | 45 (19.7%) |
| Reasons for Discontinuation: | | | |
| Treatment Failure | 2 (1.7%) | 0 (0.0%) | 2 (0.9%) |
| Adverse Event | 14 (12.1%) | 21(18.6%) | 35 (15.3%) |
| Lack of Compliance with Protocol | 2 (1.7%) | 1 (0.9%) | 3 (1.3%) |
| Personal Reasons | 2 (1.7%) | 1 (0.9%) | 3 (1.3%) |
| Lost to Follow-up | 1 (0.9%) | 0 (0.0%) | 1 (0.4%) |
| Other | 0 (0.0%) | 1 (0.9%) | 1 (0.4%) |

Source: Sponsor's Table 9, Vol. 1.77, P. 88

All 229 patients have been included in the safety population. Four patients from the gabapentin group were excluded from the ITT population. All four of these patients discontinued from the study early, prior to the first set of assessments after beginning treatment with study drug, resulting in no pain data subsequent to starting study drug. All four patients had been assigned to the gabapentin 3600 mg/d group. The reasons for study discontinuation for these four patients are listed below.

Table 6.4  Reasons for Termination Prior To First Assessment After Treatment Begun, ITT Population

| Patient | Dose at time of termination | Reason for termination |
|---|---|---|
| 211-09-132 | 1800 mg/d | AE: Dizziness |
| 211-14-159 | 300 mg/d | AE: Headache, Dizziness |
| 211-16-123 | 600 mg/d | Non-compliance with titration/ diary entries |
| 211-16-149 | 1200 mg/d | AE: Rectal bleeding |

From Sponsor's Appendix A.6 (Vol. 1.77, P. 294) and Patient Profiles

For the efficacy analyses however, many patients in the ITT population were excluded from individual outcome measure analyses. The Patient's Global and Investigator's Global Impression of Change, SF-36, and POMS were assessments only made at the Week 8 or termination visit so no information was available to carry forward. However, Pain by VAS and PPI from the McGill questionnaire did have intermediate response times. It is unclear why LOCF was not applied to these analyses.

APPEARS THIS WAY
ON ORIGINAL

Table 6.5  Overview of the Analysis Patients: Number Excluded from each Analysis

| Patients | Excluded from Variables | Assessment Time | Placebo (N = 116) | Gabapentin (N = 113) |
|---|---|---|---|---|
| Safety Evaluable | All | All | 0 (0.0%) | 0 (0.0%) |
|  |  |  | Number of Patients Included: Safety | |
|  |  |  | 116 | 113 |
| Intent-to-Treat | All | All | 0 (0.0%) | 4 (3.5%) |
|  |  |  | Number of Patients included: Intent-to-Treat | |
|  |  |  | 116 | 109 |
|  | Diary: Pain | Week 2 | 0 (0.0%) | 0 (0.0%) |
|  |  | Week 4 | 0 (0.0%) | 0 (0.0%) |
|  |  | Week 8 (or last visit) | 0 (0.0%) | 0 (0.0%) |
|  | Patient's Global | Week 8 (or last visit) | 14 (12.1%) | 15 (13.8%) |
|  | Pain VAS | Week 2 | 5 (4.3%) | 4 (3.7%) |
|  |  | Week 4 | 3 (2.6%) | 3 (2.8%) |
|  |  | Week 8 (or last visit) | 3 (2.6%) | 3 (2.8%) |
|  | PPI | Week 2 | 5 (4.3%) | 4 (3.7%) |
|  |  | Week 4 | 3 (2.6%) | 3 (2.8%) |
|  |  | Week 8 (or last visit) | 3 (2.6%) | 3 (2.8%) |
|  | SF-36 | Week 8 (or last visit) | 5 (4.3%) | 5 (4.6%) |
|  | POMS | Week 8 (or last visit) | 23 (19.8%) | 22 (20.2%) |
|  | Inv.'s Global | Week 8 (or last visit) | 14 (12.1%) | 15 (13.8%) |
|  | Diary: Steep | Week 2 | 0 (0.0%) | 0 (0.0%) |
|  |  | Week 4 | 7 (6.0%) | 11 (10.1%) |
|  |  | Week 8 (or last visit) | 0 (0.0%) | 0 (0.0%) |
|  | McGill Pain | Week 2 | 17 (14.7%) | 15 (13.8%) |
|  |  | Week 4 | 6 (5.2%) | 7 (6.4%) |
|  |  | Week 8 (or last visit) | 6 (5.2%) | 5 (4.6%) |

NOTE: Percents for All Variables' for Safety, ITT are based on the total number of randomized patients.
Percents for individual variables for ITT are based on the total number of patients within each analysis.
From Sponsor's Table 3  , Vol. 1.77, P. 44

The efficacy evaluable population consisted of 51 placebo patients and 48 patients from the gabapentin group.  The reasons for the numerous exclusions are described below. Many patients had more than one reason for exclusion from this population.  Protocol violations were the most common reasons for exclusion.  Very few subjects from the evaluable population were excluded from individual outcome measure analyses.

