Table 6.8 Baseline PHN Characteristics

|  | Placebo N=116 | Gabapentin 3600 mg N=113 |
|---|---|---|
| Duration since last Zoster eruption, Years |  |  |
| Mean (SD) | 3.9 (3.8) | 3.4 (3.2) |
| Median | 2.6 | 2.3 |
| Min, Max | 0.2, 22.2 | 0.3, 18.3 |

Source: Appendix E, P. 279, Vol. 10, 12-20-02,

The sponsor provided listings of medications used prior to the study which were started and/or stopped within 30 days of initiating study medication, and concomitant medication which were started during the study or if prior to the study, continued during the study. There is no listing of which medications were begun during the study, for instance to treat adverse events, so comparison of the available listings is not very informative. Overall, the prior and concomitant medications were similar between the two study groups. The most notable differences were antibiotics used by 4% of the placebo group and 11% of the gabapentin group, antihyperlipidemic drugs used by 16% of the placebo group and 11% of the gabapentin group, aspirin used by 16% of the placebo group and 21% of the gabapentin group, estrogens or progesterone used by 18% of the placebo group and 5% of the gabapentin group, thyroid drugs used by 14% of the placebo group and 8% of the gabapentin group, and vasodilators used by 22% of placebo patients and 27% of the gabapentin group. These differences most likely represent preexisting differences in the two groups.

**Titration and Dosing Results**
The protocol called for a titration period lasting up to 4 weeks according to a prescribed titration regimen, followed by a four week period of stable dosing. As can be seen below, there was a large variability in the number of days of titration and in the number of days of stable dosing. Only one patient failed to reach the minimum acceptable stable dose of 1200 mg/d.

**APPEARS THIS WAY ON ORIGINAL**

Table 6.9 Summary of Extent of Exposure of Patients to Study Medication, Safety Evaluable Patients

|  | Placebo | Gabapentin |
|---|---|---|
| No. of Days on Study Medication (N) | 116 | 113 |
| Mean (SD) | 50.7 (14.39) | 49.1 (16.69) |
| Median | 56.0 | 56.0 |
| Min - max | 2 - 63 | 2 - 63 |
| No. of Days of Titration (N) | 116 | 113 |
| Mean (SD) | 24.7 (6.06) | 23.6 (6.43) |
| Median | 26.0 | 25.0 |
| Min - Max | 2 - 56 | 2 - 41 |
| No. of Days of Stable Dosing (N) | 103 | 96 |
| Mean (SD) | 30.4 (7.26) | 30.9 (7.20) |
| Median | 32.0 | 32.0 |
| Min - Max | 3 - 43 | 4 - 43 |
| No.(%) of Patients at Maximum achieved dose (mg/day) | | |
| 900 | 1 (1.0%) | 0 |
| 1200 | 0 | 6 (6.3%) |
| 1500 | 0 | 1 (1.0%) |
| 1800 | 3 (2.97) | 8 (8.3%) |
| 2100 | 0 | 1 (1.0%) |
| 2400 | 13 (12.6%) | 12 (12.5%) |
| 2700 | 1 0.07) | 5 (5.2%) |
| 3000 | 0 | 1 (0.07) |
| 3300 | 1 (1.07.) | 0 |
| 3600 | 84 (81.6%) | 62 (64.6%) |

Source: Sponsor's Table 5, Vol. 1.77, P. 50.

A review of the dosing during the titration period was performed. The question to be answered was whether there was a means of examining efficacy at 1800 mg/day and 2400 mg/day. According to the titration schedule, patients could have been exposed to these doses for up to one week, and all patients could have been on 1800 mg/d on study day 13 and 2400 mg/day on study day 20, had the titration schedule been followed very closely. The medication dosing data was obtained from electronic database md945211. The duration of time each subject was dosed with 300 mg/day, 1800 mg/day, and 2400 mg/day was extracted. Subjects for whom 1800 mg/days or 2400mg/day was the final titrated dose were excluded from the analysis. As can be seen from Figure 1 and Table 6.10, the duration of treatment on 1800 mg/day and 2400 mg/day varied, with most patients on these doses less than one week. The distribution of durations was skewed to the left, with a median duration of 2 days for both doses, and few patients received either dose for 7 days. A duration of treatment of less than 7 days is too short for an assessment of efficacy. Furthermore, because the interval of therapy with any given dose was shorter than the titration schedule dictated, one cannot make the assumption that on day 13 many patients were receiving 1800 mg/d or on day 20 many patients were receiving 2400 mg/d.

Figure 1 Distribution of Dosing, in Days

| 300 mg/d | 1800 mg/d | 2400 mg/d |
|---|---|---|
|  |  |  |

Table 6.10 Number of Days/Dose, Titration Period

|  |  | 300 mg/d | 1800 mg/d | 2400 mg/d |
|---|---|---|---|---|
| 100.0% | maximum | 7.00 | 15.00 | 10.0 |
| 75.0% | quartile | 2.00 | 4.00 | 4.00 |
| 50.0% | median | 2.00 | 3.00 | 2.00 |
| 25.0% | quartile | 1.00 | 2.00 | 2.00 |
| 0.0% | minimum | 1.00 | 1.00 | 1.00 |
| N |  | 106 | 98 | 74 |
| Mean (SD) |  | 1.93 (0.88) | 3.49 (2.20) | 3.15 (1.90) |

Source: Electronic Database md94521

**Efficacy Results**
 **Primary Efficacy**
The planned primary efficacy outcome measure was the change from baseline in the average Pain Rating Scale. The difference from baseline to Week 8 or termination visit for this 0 to 10 scale was statistically significantly different between treatment groups. The difference was -2.1 for the gabapentin group compared with -0.5 for the placebo group ($p<0.001$). This difference occurred from the setting of comparable mean baseline scores (6.5 for the placebo group and 6.3 for the gabapentin group). Interestingly, the within group analyses were statistically significant for both groups ($p=0.005$ for placebo, $p<0.001$ for gabapentin), although the difference in scores for the placebo group was only -0.5.

