Table 6.22 Patient Characteristics - Intent-to-treat Population

|  | Placebo | Gabapentin 1800 mg | Gabapentin 2400 mg |
|---|---|---|---|
| Sex, N (%) |  |  |  |
| Men | 46 (41.4) | 46 (40.0) | 46 (42.6) |
| Women | 65 (58.6) | 69 (60.0) | 62 (57.4) |
| Age, Years |  |  |  |
| N | 111 | 115 | 108 |
| Mean (SD) | 72.8 (11.4) | 73.3 (9.4) | 74.1 (10.0) |
| Range | 28.9,94.8 | 22.5,88.6 | 36.1,90.8 |
| Weight, Kg |  |  |  |
| N | 110 | 112 | 106 |
| Mean (SD) | 68.8 (13.8) | 68.9 (14.2) | 73.2 (13.1) |
| Min - Max | 34.8,115.0 | 42.0, 124.4 | 43.0,101.5 |

Source: Sponsor's Table 3, Vol. 1.95, P. 20

The characteristics of the patients' experiences with PHN were similar. The patients in the gabapentin 2400 mg group had a longer mean duration of PHN symptoms compared with the placebo, while the gabapentin 1800 mg group was a shorter mean duration. The prior treatment history was similar between groups with respect to the number and type of therapies tried.

Table 6.23 Background PHN Characteristics

|  | Placebo | Gabapentin 1800 mg | Gabapentin 2400 mg |
|---|---|---|---|
| Duration since resolution of acute infection, Years |  |  |  |
| Mean (SD) | 3.9 (4.6) | 3.4 (3.8) | 4.3 (5.3) |
| Median | 2.4 | 2.2 | 2.3 |
| Min, Max | 0.1,28.4 | 0.2,19.4 | 0.1,31.6 |
| Duration since diagnosis, Years |  |  |  |
| Mean (SD) | 3.9 (4.7) | 3.3 (3.8) | 4.5 (5.3) |
| Median | 2.2 | 1.9 | 2.5 |
| Min, Max | 0.1,28.4 | 0.1,19.4 | 0.3,30.7 |
| Number of previous drugs tried, N (%) |  |  |  |
| Not known | 1 (1) | 3 (3) | 1 (1) |
| 0 | 1 (1) | 0 (0) | 0 (0) |
| 1 | 17 (15) | 17 (15) | 14 (13) |
| 2 | 23 (21) | 32 (28) | 20 (19) |
| 3 | 38 (34) | 28 (24) | 40 (37) |
| 4 | 13 (12) | 11 (10) | 14 (13) |
| 5 | 6 (5) | 13 (11) | 10 (9) |
| 6-10 | 10 (9) | 10 (9) | 9 (8) |
| >10 | 2 (2) | 1 (1) | 0 (0) |
| Drug categories tried, N(%) |  |  |  |
| Anticonvulsant | 62 (56) | 69 (60) | 72 (67) |
| Amitriptyline | 79 (71) | 83 (72) | 83 (77) |
| Mild analgesics | 102 (92) | 107 (93) | 100 (93) |

Source: Sponsor's Table 4, Vol. 1.95, P. 21

The types of concomitant medications used during the trial were fairly similar between treatment groups. The four most frequently used concomitant medications used were amitriptyline, Aporex (dextropropoxyphene and paracetamol), Panadeine Co (codeine and paracetamol), paracetamol, and Paramol-118 (dihydrocodeine and paracetamol) as detailed in Table 6.24. Except for paracetamol, these medications were used by more patients in the gabapentin 2400 mg group than the other treatment groups with the largest between group differences occurring between gabapentin 2400 mg and placebo. The placebo group had the highest incidence of using no concurrent medications.

Table 6.24  Concomitant Medications

|  | Placebo | Gabapentin 1800 mg | Gabapentin 2400 mg |
|---|---|---|---|
| Amitriptyline | 20.0% | 27.2% | 29.6% |
| Aporex | 10.0% | 12.3% | 14.8% |
| Panadeine Co | 14.5% | 11.4% | 13.9% |
| Paracetamol | 40.9% | 38.6% | 38.0% |
| Paramol-118 | 2.7% | 7.4% | 7.5% |
| None | 17.2% | 15.8% | 12.0% |

Source: Sponsor's Appendix C.2, Vol. 1.95, P. 183

**Titration and Dosing Results**
All patients were titrated to the full dose of the randomized treatment arm assignment. One patient randomized to 1800 mg/day completed the study on 600 mg/day. One patient randomized to 2400 mg/d had dosage reductions to 1200 mg/d and finally 800 mg/d.

Table 6.25  Drug Exposure

|  | Placebo | Gabapentin 1800 mg | Gabapentin 2400 mg |
|---|---|---|---|
| Duration of treatment, days |  |  |  |
| N | 110[a] | 114[a] | 108 |
| Mean (SD) | 46.0 (10.8) | 43.3 (14.8) | 43.7 (14.5) |
| Median | 49 | 50 | 50 |
| Min, Max | 1, 61 | 2, 57 | 1, 63 |

a. dose stop date not recorded for one patient on placebo and one on 1800mg gabapentin
Source: Sponsor's Table 6, Vol. 1.95, P. 23

**Efficacy Results**

**Primary Efficacy**
The primary efficacy outcome measure was to be the mean weekly pain score at the end of treatment from the daily pain diary. The sponsor's ANCOVA results exhibited a non-normal distribution with a negative skew. As a result, the sponsor performed an analysis based on percent change, however, this did not fully resolve the non-normality, but reduced it to a level considered acceptable by the sponsor.

