Table 7.8 Demographics of Postherpetic Neuralgia Trial Patients, Studies 945-211 and 945-295

|  | Placebo N=227 | Gabapentin Treatment Group, mg/day | | | Any Gabapentin N=336 | All PHN Patients N=563 |
|---|---|---|---|---|---|---|
|  |  | 1800 N=115 | 2400 N=108 | 3600 N=113 |  |  |
| Gender, n (%) |  |  |  |  |  |  |
| Male | 102 (44.9) | 46 (40.0) | 46 (42.6) | 63 (55.8) | 155 (46.1) | 257 (45.6) |
| Female | 125 (55.1) | 69 (60.0) | 62 (57.4) | 50 (44.2) | 181 (53.9) | 306 (54.4) |
| Race, a (%) |  |  |  |  |  |  |
| White | 109 (48.0) | 0 (0.0) | 0 (0.0) | 99 (87.6) | 99 (29.5) | 208 (36.9) |
| Black, Hispanic, Asian | 7 (3.1) | 0 (0.0) | 0 (0.0) | 14 (12.4) | 14 (4.2) | 13 (2.3) |
| Not Specified | 111 (48.9) | 115 (100.0) | 108 (100.0) | 0 (0.0) | 223 (66.4) | 334 (593) |
| Age (Years) |  |  |  |  |  |  |
| Mean | 72.5 | 72.8 | 73.7 | 70.8 | 72.4 | 72.4 |
| (SD) | 10.7 | 9.4 | 10.1 | 10.5 | 10.0 | 10.3 |
| Min, Max | 28, 94 | 22, 88 | 36, 90 | 36, 90 | 22, 90 | 22, 94 |
| Age Categories, n (%) |  |  |  |  |  |  |
| 18 to 64 Years | 45 (19.8) | 21 (18.3) | 19 (17.6) | 26 (23.0) | 66 (19.6) | 111 (19.7) |
| 65 to 74 Years | 70 (30.8) | 37 (32.2) | 27 (25.0) | 38 (33.6) | 102 (30.4) | 172 (30.6) |
| 75 or Greater Years | 112 (49.3) | 57 (49.6) | 62 (57.4) | 49 (43.4) | 168 (50.0) | 280 (49.7) |
| Baseline Mean Pain Score |  |  |  |  |  |  |
| Mean | 6.4 | 6.5 | 6.5 | 6.3 | 6.4 | 6.4 |
| (SD) | 1.7 | 1.7 | 1.6 | 1.7 | 1.7 | 1.7 |
| Min, Max |  |  |  |  |  |  |

a Only study 945-295 contributed the 1800 mg/d and 2400 mg/d treatment arms in this table and race was not recorded for this study.
Source: Table 6, P. 22, Vol. 3, 12-20-01

## SECTION 7.2.3 Disposition

The most common reason for early discontinuation from participation in a neuropathy pain study was the occurrence of adverse events for both placebo- (10.8%) and gabapentin-treated (13.2%) patients.

Table 7.9. Summary of Withdrawals in the Original Five Completed Neuropathy Studies
Number (%) of Patients

|  | Placebo N = 537 | Any Gabapentin N = 820 |
|---|---|---|
| Completed Study | 431 (80.3) | 670 (81.7) |
| Withdrawn | 106 (19.7) | 150 (18.3) |
| Adverse Event[a] | 58 (10.8) | 108 (13.2) |
| Lack of Compliance | 11 (2.0) | 13 (1.6) |
| Lack of Efficacy | 17 (16.0) | 9 (1.1) |
| Lost to Follow-up | 1 (0.2) | 0 (0) |
| Personal Reasons | 2 (0.4) | 1 (0.1) |
| Other | 17 (3.2) | 19 (2.3) |

a Includes withdrawals for both treatment emergent and non-treatment emergent adverse events; 3 placebo-treated patients and 4 gabapentin-treated patients withdrew due to non-treatment emergent adverse events.
The end of study status for 1 placebo-treated patient who discontinued study medication (withdrew) due to an adverse event was recorded as "noncompliant". This patient is included in the withdrawal due to adverse event summary (including a narrative in Appendix B).
Source: Table 20, P. 54, Vol. 1.52, Original ISS, 8-06-01

Adverse events lead to early discontinuation of study participation more often among gabapentin-treated patients in the PHN trials (55 out of 336, 16.3%) compared with the entire neuropathy population (108 out of 820, 13.2%). This was not reflected in the placebo treated patients, (9% for PHN group, 10.8% for entire neuropathy group).

Table 7.10 Patient Disposition PHN Trials

|  | Study 945-211 | | Study 945-295 | | |
|---|---|---|---|---|---|
|  | Placebo | Gabapentin 3600 mg/d | Placebo | Gabapentin 1800 mg/d | Gabapentin 2400 mg/d |
| Randomized | 116 | 113 | 111 | 115 | 108 |
| Completed Study | 95 (81.9%) | 89 (78.8%) | 94 (84.7) | 93 (80.9) | 85 (78.7) |
| Premature Discontinuation: | 21 (18.1%) | 24 (21.2%) | 17 (15.3) | 22 (19.1) | 23 (21.3) |
| Reasons for Discontinuation: |  |  |  |  |  |
| Adverse Event | 14 (12.1%) | 21 (18.6%) | 7 (6.3)[a] | 15 (13.0) | 19 (17.6) |
| Lack of Compliance with Protocol | 2 (1.7%) | 1 (0.9%) | 3 (2.7)[a] | 2 (1.7) | 1 (0.9) |
| Treatment Failure | 2 (1.7%) | 0 (0.0%) | 4 (3.6) | 2 (1.7) | 1 (0.9) |
| Lost to Follow-up | 1 (0.9%) | 0 (0.0%) |  |  |  |
| Personal Reasons | 2 (1.7%) | 1 (0.9%) |  |  |  |
| Other | 0 (0.0%) | 1 (0.9%) | 3 (2.7) | 3 (2.6) | 2 (1.9) |

Source: Sponsor's Table 9, Vol. 1.77, P. 88, Table 5, Vol. 1.95, P. 22

## SECTION 7.3 SAFETY ASSESSMENT

Table 7.11 presents an overview of the discontinuations due to adverse events, SAEs and deaths by assigned treatment group for patients in the five original, completed neuropathy trials.

Table 7.11 Overview of Discontinuations, SAEs, and Deaths, Original Five Completed Neuropathy Studies

|  |  | Gabapentin Treatment Group, mg/day | | | | | |
|---|---|---|---|---|---|---|---|
| Adverse Event Category | Placebo N = 537 | 600 N = 82 | 1200 N = 82 | 1800 N = 115 | 2400 N = 344 | 3600 N = 197 | Any Gabapentin N = 820 |
| Adverse Event Category | N = 537 | N = 82 | N = 82 | N = 115 | N = 344 | N = 197 | N = 820 |
| Number (%) of Patients Withdrawn due to AEs [a] | 58 (10.8) | 8 (9.8) | 3 (3.7) | 15 (13.0) | 54 (15.7) | 28 (14.2) | 108 (13.2) |
| Number (%) of Patients With Non-Fatal SAEs [a,b] | 16 (3.0) | 5 (6.1) | 2 (2.4) | 4 (3.5) | 8 (2.3) | 13 (6.6) | 32 (3.9) |
| Number (%) of Patients Withdrawn due to SAEs [a] | 6 (1.1) | 3 (3.7) | 0 (0.0) | 1 (1.9) | 3 (0.9) | 3 (1.5) | 10 (1.2) |
| Number (%) of Patients Who Died [a,b] | 4 (0.7) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.1) |

a Includes both treatment emergent (TESS) and non-TESS adverse events
b 3 placebo-treated patients [Patients 211-008093, 211-009034, and 306-028050] had serious adverse events (SAEs) that resulted in death. These 3 placebo-treated patients are included only in the row, "Number of Patients Who Died". Thus, this table (Table 6) has 16 placebo-treated patients with "Serious Non-Fatal Adverse Events", whereas, the "Summary of Serious Adverse Events" (Table 14) includes these 3 patients for a total of 19 placebo-treated patients with SAEs. One additional placebo-treated patient [Patient 306-0333781 who had an SAE had another SAE that resulted in death. This patient is included in both "Number of Patients with Non-Fatal Serious Adverse Events" and "Number of Patients Who Died".
Source: Table 7, P. 24, Vol. 1.52

There were no discontinuations due to adverse events, deaths, or serious adverse events during the two clinical pharmacology studies.

The ISS submitted in the 12-20-01 submission was used for the safety review from the postherpetic neuralgia subgroup.

