SECTION 8 GABAPENTIN DOSING

The two pivotal clinical trials, Study 945-211 and Study 945-295 evaluated were designed with different treatment arms. Study 945-211 titrated patients to 3600 mg/day. Study 945-295 titrated patients to either 1800 mg/day or 2400 mg/day. While both studies demonstrated efficacy as gabapentin treated patients having statistically significantly greater pain reduction at study completion compared to placebo treated patients, the lack of replicated dosing arms in the two studies leaves the open question of whether adequate replication of the effective dose was demonstrated. Two approaches have been reviewed to determine if there is adequate data from the two pivotal trials to determine if there is adequate information to describe appropriate dosing of gabapentin for neuropathy associated with PHN.

First, an attempt was made to glean information from the titration period of Study 945-211 to replicate the 1800 mg/day and 2400 mg/day doses. Theoretically, had the titration schedule been followed very closely, all subjects in the active treatment arm would have been titrated to 1800 mg/day by Day 13 and 2400 mg/day by Day 20 and on these doses or close to a week. The sponsor reports that this approach contributes to the finding of a dose response. However, a review of the duration of time patients were on these doses revealed that this duration was very variable between patients, and that the median duration at these titration points was 2 days for both treatment arms. Furthermore few patients were on these doses for more than 2-4 days. The variability in duration on each titration step between patients means the effects of different doses could not be reliably determined by looking at efficacy results from Day 13 or Day 20. Across the study, patients would be on many different doses at these specific timepoints. The effects of gabapentin is believed to require from several days to weeks to fully manifest. The duration of time on the intermediate doses during the titration period was too brief to provide meaningful data reflective of the effects of those doses on pain.

Second, the size of the treatment effect was examined in both studies. The absolute pain scores from the End of Study are so similar across the studies for all gabapentin treated groups as to suggest comparable efficacy of the three doses of gabapentin that were studies. This needs to be viewed in the context of a slightly greater placebo effect in study 945-295. This difference in placebo effect was taken into account in the modeling of simulation expectations performed by the Biopharmaceutics reviewer. The reader is referred to the detailed discussion of this analysis and a full description of the methods in the Biopharmaceutics review.

Table 8.1

| Statistics | Study 945-211 | | Study 945-295 | | |
|---|---|---|---|---|---|
| | Placebo N=116 | Gabapentin 3600 mg N=109 | Placebo N=111 | Gabapentin 1800 mg N=115 | Gabapentin 2400 mg N=108 |
| Average Weekly Diary Pain Score, Mean (SD) | | | | | |
| Baseline | 6.5 (1.7) | 6.3 (1.7) | 6.4 (1.6) | 6.5 (1.7) | 6.5 (1.6) |
| Week 8 (or last visit) | 6.0 (2.4) | 4.2 (2.3) | 5.3 (2.3)[a] | 4.3 (2.5)[a] | 4.2 (2.1)[a] |
| Responder rate (≥50% change) | 12% | 31% | 14% | 32% | 34% |

The results of a responder analysis from Study 945-295 demonstrated responder rates of 32% for the 1800 mg/day treatment group and 34% for the 2400 mg/day treatment group. The responder rate from the gabapentin treated patients in Study 945-211, was calculated from the efficacy dataset to be 31% for the gabapentin 3600 mg group. Thus the responder rates were similar for all three gabapentin treatment groups.

The findings of quantitatively similar efficacy findings from the two studies supports the efficacy of the 1800 mg/day dose, with little additional benefit from the higher doses. This is further supported by the appearance of pain scores from the gabapentin treated groups separating from placebo during titration, prior to reaching the final titrated doses.

These results demonstrate the efficacy of gabapentin, 1800 mg/day, in the treatment of PHN. Patients should begin titration with a single 300-mg dose on Day 1, 600 mg/day on Day 2 (divided BID), and 900 mg/day on Day 3 (divided TID). Gradual titration should proceed to 1800 mg/day (divided TID). Although an acceptable safety profile has been demonstrated up to a dose of 3600 mg/day, little additional benefit is expected from titration beyond 1800 mg/day.

**APPEARS THIS WAY
ON ORIGINAL**

## SECTION 9  SPECIAL POPULATIONS

### SECTION 9.1 Summary

There was a larger treatment effect in patients $\geq 75$ years. This finding is attributed to a greater bioavailability and exposure due to age-related reductions in renal function, although other unidentified factors may also be contributing to this effect.

Adverse events were overall, more frequent among patients over the age of 75. The only individual adverse events that were notably more common in this group were dizziness and peripheral edema. There were no effects of gender on the distribution of adverse events. There was too little racial diversity to evaluate the effects of race on the adverse event profile.

