EXHIBIT 84

# C O N F I D E N T I A L

## PFIZER GLOBAL RESEARCH & DEVELOPMENT
## ANN ARBOR LABORATORIES
## ANN ARBOR, MICHIGAN

---

**RESEARCH REPORT NO.:** RR-REG 720-30135

**PGRD AUTHOR(S):**
Holley HP Jr, Purcell TJ, Robbins JL, Wesche D

**DATE ISSUED:** December 13, 2001

**INVESTIGATOR(S):**

**PERIODS COVERED:** 07/02/96 to 12/31/00

**ANALYST(S):**

**DEPARTMENT:** Clinical Research

**COMPOUND NUMBERS (PD,WL,GOE,CI):**
CI-0945, PD 0087842-0000, GOE 3450

**LOT NUMBER(S):**

**PHASE:**

**PROTOCOL NUMBER:**

**NOTEBOOK (OR OTHER REFS):**

**SUGGESTED KEY WORDS:**
Gabapentin, Neurontin, Neuropathic Pain, Diabetic Peripheral Neuropathy, Postherpetic Neuralgia, Safety, Adverse Events

| | |
|---|---|
| **TITLE**: | Integrated Summary of Safety for Gabapentin (CI-945, Neurontin) for the Management of Neuropathic Pain Associated With Postherpetic Neuralgia |

amiodarone, digoxin, cardirene, minitran, morphine, dexamethasone, cisapride, piroxicam, and raniditine. The patient recovered. The investigator determined this event to be severe in intensity and definitely not related to the study medication. The Sponsor considered this labeled event unlikely related to the study medication.

**(S, W) Patient 411_001018 (Study 945-411)      Suicide attempt, Intentional overdose**
**Gabapentin                                                                    Somnolence**

Patient 411_001018 (Study 945-411), a 36-year-old Hispanic woman with painful diabetic peripheral neuropathy and a history of type II diabetes mellitus, intentionally overdosed in a suicide attempt and developed somnolence, requiring hospitalization, after taking 4500 mg of gabapentin on Day 27. An attempt to empty the patient's stomach failed. She received hydration only. Gabapentin therapy was discontinued from the study on Day 28. The patient's clinical status is unknown and she was withdrawn from the study on Day 28. Concomitant medications included hydrocortisone, insulin, chloropropamide, fenformin, and captopril. The investigator determined the adverse events were related to gabapentin. The Sponsor determined the adverse events were related to gabapentin. No portion of the gabapentin 4500 mg overdose was able to be removed from the patient's stomach. Hydrocortisone and insulin therapy was started on Day 27 and was discontinued on Day 28. The patient recovered on Day 28. The investigator determined that somnolence was moderate in intensity and definitely related to gabapentin.

**(S, W) Patient 411_003004 (Study 945-411)                                        Back pain**
**Gabapentin**

Patient 411_003004 (Study 945-411), a 44-year-old woman with painful diabetic peripheral neuropathy, developed sciatic nerve pain (back pain) on Study Day 2 while receiving gabapentin 600 mg/day. The patient felt a strong pain when moving. She went to the hospital on Day 4 and was admitted. She was being treated with diazepam and ketoprofen. Gabapentin therapy was discontinued on Day 10. The patient had not yet recovered. The reporter assessed the event to be severe in intensity and definitely not related to gabapentin.

**(S) Patient 411_010001 (Study 945-411)                                             Ketosis**