EXHIBIT 86



Response to FDA: Neurontin® (gabapentin)

Response to FDA Regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials and Postmarketing Surveillance

0100000431310711.0\Approved\10-Sep-2004 10:25

**Final Signoff Date:**        09 September 2004

**Sponsor's Signatory:**     Bruce Parsons, M.D., Ph.D.

## EXECUTIVE SUMMARY

At the request of the FDA, a comprehensive search of gabapentin clinical trials and postmarketing databases across all patient populations for cases of suicide and suicide attempt was conducted.

The literature indicates that background rates for suicide are higher in patient populations with psychiatric or pain disorders and epilepsy than the rates expected in the general population. Clinical studies and clinical usage of gabapentin include such patient populations and therefore the background rates are an important consideration in this review of suicide and suicide attempt cases in the gabapentin clinical trial and postmarketing data.

Across 92 Phase 2-4 gabapentin studies in various patient populations (including patients with psychiatric disorders, patients with neuropathic and other pain, patients with epilepsy, and patients with other neurology disorders) with over 9000 gabapentin-treated patients and 4495 patient-years of exposure, there were 2 cases of completed suicide in gabapentin-treated subjects (none in placebo-controlled studies, 1 in non-placebo-controlled studies, and 1 that occurred 6 months post-treatment) and no cases in placebo-treated subjects. Both cases involved subjects with epilepsy. In the case that occurred during gabapentin treatment, the investigator considered the suicide as definitely not related to gabapentin; in the case that occurred post-treatment, no investigator causality could be obtained.

Among the 92 studies, there were 12 cases of suicide attempt in gabapentin-treated subjects (1 in placebo-controlled and 11 in non-placebo controlled studies), of which 11 were subjects participating in epilepsy studies and 1 case involved a subject in a neuropathic pain study. There were no cases of suicide attempt in placebo-treated subjects. Nine of the 12 cases were considered by the investigator as having an unlikely relationship or as definitely not related to gabapentin; 3 were considered to be possibly related to gabapentin.

An estimated 12 million patients worldwide have been exposed to gabapentin in all postmarketing use. Over approximately 10 years as a marketed product, a total of 17,768 non-clinical study gabapentin cases have been submitted to Pfizer's postmarketing surveillance database (as of 31 March 2004). Pfizer's early alert safety databases contain cases of adverse events reported spontaneously to Pfizer, cases reported from health authorities, cases published in the medical literature, and cases of serious adverse events reported from clinical studies and Pfizer-sponsored marketing programs (solicited cases) regardless of causality. A review of the postmarketing database of non-clinical study gabapentin cases identified 35 cases of completed suicide and 73 cases of suicide attempt, representing a small proportion (0.2% and 0.4%, respectively) of the total number of gabapentin cases. Of the 35 suicide cases, 25 cases reported limited data for causality assessment, and the other 10 cases reported other contributory or confounding factors. Of the 73 suicide attempt cases, 20 reported limited data for causality assessment, 50 reported other contributory or confounding factors, and 3 described patient with no reported risk factors but who developed depression during gabapentin treatment. Contributory or confounding factors reported include pre-existing psychiatric conditions, severe chronic pain, other recent events, and an unlikely temporal association with gabapentin therapy.

In summary, the combined results of a comprehensive search for cases of suicide and suicide attempt among gabapentin clinical trials and postmarketing data across all patient populations did not indicate an increased risk of suicide with gabapentin treatment. The results of this review are consistent with the published literature for suicide in comparable patient populations in which gabapentin has been studied or used. No changes to the current product labeling, which currently includes suicidal and suicidal gesture in the clinical trial adverse event section, are necessitated by these findings.

0100000431310\1.0\Approved\10-Sep-2004 10:25

1.      INTRODUCTION .................................................................................................. 9
1.1.    Overview of Request ............................................................................................. 9
1.2.    Epidemiologic Considerations .............................................................................. 9
1.2.1.  Overview of Completed Suicide .......................................................................... 10
1.2.2.  Selected Population Groups ................................................................................. 10
1.2.3.  Summary .............................................................................................................. 11

2.      SEARCH METHODS AND CLASSIFICATION OF CASES OF SUICIDE AND
        SUICIDE ATTEMPT IN CLINICAL TRIALS .................................................... 12

3.      TABLE OF STUDIES INCLUDED IN SEARCH ................................................ 14

4.      PSYCHIATRY STUDIES .................................................................................... 27
4.1.    Demographic Characteristics and Exposure Data ............................................... 27
4.2.    Tables of Risk, Rate, and Cumulative Risk ........................................................ 27
4.3.    Listings and Narratives for Bipolar, Panic Disorder, and Social Phobia Studies ............ 28

