Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt

15

**Table 2.** Table of Studies

| Indication | Protocol | Title | Sample Size N | Planned Study Duration |
|---|---|---|---|---|
| **Psychiatry** | | | | |
| Social Phobia | 945-203 | TREATMENT OF SOCIAL PHOBIA WITH GABAPENTIN: A PLACEBO-CONTROLLED STUDY | gabapentin = 34 placebo = 35 | 14 weeks |
| Panic Disorder | 945-204 | A PLACEBO-CONTROLLED TRIAL OF GABAPENTIN IN PATIENTS WITH PANIC DISORDER (Protocol 945-204) | gabapentin = 52 placebo = 51 | 9 weeks |
| Bipolar Disorder | 945-209 | GABAPENTIN ADJUNCTIVE TREATMENT IN PATIENTS WITH BIPOLAR DISORDER | gabapentin = 58 placebo = 59 | 10 weeks |
| **Neuropathic Pain** | | | | |
| Diabetic Peripheral Neuropathy | A9451008 | A 15 WEEK, RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP, MULTI-CENTER STUDY OF NEURONTIN (GABAPENTIN) FOR EFFICACY AND QUALITY OF LIFE IN PATIENTS WITH PAINFUL DIABETIC PERIPHERAL NEUROPATHY | gabapentin = 200 placebo = 189 | 15 weeks |
| Neuropathic Pain | 945-306 | A DOUBLE-BLIND, PLACEBO-CONTROLLED TRIAL OF GABAPENTIN FOR THE TREATMENT OF PATIENTS EXHIBITING SYMPTOMS OF NEUROPATHIC PAIN. | gabapentin = 153 placebo = 152 | 8 weeks |
| Diabetic Peripheral Neuropathy | 945-210 | A DOUBLE-BLIND, PLACEBO-CONTROLLED TRIAL OF GABAPENTIN FOR TREATMENT OF PAINFUL DIABETIC PERIPHERAL NEUROPATHY. (PROTOCOL 945-210) | gabapentin = 84 placebo = 81 | 8 weeks |
| Diabetic Peripheral Neuropathy | 945-224 | A DOUBLE-BLIND, PLACEBO-CONTROLLED TRIAL WITH 3 DOSES OF GABAPENTIN FOR TREATMENT OF PAINFUL DIABETIC PERIPHERAL NEUROPATHY (945-224). | gabapentin = 247 placebo = 77 | 7 weeks |
| Diabetic Peripheral Neuropathy | 945-224 OL | OPEN LABEL EXTENSION OF A DOUBLE-BLIND, PLACEBO-CONTROLLED TRIAL WITH 3 DOSES OF GABAPENTIN FOR TREATMENT OF PAINFUL DIABETIC PERIPHERAL NEUROPATHY (945-224). | 67 | 4 months |
| Post-Herpetic Neuralgia | 945-211 | DOUBLE-BLIND, RANDOMIZED, PLACEBO-CONTROLLED, PARALLEL-GROUPS, MULTICENTER TRIAL TO DETERMINE THE EFFICACY AND SAFETY OF NEURONTIN (GABAPENTIN) IN SUBJECTS WITH PERIPHERAL NEUROPATHY (POST-HERPETIC NEURALGIA) | gabapentin = 113 placebo = 116 | 8 weeks |
| Post-Herpetic Neuralgia | 945-295 | A DOUBLE-BLIND PLACEBO CONTROLLED TRIAL OF GABAPENTIN FOR THE TREATMENT OF POST HERPETIC NEURALGIA | gabapentin = 223 placebo = 111 | 7 weeks |
| Diabetic Peripheral Neuropathy | 945-411 | A RANDOMIZED, OPEN LABEL TRIAL TO DETERMINE THE RELATIVE EFFICACY AND SAFETY OF A FIXED DOSE OF GABAPENTIN VERSUS OPTIONAL TITRATION TO EFFECT FOR THE TREATMENT OF PAINFUL DIABETIC PERIPHERAL NEUROPAHTY | 339 | 7 weeks |

CONFIDENTIAL

Pfizer_Regulatory_001635

0100000431307\1.0\Approved\10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt

**Table 2.** Table of Studies

| Indication | Protocol | Title | Sample Size N | Planned Study Duration |
|---|---|---|---|---|
| Diabetic Peripheral Neuropathy | 945-468-429 | A DOUBLE-BLIND PLACEBO-CONTROLLED TRIAL OF GABAPENTIN FOR TREATMENT OF PAINFUL DIABETIC PERIPHERAL NEUROPATHY | gabapentin = 67 placebo = 65 | 8 weeks |
| Neuropathic Pain | 945-420-276 | DOUBLE-BLIND, PLACEBO-CONTROLLED, RANDOMIZED, MULTICENTER STUDY ON THE EFFICACY AND SAFETY OF GABAPENTIN (NEURONTIN) AS ADJUVANT ANALGESIC IN NEUROPATHIC PAIN WITH MALIGNANCIES | gabapentin = 79 placebo = 41 | 10 days |
| Neuropathic Pain | 945-271 | GABAPENTIN VS. PLACEBO IN PATIENTS WITH NEUROPATHIC PAIN. A RANDOMIZED, DOUBLE-BLIND, CROSS-OVER, MULTICENTER STUDY IN THE NORDIC AREA. | gabapentin = 120 placebo = 59 | 15 weeks |
| **Non-Neuropathic Pain** | | | | |
| Osteoarthritis | 1032-002 | A 4-WEEK, RANDOMIZED, DOUBLE-BLIND, PLACEBO- AND POSTIVE-CONTROLLED, PARALLEL-GROUP, MULTICENTER STUDY OF GABAPENTIN IN COMBINATION WITH NAPROXEN SODIUM IN PATIENTS WITH ACUTE OSTEOARTHRITIS PAIN OF THE KNEE (PROTOCOL 1032-002) | gabapentin = 157 other therapies = 52 placebo = 53 | 4 weeks |
| Osteoarthritis | 1032-003 | A LONG-TERM, OPEN-LABEL, MULTICENTER, SAFETY STUDY OF GABAPENTIN IN COMBINATION WITH NAPROXEN SODIUM (CI-1032) IN PATIENTS WITH OSTEOARTHRITIS OF THE KNEE (PROTOCOL 1032-003) | 212 | scheduled for 48 months but study closed |
| Post-Operative Pain | 1032-001 | A SINGLE-DOSE, DOUBLE-BLIND, PLACEBO-CONTROLLED, COMPARATIVE EFFICACY STUDY OF GABAPENTIN IN COMBINATION WITH NAPROXEN SODIUM IN PATINETS WITH POSTOPERATIVE DENTAL PAIN (PROTOCOL 1032-001) | gabapentin = 252 placebo = 52 placebo/other therapies = 179 | single dose |
| Post-Operative Pain | 1035-001 | A SINGLE-DOSE, DOUBLE-BLIND, PLACEBO-CONTROLLED, COMPARATIVE EFFICACY STUDY OF GABAPENTIN AND HYDROCODONE, ALONE OR IN COMBINATION, IN PATIENTS WITH POSTOPERATIVE DENTAL PAIN (PROTOCOL 1035-001) | gabapentin = 152 other therapies = 122 placebo = 51 | single dose |
| Post-Operative Pain | 1035-001 Addendum B | RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP STUDY TO GATHER DATA FOR PHARMACOKINETIC/ PHARMACODYNAMIC MODELING TO DETERMINE OPTIMAL DOSES FOR GABAPENTIN AND HYDROCODONE USED IN COMBINATION THERAPY | gabapentin = 81 placebo = 20 | single dose |

