Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                                       30

### 5.2. Tables of Risk, Rate, and Cumulative Risk

There were no cases of suicide in the neuropathic pain studies and 1 case of suicide attempt. The case occurred in an open-label painful diabetic neuropathy study and a detailed narrative for the suicide attempt is provided in Section 5.3.2, Narratives. The rate (number of cases per total patient-years) of suicide in the non-placebo controlled neuropathic pain studies was 1.35% (1 case per 73.99 patient-years)(Table 5.1).

**Table 5.1.** Occurrence of Suicide Attempt in Neuropathic Pain Studies

|  |  | **Gabapentin** | **Placebo** |
|---|---|---|---|
| **Placebo-Controlled Studies** |  |  |  |
| Painful Diabetic Neuropathy Studies (945-210, 945-224, A9451008, 945-468-429) | Cases/N<br>Cases/Total Patient-Years* | 0/598<br>0/93.6 | 0/412<br>0/70.7 |
| Post-Herpetic Neuralgia Studies (945-211, 945-295) | Cases/N<br>Cases/Total Patient-Years* | 0/336<br>0/41.5 | 0/227<br>0/29.9 |
| Various Types of Neuropathic Pain Studies 945-306, 945-420-276, 945-271 | Cases/N<br>Cases/Total Patient-Years* | 0/352<br>0/33.2 | 0/252<br>0/26.4 |
| All Placebo-Controlled Studies in Neuropathic Pain (945-210, 945-224, A9451008, 945-468-429, 945-211, 945-295, 945-306, 945-420-276, 945-271) | Cases/N<br>Cases/Total Patient-Years* | 0/1286<br>0/168.2 | 0/891<br>0/127.0 |
| **Non-Placebo-Controlled Studies** |  |  |  |
| Studies 945-411, 945-224OL | Cases/N<br>Cases/Total Patient-Years* | 1/406 (0.25%)<br>1/74.0 (1.35%) | n/a |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.

Source data: Appendix B1.2 and Tables 2.1.1.2, 2.1.2.2, 2.1.3.2, 2.1.4.2, and 2.1.5.2

The cumulative risk of suicide attempt (number of cases/accumulated exposure time by month) in the neuropathic pain studies is shown in Table 5.2 for non-placebo-controlled studies.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                                31

**Table 5.2.** Cumulative Occurrence of Suicide Attempt by Month in Neuropathic Pain Studies

|  |  | Gabapentin | Placebo |
|---|---|---|---|
| **Non-Placebo-Controlled Studies** | | | |
| Studies 945-411, 945-224OL | Cases/≤Month 1, Patient-Years* | 1/32 (3.13%) | n/a |
|  | Cases/≤Month 2, Patient-Years* | 1/57 (1.75%) |  |
|  | Cases/≤Month 3, Patient-Years* | 1/65 (1.54%) |  |
|  | Cases/≤Month 4, Patient-Years* | 1/72 (1.39%) |  |
|  | Cases/≤Month 5, Patient-Years* | 1/73 (1.37%) |  |
|  | Cases/≤Month 6, Patient-Years* | 1/74 (1.35%) |  |
|  | Cases/≤Month 7, Patient-Years*,a | 1/74 (1.35%) |  |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
a Cumulative exposure at Month 7 is equal to the total patient-years exposure.

Source data: Appendix B1.2 and Table 2.1.5.3

## 5.3.  Listings and Narratives

### 5.3.1.  Listings of Cases for Painful Diabetic Neuropathy Studies

There were no cases of suicide in this patient population. A subject listing of the 1 case of suicide attempt is not available because the subject participated in a study for which no electronic data are available and therefore cannot be listed in Appendix B1.2, Listing of Suicide Attempts. Listings for any cases of overdose and suicide ideation that were not included in the analyses of suicide and suicide attempt are also provided in Appendix B1.3 and Appendix B1.4, respectively.

### 5.3.2.  Narratives for Painful Diabetic Neuropathy Studies

A narrative for the 1 case of suicide attempt in the painful diabetic neuropathy studies is provided below. Additional narratives for the excluded cases of overdose and death can be found in Appendix B2.1 and Appendix B2.2, respectively.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt 32

*Suicide Attempt*

*Open-Label Painful Diabetic Neuropathy Study*

**Patient 411_001018 (Study 945-411)**
**Adverse Event(s): Suicide Attempt, Intentional Overdose, Somnolence**
**Treatment: gabapentin**
Patient 411_001018 (Study 945-411), a 36-year-old Hispanic woman with painful diabetic peripheral neuropathy and a history of type II diabetes mellitus, intentionally overdosed in a suicide attempt and developed somnolence, requiring hospitalization, after taking 4500 mg of gabapentin on Day 27. An attempt to empty the patient's stomach failed. She received hydration only. Gabapentin therapy was discontinued from the study on Day 28. The patient's clinical status is unknown and she was withdrawn from the study on Day 28. Concomitant medications included hydrocortisone, insulin, chloropropamide, fenformin, and captopril. The investigator determined the adverse events were related to gabapentin. The Sponsor determined the adverse events were related to gabapentin. No portion of the gabapentin 4500 mg overdose was able to be removed from the patient's stomach. Hydrocortisone and insulin therapy was started on Day 27 and was discontinued on Day 28. The patient recovered on Day 28. The investigator determined that somnolence was moderate in intensity and definitely related to gabapentin.

