**Patient 009 (Study 945-083)**
**Adverse Event(s): Depression, Suicidal**
**Treatment: gabapentin**
Patient 009 (Study 945-83), a 18-year-old male with epilepsy, was hospitalized in the psychiatric ward for situational depression and attempted suicide on Day 89. The patient had been receiving a dosage of 3600 mg/day gabapentin for the preceding 12 days. The patient was also receiving carbamazepine 600 mg/day. The patient had an argument with his father, became angry and jumped off a third floor balcony. He sustained 2 sprained ankles and hurt his neck. The patient was hospitalized for observation, recovered from the depression on Day 93, and was discharged on Day 115. The investigator considered these events moderate in intensity and definitely not related to study medication.

**Patient 13 (Study 945-015)**
**Adverse Event(s): Depression, Attempted Suicide**
**Treatment: gabapentin**
Patient 13 (Study 945-15), a 26-year-old Hispanic woman, with a history of complex partial seizures with secondary generalization and depression, became depressed on Day 231 and attempted suicide on Day 232. The patient was receiving gabapentin, 2100 mg/day, which continued. The patient was thought to be angry with her current situation (divorced mother of three living with her parents). While in the presence of her mother and sister she attempted to stab herself in the abdomen. She was stopped by her family members before inflicting a wound. The attempted suicide was severe in intensity and depression was of moderate intensity with both considered unlikely related to gabapentin by the investigator. The investigator was not aware of the attempt until her clinic visit on Day 245 at which time the patient was hospitalized and diagnosed as depressed. The patient recovered and was discharged on Day 251. At the time of the events, the concurrent medications were valproate, 2250 mg/day, phenobarbital, 60mg/day and Ventolin inhaler for asthma.

**Patient 007 (Study 945-083)**
**Adverse Event(s): Hypomania, Overdose**
**Treatment: gabapentin**
Patient 007 (Study 945-83), a 47-year-old white woman with epilepsy and a history of depression, developed hypomania on Day 254 of gabapentin treatment; the patient had been receiving a dose of 3300 mg/day gabapentin for the previous 32 days. The patient was also receiving 300 mg/day phenytoin. As a result of the hypomania, gabapentin dosage was reduced to 2400 mg/day on Day 256. On Day 258, the patient ingested about 50 capsules of gabapentin (15,000 mg), and was hospitalized. The patient recovered from the overdose and was discharged on Day 262. Hypomania continued, and gabapentin was discontinued as a result, with the last dose taken on Day 285. Hypomania resolved on Day 287. The investigator considered the hypomania and overdose moderate and possibly related to gabapentin.

**Patient 010 (Study 945-015)**
**Adverse Event(s): Intentional Overdose**
**Treatment: gabapentin**
**Patient 010 (Study 945-015),** a 32-year-old white man with epilepsy had been taking gabapentin for nearly 4 years (daily dosage unknown) when it was reported that the subject took an intentional overdose (specific drug and amount were not reported). No relevant medical history was reported. The event resolved in 2 days and the patient recovered. The reporter and the sponsor considered the event as not related to study medication. No further details were provided.

## Cases of suicide attempt by subjects not participating in gabapentin clinical trials

**Patient WPT-No Study Patient- (Study 945-092),** a 13-year-old Maori/white boy took study medication belonging to Patient 177, Study 0945-092-003, while at school on October 17, 1996. Study medication taken was estimated to have been 20 tablets from Bottle A and 20 tablets from Bottle B corresponding to 8000 mg gabapentin or 4000 mg carbamazepine. The boy began vomiting at school and was taken to the hospital. Blood pressure was 113/56, pulse rate was 76, respiration was 12, oxygen saturation was 94% and carbamazepine plasma level was ≥ 0.5ug/mL. He was given charcoal and became increasingly drowsy with pinpoint pupils. The patient was treated with narcaine and showed some improvement. He also received IV fluids overnight. Respiration were monitored hourly and were

satisfactory. The patient recovered, but his mood remained low. Results from a psychiatric assessment indicated the patient had a major depressive illness. The attending physician believed the overdose was deliberate and the patient had also taken an opiate. The investigator considered the event severe definitely related to study medication. The Pfizer (formerly Parke-Davis) medical reviewer considered this labeled event related to study medication.

