Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies   13

### 4.3. Listings and Narratives for Placebo-Controlled Studies in Healthy Volunteers

There were no reports of suicide or suicide attempt in the placebo-controlled studies in healthy volunteers; therefore, there are no listings or narratives to provide. Similarly, there were no deaths or overdoses reported in these studies.

## 5. NON-PLACEBO-CONTROLLED STUDIES IN HEALTHY VOLUNTEERS

There were no deaths reported in any of the non-placebo-controlled studies in healthy volunteers (Appendix B1.2). Also, there were no reports of suicide or suicide attempt in these studies. Demographic and exposure data are presented in the following section.

### 5.1. Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the non-placebo-controlled studies in healthy volunteers summarized in Table 3.

Table 3. Demographic Characteristics and Treatment Exposure in Non-Placebo-Controlled Studies in Healthy Volunteers

| | | Gabapentin (N=719) |
|---|---|---|
| Studies 104-005, 877-070, 877-072, 877-073, 877-074, 877-076, 934-332, 945-3-0, 945-7-0, 945-12-0, 945-17, 945-035, 945-39-0, 945-40-0, 945-46, 945-47-0, 945-048-0, 945-054-0, 945-055-0, 945-58-0, 945-59, 945-068-0, 945-073-0, 945-188-0, 945-189-0, 945-190-0, 945-195, 945-196-0, 945-201, 945-202-0, 945-205-0, 945-208-0, 945-296, 1032-010-0, 1032-015-0, A9451028, A9451034, A9451036 | Age (years) Mean | 30.7 |
| | SD | 15.3 |
| | Median[a] | 28.5 |
| | Range | $0.0^b - 78.0$ |
| | n (%) Male | 375 (52.2%) |
| | n (%) Female | 344 (47.8%) |
| | Total Patient-Years* | 10.40 |

\* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Median age was calculated only for the studies that have data available in electronic format (excludes Studies 945-073-0, 945-195, 1032-010-0, 1032-015-0)
[b] The youngest subjects were 1 month of age (Study 945-296).

Source data: Tables 9.1.2.1 and 9.1.2.2

### 5.2. Tables of Risk, Rate, and Cumulative Risk

There were no reports of suicide or suicide attempt in the non-placebo-controlled studies in healthy volunteers; therefore, no determination of risk, rate, or cumulative risk could be made.

CONFIDENTIAL                                                                                     Pfizer_Regulatory_000976

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies      14

### 5.3. Listings and Narratives for Non-Placebo-Controlled Studies in Healthy Volunteers

There were no reports of suicide or suicide attempt in the non-placebo-controlled studies in healthy volunteers; therefore, there are no listings or narratives to provide. Similarly, there were no deaths or overdoses reported in these studies.

## 6. NON-PLACEBO-CONTROLLED STUDIES IN PATIENTS

There were no deaths reported in any of the non-placebo-controlled studies in patients (Appendix B1.3). Also, there were no reports of suicide or suicide attempt in these studies. Demographic and exposure data are presented in the following section.

### 6.1. Demographic Characteristics and Exposure Data

The demographic characteristics and exposure information for the non-placebo-controlled studies in patients are summarized in Table 4.

Table 4. Demographic Characteristics and Treatment Exposure in Non-Placebo-Controlled Studies in Patients

|  |  | Gabapentin (N=126) |
|---|---|---|
| Studies 880-032, 945-01, 945-37, 945-38-0, 945-44-0, 945-45-0, 945-062-0, 945-63-0, 945-064-0, 945-72 | Age (years) Mean SD Median[a] Range | 43.4 14.6 40.0 17.0 – 74.0 |
|  | n (%) Male n (%) Female | 78 (61.9%) 48 (38.1%) |
|  | Total Patient-Years* | 4.72 |

* Total Patient-Years is the sum of days of exposure for all subjects divided by 365.25.
[a] Median age was calculated only for the studies that have data available in electronic format (excludes Study 945-72)

Source data: Tables 9.2.1.1 and 9.2.1.2

### 6.2. Tables of Risk, Rate, and Cumulative Risk

There were no reports of suicide or suicide attempt in the non-placebo-controlled studies in patients; therefore, no determination of risk, rate, or cumulative risk could be made.

### 6.3. Listing and Narratives for Non-Placebo-Controlled Studies in Patients

There were no reports of suicide or suicide attempt in the non-placebo-controlled studies in patients; therefore, there are no listings or narratives to provide. Similarly, there were no deaths or overdoses reported in these studies.

