EXHIBIT 98

208

*Brain Research*, 206 (1981) 208–212
© Elsevier/North-Holland Biomedical Press

# Evidence for a tonic GABAergic control of serotonin neurons in the median raphe nucleus

CONCETTA M. FORCHETTI and JAMES L. MEEK

*Laboratory of Preclinical Pharmacology, National Institute of Mental Health, Saint Elizabeths Hospital, Washington, D.C. 20032 (U.S.A.)*

(Accepted September 11th, 1980)

*Key words:* GABA — 5-hydroxytryptamine — raphe nucleus — muscimol — picrotoxin — bicuculline

We examined whether serotonin (5-HT)-containing neurons of the midbrain raphe nuclei are subject to an inhibitory control by GABA. We found that injection into the median raphe nucleus of the GABA antagonists picrotoxin and bicuculline and the GABA agonist muscimol increase and decrease, respectively, the 5-HT turnover and the steady-state content of 5-hydroxyindoleacetic acid. The results provide biochemical evidence of a tonic inhibition by GABA of 5-HT neuronal activity in the median raphe nucleus; this inhibitory effect is potentiated by benzodiazepines.

The serotonergic (5-hydroxytryptamine-containing, 5-HT) neurons arising in the raphe nuclei have been implicated in a wide range of physiological and behavioral functions. However, little is known about which systems control the activity of these 5-HT neurons. Electrophysiological experiments suggest the hypothesis that $\gamma$-aminobutyric acid (GABA) may act as an inhibitory transmitter in the midbrain raphe nuclei[5,6,16]. We have obtained pharmacological evidence supporting this hypothesis by showing that injection of GABA antagonists in the median raphe nucleus increases the 5-HT turnover and/or the steady-state level of 5-hydroxyindoleacetic acid (5-HIAA) in rat hippocampus. Conversely, injection of GABA agonists decreases the 5-HIAA content. The hippocampus was studied since its serotonergic innervation is primarily derived from the median raphe[3,13]. Since benzodiazepines potentiate GABA[4,8] and may exert their anticonflict activity via a GABAergic modulation of the 5-HT neurons[14,15], we have also examined whether diazepam can modulate the effects of GABA agonists and antagonists injected into the raphe. The results provide biochemical evidence of a tonic inhibitory action of GABA on 5-HT activity of the median raphe nucleus, and the potentiation of this effect by benzodiazepines.

Male Sprague–Dawley rats (Zivic Miller Labs., 150–175 g) were lightly anesthetized with ether and placed in a Narishige stereotaxic apparatus. A 4 mm diameter burr hole was made in the skull at the lambda. To prevent bleeding, the underlying sinus was retracted with forceps prior to lowering the cannula. Drugs were injected via a steel cannula (0.3 mm o.d.) connected by PE10 polyethylene tubing to a motor driven 10 $\mu$l Hamilton syringe. A total volume of 1 $\mu$l was infused during 3 min. The cannula was left in place for 2 min after the injection. The coordinates from lambda

were: anterior 0.3 mm, lateral 0, ventral 7.5 mm; corresponding to A 350 $\mu$m, L 0, V 2.4 mm, in the atlas of König and Klippel[9]. Immediately after injection, the rats were removed from the stereotaxic apparatus and allowed to recover from the anesthesia. At intervals the rats were killed by decapitation, the brains rapidly removed and cooled on ice. The whole hippocampus was removed following removal of the overlying cortex, and opening of the lateral ventricles. Frozen 200 $\mu$m sections of the brain stem of each rat were made to verify that the location of the injection had been correct. The hippocampi were homogenized ultrasonically in 10 vol. cold $HClO_4$ (0.4 M containing 0.1 % mercaptoethanol). After centrifugation (4 min in an Eppendorf centrifuge), 200 $\mu$l of the supernatant solution was injected directly into a HPLC apparatus. For the assay of 5-HIAA by HPLC with fluorimetric detection, the conditions described elsewhere[11] were modified. To improve resolution, the original ion exchange column was replaced with a 25 cm × 2.1 mm reverse phase column (Lichrosorb RP18, 10 $\mu$m particle size). An ion pairing agent (sodium dodecylsulfate, 0.1 %) was added to the mobile phase (0.05 M sodium acetate, pH 4.7, 0.1 % mercaptoethanol) in order to completely retain 5-HT. To increase the sensitivity of detection, by allowing injection of a larger sample, a 3 mm × 4.6 mm mini-column of the same material was added to the sample loop of the injection valve. Serotonin was determined by HPLC with electrochemical detection (Lackovic, Parenti and Neff, in preparation).

