EXHIBIT 99

Case 1:04-cv-10981-PBS    Document 1200-149    Filed 04/04/2008    Page 2 of 7

Naunyn-Schmiedeberg's Arch Pharmacol (1984) 326:99–105

Naunyn-Schmiedeberg's
Archives of
Pharmacology
© Springer-Verlag 1984

[21.44]

# GABA$_B$ receptor-mediated inhibition of serotonin release in the rat brain*

E. Schlicker, K. Classen, and M. Göthert

Pharmakologisches Institut der Universität Essen, Hufelandstrasse 55, D-4300 Essen 1, Federal Republic of Germany

**Summary.** Rat brain frontal cortex or striatal slices pre-incubated with $^3$H-serotonin were superfused with physiological salt solution and tritium overflow was evoked by electrical field stimulation at a frequency of 3 Hz.

1. GABA 1 mmol/l inhibited the evoked overflow from *frontal cortex* slices by about 30%. The inhibitory effect was abolished when the frequency of electrical stimulation was 10 instead of 3 Hz. Progabide and R(−)-baclofen were more potent, whereas muscimol was less potent than GABA itself in inhibiting the evoked overflow; the IC$_{15}$ values of progabide, R(−)-baclofen, GABA and muscimol were 8.3, 15, 170 and > 320 µmol/l, respectively. S(+)-baclofen behaved as a partial agonist with a maximum inhibitory effect by about 15%. Nipecotic acid and aminooxyacetic acid were ineffective. The same held true for bicuculline, picrotoxin and diazepam.

2. Bicuculline, picrotoxin, diazepam, phentolamine and the serotonin receptor antagonist metitepin did not influence the inhibitory effect of GABA. By contrast, S(+)-baclofen attenuated the effects of GABA and R(−)-baclofen.

3. The evoked overflow from *striatal* slices was inhibited by GABA and progabide (IC$_{15}$ values: 480 and 13 µmol/l, respectively). Nipecotic acid was ineffective.

The results suggest that exogenous GABA inhibits serotonin release in the rat brain via GABA$_B$ receptors which may be assumed to be located presynaptically.

**Key words:** Serotonin release — Baclofen enantiomers — Progabide — Diazepam — GABA receptors

## Introduction

Controversial results have been obtained in previous studies in which the influence of GABA on the potassium-evoked $^3$H-serotonin release was investigated. Thus, the amino acid was reported to increase (Starr 1979) or to inhibit the evoked release (Balfour 1980; Bowery et al. 1980; Loonen and Soudijn 1980) or to have no effect at all (Reubi et al. 1978). On the basis of these discrepancies, we reinvestigated the effect of GABA on evoked $^3$H-serotonin release from rat brain cortex and striatal slices, using a more physiological method of stimulation, namely electrical impulses (Göthert 1980), and extended the experiments to a series of GABA receptor agonists as well as to GABA receptor antagonists.

* This study was supported by a grant of the Deutsche Forschungsgemeinschaft
Send offprint requests to M. Göthert at the above address

Thus it was possible to examine whether specific GABA receptors may be involved, and, if so, whether they belong to the GABA$_A$ or GABA$_B$ receptor subtype (according to the classification of Hill and Bowery 1981). Furthermore, since benzodiazepines are known to reduce serotonin turnover (Wise et al. 1972; Costa and Guidotti 1979) and, on the other hand, to facilitate GABAergic neurotransmission (Costa et al. 1975; Haefely et al. 1975; Costa 1980; Braestrup and Nielsen 1980), it was studied whether diazepam influences serotonin release by itself and/or increases the effect of GABA on serotonin release.

A preliminary report of the present study has been given to the Joint Meeting of the French and German Pharmacological Societies in Freiburg, 1983 (Schlicker et al. 1983a).

## Methods

*Superfusion and stimulation of brain slices.* Frontal cortex slices (0.3 mm thick, diameter 3 mm) or striatal slices (0.3 mm thick, diameter 2 mm) were prepared from male Wistar rats weighing 200–300 g. The slices were incubated for 60 min in physiological salt solution of 37°C containing 0.1 µmol/l $^3$H-serotonin (specific activity 20.0–32.1 Ci/mmol). In some of the experiments, the dopamine uptake blocker nomifensine 1 µmol/l was present in the incubation medium. The composition of the physiological salt salution was a follows (mmol/l): NaCl 118, KCl 4.8, CaCl$_2$ 1.3, MgSO$_4$ 1.2, KH$_2$PO$_4$ 1.2, NaHCO$_3$ 25, glucose 10, EDTA 0.03, ascorbic acid 0.06; it was aerated with 95% O$_2$ and 5% CO$_2$.

