# EXHIBIT 100

```
-----------------------------------------------------
   151385     DI GP                              1998

   GABAPENTIN. ANTIEPILEPTIC MECHANISM OF ACTION.
         KELLY KM
         NEUROPSYCHOBIOLOGY 38 (3): 139-44, 1998

   NOTES: IN VITRO. ANIMAL. CLINICAL.


-----------------------------------------------------
```

Neuropsychobiology

Neuropsychobiology 1998;38:139–144

Kevin M. Kelly

Center for Neurosciences Research,
Allegheny University of the
Health Sciences,
Pittsburgh, Pa., USA

# Gabapentin

## Antiepileptic Mechanism of Action

**Key Words**
Gabapentin
Mechanism of action
Antiepileptic drug
GABA
Ion channels
Receptors

**Abstract**
Gabapentin is an antiepileptic drug used in the treatment of partial and generalized tonic-clonic seizures. Its antiepileptic mechanism of action is not known. The transport of gabapentin across membranes and its demonstrated effects on voltage-gated ion channels (sodium, calcium), presynaptic mechanisms that can enhance GABAergic inhibition, and ligand-gated ion channels (GABA receptors and glutamate receptors) are reviewed.

## Introduction

Gabapentin, 1-(aminomethyl) cyclohexane-acetic acid, is a cyclic γ-aminobutyric acid (GABA) analog originally designed to mimic the steric conformation of GABA [1], to have high lipid solubility to penetrate the blood-brain barrier, and to be a centrally active GABA agonist with potential therapeutic value [2]. Gabapentin was tested initially as an antispastic agent because of its structural similarity to baclofen, an agonist of the $GABA_B$ receptor, and its reduction of polysynaptic spinal reflex activity in animal models of spasticity [3]. Gabapentin did not prove to be effective as an antispastic agent but showed anticonvulsant activity in a variety of animal seizure models [4], and is now used in the treatment of human partial and generalized tonic-clonic seizures. Several hypotheses of different potential mechanisms of action of gabapentin have been postulated and investigated in several laboratories [5]. However, the mechanism(s) by which gabapentin exerts its antiepileptic effects is not established. This article will review the pharmacology of gabapentin as it pertains to the current understanding of accepted or proposed mechanisms of action of antiepileptic drugs (AEDs) [6, 7].

## Transport of Gabapentin

Gabapentin is a γ-amino acid (GABA) with an attached cyclohexane ring (fig. 1). It is a zwitterion at physiological pH and has low intrinsic membrane permeability because of its highly charged state. Although gabapentin is a γ-amino acid, it is likely that it can structurally resemble the L-form of large neutral α-amino acids that are substrates for a saturable, sodium-independent L-amino acid transport system [8]. Gabapentin has been shown to be a substrate for the system L transporter in rat gut tissues [9], astrocytes, synaptosomes and Chinese hamster ovary (CHO) cells [8]. It is likely that the system L transporter allows gabapentin to cross the gut and the blood-brain barrier, and to concentrate from brain interstitial fluid into brain tissue [10, 11] where it exerts its antiepileptic effect.

## Mechanisms of Action of AEDs

Most established AEDs decrease membrane excitability by interacting with neurotransmitter receptors or ion channels. Conventional AEDs appear to act primarily on

KARGER

Fax +41 61 306 12 34
E-Mail karger@karger.ch
www.karger.ch

©1998 S. Karger AG, Basel
0302-242X/98/0383-0139$15.00/0

Accessible online at:
http://BioMedNet.com/karger

Kevin M. Kelly, MD, PhD
Center for Neurosciences Research, Allegheny University of the Health Sciences
940 South Tower, 320 E. North Avenue
Pittsburgh, PA 15212-4772 (USA)
Tel. +1 412 359 3467

Fig. 1. Structure of gabapentin shows a GABA molecule attached to a cyclohexane ring.

