EXHIBIT 101

RR-REG 720-02957  
Gabapentin  
Capsules

00729

APPENDIX C.3.  
(Page 51 of 85)

Narrative Summaries and Tabular Data for Study Participants  
Who Withdrew Due to Adverse Events

PSYCHOBIOLOGIC FUNCTION

### Clinical Studies in Patients With Epilepsy:
### Patient Receiving Placebo

Patient 112 (Study 877-210P, Center 212), a 24-year-old male (race not specified) in the placebo group, had a thinking abnormality (altered mental state) of moderate intensity from Study Day 95 until Study Day 114. The patient was withdrawn from the study on Study Day 99 and subsequently recovered. This event was considered possibly related to study drug. The patient had possibly clinically important decreases in hemoglobin (normal range: 140 through 180 g/L) and hematocrit (42% to 52%) during double-blind treatment. His hemoglobin decreased from a baseline value of 137 g/L to 109 g/L at Week 2, 133 g/L at Week 6, and 125 g/L at Week 10. By Week 14 (the end of double-blind) his hemoglobin level had returned to 140 g/L within the normal range. The patient's hematocrit fell from a baseline value of 40.5% to a value of 31.3% at Week 2 and remained low throughout the double-blind treatment phase. The patient was receiving carbamazepine and phenobarbital as antiepileptic therapy.

### Patients Receiving Gabapentin

Patient 109 (Study 877-210P, Center 219), a 46-year-old female, had severe nervousness which started on Day 5 when the patient was receiving 600 mg/day of gabapentin. This was considered possibly related to study drug by the investigator, and clinically important by the PDMM. The patient was withdrawn on Day 7 and subsequently recovered. The patient

RR-REG 720-02957
Gabapentin
Capsules

00730

APPENDIX C.3.
(Page 52 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

was also receiving ibuprofen, mequitazine, terfenadine, carbamazepine, and valproic acid as concurrent medications.

Patient 8 (Study 880-130, Center 134), a 21-year-old male receiving 1200 mg/day gabapentin, had emotional lability (behavior problems) that started on Day 85. This was considered possibly related to gabapentin. The patient was withdrawn from the study on Day 106 with the clinical outcome unknown. Concurrent antiepileptic therapy consisted of valproic acid and mesuximide. Other concurrent medications included thioridazine, chlordiazepoxide, and domperidone.

Patient 205 (Study 945-5X, Center 10), a 30-year-old white female who received gabapentin in the double-blind phase (Study 945-5), became depressed on Day 2 of gabapentin therapy. This event was mild and of unknown relationship to gabapentin. The depression became moderate and possibly related to gabapentin on Day 57. No concurrent medications were given for the depression and the gabapentin dosage remained unchanged until Day 97, when the patient was withdrawn from the open-label phase of the study (Study 945-5X). Gabapentin taper was completed on Day 97, and the depression resolved on Study Day 105. Concurrent medications included hydrochlorothiazide, estrogen, prednisone, amoxicillin, erythromycin, and ibuprofen. Concurrent AEDs were carbamazepine (1200 mg/day) and phenytoin (400 mg/day).

Patient 213 (Study 945-13, Center 1), a 46-year-old white female, became depressed on Day 294 while receiving 2400 mg/day of gabapentin. The investigator considered this adverse event moderate in intensity and possibly related to study drug; no change in study medication was made. This adverse event was considered clinically important by the PDMM. On

RR-REG 720-02957  00731
Gabapentin
Capsules

APPENDIX C.3.
(Page 53 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

Day 433 the depression had changed in intensity from moderate to severe. The patient was permanently discontinued from further gabapentin treatment. The gabapentin taper was completed on Day 438. The patient's depression resolved on Study Day 447. Other adverse events during the study included insomnia, upper respiratory infection, and amblyopia (blurred vision). Concurrent medications included norephedrine, guaifenesin, and conjugated estrogens. Concurrent AEDs were carbamazepine (1200 mg/day) and clorazepate (15 mg/day).

Patient 1 (Study 945-15, Center 1), a 36-year-old white male, experienced depression of moderate intensity on Day 12 while receiving 1500 mg/day gabapentin. Other concurrent adverse events were headache of severe intensity and diplopia of moderate intensity. The patient had a history of depression 2 years before the study. The patient also had dizziness and nystagmus beginning on Days 20 and 22, respectively. The patient was hospitalized due to severe headache on Day 22. Results from a spinal tap, CT scan, MRI, and arteriogram performed during this hospital stay were negative. An elevated serum carbamazepine concentration was noted, and the dosage was reduced from 2800 to 2600 mg/day. Gabapentin dosage was not changed. The patient was discharged on Day 24 with resolution of dizziness and nystagmus; however, headache, diplopia, and depression continued. The patient was referred for neurosurgical consultation. Headache was treated with aspirin, ibuprofen, acetaminophen/codeine, and indomethacin during the study. Hospitalization occurred for a second time on Days 61 to 62 when an angiogram was performed. On Day 71, the intensity of depression changed from moderate to severe, and the patient was suicidal (suicidal ideation). The depression was considered clinically important by the PDMM, and both events were judged possibly related to gabapentin

RR-REG 720-02957  
Gabapentin  
Capsules

00732

APPENDIX C.3.  
(Page 54 of 85)

Narrative Summaries and Tabular Data for Study Participants  
Who Withdrew Due to Adverse Events

treatment by the investigator. Gabapentin treatment was tapered beginning on Day 85 and temporarily stopped on Day 111. Depression and suicidal ideation resolved by Day 111. The patient was rechallenged with gabapentin on Study Day 267. Depression reoccurred on Study Day 271, and became severe on Study Day 295. The event was considered probably related to gabapentin therapy, and the patient was withdrawn from the study. The last dose of gabapentin was given on Study Day 300. Depression, diplopia, and nystagmus were continuing at the last visit. The patient was receiving carbamazepine as concurrent AED therapy.

RESPIRATORY SYSTEM

Clinical Pharmacology Studies:  
Participant Receiving Other or No Medication

Subject 8 (Study 945-12-0), a 21-year-old white male, received a single 300-mg oral dose of gabapentin on Day 1. The subject experienced an upper respiratory infection (flu-like symptoms) and was withdrawn from the study on Study Day 4. Neutrophilia observed on Study Day 2 supported the diagnosis of a viral infection that was considered of moderate intensity and definitely not related to study medication. The subject was treated with doxycycline, pseudoephedrine hydrochloride, and acetaminophen.

U:\NDA\CI-945\CLC171AA.APP  
11/09/91 - 7:06