UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------- x
:   MDL Docket No. 1629
In re: NEURONTIN MARKETING,     :
SALES PRACTICES AND     :   Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION     :
----------------------------------------------- x   Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:     :   Magistrate Judge Leo T.
:   Sorokin
:
PRODUCTS LIABILITY ACTIONS     :
:
:
:
----------------------------------------------- x

# MOTION FOR APPOINTMENT OF INDEPENDENT EXPERTS TO ADVISE THE COURT IN DETERMINING THE ADMISSIBILITY OF PLAINTIFFS' PROFFERED EXPERT TESTIMONY ON GENERAL CAUSATION

Defendants Pfizer Inc. and Warner-Lambert Company LLC ("Defendants") respectfully move the Court, pursuant to Rule 104(a) of the Federal Rules of Evidence and this Court's inherent authority, for the appointment of a panel of independent scientific experts to advise the Court in its consideration of Defendants' motion to exclude the testimony of Plaintiffs' expert witnesses on general causation, Drs. Trimble, Kruszewski, and Blume.

The grounds for this motion are set forth in the accompanying memorandum, attached to which is a proposed order.

WHEREFORE, Defendants respectfully request that the Court appoint a panel of independent scientific experts to advise the Court in its consideration of Defendants' motion to exclude the testimony of Plaintiffs' expert witnesses on general causation.

2898539v1

| | |
|---|---|
| Dated: April 9, 2008 | Respectfully submitted,<br><br>DAVIS POLK & WARDWELL<br><br><br>By:   /s/ James P. Rouhandeh<br>       James P. Rouhandeh<br><br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000<br><br>    -and-<br><br>SHOOK, HARDY & BACON L.L.P.<br><br><br>By:   /s/ Scott W. Sayler<br>       Scott W. Sayler<br><br>2555 Grand Blvd.<br>Kansas City, MO 64108-2613<br>Tel: (816) 474-6550<br><br>    -and-<br><br>HARE & CHAFFIN<br><br><br>By:   /s/ David B. Chaffin<br>       David B. Chaffin<br>160 Federal Street<br>Boston, MA 02110<br>Tel: (617) 330-5000<br><br>Attorneys for Defendants Pfizer Inc. and<br>Warner-Lambert Company LLC |

**Certificate Of Consultation**

I certify that counsel conferred in a good faith effort to resolve the issue presented by this motion but were unable to do so.

                                                /s/ David B. Chaffin
                                                David B. Chaffin

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 9, 2008.

/s/David B. Chaffin

2898539v1