Exhibit 3

**From:** Rouhandeh, James P. [rouhandeh@dpw.com]

**Sent:** Tuesday, December 04, 2007 4:04 PM

**To:** Ronald J. Aranoff

**Cc:** Mizell, Nick P. (SHB)

Ron:

Pursuant to Discovery Order 14, Defendants designate and will produce Jeff Henderson for deposition at 9:00 a.m. on December 5 and 6, 2007, here in the New York offices of Davis Polk and Wardwell to testify regarding:

- the marketing or promotion of Neurontin directly to the named Third Party Payors, and
- Pfizer's organizational structure used for communications with Third Party Payors including but not limited to the identification of individuals responsible for such communication, the types and categories of such communications, and to identify any databases that may exist containing the contents of such communications.

Additionally, and in response to plaintiffs' June 11, 2007 Notice of Deposition regarding corporate structure issues, defendants further designate Jeff Henderson as their 30(b)(6) witness regarding:

- the types of documents created or maintained at the Warner-Lambert Health Care Management Unit, and
- Pfizer's due diligence related to alleged off-label marketing with respect to Neurontin during the acquisition by Pfizer of Warner-Lambert and its Parke-Davis division.

We previously provided deposition testimony and related exhibits regarding subject matters 1, 2 and 5 in the Notice of Deposition regarding corporate structure issues, and Pfizer's designee in response to plaintiffs' Notice of Deposition regarding document production issues will testify regarding the types of documents created or maintained at the Warner-Lambert Customer Business Units. Defendants otherwise object to the Notice of Deposition regarding corporate structure issues as overbroad and unduly burdensome.