Exhibit 4

**From:** George, Tim
**Sent:** Monday, August 04, 2003 12:41 PM
**To:** Doft, Suzanne
**Subject:** NEU-0006362_FW: Displayin Neurontin within Kaiser

Suzanne..

Kaiser has stated that they would stop counter detailing Neurontin if they received a 2% contract.. the bigger issue for me is the potential impact on pregabalin.

**Tim George**
*"first we will be BEST, then we will be first"*
*Pfizer*
Vice President, Parke-Davis-2
office:   212-733-0877
fax:       212-883-4892

-----Original Message-----
**From:** MacDonald, Ann Marie
**Sent:** Friday, August 01, 2003 2:00 PM
**To:** George, Tim
**Subject:** FW: Displayin Neurontin within Kaiser

Here is an update with regards to Neurontin at Kaiser. I assume still a moot issue of getting a 2% discount to off set the counter detailing and actual grow business in this multi million life account.

-----Original Message-----
**From:** Reese, Curtis D
**Sent:** Tuesday, July 29, 2003 11:46 PM
**To:** MacDonald, Ann Marie; Johnson, Clay R
**Subject:** Displayin Neurontin within Kaiser

Ann Marie,
Over the past couple of months as I have met with Kaiser DEC's I have been asking if we can work with them in promoting Neurontin where they want the product to be used. They are currently counter detailing nortriptyline ( a TCA anti-depressant) against Neurontin for the treatment of pain and not allowing us to display or discuss Neurontin even though it is a formulary product. We have proposed that if we can display and detail Neurontin we would be more then happy to have a sample of Kaiser's nortriptyline starter pak on our display table and Kaiser recommendations for neuropathic pain and work with them on helping their MD's understand when and where to use Neurontin. To our benefit we have obtained approval within the LA Kaiser's. San Diego Kaiser has told us no, but once they hear that LA is doing it they will change. Also two of the DEC's told me they would discuss this at their monthly DEC meeting to share with other DEC's how we are willing to work with them on this issue. Now we just need to get a purchasing agreement out of NYHQ's. Any input from Tim George on this issue since we talked to him at the POA. Thanks for all you do.


## BE your BEST!
**Curtis Reese**
**Senior District Manager**
**Pfizer Pharmaceuticals**

-----Original Message-----
**From:** Lum,Lisa G [mailto:Lisa.G.Lum@KP.ORG]
**Sent:** Friday, July 25, 2003 7:00 PM
**To:** Lewis,Steve (Pfizer)
**Cc:** Dauser,John (pfizer); Reese,Curtis (Pfizer)
**Subject:**

Hi Steven!

Got your message about the Neuropathic pain materials. Here they are – I have sample Nortriptyline Starter Packs on order – not sure when they will arrive but they should be here by the time we have our next WLA Drug Display on August 15.

As far as displaying these items – I spoke with Kent Meilich at LAMC and he is OK with displaying them at Sunset. You should get approval from each DEC at each Kaiser location before displaying the materials just to be sure it is OK.

<<Alternative Neuropathic Treatments.pdf>> <<NSP patient instructions.pdf>> <<Neuropathic Tx Recommendations Card.pdf>>

Pfizer_SDoft_0024028

*Lisa*

**Lisa Gunther Lum, PharmD, FCSHP**
**Drug Education Coordinator, KP West Los Angeles**
**Tel:** (323) 857-2140, tie 390, x2140  **Fax:** (323) 857-3693, tie 390, x3693
This e-mail may contain confidential, privileged or material exempt from disclosure under law and is for the sole use of the intended recipient. Review of, reliance on, or distribution of the information without express permission is prohibited

Attachment: NEU-0006363_Alternative Neuropathic Treatments.pdf
Attachment: NEU-0006364_NSP patient instructions.pdf
Attachment: NEU-0006365_Neuropathic Tx Recommendations Card.pdf

Pfizer_SDoft_0024029

## Summary Recommendations of Alternative Neuropathic Treatments

### Painful Peripheral Neuropathy – Diabetic and Others
- Tight glycemic control can relieve symptoms and slow progression of peripheral neuropathy.
- <u>The first line treatment for diabetic peripheral neuropathy is tricyclic antidepressants (TCAs).</u> Gabapentin may be an alternative for patients who have contraindications or do not tolerate TCAs. See below.

