Exhibit 8

# KAPLAN*FOX*

Kaplan Fox & Kilsheimer LLP
Attorneys at Law
805 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

June 4, 2007

**VIA EMAIL AND FEDERAL EXPRESS**

Matthew B. Rowland
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

    **Re: In re Neurontin Marketing and Sales Practices Litigation, MDL No. 1629 (PBS)**

Dear Matt:

  I write in response to your May 23, 2007 letter requesting that Kaiser make available three physicians for deposition: Dr. Robin Dea, Dr. Morris Maizels, and Dr. Bill McCarberg. Contrary to statements made in your letter, these three individuals are not *employed by* Kaiser. As we have stated on numerous occasions, Kaiser is an integrated health care organization that owns or operates 29 medical centers and 423 medical offices. Kaiser contracts with regional medical groups for the services of approximately 11,000 physicians, including apparently the three that you have requested.[1]

  Therefore, these three individuals are not parties to this litigation and we do not believe that the information sought in these depositions will lead to the discovery of admissible evidence. Accordingly, at this time, without further clarity from you as to why these depositions are appropriate, we will not arrange for these depositions.

  If you have any questions please feel free to contact me.

         Very truly yours,

         Aviah Cohen Pierson

cc: Linda Nussbaum, Esq.

---

[1] We are currently attempting to ascertain whether these three individuals are still employed by these medical groups.