Exhibit 11

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALE PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No.: 04-10981 |
| This Document Relates To: | Judge:  Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER et al., 04-CV-01739 (PBS)<br>and | HIGHLY CONFIDENTIAL<br>VOLUME I |
| AETNA, INC. v. PFIZER INC., et al., 04-CV-10958 (PBS) | (Pages 1 - 312) |

DEPOSITION OF GEORGE CAVIC

Date:       September 26, 2007

Time:       9:40 a.m.

Location:   1600 El Camino Real
            Menlo Park, California

Reported by: Jan W. Serra
             CSR No. 8207

Page 42

1  Q  What did you do?
2  A  Whatever we had for Neurontin to present was
3  by package insert indications only. Approved by the
4  FDA.
5  Q  So you're saying the only marketing you did
6  of Neurontin was for use as an add-on therapy for
7  epilepsy?
8  A  Correct.
9  Q  Did you have sales representatives or
10 marketing people beyond the Vice President of Marketing
11 Operations that reported up through the chain to you?
12 A  The directors. And we had national account
13 managers calling on managed care.
14 Q  How are you sure that the only marketing that
15 was done of Neurontin was for add-on therapy for
16 epilepsy?
17     MR. POTISCHMAN: Can you repeat the questions
18 please.
19     (Record read:
20 Q  How are you sure that the only marketing
21 that was done of Neurontin was for add-on therapy for
22 epilepsy?)
23     MR. POTISCHMAN: Object to form. You can
24 answer.
25     THE WITNESS: To the best of my knowledge,

Page 43

1  that's what it was.
2  BY MS. DALEY:
3  Q  How were your, the people in HCM trained to
4  ensure that the only marketing of Neurontin was for
5  add-on therapy for epilepsy?
6      MR. POTISCHMAN: Object to form.
7      THE WITNESS: The directions given to them
8  were to promote our drugs only on indicated,
9  indications approved by the FDA. Any drug.
10 BY MS. DALEY:
11 Q  When you use the word "promote," what do you
12 mean by promote?
13 A  Our promotion was based on getting formulary
14 access to managed care companies or the VA military.
15 So that's what I mean by promote.
16     There might be a better word, but that's it.
17 Q  I assume this was -- formulary access was
18 important for Pfizer; right?
19     MR. POTISCHMAN: Object to form.
20     THE WITNESS: It's a main area of business
21 that you have to cover if you're going to have your
22 product available to patients.
23 BY MS. DALEY:
24 Q  Let me step back.
25     Was it important to Pfizer that it get

Page 44

1  formulary access for Neurontin with managed care
2  companies?
3      MR. POTISCHMAN: Object to form.
4      THE WITNESS: Yes, I would say it's
5  important.
6  BY MS. DALEY:
7  Q  What's important about getting formulary
8  access for a drug like Neurontin?
9  A  Neurontin or any company that does not have
10 formulary access for their products, physicians can't
11 write prescriptions.
12 Q  Why is that?
13 A  Because the managed care company controls the
14 formulary.
15 Q  The first step in sort of sales or marketing
16 activities is to make sure your drug is on a
17 third-party payers formulary; is that right?
18     MR. POTISCHMAN: Object to form.
19     THE WITNESS: It's part of the whole
20 marketing process, right.
21 BY MS. DALEY:
22 Q  But it definitely is a step of the marketing
23 process?
24 A  Yes, marketing sales process.
25 Q  Is there a difference in marketing and sales?

Page 45

1  A  Oh, yes.
2  Q  In what way?
3  A  Well, in our company, marketing was
4  responsible for anything to do with the brand. Sales
5  was calling on customers, whatever your customer base
6  was.
7  Q  Going back to the earlier question that I
8  asked, how are you sure that your salespeople, when
9  they called on customers, only talked about Neurontin
10 for use as an add-on therapy for epilepsy?
11     MR. POTISCHMAN: Object to form.
12     THE WITNESS: National account managers are
13 not salespeople, they are account managers, who usually
14 came -- I'm trying to give you an idea of the
15 structure -- who usually came from the sales force. So
16 the terminology "sales" really wasn't in our
17 vernacular. It was for the people calling on
18 physicians. They were salespeople. We were account
19 managers.
20 Q  You said earlier that sales called on your
21 customer base.
22     MR. POTISCHMAN: Object to form. What's the
23 question?
24 BY MS. DALEY:
25 Q  I'm trying to understand. You said sales

