UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------ x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

------------------------------------------------ x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin

## DEFENDANTS' MOTION FOR
## LEAVE TO NAME A REBUTTAL EXPERT

Defendants Pfizer Inc. and Warner-Lambert Company LLC ("defendants") respectfully move for leave of Court to name a rebuttal expert to address plaintiffs' experts' causation testimony based on the January 31, 2008 FDA Alert entitled "Suicidality and Antiepileptic Drugs" ("FDA Alert").

The grounds for this motion are set forth in the accompanying memorandum in support of this motion.

WHEREFORE, defendants respectfully request leave of Court to name a rebuttal expert to address plaintiffs' experts' causation testimony based on the FDA Alert.

Dated: April 10, 2008                               Respectfully submitted,

                                      DAVIS POLK & WARDWELL

                                      By:     /s/ James P. Rouhandeh
                                                  James P. Rouhandeh

                                      450 Lexington Avenue
                                      New York, NY 10017
                                      Tel:  (212) 450-4000

                                              -and-

                                      SHOOK, HARDY & BACON L.L.P.

                                      By:     /s/ Scott W. Sayler
                                                  Scott W. Sayler

                                      2555 Grand Blvd.
                                      Kansas City, MO 64108-2613
                                      Tel:  (816) 474-6550

                                              -and-

                                      HARE & CHAFFIN

                                      By:     /s/ David B. Chaffin
                                                  David B. Chaffin

                                      160 Federal Street
                                      Boston, MA 02110
                                      Tel:  (617) 330-5000

                                      *Attorneys for Defendants Pfizer Inc. and*
                                      *Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

    I hereby certify that counsel have conferred in a good faith effort the resolve the issue presented by this motion but were unable to do so.


                                                    /s/ David B. Chaffin
                                                    David B. Chaffin

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 10, 2008.

                                                    /s/ David B. Chaffin
                                                  David B. Chaffin