# EXHIBIT A

Confidential

```
            IN THE UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
     IN RE:                    : MASTER FILE NO.
     NEURONTIN MARKETING,      : 04-10981
     SALES PRACTICES and       :
     PRODUCTS LIABILITY        :
     LITIGATION                :
     ----------------------    :
     THIS DOCUMENT RELATES     :
     TO:                       : CASE NO.
     PRODUCTS LIABILITY        : 06-CV-4136
     ACTIONS                   :
                               :
     FENELON V PFIZER,         :
     INC., et al.              :

         SUPREME COURT OF THE STATE OF NEW YORK
                    COUNTY OF NEW YORK
     ------------------------
     IN RE:                    :
     NEURONTIN PRODUCT         :
     LIABILITY LITIGATION      :
     ------------------------
     THIS DOCUMENT APPLIES TO  :
     ALL CASES                 :
     ------------------------

           CONTAINS CONFIDENTIAL INFORMATION

                 CONTINUED EXAMINATION OF
              STEFAN P. KRUSZEWSKI, M.D.
                       VOLUME II

                  Taken at the Harrisburg
     International Airport, Susquehanna Club
     Room, One Terminal Drive, Middleton,
     Pennsylvania, on Tuesday, February 26,


     2008, commencing at 1:44 p.m., before


     Linda Beyerle, Court Reporter.
```

CONFIDENTIAL

Condensed Copy

Confidential

**Page 588**

1  go off the record and debate it?
2      MR. FINKELSTEIN: No.
3      MS. McGRODER: Should I
4  continue, because you're not going to use
5  my time for that discussion.
6      MR. FINKELSTEIN: We get at
7  least ten minutes.
8  BY MS. McGRODER:
9  Q. My original question to you,
10 Dr. Kruszewski, was the FDA alert states
11 that there were preliminary analyses of data
12 from several drugs in this class which
13 suggested an increased risk of suicidality.
14 Do you know which of the several drugs
15 suggested an increased risk of suicidality
16 in the preliminary analysis by the FDA?
17 A. I know only what the FDA alert says,
18 which is there was an increased risk in all
19 eleven drugs.
20 Q. Well, that's your interpretation of
21 the FDA alert, is it not?
22 A. It's paraphrasing the FDA alert, yes.
23 Q. And you don't know which drugs were
24 considered by the FDA in its preliminary
25 analysis of suicide risk; is that correct?

**Page 589**

1  A. If there was an analysis prior to what
2  is related in this FDA alert, obviously, I
3  did not review it.
4  Q. Right. And are you aware of whether
5  there was a preliminary analysis by FDA
6  related to several but not all of the drugs
7  that are included in the FDA's
8  meta-analysis?
9  A. I'm only aware of what you're telling
10 me today.
11 Q. And so you were not aware of that
12 before right now when I raised that with you
13 in this deposition; is that correct?
14 A. That's correct.
15 Q. Are you aware, Dr. Kruszewski, that
16 your lawyers have said in pleadings to the
17 Court that plaintiffs do not dispute that
18 Neurontin's specific data based on
19 improperly designed and underpowered
20 clinical trials show no increased risk of
21 suicide? Were you aware of that?
22 A. Would you repeat that?
23 Q. Sure. Are you aware that the lawyers
24 representing plaintiffs in this case and
25 here with you today have said to the Court

**Page 590**

1  that they do not dispute that the Neurontin
2  specific data based on improperly designed
3  and underpowered clinical trials show no
4  increased risk of suicide?
5      MR. FINKELSTEIN: Objection
6  as to form.
7  BY MS. McGRODER:
8  Q. Are you aware of that?
9  A. I'm not aware of that.
10 Q. Okay. Assume it to be true, assume
11 that the plaintiffs' lawyers in this
12 litigation have said that, including
13 Mr. Finkelstein. Setting aside the
14 plaintiffs' lawyers' criticism about the
15 design or the size of the epidemiologic data
16 for Neurontin, would you agree that the
17 Neurontin specific data, the controlled
18 trial data, do not show an increased risk of
19 suicidality?
20     MR. FINKELSTEIN: Objection
21 as to form.
22     THE WITNESS: I can't comment
23 on it. I'm not sure I understand the
24 question. But as I understand it, I
25 can't comment on it.

**Page 591**

1  BY MS. McGRODER:
2  Q. Why can't you comment on it?
3  A. Because I have not seen the data.
4  Q. You've not looked at the controlled
5  clinical trial data for Neurontin that was
6  submitted by Pfizer to the FDA in 2006?
7  A. I don't recall that data, no.
8  Q. Have you ever looked at that
9  submission itself that relates to the
10 placebo-controlled trial data submitted to
11 the FDA in 2006?
12 A. I don't recall that as I sit here.
13 Q. So you are giving a causality opinion
14 in the Neurontin litigation without looking
15 at the placebo-controlled clinical trial
16 data for Neurontin; is that fair?
17 A. Repeat that.
18     MR. FINKELSTEIN: Objection
19 as to form.
20 BY MS. McGRODER:
21 Q. You're giving a causation opinion in
22 the Neurontin litigation without looking at
23 the placebo-controlled clinical trial data
24 for Neurontin; is that correct?
25 A. That's not correct. The basis for my

