# EXHIBIT B

Page 1

```
 1   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK
 2
 3   - - - - - - - - - - - X
     IN RE:  NEW YORK NEURONTIN            :
 4   PRODUCTS LIABILITY LITIGATION         :
                                           :Case Management.
 5   vs.                                   :Index No. 765000/2006
                                           :Hon. Marcy S. Friedman
 6   THIS DOCUMENT APPLIES TO ALL          :
     CASES                                 :
 7   - - - - - - - - - - - X
 8
 9
10
11        DEPOSITION OF:        CHERYL D. BLUME, PH.D.
12
          DATE:                 February 29, 2008
13
14        TIME:                 12:57 p.m. to 2:52 p.m.
15
          PLACE:                13902 N. Dale Mabry Hwy
16                              Tampa, Florida
17
          BEFORE:               CAROLYN R. LOUDEN, RPR
18                              Notary Public, State of
                                Florida at Large
19
                                Pages 1 - 92
20
21
22
23
24
25
```

Page 6

1  adverse-event data for its analysis, which is reflected
2  in this alert, correct?
3      A. I have no idea of the totality of what they
4  looked at, but they reflect data that they generated
5  from the placebo-controlled trials in this alert.
6      Q. And so my question is, on the face of this
7  alert, there's no evidence, as you sit here today, that
8  the FDA analyzed adverse-event data in order to conduct
9  or perform the analysis that's reflected in this alert,
10  correct?
11      A. I don't know what FDA did. I know that
12  they --
13      Q. Well, I didn't ask you if you knew what FDA
14  did.
15      A. Well, I'm answering your question.
16      Q. I asked you if on the face --
17      A. I don't know.
18          MR. FINKELSTEIN: Just a second.
19          MS. McCRODER: No, no, no. I was asking my
20  question.
21          MR. FINKELSTEIN: No, no. Let's -- so that we
22  get a clean record, just let her finish. She'll
23  let you finish. That's all.
24          THE WITNESS: I don't know how else to answer
25  it. I know that FDA requested many, many different

Page 7

1  types of categories of data from these
2  manufacturers. So I don't know what they've
3  reviewed so far, but this alert is reflecting their
4  analysis of the placebo-controlled studies.
5          MS. McCRODER: Well, object and move to
6  strike.
7  BY MS. McCRODER:
8      Q. My question wasn't: Dr. Blume, do you know
9  what the FDA reviewed? My question was, on the face of
10  this alert, it's clear that the FDA analyzed
11  placebo-controlled studies and not adverse-event data in
12  order to conduct the meta-analysis that is reflected in
13  this alert, correct?
14      A. The meta-analysis appears to be taken from 199
15  placebo-controlled studies.
16      Q. There's no mention in this FDA alert of any
17  analysis of post-marketing data from the AERS database,
18  is there?
19      A. I don't believe so.
20      Q. There's no mention in this alert of FDA
21  analysis of any dechallange or rechallenge adverse-event
22  reports, correct?
23      A. Dechallange and rechallenge data occurred in
24  the placebo-controlled trials.
25      Q. No. That wasn't my question. My question

Page 8

1  was, there's no evidence on the face of this alert that
2  the FDA analyzed dechallange/rechallenge adverse events
3  for purposes of this analysis?
4      A. I don't know what they analyzed. They don't
5  mention the words "dechallange" and "rechallenge" in
6  this report.
7      Q. Correct.
8      A. Whether there were dechallange data as part of
9  the events reported, I don't know.
10      Q. Right.
11      A. But they may well have been.
12      Q. Right. You don't know, do you?
13      A. No. I don't know what FDA did as they
14  conducted their various analyses. No.
15      Q. So as you sit here today, you have no evidence
16  that the FDA analyzed dechallange/rechallenge adverse
17  events for purposes of this analysis as reflected in
18  this alert, correct?
19      A. I have no evidence either way, that they did
20  or they didn't, if there were dechallange/rechallenge
21  events as part of these reports.
22      Q. Would you agree, Dr. Blume, that the -- to the
23  extent a high number of suicide events were reported
24  for, say, one of the drugs included in this FDA alert,
25  it could drive the overall results for the

