# EXHIBIT C

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2                  CA No.  04-10981-PBS

 3

 4   IN RE:
     NEURONTIN MARKETING, SALES     :   Deposition of:
 5   PRACTICES AND PRODUCTS         :
     LIABILITY LITIGATION SALES     :   MICHAEL TRIMBLE
 6   PRACTICES LITIGATION           :
     ------------------------------

 7

 8

 9

10           TRANSCRIPT of testimony as taken by and

11   before PATRICIA A. SANDS, a Shorthand Reporter

12   and Notary Public of the States of New York and

13   New Jersey, at the offices of Lanier Law Firm,

14   126 East 56th Street, New York, New York, on

15   Thursday, February 27, 2008, commencing at 4:43

16   in the afternoon.

17

18

19        REPORTING SERVICES ARRANGED THROUGH:
          VERITEXT/NEW JERSEY REPORTING COMPANY
20             25B Vreeland Road, Suite 301
             Florham Park, New Jersey 07932
21     Phone: (973) 410-4040    Fax: (973) 410-1313

22

23

24

25
```

Page 34

1  A   All right, okay.
2  Q   My question was about the court.
3  A   Right.
4  Q   And, so, is your answer you don't
5  know --
6  A   I do not know --
7  Q   You do not know that the plaintiffs'
8  lawyers in this litigation have told the court
9  they don't dispute that the Neurontin specific
10 data don't demonstrate an increased risk of
11 suicide?
12     MR. FINKELSTEIN: Objection.
13     THE WITNESS: I don't know what the
14     lawyers in this case from either side have
15     told the courts. I don't have access to
16     that kind of information.
17 BY MS. McGRODER:
18 Q   Mr. Finkelstein never had a
19 conversation with you about that?
20 A   No.
21 Q   When you read the alert, what did it
22 tell you about Neurontin that you did not know
23 when you wrote your report?
24     And I'm not talking about AEDs generally,
25 or antiepileptic drugs generally. I'm talking

Page 35

1  about Neurontin.
2     What did the alert tell you about
3  Neurontin that you did not know when you wrote
4  your report?
5  A   The -- it's epidemiological data,
6  based upon a large number of cases which was
7  not available to me when I wrote my report.
8  Q   And the large number of cases to
9  which you refer, as referenced in the alert, do
10 not all deal with Neurontin; correct?
11 A   That's correct.
12 Q   They deal with ten other
13 antiepileptic drugs, as well; correct?
14 A   That's correct.
15 Q   So setting aside those ten other
16 antiepileptic drugs, does that alert tell you
17 anything specifically about Neurontin that you
18 did not know when you wrote your report?
19 A   Not specifically about Neurontin, no.
20 Q   Does the FDA alert address your
21 theory for the mechanism by which you believe
22 Neurontin causes suicide events?
23 A   I think this FDA alert vindicates the
24 scientific approach that I have taken to this
25 matter.

Page 36

1  Q   And --
2  A   And the conclusions that the FDA come
3  to are of no surprise to me at all.
4  Q   And when you say the FDA alert
5  indicates the scientific --
6  A   Vindicates.
7  Q   Oh, vindicates.
8  A   Vindicates.
9  Q   I'm sorry, I misunderstood you.
10 A   Yeah, vindicates.
11 Q   So your testimony is the FDA alert
12 vindicates the scientific approach you took?
13 A   Yes.
14 Q   Does the FDA alert say anything about
15 your mechanistic theory for how Neurontin
16 causes suicide?
17 A   This FDA alert does not attend to
18 mechanism.
19 Q   And so the answer to my question is
20 no?
21 A   No.
22 Q   Yes, the answer to my question is no?
23 I'm sorry, that's unclear.
24 A   It does not attend to mechanism.
25 Q   Right.

Page 37

1     MR. FINKELSTEIN: Repeat the
2     question.
3  BY MS. McGRODER:
4  Q   So in other words, the FDA alert does
5  not address your mechanistic theory, it doesn't
6  confirm that; correct?
7  A   It doesn't discuss mechanistic
8  theory.
9  Q   And it --
10 A   The answer is no, it doesn't discuss
11 that.
12 Q   And it doesn't confirm your
13 mechanistic theory; does it?
14 A   No, there's nothing in here about the
15 mechanistic theory.
16 Q   The FDA alert analyzes placebo
17 controlled data from eleven different
18 antiepileptic drugs; is that correct?
19 A   That's correct.
20 Q   The eleven drugs that it analyzes all
21 have disparate mechanisms of action; would you
22 agree?
23 A   I believe that's -- well, no, I can't
