# EXHIBIT D

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                       )
NEURONTIN MARKETING, SALES PRACTICES          ) CA No. 04-10981-PBS
AND PRODUCTS LIABILITY LITIGATION             ) Pages 1 - 51
SALES PRACTICES LITIGATION                    )

MOTION HEARING

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
February 19, 2008, 3:35 p.m.

LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA  02210
(617)345-6787

```
                                                                  2
 1   A P P E A R A N C E S:

 2   FOR THE PLAINTIFFS:

 3       ANDREW G. FINKELSTEIN, ESQ. and KENNETH B. FROMSON, ESQ.,
     Finkelstein & Partners, LLP, 436 Robinson Avenue, Newburgh,
 4   New York, 12550.

 5       ANNAMARIE A. DALEY, ESQ., Robins Kaplan Miller & Ciresi,
     LLP, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis,
 6   Minnesota, 55402-2015.

 7       THOMAS M. GREENE, ESQ., Greene & Hoffman, P.C.,
     125 Summer Street, Suite 1410, Boston, Massachusetts, 02110.
 8
         THOMAS M. SOBOL, ESQ., Hagens Berman Sobol & Shapiro,
 9   LLP, One Main Street, Cambridge, Massachusetts, 02142-1531.

10       DON BARRETT, ESQ., Barrett Law Office,
     404 Court Square North, P.O. Box 987, Lexington,
11   Mississippi, 39095.

12       GERALD LAWRENCE, ESQ., Lowey Dannenberg Cohen & Hart,
     P.C. Four Tower Bridge, 200 Barr Harbor Drive, Suite 400,
13   West Conshohoken, Pennsylvania, 19428-2977.

14
     FOR THE DEFENDANTS:
15
         DAVID B. CHAFFIN, ESQ., Hare & Chaffin,
16   160 Federal Street, 23rd Floor, Boston, Massachusetts,
     02110-1701.
17
         JAMES P. ROUHANDEH, ESQ., Davis Polk & Wardwell,
18   450 Lexington Avenue, New York, New York, 10017.

19       LORI R. SCHULTZ, ESQ., Shook Hardy & Bacon, LLP,
     LLP, 2555 Grand Boulevard, Kansas City, Missouri, 64108.

20

21

22

23

24

25
```

6

1   the expert opinions.  I'm not waiting until you get data from
2   the FDA.  We'll all be old and retired.  That isn't to say
3   you can't supplement later on if the data comes in.  But I'm
4   moving, I'm moving on the causation issues in the products
5   cases, and I think at least one piece of that is going to be
6   a significant overlap with yours.  Is that wrong?
7           MR. FINKELSTEIN:  Yes.
8           THE COURT:  All right, so talk to me.
9           MR. FINKELSTEIN:  On behalf of the product
10  liability plaintiffs, your Honor, the Daubert and general
11  causation, the thrust of our claim from the beginning has
12  been exclusively Neurontin's capacity to cause negative mood
13  and behavioral disturbances resulting in suicidality,
14  personal injury cases.
15          THE COURT:  Right.  And so it's the general
16  causation, not specific to each person.
17          MR. FINKELSTEIN:  Yes.
18          THE COURT:  But whether or not in fact --
19          MR. FINKELSTEIN:  The drug has the capacity to do
20  what we allege that it does.
21          THE COURT:  And that's primarily for people with
22  bipolar?  Is that right?
23          MR. FINKELSTEIN:  No, not at all.  Across the
24  entire spectrum of those who have been prescribed it.
25          THE COURT:  Now, so what do you anticipate?  Assume

1   for a minute I allow some supplemental discovery, whether
2   it's requiring you to do a more elaborate expert report or a
3   quick follow-up deposition on the supplemental disclosure,
4   but that can go on parallel with briefing.  I'm not going to
5   wait for the FDA.  But if the FDA finally spills forth, we
6   may end up having to do something new.  I mean, so that's
7   basically -- I'm not precluding you from going forward with
8   the FDA.  It's just I've been through that with the SEC, the
9   FDA, with all these agencies.  Good luck.
10          But assume for a minute that I allow, you know,
11  just two hours apiece follow-on for each of the four experts,
12  probably do it in a day, two days, as far as you're
13  concerned, what is the issue?  Whether or not it's a
14  substantial factor, Neurontin/gabapentin is a substantial
15  factor in causing suicide?  Is that the sole issue?
16          MR. FINKELSTEIN:  Whether it has the capacity to
17  lead to suicide, mood and behavioral disturbances that result
18  in suicidality, correct.
19          THE COURT:  Causation.
20          MR. FINKELSTEIN:  Causation.
21          THE COURT:  A substantial factor in causing
22  possible, possibly but for, depending on how you parse it,
23  causation-wise.
24          MR. FINKELSTEIN:  Right.
25          THE COURT:  So that's the only issue.  All right,