# Exhibit "A"

| NAME | CAUSE |
|---|---|
| Armour, Tony | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Ashley, Alysia | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Baker, Aaron | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Baker, Georgia | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Bramlett, Kenneth | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Brooks, Ernie | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Brooks, Rita | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Broomfield, Haywood | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Cephas, Russell | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Chancellor, Karen | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Clark, Kevin | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Faught, David | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Funderburg, Jennifer | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Gilmore, James | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Golden, Paul | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Hall, Clennon | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Hall, Ethel | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Hall, Linda | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Harper, Lisa | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Hartsell, David | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Harvey, Thomas | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Haynes, Romana | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Henson, Thomas | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Jernigan-Wilson, Tatika | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Knox, Cassandra | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Ligon, Sherry | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Ludacka, Vincent | Martha Accettullo, et al.; 06-CV-10912-PBS |
| McAnally, Van | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Meeks, Vivan | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Moore, William | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Prince, Rebecca | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Siltman, Betty | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Taylor, Bular | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Thompson, Brenda | Martha Accettullo, et al.; 06-CV-10912-PBS |

| NAME | CAUSE |
|---|---|
| Turner, Mark | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Williams, Jimmie | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Williams, Ramal | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Williams, Sydney | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Grayson, Michele | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS |
| Nakamura, Daryl | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS |
| Tarvan, Shelly | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS |
| Beavers, Merrie | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Boyd, Denise | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Brewster, Willie | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Chhiv, Vathana | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Clark, Nicholas | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Coburn, Sharon | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Dodd, Richardson | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Drain, Jeffrey | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Duzan, Foster | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Fay, Eugene | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Gangi, Robert | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Gerla, Michael | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Graham, Joseph | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |

| NAME | CAUSE |
|---|---|
| Hatfield, Zola | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Howard, Beth | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Hunter, Patricia | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Lockart, Donald | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| McKenzie, Kimberly | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Moats, Michelle | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Moscato, Michael | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Pitzer, Donna | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Ratz, Melissa | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Riddle, Tonya | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Robinson, Sherman | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Scurlock, John | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Shaffer, Teina | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Smith, Debra | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Smith, Kenneth | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Statom, Donnie | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Taylor, Carolyn | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Thibodeau, Edward | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |

| NAME | CAUSE |
|---|---|
| Volek, Bonnie | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Wagoner, Christopher | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |
| Anderson, Virgil | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Blake, Joe | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Boyer, Joy | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Burnett, Bryan | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Davenport, James | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Fludd, Georgia | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Galloway, Sonya | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Hash, Rachel | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| James, Amy | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Kirby, Cheryl | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Perry, Mary | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Pittman, Stacy | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Reed, William | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Richberg, Jarvis | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Ridgeway, Ronald | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Sanders, Jacqueline | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |

| NAME | CAUSE |
|---|---|
| Smith, Earvin | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Summers, Ezell | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Thames, Willie | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |
| Washington, Joseph | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS |