UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| MARTHA ACCETTULLO et al. v. PFIZER INC. et al., 06-10912-PBS | |
| VIRGIL L. ANDERSON et al. v. PFIZER INC et al., 06-11024-PBS | |
| KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., 06-11022-PBS | |
| CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al., 06-11023-PBS | |

Response to Discovery Order No. 23 (Schwartz)

COMES NOW all Plaintiffs Represented by the Schwartz Law Firm in above-referenced causes of action in this MDL and files this their Response to the Court's Discovery Order No. 23 of March 24, 2008, and in support thereof would show the honorable Court as follows:

**I. List of MDL Plaintiffs Represented by Schwartz Law Firm**

In Discovery Order No. 23 dated March 24, 2008, the Court ordered the Schwartz Law Firm to file a list of every Products Liability plaintiff represented by the firm in this MDL. Docket # 1179. The Court further required the list to identify each and every civil action (including docket number) in which each individual represented by Schwartz is a Plaintiff, and for each civil action number for each plaintiff, the docket number of the certification, motion to withdraw or dismissal applicable to that individual Plaintiff.

In response to the instructions of the court, in Discovery Order No. 23, please the "List of MDL Plaintiffs Represented by Schwartz Law Firm" attached hereto and incorporated by reference as Exhibit "A."

### II. Motion for Voluntary Dismissal per FRCP 41

A Motion for Voluntary Dismissal under Federal Rule of Civil Procedure 41 (Docket # 1219) applicable to 94 of the 226 plaintiffs represented by the Schwartz Law Firm has been filed with court on this date. Notation of the plaintiffs to which the voluntary dismissal applies is incorporated in Exhibit "A."

### III. Response to Certification Requirement of Discovery Order No. 23

Discovery Order No. 23 (Docket #1179) further required counsel to certify compliance with the procedures required by Discovery Order #19 of January 4, 2008 (Docket #1049). However, counsel cannot do so at this time. The "procedures" mandated by Discovery Order #19 included a requirement that, by close of business on February 1, 2008, counsel was to have taken the following action as to every Plaintiff:

a) file a certification in compliance with the Case Management Order ("CMO") of November 9, 2007 (Docket # 949); or

b) file a stipulation of dismissal under FRCP 41; or

c) file a motion to withdraw (after serving each Plaintiff for whom withdrawal was sought with a copy of the "Order re: Motion to Withdraw" by February 1, 2008).

As noted in Plaintiff's Motion for Extension of Time (Docket # 1028) filed on December 20, 2007, counsel was unable to contact, despite diligent effort, many of the individual plaintiffs represented in this case. For that reason, counsel could not in good faith file a certification of

compliance with the Court's 11/9/07 CMO, which required direct consultation prior to certifications.

Although certification could not be performed for many of these plaintiffs per the CMO, at that time counsel was not prepared to choose between the alternatives of voluntarily dismissing the uncertified plaintiffs FRCP 41 or withdrawing from representation within the short time-frame dictated by Discovery Order # 19. The circumstances of individual cases played a role in this determination.

For these reasons, counsel is not able to certify that it strictly followed all the procedures of Discovery Order # 19. However, at this time, and with reference to the Motion for Voluntary Dismissal under Federal Rule of Civil Procedure 41 (Docket # 1219) on file, counsel certifies that for each Plaintiff represented by counsel, the following has occurred:

(1) a certification in compliance with Docket # 949 has been filed; or

(2) a Motion for Voluntary Dismissal under Rule 41 has been filed.

Dated: April 11, 2008

Respectfully submitted,

 /s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone:    (713) 630-0708
Facsimile:    (713) 630-0789

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served on April 11, 2008.

 /s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.