## Exhibit "A" - List of MDL Plaintiffs Represented by Schwartz Law Firm

| Name | Cause | Certification | R. 41 Dismissal? |
|---|---|---|---|
| Accettullo, Martha | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Anderson, Mary | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Armour, Tony | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Ashley, Alysia | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Baker, Aaron | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Baker, Georgia | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Blake, Kay | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Bramlett, Kenneth | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Brooks, Ernie | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Brooks, Rita | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Broomfield, Haywood | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Brown, Alesha | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1103 | |
| Bunch, Carson | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Byrum-Hill, Gwenna | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Carter, Damon | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Cephas, Russell | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Chancellor, Karen | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Clark, Kevin | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Colley, Robert | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Cook, Connie | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Craig, Coleen | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Dauernheim, Larry | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Deleon, Kelly | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Douglas, Stacey | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Espey, Debra | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Faught, David | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |

| Name | Cause | Certification | R. 41 Dismissal? |
|---|---|---|---|
| Funderburg, Jennifer | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Gilbow, Sherrial | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Gilmore, James | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Golden, Paul | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Gross, Kenneth | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1112 | |
| Hall, Clennon | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Hall, Ethel | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Hall, Linda | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Harper, Lisa | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Hartsell, David | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Harvey, Thomas | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Haynes, Romana | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Henson, Thomas | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| James, Tommy | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Jernigan-Wilson, Tatika | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Johnson, Elroy | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Jones, Carla | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1113 | |
| Jones-Coleman, Lovell | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1111 | |
| Knox, Cassandra | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Laspina, Mario | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Lewis, Tracy | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Ligon, Sherry | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Ludacka, Vincent | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Luttrell, Leslie | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Manning, Jacqueline | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| McAnally, Van | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Meeks, Vivan | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Moore, William | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |

| Name | Cause | Certification | R. 41 Dismissal? |
|---|---|---|---|
| Nichols, Wanda | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Northcutt, Charles | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1112 | |
| Payne, Lonnie | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Perdue, Richardson | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Phipps, Linda | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Prince, Rebecca | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Siltman, Betty | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Smith, Doris | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Sprinkle, Harold | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Stephens, Jana | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Taggart, Jeffrey | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Taylor, Bular | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Thompson, Brenda | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Thurmond, Betty | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Turner, Mark | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| White, Annette | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| White, Charles | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Wilkin, Jeffrey | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Williams, Brady | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Williams, Dexter | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Williams, Jimmie | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Williams, Leotis | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1027 | |
| Williams, Ramal | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Williams, Sydney | Martha Accettullo, et al.; 06-CV-10912-PBS | | Yes |
| Wilson, Kristina | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1103 | |
| Young, Kathy | Martha Accettullo, et al.; 06-CV-10912-PBS | Docket # 1112 | |
| Brewster, Kamaliha | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | Docket # 1027 | |
| Falk, Corrine | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | Docket # 1027 | |

| Name | Cause | Certification | R. 41 Dismissal? |
|---|---|---|---|
| Gordon, Drew | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | Docket # 1027 | |
| Grayson, Michele | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | | Yes |
| Jackson, Timothy | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | Docket # 1027 | |
| Kilic, Mehmet | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | Docket # 1027 | |
| Larkin, Annette | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | Docket # 1027 | |
| Logan, Sandra | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | Docket # 1027 | |
| Nakamura, Daryl | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | | Yes |
| Pina, Dena | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | Docket # 1027 | |
| Saenz, Monica | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | Docket # 1027 | |
| Tarvan, Shelly | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | | Yes |
| Valentino, Diane | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | Docket # 1027 | |
| Wilhelm, John | Martha Accettullo, et al.; 06-CV-10912-PBS; Kamaliha Brewster, et al.; 06-CV-11022-PBS | Docket # 1027 | |
| Angel, Robert | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Beavers, Merrie | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Boyd, Denise | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Brewster, Willie | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Brown, Catherine | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Carpenter, Felisha | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Carpenter, Lesa | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Chhiv, Vathana | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Clark, Nicholas | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Clemons, Garry | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Coburn, Sharon | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Dodd, Richardson | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Dozier, Christine | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Drain, Jeffrey | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Duzan, Foster | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Ericsson-Harkness, Shanna | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |

