UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,   :
SALES PRACTICES AND   :   Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION   :
:   Judge Patti B. Saris
---------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
:
ALL PRODUCTS LIABILITY CASES   :
IDENTIFIED ON EXHIBIT 1 TO THE   :
DECLARATION OF SCOTT W. SAYLER, ESQ.   :
:
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.**

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. My name is Andrew G. Finkelstein. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee. I have personal knowledge of the matters stated below in this declaration.

2. This declaration is made regarding Exhibit 90 intended as an attachment to the Declaration (ECF Doc. #1200) in opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment. (ECF Doc. # 1161.)

3. The original exhibit as filed (Attachment #139 to ECF Doc. 1200) was "corrupted" and not capable of being opened.

4. Accordingly, we are re-submitting the said Exhibit 90 at this time to be considered in conjunction with our opposition papers. (See Exhibit 90 is annexed hereto.)

Dated: April 11, 2008

                                            **/s/ Andrew G. Finkelstein**
                                            Andrew G. Finkelstein
                                            FINKELSTEIN & PARTNERS, LLP
                                            Attorneys for Plaintiffs
                                            436 Robinson Avenue
                                            Newburgh, NY  12550
                                            Tel.: 845-562-0203
                                            Fax: 845-562-3492

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 11, 2008.

                                            **/s/ Andrew G. Finkelstein**
                                            Andrew G. Finkelstein