UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>ALL PRODUCTS LIABILITY ACTIONS | |

**DEFENDANTS' DESIGNATION OF FIRST TRACK ONE CASE FOR TRIAL**

Pursuant to Discovery Order No. 19 (Docket No. 1049), Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, and Warner Lambert Company LLC ("Defendants"), hereby select the following case as Defendants' First Track One Case for trial: *Bulger v. Pfizer Inc., et al.* (1:07-cv-11426-PBS).

Dated: April 11, 2008

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
    James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
    Scott W. Sayler

2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550

-and-

HARE & CHAFFIN

By: /s/ David B. Chaffin_____
      David B. Chaffin

160 Federal Place
Boston, MA 02110

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 11, 2008.

      /s/ David B. Chaffin_____