**Defendants' Sur-Reply Memorandum of Law in Further Opposition
to the Class Plaintiffs' Renewed Motion for Class Certification**

# FILED UNDER SEAL