UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :

In re:   NEURONTIN MARKETING, SALES PRACTICES,
         AND PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x     MDL Docket No. 1629

THIS DOCUMENT RELATES TO:               Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x     Judge Patti B. Saris

HARDEN MANUFACTURING CORPORATION;     Magistrate Judge Leo T.
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,  Sorokin
dba BLUECROSS/BLUESHIELD OF LOUISIANA;
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL
52 HEALTH BENEFITS TRUST; GERALD SMITH; and
LORRAINE KOPA, on behalf of themselves and all others
similarly situated, v. PFIZER INC. and WARNER-LAMBERT
COMPANY.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF MATTHEW B. ROWLAND

MATTHEW B. ROWLAND declares upon penalty of perjury in accordance with 28

U.S.C. § 1746 as follows:

1.      I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for

Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2.      I submit this declaration in support of Defendants' Sur-Reply Memorandum of

Law in Further Opposition to the Class Plaintiffs' Renewed Motion for Class Certification, filed

on April 14, 2008.

### Hearing Transcripts

3.      Attached as Exhibit 1 is a true and correct copy of the transcript of the May 4,

2007 hearing before the Honorable Patti B. Saris.

### Deposition Transcripts

4.      Attached as Exhibit 2 is a true and correct copy of the transcript of the deposition

of Saira A. Jan, Pharm.D., taken November 2, 2006.

### Expert Rebuttal Reports

5.      Attached as Exhibit 3 is a true and correct copy of the reply expert report of Dr.

Henry G. Grabowski, dated April 11, 2008.

April 14, 2008

/s/ Matthew B. Rowland
Matthew B. Rowland

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served
pursuant to Case Management Order #3 on April 14, 2008.

/s/ David B. Chaffin
