Jan, Saira 11/2/2006 1:07:00 PM

## Page 1

```
0001
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
 2
      IN RE: NEURONTIN MARKETING   : MDL Docket No. 162
 3    SALES PRACTICES AND PRODUCTS : Master File No.
      LIABILITY LITIGATION         :      04-10981
 4    -------------------------------X
      THIS DOCUMENT RELATES TO:    :
 5    HARDEN MANUFACTURING
      CORPORATION; LOUISIANA HEALTH : Deposition of:
 6    SERVICE INDEMNITY COMPANY    :     SAIRA A. JAN,
      d/b/a BLUE CROSS/BLUE SHIELD :     M.S., Pharm.D.
 7    OF LOUISIANA; INTERNATIONAL
      UNION OF OPERATING ENGINEERS,:
 8    LOCAL NO. 68 WELFARE FUND;   :
      ASEA/AFSCME LOCAL 52 HEALTH  :
 9    BENEFITS TRUST; GERALD SMITH;
      and LORRAINE KOPA, on behalf :
10    of themselves and all others
      similarly situated v. PFIZER :
11    INC. and WARNER-LAMBERT COMPANY.
      -------------------------------X
12    THE GUARDIAN LIFE INSURANCE  :
      COMPANY OF AMERICA v. PFIZER
13    INC. and AETNA, INC. v.      :
      PFIZER INC.
14    -------------------------------X
15         TRANSCRIPT of 30(b)(6) deposition
16    testimony as taken by and before CHERYL McGANN, a
17    Certified Shorthand Reporter, Certified Realtime
18    Reporter, and Notary Public of the State of New
19    Jersey, at the offices of HORIZON BLUE CROSS BLUE
20    SHIELD OF NEW JERSEY, Three Penn Plaza East,
21    Newark, New Jersey, on Thursday, November 2, 2006,
22    commencing at 10:11 in the forenoon.
23
24
25
```

## Page 2

```
 1
 2
 3
 4
 5
 6         A P P E A R A N C E S:
 7
           DAVIS POLK & WARDWELL, ESQS.
 8         450 Lexington Avenue
           New York, New York  10017
 9         BY:  NEAL A. POTISCHMAN, ESQ.
                  -and-
10            RAJESH JAMES, ESQ.
           On Behalf of Pfizer Inc. and Warner-Lambert
11         Company
           (212) 450-4270
12
           DEBRA M. LIGHTNER, ESQ.
13         Three Penn Plaza East
           Suite 16F
14         Newark, New Jersey  07105-2200
           On Behalf of Horizon Blue Cross Blue Shield
15         of New Jersey
           (973) 466-8702
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1                  I N D E X
 2    WITNESS            EXAMINATION
 3    SAIRA A. JAN
         By Mr. Potischman:    4
 4
 5              E X H I B I T S
 6    Exhibit   Description    For Identification
 7    Jan-1  United States District Court District
           of Massachusetts Second Amended Notice
 8         of Rule 30(b)(6) Deposition       4
 9    Jan-2  Document entitled Pharmaceutical
           Utilization Management Programs   57
10
11         INFORMATION REQUESTED
12    (Request.)            Page 66
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1          (United States District Court
 2    District of Massachusetts Second Amended Notice
 3    of Rule 30(b)(6) Deposition was received and
 4    marked Exhibit Jan-1 for Identification.)
 5
 6    S A I R A   A.   J A N, having offices at Three
 7    Penn Plaza East, PP-130, Newark, New Jersey 07105,
 8    is duly sworn and testifies on her oath as follows:
 9
10          MR. POTISCHMAN:  Just to note
11    appearances, Neal Potischman and Rajesh James.
12    We're from Davis Polk & Wardwell, and we're here
13    on behalf of the defendants.
14          We did Notice this deposition, and no
15    plaintiff's counsel has showed up at least yet, so
16    it appears that they have waived appearance for
17    this deposition.
18          MS. LIGHTNER:  Debra Lightner
19    representing the witness on behalf of Horizon
20    Blue Cross Blue Shield of New Jersey.
21
22
23    EXAMINATION BY  MR. POTISCHMAN:
24      Q    Good morning, Ms. Jan.
25      A    Good morning.
```

5

1    Q    Is it Ms. Jan or Dr. Jan?
2    A    It doesn't matter.
3    Q    As I said, we represent the defendants
4    here who have been sued by a number of plaintiffs;
5    and Horizon Blue Cross Blue Shield of New Jersey
6    is not a party to this lawsuit.
7         Do you understand that?
8    A    Uh-huh.
9    Q    Have you ever been deposed before?
10   A    Yes, once.
11   Q    As you probably know, we should try
12   not to talk at the same time so that the reporter
13   can record everything that's being said.
14        Do you understand that?
15   A    Yes.
16   Q    And all of your answers need to be
17   verbal responses, as opposed to nodding or shaking
18   of your head.
19        Do you understand that?
20   A    Yes.
21   Q    You understand that you're testifying
22   here on behalf of the company Horizon Blue Cross
23   Blue Shield of New Jersey?
24   A    Yes.
25   Q    And is it okay if I refer to Horizon

6

1    that that will mean that company?
2    A    Yes, that would be fine.
3    Q    If at any point you don't understand
4    one of my questions, please feel free to ask.
5    Okay?
6    A    Okay.
7    Q    And if at any time during the day you
8    feel that you need a break, please just either let
9    me know or let your counsel know; and as long as
10   there's not a question pending, we'll take a break.
11   Okay?
12   A    Sure.
13   Q    Great.  Can you just briefly describe
14   your educational background and training?
15   A    Sure.  I have a Pharm.D. in pharmacy, and
16   I have a Master's in pharmacology, and my area of
17   expertise is pharmacy.
18   Q    And what is a Pharm.D.?
19   A    Pharm.D. is doctorate in pharmacy.
20   Q    If I go to a drugstore and see a
21   pharmacist, does a pharmacist at a drugstore
22   normally have a Pharm.D., or is that a higher
23   level of training?
24   A    You may see a Pharm.D. or you may see a
25   registered pharmacist.  It depends.  There is

7

1    a mixture.  Pharm.D. has more clinical training.
2    Q    Can you just give me briefly the
3    training that a pharmacist would ordinarily have,
4    not a Pharm.D.?
5    A    It all depends.  Right now if you look at
6    none, the pharmacy school only offers Pharm.D.
7    programs.  So that's why I'm saying that it may not
8    be very different from a dispensing pharmacist than
9    somebody who is working in a corporate environment
10   or a hospital training, but that doctorate degree
11   I think as an entrance level doctorate degree came
12   at Rutgers in 2000.  Different schools in different
13   states have different mixing.
14        So you may have a BS pharmacy degree, which
15   was a four years or five years combined with
16   residency training and now it's become a six years'
17   training; and then you do a post doc-residency in a
18   lot of cases, but there's very high likelihood that
19   when you go to a retail pharmacy you will see a
20   Pharm.D. dispensing medication because that's now
21   all that is being awarded in pharmacy; no more five
22   years.
23   Q    How long was your training?
24   A    My training was a long training.  I did a
25   BS in pharmacy.  Then I went for a Pharm.D., which

8

1    was two years; and then I also did my Master's in
2    pharmacology, so it's quite a long training.
3    Q    Can you tell me how the training in
4    pharmacology differs from the training in pharmacy,
5    generally?
6    A    Master's is in basic sciences.  I don't know
7    if you know the differences between a PhD and a
8    Pharm.D., but that's more bench research, more in
9    looking at the molecular level of the pharmacy
10   training and understanding the basic sciences, so
11   it's a different level of training.  It's more
12   geared towards bench research and understanding
13   the molecular development of a drug and how it
14   is used in animal studies versus human studies.
15   Q    I see.  In any of your training, do
16   you recall receiving training about the drug
17   Neurontin or its generic name, gabapentin?
18   A    That's what would be in my Pharm.D. and in
19   some pharmacology, also; but it's a therapeutic
20   class that is reviewed, that is taught in any
21   pharmacy school.
22   Q    What therapeutic class is that?
23   A    That would be central nervous system.
24   Q    Can you just give me examples of
25   some other drugs in are in the same class?

