*In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation*

**REPLY REPORT OF HENRY G. GRABOWSKI**

**I. Assignment And Summary Of Opinions**

1) I have been asked by counsel for the defendants in this matter (Pfizer, Inc. and Warner-Lambert Company, collectively "Pfizer") to review Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Renewed Motion for Class Certification ("Reply Memorandum") and the Rebuttal Declaration of Dr. Rena Conti ("Conti Rebuttal"), as they relate to my expert report in this case ("Initial Report").[1]

2) Neither Plaintiffs' counsel nor Dr. Conti offers any response to the central point of my Initial Report, which is that trends in Neurontin off-label usage over time provide no basis whatsoever for inferring a causal relationship between allegedly improper promotions and off-label prescriptions.[2] For the reasons given in my Initial Report, such an inference would be improper and unsupportable as an economic and statistical matter. Dr. Conti does not, and indeed could not, disagree with this conclusion.

3) Instead, Plaintiffs' counsel and Dr. Conti offer a handful of limited critiques of other points that I have made in my Initial Report, to which I respond below.

---

[1] Expert Report of Henry G. Grabowski, March 13, 2008.
[2] See for example Initial Report pp. 3-19.

## II. Plaintiffs' Counsel's Criticism Of My Analysis Of Off-Label Usage Of AEDs Other Than Neurontin Is Baseless

4) One criticism of my Initial Report made by Plaintiffs' counsel, but not by Dr. Conti, is that my charts depicting growth in off-label usage of other AEDs besides Neurontin should have ignored indications that were off-label at a certain point in time but later received FDA approval.[3] The premise of this criticism appears to be that drug uses that never receive FDA approval must not be truly effective uses of that drug. This notion is contradicted by Plaintiffs' own expert, Dr. Meredith Rosenthal, who agreed that absence of FDA approval "does not indicate anything about the true effectiveness of Neurontin."[4] Indeed, I noted in my Initial Report the extensive evidence of Neurontin's efficacy for off-label conditions, as provided by numerous medical experts.[5] Thus, it was appropriate to include off-label uses that ultimately received FDA approval in Exhibits 2A to 2G in my Initial Report. These Exhibits, based on the same type of NDTI data employed by Dr. Conti, depicted sharp increases in off-label usage of other AEDs besides Neurontin.

5) To shed further light on independent off-label usage trends among AEDs as a class during the years at issue, I include with this rebuttal report two additional charts, also prepared with the type of NDTI data used by Dr. Conti, that compare off-label usage of other AEDs with Neurontin.[6]

---

[3] See Reply Memorandum pp. 2-3: "Defendants argue that selected antiepileptics other than Neurontin exhibited 'similarly sharp' growth in off-label usage. However…when the 'off-label' conditions for which several of these drugs were eventually approved (establishing that they were indeed effective in treating those conditions) are factored out, the comparison looks very different, with Neurontin clearly in 'a class by itself' in terms of off-label usage…"
[4] Rosenthal deposition, 10/25/06, pp. 512-513.
[5] Initial Report pp. 13-18.
[6] See Exhibits 1 and 2.

6) As demonstrated in the attached Exhibit 1, NDTI data depicts substantial off-label usage among other AEDs before Neurontin came on to the market. Furthermore, the increases in Neurontin's off-label usage depicted by Dr. Conti generally correspond with increases in off-label usage for other AEDs in general. Exhibit 2 demonstrates that this correspondence is even stronger when off-label usage is limited to the indications at issue in this case.

7) As such, Plaintiffs' claim that Neurontin is in "a class by itself" versus other AEDs in terms of off-label usage[7] ignores the fact that *all* AEDs experienced similar periods of growth during the years at issue, and that off-label usage among AEDs was high even prior to Neurontin's approval, as shown in Exhibits 1 and 2 to this report.

