UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No.: 1629 <br><br> Master File No. 04-10981 (PS) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for plaintiffs *Kaiser Foundation Health Plan, Inc.*, *Kaiser Foundation Hospitals, Inc.*, and *Guardian Life Insurance Company of America*.

Dated: April 10, 2008

Yours, etc.

KAPLAN FOX & KILSHEIMER LLP

By: _____
Elana Katcher, Esq.
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
E-mail: ekatcher@kaplanfox.com

Counsel for Plaintiffs *Kaiser Foundation Health Plan, Inc.*, *Kaiser Foundation Hospitals*, & *Guardian Life Insurance Co. Of America*