CSDNY (11/99) Certificate of Good Standing

# United States District Court
### Southern District of New York

**Certificate of Good Standing**

I, J. Michael McMahon, Clerk of this Court, certify that

__ELANA   KATCHER__, Bar # __EK2575__

was duly admitted to practice in this Court on

__SEPTEMBER  4th,  2007__, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York   on   APRIL 10th, 2008

J. Michael McMahon        by   _(signature)_
Clerk                                       Deputy Clerk