UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
ALL PRODUCTS LIABILITY CASES                               :
IDENTIFIED ON EXHIBIT 1 TO THE                             :
DECLARATION OF SCOTT W. SAYLER, ESQ.                       :
                                                           :
-----------------------------------------------------------x
```

DECLARATION IN OPPOSITION TO DEFENDANTS
MOTION FOR SUMMARY JUDGMENT

## EXHIBIT 2 (CORRECTED)

Dated: April 16, 2008

                                        **/s/ Andrew G. Finkelstein**
                                        Andrew G. Finkelstein
                                        FINKELSTEIN & PARTNERS, LLP
                                        Attorneys for Plaintiffs
                                        436 Robinson Avenue
                                        Newburgh, NY  12550
                                        Tel.: 845-562-0203
                                        Fax:  845-562-3492

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 16, 2008.

                                        **/s/ Andrew G. Finkelstein**
                                        Andrew G. Finkelstein

2