UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
                                                                 :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                     :
        SALES PRACTICES AND                                      :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                            :
                                                                 :   Judge Patti B. Saris
-----------------------------------------------------------------x
                                                                 :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                        :
                                                                 :
ALL PRODUCTS LIABILITY CASES                                     :
IDENTIFIED ON EXHIBIT 1 TO THE                                   :
DECLARATION OF SCOTT W. SAYLER, ESQ.                             :
                                                                 :
-----------------------------------------------------------------x
```

DECLARATION IN OPPOSITION TO DEFENDANTS
IN LIMINE MOTION TO EXCLUDE THE TESTIMONY OF
DOCTORS TRIMBLE, KRUSZESKI AND BLUME
<u>ON THE ISSUE OF GENERAL CAUSATION</u>

# EXHIBIT 119 (CORRECTED)

Dated: April 16, 2008

                                                      **/s/ Andrew G. Finkelstein**
                                                      Andrew G. Finkelstein
                                                      FINKELSTEIN & PARTNERS, LLP
                                                      Attorneys for Plaintiffs
                                                      436 Robinson Avenue
                                                      Newburgh, NY  12550
                                                      Tel.: 845-562-0203
                                                      Fax:  845-562-3492

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 16, 2008.

                                                      **/s/ Andrew G. Finkelstein**
                                                      Andrew G. Finkelstein