EXHIBIT 119

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Trimble, Michael MD (FP Expert)**
**10/19/2007**

**Printed : 3/20/2008**

Trimble, Michael MD (F&P Expert)  10/18/2007  9:05:00 AM

### Page 45

1   MICHAEL R. TRIMBLE, M.D.
2   of the brain you were looking at and what the
3   physiological state of that brain was at the time.
4   So it is an impossible question to answer.
5       Q.   Are you aware of any research or
6   scientific publications that do, in fact, quantify
7   the amount of GABA that is located intracellularly
8   within the cell versus extracellularly, outside the
9   cell?
10      A.   In the human brain?
11      Q.   Yes, sir.
12      A.   I don't think I am. I'll say no to that.
13      Q.   Professor Trimble, you have opined in
14  your report in this case that GABA -- that use of
15  gabapentin can cause a person to commit suicide; is
16  that correct?
17      A.   That is correct.
18      Q.   Is that your opinion, sir?
19      A.   That is my opinion.
20      Q.   And is that -- that is an opinion that
21  you posit is a scientific one; is that right?
22      A.   The opinion has been derived through my
23  knowledge of the literature and the application of
24  scientific principles to the conclusion.
25      Q.   Professor Trimble, beginning with the

### Page 46

1   MICHAEL R. TRIMBLE, M.D.
2   event of ingestion of gabapentin, I would like to ask
3   you to explain for us step by step how ingestion of
4   gabapentin produces suicice, including any
5   intermediate events that you contend constitute that
6   causal chain.
7       A.   May I just ask how long an explanation
8   you would like that to be because it could be a very,
9   very long explanation.
10      Q.   I fully expect it will be. Let's start
11  with the first thing after ingestion of gabapentin,
12  what is the next step in the causal chain that you
13  contend exists between the ingestion of gabapentin
14  and ultimately suicice?
15      A.   The -- to be very clear, the steps that
16  lead to this chain would be as follows: Gabapentin
17  was developed as a GABAergic which means a drug which
18  increases GABA potential in the brain. So it was
19  developed as a GABA agonist.
20          It was structurally related to GABA and
21  to another GABA agonist baclofen and it was, to some
22  extent, a designer drug. By this I mean it was known
23  to the scientific community at the time of the
24  development of this product that GABA was the major
25  inhibitory transmitter in the human brain and in

### Page 47

1   MICHAEL R. TRIMBLE, M.D.
2   animal brains; that people with epilepsy, some of
3   them, had lower levels of GABA in parts of their
4   brain that was probably related to their epileptic
5   seizures or the reason they had epileptic seizures.
6           So a number of companies began to develop
7   drugs that were GABA agonists. And vigabatrin, which
8   was one such drug, which was very like the GABA
9   molecule and gabapentin was another. So the compound
10  was developed with the idea of it being a GABA
11  agonist.
12          The question as to whether or not
13  gabapentin exerted its anti-epileptic effect through
14  GABA is one which has been looked at considerably
15  since the initial use of the drug for epilepsy. It
16  is not clear, even to this day, that the therapeutic
17  effect of gabapentin in epilepsy relates to its
18  GABAergic properties; but over the last decade or
19  more, considerable evidence had been accumulated to
20  show that in some way, and there are various ways
21  that have been suggested in the literature,
22  gabapentin is an agonist of GABA either by increasing
23  the turnover of the product or by influencing GABA
24  receptors that are not traditionally the receptors
25  examined for treatment of epilepsy.

