UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND :
PRODUCTS LIABILITY LITIGATION :
------------------------------------------------x  MDL Docket No. 1629
:
THIS DOCUMENT RELATES TO: : Master File No. 04-10981
:
*Bentley v. Pfizer Inc., et al.*, CA No. 05-11997-PBS : Judge Patti B. Saris
*Bulger v. Pfizer Inc., et al.*, CA No. 07-11426-PBS :
*Dixon v. Pfizer, Inc., et al.*, CA No. 05-11998-PBS : Magistrate Judge Leo T.
*Dorsey v Pfizer Inc., et al.*, CA No. 05-10639-PBS : Sorokin
*McGee v. Pfizer, Inc.., et al.*, CA No. 05-12593-PBS :
*Owens v. Pfizer, Inc., et al.*, CA No. 05-11017-PBS :
*Pursey v. Pfizer, Inc., et al.*, CA No. 07-10106-PBS :
*Roberson v. Pfizer, Inc., et al.*, CA No. 05-12001-PBS :
*Shearer v. Pfizer Inc., et al.*, CA No. 07-11428-PBS :
*Smith v. Pfizer Inc., et al.*, CA No 05-11515-PBS :
*Valentine v. Pfizer, Inc., et al.*, CA No. 07-11067-PBS :
*Vercillo v. Pfizer, Inc., et al.*, CA No. 05-11019-PBS :
*Woolum v. Pfizer Inc., et al.*, CA No. 07-10853-PBS :
:
------------------------------------------------x

**DEFENDANTS' MOTION TO DISMISS
PRODUCT LIABILITY PLAINTIFFS' FRAUD CLAIMS
BASED UPON ALLEGEDLY IMPROPER MARKETING**

Defendants Pfizer Inc. and Warner-Lambert Company LLC respectfully move, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss product liability plaintiffs' fraud claims based on allegedly improper off label promotion in the Track One Cases.

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, defendants respectfully request that the Court dismiss plaintiffs' fraud claims with prejudice.

Dated:  April 21, 2008                    Respectfully submitted,

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
         James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By:   /s/ Scott W. Sayler
         Scott W. Sayler

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

- and -

HARE & CHAFFIN

By:   /s/ David B. Chaffin
         David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and
Warner-Lambert Company LLC*

**CERTIFICATE OF CONSULTATION**

I certify that defendants' counsel attempted in good faith effort to confer with plaintiffs' counsel to resolve the issue presented by this motion but were unable to reach said counsel.

/s/ David B. Chaffin

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on April 21, 2008.

/s/ David B. Chaffin