UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Magistrate Judge Leo T. Sorokin |
| AETNA, INC. v. PFIZER, INC. | |

## MOTION TO FILE DOCUMENTS UNDER SEAL AND TO REMOVE PREVIOUSLY FILED DOCUMENTS FROM THE PUBLIC DOCKET

The Coordinated Plaintiffs respectfully submit this motion to file, under seal, certain documents filed in support of the Coordinated Plaintiffs' motion to compel defendants to produce all business and operating plans relating to third party payors and to produce an adequately prepared Rule 30(B)(6) witness.

Pursuant to the stipulated Protective Order entered in this case by the Court on January 10, 2005, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes . . ." *See* Exhibit A, Stipulated Protective Order at Section 3(f).

Defendants have designated as "Highly Confidential," the document annexed as Exhibit J to the declaration of Linda Nussbaum, dated April 4, 2008, and submitted in support of the motion to compel. *See* Exhibit B, Second Stipulated Protective Order at Section 3(b). Coordinated Plaintiffs seek to seal (i) Exhibit J; (ii) Exhibit P which is a letter referencing

-2-

language from Exhibit J; and (iii) an unredacted version of the memorandum of law that references the contents of Exhibit J. By submitting this Motion, the Coordinated Plaintiffs are not taking the position that Exhibit J is highly confidential or that Defendants' designation of confidentiality is proper. The Coordinated Plaintiffs reserve their right to challenge this designation in accordance with Section 8 of the January 10, 2005 Protective Order. Should the Court deny leave to file these documents under seal, the Coordinated Plaintiffs respectfully request that they be allowed to file these documents electronically via the ECF filing system.

In addition, the Coordinated Plaintiffs move this Court to remove two documents inadvertently filed by them via the ECF filing system on March 7, 2008. In connect with a motion to compel that has since been withdrawn, the Coordinated Plaintiffs submitted the identical Exhibit J discussed in the prior paragraph, along with an unredacted version of a memorandum of law that referenced Exhibit J. These documents are posted on the ECF filing system as Docket Nos. 1166 and 1168, attachments 14-17. As the unredacted documents were inadvertently filed and relate to a motion that has since been withdrawn, the Coordinated Plaintiffs respectfully request their removal from the public docket.

WHEREFORE, the Coordinated Plaintiffs respectfully request (i) they be permitted to file under seal Exhibits J & P and the unredacted version of the memorandum of law that refers to Exhibit J, and (2) the removal from the public docket Document Nos. 1166 and 1168, attachments 14-17.

Respectfully submitted,

Dated: April 4, 2008						By:	/s/ Linda P. Nussbaum
								Linda P. Nussbaum, Esq.

							KAPLAN FOX & KILSHEIMER LLP
							850 Third Avenue, 14th Floor
							New York, New York 10022

							*Counsel for the Coordinated Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

ATTORNEY FOR THE COORDINATED PLAINTIFFS

/s/ Elana Katcher
ELANA KATCHER

-3-