# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------------------------------X
In re:  NEURONTIN MARKETING, SALES PRACTICES,      : MDL Docket No. 1629
        AND PRODUCTS LIABILITY LITIGATION          :
                                                   : Master File No. 04-10981
                                                   :
----------------------------------------------------------------X  Judge Patti B. Saris
                                                   :
THIS DOCUMENT RELATES TO:                          :
                                                   : Magistrate Judge Leo T.
ALL CASES                                          : Sorokin
----------------------------------------------------------------X
```

**PRODUCTS LIABILITY PLAINTIFFS' SUPPLEMENTAL EXPERT DISCLOSURE
ON GENERAL CAUSATION IN ALL PRODUCTS LIABILITY CASES**

Products Liability Plaintiffs, by and through their attorneys, FINKELSTEIN & PARTNERS, LLP, pursuant to Fed. R. Civ. P. 26(a)(2) and 26(e) hereby supplement previous expert disclosure as to experts Sander Greenland, M.A., M.S., Dr.P.H., Michael Trimble, M.D., Cheryl Blume, Ph.D., and Stefan Kruszweski, M.D., as follows:

On January 31, 2008, the U.S. Food and Drug Administration (FDA), Center for Drug Evaluation and Research (CDER), issued an FDA Alert relating to antiepileptic drugs, including Neurontin. Attached is said FDA Alert and same is incorporated by reference to this supplemental disclosure.

Each of the aforementioned Products Liability Plaintiffs' experts have reviewed and considered the aforementioned FDA Alert. Each of the Products Liability Plaintiffs' experts shall rely on the substance of the FDA Alert in providing opinion testimony that is consistent and supportive of Product Liability Plaintiffs' claim that Neurontin contributes to mood and behavioral disturbances, including depression and suicidality.

Dated: February 1, 2008

                                          FINKELSTEIN & PARTNERS, LLP
                                          Attorneys for Products Liability Plaintiffs

By:    /s/ Kenneth B. Fromson_____
        Kenneth B. Fromson
        Finkelstein & Partners, LLP
        436 Robinson Avenue
        Newburgh, NY 12550

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February 2008, I caused to be served a true and correct copy of the foregoing Supplemental Expert Disclosure by electronic mail and first class U.S. mail, postage prepaid to:

Jim Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
T:(212) 450-4000
F: (212) 450-3835
Rouhandeh@dpw.com

David Chaffin
Hare & Chaffin
160 Federal Street
Boston, MA 02110
T:(617) 330-5000
F: (617) 330-1996
dchaffin@hare-chaffin.com

Scott Sayler, Esq.
Shook, Hardy, Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
T: 816-559-2220
F: 816-421-5547
SSayler@shb.com

Beth Kaufman, Esq.
Schoeman Updike & Kaufman
60 East 42nd Street
New York, New York 10165-0006
bkaufman@schoeman.com
T: 212-661-5030
F: 212-687-2123

*Attorneys for Defendants Pfizer, et uno*

                    ___s/Kenneth B. Fromson_____
                    KENNETH B. FROMSON
                    Finkelstein & PARTNERS
                    *Attorney for Products Liability Plaintiffs*
                    436 Robinson Avenue
                    Newburgh, NY 12550