EXHIBIT H

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

------------------------------------------- x
IN RE: NEW YORK NEURONTIN : Case Management
PRODUCT LIABILITY LITIGATION : Index No. 765000/2006
: Hon. Marcy S. Friedman

------------------------------------------- x

THIS DOCUMENT APPLIES TO ALL :
PRODUCT LIABILITY CASES :

------------------------------------------- x

## DEFENDANTS PFIZER INC.'S AND WARNER-LAMBERT COMPANY LLC'S SUPPLEMENTAL EXPERT DISCLOSURE ON GENERAL CAUSATION

Defendants Pfizer Inc. and Warner-Lambert Company LLC ("defendants") by and through their attorneys, SHOOK, HARDY & BACON, LLP, pursuant to Fed. R. Civ. P. 26(a)(2) and 26(e), hereby supplement previous expert disclosures as to experts Douglas Jacobs, M.D., Anthony Rothschild, M.D., Alexander Ruggieri, M.D., M.H.S., Shelia Weiss-Smith, Ph.D., FISPE, and Janet Arrowsmith-Lowe, M.D., F.A.C.P., as follows:

On April 1, 2008, the U.S. Food and Drug Administration (FDA), Center for Drug Evaluation and Research (CDER) Division of Drug Information, responded to an inquiry from Dr. Alex Ruggieri pertaining to the FDA Alert relating to antiepileptic drugs, including Neurontin, and subsequent Advisory Committee meeting whose date is yet to be determined. The FDA's response is attached and incorporated by reference to this supplemental disclosure.

Each of the aforementioned Defense experts has reviewed and considered the FDA response. Each of these experts shall rely on the substance of the FDA response in providing opinion testimony that is consistent with and supportive of their opinions that the analysis of controlled clinical trial data is the accepted method of establishing whether a drug can

2893096v1

cause suicidality; that analysis of Neurontin's controlled clinical trial data shows no increased risk of suicidality in clinical trials subjects treated with Neurontin; and that spontaneously reported adverse events cannot be used to establish general causation.

This supplemental expert disclosure is also provided pursuant to New York CPLR § 3101(d) and the Case Management Order filed on December 12, 2006, in *In Re Neurontin Product Liability Litigation*, NY Docket No. 765000/2006.

Dated: New York, New York
April 4, 2008

SCHOEMAN, UPDIKE & KAUFMAN, LLP

By: _____
Christopher Milito
60 East 42nd Street
New York, New York 10165
Tel: (212) 661-5030
Fax: (212) 687-2123

OF COUNSEL:
Scott W. Sayler
Lori R. Schultz
Lori C. McGroder
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Tel: (816) 474-6550
Fax: (816) 421-5547

Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC

2893096v1

From: CDER DRUG INFO [mailto:DRUGINFO@fda.hhs.gov]
Sent: Tuesday, April 01, 2008 8:20 AM
To: aprmd@roadrunner.com
Subject: Antiepileptic drugs


Dear Dr. Ruggieri:


Thank you for writing to the Food and Drug Administration (FDA). This is in response to your e-mail dated February 8, 2008, to Dr. Steven Galson, regarding your scientific concerns about the recent FDA alert announcing an increased risk of suicidal behavior and suicidal ideation in patients taking antiepileptic drugs. Your e-mail was forwarded to the Division of Drug Information (DDI) for a response.


In the near future, the FDA plans to hold an advisory committee meeting to discuss the current issues involving antiepileptic drugs. The primary purpose of the meeting will be to (1) make public the detailed results of the data analyses, (2) inform the committee of the actions we have taken and why, and (3) seek the committee's advice on whether our actions are appropriate and if any additional measures need to be taken. Our goal is to have the sponsors adopt the labeling changes for antiepileptic drugs by the time the meeting takes place, although we can not predict that this will be the case.


Portions of advisory committee meetings (depending on what is being discussed) are open to the public and oral presentations from the public are welcomed and encouraged. If you feel strongly about the class labeling change being implemented for antiepileptic drugs, I would suggest that you attend and/or present at the upcoming meeting.


If you are interested, please continue to visit http://www.fda.gov/oc/advisory/default.htm for information on when the meeting will take place. The Peripheral and Central Nervous System Drugs Advisory Committee will be at least one of the committees involved. The "notice of meeting" will provide the meeting location and instructions if you wish to present. In addition, transcripts and summary of minutes are usually available 30 days after the meeting and are also available from this site.


Concerning your question why data from the FDA Adverse Event Reporting System (AERS) has not been analyzed or made public, the agency does not believe that spontaneous post-marketing reports can be interpreted appropriately in this situation. Patients taking these drugs have a high background rate of suicidal thoughts/behaviors, and it is not possible to tell from AERS reports, whether the drug caused them. In the agency's view, the only way to

establish whether or not the drugs are responsible for suicidality is to analyze controlled trial data.

Thank you again for writing. If I can be of assistance in the future, please do not hesitate to contact me.

Sincerely,

Donald Dobbs

Consumer Safety Officer

Division of Drug Information

Office of Training and Communications

Center for Drug Evaluation and Research

```
From: CDER DRUG INFO [mailto:DRUGINFO@fda.hhs.gov]
Sent: Tuesday, April 01, 2008 8:20 AM
To: aprmd@roadrunner.com
Subject: Antiepileptic drugs
```

Dear Dr. Ruggieri:

Thank you for writing to the Food and Drug Administration (FDA). This is in response to your e-mail dated February 8, 2008, to Dr. Steven Galson, regarding your scientific concerns about the recent FDA alert announcing an increased risk of suicidal behavior and suicidal ideation in patients taking antiepileptic drugs. Your e-mail was forwarded to the Division of Drug Information (DDI) for a response.

In the near future, the FDA plans to hold an advisory committee meeting to discuss the current issues involving antiepileptic drugs. The primary purpose of the meeting will be to (1) make public the detailed results of the data analyses, (2) inform the committee of the actions we have taken and why, and (3) seek the committee's advice on whether our actions are appropriate and if any additional measures need to be taken. Our goal is to have the sponsors adopt the labeling changes for antiepileptic drugs by the time the meeting takes place, although we can not predict that this will be the case.

Portions of advisory committee meetings (depending on what is being discussed) are open to the public and oral presentations from the public are welcomed and encouraged. If you feel strongly about the class labeling change being implemented for antiepileptic drugs, I would suggest that you attend and/or present at the upcoming meeting.

If you are interested, please continue to visit http://www.fda.gov/oc/advisory/default.htm for information on when the meeting will take place. The Peripheral and Central Nervous System Drugs Advisory Committee will be at least one of the committees involved. The "notice of meeting" will provide the meeting location and instructions if you wish to present. In addition, transcripts and summary of minutes are usually available 30 days after the meeting and are also available from this site.

Concerning your question why data from the FDA Adverse Event Reporting System (AERS) has not been analyzed or made public, the agency does not believe that spontaneous post-marketing reports can be interpreted appropriately in this situation. Patients taking these drugs have a high background rate of suicidal thoughts/behaviors, and it is not possible to tell from AERS reports, whether the drug caused them. In the agency's view, the only way to

establish whether or not the drugs are responsible for suicidality is to analyze controlled trial data.

Thank you again for writing. If I can be of assistance in the future, please do not hesitate to contact me.

Sincerely,

Donald Dobbs

Consumer Safety Officer

Division of Drug Information

Office of Training and Communications

Center for Drug Evaluation and Research