UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------ x
In re:  NEURONTIN MARKETING,                     :   MDL Docket No. 1629
        SALES PRACTICES AND                      :
        PRODUCTS LIABILITY LITIGATION            :   Master File No. 04-10981
                                                 :
------------------------------------------------ x   Judge Patti B. Saris
                                                 :
THIS DOCUMENT RELATES TO:                        :
                                                 :   Magistrate Judge Leo T.
ALL PRODUCTS LIABILITY ACTIONS                   :   Sorokin
                                                 :
                                                 :
                                                 :
                                                 :
                                                 :
------------------------------------------------ x
```

## DECLARATION OF SCOTT W. SAYLER, ESQ.

I, Scott W. Sayler, declare and state as follows:

1.  My name is Scott W. Sayler. I make this declaration in support of Defendants Pfizer Inc. and Warner-Lambert Company LLC's Reply Memorandum of Law In Support of Their Motion to Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the Issue of General Causation. I am currently employed as an attorney by Shook, Hardy & Bacon LLP, attorneys of record for Pfizer Inc. and Warner-Lambert Company LLC. I have personal knowledge of the matters stated below in this declaration.

2.  Attached hereto as Exhibit A is a true and correct copy of excepts of the Deposition of Dr. Gerald Sanacora (Jan. 18, 2008).

3.  Attached hereto as Exhibit B is a true and correct copy of excerpts of the Deposition of Dr. Cheryl Blume (Nov. 11-12, 2007).

4.  Attached hereto as Exhibit C is a true and correct copy of excerpts of the Deposition of Professor Michael Trimble (Feb. 27, 2008).

2918452v1

-2-

5.    Attached hereto as Exhibit D is a true and correct copy of excerpts of Michael D. Green et al., *Reference Guide on Epidemiology, in* Reference Manual on Scientific Evidence (2d ed. 2000).

6.    Attached hereto as Exhibit E is a true and correct copy of Sander Greenland, "Can Meta-analysis Be Salvaged," 140 Am. J. Epidemiology 783 (1994).

7.    Attached hereto as Exhibit F is a true and correct copy of excerpts of the Deposition of Dr. Bentson McFarland (Nov. 5, 2007).

8.    Attached hereto as Exhibit G is a true and correct of excerpts of the Transcript of Proceedings Status Conference in *Giles v. Wyeth, Inc.*, No. 04-04245 (July 9, 2007).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 24, 2008, in Kansas City, Missouri.

*[signature]*
Scott W. Sayler, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 25, 2008.

/s/David B. Chaffin

2918452v1