# Exhibit A

1

2                    UNITED STATES DISTRICT COURT

3                  FOR THE DISTRICT OF MASSACHUSETTS

4       -----------------------------x

5       IN RE NEURONTIN MARKETING AND
        SALES PRACTICES LITIGATION
6
        MDL Docket No. 1629
7       Master File No., 04-10981
        Judge Patti B. Saris
8       Magistrate Leo T. Sorokin
        -----------------------------x
9

10

11           SUPREME COURT OF THE STATE OF NEW YORK

12                    COUNTY OF NEW YORK,

13
        -------------------------x
14
        IN RE:   NEW YORK NEURONTIN
15      PRODUCTS LIABILITY LITIGATION

16      Case Management
        IndexNo. 765,000/2006
17      Hon. Marcy S. Friedman
        -------------------------x
18
                                           January 18, 2008
19                                            9:14 a.m.

20

21

22

23

24

25

94

GERARD SANACORA, M.D., Ph.D.
1
2  anxiety?
3     A.   When we look at adverse event reports
4  these are not causative. It's does this event
5  happen while these people are taking the
6  medication. So many people that are taking
7  these medications are very prone to have anxiety
8  and other things. So I think there are
9  association with most of them.
10    Q.   Have you ever filed a MedWatch report?
11    A.   I'm trying to think. I think I might
12  have in -- during my training at some point but
13  to be honest I can't remember.
14    Q.   When did you become a licensed
15  physician?
16    A.   I became a licensed physician in 1994.
17    Q.   '94?
18    A.   Yes.
19    Q.   So since '94 until 2008 do you recall
20  ever filing --
21    A.   Yes, during my residency training I
22  think I recall filing, but I really don't
23  remember the specifics.
24    Q.   You don't recall for what condition?
25    A.   I really don't.

95

GERARD SANACORA, M.D., Ph.D.
1
2     Q.   Do you believe that a pharmacological
3  agent can transition an individual from being
4  suicidal to not being suicidal?
5     A.   That's a --
6     Q.   By altering their brain chemistry?
7     A.   That's a difficult question. In the
8  terms of taking the drug and turning somebody
9  from non-suicidal to suicidal, no, I don't
10  believe it is that simple.
11       Do I believe that the use of a drug
12  can place somebody at greater risk for suicidal
13  behavior or suicide? Yes.
14    Q.   How can the use of a drug place
15  somebody at greater risk for suicidal behavior?
16    A.   So easy example is intoxication, being
17  intoxicated with alcohol, or you can choose many
18  different drugs. Intoxication can lead people
19  to not make decisions that they would normally
20  make otherwise and there is high risk of suicide
21  in those states.
22    Q.   Aside from alcohol, are there any
23  other pharmacological agents that can change the
24  brain chemistry so as to change the thought
25  process and render somebody at greater risk of

96

GERARD SANACORA, M.D., Ph.D.
1
2  being suicidal?
3     A.   I think you would -- I'm not talking
4  from specific studies or anything, but I think
5  you can assume that many drugs such as PCP and
6  others would put people at much greater risk of
7  doing these things. Opiates.
8     Q.   Are pharmacological agents that cause
9  serotonergic --
10    A.   Even cholesterol lowering medications
11  might increase the risk. Now, how indirect, how
12  many steps down the pathway, who knows.
13    Q.   My question is, what about drugs that
14  cause a serotonergic abnormality? Can they
15  place individuals at greater risk of suicidal
16  behavior?
17       MR. HOOPER: Objection.
18    A.   I guess LSD might be one that might do
19  that. LSD is a serotonergic drug, so, I mean,
20  it is clearly possible.
21    Q.   Are SSRIs a serotonergic drug?
22    A.   Yes, all of those are. It is clearly
23  possible.
24    Q.   My question earlier -- you answered a
25  different question than what I asked.

