# Exhibit B

Page 1

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2

 3   In re:  NEURONTIN MARKETING, SALES   MDL DOCKET NO:  1629
             PRACTICES, AND PRODUCTS
 4           LIABILITY LITIGATION          Master File No. 04-10981

 5   _____/

 6   THIS DOCUMENT RELATES TO:

 7        ALL PRODUCTS LIABILITY
          ACTIONS
 8   _____/

 9
          VIDEOTAPED
10        DEPOSITION OF:        CHERYL D. BLUME, Ph.D.

11        DATE:                 November 12, 2007

12        TIME:                 9:25 a.m. to 6:07 p.m.

13        PLACE:                13902 North Dale Mabry Highway
                                Suite 122
14                              Tampa, Florida

15        PURSUANT TO:          Notice by counsel for
                                Defendants for purposes
16                              of discovery, use at
                                trial or such other
17                              purposes as are permitted
                                under the Federal Rules
18                              of Civil Procedure

19        BEFORE:               VALERIE A. HANCE, RPR
                                Notary Public, State of
20                              Florida at Large

21                              Volume 1
                                Pages 1 to 370
22

23

24

25
```

Page 334

1  THE WITNESS: Again, I don't know if they use
2  the word "cause" nor do I know if they did
3  statistics.
4  BY MR. BARNES:
5  Q. Do any of the articles on page 181 state that
6  the authors are concerned that Neurontin causes suicidal
7  behavior?
8  MR. FROMSON: Just note my objection as to
9  form.
10  THE WITNESS: I don't know if they use the
11  word "concern." This -- these are their
12  publications. Klein-Schwartz reported --
13  Klein-Schwartz reported 20 cases of overdose, 11 of
14  which were intentional suicide attempts. So
15  whether he uses -- whether those authors are
16  concerned with that or not, I was concerned.
17  BY MR. BARNES:
18  Q. Did they state they were -- did they state
19  they were concerned that Neurontin is associated with
20  suicide?
21  MR. FROMSON: Note my objection as to form to
22  the extent it hasn't already been asked and
23  answered.
24  THE WITNESS: All right. I would have to look
25  in the article to see if -- the new question --

Page 335

1  word "concerned" is in that article.
2  BY MR. BARNES:
3  Q. Okay. Does the Klein-Schwartz or any of
4  the article -- strike that.
5  Do any of the articles on page 181 state that
6  the authors have a concern that Neurontin either causes
7  or is associated with suicide, suicide attempts, or
8  suicide behavior?
9  A. I don't know if those words are specifically
10  used.
11  Q. Do you -- do they make any statement regarding
12  a -- a statistical association between Neurontin and
13  suicidal behavior in any way, shape, or form other than
14  using the precise words of "concern"?
15  A. I don't know if they did statistics and I
16  don't know if they used the word "concern" and I don't
17  know if the word "cause" is in the articles, but all --
18  all of these articles address injury, self-injurious
19  behavior associated with patients receiving Neurontin.
20  Q. Do any of the articles on page 181 include
21  data from a randomized controlled clinical trial?
22  MR. FROMSON: Just note my objection as to
23  form.
24  THE WITNESS: I doubt it. I don't know how
25  you could do suicide in a randomized clinical

Page 336

1  trial.
2  BY MR. BARNES:
3  Q. Do any -- are any of these articles -- strike
4  that.
5  On page 282, you write -- I'm sorry.
6  Paragraph 282 on page 182, you write, "While these --
7  referring to studies -- "do not represent the "gold
8  standard" -- in quotes -- "studies which Pfizer
9  defendants failed to conduct even though it was clear
10  that adverse event safety signals were evident even
11  prior to the original marketing of Neurontin, they
12  demonstrate that suicide-related events occur in
13  subjects receiving Neurontin."
14  What did you mean by that statement?
15  A. That these articles describe patients
16  receiving Neurontin in which suicide or self-injurious
17  behavior was -- was reported.
18  Q. You've stated that Pfizer could not actually
19  conduct studies that are designed to assess the
20  statistical association between -- or whether Neurontin
21  causes suicide.
22  So what studies are you suggesting that Pfizer
23  should have done?
24  MR. FROMSON: Just note my objection as to
25  form. Misstates the testimony. She referred --

Page 337

1  MR. BARNES: That's fine.
2  BY MR. BARNES:
3  Q. Do you understand my question?
4  A. Yes. I think that epidemiologic studies
5  should have been looked at. There is many, many
6  databases that can be examined for this.
7  Q. You're talking about conduct. Your words are
8  "conduct."
9  What studies do you contend that Pfizer should
10  have conducted to -- to assess the relationship between
11  Neurontin and suicide?
12  A. Well, if one can't do a placebo control or
13  active controlled study, one certainly needs to rely on
14  the variety of ways one can look at available databases,
15  be it case series or cohort's series of studies to look
16  at large databases, and either prospectively or
17  retrospectively examine the adverse event of interest
18  compared with matched controls.
19  I mean, similar to, for example, Collins and
20  McFarland did a -- did a study along that line. They
21  had some different goals, but those types of studies can
22  be done with the large databases. One frequently sees
23  epidemiology studies conducted by either
24  government-based databases, university medical center
25  databases, or any of the insurance carrier databases.