# Exhibit C

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2                  CA No.  04-10981-PBS

 3

 4    IN RE:
      NEURONTIN MARKETING, SALES    :   Deposition of:
 5    PRACTICES AND PRODUCTS        :
      LIABILITY LITIGATION SALES    :   MICHAEL TRIMBLE
 6    PRACTICES LITIGATION          :
      ------------------------------
 7

 8

 9

10          TRANSCRIPT of testimony as taken by and

11    before PATRICIA A. SANDS, a Shorthand Reporter

12    and Notary Public of the States of New York and

13    New Jersey, at the offices of Lanier Law Firm,

14    126 East 56th Street, New York, New York, on

15    Thursday, February 27, 2008, commencing at 4:43

16    in the afternoon.

17

18

19         REPORTING SERVICES ARRANGED THROUGH:
           VERITEXT/NEW JERSEY REPORTING COMPANY
20              25B Vreeland Road, Suite 301
              Florham Park, New Jersey 07932
21     Phone: (973) 410-4040     Fax: (973) 410-1313

22

23

24

25
```

Page 34

1  A  All right, okay.
2  Q  My question was about the court.
3  A  Right.
4  Q  And, so, is your answer you don't
5  know --
6  A  I do not know --
7  Q  You do not know that the plaintiffs'
8  lawyers in this litigation have told the court
9  they don't dispute that the Neurontin specific
10 data don't demonstrate an increased risk of
11 suicide?
12      MR. FINKELSTEIN: Objection.
13      THE WITNESS: I don't know what the
14     lawyers in this case from either side have
15     told the courts. I don't have access to
16     that kind of information.
17 BY MS. McGRODER:
18 Q  Mr. Finkelstein never had a
19 conversation with you about that?
20 A  No.
21 Q  When you read the alert, what did it
22 tell you about Neurontin that you did not know
23 when you wrote your report?
24     And I'm not talking about AEDs generally,
25 or antiepileptic drugs generally. I'm talking

Page 35

1  about Neurontin.
2      What did the alert tell you about
3  Neurontin that you did not know when you wrote
4  your report?
5  A  The -- it's epidemiological data,
6  based upon a large number of cases which was
7  not available to me when I wrote my report.
8  Q  And the large number of cases to
9  which you refer, as referenced in the alert, do
10 not all deal with Neurontin; correct?
11 A  That's correct.
12 Q  They deal with ten other
13 antiepileptic drugs, as well; correct?
14 A  That's correct.
15 Q  So setting aside those ten other
16 antiepileptic drugs, does that alert tell you
17 anything specifically about Neurontin that you
18 did not know when you wrote your report?
19 A  Not specifically about Neurontin, no.
20 Q  Does the FDA alert address your
21 theory for the mechanism by which you believe
22 Neurontin causes suicide events?
23 A  I think this FDA alert vindicates the
24 scientific approach that I have taken to this
25 matter.

Page 36

1  Q  And --
2  A  And the conclusions that the FDA come
3  to are of no surprise to me at all.
4  Q  And when you say the FDA alert
5  indicates the scientific --
6  A  Vindicates.
7  Q  Oh, vindicates.
8  A  Vindicates.
9  Q  I'm sorry, I misunderstood you.
10 A  Yeah, vindicates.
11 Q  So your testimony is the FDA alert
12 vindicates the scientific approach you took?
13 A  Yes.
14 Q  Does the FDA alert say anything about
15 your mechanistic theory for how Neurontin
16 causes suicide?
17 A  This FDA alert does not attend to
18 mechanism.
19 Q  And so the answer to my question is
20 no?
21 A  No.
22 Q  Yes, the answer to my question is no?
23 I'm sorry, that's unclear.
24 A  It does not attend to mechanism.
25 Q  Right.

Page 37

1      MR. FINKELSTEIN: Repeat the
2      question.
3  BY MS. McGRODER:
4  Q  So in other words, the FDA alert does
5  not address your mechanistic theory, it doesn't
6  confirm that; correct?
7  A  It doesn't discuss mechanistic
8  theory.
9  Q  And it --
10 A  The answer is no, it doesn't discuss
11 that.
12 Q  And it doesn't confirm your
13 mechanistic theory; does it?
14 A  No, there's nothing in here about the
15 mechanistic theory.
16 Q  The FDA alert analyzes placebo
17 controlled data from eleven different
18 antiepileptic drugs; is that correct?
19 A  That's correct.
20 Q  The eleven drugs that it analyzes all
21 have disparate mechanisms of action; would you
22 agree?
23 A  I believe that's -- well, no, I can't
24 agree with that in an overall proposition.
25 They all, in some way, are antiepileptic. But