# Exhibit E

 American Journal of Epidemiology
Copyright © 1994 by The Johns Hopkins University School of Hygiene and Public Health
All rights reserved

Vol. 140, No. 9
Printed in U.S.A.

# Can Meta-analysis Be Salvaged?

Sander Greenland

Shapiro (1) has presented a number of compelling examples to support his contention that meta-analyses of observational studies should be banned. A major problem with his arguments is that they constitute a basis for banning observational epidemiology. I will outline the reasons for my contention, and then consider whether Shapiro's conclusion is warranted. I will argue that Shapiro's criticisms apply to a prevalent and unsound form of meta-analysis that focuses on synthesis of study results into a single "conclusive" summary estimate. The answer to his criticisms (and the above title) is to adopt a comparative approach in which meta-analysis is used as an aid in comparing studies and identifying patterns among study results (2–5).

## THE LIMITS OF EPIDEMIOLOGIC INFERENCE

It is violation of sound practice that is the hallmark of the bad meta-analyses cited by Shapiro. Aided by random-effects models, some meta-analysts persist in combining obviously disparate results into meaningless summary estimates. Such activities exemplify Shapiro's leading complaint, that meta-analysis is being used to produce overly precise-looking estimates of weak effects.

Received for publication March 7, 1994, and in final form July 1, 1994.
From the Department of Epidemiology, School of Public Health, University of California, Los Angeles, 10833 Le Conte Avenue, Los Angeles, CA 90024-1772. (Reprint requests to Dr. Greenland at this address.)
This commentary is based in part on a presentation made at the 26th Annual Meeting of the Society for Epidemiologic Research, Keystone, Colorado, June 16–18, 1993.

Shapiro defines weak effects as causal relative risks of one half to 2. He writes of an absolute limit of epidemiologic inference, as if the boundary value of a relative risk of 2 is a natural constant, like $\pi$ or $e$, that applies to all types of epidemiology in all places at all times. By this standard, a causal relation between 4 pack-years of smoking and lung cancer would be as dubious as a causal relation between heavy alcohol use and breast cancer. The difference, of course, is that the relation between light smoking and lung cancer is found in cohort studies with enough cases to show indisputable trends, and also follows from an elaborate and tested dose-response theory (6). In contrast, the relation between heavy alcohol use and breast cancer rests on much more ambiguous data and only speculative theory. This example illustrates that any limits to epidemiologic inference must vary from context to context; in particular, the limits cannot be captured by a single relative risk.

Instead of using a single number to define weak effects, I think it more useful to define an effect as weak *relative* to the background noise of methodological problems: An effect is relatively weak if existing data cannot effectively discriminate between biases and the effect. Thus, the relative risk for lung cancer associated with 40 pack-years of smoking versus none was weak in the context of data available before 1950, because these data could not compellingly refute claims that the observed association was due to confounding or selection bias. Today, however, the relative risk for lung cancer for as little as 4 pack-years of smoking (which appears to be <2 (6)) would not seem weak relative to available data.

However one defines weak effects, studies of them continue to accumulate (reference 7 is an example). Since such studies are almost always incapable of producing definitive evidence, I must ask this question: If we are forbidden to combine the evidence across the studies, then what good are these studies going to do? Why are they funded? And why are they published, if they are unlikely to establish or refute an effect? These are serious questions. The only scientific value I can see in conducting and publishing studies of weak effects is to contribute information toward some sort of overview of the topic under study. Such overviews can and should incorporate both informal narrative elements and formal quantitative elements, just as single study reports do.

I view Shapiro's complaint about meta-analysis as arising not from any inherent defect in the concept of quantitative overview, but from the simple fact that no statistical technique can compensate for fundamental limitations of the input data. Shapiro rightly warns that the omnipresence of bias and confounding makes a mockery of the narrow confidence limits one can obtain from meta-analysis, but the very same objection can apply to narrow limits obtained from a single observational study.

Any conventional confidence interval represents only the absolute minimum uncertainty one should have in light of the data (8). As estimates of causal effects, these intervals rest upon assumptions of 1) randomized exposure within levels of controlled variables, 2) no uncontrolled measurement error, 3) no uncontrolled selection bias, and 4) no misspecification of the statistical model on which the intervals are based. In observational studies, assumption 1 is *by definition* not fulfilled, so it gets replaced by an assumption of "no uncontrolled confounding," which, when operationalized, amounts to nothing more than a vain hope that nature randomized exposure within strata of controlled variables. Assumption 2 is rarely if ever satisfied, at least in any study based on questionnaires or medical records. Assumption 3 is a point of contention in most case-control research. Assumption 4 is rarely even discussed (let alone dealt with) in epidemiologic articles.

