# Exhibit F

```
                                                                    1
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3
 4   IN RE:  NEURONTIN MARKETING,
 5   SALES PRACTICES, AND PRODUCTS   No. 04-10981
 6   LIABILITY LITIGATION.
 7
 8
 9
10
11              VIDEOTAPED DEPOSITION OF
12           BENTSON H. McFARLAND, M.D., PH.D.
13         Taken on behalf of Defendant Pfizer, Inc.
14
15                    November 5, 2007
16                       *   *   *
17
18
19
20
21
22
23
24
25
```

Condensed Copy

Page 198

```
1    your article, correct?
2 A. Correct.
3 Q. And that is what your intent is, to testify only as
4    to the statements and opinions that are
5    specifically referenced in your article, correct?
6 A. Correct.
7 Q. Okay.
8        Let's go back. I want to look at some of the
9    doctor's earlier testimony. Back up about three or
10   four pages to the end of Mr. London's questioning.
11       Dr. McFarland, you made a statement in response
12   to Mr. London's questioning that, quote, "my
13   opinion is that there may well be individuals with
14   bipolar disorder who are better served by taking
15   lithium versus Gabapentin," closed quote.
16       Where is that statement contained in your
17   expert -- in your article?
18 A. It's not.
19 Q. In terms of that statement, I presume based on what
20   we've been talking about all day that you are
21   talking about that your study results may indicate
22   that lithium is more protective against suicide and
23   suicide attempt than Gabapentin, correct?
24       MR. LONDON: Objection; form.
25 A. Correct.
```

Page 199

```
1 Q. BY MR. HEGARTY: You did not intend by that
2    statement that the finding of your study results
3    show that Gabapentin actually cause suicide or
4    suicide attempt in your study population, correct?
5        MR. LONDON: Objection; form.
6 A. Correct.
7 Q. BY MR. HEGARTY: In terms of the degree which you
8    hold that statement as correct, you had indicated
9    that ultimately or overall, as you put it in the
10   last portion of your report, that it remains
11   unclear whether or not there is differential impact
12   on suicide deaths among the mood stabilizing
13   agents.
14       That's still a correct statement?
15 A. Correct.
16 Q. So you are not able to conclude whether there are
17   individuals with bipolar disorder who are better
18   served by taking lithium versus Gabapentin,
19   correct?
20       MR. LONDON: Say that again. I'm sorry. I
21   just didn't hear you.
22       MR. HEGARTY: I said --
23       MR. LONDON: Why don't you read it.
24       MR. HEGARTY: You want to go and -- can you
25   hold that and jump back?
```

Page 200

```
1        MR. LONDON: I don't want to change your
2    question. I just didn't hear it.
3        MR. HEGARTY: Can you go back to my question.
4        (The reporter read the last question.)
5        MR. LONDON: Objection to form.
6 A. Conclude from this paper?
7 Q. BY MR. HEGARTY: Yes.
8 A. Correct.
9 Q. And in terms of the opinions and statements that
10   you offer in your article, those all pertain to
11   this study population only, correct?
12 A. Correct.
13 Q. You did not conclude that as a general proposition
14   with respect to all bipolar patients that
15   individuals with bipolar disorder may be better
16   served by taking lithium versus Gabapentin,
17   correct?
18 A. That statement does not pertain to everyone with
19   bipolar disorder.
20 Q. It does -- it pertains to the study population that
21   you looked at?
22 A. Correct.
23 Q. It's also -- is there anything inconsistent with
24   your -- from your study results the statement that
25   Gabapentin protects against suicide and suicide
```

Page 201

```
1    attempt but just not as much as lithium?
2        MR. LONDON: Objection; form.
3 A. That would not be inconsistent.
4 Q. BY MR. HEGARTY: Okay. Would it -- is it also
5    correct that given the statements in your article
6    that you did not intend to offer statements or
7    opinions as to Neurontin and suicide or suicide
8    attempt generally with respect to any patient
9    taking the medication?
10 A. Correct.
11 Q. Okay.
12       Would you go back up to another -- I think the
13   statement before implication. Can you search for
14   that?
15       Dr. McFarland, you were asked the question by
16   Mr. London, "Given my understanding and your
17   response, is there a true patient population for
18   whom taking Gabapentin is a greater risk of setting
19   up those factors that lead to suicide than is
20   lithium?"
21       If we go down to your answer, you said, "That's
22   the implication of the findings."
23       In anywhere in your article is there the
24   statement made that an implication from your
25   findings is that --
```

