UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING,
       SALES PRACTICES AND
       PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

ALL PRODUCTS LIABILITY CASES IDENTIFIED ON
EXHIBIT 1 TO THE DECLARATION OF SCOTT W.
SAYLER, ESQ. FILED WITH MEMORANDUM IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF SCOTT W. SAYLER, ESQ.

I, **Scott W. Sayler**, declare and state as follows:

1.      I am a partner with the law firm of Shook, Hardy & Bacon LLP, counsel of record for Defendants Pfizer Inc. and Warner-Lambert Company LLC.  I make this declaration based on my own personal knowledge and information.

2.      Attached as Exhibit 1 is a true and correct copy of the criminal Information filed against Warner-Lambert Company LLC. (May 13, 2004).

3.      Attached as Exhibit 2 is a true and correct copy of a letter from Keith Altman, Finkelstein and Partners, to FDA, enclosing a Citizen Petition regarding Neurontin (with attachment) (May 17, 2004).

4.      Attached as Exhibit 3 is a true and correct copy of the Affidavit of Alexander Ruggieri, M.D. (with exhibit) (Apr. 15, 2008).

5.      Attached as Exhibit 4 is a true and correct copy of excerpts from the deposition of Cynthia McCormick, M.D. (Feb. 14, 2008).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 25, 2008, in Kansas City, Missouri.

**Scott W. Sayler, Esq.**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 25, 2008.

/s/ David B. Chaffin