# Exhibit 4

Page 1

```
 1                  UNITED STATES DISTRICT COURT
 2                   DISTRICT OF MASSACHUSETTS
 3    ----------------------------------x
 4    In re: NEURONTIN MARKETING, SALES
 5    PRACTICES AND PRODUCTS LIABILITY
 6    LITIGATION
 7    ----------------------------------x
 8    THIS DOCUMENT RELATES TO:          MDL Docket No. 1629
 9    PRODUCTS LIABILITY LITIGATION      NO. 04-10981
10    ----------------------------------x
11    SUPREME COURT OF THE STATE OF NEW YORK
12    COUNTY OF NEW YORK
13    ----------------------------------x
14    IN RE: NEW YORK NEURONTIN
15    PRODUCTS LIABILITY LITIGATION
16    ----------------------------------x
17    THIS DOCUMENT APPLIES TO:
18    ALL CASES
19    ----------------------------------x
20              The Videotaped deposition of CYNTHIA MCCORMICK,
21    M.D., was held on Thursday, February 14, 2008, commencing at
22    9:04 a.m., at the law offices of Shook, Hardy & Bacon, 600
23    Fourteenth Street, Northwest, Washington, D.C., before Karen
24    Geddes, CSR, and notary public.
25    REPORTED BY: Karen Geddes, CSR
```

Page 142

1  A  I have -- I was involved in a patent case
2  that -- where there was some question about a
3  combination -- combination drug policy at the FDA.
4  I'm not sure whether I was called an expert witness
5  or a fact witness in that case; I have no idea.
6  Q  Other than that case --
7  A  It was very brief and --
8  Q  Yeah. Other than that case, have you ever
9  served as an expert witness in the litigation
10 context?
11 A  No.
12 Q  Now, was there a time in the past when you
13 received a phone call from me regarding your
14 involvement with Neurontin while at the Food and
15 Drug Administration?
16 A  Yes.
17 Q  And did you agree to meet with me?
18 A  Initially, I think I told you to get lost,
19 because I don't like to do -- I don't like to do
20 legal cases; I've got just too much work to do.
21     And you said: Are you willing to at least
22 talk to me? so I agreed to do that.
23 Q  And then, ultimately, you -- you signed an
24 affidavit that we have talked about before --
25 A  Right.

Page 143

1  Q  -- which has been marked as Deposition
2  Exhibit 2, and this is -- this is your affidavit
3  dated September 13, 2007. Do you see that?
4  A  September 13, yes.
5  Q  And just to clarify, this is your
6  signature on the last page of this affidavit?
7  A  Yes, and someone else's, of the notary.
8  Q  A notary. And you signed this on
9  September 13, 2007, correct?
10 A  Right. Uh-huh.
11 Q  The first paragraph, the last sentence of
12 this affidavit states: This affidavit accurately
13 reflects my actions and conclusions with respect to
14 my involvement with the review and approval of
15 Neurontin.
16     Do you see that?
17 A  Yes.
18 Q  Was that an accurate statement when you
19 signed this affidavit on September 13, 2007?
20 A  Absolutely.
21 Q  And does it remain an accurate statement
22 to --
23 A  Yes.
24 Q  -- to this very day?
25 A  Yes, it does.

Page 144

1  Q  Remember, one at a time.
2  A  I'm sorry.
3  Q  That's all right.
4     Why did you agree to provide this
5  affidavit?
6  A  Well, frankly, because you thought that --
7  you suggested to me that -- well, a couple of
8  reasons. I mean, I think that, you know, I worked
9  with you because I felt that it was important to
10 clarify how the FDA had arrived at its opinion and
11 to clarify the facts of the case with which I had
12 intimate familiarity, more so than probably anybody
13 else, and I guess I didn't want that to be
14 misrepresented; I wanted you to understand that, so,
15 you know, I agreed to help you.
16     I also felt that by signing this, I would
17 probably be able to avoid having to go to court,
18 which I didn't relish.
19 Q  Okay. I'd like to change subjects now and
20 certainly talk about a number of the topics
21 discussed in your affidavit, but not just
22 specifically reading each and every paragraph of the
23 affidavit.
24     MR. LANIER: Objection, form.
25 Q  Let's -- let's turn to your early days at

Page 145

1  the FDA and your involvement with the initial
2  Neurontin new drug application. Okay?
3  A  Uh-huh.
4  Q  I'm placing in front of you,
5  Dr. McCormick, Deposition Exhibit 14, and you see
6  that this is a cover letter dated January 15, 1992,
7  from a Janeth Turner at Warner-Lambert, Worldwide
8  Regulatory Affairs, to the Food and Drug
9  Administration.
10     Do you see that?
11 A  Yes, I do see that.
12 Q  And do you recognize this as a cover
13 letter submitting the initial new drug
14 application --
15 A  Right --
16 Q  -- for Neurontin?
17 A  -- and indices, yes.
18 Q  And also attached to this cover letter is
19 the index of the new drug application --
20 A  Right.
21 Q  -- is that correct?
22 A  Uh-huh. Yes.
23 Q  The letter, in the third paragraph states:
24 This submission consists of an archival copy
25 containing 250 volumes and review copies of each

Doerner & Goldberg New York * A Veritext Company
1350 Broadway * New York, NY 10018 * 212-564-8808