UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                           :
         SALES PRACTICES AND                            :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris
                                                        :
THIS DOCUMENT RELATES TO:                               :   Magistrate Judge Leo T.
                                                        :   Sorokin
                                                        :
         PRODUCTS LIABILITY ACTIONS                     :
                                                        :
                                                        :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CONDITIONAL MOTION FOR LEAVE TO FILE A REPLY TO PRODUCT LIABILITY PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO SERVE A REBUTTAL EXPERT REPORT**

Defendants Pfizer Inc. and Warner-Lambert Company respectfully move, on a conditional basis, for leave to file the attached Proposed Reply to Product Liability Plaintiffs' Memorandum in Opposition to Defendants' Motion for Leave to Serve a Rebuttal Expert Report. The grounds for this motion are:

1. On April 17, the Court granted the motion of defendants Pfizer Inc. and Warner-Lambert Company for leave to serve a rebuttal expert report on the recent FDA Alert relating to 11 anti-epileptic drugs.

2. Thereafter, plaintiffs filed a motion for clarification of this ruling. (Docket # 1231.)

3. Although there is no reason for the Court to reverse its ruling, on April 24, plaintiffs filed a memorandum in opposition to the motion for leave to serve a rebuttal expert report. (Docket # 1237.)

4. In the event the Court grants plaintiffs' motion for clarification and considers plaintiffs' memorandum in opposition, defendants would ask that the Court consider their proposed reply memorandum as well.

5. Plaintiffs' memorandum contains claims and assertions to which a response is warranted.

6. Defendants believe that, if the Court were to revisit its grant of defendants' motion, the proposed reply would be of assistance.

7. No party would be prejudiced if this motion is granted.

8. The proposed reply is four and a half pages long.

WHEREFORE, defendants respectfully request leave to file the attached reply.

Dated: April 28, 2008

                                           DAVIS POLK & WARDWELL

                                           By:   /s/ James P. Rouhandeh
                                                   James P. Rouhandeh

                                           450 Lexington Avenue
                                           New York, New York 10017
                                           (212) 450-4000

                                           SHOOK, HARDY & BACON L.L.P.

                                           By:   /s/ Scott W. Sayler
                                                  Scott W. Sayler

                                           2555 Grand Boulevard
                                           Kansas City, Missouri 64108
                                           (816) 474-6550

                                                   - and -

                HARE & CHAFFIN

By:   /s/ David B. Chaffin
      David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, I certify that counsel have conferred in a good faith effort to resolve the issue presented by this motion but were unable to do so.

                /s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 28, 2008.

                /s/ David B. Chaffin