EXHIBIT A

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Trimble, Michael MD (FP Expert)**
**10/19/2007**

**Printed : 3/20/2008**

**326**

1
2  MR. FINKELSTEIN: Okay. Why don't we
3  go off the record?
4  THE VIDEOGRAPHER: Going off the
5  record.
6  The time is 1:27 p.m.
7  (Recess taken.)
8  THE VIDEOGRAPHER: We are back on the
9  record.
10  The time is 1:35 p.m.
11  EXAMINATION
12  BY MR. FINKELSTEIN:
13  Q   Good afternoon, Professor Trimble.
14  As you know, I am Andrew Finkelstein,
15  and I represent the Smiths in their matter against
16  Smith against Pfizer.
17  I'm going to ask you several
18  questions with respect to that matter, as well as
19  your general opinion associated with Neurontin and
20  its effect on mood and behavior. Okay?
21  Professor Trimble, are you
22  particularly qualified to assess the effect of
23  Neurontin and its effect on humans' mood and
24  behavior?
25  A   Yes.

**327**

1
2  Q   And how is it that you are qualified?
3  A   I have spent most of my research
4  career examining the effects of drugs on behavior,
5  with specific reference to the class of drugs
6  called antiepileptic drugs, of which Neurontin is
7  one such drug.
8  I am also a neurologist and a
9  psychiatrist and a neuropharmacologist, and
10  believe that all three of these disciplines
11  together are very important in understanding these
12  issues.
13  Q   And can you describe basically how
14  the confluence of those three degrees are
15  important in understanding this particular issue?
16  A   If you only have a neurological
17  perspective, then you will not be able to
18  understand the psychiatry and the behavior
19  disorders. If you have a psychiatric perspective,
20  you will not understand the basic underlying
21  neurology. If you have not had acquaintance with
22  neuroanatomy and neurochemistry and experimental
23  methods, you will not understand the translation
24  of those into clinical practice.
25  Q   And in all three of those disciplines

**328**

1
2  do you have advanced degrees?
3  A   I do.
4  Q   Professor Trimble, would you
5  succinctly state your opinion with a reasonable
6  degree of scientific, psychiatric and medical
7  certainty, how the ingestion of Neurontin may be a
8  substantial factor in leading to suicide and
9  attempted suicide?
10  A   It's my considered opinion, based
11  upon scientific papers and my own reading of those
12  papers, that the following apply: If you take
13  gabapentin, this leads to an increase in cerebral
14  GABA, in brain GABA.
15  Increasing brain GABA, has been
16  shown, in scientific, peer-reviewed papers, to
17  lead to decrease of serotonin. Serotonin is vital
18  for the regulation of mood, and it has been shown
19  in many published, scientific, peer-reviewed
20  papers that decrease of turnover of serotonin in
21  the human brain is associated with depression,
22  suicide, and in particular, with violent suicides.
23  Q   Professor Trimble, you have
24  articulated that gabapentin, in your considered
25  opinion, increases human brain GABA, is that one

**329**

1
2  element of your opinion?
3  A   That is correct.
4  Q   And in forming that opinion, did you
5  apply a scientific method in forming that opinion.
6  A   I reviewed the peer-reviewed papers
7  that have examined the effect of gabapentin on
8  brain GABA.
9  Q   In addition to the peer-reviewed
10  papers, did you also review any controlled trials.
11  A   I reviewed controlled trials of
12  gabapentin in epilepsy, yes.
13  Q   And did you also review corporate
14  documents?
15  A   I have reviewed corporate documents.
16  Q   And can you cite to any peer-reviewed
17  papers that support the proposition that
18  gabapentin increases human brain GABA?
19  A   There is substantial evidence in
20  peer-reviewed papers that gabapentin increases
21  GABA in the human brain. This work comes from
22  Petrov, in particular, and his group. And there
23  is an alternative group, one of those difficult
24  names, Kuznetsky, who have independently
25  replicated the finding, that if you give GABA to

