# EXHIBIT B

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Kruszewski, Stefan P MD (FP Expert)**
**12/7/2007**

**Printed : 3/20/2008**

Kruszewski, Stefan P MD (F&P Expert)  12/7/2007  9:22:00 AM

```
                                         565
 1     take five minutes.
 2          MS. McGRODER:  Okay.
 3          VIDEO SPECIALIST:  We're going
 4     off the video.  The time is 5:19.
 5            - - -
 6          (Recess 5:19-5:25 p.m.)
 7            - - -
 8          VIDEO SPECIALIST:  We're back
 9     on the video.  The time is 5:25.
10     BY MR. FINKELSTEIN:
11     Q.   Dr. Kruszewski, what does
12     "GABAergic" mean?
13     A.   "GABAergic" means that the
14     amount of GABA is increased.
15     Q.   And what is GABA?
16     A.   GABA is an inhibitory
17     neurotransmitter ubiquitously found in a
18     human.
19     Q.   Is Neurontin GABAergic?
20     A.   Neurontin is GABAergic, yes.
21     Q.   And do you have an opinion,
22     with a reasonable degree of scientific
23     certainty, why Neurontin is GABAergic?
24     A.   Yes.
```

```
                                         566
 1     Q.   And what is that opinion as to
 2     why it's GABAergic?  What do you base that on?
 3     A.   Based upon my comprehensive
 4     review of the literature and peer-reviewed
 5     journals and proprietary documents from
 6     Pfizer.  In all of the other evidence that I
 7     have supplied in my report, I believe that
 8     there is ample scientific evidence to support
 9     that gabapentin is GABAergic.
10     Q.   Are there any objective tests
11     indicating that Neurontin is GABAergic?
12          MS. McGRODER:  I need to
13     interrupt.  I apologize.  I meant to
14     object to your question about whether
15     gabapentin is GABAergic.  So just put
16     my objection on the record.
17     BY MR. FINKELSTEIN:
18     Q.   My question is:  Are you aware
19     of any objective tests in peer-reviewed
20     studies that indicate gabapentin increases
21     whole brain GABA?
22     A.   Yes, such tests exist.
23     Q.   And have those tests been
24     replicated in multiple study sites?
```

```
                                         567
 1     A.   Yes.
 2     Q.   And the significance of
 3     replication of objective testing is what to
 4     you as a physician?
 5     A.   It increases the level of
 6     significance and the validity of the
 7     conclusion.
 8          MS. McGRODER:  Objection.  No
 9     foundation for all those questions.
10     BY MR. FINKELSTEIN:
11     Q.   Do you have an opinion, with a
12     reasonable degree of scientific certainty,
13     what the GABAergic effect of Neurontin has on
14     serotonin?
15          MS. McGRODER:  Objection.  No
16     foundation.
17          THE WITNESS:  One of the
18     effects of the GABAergic effects of
19     gabapentin is to decrease circulating
20     monoamines, including norepinephrine,
21     serotonin and dopamine.  In this case,
22     serotonin.
23     BY MR. FINKELSTEIN:
24     Q.   And do you rely upon
```

```
                                         568
 1     peer-reviewed scientific articles that
 2     indicate Neurontin reduces serotonin in the
 3     human brain?
 4     A.   Yes.
 5          MS. McGRODER:  Objection.  No
 6     foundation.
 7     BY MR. FINKELSTEIN:
 8     Q.   Are they set forth in your
 9     report?
10     A.   They are set forth in my
11     report, yes.
12     Q.   Do you have an opinion, with a
13     reasonable degree of scientific certainty,
14     what effect Neurontin has on mood and behavior
15     as a result of the low turnover caused by
16     Neurontin -- the low turnover of serotonin?
17          MS. McGRODER:  Objection.  No
18     foundation.  Assumes facts not in
19     evidence.
20          THE WITNESS:  Yes.
21     BY MR. FINKELSTEIN:
22     Q.   And what is your opinion?
23     A.   As a result of the GABAergic
24     effects of Neurontin with subsequent
```

**569**

1  downstream effects that decrease the turnover
2  of serotonin that gives rise to a cascade of
3  events in a certain vulnerable population,
4  that increases the likelihood and does place
5  individuals at risk for depression, suicide
6  and completed suicides.
7       MR. FINKELSTEIN: Thank you.
8  That's all I have. Thanks for your
9  time.
10      MS. McGRODER: Thank you. I
11 have just a couple follow-up
12 questions.
13      MR. FINKELSTEIN: Can't control
14 yourself, can you?
15      MS. McGRODER: I can just ask
16 it from here.
17      Is that okay with you?
18      THE WITNESS: Yes, that's fine.
19 BY MS. McGRODER:
20   Q.   Dr. Kruszewski, I have a couple
21 follow-up questions, maybe only one, depending
22 upon your response.
23      Cite to me one scientific
24 peer-reviewed -- strike that.

**570**

1       Cite to me one peer-reviewed
2  scientific study that states -- using any
3  mechanism theory that you propose -- that
4  gabapentin causes suicide.
5    A.   I cannot.
6       MS. McGRODER: No further
7  questions.
8       VIDEO SPECIALIST: Does that
9  conclude the video?
10      MR. FINKELSTEIN: That
11 concludes the video.
12      VIDEO SPECIALIST: Thank you.
13 We're going off the video. The time
14 is 5:30.
15          - - -
16      (Witness excused.)
17          - - -
18      (Deposition concluded at 5:30
19 p.m.)
20          - - -
21
22
23
24

**571**

1             C E R T I F I C A T E
2       I hereby certify that the
3  witness was duly sworn by me and that the
4  deposition is a true record of the testimony
5  given by the witness.
6
7
8       _____
         Jennifer S. Walker, RPR
9       Dated: December 14, 2007
10
11 (The foregoing certification of this
12 transcript does not apply to any reproduction
13 of the same by any means, unless under the
14 direct control and/or supervision of the
15 certifying shorthand reporter.)

**572**

1            INSTRUCTIONS TO WITNESS
2       Please read your deposition
3  over carefully and make any necessary
4  corrections. You should state the reason in
5  the appropriate space on the errata sheet for
6  any corrections that are made.
7       After doing so, please sign the
8  errata sheet and date it.
9       You are signing same subject to
10 the changes you have noted on the errata
11 sheet, which will be attached to your
12 deposition.
13      It is imperative that you
14 return the original errata sheet to the
15 deposing attorney within thirty (30) days of
16 receipt of the deposition transcript by you.
17 If you fail to do so, the deposition
18 transcript may be deemed to be accurate and
19 may be used in court.