# EXHIBIT B

Case 1:04-cv-10981-PBS    Document 1253-3    Filed 05/02/2008    Page 1 of 5

1

```
 1   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK
 2

 3   - - - - - - - - - - - X
     IN RE:  NEW YORK NEURONTIN         :
 4   PRODUCTS LIABILITY LITIGATION      :
                                        :Case Management.
 5   vs.                                :Index No. 765000/2006
                                        :Hon. Marcy S. Friedman
 6   THIS DOCUMENT APPLIES TO ALL       :
     CASES                              :
 7   - - - - - - - - - - - X

 8

 9

10

11        DEPOSITION OF:       CHERYL D. BLUME, PH.D.

12
          DATE:                February 29, 2008
13

14        TIME:                12:57 p.m. to 2:52 p.m.

15
          PLACE:               13902 N. Dale Mabry Hwy
16                             Tampa, Florida

17
          BEFORE:              CAROLYN R. LOUDEN, RPR
18                             Notary Public, State of
                               Florida at Large
19
                               Pages 1 - 92
20

21

22

23

24

25
```

## Page 22

1  that were combined in this meta-analysis, do you?
2  A. I -- no, of course, not. I don't know the
3  characteristics of the patients that were combined in
4  the 199 studies.
5  Q. You don't know how or if the FDA stratified
6  the data by treatment indication, do you?
7  A. I have no information from FDA yet as to what
8  was done for this analysis.
9  Q. You don't know how consistent the results were
10 among the studies considered by the FDA, do you?
11 A. I believe FDA does address that. I think they
12 said that they were applicable across all 11 drugs.
13 Q. Okay. Well, I understand -- I think I asked
14 the question wrong. My question is related to the 199
15 placebo-controlled studies that underlie the
16 meta-analysis.
17     You don't know how consistent the results were
18 among those underlying studies that the FDA considered,
19 do you?
20     MR. FINKELSTEIN: Consistent results for each
21 independent study for what they were studying for?
22     MS. McCRODER: Right. For treatment effect or
23 for adverse effects or the consistency of the
24 results of the underlying data that comprised that
25 meta-analysis.

## Page 23

1  BY MS. McCRODER:
2  Q. That's information you don't have, correct?
3  A. Correct. I don't have the data -- the FDA's
4  analyses, and I don't have the datasets from the other
5  manufacturers.
6  Q. Did the FDA consider differences in the
7  patient populations included in this meta-analysis?
8  A. Well, they did divide the patient studies into
9  a couple different categories.
10 Q. Okay. And so, again, I'm talking about
11 something a little different from the actual results of
12 their meta-analysis. I'm talking about the way that the
13 FDA looked at the underlying 199 placebo-controlled
14 studies. In that context --
15 A. Well, I don't know what FDA did at all, but
16 they did report the data according to different types of
17 studies.
18 Q. Okay. Well, do you know whether the FDA did
19 any kind of analysis of the underlying 199
20 placebo-controlled trials to look at or adjust for or
21 consider patient differences?
22     MR. FINKELSTEIN: Objection. You can answer.
23     THE WITNESS: I don't believe FDA has provided
24 any information, other than this, as to the details
25 to what they have done.

## Page 24

BY MS. McCRODER:
Q. Let's say there are word differences in the
patient populations for the underlying 199
placebo-controlled studies. Is that something the FDA
could adjust for? Can that be adjusted or corrected in
a meta-analysis?
    MR. FINKELSTEIN: Objection.
    THE WITNESS: It's my understanding they can
be.
BY MS. McCRODER:
Q. And on what do you base that understanding?
A. Just having worked with clinical studies for
30 years, that the statisticians do adjustments for
within study and across study differences and patient
demographics.
Q. Have you yourself ever conducted a
meta-analysis?
A. No. We always rely on biostatisticians for
that.
Q. And you're not a biostatistician?
A. No. My degree is in pharmacology and
toxicology.
Q. Is it correct that -- you don't know if the
FDA did any type of analysis of the different outcomes
in the various clinical studies that comprise the

