UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
ALL PRODUCTS LIABILITY ACTIONS :
:
---------------------------------------------------------------x

**<u>DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.</u>**

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. My name is Andrew G. Finkelstein. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee. I have personal knowledge of the matters stated below in this declaration.

2. This declaration is made in response to the reply papers submitted by Defendants Pfizer Inc. and Warner-Lambert Company LLC in connection with Defendants' Motion to Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the issue of General Causation. (ECF Doc. # 1147.)

3. Attached hereto as Exhibit 1 is a true and correct copy of the "Mechanisms of action of anticonvulsants," from Post and Weiss, 1994.

4. Attached hereto as Exhibit 2 is a true and correct copy of "Annotated Labeling" from NDA 21-397 Vol 001.

4. Attached hereto as Exhibit 3 is a true and correct copy an excerpt from the "Summary of Preclinical Pharmacological Studies With Gabapentin (CI-0945, PD 0087842-0000) In Vitro and in Laboratory Animals."

5. Attached hereto as Exhibit 4 is a true and correct copy of the *Draft* Neurontin advertisement for post-herpetic neuralgia.

6. Attached hereto as Exhibit 5 is a true and correct copy of the 2001 Project Operating Plan to pursue still unapproved indications of Anxiety and Sleep Induction.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Deposition of Sylvain Nakkab, M.D.

8. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt from the "Listing of Adverse Event Preferred Term by Investigator Term."

9. Attached hereto as Exhibit 8 is a true and correct copy of the Affidavit of Joseph Glenmullen, M.D., dated April 8, 2008, submitted in the New York Neurontin Coordinated Litigation.

10. Attached hereto as Exhibit 9 is a true and correct copy of the correspondence from Kenneth Fromson, Esq., to Jim Rouhandeh, Esq., and Lori Mcgroder, Esq., dated April 28, 2008.

12. Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of Keith L. Altman, dated May 2, 2008.

13. Attached hereto as Exhibit 11 is a true and correct copy of the email from Alex Ruggieri to Steven Galson at the FDA, dated February 8, 2008.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Affidavit of Brian L. Strom, M.D.

15. Attached hereto as Exhibit 13 is a true and correct copy of correspondence from Kenneth Fromson, Esq., to Lori McGroder, Esq., dated January 7, 2008.

16. Attached hereto as Exhibit 14 is a true and correct copy of Declaration of Sander Greenland, dated May 2, 2008.

Dated: May 2, 2008

                                              **/s/ Andrew G. Finkelstein**
                                              Andrew G. Finkelstein
                                              FINKELSTEIN & PARTNERS, LLP
                                              Attorneys for Plaintiffs
                                              436 Robinson Avenue
                                              Newburgh, NY 12550
                                              Tel.: 845-562-0203
                                              Fax: 845-562-3492

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 2, 2008.

                                              **/s/ Andrew G. Finkelstein**
                                              Andrew G. Finkelstein