# EXHIBIT 1

# Mechanisms of action of anticonvulsants

**Blockade of voltage-gated sodium channels:**
phenytoin, carbamazepine, valproate, lamotrigine

**NEURONAL INHIBITION**

**Enhancement of GABAergic neurotransmission:**
barbiturates
benzodiazepines
valproate
vigabatrin
gabapentin

**Inhibition of glutamatergic neurotransmission:**
phenobarbital
topiramate

Confidential

Pfizer_LTive_0005147

# Long-term neurochemical and anatomical modifications in reponse to kindling



**Figure 1.** Neural mechanisms of synaptic plasticity, short and long-term memory.

From Post and Weiss, 1994

Confidential
Pfizer_LTive_0005148