EXHIBIT 2

026

Neurontin (gabapentin)

## ANNOTATED LABELING

| Current Labeling | Proposed Revisions | Source |
|---|---|---|
| Several test systems ordinarily used to assess activity at the NMDA receptor have been examined. Results are contradictory. Accordingly, no general statement about the effects, if any, of gabapentin at the NMDA receptor can be made. | Several test systems ordinarily used to assess activity at the NMDA receptor and at voltage-gated calcium channels have been examined. Results are contradictory. Accordingly, no general statement about the effects, if any, of gabapentin at the NMDA receptor or on calcium channel function can be made. Gabapentin reduces the stimulated release of noradrenaline, dopamine, and glutamate under certain laboratory conditions. | RR-REG 740-03550 (Pharmacology Summary) Section 3.2.3.1 |
| | | Section 3.2.1.7 |
| | Gabapentin administration to increases the total brain content of GABA after a single dose. However, the relevance of these findings to clinical use is not yet clear. | Section 3.2.1.5 |
| *In vitro* studies with radiolabeled gabapentin have revealed a gabapentin binding site in areas of rat brain including neocortex and hippocampus. A high-affinity binding protein in animal brain tissue has been identified as an auxiliary subunit of voltage-activated calcium channels. However, functional correlates of gabapentin binding, if any, remain to be elucidated. | | |

DM_FILE/CI-0945 (IC17601a)
Item 3. (Page 25)

NDA 21-397  Vol  001

NEURONTIN CONFIDENTIAL