EXHIBIT 3

CONFIDENTIAL

# PFIZER GLOBAL RESEARCH & DEVELOPMENT
## ANN ARBOR LABORATORIES
## ANN ARBOR, MICHIGAN

---

**RESEARCH REPORT NO.:** RR-REG 740-03550

**PGRD AUTHOR(S):**
Reviewed by: Taylor CP, Donevan SD

**DATE ISSUED:** July 19, 2001

**INVESTIGATOR(S):**

**PERIODS COVERED:** 12/28/81 to 06/21/01

**ANALYST(S):**

**DEPARTMENT:** CNS Pharmacology

**COMPOUND NUMBERS (PD,WL,GOE,CI):**
CI-0945, CI-1008; PD 0087842-0000,
PD 0144723-0000

**LOT NUMBER(S):**

**PHASE:**

**PROTOCOL NUMBER:**

**NOTEBOOK (OR OTHER REFS):**

**SUGGESTED KEY WORDS:**
Pain, Analgesia, Seizures, Epilepsy,
Anticonvulsant, Anxiety, Anxiolytic, Rat,
Mouse, Monkey

**TITLE:** Summary of Preclinical Pharmacological Studies With Gabapentin (CI-0945, PD 0087842-0000) In Vitro and in Laboratory Animals



Figure 13.   Effect of Gabapentin and Pregabalin on Tissue GABA Content of Neonatal Rat Optic Nerve[88]

Nerve GABA content was determined by homogenization and analysis by high-performance liquid chromatography. Error bars represent SEM. Vigabatrin was given 100 mg/kg IP, 150 min prior to sacrifice; gabapentin was given 100 mg/kg IP, 150 min prior to sacrifice then again 50 mg/kg IP at 90 min and 50 mg/kg IP at 30 min prior to sacrifice. Pregabalin was given in the same manner as gabapentin. Vigabatrin data are significantly different from the other groups ($p < 0.01$ by ANOVA).

These results with preclinical models contrast with those obtained with NMR spectroscopy used to measure whole-brain concentration of GABA after oral administration of gabapentin to human patients with epilepsy (Figure 14).[89] In the human studies, gabapentin significantly increased the brain tissue concentration of GABA in each of 6 patients given a single dose of 1200 mg gabapentin. The reasons for this disparity between results with rat tissues and human brain in vivo are not known.