EXHIBIT 4

80%



**THIS PRINTOUT 80% OF ACTUAL SIZE**
PLEASE REFER TO COMP FOR FULL SIZE SAMPLE

Confidential Pfizer_LCastro_0073670

80%



THIS PRINTOUT 80% OF ACTUAL SIZE
PLEASE REFER TO COMP FOR FULL SIZE SAMPLE