EXHIBIT 5

EXHIBIT 5

CONFIDENTIAL

## PROJECT OPERATING PLAN (POP)

**Therapeutic Area:** Psychotherapeutics    **Primary Indication:** Anxiety; Sleep Induction

**Target/MOA:** $\alpha 2\delta$ Binding Site    **Project Code:** _____

**Status:** Candidate Support    **Year:** 3    **Date:** March 2001

**Biomarker Needs Definition:** Independent biochemical measures of therapeutic efficacy that can be detected relatively early in clinical trials would improve clinical doability in studies of anxiety or sleep induction of gabapentin-related compounds. However, since clinical studies for both of these indications are relatively limited in duration, this is a secondary need in comparison to better definition of the cellular and molecular mechanisms of gabapentin pharmacology (see next paragraph).

**Laboratory Objectives:** Although gabapentin, pregabalin and related compounds have clearly defined and reproducible pharmacology in animal models, their cellular and molecular mechanisms of pharmacological action remain unclear. Previous studies have established that gabapentin-related compounds do not share common mechanisms of either anticonvulsant, analgesic or anxiolytic drugs (e.g. sodium channel block, opiate receptor action, alteration of arachidonic acid metabolism, $GABA_A$ receptor modulation, etc.). A clear definition of the cellular and molecular targets of gabapentin-related compounds would support Marketing objectives for gabapentin and pregabalin, and would more clearly position these compounds within very competitive markets. Furthermore, clear definitions of cellular and molecular mechanisms are necessary for efficient discovery of new gabapentin-related backup compounds, and gabapentin-related compounds for new indications (e.g. disease modification for arthritis, sleep induction).

**Rationale for Approaches:**
GABA is the major rapid inhibitory neurotransmitter in mammalian brain. Pharmacological modulation of $GABA_A$ receptors remains the most important mode of action for anxiolytic and hypnotic compounds. In addition, several anticonvulsant compounds (barbiturates, benzodiazepines, tiagabine, vigabatrin) operate by modulating $GABA_A$ receptors, blocking GABA transport (tiagabine) or irreversibly inhibiting GABA degradation by blocking GABA-transaminase (vigabatrin). Furthermore, GABA inhibition in spinal cord is involved in pain transduction, and $GABA_A$ antagonists given intrathecally cause a severe pain syndrome in animals[1]. These findings suggest that a mechanism involving GABA systems could potentially explain much of the pharmacology of gabapentin and related compounds in several disease states. Gabapentin and pregabalin are silent at both $GABA_A$ and $GABA_B$ receptors, and do not modulate these receptors allosterically. Furthermore, these compounds do not significantly inhibit GABA-transaminase, and they do not acutely alter GABA uptake. However, gabapentin and pregabalin cause reproducible changes in the location of GAT1 GABA transporters in cultured neurons[2]. GAT1 transporter proteins (unlike other GABA transporters) are predominantly located on presynaptic neuronal endings[3] and are subject to extensive functional regulation by kinases, syntaxin and extracellular substrate concentration[4]. These changes could explain changes in non-synaptic GABA release that have been reported in isolated rat optic nerve

Confidential    Pfizer_MDong_0000112

and rat hippocampal slices in vitro[5]. In addition, recent numerical simulations[6] suggest that increased density of GAT1 transporters would serve to reduce the desensitization of $GABA_A$ receptors neighboring (but not part of) activated GABA synapses in brain tissue. It is important to clearly define whether such changes might be involved in the whole-animal pharmacology of gabapentin and related compounds.

A second major area of investigation involves effects of gabapentin and related compounds on neurotransmitter release. Gabapentin has been known to reduce monoamine neurotransmitter release for many years[7]. Studies with synaptosome fractions of mammalian brain show that application of gabapentin or pregabalin reduce the influx of calcium in response to depolarization[8]. Studies have been initiated to investigate changes in protein phosphorylation in synaptosomal preparations, where both $Ca^{2+}$ influx and neurotransmitter release are reduced by pretreatment with gabapentin and pregabalin.

Finally, recent studies indicate that application of gabapentin or pregabalin cause changes in cellular kinase signaling pathways, particularly in the MAP kinase pathway of cultured mammalian cells[9]. Application of pregabalin or gabapentin alters the increase in CREB or ELK mediated gene transcription triggered by application of agonists to metabotropic glutamate or neurokinin receptors. Furthermore, application of gabapentin to cultured mammalian cells alters the abundance of mRNA in cell extracts, as measured by hybridization of fluorescent mRNA probes to "gene chips."

**Approach Status & (Changes in) Research Strategy:**
**GABA transporter approaches** – A mammalian cell line stably expressing rat GAT1 GABA transporter proteins has been obtained from the laboratory of M. Quick (Univ. Alabama, Birmingham). Pilot studies show that functional $^3$H-GABA transport in these cells is altered by application of protein kinase C activators (phorbol esters) and also by pregabalin. Specific antibodies to GAT1 are commercially available, and have been used to fluorescently label GAT1 in cultured cells. Once standard conditions are optimized for showing up-regulation of functional GABA transport in the cell line, a structure-activity study of gabapentin and pregabalin analogues will be undertaken. In addition, the signaling pathways responsible for changes in GAT1 localization will be defined. It is anticipated that standardized conditions for these experiments will be established during 1Q2001 and structure-activity studies will be completed by 2Q2001. Finally evidence will be sought that this mechanism occurs in vivo during the latter part of 2001.

