EXHIBIT 6

```
                                                         1

 1
     SUPREME COURT OF THE STATE OF NEW YORK
 2   COUNTY OF ORANGE
     -------------------------------------:
 3   WILLIAM T. YOUNG,

 4                        Plaintiff,     INDEX NO.
                                         1062/2004
 5   -against-

 6   PFIZER INC., PARKE-DAVIS, a division of
     Warner-Lambert Company and Warner-Lambert
 7   Company LLC, WARNER-LAMBERT COMPANY and
     WARNER-LAMBERT COMPANY LLC,
 8
                          Defendants.
 9   -------------------------------------:

10                        December 5, 2005
                          12:57 p.m.
11
                          3651 Hill Boulevard
12                        Jefferson Valley, New York

13         EXAMINATION BEFORE TRIAL OF SYLVAIN NAKKAB,

14   taken in the above-entitled matter, held at the

15   above-stated time and place, before DEBORAH M.

16   FITZGERALD, a Certified Shorthand Reporter and Notary

17   Public of the State of New York.

18

19

20

21

22

23

24

25

                                                         2

 1

 2   A P P E A R A N C E S:

 3
```

11    capitals.

12         Q    Are you familiar with the term

13  Gabaergic?

14         A    Yes.

15         Q    And I apologize if I destroyed the

16  word or I didn't pronounce it correctly.

17         A    Yes, I am familiar.

18         Q    Can you tell us what that term means?

19         A    It means that it acts on the receptor

20  sites of GABBA in the brain as an indigenous

21  neurochemical that is present in the brain to begin

22  with.  It enhances the amount of GABBA.

23         Q    And in terms of using Gabapentin or

24  Neurontin for treatment of a psychiatric condition,

25  what would be the purpose to enhance GABBA?

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

                                                    144

1                     S. Nakkab

2          A    Well, it would, theoretically, help

3   anxiety and stabilized, somewhat, irritability that's

4   associated with anxiety.

5          Q    At the time that you prescribed

6   Neurontin to Bill Young, did you have any

7   understanding as to whether Neurontin decreased the

8   release of neurotransmitters in the brain, such as

9   dopamine, noradrenaline or serotonin?

10         A    No, I did not know how it effected

11  those other neurochemicals.

12         Q    What significance, if any, do you

13   attach to the decrease of those chemicals, the

14   decrease of the release of those chemicals in the

15   brain?

16             MR. POTISCHMAN:  Object to form.

17        A    Okay, the decrease of dopamine would

18   lower the pleasure sensors of the brain.  Decrease of

19   the serotonin could cause depression.  And the

20   decrease of -- what's the last one, norepinephrine?

21        Q    I said noradrenaline.  Are the two

22   interchangable?

23        A    Same thing.  And norepinephrine could

24   cause increased anxiety if it's decreased relatively.

25        Q    Would you have prescribed Neurontin

                                                    145

1                  S. Nakkab

2    to Mr. Young if, in fact, you knew back then, when you

3    were first prescribing it, that Neurontin would

4    decrease the release of those neurotransmitters?

5             MR. POTISCHMAN:  Objection to form.

6         A    Depending on what symptoms he was

7    presenting with, I may have used it and watched for

8    potential side effects.

9         Q    And hypothetically, if the evidence

10   in this case was, in fact, that Neurontin did decrease

11   the release of those neurotransmitters, in particular

12   dopamine, noradrenaline or serotonin; is that

13   information you would have wanted to have back then in

14   determining the risk factors for the use of Neurontin?

15              MR. POTISCHMAN:  Objection to form.

16        A    Yes, I would have wanted that

17   information.

18        Q    And similarly, would you have passed

19   that information on, in layman's terms, to Mr. Young?

20        A    Yes, I would have reviewed it with

21   him.

22        Q    Did you know that prior to the drug's

23   approval, the manufactures of Neurontin, or rather

24   Parke-Davis, took part in an advisory committee

25   meeting with a certain branch of the FDA?

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

146

1                   S. Nakkab

2              MR. POTISCHMAN:  Object to form.

3         A    At the time I prescribed it or

4    currently?

5         Q    At the time that you prescribed it.

6         A    No.

7              (NDA #20-235 Clinical Review about

8    Neurontin is received and marked as Nakkab Exhibit 9

9    for Identification.)

10        Q    Doctor, I'm providing to you for the

11   purposes of today's deposition what's been marked as

12   Nakkab Exhibit 9, and I ask you to turn to Page 112 of

13   the document.  For purposes of this deposition, I

14   would ask you to presume this document was prepared in

15   late 1992, early 1993, before the drug was approved,

16   for the indications we've already discussed.