EXHIBIT 7

RR-REG 720-03334                    00163

APPENDIX B.1
(PAGE 67 OF 76)
SUMMARY OF ADVERSE EVENTS
ALL STUDIES

9:53 TUESDAY, NOVEMBER 16, 1993

LISTING OF ADVERSE EVENT PREFERRED TERM BY INVESTIGATOR TERM

| INVESTIGATOR TERM | PREFERRED TERM | BODY SYSTEM |
|---|---|---|
| STUPOR | STUPOR | NERVOUS SYSTEM |
| STUTTERING | DYSARTHRIA | NERVOUS SYSTEM |
| STYE | HORDEOLUM | SPECIAL SENSES |
| SUBARACHNOID HEMORRHAGE | INTRACRANIAL HEMORRHAGE | NERVOUS SYSTEM |
| SUBDUED | SUBDUED TEMPERAMENT | PSYCHOBIOLOGIC FUNCTION |
| SUBDUED TEMPERAMENT | SUBDUED TEMPERAMENT | PSYCHOBIOLOGIC FUNCTION |
| SUBDURAL HEMATOMA | SUBDURAL HEMATOMA | NERVOUS SYSTEM |
| SUBMANDIBULAR MASS | NEOPLASM, GENERAL | BODY AS A WHOLE |
| SUBMANDIBULAR NODULE | LYMPHADENOPATHY | HEMIC AND LYMPHATIC SYSTE |
| SUCKING MOTION,LIPS | OROFACIAL DYSKINESIA | NERVOUS SYSTEM |
| SUDDEN DEATH | DEATH | BODY AS A WHOLE |
| SUDDEN LOSS.EQUILIBRIUM | COORDINATION ABNORML | NERVOUS SYSTEM |
| SUFFOCATION | DYSPNEA | RESPIRATORY SYSTEM |
| SUICIDE GESTURE | SUICIDE GESTURE | PSYCHOBIOLOGIC FUNCTION |
| SUICIDE IDEATION | SUICIDAL | PSYCHOBIOLOGIC FUNCTION |
| SUN SENSITIVITY | PHOTOSENSITIV REACTN | SKIN AND APPENDAGES |
| SUNBURN | SUNBURN | SKIN AND APPENDAGES |
| SUPER-CHARGED ENERGY | INCREASED ENERGY | BODY AS A WHOLE |
| SUPRAPUBIC TENDERNESS | ABDOMINAL PAIN | DIGESTIVE SYSTEM |
| SURG REMOV INFECT LIPOMA | SURGERY | BODY AS A WHOLE |
| SURGERY,BLADDER/URETHRA | SURGERY,BLADDER/URETHRA | UROGENITAL SYSTEM |
| SURGERY,EXTERNAL GENITAL | SURGERY,EXTERNAL GENITAL | UROGENITAL SYSTEM |
| SWEATING | SWEATING INCREASED | SKIN AND APPENDAGES |
| SWEATING OF FEET | SWEATING INCREASED | SKIN AND APPENDAGES |
| SWEATING OF HANDS | SWEATING INCREASED | SKIN AND APPENDAGES |
| SWELLING | EDEMA - GENERALIZED | BODY AS A WHOLE |
| SWELLING IN ANKLE/LEG | PERIPHERAL EDEMA | BODY AS A WHOLE |
| SWELLING IN HAND/S | PERIPHERAL EDEMA | BODY AS A WHOLE |
| SWELLING OF ANKLE | JOINT SWELLING | MUSCULOSKELETAL SYSTEM |
| SWELLING OF FACE | FACE EDEMA | BODY AS A WHOLE |
| SWELLING, WRIST | JOINT SWELLING | MUSCULOSKELETAL SYSTEM |
| SWELLING.FOOT/FEET | PERIPHERAL EDEMA | BODY AS A WHOLE |
| SWOLLEN ARM | PERIPHERAL EDEMA | BODY AS A WHOLE |
| SWOLLEN BELOW ANKLE | PERIPHERAL EDEMA | BODY AS A WHOLE |
| SWOLLEN BIG TOE | PERIPHERAL EDEMA | BODY AS A WHOLE |