EXHIBIT 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------x

                    :    Index No 765000/2006

IN RE: NEURONTIN PRODUCT LIABILITY   :    Hon. Marcy S. Friedman

LITIGATION                     :    IAS Part 57

-------------------------------------------------------------------x

                    :    **AFFIDAVIT OF**

THIS DOCUMENT RELATES TO ALL CASES:   :    **JOSEPH GLENMULLEN, M.D.**

                    :

-------------------------------------------------------------------x

COMMONWEALTH OF MASSACHUSETTS   )
                               ) ss.:
COUNTY OF MIDDLESEX              )

    I, Joseph Glenmullen, M.D., hereby state as follows:

    1.     I am a psychiatrist, licensed to practice in the Commonwealth of Massachusetts.

    2.     *This affidavit is submitted on behalf of Product Liability Plaintiffs.* As described more fully below, Dr. Michael Trimble, Dr. Stefan Kruszewski, and Dr. Cheryl Blume use generally accepted scientific methodologies when analyzing Neurontin's capacity to lead to mood and behavioral disturbances resulting in suicide. Additionally, the materials relied upon, as well as the scientific and medical principles for each step of their analyses are generally accepted in the psychiatric medical community.

**Qualifications:**

    3.     My curriculum vitae is attached hereto as Exhibit A and is incorporated by reference herein. A graduate of Harvard Medical School, I am a Clinical Instructor in Psychiatry at Harvard Medical School, have been on the staff of the Harvard Law School Health Services for twenty years, and maintain a private practice in Harvard Square. I am Board Certified in Psychiatry by the American Board of Psychiatry and Neurology. I am the author of two books that describe how psychiatric medications may make patients suicidal: *Prozac Backlash:*

*Overcoming the Dangers of Prozac, Zoloft, Paxil, and Other Antidepressants with Safe, Effective Alternatives* published in 2000 by Simon & Schuster and *The Antidepressant Solution: A Step-by-Step Guide to Overcoming Antidepressant Withdrawal, Dependence, and "Addiction"* published by Simon & Schuster's Free Press division in January 2005.

4.      My opinions are based on my education, training and experience, as well as my research and writings in the field of psychiatry. Additionally, I remain current in the psychiatric field by annually attending Continuing Medical Education courses and by regularly reading psychiatric peer reviewed literature from multiple journals.

**Task:**

5.      I was asked by Finkelstein & Partners to review the reports and testimony of Dr. Trimble, Dr. Kruszewski, and Dr. Blume, to evaluate whether their methodologies are generally accepted. Additionally, I was asked to comment on the general acceptance of the medical principles they set forth therein.

6.      At the outset, it must be stated that the analysis of psychiatric side effects caused by pharmacologic agents requires, *inter alia,* reliance on real-world clinical experience by appropriately trained specialists. Additionally, psychiatrists and psychopharmacologists routinely use and apply as part of their analyses the following: animal studies, reports of adverse drug experiences, research and hypotheses regarding plausible biological mechanisms, pharmacological comparisons to similar drugs in the same class, textbooks, peer reviewed journal articles, and the data analyses and recommendations of governmental regulatory bodies such as the U.S. Food & Drug Administration (FDA).

**Opinions Related to Dr. Trimble, Dr. Kruszewski and Dr. Blume:**

7.      In evaluating Neurontin's capacity to lead to negative effects on mood and

2

behavior, Dr. Trimble, Dr. Kruszewski, and Dr. Blume rely, in part, upon scientifically reliable hypotheses of plausible biological mechanisms, animal studies, multiple adverse drug reports including challenge/dechallenge/rechallenge reports in Pfizer's clinical trials databases, comparisons to other similar psychoactive drugs, peer reviewed medical literature, and the data analyses and recommendations of the U.S. Food & Drug Administration (FDA).

8.    It is my opinion, to a reasonable degree of medical and scientific certainty that Dr. Trimble, Dr. Kruszewski, and Dr. Blume used generally accepted scientific methodologies and techniques in evaluating the materials relied upon to reach their conclusions.

