EXHIBIT 9



Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, II (NY & MA)
Eleanor M. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)

Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)
——————————
Debra J. Reisenman (NY)

Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)

Edward M. Steves (NY)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)
*Of Counsel*
Steven G. Davis (NY & PA)
Michael Feldman (NY & NJ)
Michael Finkelstein (NY)

Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Kenneth Cohen (NJ)
Joel A. Reback (NY & Israel)
Linda Armatti-Epstein (NY)
John F. Dowd (NY & CT)
David Akerib (NY)
Frances M. Bova (NY & NJ)
Mark B. Hudoba (NY)
Kenneth G. Bartlett (CT & NJ)
Gustavo W. Alzugaray (NY & NJ)
Sharon A. Scanlan (NY & CT)
Robert E. Borrero (NY)
Marc S. Becker (NY)
Ernest S. Buonocore (NY)
Ari Kresch (NY & MI)
Jeffrey A. Brown, M.D. (NY & NJ)
Dennis G. Ellis (NY)
Gail Koff, P.C. (NY)
Joel Bossom (NY)
Eric L. Horn (NY, CT & MA)

REFER TO OUR FILE #: 200599

April 28, 2008

Jim Rouhandeh  
Davis Polk & Wardwell  
450 Lexington Avenue  
New York, NY 10017

By Mail and E-mail

Lori Mcgroder, Esq.  
Shook Hardy & Bacon, LLP  
2555 Grand Blvd.  
Kansas City, MO 64108-2613

Re:  Neurontin Litigation

Dear Counsel:

I am in receipt of your Reply Memorandum of Law in support of Defendants' motion to exclude the testimony of Plaintiffs' experts, dated April 25, 2008. Your attention is referenced to footnote 6 at pages 4-5:

> Plaintiffs' experts' bald assertions that they have not published their theory or methodology in this case because there is a confidentiality order in place is absurd. Nothing in the protective order governing this litigation prevents plaintiffs' experts from publishing scientific theories or methodologies. Nor have plaintiffs' or their experts sought relief from the protective order.

At this time, I am seeking Defendants' agreement that Plaintiffs' counsel and Plaintiffs' experts be released from the terms of the protective order regarding confidentiality. I request the courtesy of a response no later than 5:00 p.m. EST on May 5, 2008, so that we may prepare and file an application with the Court if we deem it necessary to do so in order to have the motion heard in time for the upcoming May 20, 2008 conference before Magistrate Sorokin.

Very truly,

Kenneth Fromson

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy

☒ 436 ROBINSON AVENUE
NEWBURGH, NY 12550    Phone: (845) 562-0203    Fax: (845) 562-3492    www.lawampm.com    101 WHITNEY AVENUE
NEW HAVEN, CT 06510