EXHIBIT 10

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
In re: NEURONTIN MARKETING, SALES PRACTICES : MDL Docket No. 1629
AND PRODUCTS LIABILITY LITIGATION :
------------------------------------------------------------X
: Master File No. 04-10981
THIS DOCUMENT RELATES TO: :
:
ALL PRODUCT LIABILITY CASES : Hon. Patti B. Saris
------------------------------------------------------------X Magistrate Leo T. Sorokin

## DECLARATION OF KEITH ALTMAN

I, Keith Altman declare and state as follows:

1. I incorporate my previously submitted declaration dated April 3rd, 2008.
2. The publicly available FDA Adverse Event Resporting System (AERS) and Spontaneous Reporting System (SRS) data contain almost 3.7 million adverse event reports. This FDA data contains almost 4 Gigabytes of data of information or the equivalent of 1,200,000 pages of text if printed out.
3. There are more than 29,000 adverse event reports in Pfizer's internal adverse event database for Neurontin as produced to plaintiffs. The database contains almost 1 Gigabyte of information or the equivalent of 300,000 pages of text.
4. As part of the document production in this case, the defendants produced almost 150,000 pages of source materials associated with the 29,000 adverse events related to Neurontin.
5. The summaries and charts I have created in this litigation are objective summaries of the above data. I did not exercise subjective judgment when preparing the summaries and all of the charts can be exactly reproduced.
6. On or about November 2, 2007, I personally prepared a DVD with the source data from which the above summaries and charts were derived with the exception of the publicly available FDA data that is already in the defendants' possession to the best of my knowledge. I personally sent this DVD to Defendants' counsel, Lori McGroder at Shook Hardy Bacon, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2st day of May, 2008, in Massapequa Park, NY.

Keith Altman