EXHIBIT 11

**From:** Alex Ruggieri [mailto:aprmd@roadrunner.com]
**Sent:** Friday, February 08, 2008 5:33 PM
**To:** 'steven.galson@fda.hhs.gov'
**Subject:** Scientific Concerns

Dear Dr. Galson,

I am a physician, pharmaco-epidemiologist, medical scientist, informaticist and data management expert, and consultant in the area of drug safety.

It was with concern and perplexity that I read of the publication of a CDER alert regarding suicidal related medical events and anti-epileptic agents. I have for the past 6 months been working with client specifically on this issue and had the opportunity to intensively review all the preapproval and post approval safety data relative to suicide and suicide related morbidities. For the specific anti-epileptic agent I evaluated there was no evidence of excess suicide or suicide related mortality. My findings were in direct conflict with a statement in the FDA Alert which states "The results were generally consistent among the eleven drugs". I am wondering whose science is off, mine or CDER's, or the FDA reviewers who reviewed the data pertinent to these drugs that led to their approval with no such warning.

A reasonable assumption is that every prescriber of anti-epileptic drugs whether to treat epilepsy or other conditions for which they are sometimes used understands the high background rate of suicide and suicide related morbidity in the populations with those conditions, and as competent physicians would be sensitive to those risks regardless of their medication regimen. The CDER Alert gives a very confusing message. It states that as a result of this finding physicians should not stop prescribing these agents and that these findings do not suggest that there is a causal relationship between the anti-epileptic agents studied. As a physician with 18 years of practice experience I do not see how this alert is helpful or informative to your constituency, presumably the prescribing community and tax-paying citizens.

From a scientific perspective, I cannot understand the scientific rationale for aggregating clinical trial data across an entire therapeutic class, especially a therapeutic class aimed at conditions rife with the potential for confounding by indication. The 11 drugs studied despite their therapeutic having common therapeutic intent really are quite different pharmacologically and pharmaco-kinetically. Is it a standard practice to aggregate all drugs with a common indication for drawing safety inference? Does this mean that CDER should, would, or will do an aggregate safety analysis of all antihypertensive drugs because reserpine is associated with depression and suicidality, or will do a similar analysis for all antiviral agents only because alpha interferon  is associated with depression and suicidality?

In the Anti-epileptic alert issued by CDER requests were made to physicians to report similar events to the Med Watch system, yet no mention was made of use of analyses using data from the FDA Adverse Event Reporting System (AERS). Certainly there is data there already relevant to this issue. Why has data from that source not been analyzed or if such an analysis has been performed why were the conclusions not presented from those analyses? Why burden providers with request to utilize this reporting system if you don't analyze the data therein?

The alert statement also mentions that the "***FDA intends to update this document when additional information or analyses become available".*** Does this mean that the "jury" is still out on this issue and the FDA is pursuing other data for a more definitive conclusion? To respond in the affirmative would

certainly be consistent with appropriate scientific approaches recommended in the FDA's own guidance documents on good practices for risk assessment and post market pharmacovigilance.

I have great admiration for all who work at the FDA for their dedication and scientific expertise which often can unfairly challenged when scientific thinking finds itself in the political crosshairs. Forming disturbing prelude to this alert are letters retrievable over the Internet from plaintiff's attorneys leading class action lawsuits involving anti-epileptics to Dr. Katz, the Director of the division in CDER, that oversees this class of drugs.  These letters are copied to a number of political leaders that share a common bias that has been critical of the FDA, and also affiliation to a political party predicted to soon assume electoral control over all government agencies. I shudder to think that these facts are mere coincidence, however because of scientific concerns raised in the above paragraphs I cannot easily dismiss the hypothesis that the alert by CDER contains some tinge of inaugural preparation for career continuity than a science driven conclusion useful to health care providers and patients.

Sincerely


Alexander P Ruggieri, MD MHS
President and Chief Medical Officer

MedCognition
1555 E Jefferson Way
Simi Valley, CA 93065
805.433.4336 : 805.368.3600
alex @ medcognition.com