UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                :
        SALES PRACTICES AND                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION       :
                                            :   Judge Patti B. Saris
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:                   :   Magistrate Judge Leo T. Sorokin
                                            :
ALL PRODUCTS LIABILITY CASES                :
IDENTIFIED ON EXHIBIT 1 TO THE              :
DECLARATION OF SCOTT W. SAYLER, ESQ.        :
                                            :
------------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. My name is Andrew G. Finkelstein. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee. I have personal knowledge of the matters stated below in this declaration.

2. This declaration is made in response to the reply papers submitted by Defendants Pfizer Inc. and Warner-Lambert Company LLC's in connection with Defendants' Motion for Summary Judgment. (ECF Doc. # 1243.)

3. Attached hereto as Exhibit 1 is a true and correct copy of the FDA Manual of Policies and Procedures policy MAPP 6020.10 dated July 2, 2003 concerning "Dear Health Care Professional" letters.

4. Attached hereto as Exhibit 2 is a true and correct copy of Volume 1 of the Neurontin Annual Report for 12/96-11/97.

5. Attached hereto as Exhibit 3 is a true and correct copy of FDA Alert for Healthcare Professionals on Accutane dated 11/2005.

6. Attached hereto as Exhibit 4 is a true and correct copy of portions of the deposition testimony of Dr. Atul Pande dated 9/20/2007.

7. Attached hereto as Exhibit 5 is a true and correct copy of FDA Alert for Healthcare Professionals on Bextra dated 04/07/2005.

Dated: May 2, 2008

      **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein
FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiffs
436 Robinson Avenue
Newburgh, NY 12550
Tel.: 845-562-0203
Fax: 845-562-3492

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 2, 2008.

      **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein