EXHIBIT 4

**Neurontin Pfizer Sales_Marketing Team**
**Pande, Atul MD (Pfizer)**
**9/20/2007**

523

1  do two studies. Is that correct?
2      A.    For acute mania, that's what I
3  described, yes.
4      Q.    But by two studies, does that mean
5  double-blind, placebo studies, or blinded placebo
6  studies?
7      A.    Well, they're required to be controlled
8  studies. And I think I would be overstating to say
9  that they necessarily have to be placebo-controlled
10 studies but they have to be controlled studies. They
11 could have an active comparator, and the FDA would
12 accept the data if it shows evidence of efficacy for
13 the experimental -- experimental drug.
14     Q.    You also indicated there would have to
15 be safety studies in a sizable number of patients,
16 and I jotted down the figure one thousand to 1,500
17 patients as a general zone of the number of patients
18 being studied. Is that kind of what you were trying
19 to tell me?
20         MS. McGRODER: Object to form, misstates
21 his testimony.
22     Q.    That's why I asked what you were trying
23 to tell me.
24     A.    Yes, that's generally what FDA
25 guidelines state for a New Drug Application.

524

1      Q.    Was the study that you described at some
2  length earlier today, the double-blind, placebo study
3  945-209, was that one of the kinds of studies that
4  would have been acceptable for supporting a New Drug
5  Application if, of course, it had shown, I believe
6  you said the phrase "substantial efficacy"?
7      A.    The Study 945-209, and I believe I've
8  said this at least a couple of times, was an
9  exploratory study that was intended to look for any
10 evidence of efficacy in bipolar disorder. And the --
11 in regulatory submissions, studies that are
12 exploratory studies are treated by the FDA as
13 supportive evidence if they happen to show evidence
14 of efficacy, but in themselves they would probably
15 not be considered sufficient to attain approval.
16     Q.    Is it fair to say that
17 Pfizer/Warner-Lambert did not do, then, any of the
18 three steps that you described to obtain a New Drug
19 Application for indication for Neurontin for the
20 treatment of bipolar or other psychiatric conditions;
21 that is, the two studies and the safety study?
22         MS. McGRODER: Object to form.
23     A.    You're talking about the two studies of
24 efficacy --
25     Q.    Yes, sir.

525

1      A.    -- and the safety study that I described
2  as being necessary for -- at a minimum for an NDA?
3      Q.    Yes, sir.
4      A.    Yes, they did not do it.
5      Q.    All right, sir. And were you aware
6  during the period of time that you were employed in
7  some capacity with Pfizer/Warner-Lambert/Parke-Davis
8  that Neurontin was being dispensed by pharmacists
9  pursuant to prescriptions by doctors off-label for
10 the treatment of psychiatric conditions?
11     A.    I knew that it was being prescribed. I
12 think -- I think you're talking about pharmacists
13 dispensing. I hate to go there because I have no
14 knowledge how that process actually happens.
15     Q.    I probably overstated the process.
16     A.    Yeah, yeah.
17     Q.    Were you aware that doctors were giving
18 patients Neurontin, however it was delivered to those
19 patients, Neurontin, for the treatment of those
20 psychiatric conditions during that time period?
21         MS. McGRODER: Object to form.
22     A.    What time period?
23     Q.    The period at which you were employed at
24 Parke-Davis/Warner-Lambert/Pfizer.
25     A.    1994 to 2005 is what you're referring