UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ----------------------------------------------------------------x : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, : | |
| SALES PRACTICES AND : | Master File No. 04-10981 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | Judge Patti B. Saris |
| ----------------------------------------------------------------x | |
| : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| ALL PRODUCTS LIABILITY CASES : | |
| : | |
| ----------------------------------------------------------------x | |

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S MOTION TO EXCLUDE THE TESTIMONY OF DOCTORS TRIMBLE, KRUSZEWSKI AND BLUME ON THE ISSUE OF GENERAL CAUSATION**

In connection with the pending motion by Defendants Pfizer Inc. and Warner-Lambert Company LLC to exclude the testimony of Doctors Trimble, Kruszewski and Blume on the issue of general causation, ECF Doc. # 1157, Products Liability Plaintiffs respectfully submit for the Court's consideration a copy of the Opinion of the Supreme Court of Kentucky, in *Hyman & Armstrong, P.S.C. v. Gunderson,* 2008 Ky. LEXIS 114 (Ky. Sup. Ct. April 24, 2008).  This filing is intended to ensure that the Court and all counsel have ready access to the Opinion.  A true and correct copy of the Opinion is attached hereto as Exhibit A.

Plaintiffs believe that the Opinion will assist the Court in its deliberations, and is relevant to the issues under consideration in this matter, including:  the scientific reliability of adverse drug reports, de-challenge/re-challenge case reports, animal studies, and general chemical analogies to other anti-epileptic drugs; whether epidemiological studies are necessary to prove

general causation; and whether one can practically and ethically conduct an epidemiological study of the association of Neurontin with suicidality.

Dated:  May 6, 2008                                           Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:     /s/ **Andrew G. Finkelstein**
       Andrew G. Finkelstein, Esquire
       Finkelstein & Partners, LLP
       436 Robinson Avenue
       Newburgh, NY  12550

By:     /s/ **Jack W. London**
       Jack W. London, Esquire
       Law Offices of Jack W. London
         & Associates
       106 E. 6th Street, Suite 700
       Austin, TX  78701

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 6, 2008.

       /s/ **Andrew G. Finkelstein**
       Andrew G. Finkelstein, Esquire