UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

)
IN RE NEURONTIN MARKETING, SALES )
PRACTICES, AND PRODUCT LIABILITY )
LITIGATION )  MDL Docket No. 1629
_____ )  Master File No. 04-10981
)
THIS DOCUMENT RELATES TO )  Judge Patti B. Saris
)  Mag. Judge Leo T. Sorokin
*Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS* )
*Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS* )
*Cooper, et al. v. Pfizer Inc. et al., 1:05-cv-10834-PBS* )
_____ )

## MOTION TO DISMISS THE CLAIMS OF PLAINTIFFS REPRESENTED BY THE LEVI BOONE LAW FIRM PA FOR FAILURE TO COMPLY WITH THE COURT'S CERTIFICATION ORDERS

Defendants Pfizer Inc. and Warner-Lambert Company LLC (together, "Defendants") respectfully move, pursuant to the inherent powers of the court, to dismiss the claims of plaintiffs represented by the Levi Boone Law Firm PA for failure to comply with the Court's certification orders.

The grounds for this motion are set forth in the accompanying Memorandum of Law of Pfizer Inc. and Warner-Lambert Company LLC in Support of Their Motion to Dismiss the Claims of Plaintiffs Represented by the Levi Boone Law Firm PA for Failure to Comply With the Court's Certification Orders (the "Memorandum of Law").

In support of this motion, Defendants submit the Memorandum of Law and a Declaration of Pamela Macer.

WHEREFORE, Defendants respectfully request that the Court dismiss the claims of plaintiffs represented by the Levi Boone Law Firm PA.

## <u>REQUEST FOR ORAL ARGUMENT</u>

Defendants believe that oral argument may assist the Court and wish to be heard.  They therefore request oral argument on this motion on May 20, 2008, as previously scheduled by the Court.

Dated:  May 7, 2008

DAVIS POLK & WARDWELL

By:     /s/ James P. Rouhandeh
          James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By:     /s/ Scott W. Sayler
          Scott W. Sayler

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

          -and-

HARE & CHAFFIN

By:     /s/ David B. Chaffin
          David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred in a good faith effort the resolve the issue presented by this motion but were unable to do so.

/s/ David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 7, 2008.

/s/ David B. Chaffin
David B. Chaffin