UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

)
IN RE NEURONTIN MARKETING, SALES ) 
PRACTICES, AND PRODUCT LIABILITY )
LITIGATION ) MDL Docket No. 1629
_____) Master File No. 04-10981
)
THIS DOCUMENT RELATES TO ) Judge Patti B. Saris
) Mag. Judge Leo T. Sorokin
*Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS* )
*Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS* )
*Cooper, et al. v. Pfizer Inc. et al., 1:05-cv-10834-PBS* )
_____)

## DECLARATION OF PAMELA MACER

I, Pamela Macer, state, under the penalties of perjury, the following:

1.      I am a member of the bar of the Court.  I am co-counsel to Defendants Pfizer Inc.

and Warner-Lambert Company LLC (together, "Defendants").

2.      I make this declaration in support of Defendants' Motion to Dismiss the Claims of

Plaintiffs Represented by the Levi Boone Law Firm PA for Failure to Comply with the Court's

Certification Orders.

3.      Attached hereto as Exhibit A is a true and correct compilation of injuries alleged

by the Boone plaintiffs compiled from Exhibit B to the Jessie Allen Complaint and the text of the

Leroy Anderson and Mary Cooper Complaints.

4.      Attached hereto as Exhibit B is a true and correct list of individual plaintiffs for

whom the Boone Law Firm did not possess medical records at the time of certification.  I

personally reviewed all individual files and created the list.

5.      Attached hereto as Exhibit C is a true and correct chart of individual Boone

plaintiffs who produced pharmacy records only, and an accurate corresponding list of alleged

injuries taken from Exhibit B to the Jessie Allen Complaint and the text of the Leroy Anderson

and Mary Cooper Complaints.  I personally reviewed all records and created the chart including

the listing of alleged injuries.

6.      Attached hereto as Exhibit D is a true and correct chart of individual Boone

plaintiffs who produced both pharmacy and physician records, and an accurate corresponding list

of alleged injuries taken from Exhibit B to the Jessie Allen Complaint and the text of the Leroy

Anderson and Mary Cooper Complaints.  The chart also contains information from the produced

records.  I personally reviewed all records and created the chart including the listing of alleged

injuries.


SIGNED UNDER THE PENALTIES OF PERJURY
THIS 7th DAY OF MAY, 2008



/s/ Pamela Macer
Pamela Macer


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 7, 2008.


/s/ David B. Chaffin
David B. Chaffin