# EXHIBIT A

## ALLEGED INJURIES CAUSED BY NEURONTIN
## REPRESENTED BY LEVI BOONE LAW FIRM PA*

Eyes, Ears, Nose and Throat
1. Dry Mouth
2. Hearing
3. Ringing in the Ears
4. Strep Throat
5. Throat Soreness
6. Unspecified Vision Problems
7. Blurred Vision

Heart
8. High Blood Pressure
9. Low Blood Pressure
10. Irregular Blood Pressure
11. Congestive Heart Failure
12. Unspecified Heart Damage
13. Heart Flutters/Palpitations
14. Anyerius [sic] on the Aorta
15. Enlarged Heart
16. Open Heart Surgery

Bladder
17. Frequent Urination
18. Incontinent
19. Can't Urinate
20. Urinary Urgency
21. Blood in Urine

Kidney
22. Kidneys Weak – Pain for Pops [?]
23. Kidney Infections
24. Kidney Failure
25. Kidney Pain
26. Kidney Stones
27. Kidney Dialysis
28. Loss of Right Kidney

Liver
29. Scerosis [sic] of Liver
30. Liver Inflamed
31. Liver Enlarged
32. Unspecified Liver Damage
33. Liver Enzymes

Bowels
34. Blood in BM
35. Flatulence
36. Constipation

- 1 -

2891962v2

Stomach
37. Unspecified Stomach Problems
38. Stomach Aches
39. Bleeding Ulcers
40. Heart Burn
41. Nausea

Miscellaneous
42. Inflamed Pancreas
43. Paralysis of Internal Organs

Mental/Emotional Problems
44. Abnormal/Negative Thoughts
45. Amnesia/Memory Loss
46. Anger
47. Anxiety
48. Confusion
49. Depression
50. Disorientation/Light Headedness
51. Emotional Lability
52. Hallucination
53. Hearing Voices
54. Irritable
55. Nervousness
56. Suicide Attempt/Thought
57. Stress
58. Weird Feeling
59. Panic Attacks
60. Fighting
61. Restlessness
62. Dimenture [sic]
63. Behavior Change

Mobility
64. Abnormal Gait
65. Dizziness
66. Equilibrium Problems
67. Feet Lock up
68. Inability to Walk
69. In coordination [?]
70. Leg Amputation
71. Loss of Control of Legs
72. Loss of Strength/Energy
73. Bedridden
74. Confined to Wheelchair
75. Feels as if Falling When Sitting Down
76. Loosing Use of Muscles and Joints
77. Stints Put in Legs

2891962v2

Nerve Problems
78. Numbness in Face
79. Numbness in Feet and Hands
80. Numbness in Thumbs
81. Numb Lip
82. Seizures
83. Shaking Inside
84. Tingling Sensation

Pain
85. Abdominal Pain
86. Back Pain
87. Chest Pain/Tightness
88. Chronic Pain
89. Dull Hurt in Feet/Legs
90. Headaches
91. Increased Burning Sensation
92. Cramps in Left Leg
93. Chronic Pain in Whole Body
94. Muscle Pain

Skin Problems
95. Itchy Feeling
96. Skin Rash

Sleep Problems
97. Nightmares
98. Sleep Apnea
99. Deep Sleep

Miscellaneous Problems
100. Fluid Retention
101. Weight Gain
102. Fatigue
103. O.D.
104. Stroke
105. Blood Clot
106. High Blood Sugar
107. About to Bite Her Tongue
108. Staff Infection in Blood
109. Loss Bodily Functions
110. Passed Out 2x
111. Diabetes
112. Drowsiness
113. Hair Loss
114. Job Loss
115. Swelling of Extremities
116. Breathing Problems
117. Slurred Speech

* Compiled from Exhibit B to the Jessie Allen Complaint and text of the Leroy Anderson and Mary Cooper Complaints

- 3 -

2891962v2