# EXHIBIT B

## Certified Plaintiffs Without Medical Records
## Represented by Levi Boone III

1. Brenda Biggers
2. Gary Carter*
3. Nettie Coleman
4. Johnnie Collier
5. Mark Dye
6. Inez Fincher
7. Mollie Haliburton
8. Ann Hall
9. Donald Hogan
10. Harrell Howard
11. Dorothy Kiser
12. Elton Mason **
13. Johnnie Michael
14. Tommie Mills
15. Junaker Pigron
16. Charlene Reddix
17. Leslie Robbins
18. Carolyn Russell
19. Melvin Scott
20. Jermell Stevenson
21. Mary Thomas
22. Monnie Turner
23. Deborah Walker
24. Phillip Walker*
25. Richard Whitehall
26. Wayne Wilbourn

* Attorney Boone mailed pharmacy records for Mr. Carter and Mr. Walker to Defendants on March 31, 2008. However, the records contain fax stamps dated March 28, 2008, which would indicate that Mr. Boone did not have the records in his possession at the time he certified the plaintiffs.

** Attorney Boone mailed pharmacy records for Mr. Mason to Defendants on April 7, 2008. However, the records cover the period of 01/01/04 to 04/04/08 which would indicate that Mr. Boone did not have the records in his possession at the time he certified the plaintiff.

2889581v1