# EXHIBIT  C

**BOONE PLAINTIFFS**
**PHARMACY RECORDS ONLY**

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 1.   Abron, Angela | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Stomach problems, heart burn, tired all the time, suicide attempt, stressed, memory loss, heart problems |
| 2.   Adams, Nathan | Pharmacy (Prescription) | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Occasional numbness, suicide attempt |
| 3.   Anderson, Leroy | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 4.   Applewhite, Mary | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | High blood pressure, memory loss |
| 5.   Banks, Terry | Pharmacy | 1. No reference to alleged injuries | Nightmares, liver inflamed |
| 6.   Barber, Marie | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |

2904654v1

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 7. Barnes, Robert | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Light depression |
| 8. Batte, Irene | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss |
| 9. Bearden, Jerrell M | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 10. Blaylock, Joseph | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, suicidal thoughts |
| 11. Booker-Meeks, Helen | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | High blood pressure |
| 12. Bouie, Frances | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Weight gain, depression |
| 13. Bratcher, John | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, memory loss |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 14.  Brinkley, Carl | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss |
| 15.  Brinson, Tamara | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Abnormal thinking, memory loss |
| 16.  Brooks, Darrell | Pharmacy (Photocopy of Bottle) | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss |
| 17.  Calorgero, Lisa | Pharmacy (Prescription) | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Heart problems, blood pressure, bladder problems |
| 18.  Campbell, Minnie C. | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, high blood pressure |
| 19.  Carson, Corine | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, blood pressure |
| 20.  Cartwright, Keba | Pharmacy (Prescription) | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Bad memory loss, headaches, severe depression |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 21.  Castellane, Mary Ann | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, kidney problems, depression |
| 22.  Christman, Kathy | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, some anxiety, depression |
| 23.  Clark, Emma | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, suicidal thoughts |
| 24.  Clarke, George | Pharmacy (Prescription) | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Kidney problems |
| 25.  Cole, Contessa | Pharmacy (Photocopy of Bottle) | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | High blood pressure |
| 26.  Collins, Everlernn | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, high blood pressure |
| 27.  Conguista, Johnnie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, kidney problem, dry mouth |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 28.   Cooper, Mary | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 29.   Creswell, Mamye | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Heart and liver damage |
| 30.   Crumble, Cora L. | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Suicidal thoughts |
| 31.   Darling, Jimmy | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Great memory loss, suicidal thoughts, depression, heart beats fast, not going as often |
| 32.   Davis, Caroline | Pharmacy (Prescription) | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Nervous/panicky, memory loss, kidney problem |
| 33.   Davis, Levi | Pharmacy (Prescription) | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Dizzy |
| 34.   Delotta, Serboya | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Seizures, memory loss, stroke, depression |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 35.  Dicus, Tony | Pharmacy (Prescription) | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, high blood pressure, thought he was having heart problems |
| 36.  Dillon, Alton | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | High blood pressure, nausea |
| 37.  Dotson, Brenda | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Seizures, memory loss, stroke, depression |
| 38.  Drennan, Shirley | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 39.  Duvall, Catherine | Pharmacy | 1. No reference to alleged injuries | Thoughts of suicide, memory loss, depression, anger |
| 40.  Edwards, Annie | Pharmacy | 1. No reference to alleged injuries | Sleepy, out of it |
| 41.  Edwards, Parlee | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss |
| 42.  Ellis, Pamela | Pharmacy (Scheduled Order for Medications) | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | High blood pressure, memory loss |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 43.  Evans, Lillie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, memory loss |
| 44.  Fields, Texcellar (Estate) | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Heart problems |
| 45.  Fiffer, Sallie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Problem with bowels, abnormal thinking, memory loss |
| 46.  Gardner, Alma | Pharmacy (Prescription) | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Light-headedness, depression |
| 47.  Gibson, Andrew Frederick | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Dizziness, now on kidney dialysis |
| 48.  Gildon, Beneal | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Liver problems, abnormal thinking |
| 49.  Gilmer, Walter | Pharmacy (Prescription) | 1. No reference to alleged injuries | Abnormal thinking, memory loss |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 50. Glass, Shannon | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Depression, suicidal thoughts, anxiety, nervousness |
| 51. Green, Larry | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Depression, memory loss, high blood pressure. stomach pain, inflamed pancreas |
| 52. Greer, Claudette | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Weight gain, memory loss |
| 53. Gregory, Emma | Pharmacy | 1. No reference to alleged injuries<br>2. Records are for Emma Eiland | Abnormal thinking, memory loss |
| 54. Griffin, Linda (Estate) | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Depression, suicidal thoughts, kidney infections |
| 55. Grinston, Fannie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | None |
| 56. Hales, Linda | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Loss job, will to live, almost O.D. |

