# EXHIBIT  D

**BOONE PLAINTIFFS**
**WHICH INCLUDE MEDICAL RECORDS**

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 1.    Adams, Lois | Medical & Pharmacy | 1.  No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 2.    Adams, Mary | Medical & Pharmacy | 1.  No reference to alleged injuries | Seizures, worse high blood pressure, memory loss |
| 3.    Aldridge, Linda | Medical & Pharmacy | 1.  Record states, "Generally, she is significantly improved since the last visit.  She reports sleeping better with less pain since adding the Neurontin."<br>2.  Record states, "Side effects to medication are denied."<br>3.  No reference to alleged injuries | Memory loss, back pain |
| 4.    Allen, Jessie | Medical & Pharmacy | 1.  No reference to indication for which prescribed<br>2.  Record states, "Doing well on medications."<br>3.  No reference to alleged injuries | High blood pressure, suicidal thought |
| 5.    Allen, Vivian | Medical & Pharmacy | 1.  No reference to indication for which prescribed<br>2.  No reference to alleged injuries | Memory loss, suicidal thoughts |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 6. Ashford, Mary | Medical & Pharmacy | 1. Record states, "She says that her pain is much better as long as she takes the Neurontin."<br>2. No reference to alleged injuries | Kidney problems, memory loss |
| 7. Barbee, Jimmie | Medical & Pharmacy | 1. No reference to alleged injuries | Heart damage, kidney trouble-frequent urination, memory loss |
| 8. Bass, Teresser | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss |
| 9. Beckum, Martha | Medical & Pharmacy | 1. Record states, "Neurontin definitely helps her pain and she is taking three a day."<br>2. No reference to alleged injuries | Had cancer, made her feel weird, memory loss |
| 10. Beckum, Sue | Medical & Pharmacy | 1. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |

2892379v3

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 11.   Bennett, Vannilla | Medical & Pharmacy | 1. Record states, "She also tells me that Neurontin has been helping her symptoms."<br>2. On date Neurontin was prescribed, record indicates patient is "morbidly obese black female with past medical history significant for hypertension" [hypertension is the alleged injury] | High blood pressure |
| 12.   Benson, Cassandra | Medical & Pharmacy | 1. No reference to alleged injuries | Memory loss, heart flutters |
| 13.   Benton, Ledora | Medical & Pharmacy | 1. No reference to alleged injuries | Memory loss |
| 14.   Berry, Audrey | Medical & Pharmacy | 1. No reference to alleged injuries | Memory loss, stomach problems, an anyerius [sic] on the aortic |
| 15.   Bland, Elizabeth | Medical & Pharmacy | 1. No reference to alleged injuries | Nightmare, suicidal thoughts |
| 16.   Bowyer, Carol | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Tired, out of it, negative thought, over active bladder, heart palpitations |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 17.  Broome, Betty | Medical & Pharmacy | 1. Record indicates, "She said the Neurontin is helping a lot." and "She has had no problems taking 3600mg a day of Neurontin. In fact, she is doing much better on it. She is complaining of no new problems since I last saw her."<br>2. No reference to alleged injuries | Kidney problems, memory loss, depression, high blood pressure |
| 18.  Brown, Jessie | Medical | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, high blood pressure. |
| 19.  Brown, Thomas | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | None |
| 20.  Bryson, Bobbie | Medical | 1. No reference to indication for which prescribed<br>2. Records indicate Neurontin made patient dizzy but alleged injuries are heart and kidney problems and depression.<br>3. No reference to alleged injuries | Worse heart problems, kidney problems, depression |
| 21.  Cannon, Lillie | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | None |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 22.  Carroll, Roy | Medical & Pharmacy | 1. Record states, "Reports manageable pain level at this time with current meds: gabapentin, tramadol, muscle relaxant."<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 23.  Collier, Claiborne | Medical & Pharmacy | 1. Records state, "He's currently on Neurontin 800 mg tablets taking 3 tablets bid.  This helps him a great deal and he gets tremendously worse without it." and "Mr. Collier found that when he stopped the Neurontin his right side did indeed start to hurt more so we know it was helping." and "…the higher dose of Neurontin is definitely helping a lot more.  He's basically satisfied with his pain control..."<br>2. No reference to alleged injuries | Confined to wheelchair |
| 24.  Conn, Donald | Medical & Pharmacy | 1. No reference to alleged injuries | Deep depression |
| 25.  Craig, Katie | Medical & Pharmacy | 1. No reference to alleged injuries | Severe headaches, high blood pressure, bladder and kidney trouble |
| 26.  Crapps, Ruby | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries except weight gain which is an identified side effect. | Back pain, blurred vision, loss of strength or energy, dizziness, fatigue, weight gain, skin rash |

| | PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|---|
| 27. | Criss, Lynette | Medical & Pharmacy (Photocopy of Bottle) | 1. No reference to alleged injuries | Depression, emotional lability, equilibrium was off causing to fall |
| 28. | Crystian, Theodore | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. Records list depression on undated record that lists medications – list does not include Neurontin. Records also list major depressive disorder as a 10% disability but date and type of record is unclear.<br>3. No reference to other alleged injury. | Chest pain, depression |
| 29. | Cunningham, Linda | Medical & Pharmacy | 1. Records indicate pt suffered from depression prior to taking Neurontin – two months after beginning Neurontin, record states, "Depression is resolved.<br>2. No reference to other alleged injuries | Kidneys weak-pain for pops, depression |
| 30. | Darby, Alford | Medical & Pharmacy | 1. Record shows medication for depression<br>2. No reference to other alleged injuries | Memory loss, depression, kidney problems, stroke |
| 31. | Dillon, Marshall | Medical & Pharmacy (Prescription) | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Abnormal thinking, memory loss |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 32. Edmonds, Mary Jane | Medical & Pharmacy | 1. Record states, "Peripheral neuropathy adequate control on Neurontin and Tylenol.<br>2. No reference to alleged injuries | Memory Loss, abnormal thinking, abnormal gait, (frequent falls), kidney infections, urinary frequency, dizziness |
| 33. Ellis, Samuel | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss (diagnosed with Alzehemier in July 2004), depression (crying), suicidal thoughts |
| 34. Epps, Clara | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Memory loss, depression, would be in deep sleep |
| 35. Everett, Gregory Linn | Medical & Pharmacy | 1. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 36. Fisher, Michael | Medical & Pharmacy | 1. No reference to alleged injuries | Chest feels tight, memory loss, hard to breathe |
| 37. Fleming, Ethel | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | She has low blood pressure now, but had high blood pressure before taking drug. |

2892379v3

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 38. Forbes, Glen | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. Record states on 7-12-06, "37 yo male c/o depression & being emotional – wants to stop taking Neurontin & wants to change Effexor XR." No reference to suicidal thoughts.<br>3. Exhibit B to Complaint indicates plaintiff still taking Neurontin.<br>4. No reference to other alleged injuries | Suicidal thoughts, memory loss, kidney problems |
| 39. Ford, Faith | Medical | 1. No reference to indication for which prescribed<br>2. Record shows long history of depression and difficulty coping with life. Problems with crystal meth and crack cocaine.<br>3. No reference to other alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 40. Ford, Glinda | Medical & Pharmacy | 1. Records indicate 4 visits over 2 years for pain in face. Record shows treatment with NTN each time due to success with prior use.<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 41. Garrett, Alice | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Liver, high blood pressure, suicidal thoughts, memory |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 42.  Gatewood, Annie | Medical | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 43.  Givens, Jamie | Medical & Pharmacy | 1. No reference to alleged injuries | Memory loss, liver enzymes, high blood pressure, depression |
| 44.  Givens, Narie | Medical & Pharmacy | 1. Record indicates that, on date Neurontin is prescribed, pt complains of depression due to Hepatitis-C meds and having disease.<br>2. No reference to other alleged injuries | Memory loss, depression, weight gain, sharp pains in chest |
| 45.  Glenn, Frances | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries other than heart attack | Heart attack, high blood pressure, depression, memory loss |
| 46.  Green, Kenneth | Medical & Pharmacy | 1. Record states, "He is tolerating this [Neurontin] well.<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |

2892379v3

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 47.   Green, L.G. (Estate) | Medical & Pharmacy (Photocopy of Bottle) | 1. Record dated January 2001 states, "He was also noted to be in acute congestive heart failure. He has a long history of diabetes, hypertension, and heart failure."<br>2. Date on Neurontin prescription bottle is December 2003.<br>3. No reference to other alleged injuries | Heart attack, bladder and kidney problems |
| 48.   Haley, Lee | Medical & Pharmacy | 1. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |

| | PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|---|
| 49. | Hammarstrom, Eric | Medical | 1. Record states, "He also has to take Neurontin, or his lower extremity symptoms increase." 2. Record states, "[H]e denies any problems associated with the Neurontin." 3. Record states, "He feels the groin pain is significantly improved with Neurontin." 4. Record states, "He's also unilaterally increased his Neurontin to between 12 and 15, 600mg. tablets a day…. He's denying any side effects, and feels this is perhaps improving his pain." 5. No reference to alleged injuries | Lost two jobs, loss of memory |
| 50. | Hammarstrom, Holly | Medical & Pharmacy | 1. No reference to indication for which prescribed 2. Records consist of unrelated ER visit and single prescription 3. No reference to alleged injuries | Memory loss |
| 51. | Harkins, Billie | Medical & Pharmacy | 1. Record states, "She says the Neurontin has helped her a great deal with her pain." 2. No reference to alleged injuries | High blood pressure, liver enzymes, kidney stones |

| | PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|---|
| 52. | Harris, Melvin | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 53. | Harrison, Doyle | Medical & Pharmacy | 1. Records indicate pt went to VA due to depression over wife's death.<br>2. No reference to other alleged injuries. | Abnormal thinking, dizzy, fatigue, nervous, abdominal pain |
| 54. | Havard, Belinda | Medical | 1. No reference to alleged injuries. | Chest pains, rapid heartbeat, blood clot, memory loss, weight gain/loss |
| 55. | Head, Mark | Medical & Pharmacy | 1. No reference to alleged injuries | Suicide attempt, heart troubles, sleep apnea |
| 56. | Hendon, Rufus | Medical & Pharmacy | 1. Record indicates pain was resolved.<br>2. No reference to alleged injuries. | Abnormal thinking, back pain, emotional lability, nervousness, sleepiness, soreness of the throat |
| 57. | Hernandez, Earnest | Medical & Pharmacy | 1. No reference to alleged injuries. | Memory loss, hearing and speech slur |
| 58. | Hester, Mae | Medical & Pharmacy | 1. Record states, "Hx of being on Neurontin for neuropathy and states this has helped significantly….She really has not had any side effects that I can tell to this point."<br>2. Record shows chronic migraines<br>3. No reference to other alleged injuries. | Depression, headache, memory loss, suicidal thoughts |

2892379v3

| | PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|---|
| 59. | Hicks, Shawand | Medical & Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Abnormal thinking, memory loss |
| 60. | Hodges, Tony | Medical & Pharmacy (ER Discharge Sheet & Credit Card Receipt with Neurontin written in) | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Suicidal thoughts, memory loss, high blood pressure, ringing in the ears |
| 61. | Hollingsworth, Karen | Medical & Pharmacy | 1. Record shows pt was given Neurontin to treat existing depression. 2. Record affirmatively indicates no suicide ideation. 3. No reference to other alleged injuries | High blood pressure, memory loss, depression, suicidal thoughts |
| 62. | Holt, Evelyn | Medical & Pharmacy | 1. Record states, "Patient tried to get off her Neurontin this last wk. and the pain became unbearable." 2. No reference to alleged injuries | Memory loss |
| 63. | Hoover, Frank | Medical | 1. Record indicates "Visual fields are full." 2. No other reference to alleged injuries | Blurred vision, fatigue |
| 64. | Howard, Emma | Medical & Copy of Samples Packets | 1. Record states, "Neurontin seems to help some of her pain symptoms..." 2. No reference to alleged injuries | High blood pressure, worse depression |

| | PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|---|
| 65. | Jackson, Josephine | Medical & Pharmacy | 1. Record states, "Neurontin was helpful" <br> 2. No reference to alleged injuries | Memory loss |
| 66. | James, Cassandra D. | Medical & Pharmacy | 1. Record states, "Mood has been fairly level, Ø crying spells, good appetite, sleeping well, denies SI/HI." [suicide ideation/homicide ideation] <br> 2. No other reference to alleged injuries | Suicidal thoughts, irritable |
| 67. | Jeffcoat, James | Medical & Pharmacy | 1. No reference to alleged injuries | Light headed, dizziness |
| 68. | Jenkins, Charlotte | Medical & Pharmacy | 1. Record states, "She is taking Neurontin which seems to help her back;" "She has not had any signs and symptoms that would suggest any problems with the medication [Neurontin]." <br> 2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 69. | Johnson, Debra Ann | Medical & Pharmacy | 1. No reference to alleged injuries | Memory loss, kidney infections |
| 70. | Johnson, Nikisha | Medical & Pharmacy | 1. Record states, "She was treated with Neurontin with some improvement…." <br> 2. No reference to alleged injuries | Suicidal tendency, depression |
| 71. | Johnson, Robert | Medical & Pharmacy | 1. No reference to alleged injuries | High blood pressure |

| | PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|---|
| 72. | Kendrick, Jacqueline | Medical & Pharmacy | 1. Record states, "She denies any side effects with the current medications." 2. Record indicates pt was given Neurontin to treat back pain which is an alleged injury. 3. No reference to other alleged injuries | Diabetes (?), abdominal pain, abnormal thinking, amnesia, back pain, balance problem, constipation, dizziness, dry mouth, emotional lability, fatigue, headache, kidney problems, nausea, sleepiness, weight gain |
| 73. | Keyes, Johnny | Medical & Pharmacy | 1. Record states, "Major depression screening results are negative." 2. No other reference to alleged injuries | Suicidal thoughts, memory loss |
| 74. | Knight, Elizabeth | Medical & Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 75. | Lacey, Ellaweise | Medical & Pharmacy | 1. No reference to indication for which prescribed 2. No reference to alleged injuries 3. Pharmacy records do not include Neurontin prescription | None |
| 76. | Lacy, Shanetta | Medical & Pharmacy | 1. Records are incomplete but indicate depression may have preceded Neurontin and suicide ideation incident was related to conflict with boyfriend. | Suicidal thoughts |

2892379v3

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 77.   Lawson, Robert | Medical | 1. No reference to indication for which prescribed<br>2. Record states, "No suicide ideation. Thought was logical."<br>3. Record states, "Pt admits to have been drinking on daily basis since age 28 averaging 1 5th a day." [57 years old at time of record]<br>4. No reference to other alleged injuries | High blood pressure, memory loss, heart palpitations, pains in chest, confusion. |
| 78.   Lewis, Cornelius (Estate) | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Stroke – died of Stroke (he had had a stroke in 1997 but thereafter got on Neurontin and continued to have numerous mini-strokes and later died of a stroke) |
| 79.   Livingston, Mickey | Medical & Pharmacy | 1. No reference to alleged injuries | Heart attack (the stints avoided the heart attack) |
| 80.   Logan, Chris | Medical & Pharmacy | 1. Record indicates pt was taking Paxil for "mood" prior to taking Neurontin.<br>2. No reference to other alleged injuries | Depression, chest pains, blood pressure somewhat elevated |
| 81.   Longino, Sylvia | Medical & Pharmacy | 1. Record indicates Neurontin was give for pain in arm and hand.<br>2. No reference to hip pain alleged to be both the reason for prescription and the injury. | Hip pain |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 82.  Lowe, Jerry | Medical & Pharmacy | 1. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 83.  McAdory, Joyce | Medical & Pharmacy | 1. No reference to alleged injuries | Memory loss, headaches, suicidal thought, felt like someone was trying to kill her |
| 84.  McCardle, Casey | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | None |
| 85.  McConnell, Franklin | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Liver damage, internal organs paralyzed, flatulence, headache, kidney problems, liver problems, skin rash, weight gain, swelling of arms and legs |
| 86.  Moore, Mattie | Medical & Pharmacy | 1. Record states, "She feels that the Neurontin has helped her pain significantly but she still has pain in that area on most days."<br>2. Record states, "She is on Neurontin 300mg bid and has had some relief with this medication. The pain is not as bad as it used to be."<br>3. No reference to alleged injuries | Feel as if she falling when she sits down, abnormal thinking, had feeling of falling, constipation, weight gain/increase |
| 87.  Morgan, Helen | Medical & Pharmacy | 1. No reference to alleged injuries | High blood pressure, headaches |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 88. Morrison, Sara | Medical & Pharmacy | 1. Record states, "I have increased her Neurontin. She seems to think this helps more with the pain, 5 times a day." and "May consider Lyrica since she has done good [sic] on Neurontin in the past." 2. Record shows pt takes Paxil for depression. 3. No reference to other alleged injuries | Suicidal thoughts, hallucinations, memory loss, depression |
| 89. Murphy, Brandy | Medical & Pharmacy | 1. No reference to indication for which prescribed 2. Record states, "She did a little better on the Neurontin at 300 mgs t.i.d. but she ran out." 3. No reference to alleged injuries | High blood pressure, kidney troubles, suicidal thoughts, depression, memory loss, diabetic |
| 90. Myers, Lolita | Medical & Pharmacy | 1. Record states, "Responding fairly well to treatment with Zyprexa…and Neurontin…, with no complaint of any side effect." 2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 91. Nance, Warren | Medical & Pharmacy | 1. No reference to alleged injuries 2. No name on pharmacy records | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 92.  Newson, Betty | Medical & Pharmacy | 1. Records do not show prescription of Neurontin<br>2. No reference to indication for which prescribed<br>3. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 93.  Norman, Martha | Medical & Pharmacy | 1. No reference to alleged injuries | High blood pressure, depression |
| 94.  Norwood, Mary | Medical & Pharmacy | 1. No reference to alleged injuries | Memory loss, depression, decline |
| 95.  Patterson, Essie Ford | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Severe depression, abnormal thinking, memory loss |
| 96.  Perez, Sharon | Medical & Pharmacy | 1. No reference to alleged injuries | Memory loss |
| 97.  Pinkton, J.T. | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. Medical record is for one hospital visit: multiple serious illnesses including advanced AIDs, malnutrition, meningitis, anemia, alcohol and substance abuse.<br>3. Record indicates one Neurontin prescription<br>4. No reference to alleged injuries | None |
| 98.  Potts, Larry | Medical & Pharmacy | 1. No reference to alleged injuries | Heart problems, suicidal thoughts, memory loss |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 99. Price, Hershel Jack | Medical | 1. No record of purchase<br>2. Record refers to samples given on 9/26<br>3. Record states, "Pt was placed on Neurontin & Ultram 9/26 c [with] some relief of pain."<br>4. Record states, "Did not get Ultram filled, Neurontin has helped c [with] burning pain."<br>5. No reference to alleged injuries | Memory loss |
| 100. Prince, Mark A. | Medical & Pharmacy | 1. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 101. Rice, Roger | Medical | 1. Record states, "The patient is doing well on the current medications, with no complaint of any side effect." [includes Neurontin]<br>2. Record states, "The patient is noted to have stopped taking the Neurontin because of some fear induced by trial lawyers."<br>3. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 102.  Robinson, Tara | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. Record indicates history of depression and drug abuse but no suicide ideation or attempt.<br>3. No reference to other alleged injury | Suicidal thoughts, attempted suicide, memory loss |
| 103.  Rochelle, Wayne | Medical & Pharmacy | 1. No reference to alleged injuries | Memory loss, depression, suicidal thoughts |
| 104.  Self, Sean | Medical & Pharmacy | 1. No reference to alleged injuries | Liver problems, high blood pressure |
| 105.  Shoemaker, Jack | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. Record indicates mild depression.<br>3. No reference to other alleged injuries | Depression (many mood swings), suicidal thoughts, memory loss, weight gain, crying, heart, kidneys – goes to the bathroom often and sometimes he goes and he can't go |
| 106.  Smith, Frank | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. Sole mention of Neurontin - "Mr. Smith tells me he is not able to tolerate Neurontin."<br>3. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 107.  Smith, Lillie | Medical & Pharmacy | 1. Record indicates pt complained of nervousness which doctor notes did not cease when she ran out of her Neurontin and Trileptal "so it does not appear to be a pharmacological problem."<br>2. No reference to other alleged injuries | Nervous, high blood pressure, heart problems |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 108. Smith, Rosa | Medical & Pharmacy | 1. No reference to alleged injuries | Memory loss, disoriented, passed out (2X), loss bodily functions |
| 109. Spencer, Bennie | Medical & Pharmacy | 1. No reference to alleged injuries | Weight gain, blood pressure went higher |
| 110. Suber, Gregory | Medical & Pharmacy | 1. Record states, "moderate improvement in symptoms following administration of Neurontin" and "reports no side effects." <br> 2. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 111. Summers, Thomas Charles | Medical & Pharmacy | 1. No reference to indication for which prescribed <br> 2. Doctor's note states patient stopped taking Neurontin due to GI upset. <br> 3. No reference to alleged injuries | Abnormal thinking, memory loss |
| 112. Theodore, Jennifer | Medical & Pharmacy | 1. No reference to indication for which prescribed <br> 2. Record states, "She tells me she is doing 'great'." <br> 3. Record states, "Recent and remote memory are intact." <br> 4. No reference to other alleged injuries | Memory loss |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 113. Thomas, Bertha (Estate); c/o Clarence Thomas | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. Handwritten note on records signed by Clarence Thomas, "P.S. She has taken Duract, Propulsid, etc. in the past. Just two drugs I know caused health problems, even death."<br>3. No other reference to alleged injuries | Had trouble standing and died from third stroke |
| 114. Thomas, Carlene | Medical | 1. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 115. Thomas, Magnolia | Medical & Pharmacy | 1. No reference to alleged injuries | Memory loss, high blood pressure, dizziness |
| 116. Thornton, Bernice | Medical & (Photocopy of Bottle) | 1. No reference to alleged injuries | Sleepy, out of it |
| 117. Toler, Ella Mae | Medical & (Photocopy of Bottle) | 1. No reference to alleged injuries | Kidney failure, stints put in legs |
| 118. Toy, Doris | Medical & Pharmacy | 1. No reference to alleged injuries | Suicidal thought |
| 119. Vail, Eddie | Medical & Pharmacy | 1. Record states, "He does feel as though Neurontin has provided some pain relief."<br>2. No reference to alleged injuries | Memory loss, depression |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 120. Walls, Joann | Medical & Pharmacy | 1. Records show patient took NTN for 10 days only.<br>2. No reference to alleged injuries | Suicidal thoughts, headaches |
| 121. Warfield, Connie | Medical & Pharmacy | 1. No reference to alleged injuries | Made depression worse, suicidal thoughts, congestive heart failure, kidneys (she is not able to go and other times she has (?) |
| 122. Watson, Deborah | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Kidney problem |
| 123. Weathersby, Michaelon | Medical & Pharmacy | 1. Record states, "He is improved with his attention, temperament, mood and even his sleep. He likes his medicine." [taking Neurontin]<br>2. No other reference to alleged injuries | Depression or withdrawal; memory loss – the mother can't determine any memory loss because the child does have some |
| 124. Webb, William | Medical | 1. No reference to alleged injuries | Complaint does not specify individual alleged injury; generic list includes suicide, attempted suicide, suicidal thoughts, memory loss, liver failure, kidney failure, heart attack, strokes, high blood pressure |
| 125. White, Clifton | Medical | 1. No reference to indication for which prescribed<br>2. No reference to alleged injuries | Suicidal thoughts, high blood pressure, memory loss |

