UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**THIS DOCUMENT RELATES TO:**

*Jessie Allen, et al v. Pfizer, Inc.*, Case No. 4:07cv74
*Mary Cooper, et al v. Pfizer, Inc.*, Case No. 2:04cv255
*Leroy Anderson, et al v. Pfizer, Inc.*, Case No. 4:04cv275

---

**MOTION FOR LEAVE TO FILE ONE-PAGE DOCUMENT OR INDIVIDUAL ATTORNEY CERTIFICATIONS TO COMPLY WITH PTO 23 OUT OF TIME**

---

COMES NOW, Plaintiffs in the cases, *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74; Mary Cooper, et al v. Pfizer, Inc., Case No. 2:04cv255*; and *Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275*, by and through, Attorney, Levi Boone, III, of **Boone Law Firm, P.A.**, and move the Court for permission to file a one-page document pursuant to PTO 23 out of time for the following reasons:

1. On December 18, 2007 the undersigned law firm filed Attorney Certifications for all of the plaintiffs represented by said firm in the above referenced lawsuits. The respective Attorney Certifications for each of the three referenced cases are attached hereto as Exhibit "1" for *Jessie Allen, et al v. Pfizer, Inc.*; Exhibit "2" *Mary Cooper, et al v. Pfizer, Inc.*; and Exhibit "3" to *Leroy Anderson, et al v. Pfizer, Inc.* The Complaint in each of the respective case involves numerous

plaintiffs bearing the same case number. In filing the Attorney Certification for each case the single document incorporated an attached list of the all of the plaintiffs affected by the Attorney Certification. The list of plaintiffs that are incorporated on the respective Attorney Certifications are attached as Exhibit "A" to *Jessie Allen, et al v. Pfizer, Inc.*; Exhibit "A" *Mary Cooper, et al v. Pfizer, Inc.*; and Exhibit "A" to *Leroy Anderson, et al v. Pfizer, Inc.*

2. The Defendant's submission, docket 1155, incorrectly indicated that the undersigned law firm represents additional plaintiffs that Attorney Certifications were not filed. It looks like the Defendant incorrectly duplicated Boone Law Firm's plaintiffs on Defendant's identified-plaintiffs-list and on the not-identified-plaintiffs-list. The only difference in the list is that the plaintiffs' last name is indicated first on the not-identified-plaintiffs list. Alternatively, the Defendant did not appreciate that the Attorney Certification incorporated attached lists of plaintiffs as reflected in Exhibit "A" to *Jessie Allen, et al v. Pfizer, Inc.*; Exhibit "A" *Mary Cooper, et al v. Pfizer, Inc.*; and Exhibit "A" to *Leroy Anderson, et al v. Pfizer, Inc.* The undersigned law firm is not aware of any plaintiffs that do not have an Attorney Certification.

3. In further clarification of the Attorney Certifications, Plaintiffs in the respective cases have prepared individual Attorney Certifications for the plaintiffs in each of the case to be filed upon this Court permission of same.

4. Pretrial Order No. 23 directed that the undersigned law firm by April 9, 2008 indicate by a single document that the plaintiffs included on its original submission constitutes all of its plaintiffs or to submit Motion to Dismiss or Attorney

Certification for the additional plaintiffs. The undersigned law firm did not become timely knowledgeable of PTO 23. Further it was clear to the Plaintiffs that this Court required an individual Attorney Certification for each plaintiff notwithstanding that plaintiffs are listed on the same complaint.

5. Further the undersigned law firm has been overwhelmed for the past 30 days in working other aspects of these cases, including submitting medical records relating to 57 plaintiffs in these cases, having previously submitted medical records on behalf of 200 plaintiffs. Also within the past 30 days, the undersigned law firm has also submitted interrogatory responses and responses to document requests on behalf of 239 plaintiffs in these cases.

6. None of the undersigned law firm's plaintiffs have been selected for trial.

7. There is no prejudice to the Defendant.

WHEREFORE Plaintiffs in the above reference cases request that they be allowed to submit a single document indicating that attorney certifications have been filed on behalf of all of its plaintiffs or if appropriate, to file individual certification on behalf of each plaintiff.

> Respectfully Submitted,
> *Jessie Allen, et al, Leroy Anderson, et al &*
> *Mary Cooper, et al*
>
> BY:   /s/ Levi Boone, III
> Levi Boone, III, MSB #3686
> **BOONE LAW FIRM, P.A.**
> 401 West Sunflower Avenue
> Post Office Box 1772
> Cleveland, MS 38732
> TEL: 662-843-7946
> FAX: 662-843-7950