FILED
AUG 3 1 2004
ARLEN B. COYLE, CLERK
BY _____
Deputy

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LEROY ANDERSON, LOIS ADAMS,                                    **PLAINTIFFS**
MARIE A. BARBER, JERRELL M. BEARDEN,
SUE BECKUM, ROY CARROL,
SHIRLEY DRENNAN, FAITH RENEE FORD,
ANNIE GATEWOOD, KENNETH ANTHONY GREEN,
LEE ALLAN HALEY, MELVIN HARRIS, JAMES HUNTER,
CHARLOTTE JENKINS, ELIZABETH MARIE KNIGHT,
SONYA LEWIS, DOROTHY LOTT, JERRY LOWE,
SHIRLEY TORRY MARTIN, WARREN NANCE,
DONNA M. PIERCE, RODNEY E. PLANT,
MARK ALLEN PRINCE, PATRICIA ANN RHODES,
FRANK SMITH, LOUISIA SMITH, GREGORY SUBER,
CARLENE THOMAS, RE'SHEDIA YOUNG

VS.                                                CASE NO. 4:04cv275-P-B

PFIZER, INC., individually and as                              **DEFENDANTS**
successor in interest to PARKE-DAVIS
and WARNER LAMBERT COMPANY

## COMPLAINT

### JURY TRIAL REQUESTED:

NOW INTO COURT come Plaintiffs and hereby allege as follows based upon public documents and information and belief against Pfizer, Inc., individually and as successor in interest to Parke Davis and Warner Lambert (collectively "Defendants").

### INTRODUCTION

1. This action is brought to recover actual, compensatory and punitive damages against Defendants as a result of Defendants' illegal marketing scheme designed to push and promote "off-label" uses of the prescription drug Neurontin. "Off-label" is the term describing uses for a drug that are not approved by the U.S. Food and Drug Administration ("FDA").

**EXHIBIT "A"**

BOONE LAW FIRM, P.A. • 401 WEST SUNFLOWER AVENUE • CLEVELAND • MISSISSIPPI • 38732-1772 • TEL (662) 843-7946 • FAX (662) 843-7950
WWW.BOONELAWFIRM.COM