# EXHIBIT C



Ann_G_Frantz@tnmd.uscourts.gov
04/25/2008 12:36 PM

To kfromson@lawampm.com
cc
bcc
Subject Re: 3:05-cv-0444 Adams v. Pfizer; MDL 1629 In Re Neurontin Marketing, Sales Practices and Products Liability Litigation

History:   This message has been replied to and forwarded.

Mr. Fromson,

I wanted to follow up on our conversation earlier this morning.  It is acceptable on our end if Judge Saris wants to conduct the trial in Nashville.  I sent an email to the MDL Clerk requesting guidance.  It may be that an assignment under 28 USC 295 would need to be made.  Hopefully I will know more today or early next week.

If all this falls into place (Judge Saris agreeing to try the case) and a remand order is issued by the MDL Judicial Panel, you should file a motion in our case, requesting that it be tried by Judge Saris, with an estimated trial time, and informing us whether it is a jury trial or not.  The motion would be filed in our case after the remand order becomes effective.

I'll get back with you soon.  Call me if you have any questions.

Ann Frantz
Operations Manager
United States District Court
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN  37203
Phone: (615) 736-2364
Fax:  (615) 736-2229
www.tnmd.uscourts.gov

_____
This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.
_____