EXHIBIT E

Case 1:04-cv-10981-PBS     Document 1264-6     Filed 05/07/2008     Page 1 of 5

Jack B. Weinstein
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201
Tel: (718) ~~260~~ 613-2520
Fax: (718) ~~260~~ 613-2527



| TO: | Howard Lynn Nations | ~713-807-8423 |
|---|---|---|
| | James M. Shaughnessy, Milberg Weiss | ~212-868-1229 |
| | Nina M. Gussack, Pepper Hamilton LLP | ~215-981-4307 |
| | Eleanor L. Polimeni, Finkelstein & Partners | ~845-562-3492 |
| | David L. Rosenband, Weitz & Luxenburg, PC | ~212-363-2721 |

DATE: October 31, 2007                       # OF PAGES WITH COVER:  4

RE: *In re Zyprexa Products Liability Litigation*, 04-MD-01596.

If you have any questions, please call Anya Emerson, Law Clerk, at 718-613-2523.

* Please distribute to parties not included on the distribution list.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

MDL No. 1596 (JBW) (RLM)

------------------------------------------------------------X

THIS DOCUMENT RELATES TO:
ALL ACTIONS

------------------------------------------------------------X



### CASE MANAGEMENT ORDER NO. 26
(Discovery, Motion and Trial Schedule)

As set forth in Case Management Order No. 25, August 8, 2007, case specific discovery was directed to continue in 15 personal injury cases, all of which were filed by the Law Firm of Howard L. Nations, P.C., in the Eastern District of New York. At the present time, in consultation with the Special Discovery Master, Mr. Nations and counsel for defendant Eli Lilly and Company jointly propose to designate 5 of these cases as comprising Trial Group 1, and have also jointly proposed modifications to the discovery, motion and trial schedule set forth in Case Management Order No. 25. The Special Discovery Master has recommended the trial case designations and the proposed schedule modifications and the Court adopts them. Therefore,

IT IS HEREBY ORDERED:

Trial Group 1 shall comprise the following cases:

<u>Damion Reynolds, et al. v. Lilly</u>, 06-CV-4806
    1. Sherri Clark
    2. Catherine Dandeneau

<u>Jamie Golden, et al. v. Lilly</u>, 06-CV-4807
    3. Rosemarie Stone
    4. Kenneth Vint

<u>Dennis S. Masters, et al. v. Lilly</u>, 06-CV-5171
    5. Dennis Sean Masters

**Schedule for Discovery and Dispositive Motions – Trial Group 1:**

1.    Fact Discovery shall be completed by November 19, 2007.

2.    Plaintiffs' Rule 26 case specific liability expert reports shall be filed on or before November 26, 2007.

3.    Defendant's Rule 26 case specific liability expert reports shall be filed on or before December 3, 2007.

4.    Deposition of experts shall be completed by December 21, 2007.

5.  *Daubert* and Summary Judgment Motions shall be filed on or before January 7, 2008, and made returnable January 22, 2008.

6.  Responses to *Daubert* and Summary Judgment Motions shall be filed on or before January 14, 2008.

7.  Replies to *Daubert* and Summary Judgment Motions shall be filed on or before January 18, 2008.

8.  Hearing on *Daubert* and Summary Judgment Motions shall be held January 22, 2008.

**Pre-Trial and Trial Schedule – Trial Group 1**

9   Plaintiffs' and Defendant's witness lists, exhibit lists, and deposition designations shall be filed by December 17, 2007.

10. Plaintiffs' and Defendant's counter-designations shall be filed by January 16, 2008.

11. Motions *In Limine* shall be filed by January 21, 2008.

12. Proposed jury instructions and Responses to Motions *In Limine* shall be filed by January 28, 2008.

13. Hearing on Motions *In Limine* and Pre-trial conference shall be held on February 12, 2008.

14. Trial of Trial Group 1 shall begin February 19, 2008.

As also directed in Case Management Order No. 25, the Special Discovery Master has conferred with counsel for those Zyprexa personal injury cases originally filed in the Eastern District of New York which are represented by counsel other than the Nations law firm, and which remain unsettled. At this time the Court understands these cases to include the following:

Plaintiffs represented by Finkelstein & Partners, LLP:
  Hipolito Alma    07-CV-00931
  Shufen Hu        07-CV-00932
  Jeanette Dean    07-CV-01768
  Annette Lopez    07-CV-02380

Plaintiffs represented by Riconda & Garnett, LLP:
  Anthony Cestare  06-CV-00442

Plaintiffs represented by Weitz & Luxenberg, PC:
  Paul Godley      06-CV-04038
  Francisca Smith  06-CV-04039

Plaintiff pro se:
  Joseph Dagliano  07-CV-02199

These cases are to proceed on a discovery, motion and pre-trial schedule as set forth below. On or before February 15, 2008, the parties, in consultation with the Special Discovery Master, shall designate five of these cases as Trial Group 2, with a trial date of May 12, 2008.

**Schedule for Discovery and Dispositive Motions – Trial Group 2:**

2

1.  Fact Discovery shall be completed by February 11, 2008.

2.  Plaintiffs' Rule 26 case specific liability expert reports shall be filed on or before February 18, 2008.

3.  Defendant's Rule 26 case specific liability expert reports shall be filed on or before February 25, 2008.

4.  Deposition of experts shall be completed by March 14, 2008.

5.  *Daubert* and Summary Judgment Motions shall be filed on or before March 31, 2008, and made returnable April 15, 2008.

6.  Responses to *Daubert* and Summary Judgment Motions shall be filed on or before April 7, 2008.

7.  Replies to *Daubert* and Summary Judgment Motions shall be filed on or before April 11, 2008.

8.  Hearing on *Daubert* and Summary Judgment Motions shall be held April 15, 2008.

**Pre-Trial and Trial Schedule – Trial Group 2**

9  Plaintiffs' and Defendant's witness lists, exhibit lists, and deposition designations shall be filed by March 10, 2008.

10. Plaintiffs' and Defendant's counter-designations shall be filed by April 7, 2008.

11. Motions *In Limine* shall be filed by April 14, 2008.

12. Proposed jury instructions and Responses to Motions *In Limine* shall be filed by April 21, 2008.

13. Hearing on Motions *In Limine* and Pre-trial conference shall be held on May 6, 2008.

14. Trial of Trial Group 2 shall begin May 12, 2008.

Dated: October 30, 2007
       Brooklyn, New York

                                                     Jack B. Weinstein
                                                     Senior United States District Judge

3