# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
------------------------------------------------ x Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: : Magistrate Judge Leo T.
: Sorokin
PRODUCTS LIABILITY ACTIONS :
:
:
:
------------------------------------------------ x

**JOINT PROPOSAL REGARDING EXPERT DISCOVERY AND
SUMMARY JUDGMENT IN TWO DESIGNATED TRIAL CASES**

Pursuant to Discovery Order No. 14, dated September 27, 2007 (Docket No. 890), Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") and the Product Liability Plaintiffs submit the following joint proposed schedule[1] for expert discovery and summary judgment motions in the two Track One cases designated for trial, which schedule shall apply only if plaintiffs' claims survive the initial round of summary judgment and Daubert motions. Defendants and the Products Liability Plaintiffs submit that this schedule will allow for the orderly progression from the general causation phase of this litigation to the specific causation phase, if necessary, and will conserve the resources of the Court and the parties.

---

[1] Product Liability Plaintiffs' agreement to the discovery schedule should not be perceived as an acknowledgement by Plaintiffs that the MDL Court is the appropriate jurisdiction where case-specific dispositive motions should be decided. Specifically, if the MDL Court rules in favor of Product Liability Plaintiffs on the issues of general causation and preemption, then Product Liability Plaintiffs may seek to remand all product liability actions to their original transferor Courts on the basis that there are no longer pre-trial proceedings over which the MDL Court should preside.

(1)    Plaintiffs must produce reports for experts in the two designated Track One cases within 30 days of the Court's ruling on the general causation and preemption issues.

(2)    Plaintiffs must produce their experts in the two designated Track One cases for deposition within 45 days of designating those experts.

(3)    Defendants must produce reports for their experts in the two designated Track One cases within 20 days of the deadline for Plaintiffs to produce their experts for deposition.

(4)    Defendants must produce their experts in the two designated Track One cases for deposition within 45 days of designating those experts.

(5)    Dispositive motions pertaining to the two designated Track One cases due within 30 days of Defendants' deadline to produce their experts for deposition.

(6)    Briefs in opposition due within 30 days of deadline for filing motions.

(7)    Reply briefs due within 20 days of deadline for filing opposition briefs.

(8)    Sur-reply briefs due within 7 days of deadline for filing reply briefs.

(9)    Hearing on dispositive motions to follow the filing of any sur-reply briefs.


Dated: October 15, 2007

          DAVIS POLK & WARDWELL

          By:    /s/ James P. Rouhandeh
                James P. Rouhandeh

          450 Lexington Avenue
          New York, New York 10017
          (212) 450-4000

SHOOK, HARDY & BACON L.L.P.


By:   /s/ Scott W. Sayler
         Scott W. Sayler

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

    - and -

HARE & CHAFFIN


By:   /s/ David B. Chaffin
         David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and
Warner-Lambert Company*


FINKELSTEIN & PARTNERS, LLP


 /s/ Kenneth B. Fromson
Kenneth B. Fromson

436 Robinson Avenue
Newburgh, NY 12550
(800) 634-1212

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on October 15, 2007.

                                              /s/ David B. Chaffin