UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> ALL MARKETING AND SALES PRACTICES ACTIONS | : : : : | Magistrate Judge Leo T. Sorokin |

## DECLARATION OF NICHOLAS P. MIZELL

NICHOLAS P. MIZELL declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm of Shook, Hardy & Bacon, LLP, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Motion for a Sixteen-Day Extension of Time to Produce a Rule 30(b)(6) Designee.

3. On April 28, 2008, I conferred and corresponded with Coordinated Plaintiffs' counsel to reach a mutually agreeable date for the deposition provided for in Discovery Order 24. Given the time constraints imposed by the witness's calendar and to allow enough time to adequately prepare for the deposition, I proposed either the morning or afternoon of June 3 or June 6, 2008. The Coordinated Plaintiffs refused to agree to any extension of the May 25 deadline. Attached as Exhibit 1 is a true and correct copy of the April 28, 2008 correspondence with plaintiffs' counsel.

4. The parties conferred again by phone and email on May 1, at which time I proposed June 3, 6, 9, 10, 11, or 12, but Plaintiffs refused to accept any of these dates. Attached

as Exhibit 2 is a true and correct copy of the May 1, 2008 correspondence with plaintiffs' counsel.

5. On May 2, 2008, I sent a letter to Plaintiffs' counsel urging them to reconsider the refusal to schedule the deposition after May 25. Attached as Exhibit 3 is a true and correct copy of the May 2, 2008 correspondence from Nicholas Mizell to Linda P. Nussbaum.

6. On May 5, 2008, the Coordinated Plaintiffs again refused to consider any date beyond May 25 for the deposition. Attached as Exhibit 4 is a true and correct copy of the May 5, 2008 correspondence from Linda P. Nussbaum to Nicholas Mizell.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 8th DAY OF MAY, 2008

/s/ Nicholas P. Mizell
Nicholas P. Mizell

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No.3 on May 8, 2008.

/s/ David B. Chaffin