# EXHIBIT 1

**Mizell, Nick P. (SHB)**

| | |
|---|---|
| **From:** | Elana Katcher [ekatcher@kaplanfox.com] |
| **Sent:** | Monday, April 28, 2008 3:06 PM |
| **To:** | Mizell, Nick P. (SHB) |
| **Cc:** | Roche, Christopher J. |
| **Subject:** | RE: Neurontin: 30(b)(6) scheduling |

Nick:

I think our emails just crossed each other. Unfortunately, I cannot consent to any date after the May 25 deadline imposed by the Court.

Many thanks.

Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Tel No.: 212.687.1980
Fax No.: 212.687.7714
ekatcher@kaplanfox.com

---

**From:** Mizell, Nick P. (SHB) [mailto:NMIZELL@shb.com]
**Sent:** Monday, April 28, 2008 4:04 PM
**To:** Elana Katcher
**Cc:** Roche, Christopher J.
**Subject:** RE: Neurontin: 30(b)(6) scheduling

Elana, following up on our conversation earlier today, please let me know if either the morning or afternoon of either June 3 or June 6 work for plaintiffs.

Many thanks, Nick

**Nicholas P. Mizell**
2555 Grand Boulevard
Kansas City, MO 64108
816.559.2329 (direct)
913.579.2775 (mobile)
www.shb.com

---

**From:** Elana Katcher [mailto:ekatcher@kaplanfox.com]
**Sent:** Monday, April 28, 2008 11:02 AM
**To:** Mizell, Nick P. (SHB)
**Cc:** Roche, Christopher J.
**Subject:** Neurontin: 30(b)(6) scheduling

Good morning, Nick.

Will you be the person I should communicate with regarding scheduling the 30(b)(6) ordered in the attached? If so, would you provide us with potential dates? I've also copied Chris Roche, as I know he's been active in scheduling issues in the past.

Many thanks,

5/6/2008

Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York  10022
Tel No.: 212.687.1980
Fax No.: 212.687.7714
ekatcher@kaplanfox.com


Mail Gate made the following annotations on Mon Apr 28 2008 15:04:25

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

5/6/2008

### Mizell, Nick P. (SHB)

**From:** Elana Katcher [ekatcher@kaplanfox.com]
**Sent:** Monday, April 28, 2008 3:03 PM
**To:** Mizell, Nick P. (SHB)
**Subject:** RE: Neurontin: 30(b)(6) scheduling

Nick:

Thanks for your call this morning. Unfortunately, I cannot consent to any date later than the May 25, 2008 deadline imposed by the Court for your client's 30(b)(6). Please let me know of your client's availability at your earliest convenience.

Many thanks,

Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York  10022
Tel No.: 212.687.1980
Fax No.: 212.687.7714
ekatcher@kaplanfox.com

---

**From:** Elana Katcher
**Sent:** Monday, April 28, 2008 12:02 PM
**To:** 'NMIZELL@shb.com'
**Cc:** Roche, Christopher J.
**Subject:** Neurontin: 30(b)(6) scheduling

Good morning, Nick.

Will you be the person I should communicate with regarding scheduling the 30(b)(6) ordered in the attached? If so, would you provide us with potential dates? I've also copied Chris Roche, as I know he's been active in scheduling issues in the past.

Many thanks,

Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York  10022
Tel No.: 212.687.1980
Fax No.: 212.687.7714
ekatcher@kaplanfox.com

5/5/2008