# EXHIBIT 2

**Mizell, Nick P. (SHB)**

**From:** Elana Katcher [ekatcher@kaplanfox.com]
**Sent:** Thursday, May 01, 2008 1:52 PM
**To:** Mizell, Nick P. (SHB)
**Cc:** Rowland, Matthew B.; Linda P. Nussbaum
**Subject:** RE: Neurontin: 30(b)(6) scheduling

Nick:

I did discuss your request with my colleagues. Unfortunately, the upcoming deadlines in this case do not leave room for further delays in this matter, and therefore, we would have to oppose any extension past May 25.

Regards,

Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Tel No.: 212.687.1980
Fax No.: 212.687.7714
ekatcher@kaplanfox.com

---

**From:** Mizell, Nick P. (SHB) [mailto:NMIZELL@shb.com]
**Sent:** Thursday, May 01, 2008 12:23 PM
**To:** Elana Katcher
**Cc:** Rowland, Matthew B.
**Subject:** RE: Neurontin: 30(b)(6) scheduling

Elana, in addition to the June 3 and June 6 dates, we can also produce the designee during the following dates and times:

June 9 all day

June 10 2pm-5pm

June 11 1pm-5pm

June 12 8am-2pm

We appreciate your accommodation and anticipate that the parties can schedule this cooperatively and without a motion for an extension of time.

Thank you, Nick.

---

**From:** Mizell, Nick P. (SHB)
**Sent:** Monday, April 28, 2008 3:04 PM
**To:** 'Elana Katcher'
**Cc:** 'Roche, Christopher J.'
**Subject:** RE: Neurontin: 30(b)(6) scheduling

5/5/2008

Elana, following up on our conversation earlier today, please let me know if either the morning or afternoon of either June 3 or June 6 work for plaintiffs.

Many thanks, Nick

**Nicholas P. Mizell**
2555 Grand Boulevard
Kansas City, MO 64108
816.559.2329 (direct)
913.579.2775 (mobile)
www.shb.com

---

**From:** Elana Katcher [mailto:ekatcher@kaplanfox.com]
**Sent:** Monday, April 28, 2008 11:02 AM
**To:** Mizell, Nick P. (SHB)
**Cc:** Roche, Christopher J.
**Subject:** Neurontin: 30(b)(6) scheduling

Good morning, Nick.

Will you be the person I should communicate with regarding scheduling the 30(b)(6) ordered in the attached? If so, would you provide us with potential dates? I've also copied Chris Roche, as I know he's been active in scheduling issues in the past.

Many thanks,

Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Tel No.: 212.687.1980
Fax No.: 212.687.7714
ekatcher@kaplanfox.com


Mail Gate made the following annotations on Thu May 01 2008 11:22:38

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

5/5/2008