# EXHIBIT 3



**Shook, Hardy & Bacon** L.L.P.

www.shb.com

May 2, 2008

Nicholas P. Mizell

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax
nmizell@shb.com

Linda P. Nussbaum
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022

RE: *In re Neurontin Marketing, Sales Practices, and Product Liability Litigation*
MDL NO. 1629

Dear Ms. Nussbaum:

While Discovery Order 24 contemplates that the continued 30(b)(6) deposition would take place on or before May 25, 2008, we have conferred with our designee and are apprised that he is not available for an adequate amount of time to prepare and appear for the deposition within this short amount of time.

Accordingly, we have asked the Coordinated Plaintiffs to agree to a brief extension of time, and we have offered to produce the witness for deposition on June 3, 6, 9, 10, 11, or 12. While it has long been the practice of the parties to agree to mutually convenient deposition dates, including extensions of time for Kaiser to produce its designees for deposition, the Coordinated Plaintiffs have so far refused to consider scheduling this deposition after May 25.

Given the absence of any impending deadline relevant to this testimony, please reconsider our request so that we can avoid burdening the Court with this scheduling issue. If Plaintiffs' counsel are not available during any of the dates we have proposed, we will inquire further and provide additional dates for your consideration.

We appreciate your cooperation. Please contact me at your earliest convenience with any questions.

Sincerely,

*[signature]*

Nicholas P. Mizell

NMY:tmg

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2930247v1