# EXHIBIT 4

# KAPLAN*FOX*

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

May 5, 2008

Nicholas P. Mizell
Shook, Hardy & Bacon, LLP.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613

Re: *In re Neurontin Marketing, Sales Practices and Product Liability Litigation*
MDL No. 1629

Dear Nick:

I am sorry that we are unable to accommodate your request to extend the date for the continued 30(b)(6) deposition beyond May 25. We disagree with your assessment that there are no impending deadlines and that a further delay is with no consequence to the plaintiffs' case. In fact, there are impending deadlines, and we need this testimony.

This 30(b)(6) was originally noticed and scheduled many months ago. The witness you finally produced, as found by the court, was not adequately prepared. We spend months meeting and conferring with you in an attempt to avoid having to make our motion to compel, which was ultimately granted. After we made our motion, you then obtained a delay from us by promising an affidavit from this witness that never was forthcoming.

As the court recognized, we need this testimony and we need it within the time ordered by the court.

Thank you.

Sincerely,

Linda P. Nussbaum

LPN/rfk