UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
IN RE NEURONTIN MARKETING, SALES        )
PRACTICES, AND PRODUCT LIABILITY         )
LITIGATION                                            )        MDL Docket No. 1629
_____  )        Master File No. 04-10981
                                                          )
THIS DOCUMENT RELATES TO               )        Judge Patti B. Saris
                                                          )        Mag. Judge Leo T. Sorokin
*Accetullo, et al. v. Pfizer, Inc. et al., 06-10912-PBS*  )
*Girard, et al. v. Pfizer, Inc. et al., 06-11023-PBS*    )
_____  )

**MOTION TO DISMISS THE CLAIMS OF FOUR PLAINTIFFS REPRESENTED BY
THE LAW OFFICES OF NEWTON B. SCHWARTZ FOR FAILURE TO COMPLY
WITH THE COURT'S CERTIFICATION ORDERS**

        Defendants Pfizer Inc. and Warner-Lambert Company LLC (together, "Defendants")

respectfully move, pursuant to the inherent powers of the court, to dismiss the claims of four

plaintiffs represented by the Law Offices of Newton B. Schwartz for failure to comply with the

Court's certification orders.[1]

        The plaintiffs at issue are Dametria Igbonawam, Individually and as Administratrix of the

Estate of Alesha Brown, Joshua M. Martinez, Individually and as Personal Representative of the

Estate of Teresa Huff, Annette White, and Kristina Wilson.  The grounds for this motion are set

forth in the accompanying Memorandum of Law of Pfizer Inc. and Warner-Lambert Company

LLC in Support of Their Motion to Dismiss the Claims of Four Plaintiffs Represented by the

Law Offices of Newton B. Schwartz for Failure to Comply With the Court's Certification Orders

(the "Memorandum of Law").

_____
[1]        Defendants also request that the Court grant the motion by the Law Offices of Newton B.
        Schwartz to dismiss the claims of 94 other plaintiffs as to which no certification has been
        filed.  (Docket # 1219.)

2909074v2

In support of this motion, Defendants submit the Memorandum of Law and a Declaration of Pamela Macer.

WHEREFORE, Defendants respectfully request that the Court dismiss the claims of Dametria Igbonawam, Individually and as Administratrix of the Estate of Alesha Brown, Joshua M. Martinez, Individually and as Personal Representative of the Estate of Teresa Huff, Annette White, and Kristina Wilson.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard.  They therefore request oral argument on this motion on May 20, 2008, as previously scheduled by the Court.

Dated:  May 8, 2008                      DAVIS POLK & WARDWELL

                                         By:      /s/ James P. Rouhandeh
                                                  James P. Rouhandeh

                                         450 Lexington Avenue
                                         New York, New York 10017
                                         (212) 450-4000
                                         SHOOK, HARDY & BACON L.L.P.

                                         By:      /s/ Scott W. Sayler
                                                  Scott W. Sayler

                                         2555 Grand Boulevard
                                         Kansas City, Missouri 64108
                                         (816) 474-6550

                                                  -and-

HARE & CHAFFIN

By:      /s/ David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred in a good faith effort the resolve the issue presented by this motion but were unable to do so.

/s/ David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 8, 2008.

/s/ David B. Chaffin
David B. Chaffin

2909074v2