UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | MDL Docket No. 1629 |
| IN RE NEURONTIN MARKETING, ) | |
| SALES PRACTICES AND PRODUCTS ) | Master File No. 04-10981 |
| LIABILITY LITIGATION ) | |
| _____ ) | Judge Patti B. Saris |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Magistrate Judge Leo T. Sorokin |
| ) | |
| ALL PRODUCTS LIABILITY ACTIONS ) | |
| _____ ) | |

**PRODUCTS LIABILITY PLAINTIFFS' MOTION TO
EXCLUDE CERTAIN PORTIONS OF THE DECLARATION
OF DEFENDANTS' REBUTTAL EXPERT, DR. GIBBONS**

Products Liability Plaintiffs hereby move the Court for an order striking the Declaration of Robert D. Gibbons, Ph.D., Defendants' expert in rebuttal to the FDA Alert, or portions thereof which clearly exceed the Court's Order limiting Defendants to "a rebuttal expert report involving only the FDA alert." Further, Plaintiffs request that the Court strike portions of the Gibbons Declaration, pursuant to Fed. R. Civ. P. Rule 37(c)(1), which may be confined to the FDA Alert but violate Fed. R. Civ. P. 26, in that such portions rely upon data and/or information and analyses thereof heretofore possessed by Defendants and not properly disclosed to Plaintiffs during the discovery process. This Motion is supported by the Memorandum in Support, submitted herewith.

Dated: May 8, 2008                                Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   /s/ **Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire
        Finkelstein & Partners, LLP
        436 Robinson Avenue
        Newburgh, NY  12550

2

By:    **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
   & Associates
106 E. 6th Street, Suite 700
Austin, TX  78701

## **CERTIFICATION OF GOOD FAITH**

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  May 8, 2008

**/s/ Kenneth B. Fromson**
Kenneth B. Fromson, Esquire

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 8, 2008.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire

2