UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO | ) ) ) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| *Accetullo, et al. v. Pfizer, Inc. et al.*, 06-10912-PBS<br>*Girard, et al. v. Pfizer, Inc. et al.*, 06-11023-PBS | ) ) ) | |

## **DECLARATION OF PAMELA MACER**

I, Pamela Macer, state, under the penalties of perjury, the following:

1. I am a member of the bar of the Court. I am co-counsel to Defendants Pfizer Inc. and Warner-Lambert Company LLC (together, "Defendants").

2. I make this declaration in support of Defendants' Motion to Dismiss the Claims of Four Plaintiffs Represented by the Law Offices of Newton B. Schwartz for Failure to Comply with the Court's Certification Orders.

3. Attached hereto as Exhibit A is a true and correct copy of the March 6, 2008 letter from the Law Offices of Newton B. Schwartz to Defendants.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 8th DAY OF MAY, 2008

/s/ Pamela Macer
Pamela Macer

2908963v3

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document has been served pursuant to Case Management Order No. 3.

                                          /s/David B. Chaffin

2908963v3