# EXHIBIT A

LAW OFFICES OF
NEWTON B. SCHWARTZ, SR.
1911 Southwest Freeway
Houston, Texas 77098

Office: 713-630-0708                                            Fax: 713-630-0789
Toll Free: 1-800-536-6006                                       E-mail: nbs@nbslawyers.com

March 6, 2008

Ms. Pamela Macer
Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108

RE:   *Accetullo et al. v. Pfizer Inc. et al.* 06-10912-PBS
      *Anderson et al. v. Pfizer Inc. et al.* 06-11024-PBS
      *Girard et al. v. Pfizer Inc. et al.* 06-11023-PBS
      *Brewster et al v. Pfizer Inc. et al.* 06-11022-PBS

Dear Ms. Macer:

We do not have medical records for Dametria Igbonagwam, Individually and as Administratrix of the Estate of Alesha Brown, Joshua M. Martinez, Individually and as Personal Representative of the Estate of Teresa Huff, Annette White, and Kristina Wilson.

Sincerely,

*Kathleen Womack*
Kathleen Womack