Table 6.6  Reasons for Exclusion from Evaluable Population

|  | Placebo | Gabapentin |
|---|---|---|
| Total Failing to Meet Efficacy Criteria | 65 | 65 |
| Lack of Compliance<br>    <21 days stable dose<br>    % dosing <80%, >120%<br>    Drop out not for PHN pain)<br>    <2 diaries/2 stable weeks | 22 | 23 |
| Protocol Violator<br>    Most recent Zoster > 5y ago<br>    Did not meet inclusion criteria<br>    Did not reach stable dose $\geq$1200 mg/d<br>    Unstable concomitant meds | 60 | 56 |
| <4 Pain ratings for 7 days prior to baseline | 5 | 5 |

Note: Patients often had more than one reason for failing to meet the criteria for the evaluable population
From Sponsor's Appendix A.5 (Vol. 1.77, P. 267)

**Protocol Violation**
There were numerous protocol violations by patients in both treatment groups. The most common violations are listed in Table 6.6.

**Demographics and Baseline Characteristics**
There were no statistically or clinically significant differences in the demographic characteristics of subjects in the two treatment groups.

Table 6.7 Summary of Demographic and Disease Characteristics at Baseline: Safety Population

| | Placebo (N = 116) | Gabapentin (N = 113) | p-value [a] | overall (N = 229) |
|---|---|---|---|---|
| Gender [n(%)] | | | | |
| Male | 56 (48.3%) | 63 (55.8%) | 0.258 | 119 (52.0%) |
| Female | 60 (51.7%) | 50 (44.2%) | | 110 (48.0%) |
| Age(years) | | | | |
| N | 116 | 113 | 0.197 | 229 |
| Mean (SD) | 72.6 (10.0) | 70.8 (10.5) | | 71.7 (10.3) |
| Median | 74.0 | 72.0 | | 74.0 |
| Range | (39.0, 89.0) | (36.0, 90.0) | | (36.0, 90.0) |
| Race [n(%)] | | | | |
| White, Non-Hispanic | 109 (94.0%) | 99 (87.6%) | 0.096 [a] | 208 (90.8%) |
| Black, Non-Hispanic | 3 (2.6%) | 10 (8.8%) | | 13 (5.7%) |
| Hispanic (White or Black) | 3 (2.6%) | 2 (1.8%) | | 5 (2.2%) |
| Asian or Pacific Islander | 1 (0.9%) | 2 (1.8%) | | 3 (1.3%) |
| Weight (lb) | | | | |
| N | 115 | 113 | 0.627 | 228 |
| Mean (SD) | 162.6 (35.8) | 160.2 (37.6) | | 161.4 36.7) |
| Median | 160.0 | 158.0 | | 160.0 |
| Range | (78.0,294.0) | (81.0,268.0) | | (78.0,294.0) |
| Height (In) | | | | |
| N | 115 | 113 | 0.182 | 228 |
| Mean (SD) | 65.5 (4.4) | 66.3 (5.0) | | 65.9 (4.7) |
| Median | 66.0 | 65.0 | | 65.5 |
| Range | (54.0, 74.0) | (54.0, 86.0) | | (54.0, 86.0) |
| Months since last zoster eruption | | | | |
| N | 116 | 113 | 0.256 | 229 |
| Mean (SD) | 47.4 (45.5) | 41.0 (38.7) | | 44.2 (42.3) |
| Median | 29.8 | 27.5 | | 29.2 |
| Range | (2.4, 264.2) | (3.2, 217.2) | | (2.4, 264.2) |

@ Comparison between the two treatment groups using t-test or chi-square test.
(a) p-value is based on comparison of whites versus non-whites.
From Sponsor's Table 4, Vol. 1.77, P. 47

The baseline characteristics of patients was provided in a limited manner in the ISE. Both treatment groups had similar periods of time since the last Zoster eruption. Information on the duration of PHN, number of previous drugs tried, and drug categories tried were not collected for this study as they were for Study 945-295.