Table 6.11 Summary of Pain Rating Score: Patient's Diary, Intent-to-Treat Patients

| Statistics | Placebo | Gabapentin | Between Groups P-Value * |
|---|---|---|---|
| Baseline | N=116 | N=109 |  |
| Mean (SD) | 6.5 (1.7) | 6.3 (1.7) |  |
| 95% CI | (6.1, 6.8) | (6.0, 6.7) |  |
| Median [Min, Max] | 6.4 [3.0, 10.0] | 6.4 [0.6, 10.0] |  |
| Week 8 (or last visit) | N=116 | N=119 |  |
| Mean (SD) | 6.0 (2.4) | 4.2 (2.3) |  |
| 95% CI | (5.5, 6.4) | (3.8, 4.6) |  |
| Median [Min, Max] | 6.1 [0.6, 10.0] | 3.9 [0.0, 10.0] |  |
| Change from Baseline to Week 8 | N=116 | N=109 |  |
| Mean (SD) | -0.5 (1.6) | -2.1 (2.1) | < 0.001 |
| 95% CI | (-0.8, -0.2) | (-2.5, -1.7) |  |
| Median [Min, Max] | -0.2 [-4.7, 3.7] | -2.0 [-7.7, 2.4] |  |
| Within Groups P-Values: | 0.005 | < 0.001 |  |

NOTE: Included are patients with assessments at both baseline and Week 8 (or last visit). Four patients in the gabapentin group had no pain scores following baseline. The p-values are for the comparisons of

means between two treatment groups and within each treatment group on the change from baseline to Week 8 (or Last visit). The comparison between groups is based on an ANCOVA model including fixed terms of treatment, center, treatment-by-center along with the baseline value as a covariate using ranked data. The within group comparisons are based on the Wilcoxon signed rank test.
* Primary Analysis.
Source: Sponsor's Table 14, Vol. 1.77, P. 83.

The results form the evaluable population were similar to the ITT population. The mean difference within the placebo group was -0.5 and in the gabapentin group -2.7. This difference was statistically significantly different (p=0.001) (Sponsor's Table 13, Vol. 1.77, P. 82).

Although not designated as either primary or secondary efficacy measures, the change from baseline to Weeks 2 and 4 for the Pain Rating Score were provided. The change from baseline to Week 2 was -0.2 (CI -0.4, 0.0) for the placebo group and -1.6 (CI -1.9, -1.3) for the gabapentin group (ITT population). The change from baseline to Week 4 was -0.3 (CI -0.6, -0.1) for the placebo group and -2.0 (CI -2.3, -1.6) for the gabapentin group. These changes are consistent with the findings at Week 8, and suggest that for many patients, the onset of efficacy may begin as early as 2 weeks after initiating therapy with gabapentin.

**Secondary Efficacy**
The sponsor planned not to use the secondary efficacy analyses for between-treatment group inferential purposes, but only to calculate confidence intervals and point estimates for each treatment. However, the sponsor has performed some comparative statistics for some of the secondary efficacy analyses, as noted below. These comparisons are included in this review for completeness, but as they are post hoc analyses that do not take into account multiple comparisons, are not considered contributory toward the assessment of efficacy.

Sleep Score
Both treatment groups experienced an improvement in the rating of how pain interfered with sleep. The change from baseline was greater for the gabapentin group, but no statistical analysis comparing the two treatment groups was performed.

Table 6.12 Summary of Sleep Rating Score: Patient's Diary, Intent-to-Treat Patients

| Statistics | Placebo | Gabapentin |
|---|---|---|
| Baseline | | |
| N | 116 | 109 |
| Mean (SD) | 4.1 (2.9) | 4.3 (2.8) |
| 95% CI | (3.6, 4.6) | (3.8, 4.8) |
| Week 8 (or last visit) | | |
| N | 116 | 109 |
| Mean (SD) | 3.6 (3.0) | 2.4 (2.5) |
| 95% CI | (3.0, 4.1) | (0.9, 2.8) |
| Change from Baseline to Week 8 | | |
| N | 116 | 109 |
| Mean (SD) | -0.5 (0.9) | -1.9 (2.5) |
| 95% CI | (-0.9, -0.2) | (-2.4, -1.5) |

NOTE: Included are patients with assessments at both baseline and Week 8 (or last visit).
Source: Sponsor's Table 16, Vol. 1.77, P. 86.

The change to Week 2 and Week 4 evaluations were similar for the ITT population. The change from baseline to Week 2 was -0.1 for the placebo group and -1.4 for the gabapentin group. The change from baseline to Week 4 was -0.4 for the placebo group and -2.1 for the gabapentin group.

Global Impression of Change
This rating was performed by the subjects and independently by the investigators. The results are fairly similar for the two sets of ratings. More subjects and investigators provided ratings of Minimally, Moderately, and Much Improved for the gabapentin-treated patients than the placebo-treated patients. There were a few more subjects rated Minimally and Moderately Worse among the placebo-treated group than the gabapentin-treated group. The biggest difference was the greater number of subjects rated No Change among the placebo-treated patients.