The results of the raw data are presented in Table 6.26. At the end of treatment, comparisons of gabapentin 1800 mg vs. placebo, and gabapentin 2400 mg vs. placebo

were statistically significant at p<0.01 (based on Dunnet's test) for weeks 1 through 7, and also when choosing End of Study. There were no statistically significant differences in baseline scores comparing either gabapentin group with placebo. There was no effect detected due to the cluster nor was there any interaction of cluster and treatment effect. There was also no baseline by treatment interaction.

Looking at the absolute change in pain score on the 11-point scale with 0 = "no pain" and 10 = "worst possible pain", from baseline to the end of the study, the gabapentin 2400 mg group had a change in mean pain score of 2.3, the gabapentin 1800 mg group a change of 2.2, and the placebo group a change of 1.1.

Table 6.26 Daily Pain Diary (raw data)

|  | Placebo | Gabapentin 1800 mg | Gabapentin 2400 mg |
|---|---|---|---|
| Baseline, N | 111 | 115 | 108 |
| Mean (SD) | 6.4 (1.6) | 6.5 (1.7) | 6.5 (1.6) |
| Week 1, N | 109 | 113 | 106 |
| Mean (SD) | 5.9 (2.0)$^a$ | 5.1 (2.2)$^a$ | 5.0 (1.8)$^a$ |
| Week 2, N | 107 | 103 | 98 |
| Mean (SD) | 5.8 (2.0)$^a$ | 4.7 (2.3)$^a$ | 4.7 (2.1)$^a$ |
| Week 3, N | 103 | 99 | 95 |
| Mean (SD) | 5.5 (2.2)$^a$ | 4.4 (2.4)$^a$ | 4.4 (2.1)$^a$ |
| Week 4, N | 99 | 95 | 92 |
| Mean (SD) | 5.6 (2.1)$^a$ | 4.4 (2.3)$^a$ | 4.5 (2.2)$^a$ |
| Week 5, N | 96 | 94 | 88 |
| Mean (SD) | 5.3 (2.3)$^a$ | 4.4 (2.4)$^a$ | 4.5 (2.0)$^a$ |
| Week 6, N | 95 | 94 | 88 |
| Mean (SD) | 5.3 (2.3)$^a$ | 4.3 (2.5)$^a$ | 4.3 (2.0)$^a$ |
| Week 7, N | 91 | 92 | 85 |
| Mean (SD) | 5.3 (2.4)$^a$ | 4.1 (2.5)$^a$ | 4.2 (2.0)$^a$ |
| End of study (LOCF), N | 111 | 115 | 108 |
| Mean (SD) | 5.3 (2.3)$^a$ | 4.3 (2.5)$^a$ | 4.2 (2.1)$^a$ |

a gabapentin vs. placebo, p<0.01
Source: Sponsor's Table 8, Vol. 1.95, P. 29

The percentage change from baseline of daily pain diary scores is presented in Table 6.27. The analyses of gabapentin 1800 mg vs. placebo and gabapentin 2400 mg vs. placebo at the end of treatment were statistically significant at p≤0.01 (based on Dunnet's test, 2-sided). There was no effect due to the cluster, nor interaction of treatment and cluster. There was a statistically significant interaction of treatment and baseline (p=0.04). The sponsor's analysis suggests that this was a result of a number of patients in the gabapentin 1800 mg treatment group with baseline pain scores between 8 and 10 who responded poorly. The sponsor chose not to include this interaction in the primary statistical analysis.

The sponsor also compared the number of patients with a greater than 50% reduction in pain between the gabapentin treatment groups and placebo, as seen at the bottom of Table 6.27.

Table 6.27 Daily Pain Diary (percentage changes)

|  | Placebo | Gabapentin 1800 mg | Gabapentin 2400 mg |
|---|---|---|---|
| Week 1, N | 109 | 113 | 106 |
| Mean % change (SD) | -8 (18.3)[a] | -22 (23.9)[a] | -23 (20.9)[a] |
| Week 2, N | 107 | 103 | 98 |
| Mean % change (SD) | -9 (20.0)[a] | -27 (27.7)[a] | -29 (26.3)[a] |
| Week 3, N | 103 | 99 | 95 |
| Mean % change (SD) | -14 (23.9)[a] | -31 (29.9)[a] | -33 (28.6)[a] |
| Week 4, N | 99 | 95 | 92 |
| Mean % change (SD) | -14 (23.6)[a] | -32 (28.8)[a] | -31 (30.3)[a] |
| Week 5, N | 96 | 94 | 88 |
| Mean % change (SD) | -17 (25.7)[a] | -33 (29.7)[a] | -31 (26.6)[a] |
| Week 6, N | 95 | 94 | 88 |
| Mean % change (SD) | -17 (28.4)[a] | -34 (31.0)[a] | -34 (29.0)[a] |
| Week 7, N | 91 | 92 | 85 |
| Mean % change (SD) | -16 (30.5)[a] | -36 (31.5)[a] | -36 (28.0)[a] |
| End of study (LOCF), N | 111 | 115 | 108 |
| Mean % change (SD) | -16 (30.0)[a] | -35 (31.0)[a] | -35 (29.6)[a] |
| ≥50% reduction |  |  |  |
| N (%) | 16 (14)[b] | 37 (32)[b] | 37 (34)[b] |

a gabapentin vs. placebo, p<0.01
b gabapentin vs. placebo, p = 0.001
Source: Sponsor's Table 7, Vol. 1.95, P. 27

**Secondary Efficacy Analyses**
Although the sponsor refers to the first four of the following analyses as "supplemental" analyses, they are considered as secondary analyses in this review.

Analysis of Mean Pain Score for Each Week
As detailed in Table 6.27, comparisons of gabapentin 1800 mg vs. placebo, and gabapentin 2400 mg vs. placebo were statistically significant at p<0.01 (based on Dunnet's test) for all weeks except for Week 1 which was not statistically significantly different from placebo. There was no effect detected due to the cluster nor was there any interaction of cluster and treatment effect. There was also no baseline by treatment interaction.