Table Deaths, SAEs and Withdrawals due to AEs, Postherpetic Neuralgia Trials

|  | Placebo N=227 | Gabapentin Treatment Group, mg/day | | | Any Gabapentin N=336 |
|---|---|---|---|---|---|
|  |  | 1800 N=115 | 2400 N=108 | 3600 N=113 |  |
| Patients Withdrawn Due to AEs, N (%) |  |  |  |  |  |
| All AEs | 21 (9.3) | 15 (13.0) | 19 (17.6) | 21 (18.6) | 55 (16.4) |
| Patients with non-fatal Serious AEs ª, N (%) |  |  |  |  |  |
| All AEs | 5 (2.2) | 4 (3.5) | 1 (0.9) | 10 (8.8) | 15 (4.5) |
| Patients Withdrawn due to SAEs, N (%) |  |  |  |  |  |
| All AEs | 2 (0.9) | 1 (0.9) | 1 (0.9) | 3 (2.7) | 5 (1.5) |
| Patients Who Died, N (%) ª,b |  |  |  |  |  |
| All Deaths | 3 (1.3) | 0 (0.0) | 1 (0.9) | 0 (0.0) | 1 (0.3) |

Source: Table 7, p. 27, Vol. 3, 12-20-01
a  2 placebo-treated patients [Patients 211-008093 and 211-009034] had serious adverse events (SAEs) that resulted in death. These 2 placebo-treated patients are included only in the row, "Number of Patients Who Died". Thus, this table (Table 7) has 5 placebo-treated patients with "Serious Non-Fatal Adverse Events". whereas, the Summary of Serious Adverse Events" (Table 19) includes these 2 patients for a total of 7 placebo-treated patients with SAEs
b Includes both treatment emergent (TESS) and non-TESS adverse events

### SECTION 7.3.1  Deaths
There were 11 deaths reported, nine in the original ISS, and two in the 120-day safety update submitted on 12-6-01. The ISS submitted in the 12-20-01 submission was used for this review which incorporated the data from the original ISS and the 120-day ISS. The deaths described in this section represent those events occurring from all of the studies submitted in support of safety in this application . These studies contributing information were:
- 5 completed, controlled neuropathic pain studies (Studies 945-211, -295, -210, -224, and –306) and the open-label extension of Study 945-224 in which 834 patients were treated with gabapentin, and 537 patients treated with placebo
- 
- completed non-neuropathic pain studies (combination therapy studies) with 804 subjects and patients who were exposed to gabapentin alone or in combination, and 267 subjects to placebo.

Table 7.12 Deaths

| Patient ID [a] | Study Medication | Reason for Death Preferred Term/INVESTIGATOR TERM | Study Day | Age/Gender |
|---|---|---|---|---|
| **Reported Since the Original ISS (SU1)** | | | | |
| 276_007109 | Gabapentin 600 mg/day | /INTERACTION WITH OPIOIDS; HEPATIC METASTASIS | 3 | 48/M |
| 276_007110 | Blinded | /PROGRESSION OF TUMOR; MALAISE (SAE); INTESTINAL OCCLUSION (SAE) | 15 (4 days post-study) | 51/M |
| **Previously Reported in Original ISS** | | | | |
| **Original Five Completed Neuropathy Studies in Neuropathic Pain** | | | | |
| 211_008093 | Placebo | Apnea: Lung Disorder; Acc. Injury/ RESP. FAILURE: COPD: BROKEN HIP (SAE) | 89 (33 days post-study) | 75/M |
| 211_009034 | Placebo | Myocardial Infarct/ SUSPECTED MI | 84 (27 days post-study [b]) | 84/F |
| 211_017258 | Placebo | Myocardial Infarct/ MI | 84 (29 days post-study) | 73/M |
| 295_017046 | Gabapentin 2400 mg/day | CHF; Pneumonia; Heart Arrest/ CHF, RLL PNEUMONIA; CARDIAC ARREST | 91 (41 days post-study [c]) | 89/M |
| 306_028050 | Placebo | Myocardial Ischemia/ ISCHEMIC HEART DISEASE | 88 (31 days post-study) | 83/M |
| 306_033378 | Placebo | Heart Failure/ HEART FAILURE | 48 (22 days posttreatment) | 85/M |
| **Ongoing Clinical Studies in Neuropathic Pain** | | | | |
| 276_002014 | Blinded | Heart Arrest; Hepatic Failure/ CARDIAC ARREST; ACUTE LIVER FAILURE | 9 (1 day posttreatment) | 58/F |
| 276_009121 | Blinded | Subarachnoid Hemorrhage/ SUBARACHNOID HEMORRHAGE | 14 (12 days posttreatment) | 61/F |
| **Studies In Non-Neuropathic Pain, (Combination Studies, Gabapentin/Hydrocodone, CI-1035** | | | | |
| 002_002131 (1035-002) | Placebo | Heart Arrest/ CARDIAC ARREST | 2 (1 day posttreatment) | 73/M |

a Study Number_Center and patient number (3 digits each)
b This patient received placebo during Study 945-211. Per study narrative, she received marketed gabapentin post-study.
c Received marketed gabapentin post-study.
d Assessed by sponsor medical reviewer
Source: Table 6, P. 12, Vol. 1, 12-6-01

The narratives for the first nine deaths reported were reviewed from Appendix B.5.1 from the original submission, (Vol. 1.52) and for the two deaths reported in the 120-day safety update, Appendix B.4.1 (Vol. 1).

Patient 211_008093 was a 75 year old man with PHN who died 33 days following his last dose of placebo. As the patient died long after completing the study and had received placebo, the conditions of the patient's death are not considered further.

Patient 211_009034 was an 84 year old woman with PHN who died 27 days following her last dose of placebo. As the patient died long after completing the study and had received placebo, the conditions of the patient's death are not considered further.

Patient 211_017258 was a 73 year old man with PHN who died 29 days following his last dose of placebo. As the patient died long after completing the study and had received placebo, the conditions of the patient's death are not considered further.

Patient 295_017046, an 89 year old man with PHN who died 41 days after study termination. The patient had received gabapentin in the 2400 mg/day treatment arm. The patient had a history of heart disease and died of cardiac arrest. There is no circumstances surrounding the patient's death that suggests a contributory role of the study medication.

Patient 306_028050 was an 83 year old man with PHN who died 31 days following study termination, having received placebo. As the patient died long after completing the study and had received placebo, the conditions of the patient's death are not considered further.

Patient 306_033378 was an 85 year old man with PHN who died 22 days following study termination, having received placebo. The patient was hospitalized with worsening heart failure on Day 25. The patient had a history of cardiac disease and failure.

Patient 276_002014 was a 58 year old woman with neuropathic pain due to malignant melanoma. On Day 5, the patient developed hypotension, somnolence and asthenia and she died from a cardiac arrest and acute liver failure on Day 9. Study drug was terminated on Day 8. The blind was not broken and it is unknown if the patient received placebo or gabapentin 1800 mg/d. The patient had metastases to the liver and impaired liver function at study onset. Given the patient's advanced metastatic disease, the conditions surrounding do not suggest any contributory role due to study drug, even if the patient was receiving gabapentin.

Patient 276-009121 was a 61 year old woman with neuropathic pain due to malignancy who experienced a subarachnoid hemorrhage on Day 2 of the study, and died following a re-hemorrhage on Day 14. The study is still blinded, the patient received either placebo or gabapentin 600 mg/day. The patient had also been receiving indomethacin. There were no circumstances reported to suggest that study drug contributed to the cause of death, even if the patient was receiving gabapentin.

Patient 276_007109 was a 48 year old man with neuropathic pain due to prostate cancer. The patient had hepatic, renal, and ganglionic metastasis with severe hepatic dysfunction. The patient had received gabapentin 600 mg/day for 3 days. The patient died following the onset of increased sleepiness. The narrative suggests there may have been an interaction between the gabapentin and the concomitant use of morphine sulfate.

Patient 276-007110 was a 51 year old man with neuropathic pain due to malignancy. The patient had a history of metastatic bladder cancer. the patient was hospitalized with malaise on Day 5, developed intestinal occlusion on Day 8, and study medication was discontinued on Day 11 following completion of the study. The patient died on Day 15,

4 days after discontinuing study medication and cause of death was attributed to progression of the underlying malignancy. The study blind was not broken. There were no circumstances reported to suggest that study drug, gabapentin or placebo, contributed to the cause of death.

Patient 1035_002131 was a 73 year old man with pain due to a total knee arthroplasty who died of a cardiac arrest after a single dose of placebo. There were no circumstances reported to suggest that study drug contributed to the cause of death.