### SECTION 9.2 Integrated Efficacy Analyses - Subgroups

To increase the power of subgroup analyses, the sponsor performed these on a combined group of patients, all of those in the two pivotal neuropathic pain trials (ISE, Vol. 10, 12-20-01). The characteristics of this combined population from Studies 945-211 and 945-295 are presented in Table7.31.

Table 9.1  Patient Characteristics, ITT Population: 2 Pivotal Studies of PHN

| | | Gabapentin | | | | |
|---|---|---|---|---|---|---|
| | Placebo N=227 | GBP 1800 mg/day N=115 | GBP 2400 mg/day N=108 | GBP 3600 mg/day N=113 | Any GBP N-316 | All Patients N 563 |
| Gender, n (%) | | | | | | |
| Men | 102 (44.9) | 46 (40.0) | 46 (42.6) | 63 (55.8) | 155 (46.1) | 257 (45.6) |
| Women | 125 (55.1) | 69 (60.0) | 62 (57.4) | 50 (44.2) | 181 (53.9) | 306 (54.4) |
| Race, n (%) | | | | | | |
| White | 109 (48.0) | NA | NA | 99 (87.6) | 99 (29.5) | 208 (36.9) |
| Black | 3 (1.3) | NA | NA | 10 (8.8) | 10 (3.0) | 13 (2.3) |
| Hispanic | 3 (1.3) | NA | NA | 2 (1.8) | 2 (0.6) | 5 (0.9) |
| Asian/Pacific Islander | 1 (0.4) | NA | NA | 2 (1.8) | 2 (0.6) | .3 (0.51 |
| Not Specified | 111 (48.9) | 115 (100.0) | 108 (100.0) | 0 (0.0) | 223 (66.4) | 334 (59.3) |
| Age (Years) | | | | | | |
| Mean | 72.5 | 72.8 | 73.7 | 70.8 | 72.4 | 72.4 |
| (SD) | 10.7 | 9.4 | 10.1 | 10.5 | 10.0 | 10.3 |
| Median | 74 | 74 | 76 | 72 | 74.5 | 74 |
| Min. Max | 28,94 | 22,88 | 36,90 | 36, 90 | 22,90 | 22.94 |
| Age Categories, n I%) | | | | | | |
| 18 to 64 Years | 45 (19.8) | 21 (18.3) | 19 (17.6) | 26 (23.0) | 66 (19.6) | 111 (19.7) |
| 65 to 74 Years | 70 (30.8) | 37 (32.2) | 27 (25.0) | 38 (33.6) | 102 (30.4) | 172 (30.6) |
| 75 or greater Years | 112 (493) | 57 (49.6) | 62 (57.4) | 49 (43.4) | 168 (50.0) | 280 (49.7) |
| Baseline Mean Pain Score | | | | | | |
| Mean | 6.4 | 6.5 | 6.5 | 6.325 | 6.4 | 6.4 |
| (SD) | 1.7 | 1,7 | 1.6 | 1.667 | 1.7 | 1.7 |
| Median | 6.3 | 6.3 | 6.2 | 6.429 | 6.3 | 6.3 |
| Min, Max | | | | | | |

ITT = Intent-to-Treat; SD = Standard Deviation.
Source: Sponsor's Table 7, P. 28, Vol. 10, 12-20-01

Age

There was a large proportion of patients in the over 75 age category in the two pivotal studies supporting efficacy, 945-211 and 945-295, 49.9%, reflective of the population afflicted with PHN. Using an ANCOVA model adjusted for study with baseline score as a covariate to evaluate the effects of age on primary efficacy, a greater treatment effect was found for patients $\geq 75$ years of age. A second ANCOVA model including age, treatment group, protocol, baseline pain, and treatment group-by-age found a statistically significant interaction between age and treatment group ($p < 0.01$). This finding supported a larger treatment effect in patients $\geq 75$ years. The finding of a greater treatment effect in this population is attributed to a greater bioavailability and exposure due to age-related reductions in renal function.

Gender

The sponsor evaluated the effects of gender on primary efficacy using an ANCOVA model adjusted for study with baseline score as a covariate. This analysis found efficacy did not differ in a meaningful way across gender groups. A second ANCOVA model including gender, treatment group, protocol, baseline pain, and treatment group-by-gender found no statistically significant interactions between gender and treatment group.

Race

Data on race was not collected in study 945-295. There was a very small number of non-Caucasian subjects in 945-211, 14, compared with Caucasian patients, 95, limiting the value of statistical comparisons.

**SECTION 9.3 Safety - Subgroups**

Age

Patients over the age of 75 were well represented in this safety database. This is due to the demographics of patients with PHN who tend to be older. Nearly half of the patients enrolled in the PHN trials were over 75, and this group represented approximately one quarter of the entire neuropathy population.