5.      NEUROPATHIC PAIN STUDIES ....................................................................... 28
5.1.    Demographic Characteristics and Exposure Data ............................................... 28
5.2.    Tables of Risk, Rate, and Cumulative Risk ........................................................ 30
5.3.    Listings and Narratives ........................................................................................ 31
5.3.1.  Listings of Cases for Painful Diabetic Neuropathy Studies ............................... 31
5.3.2.  Narratives for Painful Diabetic Neuropathy Studies .......................................... 31
5.4.    Listings and Narratives for Post-Herpetic Neuralgia and Other Neuropathic Pain
        Studies .................................................................................................................. 32

6.      NON-NEUROPATHIC PAIN STUDIES .............................................................. 32
6.1.    Demographic Characteristics and Exposure Data ............................................... 32
6.2.    Tables of Risk, Rate, and Cumulative Risk ........................................................ 34
6.3.    Listing and Narratives for Osteoarthritis Pain Studies, Postoperative Pain, and
        Mucosal Injury Studies ........................................................................................ 34

7.      ADD-ON EPILEPSY IN ADULTS ...................................................................... 34
7.1.    Demographic Characteristics and Exposure Data ............................................... 34
7.2.    Tables of Risk, Rate, and Cumulative Risk ........................................................ 35
7.3.    Listing and Narratives .......................................................................................... 38
7.3.1.  Listings of Cases in Adult Add-On Epilepsy Studies ......................................... 38
7.3.2.  Narratives in Adult Add-On Epilepsy Studies .................................................... 39

8.      MONOTHERAPY IN EPILEPSY IN ADULTS ................................................... 41
8.1.    Demographic Characteristics and Exposure Data ............................................... 41
8.2.    Tables of Risk, Rate, and Cumulative Risk ........................................................ 41
8.3.    Listings and Narratives ........................................................................................ 43
8.3.1.  Listings of Cases for Adult Epilepsy Monotherapy Studies ............................... 43
8.3.2.  Narratives for Adult Epilepsy Monotherapy Studies .......................................... 44

9.      ADD-ON EPILEPSY IN PEDIATRIC SUBJECTS .............................................. 46
9.1.    Demographic Characteristics and Exposure Data ............................................... 46

0100004313/10/71.0\Approved:10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                                      4

9.2.     Tables of Risk, Rate, and Cumulative Risk ....................................................... 47
9.3.     Listing and Narratives.......................................................................................... 47
9.3.1.   Listings of Cases for Pediatric Add-On Epilepsy Studies................................... 47
9.3.2.   Narratives for Pediatric Add-On Epilepsy Studies.............................................. 48

10    MONOTHERAPY IN EPILEPSY IN PEDIATRIC SUBJECTS............................ 48
10.1.   Demographic Characteristics and Exposure Data................................................ 48
10.2.   Tables of Risk, Rate, and Cumulative Risk ......................................................... 48
10.3.   Listings and Narratives ........................................................................................ 49
10.3.1. Listings of Cases for Pediatric Epilepsy Monotherapy Studies ......................... 49
10.3.2. Narratives for Pediatric Epilepsy Monotherapy Studies .................................... 49

11.   OTHER NEUROLOGY STUDIES ....................................................................... 49
11.1.   Demographic Characteristics and Exposure Data................................................ 49
11.2.   Tables of Risk, Rate, and Cumulative Risk ......................................................... 51
11.3.   Listing and Narratives for Sleep Studies, Migraine Studies, Neurology  Studies ............. 51

12.   COMPASSIONATE USE AND OTHER STUDIES ............................................... 51
12.1.1. Listings of Cases for Compassionate Use and Other Studies.............................. 51
12.1.2. Narratives for Compassionate Use and Other Studies......................................... 51

13.   SURVIVAL AND CUMULATIVE HAZARDS FUNCTIONS .............................. 51
13.1.   Non-Placebo-Controlled or Open-Label Adult Epilepsy Studies ....................... 51
13.2.   Non-Placebo-Controlled or Open-Label Adult Studies ...................................... 54

14.   HEALTHY VOLUNTEER STUDIES IN PHARMACOKINETIC, DRUG
      INTERACTION AND OTHER ............................................................................. 55

15.   POSTMARKETING DATA ................................................................................... 55

16.   CONCLUSIONS ................................................................................................... 57

17.   REFERENCES....................................................................................................... 58

Appendix A – Supporting Tables

Table Number         Title

1.1.1.1              Demographic Characteristics in Bipolar Study 945-209
1.1.1.2              Total Exposure in Patient-Years in Bipolar Study 945-209
1.1.1.3              Monthly Exposure in Patient-Years in Bipolar Study 945-209
1.1.2.1              Demographic Characteristics in Panic Disorder Study 945-204
1.1.2.2              Total Exposure in Patient-Years in Panic Disorder Study 945-204
1.1.2.3              Monthly Exposure in Patient-Years in Panic Disorder Study 945-204
1.1.3.1              Demographic Characteristics in Social Phobia Study 945-203
1.1.3.2              Total Exposure in Patient-Years in Social Phobia Study 945-203
1.1.3.3              Monthly Exposure in Patient-Years in Social Phobia Study 945-203