16

0100000431307\1.0\Approved 10-Sep-2004 10:25

CONFIDENTIAL                                                                                              Pfizer_Regulatory_001636

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt

17

Table 2. Table of Studies

| Indication | Protocol | Title | Sample Size N | Planned Study Duration |
|---|---|---|---|---|
| Post-Operative Pain | 1035-002 | A SINGLE-DOSE, DOUBLE-BLIND, PLACEBO-CONTROLLED, COMPARATIVE EFFICACY STUDY OF GABAPENTIN AND HYDROCODONE COMBINATIONS IN PATIENTS WITH POSTOPERATIVE PAIN FOLLOWING MAJOR ORTHOPEDIC SURGERY (PROTOCOL 1035-002) | gabapentin = 101 other therapies = 50 placebo = 49 | single dose |
| Gastrointestinal Mucosal Injury | 1032-004 | A 1-WEEK, RANDOMIZED, DOUBLE-BLIND, PLACEBO- AND POSITIVE-CONTROLLED, PARALLEL-GROUP STUDY OF THE PROTECTIVE EFFECTS OF GABAPENTIN ON NAPROXEN SODIUM-INDUCED UPPER GASTROINTESTINAL MUCOSAL INJURY IN VOLUNTEERS (PROTOCOL 1032-004) | gabapentin = 82 other therapies = 82 placebo = 42 | 1 week |
| **Add-On Epilepsy in Adults** | | | | |
| Add-On Epilepsy In Adults | 710-274 | NEURONTIN EVALUATION OF OUTCOMES IN NEUROLOGICAL PRACTICE: THE NEON STUDY. TO EVALUATE THE SAFETY, TOLERABILITY AND EFFICACY OF NEURONTIN IN THE GENERAL POPULATION OF THOSE EPILEPTIC PATIENTS WITH COMPLEX PARTIAL PLUS SECONDARILY GENERALIZED SEIZURES WHO WOULD BE CONSIDERED SUITABLE FOR FIRST-LINE ADJUNCTIVE THERAPY WITH NEURONTIN | 141 | 20 weeks |
| Add-On Epilepsy In Adults | 710-284 | POST-NEON TREATMENT SURVEILLANCE STUDY. EXTENSION TO 710-274 | 49 | 8 weeks |
| Add-On Epilepsy In Adults | 877-035 | A 3 WEEK, DOUBLE BLIND, PILOT STUDY OF THE SAFETY AND TOLERANCE OF GABAPENTIN (CI-945) ADMINISTERED AS ADD-ON THERAPY WITHOUT TITRATION TO PATIENTS WITH REFRACTORY EPILEPSY (PROTOCOL 877-035) | gabapentin = 12 placebo = 6 | 3 weeks |
| Add-On Epilepsy In Adults | 877-035X | REPORT OF THE OPEN-LABEL EXTENSION OF A DOUBLE-BLIND, PILOT STUDY OF SAFETY AND TOLERANCE OF GABAPENTIN (CI-945) AS ADD-ON THERAPY IN THE TREATMENT OF PATIENTS WITH PARTIAL SEIZURES (PROTOCOL 877-035) | 7 | 127 - 195 days |
| Add-On Epilepsy In Adults | 877-078 | AN OPEN LABEL, UNCONTROLLED PILOT STUDY OF THE SAFETY, TOLERANCE, AND EFFICACY OF GABAPENTIN (CI-945) AS ADD-ON THERAPY IN PATIENTS WITH MEDICALLY UNCONTROLLED SEIZURES (CT 877-078) | 3 | 12 weeks |

CONFIDENTIAL                                                                 Pfizer_Regulatory_001637