## 5.4.    Listings and Narratives for Post-Herpetic Neuralgia and Other Neuropathic Pain Studies

There were no cases of suicide or suicide attempt in the post-herpetic neuralgia or other neuropathic pain studies. Listings for any cases of overdose and suicide ideation that were not included in the analyses of suicide and suicide attempt are provided in Appendix B1.3 and Appendix B1.4, respectively. Narratives for the excluded cases of overdose and death can be found in Appendix B2.1 and Appendix B2.2, respectively.

## 6.    NON-NEUROPATHIC PAIN STUDIES

### 6.1.    Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the non-neuropathic pain studies are summarized in Table 6.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt 33

**Table 6.** Demographic Characteristics and Treatment Exposure in Non-Neuropathic Pain Studies

| | | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** | | | |
| Osteoarthritis Study 1032-002 | N | 157 | 53 |
| | Mean Age, years | 63.1 | 61.8 |
| | Age SD | 9.7 | 9.8 |
| | Median Age | 63 | 62 |
| | Age Range | 43.0-87.0 | 45.0-85.0 |
| | n (%) Male | 57 (36.3%) | 18 (34.0%) |
| | n (%) Female | 100 (63.7%) | 35 (66.0%) |
| | Total Patient-Years* | 11.6 | 3.7 |
| Post-Operative Pain Studies 1032-001, 1035-001, 1035-001B, 1035-002 | N | 586 | 172 |
| | Mean Age, years | 29.9 | 34.7 |
| | Age SD | 16.6 | 19.4 |
| | Median Age | 23 | 25 |
| | Age Range | 18.0-88.0 | 18.0-82.0 |
| | n (%) Male | 266 (45.4%) | 86 (50.0%) |
| | n (%) Female | 320 (54.6%) | 86 (50.0%) |
| | Total Patient-Years* | 1.6 | 0.5 |
| Mucosal Injury Study 1032-004 | N | 82 | 42 |
| | Mean Age, years | 31.1 | 33.8 |
| | Age SD | 9.3 | 9.9 |
| | Median Age | 28 | 32.5 |
| | Age Range | 18.0-58.0 | 21.0-55.0 |
| | n (%) Male | 31 (37.8%) | 14 (33.3%) |
| | n (%) Female | 51 (62.2%) | 28 (66.7%) |
| | Total Patient-Years* | 1.8 | 0.9 |
| All Placebo-Controlled Pain Studies 1032-002, 1032-001, 1035-001, 1035-001B, 1035-002, 1032-004 | N | 825 | 267 |
| | Mean Age, years | 36.3 | 39.9 |
| | Age SD | 19.8 | 19.9 |
| | Median Age | 26 | 30 |
| | Age Range | 18.0-88.0 | 18.0-85.0 |
| | n (%) Male | 354 (42.9%) | 118 (44.2%) |
| | n (%) Female | 471 (57.1%) | 149 (55.8%) |
| | Total Patient-Years* | 15.0 | 5.1 |
| **Non-Placebo-Controlled/Open- Label Pain Studies** | | | |
| Study 1032-003 | N | 212 | n/a |
| | Mean Age, years | 62.5 | |
| | Age SD | 9.5 | |
| | Median Age | 62.5 | |
| | Age Range | 45.0-87.0 | |
| | n (%) Male | 78 (36.8%) | |
| | n (%) Female | 134 (63.2%) | |
| | Total Patient-Years* | 57.4 | |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.

Source data: Tables 3.1.1.1, 3.1.1.2, 3.1.2.1, 3.1.2.2, 3.1.3.1, 3.1.3.2, 3.1.4.1, 3.1.4.2, 3.1.5.1 and 3.1.5.2

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt    34

### 6.2. Tables of Risk, Rate, and Cumulative Risk

There were no cases of suicide or suicide attempt in the osteoarthritis pain, postoperative pain, or mucosal injury studies and therefore no determination of risk, rate, or cumulative risk could be made.

### 6.3. Listing and Narratives for Osteoarthritis Pain Studies, Postoperative Pain, and Mucosal Injury Studies

There were no cases of suicide or suicide attempt in the osteoarthritis pain, postoperative pain, or mucosal injury studies and therefore there are no listings of cases or narratives to provide. Listings for any cases of overdose and suicide ideation that were not included in the analyses of suicide and suicide attempt are provided in Appendix B1.3 and Appendix B1.4, respectively, along with narratives for excluded cases of overdose and death in Appendix B2.1 and Appendix B2.2, respectively.