**The teenage daughter of Patient 5 (Study 945-15),** ingested approximately 163 capsules of 300 mg gabapentin (total dose approximately 48.9 g). She had some incontinence of stool while sleeping and mild diarrhea after awakening 7 hours post ingestion. She was taken to the emergency room 8 hours after ingestion where ECG, CBC, and clinical chemistries were normal. Urine toxicology screen was negative except for insignificant amounts of acetaminophen and aspirin. Neurological examination was normal although the patient was mildly sedated, but easily aroused. She had a gastric lavage 8.5 hours after ingestion and charcoal was administered 1 hour later. The patient was hospitalized and observed in the intensive care unit for 1 day and then transferred to a psychiatric unit for continued observation. Gabapentin plasma concentrations drawn at 8.5, 9.5, 10.5, and 11.5 hours after ingestion were 62, 54, 47, and 41 ug/mL, respectively.

## 9.  ADD-ON EPILEPSY IN PEDIATRIC SUBJECTS

### 9.1.   Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the pediatric add-on epilepsy studies are summarized in Table 11.

0100004313107110Approved 10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    47

**Table 11.** Demographic Characteristics and Treatment Exposure in Pediatric Add-On
Epilepsy Studies

| | | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** | | | |
| Pediatric Epilepsy Add-On Therapy Studies 945-008DB, 945-011, 945-086, 945-186, 945-305, 945-405 | N | 171 | 177 |
| | Mean Age, years | 7.1 | 7.1 |
| | Age SD | 3.8 | 3.9 |
| | Median Age[a] | 8 | 7 |
| | Age Range | 0.2 - 16.0 | 0.2 - 18.0 |
| | n (%) Male | 92 (53.8%) | 105 (59.3%) |
| | n (%) Female | 79 (46.2%) | 72 (40.7%) |
| | Total Patient-Years* | 28.9 | 30.0 |
| **Non-Placebo-Controlled Studies** | | | |
| Pediatric Epilepsy Add-On Therapy Non-Placebo Controlled/Open-Label Studies 877-034, 877-034X, 945-008OL, 945-011X, 945-087, 945-187, 945-301, 945-401[b] | N | 460[b] | n/a |
| | Mean Age, years | 5.9 | |
| | Age SD | 4.0 | |
| | Median Age[a] | 5 | |
| | Age Range | 0.2 - 16.0 | |
| | n (%) Male | 239 (52.0%) | |
| | n (%) Female | 221 (48.0%) | |
| | Total Patient-Years* | 330.3 | |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.

[a] Median Age was calculated only for the studies that have data available in electronic format (excludes Study 945-008DB in the placebo-controlled studies and 945-008OL in the non-placebo controlled studies)

[b] Subjects in Study 877-034X (open-label extension of 877-034) are not included in the total count

Source data: Tables 6.1.1.1, 6.1.1.2, 6.1.2.1, and 6.1.2.2

## 9.2.    Tables of Risk, Rate, and Cumulative Risk

There were no cases of suicide or suicide attempt in the pediatric add-on epilepsy studies, therefore no determination of risk, rate, and cumulative risk of suicide or suicide attempt could be made in this population.

## 9.3.    Listing and Narratives

### 9.3.1.    Listings of Cases for Pediatric Add-On Epilepsy Studies

Listings for any cases of overdose or suicide ideation that were not included in the analyses of suicide and suicide attempt are provided in Appendix B1.3 and Appendix B1.4, respectively. No subject listing is available for Patient 5, Center 21, from Study 945-186 (for overdose) because there was no available electronic database for this study.

CONFIDENTIAL

01000004313707110/Approved-10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                48

### 9.3.2.    Narratives for Pediatric Add-On Epilepsy Studies

Narratives for any cases of overdose or death that were not included in the analyses of suicide and suicide attempt are provided in Appendix B2.1 and Appendix B2.2, respectively.