Gabapentin: Response to FDA Regarding Suicide and Suicide Attempt – Phase 1 Studies                                     15

## 7. CONCLUSIONS

The results of a comprehensive search for cases of suicide and suicide attempt among Phase 1 gabapentin clinical trials did not reveal any cases of suicide or suicide attempt. In the Phase 1 studies, over 900 subjects were treated with gabapentin with 16.71 total patient years. The results of the search for cases of suicide and suicide attempt in Phase 1 gabapentin studies do not change the outcome of the same search conducted in Phase 2-4 gabapentin clinical trials.

Overall, the results of the first and second review of gabapentin studies remain consistent with the published literature for suicide in comparable patient populations in which gabapentin has been studied or used and they do not indicate an increased risk of suicide or suicide attempt with gabapentin therapy. As stated in the first response, no changes to the current product labeling, which includes suicidal and suicide gesture in the clinical trial adverse event section, are necessitated by these findings.

Table 9.1.1.1 Demographics for Placebo Controlled Studies in Healthy Volunteers.

|  |  | Placebo (N=32) | Gabapentin (N=82) |
|---|---|---|---|
| Age (years) | Mean | 33.6 | 31.3 |
|  | S.D. | 10.1 | 10.4 |
|  | Median * | 31.5 | 31.5 |
|  | Range | 21.0 - 54.0 | 19.0 - 50.0 |
| Gender N(%) | Male | 29 (90.6%) | 74 (90.2%) |
|  | Female | 3 (9.4 %) | 8 (9.8 %) |

studies included: 104-001 104-002 880-051 945-57 945-430-005 945-439-0 A945I033
Demographic information for crossover studies 104-001 (N=7 PBO), 880-051 (N=2 PBO), and 945-430-005 (N=7 PBO) are not electronically available on the individual subject level but only for the overall study in the Research reports
Mean age and standard deviation for Studies 104-001 and 880-051 could not be determined as the data was not available.
* Median Age was calculated only for the studies that are electronically available.
Studies with non-electronic databases include: 945-430-005

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

CONFIDENTIAL                                                                 Pfizer_Regulatory_000979

Page 1 of 1

Table 9.1.2.1: Demographics for Non-Placebo Controlled Studies in Healthy Volunteers

|  | Gabapentin (N=719) |
|---|---|
| Age (years) | |
| Mean | 30.7 |
| S.D. | 15.3 |
| Median * | 28.5 |
| Range | 0.0 - 78.0 |
| Gender N(%) | |
| Male | 375 (52.2%) |
| Female | 344 (47.8%) |

Studies included: 104-005 877-070 877-072 877-073 877-074 877-076 914-332 945-3-0 945-7-0 945-12-0 945-17 945-C35 945-39-0 945-40-0 945-46 945-47-0 945-48-0 945-54-0 945-55-0 945-58-0 945-59 945-68-0 945-073-0 945-188-0 945-189-0 945-190-0 945-195 945-196-0 945-201 945-202-0 945-205-0 945-208-0 945-296 1032-015-0 1032-015-0 A9451028 A9451034 A9451036

* Median Age was calculated only for the studies that are electronically available.
Studies with non-electronic databases include: 945-073-0 945-195 1032-010-0 1032-015-0

Date of Data Extraction: 10JUN2003  Date of Table Generation: 04NOV2004 (13:59)

CONFIDENTIAL
Pfizer_Regulatory_000980

Table 9.1.1.2: Total Exposure for Placebo Controlled Studies in Healthy Volunteers

Page 1 of 1

|  | Placebo | Gabapentin |
|---|---|---|
| n/Patient Years | 48/ 0.88 | 79/ 1.59 |

Studies included: 104-001 104-002 880-051 945-57 945-430-005 945-439-0 A9451033
Study 945-430-005 has 3 patients(# 10, 11, 12) who withdrew before entering the Gabapentin phase.
Studies with non-electronic databases include: 945-430-005

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

CONFIDENTIAL
Pfizer_Regulatory_000981

Page 1 of 1

Table 9.1.2.2: Total Exposure for Non-Placebo Controlled Studies in Healthy Volunteers

```
----------------------
           Gabapentin
----------------------
n/Patient Years  719/ 10.40
----------------------
```