Probenecid and picrotoxin were purchased from Sigma Chem. Co.; muscimol and diazepam were gifts of Zambon Pharm. and Hoffman-La Roche Inc., respectively. Bicuculline methiodide (Pierce Chem.) was used instead of the bicuculline base because of the former's greater stability in solution[1]. Injections of diazepam were made intraperitoneally instead of into the median raphe because of the low solubility of the drug above pH 4. For evidence of altered 5-HT activity, we looked for alterations of 5-HT turnover using the probenecid method[12], and/or alterations in the steady-state concentration of 5-HT's metabolite 5-HIAA. The steady-state concentration of biogenic amines often does not change with their synthesis rate[10]. However, measurement of changes in concentration of their acidic metabolites can be used to reveal changes in turnover since the fractional rate of elimination of the acidic metabolites appears to be constant despite changes in amine catabolism[10]. Serotonin content was measured to rule out the possibility that artifacts, such as displacement of 5-HT or inhibition of 5-HT metabolism, were the cause of the observed changes in 5-HIAA content.

We found (Table I) that injection of 100 ng muscimol into the median raphe nucleus decreased the steady-state concentration of 5-HIAA in the hippocampus by 22 %, and decreased the accumulation of 5-HIAA after probenecid by 30 %. Injection of subconvulsive doses of the GABA antagonists picrotoxin and bicuculline increased the hippocampal 5-HIAA content by 47 % and 33 %, respectively (Table II). The effects of GABA antagonists were almost completely blocked when they were injected together with muscimol (Table II). None of these drugs altered the steady-state concentration of 5-HT (data not shown). Diazepam by itself (5 mg/kg i.p.) did not change the 5-HIAA content of the hippocampus (Fig. 1), and also did not affect the picrotoxin-induced

increase in 5-HIAA. However, diazepam was able to potentiate the reversal by muscimol of the picrotoxin-induced 5-HIAA increase.

To confirm that the drugs' effects were due to an action in the raphe, and not to lateral diffusion, experiments were performed with bilateral injection of picrotoxin or muscimol. No significant changes in 5-HIAA content was observed (n = 4) when the injections were made 1 mm on each side of the usual midline locus.

Evidence that GABA is involved in the control of 5-HT neurons has come from several sources, including detection of high levels of glutamate decarboxylase in the raphe nuclei[2] and demonstration that iontophoretic application of GABA in the raphe decreases the firing rate of raphe cells[5,6,16]. These GABAergic influences might be from afferents arising outside the raphe; for example, a GABAergic habenulo-raphe tract was proposed[16] but not confirmed[7]. Alternatively, GABA interneurons in the raphe might mediate outside influences on serotonergic cells (noradrenergic effects on 5-HT firing apparently depend on a GABA interneuron)[5]. Out experiments do not differentiate between which type or types of GABA neurons control 5-HT firing, but

TABLE I

*Effect of muscimol on 5-HIAA accumulation after probenecid*

Rats were killed 90 min after injection into the median raphe nucleus of muscimol (100 ng) and probenecid (400 mg/kg i.p.). The values are the average ± S.E.M. from 2 separate experiments each with n = 4–6.

|  | 5-HIAA ng/mg tissue | |
| --- | --- | --- |
|  | Saline | Muscimol |
| Control | 0.27 ± 0.02 | 0.21 ± 0.01** |
| Probenecid | 0.49 ± 0.02** | 0.34 ± 0.02* |

\* $P < 0.02$ versus probenecid alone.
\*\* $P < 0.001$ versus control.

TABLE II

*Effects of median raphe injection of muscimol, picrotoxin and bicuculline on hippocamapal 5-HIAA content*

The values are the average ± S.E.M. from 2–6 experiments, n = 4–6.

|  | 5-HIAA ng/mg tissue | |
| --- | --- | --- |
|  | Saline | Muscimol 100 ng |
| Saline 1 μl | 0.27 ± 0.01 | 0.21 ± 0.01**,§ |
| Picrotoxin 2 μg | 0.40 ± 0.01**,§ | 0.32 ± 0.02**,§§ |
| Bicuculline 4 μg | 0.36 ± 0.02**,§ | 0.28 ± 0.01*,§§ |

\* $P < 0.01$.
\*\* $P < 0.001$.
§ Significance versus saline.
§§ Significance versus picrotoxin and bicuculline alone.



Fig. 1. Reversal by muscimol and diazepam of picrotoxin effect. Rats were injected in the median raphe with 1 μl of saline (C), 2 μg picrotoxin (P), 100 ng muscimol (M) and i.p. with diazepam 5 mg/kg. The values are the average of 2–6 separate experiments, n = 4–6 each. * $P < 0.05$, ** $P < 0.001$.

the ability of GABA agonists and antagonists to decrease or increase respectively the turnover of 5-HT suggests that the inhibition by GABA does exist and is tonic in nature.