Subsequently, the slices were superfused with physiological salt solution at a flow rate of 0.5 ml/min (37°C; 110 min). The superfusate was collected continuously in 5-min samples. Two periods of electrical field stimulation were applied to each slice after 40 and 90 min of superfusion (S$_1$ and S$_2$). Rectangular pulses of 2 ms were delivered for 2 min to frontal cortex slices at 3 or 10 Hz (current strength: 13 or 20 mA) or to striatal slices at 3 Hz (current strength: 20 mA). At the end of superfusion, the slices were solubilized with Soluene, and the radioactivity of the slices and superfusate samples was determined by liquid scintillation counting.

In some of the experiments, $^3$H-serotonin was separated from $^3$H-5-hydroxyindole acetic acid ($^3$H-5-HIAA) as described by Steppeler et al. (1982; with slight modifications). For this purpose, the slices were preincubated with $^3$H-serotonin 0.2 µmol/l, and 2 ml-aliquots of the superfusate samples (to which Na$_2$EDTA 1.1 mg, Na$_2$SO$_3$ 1.3 mg, ascorbic acid 1 mg, unlabelled serotonin 5.6 µg and unlabelled 5-

HIAA 5.6 μg were added) were passed through Dowex 50 W X4 columns (dimensions 0.5 × 1.5 cm; treated as described by Graefe et al. 1973). Subsequently, the columns were washed with 2 × 2 ml $H_2O$, and then $^3H$-serotonin was eluted with 2 × 1 ml of a mixture of ethanol and HCl 6 mol/l (1:1, v/v). The radioactivity of the eluates and of the column effluents containing the $^3H$-5-HIAA were determined by liquid scintillation counting. The mean recovery of $^3H$-serotonin was 95% and that of 5-HIAA was 97% (no cross-contamination was observed); all values were corrected accordingly.

*Calculations and statistics.* Tritium efflux into the superfusate was expressed as the fraction of tritium content of the slice at the onset of the respective collection period. To quantify the effects of drugs on the basal $^3H$ efflux, the ratio of the fractional rate of efflux from 85–90 min ($t_2$) and that from 55–60 min ($t_1$) was determined. The stimulation-evoked overflow of tritium (or, when relevant, of $^3H$-serotonin or $^3H$-5-HIAA) was calculated as the amount of tritium (or of $^3H$-serotonin or $^3H$-5-HIAA) in excess of the estimated basal efflux in the three 5-min superfusate samples collected after onset of stimulation. (The basal efflux was assumed to decline linearly from the 5-min period before to that 15–20 min after onset of stimulation.) The evoked $^3H$ overflow was given as percent of tissue tritium at the onset of stimulation. In order to quantify drug-induced changes of stimulated $^3H$ overflow, the ratio of the overflow evoked by $S_2$ and that evoked by $S_1$ ($S_2/S_1$) was determined.

Means ± SEM of the number of experiments ($n$) indicated are given throughout the paper. For comparison of mean values, Student's $t$-test was used.

*Drugs used.* 5-[1,2-$^3H$(N)]-Hydroxytryptamine creatinine sulphate ($^3H$-serotonin; NEN, Dreieich, FRG); γ-aminobutyric acid (GABA), muscimol (Serva, Heidelberg, FRG); aminooxyacetic acid, (+)-bicuculline, nipecotic acid, picrotoxin (Sigma, München, FRG); (+)-bicuculline methiodide (Bioscience Products, Emmenbrücke, Switzerland); RS-baclofen, phentolamine methane sulphonate (Ciba-Geigy, Wehr, FRG); R(−)-baclofen hydrochloride, S(+)-baclofen hydrochloride (Ciba-Geigy, Basel, Switzerland); diazepam (Hoffmann-La Roche, Grenzach-Wyhlen, FRG); nomifensine (Hoechst, Frankfurt, FRG); progabide (SL 76002; Synthélabo, Paris, France).

Drugs were dissolved in water or physiological salt solution, except for bicuculline (HCl 0.02 mol/l), diazepam [solvent mixture containing ethanol/propylene glycol/water 1.5:4:4.5 (v/v); final concentrations of ethanol and propylene glycol in the superfusion fluid: 0.15 and 0.4%, respectively] and progabide (DMSO; final concentration in the superfusion fluid: 0.5%). At the concentrations used, the solvents did not affect the basal or stimulation-evoked outflow of tritium from the slices.