sodium channels, $GABA_A$ receptors, or calcium channels. Phenytoin, carbamazepine, and possibly sodium valproate decrease high frequency repetitive firing of action potentials by enhancing sodium channel inactivation. Benzodiazepines and barbiturates enhance $GABA_A$ receptor-mediated inhibition by allosteric modulation of the $GABA_A$ receptor. Ethosuximide and possibly sodium valproate reduce a low-threshold calcium current, which may underlie slow rhythmic neuronal firing [6]. The mechanisms of action of some of the newer AEDs appear to be similar, at least in part, to those of the conventional AEDs. For example, lamotrigine decreases sustained repetitive firing of action potentials by enhancing sodium channel inactivation, similar to phenytoin and carbamazepine. Other new AEDs have different mechanisms of action. One possible mechanism of action of some newer AEDs is inhibition of glutamate receptors thus decreasing neuronal excitability. For example, felbamate binds to the strychnine-insensitive glycine site of the NMDA receptor, a subtype of glutamate receptor, and topiramate reduces kainate-evoked currents suggesting antagonism at the kainate/AMPA receptor, a non-NMDA subtype of glutamate receptor. Other new AEDs act at presynaptic sites of GABAergic neurons to enhance inhibition by GABA. These include vigabatrin, which inhibits GABA transaminase (GABA-T), the degradative enzyme of GABA, and tiagabine, a GABA reuptake inhibitor [6, 7].

The mechanism of action of gabapentin is not known. The demonstrated effects of gabapentin on voltage-gated ion channels (sodium, calcium) and ligand-gated ion channels (GABA receptors and glutamate receptors) will be presented. Gabapentin's effects on different aspects of presynaptic GABAergic pathways (e.g. cytosolic enzymes, reuptake) will be reviewed prior to its effects on GABA receptors.

*Reduction of Voltage-Gated Sodium Channel Currents*

Limitation of sustained high-frequency repetitive firing of action potentials by sodium channel inactivation is a likely mechanism of action common to several AEDs (see above) [12–14]. Gabapentin had no effect on sustained repetitive firing of action potentials in mouse spinal cord neurons [15] but in other experiments using the same neuronal preparation, prolonged times of exposure during incubation (12–48 h) and subsequent superfusion with gabapentin resulted in a voltage- and frequency-dependent limitation of sustained repetitive firing of sodium action potentials at therapeutically relevant concentrations [16]. However, gabapentin had no effect on rat brain type IIA sodium channel α-subunit currents expressed in Chinese hamster ovary cells following a 24 h bath application of gabapentin, or when gabapentin was delivered by blunt pipette or the recording electrode [17]. The results of these different studies suggest that the antiepileptic activity of gabapentin is not due to a direct interaction with voltage-dependent sodium channels but may be related to a time-dependent, indirect effect of gabapentin on these channels resulting in a limitation of sustained repetitive firing of neuronal action potentials.

*Reduction of Voltage-Gated Calcium Channel Currents*

Some of the conventional AEDs have been demonstrated to modify the properties of voltage-gated calcium channels [18]. Phenytoin, barbiturates, and benzodiazepines reduce calcium influx into synaptic terminals and block presynaptic release of neurotransmitter. These actions have been demonstrated only at high drug concentrations that are above therapeutic free serum concentrations in patients treated with these AEDs. This observation suggests that these AEDs do not have their primary actions on calcium channels. Low-threshold and high-threshold calcium channels, and the effects of AEDs on these channels are reviewed below.

*Low-Threshold Calcium Channels.* Electrophysiological recordings of acutely dissociated thalamic relay neurons of the rat have demonstrated the presence of a low-threshold (T-type) calcium channel current that forms the basis of slow rhythmic firing in these neurons. It is likely that T-type calcium currents play an integral role in the generation of the abnormal thalamocortical rhythmicity that underlies the 3-Hz spike-and-wave electroencephalographic discharges of absence epilepsy. These T-type calcium currents are inhibited by ethosuximide at therapeutically relevant concentrations used in the treatment of absence epilepsy [19]. Similar effects on T-type calcium channel currents in sensory afferent neurons have

been shown for valproate, also effective in the treatment of absence epilepsy [20]. However, the relevance of this result with valproate is unclear because it has not been shown to inhibit T-type calcium channel currents in central nervous system neurons.