### Fibromyalgia
- First-line treatment is non-drug therapy (i.e. exercise). TCAs should be considered first-line, if medication is required.
- For patients who are intolerant or unresponsive to TCAs, Selective Serotonin Reuptake Inhibitors (SSRIs) (i.e., Prozac 20mg) are potential alternatives.
- Gabapentin has NOT demonstrated efficacy in treating fibromyalgia.

### Trigeminal Neuralgia
- <u>Carbamazepine (Tegretol®) is considered first-line</u> for trigeminal neuralgia with a 70-75% efficacy rate.
- TCAs, phenytoin, and baclofen are reasonable alternatives.
- There is limited data on the use of gabapentin for treating trigeminal neuralgia.

### Post-herpetic Neuralgia
- Initial treatment recommendation is topical lidocaine gel or cream for small, localized areas.
- For larger areas or unresolved pain, initiate a TCA, such as nortriptyline. TCAs have been shown to improve post-herpetic neuralgia pain in 50-67% of patients.
- Gabapentin has been shown to be effective in 40-43% of patients and may be tried as a third line drug.

### Choosing a TCA
- CMI guidelines recommend desipramine or nortriptyline as the first choice of TCAs due to less sedation and anticholinergic effects. Regardless of choice, the dose should be started low and titrated as needed and tolerated.

### Nortriptyline Starter Pack
- To make titration easy and convenient, use Nortriptyline Starter Pack (available at local outpatient KP pharmacies)
- The pack contains nortriptyline 10mg capsules in 5 weekly dosing cards.
- Dosing is started at 10mg at bedtime for one week, then each week the dose is increased by 10 mg.
- Patient is instructed to call a (800) number to request a refill with the most effective dose.

### TCA dosing - Peripheral neuropathy maintenance doses of TCAs are:
- nortriptyline 10-75 mg/day
- desipramine 10-150 mg/day
- (amitriptyline 10-150 mg/day - sedating TCA)
- The TCAs should be initiated at 10mg qhs, titrated by 10-25 mg every 7 –10 days to effective dose.
- Sensitive patients may be initiated at 5mg qhs, then increased according to clinical response or signs of intolerance.
- Most patients will achieve pain control at relatively low doses (i.e. 25-75 mg qhs).

### TCA Adverse Reactions
- TCA dosing for depression (nortriptyline up to 150mg/day) is much higher than for neuropathic pain.
- Side effects are medication-specific, including dosage, titration period, relative anticholinergic potential, concomitant disease states, and age.
- Nortriptyline is preferred because of its low anticholinergic potential relative to other TCAs, its slow titration, and because it's relatively low dose should help limit side-effects.
- Educate patients and monitor for side-effects including urinary hesitancy, and arrhythmia (particularly in CHF patients)
- **If patients do not demonstrate a response, <u>therapy should be discontinued.</u>**

### Gabapentin dosing
- Gabapentin is **NOT RECOMMENDED** for treating non-neuropathic pain including general pain
- The initial dose should be 300mg QHS.
- Sensitive patients may need a starting dose of 100mg qhs.
- Increase dosage by 300mg/day every 3 days until 600mg TID is reached.
- **If patients do not demonstrate a response, <u>therapy should be discontinued.</u>**

### Therapeutic Endpoints
- Patients should have an adequate trial of either a TCA or gabapentin and monitored for improvement of symptoms.
- An adequate trial should consist of 6 to 8 weeks of therapeutic dosage.
- Therapeutic dosage for TCAs is approximately 50mg qhs, for gabapentin it is 600mg tid.
- Some patients will not be able to tolerate these dosages due to dose limiting CNS side effects.
- **If patients do not demonstrate a response on the above regimens, <u>therapy should be discontinued.</u>**
- If there is a partial response dosages can be increased up to a maximum of 100 mg of TCA or 3.6 grams of gabapentin/day.