12 (Pages 42 to 45)

Page 46

1  called on your customer base. Does your customer base
2  include third-party payers?
3      MR. POTISCHMAN: Object to form.
4      THE WITNESS: Okay. I don't know --
5  sales, in the general picture of a company, of a
6  pharmaceutical company, sales is primarily field sales
7  calling on physicians.
8  BY MS. DALEY:
9    Q  Were there any sales people in HCM calling on
10 third-party payers?
11   A  We didn't have salespeople, we had account
12 managers. There is a difference. I was talking about,
13 totally sales in the company.
14     As I recall, your question was was there a
15 difference between marketing and sales? Yes.
16   Q  You said marketing had responsibility for
17 anything to do with the brand, salespeople called on
18 the customer base. I was just trying to understand the
19 distinction.
20     MR. POTISCHMAN: Is there a question pending?
21     MS. DALEY: He was explaining his answer, I
22 think. Do you want to let him finish the explanation?
23     MR. POTISCHMAN: If there was a question
24 pending. But I don't think there is a question
25 pending.

Page 47

1  BY MS. DALEY:
2    Q  Were you trying to answer the question?
3    A  No, I was clarifying the previous one.
4    Q  Do you want to go ahead and finish
5  clarifying.
6    A  As I recall, I said their customer base,
7  their being primary care CBU as opposed to our customer
8  base. We didn't have sales, they had sales.
9    Q  Let's go back. You were talking about
10 national account managers?
11   A  Yes.
12   Q  You said they are not salespeople?
13   A  Right.
14   Q  Would national account managers be concerned
15 about gaining formulary access for a drug like
16 Neurontin?
17     MR. POTISCHMAN: Object to form.
18     THE WITNESS: Not only Neurontin, but every
19 key product we had.
20 BY MS. DALEY:
21   Q  So the answer is yes, they would be concerned
22 about getting formulary access for Neurontin?
23   A  Yes.
24   Q  Your national account managers usually came
25 from the sales force?

Page 48

1    A  Sales experience, right.
2    Q  What types of third-party payers would have
3  had a national account manager assigned to them?
4      MR. POTISCHMAN: Object to form.
5      THE WITNESS: HMOs, PBMs, long-term care.
6  BY MS. DALEY:
7    Q  Would a company like United Healthcare have
8  had a national account manager assigned to it?
9      MR. POTISCHMAN: Object to form.
10     THE WITNESS: United would have had one, yes.
11 BY MS. DALEY:
12   Q  Blue Cross Blue Shield of Massachusetts,
13 would they have had one?
14     MR. POTISCHMAN: Object to form.
15     THE WITNESS: Blue Cross is different.
16 Probably not.
17 BY MS. DALEY:
18   Q  In what way are they different?
19   A  They use PBMs.
20   Q  So you would call on the Blues' PBMs?
21   A  Pharmacy benefit management.
22   Q  Let me ask the question. So your national
23 account managers would have called on the Blues'
24 pharmacy benefit managers; correct?
25   A  Right.

Page 49

1    Q  Why would, for the Blue's, your national
2  account managers call on the PBMs?
3    A  Because that's what Blue Cross told us they
4  wanted to do.
5    Q  Was it your understanding that the PBMs in
6  those situations were the ones making formulary
7  decisions?
8    A  Yes.
9    Q  So if you want to ensure that Neurontin, for
10 instance, was on a formulary for a particular Blue, you
11 would call on the PBM through which that Blue had a
12 contract?
13     MR. POTISCHMAN: Object to form. You can
14 answer.
15     THE WITNESS: Yeah, the PBMs had contracts
16 with Blue Cross Blue Shield and represented them.
17 BY MS. DALEY:
18   Q  In connection with the formulary issues?
19   A  Yes.
20   Q  Did HCM have a marketing budget?
21   A  Yes.
22   Q  How did you go about determining how much
23 money you needed for your marketing budget?
24     MR. POTISCHMAN: Object to form.
25     THE WITNESS: It was part of the whole budget