5 (Pages 588 to 591)

VERITEXT CORPORATE SERVICES (800) 567-8658

Confidential

**Page 600**

1  alert. He's not answering it.
2      MS. McGRODER:
3  Mr. Finkelstein, my question relates to
4  the data submitted to the FDA as part of
5  this alert. You are being ridiculous.
6      You can answer the question.
7      MR. FINKELSTEIN: No. Don't
8  answer it.
9      MS. McGRODER: Can you read
10 back the question.
11     (The record was read as
12 requested.)
13     THE WITNESS: My answer to
14 that is that I can't answer that question
15 because I don't know what data was
16 submitted by Pfizer to the FDA.
17 BY MS. McGRODER:
18 Q. That's because you didn't look at that
19 data, correct?
20 A. I don't recall looking at that data
21 which is the same as I keep saying to you.
22 Q. You have no memory of looking at the
23 placebo-controlled clinical trial data for
24 Neurontin, correct?
25 A. That's correct.

**Page 601**

1  Q. How does the FDA alert affect your
2  opinions in this case?
3  A. It supports them.
4  Q. You've not reviewed the data for all
5  eleven of the drugs addressed in this FDA
6  alert; is that correct?
7  A. That's correct.
8  Q. Can you identify the incidence of
9  suicide behavior or thinking with respect to
10 any one of the drugs identified in this
11 alert?
12 A. The alert is about eleven drugs --
13 Q. I didn't ask if the alert was about
14 eleven drugs.
15     MS. McGRODER: Can you read
16 back my question.
17     (The record was read as
18 requested.)
19 BY MS. McGRODER:
20 Q. Yes or no?
21 A. No.
22 Q. Is it possible, Dr. Kruszewski, that
23 the incidence reported for a drug other than
24 Neurontin could drive the overall increased
25 risk identified by the FDA in this alert?

**Page 602**

1      MR. FINKELSTEIN: Objection
2  as to form.
3      THE WITNESS: Yes, it would
4  be possible.
5  BY MS. McGRODER:
6  Q. Is it possible that a grouping of two
7  drugs other than Neurontin could drive the
8  incidence reported in this FDA alert?
9  A. It is possible.
10 Q. Did you review any publications or
11 information about reports of suicide with
12 respect to any of the drugs identified in
13 this alert other than Neurontin?
14 A. At what time frame?
15 Q. Ever.
16 A. Repeat the question.
17     MS. McGRODER: Can you read
18 the question back.
19     (The record was read as
20 requested.)
21     THE WITNESS: I don't recall
22 any specific publications as I sit here.
23 BY MS. McGRODER:
24 Q. And so as you sit here today, you
25 can't tell me that you've reviewed

**Page 603**

1  information about reports of suicide with
2  respect to any of the other AEDs identified
3  in this FDA alert? True or not true?
4  A. Not true.
5  Q. Okay. Why is that not true?
6  A. Because I chronologically review
7  evidence in the literature about all
8  psychotropic medications, and those include
9  anticonvulsants.
10 Q. As you sit here today, can you tell me
11 any publication or information about reports
12 of suicide with respect to any of the
13 antiepileptic drugs identified in this
14 report?
15 A. I cannot as I sit here today.
16 Q. Are you aware of whether the
17 manufacturers of any of the other
18 antiepileptic drugs identified in the alert
19 expressed concerns about reports of suicide
20 with respect to their drugs?
21 A. I'm not aware of them expressing
22 concerns.
23 Q. Were you aware that the anticonvulsant
24 drug Zonisamide reports a suicide rate in
25 its labeling that is greater than -- well,

Page 608

1  this alert?
2  A. Only in regard to what they actually
3  reported in the alert.
4  Q. You've never seen the protocol used by
5  the FDA for the design of their analysis; is
6  that correct?
7  A. I can only report what they reported.
8  So the number of 199 trials, for example,
9  that they examined, and roughly 27,800
10 individuals who were treated with a drug and
11 anticonvulsants, and the roughly 16,080 --
12 that's not quite the accurate number --
13 people who were not treated with drugs.
14 Q. My question is: Have you ever seen
15 the protocol that governed the FDA analysis
16 of these eleven antiepileptic drugs as
17 reported in this alert?
18 A. No. I'm not privy to the FDA
19 protocol.
20 Q. You've never reviewed or evaluated the
21 design for the FDA's analysis as reported in
22 this alert, correct?
23 A. Except for what they published in
24 their alert, no.
25 Q. Well, did they publish their study

Page 609

1  design in this alert?
2  A. They published that they were
3  examining the results of 199 controlled
4  placebo-controlled studies --
5  Q. Have you ever seen a protocol for a
6  meta-analysis, Dr. Kruszewski?
7      MR. FINKELSTEIN: Could you
8  just let him finish his answer?
9  BY MS. McGRODER:
10 Q. Have you ever seen a protocol for a
11 meta-analysis?
12     MR. FINKELSTEIN: Do you want
13 to finish your prior answer?
14     THE WITNESS: Yes, I would
15 like to.
16     I am aware what words they
17 used to describe their protocol in the
18 199 placebo-controlled trials that they
19 looked at and the roughly 27,800 patients
20 who were treated with at least one of the
21 anticonvulsants, and the roughly 16,000
22 individuals who were not treated with the
23 anticonvulsants. In terms of the
24 specifics of the protocol, I am not aware
25 of that.