Page 9

1  meta-analysis?
2          MR. FINKELSTEIN: Objection. You can answer
3  it.
4          THE WITNESS: Would I -- is your question
5  would I agree if one product had a high number of
6  events that that could impact the analysis?
7  BY MS. McCRODER:
8      Q. Yes. That's my question.
9      A. I guess it could. I don't know how FDA
10  corrected for that. I don't know.
11      Q. You can't rule that out? That's a
12  possibility?
13      A. Or in. I don't know what FDA did.
14      Q. Have you read the FDA-approved labeling for
15  all of the 11 antiepileptic drugs referenced in the
16  alert?
17      A. No. I don't know if I did sometime over the
18  years. I believe I have reviewed some of them, but I
19  don't recall.
20      Q. Well, you don't prescribe antiepileptic drugs,
21  correct?
22      A. No. As I told the reporter, I'm a Ph.D.
23      Q. So you don't prescribe drugs at all?
24      A. No. I'm not an M.D.
25      Q. Do you think that you've looked at the

VERITEXT CORPORATE SERVICES (800) 567-8658

Page 14

1    A.  Okay.
2    Q.  How many of those four events are reported in
3  the Neurontin placebo-controlled clinical studies?
4    A.  I have just a vague recollection of the
5  October letter, October 2006 letter, which just was
6  discussed by Pfizer.  If you want to show me a copy of
7  that, I can give you a breakdown of it.
8    Q.  When's the last time you looked at the
9  October 2006 letter?
10    A.  I don't specifically recall.
11    Q.  And you also referenced another letter that
12  you believe you looked at that supports your -- that you
13  believe supports your testimony about the number of
14  suicide adverse events reported for Neurontin in the
15  placebo-controlled trials.  What letter is that?
16       MR. FINKELSTEIN:  I'm not sure what you're
17    referring to.  You mean in her testimony right now?
18       MS. McCRODER:  Yeah, in her testimony right
19    now.
20       THE WITNESS:  If I said that, I don't recall
21    which one it was.
22  BY MS. McCRODER:
23    Q.  Well, are you thinking of more than one letter
24  as relates to the number of suicide adverse events
25  reported in the placebo-controlled studies for

Page 15

1  Neurontin?
2    A.  There have been multiple correspondences sent
3  by Pfizer to the FDA in response to this issue.
4    Q.  When's the last time you looked at any one of
5  those letters?
6    A.  Well, certainly prior to my deposition.
7    Q.  Your deposition today?
8    A.  My deposition, I believe, in November.  And I
9  may have looked at them again sometime prior, after
10  that.  I just don't recall.
11    Q.  Well, did you look at any of them today?
12    A.  I don't -- I don't think so.
13    Q.  You don't know?
14    A.  I may have looked early this morning at the
15  October 2006 one.
16    Q.  You don't know if you looked this morning at a
17  letter?
18    A.  I may have looked at the one this morning, or
19  it may have been prior to today.
20    Q.  Well, did you or didn't you?
21    A.  I don't recall, but I may have.
22    Q.  You don't recall what you looked at this
23  morning?
24    A.  No.
25    Q.  But you looked at something?

Page 16

1    A.  I looked at this.  I reviewed this, and I
2  looked at my declaration.
3    Q.  When you say "this," you're pointing to the
4  FDA alert?
5    A.  Yes.
6    Q.  And your declaration.  What are you referring
7  to?
8    A.  The declaration that the attorneys submitted
9  responding to this.
10    Q.  I'm sorry.  I don't know what you mean.
11    A.  The FDA -- my understanding is that the
12  attorneys submitted a report saying that the -- some of
13  the experts had reviewed this and believed that this
14  supported their opinion.
15    Q.  Okay.  So the supplemental designation that
16  says you plan to rely on the FDA on your --
17    A.  Yes, yes.
18    Q.  And you also looked at correspondence related
19  to the suicide adverse events reported for Neurontin in
20  the placebo-controlled studies?
21    A.  There are several correspondences prepared and
22  reported by Pfizer relating to this topic beginning in
23  2004, and I certainly reviewed those prior to my
24  deposition a couple months ago.  Whether since then and
25  before today I looked at those, again, I don't

Page 17

1  specifically recall, but I do recall that one of them
2  was October 2006.
3    Q.  Well, I didn't ask you about before today.  I
4  asked you about today.  Today did you look at any
5  correspondence --
6    A.  I may have looked at that letter this morning.
7  I don't specifically recall.
8    Q.  Do you agree the 11 drugs identified by the
9  FDA in the alert do not all have the same pharmacologic
10  properties?
11    A.  In what respect?
12    Q.  In the respect of their pharmacologic
13  properties.
14    A.  Are you talking about their non-clinical
15  pharmacologic properties, their clinical pharmacologic
16  properties?  In what respect?
17    Q.  Well, I actually was talking about their
18  clinical pharmacologic properties, the way they are
19  distributed in the body, excreted, metabolized.
20    A.  Well, of course, different chemicals are
21  metabolized in different ways.  It's dependent on the
22  individual ingredient.  Yes.  I would agree that they
23  are metabolized differently.
24    Q.  And so do you agree that they have different
25  pharmacologic properties?