24 agree with that in an overall proposition.
25 They all, in some way, are antiepileptic. But

Page 38

1  they are obviously different chemical
2  compounds, but some of them act on the same
3  mechanisms within the brain. That's why they
4  are antiepileptic.
5      So by and large that's correct, but there
6  is a similarity of underlying chemical effects
7  for a number of these drugs.
8      Q   Okay, and the similarity to which you
9  are referring, are you -- I just want to make
10 sure I understand you -- are referring to the
11 similarity in the way that they all treat
12 epilepsy?
13     A   Affect brain chemicals to increase
14 inhibition in the brain to treat epilepsy,
15 correct.
16     Q   And you're not saying or suggesting
17 by that statement that they all have the same
18 mechanism of action; are you?
19     A   They do not.
20     Q   You testified previously in this
21 litigation, Professor Trimble, that the
22 controlled clinical trial data for Neurontin,
23 which were sent to the FDA for its alert, or
24 part of its analysis, that those data were not
25 relevant to your opinions; do you recall that

Page 39

1  testimony?
2      MR. FINKELSTEIN: Objection.
3      THE WITNESS: Are we talking about
4    this document again now?
5  BY MS. McGRODER:
6      Q   No, I'm just asking you about your
7  testimony.
8      A   Okay.
9      Q   Listen to my question.
10     A   Yeah.
11     Q   You testified previously in this
12 litigation that the controlled clinical trial
13 data for Neurontin were not relevant to your
14 opinions; do you recall that testimony?
15     MR. FINKELSTEIN: Objection.
16     THE WITNESS: I am not prepared to
17   answer that question, because I have not
18   looked at my deposition specifically for
19   the purpose of this meeting.
20 BY MS. McGRODER:
21     Q   Okay. So you just don't know, as you
22 sit here today whether that's a fact or not?
23     A   Well, how I expressed it and what
24 followed after it, and what is the question was
25 that was leading up to it. But I was not asked

Page 40

1  to prepare for this meeting to go over my last
2  deposition.
3      Q   Do you know what percentage of the
4  data the FDA analyzed was comprised of data for
5  Neurontin?
6      A   No.
7      Q   I'm going to represent to you that it
8  was 19 percent of the data, or approximately
9  19 percent of the dataset that the FDA
10 analyzed. Okay?
11     MR. FINKELSTEIN: Objection.
12     THE WITNESS: I have no idea.
13 BY MS. McGRODER:
14     Q   Well, I want you to assume that it
15 was. Can you assume that for purposes of the
16 question?
17     A   No.
18     Q   You won't assume it?
19     A   No.
20     Q   All right.
21     A   With due respect, I'm a scientist.
22 I'm being asked a scientific question, and I'm
23 not prepared to answer it on hearsay.
24     Q   My question is not really a
25 scientific question. I just want you to --

Page 41

1  it's a hypothetical, and I want you to make the
2  assumption.
3      And under the rules, the Civil Rules of
4  Procedure in America, you have to accept my
5  assumption and answer the question, okay.
6      Do you understand that?
7      A   You can ask the question, I might not
8  be able to answer it.
9      Q   Well, if you can answer it, you have
10 to try, okay.
11     So I want you to assume that the Neurontin
12 data comprised about 19 percent of the data the
13 FDA looked at in its analysis, okay?
14     MR. FINKELSTEIN: Objection.
15     THE WITNESS: Let me just get
16   there -- 19 percent, that's one fifth.
17   One fifth of all of these cases was
18   Neurontin.
19 BY MS. McGRODER:
20     Q   And the way that you would figure
21 that out, Professor Trimble, is you know that
22 5,194 patients took Gabapentin in the placebo
23 controlled trials, and the complete numbers of
24 drug treated patients analyzed by the FDA was
25 27,863.

11 (Pages 38 to 41)

Page 42

1   A   Okay.
2   Q   And so I'm going to represent to you
3   that looking at the drug treatment group, the
4   Neurontin data comprise approximately
5   19 percent.
6   A   Okay.
7   Q   I think the precise number is 18.6;
8   okay.
9   A   Okay.
10  Q   Do you know what happens to the
11  incidence for the suicide events addressed by
12  the FDA in the alert if you exclude the
13  Neurontin data?
14  A   No.