| Name | Cause | Certification | R. 41 Dismissal? |
|---|---|---|---|
| Fay, Eugene | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Gangi, Robert | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Gerla, Michael | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Girard, Charles | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Gonzalez, Nikko | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Graham, Joseph | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Groves, Sherry | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Hargett, Janet | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Hatfield, Zola | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Howard, Beth | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Huff, Teresa | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Hunter, Patricia | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Kestner, Mary | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Knauff, Kenneth | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Knowlton, Barbara | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Leger, Debra | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Lockart, Donald | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Lytle, Freddie | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| May, Bryan | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| McIntyre, Marlene | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| McKenzie, Kimberly | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| McMahon-Lough, Sandra | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Moats, Michelle | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Moscato, Michael | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Pastine, Samuel | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Pitzer, Donna | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Ratz, Melissa | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Riddle, Tonya | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |

| Name | Cause | Certification | R. 41 Dismissal? |
|---|---|---|---|
| Robinson, Sherman | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Scheidt, Donald | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Scurlock, John | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Segle, Herman | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Shaffer, Teina | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Shakoor, Tuwanda | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Smith, Debra | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Smith, Kenneth | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Statom, Donnie | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Sweitzer, Aldina | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Taylor, Carolyn | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Taylor, Caryl | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Thibodeau, Edward | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Vice, Melissa | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Volek, Bonnie | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Wagoner, Christopher | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | | Yes |
| Williams, Theresa | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Wine, Helen | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS | Docket # 1027 | |
| Anderson, Virgil | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Barkley, Melissa | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Bellino, Beth | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Best, Tosha | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1103 | |
| Blake, Joe | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Bolton, Carmen | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Boyer, Joy | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Brazell, Susan | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Brockman, Patricia | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Bruce, Anne | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |

| Name | Cause | Certification | R. 41 Dismissal? |
|---|---|---|---|
| Burnett, Bryan | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Calvert, Pamela | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Campbell-Dean, Kimberly | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Carr, Lester | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Conyers, Wilbur | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Crosby, Richardson | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Davenport, James | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Davis, Kimm | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Day, David | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Devore, Robert | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Dreher, Loretta | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Dukes, Allison | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Emmons, Sharon | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Floyd, Sharon | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Fludd, Georgia | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Galloway, Sonya | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Gann, Monica | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Greer, Karen | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Hall, Christopher | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Hash, Rachel | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Hiers, Debbie | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Hildebrand, Donald | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| James, Amy | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Jeffers, Latonya | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Kirby, Cheryl | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Lee, Dexter | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Lee, Janice | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Lemacks, George | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |

| Name | Cause | Certification | R. 41 Dismissal? |
|---|---|---|---|
| Lowe, Stephanie | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Marlow, Darrrin | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| McCue, Zina | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1103 | |
| Middleton, Autherine | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Mitchell, Isiah | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Mitchell, Jason | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Mocci, Lori | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Moses, Robert | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Parker, Earnestine | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Payne, Barbara | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Perry, Mary | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Pettit, David | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Pickett, Mary | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Pittman, Stacy | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Reaves, Craig | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Reed, William | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Richberg, Jarvis | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Ridgeway, Ronald | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Sanders, Jacqueline | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Seagraves, Florence | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Small, Robert | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Smalls, Kathaleen | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Smith, Dorothy | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Smith, Earvin | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| St. Hilaire, Robert | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Summers, Ezell | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Thames, Willie | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |
| Washington, Joseph | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | | Yes |

| Name | Cause | Certification | R. 41 Dismissal? |
|---|---|---|---|
| Watson, Edgar | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Weatherford, David | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Weger, Louis | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |
| Wigfall, Dexter | Martha Accettullo, et al.; 06-CV-10912-PBS; Virgil L. Anderson. et al.; 06-CV-11024-PBS | Docket # 1027 | |