Jan, Saira  11/2/2006  1:07:00 PM

```
                                                  9
 1   A     Let me give you examples of newer drugs
 2   like Lyrica or drugs that are used for epilepsy,
 3   seizure medications.
 4        Q    Okay. So the training you received
 5   was generally about that class of medications.
 6   It wasn't specific courses devoted to gabapentin
 7   or Neurontin?
 8   A     No, no. You wouldn't have specific courses.
 9   It would be discussed in a therapeutic class. All
10   the drugs that come in a therapeutic class would be
11   discussed.
12        Q    Do you have understanding from your
13   training about what types of conditions that class
14   of drugs can be used to treat?
15   A     Yes.
16        Q    Can you tell me more about that?
17   A     This class of drugs, specific -- you want
18   me to talk specifically about gabapentin?
19        Q    If you know, yes.
20   A     Yes, definitely. It would be specific for
21   seizure. It would be given for a posthepatic
22   neuralgia and then certain other neuropathic pains.
23        Q    Can you give me some examples of other
24   neuropathic pains it may be prescribed for?
25   A     It could be prescribed for diabetic
```

```
                                                 10
 1   neuropathy, any different neuropathic pains
 2   associated with different chronic diseases.
 3        Q    Did your training address at all
 4   whether the drug is effective for treating DPN
 5   or other chronic conditions?
 6   A     Yes. That's what I do. We do analyze
 7   clinical literature, and we make determination
 8   whether this drug is effective in certain
 9   treatments or not effective in certain treatments.
10        Q    I see, and so what's your
11   understanding about whether gabapentin and
12   Neurontin is effective for treating DPN?
13   A     My understanding is that it is effective
14   in treating, but we all have to also understand
15   that every patient is not going to respond to this
16   therapy; and there are different doses and
17   different conditions that respond to certain doses.
18        Q    Why is it that every patient doesn't
19   respond the same to a medication, generally?
20   A     It's intersubject variability, especially
21   with pain, you know. Every person, every
22   individual has a different pain threshold. They
23   would respond differently, and every drug has a
24   response rate in themselves. Certain chemical
25   structure that every individual has, certain
```

```
                                                 11
 1   parameters that makes them respond or not respond
 2   to certain therapies.
 3        Q    Does individual biology or physiology
 4   play a role in whether drugs work for people as
 5   well?
 6   A     It does to some extent, but I think there
 7   are a lot of different players; comorbidities,
 8   different other conditions that an individual may
 9   have, you know, and how they've used other drugs
10   and how they have responded to other drugs, how
11   they've used this drug and have responded. So
12   there are a lot of different parameters.
13        Q    Okay. You indicated that your
14   understanding is that gabapentin is effective
15   for treating DPN. Just what's the basis for your
16   conclusion in that regard? How do you know that?
17   A     Well, there are different ways of reviewing
18   information. First thing that you would do is that
19   you would look at when the drug gets approved and
20   look at the trials that FDA has approved to get
21   the drug introduced into the market. Then what
22   you would do is look at the clinical literature
23   out there and say what are the control studies,
24   what are the randomized control studies, what
25   are the uncontrolled studies that are out there,
```

```
                                                 12
 1   different publications; and you look at the
 2   patient, too, look at their diagnosis, look at
 3   their response rates, and then determine the
 4   effectiveness of that drug.
 5        Q    And this is something that you've
 6   done with respect to gabapentin and DPN?
 7   A     Yes; not recently, but initially when we
 8   reviewed it, but we keep up with the literature.
 9   We review the information periodically.
10        Q    I believe you also said that
11   gabapentin can be prescribed for certain other
12   chronic diseases, I think you indicated.
13   A     If it is associated neuropathic pain
14   associated with it.
15        Q    I see, and is it your understanding
16   that gabapentin can be an effective treatment for
17   those neuropathic pain conditions?
18   A     It is very difficult to make a clear-cut
19   determination about a certain disease, but there
20   is data out there supporting that it could be
21   effective. And the reason I make that statement is
22   that most of these trials that are conducted are
23   placebo-controlled trials; and, you know, you may
24   see some response in those patients, but it doesn't
25   tell you if it is effective against other standard
```

Jan, Saira  11/2/2006  1:07:00 PM

### 13

1  treatments. So it is out there. Pain is a very
2  difficult disease to make a clear-cut black-and-
3  white statement to say, "Yes, it is effective" and
4  "Yes, it's not effective."
5      It could be very effective for you. It
6  could be not effective for the other individual.
7  So it is based on control trials, then you infer
8  your information based on the data that is out
9  there in those trials.
10     Q    I see. And in the data that Horizon
11 has seen I guess over the years, do you believe
12 that gabapentin can be an effective treatment for
13 neuropathic pain?
14     A    Yes.
15     Q    Are there any drugs that you're aware
16 of that are approved by the FDA for a general
17 neuropathic pain indication?
18     A    Yes, Amitriptylline is one of the drugs.
19 Recently Lyrica got approved. There are a lot of
20 other medications that patients try or the
21 physicians prescribe for this pain that could
22 be opioids. It could be nonsteroidal
23 anti-inflammatory drugs. It could be other
24 therapeutic classes that could be used; but
25 there's no standard because, like I said, patient

### 14

1  may not respond. So they may go into another
2  therapeutic class.
3      Q    Just another general question. If you
4  with all of your training look, and there's one
5  randomized placebo-controlled trial that suggests
6  a drug may be effective and there's another
7  randomized placebo-controlled trial that says the
8  drug may not be effective, how do you make an
9  assessment as to whether the drug may be effective?
10     A    From an objective perspective, I would need
11 more than one randomized control trial to say that
12 it's an effective treatment. And then from where
13 we stand, we also like to look at nonrandomized
14 control trials and how the drug is functioning in
15 the real-life environment, how the patients are
16 responding to that therapy. So there are different
17 ways of assessing the outcomes.
18     Randomized control trials are very good
19 start. You have to have that to get a drug
20 approved, but how that drug works in a real-life
21 environment is very different in some cases. So
22 you want to -- if you have two trials and they're
23 conflicting trials, you would want to have another
24 trial to say this works or this doesn't work; and
25 sometimes it's very interesting in the medical

### 15

1  literature that initially you will have very
2  positive results, and then a newer study will
3  come up and say it doesn't work. So it's an
4  evolving area. The medical literature is an
5  evolving area, and one or two trials really
6  sometimes doesn't determine the effectiveness.
7      Q    I see. When you're looking at non-RCT
8  evidence about how a medication works in the real
9  world, you said; is that right?
10     A    Uh-huh.
11     Q    What kind of evidence is available
12 to see how a medicine works in the real world?
13     A    What you would look at is look at trials
14 that are conducted by different physician offices,
15 look at the utilization patterns within our
16 population, and try to measure the outcomes of that
17 medication in our population.
18     Q    You referred to -- I'm sorry.
19 Utilization --
20     A    Management.
21     Q    Management. Can you give me an
22 example of how that works, utilization management?
23     A    At Horizon Blue Cross?
24     Q    Yes.
25     A    Okay. Utilization management can be run in

### 16

1  different ways. Utilization management focuses on
2  different therapeutic classes and looks at where
3  there is under-utilization of certain medications
4  or over-utilization of certain medications that
5  can affect the clinical outcome of the patient.
6  It also looks at different areas where it should --
7  appropriate utilization. Basically, it focuses on
8  appropriate utilization if you want an answer in
9  one line.
10     Q    But how does that help you assess
11 the real world impact of a drug?
12     A    Let me give you an example. For example,
13 what you would want to do is looking at different
14 indicators, like, for example, if you are looking
15 at a drug that should be used once a day and it is
16 being used more than once a day. If a drug has to
17 decrease certain levels, for example, cholesterol
18 levels. So the drug has been approved to reduce
19 the cholesterol levels, and what you do is you
20 look at the utilization of the members who are
21 using that drug; and then you look at the lab
22 values and say, "Is it effectively reducing the
23 cholesterol in this patient population?"
24     That gives you that in a randomized control
25 trial when we looked at this patient population,

**17**

1  this was their reduction in cholesterol; but,
2  in general, when we're looking in an out-patient
3  setting, this is the reduction in cholesterol.
4  That gives you -- you know, again, in the real life
5  there are a lot of different parameters that are
6  plain, but that's a real-life situation.
7      Q   I see. Is there any way to do that
8  type of drug utilization analysis with a pain
9  medication?
10     A   It depends what outcome you are looking for.
11 Pain is not as clear-cut as diabetes or cholesterol
12 where you have very definite markers to look for in
13 terms of reduction. Pain would be something where
14 you would really need a lot of various indicators
15 to say this patient has improved. For example, if
16 somebody has pain associated with a condition, then
17 the one way you can measure that is to say, "Have
18 you resolved the pathology or the condition of that
19 patient that is causing the pain?" And so you
20 would treat that patient for that condition.
21 For example, rheumatoid arthritis, you would treat
22 the patient for rheumatoid arthritis; and once that
23 condition is treated, then the pain should resolve.
24     So pain is a very abstract condition,
25 unfortunately, to say that the patient is

**18**

1  completely responding. One way the patient would
2  completely respond is that you would do pain scales
3  with that patient and say, "Your pain was at a
4  level 6. Now, what is the level of pain in your
5  condition?"
6      And, unfortunately, where we are we don't
7  have that level of data. For that level of data,
8  you have to go into the physician offices and do
9  the pain management scales.
10     Q   I see. So that information is
11 available, but it's in medical files?
12     A   It would be in a physician's office, so
13 you would have to just really go out and do chart
14 reviews and work with the physicians. Sometimes
15 physicians may not even do the pain scales with
16 that.
17     The other way of determining is then what
18 level of pain medications this patient was on
19 before they started therapy; and after duration
20 of therapy, what level of pain medications is the
21 patient on. Again, what that does not take into
22 account is if that disease has progressed. So,
23 yes, the patient may be responding; but if the
24 disease has progressed, you must still be on a
25 high level of pain medications.