### III. Dr. Conti's Criticisms Of My Initial Report Are Baseless

8) Dr. Conti uses NDTI drug mentions (i.e. "uses") as the unit of measure for her analysis of Neurontin off-label usage during the class period, and claims that NDTI mentions of Neurontin closely correspond to filled prescriptions.[8] As noted in my Initial Report, and as Dr. Conti agreed in her own testimony, NDTI mentions differ from actual prescriptions.[9] Furthermore, the academic literature cited by Dr. Conti herself state that NDTI drug mentions can deviate significantly from actual prescriptions,[10] with one even acknowledging that NDTI in general has unknown

---

[7] See Reply Memorandum p. 3.
[8] See Conti Rebuttal p. 1.
[9] See Conti Deposition, 2/12/08, pp. 284-289. See also Initial Report p. 22.
[10] See D. K. Wysowski, C. Baum, "Outpatient use of prescription sedative-hypnotic drugs in the United States, 1970 through 1989," *Archives of Internal Medicine*, Sep 1991, 151: 1779-1783 at 1779: "…NDTI uses the term *mentions* for drug reports. Mentions are not directly equivalent to prescriptions or patients, since only about 65% of drugs recorded during a physician-patient contact in 1988 involved issuance of a formal outpatient prescription."

reliability.[11] In contrast, Dr. Conti cites no authority, and has apparently done no analysis at all, to support her claim that "[t]here is no reason to believe there is a substantial gap between mentions in the NDTI data and the number of filled prescriptions…"[12]

9) Dr. Conti claims in her rebuttal report that "Dr. Grabowski and I followed the same standard practice…by not reporting margins of error (confidence intervals) when presenting trends in Neurontin use using NDTI data."[13] Regarding this point, the Exhibits in my Initial Report followed Dr. Conti's "standard practice" in order to show that Dr. Conti's methodology would also depict high off-label usage for other AEDs as well as similar growth in off-label usage for other AEDs in the years at issue.[14] In any event, Dr. Conti's provision of specific numbers of off-label Neurontin uses in her report[15] with no reference to or consideration of the substantial confidence intervals NDTI requires to be applied (often as high as 61% or more) misleadingly suggests to the Court a level of accuracy that the NDTI data does not provide.

---

[11] See Zell ER, LF McCaig, BA Kupronis et al, 2000, "A Comparison of the National Disease and Therapeutic Index and the National Ambulatory Medical Care Survey to Evaluate Antibiotic Usage" at 824: "NDTI…is not nationally representative…the validity and reliability of the data are unknown."
[12] Conti Rebuttal p. 1
[13] Conti Rebuttal p. 5.
[14] Initial Report pp. 22-23.
[15] Revised Conti Declaration, 2/21/08, pp. 13-15.

I declare under penalty of perjury that this Report is true and correct.

Signed on ___April 11, 2008___

_____
Henry G. Grabowski

## Exhibit 1

## All Off-Label Uses [1]
## Top AEDs [2] vs. Neurontin
Source: NDTI; Declaration of Dr. Rena Conti; Drugs@FDA



Note: [1] Off-label uses are all uses that are not FDA approved for a particular AED at a particular point in time. For the purposes of this analysis only, the same ICD-9 indication categories employed by Dr. Conti are used in this exhibit, whether or not they appropriately reflect uses for these different indications. Does not include uses at dosages above FDA-approved levels.

[2] Does not include uses at dosages above FDA-approved levels.
Contains branded AEDs and their generic equivalents from IMS therapeutic category "20200 SEIZURE DISORDERS" with average positive annual uses in excess of 150,000 for the period 1994 to 2004: Carbatrol, Depakote, Depakote ER, Dilantin, Gabitril, Keppra, Klonopin, Lamictal, Mysoline, Tegretol, Tegretol XR, Topamax, Trileptal, and Zonegran.

**Exhibit 2**

# Off-Label Uses At Issue in This Case [1]
## Top AEDs [2] vs. Neurontin
Source: NDTI; Declaration of Dr. Rena Conti; Drugs@FDA



Note: [1] Off-label uses are uses that are not FDA approved for a particular AED at a particular point in time, and are limited to the indications addressed by Dr. Conti in her report. For the purposes of this analysis only, the same ICD-9 indication categories employed by Dr. Conti are used in this exhibit, whether or not they appropriately reflect uses for these different indications. Does not include uses at dosages above FDA-approved levels.

[2] Contains branded AEDs and their generic equivalents from IMS therapeutic category "20200 SEIZURE DISORDERS" with average positive annual uses in excess of 150,000 for the period 1994 to 2004: Carbatrol, Depakote, Depakote ER, Dilantin, Gabitril, Keppra, Klonopin, Lamictal, Mysoline, Tegretol, Tegretol XR, Topamax, Trileptal, and Zonegran.