### Page 48

1   MICHAEL R. TRIMBLE, M.D.
2           So gabapentin was developed as a GABA
3   agonist, and there is considerable experimental work
4   showing that it enhances GABA in the central nervous
5   system, particularly, not exclusively, in the human
6   brain.
7           So the next step in the scientific
8   argument is as follows: If you have GABA agonists,
9   how do they affect human behavior? And there is
10  within the scientific community undisputed evidence
11  that GABA agonist can produce deleterious effects on
12  human behavior. The literature on this goes back to
13  the use of compounds such as barbiturates,
14  benzodiazepines like Valium, for example, which
15  compounds are known to produce deleterious effects on
16  human behavior.
17          Now specifically, for the purposes of
18  this question, we are dealing with depression and the
19  release of impulsivity, hostility and aggression,
20  such behaviors being linked with barbiturates and
21  with benzodiazepines as early examples.
22          The question arises as to what might be
23  the next step in the biochemistry of the link between
24  GABA and these adverse behaviors. And it is again
25  established within the scientific community in many

Trimble, Michael MD (F&P Expert)  10/19/2007  9:10:00 AM

**Page 334**

2  amount of the chemical.
3  Q   In addition to the Petrov study and
4  the Kuznetsky spectroscopy study, were there any
5  other peer-reviewed journal articles that support
6  your opinion that Neurontin increases whole brain
7  human GABA?
8  A   We have the data on human GABA. It
9  is supported by many articles in the experimental
10 literature, which suggest and show that gabapentin
11 increases, by one mechanism or another, GABA
12 within the brain.
13 Q   And are there any studies that you
14 recall or are they outlined in your paper?
15 A   Well, I have outlined a number in my
16 paper. My reading of this is that Dr. Taylor's
17 own review of this is that there are at least
18 eight different potential mechanisms revealed in
19 animal studies whereby gabapentin increases or
20 could increase the level of GABA?
21 Q   Now, Professor Trimble, you
22 articulated that Neurontin increases human brain
23 GABA.
24    Would you kindly state the next step
25 as to what happens when human brain GABA occurs in

**Page 335**

2  man, and the effect that it has on serotonin and
3  any other monoamine?
4  A   It has been known, since at least the
5  early 1980's, that there is a reciprocal link
6  between GABA and serotonin in the brain, and by
7  that I mean, if you increase the level of GABA,
8  you decrease the output of serotonin.
9  Q   And the opinion you just set forth,
10 is that supported by peer-reviewed journal
11 articles, and do you have any personal experience
12 with that?
13 A   Not in the experiments that I
14 personally carried out. The opinion of the effect
15 of GABA on serotonin mechanisms comes, to some
16 extent, from brain anatomical studies, showing
17 what happens if you stimulate or inhibit brain
18 pathways to the small cluster of cells called the
19 raphe nucleus, where the majority of serotonin
20 neurons originate.
21 Q   Would you describe the effect of
22 reducing the output of serotonin in the human
23 brain and its effect on mood and behavior?
24 A   Serotonin is a crucial and central
25 brain transmitter for regulating the control of

**Page 336**

2  mood. It is one of the most established findings
3  in the whole of biological psychiatry that
4  decreasing the release of serotonin, decreasing
5  the turnover of serotonin is deleterious to mood,
6  and that low levels of serotonin turnover are
7  associated with suicide and, in particular, with
8  aggressive suicide.
9  Q   You used a term that I am embarrassed
10 to say I'm not certain I am familiar with, that it
11 is deleterious to mood. Would you be kind
12 enough --
13 A   It has a negative effect on mood.
14 Q   So, one takes Neurontin that
15 predictably increases brain GABA, the increase of
16 brain GABA predictably reduces serotonin, and the
17 reduction of the serotonin has a negative effect
18 on mood. Is that what your opinion is?
19 A   That's correct.
20 Q   And is that opinion with a reasonable
21 degree of scientific and medical certainty?
22 A   That is correct.
23 Q   And in forming that opinion, did you
24 use generally accepted scientific methodologies?
25 A   Yes.