97

GERARD SANACORA, M.D., Ph.D.
1
2     A.   Sorry.
3     Q.   Actually did you review Dr.
4  Rothschild's transcript before you testified
5  today?
6     A.   I got a chance to look over it.
7     Q.   What did you think of it?
8       MR. HOOPER: Objection.
9     A.   I'm not sure how to answer that.
10    Q.   Did you find anything within Dr.
11  Rothschild's testimony that you found
12  objectionable?
13    A.   Objectionable? Not that comes to
14  mind, no. There are some things I might have
15  responded differently to. I can't even think
16  what they were, but nothing that I completely
17  objected to that I can remember.
18    Q.   Were there any things within Dr.
19  Rothschild's testimony that you don't agree
20  with?
21    A.   I have to say I think I got it, you
22  know, very short time ago, read through it
23  quickly as a brief review.
24    Q.   I'm not suggesting that --
25    A.   I'm trying to think right now, I'm

25 (Pages 94 to 97)

106

GERARD SANACORA, M.D., Ph.D.

1 Pfizer performed to analyze the effect on the
2 monoamine systems in humans with chronic use of
3 Neurontin?
4
5     A.   Again, I would have to have my memory
6 refreshed on that. Specifically on the
7 monoamine systems in humans, I would have to
8 be -- I would have to be refreshed on that.
9     Q.   We have been going another hour so why
10 don't we take a quick break.
11         THE VIDEOGRAPHER: The time is 11:31.
12 We are off the record.
13         (Recess)
14         THE VIDEOGRAPHER: We are back on the
15 record. This is tape number three, the time is
16 11:49.
17 BY MR. FINKELSTEIN:
18     Q.   Doctor, do you agree that
19 approximately 50 percent of the time people who
20 suffer from depression, it occurs without a
21 negative life experience?
22         MR. HOOPER: Objection.
23     A.   No.
24     Q.   No? Do you believe it is --
25     A.   It occurs without them having -- I

107

GERARD SANACORA, M.D., Ph.D.

1
2 mean, everybody has negative life experiences at
3 some point. I haven't met anybody who hasn't
4 had a negative life experience.
5     Q.   I'm not suggesting that somebody who
6 is diagnosed with major depressive order has
7 never had a negative life experience in their
8 history.
9         What I am asking is, at the moment in
10 time at the onset of major depressive disorder,
11 is it concomitant with a negative life
12 experience all the time?
13     A.   I don't know about that 50 percent,
14 but I think there is a subset of patients where
15 there is not a clear precipitant in the
16 depression, a negative life event precipitating
17 depression, immediate.
18         I mean, where the science is going now
19 is it could be negative life events early in
20 life that could set up these long term effects
21 that lead to depression later in life and that's
22 a very active field in clinical neuroscience
23 right now.
24     Q.   In the population where there is not
25 an immediate or recent negative life event,

108

GERARD SANACORA, M.D., Ph.D.

1
2 whether it was sometime much earlier in their
3 life or not at all, that group of people, that's
4 really what I want to ask about.
5         Do you believe they have a biological
6 predisposition to major depressive disorder?
7     A.   I guess I would say we all have some
8 relative predisposition, it is just where that
9 level is going to be.
10     Q.   What do you believe that biological
11 predisposition to be?
12     A.   I wish I knew. I think I would be
13 accepting the Nobel Prize pretty soon. But I
14 don't think we really know.
15         There is all different types of
16 evidence. There is some recent studies
17 suggesting there might be some specific
18 genotypes at higher risk of developing
19 depression later in life, especially interacting
20 with stressful events, or even not related with
21 stressful events, but I think the
22 straightforward answer is we don't know.
23     Q.   In your practice, have you ever
24 treated epileptics for their epilepsy as the
25 primary care giver?

109

GERARD SANACORA, M.D., Ph.D.