I would thus recast Shapiro's leading complaint against meta-analysis as follows: "The narrow confidence intervals obtained from meta-analyses are misleading because they tempt one to ignore the overwhelming uncertainty one should have in the face of the inevitable uncontrolled biases in the source studies." Now, note that a single observational study the size of all the source studies used in a meta-analysis can yield just as narrow an interval as the meta-analysis. Should the interval from a single study be considered more trustworthy just because the data on which it is based are afflicted by equal degrees of bias, rather than by varying degrees of bias (as in the meta-analysis)? This could only be so if it were known with certainty that the single study had no biases comparable in magnitude to the small effect in question. Such ideal studies are certainly absent from all the examples cited by Shapiro.

## THE ROLE OF META-ANALYSIS IN STUDIES OF DISPUTED EFFECTS

In the absence of ideal studies, there is a potential advantage of meta-analysis (and pooled-data analyses) over any single large study: When used to compare results from different studies, a meta-analysis can test hypotheses about sources of differences and magnitudes of biases. In contrast, inference from a single study is trapped within the framework of the study design. For example, one meta-analysis of coffee and myocardial infarction (9) found that the major conflict among study results is concentrated among the cohort studies, and that several of these cohorts (primarily recent ones) yielded results similar to the case-control studies. This observation indicates that either the positive or the null cohort studies are biased and casts doubt on early claims that the association observed in case-control studies is entirely the result of control selection bias or recall bias (since these biases could not have occurred in the cohort studies). It suggests instead that if

the association observed in the positive studies is due to biases, the biases are ones capable of operating in both cohort and case-control studies (such as residual confounding by smoking and diet).

The preceding observation could not have arisen from pooling different study data to get a single summary estimate (as was done in another meta-analysis of the same issue (10)). More generally, meta-analysis can only contribute to knowledge beyond single studies if one treats it as a comparative activity, aimed at testing criticisms of study results and identifying patterns or trends in study results. Unfortunately, meta-analysis and pooled-data analyses are most often treated as synthetic exercises, aimed at producing a single summary effect estimate.

A synthetic exercise is not misleading in those rare cases in which all studies are in agreement, as in studies of smoking and lung cancer (as Shapiro notes, a synthetic analysis is also superfluous when such agreement is present). More commonly, however, the study results exhibit heterogeneity that exceeds that expected by chance alone. When this happens, the synthetic treatment may employ a random-effects term in the meta-analytic model, which (it is claimed) "explains" the heterogeneity. I view such meta-analyses as negatively as Shapiro does, for random effects models explain nothing in any ordinary or scientific sense; instead, random effects merely quantify *unexplained* variation (via the estimated variance of the random effects). This is why estimates from random effects models are justifiable only after a thoughtful search for sources of the heterogeneity, and then only in a mixed model that includes fixed effects for important measured sources of heterogeneity (5).

Even worse is the synthetic meta-analysis that ignores heterogeneity and reports only a single fixed-effects summary (as in reference 10). In such cases, the statistical significance and precision of the results will be grossly overstated, with all the attendant evils cited by Shapiro, such as premature conclusions, flowing therefrom. Synthetic meta-analyses that ignore heterogeneity should indeed be banned from publication, if only because they violate sound statistical and scientific practice.

## DISCUSSION

Shapiro rightly points out that meta-analyses have been used to reach premature conclusions, but the same misuse has been made of narrative reviews of individual studies. In the early period of the coffee–myocardial infarction controversy, the lack of association in cohort studies was used by some to conclude that the association seen in case-control studies was attributable entirely to case-control biases (11). That this conclusion was premature is supported by the fact that several recent cohort studies give results closer to those of the case-control studies than those of the early cohorts (9). If risk of premature conclusions is a reason to bar meta-analysis, then it is also a reason to bar epidemiologic activity in general. Prematurity of conclusions is, however, a fault of performers and readers of meta-analysis; it can be prevented by adopting the same cautious and critical attitude toward meta-analytic methods and results that one should have toward individual studies and narrative reviews, and by avoiding synthetic approaches to meta-analysis.

In this light, Shapiro's blanket condemnation of meta-analysis, while understandable, is premature at best, and potentially destructive. Meta-analysis of the synthetic type he decries—the mindless agglomeration of study results into a single summary estimate (with or without random effects)—is too well established in the medical and social sciences to be seriously affected by his condemnations. The comparative approach—in which meta-analysis is an aid in critical comparison of different studies and for finding patterns among studies—is still largely confined to epidemiology, and thus more vulnerable to destructive criticism. It would be tragic indeed if the comparative approach were extinguished because of negative (if justifiable) reactions to synthetic meta-analyses.