**Page 202**

1  Go on up.
2  -- there is a true patient population for whom
3  taking Gabapentin is a greater risk of setting up
4  those factors that lead to suicide than is lithium?
5      MR. LONDON: Objection; form. And, again, I
6  object because of the parsing of words. If the
7  intent was only to have the article verbatim
8  without your asking what it meant, you should have
9  simply attached the article and not taken the
10  deposition. When you began asking him questions,
11  you began opening those doors.
12      MR. HEGARTY: I strongly disagree.
13      MR. LONDON: I understand you do.
14      MR. HEGARTY: It was represented to the court
15  before we took this deposition that there would not
16  be any opinions offered that were not specifically
17  referenced in this article.
18      MR. LONDON: Nor have there been with the
19  possible exception of my last one, which I'm
20  willing to let the court decide. But anytime you
21  ask him a question about what the report means and
22  he answers it, you can't say that it's outside the
23  corners of his report.
24      MR. HEGARTY: That was not -- my question has
25  to do with whether the statement --

**Page 203**

1 Q.  BY MR. HEGARTY: First of all, do you anywhere in
2      your report use the word "implication of the
3      findings of the study"?
4 A.  Not to my knowledge.
5 Q.  Do you anywhere in your report make any statements
6      about the implications of what the study result
7      means to the general population?
8 A.  No.
9 Q.  In fact, you go on to state -- you state that it
10     remains unclear whether or not there is a
11     differential impact on suicide deaths among the
12     mood stabilizing agents, correct?
13 A. Correct.
14 Q. What did you mean by responding to Mr. London's
15     question the way you did?
16 A. I meant to answer his question.
17 Q. Okay. Well, let me read the question and then --
18     and I'll read your answer and you can tell me what
19     you meant by that answer.
20     His question was, "Given my understanding and
21     your response, is there a true patient population
22     for whom taking Gabapentin is a greater risk of
23     setting up those factors that lead to suicide than
24     is lithium?"
25     And your answer was, "That's the implication of

**Page 204**

1   the findings."
2       What did you mean by that answer?
3 A.  What I meant was that, in my opinion, the findings
4   imply that there are individuals with bipolar
5   disorder who would be well advised to take lithium
6   instead of Gabapentin.
7       (Discussion off the record.)
8 Q. BY MR. HEGARTY: Dr. McFarland, you stated in
9   answer to my question that the findings imply that
10  there are individuals with bipolar disorder who
11  would be advised -- be well advised to take lithium
12  instead of Gabapentin.
13      Where is that reference -- where is that
14  statement in your article?
15 A. Nowhere.
16 Q. And from the study results in your article, what --
17     Can you go back up. Sorry.
18      -- individuals with bipolar disorder would be
19  well advised to take lithium instead of Gabapentin
20  based on the data that you report in the article?
21 A. I think Oregon Medicaid clients with diagnoses of
22  bipolar disorder.
23 Q. Do you -- is anywhere in your report contain your
24  advice to that group of patients?
25      MR. LONDON: Objection; form.

**Page 205**

1 A.  No.
2 Q. BY MR. HEGARTY: And is that statement based on the
3   findings that -- based on your conclusions that
4   lithium may have a more protective affect for
5   suicide than suicide -- and suicide attempt than
6   Gabapentin?
7       MR. LONDON: Objection; form.
8 A. Chiefly it pertains to suicide.
9 Q. BY MR. HEGARTY: So is that statement based on your
10  opinion that lithium may have a more protective
11  affect on suicide in Medicaid patients in the State
12  of Oregon than on -- than Gabapentin patients on
13  Medicaid in the State of Oregon?
14      MR. LONDON: Objection; form.
15 A. Correct.
16 Q. BY MR. HEGARTY: That statement was in no way to
17  imply that Gabapentin in your Medicaid population
18  actually caused suicide or suicide attempt?
19 A. Correct.
20      MR. LONDON: Objection; form.
21 Q. BY MR. HEGARTY: And your report does not contain
22  the statement that Neurontin use generally can
23  cause suicide or suicide attempt versus with
24  respect to patients who are not taking the drug,
25  correct?