**330**

2  the human, you will reliably increase -- if you
3  give gabapentin to the human, you will reliably
4  increase GABA in a dose-dependent and
5  time-dependent way.
6      Q    Now, Professor Trimble, you have been
7  using gabapentin. Is there a trade name for
8  gabapentin?
9      A    Neurontin.
10     Q    And is, every time you say
11 gabapentin, can it be interchanged with Neurontin?
12     A    It can.
13     Q    And other than the -- well, strike
14 that.
15         Back to your credentials, if I may.
16         Do you have any particular expertise
17 in neuroimaging?
18     A    I have studied and researched most of
19 the methods of neuroimaging that are available in
20 neurological practice up to this date and time.
21     Q    And the Petrov and Kuznetsky, if I
22 said that correctly, I will start with just the
23 Petrov study.
24         Can you describe what type of study
25 that was, what actually was done?

**331**

2      A    In those studies, the method is to
3  look at brain chemistry non invasively, by that I
4  mean, you can do this by taking pictures of the
5  brain, using high powered magnetic resonance
6  images, and you can get a profile of the chemistry
7  of the piece of brain that you are looking at, and
8  in those studies GABA was assessed by this method.
9      Q    And in those studies did human beings
10 ingest Neurontin?
11     A    The studies looked at the effect of
12 human beings in getting doses of Neurontin.
13     Q    And according to the Petrov studies,
14 what was the effect on the human brain of human
15 beings in getting Neurontin?
16     A    There was a reliable and early
17 increase in brain GABA levels, which was
18 maintained in people, who took it chronically up
19 to a four-week period.
20     Q    And the increase of human brain GABA
21 levels, is that significant in your opinion?
22     A    Yes.
23     Q    How is that significant?
24     A    Because the increase in GABA levels
25 shown was quite considerable, I believe up to some

**332**

2  40 percent, and I do not believe you could
3  increase brain GABA levels to such a degree
4  without it having physiological and behavioral
5  effects.
6      Q    Was the Petrov study an objective
7  study or subjective study?
8      A    The data are objective in terms of
9  interpretation of the neuroimaging data.
10     Q    And aside from the Petrov study
11 indicating the effect of Neurontin on human brain,
12 are you aware of that study or whether or not that
13 study has been replicated in any way?
14     A    Well, it was replicated in the other
15 study.
16     Q    And the other study was which study.
17     A    The Kuznetsky study.
18     Q    And the Kuznetsky study was what type
19 of study?
20     A    It was a very similar design, except
21 it was not using patients with epilepsy. It was
22 using healthy volunteers; in other words, brains
23 that would not have been altered by, for example,
24 epilepsy.
25     Q    And do you know if the Kuznetsky

**333**

2  study replicated that of the Petrov study, the
3  results?
4      A    The results were replicated.
5      Q    And the replication of the objective
6  study is significant to you at all, is it?
7      A    If you can -- in science, if you can
8  replicate a study, it has considerable
9  plausibility and validity.
10     Q    Aside from those two -- strike that.
11         Those types of studies, are they
12 spectroscopies?
13     A    These are referred to as magnetic
14 resonance spectroscopy.
15     Q    Can you briefly describe what that
16 means?
17     A    Well, the magnetic resonance is a way
18 of obtaining a picture of the part of the brain,
19 using magnetic signals, and I don't want to go any
20 further than to say that, but the spectroscopy is
21 a pattern of spectra that reveal to the
22 investigator the underlying chemistry.
23         So, if you have a large amount of a
24 particular chemical, the spectral peak will be
25 higher in the profile than if you have a lower

**334**

2  amount of the chemical.
3  Q   In addition to the Petrov study and
4  the Kuznetsky spectroscopy study, were there any
5  other peer-reviewed journal articles that support
6  your opinion that Neurontin increases whole brain
7  human GABA?
8  A   We have the data on human GABA. It
9  is supported by many articles in the experimental
10  literature, which suggest and show that gabapentin
11  increases, by one mechanism or another, GABA
12  within the brain.
13  Q   And are there any studies that you
14  recall or are they outlined in your paper?
15  A   Well, I have outlined a number in my
16  paper. My reading of this is that Dr. Taylor's
17  own review of this is that there are at least
18  eight different potential mechanisms revealed in
19  animal studies whereby gabapentin increases or
20  could increase the level of GABA?
21  Q   Now, Professor Trimble, you
22  articulated that Neurontin increases human brain
23  GABA.
24      Would you kindly state the next step
25  as to what happens when human brain GABA occurs in