## Page 25

meta-analysis, correct?
A. Yeah. I don't know how else to say it. I
don't know what FDA did in generating their safety-alert
data.
Q. And you don't know if the FDA did any type of
analysis on the differences in sample sizes of the
various clinical studies that comprised the
meta-analysis, correct?
A. The same answer. I don't know what FDA did at
all.
Q. And you don't know if the FDA did any analysis
of the differences in dropout rates from the various
studies included in the meta-analysis?
A. I do not know what FDA did.
Q. And you don't know if the FDA did any type of
analysis on the differences in doses of the various
drugs included in the meta-analysis?
    I'm sorry. That was a bad question. Strike
that. I'll do it again.
    You don't know if the FDA did any type of
analysis on the differences in doses of the various
drugs from the 199 placebo-controlled trials that they
analyzed, correct?
A. Well, I don't understand the question, but I
also don't know what FDA did specifically with any of

26

1  this, other than what they have chosen to publish so
2  far.
3    Q.  You don't know if the FDA did any type of
4  analysis on the differences in quality of the various
5  199 placebo-controlled studies that it analyzed?
6    A.  I'm not sure I understand that question
7  either, but I don't know what FDA did specifically on
8  any of these.
9      MR. FINKELSTEIN:  Just do me a favor. Don't
10     answer a question you don't understand.
11     THE WITNESS:  Okay.
12     MR. FINKELSTEIN:  Just tell her you don't
13     understand it, and she'll ask it until you do.
14 BY MS. McCRODER:
15   Q.  What is it about those questions that you
16 didn't understand, by the way?
17     MR. FINKELSTEIN:  Let's take them one at a
18     time.
19 BY MS. McCRODER:
20   Q.  What is it about the question you don't know
21 if the FDA did any type of analysis on the quality of
22 the various 199 placebo-controlled studies that it
23 analyzed -- what don't you understand about that
24 question?
25   A.  I don't know to what quality refers. They're

27

1  placebo-controlled studies. The quality -- the quality
2  of the investigators, the quality of the method of
3  analyses used, the quality of the endpoint employed, the
4  quality of the centers in performing the studies -- I
5  have no idea to what that refers.
6    Q.  Let's say it refers to any one of those.  Do
7  you know whether the FDA looked at that as respects any
8  one of these 199 placebo-controlled trials?
9      MR. FINKELSTEIN:  Objection as to form.
10     Compound.
11     THE WITNESS:  Yes.  And it's the same answer.
12     I don't know what FDA did, other than what they
13     have chosen to release to date.
14 BY MS. McCRODER:
15   Q.  Are you aware of literature on meta-analyses,
16 which states: If the degree of heterogeneity is not
17 assessed, the meta-analysis may provide unreliable
18 results?
19   A.  I perhaps may have read that.  To what article
20 are you referring?
21   Q.  Do you think you've heard that?
22   A.  I may have.  I don't recall.
23   Q.  Do you agree with it?
24   A.  I don't know.  I would have to refer to --
25 refer that to our biostatistician.

28

    Q.  You don't know whether the FDA did any
analysis at all for heterogeneity in its meta-analysis
as reflected in this alert, correct?
    A.  I don't know the specifics of what FDA did,
other than the data they have provided.
    Q.  So the answer to my question is, yes, you
don't know, correct?
    A.  It's the same answer.  Yes.  I do not know
anything other than what FDA has published.
    Q.  Are you aware whether because of the
possibility of heterogeneity individual studies in a
meta-analysis are weighted before they are pooled?
      MR. FINKELSTEIN:  Objection.
      THE WITNESS:  I understand that studies may be
weighted, but I don't know if that was done in this
case.
BY MS. McCRODER:
    Q.  Why might studies be weighted in a
meta-analysis, if you know?
    A.  We'd have to refer that to a biostatistician,
but I do know they can be weighted.
    Q.  Well, should they be weighted?
    A.  I don't understand biostatistical theory
behind that.
    Q.  Is that a biostatistical issue, whether you

29

weight studies in a meta-analysis?
    A.  I would think so.
    Q.  Did the FDA tell us anywhere in this alert
whether its meta-analysis has some level or degree of
heterogeneity?
    A.  I don't recall the use of the word
"heterogeneity."  I do see that they said that their
results were found to be consistent in the demographic
subgroups and that they saw no patterns across ages.
    Q.  And what are you pointing to for your
statement that -- I think you said the results were
consistent in demographic subgroups?
    A.  Yes.  They were consistent among the drugs and
were seen in all the demographic subgroups.
    Q.  I'm sorry.  Can you just show me where you're
reading from?
    A.  Yes.  It's the couple sentences immediately
preceding the table.
    Q.  The line that reads:  There did not appear to
be a specific demographic subgroup of patients to which
the increased risk could be attributed?  Is that what
you're reading from?
    A.  I was glancing through the whole paragraph,
but what I specifically noted: There was no pattern of
risk -- there was no clear pattern of risk across age