**Neurotransmitter approaches** – It has already been established that gabapentin and pregabalin alter $Ca^{2+}$ influx and monoamine neurotransmitter release in rat brain synaptosomes. Synaptosomal protein extracts prelabeled with $^{32}$P-ATP will be studied for changes in phosphorylation of isolated proteins using 2-dimensional gel separation of proteins, and subsequent identification of proteins with altered phosphorylation patterns using mass spectrometry. It is hoped that these studies will be well underway by 2Q2001.

**Gene chip and protein phosphorylation approaches** – Preliminary experiments with IMR32 mammalian cells have shown that 36 hr preincubation with gabapentin or pregabalin alters expression of a relatively large number of mRNAs. Additional replicate experiments are planned

to confirm these findings with selected mRNAs under more controlled conditions, and to see if similar changes can be observed in rat brain tissues in vivo. These studies will be completed by end of 2001.

**Transgenic mouse approaches** – Several knockout and transgenic mouse strains have been developed or are under construction that have altered expression of α2δ proteins. One of these transgenic mice has a single point mutation that prevents $^3$H-gabapentin binding to α2δ type 1 in tissue extracts. These mice will be used to see if prevention of gabapentin binding alters the pharmacology of gabapentin or pregabalin in whole-animal models of anxiety, anticonvulsant action or analgesia. In addition, tissues from this mutant mouse strain will be tested for differences in the pharmacology of neurotransmitter release from brain tissues in vitro. It is hoped that both preliminary in vivo and in vitro studies will be completed before the end of 2001. In addition, several strains with complete knockouts of α2δ type 1 or type 2 are under construction for similar experiments.

**Key Operational Objectives:**
1. Complete characterization of changes in GABA transport in GAT1 cell line by 2Q2001.
2. Complete studies of changes in GABA transport function in vivo by 4Q2001.
3. Complete pilot studies of synaptosomal proteomic changes by 2Q2001.
4. Complete analysis and confirmation of IMR32 gene chip experiments by 3Q2001.
5. Obtain α2δ type 1 point mutant mice and complete preliminary behavioral and neurotransmitter release experiments by 3Q2001.

**Staffing:**

|  | CNS Pharm | Mol Sciences |
|---|---|---|
| Current | 2.5 | 2.5 |
| Required | 2.5 | 2.5 |

**References:**

1 Yaksh TL. Behavioral and autonomic correlates of the tactile evoked allodynia produced by spinal glycine inhibition: effects of modulatory receptor systems and excitatory amino acid antagonists. Pain 37 (1):111-123, 1989.

2 Taylor CP, Quick MW. The Effects of Pregabalin (CI-1008) and Gabapentin on Translocation of the GABA Transporter, GAT1, in Cultured Rat Hippocampal Neurons In Vitro. RR 740-03516, 25-JUL-2000.

3 Itouji A, Sakai N, Tanaka C, Saito N. Neuronal and glial localization of two GABA transporters (GAT1 and GAT3) in the rat cerebellum. Mol Brain Res. 37:309-316, 1996.

4 Beckman ML, Quick MW. Neurotransmitter transporters: regulators of function and functional regulation. J Membr.Biol 164 (1):1-10, 1998.

5 Honmou O, Kocsis JD, Richerson GB. Gabapentin potentiates the conductance increase induced by nipecotic acid in CA1 pyramidal neurons in vitro. Epilepsy Res. 20 (3):193-202, 1995.

6 Kinsey G, Spain W. Numerical simulations of changes in GABA transport function in brain tissues. Presented at 34th Annual Winter Conference on Brain Research, Steamboat, CO. Jan 24, 2001.

7 Schlicker E, Reimann W, Gothert M. Gabapentin decreases monoamine release without affecting acetylcholine release in the brain. Drug Res. 35:1347-1349, 1985.

8 Dooley DJ, Meder WP. Inhibition of K+ -Induced [Ca2+]i Increase in Rat and Monkey Neocortical Synaptosomes by Pregabalin. RR 740-03538, 22-NOV-2000.

Fink K, Meder W, Dooley DJ, Gothert M. Inhibition of neuronal Ca2+ influx by gabapentin and subsequent reduction of neurotransmitter release from rat neocortical slices. Br.J Pharmacol. 130 (4):900-906, 2000.

9 Chung FZ, Hong YL, Li Z, Liang LH, Cui M, Burke J. The Inhibitory Effects of Gabapentinoids on the MAP Kinase Signal Transduction Pathway Elicited by NK1 and mGluRs. RR 761-00006, 23-AUG-2000.