9.    Dr. Trimble and Dr. Kruszewski's opinion that Neurontin increases brain GABA is not novel as it is supported by spectroscopy studies from two independent university laboratories at Yale and the University of Alabama at Birmingham. Spectroscopies are objective tests with findings that can be replicated. Replication of objective findings is a reliable scientific technique and method upon which to base sound opinions.

10.    Dr. Trimble and Dr. Kruszewski's opinion that increasing brain GABA causes a reduction in biogenic amines (serotonin, norepihephrine, and dopamine) in the brain is not novel as it is supported by multiple peer reviewed articles and textbooks. I have reviewed several of these materials and confirm that the reduction of serotonin from increasing whole brain GABA is a generally accepted principle in the scientific and medical community.

11.    Dr. Trimble, Dr. Kruszewski, and Dr. Blume's opinion that changes in the turnover of biogenic amines would be associated with increased anxiety, depression, hostility, impulsivity, and hopelessness is a psychiatric principle that has broad-based acceptance and is not novel.

12.    It is generally accepted in the psychiatric community that increasing anxiety,

depression, hostility, impulsivity, or hopelessness all increase the risk for suicide. Any pharmacological agent that causes such psychiatric side effects could be expected to increase the risk for suicide.

13.    Consideration and evaluation of psychobiological side effects as a whole, and *specifically findings of increased anxiety, depression, hostility, impulsivity, and hopelessness are all appropriate side effects to consider when evaluating a pharmacological compound's capacity to lead to suicidal acts.* It is my opinion, to a reasonable degree of medical and scientific certainty, that Dr. Blume followed generally accepted scientific principles and methods in evaluating the Neurontin clinical trial data, postmarketing adverse drug event case reports, and scientific literature to reach her conclusions.

14.    The FDA's January 31, 2008 alert to health care professionals is relied upon by *Dr. Trimble, Dr. Kruszewski and Dr. Blume, and supports their opinions. According to the alert,* "The FDA has analyzed reports of suicidality (suicidal behavior or ideation) from placebo-controlled clinical studies of eleven drugs used to treat epilepsy as well as psychiatric disorders, and other conditions." The eleven anticonvulsant mood stablizers include Neurontin. The FDA found that "there was a statistically significant increased risk of suicidal behavior and suicidal ideation in the patients randomized to receive an antiepileptic drug compared to patients who received a placebo." According to the FDA, "patients receiving antiepileptic drugs had approximately twice the risk of suicidal behavior or ideation (0.43%) compared to patients receiving placebo (0.22%)."[5] While the data on some of the individual drugs may not have had enough statistical power to demonstrate the increased risk, the pooled data did. According to the FDA, "the results were generally consistent among the eleven drugs." Thus, the FDA alert covers all eleven drugs, including Neurontin. The FDA warned that treatment-emergent

4

symptoms, i.e. side effects, such as "anxiety, hostility, mania and hypomania may be precursors to emerging suicidality." This is the same cluster of psychobiologic side effects that Dr. Trimble, Dr. Kruszewski, and Dr. Blume highlight as potential precursors to Neurontin-induced suicidality. The FDA's finding of a statistically significant, approximately doubling of the risk supports the conclusion that anticonvulsant mood stablizers increase the risk of suicidality in patients treated with the drugs. It is my opinion, to a reasonable degree of medical and scientific certainty, that Dr. Trimble, Dr. Kruszewski, and Dr. Blume followed generally accepted scientific principles and methods in relying on the FDA's findings.