2904654v1

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 57.  Hall, Willie, Jr. | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Blood in urine and bowel movements, throwing up, depressed |
| 58.  Hamilton, Cora | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, very depressed |
| 59.  Haney, Jerry | Pharmacy (Photocopy of Bottle) | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Disorientation, memory loss, kidney pain, depression |
| 60.  Haney, Margaret | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, severe depression (only mild before), kidney problems, high blood pressure (already had HBP) |
| 61.  Hannah, Robert | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Abnormal thinking, memory loss |
| 62.  Hardy, Tommy | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Kidney---urinary urgency, memory loss, depression |
| 63.  Harris, Christina | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Numbness in face, memory loss, high blood pressure, nervousness |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 64. Harris, Clarence | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Numbness in feet and hands, abdominal pain, back pain, dizziness, balance problems, etc. |
| 65. Harris, Freddie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, memory loss |
| 66. Harrison, Gloria | Pharmacy (Medication/ Drug Use Profile) | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Severe memory loss, high blood pressure, enlarged heart, worse depression |
| 67. Harveston, Linda | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Sleepy, nausea, suicidal thoughts |
| 68. Haslett, Gregory | Pharmacy | 1. Records indicate patient purchased generic gabapentin, not Neurontin<br>2. No reference to indication for which prescribed<br>3. No reference to alleged injuries | Memory loss, depression, high blood pressure |
| 69. Hasselbach, Lavurne | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Liver problems, memory loss |

2904654v1

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 70.  Hayes, Florence (Estate) | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | High blood pressure |
| 71.  Haynes, Charles | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 72.  Henry, Carl | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Stomach problems, sleep, dizzy |
| 73.  Henry, Wade | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | High blood pressure, memory loss |
| 74.  Hentz, Daisy | Pharmacy (Prescription) | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss |
| 75.  Hill, Leona | Pharmacy (Prescription) | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Feet lock up, can't walk, headaches |
| 76.  Hilton, Alma | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, suicidal thoughts, TMI stroke |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 77.  Hirsch, Linda | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Tingling sensations, depression, memory loss, agitation |
| 78.  Holmes, Evia | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, weight |
| 79.  Hony, William | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss |
| 80.  Hoover, Ruby | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Dizziness, headache, nervousness, weight gain |
| 81.  Howard, Ethel Mae | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, memory loss |
| 82.  Hunter, James | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 83.   Hunter, Lillie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Incontinent, memory loss, heart problems, high blood pressure, depression |
| 84.   Ingram, Charles | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abdominal pain, blurred vision, constipation, dizziness, loss of energy, nervousness |
| 85.   Jackson, Bettye | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, depression |
| 86.   Jackson, Irma | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Mini stroke |
| 87.   Jackson, Mattie D. | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Heart problems, memory loss, depression |
| 88.   Jackson, Patsy | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss |
| 89.   Jackson, Shonda | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Dizziness, depression, memory loss, hears voices |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 90. Jefferson, Macatherine | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Kidney failure, high blood pressure, depression |
| 91. Johnson, Cheryl | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Depression |
| 92. Johnson, Doris | Pharmacy | 1. No reference to alleged injuries | Suicidal thought, depression, memory loss |
| 93. Johnson, Lakesha | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Dizziness, dry mouth, nervousness, sleepiness, weight gain, weight increase |
| 94. Johnson, Lena | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Short memory loss, severe depression, suicidal thoughts, urinary frequency |
| 95. Johnson, Margaret Pat | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Anxiety, depression |
| 96. Johnson, Ollie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Legs weak, stroke in whole right side, balance problems, blurred vision, dizziness, loss of energy/strength, sleepiness, staggering gait, swelling of legs |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 97.  Johnson, Velma | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss |
| 98.  Jones, Henry | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Drowsiness, nervousness, liver problems, high blood sugar, heart problems, headaches, fatigue, abdominal pain |
| 99.  Jones, Rosie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Nervousness |
| 100.  Jones, Sherita | Pharmacy (Prescription) | 1. No reference to indication for which prescribed<br>2. Handwritten list of "injuries" written on prescription differ from alleged injuries. | High blood pressure, depression |
| 101.  Jordan, Edward | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Kidney problems, high blood pressure, light strokes, memory loss |
| 102.  Knight, Falisha | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Heart flutter, right side of face feels numbness |
| 103.  Kyle, Christopher | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, blurred vision, depression, loss of energy, headache, incordination [sic] |