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 126.   White, Edneatha | Medical & Pharmacy (Photocopy of Bottle) | 1. Record notes Neurontin (and other treatments) all improve her pain.<br>2. Record lists multiple "side effects" but the only one that matches her injuries is "weakness." Dr. notes "She has no weakness that I can detect." | Loss of memory, muscle weakness |
| 127.   Williams, Carole | Medical & Pharmacy | 1. Record states, "She think it [Neurontin] might have helped but she did not take it long enough.  She wanted to see if she should continue it."<br>2. No reference to alleged injuries | Severe liver problems, memory loss, urinary urgency (goes 4 times a night) |
| 128.   Williams, Daisy | Medical & Pharmacy | 1. No reference to indication for which prescribed | Had high blood pressure, and they thought she was having congestive heart failure at one time. |
| 129.   Williams, Helen | Medical & Pharmacy | 1. No reference to indication for which prescribed<br>2. Medical records are mostly illegible.<br>3. Record states, "Neurontin helping."<br>4. No reference to alleged injuries | Rapid heart beat, memory loss |
| 130.   Williams, O.C., Sr. | Medical | 1. No reference to alleged injuries | Kidney problems |
| 131.   Williams, Sanders, Jr. | Medical & Pharmacy | 1. No reference to alleged injuries | Attitude changed, high blood pressure, memory loss |
| 132.   Wilson, Cynthia | Medical & Pharmacy | 1. No reference to alleged injuries | Memory lapse |

2892379v3

| PLAINTIFF NAME | RECORDS | REASON PLAINTIFF SHOULD BE DISMISSED | ALLEGED INJURIES |
|---|---|---|---|
| 133.  Woods, Bobby | Medical & Pharmacy | 1.  No reference to alleged injuries | Memory loss |