Table 6.13 Summary of Global Impression of Change at Week 8 (or Last Visit) by Patient and Investigator, Intent-to-Treat Patients

|  | Patient Rating | | | Investigator Rating | | |
|---|---|---|---|---|---|---|
|  | Placebo (N = 116) | Gabapentin (N = 109) | Treatment Difference | Placebo (N = 116) | Gabapentin (N = 109) | Treatment Difference |
| Frequency Counts [n (%)] | | | | | | |
| (1) Much Improved | 6 (5.2%) | 21 (9.3%) | 15 (14.1%) | 3 (2.6%) | 17 (15.6%) | 14 (13.0%) |
| (2) Moderately Improved | 8 (6.9%) | 26 (23.9%) | 18 (17.0%) | 12 (0.3%) | 26 (23.9%) | 14 (13.6%) |
| (3) Minimally Improved | 9 (7.8%) | 19 (7.4%) | 10 (9.6%) | 7 (6.0%) | 19 (7.4%) | 12 (11.4%) |
| (4) No Change | 69 (59.5%) | 25 (22.9%) | -44 (-36.6%) | 71 (61.2%) | 29 (26.6%) | -42 (-34.6%) |
| (5) Minimally worse | 5 (4.3%) | 3 (2.8%) | -2 (-1.5%) | 7 (6.0%) | 2 (1.8%) | -5 (-4.2%) |
| (6) Moderately Worse | 5 (4.3%) | 0 (0%) | -5 (-4.3%) | 2 (1.7%) | 0 (0%) | -2 (-1.7%) |
| (7) Much worse | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 1 (0.9%) | 1 (0.9%) |
| Missing | 14 (12.1%) | 15 (3.8%) | 1 (1.7%) | 14 (2.1%) | 15 (13.8%) | 1 (1.7%) |
| Mean (SD) | 3.7 (1.1) | 2.6 (1.2) | | 3.7 (0.9) | 2.8 (1.2) | |
| Summary of Much Improved | | | | | | |
| 95% CI | 0.7%, 9.7% | 11.4%, 27.2% | 4.8%, 23.4% | 0.0%, 5.9% | 8.3%, 22.9% | 4.7%, 21.3% |

Treatment difference refers to Gabapentin - Placebo.
Source: Sponsor's Table 18, P. 89 and Table 20, P. 92, Vol. 1.77

SF McGill Pain Questionnaire
There were greater improvements in the change from baseline in the McGill pain questionnaire total, sensory and affective scores among the gabapentin-treated patients compared with placebo-treated patients. The post-hoc comparisons between the gabapentin and placebo treatment groups revealed statistical significance for all three scores, although the mean changes were modest for both treatment groups. As previously noted, no corrections were made for multiple comparisons. The change from baseline for the sensory score is greater than for the affective score and appears to account for much of the change from baseline to Week 8 for the total score.

Table 6.14 McGill Pain Questionnaire: Total, Sensory and Affective Scores, Intent-to-Treat Patients

| Score | Assessment Time | Statistics | Placebo (N=116) | Gabapentin (N=109) | p-value[a] |
|---|---|---|---|---|---|
| Total | | N | 110 | 104 | |
| | Baseline | Mean (SD) | 18.7 (8.5) | 17.2 (9.6) | |
| | | 95% CI of Mean | (17.1, 20.3) | (15.3, 19.0) | |
| | | Median [Min, Max] | 19.0 [3.0, 42.0] | 15.0 [3.0, 41.0] | |
| | Week 8 (or Last visit) | Mean (SD) | 16.8 (10.8) | 11.4 (9.3) | |
| | | 95% CI of Mean | (14.8, 18.9) | (9.6, 13.1) | |
| | | Median [Min, Max] | 15.0 [0.0, 45.0] | 9.0 [0.0, 45.0] | |
| | Change from Baseline | Mean (SD) | **-1.3 (8.9)** | **-5.8 (8.9)** | <0.001 |
| | | 95% CI of Mean | (-3.5, -0.2) | (-7.5, -4.1) | |
| | | Median [Min, Max] | 0.0 [-23, 19.0] | -5.5 [-28, 18.0] | |
| Sensory Score | | N | 110 | 104 | |
| | Baseline | Mean (SD) | 14.5 (6.4) | 13.6 (7.2) | |
| | | 95% CI of Mean | (13.4, 15.7) | (12.2, 15.0) | |
| | | Median [Min, Max] | 15.0 [2.0, 33.0] | 12.0 [2.0, 32.0] | |
| | Week 8 (or Last visit) | Mean (SD) | 13.0 (8.0) | 9.3 (7.1) | |
| | | 95% CI of Mean | (11.5, 14.5) | (8.0, 10.7) | |
| | | Median [Min, Max] | 12.0 [0.0, 33.0] | 8.0 [0.0, 33.0] | |
| | Change from Baseline | Mean (SD) | **-1.5 (6.8)** | **-4.3 (7.0)** | <0.001 |
| | | 95% CI of Mean | (-2.5, -0.3) | (-5.6, -2.9) | |
| | | Median [Min, Max] | -1.0 [-18, 15.0] | -3.5 [-20, 14.0] | |
| Affective Score | | N | 110 | 104 | |
| | Baseline | Mean (SD) | 4.1 (3.2) | 3.6 (3.2) | |
| | | 95% CI of Mean | (3.5, 4.7) | (3.0, 4.2) | |
| | | Median [Min, Max] | 4.0 [0.0, 12.0] | 3.0 [0.0, 12.0] | |
| | Week 8 (or Last visit) | Mean (SD) | 3.8 (3.6) | 2.0 (2.7) | |
| | | 95% CI of Mean | (3.2, 4.5) | (1.5, 2.5) | |
| | | Median [Min, Max] | 3.0 [0.0, 42.0] | 1.0 [0.0, 12.0] | |
| | Change from Baseline | Mean (SD) | **-0.3 (3.0)** | **-1.5 (2.9)** | <0.001 |
| | | 95% CI of Mean | (-0.9, 0.3) | (-2.1, -1.0) | |
| | | Median [Min, Max] | 0.0 [-8.0, 8.0] | -1.0 [-8.0, 7.0] | |