Change of Weekly Mean Pain Score at Each Week.
All of the gabapentin 1800 mg vs. placebo and gabapentin 2400 mg vs. placebo comparisons were statistically significant at p≤0.01 (based on Dunnet's test, 2-sided). There was no effect due to the cluster, nor interaction of treatment and cluster. There was a statistically significant interaction of treatment and baseline (p=0.04) as described above.

Effects of Age, Duration of Pain and Use of Tricyclic Antidepressants
The sponsor performed exploratory analyses on the effects of age, duration of PHN, duration by treatment, concurrent amitriptyline use, and amitriptyline by treatment. None of these analyses yielded statistically significant results.

Responder Analysis
A response to treatment was defined as achieving 50% reduction in mean pain score between baseline and the end of treatment. Patients withdrawing from the study due to lack of efficacy were classified as non-responders regardless of pain scores. The number of subjects with an at least 50% reduction in pain was similar in both gabapentin treatment groups, 37 (32%) for the 1800 mg group and 37 (34%) for the 2400 mg group. There were only 16 patients (14%) in the placebo group with a 50% or greater reduction in pain. The comparisons of each gabapentin group with placebo resulted in statistically significant differences (p=0.001, both comparisons).

Mean Weekly Sleep Interference Score
The analysis of the daily sleep interference diary data was considered appropriate for the originally proposed parametric analysis. The sleep interference scale was an 11 point Likert scale with 0 = "pain does not interfere with sleep" and 10 = " pain completely interferes with sleep." Baseline scores were similar between treatment groups, from 4.0 to 4.4. At the end of the study, there was a 0.8 point difference between the gabapentin treatment groups and placebo, which met the statistically significant criteria of a p-value of <0.01, but is of questionable clinical significance. The p-values were not adjusted for the multiple comparisons performed.

Table 6.28 Weekly Mean Sleep Interference Scores from Patient Daily Diary

|  | Placebo | Gabapentin 1800 mg | p-value vs. placebo [a] | Gabapentin 2400 mg | p-value vs. placebo [a] |
|---|---|---|---|---|---|
| Baseline, N | 110 | 115 |  | 108 |  |
| Mean (SD) | 4.0 (2.6) | 4.0 (2.8) | Not sig. | 4.4 (2.7) | Not sig. |
| Week 1, N | 109 | 113 |  | 106 |  |
| Mean (SD) | 3.6 (2.5) | 2.8 (2.5) | p<0.01 | 2.9 (2.5) | p<0.05 |
| Week 2, N | 107 | 103 |  | 98 |  |
| Mean (SD) | 3.3 (2.6) | 2.6 (2.5) | p<0.05 | 2.4 (2.4) | p<0.01 |
| Week 3, N | 103 | 99 |  | 95 |  |
| Mean (SD) | 3.1 (2.5) | 2.4 (2.6) | p<0.05 | 2.1 (2.4) | p<0.01 |
| Week 4, N | 99 | 95 |  | 92 |  |
| Mean (SD) | 3.1 (2.5) | 2.2 (2.4) | p<0.05 | 2.1 (2.5) | p<0.01 |
| Week 5, N | 96 | 94 |  | 88 |  |
| Mean (SD) | 3.1 (2.5) | 2.2 (2.4) | p<0.05 | 2.2 (2.5) | p<0.01 |
| Week 6, N | 95 | 94 |  | 88 |  |
| Mean (SD) | 3.1 (2.5) | 2.2 (2.5) | p<0.05 | 2.1 (2.4) | p<0.01 |
| Week 7, N | 91 | 92 |  | 85 |  |
| Mean (SD) | 3.2 (2.6) | 2.0 (2.5) | p<0.01 | 2.1 (2.5) | p<0.01 |
| End of study (LOCF), N |  | 115 |  | 108 |  |
| Mean (SD) | 3.1 (2.6) | 2.3 (2.6) | p<0.01 | 2.3 (2.6) | p<0.01 |

a based on Dunnet's test
Source: Sponsor's Table 9, Vol. 1.95, P. 31

The Short Form-McGill Pain Questionnaire
The SF-MPQ was to be analyzed at Week 7 with randomization scores as a covariate. This instrument consists of pain descriptors analyzed as Total, Sensory and Affective scores, Present Pain Intensity (PPI) (0-5 scale), and Overall Pain Intensity by a 100 mm

VAS. These results are presented in Table 6.29. The results are patchy. Comparisons of the change from baseline to end of study between the gabapentin 1800 mg group and placebo demonstrated statistically significant differences for the Affective score, Total score, and VAS score (p=0.09, 0.04, and 0.06, respectively). For comparisons between the gabapentin 2400 mg group and placebo, there were statistically significant differences for the Sensory score, Total score, and VAS score (p=0.02, 0.02, and 0.01, respectively). No adjustments were made for the multiple comparisons.

The results for the pain descriptor scores fail to follow a consistent pattern calling into question whether comparisons with statistically significant differences contribute reliable information. The change in Sensory score reached statistical significance for the comparison of gabapentin 1800 mg and placebo, but not for the gabapentin 2400 mg and placebo comparison, while the change in Affective score reached statistical significance for the comparison of gabapentin 2400 mg and placebo but not for gabapentin 1800 mg and placebo. The change from baseline to the end of study for the Sensory score was -5.4 for the gabapentin 2400 mg group and -2.7 for the placebo group, on a scale of 0 to 33. The difference between treatment groups of 2.7 has little clinical relevance. Similarly, the change from baseline to end of study for the Affective score was -1.4 for the gabapentin 1800 mg group and -0.8 for the placebo group, on a scale of 0 to 12. The difference of 0.6 between treatment groups has little clinical relevance.