In summary, based on the narratives provided, of the 11 deaths reported, there was only one death for which there was any reason to suspect even a small contributory roll of study medication. Patient 276_007109 was a patient suffering from widely metastatic prostate cancer. The patient died following the onset of sleepiness, 3 days after beginning gabapentin. While gabapentin has little effect on hydrocodone, hydrocodone increases the bioavailability of gabapentin as demonstrated by the sponsor. Literature submitted by the sponsor demonstrates that morphine can also increase the bioavailability of gabapentin, although the effects of gabapentin on morphine have not been explicitly explored. Patient 276_007109 was also receiving morphine. Whether a possible drug interaction between gabapentin and morphine may have contributed to the patient's cause of death cannot be ascertained with the information provided.

## SECTION 7.3.2 Serious Adverse Events

There were 74 SAEs reported in the original ISS (08-06-01), and 5 additional SAEs were reported in the 120-day safety update (12-06-01). Some patients had more than one SAE and more than one SAE per Body System. In the controlled trials, there were 32 patients treated with gabapentin who reported SAEs representing approximately 4% of the group. These 32 patients experienced 44 SAEs. There were 19 patients treated with placebo also representing approximately 4% of the group, who reported SAEs, with a total of 23 SAEs among them. So, while a similar proportion of patients in the controlled trials treated with gabapentin and placebo experienced SAEs, the gabapentin group described a greater number of SAEs per patient. The SAEs described in this section represent those events occurring from all of the studies submitted in support of safety in this application

Table 7.13 Serious Adverse Events, Five Original, Completed, Controlled Studies

|  | 5 Completed Controlled Studies | | 945-224 OL N=67[a] | 945-411[b] OL N=339 | Ongoing Studies, GBP | Ongoing Studies, Blinded | GBP Combo Studies |
|---|---|---|---|---|---|---|---|
|  | Placebo N=537 | GPN N=820 | | | | | |
|  | Number (%) of Patients | | | | Number of Patients | | |
| Original ISS | 19[c] (3.5) | 32 (3.9) | 4 (6.0) | 5 | 1 | 6 | 6 GPN/ 1 pl |
| New In 120-Day Safety Update | 0 | 1 | | 1 | | 3 | 0 |
| Total # Patients With SAEs | 19 (3.5%) | 33 (4.0) | 4 (6.0) | 6 (1.8%) | 1 | 9 | 6 GPN/ 1 pl |
| Total # of SAEs by Body System | 20 | 38 | | | | | |
| Total # of SAEs by Event | 23 | 44 | 17 | | | 15 | 6 |

a Includes patients rolled over from double-blind period of 945-224.
b Study completed after original ISS cut-off date
c Two of these patients died. Narratives were included among deaths not SAEs.
Source: Table 7, p. 15, Vol. 1, 12-06-01; p. 49, Vol. 1.52., 8/06/01

When SAEs were counted from the five clinical trials included in dataset AELISTP submitted on the 11-30-01, 74 SAEs were found occurring in 55 patients. This dataset reflects information from the original ISS combined into one dataset with dose at onset of adverse events included. Twenty of the SAEs were in patients in the placebo treatment group (including four patients who died), 35 in the combined gabapentin treatment group. A count of the narratives of the SAEs submitted in the original ISS submission reveals 52 reports of SAEs, 17 in placebo patients (none of whom died) and 35 in patients who had received gabapentin. Appendix B.3.1 of the original ISS (p. 244, Vol. 1.52) reveals one placebo-treated patient missing that was present in the narratives, Patient 295_024096, for a total of 17 SAEs not resulting in death and 35 SAEs not resulting in death among the gabapentin-treated patients.

Among the 17 placebo-treated patients from the 5 controlled neuropathy trials with SAEs, six patients were in the PHN trials, eight in the diabetic neuropathy trials, and three in the mixed neuropathy trial. Among the PHN trials, out of a total of 227 placebo treated patients the six patients with SAEs result in an incidence of 2.6%.

The sponsor was asked to explain why there were a greater number of narratives (35) for patients with SAEs than there were patients reported in the original ISS table (Table 18, p. 50, Vol. 1.52) and the safety update. In a faxed response dated May 13, 2001, the sponsor provided a breakdown. Thirty-two of 820 gabapentin-treated patients had SAEs. Of the 35 narratives for patients assigned to receive gabapentin, two patients had events during baseline before study drug was begun. They are counted in the table under Gabapentin, but their narratives report study drug as "none". Four patients with SAEs during the open label phase of Study 945-224 have Gabapentin in the header of the narratives but were not counted in Table 18 under gabapentin. One patient with a narrative that references gabapentin, was actually off study drug following study termination when the event occurred and so was not included in Table 18.

Of the 35 narratives for gabapentin-treated patients, 15 patients were enrolled in the PHN trials, 16 in the diabetic neuropathy trials, and 4 in the mixed neuropathy trial. Among the PHN trials, out of a total of 336 gabapentin-treated patients, the 15 patients with SAEs result in an incidence of 4.5%, nearly twice as many as among the placebo treated patients.

All of the narratives of SAEs were reviewed and Table 7.14 below lists all of the SAEs. In the 5 controlled neuropathy trials, there was one occurrence of a SAE for which gabapentin may have played a contributory role. Patient 211_014246 was a 76 year old woman with PHN at the time of the study. The patient experienced increasing edema in her legs and cellulitis following 27 days of treatment. Dose at onset was 1800 mg/day. The patient responded to diuretic and intravenous antibiotic treatment and remained in the study. Gabapentin is known to cause peripheral edema in some patients. That this

patient remained in the study subsequent to treatment of the SAE suggests that the investigator did not attribute causality, but does not exclude the possibility of a contributory effect by gabapentin.

The one additional SAE added to the 5 controlled trials was Patient 210_006001. This patient had experienced chest pain, initially reported as an AE. The sponsor reports that a site audit revealed that this chest pain required hospitalization, so the event was reclassified as an SAE.

There were 27 SAEs from the open-label studies, ongoing trials, and non-neuropathic pain trials. Among the in the ongoing studies, Patient 271_011,5019, a 69 year old man with post-surgical neuralgia, developed angioedema on Day 6. The symptoms of edema of eyelids, eye area, and tongue, paresthesia and palpitations lasted 2 to 3 hours. The study drug was discontinued. It is unknown whether the patient received gabapentin 2400 mg/day or placebo. As the patient was on no concomitant medication, it is possible this reaction was due to study drug, likely gabapentin.

Patient 271_042,5158, a 34 year old woman with post-traumatic neuralgia of the ulnar nerve and a history of chronic myeloid leukemia developed blurred vision in her right eye on Day 12. Neurological exam, labs, Ophthalmological exam, MRI and lumbar puncture were all normal except for a pleocytosis of mononuclear cells in the CSF. The study blind was broken, the patient had been receiving gabapentin 2400 mg/d, which was discontinued on Day 16. The event had not resolved at the time of the report. It is possible that gabapentin had a contributory role in this event.

Patient 411_001018, a 36 year old woman with diabetic neuropathy, intentionally overdosed in a suicide attempt. She ingested 4500 mg of gabapentin and developed somnolence. Attempts to empty her stomach were unsuccessful and the patient recovered the following day. The somnolence was attributed to the gabapentin.

Patient 007013 from combination study 1032-002, was a 74 year old man with osteoarthritis of the knee, who developed a duodenal ulcer which hemorrhaged on two occasions requiring hospitalization. The patient had received gabapentin in combination with naproxen. The investigator and sponsor have designated this event as related to study medication, but it is the naproxen, and not the gabapentin, that is believed to have played a contributory role.