Among all of the completed neuropathy trials, dizziness and somnolence were the most common individual AEs, and while notably different from placebo, did not demonstrate a consistent difference across the age groups. Peripheral edema was more common among the over 75 gabapentin treated group compared to the younger gabapentin treated groups and compared to the over 75 placebo group.

APPEARS THIS WAY
ON ORIGINAL

Table 9.2  Adverse Events that Occurred in >_5%[a] of Patients Number (%) of Patients by Age in Original Five Completed Neuropathy Trials (ITT)

| Adverse Event | Placebo | | | Any Gabapentin | | |
|---|---|---|---|---|---|---|
| | 18 to 64 | 65 to 74 | >75 | 18 to 64 | 65 to 74 | >75 |
| | N=272 | N=130 | N=135 | N=401 | N=211 | N=208 |
| Dizziness | 15 (5.5) | 6 (4.6) | 14 (10.4) | 69 (17.2)* | 43 (20.4)* | 56 (26.9)* |
| Somnolence | 13 (4.8) | 7 (5.4) | 6 (4.4) | 56 (14.0)* | 39 (18.5)* | 37 (17.8)* |
| Peripheral Edema | 10 (3.7) | 2 (1.5) | 3 (2.2) | 13 (3.2) | 11 (5.2) | 19 (9.1)* |
| Infection | 28 (10.3) | 6 (4.6 | 5 (3.7) | 22 (5.5) | 2 (0.9) | 14 (6.7) |
| Diarrhea | 15 (5.5) | 7 (5.4) | 2 (1.5) | 28 (7.0) | 9 (4.3) | 10 (4.8) |
| Nausea | 21 (7.7) | 4 (3.1) | 3 (2.2) | 25 (6.2) | 10 (4.7) | 8 (3.8) |
| Asthenia | 18 (6.6 | 1 (0.8) | 5 (3.7) | 24 (6.0) | 9 (4.3) | 8 (3.8) |
| Pain | 16 (5.9) | 5 (3.8) | 9 (6.7) | 11 (2.7) | 7 (3.3) | 8 (3.8) |
| Headache | 27 (9.9) | 3 (2.3) | 2 (1.5) | 35 (8.7) | 7 (3.3) | 1.9) |

a  Includes placebo- or gabapentin-treated (any gabapentin) patients in any age group; sorted by gabapentin $\geq$75 years
* Statistically significant compared with placebo (odds ratio confidence interval does not include 1 or p <0.05 from Fisher's exact test)
Source: Table 14, P. Vol. 1.52

Among the PHN patients, the findings were similar.  Gabapentin-treated patients over 75 years of age had a somewhat greater incidence of adverse events (76%) than those under 75 (68%).  This difference in gabapentin-treated patients was more notable given that placebo-treated patients less than 65 experienced more adverse events (60%) than either of the 65-74 and over 75 placebo age groups (44% and 49%, respectively).   As with the entire neuropathy population, dizziness and somnolence were the most common individual AEs, although they did not demonstrate a consistent difference across the age groups.  Peripheral edema was more common among the over 65 and over 75 gabapentin treated group compared to the younger gabapentin treated group and compared to the over 65 and over 75 placebo groups.  Ataxia was also more common in the over 75 gabapentin group.   Asthenia, dry mouth, and headache more common in the both placebo and gabapentin-treated patients under 65.

**APPEARS THIS WAY
ON ORIGINAL**

Table 9.3  AEs in $\geq 4^a$ of Patients by Age (Years) in PHN Studies, Number (%) of Patients (ITT)