2.1.1.1              Demographic Characteristics in Diabetic Peripheral Neuropathy Studies 945-
                     210, 945-224, A9451008, 945-468-429
2.1.1.2              Total Exposure in Patient-Years in Diabetic Peripheral Neuropathy Studies
                     945-210, 945-224, A9451008, 945-468-429

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                                      5

| Table Number | Title |
|---|---|
| 2.1.1.3 | Monthly Exposure in Patient-Years in Diabetic Peripheral Neuropathy Studies 945-210, 945-224, A9451008, 945-468-429 |
| 2.1.2.1 | Demographic Characteristics in Post-Herpetic Neuralgia Studies 945-211, 945-295 |
| 2.1.2.2 | Total Exposure in Patient-Years in Post-Herpetic Neuralgia Studies 945-211, 945-295 |
| 2.1.2.3 | Monthly Exposure in Patient-Years in Post-Herpetic Neuralgia Studies 945-211, 945-295 |
| 2.1.3.1 | Demographic Characteristics in Other Neuropathic Pain Studies 945-306, 945-420-276, 945-271 |
| 2.1.3.2 | Total Exposure in Patient-Years in Other Neuropathic Pain Studies 945-306, 945-420-276, 945-271 |
| 2.1.3.3 | Monthly Exposure in Patient-Years in Other Neuropathic Pain Studies 945-306, 945-420-276, 945-271 |
| 2.1.4.1 | Demographic Characteristics in Neuropathic Pain Studies 945-210, 945-224, A9451008, 945-468-429, 945-211, 945-295, 945-306, 945-420-276, 945-271 |
| 2.1.4.2 | Total Exposure in Patient-Years in Neuropathic Pain Studies 945-210, 945-224, A9451008, 945-468-429, 945-211, 945-295, 945-306, 945-420-276, 945-271 |
| 2.1.4.3 | Monthly Exposure in Patient-Years in Neuropathic Pain Studies 945-210, 945-224, A9451008, 945-468-429, 945-211, 945-295, 945-306, 945-420-276, 945-271 |
| 2.1.5.1 | Demographic Characteristics in Non-Placebo Controlled/Open-Label Neuropathic Pain Studies 945-411, 945-224OL |
| 2.1.5.2 | Total Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Neuropathic Pain Studies 945-411, 945-224OL |
| 2.1.5.3 | Monthly Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Neuropathic Pain Studies 945-411, 945-224OL |
| 3.1.1.1 | Demographic Characteristics in Osteoarthritis Pain Study 1032-002 |
| 3.1.1.2 | Total Exposure in Patient-Years in Osteoarthritis Pain Study 1032-002 |
| 3.1.1.3 | Monthly Exposure in Patient-Years in Osteoarthritis Pain Study 1032-002 |
| 3.1.2.1 | Demographic Characteristics in Post-Operative Pain Studies 1032-001, 1035-001, 1035-001B, 1035-002 |
| 3.1.2.2 | Total Exposure in Patient-Years in Post-Operative Pain Studies 1032-001, 1035-001, 1035-001B, 1035-002 |
| 3.1.2.3 | Monthly Exposure in Patient-Years in Post-Operative Pain Studies 1032-001, 1035-001, 1035-001B, 1035-002 |
| 3.1.3.1 | Demographic Characteristics in Mucosal Injury Study 1032-004 |
| 3.1.3.2 | Total Exposure in Patient-Years in Mucosal Injury Study 1032-004 |
| 3.1.3.3 | Monthly Exposure in Patient-Years in Mucosal Injury Study 1032-004 |
| 3.1.4.1 | Demographic Characteristics in Pain Studies 1032-002, 1032-001, 1035-001, 1035-001B, 1035-002, 1032-004 |
| 3.1.4.2 | Total Exposure in Patient-Years in Pain Studies 1032-001, 1032-002, 1032-004 1035-001, 1035-001B, 1035-002 |
| 3.1.4.3 | Monthly Exposure in Patient-Years in Pain Studies 1032-001, 1032-002, 1032-004 1035-001, 1035-001B, 1035-002 |