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt

18

**Table 2.** Table of Studies

| Indication | Protocol | Title | Sample Size N | Planned Study Duration |
|---|---|---|---|---|
| Add-On Epilepsy In Adults | 877-210G | REPORT OF A DOUBLE-BLIND, PLACEBO-CONTROLLED, MULTICENTER STUDY OF EFFICACY AND SAFETY AS ADD-ONTHERAPY IN PATIENTS WITH GENERALIZED SEIZURES | gabapentin = 58 placebo = 71 | 14 weeks |
| Add-On Epilepsy In Adults | 877-210GX | OPEN-LABEL, MULTICENTER EXTENSION OF STUDY 877-210G TO EVALUATE LONG-TERM SAFETY AND EFFICACY AS ADD-ON THERAPY IN PATIENTS WITH PARTIAL SEIZURES | 94 | open-ended |
| Add-On Epilepsy In Adults | 877-210P | REPORT OF A DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP, MULTICENTER STUDY OF THE SAFETY AND EFFICACY OF GABAPENTIN (CI-945) AS ADD-ON THERAPY IN PATIENTS WITH MEDICALLY UNCONTROLLED GENERALIZED EPILEPSY AND AN OPEN-LABEL EXTENSION STUDY (1200 MG/DAY) AS ADD-ON THERPAY IN PATIENTS WITH MEDICALLY REFRACTROY PARTIAL EPILEPSY | gabapentin = 61 placebo = 66 | 14 weeks |
| Add-On Epilepsy In Adults | 877-210PX | OPEN-LABEL EXTENSION OF A 14-WEEK, DOUBLE-BLIND, PLACEBO-CONTROLLED STUDY (877-210P) TO DETERMINE THE EFFICACY AND SAFETY OF GABAPENTIN 1200 MG/DAY AS ADD-ON THERAPY IN PATIENTS WITH MEDICALLY REFRACTORY PARTIAL EPILEPSY. | 88 | open-ended |
| Add-On Epilepsy In Adults | 880-033 | A DOUBLE-BLIND, RANDOMIZED, THREE-WAY CROSSOVER (300, 600, 900 MG DAILY) STUDY OF THE EFFICACY AND SAFETY OF GABAPENTIN (CI-945) AS ADD-ON THERAPY IN EPILEPTIC PATIENTS WITH DRUG-RESISTANT SEIZURES (PROTOCOL CT 880-033) | 25 | 27 weeks |
| Add-On Epilepsy In Adults | 945-005 | A 12-WEEK, DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP MULTICENTER STUDY TO DETERMINE THE EFFICACY OF GABAPENTIN (CI-945) 1200-MG DAILY AND THE DOSE-RESPONSE CHARACTERISTICS AND SAFETY OF GABAPENTIN 600-MG, 1200-MG, AND 1800-MG ORAL DAILY DOSES AS ADD-ON THERAPY IN PATIENTS WITH MEDICALLY REFRACTORY PARTIAL SEIZURES (PROTOCOL 945-5) (US) | gabapentin = 208 placebo = 98 | 12 weeks |
| Add-On Epilepsy In Adults | 945-005X | A 12-WEEK, OPEN-LABEL EXTENSION OF A 12-WEEK, DOUBLE-BLIND, PLACEBO-CONTROLLED, RANDOMIZED, PARALLEL-GROUP, MULTICENTER STUDY TO DETERMINE THE EFFICACY OF GABAPENTIN (CI-945) 1200 MG DAILY AND THE DOSE-RESPONSE CHARACTERISTICS AND SAFETY OF GABPAETIN 600-MG, 1200-MG, AND 1800-MG ORAL DAILY DOSES AS ADD-ON THERAPY IN PATIENTS WITH MEDICALLY REFRACTORY PARTIAL SEIZURES (PROTOCOL 945-5 US) | 295 | 12 weeks |

0100000431307\1.0\Approved 10-Sep-2004 10:25

CONFIDENTIAL    Pfizer_Regulatory_001638

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt

19

Table 2. Table of Studies

| Indication | Protocol | Title | Sample Size N | Planned Study Duration |
|---|---|---|---|---|
| Add-On Epilepsy In Adults | 945-006 | A 12-WEEK, DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP MULTICENTER STUDY TO DETERMINE THE EFFICACY OF GABAPENTIN (CI-945) 900-MG DAILY AND THE DOSE-RESPONSE CHARACTERISTICS AND SAFETY OF GABAPENTIN 900-MG AND 1200-MG ORAL DAILY DOSES AS ADD-ON THERAPY IN PATIENTS WITH MEDICALLY REFRACTORY PARTIAL SEIZURES (PROTOCOL 945-6) | gabapentin = 163 placebo = 109 | 12 weeks |
| Add-On Epilepsy In Adults | 945-006X | A 12-WEEK, OPEN-LABEL EXTENSION OF A 12-WEEK, DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP, MULTICENTER STUDY TO DETERMINE THE EFFICACY OF GABAPENTIN (CI-945) 900-MG DAILY AND THE DOSE-RESPONSE CHARACTERISTICS AND SAFETY OF GABAPENTIN 900-MG AND 1200-MG ORAL DAILY DOSES AS ADD-ON THERAPY IN PATIENTS WITH MEDICALLY REFRACTORY PARTIAL SEIZURES (PROTOCOL 945-6) | 215 | 12 weeks |
| Add-On Epilepsy In Adults | 945-009 & 945-010 | A 12-WEEK, DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP MULTICENTER STUDY TO DETERMINE THE EFFICACY OF GABAPENTIN (CI-945) 900-MG DAILY AND THE DOSE RESPONSE CHARACTERISTICS AND SAFETY OF GABAPENTIN 900-MG AND 1200-MG ORAL DAILY DOSES AS ADD-ON THERAPY IN PATIENTS WITH MEDICALLY REFRACTORY PARTIAL SEIZURES (PROTOCOLS 945-9 AND 945-10) | gabapentin = 53 placebo = 34 | 12 weeks |
| Add-On Epilepsy In Adults | 945-009X & 945-010X | A 12-WEEK, OPEN-LABEL EXTENSION OF A 12-WEEK DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP, MULTICENTER STUDY TO DETERMINE THE EFFICACY OF GABAPENTIN (CI-945) 900-MG DAILY AND THE DOSE-RESPONSE CHARACTERISTICS AND SAFETY OF GABAPENTIN 900-MG AND 1200-MG ORAL DAILY DOSES AS ADD-ON THERAPY IN PATIENTS WITH MEDICALLY REFRACTORY PARTIAL SEIZURES (PROTOCOLS 945-9 AND945-10) | 72 | 12 weeks |
| Add-On Epilepsy In Adults | 945-013 | INTERIM REPORT OF A LONG-TERM, OPEN-LABEL, MULTICENTER STUDY OF THE SAFETY AND EFFICACY OF GABAPENTIN (CI-945) AS ADD-ON THERPAY IN THE TREATMENT OF PATIENTS WITH PARTIAL SEIZURES (PROTOCOL 945-13 US) | 240 | up to 264 weeks |
| Add-On Epilepsy In Adults | 945-014 | INTERIM REPORT OF A LONG TERM, OPEN-LABEL MULTICENTER STUDY OF THE SAFETY AND EFFICACY OF GABAPENTIN (CI-945) AS ADD-ON THERAPY IN THE TREATMENT OF PATIENTS WITH MEDICALLY REFRACTORY PARTIAL SEIZURES (PROTOCOL 945-14) | 204 | open-ended |