## 7. ADD-ON EPILEPSY IN ADULTS

### 7.1. Demographic Characteristics and Exposure Data

The demographic characteristics and treatment exposure information for the adult add-on epilepsy population is shown in Table 7.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt    35

**Table 7.** Demographic Characteristics and Treatment Exposure in Adult Add-On Epilepsy Studies

| | | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** | | | |
| Adult Epilepsy Add-On Therapy Studies 877-035, 877-210G, 877-210P, 945-005, 945-006, 945-009, 945-010, 945-430-004 | N | 582 | 411 |
| | Mean Age, years | 33.6 | 32.6 |
| | Age SD | 11.4 | 11.2 |
| | Median Age[a] | 32 | 30.5 |
| | Age Range | 12.0 - 70.0 | 13.0 - 73.0 |
| | n (%) Male | 319 (54.8%) | 222 (54.0%) |
| | n (%) Female | 263 (45.2%) | 189 (46.0%) |
| | Total Patient-Years* | 254.6 | 233.0 |
| **Non-Placebo-Controlled Studies** | | | |
| Adult Epilepsy Add-On Therapy Non-Placebo Controlled/Open-Label Studies 877-035X, 877-078, 877-210GX, 877-210PX, 880-033, 880-130, 880-130X, 945-005X, 945-006X, 945-009X, 945-010X, 945-013, 945-014, 945-016, 945-090, 945-193, 945-200, 945-225, 710-274, 710-284[b] | N | 4135[b] | n/a |
| | Mean Age, years | 37.5 | |
| | Age SD | 13.8 | |
| | Median Age[a] | 36 | |
| | Age Range | 9.0 - 85.0 | |
| | n (%) Male | 1914 (46.3%) | |
| | n (%) Female | 2215 (53.6%) | |
| | Total Patient-Years* | 2220.0 | |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Median Age was calculated only for the studies that have data available in electronic format (excludes placebo-controlled Study 945-430-004 and non-placebo-controlled Studies 945-225, 710-274, 710-284)
[b] For Studies 880-130X, 945-013, 945-014, 710-284: Only those subjects not present in the previous study are included

Source data: Tables 4.1.1.1, 4.1.1.2, 4.1.2.1, and 4.1.2.2

### 7.2. Tables of Risk, Rate, and Cumulative Risk

In the adult add-on epilepsy studies, there was 1 case of suicide and 6 cases of suicide attempt. The suicide occurred in a non-placebo-controlled study and all but 1 of the cases of suicide attempt occurred during non-placebo-controlled studies. The rate (number of cases per total patient-years) of suicide in the non-placebo-controlled add-on epilepsy studies was 0.05% (1 case per 2220.0 patient-years)(Table 8.1). The rate (number of cases per total patient-years) of suicide attempt in placebo-controlled add-on epilepsy studies was 0.39% (1 case per 254.6 patient-years) and in the non-placebo controlled add-on epilepsy studies was 0.23% (5 cases per 2220.0 patient-years)(Table 8.2). Narrative details for all cases are provided in Section 7.3.2, Narratives in Adult Add-On Epilepsy Studies.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                                    36

**Table 8.1.** Occurrence of Suicide in Adult Add-On Epilepsy Studies

|  |  | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** | | | |
| Adult Epilepsy Add-On Therapy Studies 877-035, 877-210G, 877-210P, 945-005, 945-006, 945-009, 945-010, 945-430-004 | Cases/N<br>Cases/Total Patient-Years* | 0/582<br>0/254.6 | 0/411<br>0/233.0 |
| **Non-Placebo-Controlled Studies** | | | |
| Adult Epilepsy Add-On Therapy Non-Placebo Controlled/Open-Label Studies 877-035X, 877-078, 877-210GX, 877-210PX, 880-033, 880-130, 880-130X, 945-005X, 945-006X, 945-009X, 945-010X, 945-013, 945-014, 945-016, 945-090, 945-193, 945-200, 945-225, 710-274, 710-284 [a] | Cases/N<br>Cases/Total Patient-Years* | 1/4135 (0.02%)<br>1/2220.0 (0.05%) | n/a |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] For Studies 880-130X, 945-013, 945-014, 710-284 : Only those subjects not present in the previous study are included

Source data: Appendix B1.1 and Tables 4.1.1.1, 4.1.1.2, 4.1.2.1, and 4.1.2.2

**Table 8.2.** Occurrence of Suicide Attempt in Adult Add-On Epilepsy Studies

|  |  | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** | | | |
| Adult Epilepsy Add-On Therapy Studies 877-035, 877-210G, 877-210P, 945-005, 945-006, 945-009, 945-010, 945-430-004 | Cases/N<br>Cases/Total Patient-Years* | 1/582 (0.17%)<br>1/254.6 (0.39%) | 0/411<br>0/233.0 |
| **Non-Placebo-Controlled Studies** | | | |
| Adult Epilepsy Add-On Therapy Non-Placebo Controlled/Open-Label Studies 877-035X, 877-078, 877-210GX, 877-210PX, 880-033, 880-130, 880-130X, 945-005X, 945-006X, 945-009X, 945-010X, 945-013, 945-014, 945-016, 945-090, 945-193, 945-200, 945-225, 710-274, 710-284 | Cases/N<br>Cases/Total Patient-Years* | 5/4135 (0.12%)<br>5/2220.0[a] (0.23%) | n/a |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] The total exposure and the sum of monthly exposure from Table 8.3 differ slightly because monthly exposure had to be interpolated for Studies 945-225, 710-274, and 710-284 using summary-level data (no patient-level data were available)