## 10.   MONOTHERAPY IN EPILEPSY IN PEDIATRIC SUBJECTS

### 10.1.   Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the pediatric monotherapy studies are summarized in Table 12.

**Table 12.**  Demographic Characteristics and Treatment Exposure in Pediatric Monotherapy Epilepsy Studies

|  |  | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** |  |  |  |
| Pediatric Epilepsy | N | 128 | 130 |
| Monotherapy Studies 945-019, 945-020, 945-094 | Mean Age, years | 8 | 8.4 |
|  | Age SD | 2 | 2.3 |
|  | Median Age | 8 | 8 |
|  | Age Range | 4.0-13.0 | 4.0-13.0 |
|  | n (%) Male | 76 (59.4%) | 74 (56.9%) |
|  | n (%) Female | 52 (40.6%) | 56 (43.1%) |
|  | Total Patient-Years* | 49.2 | 46.9 |
| **Non-Placebo-Controlled Studies** |  |  |  |
| Pediatric Epilepsy | N | 225[a] |  |
| Monotherapy Non-Placebo Controlled Studies 945-019X, 945-049, 945-020X, 945-050, 945-095[a] | Mean Age, years | 8.6 |  |
|  | Age SD | 2.2 |  |
|  | Median Age | 8 |  |
|  | Age Range | 4.0 -14.0 |  |
|  | n (%) Male | 137 (60.9%) |  |
|  | n (%) Female | 88 (39.1%) |  |
|  | Total Patient-Years* | 240.7 |  |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Subjects from Study 945-049 (open-label extension of 945-019X) are not included in the total count

Source data: Tables 7.1.1.1, 7.1.1.2, 7.1.2.1, and 7.1.2.2

### 10.2.   Tables of Risk, Rate, and Cumulative Risk

There were no cases of suicide or suicide attempt in the pediatric monotherapy epilepsy studies, therefore no determination of risk, rate, and cumulative risk of suicide or suicide attempt could be made in this patient population.

0100004313707110\Approved\10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                           49

## 10.3.   Listings and Narratives

### 10.3.1.    Listings of Cases for Pediatric Epilepsy Monotherapy Studies

Listings for any cases of overdose or suicide ideation that were not included in the analyses of suicide and suicide attempt are provided in Appendix B1.3 and Appendix B1.4, respectively.

### 10.3.2.    Narratives for Pediatric Epilepsy Monotherapy Studies

Narratives for any cases of overdose or death that were not included in the analyses of suicide and suicide attempt are provided in Appendix B2.1 and Appendix B2.2, respectively.

## 11.   OTHER NEUROLOGY STUDIES

### 11.1.   Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the sleep, migraine, and spasticity studies are summarized in Table 13.

0100000431310711101Approved110-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    50