Studies included: 104-005 877-070 877-072 877-073 877-074 877-076 934-332 945-3-0 945-7-0 945-12-0 945-17 945-035 945-39-0 945-40-0 945-46 945-47-0 945-48-0 945-54-0 945-55-0 945-58-0 945-59 945-68-0 945-073-0 945-88-0 945-189-0 945-190-0 945-195 945-196-0 945-201 945-202-0 945-205-0 945-208-0 945-296 1032-010-0 1032-015-0 A951028 A951034 A951036
Studies with non-electronic databases include: 945-073 945-195 1032-010-0 1032-015-0

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

Table 9.2.1.1: Demographics for Non-Placebo Controlled Studies in Patients

```
                        Gabapentin
                        (N=126)
----------------------------------------
Age (years)
        Mean            43.4
        S.D.            14.6
        Median *        40.0
        Range           17.0 - 74.0

Gender N(%)
        Male            78 (61.9%)
        Female          48 (38.1%)
----------------------------------------
```

Studies Included: 880-032 945-01 945-37 945-38-0 945-44-0 945-45-0 945-062-0 945-63-0 945-064-0 945-72
* Median Age was calculated only for the studies that are electronically available.
Studies with non-electronic databases include: 945-72

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

CONFIDENTIAL                                                                                   Pfizer_Regulatory_000983

Page 1 of 1

Table 9.2.1.2: Total Exposure for Non-Placebo Controlled Studies in Patients

```
                    Gabapentin
                    ----------
n/Patient Years     126/ 4.72
```

---
Studies included: 880-032 945-01 945-37 945-38-0 945-44-0 945-45-0 945-62-0 945-63-0 945-064-0 945-72
Studies with non-electronic databases include: 945-72

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

CONFIDENTIAL

Pfizer_Regulatory_000984

Appendix B1.1 Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Placebo Controlled Studies in Healthy Volunteers

Page 1 of 1

```
==================================================
              Listing not created
       No subject meets the reporting criteria
==================================================
```

--------------------------------------------------
Studies Included: 104-001 104-002 880-051 945-57 945-430-005 945-439-0 A9451033
Adverse events were not recorded for Study 880-051
Studies with non-electronic databases include: 945-430-005

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

Appendix B1.2 Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Non-Placebo Controlled Studies in Healthy Volunteers

Page 1 of 1

```
=====================================
       Listing not created
No subject meets the reporting criteria
=====================================
```

```
Studies included: 104-005 877-070 877-072 877-073 877-074 877-076 934-332 945-3-0 945-7-0 945-12-0 945-17 945-035 945-39-0 945-40-0
945-46 945-47-0 945-48-0 945-054-0 945-055-0 945-58-0 945-59 945-068-0 945-073-0 945-188-0 945-189-0 945-190-0
945-195 945-196-0 945-201 945-202-0 945-205-0 945-208-0 945-296 1032-010-0 1032-015-0 A9951028 A9451034 A9451036
Adverse events were not recorded for Study 104-005
Studies with non-electronic databases include: 945-073-0 945-195 1032-010-0 1032-015-0
```

Date of Data Extraction: 10JUN2003    Date of Table Generation: 04NOV2004 (13:59)

Appendix B1.3 Listing of Suicides, Suicide Attempts, Overdoses, and Suicide Ideation for Non-Placebo Controlled Studies in Patients

Page 1 of 1

```
=============================================
Listing not created
No subject meets the reporting criteria
=============================================
```

```
---------------------------------------------------------------------------------------------------
Studies included: 880-C32 945-01 945-37 945-38-0 945-44-0 945-45-0 945-62-0 945-63-0 945-64-0 945-72
Studies with non-electronic databases include: 945-72
---------------------------------------------------------------------------------------------------
```

Date of Data Extraction: 10JUN2003    Date of Table Generation: 04NOV2004 (13:59)

CONFIDENTIAL

Pfizer_Regulatory_000987

Page 1 of 1

Appendix B2. Listing of Investigator Terms Coding to Accidental Injury or Injury

```
Adverse Event        Adverse Event
Preferred Term       Investigator Term
---------------------------------------
Accidental injury    ABRASION
                     HAND INJURY
                     LEFT ANKLE INJURY

Injury               HEAD INJURY
```

---

There were 2 Accidental Injuries found in CSR 945-195: the Adverse Event Investigator terms were 'Broken rib-left side-Accident' and 'Cut foot'.

Date of Data Extraction: 10JUN2003   Date of Table Generation: 04NOV2004 (13:59)

CONFIDENTIAL

Pfizer_Regulatory_000988