The GABA antagonists used are thought to act at different sites within the GABA receptor–chloride channel complex[1], but the final effect on 5-HT function appears the same: removal of an inhibitory influence. Although the hypothesis that the clinically important anti-anxiety effects of diazepam may be due to its modulation of the GABA 5-HT system requires much more research, our data provide evidence that the proposed interaction of benzodiazepines, GABA and 5-HT can in fact occur. The inability of diazepam to block the picrotoxin effect is consistent with the view that benzodiazepines act by enhancing the potency of GABA for synaptic transmission, and not by directly mimicking GABA inhibitory effects. In our studies, a dose of diazepam that neither antagonized the picrotoxin effect nor modified the steady state content of 5-HIAA was found to potentiate the reversal by muscimol of the picrotoxin effect on 5-HT.

In summary, our results provide evidence that 5-HT neurons are subject to a tonic inhibitory influence by GABA, and that the facilitatory activity by benzodiazepines on GABA synaptic transmission might mediate their anti-anxiety activity.

1 Andrews, P. R. and Johnston, G. A. R., GABA agonists and antagonists, *Biochem. Pharmacol.*, 28 (1979) 2697–2702.
2 Belin, M. F., Aguera, M., Tappaz, M., McRae-Degueurce, A., Bobillier, P. and Pujol, J. F.,

212

GABA accumulating neurons in the nucleus raphe dorsalis and periacqueductal gray in the rat: a biochemical and radioautographic study, *Brain Research*, 170 (1979) 279–297.
3 Bobillier, P., Seguin, S., Petitjean, F., Salvert, D., Touret, M. and Jouvet, M., The raphe nuclei of the cat brain stem: A topographical atlas of their efferent projection as revealed by autoradiography, *Brain Research*, 113 (1976) 449–486.
4 Costa, E., Guidotti, A. and Mao, C. C., Evidence for involvement of GABA in the action of benzodiazepines: studies on rat cerebellum. In E. Costa and P. Greengard (Eds.), *Mechanism of Action of Benzodiazepines, Advanc. Biochem. Psychopharmacol.*, Raven Press, New York, 1975, pp. 113–129.
5 Gallager, D. W. and Aghajanian, G. K., Effect of antipsychotic drugs on the firing of dorsal raphe cells. II. Reversal by picrotoxin, *Europ. J. Pharmacol.*, 39 (1976) 357–364.
6 Gallager, D. W., Benzodiazepines: potentiation of a GABA inhibitory response in the dorsal raphe nucleus, *Europ. J. Pharmacol.*, 49 (1978) 133–143.
7 Gottesfeld, Z., Hoover, D. B., Muth, E. A. and Jacobowitz, D. M., Lack of biochemical evidence for a direct habenulo-raphe GABAergic pathway, *Brain Research*, 141 (1978) 353–356.
8 Haefely, W. E., Behavioral and neuropharmacological aspects of drugs used in anxiety and related states. In M. A. Lipton, A. Di Mascio and K. F. Killam (Eds.), *Psychopharmacology: A Generation of Progress*, Raven Press, New York, 1978, pp. 1359–1374.
9 König, J. F. R. and Klippel, R. A., *The Rat Brain*, Williams and Wilkins, Baltimore, 1973.
10 Meek, J. L. and Neff, N. H., The rate formation of 3-methoxy-4-hydroxyphenylethylenglycol sulfate in brain as an estimate of rate of formation of norepinephrine, *J. Pharmacol. exp. Ther.*, 184 (1973) 570–575.
11 Neckers, L. M. and Meek, J. L., Measurement of serotonin turnover rate in discrete nuclei of rat brain, *Life Sci.*, 19 (1976) 1579–1584.
12 Neff, N. H. and Tozer, T. N., In vivo measurement of brain serotonin turnover. In S. Garattini and P. A. Shore (Eds.), *Biochemistry, Localization, Physiology and Biological Role of Indolealkylamine-derivatives, Advanc. Pharmacol.*, 1968, pp. 97–109.
13 Pierce, E. T., Foot, W. E. and Hobson, J. A., The efferent connection of the nucleus raphe dorsalis, *Brain Research*, 107 (1976) 137–144.
14 Stein, L., Wise, C. D. and Belluzzi, J. D., Effects of benzodiazepines on central serotonergic mechanism. In E. Costa and P. Greengard (Eds.), *Mechanism of Action on Benzodiazepines, Advanc. Biochem. Psychopharmacol.*, Raven Press, New York, 1975, pp. 29–44.
15 Tye, N. C., Iversen, S. D. and Green, A. R., The effects of benzodiazepines and serotonergic manipulations on punished responding, *Neuropharmacology*, 18 (1979) 689–695.
16 Wang, R. Y. and Aghajanian, G. K., Physiological evidence for habenula as major link between forebrain and midbrain raphe, *Science*, 197 (1977) 89–91.