## Results

*1. Experiments on frontal cortex slices*

GABA 1 mmol/l, which was present in the superfusion medium from 25 min prior to $S_2$ onward, decreased the $^3H$ overflow evoked by electrical field stimulation at a frequency of 3 Hz and a current strength of 13 or 20 mA (Table 1). The inhibitory effect of GABA was not changed when phentolamine 3.2 μmol/l was present throughout superfusion (Table 1; Fig. 1), indicating that the presynaptic α-adrenoceptors on the serotoninergic neurones (Göthert and Huth 1980; Frankhuyzen and Mulder 1980) are not involved in the effect of GABA. In the presence of phentolamine 3.2 μmol/l throughout superfusion, 70.9 ± 1.3% of the electrically evoked $^3H$ overflow ($S_2$; 13 mA, 3 Hz; $n = 6$) were accounted for by unmetabolized $^3H$-serotonin, and this percentage was not significantly affected by addition of GABA 1 mmol/l from 25 min before $S_2$ onward ($^3H$-serotonin contained in $^3H$ overflow: 64.4 ± 5.4%; $n = 7$).

To exclude the involvement of α-adrenoceptors in the effects of any other drug used in the present study, phentolamine was added routinely to the superfusion fluid of all subsequent experiments on cortex slices, and stimulation was carried out at a current strength of 13 mA. The inhibition produced by GABA 1 mmol/l was not affected when the slices had been preincubated with $^3H$-serotonin in the presence of nomifensine 1 μmol/l (Table 1). GABA no longer diminished the evoked overflow when the frequency of electrical field stimulation was increased from 3 to 10 Hz (Table 1). Besides GABA itself, various other GABA receptor agonists inhibited the evoked (3 Hz) $^3H$ overflow (Fig. 1); the slopes of the concentration-response curves of progabide, GABA, muscimol, and R(−)-baclofen were similar. An inhibition by about 30% represented the maximum response to R(−)-baclofen; the same degree of inhibition was obtained with progabide or GABA at the highest concentrations investigated (Fig. 1). Hence, $IC_{15}$ values which appear to represent half-maximum effects of the agonists mentioned so far may be used to quantify their potencies (Table 2). By contrast, the maximum inhibitory effect obtained with S(+)-baclofen or racemic baclofen did not exceed 15% (Fig. 1b).

Bicuculline (10 and 100 μmol/l), bicuculline methiodide (100 μmol/l), picrotoxin (10 and 100 μmol/l), nipecotic acid

**Table 1.** Effect of GABA on the electrically evoked $^3H$ overflow from rat brain cortex slices preincubated with $^3H$-serotonin. The effect of GABA under the influence of different stimulation parameters, of superfusion with phentolamine and of preincubation with nomifensine (together with $^3H$-serotonin) was investigated. The slices were superfused with physiological salt solution. GABA 1 mmol/l was added to the superfusion fluid from 65 min after onset until the end of superfusion, whereas phentolamine 3.2 μmol/l was present throughout superfusion. Means ± SEM of 5–8 experiments

| Stimulation parameters | | Phentolamine concentration during superfusion (μmol/l) | Nomifensine concentration during pre-incubation (μmol/l) | Evoked $^3H$ overflow in the presence of GABA (% of the corresponding controls)[a] |
|---|---|---|---|---|
| 20 mA | 3 Hz | 0 | 0 | 79 ± 2** |
| 13 mA | 3 Hz | 0 | 0 | 67 ± 8* |
| 13 mA | 3 Hz | 3.2 | 0 | 73 ± 4* |
|  | 3 Hz | 3.2 | 1 | 70 ± 5* |
|  | 10 Hz | 3.2 | 0 | 89 ± 8 |

\* $P < 0.05$, \*\* $P < 0.001$ (compared to the corresponding controls)

[a] The evoked $^3H$ overflow was calculated as the ratio of the tritium overflow evoked by the second period of stimulation ($S_2$; after 90 min of superfusion) and that evoked by the first one ($S_1$; after 40 min of superfusion). The mean values of $S_2/S_1$ in the five control series ranged from 0.93 (± 0.04) to 1.25 (± 0.04)



Fig. 1. Effects of GABA, muscimol and progabide (a) and of RS-baclofen and its enantiomers (b) on the evoked $^3$H overflow from rat brain cortex slices preincubated with $^3$H-serotonin and superfused with physiological salt solution containing phentolamine 3.2 μmol/l. The drugs were present in the superfusion fluid from 65 min after onset until the end of superfusion. Two periods of electrical field stimulation were applied, after 40 and 90 min of superfusion ($S_1$ and $S_2$), and the ratio of tritium overflow evoked by $S_2$ and that evoked by $S_1$ ($S_2/S_1$) was determined. Tritium overflow is given as percent of the ratio $S_2/S_1$ in the corresponding control experiments. For each compound a series of control experiments was carried out, and the mean values of $S_2/S_1$ in these series ranged from 0.93 ($\pm$0.04) to 1.00 ($\pm$0.04). The absolute tritium overflow evoked by $S_2$, e.g. in the controls belonging to the experiments with GABA, was 1.00 $\pm$ 0.11 nCi, corresponding to 4.23 $\pm$ 0.48% of tissue tritium. Means $\pm$ SEM of 4–12 experiments. * $P<0.05$, ** $P<0.01$ (compared to the corresponding controls), ° $P<0.05$ [compared to S(+)-baclofen 100 μmol/l]