Gabapentin has been tested in animal models of absence epilepsy. Using pentylenetetrazol-induced clonic seizures, gabapentin protected mice from clonic convulsions in both the s.c. metrazole test and the i.v. threshold test [4]. However, in genetic models of absence epilepsy, gabapentin increased electroencephalographic spike and wave bursts in a dose-dependent manner in the rat [21], and had no anti-absence effect in the lethargic (*lh/lh*) mouse [22]. Although these models suggest variable effects of gabapentin on absence seizures, gabapentin is ineffective in the treatment of human absence epilepsy and does not inhibit T-type calcium currents [15].

*High-Threshold Calcium Channels.* High-threshold calcium channels are classified as L-, N-, P-, or Q-type based on their activation and inactivation kinetics, and their interaction with different pharmacological agents. High-threshold calcium channels are likely involved in those animal studies that have demonstrated the role of calcium currents in the development of kindling, seizure generation, and the establishment of epilepsy [23–25]. Although the precise roles of the different high-threshold calcium channel subtypes in these studies are not known, these and other findings suggest that high-threshold calcium channels may be more important as potential AED targets than is currently recognized [26].

In homogenate binding and autoradiographic studies, gabapentin has been shown to bind to a novel high-affinity site in the central nervous system with highest densities of binding seen in the superficial layers (I and II) of the cerebral cortex, the dendritic region of the CA1 pyramidal cell layer and molecular layer of the hippocampus, and the molecular layer of the cerebellum [27, 28]. Gabapentin was potently displaced from this binding site by the anticonvulsant 3-isobutyl GABA suggesting that the binding site may be involved with gabapentin's antiepileptic activity [29]. Subsequent isolation of the [$^3$H]gabapentin-binding protein from pig cerebral cortex membranes indicated that gabapentin bound to the $\alpha_2\delta$-subunit of L-type calcium channels [30]. This binding was stimulated by spermine suggesting a polyamine-sensitive allosteric site on the $\alpha_2\delta$-subunit [31]. The functional implications of gabapentin's binding to the $\alpha_2\delta$-subunit of the L-type calcium channel are not clear. In studies of mouse spinal cord neurons, gabapentin blocked responses to Bay K 8644, an agonist at the dihydropyridine binding site of the $\alpha_1$-subunit of the L-type calcium channel [32]. In other electrophysiological studies, gabapentin did not significantly affect any calcium channel current subtype (low or high threshold) [15]. Further studies are required to characterize the functional effects of gabapentin's binding to the $\alpha_2\delta$-subunit of the L-type calcium channel and how it relates to gabapentin's interaction with the system L transporter in brain [11, 33, 34].

*Enhanced GABAergic Inhibition*

Presynaptic Mechanisms

Presynaptic mechanisms that can enhance GABAergic inhibition include increased synthesis of GABA, decreased breakdown of GABA, increased release of GABA, and decreased reuptake of GABA [35]. The results of experiments using gabapentin that involve presynaptic GABA metabolism, release, and reuptake are discussed.

*Increased Synthesis of GABA.* Early work with gabapentin suggested that it may act on GABAergic neurotransmitter systems since it protected mice from tonic extension in chemical convulsion models using inhibitors of GABA synthesis (isonicotinic acid, thiosemicarbazide) [36]. Although gabapentin did not elevate concentrations of GABA in nerve terminals [4], subsequent in vitro studies have shown gabapentin to increase the in vitro activity of glutamic acid decarboxylase (GAD), which catalyzes the conversion of glutamate to GABA [37]. In vivo studies have shown gabapentin to increase GABA turnover (apparent rate of GABA synthesis) in several brain regions of rat [38], to have no overall effect on the concentration of GABA or the activity of GAD in mouse brain [39], and to increase GABA levels in the brains of patients with epilepsy [40]. The various results of these in vitro and in vivo studies make it difficult to determine the degree to which a potential increase in GABA synthesis relates to gabapentin's antiepileptic effect.