## Neuropathic Pain Treatment Recommendations
*Confidential – For Internal Use Only*

| Patient Type | Recommended Treatments * | Second-Line Considerations * |
|---|---|---|
| **Diabetic Peripheral Neuropathic Pain** | TIGHT GLYCEMIC CONTROL<br><br>Nortriptyline 10-75 mg/day ** | Desipramine 10-150 mg/day<br>Amitriptyline 10-150 mg/day ᵠ<br><br>Gabapentin (if contraindications or intolerance to TCAs) - start 300 mg qhs up to 600 mg TID; discontinue if no response in 6-8 wks |
| **Postherpetic Neuralgia** | For small, localized areas:<br>  Lidocaine ointment 5%<br>  Capsaicin cream (Zostrix) - **OTC** | Nortriptyline 10-75 mg/day **<br>Desipramine 10-150 mg/day<br>Amitriptyline 10-150 mg/day ᵠ |
|  | For large areas:<br>  Nortriptyline 10-75 mg/day ** | Desipramine 10-150 mg/day<br>Amitriptyline 10-150 mg/day ᵠ<br><br>Carbamazepine 200-1200 mg/day †<br>Gabapentin - same dosing as above |
| **Trigeminal Neuralgia** | Carbamazepine 200-1200 mg/day † | Nortriptyline 10-75 mg/day **<br>Desipramine 10-150 mg/day |
| **Fibromyalgia** | ↑ Physical activity is first-line therapy<br><br>Nortriptyline 10-75mg/day ** | Desipramine 10-150 mg/day<br>Amitriptyline 10-150 mg/day ᵠ<br>Fluoxetine 20 mg/day †† |

TCAs = tricyclic antidepressants
* Initiate TCAs at 10 mg qhs and titrate to effect. Secondary amines (nortriptyline, desipramine) possess a lower side effect profile compared to tertiary amines (amitriptyline).
ᵠ Not recommended in the elderly

** Nortriptyline Starter Pack available for ease of titration. If patient cannot tolerate or do not respond to one TCA, consider a trial with a different TCA.
†† As combination therapy with TCAs
† Attempt ↓ to mininum effective dose every 3 months.

## Neuropathic Pain Meds - Efficacy and Cost
*Confidential – For Internal Use Only*

|  | DM Peripheral Neuropathic Pain | Postherpetic Neuralgia | Trigeminal Neuralgia | Acquisition Cost / Year |
|---|---|---|---|---|
| Nortriptyline 10-75 mg/day<br>Desipramine 25-150 mg/day<br>Amitriptyline 25-150 mg/day | 55 - 60%<br>65 - 74% | 55%<br>63%<br>50 - 67% |  | $<br>$<br>$ |
| Capsaicin cream (Zostrix) 0.025%<br>**OTC**               0.075% |  | 49%<br>18 - 54% |  | $<br>$ |
| Lidocaine ointment 5%<br>Ela-Max 4% lidocaine cream **OTC** |  | Significant relief- % not stated |  | $<br>$$ |
| Carbamazepine 200mg-1200 mg/day |  | No data available | 70 - 75% | $$ |
| Gabapentin (Neurontin) 300-1200 mg TID | 52 - 60% | 40 - 43% |  | $$$$$ |
| ɴꜰ Lidoderm 5%  1-3 patches/day |  |  |  | $$$$$$$ |

For references, please refer to the CMI Chronic Pain Guidelines at http://pkc.kp.org        Pharmacy Services 6/03


KAISER PERMANENTE.

Pfizer_SDoft_0024031