Page 610

1  BY MS. McGRODER:
2  Q. So other than the numbers for the
3  trials and the numbers for the patients
4  participating in those trials, you have no
5  information for the study design for the
6  FDA's analysis; is that correct?
7  A. That is correct.
8  Q. Do you know how the subjects that were
9  analyzed by the FDA as reported in the
10 alert, how they were randomized to treatment
11 groups?
12 A. You need to be a little bit more
13 specific so I know whether I can answer that
14 or not.
15 Q. Do you know how the subjects were
16 randomized to treatment groups in terms of
17 the clinical studies that were included in
18 this meta-analysis conducted by the FDA?
19 A. I would not know that because that's
20 information that would be privy to the FDA
21 and Pfizer.
22 Q. Is your testimony that Pfizer has that
23 information?
24 A. I believe that Pfizer was requested to
25 provide that information.

Page 611

1  Q. Well, does Pfizer manufacture the
2  eleven antiepileptic drugs identified in
3  this alert?
4  A. I'm sorry. No.
5  Q. So there's no basis for your statement
6  that Pfizer knows how the subjects for the
7  199 clinical studies included in the
8  analysis were randomized to treatment,
9  correct?
10     MR. FINKELSTEIN: Are you
11 asking about each individual 199 studies?
12     MS. McGRODER: Yes.
13     MR. FINKELSTEIN: Okay.
14     THE WITNESS: Ask it one more
15 time, and I'll let you know.
16 BY MS. McGRODER:
17 Q. Well, it's two questions. There's no
18 basis for you to say or testify today that
19 Pfizer knows how the subjects that were
20 included in this meta-analysis by the FDA,
21 how they were randomized to treatment
22 groups?
23 A. That was under the auspices of the
24 FDA.
25 Q. And you don't have that information?

Confidential

Page 612

1  A.  That's correct.
2  Q.  And you have no basis to suggest that
3  Pfizer has that information, correct?
4  A.  Pfizer might have it related to
5  Neurontin.
6  Q.  Correct.
7  A.  But the other drugs that are not
8  Pfizer drugs, no.
9  Q.  That's fair.
10      Were there differences between
11 the studies, the 199 placebo-controlled
12 studies that the FDA evaluated?
13 A.  As a generic answer, I'm sure there
14 were differences.
15 Q.  Do you know how the low dose placebo
16 and active placebo treated subjects were
17 classified for the purposes of this
18 analysis?
19 A.  I wouldn't have that information.
20 Q.  You don't know that today, correct?
21 A.  I do not.
22 Q.  Do you know how many of the
23 antiepileptic drugs are approved -- how many
24 of the eleven antiepileptic drugs discussed
25 are approved to treat migraine?

Page 613

1  A.  I probably don't know the answer to
2  that.
3  Q.  You do or you don't?
4  A.  Do not.
5  Q.  Do you know how many of the
6  antiepileptics addressed in the alert are
7  approved for the treatment of diabetic
8  neuropathy?
9  A.  I don't think I can answer that
10 either.
11 Q.  You don't know?
12 A.  I didn't look at that information
13 before I came here today.
14 Q.  So you don't know?
15 A.  I don't know.
16 Q.  Do you know how many of the
17 antiepileptics addressed in the alert are
18 approved for the treatment of trigeminal
19 neuralgia?
20 A.  My answer would be the same for
21 trigeminal neuralgia.
22 Q.  You don't know?
23 A.  I don't know.
24 Q.  Would you agree with me that given the
25 different approvals for the different

Page 614

1  indications we just discussed, the patient
2  populations included in the FDA analysis
3  would differ?
4  A.  I would agree that it would differ.
5  Q.  Do you know how many of the eleven
6  antiepileptics discussed in the alert have
7  black box warnings associated with their
8  use?
9  A.  I do not.
10 Q.  Do you know how many of the eleven
11 antiepileptic drugs addressed in the alert
12 require a signed consent form for use?
13 A.  Repeat that again.
14 Q.  How many of the eleven antiepileptics
15 discussed by the FDA in this alert require a
16 consent form for use?
17 A.  Consent form by whom and for what
18 purpose?
19 Q.  A consent form signed by the patient
20 to take the drug.
21 A.  I'm not aware of any of them requiring
22 that.
23 Q.  Do you know one way or the other
24 whether any of them do?
25 A.  I'm not aware of any that do.