Page 18

1  A. Yes. They have different -- well, it's a
2  pharmacokinetic property, but I will agree that
3  individual ingredients have different pharmacokinetic
4  properties.
5  Q. For these 11 antiepileptic drugs?
6  A. For any drugs.
7  Q. Do you agree that these 11 antiepileptic drugs
8  have differing -- or differences in their mechanisms of
9  action?
10  A. They may have differences among -- in the --
11  they may in the extent of different pharmacologic
12  properties.
13  Q. Can you identify for me any peer-reviewed
14  literature in a medical or scientific journal stating
15  that you can combine data for drugs with different
16  pharmacologic properties and different mechanisms of
17  action to determine whether a single one of those drugs
18  can cause an adverse event?
19  A. No.
20  Q. Are you aware of the limitations of conducting
21  a meta-analysis of studies involving drugs that do not
22  have the identical or same mechanisms of action?
23  A. I don't -- no. I have no idea what -- upon
24  what limitations FDA based their meta-analysis. I don't
25  know what they did to adjust for that, if anything. I

Page 19

1  don't know. I mean, the FDA spent years reviewing this
2  data, but I do not know the specifics upon which they
3  developed their analyses. I defer to the FDA.
4  Q. You agree there are limitations in conducting
5  meta-analyses?
6  A. I don't know if there were in this dataset. I
7  don't know.
8  Q. In general. I'm not asking you on this
9  dataset. I'm asking you generally.
10  Do you agree there are limitations in
11  conducting meta-analyses?
12  A. Certainly there are different approaches using
13  meta-analysis than there are placebo-controlled trials.
14  I will agree to that, but I know that the information
15  that are obtained -- data and information obtained from
16  that analysis are extremely valuable, because it allows
17  one to access large amounts of data.
18  Q. That wasn't my question. My question was --
19  A. But that's the best way I can answer it.
20  Q. Well, you need to let me ask my question. You
21  need to answer the question I ask.
22  My question is, are you aware that there are
23  limitations in conducting meta-analyses?
24  A. And I will answer you that I'm aware there are
25  limitations and advantages to all types of analyses --

Page 20

1  Q. Okay.
2  A. -- including meta-analyses. But I don't know,
3  again, the way in which FDA handled any perceived
4  strengths or limitations associated with these analyses.
5  Q. And you don't know that because the FDA hasn't
6  told us that, correct?
7  A. That is correct. I do not know what FDA has
8  done yet.
9  Q. So possibly there are limitations in the way
10  the FDA conducted this meta-analyses, and you just don't
11  know them?
12  A. I don't know. I mean, the FDA employs
13  phenomenal biostatisticians and epidemiologists. I
14  would assume that they would have taken those into
15  consideration before they published an alert.
16  Q. Well, regardless of how phenomenal your
17  biostatisticians are, meta-analyses, just as a matter of
18  science, have limitations like any other study, as you
19  just said. Agree?
20  A. All types of studies have limitations and
21  strengths.
22  Q. Right. And so even if the FDA employs the
23  world's foremost biostatisticians, that won't change the
24  fact that its meta-analyses may indeed have limitations
25  of which you are unaware, correct?

Page 21

1  A. Or strengths. I don't know. I don't know the
2  data they used or the methods for analyzing it.
3  Q. Okay. But you need to answer my question.
4  You can talk about strengths, if you want to, after you
5  answer my question about limitations.
6  MS. McCRODER: Can you read back my question?
7  (The court reporter read back.)
8  BY MS. McCRODER:
9  Q. Is that correct?
10  A. Correct. All analyses have strengths and
11  limitations.
12  Q. Should a meta-analysis be carefully planned
13  with a detailed protocol prepared in advance?
14  A. I believe that's the way they're generally
15  done.
16  Q. And you haven't seen, nor do you know, of
17  whether the FDA had a detailed protocol for its analysis
18  as reflected in this alert, correct?
19  A. I do not know what FDA has done.
20  Q. You also don't know really anything about the
21  study design that would be described in that protocol,
22  because you don't have the protocol, correct?
23  A. Correct. I do not have the protocol.
24  Q. You don't know the characteristics of the
25  patients from each of the 199 placebo-controlled studies