15  Q   You didn't endeavor to calculate
16  that?
17  A   I did not.
18  Q   Do you know how you would calculate
19  it?
20  A   No.
21  Q   You haven't given that any thought?
22  A   No.
23  Q   Would you expect that the incidence
24  would increase if the Neurontin data was
25  excluded?

Page 43

1   A   I don't know.
2   Q   Would that --
3   A   I just haven't thought about it, and
4   I'm not prepared to think about it now.
5   Q   What about the relative risk, would
6   you expect that the relative risk would go up
7   if the Neurontin data were excluded?
8   A   I don't know.
9   Q   Okay, we'll come back to that.
10      MR. FINKELSTEIN:  Did you get his
11      answer?
12  A   I just don't know.
13  Q   You have not reviewed the data for
14  all eleven of the drugs referenced in the
15  alert; correct?
16      MR. FINKELSTEIN:  The data that was
17      submitted to the FDA?
18      MS. McGRODER:  Right.
19  A   No.
20  Q   And at the time of your prior
21  deposition in this litigation, you had not
22  reviewed all of the placebo controlled clinical
23  data for Neurontin; correct?
24  A   In my deposition?
25  Q   The last time you gave a deposition

Page 44

1   in this case, you had not reviewed all of the
2   placebo controlled study data for Neurontin;
3   correct?
4   A   I'm not certain.  I mean, when I did
5   my report, I read a huge amount of data.  So I
6   can't, I just I don't know -- I don't know the
7   answer to that question.
8       I mean, whether I looked at it at all, I
9   don't know, but I saw a lot of internal company
10  documents and things.
11  Q   Okay.
12  A   Which were summarizing things, but,
13  but I do not know whether I have reviewed it
14  all.
15  Q   As you sit here today, have you ever
16  reviewed all of the placebo controlled clinical
17  trial data from Neurontin that were submitted
18  to the FDA?
19  A   No.
20  Q   Can you identify the incidence of
21  suicidal behavior or thinking with respect to
22  any one of the drugs analyzed by the FDA?
23  A   I'm only prepared to answer on this
24  document.  And the FDA have not broken it
25  down --

Page 45

1   Q   So the answer is --
2   A   -- so I can't give you any answer to
3   that.
4   Q   So the answer is you don't know?
5   A   I don't know.
6   Q   And so the answer is, you can't
7   identify the incidence of suicide behavior or
8   thinking respect to any one of the drugs
9   mentioned in the FDA alert; correct?
10  A   There is nothing in the FDA alert to
11  comment on that, except the FDA says that the
12  risk is shared by all AEDs.  And I have to
13  accept that as a statement from the FDA.
14  Q   That's not what I asked you,
15  Professor Trimble.  I'm sorry.  Listen to my
16  question.
17      And my question is:  As you sit here
18  today, can you identify the incidence of
19  suicide behavior or thinking with respect to
20  any one of the eleven drugs identified in the
21  FDA alert?
22  A   That is not in the FDA alert.
23  Q   So the answer is no, you cannot?
24  A   The answer is no.
25  Q   Do you agree that if any one or two

Page 46

1  of the drugs identified in the alert had a high
2  number of suicide events, the incidence
3  reported for those drugs could drive the
4  overall increased risk identified by the FDA in
5  the alert?
6          MR. FINKELSTEIN: Objection.
7          THE WITNESS: That's a possible case.
8  BY MS. McGRODER:
9     Q  You can't rule that out; right?
10    A  I can't rule that out.
11    Q  Does chemical structure -- just so we
12 are on the same page -- determine the mechanism
13 of action of these drugs?
14    A  We're going beyond this.
15    Q  You know what, if we do go beyond it,
16 Professor Trimble, your lawyer sitting here
17 will tell me that. You just need to answer the
18 questions I ask.
19    A  It's a very complicated question
20 where the chemical structure in a
21 laboratory dish reflects directly on chemical
22 action in the brain.
23    Q  That's wasn't my question.
24    A  Chemical -- well, you said does
25 chemical -- well, ask the question again.

Page 47

1     Q  Yes. Does chemical structure
2  determine the mechanism of action of a drug?
3          MR. FINKELSTEIN: Don't answer it.
4          THE WITNESS: Can we just take a
5      break and get a cup of tea? Is that right
6      all right with you?