**19**

1  So unfortunate for you and for me, it is
2  not a black-and-white answer, especially for pain.
3  It's very clear-cut for certain diseases where you
4  have very clear-cut lab markers or, like I said,
5  diabetes where you can look at the HbA1cs or
6  cholesterol where you can look at the LDL levels
7  and total cholesterol.
8      And I teach pain, so I really understand
9  where you're coming from. I teach pain at Rutgers,
10 so it's difficult.
11     Q   Tell me about your teaching. Your
12 business card says you're an Associate Professor
13 at Rutgers.
14     A   Yes.
15     Q   How many classes do you teach?
16     A   I teach connective tissue disorders, and
17 I used to teach pain management for the longest
18 time. I stopped doing that, but I have that
19 pain management component in connective tissue
20 disorders; and I teach managed care.
21     Q   I guess from what you're saying, if a
22 patient is on some sort of pain-killing medication
23 for a long period of time and reports no pain, it
24 may be because an underlying condition has
25 resolved; and even if they weren't on the

**20**

1  medication, they wouldn't have pain. Correct?
2      A   No. There are two different things that
3  I'm trying to say. One thing is that somebody can
4  be on -- you can measure the effectiveness of the
5  drug by looking at the outcome of the patient.
6  Now, if the pain is associated with a certain
7  disease, then the way you would resolve the pain
8  is by treating that disease.
9      Q   Yes.
10     A   So if you have arthritis, you want to stop
11 your arthritis, progression of your disease to
12 control the pain. So your pain medication use
13 should go down if your arthritis is being
14 controlled; but if your arthritis is an aggressive
15 arthritis and it's progressing, then you would
16 continue using the high pain medications as you go
17 on. Okay. So pain medication would be required to
18 control your pain. That would not say that the
19 pain medication is not effective. You're still
20 using it because your disease is progressing. It's
21 like cancer pain.
22     Q   I see.
23     A   So if the cancer is resolved, your pain
24 medication use should go down; but if the cancer
25 is progressive, the pain medication would be there,

Jan, Saira 11/2/2006 1:07:00 PM

### 21

1  but it does not say that the pain medication is not
2  effective. It is still effective, but because your
3  disease is progressing, your pain is increasing;
4  and you still need to be on that pain medication.
5      Q   Okay. In your experience, if a
6  patient continues to take a particular pain
7  medication for an extended period of time, is
8  that indicative of the fact that the medication
9  is working or not?
10     A   As long as the patient is pain-free, that
11 is indicative that the drug is effective. If the
12 patient continues to take medications and adds on
13 a lot of other pain medications and still complains
14 that the pain is not resolved, then you need to
15 reevaluate the patient.
16     Q   Is there any way, as far as you know,
17 without speaking to the doctor and speaking to the
18 patient and reviewing the medical file, to assess
19 in the real world whether a drug is effectively
20 treating pain?
21         MS. LIGHTNER: I'm just asking are
22 you asking in connection with her position at
23 Horizon? Because I've kind of let it --
24         MR. POTISCHMAN: That's a fair point.
25         MS. LIGHTNER: I've kind of let it go

### 22

1  till now. You've kind of been questioning her
2  like an expert witness, which the record should
3  reflect that she is not. So just keep in mind
4  that the questions should be or at least the
5  questioning is about her position at Horizon.
6          MR. POTISCHMAN: It's a fair point.
7          I'll withdraw the question and ask it
8  a different way.
9      Q   You were speaking I think about the
10 type of information Horizon might look at if it
11 wanted to look at the real-world impact of a drug,
12 is that right?
13     A   Yes.
14     Q   I believe you mentioned pain scales.
15     A   Yes.
16     Q   And I was just wondering -- you said
17 that information is at physician offices, is that
18 right?
19     A   Right. Right.
20     Q   If Horizon wanted to make an
21 assessment about the real-world impact of a pain
22 medication, is there a way to do it without going
23 to the physician office to either speak to the
24 physician or speak to the patient or look at the
25 medical file?

### 23

1      A   It would be very difficult. It's not
2  possible from the claims data.
3      Q   And in case a jury is reading this
4  at what point, can you say what is claims data?
5      A   Pharmacy claims data. The pharmacy
6  prescriptions that goes through is what we are
7  looking at in terms of the utilization of those
8  medications.
9      Q   And what does that data reflect?
10     A   The data has different fields, and it
11 reflects the name of the individual who is
12 receiving the medications, the name of the drug,
13 the dose, the duration, information about the
14 physician who is prescribing it, the frequency
15 of filling. Everything that is related with the
16 medication would be there.
17     Q   Does it indicate the use that it
18 was prescribed for?
19     A   No, that -- the system does not have the
20 indication that it would be prescribed for.
21     Q   "Indication" is the same thing as
22 use?
23     A   Yes.
24     Q   And if you want to determine the
25 indication that a physician prescribed the drug

### 24

1  for, how can Horizon do that?
2      A   There are different ways you could do that.
3  One way would be to look at the medical claim and
4  look at the indication, but not all the pharmacy
5  members may have medical coverage through us. So
6  as a result, there is a gap. If a member has both
7  medical and pharmacy through us, then we can infer
8  the diagnosis from the medical data and say, "This
9  is the indication this patient is receiving this
10 medication for."
11     Q   And when you say the medical claim,
12 is that like the form a doctor submits to you
13 about an office visit?
14     A   Yes.
15     Q   Does that information include all
16 possible diagnoses?
17     A   It could have multiple diagnoses. There
18 could be claims from different physicians -- a
19 lot of information -- any hospitalization, any
20 office visit. Everything is included in there.
21     Q   Can a medical claim include more than
22 one diagnosis code?
23     A   Yes, it does.
24     Q   If there's multiple diagnosis codes
25 and multiple medications are prescribed, is there

### 25

1  a way that Horizon can determine which condition
2  each drug was prescribed for?
3  A    Most of the drugs have an associated
4  condition that you could easily determine from
5  pharmacy data. Pain management is something that
6  you -- I mean, a diabetic drug is only going to
7  be prescribed if you are a diabetic. So most of
8  the stuff you can really get the information.
9      The other way you can possibly try to get
10 some information is to look at the dates of
11 dispensing and the dates of the office visit, but
12 still you would want to double-check by calling
13 the physician to say, "What was the condition?"
14     And like I said, different disease states
15 are very clear-cut, so you don't even have to go
16 through the medical data. If a patient has, you
17 know, for example, diabetes, cholesterol, or
18 whatever, they are only going to be prescribed
19 for those conditions.
20 Q    Are there times when Horizon does
21 have to call the physician, as you just mentioned,
22 to confirm a piece of information like that?
23 A    Yes. There might be some cases where you
24 would want to do that, but it's not done on routine
25 basis.