**Page 337**

2  Q   In that regard, Professor Trimble,
3  you said you sit on many peer-reviewed boards, is
4  that true?
5  A   That is correct.
6  Q   And are you fully familiar with the
7  scientific scrutiny in evaluating peer-reviewed
8  materials?
9  A   I am.
10 Q   And in forming the opinion that you
11 have just articulated, did you apply those same
12 standards that you apply when evaluating
13 peer-reviewed materials.
14 A   I did.
15 Q   Is there anything in your opinion,
16 Professor Trimble, that is not supported on
17 generally accepted scientific principles?
18 A   No.
19 Q   Is the type of research you performed
20 of the nature that physicians and scientists in
21 the field customarily rely upon?
22 A   It is.
23 Q   Do you have an opinion with a
24 reasonable degree of psychiatric, medical and
25 scientific certainty as to whether or not the

**338**

1
2  reduction that Neurontin causes in serotonin leads
3  to suicide?
4      A    There is a direct effect of Neurontin
5  on serotonin. I have already discussed the links
6  between GABA and serotonin, but it appears that
7  one of the main effects of gabapentin is to act on
8  a specific protein in neurons, and action, direct
9  action of gabapentin, itself, is an additional
10 mechanism whereby serotonin release is affected in
11 the central nervous system.
12         I have no reason, therefore, to doubt
13 that the effect of gabapentin will be to decrease
14 the release of serotonin and, therefore, the
15 turnover, and that this is associated with
16 suicidal ideation and suicidal acts and completed
17 suicides.
18     Q    With respect to your qualifications,
19 Professor Trimble, did the manufacturers of
20 Neurontin recognize your expertise in 1995 and
21 1996 by retaining you related to Neurontin?
22     A    I think, with due respect, the term
23 "retaining" is inappropriate. I was not retained
24 by the company.
25     Q    Would you describe what relationship,

**339**

1
2  if any, you had?
3      A    I was merely asked to comment on some
4  adverse reactions that, you know, simply side
5  effects that were emerging with gabapentin at that
6  time and I was asked to produce a report.
7      Q    And you were asked to produce one
8  report or two?
9      A    I did produce two reports.
10     Q    And when you produced those reports
11 and were requested to evaluate those adverse
12 events, were you aware as to whether or not there
13 was any litigation ongoing at that time in 1995
14 and 1996?
15     A    I was unaware of any litigation going
16 on at that time.
17     Q    Professor Trimble, as part of your
18 work in preparing your report related to this
19 matter, did you review a significant amount of
20 company materials, the manufacturer's internal
21 documents?
22     A    I did.
23     Q    When you evaluated and read those
24 internal company documents, was there anything
25 contained within the internal company documents

**340**

1
2  that refuted your opinion that gabapentin
3  increases whole brain GABA?
4      A    No.
5      Q    And was there anything contained
6  within the internal company documents or materials
7  that refuted your opinion that gabapentin is
8  gabaergic?
9      A    No.
10     Q    And was there anything in the company
11 materials that you reviewed that indicated that
12 gabapentin does -- that, in fact, it does reduce
13 the release of serotonin?
14     A    Could you repeat the question?
15     Q    Sure.
16         Was there anything in the company
17 materials that you reviewed that Neurontin does,
18 in fact, reduce the release of serotonin?
19     A    Yes. There is evidence in the
20 company material I read to suggest that gabapentin
21 reduces the release of serotonin.
22     Q    Professor Trimble, are you prepared
23 today to talk about the Richard Smith matter?
24     A    Yes.
25     Q    And in preparation of the Richard

**341**

1
2  Smith matter, did you review the totality of
3  Richard Smith's medical records?
4      A    I reviewed all the records that I was
5  sent.
6      Q    And in reviewing the records that you
7  were sent, together with the backgrounds of the
8  information that you gathered from the company
9  documents, the peer-reviewed medical literature,
10 and your 35 years of experience and four medical
11 degrees, did you come to a conclusion in that
12 matter?
13     A    I did.
14     Q    And would you, do you have an opinion
15 with a reasonable degree of medical, psychiatric
16 and scientific certainty, whether or not Neurontin
17 was a substantial factor in causing Mr. Smith to
18 take his own life?
19     A    It was, in my opinion, a substantial
20 factor.
21     Q    Thank you.
22         Earlier today, Professor Trimble, the
23 Pfizer lawyer showed you a letter that Pfizer
24 wrote. I am going to hand this to you. It was
25 marked earlier as Trimble 10.