1
2     A.   Not since residency, no.
3     Q.   Are you familiar with anti-epileptic
4 drugs?
5     A.   Yes.
6     Q.   Do you believe anti-epileptic drugs
7 are psychoactive?
8     A.   I guess reword that: Do I think they
9 have effects on the brain? Yes.
10     Q.   Do you believe anti-epileptic drugs
11 have effect on the mental state in humans?
12     A.   They clearly can.
13     Q.   Do you believe the effects of
14 anti-epileptic drugs on the mental state of
15 humans can be positive?
16     A.   It is hard for me to talk about the
17 whole group of anti-epileptic drugs, there is
18 huge differences. But in general if they have
19 proven to be anti-epileptic, then I guess they
20 can have positive effects.
21     Q.   Do you believe that -- I know it is a
22 broad statement -- but some anti-epileptic drugs
23 can have negative effects on mood?
24     A.   Again, in that broad sense you can
25 kill somebody with overdoses of some

28 (Pages 106 to 109)

110

GERARD SANACORA, M.D., Ph.D.
1
2  anti-epileptic drugs, so it would have negative
3  consequences.
4      Q.  I'm not asking about toxicity, I'm
5  asked about the effects on mood.  Do you believe
6  some anti-epileptic drugs can have an effect on
7  mood?
8      A.  I think it is pretty clear that some
9  anti-epileptic drugs are associated at higher
10 rates of depressed mood and some other changes,
11 yes.
12     Q.  What anti-epileptic drugs do you
13 understand those to be?
14     A.  The one that's probably written most
15 about would vigabatrin, but I think you can find
16 it associated with almost any drug that is
17 having a -- effects on the brain that -- that
18 they are being given for people with epilepsy in
19 these case.  So there is a high co-morbidity in
20 general.  So it is hard for me to parse out.
21     But I think the data that I am most
22 familiar with is the vigabatrin data.
23     Q.  Would you ever prescribe vigabatrin to
24 one of your patients who you diagnosis with a
25 major depressive disorder?

111

GERARD SANACORA, M.D., Ph.D.
1
2      A.  Standing long term?  For the
3  treatment -- no, that would not be a treatment
4  that I would typically use and I have never
5  prescribed vigabatrin.
6      Q.  Why not, for mood disorders?
7      A.  Well, for one the risk and, you know,
8  the risk of visual field cuts would be something
9  I would really consider probably more
10 prominently than anything.  And there is really
11 no good evidence that I am aware of or no even
12 strong reason to believe that vigabatrin is
13 going to have antidepressant effects.
14     Now, if it is co-morbid with cocaine,
15 there has been some interested there.
16     Q.  How about tiagabine, are you familiar
17 with tiagabine?
18     A.  Yes.
19     Q.  And are you familiar with whether or
20 not tiagabine has found efficacy in the
21 treatment of --
22     A.  There are some reports, I know Linda
23 Carpenter had a series, studies looking at
24 tiagabine for mood and depression, and there is
25 some case reports and studies suggesting it

112

GERARD SANACORA, M.D., Ph.D.
1
2  might have some antidepressant effects.
3      Q.  Do you believe tiagabine can have a
4  deleterious effect on mood?
5      A.  I believe it is possible.  I don't see
6  any strong evidence right now for it.
7      Q.  How about baclofen -- strike that.
8      Is baclofen an anti-epileptic drug?
9      A.  It is not indicated as an
10 anti-epileptic drug.
11     Q.  Right.  I just wanted to be clear.
12 I'm not suggesting that it is an anti-epileptic
13 drug.  So we agree, baclofen is not an
14 anti-epileptic drug, right?
15     Do you know if baclofen has ever found
16 use in treating mood disorders?
17     A.  There is one or two old studies -- I
18 know there were some studies looking at
19 baclofen, but I think they were more challenged
20 studies looking at the endocrine effects in mood
21 disorder patients.
22     So, no, I'm -- as I sit here I am
23 unaware of any studies looking at baclofen in
24 mood disorder patients for treatment.
25     Q.  Have you ever written a peer-reviewed

113

GERARD SANACORA, M.D., Ph.D.
1
2  article related to anti-epileptic drugs and its
3  effect on mood and behavior?
4      A.  I have written several peer-reviewed
5  papers that have contained information about
6  anti-epileptic drugs and their effects on mood
7  and behavior.
8      Q.  Have you ever conducted a study
9  specifically focusing on anti-epileptic drugs
10 and their effect on mood and behavior?
11     A.  I have -- ongoing studies looking at
12 some right now, trying to think if I have done
13 any studies -- anti-epileptic drugs -- I have --
14 you said published --
15     Q.  Yes, published.
16     A.  -- and peer-reviewed?
17     Trying to think back through
18 everything.  Can I actually look through my CV?
19 Offhand I can't think of anything but --
20     Q.  When we take a break can you --
21     A.  I'll look through my CV.
22     Q.  You currently are engaged in studying
23 anti-epileptic drugs and their effect on mood
24 and behavior?
25     A.  We current -- I am currently on a