786 Greenland

In summary, the "absolute limit to epidemiologic inference" of which Shapiro speaks varies across contexts and applies to individual studies as well as to meta-analyses. Thus, if the existence of such limits is an argument against meta-analysis, then it is also an argument against all the studies of what are no more than weak effects that have filled the epidemiologic literature for several decades (e.g., 7); after all, the resources consumed to conduct these studies can far exceed the resources consumed by a meta-analysis. I believe instead that weak studies (and perhaps all studies) are worthwhile only to the extent that they can contribute to a comparative overview that employs comparative meta-analysis. This means, among other things, that the studies should be retrievable by a reasonable literature search (which means that at least an abstract must be published), regardless of their findings, and that the retrievable forms contain informative statistics (such as confidence intervals for relative risks, rather than just statements about "statistical significance") (3).

As in all collections of quantitative methods, some meta-analytic methods (such as quality scoring) are defective in concept and help produce the meta-analyses that Shapiro rightly condemns (5). Other methods, such as meta-regression on objective quality-related items (3), are potentially useful for aiding the reviewer and readers of a review in detecting and measuring patterns among results and for testing hypotheses about why studies conflict. Even these sound methods can be abused in the hands of incompetent analysts, but the same is true of methods for individual study analysis, and is no basis for indicting the methods or their competent use. If, as I believe and Shapiro fears, meta-analysis is here to stay, epidemiology will benefit more from encouragement of sound approaches than from blanket condemnation of all approaches.

Before closing, I would like to dispose of a fallacy not addressed by Dr. Shapiro. It seems common to think that combining data sets from different studies (data pooling) might somehow be exempt from the very real problems of meta-analysis that Shapiro laments. Unfortunately, all data pooling does is allow one to replace averages of study-specific estimates with estimates from the pooled data set. This statistical nicety addresses no scientific problem, such as noncomparability of measurements across studies or uncontrollable biases in the studies. It does tend to restrict the analysis to a subset of studies whose data can be obtained and forced into a common computer format, but this forced commonality of format can be as artificial as any meta-analytic adjustment. For example, transforming all alcoholic beverage measurements to grams of ethanol per day is equally problematic whether done for meta-analysis or for pooling. The fact that one data set could be forced into the chosen common format and another could not does not imply that the forced data set is more valid than the excluded data set. If a meta-analysis is restricted to the same studies that would be used in data pooling and the same variables are controlled in both analyses, the weighted summary estimate so obtained can diverge from the pooled data estimate only in proportion to the heterogeneity among the study results. For one (such as I) who holds that combination of heterogeneous studies should be avoided in favor of searching for sources of heterogeneity (2–5), this means that meta-analysis and pooling can diverge only to the extent that they are treated as synthetic rather than comparative exercises.

ACKNOWLEDGMENTS

The author thanks Drs. Charles Poole, Stephan Lanes, and Matthew Longnecker for their helpful comments on this essay.

REFERENCES

1. Shapiro S. Meta-analysis/shmeta-analysis. Am J Epidemiol 1994;140:771–778.
2. Light RJ, Pillemer DB. Summing up: the science of reviewing research. Cambridge, MA: Harvard University Press, 1984.

Case 1:04-cv-10981-PBS    Document 1240-6    Filed 04/25/2008    Page 6 of 6

3. Greenland S. Quantitative methods in the review of epidemiologic literature. Epidemiol Rev 1987; 9:1–30.
4. Rubin DB. Meta-analysis: literature synthesis or effect-size surface estimation? J Educ Stat 1992; 17:363–74.
5. Greenland S. Invited commentary: a critical look at some popular meta-analytic methods. Am J Epidemiol 1994;140:290–6.
6. Doll R, Peto R. Cigarette smoking and bronchial carcinoma: dose and time relationships among regular lifelong nonsmokers. J Epidemiol Community Health 1978;32:303–11.
7. Rosenberg L, Palmer JR, Miller DR, et al. A case-control study of alcoholic beverage consumption and breast cancer. Am J Epidemiol 1990;131:6–14.
8. Greenland S. Randomization, statistics, and causal inference. Epidemiology 1990;1:421–29.
9. Greenland S. A meta-analysis of coffee, myocardial infarction, and coronary death. Epidemiology 1993;4:366–74.
10. Myers MG, Basinski A. Coffee and coronary heart disease. Arch Intern Med 1992;152: 1767–72.
11. Heyden S, Tyroler HA, Heiss G, et al. Coffee consumption and total mortality. Arch Intern Med 1978;138:1472–5.