206

1 A. Correct.
2 Q. That statement is also true as to -- as between
3   lithium users and Gabapentin users that you
4   studied, correct?
5      MR. LONDON: Objection; form.
6 Q. BY MR. HEGARTY: That statement is also true as
7   between the patients that you studied, correct?
8 A. I didn't follow you.
9 Q. Okay. Well, your report does not state that with
10  respect to the suicides in those patients studied
11  that those were caused by their use of Neurontin or
12  Gabapentin, correct?
13     MR. LONDON: Objection; form.
14 A. Correct.
15 Q. BY MR. HEGARTY: And you did not make those
16  conclusions from the study that you conducted as
17  reflected in your report, correct?
18 A. Correct.
19     MR. LONDON: Objection; form.
20     MR. HEGARTY: Let's go back to the testimony on
21  implication. Go back up. Can you stop there.
22 Q. BY MR. HEGARTY: Dr. McFarland, you made the
23  statement in response to a question by Mr. London
24  that this project found that Gabapentin users died
25  at their own hands 2.6 times quicker than the

207

1  lithium users.
2      Is that also -- is that consistent with the --
3   still consistent with the statement that you have
4   testified to earlier that the end result of this
5   study could be that -- is consistent with lithium
6   providing a more protective affect against suicide
7   than Gabapentin, correct?
8      MR. LONDON: Objection; form.
9 A. Yes.
10 Q. BY MR. HEGARTY: That statement that I just read
11  was not intended by you to state the opinion that
12  the patients who were using Gabapentin in the study
13  population, that their suicide was actually caused
14  by their use of Gabapentin, correct?
15     MR. LONDON: Objection; form.
16 A. Correct.
17 Q. BY MR. HEGARTY: So that statement was not intended
18  to be a statement that someone could use to contend
19  that Gabapentin use can cause suicide in any
20  patient taking the drug, correct?
21     MR. LONDON: Objection; form.
22 A. Correct.
23 Q. BY MR. HEGARTY: Okay. Mr. London also asked the
24  question, "I understand it to mean that Gabapentin
25  had a 2.6 times greater risk factor, adjusted risk

208

1   hazard, than lithium users, all other conditions
2   being equal?" and you answered, "Correct."
3      With respect to the study, in response to my
4   questions, you indicated that you were not able to
5   make all other conditions equal and that everything
6   was equal between the two groups except for the
7   medication use, correct?
8      MR. LONDON: Objection; form.
9 A. Correct.
10 Q. BY MR. HEGARTY: That goes back to the fact it was
11  not randomized, that you had no history of prior
12  suicide or suicide attempts, et cetera, correct?
13 A. Correct.
14     MR. LONDON: Objection; form.
15 Q. BY MR. HEGARTY: So it's not a correct statement
16  that the two populations were completely equal and
17  that the only differences were the medications that
18  they were taking, correct?
19     MR. LONDON: Objection; form, misstates the
20  question.
21 A. I'm confused. Did I say that the two populations
22  were equal?
23 Q. BY MR. HEGARTY: Well, the question that Mr. London
24  asked of you was, "I understand it to mean that
25  Gabapentin had a 2.6 times greater risk factor,

209

1   adjusted risk hazard, than lithium users, all other
2   conditions being equal?" and you answered,
3   "Correct."
4      So my question for purposes of clarifying was
5   that you were not saying that all the conditions
6   between the two patient groups were equal and that
7   the only difference was the medication they were
8   taking, correct?
9      MR. LONDON: Objection; form.
10 A. I believe your statement is correct. However, my
11  understanding of Mr. London's question was that he
12  referred to the conditions described in the paper.
13  The Cox proportional hazards model does adjust for
14  the conditions that were described in the method
15  section of the paper.
16 Q. BY MR. HEGARTY: Right. But the model that you
17  were able to employ could not adjust for all of the
18  various factors between the groups, correct?
19 A. All possible factors?
20 Q. Yes.
21 A. Correct.
22 Q. And the limitations that we went over that are
23  reflected in your paper are the various factors
24  between the two groups that you were not able to
25  correct for?