**335**

2  man, and the effect that it has on serotonin and
3  any other monoamine?
4  A   It has been known, since at least the
5  early 1980's, that there is a reciprocal link
6  between GABA and serotonin in the brain, and by
7  that I mean, if you increase the level of GABA,
8  you decrease the output of serotonin.
9  Q   And the opinion you just set forth,
10  is that supported by peer-reviewed journal
11  articles, and do you have any personal experience
12  with that?
13  A   Not in the experiments that I
14  personally carried out. The opinion of the effect
15  of GABA on serotonin mechanisms comes, to some
16  extent, from brain anatomical studies, showing
17  what happens if you stimulate or inhibit brain
18  pathways to the small cluster of cells called the
19  raphe nucleus, where the majority of serotonin
20  neurons originate.
21  Q   Would you describe the effect of
22  reducing the output of serotonin in the human
23  brain and its effect on mood and behavior?
24  A   Serotonin is a crucial and central
25  brain transmitter for regulating the control of

**336**

2  mood. It is one of the most established findings
3  in the whole of biological psychiatry that
4  decreasing the release of serotonin, decreasing
5  the turnover of serotonin is deleterious to mood,
6  and that low levels of serotonin turnover are
7  associated with suicide and, in particular, with
8  aggressive suicide.
9  Q   You used a term that I am embarrassed
10  to say I'm not certain I am familiar with, that it
11  is deleterious to mood. Would you be kind
12  enough --
13  A   It has a negative effect on mood.
14  Q   So, one takes Neurontin that
15  predictably increases brain GABA, the increase of
16  brain GABA predictably reduces serotonin, and the
17  reduction of the serotonin has a negative effect
18  on mood. Is that what your opinion is?
19  A   That's correct.
20  Q   And is that opinion with a reasonable
21  degree of scientific and medical certainty?
22  A   That is correct.
23  Q   And in forming that opinion, did you
24  use generally accepted scientific methodologies?
25  A   Yes.

**337**

2  Q   In that regard, Professor Trimble,
3  you said you sit on many peer-reviewed boards, is
4  that true?
5  A   That is correct.
6  Q   And are you fully familiar with the
7  scientific scrutiny in evaluating peer-reviewed
8  materials?
9  A   I am.
10  Q   And in forming the opinion that you
11  have just articulated, did you apply those same
12  standards that you apply when evaluating
13  peer-reviewed materials.
14  A   I did.
15  Q   Is there anything in your opinion,
16  Professor Trimble, that is not supported on
17  generally accepted scientific principles?
18  A   No.
19  Q   Is the type of research you performed
20  of the nature that physicians and scientists in
21  the field customarily rely upon?
22  A   It is.
23  Q   Do you have an opinion with a
24  reasonable degree of psychiatric, medical and
25  scientific certainty as to whether or not the

Trimble, Michael MD (F&P Expert)  10/19/2007  9:10:00 AM

**Page 338**

2  reduction that Neurontin causes in serotonin leads
3  to suicide?
4  A   There is a direct effect of Neurontin
5  on serotonin. I have already discussed the links
6  between GABA and serotonin, but it appears that
7  one of the main effects of gabapentin is to act on
8  a specific protein in neurons, and action, direct
9  action of gabapentin, itself, is an additional
10 mechanism whereby serotonin release is affected in
11 the central nervous system.
12     I have no reason, therefore, to doubt
13 that the effect of gabapentin will be to decrease
14 the release of serotonin and, therefore, the
15 turnover, and that this is associated with
16 suicidal ideation and suicidal acts and completed
17 suicides.
18 Q   With respect to your qualifications,
19 Professor Trimble, did the manufacturers of
20 Neurontin recognize your expertise in 1995 and
21 1996 by retaining you related to Neurontin?
22 A   I think, with due respect, the term
23 "retaining" is inappropriate. I was not retained
24 by the company.
25 Q   Would you describe what relationship,