30

1  groups, and the results were consistent among the drugs
2  and were seen in all of the demographic subgroups.
3  Q. Are you -- are you paraphrasing?
4  A. No. I read it to you directly, both
5  sentences.
6  Q. Oh, I'm on the wrong page. Thank you.
7  Is your testimony, Dr. Blume, that consistency
8  among demographic subgroups is the same as FDA assessing
9  the heterogeneity of the underlying studies?
10 A. Well, I don't believe that's what I said. I
11 said I did not even see the word "heterogeneity" in
12 here.
13 Q. Right.
14 A. But among the factors contributing to
15 heterogeneity, of course, is different demographics and
16 different ages. And I simply noted that while I didn't
17 see the term "heterogeneity," I did note that FDA made a
18 couple of mentions relating to demographic subgroups and
19 ages.
20 Q. Okay. Did the FDA apply a random-effects
21 model to determine the extent of differences among the
22 clinical trials included in the study?
23 A. I have -- I don't know what FDA did.
24 Q. And is there any evidence that you're aware of
25 that the FDA employed a fixed-effects model to determine

31

1  the heterogeneity in the analysis?
2  A. I don't know what the FDA did, as far as their
3  model selections.
4  Q. And is there any evidence of which you're
5  aware that the FDA conducted a meta-regression in order
6  to look at heterogeneity in the study?
7  A. Yes. I don't know if they conducted a
8  meta-regression. I don't know.
9  Q. Have you yourself done any assessment or
10 evaluation of the FDA's methodology in conducting this
11 meta-analysis?
12 A. I wouldn't be able to, because FDA hasn't
13 released the data relating to the details of their
14 analysis yet.
15 Q. So you would need the data in order to do
16 that, correct?
17 A. Well, I would think we would need information
18 to be provided to biostatisticians to be able to do
19 that.
20 Q. Well, not that you'd be able to do it, but
21 just that, in general, in order for us to understand the
22 methodology, we would need the data, correct?
23 A. Well, in order to address the methodology, we
24 would need the methodology. Correct.
25 Q. Would the methodology be in the protocol?

32

1  A. I would imagine it would be addressed in the
2  protocol.
3  Q. Is it fair to say, Dr. Blume, for purposes of
4  your expert opinions in this litigation, you're relying
5  on this FDA alert at face value?
6  A. Yes. I'm relying on the FDA's analyses of the
7  data from the 199 studies conducted over the last couple
8  of years, their analyses in coming to the conclusions
9  that they came to.
10 Q. And you really haven't done anything yourself
11 to analyze whether you agree with their methods or agree
12 with their analysis, correct?
13 A. Well, I cannot do that, because FDA has not
14 released any of that information so that anyone could do
15 that, but I am relying upon the data that the FDA has
16 published to date.
17 Q. Have you asked the FDA for that information?
18 A. I have not talked to the FDA specifically
19 about Neurontin. No.
20 Q. Have you submitted a FOIA request for that
21 information?
22 A. I have not.
23 Q. Did you compare the results of the Neurontin
24 controlled clinical data to the findings in the FDA
25 alert?

33

1  A. FDA does not break out their analyses by
2  individual drugs.
3  Q. Well, that wasn't what I asked you, really.
4  A. I know, but really how could I answer the
5  question? If FDA didn't break it out by the individual
6  drugs, how could I compare my analyses with FDA's
7  analyses of Neurontin?
8  Q. No, no. I'm sorry. I think you misunderstood
9  my question.
10 My question is, I mean, you know what the
11 controlled study data for Neurontin say, correct,
12 because you read it in the letters to the FDA? Right?
13 A. Yes.
14 Q. Did you compare the information or the data
15 regarding the Neurontin placebo-controlled studies to
16 the overall outcome reflected in this alert?
17 A. Overall?
18 Q. Right.
19 A. Not the individual drugs?
20 Q. Right.
21 A. Well, all I've really done is read this alert,
22 but I am familiar with the data in the 199 trial
23 summaries provided by Pfizer.
24 Q. Oh, I understand your answer, I think.
25 So you didn't -- you didn't sit down and get