15.     The FDA's anticonvulsant mood stablizer warning includes the language: "This information does not mean that the FDA has concluded there is a causal relationship between the drug products and the emerging safety issue." This caveat has become standard language in the FDA's warnings on drug-induced suicidality. Note that the FDA does not say mood stablizers do not cause suicidality. Moreover, this caveat must be viewed in the context of the history of the FDA's other, recent warnings that psychiatric drugs may make patients suicidal. The first was the 2005 warning that antidepressants make children and adolescents suicidal. Like the new anticonvulsant warning, the pediatric antidepressant warning was based on pooled data from studies showing that the drugs caused a statistically significant, approximately doubling of the rate of suicidality. The original draft of the warning stated: "A *causal role* for antidepressants in *inducing* suicidality has been established in pediatric patients [emphasis added]."[1] The pharmaceutical industry objected strenuously to this sentence. The FDA negotiates the final language of warnings with pharmaceutical companies. Following these negotiations according to the FDA, the agency modified the language "slightly." The FDA changed the language to "antidepressants *increased the risk* of suicidal thinking and behavior (suicidality)…[emphasis

added]."[2] Obviously, saying a drug "increased the risk" of suicidality is tantamount to saying it had a "causal role."

16.     While the FDA bowed to pressure from the pharmaceutical industry in the wording of the antidepressant warning, elsewhere the agency has continued to maintain that a statistically significant, approximately doubling of the risk of suicidality demonstrates causality. Almost two years later, Dr. Thomas Laughren, Director of the FDA's Division of Psychiatry Products, wrote an overview for the agency's December 2006 advisory committee hearing on the data from antidepressant studies with adults. In his overview, Dr. Laughren stated: "The pediatric data presented at the September 2004 PDAC [Psychopharmacologic Drugs Advisory Committee] meeting represented the first *systematic demonstration of a causal link* [emphasis added]."[3]

17.     Dr. Laughren and two of his colleagues at the FDA, Dr. Tarek Hammad and Dr. Judith Racoosin, published the agency's findings in the March 2006 issue of the *Archives of General Psychiatry* in an article entitled: "Suicidality in Pediatric Patients Treated with Antidepressant Drugs."[4] In the article, the FDA officials described the increased risk of suicidality as "due to treatment" with antidepressants. Saying that suicidality is "due to treatment" with a drug is tantamount to saying it is caused by the drug.

18.     Following the FDA hearings on the pediatric data, several voting consultants and members of the FDA advisory committees published articles on the committees' findings. Five voting members and consultants to the FDA's pediatric advisory committee meetings—Dr. Laurel Leslie, Dr. Thomas Newman, Dr. Joan Chesney, and Dr. James Perrin—published an article entitled "The Food and Drug Administration's Deliberations on Antidepressant Use in Pediatric Patients" in the July 2005 issue of the journal *Pediatrics*.[5] According to these FDA-appointed experts, the data analyses "demonstrated that there was an increased risk for

suicidality *casually related* to use of the SSRIs and related antidepressants....*Although the data in aggregate supported the finding of increased suicidality, the [individual drug] studies were too underpowered to draw any conclusions regarding safety for specific antidepressant agents or for specific disorders....*The committees [therefore] decided to recommend to the FDA that *all* antidepressants, both current and future products, have language added to their label regarding the risk for suicidality [emphasis added]."

      19.     One voting member of the pediatric antidepressant advisory committee, Dr. Thomas Newman, wrote an article in the *New England Journal of Medicine* explaining the FDA's findings.[6] Dr. Newman is a pediatrician and an epidemiologist in the Department of Epidiomology and Biostatistics and Pediatrics at the University of California at San Francisco. In his article in the *New England Journal of Medicine*, Dr. Newman provided a succinct summary of the FDA's data analysis:

> During consideration of the proposed labeling change [i.e. warning], the committee heard a number of presentations summarizing evidence that suicidality in children and adolescents may be increased by the newer antidepressant drugs, primarily selective serotonin-reuptake inhibitors. *The most convincing evidence came from an FDA analysis of randomized trials* [studies]....
>
> *The results were striking. When all the pediatric trials were pooled, the rate of definite or possible suicidality among children assigned to receive antidepressants was twice that in the placebo group.* (The summary risk ratio was 2.19; 95 percent confidence interval, 1.50 to 3.19).
>
> Nonetheless, some FDA staff and committee members expressed reservations about the data used for this analysis. For example, there was a relatively small number of events, the trials had not been designed to evaluate suicidality, and the methods of ascertainment and classification of the events in the various trials were not uniform. *To me, however, these concerns only made the results more compelling. Inadequate sample size and misclassification of outcomes make it more—not less—difficult to detect differences between groups in randomized, blinded trials. The fact that an association emerged from the meta-analysis with a P value of 0.00005, for an outcome that the sponsors of the trials [i.e. the pharmaceutical companies] were not looking for, and presumably did not wish to find, was quite convincing* [emphasis added].

20.    Dr. Cynthia Pfeffer was a voting consultant at the FDA advisory committee
meetings. Dr. Pfeffer is a professor of psychiatry at Cornell Medical School in New York. In an
editorial entitled "The FDA Pediatric Advisories and Changes in Diagnosis and Treatment of
Pediatric Depression" in the June 2007 issue of the *American Journal of Psychiatry*, Dr. Pfeffer
stated that based on the statistically significant, approximately doubling of the risk: "The
committee concluded that a *causal link exists* between antidepressants and pediatric suicidality
and advised that policies be implemented for pediatric use of antidepressants [emphasis
added]."[7]

21.    According to the FDA's summary minutes of the pediatric advisory committee
meeting, based on the statistically significant, approximately doubling of the risk, the experts on
the advisory committee voted overwhelmingly—twenty-five to one—that antidepressants
"increase the risk of suicidality in pediatric patients."[8] Even though data from some of the
individual antidepressants did not have the statistical power to show the risk that the pooled data
did, the experts on the committee voted unanimously that: "The data in aggregate indicate an
increased risk of suicidality... in pediatric patients. Although there is variability in the results, *we
are unable to conclude that any single antidepressant agent is free of the risk at this time*
[emphasis added]."[9] Therefore, the warning applies to all antidepressants.

22.    The FDA's January 2008 alert on anticonvulsant mood stablizers explicitly states:
"The analyses performed were similar to those performed by the FDA for antidepressant drugs in
the last several years." Thus, to a reasonable degree of medical and scientific certainty, the above
comments by FDA officials and FDA-appointed experts could apply generally to the agency's
recent findings regarding anticonvulsant mood stablizers. That is, despite the relatively small

8

number of patients who became suicidal in the studies, despite the fact that the studies were not

designed to evaluate suicidality, and despite any lack of uniformity in the methods of

ascertainment and classification of suicidality in the different studies, the statistically significant,

approximately doubling of the risk is a scientifically rigorous, systematic demonstration of a

causal link between anticonvulsant mood stablizers and suicidality. Moreover, although some

individual drug studies may have been underpowered to show the risk, the FDA was apparently

unable to conclude that any single anticonvulsant mood stablizer is free of the risk and therefore

applied the warning to all mood stablizers, including Neurontin, based on the compelling

scientific findings from the agency's analysis of the pooled data.

22.    This completes my opinion at this time.  Of course, my opinion is subject to

revision based on additional discovery.

JOSEPH GLENMULLEN, M.D.

Subscribed and sworn to before me

this ____ 8th day of April, 2008

Notary Public

Robert M. Prager
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires May 29, 2009

---

[1] FDA Labeling Change Request Letter for Antidepressant Medications, October 15, 2004;
   http://www.fda.gov/cder/drug/antidepressants/SSRIlabelChange.htm

[2] Physician's Desk Reference (PDR), (Montvale, NJ: Thomson PDR, 2008), pp. 2576-2584.

[3] Thomas P. Laughren, November 16, 2006 FDA Memorandum Regarding Overview for the December 13
   Meeting of Psychopharmacologic Drugs Advisory Committee (PDAC).

[4] T.A. Hammad, T. Laughren, J. Racoosin, "Suicidality in Pediatric Patients Treated with Antidepressant Drugs." *Archives of General Psychiatry*, 2006; 63: 332-339.