2904654v1

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 104.  Landrum, Henry | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Streppthroat, loss of control of legs, anxiety attack, light stroke, memory loss, depression |
| 105.  Langdon, Birdie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Kidneys---infection, fluid pills, incontinent, memory loss, depression |
| 106.  Lawson, Mary | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory, high pressure, stoke in left eye |
| 107.  Lee, Beatrice | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | About to bite her tongue, dry mouth, depression, suicidal thoughts, felt like she was in another world, light stroke |
| 108.  Lee, Diann | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, high blood pressure |
| 109.  Lepard, Dawn | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, depression |
| 110.  Lesure, Frank | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, bad dreams |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 111. Lewis, Jackie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Depression, short term memory loss, kidneys – sometimes can't go |
| 112. Lipsey, Minnie | Pharmacy (Prescription) | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, memory loss |
| 113. Lofton, Bobby | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, suicide ideation, kidney problem (go more than 4x a day), depression |
| 114. Lott, Dorothy | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 115. Lott, Lula | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Heart flutters (?), depression, suicidal thoughts |
| 116. Lucas, Jannie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Not sure |

2904654v1

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 117.  Maddox, Pearlie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 118.  Maggett, Bobbie | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Kidney trouble – lose control, memory loss – mostly short term |
| 119.  Martin, Shirley | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 120.  Martinson, Dorothea | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, liver damage, attempted suicides |
| 121.  McBeath, Patricia | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Liver, heart failure, memory loss, kidneys weak, retain fluids, abnormal thinking, skim rash, weight gain, loss of energy, emotional lability |
| 122.  McClendon, Charlie | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Stomach aches, abnormal thinking, amnesia, emotion lability |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 123. McCoy, Marquita | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Suicidal thoughts |
| 124. McCullar, Grady | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Depression (hospitalized for depression...and then he started drinking and he had suicidal thoughts), kidney (urinary urgency and had infections), liver problems, short term memory loss |
| 125. McDonald, Sherman, Jr. | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, suicidal thoughts |
| 126. McGowan, Lorraine | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, coordination problems, memory loss, fatigue, depression, dizziness |
| 127. McIntee-Nelson, Martha | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, liver damage |
| 128. Meeks, Virgine | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, depression |
| 129. Melvin, Laperial | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, memory loss |

2904654v1

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 130. Miles, Osby | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Depression, suicidal thoughts, memory loss |
| 131. Miller, Betsy | Pharmacy & Medication List | 1. No patient name on pharmacy record<br>2. Handwritten medication list<br>3. Dates on records do not match<br>4. Doctor's names do not match on records<br>5. No reference to indication for which prescribed<br>6. No reference to alleged injuries | Suicidal thoughts, high blood pressure |
| 132. Mitchell, Ava | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Threatened a stroke, severe depression, heart problems, high blood pressure, memory loss, kidney problems, balance |
| 133. Mitchell, Blanchie | Pharmacy | 1. Records are for Blanchie Johnson<br>2. No reference to indication for which prescribed<br>3. No reference to alleged injuries | Memory loss, high blood pressure, urinary urgency |
| 134. Mitchell, Prince E. | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss |

2904654v1

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 135.  Moore, Jacilet | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Abnormal thinking, memory loss |
| 136.  Mosley, Lashundria | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Suicidal thoughts and fighting, memory loss, kidney infections, high blood pressure |
| 137.  Murray, Linda | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Depression, memory loss, kidney problems going too often |
| 138.  Neal, Debra | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Elevated blood pressure, suspicious thoughts, apprehensive thoughts |
| 139.  Newsome, Maybelle | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Abnormal thinking, back pain, abdominal pain, emotional lability, fatigue, nervousness |
| 140.  O'Braint, Doris | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Abnormal thinking, memory loss |
| 141.  O'Bryant, Helen | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Liver problems, abnormal thinking, memory loss, emotional lability |