NOTE: When the intensity value was missing for any descriptor, the subclass score which includes the descriptor was set to missing. When any one of the subclass stores was missing, the total score was set to missing.
a. The sponsor notes this analysis was from an "Additional Request, 25 September 1997."
Source: Sponsor's Table 22, Vol. 1.77, P. 95, App. D.16, Vol. 1.79, P. 698

The results of the total scores from the change from baseline to Week 2, -1.4 for the placebo group and -5.5 for the gabapentin group, and Week 4, -1.3 for the placebo group and -6.8 for the gabapentin group are similar to the results from the change to Week 8. These results also suggest that the onset of efficacy is earlier than Week 8, and as early as Week 2 for some patients. The change from baseline to Week 2 and Week 4 for the sensory score and the affective score were also comparable to the baseline to Week 8 scores (Appendices B.9, B.10, B.11, Vol. 1.78, pp. 356-362).

The results from the evaluable population are similar to the results from the ITT population and are not considered further in this review.

## VAS

There was a notable decrease in the mean VAS score change from baseline for the gabapentin-treated patients over the 8 week treatment period, 23.8 mm, compared with the placebo-treated patients, 7.9 mm using the ITT population. No post hoc statistical evaluation was provided for this measure.

Table 6.15 McGill Pain Visual Analog Scale Score, Intent-to-Treat Patients

| Assessment Tim | Statistics | Placebo (N=113) | Gabapentin (N=106) |
|---|---|---|---|
| Baseline | Mean (SD) | 68.5 (5.9) | 66.4 (5.8) |
|  | 95% CI of Mean | (65.6, 71.4) | (63.4, 69.4) |
|  | Median [Min, Max] | 68.0 [37,100] | 67.0 [38,100] |
| Week 8 (or last visit) | Mean (SD) | 60.6 (24.6) | 42.6 (24.0) |
|  | 95% CI of Mean | (56.1, 65.2) | (38.0, 47.2) |
|  | Median [Min, Max] | 63.0 [1,100] | 40.0 [0, 99] |
| Change from Baseline | Mean (SD) | **-7.9 (21.5)** | **-23.8 (23.3)** |
|  | 95% CI of Mean | (-12, -3.9) | (-28, -19) |
|  | Median [Min, Max] | -2.0 [-60, 36] | -22 [-87, 28] |

Source: Sponsor's Table 24, Vol. 1.77, P. 98

The changes in VAS score from baseline to Week 2 were -3.7 for the placebo group and -17.9 for the gabapentin group. From baseline to Week 4, the changes in VAS were -5.3 for the placebo group and -22.3 for the gabapentin group.

## Present Pain Intensity (PPI)

The distribution of PPI results at each visit was comparable for the two groups, ITT population, at baseline. At Week 8, there were fewer patients rating their pain as Distressing and more as Mild Pain or No Pain in the gabapentin group. The post hoc comparison between the two treatment groups by the sponsor demonstrated statistical significance (p=0.006.)

Table 6.16 Summary of MPQ Present Pain Intensity (PPI) Rating for Each Category, ITT

| Assessment Time | Placebo (N=116) | Gabapentin (N=109) |
|---|---|---|
| Baseline |  |  |
| Mean (SD)* | 2.4 (1.08) | 2.4 (1.05) |
| Pain Ratings [n(%)]: |  |  |
| (0) No Pain | 3 (2.6%) | 2 (1.8%) |
| (1) Mild | 15 (12.9%) | 15 (13.8%) |
| (2) Discomforting | 46 (39.7%) | 48 (44.0%) |
| (3) Distressing | 34 (29.3%) | 27 (24.8%) |
| (4) Horrible | 9 (7.8%) | 9 (8.3%) |
| (5) Excruciating | 6 (5.2%) | 5 (4.6%) |
| Missing | 3 (2.6%) | 3 (2.8%) |
| Week 8 (or last visit): |  |  |
| Mean (SD) | 2.0 (1.18) | 1.6 (1.14) |
| Pain Ratings [n(%)]: |  |  |
| (0) No Pain | **10 (8.6%)** | **17 (15.6%)** |
| (1) Mild | **29 (25.0%)** | **34 (31.2%)** |

|  |  |  |
|---|---|---|
| (2) Discomforting | 38 (32.8%) | 40 (36.7%) |
| (3) Distressing | 27 (23.3%) | 8 (7.3%) |
| (4) Horrible | 4 (3.4%) | 4 (3.7%) |
| (5) Excruciating | 5 (4.3%) | 3 (2.8%) |
| Missing | 3 (2.6%) | 3 (2.8%) |

The mean and standard deviation are calculated based on the scores printed in front of the category descriptor.
Source: Sponsor's Table 26, Vol. 1.77, P. 101

The results of the PPI for the ITT population for Week 4 were very similar to Week 8 with some changes noted as early as Week 2.