Even the difference in the change from baseline in the VAS between treatment groups was very small for both comparisons, a difference of 5 for the gabapentin 1800 mg to placebo comparison and 10 for the gabapentin 2400 mg to placebo comparison.

**APPEARS THIS WAY
ON ORIGINAL**

Table 6.29 The Short Form-McGill Pain Questionnaire

| Score | Statistic | Placebo | | Gabapentin 1800 mg | | Gabapentin 2400 mg | |
|---|---|---|---|---|---|---|---|
| | | Baseline | End of study | Baseline | End of study | Baseline | End of study |
| Sensory | N | 111 | 106 | 115 | 105 | 108 | 95 |
| | Mean (SD) | 13.2 (5.8) | 10.6 (6.9) | 13.9 (6.1) | 9.4 (6.5) | 15.0 (6.7) | 9.7 (6.3) |
| | Range | | | | | | |
| | Change [a] | -2.7 (5.9) | | -4.3 (6.0) | | -5.4 (7.1) | |
| | p-value [b] | | | 0.048 | | 0.02 | |
| Affective | N | 111 | 106 | 115 | 105 | 108 | 95 |
| | Mean (SD) | 3.9 (2.8) | 3.0 (3.3) | 3.9 (3.1) | 2.4 (2.9) | 4.6 (3.0) | 2.7 (2.7) |
| | Range | | | | | | |
| | Change | -0.8 (3.1) | | -1.4 (2.9) | | -1.8 (3.2) | |
| | p-value | | | 0.09 | | 0.13 | |
| Total | N | 111 | 106 | 115 | 105 | 108 | 95 |
| | Mean (SD) | 17.1 (7.7) | 13.7 (9.5) | 17.8 (8.5) | 11.9 (8.8) | 19.6 (8.9) | 12.5 (8.3) |
| | Range | | | | | | |
| | Change | -3.5 (8.2) | | -5.7 (7.8) | | -7.2 (9.4) | |
| | p-value | | | 0.04 | | 0.02 | |
| VAS | N | 111 | 105 | 115 | 106 | 108 | 97 |
| | Mean (SD) | 68 (15) | 54 (26) | 67 (18) | 47 (28) | 70 (18) | 46 (25) |
| | Range | | | | | | |
| | Change | -14 (27) | | -19 (25) | | -24 (28) | |
| | p-value | | | 0.06 | | 0.01 | |
| PPI | N | 111 | 106 | 115 | 106 | 108 | 97 |
| | Mean (SD) | 2.4 (1.1) | 2.0 (1.3) | 2.5 (1.2) | 1.9 (1.1) | 2.7 (1.2) | 1.9 (1.2) |
| | Range | | | | | | |
| | Change | -0.4 (1.5) | | -0.5 (1.2) | | -0.9 (1.6) | |
| | p-value | | | 0.51 | | 0.22 | |

a. Negative change scores indicate improvement
b. Comparisons with placebo
Note: Ranges 0-33 for sensory score; 0-12 for affective score; 0-45 for total score; 0-100mm for VAS; 0-5 for PPI. Higher scores indicate more severe pain.
Source: Sponsor's Tables 10 and 11, Vol. 1.95, P. 33 and 34

Patient and Clinician Global Impression of Change
CGIC and PGIC were to be obtained at the final visit. The results are detailed below. The sponsor compared the number of patients with much improved and very much improved scores. For the patient rating, 41% of the gabapentin 1800 mg patients and 43% of the gabapentin 2400 mg patients compared to 23% of placebo patients rated themselves much improved or very much improved. The comparisons with placebo were statistically significantly different for both the gabapentin 1800 mg (p=0.003) and gabapentin 2400 mg (p=0.005) groups. The results were similar for the clinician ratings, with the comparisons of placebo to gabapentin 1800 mg (p=0.002) and gabapentin 2400 mg (p=0.001) groups.

Table 6.30 Summary of Patient and Clinician Global Impression of Change

|  | Patient Global Impression | | | Clinician Global Impression | | |
|---|---|---|---|---|---|---|
|  | Placebo N= 105 | Gabapentin 1800 mg N=107 | Gabapentin 2400 mg N=98 | Placebo N= 107 | Gabapentin 1800 mg N=108 | Gabapentin 2400 mg N=103 |
| Very much improved | 7 (7) | 18 (17) | 12 (12) | 6 (6) | 14 (13) | 12 (12) |
| Much improved | 17 (16) | 26 (24) | 30 (31) | 14 (13) | 34 (31) | 33 (32) |
| Minimally improved | 23 (22) | 22 (21) | 21 (21) | 30 (28) | 16 (15) | 26 (25) |
| No Change | 45 (43) | 34 (32) | 27 (28) | 46 (43) | 37 (34) | 25 (24) |
| Minimally worse | 7 (7) | 3 (3) | 3 (3) | 8 (7) | 5 (5) | 4 (4) |
| Much worse | 3 (3) | 3 (3) | 5 (5) | 3 (3) | 1 (1) | 3 (3) |
| Very much worse | 3 (3) | 1 (1) | 0 (0) | 0 (0) | 1 (1) | 0 (0) |
| Mean (SD) Median | 3.5 (1.3) No change | 2.9 (1.3) Minimally improved | 2.9 (1.3) Minimally improved | 3.4 (1.1) No change | 2.9 (1.3) Minimally improved | 2.9 (1.2) Minimally improved |

Based on 1 =very much improved; 2=much improved; 3=minimally improved; 4=no change; 5=minimally worse; 6=much worse; 7=very much worse.
Source: Sponsor's Table 12 and 13, Vol. 1.95, P. 35 and 36.