**APPEARS THIS WAY ON ORIGINAL**

Table 7.14 Summary of Nonfatal Serious Adverse Events, All Studies, from 120-day Update

| Body System Preferred Term | 5 Pivotal Original Controlled Studies | | 945-224 OL, 945-411, & Ongoing Studies | Ongoing Studies | GBP Combo Studies |
|---|---|---|---|---|---|
| | Number (%) of Patients | | Number of Patients | | |
| | Placebo N = 537 | GBP N = 820 | GBP | Blinded | GBP/ NPN |
| **Body as a Whole** | **4 (0.7)** | **13 (1.6)[a]** | | | |
| Accidental Injury | 2 (0.4) | 4 (0.5) | 1 | | x[b] |
| Cellulitis | 0 (0.0) | 2 (0.2) | 1 | | |
| Chest Pain [a] | 1 (0.2) | 3 (0.4)[a] | 1 | | |
| Abscess | 0 (0.0) | 1 (0.1) | | | 1 |
| Back Pain | 0 (0.0) | 1 (0.1) | 1 | | |
| Fever | 0 (0.0) | 1 (0.1) | | 1 | |
| Infection | 0 (0.0) | 1 (0.1) | | | 1[c] |
| Abdominal Pain | 1 (0.2) | 0 (0.0) | | 1 | |
| Asthenia | 1 (0.2) | 0 (0.0) | | | |
| Headache | 0 (0.0) | 0 (0.0) | 1 | | |
| Intentional Overdose | 0 (0.0) | 0 (0.0) | 1 | | |
| Lymphoma-Like Reaction | 0 (0.0) | 0 (0.0) | 1 | | |
| Suicide Attempt | 0 (0.0) | 0 (0.0) | 1 | | |
| Pelvic Pain | 0 (0.0) | 0 (0.0) | | | 1 |
| **Cardiovascular System** | **8 (1.5)** | **9 (1.1)** | | | |
| Myocardial Infarct | 1 (0.2) | 2 (0.2) | | | |
| Syncope | 2 (0.4) | 2 (0.2) | 1 | | |
| Cardiovascular Disorder | 0 (0.0) | 1 (0.1) | | | |
| Cerebrovascular Accident | 1 (0.2) | 1 (0.1) | 1 | | |
| Congestive Heart Failure | 0 (0.0) | 1 (0.1) | | | |
| Hypertension | 0 (0.0) | 1 (0.1) | | | |
| Retinal Vein Thrombosis | 0 (0.0) | 1 (0.1) | | | |
| Angina Pectoris | 1 (0.2) | 0 (0.0) | 1 | | |
| Heart Failure | 1 (0.2) | 0 (0.0) | | | |
| Myocardial Ischemia | 1 (0.2) | 0 (0.0) | | | |
| Thrombosis | 1 (0.2) | 0 (0.0) | | | |
| Peripheral Vascular Disorder | 0 (0.0) | 0 (0.0) | | 1 | 1 |
| Angioedema | 0 (0.0) | 0 (0.0) | | 1 | |
| **Digestive System** | **2 (0.4)** | **3 (0.4)** | | | |
| Nausea | 0 (0.0) | 2 (0.2) | | | |
| Vomiting | 1 (0.2) | 2 (0.2) | | | |
| Cholecystitis | 0 (0.0) | 1 (0.1) | | | |
| Cholelithiasis | 0 (0.0) | 1 (0.1) | | | |
| GGT Increased | 0 (0.0) | 1 (0.1) | | | |
| Gastrointestinal Disorder | 0 (0.0) | 1 (0.1) | | | |
| Intestinal Obstruction | 0 (0.0) | 1 (0.1) | | | |
| Malabsorption Syndrome | 1 (0.2) | 0 (0.0) | | | |
| Pancreatitis | 1 (0.2) | 0 (0.0) | | | |
| Stomach Atony | 1 (0.2) | 0 (0.0) | | | |
| Duodenal Ulcer | 0 (0.0) | 0 (0.0) | | | 1 |
| **Hemic & Lymphatic System** | **0 (0.0)** | **1 (0.1)** | | | |
| CLL | 0 (0.0) | 1 (0.1) | | | |
| **Metabolic, Nutritional Dis** | **0 (0.0)** | **1 (0.1)** | | | |

Table 7.14 continues

Table 7.14 continued

| Body System<br>Preferred Term | Number (%) of Patients | | Number of Patients | | |
|---|---|---|---|---|---|
| | Placebo<br>N = 537 | GBP<br>N = 820 | GBP | Blinded | GBP/<br>NPN |
| Alk Phos Increased | 0 (0.0) | 1 (0.1) | | | |
| Ketosis | 0 (0.0) | 0 (0.0) | 1 | | |
| **Musculoskeletal System** | **1 (0.2)** | **2 (0.2)** | | | |
| Arthritis | 0 (0.0) | 1 (0.1) | | | |
| Myasthenia | 0 (0.0) | 1 (0.1) | | | |
| Arthrosis | 1 (0.2) | 0 (0.0) | 1 | | |
| Bone Neoplasm | 0 (0.0) | 0 (0.0) | | 1 | |
| **Nervous System** | **3 (0.6)** | **1 (0.1)** | | | |
| Vertigo | 0 (0.0) | 1 (0.1) | | | |
| Depression | 2 (0.4) | 0 (0.0) | | | |
| Dizziness | 1 (0.2) | 0 (0.0) | | | |
| Somnolence | 0 (0.0) | 0 (0.0) | 1 | | |
| Subarachnoid Hemorrhage | 0 (0.0) | 0 (0.0) | | | |
| **Respiratory System** | **2 (0.4)** | **5 (0.6)** | | | |
| Pneumonia | 0 (0.0) | 3 (0.4) | | | 1 |
| Dyspnea | 0 (0.0) | 1 (0.1) | | | |
| Hemoptysis | 0 (0.0) | 1 (0.1) | | 1 | |
| Asthma | 1 (0.2) | 0 (0.0) | | | |
| Carcinoma of Lung | 1 (0.2) | 0 (0.0) | | | |
| Sinusitis | 0 (0.0) | 0 (0.0) | 1 | | |
| Cough | 0 (0.0) | 0 (0.0) | | 1 | |
| **Skin and Appendages** | **0 (0.0)** | **3 (0.4)** | | | |
| Maculopapular Rash | 0 (0.0) | 1 (0.1) | | | |
| Skin Carcinoma | 0 (0.0) | 1 (0.1) | | | |
| Skin Ulcer | 0 (0.0) | 1 (0.1) | | | |
| **Special Senses** | **0 (0.0)** | **0 (0.0)** | | | |
| Otitis Media | 0 (0.0) | 0 (0.0) | 1 | | |
| Abnormal Vision | 0 (0.0) | 0 (0.0) | 1 | | |
| **Not Yet Mapped** | | | | | |
| probable brain infarction | | | | 1 | |
| depressed breathing | | | | 1 | |
| consciousness decreased | | | | 1 | |
| opiate withdrawal syndrome | | | | 1 | |
| bilateral hands rigidity, numbness | | | | 1 | |
| loss of proprioception | | | | 1 | |
| bilat. foot weakness, paresthesia | | | | 1 | |
| degenerative joint disease | | | | 1 | |

GBP = gabapentin; NPN = naproxen sodium
a Includes chest pain newly classified as serious due to hospitalization as reported in SU1.
b X.= 1 patient in a combination therapy study had an accidental injury while receiving placebo.
c Updated preferred term
Source: Table 7, p. 15, Vol. 1, 12-06-01

Summary
While SAEs were more common among gabapentin-treated patients, than placebo-treated patients, there were few serious adverse events for which a contributory role could be assigned to gabapentin. In the neuropathic pain studies, gabapentin may have played a role in one case of peripheral edema with cellulitis, and likely contributed to the somnolence seen following an intentional overdose. It is unknown if gabapentin

contributed to blurred vision in one patient. The angioedema that occurred in a patient in an ongoing study which has not yet been unblinded, is likely due to study drug in the absence of concomitant medications and one would suspect that the patient had received active drug, gabapentin. The duodenal ulcer and hemorrhage in one patient in a non-neuropathic pain study were likely related to the naproxen that was combined with the gabapentin.

### SECTION 7.3.3 Discontinuations Due to Adverse Events

The sponsor provided a table describing discontinuations due to adverse events in the original ISS with an update for study 411 and ongoing studies in the 120-day update submitted on 12-06-01, but failed to integrate the two submissions. The discontinuations due to adverse events described in this section represent those events occurring from all of the studies submitted in support of safety in this application.

Table 7.15 depicts the AEs leading to discontinuation that occurred in at least 5 patients during the 5 clinical neuropathy studies. The table represents the data found in sponsor's Table 21 (P. 56, Vol. 1.52, Original ISS 08-06-01), modified with seven additional events detected in DATASET AELISTP (11-30-01). According to the sponsor, these seven patients had their events during the open-label phase of study 945-295, and so were not counted among the double-blind studies.

In the original five completed neuropathy studies, there were 173 patients who discontinued study participation due to adverse events, 113 (13.8%) of these patients were treated with gabapentin and 60 (11.7%) with placebo. Those adverse events occurring in more than one patient in either treatment group are presented in Table. The full listing of AEs leading to study discontinuation are presented in Appendix A.

Among the most frequent AEs leading to study discontinuation were nausea, somnolence and dizziness, although nausea was comparable in both placebo and gabapentin treated patients. Headache and dyspepsia were more common among the placebo-treated patients.