| Adverse Event | Placebo | | | Any Gabapentin | | |
|---|---|---|---|---|---|---|
| | 18 to 64 N=45 | 65 to 74 N=70 | $\geq$75 N=112 | 18 to 64 N=66 | 65 to 74 N=102 | $\geq$75 N=168 |
| Number of Patients with AEs | 27 (60.0) | 31 (44.3) | 55 (49.1) | 45 (68.2) | 70 (68.6) | 127 (75.6) |
| Dizziness | 3 (6.7) | 1 (1.4) | 13 (11.6) | 22 (33.3) | 25 (24.5) | 47 (28.0) |
| Somnolence | 1 (2.2) | 5 (7.1) | 6 (5.4) | 11 (16.7) | 27 (26.5) | 34 (20.2) |
| Peripheral Edema | 1 (2.2) | 1 (1.4) | 3 (2.7) | 1 (1.5) | 9 (8.8) | 18 (10.7) |
| Infection | 3 (6.7) | 2 (2.9) | 3 (2.7) | 5 (7.6) | 1 (1.0) | 11 (6.5) |
| Diarrhea | 0 (0.0) | 5 (7.1) | 2 (1.8) | 4 (6.1) | 5 (4.9) | 10 (6.0) |
| Constipation | 2 (4.4) | 0 (0.0) | 2 (1.8) | 1 (1.5) | 4 (3.9) | 8 (4.8) |
| Ataxia | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (1.5) | 2 (2.0) | 8 (4.8) |
| Asthenia | 5 (11.1) | 1 (1.4) | 5 (4.5) | 6 (9.1) | 6 (5.9) | 7 (4.2) |
| Pain | 2 (4.4) | 1 (1.4) | 9 (8.0) | 0 (0.0) | 2 (2.0) | 7 (4.2) |
| Vomiting | 0 (0.0) | 1 (1.4) | 3 (2.7) | 0 (0.0) | 4 (3.9) | 7 (4.2) |
| Dry mouth | 2 (4.4) | 0 (0.0) | 1 (0.9) | 6 (9.1) | 4 (3.9) | 6 (3.6) |
| Nausea | 2 (4.4) | 2 (2.9) | 3 (2.7) | 3 (4.5) | 4 (3.9) | 6 (3.6) |
| Amblyopia | 0 (0.0) | 1 (1.4) | 1 (0.9) | 3 (4.5) | 0 (0.0) | 6 (3.6) |
| Headache | 3 (6.7) | 2 (2.9) | 2 (1.8) | 4 (6.1) | 3 (2.9) | 4 (2.4) |
| Abdominal Pain | 1 (2.2) | 1 (1.4) | 4 (3.6) | 3 (4.5) | 2 (2.0) | 4 (2.4) |
| Thinking Abnormal | 0 (0.0) | 0 (0.0) | 0 (0.0) | 3 (4.5) | 3 (2.9) | 3 (1.8) |
| Dyspepsia | 3 (6.7) | 1 (1.4) | 2 (1.8) | 1 (1.5) | 1 (1.0) | 2 (1.2) |
| Flu syndrome | 2 (4.4) | 0 (0.0) | 1 (0.9) | 0 (0.0) | 2 (2.0) | 2 (1.2) |
| pruritus | 0 (0.0) | 3 (4.3) | 1 (0.9) | 1 (1.5) | 0 (0.0) | 2 (1.2) |
| Anorexia | 2 (4.4) | 2 (2.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.6) |
| Arthralgia | 2 (4.4) | 0 (0.0) | 1 (0.9) | 0 (0.0) | 0 (0.0) | 1 (0.6) |
| Amnesia | 2 (4.4) | 0 (0.0) | 0 (0.0) | 1 (1.5) | 2 (2.0) | 1 (0.6) |
| Depression | 4 (8.9) | 0 (0.0) | 0 (0.0) | 1 (1.5) | 1 (1.0) | 0 (0.0) |
| Malaise | 2 (4.4) | 0 (0.0) | 1 (0.9) | 1 (1.5) | 0 (0.0) | 0 (0.0) |
| Colitis | 2 (4.4) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) |

a.  Includes Placebo- or gabapentin-treated (Any Gabapentin) patients in any age group; sorted by gabapentin $\geq$75 years
Source: Table 15, P. 40, Vol. 3, 12-20-01

Gender
The study population was well distributed across both genders with a nearly 50:50 representation.  There were no clinically notable differences in the occurrence of AEs in men and women, although the treatment group differences were maintained in the gender subgroups.  This was true for the entire neuropathy population as well as the PHN population.

NDA 21-397.doc

Table 9.4  Adverse Events that Occurred in >5%[a] of Men or Women in the Original Five Completed Neuropathy Studies, Number (%) of Patients (ITT)

| Adverse Event | Placebo | | Any Gabapentin | |
|---|---|---|---|---|
| | Men | Women | Men | Women |
| | N=268 | N=269 | N=413 | N=407 |
| Dizziness | 17 (6.3) | 18 (6.7) | 78 (18.9)* | 90 (22.1)* |
| Somnolence | 12 (4.5) | 14 (52) | 67 (16.2)* | 65 (16.0)* |
| Headache | 13 (4.9) | 19 (7.1) | 19 (4.6) | 27 (6.6) |
| Peripheral Edema | 5 (1.9) | 10 (3.7) | 16 (3.9) | 27 (6.6 |
| Asthenia | 8 (3.0) | 16 (5.9) | 16 (3.9) | 25 (6.1) |
| Nausea | 10 (3.7) | 18 (6.7) | 20 (4.8) | 23 (5.7) |
| Diarrhea | 14 (5.2) | 10 (3.7) | 27 (6.5) | 20 (4.9) |
| Infection | 17 (6.3) | 22 (8.2) | 22 (5.3) | 16 (3.9) |
| Pain | 15 (5.6) | 15 (5.6) | 16 (3.9) | 10 (2.5 |

a  Includes ?5% of placebo- or gabapentin-treated (any gabapentin ) men or women
* Statistically significant compared with placebo (odds ratio confidence interval does not include 1 or p <0.05 from Fisher's exact test)
Source: Table 13, P. Vol. 1.52

Race
There were too few non-Caucasian patients for meaningful comparisons of AEs by race.