0100004313(0711.0\Approved\10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    6

| Table Number | Title |
|---|---|
| 3.1.5.1 | Demographic Characteristics in Non-Placebo Controlled/Open-Label Pain Study 1032-003 |
| 3.1.5.2 | Total Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Pain Study 1032-003 |
| 3.1.5.3 | Monthly Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Pain Study 1032-003 |
| 4.1.1.1 | Demographic Characteristics in Adult Epilepsy Add-On Therapy Studies 877-035, 877-210G, 877-210P, 945-005, 945-006, 945-009, 945-010, 945-430-004 |
| 4.1.1.2 | Total Exposure in Patient-Years in Adult Epilepsy Add-On Therapy Studies 877-035, 877-210G, 877-210P, 945-005, 945-006, 945-009, 945-010, 945-430-004 |
| 4.1.1.3 | Monthly Exposure in Patient-Years in Adult Epilepsy Add-On Therapy Studies 877-035, 877-210G, 877-210P, 945-005, 945-006, 945-009, 945-010, 945-430-004 |
| 4.1.2.1 | Demographic Characteristics in Non-Placebo Controlled/Open-Label Adult Epilepsy Add-On Therapy Studies 877-035X, 877-078, 877-210GX, 877-210PX, 880-033, 880-130, 880-130X, 945-005X, 945-006X, 945-009X, 945-010X, 945-013, 945-014, 945-016, 945-090, 945-193, 945-200, 945-225, 710-274, 710-284 |
| 4.1.2.2 | Total Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Adult Epilepsy Add-On Therapy Studies 877-035X, 877-078, 877-210GX, 877-210PX, 880-033, 880-130, 880-130X, 945-005X, 945-006X, 945-009X, 945-010X, 945-013, 945-014, 945-016, 945-090, 945-193, 945-200, 945-225, 710-274, 710-284 |
| 4.1.2.3 | Monthly Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Adult Epilepsy Add-On Therapy Studies 877-035X, 877-078, 877-210GX, 877-210PX, 880-033, 880-130, 880-130X, 945-005X, 945-006X, 945-009X, 945-010X, 945-013, 945-014, 945-016, 945-090, 945-193, 945-200, 945-225, 710-274, 710-284 |
| 5.1.1.1 | Demographic Characteristics in Non-Placebo Controlled/Open-Label Adult Epilepsy Monotherapy Studies 945-015, 945-036, 945-13-14, 945-077, 945-078, 945-082, 945-083, 945-088, 945-089, 945-092, 945-177, 945-178, 945-212, 945-213 |
| 5.1.1.2 | Total Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Adult Epilepsy Monotherapy Studies 945-015, 945-036, 945-13-14, 945-077, 945-078, 945-082, 945-083, 945-088, 945-089, 945-092, 945-177, 945-178, 945-212, 945-213 |
| 5.1.1.3 | Monthly Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Adult Epilepsy Monotherapy Studies 945-015, 945-036, 945-13-14, 945-077, 945-078, 945-082, 945-083, 945-088, 945-089, 945-092, 945-177, 945-178, 945-212, 945-213 |
| 6.1.1.1 | Demographic Characteristics in Pediatric Epilepsy Add-On Therapy Studies 945-008DB, 945-011, 945-086, 945-186, 945-305, 945-405 |

01000004313707/1.0/Approved/10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                                        7