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt

20

**Table 2.** Table of Studies

| Indication | Protocol | Title | Sample Size N | Planned Study Duration |
|---|---|---|---|---|
| Add-On Epilepsy In Adults | 945-016 | AN INTERIM REPORT OF AN OPEN-LABEL, UNCONTROLLED, MULTICENTER STUDY TO DETERMINE THE LONG TERM SAFETY AND EFFICACY OF GABAPENTIN (CI-945) ADMINISTERED AS MONOTHERAPY OR IN COMBINATION WITH OTHER ANTIEPILEPTIC DRUGS IN PATIENTS WITH MEDICALLY REFRACTORY PARTIAL OR GENERALIZED EPILEPTIC SEIZURES (PROTOCOL 945-16) | 68 | up to 217 weeks |
| Add-On Epilepsy In Adults | 945-090 | A MULTICENTER, RANDOMIZED, DOUBLE-BLIND, COMPARATIVE STUDY OF GABAPENTIN (CI-945) ADMINISTERED AS AN INITIAL DOSAGE OF 900 MG/DAY VERSUS A DOSAGE TITRATED TO 900 MG/DAY OVER THREE DAYS (PROTOCOL 945-090) | 726 | 5 days |
| Add-On Epilepsy In Adults | 880-130 | AN OPEN LABEL, UNCONTROLLED, MULTICENTER PILOT STUDY OF THE SAFETY AND EFFICACY OF GABAPENTIN (CI-945) AS TO AS ADD-ON THERAPY IN PATIENTS WITH REFRACTORY EPILEPSY (STUDY 880-130, CENTERS 132 THROUGH 136, 138, 140, 142 THROUGH 146). | 71 | up to 44 weeks |
| Add-On Epilepsy In Adults | 880-130X | THE LONG TERM PHASE OF AN OPEN-LABEL, UNCONTROLLED STUDY TO DETERMINE THE EFFICACY, SAFETY, AND TOLERANCE OF ORALLY ADMINISTERED GABAPENTIN (CI-945) AS ADD-ON THERAPY IN PATIENTS WITH MEDICALLY REFRACTORY UNCONTROLLED EPILEPTIC SEIZURES (PROTOCOL CT 880-130) | 26 | up to 1020 days |
| Add-On Epilepsy In Adults | 945-430-004 430-004, NE004 | DOUBLE-BLIND, PLACEBO-CONTROLLED, CROSSOVER STUDY OF THE EFFECTS OF THREE DOSES OF NEURONTIN AS ADD-ON THERAPY IN COGNITIVE FUNCTION OF PATIENTS WITH EPILEPSY (PROTOCOL 945- | gabapentin = 27 placebo = 27 | 28 weeks |
| Add-On Epilepsy In Adults | 945-225 | A COMPARISON OF GABAPENTIN (CI-945) BID VS TID DOSING REGIMEN: OPEN-LABEL, RANDOMIZED, PARALLEL-GROUP, 6-WEEK ADD-ON TREATMENT, MULTICENTER STUDY IN PATIENTS WITH PARTIAL SEIZURES | 109 | 18 weeks |
| Add-On Epilepsy In Adults | 945-193 & 945-200 | NEURONTIN STEPS (STUDY OF TITRATION TO EFFECTIVENESS AND PROFILE OF SAFETY) PLUS SERUM GABAPENTIN LEVELS (PROTOCOLS 945-193 AND 945-200) | 2216 | 16 weeks |

CONFIDENTIAL

Pfizer_Regulatory_001640

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt

21

**Table 2.** Table of Studies

| Indication | Protocol | Title | Sample Size N | Planned Study Duration |
|---|---|---|---|---|
| **Monotherapy Epilepsy in Adults** | | | | |
| Monotherapy In Adults | 945-015 | AN INTERIM REPORT ON AN OPEN-LABEL, UNCONTROLLED, MULTICENTER STUDY TO DETERMINE THE LONG TERM SAFETY AND EFFICACY OF GABAPENTIN (CI-945) ADMINISTERED AS MONOTHERAPY OR IN COMBINATION WITH OTHER ANTIEPILEPTIC DRUGS IN PATIENTS WITH MEDICALLY UNCONTROLLED PARTIAL OR GENERALIZED EPILEPTIC SEIZURES (PROTOCOL 945-015 US) | 389 | open-ended |
| Monotherapy In Adults | 945-082 | A 26-WEEK, DOUBLE-BLIND, DOSE-CONTROLLED, MULTICENTER STUDY OF CONVERSION FROM MARKETED ANTIEPILEPTIC DRUG THERAPY TO GABAPENTIN (CI-945, NEURONTIN) MONOTHERAPY IN PATIENTS WITH COMPLEX PARTIAL OR SECONDARILY GENERALIZED SEIZURES (PROTOCOL 945-082, US AND CANADA) | 275 | 26 weeks |
| Monotherapy In Adults | 945-083 | INTERIM REPORT OF AN EXTNEDED OPEN-LABEL, MULTICENTER, SAFETY AND EFFICACY STUDY OF GABAPENTIN (CI-945-NEURONTIN) MONOTHERAPY FOLLOWING A DOUBLE-BLIND STUDY (PROTOCOL 945-082) IN PATIENTS WITH COMPLEX PARTIAL OR SECONDARILY GENERALIZED SEIZURES (PROTOCOL 945-083, US AND CANADA) | 259 | open-ended |
| Monotherapy In Adults | 945-088 | GABAPENTIN INPATIENT MONOTHERAPY TRIAL: A DOUBLE-BLIND, DOSE-CONTROLLED, MULTICENTER STUDY IN PATIENTS WITH REFRACTORY PARTIAL EPILEPSY (PROTOCOL 945-088, US AND CANADA). | 82 | 8 days |
| Monotherapy In Adults | 945-089 | INTERIM REPORT OF A 26-WEEK, OPEN-LABEL, MULTICENTER, SAFETY AND EFFICACY STUDY OF GABAPENTIN (CI-945, NEURONTIN) MONOTHERAPY FOLLOWING A DOUBLE-BLIND INPATIENT STUDY (PROTOCOL 945-088) IN PATIENTS WITH REFRACTORY PARTIAL EPILEPSY (PROTOCOL 945-089, US AND CANADA) | 63 | up to 26 weeks |
| Monotherapy In Adults | 945-077 | DOUBLE-BLIND, DOSE-CONTROLLED, MULTICENTER STUDY COMPARING 3 DOSES OF GABAPENTIN (CI-945, NEURONTIN) ADMINISTERED AS MONOTHERAPY AND OPEN-LABEL CARBAMAZEPINE IN PATIENTS WTIH NEWLY DIAGNOSED EPILEPSY: TITRATION AND EVALUATION PHASES (PROTOCOL 945-077 [INTERNATIONAL]) | gabapentin = 218 carbamezapine = 74 | 24 weeks |