Source data: Appendix B1.2 and Tables 4.1.1.1, 4.1.1.2, 4.1.2.1 and 4.1.2.2

CONFIDENTIAL                                                                                                    Pfizer_Regulatory_001656

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt 37

The case of suicide in the adult add-on epilepsy studies occurred on Day 15 of treatment; no analysis of cumulative risk is presented for this indication. The cumulative risk of suicide attempt (number of cases/accumulated exposure time by month) in the adult add-on epilepsy studies is shown in Table 8.3.

**Table 8.3.** Cumulative Occurrence of Suicide Attempt by Cumulative Exposure in Adult Add-On Epilepsy Studies

|  |  | Gabapentin | | Placebo |
|---|---|---|---|---|
| **Placebo-Controlled Studies** | | | | |
| Adult Epilepsy Add-On Therapy Studies 877-035, 877-210G, 877-210P, 945-005, 945-006, 945-009, 945-010, 945-430-004 | Cases/≤Month 1, Patient-Years* | 0/45 | (0.00%) | 0/32 |
| | Cases/≤Month 2, Patient-Years* | 1/88 | (1.14%) | 0/63 |
| | Cases/≤Month 3, Patient-Years* | 1/128 | (0.78%) | 0/92 |
| | Cases/≤Month 4, Patient-Years* | 1/145 | (0.69%) | 0/110 |
| | Cases/≤Month 5, Patient-Years* | 1/154 | (0.65%) | 0/119 |
| | Cases/≤Month 6, Patient-Years* | 1/160 | (0.63%) | 0/128 |
| | Cases/≤Month 7, Patient-Years* | 1/166 | (0.60%) | 0/137 |
| | Cases/≤Month 8, Patient-Years* | 1/171 | (0.58%) | 0/144 |
| | Cases/≤Month 9, Patient-Years* | 1/175 | (0.57%) | 0/151 |
| | Cases/≤Month 10, Patient-Years* | 1/179 | (0.56%) | 0/157 |
| | Cases/≤Month 11, Patient-Years* | 1/183 | (0.55%) | 0/163 |
| | Cases/≤Month 12, Patient-Years* | 1/187 | (0.53%) | 0/168 |
| | Cases/≤Month 13, Patient-Years* | 1/190 | (0.53%) | 0/172 |
| | Cases/≤Month 14, Patient-Years* | 1/193 | (0.52%) | 0/177 |
| | Cases/≤Month 15, Patient-Years* | 1/195 | (0.51%) | 0/181 |
| | Cases/≤Month 16, Patient-Years* | 1/198 | (0.51%) | 0/185 |
| | Cases/≤Month 17, Patient-Years* | 1/200 | (0.50%) | 0/188 |
| | Cases/≤Month 18, Patient-Years* | 1/202 | (0.50%) | 0/190 |
| | Cases/≤Month 19, Patient-Years* | 1/204 | (0.49%) | 0/193 |
| | Cases/≤Month 20, Patient-Years* | 1/206 | (0.49%) | 0/195 |
| | Cases/≤Month 21, Patient-Years* | 1/208 | (0.48%) | 0/197 |
| | Cases/≤Month 22, Patient-Years* | 1/209 | (0.48%) | 0/198 |
| | Cases/≤Month 23, Patient-Years* | 1/211 | (0.47%) | 0/200 |
| | Cases/≤Month 24, Patient-Years* | 1/213 | (0.47%) | 0/202 |
| | Cases/≤Months 25 to 36, Patient-Years* | 1/231 | (0.43%) | 0/218 |
| | Cases/≤Months 37 to 48, Patient-Years* | 1/243 | (0.41%) | 0/229 |
| | Cases/≤Months 49 and up, Patient-Years* | 1/255 | (0.39%) | 0/233 |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.