**Table 13.** Demographic Characteristics and Treatment Exposure in Other Neurology Studies

| | | Gabapentin | Placebo |
|---|---|---|---|
| **Placebo-Controlled Studies** | | | |
| Sleep Studies 934-324, 934-325, 934-335 | N | 316 | 70 |
| | Mean Age, years | 41.5 | 38.4 |
| | Age SD | 15.0 | 15.6 |
| | Median Age | 40.5 | 34 |
| | Age Range | 18.0 - 84.0 | 19.0 - 87.0 |
| | n (%) Male | 167 (52.9%) | 41 (58.6%) |
| | n (%) Female | 149 (47.2%) | 29 (41.4%) |
| | Total Patient-Years* | 6.5 | 1.1 |
| Migraine Studies 879-200, 945-217, 945-220 | N | 238 | 142 |
| | Mean Age, years | 40.0 | 39.5 |
| | Age SD | 11.5 | 11.0 |
| | Median Age | 40 | 40.5 |
| | Age Range | 16.0-71.0 | 16.0-68.0 |
| | n (%) Male | 47 (19.8%) | 29 (20.4%) |
| | n (%) Female | 191 (80.3%) | 113 (79.6%) |
| | Total Patient Years* | 61.2 | 34.9 |
| Spasticity Studies 878-016, 878-017, 880-010, 880-012, 880-013, 880-015 | N | 53 | 51 |
| | Mean Age, years | 51.6 | 52.2 |
| | Age SD | 16.5 | 15.2 |
| | Median Age | 54 | 54 |
| | Age Range | 14.0-80.0 | 17.0-78.0 |
| | n (%) Male | 37 (69.8%) | 32 (62.8%) |
| | n (%) Female | 16 (30.2%) | 19 (37.3%) |
| | Total Patient-Years* | 11.6 | 3.5 |
| All Other Neurology Placebo-Controlled Studies 934-324, 934-325, 934-335, 879-200, 945-217, 945-220, 878-016, 878-017, 880-010, 880-012, 880-013, 880-015 | N | 607 | 263 |
| | Mean Age, years | 41.8 | 41.7 |
| | Age SD | 14.2 | 14.2 |
| | Median Age | 41 | 42 |
| | Age Range | 14.0-84.0 | 16.0-87.0 |
| | n (%) Male | 251 (41.4%) | 102 (38.8%) |
| | n (%) Female | 356 (58.7%) | 161 (61.2%) |
| | Total Patient-Years* | 79.3 | 39.6 |
| **Non-Placebo-Controlled Studies** | | | |
| Non-Placebo Controlled/Open-Label Neurology Studies 104-003, 104-004, 104-007, 880-009, 880-011 | N | 49 | n/a |
| | Mean Age, years | 48 | |
| | Age SD | 14.3 | |
| | Median Age | 50 | |
| | Age Range | 19.0-71.0 | |
| | n (%) Male | 41 (83.7%) | |
| | n (%) Female | 8 (16.3%) | |
| | Total Patient-Years* | 2.1 | |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.

Source data: Tables 8.1.1.1, 8.1.1.2, 8.1.2.1, 8.1.2.2, 8.1.3.1, 8.1.3.2, 8.1.4.1, 8.1.4.2, 8.1.5.1 and 8.1.5.2

0100004313/0/71.0/Approved/10-Sep-2004 10:25

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                51

### 11.2.  Tables of Risk, Rate, and Cumulative Risk

There were no cases of suicide or suicide attempt in the sleep, migraine, spasticity, and neurology studies, therefore no determination of risk, rate, and cumulative risk of suicide or suicide attempt could be made in these patient populations.

### 11.3.  Listing and Narratives for Sleep Studies, Migraine Studies, Neurology Studies

Listings for any cases of overdose and suicide ideation that were not included in the analyses of suicide and suicide attempt are also provided in Appendix B1.3 and Appendix B1.4, respectively.  Narratives for the excluded cases of overdose or death can be found in Appendix B2.1 and Appendix B2.2, respectively.

## 12.  COMPASSIONATE USE AND OTHER STUDIES

As noted in Section 2, the databases for compassionate use, named patient, and other miscellaneous studies are not electronically available. For this reason, any listings of cases were manually generated; narratives were obtained from the clinical study reports.

### 12.1.    Listings of Cases for Compassionate Use and Other Studies

There were no cases of suicide or suicide attempt found in reports of compassionate use studies.

### 12.2.  Narratives for Compassionate Use and Other Studies

Narratives for the excluded cases of overdose or death can be found in Appendix B2.1 and Appendix B2.2, respectively.

## 13.  SURVIVAL AND CUMULATIVE HAZARDS FUNCTIONS

The plots of the product-limit (Kaplan-Meier) survival function estimates and cumulative hazards are presented below for suicide attempt for the following 2 groupings: 1) all adults in non-placebo-controlled or open-label epilepsy studies and 2) all adults across all studies.  The other categories (e.g., placebo-controlled adult epilepsy studies and pediatric epilepsy studies) contained only 1 case or fewer and no plots were generated. Likewise, no plots were created for the suicide cases because only 1 case occurred during treatment.