Table 2. $IC_{15}$ values of various GABA receptor agonists for their inhibitory effects on the evoked $^3$H overflow from superfused rat brain cortex or striatal slices preincubated with $^3$H-serotonin

| Agonist | $IC_{15}$ values (μmol/l) | |
|---|---|---|
| | Frontal cortex slices | Striatal slices |
| Progabide | 8.3[a] | 13[c] |
| R(−)-Baclofen | 15[b] | — |
| GABA | 170[a] | 480[c] |
| Muscimol | >320[a] | — |

[a] Determined from the concentration-response curves shown in Fig. 1a
[b] Determined from the concentration-response curve shown in Fig. 1b
[c] Determined from the values given in the text

(1 mmol/l), aminooxyacetic acid (10 and 100 μmol/l) or diazepam (0.1, 1 and 10 μmol/l), which were present in the superfusion fluid from 25 min before $S_2$ onward, did not affect the evoked $^3$H overflow by themselves ($n = 5-7$; results not shown).

When the interaction of GABA or R(−)-baclofen with bicuculline, bicuculline methiodide, picrotoxin, diazepam, metitepin or S(+)-baclofen was examined, one of the latter drugs was present throughout superfusion, whereas GABA or R(−)-baclofen was added from 65 min after onset of superfusion onward. Bicuculline, bicuculline methiodide, picrotoxin or metitepin, an antagonist at presynaptic serotonin autoreceptors (Göthert 1982), did not modify the

Table 3. Effect of GABA on the evoked $^3$H overflow from rat brain cortex slices, and interaction with bicuculline, bicuculline methiodide, picrotoxin and metitepin. The slices were preincubated with $^3$H-serotonin and superfused with physiological salt solution containing phentolamine 3.2 μmol/l. GABA was added to the superfusion fluid from 65 min after onset until the end of superfusion, whereas bicuculline, bicuculline methiodide, picrotoxin or metitepin were present throughout superfusion. Means $\pm$ SEM of 4–15 experiments

| Interacting drug (μmol/l) | GABA (μmol/l) | Electrically evoked $^3$H overflow[a] | |
|---|---|---|---|
| | | ($S_2/S_1$) | (% of controls) |
| — | 0 | 0.93 $\pm$ 0.04 | |
| | 1,000 | 0.68 $\pm$ 0.04** | 73 |
| Bicuculline 100 | 0 | 0.90 $\pm$ 0.04 | |
| | 1,000 | 0.74 $\pm$ 0.04* | 82 |
| Bicuculline methiodide 100 | 0 | 1.05 $\pm$ 0.02 | |
| | 1,000 | 0.67 $\pm$ 0.05** | 64 |
| Picrotoxin 100 | 0 | 0.92 $\pm$ 0.03 | |
| | 1,000 | 0.75 $\pm$ 0.04* | 82 |
| Metitepin 3.2 | 0 | 0.65 $\pm$ 0.03 | |
| | 1,000 | 0.44 $\pm$ 0.04* | 68 |

* $P<0.01$, ** $P<0.001$ (compared to the corresponding controls)
[a] The evoked overflow was calculated as the ratio of the tritium overflow evoked by the second period of stimulation ($S_2$; after 90 min of superfusion) and that evoked by the first one ($S_1$; after 40 min of superfusion)

inhibitory effect of GABA 1 mmol/l on the evoked overflow (Table 3). Similarly, the inhibition produced by GABA was not altered by diazepam (in the absence or presence of picrotoxin throughout superfusion; Table 4). By contrast, S(+)-baclofen diminished the inhibitory effect of GABA in a concentration-dependent manner (Fig. 2). In corresponding experiments, S(+)-baclofen also attenuated the inhibitory effect of R(−)-baclofen on the evoked $^3$H overflow (Fig. 2).