*Decreased Breakdown of GABA.* GABA transaminase (GABA-T) is the major degradative enzyme that converts GABA to succinic acid. Gabapentin showed weak inhibitory effects on GABA-T in rats [4, 41], and increased GABA-T activity in mouse brain following a single dose and decreased GABA-T with repeated treatments [39]. Given the high concentrations of gabapentin used in these studies, it is not likely that gabapentin's effects on GABA-T are related to its antiepileptic mechanism of action [5].

*Increased Release of GABA.* Gabapentin has been shown to increase the release of [$^3$H]GABA from rat

neostriatal slices, an effect that was blocked by pretreatment with muscimol, a $GABA_A$ receptor agonist, and by bicuculline and picrotoxin, $GABA_A$ receptor antagonists [42]. These results suggested that the increased release of GABA was not a simple presynaptic effect of gabapentin because postsynaptic mechanisms were capable of modifying it. In subsequent studies, the same preparation was preincubated with [$^3$H]GABA or [$^3$H]glutamine to differentially label two GABA pools [43]. [$^3$H]GABA was released by application of nipecotic acid, a pharmacologic agent that blocks GABA reuptake (GABA transporter site of neurons and glia) and causes it to operate in the reverse direction thus effecting nonvesicular GABA release. Tissue preincubated with [$^3$H]glutamine and treated with gabapentin increased [$^3$H]GABA release by approximately 50%; preincubation with [$^3$H]GABA and treatment with gabapentin resulted in no change of [$^3$H]GABA release. These results were interpreted to be consistent with increased synthesis of GABA via GAD rather than a direct effect on specific release mechanisms [5]. In electrophysiological studies using rat optic nerve [44] or hippocampal CA1 pyramidal neurons [45, 46], gabapentin enhanced nipecotic acid-induced nonvesicular release of GABA suggesting an increased releasable cytosolic pool of GABA possibly resulting from increased GAD activity, decreased GABA-T activity, or displacement of intracellularly bound GABA [46].

*Decreased Reuptake of GABA.* Reuptake of GABA at the GABA transporter site of neurons and glia can be blocked by different compounds including nipecotic acid, isoguvacine [35], and the new AED tiagabine [7]. Gabapentin did not demonstrate any effects on the GABA reuptake system [4].

### Postsynaptic Mechanisms

Postsynaptic mechanisms that result in GABAergic inhibition include activation and allosteric modulation of the $GABA_A$ receptor, and activation of the $GABA_B$ receptor.

*$GABA_A$ Receptor.* Early work with gabapentin suggested that it may act on GABAergic neurotransmitter systems because it protected mice from tonic extension in chemical convulsion models using antagonists acting at the $GABA_A$ receptor complex (bicuculline, picrotoxin) [36, 47]. However, inhibition of monoamine release by gabapentin in electrically stimulated rabbit caudate nucleus [48] and rat cortex [49] was not modified by GABA or bicuculline suggesting lack of activity at the $GABA_A$ receptor. Binding experiments in rat brain and spinal cord showed that gabapentin had no significant affinity for the GABA binding site measured by [$^3$H]muscimol displacement, and did not significantly inhibit the binding of [$^3$H]diazepam to the benzodiazepine binding site of the $GABA_A$ receptor [4].

*$GABA_B$ Receptor.* As described for the $GABA_A$ receptor, inhibition of monoamine release by gabapentin in electrically stimulated rabbit caudate nucleus [48] and rat cortex [49] was not modified by GABA or baclofen suggesting lack of activity at the $GABA_B$ receptor. Binding experiments in rat brain and spinal cord have shown that gabapentin had no significant affinity for $GABA_B$ binding sites measured by [$^3$H]baclofen displacement [3].