Page 615

1  Q.  Do you think some do?
2  A.  I'm not aware of any.
3  Q.  How many of these eleven antiepileptic
4  drugs addressed in the alert have a
5  contraindication use for liver disease?
6  A.  I'm not aware.
7  Q.  You don't know?
8  A.  I do not know as I sit here today.
9  Q.  Which of the eleven antiepileptic
10 drugs addressed in the alert carry a
11 pregnancy Class D rating?  Do you know?
12 A.  I do not.
13 Q.  Which of the eleven antiepileptic
14 drugs addressed in the alert are considered
15 first-line treatment for epilepsy?  Do you?
16 A.  I do not.
17 Q.  Which of the eleven antiepileptic
18 drugs addressed in the alert are considered
19 appropriate for monotherapy for epilepsy?
20 Do you know?
21 A.  No.
22 Q.  Do you agree that all eleven
23 antiepileptic drugs addressed in this alert
24 do not have the same risk benefit profiles?
25 A.  Do I agree that they all do not have

11 (Pages 612 to 615)

Confidential

## 616

1 the same risk benefit profile?
2 Q. That's the question.
3 A. I agree that they all have different
4 risk benefit profiles. I'm stating it in
5 the affirmative.
6 Q. Do you know whether any heterogeneity
7 testing was done for purposes of this
8 meta-analysis?
9 A. Genetic heterogeneity or other?
10 Q. Not genetic heterogeneity.
11 Heterogeneity to analyze differences among
12 the studies included in the meta-analysis.
13 Do you know whether any of that kind of
14 heterogeneity testing was done by FDA?
15 A. I'm sorry. I don't understand the
16 question.
17 Q. Have you ever heard of heterogeneity
18 testing in the context of meta-analysis?
19 A. Yes.
20 Q. What is it?
21 A. It means different things at different
22 times. That's why I'm asking you to clarify
23 for me what you mean.
24 Q. Well, what do you think it means?
25 A. Well, you're asking --

## 617

1 Q. I'm asking you in the context of a
2 meta-analysis, ever in meta-analysis, what
3 is heterogeneity testing?
4 A. Heterogeneity is just the difference
5 in the population examined.
6 Q. Do you know whether the FDA analyzed
7 the data in this meta-analysis for
8 heterogeneity?
9       MR. FINKELSTEIN: Objection
10 as to form.
11       THE WITNESS: Yes, I guess I
12 have trouble with the way you're asking
13 the question. I'm not familiar with how
14 someone exams data for heterogeneity.
15       MS. McGRODER: That answers
16 my question.
17 BY MS. McGRODER:
18 Q. You do consider the analysis conducted
19 by the FDA of these eleven drugs a
20 meta-analysis, correct?
21 A. I do, yes.
22 Q. And do you agree that a meta-analysis
23 is a form of systematic review in which
24 results of individual studies are pulled
25 together to look for common treatment

## 618

1 effects?
2 A. Yes.
3 Q. Do you agree that meta-analysis should
4 be carefully planned with a detailed
5 protocol in advance?
6 A. I do.
7 Q. To your knowledge, did the FDA have
8 such a protocol?
9 A. I assume that they do.
10 Q. But you haven't seen one?
11 A. I have not.
12 Q. So your testimony is based on an
13 assumption, correct?
14 A. That's correct.
15 Q. Do you know how the FDA decided which
16 drugs to analyze for this meta-analysis?
17 A. I do not.
18 Q. Did the FDA leave out any
19 antiepileptic or antiseizure medicines?
20 A. The one that I would have included is
21 vigabatrin. They left out a lot of others
22 as well.
23 Q. Do you know why they left them out?
24 A. I do not.
25 Q. How would we know why they left them

## 619

1 out? How would we know why the FDA would
2 exclude certain antiepileptic medicines from
3 its review?
4 A. I don't.
5 Q. How would we learn that? If you
6 wanted to know that, how would you learn
7 that?
8 A. Well, we have a list here of the drugs
9 that they included. And any other
10 anticonvulsants that were not included there
11 could have been included. Why they chose
12 those, I don't know.
13 Q. And if you wanted to know why the FDA
14 selected only the antiseizure medications
15 they did, what would you do to find out?
16 A. Would you repeat that one more time?
17 Q. If you wanted to know why the FDA
18 excluded certain antiseizure medications
19 from this review, how would you find out?
20 A. I would ask them.
21 Q. Could you look at a protocol to learn
22 that?
23 A. I'm not aware of any protocol that
24 would elaborate that.
25 Q. Let's assume for a minute that the FDA

12 (Pages 616 to 619)

Confidential

**Page 628**

1    MR. FINKELSTEIN: Objection
2    as to form. Beyond the scope of the FDA
3    alert.
4    BY MS. McGRODER:
5    Q. Is it true that the greater
6    heterogeneity between studies, the less
7    ability you have to generalize the results
8    of the meta-analysis across all studies?
9    MR. FINKELSTEIN: Don't
10   answer.
11   MS. McGRODER: Why can he not
12   answer that question?
13   MR. FINKELSTEIN: It has
14   nothing to do with the FDA alert.
15   MS. McGRODER: Yes, it does.
16   The FDA alert it's based on a
17   meta-analysis, and he's relying on it.
18   And so I'm entitled to test his reliance
19   on the meta-analysis. It's the same
20   thing.
21   MR. FINKELSTEIN: He doesn't
22   know whether or not there was any
23   heterogeneity.
24   MS. McGRODER: Well, let him
25   tell me that.