Page 30

1  groups, and the results were consistent among the drugs
2  and were seen in all of the demographic subgroups.
3      Q. Are you -- are you paraphrasing?
4      A. No. I read it to you directly, both
5  sentences.
6      Q. Oh, I'm on the wrong page. Thank you.
7          Is your testimony, Dr. Blume, that consistency
8  among demographic subgroups is the same as FDA assessing
9  the heterogeneity of the underlying studies?
10     A. Well, I don't believe that's what I said. I
11 said I did not even see the word "heterogeneity" in
12 here.
13     Q. Right.
14     A. But among the factors contributing to
15 heterogeneity, of course, is different demographics and
16 different ages. And I simply noted that while I didn't
17 see the term "heterogeneity," I did note that FDA made a
18 couple of mentions relating to demographic subgroups and
19 ages.
20     Q. Okay. Did the FDA apply a random-effects
21 model to determine the extent of differences among the
22 clinical trials included in the study?
23     A. I have -- I don't know what FDA did.
24     Q. And is there any evidence that you're aware of
25 that the FDA employed a fixed-effects model to determine

Page 31

1  the heterogeneity in the analysis?
2      A. I don't know what the FDA did, as far as their
3  model selections.
4      Q. And is there any evidence of which you're
5  aware that the FDA conducted a meta-regression in order
6  to look at heterogeneity in the study?
7      A. Yes. I don't know if they conducted a
8  meta-regression. I don't know.
9      Q. Have you yourself done any assessment or
10 evaluation of the FDA's methodology in conducting this
11 meta-analysis?
12     A. I wouldn't be able to, because FDA hasn't
13 released the data relating to the details of their
14 analysis yet.
15     Q. So you would need the data in order to do
16 that, correct?
17     A. Well, I would think we would need information
18 to be provided to biostatisticians to be able to do
19 that.
20     Q. Well, not that you'd be able to do it, but
21 just that, in general, in order for us to understand the
22 methodology, we would need the data, correct?
23     A. Well, in order to address the methodology, we
24 would need the methodology. Correct.
25     Q. Would the methodology be in the protocol?

Page 32

1      A. I would imagine it would be addressed in the
2  protocol.
3      Q. Is it fair to say, Dr. Blume, for purposes of
4  your expert opinions in this litigation, you're relying
5  on this FDA alert at face value?
6      A. Yes. I'm relying on the FDA's analyses of the
7  data from the 199 studies conducted over the last couple
8  of years, their analyses in coming to the conclusions
9  that they came to.
10     Q. And you really haven't done anything yourself
11 to analyze whether you agree with their methods or agree
12 with their analysis, correct?
13     A. Well, I cannot do that, because FDA has not
14 released any of that information so that anyone could do
15 that, but I am relying upon the data that the FDA has
16 published to date.
17     Q. Have you asked the FDA for that information?
18     A. I have not talked to the FDA specifically
19 about Neurontin. No.
20     Q. Have you submitted a FOIA request for that
21 information?
22     A. I have not.
23     Q. Did you compare the results of the Neurontin
24 controlled clinical data to the findings in the FDA
25 alert?

Page 33

1      A. FDA does not break out their analyses by
2  individual drugs.
3      Q. Well, that wasn't what I asked you, really.
4      A. I know, but really how could I answer the
5  question? If FDA didn't break it out by the individual
6  drugs, how could I compare my analyses with FDA's
7  analyses of Neurontin?
8      Q. No, no. I'm sorry. I think you misunderstood
9  my question.
10         My question is, I mean, you know what the
11 controlled study data for Neurontin say, correct,
12 because you read it in the letters to the FDA? Right?
13     A. Yes.
14     Q. Did you compare the information or the data
15 regarding the Neurontin placebo-controlled studies to
16 the overall outcome reflected in this alert?
17     A. Overall?
18     Q. Right.
19     A. Not the individual drugs?
20     Q. Right.
21     A. Well, all I've really done is read this alert,
22 but I am familiar with the data in the 199 trial
23 summaries provided by Pfizer.
24     Q. Oh, I understand your answer, I think.
25         So you didn't -- you didn't sit down and get