7          MS. McGRODER: That's fine by me.
8          (Recess.)
9          MS. McGRODER: Can you read that
10     back.
11         (The pending question was read back
12     by the reporter.)
13         MR. FINKELSTEIN: And I said don't
14     answer it.
15         MS. McGRODER: And that's where we
16     left off.
17 BY MS. McGRODER:
18    Q  Professor Trimble, does the fact that
19 the Neurontin controlled study data analyzed by
20 the FDA show zero suicides and zero suicide
21 attempts, does that have any effect on your
22 reliance on the FDA alert?
23    A  The FDA alert does not state that.
24         MS. McGRODER: Okay, and I object and
25     move to strike as nonresponsive.

Page 48

1  BY MS. McGRODER:
2     Q  My question to you is: Does the fact
3  that the placebo controlled data for Neurontin
4  submitted to the FDA --
5     A  Oh, submitted to the FDA, I am sorry.
6  I thought you were talking about this document.
7     Q  Does the fact that the placebo
8  controlled data for Neurontin for the FDA, that
9  data shows zero suicides and zero suicide
10 attempts, does that have any impact on your
11 reliance on the FDA alert?
12    A  I have already made my comments on
13 these data, so I'm unable to comment on whether
14 or not these data have influenced the FDA
15 alert. Directly.
16    Q  And when you say "these data," you're
17 referring to Exhibit 2, the placebo
18 controlled --
19    A  Yes.
20    Q  -- data specific to Neurontin that
21 was submitted to the FDA?
22    A  That's correct, yes.
23    Q  I'm not sure I understand your answer
24 and I don't be to belabor it. My question is
25 simple.

Page 49

1       Does the fact that the Neurontin specific
2  data analyzed by the FDA shows zero suicides
3  and zero suicide events, does that influence or
4  have any impact at all on your reliance on the
5  FDA alert for the purposes of your opinion in
6  this case?
7     A  I do not know what data the FDA used
8  to analyze these reports, which reports they
9  used to analyze to bring out these data. I do
10 not know that.
11    Q  You don't know that for the ten other
12 drugs, but you do know it for the Neurontin
13 specific data, because it's right here;
14 correct?
15    A  If this is correct. I would, I have
16 no knowledge as to whether these data are
17 exactly what the FDA used. I just don't know
18 what the FDA used, I'm not a party to that.
19        MR. FINKELSTEIN: I just want the
20    record to be clear: When he says "these
21    data", he's referencing Exhibit 2 and then
22    back to Exhibit 1.
23        THE WITNESS: Yes.
24 BY MS. McGRODER:
25    Q  So it's not your understanding that

13 (Pages 46 to 49)

Page 58

1  And I'm not prepared to go beyond what I was
2  asked to come here to do.
3       MS. McGRODER: Okay, object and move
4     to strike.
5  BY MS. McGRODER:
6     Q  Will you agree with me, Professor
7  Trimble, that the mechanism of action for
8  Carbamazpine is not identical to the mechanism
9  of action for Felbatol?
10    A  That's correct.
11    Q  Will you agree with me that the
12 mechanism of action for Lamotrigine is not the
13 same as the mechanism of action for Felbatol or
14 Carbamazpine?
15    A  No.
16    Q  You won't agree with that one?
17    A  No.
18    Q  Will you agree with me that the
19 mechanism of action for Keppra is not the same
20 as the mechanism for action for Lamtical?
21    A  Can we stick, please, to the chemical
22 names.
23    Q  Will you agree with me that the
24 mechanism of action for Levet --
25    A  Levetiracetam.

Page 59

1     Q  -- Levetiracetam is not identical to
2  the mechanism of action of Lamtical?
3     A  Correct.
4     Q  Will you agree with me that the
5  mechanism of action of Tiagabine is not the
6  same as the mechanism of action of
7  Levetiracetam?
8     A  Correct.
9     Q  Will you agree with me that the
10 mechanism of action of Topiramate is not
11 identical to the mechanisms of action for
12 Tiagabine, Levetiracetam, Lamotrigine,
13 Felbamate, and Tegretol?
14    A  This is where you, I'm afraid are
15 getting into very difficult mortar. And there
16 is a crossover of mechanisms of action between
17 Topiramate and a number of the other drugs that
18 you've asked for.
19    Q  Okay, will you --
20    A  And it's just, you know, to put a
21 question like that is scientifically not