### 26

1  Q    Okay. I'd like to show you what we've
2  marked for Identification as Jan Exhibit 1. The
3  document is entitled Second Amended Notice of Rule
4  30(b)(6) Deposition. You can take as much time as
5  you'd like to look over the document.
6      My first question to you is whether you've
7  ever seen this document before?
8  A    No. I have not seen this document before.
9      MS. LIGHTNER: This witness was not
10 named as a 30(b)(6) witness by Horizon. We named
11 Sandra Terrell and then John Verga for purposes of
12 responding to the 30(b)(6). Dr. Jan was noticed as
13 a result of testimony elicited from Sandra Terrell,
14 so for purposes of today we can consider her a
15 30(b)(6) witness.
16     MR. POTISCHMAN: Okay.
17     MS. LIGHTNER: But that's why she's
18 never seen this before.
19     MR. POTISCHMAN: That's fine.
20 Q    I would just like to direct your
21 attention to what begins on Page 5. There's a
22 number of topics listed. If we could just go
23 through some of them, and you can let me know
24 whether you're prepared to speak on them or not
25 because I think some of them you may be and some

### 27

1  of them you may not be.
2  A    Okay.
3  Q    To save time, I won't read them into
4  the record.
5      Is the first topic one that you're prepared
6  to speak about?
7  A    No.
8  Q    Is the second topic one you're
9  prepared to speak about?
10 A    Part of it.
11 Q    Okay, and which part are you prepared
12 to speak about?
13 A    If the topics that are listed over here
14 concern payment or reimbursement of claims by
15 prescription drugs.
16 Q    Yes.
17 A    Yes. I am involved with formulary
18 management and UM, academic detailing and drug
19 utilization; but I am not involved in the claims
20 reimbursement aspect of it.
21 Q    Okay, so you have some role in you
22 said formulary management and you said drug
23 utilization review?
24 A    And academic detailing and developing
25 policies for prior authorization.

### 28

1  Q    I see. Just for the record, by
2  the way, what is academic detailing?
3  A    Academic detailing is when you have
4  clinical pharmacists going out to physician
5  offices and talking to those physicians about
6  their patients, about certain initiatives,
7  promotion of generic utilization, talking about
8  some quality initiatives.
9  Q    Can you let me know whether you're
10 prepared to speak on the third topic that's listed
11 here?
12     Again, take as much time as you need to read
13 it.
14 A    The extent that I can speak to this is just
15 the formulary aspect of Neurontin and the clinical
16 aspect of it but not anything to do with claims.
17 Q    Okay. That's helpful. Thank you.
18     Let's skip the fourth topic.
19     Let me know if you're prepared to testify
20 about the fifth topic.
21     MS. LIGHTNER: Just to clarify while
22 you're reading it, "you" means Horizon; not you
23 personally.
24     THE WITNESS: Yes, definitely.
25     MR. POTISCHMAN: Thank you.

---

**Page 29**

1   A     There was nothing in place for Number 5
2   for me to comment on.
3        Q     Okay. And for the record, I'll read
4   this one in. Number 5 says: "Any policies or
5   practices that you, Local 68, or any of local 68's
6   agents or vendors had, and any determinations or
7   efforts that you, Local 68, or any of Local 68's
8   agents or vendors made not to pay or reimburse for,
9   or to limit payment or reimbursement of, claims
10  by Local 68's members for drug prescriptions for
11  off-label uses generally and Neurontin
12  specifically."
13       So, to your knowledge, there were no
14  policies in this regard with respect to Neurontin?
15  A     Yes.
16       Q     What about the sixth topic? Are you
17  prepared to testify about the sixth topic?
18  A     We didn't -- I don't think that we did
19  any analysis on Local 68's utilization of
20  Neurontin, at least that I'm aware of.
21       Q     Okay. And I won't read the sixth
22  topic into the record.
23       So your testimony is, as far as you know,
24  there is no information that's responsive to
25  Number 6?

**Page 30**

1   A     Yes.
2        Q     Okay. Can you tell me whether
3   you're prepared to testify about the seventh topic?
4   A     I mean, this is a clinical question.
5   They're asking about Horizon's view on the
6   off-label use of Neurontin; and if that's what you
7   want me to comment on, I can, but I'm not really
8   clear about what the expectation is from this one.
9        Q     Well, to be fair, we may already have
10  covered it.
11  A     I think we have covered that, yes.
12       Q     We can revisit it if we need to.
13  Thank you.
14  A     Yes. I don't have any information on Number
15  8, I don't have any information on Number 9, no
16  information on Number 10. I'm not very clear on
17  Number 11. No, I'm not aware of any communications
18  that I was part of with Local 68 which is
19  identified in Number 12.
20       Q     Okay. So just to be clear on Number
21  12, you're not aware of communications that Horizon
22  had with the defendants here, being Parke-Davis,
23  Warner-Lambert or Pfizer, regarding Neurontin?
24  A     Yes.
25       Q     I'm correct? That's correct?

**Page 31**

1   A     That's correct. I'm sorry.
2        Q     And you're not aware of communications
3   Local 68 had with the defendants regarding
4   Neurontin?
5   A     That's correct.
6        Q     Okay. Why don't we stop there for
7   now?
8   A     Okay.
9        Q     Well, if we can briefly go back to
10  topic 8, I believe you said you had no information
11  about topic 8. It's on Page 7 of the document.
12  A     Okay.
13       Q     Does Horizon know or can Horizon
14  determine which Local 68 members took Neurontin
15  for an off-label use?
16  A     Horizon can determine that information only
17  if they have medical data, and then they will have
18  to confirm that by calling the physicians; but
19  based on just simply pharmacy claims data, they
20  will not be able to do that.
21       Q     Okay. Thank you.
22       MR. POTISCHMAN: Let's go off the
23  record for a moment.
24       (At this point, there was a short
25  recess.)

**Page 32**

1        MR. POTISCHMAN: Let's go back on
2   the record.
3
4   BY MR. POTISCHMAN:
5        Q     Dr. Jan, I wanted to follow up on
6   one point that you made before, which is that
7   sometimes randomized placebo-controlled trials
8   show one thing and real-world evidence shows
9   another.
10  A     Not just randomized control trials and
11  real world. It may happen, also; but even with
12  randomized control trials, you may have different
13  results depending on when the study was conducted.
14  So, you know, you could have studies conducted
15  where they show positive results; and then you
16  may have other studies that have conflicting
17  results. So that's what clinical literature is
18  all about. I mean, you review the literature and
19  you look at all the studies and say, "Okay, how
20  would you get the information out of it?"
21       But if you have conflicting results in
22  three or four studies and positive results in
23  one, then you definitely look at the data.
24       Q     So even if there are more studies
25  showing one thing and less studies showing

33

1  something else --
2  A    You would definitely depend on more, where
3  you have more data.  Say if you have five -- if
4  you have five right randomized control trials with
5  a good N -- "N" means number of patients in it --
6  and it's showing positive results, and you have two
7  randomized control trials with a smaller N showing
8  negative results, you will bend towards the
9  positive results because what you will do is you
10  will get the whole population together and you will
11  summarize the information and look at the patient
12  population -- there is so much review that goes in
13  analysis of these results.
14      It's like, you know, what is the disease
15  state?  What is the condition?  What is the
16  severity of pain?  All those factors bear a very
17  important role in determining the effectiveness
18  of this drug.
19      Q    Just to give one example:  If a drug
20  let's say doesn't appear to be effective at a
21  particular dose, does that ordinarily mean it
22  won't be effective at any dose?
23  A    No.  No, it doesn't mean that.  A drug
24  may not be effective in a lower dose for that
25  condition, but it may be effective in a higher

34

1  dose for the same condition.  And that's why
2  when the drugs get approved by industry, they do
3  a dose response curve to show what dose would be
4  the effective dose.
5      Q    I believe earlier you said you had
6  some role in creation of the Horizon formulary,
7  is that right?
8  A    Yes.
9      Q    Does Horizon have one formulary or
10  many formularies?
11  A    Horizon has one formulary, actually, and it
12  uses that formulary for the two-tier business and
13  the three-tier business.  So, actually, yes; and
14  now it has Part D formulary, so it has more than
15  five formularies.
16      Q    Is Part D the Medicare?
17  A    Medicare Part D, yes.
18      Q    Putting aside Medicare, does Horizon
19  have one formulary that it uses?
20  A    It is one formulary, but it can differ
21  depending on your benefit design.  So if you have
22  a three-tier design versus a two-tier benefit
23  design, it will be very different in the terms of
24  the tiering of the drug.
25      Q    That's very helpful.