29 (Pages 110 to 113)

182

GERARD SANACORA, M.D., Ph.D.
1
2  convincing me that it was real.
3      Q.   Do you believe there is any social
4  stigmas attached to individuals who attempt
5  suicide?
6      A.   Do I believe -- I'm sure, yes, some
7  people have -- hold a social stigma for that.
8      Q.   Appreciate your time. I am done and
9  we'll pass the witness.
10 EXAMINATION
11 BY MR. HOOPER:
12     Q.   Dr. Sanacora, do you recall testifying
13 earlier this morning in the first hour in
14 response to various questions about the
15 neurobiology of the GABA and monoamine systems?
16     A.   Yes.
17     Q.   Do you recall testifying earlier this
18 morning in that first hour in response to
19 numerous questions about the subject of
20 neurotransmission or signaling between nerves in
21 the brain?
22     A.   Yes.
23     Q.   Do you recall testifying this morning
24 in response to questions that asked you about
25 very specific locations in the brain including

183

GERARD SANACORA, M.D., Ph.D.
1
2  prefrontal cortex, occipital cortex, raphe
3  nuclei and limbic areas?
4      A.   Yes.
5      Q.   Do you also recall testifying this
6  morning in response to a number of questions
7  about the pharmacological properties of
8  gabapentin?
9      A.   Yes.
10     Q.   In your opinion, Dr. Sanacora, is
11 there any reliable scientific evidence that
12 Neurontin has any affect on any aspect of brain
13 function that increases the risk of or that
14 causes depression or suicidal behavior?
15     A.   No. In fact, as I state in my report,
16 the evidence -- the only thing that I see in
17 terms of human studies is this elevation in
18 occipital cortex tissue GABA content is what we
19 frequently see in our studies to be associated
20 with drugs that have antidepressant properties.
21      So we see in our studies with SSRIs
22 increasing, we see electroconvulsive therapy
23 increasing it. Other groups see things like
24 yogurt increasing it. And we see the opposite
25 in depressed patients. We actually see low

184

GERARD SANACORA, M.D., Ph.D.
1
2  levels of this.
3      So if we really had to make a stretch,
4  because I am not saying that I think these
5  changes in occipital lobe are directly causative
6  of any type of mood effects, but if anything the
7  evidence would seem to suggest that the
8  properties of gabapentin in increasing occipital
9  cortex GABA would be more associated with an
10 antidepressant response.
11     Q.   In response to -- well, in various
12 questions and responses to questions, the word
13 "association" has been used, correct?
14     A.   Correct.
15     Q.   That is a word that is akin as a noun
16 to the word "relationship"?
17     A.   Yes.
18     Q.   It is a word that can mean many
19 different things in many different contexts
20 depending on how we use it and what adjectives
21 we put with it, correct?
22     A.   Correct.
23     Q.   There is such a thing as a temporal,
24 T-E-M-P-O-R-A-L, temporal association, correct?
25     A.   Correct.

185

GERARD SANACORA, M.D., Ph.D.
1
2      Q.   That means one event occurs in some
3  relationship over time to another, correct?
4      A.   Correct.
5      Q.   There are such a thing -- such things
6  as statistical associations, correct?
7      A.   Correct.
8      Q.   And statistical associations are
9  relationships between two quantitative
10 variables, right?
11     A.   Correct.
12     Q.   Those can include epidemiological
13 associations like the incidence of a particular
14 adverse event in a population exposed to a
15 compound versus a population that is unexposed
16 to that compound, correct?
17     MR. FINKELSTEIN: Objection.
18     A.   That is correct.
19     Q.   That is something that when we
20 quantify that we, in science, that's often
21 captured as a relative risk or odds ratio?
22     A.   That's correct.
23     MR. FINKELSTEIN: Objection.
24     Q.   There are yet other ways that the word
25 "association" can be used, correct?