**Page 339**

2  if any, you had?
3  A   I was merely asked to comment on some
4  adverse reactions that, you know, simply side
5  effects that were emerging with gabapentin at that
6  time and I was asked to produce a report.
7  Q   And you were asked to produce one
8  report or two?
9  A   I did produce two reports.
10 Q   And when you produced those reports
11 and were requested to evaluate those adverse
12 events, were you aware as to whether or not there
13 was any litigation ongoing at that time in 1995
14 and 1996?
15 A   I was unaware of any litigation going
16 on at that time.
17 Q   Professor Trimble, as part of your
18 work in preparing your report related to this
19 matter, did you review a significant amount of
20 company materials, the manufacturer's internal
21 documents?
22 A   I did.
23 Q   When you evaluated and read those
24 internal company documents, was there anything
25 contained within the internal company documents

**Page 340**

2  that refuted your opinion that gabapentin
3  increases whole brain GABA?
4  A   No.
5  Q   And was there anything contained
6  within the internal company documents or materials
7  that refuted your opinion that gabapentin is
8  gabaergic?
9  A   No.
10 Q   And was there anything in the company
11 materials that you reviewed that indicated that
12 gabapentin does -- that, in fact, it does reduce
13 the release of serotonin?
14 A   Could you repeat the question?
15 Q   Sure.
16     Was there anything in the company
17 materials that you reviewed that Neurontin does,
18 in fact, reduce the release of serotonin?
19 A   Yes. There is evidence in the
20 company material I read to suggest that gabapentin
21 reduces the release of serotonin.
22 Q   Professor Trimble, are you prepared
23 today to talk about the Richard Smith matter?
24 A   Yes.
25 Q   And in preparation of the Richard

**Page 341**

2  Smith matter, did you review the totality of
3  Richard Smith's medical records?
4  A   I reviewed all the records that I was
5  sent.
6  Q   And in reviewing the records that you
7  were sent, together with the backgrounds of the
8  information that you gathered from the company
9  documents, the peer-reviewed medical literature,
10 and your 35 years of experience and four medical
11 degrees, did you come to a conclusion in that
12 matter?
13 A   I did.
14 Q   And would you, do you have an opinion
15 with a reasonable degree of medical, psychiatric
16 and scientific certainty, whether or not Neurontin
17 was a substantial factor in causing Mr. Smith to
18 take his own life?
19 A   It was, in my opinion, a substantial
20 factor.
21 Q   Thank you.
22     Earlier today, Professor Trimble, the
23 Pfizer lawyer showed you a letter that Pfizer
24 wrote. I am going to hand this to you. It was
25 marked earlier as Trimble 10.

### Page 342

1
2    You can just leave that in front of
3    you.
4        The Pfizer lawyer asked you is it
5    your opinion as a scientist, that the incidence
6    rates of completed suicide, suicide attempt and
7    suicidal ideation from randomized, double-blind,
8    placebo-controlled trials are not relevant to a
9    causal assessment of whether the agent of
10   interest, gabapentin, has a causal association
11   with either of those three outcomes.
12       Do you remember being asked that
13   question?
14   A    I do.
15   Q    When you responded to that question,
16   Professor Trimble, were you responding in the
17   general or with respect to the Pfizer
18   correspondence that was the subject of the
19   testimony just prior thereto?
20   A    I was responding to this to this
21   specific document as was put in front of me.
22   Q    Do you recall what your response was
23   as to whether or not it was relevant to your
24   opinion?
25   A    I was -- responded no.

### Page 343

1
2    Q    And would you explain to the judge
3    and jury why it is not relevant, specifically that
4    which is contained in Exhibit 10?
5    A    There are two main reasons; one is
6    that this relates to double-blind trials and many
7    of these trials will have been in people with
8    epilepsy. You do not set up double-blind trials
9    to establish suicide as an end point. The double
10   blind trials are to establish therapeutic
11   efficacy.
12       And in all of the trials that I have
13   been involved in, people with any psychiatric
14   disorder are specifically excluded from those
15   trials. So, these data, as presented in the
16   double-blind trials, do not tell you what is going
17   to happen when these products, or in here,
18   gabapentin, is prescribed outside those trials.
19   And the relevance of this document becomes even
20   less, if I am permitted to read a sentence --
21   Q    Sure.
22   A    -- because there is a sentence which
23   begins, "while the population of patients who use
24   gabapentin is known to have significantly higher
25   rates of suicide relative to the general