[5] Leslie LK, Newman TB, Chesney JP, Perrin JM, "The Food and Drug Administration's Deliberations on Antidepressant Use in Pediatric Patients," *Pediatrics* 2005;116;195-204.

[6] Newman TB. "A black-box warning for antidepressants in children?" *New England Journal of Medicine*. 2004 Oct 14; 351 (16):1595-8.

[7] C.R. Pfeffer, "The FDA Pediatric Advisories and Changes in Diagnosis and Treatment of Pediatric Depression, Editorial." *American Journal of Psychiatry*, 2007; 164;6:843-846.

[8] *Food and Drug Administration, Center for Drug Evaluation and Research, Summary Minutes of the CDER Psychopharmacologic Drugs Advisory Committee and the FDA Pediatric Advisory Committee, September 13-14, 2004.*

[9] Ibid.

JOSEPH GLENMULLEN, M.D.
*Curriculum Vitae*
617-864-1531

## Academic Appointments

1988 to present:  Clinical Instructor in Psychiatry, Harvard Medical School, in the
    Department of Psychiatry, Cambridge Hospital, Cambridge, MA
1988-89:  Associate Director, Medical Student Education, Cambridge
    Hospital/Harvard Medical School, Cambridge, MA
1987-89:  Instructor, Psychiatry 700 Course, Harvard Medical School

## Clinical and Forensic Practice

*Clinical Practice*
1988 to present:  Psychiatrist, Harvard Law School Health Services, Cambridge,
    MA
1986 to present:  Private practice in Harvard Square, Cambridge, MA

*Forensic Practice*
2001 to present: Expert witness and forensic consulting

## Teaching, and Awards

*Teaching*
1988-present:  Supervision of social work interns, psychology fellows, and
    psychiatry residents at the Cambridge Hospital/Harvard Medical School.

*Awards:*
May, 2001:  Annual Achievement Award in Medicine, American College for
    Advancement in Medicine (ACAM), and delivered the keynote address,
    the Linus Pauling Lecture, at ACAM's annual convention.

## Education and Training

*Education*
1984: MD, Harvard Medical School, Boston, MA
1972: BA, magna cum laude, Brown University, Providence, RI

*Postdoctoral Training*

1987-88:  Psychiatry Fellow, Harvard University Health Services, Cambridge, MA

1987-88:  Chief Resident, Outpatient Department, Department of Psychiatry, Cambridge Hospital/Harvard Medical School, Cambridge, MA

1986-88:  Residency, Department of Psychiatry, Cambridge Hospital/Harvard Medical School, Cambridge, MA

1984-85:  Internship, Department of Medicine, Cambridge Hospital/Harvard Medical School, Cambridge, MA

*Board Certification*

1990: Board certified in psychiatry by the American Board of Psychiatry and Neurology

*Licensure*

1985 to present: Medical License, Massachusetts Board of Registration in Medicine

Media Experience

Extensive media experience including national book tours; interviewed on numerous national television and radio shows including the Today Show, ABC News' 20/20, Peter Jennings' World News Tonight, Prime Time, CNN, Fox News, PBS, and National Public Radio.

Bibliography

Glenmullen, Joseph.  *The Antidepressant Solution: A Step-by-Step Guide to Overcoming Antidepressant Withdrawal, Dependence, and "Addiction."*  New York: Free Press (division of Simon & Schuster), 2005

Glenmullen, Joseph.  *Prozac Backlash: Overcoming the Dangers of Prozac, Zoloft, Paxil and Other Antidepressants with Safe, Effective Alternatives.*  New York: Simon & Schuster, 2000

Glenmullen, Joseph. *Sexual Mysteries: Tales of Psychotherapy* with a Foreword by Robert Coles.  New York: Harper Collins, 1993 (hardcover).  Cambridge, MA:  Orbit Publishing, 2000 (paperback).