2904654v1

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 142.  O'Neal, Lewis Jr. | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | None |
| 143.  Odom, Tommie | Pharmacy (Photocopy of Bottle) | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, hair loss |
| 144.  Parks, Helen | Pharmacy (Prescription) | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Speech slur, memory loss, suicidal thoughts, mini strokes, numbness in thumbs |
| 145.  Patton, Curtis | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, suicidal thoughts |
| 146.  Pearson, Annie | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Depression |
| 147.  Pearson, Ethel | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 148.  Phillips, Kathy | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Numb lip, memory loss |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 149.  Pierce, Donna | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 150.  Plant, Rodney | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 151.  Poindexter, Annie | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Liver damage, liver enzymes elevated, depression, kidney stones |
| 152.  Posey, Jacqueline | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Abdominal pain, back pain, blurred vision, fatigue, constipation, high blood sugar, weight gain |
| 153.  Potts, William | Pharmacy (Prescription) | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | High blood pressure |
| 154.  Powell, Delories | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Depression, memory loss |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 155.  Price, Jerry | Pharmacy (Package Insert) | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Suicidal thoughts |
| 156.  Primer, Janice | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | High blood pressure, mood swings, depression |
| 157.  Quimby, Cynthia | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Liver damage, diabetic, high blood pressure, suicidal thoughts |
| 158.  Rankin, Cheryl | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, suicidal thoughts |
| 159.  Ray, Vera | Pharmacy | 1.  Record is mostly illegible<br>2.  Patient name handwritten – not on original record<br>3.  No reference to indication for which prescribed<br>4.  No reference to alleged injuries | Skin rash, severe depression, vision problems, restlessness |
| 160.  Readus, Barbara | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Dizzy, memory loss, high blood pressure |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 161. Rhodes, Patricia | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 162. Rippy, Sallie E. | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Loss right kidney |
| 163. Roberts, Kathy | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | High blood pressure, memory loss, depression, kidney (infections) |
| 164. Robinson, R.C. | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, urinary urgency, depression |
| 165. Rose, Mary | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Rapid heart beats, cramps in left legs, dizziness |
| 166. Sample, Deloise | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 167.  Sampson, Samuel | Pharmacy (Prescription) | 1.  Record consists of one prescription of generic gabapentin substituted for Neurontin.<br>2.  No proof of purchase of Neurontin<br>3.  No reference to indication for which prescribed<br>4.  No reference to alleged injuries | Back pain, depression, high blood pressure |
| 168.  Sanders, Cherry | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Blood pressure irregular, weight gain, depression |
| 169.  Sashfras, Shirley | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Loss of feeling in her arms and legs, numbness, memory loss |
| 170.  Sayles, Jimmy | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Depression, heart – chest pains and now has high blood pressure, kidney – has to go very often |
| 171.  Scott, Clarissa (Estate) | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Kidney problems, staggering, high blood pressure, nerve problems |
| 172.  Scott, Grace | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, depression, stroke, heart attack, open heart surgery, staff infection in blood |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 173.  Scott, Vanessa | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Depression, memory loss, chest pains |
| 174.  Shaw, Kennedy | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Headaches, memory loss |
| 175.  Shepherd, Debra | Pharmacy (Photocopy of a Neurontin bottle) | 1.  No patient name on bottle<br>2.  No proof of purchase<br>3.  No proof of prescription<br>4.  No reference to indication for which prescribed<br>5.  No reference to alleged injuries | Stroke affecting speech. memory, walking, balance and sight |
| 176.  Shields, Bridgette | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss |
| 177.  Shields, Pam | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Has high blood pressure (had before) but made depression worse, kidney problems, liver abnormality |
| 178.  Shields, Sara | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, strokes, high blood pressure, depression |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 179.  Sims, Aaron | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, depression, kidney problem |
| 180.  Singletary, Fletcher | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, kidney failure |
| 181.  Skinner, Lashonda | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Sick in stomach, depression, headaches, abnormal thinking, emotional lability |
| 182.  Smiley, Tony B. | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, depression |
| 183.  Smith, Andrew | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 184.  Smith, Eugene | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, memory loss |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 185. Smith, Jannie Mae | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 186. Smith, Louisa | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 187. Smith, Retha | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, kidney problems, memory loss, emotional lability |
| 188. Smith, Ronnie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | High blood pressure, depression |
| 189. Smith, Ruby Maxine | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Depression, memory loss |
| 190. Stagg, Jerry | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | More depressed, memory loss, chest complaints |