Table 6.17  Summary of MPQ Present Pain Intensity (PPI) Rating for Each Category, ITT

|  | Week 2 | | Week 4 | |
|---|---|---|---|---|
| Assessment Time | Placebo (N=116) | Gabapentin (N=109) | Placebo (N=116) | Gabapentin (N=109) |
| Mean (SD)* | 2.3 (1.01) | 1.8 (1.02) | 2.1 (1.12) | 1.7 (1.14) |
| Pain Ratings [n(%)]: | | | | |
| (0) No Pain | 4 (3.4%) | 11 (10.1%) | 6 (5.2%) | 17 (15.6%) |
| (1) Mild | 18 (15.5%) | 25 (22.9%) | 27 (23.39%) | 24 (22.08%) |
| (2) Discomforting | 45 (38.8%) | 51 (46.8%) | 42 (36.2%) | 46 (42.2%) |
| (3) Distressing | 33 (28.4%) | 13 (11.9%) | 27 (23.3%) | 14 (12.8%) |
| (4) Horrible | 9 (7.8%) | 3 (2.8%) | 7 (6.0%) | 1 (0.9%) |
| (5) Excruciating | 2 (1.7%) | 2 (1.8%) | 4 (3.4%) | 4 (3.7%) |
| Missing | 5 (4.3%) | 4 (3.7%) | 3 (2.6%) | 3 (2.8%) |

\* The mean and standard deviation are calculated based on the scores printed in front of the category descriptor.
Source: Appendix B.15, Vol. 1.78, P. 369

SF-36 Quality Of Life
The gabapentin treated patients showed improvement in the Health Transition, Physical Function , Role-Physical, Bodily Pain, Vitality, Social Functioning, Mental Health subscale scores from baseline to Week 8. The improvements were modest for most of these subscales as seen below. All of the subscales were transformed to a 0-100 scale except Health Transition. The mean change in Physical Functioning was only 4.5, in Mental Health ,6.7, in Vitality, 8, and in Social Functioning, 8.7. The mean change in Health Transition was 0.4 on a 1-5 scale. The Role-Emotional and General Health subscales did not show improvement for the gabapentin treated patients. The placebo-treated patients demonstrated smaller changes in all subscales except General Health and Role Emotional which demonstrated small improvements that were slightly greater than for the gabapentin-treated patients.

Table 6.18 SF-36 Quality of Life Assessment: Summary of transformed Score (0-100) by Subscale Intent-to-Treat Patients

| Parameter | statistics | Placebo (N=111) | Gabapentin (N=104) |
|---|---|---|---|
| Health Transition | N | 99 | 89 |
| Baseline | Mean (SD) | 2.9 (0.9) | 2.7 (0.0) |

| | 95% CI of Mean | (2.7,3.0) | (2.5,2.9) |
|---|---|---|---|
| Change from Baseline | Mean (SD) | **0.1 (0.9)** | **0.4 (1.2)** |
| | 95% CI of Mean | (-0.1,0.2) | (0.2,0.7) |
| Physical Functioning | N | 101 | 92 |
| Baseline | Mean (SD) | 57.6 (29.3) | 61.7 (24.5) |
| | 95% CI of Mean | (51.9,63.3) | (56.7,66.7) |
| Change from Baseline | Mean (SD) | **-0.1 (19.5)** | **4.5 (19.4)** |
| | 95% CI of Mean | (-3.9,3.7) | (0.5,8.5) |
| Role-Physical | N | 101 | 93 |
| Baseline | Mean (SD) | 40.4 (41.4) | 40.9 (40.7) |
| | 95% CI of Mean | (32.3,46.4) | (32.6,49.1) |
| Change from Baseline | Mean (SD) | **2.7 (29.1)** | **14.3 (41.4)** |
| | 95% CI of Mean | (-3.0,8.4) | (5.8,22.7) |
| Bodily Pain | N | 100 | 92 |
| Baseline | Mean (SD) | 42.7 (18.8) | 42.9 (20.1) |
| | 95% CI of Mean | (39.0,46.4) | (38.8,47.0) |
| Change from Baseline | Mean (SD) | **4.7 (17.8)** | **14.5 (20.4)** |
| | 95% CI of Mean | (1.2,8.2) | (10.3,18.7) |
| General Health | N | 101 | 93 |
| Baseline | Mean (SD) | 62.3 (23.5) | 62.5 (20.5) |
| | 95% CI of Mean | (57.7,66.9) | (58.6,66.9) |
| Change from Baseline | Mean (SD) | **2.0 (13.2)** | **0.3 (14.8)** |
| | 95% CI of Mean | (-0.6,4.6) | (-2.7,3.3) |
| Vitality | N | 101 | 93 |
| Baseline | Mean (SD) | 45.8 (23.6) | 46.7 (21.6) |
| | 95% CI of Mean | (41.2,50.4) | (42.3,51.1) |
| Change from Baseline | Mean (SD) | **-2.2 (15.7)** | **8.4 (19.6)** |
| | 95% CI of Mean | (-5.2,0.9) | (4.5,12.4) |
| Social Functioning | N | 97 | 85 |
| Baseline | Mean (SD) | 65.5 (30.1) | 65.4 (25.4) |
| | 95% CI of Mean | (59.5,71.5) | (59.4,71.5) |
| Change from Baseline | Mean (SD) | **3.9 (24.1)** | **8.7 (28.9)** |
| | 95% CI of Mean | (-0.9,8.7) | (2.5,14.8) |
| Role-Emotional | N | 101 | 93 |
| Baseline | Mean (SD) | 61.1 (44.2) | 70.3 (40.4) |
| | 95% CI of Mean | (52.4,69.7) | (62.1,78.5) |
| Change from Baseline | Mean (SD) | **3.6 (37.1)** | **-1.8 (37.2)** |
| | 95% CI of Mean | (-3.6,10.9) | (-9.4,5.8) |
| Mental Health | N | 101 | 93 |
| Baseline | Mean (SD) | 69.2 (20.2) | 67.9 (20.0) |
| | 95% CI of Mean | (65.3,73.2) | (63.8, 72.0) |
| Change from Baseline | Mean (SD) | **0.7 (15.4)** | **6.7 (16.5)** |
| | 95% CI of Mean | (-2.3,3.7) | (3.4,10.1) |

Note: Included are patients with assessments at Baseline and Week 8 (or Last visit). If ≥ 50% of the items in a scale was missing, the subscale score was set to missing. Missing item scores for those with a response an at least 50% of the items were imputed as the mean item score of recorded items in the same subscale.
Source: Sponsor's Table 28, Vol. 1.77, P. 108

Profile of Mood States (POMS)
The only score of the POMS with a notable change from baseline was the Total Mood Disturbance score, with a 15.0 point change for the gabapentin-treated patients compared with a 2.9 point change for the placebo-treated patients.

Table 6.19 Profile of Mood States: Total Mood Disturbance Score and subscale Scores Intent-to-Treat Patients

| Parameter Assessment Time | statistics | Placebo (N=116) | Gabapentin (M=109) |
|---|---|---|---|
| Total Mood Disturbance | N | 91 | 84 |
| Baseline | Mean (SD) | 30.6 (36.6) | 31.9 (35.7) |
|  | 95% CI of Mean | (23.1, 38.1) | (24.3, 39.6) |
| Change from Baseline | Mean (SD) | **-2.9 (20.5)** | **-15.0 (27.9)** |
|  | 95% CI of Mean | (-7.1, 1.4) | (-21.0, -9.1) |
| Tension-Anxiety | N | 92 | 85 |
| Baseline | Mean (SD) | 10.8 (7.5) | 11.8 (8.4) |
|  | 95% CI of Mean | (9.3, 12.4) | (10.0, 13.6) |
| Change from Baseline | Mean (SD) | **-1.2 (4.9)** | **-2.4 (6.9)** |
|  | 95% CI of Mean | (-2.2, -0.2) | (-3.9, -1.0) |
| Depression-Dejection | N | 91 | 86 |
| Baseline | Mean (SD) | 10.6 (10.4) | 10.7 (10.1) |
|  | 95% CI of Mean | (8.5, 12.5) | (8.6, 12.8) |
| Change from Baseline | Mean (SD) | **-0.8 (6.5)** | **-4.5 (7.2)** |
|  | 95% CI of Mean | (-2.1, 0.5) | (-6.0, -3.0) |
| Anger-hostility | N | 92 | 86 |
| Baseline | Mean (SD) | 6.8 (7.7) | 7.4 (8.4) |
|  | 95% CI of Mean | (5.2, 8.4) | (5.6, 9.2) |
| Change from Baseline | Mean (SD) | **-0.3 (4.6)** | **-3.0 (6.4)** |
|  | 95% CI of Mean | (-1.2, 0.7) | (-4.4, -1.7) |
| Vigor-Activity | N | 93 | 86 |
| Baseline | Mean (SD) | 14.9 (6.3) | 15.5 (6.1) |
|  | 95% CI of Mean | (13.6, 16.2) | (14.2, 16.8) |
| Change from Baseline | Mean (SD) | **0.1 (4.6)** | **0.8 (5.4)** |
|  | 95% CI of Mean | (-0.8, 1.1) | (-0.4, 1.9) |
| Fatigue-Inertia | N | 93 | 87 |
| Baseline | Mean (SD) | 11.2 (7.6) | 11.5 (7.6) |
|  | 95% CI of Mean | (9.6, 12.7) | (9.9, 13.2) |
| Change from Baseline | Mean (SD) | **-0.6 (4.9)** | **-3.8 (6.7)** |
|  | 95% CI of Mean | (-1.6, 0.4) | (-5.2, -2.3) |
| Confusion-Bewilderment | N | 93 | 86 |
| Baseline | Mean (SD) | 6.5 (4.8) | 6.6 (4.5) |
|  | 95% CI of Mean | (5.5, 7.5) | (5.6, 7.5) |
| Change from Baseline | Mean (SD) | **0.0 (3.0)** | **-1.0 (3.5)** |
|  | 95% CI of Mean | (-0.5, 0.7) | (-1.7, -0.3) |

NOTE: Included are patients with assessments at both baseline and Week 8 (or last visit). when more then one item per subscale was missing, the subscale score was set to missing. When a subscale contained one missing value, that score was imputed as the mean score of the remaining items of the subscale. When one or two item were missing in the entire POMS scale, the missing score (s) was imputed by the mean score of the remaining items in POMS to calculate total POMS score. The Total Mood Disturbance score was set to missing if any subscale score was missing.

**Section 6.2.2 STUDY 945-295**
STUDY 945-295 was performed in the UK and Ireland.

Study Summary
Study 945-295 was a double-blind, randomized, placebo-controlled trial of gabapentin in patients post-herpetic neuralgia. Patients were titrated to either 1800 mg/day or 2400 mg/day over a 3-week period and maintained on the final stable dose for four weeks. The planned primary outcome measure was the mean weekly pain score from the patient diary.

A total of 334 patients were enrolled and 272 (81.4%) completed the study. One hundred and fifteen patients received gabapentin 1800 mg/day, 108 patients received gabapentin 2400 mg/day, and 111 patients received placebo. All patients were successfully titrated to the intended treatment dose. One patient from each of the gabapentin groups required a dose reduction during the study.

The primary outcome measure of the change from baseline of the mean weekly pain score from the patient diary was evaluated as percent change due to a non-normal distribution in the sponsor's analysis. Both percent change from baseline, and absolute pain score at end of study were statistically significantly improved for each gabapentin group compared with placebo ($p<0.01$). Statistically significant differences from placebo were present for both gabapentin groups, for the secondary analysis of mean weekly pain score throughout the study, for both percent change and absolute pain score at each week of the study. An analysis of responders characterized by $\geq 50\%$ reduction in pain revealed a greater number among the gabapentin treated patients (32% and 34% for the 1800 mg/day and 2400 mg/day, respectively) compared to the placebo treated patients (14%), and these were statistically significantly different ($p=0.001$ for both comparisons).

The statistical analyses did not correct for multiple comparisons. The results of the secondary efficacy measure of Sleep Interference, while achieving a p-value of 0.01 in comparison between gabapentin groups and placebo group, the actual difference was very small and of questionable clinical significance. The results of comparisons between gabapentin groups and placebo for Short-Form McGill Pain Questionnaire scores were small in size and of questionable clinical significance. All three treatment groups demonstrated improvements, with the trends favoring the gabapentin groups. The Global Impression of Change demonstrated statistically significantly greater numbers of patients rating themselves as much or very much improved in the gabapentin groups compared to placebo. The clinical ratings of Global Improvement were similar. The SF-36 Quality of Life Assessment did not demonstrate meaningful differences between the gabapentin groups and placebo.

These results demonstrate that gabapentin doses of 1800 mg/day and 2400 mg/day were comparably effective in reducing the neuropathic pain of post-herpetic neuralgia.

**Study Protocol**
**Title:** A Double-blind, Placebo-Controlled Trial of Gabapentin for the Treatment of Post-Herpetic Neuralgia

**Objective:** To evaluate the efficacy and safety of gabapentin at doses of 1800 mg and 2400 mg per day in relieving pain in patients with post-herpetic neuralgia.

**Study Duration:** 7 weeks (including a 1 week baseline)

**Population:** N=402 subjects (planned)

**Inclusion Criteria:**
1. Male, female, >18 years of age
2. Not pregnant, not nursing, on acceptable contraceptive
3. Pain for > 3 months after healing of acute herpes zoster skin rash
4. Completion of at least 4 days of diaries with daily pain and sleep interference scores in 7 days prior to baseline
5. Average score of $\geq 4$ over prior 7 days by Pain Rating Scale, $\geq 40$ mm on VAS

**Exclusion Criteria:**
1. Failure to respond to prior treatment with gabapentin at >1200 mg/d or failure to respond at lower doses due to AEs
2. Creatinine clearance $\leq 60$ mL/min, renal impairment
3. Significant neurological or psychiatric disorders that might impair assessment of pain
4. Skin conditions that could alter sensation in affected dermatome
6. Anticonvulsants, neuroleptics, or any concomitant medication within 14 to 30 days that could alter effectiveness of study medication.
5. Pain other than PHN that may confound results
6. History of drug or alcohol abuse within 1 year.
7. Use of strong opioids, capsaicin, muscle relaxants, mexiletine, lipoic acid or dextromethorphan within 30 days, NSAIDs or anticonvulsants within 14 days.

**Study Design:**
- Study Drug: gabapentin 300 mg, 400 mg, and placebo
- Treatment Arms:
    Placebo
    Gabapentin 600 mg TID (1800 mg/d)
    Gabapentin 800 mg TID (2400 mg/d)
- Subjects were to have clinic visits at screening, weeks 1, 2, 3, and 6 and telephone contact at weeks 4 and 5
- Subjects were to be randomized following a one week baseline period during which diaries were to be maintained
- At least 4 complete diary entries during the baseline period were to be required to qualify for randomization.
- Concomitant medications to be permitted were: paracetamol up to 4 gm/d, stable SSRI or tricyclic antidepressant for prior 30 days, minor opioids stable for prior 30

days (dihydrocodeine or compound analgesics), bedtime dose of benzodiazepine with stable dose for prior 30 days. Maximum 300 mg ASA for cardiac or stroke prophylaxis.

Table 6.20  Dosing Titration Schedules

|  | Daily Dosage | Day | Capsules to be taken | | |
|---|---|---|---|---|---|
|  |  | 1 | Morning | Midday | Evening |
| Week 1 | 300 mg | 1 | 0 | 0 | 1x300 mg |
|  | 600 mg | 2 | 1x300 mg | 0 | 1x300 mg |
|  | 900 mg | 3 | 1x300 mg | 1x300 mg | 1x300 mg |
|  | 1200mg | 4-7 | 1x400 mg | 1x400 mg | 1x400 mg |
| Week 2 | 1500 mg | 1 | 2x300 mg | 1x300 mg | 2x300 mg |
|  | 1800 mg | 2-7 | 2x300 mg | 2x300 mg | 2x300 mg |
| Week 3 | 1800 mg | 1-7 | 2x300 mg | 2x300 mg | 2x300 mg |
| OR | 2100 mg | 1 | 2x300 mg | 1x300 mg, 1x400 mg | 2x400 mg |
|  | 2400mg | 2-7 | 2x400 mg | 2x400 mg | 2x400 mg |
| Week 4-7 | 1800 mg | All | 2x300 mg | 2x300 mg | 2x300 mg |
| OR | 2400 mg | All | 2x400 mg | 2x400 mg | 2x400 mg |

**Outcome Measures:**
- Daily pain diary - an 11-point Likert scale with 0 = "no pain" and 10 = "worst possible pain."
- Short-form McGill Pain Questionnaire (SF-MPQ) - Three main components:
  1. 15 pain descriptors, each rated from 0 = none, to 3 = severe
     - The Total score is based on all 15 descriptors with a maximum score of 45.
     - The Sensory score is based on the following descriptors: Throbbing, Shooting, Stabbing, Sharp, Cramping, Gnawing, Hot-burning, Aching, Heavy, Tender, Splitting (max score 33)
     - The Affective score is based on the following descriptors: Tiring/Exhausting, Sickening, Fearful, Punishing/Cruel (max score 12)
  2. A 100mm VAS
  3. Present pain intensity on a 0-5 scale from 0 = no pain to 5 = excruciating
- SF-McGill Pain Questionnaire (SF-MPQ) - pain descriptors score as total, sensory and affective scores, present pain intensity (PPI), overall pain intensity by VAS
- Mean paracetamol consumption
- Clinical and Patient Global Impression of Change (CGIC and PGIC) - 7 point scales ranging from 1 = "very much improved" to 7 = "very much worse."
- Sleep interference score - an 11 point Likert scale with 0 = "pain does not interfere with sleep" and 10 = " pain completely interferes with sleep."

**Statistical Assessment:**
The primary efficacy measure was to be the mean weekly pain score from the daily pain diary. Self assessment of pain during past 24 hours was to be performed daily on waking. The baseline score was to consist of the mean of the last 7 pain diary entries preceding Visit 1. The final weekly mean pain score was to be the mean of the last 7 pain diary entries preceding Visit 6 or the last 7 days on study medication for non-completers.

An ANCOVA was to be performed with treatment and cluster (centers with at least 20 patients, or centers with fewer grouped based on geographical area) in the model and screening mean pain score as covariate.

Supplemental analyses:
- Analysis of mean pain score for each week separately
- Change of weekly mean pain score from baseline at end point and at each week separately.
- The effects of age, duration of pain and use of tricyclic antidepressants will be investigated for effect
- Percentage of patients achieving 50% reduction in mean pain scores

Secondary:
- Mean weekly sleep interference score - computed for each week and last visit, analyzed the same as the primary pain analysis
- SF-MPQ - analyzed at week 7 with randomization scores as covariate.
- Sleep interference score
- CGIC and PGIC - obtained at final visit, analyzed using a modified ridit transformation with Cochran-Mantel-Haenszel procedure
- Mean paracetamol consumption - computed for each week and last visit
- SF-36 Quality of Life (QOL) questionnaire. This instrument measures responses to questions in eight domains: physical function, role limitations due to physical problems, social functions, bodily pain, general mental health, role of limitations caused by emotional problems, vitality, and general health.

No adjustments will be made for multiple comparisons. The sponsor notes that the large number of comparisons being performed may result in the occurrence of some significant statistical outcomes by chance alone. The sponsor planned to not give "undue consideration" to any particular significant difference, but look at the pattern of significant differences.

**Protocol Amendments:**
Amendment 1
The details of prohibited concurrent medications were amended. Originally, NSAIDs and anticonvulsants were prohibited for the 14 days prior and during the study and strong opioids, benzodiazepines, capsaicin, muscle relaxants, mexiletine and lipoic acid were prohibited for 30 days prior and during the study. The amendment called for strong opioids to remain prohibited for 30 days prior and during the study and all other prohibited medications for 14 days prior to and during the study. Homeopathic remedies and acupuncture were prohibited for 30 days prior and during the study. TENS units were prohibited during the study.

Amendment 2
The description of patient recruitment from hospital centers was changed to hospital centers and general practices.

## RESULTS
### Post Hoc Analyses
The sponsor states in the study report that an adjustment was to be made in the primary efficacy analysis for multiplicity involved in comparing 2 doses of gabapentin with placebo. To control the overall probability of claiming a significant advantage of gabapentin over placebo, these comparisons were to be made using Dunnet's procedure.

### Disposition
Three hundred and thirty four patients of 411 screened for the study were randomized to a treatment group. One hundred fifteen patients were treated with gabapentin 1800 mg, 108 patients with gabapentin 2400 mg, and 111 patients with placebo. Disposition is detailed in Table 6.21. Patients in the gabapentin treatment groups were two to three times more likely to discontinue study participation early due to adverse events than placebo patients (13.0% and 17.6% for the 1800 mg/day and 2400 mg/day doses respectively, vs. 6.3% for placebo).

Table 6.21 Patient Disposition

|  | Placebo | Gabapentin 1800 mg | Gabapentin 2400 mg | Total |
|---|---|---|---|---|
| Screened |  |  |  | 411 |
| Withdrawn prior to randomization (n(%)) |  |  |  | 77 (18.7) |
| Did not meet entry criteria |  |  |  | 52 (12.7) |
| Adverse Event |  |  |  | 3 (0.7) |
| Other |  |  |  | 22 (5.4) |
| Randomized (n(%)) | 111 | 115 | 108 | 334 |
| Withdrawn from treatment (n(%)) | 17 (15.3) | 22 (19.1) | 23 (21.3) | 62 (18.6) |
| Adverse event | 7 (6.3)$^a$ | 15 (13.0) | 19 (17.6) | 41 (12.2) |
| Lack of compliance | 3 (2.7)$^a$ | 2 (1.7) | 1 (0.9) | 6 (1.8) |
| Lack of efficacy | 4 (3.6) | 2 (1.7) | 1 (0.9) | 7 (2.1) |
| Other | 3 (2.7) | 3 (2.6) | 2 (1.9) | 8 (2.4) |
| Completed Treatment (n(%)) | 94 (84.7) | 93 (80.9) | 85 (78.7) | 272 (81.4) |

a One patient was reported by the investigator as withdrawing due to lack of compliance, but the adverse event pages indicated that an unrelated episode of "Back Pain" had precipitated withdrawal. For summary purposes this patient has been regarded as a withdrawal due to adverse events
Source: Sponsor's Table 5, Vol. 1.95, P. 22

### Protocol Violations
Thirteen patients were randomized to treatment despite having a mean baseline pain score below the value of 4 specified in the inclusion criteria. However, 11 of these patients had scores over 3.5. There were four patients entered into the study with fewer than four days of sleep diary entries, including one patient with no baseline sleep scores, but all four of these patients had sufficient pain diary entries. Five patients from one center were administered the SF-36 after treatment was begun and were excluded from the analysis of that instrument.

### Baseline Background and Demographic Characteristics
The three treatment groups were similar in demographic characteristics as detailed in Table 6.22.