Quality of Life
The results of the SF-36 did not reveal any meaningful statistically significant differences between the gabapentin treatment groups and placebo. Of the eight domains, the vitality domain scores were statistically significant different from placebo for gabapentin 1800 mg ($p=0.03$) and gabapentin 2400 mg ($p=0.01$). The bodily pain subscale was statistically significantly different for gabapentin 1800 mg compared to placebo ($p=0.008$), but not for gabapentin 2400 mg. With no corrections for multiple comparisons, these findings can not be considered substantial evidence for a meaningful effect on quality of life.

Mean Paracetamol Consumption
Although a planned secondary analysis, analysis of the mean paracetamol consumption was not performed by the sponsor. According to the sponsor, the units for daily dosing were collected as grams in some cases, number of tablets in other cases, and without units specified in others. Many combination products were also used concurrently during the study, some of which contained paracetamol.

APPEARS THIS WAY ON ORIGINAL

## SECTION 7 INTEGRATED REVIEW OF SAFETY

### SECTION 7.1 SAFETY FINDINGS - SUMMARY

The safety database consisted of 1357 patients in double-blind, placebo-controlled and open label studies of gabapentin in neuropathic pain. The postherpetic neuralgia studies enrolled 563 patients. A total of 820 patients received gabapentin, primarily over a period of 6-8 weeks. Additional safety information for deaths, serious adverse events (SAEs), and discontinuations due to adverse events was obtained from four ongoing studies in diabetic neuropathy and mixed etiology neuropathic pain, and from combinations studies with naproxen and hydrocodone in non-neuropathic pain.

Patients were evenly distributed across gender, but more than 80% of patients were Caucasian. Twenty five percent of patients were over the age of 75. In the PHN trials, 50% of the patients were over the age of 75.

Of the 11 deaths reported, there was only one death for which there was any reason to suspect even a small contributory roll of study medication. The patient had widely metastatic prostate cancer, and died following the onset of sleepiness, 3 days after beginning gabapentin. The patient had been receiving concomitant morphine which can increase the bioavailability of gabapentin, possibly contributing to CNS depression. The investigator attributed the cause of death due to progression of the underlying cancer.

There were few serious adverse events for which a contributory role could be assigned to gabapentin. In the neuropathic pain studies, gabapentin may have played a role in one case of peripheral edema with subsequent cellulitis, and likely contributed to the somnolence seen following an intentional overdose. There was one case of angioedema in a patient on no concomitant medications, but the study drug assignment had not been unblinded at the time of the report.

Adverse events were fairly common and occurred in more gabapentin-treated patients than placebo treated patients. PHN patients who were older, had greater proportion of discontinuations due to adverse events. It may be that older patients have a greater bioavailability of gabapentin which is excreted exclusively by the kidney, and so are more susceptible to adverse events. However, other unidentified factors may also have contributed.

The nature of the adverse events were consistent with the adverse event profile known from study of gabapentin in other patient populations. The most common adverse events were dizziness and somnolence, followed by peripheral edema and dry mouth. There was less ataxia, fatigue, and nystagmus compared with the epilepsy population.

### SECTION 7.2 ADEQUACY OF SAFETY EXPOSURE

The original ISS submitted August 6, 2001, included information from the studies presented in Table 7.1. The safety data was provided in separate datasets for each of the

five completed clinical neuropathy studies. A dataset combining the individual datasets was submitted on October 4, 2001. A dataset including dose at onset for the integrated safety data was submitted on November 30, 2001. The ISS was broken down to include an analysis of safety among patients with PHN in the submission dated December 20, 2001 based on the data from the original ISS.

Table 7.1 Overview of Studies Included in ISS

| Studies Contained in ISS [a] | Number of Subjects/Patients | Information Included in this ISS |
|---|---|---|
| **CLINICAL PHARMACOLOGY STUDIES** | | |
| 2 Studies 945-190, 1032-015 | 32 | AEs, Deaths, Serious AEs, Withdrawals Due to AEs, Clinical Laboratory Parameters |
| **CLINICAL NEUROPATHIC PAIN STUDIES** | | |
| **Placebo-Controlled Clinical Studies Neuropathic Pain Associated With PHN** | | |
| 2 Controlled Studies 945-211, 945-295 | 563 | Demographics, Drug Exposure, AEs, Deaths. Serious AEs, Withdrawals Due to AEs, Other Safety Measures |
| **Placebo-Controlled Clinical Studies Neuropathic Pain Associated With DPN, Diverse Etiologies** | | |
| 3 Controlled Studies 945-210, 945-224, 945-306 | 794 | Demographics, Drug Exposure, AEs, Deaths. Serious AEs, Withdrawals Due to AEs, Other Safety Measures |
| Total: | 1357 | |
| **Uncontrolled Clinical Study** | | |
| 1 Open-Label Extension Phase of Placebo-Controlled Study in DPN 945-224 OL | 67[a] | Demographics, Drug Exposure. AEs, Deaths, Serious AEs, Withdrawals Due to AEs |
| **Ongoing Clinical Studies** | | |
| 3 Placebo-Controlled and 1 Uncontrolled Studies 945-271, 945-276, 945-429, 945-411 | 529 Enrolled | Deaths, Serious AEs, Withdrawals Due to AEs |
| **NON-NEUROPATHIC PAIN STUDIES (COMBINATION STUDIES)** | | |
| **Combination Therapy Studies [b]** | | |
| 3 Controlled and 1 Uncontrolled Studies in CI-1032 (GBP + NPN) | 607 | Deaths, Serious AEs, Withdrawals Due to AEs |
| 3 Controlled Studies in CI-1035 (GBP+HC) | 464 | Deaths, Serious AEs, Withdrawals Due to AEs |

AE = Adverse event(s), NPN = Naproxen sodium; HC= Hydrocodone.
a. Fourteen of these 67 patients received placebo during the double-blind phase and gabapentin for the first time during the open-label phase.
b. Does not include patients who received NPN or HC alone.
Source: Table 1, P. 10, Vol. 3, 12-20-01

The 120-day safety update was submitted on December 6, 2001. The table below details the material provided in this submission. The sponsor provided an integrated update of deaths, SAEs, and withdrawals due to adverse events from ongoing trials, but study drug assignment remains blinded for many of the reported events. This was the only additional adverse event data was from Study 945-411, a foreign open-label study completed subsequent to the cutoff date for the original ISS. This data was submitted separate from the prior adverse event reporting without an integrated dataset.

Table 7.2. Overview of Clinical Studies Summarized in the Original ISS and SU1

| Type and Study Number | Safety Data in Original ISS | Study Status for Original ISS | New Data in SU1 | Cutoff Date for SU1 |
|---|---|---|---|---|
| Clinical Pharmacology Studies | | | | |
| 945-190 | All | Study Completed | No | NA |
| 1032-015 | All | Study Completed | No | NA |
| Clinical Studies in Neuropathic Pain | | | | |
| Pivotal Placebo-Controlled Studies | | | | |
| 945-210 (DPN) | All | Study Completed | No [a] | NA |
| 945-211 (PHN) | All | Study Completed | No | NA |
| 945-224 (DPN) | All | Study Completed | No | NA |
| 945-295 (PHN) | All | Study Completed | No [b] | NA |
| 945-306 (MNP) | All | Study Completed | No | NA |
| Uncontrolled Open-Label Extension | | | | |
| 945-224 (DPN) | All | Study Completed | No | NA |
| Dose-Controlled Open-Label Study | | | | |
| 945-411 (DPN) | D, S, W | Data Being Summarized | Yes | NA |
| Other Controlled Studies | | | | |
| 945-271 (Post-traumatic, post-operative neuralgia) | D, S, W | Study Ongoing | D, S W | 31 Oct01 01 Oct01 |
| 945-429 (DPN) | D, S, W | Study Ongoing | D, S W | 31 Oct01 01 Oct01 |
| Non-neuropathic Pain Studies | | | | |
| Gabapentin/Naproxen Combination | | | | |
| 1032-001 | D, S, W | Study Completed | No | NA |
| 1032-002 | D, S, W | Study Completed | No | NA |
| 1032-003 | D, S, W | Data being summarized [c] | No [d] | NA |
| 1032-004 | D, S, W | Study Completed | No | NA |
| 1032-010 | D, S, W | Study Completed | No | NA |
| Gabapentin/Hydrocodone Combination | | | | |
| 1035-001 | D, S, W | Study Completed | No | NA |
| 1035-002 | D, S, W | Study Completed | No | NA |
| 1035-003 | D, S, W | Study Completed | No | NA |

D, S, W = Deaths, Serious Adverse Events, Withdrawals Due to Adverse Events; NA = Not Applicable; DPN = Diabetic Peripheral Neuropathy; PHN = Postherpetic Neuralgia; MNP = Mixed Neuropathic Pain.
a A new SAE is discussed in Section 3.2, narrative is in Appendix 13.4 (Patient 210_006001).
b Updated death information discussed in Section 3.1, narrative is in Appendix 13.4 (Patient 295_017046). `Study c Report Issued 27Sep2001
d Updated SAE discussed in Section 3.2, narrative is in Appendix 13.4 (Patient 008018, Study 1032-003).
Source: Table 2, P. 5, Vol. 1, 12-06-01

### SECTION 7.2.1 Extent of Exposure

There were five, completed, controlled neuropathic pain studies (Studies 945-211, -295, -210, -224, and -306) and the open-label extension of Study 945-224 in which 834 patients were treated with gabapentin, and 537 patients treated with placebo at the time of original NDA submission. These studies will be referred to the "original five completed neuropathy studies" to distinguish them from the ongoing studies, Study 945-411 which

was completed subsequent to the original NDA submission, and the combination studies for non-neuropathic pain. Included in these five were the two pivotal studies (Studies 945-211 and -295) of neuropathic pain associated with postherpetic neuralgia in which 336 patients were treated with gabapentin, and 227 patients treated with placebo.

Table 7.3 Overview of Original Five Completed Neuropathy Studies: Number of Patients in Each Gabapentin Treatment Group (ITT Population)

| Study (Patient Population) | Duration of Double-Blind Phase | | | Number of Patients | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Overall | | Gabapentin Treatment Group, mg/day | | | | | | |
| | Titration | Fixed Dose | Duration | Placebo | 600 | 1200 | 1800 | 2400 | 3600 | Any GBP | All Patients |
| 945-210(DPN) | 4 weeks | 4 weeks | 8 weeks | 81 | | | | | 84 | 84 | 165 |
| 945-211 (PHN) | 4 weeks | 4 weeks | 8 weeks | 116 | | | | | 113 | 113 | 229 |
| 945-224 [a] (DPN) | 3 weeks | 4 weeks | 7 weeks | 77 | 82 | 82 | | 83 | | 247 | 324 |
| 945-295(PHN) | 3 weeks | 4 weeks | 7 weeks | 111 | | | 115 | 108 | | 223 | 334 |
| 945-306 (MNP) | 4 weeks | 4 weeks | 8 weeks | 152 | | | | 153 | | 153 | 305 |
| Total Patients | | | | 537 | 82 | 82 | 115 | 344 | 197 | 820 | 1357 |

DPN = Diabetic peripheral neuropathy; PHN = Postherpetic neuralgia; MNP = Mixed neuropathic pain; GBP = gabapentin. ITT Population = All randomized patients who took at least one dose of study medication.
a Open-label extension phase added 14 gabapentin-treated patients (these patients received placebo during double-blind phase of study)
Source: Table 2, P. 11, Vol. 1.52

Non-neuropathic pain studies (combination therapy studies) have been completed and exposed 804 subjects and patients to gabapentin alone or in combination, and 267 subjects to placebo.

The planned duration of exposure to gabapentin varied according to study design. The original five completed neuropathy studies were designed to last seven or eight weeks, plus an optional 12 week open-label extension in study 945-224. During the double-blind phase of the studies, 83.7% of gabapentin-treated patients remained on gabapentin for up to 6 weeks across all assigned treatment groups (Table 7.4). This table overestimates exposure however, because not all patients within an assigned treatment groups completed titration to the full dose.

**APPEARS THIS WAY ON ORIGINAL**

Table 7.4 Summary of Exposure to Study Medication During Double-Blind Phase of 5 Pivotal Controlled Studies, by Assigned Treatment Group, Number (%) of Patients

|  |  | Gabapentin Treatment Group (mg/day) |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Placebo | 600 | 1200 | 1800 | 2400 | 3600 | Any Gabapentin |
| Total Exposure | N = 537 | N = 82 | N = 82 | N = 115 | N = 344 | N = 197 | N = 820 |
| ≥1 day | 537 (100.0) | 82 (100.0) | 82 (100.0) | 115 (100.0) | 344 (100.0) | 197 (100.0) | 820 (100.0) |
| ≥1 week | 524 (97.6) | 79 (96.3) | 81 (98.8) | 110 (95.7) | 328 (95.3) | 192 (97.5) | 790 (96.3) |
| >2 weeks | 507 (94.4) | 76 (92.7) | 81 (98.8) | 102 (88.7) | 312 (90.7) | 184 (93.4) | 755 (92.1) |
| >4 weeks | 468 (87.2) | 73 (89.0) | 80 (97.6) | 96 (83.5) | 293 (85.2) | 172 (87.3) | 714 (87.1) |
| >6 weeks | 447 (83.2) | 70 (85.4) | 78 (95.1) | 94 (81.7) | 281 (81.7) | 163 (82.7) | 686 (83.7) |
| >8 weeks | 243 (45.3) | 0 (0) | 0 (0) | 1 (0.9) | 125 (36.3) | 135 (68.5) | 261 (31.8) |
| >10 weeks | 10 (1.9) | 0 (0) | 0 (0) | 0 (0) | 1 (0.3) | 4 (2.0) | 5 (0.6) |
| >12 weeks | 0 (0) | 0 (0) | 0 (0) | 0 (0) | 0 (0) | 0 (0) | 0 (0) |

Source: Table 4, P. 17, Vol. 1.52

By examining the actual time spent receiving gabapentin in a specific dosing range as displayed in Table 7.5, it can be seen that many patients did not receive the full dose of their respective assigned treatment group for the duration possible according to the study protocols. The protocols each specified a 4-week double-blind period on the final titrated dose. For example, of a possible 344 patients assigned to 2400 mg/day, only 230 patients remained on study drug at a dose from 2400 mg up to 3600 mg for the full 4 week double-blind period. This is due to the inability of some patients to titrate to the full dose or remain on the full titrated dose due to dose-related adverse events and early study discontinuations. The majority of patients received any dose of gabapentin for 6 to 10 weeks.

Table 7.5 Duration of Exposure to Gabapentin by Received Dosage Range during the Original Five Completed Neuropathy Studies

|  | Gabapentin Dosage Range (mg/day) |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Exposure | >0 to <900 | 900 to <1200 | 1200 to <1800 | 1800 to <2400 | 2400 to <3600 | 3600 |
| ≥ 1 day to <1 week | 687 | 570 | 546 | 119 | 25 | 6 |
| ≥1 week to <2 weeks | 51 | 132 | 21 | 332 | 127 | 3 |
| ≥2 weeks to <4 weeks | 13 | 18 | 19 | 30 | 41 | 9 |
| ≥ 4 weeks to <6 weeks | 3 | 7 | 23 | 55 | 230 | 106 |
| ≥ 6 weeks to <8 weeks | 53 | 4 | 64 | 66 | 11 | 0 |
| ≥ 8 weeks to <10 weeks | 14 | 4 | 2 | 0 | 0 | 0 |
| ≥ 10 weeks to <12 weeks | 3 | 0 | 1 | 1 | 2 | 0 |
| ≥12 weeks to <16 weeks | 0 | 5 | 6 | 7 | 15 | 0 |
| ≥ 16 weeks to <20 weeks | 3 | 2 | 1 | 1 | 6 | 0 |
| ≥ 20 weeks to <24 weeks | 2 | 0 | 0 | 0 | 0 | 0 |
| ≥ 24 weeks to <36 weeks | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Patient-Days | 7119 | 4788 | 7293 | 9857 | 12475 | 3750 |
| Total Patient-Weeks | 1017.00 | 684.00 | 1041.86 | 1408.14 | 1782.14 | 535.71 |
| Total Patient-Years | 19.49 | 13.11 | 19.97 | 26.99 | 34.15 | 10.27 |

Note: Each patient is counted in only 1 row within a column, but patients who received more than 1 dose of gabapentin will appear in multiple columns.
Source: Table 5, P. 19, Vol. 1.52

**Exposure in PHN**
Table 7.6 demonstrates the exposure to gabapentin during the two PHN trials by gabapentin treatment group assignment, any gabapentin, and placebo. Based on study design, double-blind exposure durations of 7 and 8 weeks were planned which included titration periods. Overall, nearly 15% of patients did not remain on study drug for more than 4 weeks and this was comparable across the three different gabapentin treatment arms.

Table 7.6 Summary of Exposure, Double-Blind Phase of Studies 945-211 and 945-295

| Total Exposure | Placebo N = 227 | Gabapentin 1800 mg/day N = 115 | Gabapentin 2400 mg/day N = 108 | Gabapentin 3600 mg/day N = 113 | Any Gabapentin N = 336 |
|---|---|---|---|---|---|
| 1 Day | 227 (100.0) | 115 (100.0) | 108 (100.0) | 113 (100.0) | 336 (100.0) |
| >1 Week | 221 (97.4) | 110 (95.7) | 103 (95.4) | 110 (97.3) | 323 (96.1) |
| >2 Weeks | 218 (96.0) | 102 (88.7) | 99 (91.7) | 103 (91.2) | 304 (90.5) |
| >4 Weeks | 206 (90.7) | 96 (83.5) | 92 (85.2) | 97 (85.8) | 285 (84.8) |
| >6 Weeks | 198 (87.2) | 94 (81.7) | 89 (82.4) | 90 (79.6) | 273 (81.3) |
| >8 Weeks | 81 (35.7) | 1 (0.9) | 4 (3.7) | 75 (66.4) | 80 (23.8) |
| >10 Weeks | 5 (2.2) | 0 | 0 (0.0) | 3 (2.7) | 3 (0.9) |
| >12 Weeks | 0 | 0 | 0 (0.0) | 0 | 0 (0.0) |

Source: Table 4, P. 20, Vol. 3, 12-20-01

**SECTION 7.2.2 Demographic and Baseline Characteristics**
The demographic and baseline characteristics are displayed below. The gabapentin and placebo treatment groups were comparable across age, gender, race, and mean baseline pain scores.

APPEARS THIS WAY
ON ORIGINAL

Table 7.7. Patient Characteristics: Original Five Completed Neuropathy Studies (ITT)

| | | Gabapentin mg/day | | | | | | All Neuropathic Pain Patients N=1357 |
|---|---|---|---|---|---|---|---|---|
| | Placebo N=537 | 600 N=82 | 1200 N=82 | 1800 N=115 | 2400 N=344 | 3600 N=197 | Any GPN N=820 | |
| Gender, n (%) | | | | | | | | |
| Male | 268 (49.9) | 45 (54.9) | 52 (63.4) | 46 (40.0) | 158 (45.9) | 112 (56.9) | 413 (50.4) | 681 (50.2) |
| Female | 269 (S0.1) | 37 (45.1) | 30 (36.6) | 69 (60.0) | 186 (54.1) | 85 (43.0) | 407 (49.6) | 676 (49.8) |
| Not Specified | 57 (21.2) | 0 00.0) | 0 (0.0) | 0 (0.0) | 70 (37.6) | 0 (0.0) | 70 (17.2) | 127 (18.8) |
| Race, n (%) | | | | | | | | |
| White | 238 (44.3) | 67 (81.7) | 74 (90.2) | 0 (0.0) | 72 (20.9) | 166 (84.3) | 379 (46.2) | 617 (45.5) |
| Black | 10 (1.9) | 2 (2.4) | 0 (0.0) | 0 (0.0) | 0 00.0) | 15 (7.6) | 17 (2.1) | 27 (2.0) |
| Hispanic | 7 (1.3) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 11 (5.6) | 11 (1.3) | 18 (1.3) |
| Asian/Pac. Islander | 4 (0.7) | 3 (3.7) | 2 (2.4) | 0 (0.0) | 2 (0.6) | 5 (2.5) | 12 (1.5) | 16 (1.2) |
| American Indian | 1 (0.2) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (o. I) |
| Other | 2 (0.4) | 3 (3.7) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 3 (0.4) | 5 (0.4) n |
| Not Specified | 275 (51.2) | 7 (8.5) | 6 (7.3) | 115 (100)[a] | 270 (78.5)[a] | 0 (0.0) | 398 (48.5) | 673 (49.6) ' |
| Age (Years) | | | | | | | | |
| Mean | 63.3 | 60.4 | 60.8 | 72.8 | 62.8 | 63.2 | 63.9 | 63.6 a |
| (SD) | 14.1 | 9.9 | 10.0 | 9.4 | 14.3 | 13.7 | 13.3 | 13.6 |
| Median | 64 | 62 | 61 | 74 | 64 | 65 | 65 | 65 |
| Min, Max | 20,94 | 34.84 | 37, 83 | 22, 88 | 23,90 | 25,90 | 22,90 | 20,94 |
| Age Categories, n (%) | | | | | | | | |
| 18 to 64 Years | 272 (50.7) | 53 (64.6) | 50 (61.0) | 21 (18.3) | 179 (52.0) | 98 (49.7) | 401 (48.9) | 673 (49.6) |
| 65 to 74Years | 130 (24.2) | 24 (29.3) | 27 (32.9) | 37 (32.2) | 76 (22.1) | 47 (23.9) | 211 (25.7) | 341 (25.1) |
| 75 + Years | 135 (25.1) | 5 (6.1) | 5 (6.1) | 57 (49.6) | 89 (25.9) | 52 (26.4) | 208 (25.4) | 343 (25.3) |
| Baseline Mean Pain Score | | | | | | | | |
| Mean | 6.6 | 6.3 | 6.1 | 6.5 | 6.7 | 6.4 | 6.5 | 6.6 |
| (SD) | 1.6 | 1.5 | 1.6 | 1.7 | 1.6 | 1.6 | 1.6 | 1.6 |
| Median | 6.6 | 6.1 | 6.1 | 6.3 | 6.7 | 6.4 | 6.4 | 6.4 |
| Min, Max | | | | | | | | |

a Only study 945-295 contributed 1800 mg/d and 2400 mg/d treatment arms to this table and race was not recorded for this study.
Source: Table 6, P. 21, Vol. 1.52

**Baseline Characteristics in PHN**
The demographic characteristics of patients in Studies 945-211 and 945-295 were similar across treatment groups. Race characteristics were not reported in Study 945-295. Study 945-211 had slightly more male patients. Approximately half of the patients were age 75 or greater and roughly one fifth were 64 years of age and younger. This group representing a subset of the entire neuropathic pain group, was on average, older than the entire neuropathic pain group.