**APPEARS THIS WAY ON ORIGINAL**

Table 7.15 Adverse Events Leading to Discontinuation in at Least 5 Patients, Original Five Completed Neuropathy Studies.

| Body System<br>Preferred Term | Placebo<br>N = 537 | Any GBP<br>N = 820 |
|---|---|---|
| Number of Patients Withdrawn Due to AEs | 60 (11.7) | 113 (13.8) |
| Body as a Whole | 16 (3.0) | 24 (2.9) |
| Asthenia | 2 (0.4) | 6 (0.7) |
| Accidental injury | 2 (0.4) | 4 (0.5) |
| Pain | 2 (0.4) | 5 (0.6) |
| Headache | 5 (0.9) | 1 (0.1) |
| Cardiovascular System | 5 (0.9) | 5 (0.6) |
| Digestive System | 21 (3.9) | 25 (3.0) |
| **Nausea** | **6 (1.1)** | **12 (1.3)** |
| Diarrhea | 5 (0.9) | 6 (0.7) |
| Vomiting | 1 (0.2) | 6 (0.7) |
| Gastrointestinal disorder | 2 (0.4) | 3 (0.4) |
| Flatulence | 3 (0.6) | 2 (0.2) |
| Dyspepsia | 5 (0.9) | 1 (0.1) |
| Metabolic and Nutritional Disorders | 3 (0.6) | 4 (0.5) |
| Peripheral edema | 3 (0.6) | 2 (0.2) |
| Musculoskeletal System | 3 (0.6) | 4 (0.5) |
| Nervous System | 22 (4.1) | 73 (8.9) |
| **Dizziness** | **7 (1.3)** | **36 (4.4)** |
| **Somnolence** | **6 (1.1)** | **26 (3.2)** |
| Thinking abnormal | 0 (0.0) | 5 (0.6) |
| Depression | 4 (0.7) | 3 (0.4) |
| Skin and Appendages | 3 (0.6) | 3 (0.4) |
| Special Senses | 2 (0.4) | 5 (0.6) |
| Amblyopia | 1 (0.2) | 4 (0.5) |

1. Includes withdrawals due to non-TESS and TESS adverse events; 3 placebo-treated patients (constipation, dyspepsia, flatulence; dyspepsia; diarrhea), and 4 gabapentin-treated patients (twitching, accidental injury, depression, and hyperglycemia) withdrew due to non-TESS adverse events.
2. Numbers in italics include one additional report found in dataset AELISTP, not previously reported by the sponsor.
Source: Table 21, P. 56, Vol. 1.52, Original ISS 08-06-01 Dataset AELISTP, 11-30-01

Among the open label study 945-411, the three ongoing blinded studies, and the eight combination studies, there were 69 patients who discontinued due to AEs in the original ISS, and an additional 12 patients in the 120-day safety update for a total of 81. The AEs leading to these discontinuations are summarized in Table 7.16 by study drug. Many patients had multiple complaints. Dizziness, somnolence, and dyspepsia were the most common among patients treated with gabapentin alone or with naproxen.

APPEARS THIS WAY
ON ORIGINAL

Table 7.16 AEs Leading to Study Discontinuation, Open Label Study 945-411, Ongoing Blinded Studies, and Combination Studies

|  | GBP/NPN | GBP | NPN | Placebo | GBP/HC or HC | Blinded |
|---|---|---|---|---|---|---|
| Abnormal Stools | 1 |  |  |  |  |  |
| Angioedema |  |  |  |  |  | 1 |
| Aggressiveness |  |  |  |  |  | 1 |
| Amblyopia/ Diplopia | 1 | 1 |  |  |  | 2 |
| Amnesia |  |  |  |  |  | 1 |
| Anemia | 1 |  |  |  |  |  |
| Anorexia | 1 |  |  |  |  |  |
| Asthenia/ Malaise | 2 |  |  |  |  | 5 |
| Ataxia |  |  |  |  |  | 1 |
| Cardiac arrest |  |  |  |  |  | 1 |
| Cellulitis |  | 1 |  |  |  |  |
| Consciousness decreased |  |  |  |  |  | 1 |
| Constipation |  |  |  | 1 |  |  |
| Cutaneous allergy/ rash/ itching | 1 | 1 |  | 1 |  | 2 |
| Degen. Joint Disease |  |  |  |  |  | 1 |
| Diarrhea | 2 | 1 |  |  |  |  |
| Dizziness | 1 | 4 |  |  |  | 4 |
| Duodenal Ulcer/ Gastric ulcer | 2 |  |  |  |  |  |
| Dysarthria |  |  |  |  |  | 1 |
| Elevated LFTs/ | 1 |  | 1 |  |  |  |
| Epigastric / Abdominal pain | 1 | 1 |  |  |  |  |
| Epistaxis | 1 | 1 |  |  |  |  |
| Extrem. paresthesia, weakness |  |  |  |  |  | 2 |
| Falling down |  |  |  |  |  | 1 |
| Flatulence |  |  |  | 1 |  |  |
| Flu-like symptoms/fever |  | 2 |  |  | 6 | 2 |
| GI disorder (GERD)/dyspepsia | 5 |  |  |  |  | 1 |
| Headache/Migraine | 2 | 1 | 1 | 1 |  | 1 |
| Hypotension |  |  |  |  |  | 1 |
| Interaction with opioids |  | 1 |  |  |  |  |
| Liver failure |  |  |  |  |  | 1 |
| Memory disturbance |  |  |  |  |  | 1 |
| Metrorrhagia/abdominal pain |  |  | 2 |  |  |  |
| Nausea | 1 | 1 |  |  |  | 2 |
| Neoplasm |  |  |  |  |  | 2 |
| Opiate withdrawal |  |  |  |  |  | 1 |
| Pain (Knee, Back) | 3 | 1 |  |  |  |  |
| Peripheral edema | 4 | 3 |  |  |  |  |
| Pneumonia | 1 |  |  |  |  |  |
| PVD |  |  |  |  |  | 1 |
| Pyuria | 1 |  |  |  |  |  |
| Respiratory depression |  |  |  |  |  | 1 |
| Somnolence | 4 | 4 |  |  |  | 1 |
| Suicide attempt/ intentional OD |  | 2 |  |  |  |  |
| Tremor |  | 1 |  |  |  | 1 |
| Urinary incontinence |  |  |  |  |  | 1 |
| Varicose Vein |  | 1 |  |  |  |  |
| Vertigo |  | 1 |  |  |  | 1 |
| Vomiting | 1 |  | 1 |  |  | 1 |

| Worsened Neurop/ Neuralgia | | 1 | | | | 2 |

Source: Appendix B.4.2, P. 318, and B4.3, P. 320, Vol. 1.52 Original ISS, Appendix B.3.3, P. 68 Vol. 1, 120-day Safety Update, 12-6-01

Review of the patients narratives from all of the clinical trials revealed that the investigators often attributed the adverse event leading to study discontinuation to study drug. This was particularly true of dizziness, nausea, and somnolence. Exceptions included neuropathy and numbness which were more likely related to the underlying neuropathy resulting in study eligibility. Pyuria, infection, pneumonia, back or knee pain were also unlikely to be attributed to study medication. Several patients on gabapentin and naproxen or naproxen alone had abdominal pain or dyspepsia likely related to the use of the naproxen.

### SECTION 7.3.4 Adverse Events

Adverse events were fairly common during the clinical trials. Among all patients in the neuropathic pain trials, 67% experienced at least one adverse event, compared to 57% of placebo-treated patients. AEs were a little more common among patients with PHN, 72%. Table 7.17 highlights adverse events that were either more common among gabapentin-treated or placebo-treated patients. A full listing of AEs from the neuropathic pain studies is presented in Appendix B.

Among the entire neuropathic pain study population, the most common AEs occurred much more frequently among the gabapentin-treated patients, dizziness (21% gabapentin group vs. 7% placebo group) and somnolence (16% gabapentin group vs. 5% placebo group). These AEs demonstrated a sensitivity to dose, increasing from the 1200 mg/day dose group to the 1800 mg/day dose group, but similarly among the 1800 mg/d, 2400 mg/day and 3600mg/day groups. Peripheral edema and dry mouth were more common among the gabapentin group (5.5% and 3.3%, respectively) compared to placebo (3.0% and 0.9%, respectively).

**APPEARS THIS WAY ON ORIGINAL**

Table 7.17. Treatment Emergent Adverse Events in ≥ 1% of patients, Original Five Completed Neuropathy Studies

| | Gabapentin dose, mg/day | | | | | | | | | | | All Neuropathy GPN N=820 | | All PHN GPN N=336 | | All Neuropathy Placebo N=537 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 600 mg/d N=82 | | 1200 N=82 | | 1800 N=115 | | 2400 N=344 | | 3600 N=197 | | | | | | | | |
| | n | % | n | % | n | % | n | % | n | % | n | % | n | % | n | % |
| Patients with AEs | 40 | 48.8 | 35 | 42.7 | 80 | 69.6 | 237 | 68.9 | 154 | 78.2 | 546 | 66.6 | 242 | 72.0 | 306 | 57.0 |
| Total # of AEs | | | | | | | | | | | 1410 | | 601 | | 679 | |
| AEs/patient | | | | | | | | | | | 1.7 | | 1.9 | | 1.3 | |
| **Dizziness** | 7 | 8.5 | 4 | 4.9 | 33 | 28.7 | 77 | 22.4 | 47 | 23.9 | 168 | 20.5 | 95 | 28.3 | 35 | 6.5 |
| **Somnolence** | 4 | 4.9 | 3 | 3.7 | 20 | 17.4 | 54 | 15.7 | 51 | 25.9 | 132 | 16.1 | 72 | 21.4 | 26 | 4.8 |
| Headache | 7 | 8.5 | 2 | 2.4 | 2 | 2.4 | 20 | 5.8 | 15 | 7.6 | 46 | 5.6 | 11 | 3.3 | 32 | 6.0 |
| Diarrhea | 2 | 2.4 | 3 | 3.7 | 8 | 7.0 | 19 | 5.5 | 15 | 7.6 | 47 | 5.7 | 19 | 5.7 | 26 | 4.8 |
| Infection | 2 | 2.4 | 4 | 4.9 | 4 | 3.5 | 21 | 6.1 | 15 | 7.6 | 46 | 5.6 | 17 | 5.1 | 45 | 8.4 |
| **Peripheral edema** | 4 | 4.9 | 1 | 1.2 | 5 | 4.3 | 18 | 5.2 | 15 | 7.6 | 43 | 5.2 | 28 | 8.3 | 15 | 2.8 |
| Asthenia | 5 | 6.1 | 4 | 4.9 | 6 | 5.2 | 15 | 4.4 | 11 | 5.6 | 41 | 5.0 | 19 | 5.7 | 24 | 4.5 |
| Acc. injury | 3 | 3.7 | 2 | 2.4 | 1 | 0.9 | 18 | 5.2 | 4 | 2.0 | 28 | 3.4 | 11 | 3.3 | 17 | 3.2 |
| Pain | 2 | 2.4 | 4 | 4.9 | 6 | 5.2 | 11 | 3.2 | 3 | 1.5 | 26 | 3.2 | 9 | 2.7 | 30 | 5.6 |
| **Dry mouth** | 1 | 1.2 | 1 | 1.2 | 7 | 6.1 | 9 | 2.6 | 9 | 4.6 | 27 | 3.3 | 16 | 4.8 | 5 | 0.9 |
| Abdominal pain | 2 | 2.4 | 0 | 0.0 | 3 | 2.6 | 14 | 4.1 | 4 | 2.0 | 23 | 2.8 | 9 | 2.7 | 18 | 3.4 |
| Constipation | 4 | 4.9 | 0 | 0.0 | 4 | 3.5 | 6 | 1.7 | 6 | 3.0 | 20 | 2.4 | 13 | 3.9 | 9 | 1.7 |
| Back pain | 0 | 0.0 | 2 | 2.4 | 1 | 0.9 | 8 | 2.3 | 7 | 3.6 | 18 | 2.2 | 4 | 1.2 | 8 | 1.5 |
| Ataxia | 1 | 1.2 | 1 | 1.2 | 1 | 0.9 | 4 | 1.2 | 12 | 6.1 | 19 | 2.3 | 11 | 3.3 | 0 | 0.0 |
| Weight gain | 3 | 3.7 | 1 | 1.2 | 4 | 3.5 | 6 | 1.7 | 1 | 0.5 | 15 | 1.8 | 6 | 1.8 | 0 | 0.0 |
| Amblyopia | 0 | 0.0 | 0 | 0.0 | 3 | 2.6 | 8 | 2.3 | 4 | 2.0 | 15 | 1.8 | 9 | 2.7 | 2 | 0.4 |
| Flatulence | 2 | 2.4 | 0 | 0.0 | 1 | 0.9 | 3 | 0.9 | 9 | 4.6 | 15 | 1.8 | 7 | 2.1 | 6 | 1.1 |
| Amnesia | 1 | 1.2 | 0 | 0.0 | 1 | 0.9 | 11 | 3.2 | 1 | 0.5 | 14 | 1.7 | 4 | 1.2 | 3 | 0.6 |
| Thinking abnormal | 0 | 0.0 | 0 | 0.0 | 4 | 3.5 | 4 | 1.2 | 6 | 3.0 | 14 | 1.7 | 9 | 2.7 | 0 | 0.0 |
| Confusion | 0 | 0.0 | 1 | 1.2 | 1 | 0.9 | 4 | 1.2 | 8 | 4.1 | 14 | 1.7 | 3 | 0.9 | 4 | 0.7 |
| Rash | 2 | 2.4 | 1 | 1.2 | 1 | 0.9 | 9 | 2.6 | 1 | 0.5 | 14 | 1.7 | 4 | 1.2 | 4 | 0.7 |
| Abnormal gait | 0 | 0.0 | 0 | 0.0 | 2 | 1.7 | 8 | 2.3 | 1 | 0.5 | 11 | 1.3 | 5 | 1.5 | 0 | 0.0 |
| Hypesthesia | 0 | 0.0 | 0 | 0.0 | 1 | 0.9 | 5 | 1.5 | 5 | 2.5 | 11 | 1.3 | 4 | 1.2 | 4 | 0.7 |
| Depression | 0 | 0.0 | 1 | 1.2 | 0 | 0.0 | 7 | 2.0 | 3 | 1.5 | 11 | 1.3 | 2 | 0.6 | 12 | 2.2 |
| Dyspnea | 1 | 1.2 | 0 | 0.0 | 2 | 1.7 | 4 | 1.2 | 2 | 1.0 | 9 | 1.1 | 4 | 1.2 | 3 | 0.6 |
| Hyperglycemia | 1 | 1.2 | 1 | 1.2 | 0 | 0.0 | 3 | 0.9 | 4 | 2.0 | 9 | 1.1 | 4 | 1.2 | 2 | 0.4 |
| Vertigo | 1 | 1.2 | 2 | 2.4 | 0 | 0.0 | 3 | 0.9 | 3 | 1.5 | 9 | 1.1 | 1 | 0.3 | 2 | 0.4 |

Source: Table 7, P. 24, Vol. 1.52, Source: Database: aelistp.xpt, 11-30-01

Among the PHN studies, the AEs occurring in at least 1% of any treatment group are presented in Table 7.18. The full AE table is present in Addendum. The most common AEs experienced during these clinical trials were dizziness, somnolence, peripheral edema, asthenia, diarrhea, and infection which all occurred in more than 5% of gabapentin-treated patients.

There was a small increase in the overall incidence in adverse events based on treatment group assignment, with 69.6% of patients in the 1800 mg/day group, 72.2% of patients in the 2400 mg/day group, and 74.3% of patients in the 3600 mg/day group experiencing

adverse events. (Table 7, P. 25, Vol. 3, 12-20-01) While the placebo and 1800 mg/day groups had a similar number of AEs per patient, this increased across the 2400 mg/day and 3600 mg/day treatment groups.

As highlighted in Table 7.18, dizziness, somnolence, and peripheral edema were the three most common AEs, and were much more common among the gabapentin treated patients than placebo. Dry mouth, accidental injury, ataxia, amblyopia (referring to blurred vision), thinking abnormal, abnormal gait, and incoordination were all more common among the gabapentin treated patients. Pain, depression, and anorexia were more common among the placebo-treated patients.

Table 7.18 Treatment Emergent Adverse Events in ≥ 1% of Any Treatment Group, PHN Studies

| | Placebo N=227 | | Gabapentin, mg/day | | | | | | All Gabapentin N=336 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1800 N=115 | | 2400 N=108 | | 3600 N=113 | | | |
| No of AEs | 245 | | 167 | | 181 | | 253 | | 601 | |
| No of pts with AE | 113 | 49.8% | 80 | 69.6% | 78 | 72.2% | 84 | 74.3% | 242 | 72.0% |
| No of AEs/pt | 2.17 | | 2.09 | | 2.32 | | 3.01 | | 2.5 | |
| | N | % | N | % | N | % | N | % | N | % |
| Dizziness | 17 | 7.5 | 33 | 28.7 | 35 | 32.4 | 27 | 23.9 | 95 | 28.3 |
| Somnolence | 12 | 5.3 | 20 | 17.4 | 21 | 19.0 | 31 | 27.4 | 72 | 21.4 |
| Peripheral edema | 6 | 2.6 | 5 | 4.4 | 12 | 11.1 | 11 | 9.7 | 28 | 8.3 |
| Asthenia | 11 | 4.9 | 6 | 5.2 | 6 | 5.6 | 7 | 6.2 | 19 | 5.7 |
| Diarrhea | 7 | 3.1 | 8 | 7.0 | 5 | 4.6 | 6 | 5.3 | 19 | 5.7 |
| Infection | 8 | 3.5 | 3 | 2.6 | 5 | 4.6 | 9 | 8.0 | 17 | 5.1 |
| Dry mouth | 3 | 1.3 | 7 | 6.1 | 5 | 4.6 | 4 | 3.5 | 16 | 4.8 |
| Constipation | 4 | 1.8 | 4 | 3.5 | 4 | 3.7 | 5 | 4.4 | 13 | 3.9 |
| Nausea | 7 | 3.1 | 1 | 0.9 | 6 | 5.6 | 6 | 5.3 | 13 | 3.9 |
| Accidental injury | 2 | 0.9 | 1 | 0.9 | 7 | 6.5 | 3 | 2.7 | 11 | 3.3 |
| Ataxia | 0 | 0.0 | 1 | 0.9 | 2 | 1.9 | 8 | 7.1 | 11 | 3.3 |
| Headache | 7 | 3.1 | 2 | 1.7 | 4 | 3.7 | 5 | 4.4 | 11 | 3.3 |
| Vomiting | 4 | 1.8 | 4 | 3.5 | 3 | 2.8 | 4 | 3.5 | 11 | 3.3 |
| Abdominal pain | 6 | 2.6 | 3 | 2.6 | 3 | 2.8 | 3 | 2.7 | 9 | 2.7 |
| Amblyopia | 2 | 0.9 | 3 | 2.6 | 3 | 2.8 | 3 | 2.7 | 9 | 2.7 |
| Pain | 12 | 5.3 | 6 | 5.2 | 2 | 1.9 | 1 | 0.9 | 9 | 2.7 |
| Thinking abnormal | 0 | 0.0 | 4 | 3.5 | 2 | 1.9 | 3 | 2.7 | 9 | 2.7 |
| Flatulence | 4 | 1.8 | 1 | 0.9 | 0 | 0.0 | 6 | 5.3 | 7 | 2.1 |
| Tremor | 4 | 1.8 | 2 | 1.7 | 3 | 2.8 | 1 | 0.9 | 6 | 1.8 |
| Weight gain | 0 | 0.0 | 4 | 3.5 | 1 | 0.9 | 1 | 0.9 | 6 | 1.8 |
| Abnormal gait | 0 | 0.0 | 2 | 1.7 | 2 | 1.9 | 1 | 0.9 | 5 | 1.5 |
| Incoordination | 0 | 0.0 | 2 | 1.7 | 0 | 0.0 | 3 | 2.7 | 5 | 1.5 |
| Neuralgia | 4 | 1.8 | 0 | 0.0 | 1 | 0.9 | 4 | 3.5 | 5 | 1.5 |
| Amnesia | 2 | 0.9 | 1 | 0.9 | 3 | 2.8 | 0 | 0.0 | 4 | 1.2 |
| Back pain | 6 | 2.6 | 1 | 0.9 | 1 | 0.9 | 2 | 1.8 | 4 | 1.2 |
| Conjunctivitis | 0 | 0.0 | 1 | 0.9 | 1 | 0.9 | 2 | 1.8 | 4 | 1.2 |

Table 7.18 continues

Table 7.19. Dose at Onset for AEs Occurring in ≥ 2% of Gabapentin-Treated Patients in 2 Pivotal Studies of PHN, Number (%) of Patients (ITT)

| Adverse Event | Any GBP N=336 | Gabapentin Dosage Range (mg/day) | | | | | | Unknown |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 0 | 1 to 600 | 601 to 1200 | 1201 to 1800 | 1801 to 2400 | 2401 to 3600 | |
| | N (%) | N (%) | N (%) | N (%) | N (%) | N (%) | N (%) | N (%) |
| Dizziness | 94 (28.0) | 0 (0.0) | 34 (36.2) | 28 (29.8) | 21 (22.3) | 7 (7.4) | 4 (4.3) | 0 (0.0) |
| Somnolence | 72 (21.4) | 0 (0.0) | 29 (40.3) | 17 (23.6) | 17 (23.6) | 3 (4.2) | 6 (8.3) | 0 (0.0) |
| Peripheral Edema | 28 (8.3) | 0 (0.0) | 1 (3.6) | 3 (10.7) | 9 (32.1) | 10 (35.7) | 5 (17.9) | 0 (0.0) |
| Asthenia | 19 (5.7) | 0 (0.0) | 6 (31.6) | 4 (21.1) | 5 (26.3) | 2 (10.5) | 1 (5.3) | 1 (5.3) |
| Diarrhea | 19 (5.7) | 2 (10.5) | 0 (0.0) | 5 (26.3) | 6 (31.6) | 1 (53) | 5 (26.3) | 0 (0.0) |
| Infection | 17 (5.1) | 1 (5.9) | 2 (11.8) | 2 (11.8) | 3 (17.6) | 3 (17.6) | 6 (35.3) | 0 (0.0) |
| Dry mouth | 16 (4.8) | 0 (0.0) | 3 (18.8) | 3 (18.8) | 7 (43.8) | 2 (12.5) | 0 (0.0) | 1 (6.3) |
| Constipation | 13 (3.9) | 0 (0.0) | 2 (15.4) | 8 (61.5) | 1 (7.7) | 1 (7.7) | 0 (0.0) | 1 (7.7) |
| Nausea | 13 (3.9) | 0 (0.0) | 7 (53.8) | 2 (15.4) | 1 (7.7) | 0 (0.0) | 3 (23.1) | 0 (0.0) |
| Vomiting | 11 (3.3) | 1 (11.1) | 2 (18.2) | 3 (27.3) | 1 (9.1) | 1 (9.1) | 3 (27.3) | 0 (0.0) |
| Accidental Injury | 11 (3.3) | 1 (9.1) | 0 (0.0) | 1 (9.1) | 5 45.5 | 4 (36.4) | 0 (0.0) | 0 (0.0) |
| Ataxia | 11 (3.3) | 0 (0.0) | 6 (54.5) | 1 (9.1) | 3 (27.3) | 0 (0.0) | 1 (9.1) | 0 (0.0) |
| Headache | 11 (3.3) | 0 (0.0) | 1 (9.1) | 2 (18.2) | 3 (27.3) | 3 (27.3) | 2 (18.2) | 0 (0.0) |
| Abdominal Pain | 9 (2.7) | 0 (0.0) | 1 (11.1) | 4 (44.4) | 3 (33.3) | 1 (11.1) | 0 (0.0) | 0 (0.0) |
| Amblyopia | 9 (2.7) | 0 (0.0) | 3 (33.3) | 2 (22.2) | 3 (33.3) | 1 (11.1) | 0 (0.0) | 0 (0.0) |
| Pain | 9 (2.7) | 1 (11.1) | 0 (0.0) | 0 (0.0) | 5 (55.6) | 3 (33.3) | 0 (0.0) | 0 (0.0) |
| Thinking Abnormal | 9 (2.7) | 0 (0.0) | 3 (33.3) | 0 (0.0) | 5 (55.6) | 0 (0.0) | 1 (11.1) | 0 (0.0) |
| Flatulence | 7 (2.1) | 0 (0.0) | 0 (0.0) | 3 (42.9) | 2 (28.6) | 0 (0.0) | 2 (28.6) | 0 (0.0) |

Source Table 12, P. 36, Vol. 3, 12-20-01

Clinical Pharmacology Studies
Thirteen of 14 healthy volunteers in study 945-190 experienced total of 172 treatment emergent adverse events. Twelve of 18 healthy volunteers in Study 1032-015 experienced 28 treatment emergent adverse events. The most common events were dizziness, somnolence and dry mouth. A table listing all of the AEs occurring in at least 2 patients is provided in Appendix C. There were no unexpected or serious adverse events during these studies.

Comparison with Epilepsy Trials
The sponsor provided two tables to compare the more common treatment emergent adverse events occurring during the original five completed neuropathy trials and epilepsy add-on trials. The two tables were merged below into Table 7.20. The two populations differed in age and treatment. The epilepsy patients averaged 34 years of age and were treated with dosages up to 1800 mg/day compared with the neuropathic pain patients who averaged 634 years of age and dosages up to 3600 mg/day. The adverse events that occurred during the neuropathic pain trials were consistent with what is known about gabapentin from the add-on studies in epilepsy. The epilepsy patients had more ataxia, nystagmus, fatigue, somnolence, tremor, but this may have been related to the fact that the gabapentin was added to a regimen of other anticonvulsants that are as a group, known to cause these adverse events.

Table 7.20 Percent of Treatment Emergent AEs in ≥3% of Patients, Neuropathy and Epilepsy Add-on Studies

| | All Neuropathy GPN N=820 | PHN GPN N=336 | Neuropathy Placebo N=537 | Epilepsy GPN (N=543%) | Epilepsy Placebo (N=378) |
|---|---|---|---|---|---|
| Abdominal pain | 3.0 | 2.7 | 3.9 | | |
| Abnormal gait | 1.3 | 1.5 | 0.0 | | |
| Acc. injury | 3.9 | 3.3 | 3.2 | 1.3 | 0.0 |
| Amblyopia | 1.8 | 2.7 | 0.4 | 4.2 | 1.1 |
| Amnesia | 1.8 | 1.2 | 0.6 | 2.2 | 0 |
| Asthenia/fatigue | 5.2 | 5.7 | 4.7 | 11.0 | 5.0 |
| Ataxia | 2.3 | 3.3 | 0.0 | 12.5 | 5.6 |
| Back pain | 2.4 | 1.2 | 1.7 | 1.8 | 0.5 |
| Confusion | 1.7 | 0.9 | 0.7 | | |
| Conjunctivitis | 0.9 | 1.2 | 0.0 | | |
| Constipation | 2.6 | 3.9 | 1.9 | 1.5 | 0.8 |
| Cough increased | 0.9 | 0.9 | 1.1 | 1.8 | 1.3 |
| Depression | 1.3 | 0.6 | 2.2 | 1.8 | 1.1 |
| Diarrhea | 5.9 | 5.7 | 4.8 | | |
| Diplopia | 0.7 | 1.2 | 0.2 | 5.9 | 1.9 |
| Dizziness | 21.3 | 28.3 | 7.1 | 17.1 | 6.9 |
| Dry mouth | 3.3 | 4.8 | 0.9 | 1.7 | 0.5 |
| Dyspepsia | 2.1 | 1.2 | 2.2 | | |
| Dyspnea | 1.1 | 1.2 | 0.6 | | |
| Flatulence | 1.8 | 2.1 | 1.3 | | |
| Flu syndrome | 2.8 | 1.2 | 3.0 | | |
| Headache | 6.1 | 3.3 | 6.7 | | |
| Hyperglycemia | 1.1 | 1.2 | 0.4 | | |
| Hypesthesia | 1.3 | 1.2 | 0.7 | | |
| Impotence | 0.4 | 0.3 | 0.0 | 1.5 | 1.1 |
| Incoordination | 0.9 | 1.5 | 0.0 | 1.1 | 0.3 |
| Increased appetite | 0.7 | 0.6 | 0.2 | 1.1 | 0.8 |
| Infection | 5.6 | 5.1 | 8.4 | | |
| Leukopenia | | | | 1.1 | 0.5 |
| Myalgia | 0.7 | 0.6 | 0.4 | 2.0 | 1.9 |
| Nausea | 5.6 | 3.9 | 5.6 | | |
| Nervousness | 0.9 | 0.3 | 0.6 | 2.4 | 1.9 |
| Nystagmus | 0.4 | 0.9 | 0.0 | 8.3 | 4.0 |
| Otitis media | 1.0 | 1.2 | 0.7 | | |
| Pain | 3.7 | 2.7 | 6.5 | | |
| Peripheral edema | 5.5 | 8.3 | 3.0 | 1.7 | 0.5 |
| Pharyngitis | 2.2 | 1.2 | 1.9 | 2.8 | 1.6 |
| Pruritus | 0.5 | 0.9 | 1.5 | 1.3 | 0.5 |
| Rash | 1.7 | 1.2 | 0.7 | | |
| Rhinitis | 0.9 | 0.6 | 0.7 | 4.1 | 3.7 |
| Somnolence | 16.3 | 21.4 | 5.4 | 19.3 | 8.7 |
| Thinking abnormal | 1.7 | 2.7 | 0.0 | 1.7 | 1.3 |
| Tooth disorder | 0.4 | 0.6 | 0.2 | 1.5 | 0.3 |
| Tremor | 1.1 | 1.8 | 1.1 | 6.8 | 3.2 |
| Vasodilatation | 0.2 | 0.3 | 0.2 | 1.1 | 0.3 |
| Vertigo | 1.1 | 0.3 | 0.4 | | |
| Vomiting | 2.1 | 3.3 | 2.6 | | |
| Weight gain | 1.8 | 1.8 | 0.0 | 2.9 | 1.6 |

### SECTION 7.3.5 Vital Signs and Labs
**Vital Signs**

Blood pressure and heart rate were measured in 4 of 5 neuropathic pain studies. The sponsor notes that there were no clinically important effects of gabapentin on these parameters. No data was provided for review in the ISS. Vital sign data were reviewed from the individual study reports. No clinically meaningful trends or changes were noted.

**Labs**

Clinical laboratory parameters were only collected during Study 945-211. There were eight patients with lab abnormalities recorded as clinically significant changes from baseline. Five of these patients were gabapentin-treated, three placebo-treated. The abnormalities are listed below.

Table 7.21 Clinically Significant Laboratory Abnormalities, Study 945-211

|  | Placebo | Gabapentin |
|---|---|---|
| Glucose Elevated | 1 | 1 |
| BUN Elevated | 1 |  |
| AST/ALT Elevated | 1 | 1 |
| Hematocrit Decreased |  | 1 |
| LDH Elevated |  | 1 |
| GGT and Alk. Phos. elevated |  | 1 |

**APPEARS THIS WAY ON ORIGINAL**

## SECTION 8 GABAPENTIN DOSING

The two pivotal clinical trials, Study 945-211 and Study 945-295 evaluated were designed with different treatment arms. Study 945-211 titrated patients to 3600 mg/day. Study 945-295 titrated patients to either 1800 mg/day or 2400 mg/day. While both studies demonstrated efficacy as gabapentin treated patients having statistically significantly greater pain reduction at study completion compared to placebo treated patients, the lack of replicated dosing arms in the two studies leaves the open the question of whether adequate replication of the effective dose was demonstrated. Two approaches have been reviewed to determine if there is adequate data from the two pivotal trials to determine if there is adequate information to describe appropriate dosing of gabapentin for neuropathy associated with PHN.

First, an attempt was made to glean information from the titration period of Study 945-211 to replicate the 1800 mg/day and 2400 mg/day doses. Theoretically, had the titration schedule been followed very closely, all subjects in the active treatment arm would have been titrated to 1800 mg/day by Day 13 and 2400 mg/day by Day 20 and on these doses or close to a week. The sponsor reports that this approach contributes to the finding of a dose response. However, a review of the duration of time patients were on these doses revealed that this duration was very variable between patients, and that the median duration at these titration points was 2 days for both treatment arms. Furthermore few patients were on these doses for more than 2-4 days. The variability in duration on each titration step between patients means the effects of different doses could not be reliably determined by looking at efficacy results from Day 13 or Day 20. Across the study, patients would be on many different doses at these specific timepoints. The effects of gabapentin is believed to require from several days to weeks to fully manifest. The duration of time on the intermediate doses during the titration period was too brief to provide meaningful data reflective of the effects of those doses on pain.

Second, the size of the treatment effect was examined in both studies. The absolute pain scores from the End of Study are so similar across the studies for all gabapentin treated groups as to suggest comparable efficacy of the three doses of gabapentin that were studies. This needs to be viewed in the context of a slightly greater placebo effect in study 945-295. This difference in placebo effect was taken into account in the modeling of simulation expectations performed by the Biopharmaceutics reviewer. The reader is referred to the detailed discussion of this analysis and a full description of the methods in the Biopharmaceutics review.

Table 8.1

|  | Study 945-211 | | Study 945-295 | | |
| --- | --- | --- | --- | --- | --- |
| Statistics | Placebo N=116 | Gabapentin 3600 mg N=109 | Placebo N=111 | Gabapentin 1800 mg N=115 | Gabapentin 2400 mg N=108 |
| Average Weekly Diary Pain Score, Mean (SD) | | | | | |
| Baseline | 6.5 (1.7) | 6.3 (1.7) | 6.4 (1.6) | 6.5 (1.7) | 6.5 (1.6) |
| Week 8 (or last visit) | 6.0 (2.4) | 4.2 (2.3) | 5.3 (2.3)$^a$ | 4.3 (2.5)$^a$ | 4.2 (2.1)$^a$ |
| Responder rate (≥50% change) | 12% | 31% | 14% | 32% | 34% |