**SECTION 9.4 Pediatric Program**
The sponsor has requested a waiver for studies of gabapentin in PHN in pediatric patients ≤ 17 years of age.  The sponsor reports that while PHN occurs with an annual incidence of 12 cases/100,000 population in adults, it is extremely uncommon in the pediatric population.  The literature supplied by the sponsor supports this contention.  According to one article cited, the incidence of PHN at one year after an acute eruption of herpes zoster was 4.2% in those less than 20 years old.  Children comprised only 5-8% of cases of acute herpes zoster in this review[1].  The incidence of herpes zoster itself was less than 1.4/1,000 per year under the age of 20 in another review article[2].  A Mayo clinic study evaluating the epidemiology of herpes zoster in children and adolescents over a 21 year period[3].  There were 173 cases found resulting in an incidence of herpes zoster ranging from 20 cases per 100,000 person-years in area residents less than five years of age, to 63 cases per 100,000 person-years among ages 15-19.  No PHN was diagnosed among this population.

Based on the available information concerning the occurrence of herpes zoster and PHN in pediatric patients, it would not be reasonably possible to conduct a study of the efficacy of gabapentin in PHN.  The waiver for such studies should be granted.

---

[1] Portenoy RK, Duma C, Foley K.  Acute Herpetic and Postherpetic Neuralgia: Clinical Review and Current Management. Ann Neurol 20:651-664, 1986.
[2] Hope-Simmons, RE.  The Nature of Herpes Zoster: A Long-term Study and a New Hypothesis.  Proc. of the Royal Soc of Med 58:9-20, 1965.
[3] Guess HA, Broughton MD, Melton LJ, Kurland LT.  Epidemiology of Herpes Zoster in Children and Adolescents: A Population-Based Study.  Pediatrics 76:512-516, 1985.

# APPENDICES

## Appendix A
Adverse events leading to Discontinuation

| Body System<br>Preferred Term | Placebo<br>N = 537 | Any GBP<br>N = 820 |
|---|---|---|
| Number of Patients Withdrawn Due to AEs | 58 (10.8) | 108 (13.2) |
| **Body as a Whole** | 16 (3.0) | 22 (2.7) |
| Asthenia | 2 (0.4) | *6 (0.7)* |
| Accidental injury | 2 (0.4) | 4 (0.5) |
| Pain | 2 (0.4) | *5 (0.6)* |
| Abdominal pain | 2 (0.4) | 1 (0.1) |
| Abscess | 0 (0.0) | 1 (0.1) |
| Body odor | 0 (0.0) | 1 (0.1) |
| Cyst | 0 (0.0) | 1 (0.1) |
| Flu syndrome | 1 (0.2) | 1 (0.1) |
| Headache | 5 (0.9) | 1 (0.1) |
| Hernia | 0 (0.0) | 1 (0.1) |
| Infection | 1 (0.2) | 1 (0.1) |
| Malaise | 1 (0.2) | 1 (0.1) |
| Back pain | t (0.2) | 0 (0.0) |
| Generalized edema | 1 (0.2) | 0 (0.0) |
| **Cardiovascular System** | 5 (0.9) | 5 (0.6) |
| Syncope | 1 (0.2) | 3 (0.4) |
| Congestive heart failure | 0 (0.0) | 1 (0.1) |
| Myocardial infarct | 0 (0.0) | 1 (0.1) |
| Angina pectoris | 1 (0.2) | 0 (0.0) |
| Cerebrovascular accident | 1 (0.2) | 0 (0.0) |
| Heart failure | 1 (0.2) | 0 (0.0) |
| Palpitation | 1 (0.2) | *1 (0.1)* |
| **Digestive System** | 21 (3.9) | 24 (2.9) |
| Nausea | 6 (1.1) | *12 (1.3)* |
| Diarrhea | 5 (0.9) | 6 (0.7) |
| Vomiting | 1 (0.2) | 6 (0.7) |
| Gastrointestinal disorder | 2 (0.4) | 3 (0.4) |
| Flatulence | 3 (0.6) | 2 (0.2) |
| Anorexia | 1 (0.2) | 1 (0.1) |
| Cholecystitis | 0 (0.0) | 1 (0.1) |
| Cholelithiasis | 0 (0.0) | 1 (0.1) |
| Constipation | 3 (0.6) | 1 (0.1) |
| Dry mouth | 1 (0.2) | 1 (0.1) |
| Dyspepsia | 5 (0.9) | 1 (0.1) |
| Intestinal obstruction | 0 (0.0) | 1 (0.1) |
| Liver function tests abnormal | 0 (0.0) | 1 (0.1) |
| Rectal hemorrhage | 0 (0.0) | 1 (0.1) |
| Colitis | 1 (0.2) | 0 (0.0) |
| Malabsorption syndrome | 1 (0.2) | 0 (0.0) |
| **Hemic and Lymphatic** | *0 (0.0)* | *1 (0.1)* |
| Lymphoma-like reaction | *0 (0.0)* | *1 (0.1)* |

Appendix A continues

NDA 21-397.doc

Appendix A, continued

| Metabolic and Nutritional Disorders | 3 (0.6) | 4 (0.5) |
|---|---|---|
| Hyperglycemia | 0 (0.0) | *3 (0.4)* |
| Peripheral edema | 3 (0.6) | 2 (0.2) |
| Weight gain | 0 (0.0) | *2 (0.2)* |
| **Musculoskeletal System** | **3 (0.6)** | **4 (0.5)** |
| Arthritis | 0 (0.0) | 2 (0.2) |
| Myasthenia | 2 (0.4) | 2 (0.2) |
| Arthralgia | 1 (0.2) | 0 (0.0) |
| **Nervous System** | **22 (4.1)** | **72 (8.8)** |
| Dizziness | 7 (1.3) | 36 (4.4) |
| Somnolence | 6 (1.1) | 26 (3.2) |
| Thinking abnormal | 0 (0.0) | 5 (0.6) |
| Abnormal gait | 0 (0.0) | 3 (0.4) |
| Ataxia | 0 (0.0) | 3 (0.4) |
| Confusion | 1 (0.2) | 3 (0.4) |
| Hypesthesia | 1 (0.2) | 3 (0.4) |
| Twitching | 0 (0.0) | 3 (0.4) |
| Depersonalization | 0 (0.0) | 2 (0.2) |
| Depression | 4 (0.7) | *3 (0.4)* |
| Incoordination | 0 (0.0) | 2 (0.2) |
| Stupor | 0 (0.0) | 2 (0.2) |
| Tremor | 2 (0.4) | 2 (0.2) |
| Vertigo | 0 (0.0) | 2 (0.2) |
| Extrapyramidal syndrome | 0 (0.0) | 1 (0.1) |
| Libido decreased | 0 (0.0) | 1 (0.1) |
| Myoclonus | 0 (0.0) | 1 (0.1) |
| Neuralgia | 0 (0.0) | 1 (0.1) |
| Nystagmus | 0 (0.0) | 1 (0.1) |
| Paresthesia | 1 (0.2) | 1 (0.1) |
| Speech disorder | 1 (0.2) | 1 (0.1) |
| Abnormal dreams | 1 (0.2) | 0 (0.0) |
| Anxiety | 1 (0.2) | 0 (0.0) |
| Insomnia | 1 (0.2) | 0 (0.0) |
| **Respiratory System** | **0 (0.0)** | **2 (0.2)** |
| Dyspnea | 0 (0.0) | 1 (0.1) |
| Hemoptysis | 0 (0.0) | 1 (0.1) |
| **Skin and Appendages** | **3 (0.6)** | **3 (0.4)** |
| Herpes zoster | 0 (0.0) | 1 (0.1) |
| Maculopapular rash | 0 (0.0) | 1 (0.1) |
| Pruritus | 0 (0.0) | 1 (0.1) |
| Alopecia | 1 (0.2) | 0 (0.0) |
| Rash | 1 (0.2) | 0 (0.0) |
| Sweating | 1 (0.2) | 0 (0.0) |
| Urticaria | *1 (0.2)* | *0 (0.0)* |
| **Special Senses** | **2 (0.4)** | **5 (0.6)** |
| Amblyopia | 1 (0.2) | 4 (0.5) |
| Diplopia | 0 (0.0) | 1 (0.1) |
| Eye pain | 1 (0.2) | 0 (0.0) |

Appendix A continues

Appendix A, continued

| | | |
|---|---|---|
| **Urogenital System** | **1 (0.2)** | **1 (0.1)** |
| Genital edema | 0 (0.0) | 1 (0.1) |
| Scrotal edema | 0 (0.0) | 1 (0.1) |
| Breast neoplasm | 1 (0.2) | 0 (0.0) |

Includes withdrawals due to non-TESS and TESS adverse events; 3 placebo-treated patients
(constipation, dyspepsia, flatulence; dyspepsia; diarrhea), and 4 gabapentin-treated patients (twitching,
accidental injury, depression, and hyperglycemia) withdrew due to non-TESS adverse events.
Source: Table 21, P. 56, Vol. 1.52, Original ISS 08-06-01 Dataset AELISTP, 11-30-01

**APPEARS THIS WAY
ON ORIGINAL**

NDA 21-397.doc

## Appendix B
All Treatment Emergent Adverse Events in Original Five Completed Neuropathy Studies

| | 600 mg/d N=82 | | 1200 N=82 | | 1800 N=115 | | 2400 N=344 | | 3600 N=197 | | all GPN N=820 | | all PHN GPN N=336 | | placebo N=537 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | n | % | n | % | n | % | n | % | n | % | n | % | n | % | n | % |
| Dizziness | 7 | 8.5 | 4 | 4.9 | 33 | 28.7 | 77 | 22.4 | 47 | 23.9 | 168 | 20.5 | 95 | 28.3 | 35 | 6.5 |
| Somnolence | 4 | 4.9 | 3 | 3.7 | 20 | 17.4 | 54 | 15.7 | 51 | 25.9 | 132 | 16.1 | 72 | 21.4 | 26 | 4.8 |
| Diarrhea | 2 | 2.4 | 3 | 3.7 | 8 | 7.0 | 19 | 5.5 | 15 | 7.6 | 47 | 5.7 | 19 | 5.7 | 26 | 4.8 |
| Headache | 7 | 8.5 | 2 | 2.4 | 2 | 2.4 | 20 | 5.8 | 15 | 7.6 | 46 | 5.6 | 11 | 3.3 | 32 | 6.0 |
| Infection | 2 | 2.4 | 4 | 4.9 | 4 | 3.5 | 21 | 6.1 | 15 | 7.6 | 46 | 5.6 | 17 | 5.1 | 45 | 8.4 |
| Nausea | 2 | 2.4 | 1 | 1.2 | 9 | 7.8 | 29 | 8.4 | 13 | 6.6 | 46 | 5.6 | 13 | 3.9 | 30 | 5.6 |
| Peripheral edema | 4 | 4.9 | 1 | 1.2 | 5 | 4.3 | 18 | 5.2 | 15 | 7.6 | 43 | 5.2 | 28 | 8.3 | 15 | 2.8 |
| Asthenia | 5 | 6.1 | 4 | 4.9 | 6 | 5.2 | 15 | 4.4 | 11 | 5.6 | 41 | 5.0 | 19 | 5.7 | 24 | 4.5 |
| Acc. injury | 3 | 3.7 | 2 | 2.4 | 1 | 0.9 | 18 | 5.2 | 4 | 2.0 | 28 | 3.4 | 11 | 3.3 | 17 | 3.2 |
| Dry mouth | 1 | 1.2 | 1 | 1.2 | 7 | 6.1 | 9 | 2.6 | 9 | 4.6 | 27 | 3.3 | 16 | 4.8 | 5 | 0.9 |
| Pain | 2 | 2.4 | 4 | 4.9 | 6 | 5.2 | 11 | 3.2 | 3 | 1.5 | 26 | 3.2 | 9 | 2.7 | 30 | 5.6 |
| Abdominal pain | 2 | 2.4 | 0 | 0.0 | 3 | 2.6 | 14 | 4.1 | 4 | 2.0 | 23 | 2.8 | 9 | 2.7 | 18 | 3.4 |
| Constipation | 4 | 4.9 | 0 | 0.0 | 4 | 3.5 | 6 | 1.7 | 6 | 3.0 | 20 | 2.4 | 13 | 3.9 | 9 | 1.7 |
| Flu syndrome | 1 | 1.2 | 2 | 2.4 | 0 | 0.0 | 16 | 4.7 | 4 | 2.0 | 23 | 2.8 | 4 | 1.2 | 16 | 3.0 |
| Back pain | 0 | 0.0 | 2 | 2.4 | 1 | 0.9 | 8 | 2.3 | 7 | 3.6 | 18 | 2.2 | 4 | 1.2 | 8 | 1.5 |
| Ataxia | 1 | 1.2 | 1 | 1.2 | 1 | 0.9 | 4 | 1.2 | 12 | 6.1 | 19 | 2.3 | 11 | 3.3 | 0 | 0.0 |
| Pharyngitis | 1 | 1.2 | 1 | 1.2 | 3 | 2.6 | 5 | 1.5 | 8 | 4.1 | 18 | 2.2 | 4 | 1.2 | 10 | 1.9 |
| Vomiting | 0 | 0.0 | 0 | 0.0 | 4 | 3.5 | 8 | 2.3 | 5 | 2.5 | 17 | 2.1 | 11 | 3.3 | 14 | 2.6 |
| Dyspepsia | 3 | 3.7 | 0 | 0.0 | 1 | 0.9 | 9 | 2.6 | 4 | 2.0 | 17 | 2.1 | 4 | 1.2 | 12 | 2.2 |
| Flatulence | 2 | 2.4 | 0 | 0.0 | 1 | 0.9 | 3 | 0.9 | 9 | 4.6 | 15 | 1.8 | 7 | 2.1 | 7 | 1.3 |
| Amblyopia | 0 | 0.0 | 0 | 0.0 | 3 | 2.6 | 8 | 2.3 | 4 | 2.0 | 15 | 1.8 | 9 | 2.7 | 2 | 0.4 |
| Weight gain | 3 | 3.7 | 1 | 1.2 | 4 | 3.5 | 6 | 1.7 | 1 | 0.5 | 15 | 1.8 | 6 | 1.8 | 0 | 0.0 |
| Amnesia | 1 | 1.2 | 0 | 0.0 | 1 | 0.9 | 11 | 3.2 | 1 | 0.5 | 14 | 1.7 | 4 | 1.2 | 3 | 0.6 |
| Confusion | 0 | 0.0 | 1 | 1.2 | 1 | 0.9 | 4 | 1.2 | 8 | 4.1 | 14 | 1.7 | 3 | 0.9 | 4 | 0.7 |
| Thinking abnormal | 0 | 0.0 | 0 | 0.0 | 4 | 3.5 | 4 | 1.2 | 6 | 3.0 | 14 | 1.7 | 9 | 2.7 | 0 | 0.0 |
| Rash | 2 | 2.4 | 1 | 1.2 | 1 | 0.9 | 9 | 2.6 | 1 | 0.5 | 14 | 1.7 | 4 | 1.2 | 4 | 0.7 |
| Hypesthesia | 0 | 0.0 | 0 | 0.0 | 1 | 0.9 | 5 | 1.5 | 5 | 2.5 | 11 | 1.3 | 4 | 1.2 | 4 | 0.7 |
| Depression | 0 | 0.0 | 1 | 1.2 | 0 | 0.0 | 7 | 2.0 | 3 | 1.5 | 11 | 1.3 | 2 | 0.6 | 12 | 2.2 |
| Abnormal gait | 0 | 0.0 | 0 | 0.0 | 2 | 1.7 | 8 | 2.3 | 1 | 0.5 | 11 | 1.3 | 5 | 1.5 | 0 | 0.0 |
| Hyperglycemia | 1 | 1.2 | 1 | 1.2 | 0 | 0.0 | 3 | 0.9 | 4 | 2.0 | 9 | 1.1 | 4 | 1.2 | 2 | 0.4 |
| Vertigo | 1 | 1.2 | 2 | 2.4 | 0 | 0.0 | 3 | 0.9 | 3 | 1.5 | 9 | 1.1 | 1 | 0.3 | 2 | 0.4 |
| Dyspnea | 1 | 1.2 | 0 | 0.0 | 2 | 1.7 | 4 | 1.2 | 2 | 1.0 | 9 | 1.1 | 4 | 1.2 | 3 | 0.6 |
| Tremor | 0 | 0.0 | 0 | 0.0 | 2 | 1.7 | 6 | 1.7 | 1 | 0.5 | 9 | 1.1 | 6 | 1.8 | 6 | 1.1 |
| Hypertension | 4 | 4.9 | 3 | 3.7 | 0 | 0.0 | 2 | 0.6 | 0 | 0.0 | 9 | 1.1 | 0 | 0.0 | 6 | 1.1 |
| Otitis media | 0 | 0.0 | 1 | 1.2 | 2 | 1.7 | 1 | 0.3 | 4 | 2.0 | 8 | 1.0 | 4 | 1.2 | 4 | 0.7 |
| Chest pain | 1 | 1.2 | 1 | 1.2 | 1 | 0.9 | 2 | 0.6 | 3 | 1.5 | 8 | 1.0 | 2 | 0.6 | 4 | 0.7 |
| Paresthesia | 0 | 0.0 | 1 | 1.2 | 0 | 0.0 | 5 | 1.5 | 2 | 1.0 | 8 | 1.0 | 2 | 0.6 | 4 | 0.7 |
| UTI | 1 | 1.2 | 0 | 0.0 | 1 | 0.9 | 6 | 1.7 | 0 | 0.0 | 8 | 1.0 | 1 | 0.3 | 3 | 0.6 |
| Rhinitis | 0 | 0.0 | 0 | 0.0 | 1 | 0.9 | 1 | 0.3 | 5 | 2.5 | 7 | 0.9 | 2 | 0.6 | 4 | 0.7 |
| Incoordination | 0 | 0.0 | 0 | 0.0 | 2 | 1.7 | 1 | 0.3 | 4 | 2.0 | 7 | 0.9 | 5 | 1.5 | 0 | 0.0 |
| Insomnia | 1 | 1.2 | 1 | 1.2 | 0 | 0.0 | 1 | 0.3 | 4 | 2.0 | 7 | 0.9 | 3 | 0.9 | 11 | 2.0 |

Appendix B continues