| Table Number | Title |
|---|---|
| 6.1.1.2 | Total Exposure in Patient-Years in Pediatric Epilepsy Add-On Therapy Studies 945-008DB, 945-011, 945-086, 945-186, 945-305, 945-405 |
| 6.1.1.3 | Monthly Exposure in Patient-Years in Pediatric Epilepsy Add-On Therapy Studies 945-008DB, 945-011, 945-086, 945-186, 945-305, 945-405 |
| 6.1.2.1 | Demographic Characteristics in Non-Placebo Controlled/Open-Label Pediatric Epilepsy Add-On Therapy Studies 877-034, 877-034X, 945-008OL, 945-011X, 945-087, 945-187, 945-301, 945-401 |
| 6.1.2.2 | Total Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Pediatric Epilepsy Add-On Therapy Studies 877-034, 877-034X, 945-008OL, 945-011X, 945-087, 945-187, 945-301, 945-401 |
| 6.1.2.3 | Monthly Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Pediatric Epilepsy Add-On Therapy Studies 877-034, 877-034X, 945-008OL, 945-011X, 945-087, 945-187, 945-301, 945-401 |
| 7.1.1.1 | Demographic Characteristics in Pediatric Epilepsy Monotherapy Studies 945-019, 945-020, 945-094 |
| 7.1.1.2 | Total Exposure in Patient-Years in Pediatric Epilepsy Monotherapy Studies 945-019, 945-020, 945-094 |
| 7.1.1.3 | Monthly Exposure in Patient-Years in Pediatric Epilepsy Monotherapy Studies 945-019, 945-020, 945-094 |
| 7.1.2.1 | Demographic Characteristics in Non-Placebo Controlled/Open-Label Pediatric Epilepsy Monotherapy Studies 945-019X, 945-049, 945-020X, 945-050, 945-095 |
| 7.1.2.2 | Total Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Pediatric Epilepsy Monotherapy Studies 945-019X, 945-049, 945-020X, 945-050, 945-095 |
| 7.1.2.3 | Monthly Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Pediatric Epilepsy Monotherapy Studies 945-019X, 945-049, 945-020X, 945-050, 945-095 |
| 8.1.1.1 | Demographic Characteristics in Sleep Studies 934-324, 934-325, 934-335 |
| 8.1.1.2 | Total Exposure in Patient-Years in Sleep Studies 934-324, 934-325, 934-335 |
| 8.1.1.3 | Monthly Exposure in Patient-Years in Sleep Studies 934-324, 934-325, 934-335 |
| 8.1.2.1 | Demographic Characteristics in Migraine Studies 879-200, 945-217, 945-220 |
| 8.1.2.2 | Total Exposure in Patient-Years in Migraine Studies 879-200, 945-217, 945-220 |
| 8.1.2.3 | Monthly Exposure in Patient-Years in Migraine Studies 879-200, 945-217, 945-220 |
| 8.1.3.1 | Demographic Characteristics in Spasticity Studies 878-016, 878-017, 880-010, 880-012, 880-013, 880-015 |
| 8.1.3.2 | Total Exposure in Patient-Years in Spasticity Studies 878-016, 878-017, 880-010, 880-012, 880-013, 880-015 |
| 8.1.3.3 | Monthly Exposure in Patient-Years in Spasticity Studies 878-016, 878-017, 880-010, 880-012, 880-013, 880-015 |
| 8.1.4.1 | Demographic Characteristics in Neurology Studies 934-324, 934-325, 934-335, 879-200, 945-217, 945-220, 878-016, 878-017, 880-010, 880-012, 880-013, 880-015 |

0100004313/0/7/1.0/Approved/10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    8

| Table Number | Title |
| --- | --- |
| 8.1.4.2 | Total Exposure in Patient-Years in Neurology Studies 934-324, 934-325, 934-335, 879-200, 945-217, 945-220, 878-016, 878-017, 880-010, 880-012, 880-013, 880-015 |
| 8.1.4.3 | Monthly Exposure in Patient-Years in Neurology Studies 934-324, 934-325, 934-335, 879-200, 945-217, 945-220, 878-016, 878-017, 880-010, 880-012, 880-013, 880-015 |
| 8.1.5.1 | Demographic Characteristics in Non-Placebo Controlled/Open-Label Neurology Studies 104-003, 104-004, 104-007, 880-009, 880-011 |
| 8.1.5.2 | Total Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Neurology Studies 104-003, 104-004, 104-007, 880-009, 880-011 |
| 8.1.5.3 | Monthly Exposure in Patient-Years in Non-Placebo Controlled/Open-Label Neurology Studies 104-003, 104-004, 104-007, 880-009, 880-011 |


Appendix B – Listings and Narratives

| Appendix B1.1 | Listing of Suicides |
| --- | --- |
| Appendix B1.1A | Listing of Suicides: Concomitant Medications, Concurrent Illnesses, and Medical History |
| Appendix B1.2 | Listing of Suicide Attempts |
| Appendix B1.2A | Listing of Suicide Attempts: Concomitant Medications, Concurrent Illnesses, and Medical History |
| Appendix B1.3 | Listing of Overdoses |
| Appendix B1.3A | Listing of Overdoses: Concomitant Medications, Concurrent Illnesses, and Medical History |
| Appendix B1.4 | Listing of Suicide Ideation |
| Appendix B1.4A | Listing of Suicide Ideation: Concomitant Medication, Concurrent Illnesses, and Medical History |
| Appendix B1.5 | Listing of Investigator Terms Coding to Accidental Injury, Injury or Intentional Injury |
| Appendix B2.1 | Narratives for Excluded Cases of Overdose |
| Appendix B2.2 | Narratives for Excluded Cases of Death |

Appendix C – Epidemiology Report

Appendix D – Post-Marketing Report

Appendix E – Publications Referenced in the Reports

01000004313(0711.0\Approved:10-Sep-2004 10:25

## 1.    INTRODUCTION

### 1.1.    Overview of Request

On 26 April 2004, a teleconference between the U.S. Food and Drug Administration's (FDA's) Division of Neuropharmacologic Drug Products and Pfizer was held at the Division's request to discuss their request for an analysis of reports of suicide in patients taking gabapentin. The FDA requested that Pfizer search its new drug application (NDA) clinical trial databases (both controlled and open-label studies) and the postmarketing databases for gabapentin to review all cases of suicide and suicide-related events, including suicide attempts identified through investigator verbatim terms (e.g., "self harm"). Pfizer sent a proposal on 30 April 2004 for the analysis of cases of suicide and suicide attempt, which was discussed with the FDA in a 6 May 2004 teleconference. The FDA requested further information on all gabapentin clinical studies (all studies included in NDA, sNDA and IND submissions) and Phase 1 studies. Pfizer responded by submitting an analysis plan on 18 May 2004; the FDA subsequently requested in a 21 May 2004 e-mail that Pfizer provide additional details regarding the proposal. The FDA specified that Pfizer should provide patient narratives (where available) for all deaths (regardless of cause), analysis of completed suicides and suicide attempt rate, listing of investigator terms coded to "accidental injury," and a hazard rate (number of cases/accumulated exposure time by month) for gabapentin and placebo, each as a whole and by patient population individually. Pfizer responded on 28 May 2004 and 2 further clarifications to the analysis plan were made on 22 June 2004 and 2 July 2004 based on queries from the FDA. The final analysis plan was accepted by FDA via email dated 23 July 2004. This analysis plan was officially submitted to the gabapentin NDA 20-235, NDA 20-882, NDA 21-129 for gabapentin capsules, tablets and oral solution respectively on 6 August 2004. The details of the accepted analysis plan are included in Section 2 of this report.

This report contains the results of the search for cases of suicide and suicide attempts in 92 Phase 2-4 placebo-controlled and non-placebo-controlled or open-label gabapentin studies. As agreed upon with the FDA, the Phase 1 studies are currently being reviewed and a response will be submitted separately in November 2004. The search strategy and results of analysis of the postmarketing data for gabapentin across all patient populations is provided in Appendix D of this report. Pfizer's early alert safety databases contain cases of adverse events reported spontaneously to Pfizer, cases reported from health authorities, cases published in the medical literature, and cases of serious adverse events reported from clinical studies and Pfizer-sponsored marketing programs (solicited cases) regardless of causality. In addition to the clinical trial and post-marketing surveillance analyses, a brief overview of the background rates of suicide and suicide attempt in 3 major groupings of disease (psychiatric, pain, and epilepsy) for which gabapentin has been studied is presented in Appendix C and summarized below.

### 1.2.    Epidemiologic Considerations

Epidemiologic data show that several patient populations studied in gabapentin trials or considered for clinical use of gabapentin are reported to have a higher rate of suicide than the general population. This summary provides context for the review of data presented in this report by providing an overview of the increased frequency of suicide reported in the published

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    10

literature in selected populations in whom gabapentin is used compared to the general population. The complete review of the epidemiologic literature is located in Appendix C.

### 1.2.1.  Overview of Completed Suicide

Suicide is the 11th leading cause of death in the United States.[1] Among the young (age 15-24) it is the 3rd leading cause of death.[1] The male to female ratio for completed suicides is 4:1.[1] Up to 90% of adults who commit suicide in the US have at least one of the DSM-IV psychiatric diagnoses.[1] The diagnoses most closely associated with suicide include major depressive disorder (15% of depressives who are admitted to a hospital eventually commit suicide); terminal insomnia; bipolar disorder; schizophrenia; borderline personality disorder; and sociopathic personality disorder in adolescents and men.[2] Alcohol, substance abuse, and a family history of suicide or mental disorder, or both, are also predictive.[2] Physical illness may also be a relevant risk factor for suicide in some cases. The suicide rates observed from the published literature for selected populations are described in Table 1. All estimated rates of suicide are significantly elevated relative to reported suicide rate in the general population.

**Table 1**: Reported Rates of Completed Suicides in Selected Populations

| Population Group | Estimated One-Year Incidence Rate |
|---|---|
| **General population** | 0.011%[1]   U.S. |
| | 0.0143%[8] International |
| **Psychiatry** | |
| Bipolar Disorder | 0.40%[8] |
| Anxiety Disorders | 0.193%[14] |
| **Pain** | |
| Chronic Pain Patients (CPP) | 0.02%-0.03%[31] |
| Low Back Pain | 0.05%[16] |
| Multiple Sclerosis | 0.02%[15] |
| **Epilepsy** | 0.035%-0.073%[24,32-33] |

### 1.2.2.  Selected Population Groups

#### 1.2.2.1.  Bipolar Disorder

Bipolar disorder is a common, serious psychiatric illness with a worldwide lifetime prevalence ranging from 2% to 5% in 2002.[3] Similar to major depressive disorder, bipolar disorder is associated with a high rate of premature mortality from several causes, including suicide.[4-7]

Published data indicate that the rate of suicide in bipolar disorder is significantly elevated compared to the rate in the general population. One recent pooled analysis that examined 28 international studies in bipolar disorder found a one-year incidence rate of 0.40%, compared to the general international baseline rate of 0.0143%, which corresponds to an age-adjusted

0100004313/10/7110/Approved/10-Sep-2004 10:25

relative risk (RR) of 22.1 overall (95% CI 20.0, 24.1); 14.9 for men (95% CI 13.1, 16.7) and 21.1 for women (95% CI 15.4, 26.7).[8]

### 1.2.2.2.    Anxiety Disorders

Anxiety disorders are the most prevalent psychiatric illnesses in the general population, and are present in 15-20% of medical clinic patients.[9]  Approximately 2.8% of the U.S. population aged 18-54 years has generalized anxiety disorder (GAD) during a given year.[10]  Over 80% of those with GAD also suffer from major depression, dysthymia, or social phobia.[9]  Between 4% and 8% of adults in the population suffer from social anxiety disorder (SAD) in a given year and lifetime prevalence is higher.[11]  Similarly, SAD frequently co-occurs with depressive illness.[12]  The annual prevalence of panic disorder in the U.S. is from 2.0% to 3.0%.[13]

Published data indicate that the rate of suicide in anxiety disorders, such as GAD, SAD and panic disorder is significantly elevated compared to the rate of suicide in the general population.  A review of the FDA database of persons participating in anti-anxiety trials (n=20,076) estimated the rate of suicide to be 0.193% per year.[14]  This rate is 17.5 times higher than the annual U.S. population rate in 2002 of 0.011%.[1]

### 1.2.2.3.    Pain Disorders

There is emerging epidemiologic evidence that persons with chronic pain are at higher risk for completed suicides, suicidal attempts and suicidal ideation than the general population.[15-22]  Available data for suicide in published studies in chronic pain patients (CPP) report annual rates from 0.02 –0.03 %; low back pain patients: 0.05%; and patients with multiple sclerosis: 0.02%.  This is in contrast to an annual US population rate in 2002 of 0.011% and an annual international population rate of 0.0143%.[1,10]

### 1.2.2.4.    Epilepsy

Persons with epilepsy are at increased risk for suicide compared with the general population.[23-25]  Part of this higher risk is believed to be due to specific neuropsychiatric disorders that are associated with epilepsy.  Among persons with epilepsy, the co-occurrence of Axis I disorders ranges from19 to 62%.[26-28]  The lifetime rate of mood disorders in epilepsy is from 42% to 63%.[29-30]  Rates of major depression, in particular, are from 32% to 48%.[31]  Reported rates of suicide in the published literature for epilepsy range from less than 1% to 25%, with an average of 11.5%.[23]  However, the larger cohort and population-based studies reported rates of suicide in epilepsy patients that ranged from 0.035% to 0.073%.[24,32-33]  Those with temporal lobe epilepsy and those who have undergone epilepsy surgery are reported to have the highest rates of suicide among epileptics.

### 1.2.3.    Summary

Selected populations in whom gabapentin is used have significantly higher rates of suicide relative to the general population. Annual rates of suicide in bipolar disorder were the highest among the patient groups reviewed (0.40%), followed by anxiety disorders (0.193%), then

0100004313170/11.0/Approved/10-Sep-2004 10:25

epilepsy (0.035%-0.073%) and pain (0.02%-0.05%). This is in comparison to an annual international population rate of 0.0143% and an annual U.S. population rate of 0.011%.

## 2.    SEARCH METHODS AND CLASSIFICATION OF CASES OF SUICIDE AND SUICIDE ATTEMPT IN CLINICAL TRIALS

*Clinical Study Databases and Clinical Reports Searched* – The FDA requested information on all gabapentin clinical studies (all studies included in NDA, sNDA, and IND submissions) and Phase 1 studies. The entire list of studies included in the search is provided in Section 3 (Table 2). Pfizer has followed internal standard operating procedures in the capture and review of the clinical study data. Data were obtained from electronically available datasets, safety updates, final study reports, and interim study reports. Of the studies listed in Table 2, a total of 14 had no available electronic datasets (Studies 945-468-429, 945-271, 945-420-276, 945-430-004, 945-225, 710-274, 710-284. 945-212, 945-008, and 945-212; and 4 compassionate use, named patient, or other studies). Data from the studies with no available electronic databases were reviewed manually and any cases of suicide or suicide attempt from these studies were entered into the analyses manually.

In addition, there are 6 studies included in Table 2 (epilepsy add-on Studies 945-013, 945-014, 945-015, 945-016 and epilepsy monotherapy Studies 945-083 and 945-089) that were ongoing at the time of NDA or sNDA submissions and for which interim study reports were submitted to the NDA. For these studies, the final safety data were included in the safety update reports and those data were included in the analyses for this review. For studies 945-301 and 945-401, both interim and final reports are available.

In all cases, safety updates reports were reviewed to assure completeness of the data captured.

For presentation purposes in the document and in the list of studies (Table 2), the following groupings were used:

- Psychiatric – bipolar disorder, panic disorder, social phobia

- Neuropathic pain – painful diabetic neuropathy. post-herpetic neuralgia, and other neuropathic pain studies

- Non-neuropathic pain – osteoarthritis pain, postoperative pain, and mucosal injury

- Add-on epilepsy in adults and pediatric subjects

- Monotherapy in epilepsy in adults and pediatric subjects

- Other neurology studies – sleep, migraine, and spasticity

- Miscellaneous studies (compassionate use, named patient, or other studies)

As agreed upon between FDA and Pfizer, the Phase 1 studies (healthy volunteers, pharmacokinetic, drug interaction, or other) are currently being reviewed and a response will be submitted separately in November 2004.

*Search Terms and Case Identification Methods* - Cases of suicide were identified through the review of clinical study reports and safety summaries for the studies described in Table 2 and through programmatic search in clinical trial databases of all preferred or investigator terms

CONFIDENTIAL

including the text, "suic" or "overdos." In addition, all available narratives for deaths reported in the clinical study reports and safety updates for the studies in Table 2 were reviewed in a blinded fashion (i.e., treatment group not identified) by a clinician who determined if the death described or could be interpreted to describe a completed suicide that was not captured by the terms "suic" or "overdos." Any cases identified through the string search for "suic" or "overdos" were also reviewed in a blinded fashion by the clinician, who determined whether the case was an intentional or accidental overdose. If the case was considered an intentional overdose, then that case was categorized as a suicide attempt or suicide (whichever applied).

Cases of suicide attempt were identified through the review of all preferred or investigator terms including the text, "suicide attempt."

All studies were searched for the investigators' terms that coded to the preferred term, "accidental injury" or "intentional injury."

The data identified using the criteria above were forwarded to a clinician for a blinded review and determination of potential cases of suicide or suicide attempt.

***Data Summaries*** – For each patient population grouping, the following was summarized by 1) pooled double-blind (except for the psychiatric populations) and 2) pooled open-label studies:

- Demographic and exposure information

- Occurrence of suicide (number of suicides per total study population; number of suicides per patient-years of exposure)

- Occurrence of suicide attempt (number of suicide attempts per total study population, number of suicide attempt per patient-years of exposure)

- Cumulative risk of suicide (number of cases/accumulated exposure time by month) in tabular format

- Cumulative risk of suicide attempt (number of cases/accumulated exposure time by month) in tabular format

***Survival and Cumulative Hazards Functions*** - Product-Limit (Kaplan-Meier) survival functions were estimated for suicide and suicide attempt and the corresponding cumulative hazards functions are presented graphically. For these analyses, studies were pooled by the following groupings if there was more than 1 event:

- Adult epilepsy studies (add-on and monotherapy)
- Pediatric epilepsy studies (add-on and monotherapy)
- All adult studies
- All pediatric studies

*Listings* - A listing of investigator terms coded to "accidental injury" is provided.

Listings of cases of suicide and suicide attempt are also provided. A separate list of cases of accidental overdose or suicide ideation that were excluded from the analysis is also provided. The listings include the following variables:

- Patient ID number
- Adverse event term – both investigator term and preferred term
- Seriousness
- Protocol number
- Treatment group
- Gabapentin daily dose at the time of the event
- Sex
- Age
- Indication
- Duration of treatment at the time of event
- Discontinuation due to event (y/n)
- Outcome
- Concomitant medications
- Concurrent illnesses
- Medical history
- Investigator causality

*Narratives* – Narratives were obtained from clinical study reports and safety summaries. Where multiple sources of narratives were available, the most comprehensive narrative was included. Detailed narratives for all cases of suicide and suicide attempt are provided under each patient population grouping in the main body of the text. Narratives for deaths (where available) that were reviewed but not considered cases of suicide are provided in Appendix B2.2, Narratives for Excluded Cases of Death. If narratives for accidental overdose were available, these are also included for review purposes in Appendix B2.1, Narratives for Excluded Cases of Overdose; however, cases of accidental overdose are not included in the analyses of suicide or suicide attempt. Narratives were obtained from clinical study reports and safety summaries.

## 3.    TABLE OF STUDIES INCLUDED IN SEARCH

The list of studies included in the search for suicide and suicide attempt is provided in Table 2. The studies are grouped by patient population. Please note that the grouping may not necessarily correspond to the indication under the NDA or sNDA in which it was submitted to FDA. See Section 2, Search Methods and Classification of Cases of Suicide and Suicide Attempt in Clinical Trials, for detailed explanation of methods for searching the data from the studies in Table 2.