0100000431310711.0\Approved\10-Sep-2004 10:25

CONFIDENTIAL

Pfizer_Regulatory_001641

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt

22

**Table 2.** Table of Studies

| Indication | Protocol | Title | Sample Size N | Planned Study Duration |
|---|---|---|---|---|
| Monotherapy In Adults | 945-177 | DOUBLE-BLIND, DOSE-CONTROLLED, MULTICENTER STUDY COMPARING 3 DOSES OF GABAPENTIN AS MONOTHERAPY AND OPEN-LABEL CARBAMAZEPINE IN PATIENTS WITH NEWLY DIAGNOSED EPILEPSY (EASTERN EUROPE) | gabapentin = 63 carbamezapine = 20 | 24 weeks |
| Monotherapy In Adults | 945-078 | AN OPEN-LABEL, MULTICENTER STUDY TO DETERMINE THE SAFETY AND EFFICACY OF GABAPENTIN(NEURONTIN) IN COMPARISON WITH CARBAMAZEPINE IN THE LONG-TERM EXTENDED TREATMENT OF PATIENTS WITH NEWLY-DIAGNOSED EPILEPSY | gabapentin = 160 carbamazepine = 26 | indeterminate |
| Monotherapy In Adults | 945-178 | AN OPEN-LABEL MULTICENTER STUDY TO DETERMINE THE SAFETY AND EFFECACY OF GABAPENTIN (NEURONTIN) IN COMPARISON WITH CARBAMAZEPINE IN THE LONG-TERM EXTENDED TREATMENT OF PATIENTS WITH NEWLY-DIAGNOSED EPILEPSY | gabapentin = 56 carbamazepine = 8 | indeterminate |
| Monotherapy In Adults | 945-092 | GABAPENTIN MONOTHERAPY TRIAL: A 36-WEEK, DOUBLE-BLIND, PARALLEL-GROUP, MULTICENTER, COMPARATIVE STUDY OF THE EFFICACY AND SAFETY OF GABAPENTIN VERSUS CARBAMAZEPINE IN PATIENTS WITH PARTIAL EPILEPSY (PROTOCOL 945-092) | gabapentin = 144 carbamazepine = 146 | 33 weeks |
| Monotherapy In Adults | 945-213 | GABAPENTIN MONOTHERAY TRIAL: A 4-MONTH, DOUBLE-BLIND, DOSE-CONTROLLED, PARALLEL GROUP, MULTICENTER STUDY TO DETERMINE THE EFFICACY AND SAFETY OF GABAPENTIN IN NEWLY DIAGNOSED PATIENTS WITH PARTIAL EPILEPSY (PROTOCOL 945-213) | 146 | 17weeks |
| Monotherapy In Adults | 945-036 & 945-13-14 | A DOUBLE-BLIND, SINGLE-CENTER, 3-WAY CROSSOVER STUDY IN PATIENTS WITH REFRACTORY PARTIAL SEIZURES TO DETERMINE THE EFFICACY AND SAFETY OF GABAPENTIN MONOTHERAPY COMPARED WITH CARBAMAZEPINE MONOTHERAPY AND GABAPENTIN/CARBAMAZEPINE COMBINATION THERAPY AND FOLLOW-ON OPEN-LABEL SAFETY (PROTOCOLS 945-36 AND 945-13-14) | 27 | open-ended |
| Monotherapy In Adults | 945-212 | NEURONTIN VS. LAMOTRIGINE: A DOUBLE-BLIND, MONOTHERAPY, PARALLEL-GROUP, MULTICENTER, COMPARATIVE STUDY IN PATIENTS WITH PARTIAL AND/OR GENERALIZED TONIC-CLONIC SEIZURES. | gabapentin = 158 lamotrigine = 151 | up to 9 months |
| **Add-On Epilepsy in Pediatric Patients** | | | | |
| Add-On Epilepsy in Pediatrics | 945-086 & 945-186 | A 12-WEEK DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL GROUP MULTICENTER STUDY OF GABAPENTIN AS ADD-ON THERAPY IN CHILDREN WITH REFRACTORY PARTIAL SEIZURES (Protocols 945-86 and 945-186) | gabapentin = 119 placebo = 128 | 12 weeks |

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt

**Table 2.** Table of Studies

| Indication | Protocol | Title | Sample Size N | Planned Study Duration |
|---|---|---|---|---|
| Add-On Epilepsy in Pediatrics | 945-087 & 945-187 | REPORT OF AN OPEN-LABEL EXTENSION OF A DOUBLE-BLIND, PLACEBO CONTROLLED, MULTICENTER STUDY OF GABAPENTIN AS ADD-ON THERAPY IN CHILDREN WITH PARTIAL SEIZURES (PROTOCOL 945-87/187) OPEN-LABEL EXTENSION TO STUDY 945-86/186 | 237 | Up to 26 weeks |
| Add-On Epilepsy in Pediatrics | 945-301 & 945-401 | AN INTERIM SAFETY REPORT OF AN OPEN-LABEL, SAFETY STUDY OF GABAPENTIN (CI-945) AS ADJUNCT THERAPY IN CHILDREN AGED 1 MONTH THROUGH 4 YEARS WITH SEIZURES UNCONTROLLED BY CURRENT ANTICONVULSANT DRUGS | 198 | up to 52 weeks |
| Add-On Epilepsy in Pediatrics | 945-305 & 945-405 | GABAPENTIN PEDIATRIC ADD-ON TRIAL: A RANDOMIZED, DOOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP MULTICENTER STUDY IN PEDIATRIC PATIENTS AGED 1 MONTH TO 36 MONTHS WITH REFRACTORY PARTIAL SEIZURES (PROTOCOLS 945-305 AND 945-405). | gabapentin = 38 placebo = 38 | 3 days |
| Add-On Epilepsy in Pediatrics | 945-011 | A REPORT OF A SINGLE-CENTER PILOT STUDY COMPRISING A 12-WEEK, PLACEBO-CONTROLLED, PARALLEL-GROUP, DOUBLE-BLIND PHASE, FOLLOWED BY A LONG-TERM, OPEN-LABEL PHASE, TO DETERMINE THE EFFICACY AND SAFETY OF GABAPENTIN TAKEN AS ORAL DAILY DOSES AS ADD-ON THERAPY IN JUVENILE PATIENTS WITH MEDICALLY REFRACTORY PARTIAL SEIZURES (PROTOCOL 945-11) | gabapentin = 5 placebo = 4 | 12 weeks |
| Add-On Epilepsy in Pediatrics | 945-011X | OPEN-LABEL EXTENSION TO STUDY 945-11 TO EVALUATE LONG-TERM SAFETY IN JUVENILE PATIENTS WITH PARTIAL SEIZURES | 8 | up to 48 weeks |
| Add-On Epilepsy in Pediatrics | 945-008 DB | A DOUBLE-BLIND, PLACEBO-CONTROLLED, MULTICENTER STUDY OF THE SAFETY AND EFICACY OF GABAPENTIN AS ADD-ON THERAPY IN THE TREATMENT OF PHARMACOTHERAPY-RESISTANT CHILDHOOD SYMPTOMATIC EPILEPSIES (PROTOCOL 945-008). | gabapentin = 9 placebo = 7 | 16 weeks |
| Add-On Epilepsy in Pediatrics | 945-008 OL | OPEN LABEL EXTENSION OF A DOUBLE-BLIND, PLACEBO-CONTROLLED, MULTICENTER STUDY OF THE SAFETY AND EFICACY OF GABAPENTIN AS ADD-ON THERAPY IN THE TREATMENT OF PHARMACOTHERAPY-RESISTANT CHILDHOOD SYMPTOMATIC EPILEPSIES (PROTOCOL 945-008). | 12 | 12 weeks |
| Add-On Epilepsy in Pediatrics | 877-034 | REPORT OF AN OPEN LABEL, NON-COMPARATIVE, RISING-DOSE PILOT STUDY OF GABAPENTIN (CI-945) IN CHILDREN WITH EPILEPSY (PROTOCOL 877-034). | 8 | 2 - 5 months |

23

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt

**Table 2.** Table of Studies

| Indication | Protocol | Title | Sample Size N | Planned Study Duration |
|---|---|---|---|---|
| Add-On Epilepsy in Pediatrics | 877-034X | REPORT OF THE OPEN LABEL EXTENSION OF AN OPEN-LABEL, PILOT STUDY OF SAFETY AND TOLERANCE OF GABAPENTIN (CI-945) CAPSULES AS ADD-ON THERAPY IN THE TREATMENT OF JUVENILE PATIENTS WITH PARTIAL SEIZURES (PROTOCOL 877-034) | 4 | 216 - 1352 days |
| **Monotherapy Epilepsy in Pediatric Subjects** | | | | |
| Monotherapy Epilepsy in Pediatrics | 945-094 | GABAPENTIN IN PEDIATRIC MONOTHERAPY TRIAL: A MULTICENTER, DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP STUDY IN PEDIATRIC PATIENTS WITH BENIGN CHILDHOOD EPILEPSY WITH CENTROTEMPORAL SPIKES (BECTS) (PROTOCOL 945-094) | gabapentin = 113 placebo = 112 | 36 weeks |
| Monotherapy Epilepsy in Pediatrics | 945-095 | AN EXTENDED OPEN-LABEL GABAPENTIN (CI-945) PEDIATRIC MONOTHERAPY TRIAL FOLLOWING A DOUBLE-BLIND STUDY (945-094) IN PEDIATRIC PATIENTS WITH BENIGN CHILDHOOD EPILEPSY WITH CENTROTEMPORAL SPIKES (BECTS) | 191 | up to 96 weeks |
| Monotherapy Epilepsy in Pediatrics | 945-019 945-020 | 2 DOUBLE-BLIND, PLACEBO-CONTROLLED, MULTICENTER STUDIES AND THEIR ASSOCIATED EXTENDED-TREATMENT STUDIES OF THE SAFETY AND EFFICACY OF GABAPENTIN MONOTHERAPY IN PATIENTS WITH CHILDHOOD ABSENCE EPILEPSY NAIVE TO ANTIEPILEPTIC DRUG THERAPY (DOUBLE-BLIND PROTOCOLS 945-19 [US] AND 945-20 [NON-US] AND EXTENDED-TREATMENT PROTOCOLS 945-49 [US] AND 945-50 [NON-US] | gabapentin = 15 placebo = 18 | 2 weeks |
| Monotherapy Epilepsy in Pediatrics | 945-019X, 945-020X, 945-049 & 945-050 | EXTENDED-TREATMENT STUDIES OF 2 DOUBLE-BLIND, PLACEBO-CONTROLLED, MULTICENTER STUDIES (945-19 [US] AND 945-20 [NON-US]) OF THE SAFETY AND EFFICACY OF GABAPENTIN MONOTHERAPY IN PATIENTS WITH CHILDHOOD ABSENCE EPILEPSY NAIVE TO ANTIEPILEPTIC DRUG THERAPY (DOUBLE-BLIND PROTOCOLS 945-19 [US] AND 945-20 [NON-US] AND EXTENDED-TREATMENT PROTOCOLS 945-49 [US] AND 945-50 [NON-US] | 33 | up to 40 months |
| **Other Neurology Studies** | | | | |
| Primary insomnia | 934-325 | RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED, 14-DAY, DOSE-RANGING STUDY OF GABAPENTIN 100 MG, 250 MG, AND 500 MG IN THE TREATMENT OF SUBJECTS WITH POOR SLEEP QUALITY | gabapentin = 128 placebo = 21 | 14 days |
| Acute insomnia | 934-324 | A RANDOMIZED, DOUBLE-BLIND,SINGLE-DOSE, PLACEBO-CONTROLLED, DOSE-RANGING STUDY OF GABAPENTIN 100 MG, 250 MG, AND 500 MG VERSUS PLACEBO IN SUBJECTS WITH PHASE-SHIFTED SLEEP | gabapentin = 130 placebo = 19 | single dose |

24

0100004313\07\1.0\Approved\10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt

**Table 2.** Table of Studies

| Indication | Protocol | Title | Sample Size N | Planned Study Duration |
|---|---|---|---|---|
| Acute insomnia | 934-335 | A RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED, POLYSOMNOGRAPHIC STUDY OF GABAPENTIN 250 MG AND 500 MG IN SUBJECTS WITH PHASE SHIFTED SLEEP | gabapentin = 58 placebo = 30 | single dose |
| Migraine | 945-220 | DOUBLE-BLIND, RANDOMIZED, PLACEBO-CONTROLLED, MULTICENTER TRIAL TO DETERMINE THE EFFICACY AND SAFETY OF NEURONTIN (GABAPENTIN) IN MIGRAINE PROPHYLAXIS ADMINISTERED IN DOSES DIVIDED THREE TIMES DAILY (TID) (PROTOCOL 945-220) | gabapentin = 98 placebo = 45 | 16 weeks |
| Migraine | 945-217 | DOUBLE-BLIND, RANDOMIZED, PLACEBO-CONTROLLED, MULTI-CENTER TRIAL TO DETERMINE THE EFFICACY AND SAFETY OF NEURONTIN (GABAPENTIN) IN MIGRAINE PROPHYLAXIS (PROTOCOL 945-217) | gabapentin = 95 placebo = 55 | 16 weeks |
| Migraine | 879-200 | A DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP, MULTICENTER STUDY OF THE SAFETY AND EFICACY OF GABAPENTIN (CI-945) AS A PROPHYLACTIC INTERVAL THERPAY IN PATINETS WITH COMMON MIGRAINE (PROTOCOLS 879-201, -205, -206, -207, -209) | gabapentin = 45 placebo = 42 | 12 weeks |
| Spasticity | 104-003 | REPORT OF A SINGLE-BLIND, UP AND DOWN DOSE-RANGING STUDY OF GABAPENTIN (CI-945) IN PATIENTS WITH SPASTICITY (CT 104-003) | 10 | 1 week |
| Spasticity | 104-004 | REPORT OF A PATIENT-BLIND PILOT STUDY OF THE SAFETY OF GABAPENTIN (CI-945) IN PATIENTS WITH SPASTICITY CAUSED BY CEREBRAL OR SPINAL LESIONS (CT 104-004) | 8 | 4 weeks |
| Spasticity | 104-007 | REPORT OF A PATIENT-BLIND PILOT STUDY OF GABAPENTIN (CI-945) IN PATIENTS WITH SPASTICITY (CT 104-007) | 9 | 1 weeks |
| Spasticity | 878-016 | REPORT OF A DOUBLE BLIND, PLACEBO CONTROLLED STUDY OF GABAPENTIN (CI-945) IN PATIENTS WITH SPASTICITY OF VARIED ETIOLOGY (PROTOCOL CT 878-016) | gabapentin = 12 placebo = 10 | 4 weeks |
| Spasticity | 878-017 | REPORT OF A 4-WEEK, DOUBLE-BLIND, PLACEBO CONTROLLED STUDY OF GABPENTIN (CI-945) IN PATIENTS WITH SPASTICITY OF CEREBROVASULAR ETIOLOGY (PROTOCOL CT 878-017) | gabapentin = 9 placebo = 7 | 4 weeks |
| Spasticity | 880-009 | REPORT OF A SINGLE DOSE, PILOT, UNCONTROLLED, ELECTROPHYSIOLOGICAL STUDY WITH GABAPENTIN (CI-945) IN PATIENTS WITH SPASTICITY (CT 880-009) | 11 | single dose |
| Spasticity | 880-010 | REPORT OF A DOUBLE BLIND, PLACEBO CONTROLLED STUDY OF GABAPENTIN (CI-945) IN HEMIPLEGIC PATIENTS WITH SPASTICITY (CT 880-010) | gabapentin = 10 placebo = 11 | 4 weeks |

25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt

Table 2. Table of Studies

| Indication | Protocol | Title | Sample Size N | Planned Study Duration |
|---|---|---|---|---|
| Multiple Sclerosis | 880-011 | REPORT OF AN OBSERVER-BLIND STUDY OF THE SAFETY OF GABAPENTIN (CI-945) IN MULTIPLE SCLEROSIS PATIENTS WITH SPASTICITY (CT 880-011) | 11 | 4 weeks |
| Spasticity | 880-012 | REPORT OF A DOUBLE BLIND STUDY OF GABAPENTIN (CI-945) IN PARALYZED PATIENTS WITH SPASTICITY CAUSED BY TRAUMATIC TRANSVERSE LESIONS OF THE SPINAL CORD (CT 880-012) | gabapentin = 7 placebo = 4 | 4 weeks |
| Spasticity | 880-013 | REPORT OF A 5-WEEK, DOUBLE BLIND, PLACEBO CONTROLLED STUDY OF GABAPENTIN (CI-945) IN HEMIPLEGIC PATIENTS WITH SPASTICITY (PROTOCOL CT 880-013) | gabapentin = 10 placebo = 10 | 6 weeks |
| Spasticity | 880-015 | REPORT OF A DOUBLE BLIND, PLACEBO CONTROLLED, RISING DOSE STUDY OF GABAPENTIN (CI-945) IN PATIENTS WITH SPASTICITY DUE TO CEREBROVASCULAR ACCIDENT (PROTOCOL CT 880-015) | gabapentin = 5 placebo = 9 | 4 weeks |
| **MISCELLANEOUS** | | | | |
| Compassionate use/named patient | unnamed | OPEN-LABEL, MULTICENTER, NAMED-PATIENT STUDY TO EVALUATE LONG-TERM SAFETY IN PATIENTS WITH EPILEPSY OR SPASTICITY | unknown | |
| Compassionate use/named patient | 104-006 | DOUBLE-BLIND, PLACEBO CONTROLLED STUDY OF ENCEPHALOTROPIC AND PSYCHOTROPIC PROPERTIES IN SUBJECTS | gabapentin = 10 placebo = 10 | |
| Compassionate use/named patient | 104-008 | SINGLE-BLIND PILOT STUDY OF EFFCICAY AND SAFETY IN PATIENTS WITH HUNTINGTON'S DISEASE | gabapentin = 4 placebo = 3 | |
| Compassionate use/named patient | 877-210PX Named Patient | OPEN-LABEL, MULTICENTER, NAMED-PATIENT PHASE OF STUDY 877-210PX TO EVALUATE LONG-TERM SAFETY IN PATIENTS WITH PARTIAL SEIZURES | 38 | |

26

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt 27

## 4. PSYCHIATRY STUDIES

There were no deaths reported in any of the studies conducted for the psychiatric disorders (bipolar disorder, panic disorder, and social phobia). Also, there were no reports of suicide or suicide attempt in clinical studies of these disorders. Demographic and exposure data for the psychiatric populations are shown in the following section.

### 4.1. Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the psychiatry studies are summarized in Table 3.

**Table 3.** Demographic Characteristics and Treatment Exposure in Psychiatry Studies

| | | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies**[a] | | | |
| Bipolar Disorder Study 945-209 | N | 58 | 59 |
| | Mean Age, years | 40.7 | 38.2 |
| | Age SD | 9.4 | 10.5 |
| | Median Age | 40 | 39 |
| | Age Range | 17.0-66.0 | 17.0-73.0 |
| | n (%) Male | 29 (50.0%) | 32 (54.2%) |
| | n (%) Female | 29 (50.0%) | 27 (45.8%) |
| | Total Patient-Years* | 8.3 | 9.7 |
| Panic Disorder Study 945-204 | N | 52 | 51 |
| | Mean Age, years | 34.2 | 36.3 |
| | Age SD | 10.6 | 9.4 |
| | Median Age | 31 | 36 |
| | Age Range | 18.0-66.0 | 18.0-63.0 |
| | n (%) Male | 22 (42.3%) | 16 (31.4%) |
| | n (%) Female | 30 (57.7%) | 35 (68.6%) |
| | Total Patient-Years* | 7.2 | 6.9 |
| Social Phobia Study 945-203 | N | 34 | 35 |
| | Mean Age, years | 36.5 | 34.8 |
| | Age SD | 9 | 10.2 |
| | Median Age | 36 | 34 |
| | Age Range | 20.0-54.0 | 19.0-55.0 |
| | n (%) Male | 20 (58.8%) | 20 (57.1%) |
| | n (%) Female | 14 (41.2%) | 15 (42.9%) |
| | Total Patient-Years* | 7.3 | 7.2 |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] These studies were not pooled at the request of FDA.

Source data: Tables 1.1.1.1, 1.1.1.2, 1.1.2.1, 1.1.2.2, 1.1.3.1 and 1.1.3.2

### 4.2. Tables of Risk, Rate, and Cumulative Risk

There were no reports of suicide or suicide attempt in the 3 studies conducted in the psychiatry studies, therefore no determination of risk, rate, or cumulative risk could be made.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt 28

### 4.3. Listings and Narratives for Bipolar, Panic Disorder, and Social Phobia Studies

There were no cases of suicide or suicide attempt in the bipolar, panic disorder, or social phobia studies, therefore there are no listings or narratives to provide. Similarly, there were no deaths or overdoses reported in clinical trials in these studies.

### 5. NEUROPATHIC PAIN STUDIES

### 5.1. Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the neuropathic pain studies are summarized in Table 4.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                                                                 29

**Table 4.** Demographic Characteristics and Treatment Exposure in Neuropathic Pain Studies

|  |  | **Gabapentin** | **Placebo** |
|---|---|---|---|
| **Placebo-Controlled Studies** | | | |
| Painful Diabetic Neuropathy Studies (945-210, 945-224, A9451008, 945-468-429) | N | 598 | 412 |
|  | Mean age, years | 58.3 | 58.2 |
|  | Age SD | 10.4 | 10.8 |
|  | Median age, years[a] | 59 | 58.1 |
|  | Age Range, years | 23.0 - 85.2 | 22.4 - 87.2 |
|  | % Male | 353 (59.0%) | 237 (57.5%) |
|  | % Female | 245 (41.0%) | 175 (42.5%) |
|  | Total Patient-Years* | 93.6 | 70.7 |
| Post-Herpetic Neuralgia Studies (945-211, 945-295) | N | 336 | 227 |
|  | Mean age, years | 72.8 | 72.7 |
|  | Age SD | 10.1 | 10.7 |
|  | Median age, years | 74.9 | 74.9 |
|  | Age Range, years | 22.5 - 90.8 | 28.9 - 94.8 |
|  | % Male | 155 (46.1%) | 102 (44.9%) |
|  | % Female | 181 (53.9%) | 125 (55.1%) |
|  | Total Patient Years* | 41.5 | 29.9 |
| Various Types of Neuropathic Pain Studies 945-306, 945-420-276, 945-271 | N | 352 | 252 |
|  | Mean age, years | 54.7 | 55.3 |
|  | Age SD | 13.7 | 13.8 |
|  | Median age, years[a] | 57.7 | 56.1 |
|  | Age Range, years | 19.0 - 88.4 | 19.0 - 86.2 |
|  | % Male | 153 (43.5%) | 122 (48.4%) |
|  | % Female | 199 (56.5%) | 130 (51.6%) |
|  | Total Patient-Years* | 33.2 | 26.4 |
| All Placebo-Controlled Studies in Neuropathic Pain (945-210, 945-224, A9451008, 945-468-429, 945-211, 945-295, 945-306, 945-420-276, 945-271) | N | 1286 | 891 |
|  | Mean age, years | 61.1 | 61.0 |
|  | Age SD | 13.4 | 13.6 |
|  | Median age, years[a] | 63.9 | 63 |
|  | Age Range, years | 19.0 - 90.8 | 19.0 - 94.8 |
|  | % Male | 661 (51.4%) | 461 (51.7%) |
|  | % Female | 625 (48.6%) | 430 (48.3%) |
|  | Total Patient-Years* | 168.2 | 127.0 |
| **Non-Placebo Controlled Studies** | | | |
| Studies 945-411, 945-224OL | N | 406 | n/a |
|  | Mean age, years | 57 | |
|  | Age SD | 11.1 | |
|  | Median age, years | 57.3 | |
|  | Age Range, years | 23.4 - 88.1 | |
|  | % Male | 186 (45.8%) | |
|  | % Female | 220 (54.2%) | |
|  | Total Patient-Years* | 74.0 | |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Median Age was calculated only for the studies that have data available in electronic format (excludes Studies 945-468-429 for painful diabetic neuropathy and 945-420-276, 945-271 for various types of neuropathic pain)
Source data: Tables 2.1.1.1, 2.1.1.2, 2.1.2.1, 2.1.2.2, 2.1.3.1, 2.1.3.2, 2.1.4.1, 2.1.4.2, 2.1.5.1, and 2.1.5.2