(Continued)

CONFIDENTIAL                                                                                           Pfizer_Regulatory_001657

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                                              38

**Table 8.3.** Cumulative Occurrence[a] of Suicide Attempt by Month in Adult Add-On Epilepsy Studies (Continued)

| **Non-Placebo-Controlled Studies** | | | |
|---|---|---|---|
| Adult Epilepsy Add-On Therapy Non-Placebo Controlled/Open-Label Studies 877-035X, 877-078, 877-210GX, 877-210PX, 880-033, 880-130, 880-130X, 945-005X, 945 006X, 945 009X, 945-010X, 945-013, 945-014, 945-016, 945-090, 945-193, 945-200, 945-225, 710-274, 710-284 | Cases/≤Month 1, Patient-Years* | 1/312 | (0.32%) |
| | Cases/≤Month 2, Patient-Years* | 3/591 | (0.51%) |
| | Cases/≤Month 3, Patient-Years* | 3/846 | (0.35%) |
| | Cases/≤Month 4, Patient-Years* | 3/1045 | (0.29%) |
| | Cases/≤Month 5, Patient-Years* | 3/1151 | (0.26%) |
| | Cases/≤Month 6, Patient-Years* | 4/1217 | (0.33%) |
| | Cases/≤Month 7, Patient-Years* | 4/1271 | (0.31%) |
| | Cases/≤Month 8, Patient-Years* | 4/1317 | (0.30%) |
| | Cases/≤Month 9, Patient-Years* | 4/1360 | (0.29%) |
| | Cases/≤Month 10, Patient-Years* | 4/1400 | (0.29%) |
| | Cases/≤Month 11, Patient-Years* | 4/1437 | (0.28%) |
| | Cases/≤Month 12, Patient-Years* | 4/1472 | (0.27%) |
| | Cases/≤Month 13, Patient-Years* | 4/1504 | (0.27%) |
| | Cases/≤Month 14, Patient-Years* | 4/1535 | (0.26%) |
| | Cases/≤Month 15, Patient-Years* | 4/1565 | (0.26%) |
| | Cases/≤Month 16, Patient-Years* | 4/1594 | (0.25%) |
| | Cases/≤Month 17, Patient-Years* | 4/1622 | (0.25%) |
| | Cases/≤Month 18, Patient-Years* | 5/1649 | (0.30%) |
| | Cases/≤Month 19, Patient-Years* | 5/1675 | (0.30%) |
| | Cases/≤Month 20, Patient-Years* | 5/1700 | (0.29%) |
| | Cases/≤Month 21, Patient-Years* | 5/1725 | (0.29%) |
| | Cases/≤Month 22, Patient-Years* | 5/1748 | (0.29%) |
| | Cases/≤Month 23, Patient-Years* | 5/1771 | (0.28%) |
| | Cases/≤Month 24, Patient-Years* | 5/1794 | (0.28%) |
| | Cases/≤Months 25 to 36, Patient-Years* | 5/2014 | (0.25%) |
| | Cases/≤Months 37 to 48, Patient-Years* | 5/2150 | (0.23%) |
| | Cases/≤Months 49 and up, Patient-Years*,[b] | 5/2221[b] | (0.23%) |

[a] Subjects with more than 1 event are only counted once; the onset day of the first event reported in this table.
[b] Cumulative exposure at Month 49 and greater should be equal to the total patient-years exposure. The total exposure and the sum of monthly exposure from Table 8.3 differ slightly because monthly exposure had to be interpolated for Studies 945-225, 710-274, and 710-284 using summary-level data (no patient-level data were available)

Source data: Appendix B1.2 and Tables 4.1.1.3 and 4.1.2.3

### 7.3.    Listing and Narratives

### 7.3.1.    Listings of Cases in Adult Add-On Epilepsy Studies

Listings of cases of suicide and suicide attempt are provided in Appendix B1.1 and Appendix B1.2, respectively. Listings for any cases of overdose and suicide ideation that were not included in the analyses of suicide and suicide attempt are also provided in Appendix B1.3 and Appendix B1.4, respectively. No subject listing is available for Patient 1845, Center 062, from Study 945-212 (for overdose) because there was no available electronic database for this study.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt 39

### 7.3.2. Narratives in Adult Add-On Epilepsy Studies

A narrative for the 1 case of suicide in the add-on epilepsy studies and the 6 cases of suicide attempt are provided below. Additional narratives for the excluded cases of overdose and death can be found in Appendix B2.1 and Appendix B2.2, respectively.

### *Suicide*

#### *Non-Placebo-Controlled Add-On Epilepsy Study*

**Patient Number: 70163 (Study 945-193 and 945-200)**
**Adverse Event: Suicide**
**Treatment: gabapentin**
Patient no. 70163, a 46-year-old white woman, committed suicide while receiving 1800 mg/day of gabapentin. This event occurred on Day 15 (Day 1 was 12/09/95). The investigator considered the event to be severe in intensity, definitely not related to gabapentin, and was considered serious because the patient died.

### *Suicide Attempt*

#### *Placebo-Controlled Add-On Epilepsy Study*

**Patient 104 (877-210P-212)**
**Adverse Event(s): Drug Overdose**
**Treatment: gabapentin**
Patient 104 (877-210P-212), an 18-year-old man in the gabapentin group, took an overdose of carbamazepine, clonazepam, and gabapentin capsules on Day 65 when he was prescribed 1200 mg/day of gabapentin. A total of approximately 20 capsules was taken; the number of capsules taken of each medication was not estimated. The patient was admitted to a hospital for a gastric lavage and overnight observation. He was noted to have slurred speech on admission. One tonic-clonic seizure occurred at midnight and he was discharged the following day. The overdose was considered to be possibly related to study medication and resulted in a temporary suspension of study medication. The patient recovered. This patient was receiving carbamazepine and clonazepam in addition to gabapentin.

#### *Non-Placebo-Controlled Add-On Epilepsy Studies*

**Patient 201 (Study 945-13)**
**Adverse Event(s): Drug Overdose**
**Treatment: Gabpentin**
Patient 201 (Study 945-13, Center 10), a 32-year-old white man, took an overdose of gabapentin (8000 mg) and Carbamazepine (3000 mg) on Day 188 while his prescribed gabapentin and carbamazepine doses were 2200 mg/day and 1200 mg/day, respectively. Gastric lavage was done within 0.5 hours of the overdose. The investigator considered this event severe in intensity and of unlikely relationship to the study medication; the medical monitor considered this event serious. The patient complained of dizziness and diplopia (double vision) for 2 days after the overdose and was temporarily discontinued from further treatment with both gabapentin and carbamazepine until Day 191, when both drugs were reinstituted at the previous dosages. The patient's past medical history was unremarkable. No concurrent medications were taken during the study except for dietary supplements. Other adverse events during the study included fatigue and abnormal coordination (slowed rapid alternating movements). The patient recovered and continued in the study until Day 340, when he was terminated due to lack of efficacy. The gabapentin taper was completed on Day 519.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                                                              40

**Patient 221 (Study 945-013)**
**Adverse Event(s):    Suicidal, Suicide Gesture**
**Treatment: gabapentin**
Patient 221 (Study 945-013), a 17-year-old white man, was suicidal (attempted suicide) on Day 166 while receiving 2400 mg/day of gabapentin. The investigator considered this event severe and definitely not related to the study medication, and the medical monitor considered it serious. The patient had a history of psychological problems. In the preceding protocol (945-5X) the investigator had recorded mild depression as an adverse event possibly related to gabapentin beginning on Day 13 of gabapentin therapy. At the time of the suicide attempt on Day 166, the investigator indicated that the depression had increased in intensity to severe. The medical monitor considered the depression and suicide attempt serious. The patient was taking imipramine for the depression from Day 111 to Day 163 and propranolol for anxiety from Day 165 to Day 579. On Day 868, depression decreased to moderate intensity and was continuing at the last visit before the date of data cutoff (Day 967). No changes in gabapentin or concurrent AED regimens were made subsequent to this event. Concurrent AEDs included phenytoin (200-300 mg/day) and valproate (2500 mg/day). On Day 1273, the patient made a suicide gesture (investigator term: wrist slashing gesture), while taking gabapentin 2400 mg/day. The investigator judged the event as mild in severity and of unlikely relationship to study medication. No change to study medication was made due to the suicide gesture and the patient recovered.

**Patient 17012 (Study 945-193 and 945-200)**
**Adverse Event(s):  Drug Overdose**
**Treatment: gabapentin**
Patient no. 17012, a 29-year-old white man attempted suicide on Day 14 by overdosing on divalproex sodium (Depakote) and gabapentin while receiving gabapentin 900 mg/day. The event was considered to be moderate in intensity and lasted for 24 hours. The investigator considered this event to be definitely related to study drug. The event was considered serious because the patient was hospitalized. The event resolved. Study drug was interrupted due to this event.

**Patient  29324 (Study 945-193 and 945-200)**
**Adverse Event(s):  Psychosis, Chest Wound**
**Treatment: gabapentin**
Patient no. 29324, a 29-year-old Hispanic woman, experienced a period of psychosis and a stab wound to the chest while receiving 2700 mg/day of gabapentin. The psychotic episode began on Day 73 and the self-inflicted stab wound to the chest occurred on Day 76. Both events were considered to be severe in intensity with the psychosis lasting for 9 days and the stab wound for 21 days. The investigator considered the events to be unlikely related to study drug, however, the patient has a history of psychosis. The investigator considered the psychosis to be life-threatening, and the patient was hospitalized for the chest wound. These events have resolved with no change in the study drug dosing regimen. The patient was admitted to hospital on 30 Jan 1996 with a self-inflicted stab wound to the chest. The patient has a history of psychosis in her family. A brother and sister were both diagnosed as psychotic and both committed suicide. The patient's mother has a history of paranoid ideation. The patient was observed in the hospital between 30 Jan 1996 and 5 Feb 1996. AED levels were found to be low due to patient's non-compliance. The adverse event is determined to be unlikely related to study drug. No dosage interruption was noted. The patient was released on 5 Feb 1996 and scheduled for follow-up visits.

**Patient 109 (Study 945-013)**
**Adverse Event(s):  Intentional Injury**
**Treatment: gabapentin**
Patient no. 109, a 28-year-old man had a self-inflicted stab wound (intentional injury) on Day 552. The event was considered mild in severity, and definitely not related to gabapentin. No relevant medical history was noted. Concomitant medications included carbamazepine and clorazepate. There was no change in the subject's study medication due to the event and he recovered.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt 41

## 8. MONOTHERAPY IN EPILEPSY IN ADULTS

### 8.1. Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for monotherapy epilepsy studies are summarized in Table 9.

**Table 9.** Demographic Characteristics and Treatment Exposure in Adult Monotherapy Epilepsy Studies

| Studies | | Gabapentin |
|---|---|---|
| Studies 945-015, 945-036, 945-13-14, 945-077, 945-078, 945-082, 945-083, 945-088, 945-089, 945-092, 945-177, 945-178, 945-212, 945-213[b] | N | 1495[b] |
| | Mean Age, years | 35.3 |
| | Age SD | 14.6 |
| | Median Age[a] | 33 |
| | Age Range | 7.0 - 86.0 |
| | n (%) Male | 752 (50.3%) |
| | n (%) Female | 743 (49.7%) |
| | Total Patient-Years* | 959.0 |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Median Age was calculated only for the studies that have data available in electronic format (excludes Study 945-212)
[b] Subjects from Studies 945-083, 945-089, 945-13-14 (open-label extensions of 945-082, 945-088, 945-036) not included in the total count

Source data: Tables 5.1.1.1 and 5.1.1.2

### 8.2. Tables of Risk, Rate, and Cumulative Risk

In the studies of gabapentin as monotherapy for epilepsy, there was 1 case of suicide and 5 cases of suicide attempt. There were 2 additional suicide attempts by someone not participating in a gabapentin clinical trial but who had access to a patient's study medication and took an overdose of gabapentin. Narratives for all of these cases are provided in Section 8.3.2, Narratives. Only subjects who were participating in gabapentin clinical trials are included in the analysis and tables below. The rate (number of cases per total patient-years) of suicide in the monotherapy epilepsy studies was 0.10% (1 case per 959.0 patient-years)(Table 10.1). The rate (number of cases per total patient-years) of suicide attempt in the monotherapy epilepsy studies was 0.52% (5 cases per 959.0 patient-years)(Table 10.2).

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt 42

**Table 10.1.** Occurrence of Suicide in Adult Monotherapy Epilepsy Studies

| | | Gabapentin |
|---|---|---|
| Studies 945-015, 945-036, 945-13-14, 945-077, 945-078, 945-082, 945-083, 945-088, 945-089, 945-092, 945-177, 945-178, 945-212, 945-213[a] | Cases/N | 1/1495 (0.07%) |
| | Cases/Total Patient-Years* | 1/959.0 (0.10%) |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Subjects from Studies 945-083, 945-089, 945-13-14 (open-label extensions of 945-082, 945-088, 945-036) not included in the total count

Source data: Appendix B1.1 and Tables 5.1.1.1 and 5.1.1.2

**Table 10.2.** Occurrence of Suicide Attempt in Adult Monotherapy Epilepsy Studies

| | | Gabapentin |
|---|---|---|
| Studies 945-015, 945-036, 945-13-14, 945-077, 945-078, 945-082, 945-083, 945-088, 945-089, 945-092, 945-177, 945-178, 945-212, 945-213 | Cases/N | 5/1495 (0.33%) |
| | Cases/Total Patient-Years* | 5/959.0 (0.52%) |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.

Source data: Appendix B1.2 and Tables 5.1.1.1 and 5.1.1.2

The case of suicide in the adult monotherapy epilepsy studies occurred approximately 6 months after discontinuation of treatment, therefore, no analysis of cumulative risk is presented for this indication. The cumulative risk of suicide attempt (number of cases/accumulated exposure time by month) in the monotherapy epilepsy studies is shown in Table 10.3.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                                   43

**Table 10.3.** Cumulative Occurrence of Suicide Attempt by Month in Adult Monotherapy Epilepsy Studies

| Studies | | Gabapentin | |
|---|---|---|---|
| Studies 945-015, 945-036, 945-13-14, 945-077, 945-078, 945-082, 945-083, 945-088, 945-089, 945-092, 945-177, 945-178, 945-212, 945-213 | Cases/≤Month 1, Patient-Years* | 0/118 | (0.00%) |
| | Cases/≤Month 2, Patient-Years* | 1/222 | (0.45%) |
| | Cases/≤Month 3, Patient-Years* | 2/314 | (0.64%) |
| | Cases/≤Month 4, Patient-Years* | 2/394 | (0.51%) |
| | Cases/≤Month 5, Patient-Years* | 2/466 | (0.43%) |
| | Cases/≤Month 6, Patient-Years* | 2/531 | (0.38%) |
| | Cases/≤Month 7, Patient-Years* | 3/584 | (0.51%) |
| | Cases/≤Month 8, Patient-Years* | 4/628 | (0.64%) |
| | Cases/≤Month 9, Patient-Years* | 4/664 | (0.60%) |
| | Cases/≤Month 10, Patient-Years* | 4/693 | (0.58%) |
| | Cases/≤Month 11, Patient-Years* | 4/719 | (0.56%) |
| | Cases/≤Month 12, Patient-Years* | 4/741 | (0.54%) |
| | Cases/≤Month 13, Patient-Years* | 4/760 | (0.53%) |
| | Cases/≤Month 14, Patient-Years* | 4/778 | (0.51%) |
| | Cases/≤Month 15, Patient-Years* | 4/793 | (0.50%) |
| | Cases/≤Month 16, Patient-Years* | 4/806 | (0.50%) |
| | Cases/≤Month 17, Patient-Years* | 4/819 | (0.49%) |
| | Cases/≤Month 18, Patient-Years* | 4/830 | (0.48%) |
| | Cases/≤Month 19, Patient-Years* | 4/840 | (0.48%) |
| | Cases/≤Month 20, Patient-Years* | 4/849 | (0.47%) |
| | Cases/≤Month 21, Patient-Years* | 4/857 | (0.47%) |
| | Cases/≤Month 22, Patient-Years* | 4/863 | (0.46%) |
| | Cases/≤Month 23, Patient-Years* | 4/870 | (0.46%) |
| | Cases/≤Month 24, Patient-Years* | 4/875 | (0.46%) |
| | Cases/≤Months 25 to 36, Patient-Years* | 4/922 | (0.43%) |
| | Cases/≤Months 37 to 48, Patient-Years* | 5/936 | (0.53%) |
| | Cases/≤Months 49 and up, Patient-Years* | 5/955 | (0.52%) |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Cumulative exposure at Month 49 and greater is equal to the total patient-years exposure.

Source data: Appendix B1.2 and Table 5.1.1.3

### 8.3. Listings and Narratives

#### 8.3.1. Listings of Cases for Adult Epilepsy Monotherapy Studies

Listings of cases of suicide and suicide attempt are provided in Appendix B1.1 and Appendix B1.2, respectively. No subject listing is available for Patient 0063 from Study 945-212-001 because there was no available electronic database for this study. Listings for any cases of overdose and suicide ideation that were not included in the analyses of suicide and suicide attempt are also provided in Appendix B1.3 and Appendix B1.4, respectively.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt 44

### 8.3.2. Narratives for Adult Epilepsy Monotherapy Studies

A narrative for the 1 case of suicide and 5 cases of attempt in the monotherapy epilepsy studies are provided below. Narratives are also provided below for the 2 cases where someone not participating in a gabapentin clinical trial took an overdose of a participant's trial medication. Additional narratives for the excluded cases of overdose and death can be found in Appendix B2.1 and Appendix B2.2, respectively.

### *Suicide*

#### *Monotherapy Epilepsy Study*

**Patient 5 (Study 945-015)**
**Adverse Event(s): Depression, Attempted Suicide**
**Treatment: gabapentin**
Patient 5 (Study 945-15), a 17-year-old white woman receiving 2000 mg/day gabapentin, developed depression and became suicidal (attempted suicide), slashing her wrists superficially, on Day 384. The investigator considered these events to be of severe intensity and possibly related to gabapentin therapy. The medical monitor considered the depression and suicide attempt serious adverse events. The patient recovered from the attempted suicide and was hospitalized on Day 384 for treatment of a diagnosed adjustment disorder. While hospitalized, the patient was started on trazadone and imipramine. Due to the depression and suicide attempt, the patient was withdrawn from the study on Day 404, with the last dose of gabapentin taken on Day 423. On Day 423 the patient discharged herself against medical advice. The severe depression had not resolved at that time and the patient did not return for a follow-up visit. Concurrent AEDs at the time of hospital admission were acetazolamide (500 mg/day) and carbamazepine (900 mg/day). After various changes were made to the doses of concurrent AEDs during hospitalization, the patient was taking 750 mg of both acetazolamide and carbamazepine when she left the hospital. The Sponsor was informed by the investigator that approximately 6 months after discontinuing gabapentin, the patient committed suicide. The investigator had no contact with the parents, and therefore could not provide any details surrounding this event.

### *Suicide Attempt*

#### *Monotherapy Epilepsy Studies*

**Patient 0063 (Study 0945-212-001)**
**Adverse Event(s): Overdose**
**Treatment: gabapentin**
Patient 0063 (Study 0945-212-001), a 36-year-old white man with epilepsy overdosed himself on Days 96 and 97 in order to attempt suicide. Study medication before the adverse event was gabapentin 1800 mg/day. The patient was hospitalized, was withdrawn from the study on Day 95, and recovered. The investigator considered the event unrelated to gabapentin. On Day 99, the patient had slashed wrists after another suicide attempt. He recovered with sequelae.