### 13.1.  Non-Placebo-Controlled or Open-Label Adult Epilepsy Studies

Plots of the Kaplan-Meier estimates and cumulative hazards of suicide attempt versus time for the non-placebo controlled or open-label adult epilepsy studies (add-on and monotherapy combined) are shown in Figures 1a and 1b, respectively.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    52

Figure 1a. Plot of Kaplan-Meier Estimates for Suicide Attempt vs Time (in
days) in Non-Placebo Controlled and Open-Label Adult Epilepsy Studies



Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                           53

Figure 1b. Plot of Cumulative Hazards for Suicide Attempt vs Time (in
days) in Non-Placebo Controlled and Open-Label Adult Epilepsy Studies



Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                    54

### 13.2.  Non-Placebo-Controlled or Open-Label Adult Studies

Plots of the Kaplan-Meier estimates and cumulative hazards of suicide attempt versus time for all non-placebo controlled or open-label adult studies (all patient populations combined) are shown in Figures 2a and 2b, respectively.

Figure 2a. Plot of Kaplan-Meier Estimates for Suicide Attempt vs Time (in days) in Non-Placebo Controlled and Open-Label Adult Studies (All Indications)







Figure 2b. Plot of Cumulative Hazards for Suicide Attempt vs Time (in days) in Non-Placebo Controlled and Open-Label Adult Studies (All Indications)

## 14. HEALTHY VOLUNTEER STUDIES IN PHARMACOKINETIC, DRUG INTERACTION AND OTHER

As agreed between Pfizer and the FDA, a review of data for suicide and suicide attempt in Phase 1 studies (healthy volunteer, pharmacokinetic, drug interaction, or other) will be provided separately in November 2004.

## 15. POSTMARKETING DATA

Pfizer's early alert safety databases contain cases of adverse events reported spontaneously to Pfizer, cases reported from health authorities, cases published in the medical literature, and cases of serious adverse events reported from clinical studies and Pfizer-sponsored marketing programs (solicited cases) regardless of causality. The full report and detailed search methods of postmarketing data for gabapentin (across all patient populations) are provided in Appendix D. The summary and conclusions of the report are repeated below. Note that the postmarketing database receives information on adverse events during active studies and after studies have ended and their databases closed as well as receiving spontaneous reports of adverse events. Therefore, the clinical study cases presented below may or may not have been captured in the review of clinical trial data presented in earlier sections of this report.

A review of gabapentin clinical study and solicited cases identified 3 cases of completed suicide and 7 cases of suicide attempt; causality was assessed as unrelated to study drug in all but 1 case that reported suicide attempt. In this case, while both the investigator and the sponsor determined that "the events" were related to the study drug, it was unclear if the causality assessment referred to somnolence only or both somnolence and suicide attempt since follow-up information only confirmed the causal association with somnolence. A review of 274 cases reporting a fatal outcome without obvious mention of suicide or suicide attempt, did not identify any additional cases of death due to suicide. A review of 8 cases reporting either self-injury or suicidal ideation identified no additional cases of suicide attempt.

Currently, an estimated 12 million patients worldwide have been exposed to gabapentin. As of 31 March 2004, a total of 17,768 non-clinical study cases have been submitted to Pfizer. A review of gabapentin non-clinical study cases identified 35 cases of completed suicide, representing a small proportion (0.2%) of the total number of gabapentin cases. Twenty-two cases originated from the literature and were based on data from American Association of Poison Control Centers, either in Annual Reports [covering calendar years 2000 (eight cases), 2001 (7 cases), and 2002 (5 cases)] or as a separate publication (2 cases). These cases contained limited or no information on gender, age, medical history, concomitant medication use, and/or dose and indication for gabapentin therapy. One case was poorly documented and the only information reported was that a patient who committed suicide was "linked" to gabapentin. In 1 case, it was specifically stated that the patient was not treated with gabapentin prior to the event. In another case, the cause of death was being questioned as homicide or suicide. Of the remaining 10 cases, 8 cases reported risk factors that could have contributed to the suicide and 2 cases contained limited information.

There were 73 non-clinical study cases reporting suicide attempt, representing a small proportion (0.4%) of the total number of gabapentin cases (17,768 non-clinical study cases). Of these, 70 cases were notable for reporting limited information (20 cases; including 11 cases from the same literature publication based on data from Poison Control Centers), risk factors that could have contributed to the suicide attempt (47 cases), or an unlikely or unknown temporal association between gabapentin therapy and event onset (three cases). In 15 of the 20 cases with limited information, it was unclear whether the patients were treated with gabapentin prior to the suicide attempt. The other 3 cases reported suicide attempts in patients with no reported risk factors; although 2 of these 3 patients developed depression while under treatment with gabapentin but received no treatment for depression.

A review of 403 non-clinical study cases reporting a fatal outcome and no suicide or suicide attempt did not identify any additional cases of death due to suicide. A review of 85 cases reporting either self-injury or suicidal ideation identified 4 cases of possible suicide attempts, although such determination was difficult based on the information provided. Three of these patients had pre-existing psychiatric conditions that could have contributed to the event.

A review of the available postmarketing data on gabapentin cases reporting suicide or suicide attempt does not support a causal association between gabapentin and suicide or suicide attempt. Pfizer will continue to monitor gabapentin cases reporting suicide and suicide attempt.

## 16. CONCLUSIONS

The results of a comprehensive search for cases of suicide and suicide attempt among gabapentin clinical trials across all patient populations in which Pfizer has conducted clinical trials did not indicate an increased risk for suicide with gabapentin treatment. The occurrence of suicide and suicide attempt during gabapentin treatment was 1 and 12, respectively, with over 9000 total gabapentin-treated patients and 4495 total-patient years. There were no cases of suicide identified in placebo-controlled studies, regardless of treatment. In non-placebo-controlled studies, there was 1 case of suicide that occurred during gabapentin treatment and another that occurred approximately 6 months after discontinuation of treatment. Both cases of suicide and 11 of the 12 cases of suicide attempt involved patients with epilepsy. Among all the cases of suicide and suicide attempt, none were assessed by the investigator as definitely related to gabapentin, 3 cases (all cases of suicide attempt) were considered possibly related, with the remainder assessed as definitely not related or as having an unlikely relationship to gabapentin. Duration of treatment in each case varied and did not appear to be a factor involved in either the cases of suicide or suicide attempt. In addition, an analysis of gabapentin postmarketing data identified 35 non-clinical study cases of completed suicide and 73 non-clinical study cases reporting suicide attempt, representing a small proportion (0.2% and 0.4%, respectively) of the total number of gabapentin cases.

Overall, the results of this review are consistent with the published literature for suicide in comparable patient populations in which gabapentin has been studied or used and they do not indicate an increased risk of suicide or suicide attempt with gabapentin therapy. No changes to the current product labeling, which includes suicidal and suicidal gesture in the clinical trial adverse event section, are necessitated by these findings.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt                                      58

## 17.  REFERENCES

1.  Centers for Disease Control and Prevention. National Vital Statistics Reports (NVSS). Deaths: Preliminary Data for 2002. Vol 52, number 13. Washington: Public Health Service, February 11, 2004.

2.  Moscicki E. Epidemiology of suicide. In:Goldsmith S, ed. Risk factors for suicide. Washington, DC:National Academy Press, 2001:10-12.

3.  Tanney BL. Psychiatric diagnoses and suicide. In:Maris RW et al, eds. Comprehensive textbook of suicidology. New York: Guilford, 2000:311-41

4.  Tohen M et al. Epidemiology of bipolar disorder. In: Tsuang MT et al, eds. Psychiatric epidemiology. New York, NY:Wiley-Liss;2002:427-44.

5.  Goodwin FK et al. Manic-depressive illness. New York:Oxford University Press, 1990.

6.  Ahrens B et al. Excess cardiovascular and suicide mortality of affective disorders may be reduced by lithium prophylaxis. J Affect Disord 1995;33:67-75.

7.  Rihmer Z et al. Bipolar II disorder and suicidal behavior. Psychiatr Clin North Am 1999;22:667-73.

8.  Tondo L et al. Suicidal behavior in bipolar disorder: risk and prevention. CNS Drugs 2003;17:491-511.

9.  Harrison's Online. Part 14: Neurolgic Disorders:Section 5; Chapter 385: Anxiety Disorders. MrGraw-Hill Companies, 26 Sept 2002. Available at URL: http://www.harrisons.accessmedicine.com/server-java//Arknoid/made/harrisons/chapters/ch385/ch385_01.html?searchterm=anxiety:

10. http://www.nimh.nih.gov/anxiety/gadfacts.cfm

11. Magee WJ et al. Agoraphobia, simple phobia and social phobia in the National Comorbidity Survey. Arch Gen Psychiatry 1996;53:159-68.

12. Stein MB et al. Social anxiety disorder and the risk of depression. Arch Gen Psychiatry 2001;58:251-56.

13. Lydiard RB. Panic disorder and social phobia: possible implications for comorbid depression for drug therapy. Anxiety 1996;2:61-70.

14. Khan A et al. Suicide risk in patients with anxiety disorders: a meta-analysis of the FDA database. J of Affective Disorders 2002;68:183-90.

15. Magni G et al. Suicide in chronic abdominal pain: an analysis of the Hispanic Health and Nutritional Examination Survey (NHANES). Pain 1998;76:137-144.

16. Penttinnen J. Back pain and risk of suicide among Finnish farmers. Am J Public Health 1995;85:1452-53.

17. Fishbain DA et al. Completed suicides in chronic disease. Clin J Pain 1991;7:29-36.

18. Fishbain DA. Current research on chronic pain and suicide. American Journal of Public Health. 1996;86:1320-1321.

19. Stenager E et al. Attempted suicide,depression and physical disease: a one year follow up study. Psychother Psychosom. 1994 ;61:65-73.

20. Venkoba RA. Physical illness, pain and suicidal behavior Crisis 1990;11:48-56.

21. Hitchcock LS et al. The experience of chronic nonmalignant pain. J Pain Symptom Manage. 1994;9:312-18.

22. Breslau N. Migraine suicidal ideation and suicide attempts. Neurology 1992;42:392-95.

23. Jones JE et al. Rates and risks for suicide, suicidal ideation, and suicide attempts in chronic epilepsy. Epilepsy and Behavior 2003;S31-38.

24. Nilsson L et al. Risk factors for suicide in epilepsy: a case control study. Epilepsia 2002;43:644-51.

25. Harden C et al. Mood disorders in patients with epilepsy. CNS Drugs 2002;15:291-302.

26. Shukla G et al. Psychiatric manifestations in temporal lobe epilepsy: a controlled study. Br J Psychiatry 1979;135:411-7.

27. Fiordelli E et al. Epilepsy and psychiatric disturbance: a cross sectional study. Br J Psychiatry 1993;163:446-50.

28. Manchanda R et al. Psychiatric disorders in candidates for epilepsy surgery. J Neurol Neurosurg Psychiatry 1996;61:82-9.

29. Victoroff J. DSM-III-R psychiatric diagnoses in candidates for epilepsy surgery: lifetime prevalence. Neuropsychiatry Neuropsychol Behav Neurol 1994;7:87-97.

30. Altshuler L et al. Temporal lobe epilepsy, temporal lobe epilepsy, temporal lobectomy and major depression. J Neuropsychiatry Clin Neurosci 1999;11:436-43.

31. Robertson MM. Suicide parasuicide and epilepsy. In: Engel J et al. eds. Epilepsy: a comprehensive textbook. Philadelphia: Lippincott-Raven;1997:2141-51.

32. White SJ et al. Anticonvulsant drugs and cancer: a cohort study in patients with severe epilepsy. Lancet 1979;2:458-60.

33. Zielinski JJ. Epilepsy and mortality rate and cause of death. Epilepsia 1974;15:191-201.

34. Fishbain DA. Association of chronic pain and suicide. Seminars of Clinical Neuropsychiatry 1999;4:221-27

0100004313J07\1.0\Approved\10-Sep-2004 10:25