2. *Experiments on striatal slices*

In the experiments on striatal slices (without phentolamine), electrical field stimulation was performed twice ($S_1$ and $S_2$, after 40 and 90 min of superfusion) at a frequency of 3 Hz and a current strength of 20 mA. When the effects of GABA, progabide or nipecotic acid on the efflux of tritium were investigated, the drugs were present from 65 min after onset until the end of superfusion. In 13 control experiments, the evoked overflow, expressed as $S_2/S_1$, was 0.74 $\pm$ 0.05 (absolute tritium overflow evoked by $S_2$ 0.87 $\pm$ 0.19 nCi, corresponding to 3.04 $\pm$ 0.49% of tissue tritium). The evoked $^3$H overflow was not affected by GABA 0.1 mmol/l ($n = 10$) or progabide 10 μmol/l ($n = 6$), but it was decreased by GABA 1 mmol/l ($S_2/S_1 = 0.56 \pm 0.04$, $n = 11$; $P<0.02$) or progabide 32 μmol/l ($S_2/S_1 = 0.48 \pm 0.08$; $n = 4$; $P<0.05$; for $IC_{15}$ values see Table 2; at the higher concentrations of GABA and progabide, the basal efflux was increased by 38 and 60%, respectively). In slices preincubated with both $^3$H-serotonin and nomifensine 1 μmol/l, GABA 1 mmol/l diminished the evoked overflow, indicated as $S_2/S_1$, from 0.80 $\pm$ 0.05 (controls; $n = 6$) to 0.37 $\pm$ 0.06 ($n = 5$; $P<0.001$; basal efflux increased by 20%). Nipecotic acid 1 mmol/l had no effect on the evoked $^3$H overflow.

Table 4. Effect of GABA on the evoked $^3$H overflow from rat brain cortex slices, and interaction with diazepam or diazepam plus picrotoxin. The slices were preincubated with $^3$H-serotonin and superfused with physiological salt solution containing phentolamine 3.2 µmol/l. GABA was added to the superfusion fluid from 65 min after onset until the end of superfusion, whereas diazepam or diazepam plus picrotoxin were present throughout superfusion. Means ± SEM of 5–8 experiments

| Interacting drug(s) (µmol/l) | GABA (µmol/l) | Electrically evoked $^3$H overflow (% of the corresponding controls)[a] |
|---|---|---|
| — | 10 | 108 ± 4 |
|  | 100 | 89 ± 4 |
|  | 1,000 | 73 ± 4* |
| Diazepam 1 | 10 | 102 ± 7 |
|  | 100 | 91 ± 8 |
|  | 1,000 | 71 ± 7* |
| Diazepam 10 | 100 | 97 ± 2 |
|  | 1,000 | 71 ± 3** |
| Diazepam 1 + picrotoxin 100 | 1,000 | 71 ± 3* |

\* $P < 0.02$, ** $P < 0.001$
[a] The evoked $^3$H overflow was calculated as the ratio of the tritium overflow evoked by the second period of stimulation ($S_2$; after 90 min of superfusion) and that evoked by the first one ($S_1$; after 40 min of superfusion). The mean values of $S_2/S_1$ in the four control series ranged from 0.91 (± 0.03) to 0.96 (± 0.06)



Fig. 2. Inhibitory effects of GABA and R(−)-baclofen on the evoked $^3$H overflow from rat brain cortex slices, and interaction with S(+)-baclofen. The slices were preincubated with $^3$H-serotonin and superfused with solution containing phentolamine 3.2 µmol/l. GABA or R(−)-baclofen was added to the superfusion medium from 65 min onward, whereas S(+)-baclofen was present throughout superfusion. Two periods of electrical field stimulation were applied, after 40 and 90 min of superfusion ($S_1$ and $S_2$), and the ratio of tritium overflow evoked by $S_2$ and that evoked by $S_1$ ($S_2/S_1$) was determined. Means + SEM of 5–8 experiments. * $P < 0.05$, ** $P < 0.005$ [compared to the corresponding controls without GABA or R(−)-baclofen]

## Discussion

Slices prepared from rat brain frontal cortex and striatum, in which the present experiments were carried out, contain serotoninergic as well as GABAergic nerve terminals (Steinbusch 1981; Fagg and Foster 1983). Under the experimental conditions used during preincubation, $^3$H-serotonin may be assumed to be transported selectively into the serotoninergic neurones (Shaskan and Snyder 1970; Kuhar 1973). Particularly in the experiments in which preincubation with $^3$H-serotonin was carried out in the presence of nomifensine, "false" labelling of dopaminergic neurones can be excluded: it is probable that nomifensine 1 µmol/l completely inhibits the neuronal uptake mechanism of dopaminergic neurones, whereas that of the serotoninergic neurones is, at the most, slightly inhibited (Reimann et al. 1979; Hyttel 1982). The electrically evoked tritium overflow from the slices preincubated with $^3$H-serotonin, which in all probability reflects transmitter release from serotoninergic neurones, is $Ca^{2+}$-dependent and tetrodotoxin-sensitive (Göthert and Weinheimer 1979; Göthert 1980). Most of our experiments were carried out in the presence of phentolamine which, at the concentration of 3.2 µmol/l, partly inhibits $^3$H-serotonin uptake (Schlicker et al. 1983b). Under this condition about 70% of the evoked $^3$H overflow consisted of $^3$H-serotonin, and the percentage of unmetabolized $^3$H-serotonin which was similar to values reported by other authors (Baumann and Waldmeier 1981) was not affected by GABA. In conclusion, determination of the electrically evoked $^3$H overflow may routinely be used to study serotonin release.

The present work demonstrates that GABA and related drugs inhibit the electrically evoked $^3$H-serotonin release from superfused rat brain slices. The possibility that the inhibition by GABA may be due to an effect on "falsely" labelled dopaminergic neurones is excluded by the experiments in which preincubation of slices was carried out with both $^3$H-serotonin and nomifensine; also in these slices GABA produced an inhibition of $^3$H-serotonin release. Our findings confirm the results obtained by Balfour (1980), Bowery et al. (1980) and Loonen and Soudijn (1980) who also observed an inhibition by GABA of $^3$H-serotonin release when potassium was used for stimulation. The failure of Reubi et al. (1978) to detect any alteration of $K^+$-evoked release by GABA may be due to the fact that they used a too low concentration of the drug (50 µmol/l). The increase by GABA in $K^+$-evoked serotonin release, described by Starr (1979), cannot be explained satisfactorily on the basis of the available data.

At first sight, the high GABA concentration which was necessary to inhibit the impulse-evoked serotonin release seems to argue against the possibility that the effect was receptor-mediated. However, it may be assumed that in the biophase of GABA receptors the concentration of endogenous GABA released from GABAergic neurones may be particularly high. In this context it is interesting to note that very high concentrations of GABA were measured in various brain areas (up to 10 mmol/kg; Okada et al. 1971) and that high concentrations of GABA have to be applied iontophoretically in order to obtain effects in electrophysiological experiments (Konnerth and Heinemann 1983). Furthermore, the degree of receptor-mediated effects on transmitter release from isolated brain tissue is well known to be inversely related to the frequency of electrical stimulation (for

Baumann PA, Waldmeier PC (1981) Further evidence for negative feedback control of serotonin release in the central nervous system. Naunyn-Schmiedeberg's Arch Pharmacol 317:36–43

Bowery NG, Doble A, Hill DR, Hudson AL, Shaw JS, Turnbull MJ (1979) Baclofen: a selective agonist for a novel type of GABA receptor. Br J Pharmacol 67:444P–445P

Bowery NG, Hill DR, Hudson AL, Doble A, Middlemiss DN, Shaw J, Turnbull M (1980) (−)Baclofen decreases neurotransmitter release in the mammalian CNS by an action at a novel GABA receptor. Nature 283:92–94

Bowery NG, Doble A, Hill DR, Hudson AL, Shaw JS, Turnbull MJ, Warrington R (1981) Bicuculline-insensitive GABA receptors on peripheral autonomic nerve terminals. Eur J Pharmacol 71:53–70

Bowery NG, Hill DR, Hudson AL (1982a) Evidence that SL 75102 is an agonist at $GABA_B$ as well as $GABA_A$ receptors. Neuropharmacology 21:391–395

Bowery NG, Hill DR, Hudson AL, Price GW, Wilkin GP (1982b) Presynaptic GABA receptors. In: Giuffrida Stella AM, Gombos G, Benzi G, Bachelard HS (eds) Basic and clinical aspects of molecular neurobiology. Proceedings of the fourth meeting of the European Society for Neurochemistry. Fondazione Internazionale Menarini, Milan, pp 176–188

Braestrup C, Nielsen M (1980) Benzodiazepine receptors. Arzneim-Forsch/Drug Res 30:852–857

Costa E (1980) Benzodiazepines and neurotransmitters. Arzneim-Forsch/Drug Res 30:858–861

Costa E, Guidotti A (1979) Molecular mechanisms in the receptor action of benzodiazepines. Annu Rev Pharmacol Toxicol 19:531–545

Costa E, Guidotti A, Mao CC (1975) Evidence for the involvement of GABA in the action of benzodiazepines: Studies on rat cerebellum. In: Costa E, Greengard P (eds) Mechanism of action of benzodiazepines. Adv Biochem Psychopharmacol, vol 14. Raven Press, New York, pp 113–120

Engel G, Göthert M, Müller-Schweinitzer E, Schlicker E, Sistonen L, Stadler PA (1983) Evidence for common pharmacological properties of [$^3$H]5-hydroxytryptamine binding sites, presynaptic 5-hydroxytryptamine autoreceptors in CNS and inhibitory presynaptic 5-hydroxytryptamine receptors on sympathetic nerves. Naunyn-Schmiedeberg's Arch Pharmacol 324:116–124

Fagg GE, Foster AC (1983) Amino acid neurotransmitters and their pathways in the mammalian central nervous system. Neuroscience 9:701–719

Frankhuyzen AL, Mulder AH (1980) Noradrenaline inhibits depolarization-induced $^3$H-serotonin release from slices of rat hippocampus. Eur J Pharmacol 63:179–182

Giotti A, Luzzi S, Spagnesi S, Zilletti L (1983) $GABA_A$ and $GABA_B$ receptor-mediated effects in guinea-pig ileum. Br J Pharmacol 78:469–478

Göthert M (1980) Serotonin-receptor-mediated modulation of $Ca^{2+}$-dependent 5-hydroxytryptamine release from neurones of the rat brain cortex. Naunyn-Schmiedeberg's Arch Pharmacol 314:223–230

Göthert M (1982) Modulation of serotonin release in the brain via presynaptic receptors. Trends Pharmacol Sci 3:437–440

Göthert M, Huth H (1980) Alpha-adrenoceptor-mediated modulation of 5-hydroxytryptamine release from rat brain cortex slices. Naunyn-Schmiedeberg's Arch Pharmacol 313:21–26

Göthert M, Weinheimer G (1979) Extracellular 5-hydroxytryptamine inhibits 5-hydroxytryptamine release from rat brain cortex slices. Naunyn-Schmiedeberg's Arch Pharmacol 310:93–96

Graefe KH, Stefano FJE, Langer SZ (1973) Preferential metabolism of (−)-$^3$H-norepinephrine through the deaminated glycol in the rat vas deferens. Biochem Pharmacol 22:1147–1160

Haefely W, Kulcsar A, Möhler H, Pieri L, Polc P, Schaffner R (1975) Possible involvement of GABA in the central actions of benzodiazepines. In: Costa E, Greengard P (eds) Mechanism of action of benzodiazepines. Adv Biochem Psychopharmacol, vol 14. Raven Press, New York, pp 131–151

Héry F, Ternaux JP (1981) Regulation of release processes in central serotoninergic neurones. J Physiol (Paris) 77:287–301

Hill DR, Bowery NG (1981) $^3$H-Baclofen and $^3$H-GABA bind bicuculline-insensitive $GABA_B$ sites in rat brain. Nature 2: 149–152

Hjorth S (1983) On the mode of action of 3-(3-hydroxyphenyl)-n-propylpiperidine, 3-PPP, and its enantiomers: with particular reference to dopaminergic mechanisms in the central nervous system. Acta Physiol Scand 118 Suppl 517:1–52

Hughes PR, Morgan PF, Stone TW (1982) Inhibitory action γ-aminobutyric acid on the excitatory but not inhibitory innervation of the rat anococcygeus muscle. Br J Pharmac 77:691–695

Hyttel J (1982) Citalopram — pharmacological profile of a specific serotonin uptake inhibitor with antidepressant activity. Prog Neuro-Psychopharmacol Biol Psychiat 6:277–295

Kaplita PV, Waters DH, Triggle DJ (1982) γ-Aminobutyric acid action in guinea-pig ileal myenteric plexus. Eur J Pharmacol 79:43–51

Kleinrok A, Kilbinger H (1983) γ-Aminobutyric acid and cholinergic transmission in the guinea-pig ileum. Naunyn-Schmiedeberg's Arch Pharmacol 322:216–220

Konnerth A, Heinemann U (1983) Effects of GABA on presumed presynaptic $Ca^{2+}$ entry in hippocampal slices. Brain Res 270: 185–189

Kuhar MJ (1973) Neurotransmitter uptake: a tool in identifying neurotransmitter-specific pathways. Life Sci 13:1623–1634

Langer SZ (1980) Presynaptic regulation of the release of catecholamines. Pharmacol Rev 32:337–362

Lehmann J, Smith RV, Langer SZ (1983) Stereoisomers of apomorphine differ in affinity and intrinsic activity at presynaptic dopamine receptors modulating [$^3$H] dopamine and [$^3$H] acetylcholine release in slices of cat caudate. Eur J Pharmacol 88:81–88

Lloyd KG, Arbilla S, Beaumont K, Briley M, De Montis G, Scatton B, Langer SZ, Bartholini G (1982) γ-Aminobutyric acid (GABA) receptor stimulation II. Specificity of progabide (SL 76002) and SL 75102 for the GABA receptor. J Pharmacol Exp Ther 220:672–677

Loonen AJM, Soudijn W (1980) Effects of halopemide on potassium-induced release of radiolabeled neurotransmitters from rat cerebrocortical slices in vitro. Arch int Pharmacodyn 247:43–58

Müller WE (1981) The benzodiazepine receptor. An update. Pharmacology 22:153–161

Muhyaddin M, Roberts PJ, Woodruff GN (1982) Presynaptic γ-aminobutyric acid receptors in the rat anococcygeus muscle and their antagonism by 5-aminovaleric acid. Br J Pharmacol 77:163–168

Muhyaddin MS, Roberts PJ, Woodruff GN (1983) Presynaptic $GABA_B$ receptors and the regulation of [$^3$H] noradrenaline release from rat anococcygeus muscle. Eur J Pharmacol 92:9–14

Okada Y, Nitsch-Hassler C, Kim JS, Bak IJ, Hassler R (1971) Role of γ-aminobutyric acid (GABA) in the extrapyramidal motor system. 1. Regional distribution of GABA in rabbit, rat, guinea pig and baboon CNS. Exp Brain Res 13:514–518

Ong J, Kerr DIB (1983) $GABA_A$- and $GABA_B$-receptor-mediated modification of intestinal motility. Eur J Pharmacol 86:9–17

Reimann W, Zumstein A, Jackisch R, Starke K, Hertting G (1979) Effect of extracellular dopamine on the release of dopamine in the rabbit caudate nucleus: evidence for a dopaminergic feedback inhibition. Naunyn-Schmiedeberg's Arch Pharmacol 306:53–60

Reubi JC, Emson PC, Jesell TM, Iversen LL (1978) Effects of GABA, dopamine, and substance P on the release of newly synthesized $^3$H-5-hydroxytryptamine from rat substantia nigra in vitro. Naunyn-Schmiedeberg's Arch Pharmacol 304:271–275

Schlicker E, Classen K, Göthert M (1983a) Inhibitory effects of GABA receptor agonists on ³H-serotonin release in the rat brain frontal cortex and corpus striatum. Naunyn-Schmiedeberg's Arch Pharmacol 324 (Suppl): R 25

Schlicker E, Göthert M, Köstermann F, Clausing R (1983b) Effects of α-adrenoceptor antagonists on the release of serotonin and noradrenaline from rat brain cortex slices. Influence of noradrenaline uptake inhibition and determination of pA₂ values. Naunyn-Schmiedeberg's Arch Pharmacol 323: 106–113

Shaskan EG, Snyder SH (1970) Kinetics of serotonin accumulation into slices of rat brain: relationship to catecholamine uptake. J Pharmacol Exp Ther 175: 404–418

Schousboe A, Wu JY, Roberts E (1974) Subunit structure and kinetic properties of 4-aminobutyrate-2-ketoglutarate transaminase purified from mouse brain. J Neurochem 23: 1189–1195

Schousboe A, Thorbeck P, Hertz L, Krogsgaard-Larsen P (1979) Effects of GABA analogues of restricted conformation on GABA transport in astrocytes and brain cortex slices and on GABA receptor binding. J Neurochem 33: 181–189

Starke K (1977) Regulation of noradrenaline release by presynaptic receptor systems. Rev Physiol Biochem Pharmacol 77: 1–124

Starke K (1981) Presynaptic receptors. Annu Rev Pharmacol Toxicol 21: 7–30

Starke K, Weitzell R (1980) γ-Aminobutyric acid and postganglionic sympathetic transmission in the pulmonary artery of the rabbit. J Autonomic Pharmacol 1: 45–51

Starr MS (1979) GABA-mediated potentiation of amine release from nigrostriatal dopamine neurones in vitro. Eur J Pharmacol 53: 215–226

Steinbusch HWM (1981) Distribution of serotonin-immunoreactivity in the central nervous system of the rat — cell bodies and terminals. Neuroscience 6: 557–618

Steppeler A, Döring C, Hedler L, Starke K (1982) Effect of amezinium on the release and catabolism of ³H-monoamines in brain slices. Biochem Pharmacol 31: 2395–2402

Stone TW (1981) The effects of 4-aminopyridine on the isolated vas deferens and its effects on the inhibitory properties of adenosine, morphine, noradrenaline and γ-aminobutyric acid. Br J Pharmacol 73: 791–796

Wise DC, Berger BD, Stein L (1972) Benzodiazepines: Anxiety-reducing activity by reducing of serotonin turnover in the brain. Science 177: 180–183

Received November 29, 1983 / Accepted February 22, 1984