*Electrophysiological Studies of GABA Receptors.* Gabapentin did not affect depolarizations elicited by iontophoretic application of GABA on cultured mouse spinal cord neurons [15, 50]. Additionally, gabapentin appeared to act by GABA receptor-independent mechanisms in studies with rat hippocampal slices [51] and the feline trigeminal nucleus [52]. Gabapentin has been shown to decrease inhibition evoked by paired-pulse orthodromic stimulation of pyramidal neurons [50, 53] and dentate gyrus neurons [54] in the hippocampal slice preparation suggesting a possible proconvulsant effect or a mechanism in common with the presynaptic actions of adenosine or baclofen; however, gabapentin dose-dependently decreased the duration of reverberatory seizures in the hippocampal-parahippocampal circuit [54] and decreased firing rates of substantia nigra pars reticulata GABA neurons [55]. The specific sites of gabapentin's action in these studies are not known.

### Reduced Glutamatergic Excitation

Gabapentin has been tested in animal seizure models where seizures are induced by administration of excitatory amino acids. Gabapentin prolonged the onset latency of clonic convulsions and tonic extension and death in mice following intraperitoneal injections of NMDA, but not kainic acid or quinolinic acid. Gabapentin did not have a clear effect on convulsions when these compounds or glutamate were injected into the lateral ventricle of rats [56]. Intraperitoneal injections in mice of gabapentin or the NMDA receptor competitive antagonist 3-[(+)-2-carboxypiperazin-4-yl]-propyl-1-phosphonic acid (CPP) antagonized tonic seizures. The effect of gabapentin, but not CPP, was dose-dependently antagonized by the administration of serine, an agonist at the strychnine-insensitive glycine-binding site of the NMDA receptor, suggesting an involvement of this site in the antiepileptic activity of gabapentin [57].

In electrophysiological studies, gabapentin reportedly antagonized NMDA-induced, but not kainate-induced, depolarizations in thalamic and hippocampal slice preparations, and antagonized NMDA-induced currents in the presence of glycine in cultured striatal neurons, an effect that was reversed by the addition of serine or increased glycine [58]. However, other studies did not show a significant effect of gabapentin on neuronal responses to iontophoretic application of glutamate, or on membrane depolarizations and single channel currents evoked by NMDA with or without coapplication of glycine [15]. These results, in part, are similar to the findings of others where gabapentin had no effect on spinal cord neuron depolarizations elicited by iontophoretically applied glutamate [50] or pressure-ejected NMDA [32]. Additionally, in extracellular recordings from rat hippocampal slice preparations, gabapentin had no effect on long-term potentiation making it unlike NMDA receptor antagonists [50].

### Conclusion

In summary, the results of several studies have not established the antiepileptic mechanism(s) of action of gabapentin. Gabapentin appears to be transported across cell membranes by the system L transporter of large neutral α-amino acids. The effects of gabapentin include: (1) a voltage- and frequency-dependent limitation of sustained repetitive firing of sodium action potentials by an indirect mechanism; (2) binding to the $\alpha_2\delta$-subunit of brain L-type calcium channels, and (3) possible increased presynaptic synthesis and release of GABA. Further work on the effects of gabapentin's binding to the $\alpha_2\delta$-subunit of L-type calcium channels and gabapentin's interaction in GABAergic pathways should contribute significantly to the understanding of its antiepileptic mechanism of action.

### References

1 Schmidt B: Potential antiepileptic drugs: Gabapentin; in Levy RH, Driefuss FE, Mattson RH, Meldrum BS, Penry JK (eds): Antiepileptic Drugs. New York, Raven Press, 1989, pp 925–935.
2 Rogawski MA, Porter RJ: Antiepileptic drugs: Pharmacological mechanisms and clinical efficacy with consideration of promising developmental stage compounds. Pharmacol Rev 1990;42:223–286.
3 Taylor CP: Mechanisms of action of new antiepiletic drugs; in Chadwick D (ed): New Trends in Epilepsy Management: The Role of Gabapentin. London, Royal Society of Medicine Services, 1993, pp 13–40.
4 Bartoszyk GD, Meyerson N, Reimann W, Satzinger G, von Hodenberg A: Gabapentin; in Meldrum BS, Porter RJ (eds): New Anticonvulsant Drugs. London, J Libbey, 1986, pp 147–164.
5 Taylor CP, Gee NS, Su T-Z, Kocsis JD, Welty DF, Brown JP, Dooley DJ, Boden P, Singh L: A summary of mechanistic hypotheses of gabapentin pharmacology. Epilepsy Res 1998;29: 233–249.
6 Macdonald RM, Kelly KM: Mechanisms of antiepileptic drugs. Epilepsia 1995;36(suppl 2): S2–S12.
7 White HS: Clinical significance of animal seizure models and mechanism of action studies of potential antiepileptic drugs. Epilepsia 1997; 38(suppl 1):S9–S17.

8 Su TZ, Lunney E, Campbell G, Oxender DL: Transport of gabapentin, a gamma-amino acid drug, by system L alpha-amino acid transporters: A comparative study in astrocytes, synaptosomes, and CHO cells. J Neurochem 1995;64:2125–2131.
9 Stewart BH, Kugler AR, Thompson PR, Bockbrader HN: A saturable transport mechanism in the intestinal absorption of gabapentin is the underlying cause of the lack of proportionality between increasing dose and drug levels in plasma. Pharmaceut Res 1993;10:276–281.
10 Welty DF, Schielke GP, Vartanian MG, Taylor CP: Gabapentin anticonvulsant action in rats: Disequilibrium with peak drug concentration in plasma and brain microdialysate. Epilepsy Res 1993;16:175–181.
11 Thurlow RJ, Hill DR, Woodruff GN: Comparison of the uptake of [$^3$H]-gabapentin with the uptake of L-[3H]-leucine into rat brain synaptosomes. Br J Pharmacol 1996;118:449–456.
12 McLean MJ, Macdonald RL: Multiple actions of phenytoin on mouse spinal cord neurons in cell culture. J Pharmacol Exp Ther 1983;227: 779–789.
13 McLean MJ, Macdonald RL: Sodium valproate, but not ethosuximide, produces use- and voltage-dependent limitation of high frequency repetitive firing of action potentials of mouse central neurons in cell culture. J Pharmacol Exp Ther 1986;237:1001–1011.

14 McLean MJ, Macdonald RL: Carbamazepine and 10,11-epoxycarbamazepine produce use- and voltage-dependent limitation of rapidly firing action potentials of mouse central neurons in cell culture. J Pharmacol Exp Ther 1986;238: 727–732.
15 Rock DM, Kelly KM, Macdonald RL: Gabapentin actions on ligand- and voltage-gated responses in cultured rodent neurons. Epilepsy Res 1993;16:89–98.
16 Wamil AW, McLean MJ: Limitation by gabapentin of high frequency action potential firing by mouse central neurons in cell culture. Epilepsy Res 1994;17:1–11.
17 Taylor CP: The anticonvulsant lamotrigine blocks sodium currents from cloned alpha-subunits of rat brain Na$^+$ channels but gabapentin does not. Soc Neurosci Abstr 1993;19:1631.
18 Macdonald RL: Antiepileptic drug actions. Epilepsia 1989;30:S19–S28.
19 Coulter DA, Hugenard JR, Prince DA: Characterization of ethosuximide reduction of low-threshold calcium current in thalamic neurons. Ann Neurol 1989;25:582–593.
20 Kelly KM, Gross RA, Macdonald RL: Valproic acid selectively reduces the low-threshold (T) calcium in rat nodose neurons. Neurosci Lett 1990;116:233–238.
21 Foot M, Wallace J: Gabapentin; in Pisani F, Peruxxa E, Avazini G, Richens A (eds): New Antiepileptic Drugs (Epilespy Res). Amsterdam, Elsevier, 1991, pp 109–114.

22 Hosford DA, Wang Y: Utility of the lethargic (lh/lh) mouse model of absence seizures in predicting the effects of lamotrigine, vigabatrin, tiagabine, gabapentin, and topiramate against human absence seizures. Epilepsia 1997;38:408–414.

23 Heinemann U, Hamon B: Calcium and epileptogenesis. Exp Brain Res 1986;65:1–10.

24 Mody I, Reynolds JN, Salter MW, Carlen PL, MacDonald JF: Kindling-induced epilepsy alters calcium currents in granule cells of rat hippocampal slices. Brain Res 1990;531:88–94.

25 Speckmann EJ, Walden J: Anti-epileptic effects of organic calcium channel blockers in animal experiments; in Schwartzkroin PA (ed): Epilepsy: Models, Mechanisms and Concepts. Cambridge, Cambridge University Press, 1993, pp 462–486.

26 Stefani A, Spadoni F, Bernardi G: Voltage-activated calcium channels: Targets of antiepileptic drug therapy? Epilepsia 1997;38:959–965.

27 Suman-Chauhan N, Webdale L, Hill DR, Woodruff GN: Characterisation of [$^3$H]gabapentin binding to a novel site in rat brain: Homogenate binding studies. Eur J Pharmacol 1993;244:293–301.

28 Hill DR, Suman-Chauhan N, Woodruff GN: Localization of [$^3$H]gabapentin to a novel site in rat brain: Autoradiographic studies. Eur J Pharmacol 1993;244:303–309.

29 Taylor CP, Vartanian MG, Yuen PW, Bigge C: Potent and stereospecific anticonvulsant activity of 3-isobutyl GABA relates to in vitro binding at a novel site labeled by tritiated gabapentin. Epilepsy Res 1993;14:11–15.

30 Gee NS, Brown JP, Dissanayake VU, Offord J, Thurlow R, Woodruff GN: The novel anticonvulsant drug, gabapentin (Neurontin), binds to the $\alpha_2\delta$ subunit of a calcium channel. J Biol Chem 1996;271:5768–5776.

31 Dissanayake VU, Gee NS, Brown JP, Woodruff GN: Spermine modulation of specific [$^3$H]gabapentin binding to the detergent-solubilized porcine cerebral cortex $\alpha_2\delta$ calcium channel subunit. Br J Pharmacol 1997;120:833–840.

32 Wamil AW, McLean MJ, Taylor CP: Multiple cellular actions of gabapentin. Neurology 1991; 41(suppl 1)140.

33 Thurlow RJ, Brown JP, Gee NS, Hill DR, Woodruff GN: [$^3$H]gabapentin may label a system-L-like neutral amino acid carrier in brain. Eur J Pharmacol 1993;247:341–345.

34 Thurlow RJ, Hill DR, Woodruff GN: Comparison of the autoradiographic binding distribution of [$^3$H]-gabapentin with excitatory amino acid receptor and amino acid uptake site distributions in the rat brain. Br J Pharmacol 1996; 118:457–465.

35 Macdonald RL, Meldrum BS: Principles of antiepileptic drug action; in Levy RH, Driefuss FE, Mattson RH, Meldrum BS, Penry JK (eds): Antiepileptic Drugs. New York, Raven Press, 1989, pp 59–83.

36 Bartoszyk GD, Fritschi E, Herrmann M, Satzinger G: Indications for an involvement of the GABA-system in the mechanism of action of gabapentin. Arch Pharmacol 1983;322:R94.

37 Taylor CP, Vartanian MG, Andruszkiewiewicz R, Silverman RB: 3-Alkyl GABA and 3-alkyl-glutamic acid analogues: Two new classes of anticonvulsant agents. Epilepsy Res 1992;11: 103–110.

38 Loscher W, Honack D, Taylor CP: Gabapentin increases aminooxyacetic acid-induced GABA accumulation in several regions of rat brain. Neurosci Lett 1991;128:150–154.

39 Leach JP, Sills GJ, Butler E, Forrest G, Thompson GG: Neurochemical actions of gabapentin in mouse brain. Epilepsy Res 1997;27:175–180.

40 Petroff OA, Rothman DL, Behar KL, Lamoureux D, Mattson RH: The effect of gabapentin on brain gamma-aminobutyric acid in patients with epilepsy. Ann Neurol 1996;39:95–99.

41 Goldlust A, Su TZ, Welty DF, Taylor CP, Oxender DL: Effects of anticonvulsant drug gabapentin on the enzymes in metabolic pathways of glutamate and GABA. Epilepsy Res 1995; 22:1–11.

42 Gotz E, Feuerstein TJ, Lais A, Meyer DK: Effects of gabapentin on release of gamma-aminobutyric acid from slices of rat neostriatum. Arzneimittelforsch 1993;43:636–638.

43 Fichter N, Taylor CP, Feuerstein TJ: Nipecotate-induced GABA release from slices of the rat caudato-putamen: Effects of gabapentin. Arch Pharmacol 1996;354:R35.

44 Kocsis JD, Honmou O: Gabapentin increases GABA-induced depolarization in rat neonatal optic nerve. Neurosci Lett 1994;169:181–184.

45 Honmou O, Kocsis JD, Richerson GB: Gabapentin potentiates the conductance increase induced by nipecotic acid in CA1 pyramidal neurons in vitro. Epilepsy Res 1995;20:193–202.

46 Honmou O, Oyelese AA, Kocsis JD: The anticonvulsant gabapentin enhances promoted release of GABA in hippocampus: A field potential analysis. Brain Res 1995;692:273–277.

47 Bartoszyk GD, Reimann W: Preclinical characterization of the anticonvulsant gabapentin. 16th Epilepsy Int Congr, Hamburg, 1985.

48 Reimann W: Inhibition by GABA, baclofen, and gabapentin of dopamine release from rabbit caudate nucleus: Are there common or different sites of action? Eur J Pharmacol 1983;94:341–344.

49 Schlicker E, Reimann W, Gothert M: Gabapentin decreases monoamine release without affecting acetylcholine release in the brain. Arzneimittelforsch 1985;35:1347–1349.

50 Taylor CP, Rock DM, Weinkauf RJ, Ganong AH: In vitro and in vivo electrophysiology effects of the anticonvulsant gabapentin. Soc Neurosci Abstr 1988;14:866.

51 Haas HL, Wieser HG: Gabapentin: Action on hippocampal slices of the rat and effects in human epileptics. Northern European Epilepsy Meeting, York, 1986, p 9.

52 Kondo T, Fromm GH, Schmidt B: Comparison of gabapentin with other antiepileptic and GABAergic drugs. Epilepsy Res 1991;8:226–231.

53 Dooley DJ, Bartoszyk GD, Rock DM, Satzinger G: Preclinical characterization of the anticonvulsant gabapentin. 16th Epilepsy Int Congr, Hamburg, 1985, p 8.

54 Xiong ZQ, Stringer JL: Effects of felbamate, gabapentin and lamotrigine on seizure parameters and excitability in the rat hippocampus. Epilepsy Res 1997;27:187–194.

55 Bloms-Funke P, Loscher W: The anticonvulsant gabapentin decreases firing rates of substantia nigra pars reticulata neurons. Eur J Pharmacol 1996;316:211–218.

56 Bartoszyk GD: Gabapentin and convulsions provoked by excitatory amino acids. Arch Pharmacol 1983;324:R24.

57 Oles RJ, Singh L, Hughes J, Woodruff GN: The anticonvulsant action of gabapentin involves the glycine/NMDA receptor. Soc Neurosci 1990;16: 783.

58 Chadwick D: Gabapentin; in Pedley TA, Meldrum BS (eds): Recent Advances in Epilepsy, ed 5. New York, Churchill-Livingstone, 1992, pp 211–221.