**Page 629**

1    MR. FINKELSTEIN: You already
2    asked him.
3    MS. McGRODER: This is my
4    next question about heterogeneity.
5    MR. FINKELSTEIN: Ask him as
6    it relates to the FDA.
7    MS. McGRODER: I just did.
8    MR. FINKELSTEIN: You didn't.
9    Read it back.
10   MS. McGRODER: You are being
11   obstreperous. It's outrageous. I'm
12   going to go as long as it takes. Because
13   now you've spent fifteen minutes
14   interrupting my questioning. So however
15   long this takes, we'll be here.
16   MR. FINKELSTEIN: You'll be
17   sitting here by yourself. At two hours
18   we're getting up and walking out.
19   MS. McGRODER: You'll be
20   sorry because we'll be back.
21   MR. FINKELSTEIN: Okay. I'll
22   take the trip if I have to.
23   BY MS. McGRODER:
24   Q. Is it true as a principal of
25   conducting meta-analysis which you've

**Page 630**

1    already told me you know about that the more
2    heterogeneity there is between the studies,
3    the less able you are to generalize the
4    conclusions across all studies?
5    MR. FINKELSTEIN: Objection.
6    What does that have to do with the FDA
7    alert?
8    MS. McGRODER: Because I want
9    to know his opinion about heterogeneity
10   so I can test his reliance on this
11   meta-analysis.
12   MR. FINKELSTEIN: You've
13   already asked him whether there was
14   any --
15   MS. McGRODER: I'm not going
16   to debate it with you. Are you going to
17   let him answer or not?
18   MR. FINKELSTEIN: Are you
19   going to cut me off?
20   MS. McGRODER: I don't have
21   time to sit here and debate it with you.
22   Are you going to let him answer or not?
23   MR. FINKELSTEIN: I'm going
24   to make my record.
25   MS. McGRODER: You already

**Page 631**

1    did make your record. Are you going to
2    let him answer or not?
3    MR. FINKELSTEIN: You've
4    asked him about the heterogeneity in the
5    FDA alert --
6    MS. McGRODER: Andrew, are
7    you going to let him answer or not?
8    MR. FINKELSTEIN: -- and he
9    said he doesn't know about the
10   heterogeneity. That's the end of it.
11   MS. McGRODER: That's not the
12   end of it. He knows about heterogeneity
13   in general. He just doesn't know whether
14   the FDA accounted for it, and I'm
15   entitled to test that in this deposition.
16   MR. FINKELSTEIN: I don't
17   agree.
18   BY MS. McGRODER:
19   Q. Assume with me that the FDA did not
20   test for heterogeneity with respect to the
21   199 placebo-controlled trials as mentioned
22   in this alert. Would that affect the
23   ability or the reliability of generalizing
24   the results across all studies in the alert?
25   MR. FINKELSTEIN: Objection

15 (Pages 628 to 631)

Confidential

## Page 632

1  as to form.
2      THE WITNESS: It would change
3  it. Obviously, the more homogeneous the
4  data from the individual studies, the
5  more likely that the results would be
6  reliable. The latter part of the
7  question I can't answer because I think,
8  I believe that that requires a
9  statistician, and that's probably beyond
10 my expertise.
11 BY MS. McGRODER:
12 Q.  Did the FDA do anything to your
13 knowledge to test for or ensure homogeneity
14 among these studies?
15 A.  Since I'm not privy to how the FDA did
16 their analysis, I'm only privy to the
17 results and the data they provided in their
18 alert, I can't answer that question.
19 Q.  Well, the answer is you don't know,
20 right?
21 A.  That's correct.
22 Q.  Did the FDA do any type of analysis
23 with respect to different patient
24 population -- different patient populations
25 studied in the various placebo-controlled

## Page 633

1  trials addressed in the alert?
2  A.  I'm not aware.
3  Q.  You don't know?
4  A.  I don't know.
5  Q.  Did the FDA do any type of analysis to
6  assess the different interventions used in
7  the various clinical trials addressed in the
8  alert?
9  A.  In the individual clinical trials that
10 were used in the 199?
11 Q.  Yes. Assume that for all of these
12 questions. That's the premise for all of
13 these questions.
14 A.  I don't know the answer to that.
15 Q.  Did the FDA do any type of analysis on
16 the different outcomes in the various
17 clinical trials included in the
18 meta-analysis?
19 A.  I'm not aware of that.
20 Q.  You don't know?
21 A.  That's correct.
22     MR. FINKELSTEIN: I'm not
23 aware and I don't now is the same thing.
24     MS. McGRODER: No.
25 BY MS. McGRODER:

## Page 634

1  Q.  You do not know if the FDA did any
2  type of analysis on the differences in
3  sample sizes of the various clinical studies
4  addressed in the alert, correct?
5  A.  My answer for that question like the
6  others is that since I haven't reviewed the
7  FDA data, and I'm not aware of their
8  protocol, I can't answer the question.
9  Q.  Well, you can answer the question.
10 A.  I can answer that I don't have the
11 answer.
12 Q.  The answer is you don't know?
13 A.  That's correct.
14 Q.  You don't know if the FDA did any type
15 of analysis or considered differences in
16 study designs for the trials included in the
17 meta-analysis, correct?
18 A.  That's correct.
19 Q.  You don't know if the FDA assessed
20 differences in the quality of the clinical
21 trials addressed in the alert, correct?
22 A.  That is correct.
23 Q.  You don't know if the FDA did any
24 analysis of the differences in dropout rates
25 for the various studies included in the

## Page 635

1  alert, correct?
2  A.  Correct.
3  Q.  You don't know if the FDA did any type
4  of analysis on the difference in dosages
5  used in clinical studies addressed in the
6  alert, correct?
7  A.  Correct.
8  Q.  You don't know if the FDA did any type
9  of analysis on the differences among the
10 clinical trials in terms of duration of
11 exposure to drug, correct?
12 A.  That is correct.
13 Q.  You don't know if the FDA did any type
14 of analysis on the differences in the
15 mechanisms of action of the drugs included
16 in the meta-analysis, correct?
17 A.  Correct.
18 Q.  You do not know if the FDA did any
19 type of analysis of the differences in
20 treatment endpoints among these clinical
21 studies addressed in the alert, correct?
22 A.  That's correct.
23 Q.  You don't know if the FDA assessed for
24 statistical heterogeneity, correct?
25 A.  That's correct.

16 (Pages 632 to 635)

Confidential

```
                                                     636
 1  Q.  You don't know if the FDA did any
 2  assessment for methodologic heterogeneity in
 3  this meta-analysis, correct?
 4  A.  Correct.
 5  Q.  You don't know whether the FDA did any
 6  assessment for clinical heterogeneity in
 7  this meta-analysis, correct?
 8  A.  That's correct.
 9  Q.  Do you agree that if heterogeneity was
10  not determined by the FDA in this study, it
11  effects the conclusions?
12  A.  Heterogeneity and homogeneity
13  populations always effect the conclusions of
14  meta-analyses.
15  Q.  Have you reviewed the literature
16  regarding limitations of meta-analyses, what
17  they're capable of telling us and what
18  they're not capable of telling us?
19  A.  Have I reviewed --
20  Q.  The literature on that.
21  A.  I have at different times in the past,
22  yes.
23  Q.  In preparation for this deposition,
24  did you review literature on limitations of
25  meta-analyses?
```

```
                                                     637
 1  A.  I did not.
 2  Q.  When is the last time you looked at
 3  any literature identifying the limitations
 4  of meta-analyses?
 5  A.  Within the last year.
 6  Q.  Could you cite to me any published
 7  literature that says meta-analyses can be
 8  used to determine whether one of many drugs
 9  included in a meta-analysis is a scientific
10  cause of an adverse event?
11  A.  I cannot.
12  Q.  Are you aware of any literature that
13  says if studies contained in a meta-analysis
14  are not weighted, the results of the
15  meta-analysis are less reliable?
16  A.  Just repeat that again.
17  Q.  Are you aware of literature that says
18  if studies are not weighted in a
19  meta-analysis, the result of the
20  meta-analysis are less reliable?
21  A.  I cannot pinpoint anything in the
22  literature about that point.
23  Q.  Have you ever read that in the
24  literature?
25  A.  I don't recall that.
```

```
                                                     638
 1  Q.  Is there any evidence you are aware of
 2  that FDA applied any technique at all to
 3  assess heterogeneity in this meta-analysis?
 4        MR. FINKELSTEIN:  Objection.
 5  Asked and answered six times.
 6        THE WITNESS:  Same answer.
 7  Since I have not been privy to the FDA
 8  data and how they used heterogeneity in
 9  populations in the meta-analysis, I can't
10  answer that.
11        MR. FINKELSTEIN:  I think
12  it's ten times.
13  BY MS. McGRODER:
14  Q.  Was a random effects model employed to
15  determine the extent of differences among
16  the placebo-controlled trials in this
17  meta-analysis?
18  A.  I do not know.
19  Q.  Was a fixed effects model used to
20  assess the variability among studies in this
21  meta-analysis?
22  A.  I don't know the answer to that.
23  Q.  Was a meta regression performed in
24  this meta-analysis?
25  A.  I don't know the answer to that
```

```
                                                     639
 1  either.
 2  Q.  Are you aware of the term sensitivity
 3  analysis as it applies to meta-analysis?
 4  A.  I don't think I am, no.
 5  Q.  Have you done anything, yourself, to
 6  assess the validity of the FDA's methodology
 7  in conducting this meta-analysis?
 8  A.  No.  The only thing I did was to read
 9  the FDA alert.
10  Q.  Is it fair to say for the purposes of
11  your opinion in this litigation that you're
12  accepting the FDA meta-analysis as face
13  value?
14  A.  Yes, I am.
15  Q.  It's not your job to question it,
16  correct?
17        MR. FINKELSTEIN:  Objection
18  as to form.
19        THE WITNESS:  What do you
20  mean by question it?
21  BY MS. McGRODER:
22  Q.  Well, you haven't questioned the FDA's
23  methodology at all in conducting this
24  meta-analysis, correct?
25  A.  Most of the methodology I have not
```

17 (Pages 636 to 639)

Confidential

**Page 640**

1  been privy to, so I can't question it.
2  Q. Likewise, you haven't questioned the
3  results at all?
4  A. They are what they are.
5  Q. Did you compare the results of the
6  Neurontin controlled clinical data to the
7  findings in the FDA alert?
8  A. I did not.
9  Q. That wasn't important to your opinions
10 in this case?
11       MR. FINKELSTEIN: Objection.
12       THE WITNESS: I didn't do it.
13 BY MS. McGRODER:
14 Q. So it wasn't important for your
15 opinions in this case?
16       MR. FINKELSTEIN: Objection.
17       THE WITNESS: It was not
18 important to my opinion in what I've
19 asserted about the FDA alert.
20 BY MS. McGRODER:
21 Q. My question was more general. It was
22 not necessary or important to your opinion
23 to compare the results of the Neurontin
24 controlled clinical data to the findings in
25 the FDA alert, correct?

**Page 641**

1       MR. FINKELSTEIN: Same
2  objection.
3       THE WITNESS: I don't have
4  the data.
5       MS. McGRODER: I didn't ask
6  you if you had the data, Dr. Kruszewski.
7  My question is very simple.
8  BY MS. McGRODER:
9  Q. It was not important to your opinions
10 in this litigation to compare the results of
11 the Neurontin controlled clinical data to
12 the findings in the FDA alert, correct?
13       MR. FINKELSTEIN: Objection.
14       THE WITNESS: It was not
15 important. That is correct.
16       MR. FINKELSTEIN: And I'm
17 not -- you can keep going, but we've been
18 going an hour. So if you want to take a
19 break that's fine. If you don't that's
20 fine. Up to you.
21       THE WITNESS: Let's take two
22 minutes.
23       (A brief recess was taken at
24 this time.)
25 BY MS. McGRODER:

**Page 642**

1  Q. Is it correct, Dr. Kruszewski, that
2  you never asked for the 2006 submission by
3  Pfizer from the FDA containing the
4  controlled clinical data for Neurontin?
5  A. I don't recall asking for that.
6  Q. As you sit here today, you can't tell
7  me you did ask for it, correct?
8  A. That's correct.
9  Q. I'll represent to you, Dr. Kruszewski,
10 that there are 5,194 patients included in
11 that controlled clinical trial data. Okay?
12 A. Yes.
13       MR. FINKELSTEIN: Objection.
14 BY MS. McGRODER:
15 Q. Out of the 27,863 patients on drugs
16 addressed in this alert, the proportion of
17 Neurontin subjects is approximately 19
18 percent. Okay?
19 A. Okay.
20 Q. I'll represent that to you.
21       MR. FINKELSTEIN: I'll renew
22 my objection as to the accuracy of those
23 numbers.
24 BY MS. McGRODER:
25 Q. Assume those to be accurate.

**Page 643**

1  A. Okay.
2  Q. It's true then that the Neurontin
3  data, if you accept my assumption, is 19
4  percent of the data that comprises this
5  meta-analysis, and you never looked at it?
6  Is that true?
7  A. I just want to repeat to make sure I
8  answer the question accurately. Are you
9  saying --
10       MR. FINKELSTEIN: If you
11 don't understand the question, just say
12 you don't it.
13       MS. McGRODER: Do you
14 understand the question?
15       THE WITNESS: Please do it
16 for me one more time.
17       MS. McGRODER: Sure.
18 BY MS. McGRODER:
19 Q. If you assume as I have represented to
20 you that the Neurontin controlled data
21 compromised approximately 19 percent of the
22 data analyzed by the FDA in this
23 meta-analysis then you never looked at 19
24 percent of the data contained in this FDA
25 alert, correct?

18 (Pages 640 to 643)

Confidential

Page 644

1   MR. FINKELSTEIN: Objection
2   as to the accuracy of those numbers.
3   THE WITNESS: Yes.
4   BY MS. McGRODER:
5   Q. Agree that it would not be accurate to
6   say that these eleven drugs are from the
7   same class if the definition of class
8   requires the same mechanisms of action?
9   MR. FINKELSTEIN: Objection
10  as to form.
11  THE WITNESS: I would agree
12  that that would be inaccurate.
13  BY MS. McGRODER:
14  Q. And the same would be true if the
15  definition of class requires the same
16  pharmacologic properties, correct?
17  A. Correct.
18  Q. It's true that not all of these eleven
19  drugs included in the alert have the same
20  pharmacologic properties, right?
21  A. That's correct.
22  Q. Not all of these eleven antiepileptics
23  are distributed in the same way, correct?
24  A. That's correct.
25  Q. Not all are metabolized the same way,

Page 645

1   correct?
2   A. That's correct.
3   Q. Not all are excreted the same way,
4   correct?
5   A. Correct.
6   Q. The FDA is using class here to
7   describe treatment, correct?
8   MR. FINKELSTEIN: Objection.
9   THE WITNESS: Well, without
10  seeing the FDA data, I'm not sure how
11  they're using the word.
12  BY MS. McGRODER:
13  Q. Well, would it be fair to assume that
14  because the FDA refers to these eleven drugs
15  as antiepileptics, that the FDA was using
16  class to describe treatment?
17  MR. FINKELSTEIN: Objection
18  as to what was in the FDA's mind.
19  THE WITNESS: That's my
20  answer. I can't answer that because I
21  don't know what the FDA was thinking.
22  BY MS. McGRODER:
23  Q. And it's your testimony that it
24  wouldn't be fair to assume that?
25  A. That's correct.

Page 646

1   Q. Can you think of any other basis on
2   which the FDA has lumped these eleven drugs
3   together?
4   A. Only to what they stated in their
5   alert, that they're all anticonvulsants.
6   Q. And referred to as all anticonvulsants
7   means they all treat seizures, correct?
8   A. That's correct.
9   Q. It's true that some of the drugs
10  included in this alert are approved for the
11  treatment of bipolar disorder, correct?
12  A. Yes.
13  Q. It's true that some of the drugs in
14  this alert are approved for the treatment of
15  generalized anxiety disorder, correct?
16  A. I don't know the answer to that.
17  Q. Is Neurontin approved for generalized
18  anxiety disorders?
19  A. I do not believe so.
20  Q. Do you know whether any of these
21  eleven antiepileptic drugs are approved for
22  fibromyalgia?
23  A. I believe Pregabalin is approved for
24  fibromyalgia.
25  Q. Neurontin is not approved for

Page 647

1   fibromyalgia, correct?
2   A. Correct.
3   Q. Not all of the eleven antiepileptic
4   drugs as referred to by the FDA in this
5   alert have the same chemical structures, do
6   they?
7   A. They do not.
8   Q. Do they all have different chemical
9   structures?
10  A. They do.
11  Q. Does chemical structure of a drug
12  determine the mechanism of action of the
13  drugs?
14  A. It's one of the things that determine
15  mechanism of action, yes.
16  Q. Would you agree that the different
17  mechanisms of actions for these drugs would
18  mean that the drugs would likely have
19  differences in efficacy for different
20  indications?
21  MR. FINKELSTEIN: Objection.
22  THE WITNESS: Repeat that one
23  more time.
24  BY MS. McGRODER:
25  Q. Sure. Would you agree that different

19 (Pages 644 to 647)

Confidential

**Page 648**

1  mechanisms of action for these eleven drugs
2  would mean the drugs would likely have
3  differences in efficacy for different
4  indications?
5          MR. FINKELSTEIN: Objection.
6          THE WITNESS: The mechanism
7  of action is not necessarily correlated
8  with the efficacy. And the efficacy
9  determines what you are trying to
10 evaluate in a clinical trial. So I can't
11 answer the question.
12         MS. McGRODER: Let me
13 restate.
14         THE WITNESS: I think I
15 understand your answer.
16 BY MS. McGRODER:
17 Q.  Would you agree that the different
18 mechanisms of action for each of these drugs
19 would mean that the drugs would likely have
20 different indications?
21         MR. FINKELSTEIN: Objection.
22         THE WITNESS: Not
23 necessarily. Different drugs with
24 different mechanisms of action can have
25 the same indication.

**Page 649**

1  BY MS. McGRODER:
2  Q.  Do these all have the same indication?
3  A.  No.
4  Q.  If all of these eleven drugs have the
5  same indications, would they be considered
6  more homogeneous?
7  A.  In terms of their -- if they did, and
8  they do not, they would be homogeneous in
9  terms of their approved indications.
10 Q.  Have you studied the different
11 mechanisms of action for each of these
12 eleven drugs?
13         MR. FINKELSTEIN: Objection.
14 Asked and answered.
15         THE WITNESS: No.
16 BY MS. McGRODER:
17 Q.  And you do not dispute that these
18 eleven drugs have diverse mechanism of
19 actions, correct?
20         MR. FINKELSTEIN: Objection.
21 Asked and answered.
22         THE WITNESS: I do not
23 dispute that.
24 BY MS. McGRODER:
25 Q.  Are you aware of the limitations of

**Page 650**

1  conducting a meta-analysis across drugs with
2  differences in mechanism of action?
3          MR. FINKELSTEIN: Objection.
4  Asked and answered.
5          THE WITNESS: Could you
6  repeat that?
7  BY MS. McGRODER:
8  Q.  Are you aware of the limitations of
9  conducting a meta-analysis across drugs with
10 differences in mechanisms of actions?
11 A.  I don't believe that I am.
12 Q.  You didn't think it was important to
13 find that out before relying on this
14 meta-analysis?
15 A.  To find out what?
16 Q.  Whether the differences in mechanism
17 of action can affect the results of a
18 meta-analysis?
19 A.  The best way to answer that is that
20 the mechanisms of action do not necessarily
21 change what happens in a meta-analysis.
22 Meta-analysis depends upon results, safety
23 features, efficacy. And you're asking a
24 question -- you're sort of asking me to say
25 how are these apples and oranges similar,

**Page 651**

1  and I can't answer that.
2  Q.  If a meta-analysis doesn't have
3  homogeneity, are you essentially comparing
4  apples and oranges?
5  A.  The more -- I'm not sure I can answer
6  that one either. I mean, the more
7  homogeneous the populations that you
8  analyze, as I've already stated before, the
9  more reliable the results are in the
10 meta-analysis.
11 Q.  And if there is a high degree of
12 heterogeneity in a meta-analysis, then
13 you're essentially comparing apples and
14 oranges, correct?
15 A.  You could be.
16 Q.  The differences among these drugs in
17 terms of their mechanism of action can
18 affect the reliability of the results of
19 this meta-analysis, correct?
20         MR. FINKELSTEIN: Objection.
21 Asked and answered three times.
22         MS. McGRODER: He didn't
23 answer it.
24         THE WITNESS: My answer -- I
25 believe I have -- is that I can't answer

20 (Pages 648 to 651)