22 possible to answer.
23    Q  Okay. Will you agree with me that
24 the mechanisms for these eleven drugs, as
25 identified in the FDA alert, are not identical?

Page 60

1       MR. FINKELSTEIN: Objection.
2       Asked and answered.
3       THE WITNESS: They are not identical
4    in their chemical effects.
5  BY MS. McGRODER:
6     Q  Okay. And will you agree with me
7  that they are not the same in their chemical
8  effects either?
9     A  That's a difficult point.
10    Epileptologists are looking for a holy
11 grail, some basic underlying mechanism that is
12 antiseizure, that will explain the effects of
13 these antiepileptic drugs.
14    In other words, I could point to you --
15 and I'm not prepared to do it, other than
16 saying this as a statement -- there are several
17 of these drugs that have an underlying basic
18 mechanism that is probably central to the
19 antiepileptic effect. In the same way that
20 there is an underlying chemical principle that
21 probably relates to the development of
22 treatment emergent side effects.
23    Q  Do all of the antiepileptics included
24 in the FDA alert bind at the alpha(2)delta
25 site?

Page 61

1     A  I have no idea. They have not been
2  tested is the answer.
3     Q  You won't dispute that the eleven
4  antiepileptic drugs in the alert have diverse
5  mechanisms of action; will you?
6       MR. FINKELSTEIN: Asked and answered,
7     three times now.
8       THE WITNESS: Yes.
9  BY MS. McGRODER:
10    Q  You agree they do have diverse
11 mechanisms of action?
12    A  Yes, yes.
13    Q  Do you also agree that the eleven
14 drugs identified in the alert have diverse
15 treatment effects?
16    A  Yes.
17    Q  Do they have differences in their
18 indicated uses?
19    A  Yes.
20    Q  Do they have differences in their
21 pharmacologic properties?
22    A  Please define "pharmacologic."
23    Q  In the way that they are distributed
24 in the body, metabolized, excreted.
25    A  Yes.

Page 94

1  found no increased risk; correct?
2    A   It's possible.
3    Q   As you sit here today, can you tell
4  me how many individual drugs out of these
5  eleven showed no increased risk?
6    A   That's not in the data.
7    Q   So you can't tell me that; can you?
8    A   It's not --
9    Q   So you can't tell me that; can you?
10   A   Could you repeat the question?
11   Q   Can you tell me how many of the
12 individual drugs out of these eleven showed no
13 increased risk for suicide events?
14   A   I can.
15   Q   You can tell me which of these eleven
16 drugs showed no increased risk of suicide?
17   A   I can answer it the other way around.
18 Ask your question again.
19   Q   As you sit here today, Professor
20 Trimble, can you tell me how many individual
21 drugs out of these eleven showed no increased
22 risk of suicide events?
23   A   The FDA makes it clear that they:
24 "Expect an increased risk of suicidality to be
25 shared by all AEDs, and anticipates the class

Page 95

1  labeling changes will be applied broadly."
2      So the FDA have made a very clear
3  statement here.
4    Q   And where are you reading from,
5  Professor Trimble?
6    A   Well, it's almost the last paragraph.
7    Q   Okay.
8    A   But to answer your question, the FDA
9  have made it clear that their supposition
10 there, the data they have, applies across the
11 group as a whole.
12   Q   And so your testimony is today, you
13 know that every --
14     Strike that.
15     Your testimony is that because the FDA
16 made this statement in the alert, that
17 increased risk of suicidality is shared by all
18 AEDs, you know for certain that there is no AED
19 on this list which did not show an increased
20 risk?
21   A   My belief is that the FDA does not
22 make statements without considering them very
23 carefully. And they have had expert
24 statistical advice, well beyond that which I
25 would be able to obtain, and most researchers,

Page 96

1  and they have analyzed a very large number of
2  cases.
3      So I accept the FDA's opinion. Who am I
4  to argue with the FDA.
5      MS. McGRODER:  Object and move to
6    strike.
7  BY MS. McGRODER:
8    Q   As you sit here today, you don't
9  know, do you, Professor Trimble, whether one or
10 more of those drugs don't show an increased
11 risk of suicide?
12   A   I know what the FDA says. And the
13 FDA says that this is shared by all AEDs;
14 therefore, my knowledge at this present time,
15 is that the FDA believes this is shared by all
16 of these drugs. And, therefore, I will and
17 accept what the FDA say.
18     And in the context, therefore, of knowing,
19 I know what the FDA are saying to me, and
20 saying to all other experts in this field. Or
21 prescribers in this field.
22   Q   Is your testimony then, Professor
23 Trimble, that every drug on this list --
24     Strike that.
25     Is your testimony that no drug on this

Page 97

1  list shows no increased risk for suicide?
2    A   Please do not put it in a double
3  negative.
4    Q   You don't understand my question?
5    A   Would you please put it in a more
6  formal manner, but not a double negative.
7    Q   Do you not understand my question?
8    A   Well, you said no drug shows no --
9    Q   Increased risk?
10   A   No increased risk. The FDA has made
11 it clear that this is -- increased risk is
12 shared by all AEDs.
13     So the knowledge that I have is that this
14 is shared with all the AEDs.
15   Q   And it's your interpretation of that
16 language that every drug included in this
17 analysis shows an increased risk of suicide;
18 each one does individually?
19   A   That's what the FDA have said.
20   Q   Show me where the FDA has said each
21 drug in the analysis shows an increased risk of
22 suicide?
23   A   The FDA make it clear:
24 "Taking antiepileptic medications may
25 increase the risk of having suicidal thoughts

25 (Pages 94 to 97)

Page 102

1 increased risk of suicide? Is that your
2 testimony?
3  A   The FDA appears to think that is the
4 case.
5  Q   And FDA appears to think that is case
6 not on the basis of reviewing that data;
7 correct?
8  A   I don't know what other drugs they've
9 analyzed.
10  Q   You don't; do you?
11  A   No.
12  Q   You don't have any evidence, as you
13 sit here today, that the FDA analyzed any drugs
14 other than the eleven on that list; do you?
15  A   I do not.
16  Q   To your knowledge, did the FDA have a
17 protocol that governed its meta-analyis of
18 these eleven drugs?
19  A   I don't know.
20  Q   Are you aware of the study design the
21 FDA used to analysis these eleven drugs?
22  A   No.
23  Q   Do you know how the subjects were
24 randomized to treatment groups in the 199
25 placebo controlled trials that comprised this

Page 103

1 meta-analysis?
2  A   Do I know how they were randomized?
3  Q   Yes.
4  A   No.
5  Q   Would you expect differences between
6 the placebo controlled studies, in terms of how
7 subjects were randomized?
8  A   I can't answer that. I would expect
9 differences, because studies done in different
10 countries or in different centers may choose
11 different methods of randomization.
12  Q   Do you know how low-dose placebo and
13 active placebo subjects were classified for
14 this analysis by the FDA?
15  A   No.
16  Q   Do you know how many different
17 approved indications are covered by these
18 eleven drugs?
19  A   No.
20  Q   Do you know how many of the eleven
21 drugs were analyzed by the FDA have black box
22 warnings associated with their use?
23  A   No.
24  Q   Do you know how many of the eleven
25 drugs that the FDA did analyze, how many

Page 104

1 require a signed consent form before use?
2  A   I am not familiar with the --
3  Q   With the concept?
4  A   Yeah, the concept.
5  Q   Do you know how many of the eleven
6 antiepileptic drugs the FDA evaluated are
7 contraindicated in certain patients?
8  A   I am not sure what the term
9 "contraindicated" would mean in, in your
10 context.
11  Q   You don't know what "contraindicated"
12 means?
13  A   Well --
14      MR. FINKELSTEIN: He said in your
15  context.
16  A   In your context. I mean, some of
17 these drugs you wouldn't use in the very young
18 or in the very elderly. Some of them you
19 wouldn't use in people with renal failure. I
20 mean --
21  Q   And then there is some you could?
22  A   Yes, but the indications for the
23 drugs, to some extent, relates to the
24 pharmacology of them and how they are excreted,
25 and things like that, so, but they do differ.

Page 105

1  Q   Do you know how many of the eleven
2 drugs are considered first line treatment for
3 epilepsy?
4  A   I do, but it depends on the country
5 that you're prescribing in.
6  Q   Well, let's talk about the United
7 States, since that's where we are.
8  A   I'm not prepared to answer that
9 question.
10  Q   Do you know how many of the eleven
11 drugs are approved for monotherapy?
12      MR. FINKELSTEIN: In the United
13  States?
14 BY MS. McGRODER:
15  Q   In the United States?
16  A   No.
17  Q   Would you agree that all eleven of
18 these drugs do not have the same risk benefit
19 profile?
20  A   They do not.
21  Q   So you would agree?
22  A   I agree.
23  Q   Have you conducted a review of
24 literature on the limitations of meta-analyses?
25  A   No.

27 (Pages 102 to 105)

Page 110

1  Q  You don't know if the FDA did any
2  type of analysis on the different outcomes in
3  the various clinical trials; correct?
4  A  What do you mean -- you mean
5  therapeutic outcome?
6  Q  Yes.
7  A  Or side effect?
8  Q  Either.
9  A  Well, they obviously looked at the
10 key index was suicidality.
11 Q  Okay, so apart from that?
12 A  I have no information as to how else
13 they analyzed these data.
14 Q  Okay. All right, you do not know if
15 the FDA did any type of analysis on differences
16 in sample sizes of the clinical studies
17 included; correct?
18 A  Correct.
19 Q  Have you ever heard of weighting
20 studies in a pooled analysis?
21 A  No.
22 Q  Have you ever heard of a sensitivity
23 analysis to determine whether the effects found
24 in a meta-analysis are reliable?
25 A  I've heard of the term "sensitivity

Page 111

1  analysis," but I do not know what it has to do
2  with this current paper.
3  Q  You don't know if the FDA did any
4  type of analysis or considered differences in
5  the quality of the clinical studies included in
6  the meta-analysis; correct?
7  A  Correct.
8  Q  You do not know if the FDA did any
9  assessment for methodologic heterogeneity;
10 correct?
11 A  No.
12 Q  You don't believe that all the data
13 included in this analysis are homogenous data;
14 do you?
15 A  They are clearly not.
16 Q  Are you aware whether the -- are you
17 aware whether a high degree of heterogeneity in
18 a meta-analysis can affect the reliability of
19 the results?
20 A  I'm not a statistician, and I can't
21 answer you that question.
22 Q  Do you think you need to be a
23 statistician to know the answer to that
24 question?
25 A  Yes.

Page 112

1  Q  Is there any evidence that you are
2  aware of at all that the FDA applied any
3  technique to asses heterogeneity in this
4  meta-analysis?
5  A  I don't know.
6  Q  Have you, yourself, done any
7  assessment of the FDA's methodology in
8  conducting this meta-analyis?
9  A  No.
10 Q  Why not?
11 A  Because I'm not a statistician, and
12 meta-analysis is a highly complex statistical
13 analysis, which is very controversial and it's
14 an area which is for statisticians and not
15 for -- I'm not a statistician, and basically,
16 it is a statistical matter to discuss
17 complexities of meta-analysis.
18 Q  And you said that meta-analysis is an
19 area that is highly controversial; correct?
20 A  For a statistician, there are various
21 forms of meta-analysis. And if somebody would
22 say maybe one is better, somebody maybe would
23 say maybe another is better. The FDA have
24 access to highly trained, highly skilled
25 statisticians. And I'm not in a position, as a

Page 113

1  clinician and a basic scientist,
2  neuroscientist, to argue with the statistical
3  advice that the FDA would receive.
4  Q  Is it fair to say for purposes of
5  your expert opinion in this litigation, that
6  you're accepting that FDA alert at face value?
7  A  I'm accepting that the FDA would not
8  put out an alert for public and for doctors
9  unless they had very powerful statistical
10 advise behind them; and, therefore, I accept it
11 at face value, as an FDA statement, about
12 suicidality and antiepileptic drugs.
13 Q  You haven't questioned -- you have
14 not questioned the methodology used by the FDA
15 in this meta-analysis; correct?
16 A  That is correct.
17 Q  And you haven't questioned the
18 results of the meta-analysis; correct?
19 A  That is correct.
20 Q  Can you cite any published literature
21 that says meta-analyses can be used to
22 determine whether one of many drugs included in
23 a meta-analysis is a scientific cause of an
24 adverse event?
25 A  That is a statistical question about