35

1      Can you describe briefly for the record
2  what a two-tier design is for Horizon?
3  A    Before I do that, I also want to make it
4  very clear that it's an open formulary; and what
5  open formulary means is that every drug is covered.
6      So in a two-tier, the generic would be the
7  first tier; and the brand would be the second tier.
8  There might be some generics which are on the
9  second tier, and those are only the generics that
10  have safety concerns with it; okay.  But the
11  general rule is that the generic would be first
12  tier, and everything else is on the second tier if
13  you have a two-tier formulary.  If you have a
14  three-tier formulary, generic would be first tier;
15  preferred brand would be the second tier; and the
16  third tier would be the nonpreferred brand.
17      Q    But in either case, every drug is
18  available?
19  A    Yes.
20      Q    Do you know where Neurontin is on
21  either a two-tier system or a three-tier system
22  today?
23  A    In a two-tier system, it would be on the
24  second tier.  In the three-tier system, it would
25  be on the third tier because a generic is

36

1  available.
2      Q    The generic is generic gabapentin?
3  A    Yes.
4      Q    Before generic gabapentin was
5  available, do you know --
6  A    It was on the second tier.
7      Q    On a three-tier system, Neurontin
8  was on the second tier?
9  A    It would be, yes.
10      Q    Meaning it was a preferred drug?
11  A    Yes.
12      Q    And --
13  A    It is still preferred, but because a generic
14  is available, it's in the generic tier; and the
15  brand is in the nonpreferred.
16      Q    I forgot to ask you the more basic
17  question, which is what does it mean for a drug
18  to be preferred?
19  A    When you talk about three tiers, there's a
20  copay associated with it.  So the generic has the
21  lowest copay, the second tier has the in-between
22  copay, and the third tier is the most expensive
23  copay.
24      Q    I apologize if you've already
25  said this.  How does Horizon decide whether to

**37**

1   put something in the second tier or the third tier?
2   A    There is a Pharmacy & Therapeutics Committee
3   that meets and determines what drug needs to go on
4   what tier.
5       Q    I recognize it may vary over time, and
6   if it does, you can let me know; but generally, who
7   is on the P&T Committee?
8       I don't want their names.  I'm just looking
9   at the types of people.
10  A    Pharmacy & Therapeutics Committee consists
11  of independent physicians who represent all areas
12  of expertise, like you would have a family
13  practitioner, an internist, an endocrinologist, a
14  geriatrician, cardiologist.  Every therapy area is
15  represented, and they are not Horizon employees.
16  They're outside physicians, independent physicians.
17  Then you would also have -- and those are the
18  voting members.  You would also have a practicing
19  clinical pharmacist on that committee.  The
20  nonvoting members comprise of the legal
21  representation from Horizon, Medical Director from
22  Quality, you would have another representative from
23  Quality Department; and I'm trying to think who
24  else would be there.  I think that would be the
25  gist of it.

**38**

1       Q    Are members of the P&T Committee
2   compensated for their work?
3   A    They are compensated for the time they
4   invest in that actual committee.  It's a minimum
5   compensation, embarrassing to even tell you how
6   much it is.
7       Q    Who picks the people who are going to
8   be on the P&T Committee?
9   A    When I joined Horizon, they already had a
10  P&T Committee and that was -- I don't -- I am not
11  fully aware of what the process was that went into
12  getting those members, but after that a lot of
13  members have left.  So there's a term -- there's a
14  whole P&T policy, that a member serves for X number
15  of years and then they're renewed on certain terms
16  for X number of years.
17      The basic criteria that I am aware of when
18  we chose P&T members was that they were, first of
19  all, willing to serve on this committee.  They were
20  aware of their commitment.  They were not
21  physicians who had any ties to any pharmaceutical
22  industries, in terms of being a physician for a
23  pharmaceutical company; in terms of that I meant.
24  They were also aware of the pharmacy and
25  therapeutics process, whether they were involved

**39**

1   in a hospital setting in that and that they were
2   top leaders.  They were people who were very, you
3   know, proficient in their areas.
4       We wanted a good mix.  We wanted academic
5   physicians as well as practicing.  All of them are
6   practicing, but some affiliations with academics
7   so that you can have a good mix of understanding
8   of this.  And then you would talk to these
9   physicians initially, screen them and find out if
10  they were, you know, physicians who would not be
11  on that committee just to promote a medication but
12  they were literally, you know, rendering unbiased
13  opinions; and they knew what the process of P&T
14  was if they had served on a previous P&T.  And
15  sometimes recommendations would be taken into
16  account.  If one P&T recommended another physician
17  who they thought was very good, then we would take
18  that recommendation, circulate their CV to the rest
19  of the P&T members, get their approval and; then
20  that person would be added to the committee.
21      Q    That's very helpful.  Thank you for
22  that background.
23      What kind of instructions does the P&T
24  Committee get about how to decide what tier to
25  put a drug in?

**40**

1   A    The basis of tiering the drugs is that
2   generic, unless there's a safety issue, would be
3   in the first tier.  The way the physicians decide
4   the second tier is a drug which has a novel
5   mechanism of action.  It is the only drug available
6   in that therapeutic class or has an advantage.  So
7   that goes in the preferred listing or the second
8   tier.  The third tier listing of the drug is
9   basically drugs that are me, too drugs; that you
10  have five or six drugs, and there's another drug
11  that got introduced into the market; and it has
12  the same mode of action or a drug that has a
13  generic available.  Then that drug would go on or
14  a drug that has a safety concern and a much more
15  safer alternative is available.  So that would be
16  put in the third tier, and the safer alternative
17  would be put in the second tier.
18      Also, the rule is I think that you would
19  want the safest drug with the best clinical outcome
20  to be put in the second tier.  If you come to a
21  point where there are two drugs that have the same
22  clinical outcome based on the clinical literature
23  review, but one is very expensive than the other,
24  then the more cost effective agent would go in the
25  second tier.  But cost is looked at, actually, as

Jan, Saira  11/2/2006  1:07:00 PM

**41**

1  the third or the fourth component of it.
2      Q    Do you have any information about
3  when Neurontin was placed in the second tier
4  originally?
5      A    It was before my time, I think, because --
6      Q    Has it been in the second --
7      A    If I remember, it was approved in '93. I
8  didn't join Horizon till '99. I joined Horizon
9  January, '99.
10      Q    And at the time you joined, it was
11  a second tier drug on the three-tier system?
12      A    I would think so, yes, because I don't
13  think that a generic was available in '99. No.
14      Q    I don't think it was either.
15      A    Yeah.
16      Q    And as far as you know, it stayed
17  a preferred drug until generic gabapentin became
18  available?
19      A    Yes.
20      Q    And although it was before your
21  time, do you have any information on how the P&T
22  Committee decided to make Neurontin a Tier 2 drug?
23      A    I don't have any idea how the process worked
24  because before I joined -- actually, even when I
25  joined, also, it was Medco as the pharmacy benefit

**42**

1  manager. They didn't have a big department of
2  pharmacy over here, so they followed the Medco
3  formulary. And I am not aware of what the decision
4  was -- how Neurontin was added to the second tier.
5      Q    Understood.
6      Once a drug is on the formulary, does it
7  ever get reviewed again to see if it should stay
8  in the same place?
9      A    Yes. We review a drug annually. All the
10  drugs are reviewed annually, so all the therapeutic
11  classes are reviewed annually. When we started the
12  process in '99, we used to have six meetings; every
13  other month. So we met six times through P&T.
14  Since last two years, we've been meeting quarterly;
15  but every therapeutic class is reviewed annually.
16      Q    Okay. And so focusing on Neurontin,
17  does that mean that from at least when you joined
18  in 1999 until the generic became available, each
19  year the P&T Committee decided to approve it again
20  as a Tier 2 preferred drug?
21      A    Uh-huh.
22      Q    Is that a yes?
23      A    Yes. I'm sorry.
24      Q    That's okay. And do you have any
25  information about what went into the decisions,

**43**

1  the annual decisions to keep it as a preferred
2  drug?
3      A    The clinical decision was that we have all
4  the drugs that are for use in epilepsy and seizures
5  as preferred unless there is a safety concern.
6  This drug had clinical benefits -- I mean, it still
7  has clinical benefits in terms of the indications
8  it has and also the uses.
9      Q    The on-label and the off-label uses?
10      A    I won't comment on off-label use unless you
11  ask me to.
12      MS. LIGHTNER:  Now he's going to ask
13  you to.
14      Q    I am going to ask you to.
15      A    Like I said, it's very difficult to comment
16  on off-label use because pain is a condition where
17  it's not a very clear -- sometimes it's very easy
18  to comment on certain off-label uses that are not
19  right off-label uses. In pain management, it
20  becomes a challenge because the patient may respond
21  to this therapy. So we as a clinical group, as a
22  P&T group, it had approved indications for
23  seizures; it had indications for posthepatic
24  neuralgia, and there was data on neuropathic pain.
25  So we really did not have a lot of discussion as

**44**

1  the P&T on the off-label use, but we knew that it
2  was being used for neuropathic pain, and we looked
3  for that.
4      Q    How would Horizon know that it's
5  being used for neuropathic pain?
6      A    Horizon would know because it was, you know,
7  public information out there. A lot of studies
8  were being published on different indications that
9  they did not have approval on, and then physicians
10  were prescribing it. I mean, there is not such a
11  big population of seizures out there; but in
12  general, pain is a condition that could be
13  initiated by a lot of different disease states,
14  so the use was there.
15      Q    And did you participate in the P&T
16  meetings personally?
17      A    Yes. I am the Co-chair of the Pharmacy &
18  Therapeutics Committee.
19      Q    I see.
20      A    But I am not a voting member.
21      Q    Okay. Did Horizon learn from the
22  physicians on the P&T Committee that they were
23  using Neurontin for off-label uses?
24      A    Not that I remember, not that -- I mean,
25  I don't think so we had a big discussion on

Jan, Saira 11/2/2006 1:07:00 PM

**45**

1  Neurontin. I mean, Neurontin was a preferred
2  drug because of the population of seizures and
3  all of those other conditions and pain management.
4  So we never went into a wide discussion on the
5  off-label use of Neurontin.
6      Q   Okay. I don't want to characterize
7  it, but is it fair to say that Neurontin was not
8  a controversial drug in terms of the formulary,
9  to keep it as a preferred drug?
10     A   Yes. It was not a controversial drug.
11     Q   Do you know whether there were
12  other drugs in the same class that were more
13  controversial?
14     A   There were a couple of drugs that are
15  indicated for epilepsy but had some safety concerns
16  that were not on the second tier, but not many,
17  not many.
18     Q   Has Horizon had situations come up
19  with the P&T Committee where a drug is placed on
20  Tier 3 as opposed to Tier 2 because of extensive
21  off-label use of the drug that you can think of?
22     A   No, that is not a criteria to put on a third
23  tier. You would manage the off-label use if you
24  can if it is outside -- if it has safety issues or
25  if there are other issues around it, but you would

**46**

1  not put it just basically because of that because,
2  yes, there is off-label use; but there's a lot of
3  FDA approved-label use, also, so you can't just
4  move the drug on a third tier just based on that.
5      Q   And I take it Horizon is aware that
6  physicians are legally allowed to prescribe for
7  off-label uses.
8      A   Yes.
9      Q   What tools does Horizon have at its
10 disposal to help manage off-label prescriptions,
11 if any?
12     A   The tools are sometimes very easy, depending
13 on the disease state; and pain is not one of them.
14 So I'm sorry I can't help you there, but there are
15 certain drugs that get approved and you know -- the
16 first level of indication of the off-label use is
17 when the pharmaceutical industry comes and presents
18 the information, and now the industry has evolved
19 quite a bit. So now when we look at the
20 information, how I look at the information now
21 versus how I looked at the information ten years
22 ago has changed tremendously. So we really now
23 demand the off-label -- the indications that the
24 industry is pursuing. So that gives us some idea
25 what are the prospective areas that you would be

**47**

1  doing studies in; and we kind of look at that and
2  say, "Okay. Does this tie in with the
3  effectiveness of this drug?" And so we are more
4  aware of it, so we reach out more proactively now.
5      The other area that is like that the drug
6  may be approved for one indication, but they don't
7  have good data in the other indication that they
8  did a trial in. But because they have a trial,
9  the likelihood is that somebody may use it; and
10 if it's something which is a negative result or
11 something which is really something has no
12 effectiveness, then we would proactively watch
13 out for that. And the way we could do that in
14 high cost drugs or drugs that could lead to abuse
15 potential is to put a prior authorization criteria.
16     Q   Okay, and can you explain for the
17 record what a prior authorization means?
18     A   Prior authorization would be for members
19 who actually buy that benefit, so every member
20 may not have that benefit.
21     Q   I understand.
22     A   If a member has that benefit, then what
23 prior authorization is is a hard stop of a
24 prescription at the pharmacy claims. If a member
25 goes into a pharmacy, they would stop the

**48**

1  prescription; and the physician or the pharmacist
2  has to go through a series of questions to say
3  what this patient is getting this medication for.
4  Usually it's the physician's office; and if they
5  meet the criteria, which is based on totally
6  FDA-approved indications, then it goes through.
7      Q   I see.
8      A   So then if the physician is requesting
9  for something which is off-label and does not
10 have data supporting the off-label use, then it
11 is denied.
12     Q   And how would the person who has to
13 make the final decision know whether there's data
14 or not supporting that?
15     A   It would be outlined in the policy that they
16 are reviewing.
17     Q   Can you just walk me through an
18 example of how this would work if I show up at
19 the pharmacy?
20     A   Sure.
21     Q   Thank you.
22     A   Let's -- before I go into that, we do have
23 an off-label policy, also. The off-label policy is
24 that you -- it is defined with the fact that you
25 have clinical literature supporting the use of that

Jan, Saira 11/2/2006 1:07:00 PM

### 49

1  drug, that it is listed in the compendium that
2  there is data supporting this, all this off-label.
3  Then it's Horizon's determination to say that the
4  literature that is out there is valid literature.
5  It's not a two-people study or it's a three-people
6  study, but there is a whole off-label policy listed
7  out there where there's enough data supporting it.
8      So to give you an example -- let me give you
9  a clean-cut example. Somebody walks in with a
10 prescription of -- there's a newer drug that just
11 got approved.
12     THE WITNESS: Should I talk about
13 drugs?
14     MS. LIGHTNER: It's okay.
15 A   Byetta, it's a drug for diabetes. So you
16 walk into the physician's office, and you go in,
17 and this physician now is trying this drug to lose
18 weight where there's no data, there's no studies,
19 there's nothing to show that this drug works. So
20 if you put a prior authorization, there's one way
21 of -- there are different levels of prior
22 authorization. One level of prior authorization
23 is that it's a hard stop; and sometimes we do have
24 the capability of checking in the claims that is
25 there any other drug that has been prescribed for

### 50

1  this patient for diabetes. So the system checks
2  that; and if there's no, it stops the prior
3  authorization, in this case, of this drug.
4      Then the physician will have to go through
5  a list of questions, and the first question would
6  be, "Does the patient have diabetes?" Physician
7  says no; it's denied because there's no data
8  supporting the weight loss -- to use this drug
9  for weight loss.
10 Q   Does that mean somebody speaks to the
11 physician to find out why it's being prescribed?
12 A   Yes.
13 Q   I see.
14 A   For patients who have prior authorization.
15 Q   I see.
16 A   If somebody does not have that benefit,
17 then it doesn't stop.
18 Q   Okay. Are you aware of any Horizon
19 policy today with a formulary that would require
20 somebody to be tried on gabapentin or Neurontin
21 before they can receive any other drug, such as
22 Lyrica?
23 A   I want to put that in, but no. That is
24 something that we are doing through education.
25 We try -- actually, Lyrica is nonpreferred on

### 51

1  our formulary at this point.
2  Q   And why is that?
3  A   Because I think gabapentin is a better
4  agent to be used, and they don't have -- they
5  didn't have enough data at this point to support
6  that it is superior to the existing treatments.
7  Q   For what indication or indications?
8  A   They have indication for neuropathic pain
9  and, you know, other conditions that would be --
10 that other agents are available.
11 Q   And it's Horizon's view and the P&T
12 Committee's view that gabapentin is as effective
13 in those areas?
14 A   Yes.
15 Q   Just to jump back for one minute, I
16 believe earlier you said Horizon does a review of
17 the literature to make sure the literature really
18 supports what people are saying about it; is that
19 right? Withdrawn.
20 A   Make a determination of the --
21 Q   Let me ask it again.
22     I believe you commented earlier that Horizon
23 performs a review of the literature, is that right?
24 A   Yes.
25 Q   And I believe you said that Horizon

### 52

1  wants to determine whether the literature is valid,
2  is that right?
3  A   Not valid because, remember, the drug is
4  FDA-approved. What Horizon determines is the
5  effectiveness of this drug or the tier placement
6  of this drug; whether this is a novel treatment,
7  whether this is a me, too treatment, or whether
8  this is something that is one of the 10 that is
9  already available in the formulary. So Horizon
10 determines the place on the formulary by looking
11 at the clinical literature review.
12 Q   Okay, so that means that for Neurontin
13 to be a preferred drug, Horizon determined that
14 the literature supported placing it there, I guess.
15 A   Yes.
16 Q   Can you explain to me the relationship
17 in forming a formulary between Horizon and I
18 guess pharmacy benefit managers? Is there any
19 relationship?
20 A   Can you explain it to me?
21 Q   Yeah, let me try.
22 A   There is a relationship, but what exactly
23 do you want me to elaborate on?
24 Q   Are you aware that Local 68 has
25 contracted with Horizon to provide services?

Jan, Saira 11/2/2006 1:07:00 PM

53

1  A    I'm sure --
2        MS. LIGHTNER: Clarify "services"
3  first.
4    Q    I just mean that we're here primarily
5  because Local 68 is a plaintiff here, and they use
6  Horizon to provide I guess administrative services
7  regarding insurance.
8        Are you aware of that?
9  A    I have heard about it because when I was
10  coming in this case about it.
11   Q    Okay.
12  A    There are a lot of accounts that Horizon
13  supports.
14   Q    Sure.
15  A    And I guess this is one of them.
16   Q    Yes. My understanding is that at
17  various times in the last several years Horizon has
18  used either Caremark or a predecessor or Medco as a
19  pharmacy benefit manager.
20  A    Yes.
21   Q    I just wanted to find out did they
22  have a role in suggesting the formulary, or is that
23  Horizon's job to pick the formulary?
24  A    No, that's Horizon's job. They don't have
25  any role in selecting a drug for Horizon's

54

1  formulary.
2    Q    Again, just for the record and in
3  layman's terms, can you describe generally then
4  what it is that a pharmacy benefit manager does?
5  A    For Horizon?
6    Q    Yes.
7  A    And you want me to describe both Medco and
8  Caremark? Because there are different level of
9  services that were provided by both organizations.
10   Q    Well, thank you for that helpful
11  clarification.
12        MS. LIGHTNER: Based on the class
13  period, you want both?
14        MR. POTISCHMAN: Yeah.
15        THE WITNESS: Thank you.
16        MS. LIGHTNER: You're welcome. It's
17  all right.
18        MR. POTISCHMAN: Thank you, counsel.
19  A    Well, Medco was a brief period of time when
20  I was here, I think; but Medco's responsibilities
21  were to provide us with -- they did the contracting
22  for the drugs, and everything was supervised by
23  Horizon. When I started, I developed a clinical
24  program. So they would do prior authorization for
25  us, they would do claims processing for us, they

55

1  would do drug utilization evaluation, they would
2  do academic detailing; but it had to be overseen
3  by Horizon.
4        Then we let go of Medco and came with
5  Caremark, and the level of activities are almost
6  the same; but like the contracting is still done by
7  Caremark. The drug utilization evaluation is done
8  -- we tell them what to do, but based on our
9  contract, there are more clinical initiatives that
10  have been developed with Caremark.
11   Q    I may have asked you this before. I
12  apologize if I did.
13        Do you know whether either Local 68 or
14  Horizon or Medco or Caremark ever considered
15  implementing a cost containment program regarding
16  Neurontin?
17  A    Not that I'm aware of.
18   Q    And in the time since you've been at
19  Horizon -- I guess since 1999, is that right?
20  A    Uh-huh.
21   Q    -- would you be aware of it if
22  Horizon had considered implementing cost
23  containment related to Neurontin, do you think?
24  A    Yes. The only cost containment program
25  that would be in place now is promoting the generic

56

1  versus the brand, so we would -- we promote
2  generic, but there's no step therapy. So we
3  would send out letters to the, you know, physicians
4  saying, "Write for generic. It's cheaper for the
5  members."
6    Q    Well, Horizon is contemplating step
7  therapy, I guess, for gabapentin.
8  A    We cannot do step therapy.
9    Q    I see, Horizon --
10  A    In the State of New Jersey, I think there's
11  some issue with the step therapy. We cannot do
12  step therapy.
13   Q    I see.
14  A    I wish we could. That's something that
15  informally we can talk to physicians, but we
16  cannot implement step therapy.
17   Q    I see. So you can try to educate
18  physicians about a preferred approach, but you
19  cannot require a step therapy?
20  A    That's my understanding. I may be wrong.
21   Q    I'm not asking you for a legal
22  conclusion.
23  A    Okay.
24   Q    I just wanted to know generally.
25        And is Horizon currently trying to educate

**57**

1  physicians about using gabapentin before any other
2  agent?
3  A    They are doing that for the generic
4  initiative, but they are not doing that for other
5  drug classes.  The only way it is kind of inferred
6  to the physicians by putting the other agents that
7  come up for this indication like Lyrica on the
8  third tier to say that, you know, you might as well
9  use gabapentin before you use Lyrica; but that's in
10 a subtle fashion but not in a step therapy.  But
11 when we do generic, we do a lot of -- we might do
12 some kind of outcome analysis and see if, you know,
13 Lyrica is any better than gabapentin or Neurontin
14 and then maybe go through that route.  But there is
15 no active education going on to the physicians.
16     Q    Okay, and has Horizon done any
17 analysis like you just mentioned about whether --
18 A    Not recently, no, because we want the
19 utilization to show us more.
20         MR. POTISCHMAN:  Let's go off the
21 record.
22         (At this point, there was a short
23 recess.)
24         MR. POTISCHMAN:  Let's mark one more.
25         (Document entitled Pharmaceutical

**58**

1  Utilization Management Programs was received and
2  marked Exhibit Jan-2 for Identification.)
3
4  BY MR. POTISCHMAN:
5      Q    Dr. Jan, I have placed before you
6  what we've marked for Identification as Jan Exhibit
7  2.  I think it's approximately a 27-page printout
8  off of Horizon's website that bears the title
9  Pharmaceutical Utilization Management Programs.
10 A    Uh-huh.
11     Q    Have you seen this document before,
12 if not on paper, then electronically?
13 A    Yes.
14     Q    Can you just briefly describe what
15 it is?
16 A    It's a listing of formulary drugs and what
17 is on the Horizon formulary and then also
18 dispensing limits.  All the UM programs, PAs should
19 be in there somewhere.
20     Q    And the --
21 A    Any UM limits that would be in place.
22     Q    You said UM?
23 A    Utilization management.
24     Q    I see.  On the first page, it says
25 that "All medications are subject to Medical

**59**

1  Necessity and Appropriateness review."
2      Is that correct, to your knowledge?
3  A    Yes.
4      Q    You've described previously the
5  process that is undertaken to review drugs by
6  the P&T Committee, is that right?
7  A    Yes.
8      Q    In the end of that paragraph, it says
9  that, "These external oversight committees" -- it
10 refers to P&T Committee and Quality Improvement
11 Committee -- "assure that are Medical Necessity and
12 Appropriateness criteria and guidelines reflect
13 community prescribing standards for the appropriate
14 medication prescribed for members," is that right?
15 A    Yes.
16     Q    Is that the same standards that was
17 used since 1999 when you arrived?
18 A    Yes.
19     Q    And what does the Quality Improvement
20 Committee do?
21 A    What Quality Improvement Committee is is the
22 committee that P&T feeds into, so it's a committee
23 that reviews a lot of different committees' work
24 and approves or disapproves it.  So internal
25 committee is like, you know, clinical issues

**60**

1  committee and multiple committees.  Basically,
2  that's the highest committee that you would have;
3  and the Quality Improvement Committee, the QIC
4  that's listed over here has physicians that attend
5  this meeting that are outside physicians; and then
6  they have representation of different internal
7  groups.  So Pharmacy and Therapeutics Committee,
8  although it is a committee that has outside
9  physicians, the results of the minutes of that
10 committee are presented at Quality Improvement
11 Committee.  So that there's kind of another way of,
12 you know, having other groups of physicians and
13 other groups of individuals also seeing and
14 approving.
15     Q    Okay.  There's a reference in this
16 document to maintenance drugs.  You may know this
17 already, but I can direct your attention to Page 20
18 where there's a list of maintenance drugs that
19 begins.
20 A    Yes.
21         MS. LIGHTNER:  15.
22     Q    Oh, Page 15 of your document.  I must
23 have a different pagination.
24     I just wanted to find out who comes up
25 with the maintenance drug list.

Jan, Saira 11/2/2006 1:07:00 PM

                                                                    61
1   A    Nobody comes up with the maintenance drug
2   list.  Maintenance drugs are basically classified
3   as the drugs that you would take on regular basis,
4   so not like an antibiotic.  That wouldn't be a
5   maintenance drug, but something like you have
6   hypertension or whatever, something that you would
7   be taking for life if you are diagnosed with that
8   disease.  So that's how it's indicated.
9       Q    I see, and Neurontin is listed as one
10  of the maintenance drugs under CNS, and can you
11  just state what CNS is?
12  A    Central nervous system.  That is if somebody
13  has a seizure, it's not going to go away tomorrow.
14  They will have to be on that medication for a long
15  period of time; or if somebody has a chronic pain
16  of some kind, that could be something that a
17  prescription is not filled just once in awhile.
18      Q    Okay.  And just turning back to the
19  first page again and the comments that are on
20  there, I take it then that when Neurontin was a
21  Tier 2 preferred drug in the formulary, that was
22  because Horizon had determined that it was a
23  preferred drug according to community prescribing
24  standards?
25  A    Or the clinical data and the indications.

                                                                    62
1       Q    Okay.  Is this document, the
2   Pharmaceutical Utilization Management Programs
3   document a document that's created in the ordinary
4   course of Horizon's business?
5   A    Yes.  This is I think -- is this the
6   web-based document?
7       Q    Yes.
8   A    Yes.  It's posted on the web.
9       Q    And is this ordinarily retained in
10  the files of Horizon for some amount of time, this
11  document?
12  A    This is live on the web, so I think it's
13  electronically retained forever.
14      Q    Thank you.  You can put that to the
15  side.
16  A    (Witness complies.)
17      Q    I believe earlier today we talked
18  briefly about drug utilization reviews.  I just
19  wanted to find out whether you're aware if Horizon
20  has done any drug utilization reviews related to
21  Neurontin.
22  A    I don't think that we did any drug
23  utilization review on Neurontin.
24      Q    Do you know whether Local 68 --
25  have you had even dealings with Local 68?

                                                                    63
1   A    No.
2       That will be five minutes.
3       Q    At any point since you've been at
4   Horizon, has Horizon been aware generally or
5   specifically about the percentage of Neurontin
6   prescriptions that are being filled for off-label
7   uses versus on-label uses?
8   A    No.
9       Q    Have you been involved in any
10  discussions at Horizon where people have expressed
11  concern about the number of off-label prescriptions
12  of Neurontin?
13  A    No.
14      Q    Have you ever been part of any
15  discussion or anybody expressed concern about
16  Neurontin being prescribed for particular off-label
17  uses?
18  A    Not at Horizon, but you would read
19  newspapers, and you would read literature out
20  there.
21      Q    In response to whatever you've read,
22  Horizon hasn't changed its policies or put
23  Neurontin or gabapentin on prior authorization,
24  for instance?
25  A    Yes; no.

                                                                    64
1       Q    Do you know if Horizon wanted to
2   find out the percentage of Local 68 participants
3   who were taking Neurontin for an off-label use,
4   is there any way Horizon could do that?
5   A    No, I don't think so.  It would be very
6   difficult to do that just because of the merging
7   of the data and then manually talking to all the
8   physicians to find out if that is the correct
9   indication.
10      You can find out how many patients are on
11  Neurontin, but what they are taking it for is a
12  very time-intensive, labor-intensive process.
13      Q    And it would involve speaking to
14  individual physicians?
15  A    If you want correct data, yes.
16      Q    Okay.  If you know a particular
17  insured who took Neurontin, does Horizon have
18  the ability to find out what other medications
19  that person has taken?
20  A    Yes.
21      Q    And what kind of data does one look
22  at to answer that question?
23  A    Pharmacy claims data.  You would look at
24  what the patient's medications list is.
25      Q    Does Horizon maintain any sort of

Jan, Saira 11/2/2006 1:07:00 PM

65

1  literature library regarding Neurontin or
2  gabapentin?
3     A    No.  We review clinical literature, and we
4  write up clinical monographs; and the monographs
5  for the newer drugs, all the therapeutic class
6  reviews are maintained.  But because Neurontin was
7  there for the longest time, I don't remember that
8  even we have a monograph on that.
9     Q    That was my next question.  Do you
10 know whether Horizon has a monograph on Neurontin
11 or gabapentin?
12    A    No.  No.  I checked it last night.  We don't
13 because it was approved way before -- it was I
14 think '93, so they must have -- you know, we may
15 never reviewed this drug again in terms of a new
16 drug evaluation.  As a class, we reviewed it.
17    Q    Is there a monograph that talks about
18 the class of drugs that Neurontin is a part of?
19    A    There might be one, but I'm not really sure
20 because we have stopped doing those big therapeutic
21 class reviews, monographs, you know, focusing more
22 on individual drugs.
23    Q    Okay.  We would just ask if there is
24 a monograph of the class that has a discussion of
25 Neurontin or gabapentin, that that be produced to

66

1  us.
2           (Request.)
3     Q    You're aware that there have been
4  allegations of misconduct about the promotion of
5  Neurontin in I think you referred to the press,
6  is that right?
7     A    Yeah.
8     Q    And have you heard anything about
9  Warner-Lambert pleading guilty to specific
10 instances of off-label promotion of Neurontin?
11    A    No.
12    Q    Okay, but you've read press reports
13 about -- well, what press reports were you
14 referring to earlier that you've read, generally?
15    A    It was a long time ago when, you know, I
16 mean, there was a whole big thing about Neurontin
17 being used for off-label use; and, you know, some
18 plans were thinking of putting some edits in place;
19 those kind of things.  I don't distinctly -- I
20 can't quote to you what reference I read, but it
21 was out there; and it was some time ago.  It was
22 not in recent years, I would say.
23    Q    Okay.  Are members of the P&T
24 Committee generally aware of this issue, as far
25 as you know, allegations that have been out there

67

1  about Neurontin?
2     A    I'm sure they must have been, but like I
3  said, it was never a topic of discussion at the
4  P&T.
5     Q    And Horizon hasn't changed its
6  treatment of Neurontin or gabapentin in light
7  of any allegations of misconduct, is that right?
8     A    No.
9          MR. POTISCHMAN:  Let's go off the
10 record.
11         (A discussion was held off the
12 record.)
13         MR. POTISCHMAN:  On the record.
14         THE WITNESS:  Thank you.
15         MR. POTISCHMAN:  Back on the record.
16
17 BY MR. POTISCHMAN:
18    Q    I believe earlier you talked about
19 prior authorization, and I believe you used the
20 phrase "hard stop."
21    A    I did, yes.
22    Q    Is there more than one level of prior
23 authorization?
24    A    Prior authorization -- let me clear this.
25 Prior authorization is a hard stop.  It's the stop

68

1  at the pharmacy, but then there's another way of
2  doing utilization management; and what that would
3  be is something precedes prior authorization, so
4  there won't be a hard stop.  What the system --
5  the example I was giving you was of Byetta where
6  there's a system check.  So, for example, there
7  could be a prior authorization for inappropriate
8  use for Byetta; but if there was a claim for an
9  oral diabetic drug, then the PA won't kick in.  It
10 would be something that they would look at the
11 history and say, "Now, this patient is getting it
12 for diabetes.  Let it go."
13         So it's more of a little patient-friendly
14 thing that there is a PA, but it only happens when
15 the history indicates that it most likely is being
16 used inappropriately.
17         Like, for example, the other example could
18 be the Vioxx or the Celebrex or something where it
19 was, you know, like if you were 65 and above and
20 you had a claim of another agent that indicated
21 that you had GI problems, then it would not hit;
22 but if you had nothing of that, then it may hit
23 in certain patient populations.
24         MR. POTISCHMAN:  Dr. Jan, thank you so
25 much for your time this morning.

```
                                                          69
 1        We have nothing further at this time.
 2        THE WITNESS:  Oh, great.  Thank you.
 3        MS. LIGHTNER:  Thank you.
 4
 5        (Witness excused.)
 6
 7        (The deposition was concluded at 11:42
 8   a.m.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                          70
 1             JURAT
 2        I, SAIRA A. JAN, do hereby certify that I
 3   have read the foregoing transcript of my testimony,
 4   taken on November 2, 2006, and have signed it
 5   subject to the following changes:
 6   PAGE      LINE      CORRECTION
 7
 8
 9
10
11
12
13
14
15
16
17
18   DATE:       _____
19
20   Sworn and subscribed to before me on this     day
21   of
22
23   NOTARY PUBLIC      _____
24
25
```

```
                                                          71
 1
 2
 3             C E R T I F I C A T E
 4
 5
 6
 7        I, CHERYL McGANN, a Certified Shorthand
 8   Reporter and Notary Public of the State of New
 9   Jersey, do hereby certify that prior to the
10   commencement of the examination, the witness was
11   duly sworn by me to testify the truth, the whole
12   truth, and nothing but the truth.
13        I do further certify that the foregoing
14   is a true and accurate transcript of the testimony
15   as taken stenographically by and before me at the
16   time, place, and on the date hereinbefore set
17   forth.
18        I do further certify that I am neither
19   of counsel nor attorney for any party in this
20   action that I am not interested in the event nor
21   outcome of this litigation.
22
23
24   Notary Public of the State of New Jersey
     C.S.R. License No. XI000918
25
```