47 (Pages 182 to 185)

186

GERARD SANACORA, M.D., Ph.D.
1
2   A.   Yes.
3   Q.   There can be -- the word can be used
4   to mean a causal association, correct?
5   A.   It is not a way that I use the term,
6   but I guess it could be used that way.  I would
7   have to look at the dictionary to see.
8   Q.   Would you more commonly say causal
9   relationship?
10  A.   I would say a causal relationship.
11  Q.   In any event, would you agree with me
12  that a temporal association, statistical
13  associations and causal associations or
14  relationships are three distinctly different
15  phenomena?
16  A.   Yes.
17       MR. FINKELSTEIN:  Objection.
18  Q.   Is that a yes?
19  A.   Yes.
20  Q.   Now, I want to ask you very
21  specifically about a hypothesis that exposure to
22  a psychiatric -- I'm sorry, exposure to a
23  psychoactive medication causes a psychiatric
24  adverse event that is known to occur in the
25  absence of exposure to the medication.  That's

187

GERARD SANACORA, M.D., Ph.D.
1
2   what my question is framed as.  Okay?  In
3   reference to a hypothesis --
4   A.   Restate that one time.
5   Q.   The next question is, in reference to
6   a hypothesis that exposure to a psychoactive
7   medication causes a psychiatric adverse event
8   that is known to occur?
9   A.   Okay.
10  Q.   In the absence of exposure to that
11  medication?
12  A.   Okay.
13  Q.   Can a causal relationship be inferred
14  between that exposure and that event without
15  controlled scientific data?
16       MR. FINKELSTEIN:  Objection.
17  A.   No, you would need to know the base
18  rate whatever group you are studying.
19  Q.   You read the reports of Professor
20  Trimble and Dr. Kruszewski in this case,
21  correct?
22  A.   Correct.
23  Q.   And you are aware that they have
24  expressed opinions that there is a general
25  causal relationship between ingestion of

188

GERARD SANACORA, M.D., Ph.D.
1
2   Neurontin and suicidal behavior?
3   A.   I am aware that they have proposed
4   that, yes.
5   Q.   And you have also read the transcripts
6   of their depositions in this litigation where
7   they expressed those opinions, correct?
8   A.   Yes, correct.
9   Q.   Before you encountered those opinions
10  by Professor Trimble and Dr. Kruszewski in this
11  litigation, had you ever heard them expressed in
12  the scientific community in that way?
13  A.   No, never.  I have never heard that.
14  Q.   Are Professor Trimble and Dr.
15  Kruszewski's general causation opinions about
16  Neurontin and suicide in this case novel in that
17  sense?
18  A.   By definition I would say they are
19  novel.  I haven't heard them.
20  Q.   Until you encountered them in this
21  litigation?
22  A.   Until I encountered them in this
23  litigation.
24  Q.   In your opinion, do Professor Trimble
25  and Dr. Kruszewski's opinions about the general

189

GERARD SANACORA, M.D., Ph.D.
1
2   causal relationship that they contend exists
3   between Neurontin and suicide constitute
4   scientific knowledge?
5   A.   I don't think that relationship would
6   be held by people well informed on the current
7   hypotheses of the neurobiology of depression, so
8   I think it would not be mainstream in any way.
9   Q.   Would you consider their opinions
10  generally accepted?
11  A.   No.
12       MR. HOOPER:  Those are all my
13  questions.
14  EXAMINATION
15  BY MR. FINKELSTEIN:
16  Q.   Do you believe that Professor Trimble
17  is well informed in neurobiology?
18  A.   Reading through the transcripts, I
19  think -- and reading through his report, I'm not
20  quite sure it is the neurobiology of 2008.
21  Q.   Do you believe Professor Trimble -- do
22  you know that he wrote a textbook called
23  Neurobiology of Depression?
24  A.   Yes.
25  Q.   Have you ever read it?

48 (Pages 186 to 189)