### Page 344

1
2    population."
3        So it is, whoever wrote this document
4    accepts that it is known that gabapentin has a
5    significant -- is associated with a significantly
6    higher rate of suicide.
7        So, clearly there is a discrepancy
8    between the double-blind trials and what happens
9    when you move outside double-blind trials.
10   Q    Thank you.
11       Professor Trimble, I neglected to ask
12   you earlier. I'm going to ask you now.
13       With respect to forming your opinion
14   and the methodology that you followed, did you
15   rely upon the controlled clinical trials and the
16   internal corporate documents?
17   A    I did.
18   Q    And did you also rely upon the
19   peer-reviewed articles that supported each step of
20   your analysis?
21   A    I did.
22   Q    And did you rely upon any
23   epidemiological studies that were peer reviewed?
24   A    I did.
25   Q    And with respect to the

### Page 345

1
2    epidemiological study, is that study an indication
3    of causation or is it a signal that supports your
4    opinion?
5    A    Here you are referring specifically
6    to the study in Collins --
7    Q    The Collins McFarland study.
8    A    -- which emerged quite later on in
9    terms of my examining this whole issue.
10       It is another piece of the jigsaw,
11   which fits in with the rest of the jigsaw that I
12   had been putting together in preparing the report.
13   It is a signal and it fits in with all of the
14   other signals which I have outlined in my report.
15   Q    Professor Trimble, you wrote several
16   publications in several books; correct?
17   A    Many.
18   Q    And one book that you wrote is, I
19   don't have the title here, and I hope I get it
20   right, Biological Psychiatry?
21   A    That is correct.
22   Q    When did you complete actually
23   writing that book?
24   A    There were two editions.
25   Q    I'm sorry. The second edition.

**346**

1
2  A   Was published in 1996. It would have
3  gone through the publishing process in 1995 and
4  would have been compiled in 1993, 1994. Usually
5  takes me about 18 months to two years to write a
6  book like that.
7  Q   And when you wrote the book in 1993
8  and 1994, in and about that time, did you have the
9  information related to that which you have learned
10 through the corporate documents?
11 A   No.
12 Q   And has the scientific community's
13 knowledge with respect to the effect of Neurontin
14 and its effect on whole brain GABA materialized
15 since that time?
16 A   It has.
17 Q   And is that generally what occurs in
18 the scientific community, we gain more knowledge
19 as time goes on?
20 A   Correct.
21 Q   And as time goes on in the scientific
22 community, opinions are modified or secured in
23 different ways?
24 A   Correct.
25 Q   And is that what happened with you in

**347**

1
2  this situation with respect to Neurontin and its
3  effect on mood and behavior?
4  A   That would be correct.
5  Q   And Mr. Hooper presented to you
6  several medical peer-reviewed articles, I believe,
7  during your testimony or questions and
8  cross-examination that he provided during the last
9  break. Did you have an opportunity to review
10 those articles?
11 A   I did.
12 Q   And in reviewing those articles, did
13 you find anything contained therein that was
14 contrary to your opinion that gabapentin increases
15 whole brain GABA?
16 A   I did not.
17 Q   Were there indications throughout
18 those articles that gabapentin, in fact, is
19 gabaergic?
20 A   There was no refutation of the
21 concept that gabapentin is gabaergic.
22 Q   With respect to the declaration that
23 you have prepared, for not only the Smith matter
24 but also for the basic proposition, and you have
25 entitled it, "Declaration of Professor Michael

**348**

1
2  Trimble in Relation to Neurontin Causing Negative
3  Mood and Behavioral Alterations, including
4  Suicidal Behavior in Treated Patients," have you
5  published or sought to publish the contents of
6  that report?
7  A   No.
8  Q   Do you want to publish the contents
9  of that report?
10 A   If I am permitted to put it into
11 publishable form, I would do so, and the
12 information contained will certain be in the next
13 edition of Biological Psychiatry.
14 Q   Do you think it's important that the
15 information that you learned with respect to
16 Neurontin's effect of on whole brain GABA, it's
17 subsequent effect on the reduction of serotonin,
18 and the effect on mood and behavior, do you think
19 that is important to communicate to the medical
20 community?
21 A   I do.
22 Q   And why is that?
23 A   Because any drug, in its course, in
24 terms of being prescribed widely in the community,
25 if any drug then is found to have a serious

**349**

1
2  adverse effect, that has to be examined and
3  reported back to the prescribing community so that
4  either the drug is not prescribed at all or
5  sufficient warning is given to physicians and, of
6  course, to patients so that they understand the
7  full implication of prescribing that drug,
8  particularly to vulnerable people.
9  Q   Are you prevented from publishing
10 that report as of today?
11 A   Well, I have to seek your advice, Mr.
12 Finkelstein. This is a matter which is within the
13 courts, and I probably am not permitted to put it
14 into open publication at the present time.
15     MR. FINKELSTEIN: I will pass the
16 witness.
17 FURTHER EXAMINATION
18 BY MR. HOOPER:
19 Q   Dr. Trimble, have you reviewed any
20 protocol for any gabapentin randomized,
21 placebo-controlled clinical trials in connection
22 with forming your opinions and report in this
23 case?
24 A   Not with the respect to forming my
25 opinions in this case, no.

350
1
2  Q  Have you reviewed the protocol for
3  any gabapentin clinical trial at all?
4  A  My belief is that I reviewed a
5  protocol for one of the early epilepsy studies,
6  but this was a long time ago and I can't give you
7  any details of it.
8  Q  Other than that, no recollection of
9  reviewing any gabapentin clinical trial protocol?
10  A  Well, in the United Kingdom, when the
11  trials were being set up, but this is a long time
12  ago, and I can't give you any details apart from
13  the fact that people with psychiatric disorders
14  are excluded.
15  Q  And that was in the -- that is your
16  recollection from the clinical trial protocol that
17  you recall reviewing about an early epilepsy
18  study?
19  A  That is my recollection.
20  Q  And you have no knowledge and have
21  not reviewed any other or additional clinical
22  trial protocols, is that right?
23  A  Not outside the field of epilepsy.
24  Q  Professor Trimble, you were asked a
25  question a few minutes ago that asked you whether

351
1
2  in science it is true that, as time goes on, we
3  gain more knowledge.  You affirmed that; is that
4  right?
5  A  Yes.
6  Q  Is it important when considering an
7  or scientific issue and public health matter to
8  consider then the most recent and latest
9  scientific knowledge?
10  A  It's important to put it into the
11  picture of the knowledge already accumulated, yes.
12       MR. HOOPER:  No further questions.
13       THE VIDEOGRAPHER:  Going off the
14  record.
15       The time is 2:09 p.m.  This is the
16  end of tape four and concludes this
17  deposition.
18            oOo
19       I, MICHAEL ROBERT TRIMBLE, the witness
20  herein, do hereby certify that the foregoing
21  testimony of the pages of this deposition to be a
22  true and correct transcript, subject to the
23  corrections, if any, shown on the attached page.
24       _____
                MICHAEL ROBERT TRIMBLE, M.D.
25  Subscribed and sworn to before me this

352
1
2  _____day of _____,_____.
3  _____
4       NOTARY PUBLIC
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

353
1
2  STATE OF NEW YORK  )    Pg.  of Pgs.
3  COUNTY OF NEW YORK )
4       I wish to make the following changes
5  for the following reasons:
6  PAGE  LINE
7  ____ ____  CHANGE:_____
8            REASON:_____
9  ____ ____  CHANGE:_____
10           REASON:_____
11  ____ ____  CHANGE:_____
12           REASON:_____
13  ____ ____  CHANGE:_____
14           REASON:_____
15  ____ ____  CHANGE:_____
16           REASON:_____
17  ____ ____  CHANGE:_____
18           REASON:_____
19  ____ ____  CHANGE:_____
20           REASON:_____
21  ____ ____  CHANGE:_____
22           REASON:_____
23  ____ ____  CHANGE:_____
24           REASON:_____
25