2904654v1

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 191. Stampley, Darlene | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | High blood pressure, memory loss, chronic pain and anxiety |
| 192. Starks, Barbara | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Loosing use of muscles and joint |
| 193. Staten, John | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, high blood pressure |
| 194. Steele, Bobby | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, memory loss |
| 195. Steverson, Carl | Pharmacy | 1. No reference to alleged injuries | Itchiness, memory problems, depression, mind plays tricks on him, nerve related kidney problems |
| 196. Sullivan, Debbie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Dizzy |
| 197. Taylor, Cecil | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Stroke, heart problems |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 198. Taylor, Dorian | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, memory loss |
| 199. Taylor, Lorene | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Blood pressure increased, memory loss, heart palpitations, very bad anxiety, nausea |
| 200. Terry, Lanelle | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Suicidal thoughts, kidney problems, nervous condition |
| 201. Thomas, Brenda | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, memory loss |
| 202. Thomas, Chester | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Depression, memory loss |
| 203. Thomas, Cynthia | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Unknown |
| 204. Thomas, Dixie | Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abdominal pain, balance problems, emotional lability, loss of strength/energy |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 205. Thomas, Erestia | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Hallucinations, depression, memory loss, more severe high blood pressure |
| 206. Thompson, Martha | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Abnormal thinking, memory loss |
| 207. Tollison, Lanelle | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | None |
| 208. Tolliver, Dorothy | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Memory loss, headaches |
| 209. Townsend, Dan | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Memory loss, high blood pressure |
| 210. Townsend, Morris Edwin | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Abnormal thinking, memory loss |
| 211. Trim, Michael | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Depression, suicidal thoughts |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 212.  Tutor, Benjamin | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Suicidal thoughts, confused all the time, weight gain, couldn't finish nurse practitioner school because NTN did not control bi-polar |
| 213.  Vail, Larry | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Chronic pain in whole body, memory loss |
| 214.  Wade, Lula | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Dimenture (dementia?) |
| 215.  Walterine, Wildee | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Kidney problem, heart problems, memory loss |
| 216.  Walters, Shirley A. | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Made depression worse, suicidal thoughts, congestive heart failure, kidneys – not able to go |
| 217.  Warfield, Katherine (Estate) | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, heart attack, high blood pressure, depression |
| 218.  Washington, Della | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Feel herself shaking inside, blurred vision, constipation, dizziness, dry mouth, headache, loss of strength/energy, nervousness |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 219.  Washington, Rosa | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Abdominal pain, memory loss, blurred vision, dizziness, high blood pressure, weight gain |
| 220.  Wasson, Annie Helen | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Constant ringing in her ear, memory loss, attempted suicide, high blood pressure |
| 221.  Watson, Joyce | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Heart attack, high blood pressure, bleeding ulcers, depression |
| 222.  Whittington, Wendall | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, bladder problem (loss of control), diabetes |
| 223.  Wilburn, Barbara Larry | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, muscle pain |
| 224.  Williams, Bobbie | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Leg amputated, kidney failure, high blood pressure |
| 225.  Williams, Eloise | Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, high blood pressure, weight problems |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 226. Williams, Eugie | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Claim that he had all side effects |
| 227. Williams, Nolan | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Depression, high blood pressure, heart trouble, memory loss |
| 228. Williams, Taylor | Pharmacy (Photocopy of Bottle) | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Kidney problems |
| 229. Wilson, Lakeisha | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Tired |
| 230. Womack, Francis | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Memory loss, depression |
| 231. Young, Barbara | Pharmacy (Photocopy of Bottle) | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Worse depression, worse high blood pressure, possibly memory loss |
| 232. Young, Reshedia | Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |