UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) MDL Docket No. 1629 ) Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO | ) ) Judge Patti B. Saris ) Mag. Judge Leo T. Sorokin |
| *Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS* *Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS* *Cooper, et al. v. Pfizer Inc. et al., 1:05-cv-10834-PBS* | ) ) ) ) |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO THE BOONE PLAINTIFFS' MOTION FOR LEAVE TO FILE ONE-PAGE DOCUMENT OR INDIVIDUAL ATTORNEY CERTIFICATIONS TO COMPLY WITH PTO 23 OUT OF TIME**

Defendants Pfizer Inc. and Warner-Lambert Company LLC (together, "Defendants") oppose the Boone plaintiffs' Motion for Leave to File One-Page Document or Individual Attorney Certifications to Comply With PTO 23 Out of Time (Docket No. 1263). The requested leave is futile and will not cure the Boone plaintiffs' failure to comply with PTO 23 (more properly "Discovery Order No. 23"), nor will it cure the Boone plaintiffs' improper certifications as discussed in Defendants' Memorandum in Support of Their Motion to Dismiss the Claims of Plaintiffs Represented by the Levi Boone Law Firm PA (Docket No. 1261).

On March 24, 2008, the Court issued Discovery Order No. 23, which required the Boone Law Firm to file a one page document indicating that Mr. Boone had certified all of the Boone plaintiffs, <u>or</u> if he had not certified all of them, to provide the Court with a list of individual plaintiffs and the docket number for either a certification or motion to withdraw as to each plaintiff. The Boone plaintiffs failed to comply with these express requirements.

- 1 -

2953705v1

- 2 -

Discovery Order No. 23 also required the Boone Law Firm to certify to the Court that it had followed the procedures set forth in Discovery Order No. 19. In fact, Discovery Order No. 23 was necessitated in part by the Boone Law Firm's failure to comply with Discovery Order No. 19 which set out clear instructions for informing the Court as to each plaintiff whether a certification, stipulation of dismissal or motion to withdraw had been filed. The Boone Law Firm did not comply with Discovery Order No. 19 because it did not provide the requisite information and because it never took any action as to plaintiffs Sonja Lewis and Lestine Rogers. Despite having been given multiple opportunities to comply with the Court's orders, the Boone Law Firm has not done so and the relief sought by the Boone plaintiffs' motion will not bring them into compliance with the Court's orders.

Further, even if the Boone plaintiffs could comply with these orders, they cannot cure their non-compliance with the Court's November 9, 2007, Case Management Order (Docket #949). As discussed in Defendants' Memorandum in Support of Their Motion to Dismiss the Claims of Plaintiffs Represented by the Levi Boone Law Firm PA, attorney Boone improperly certified his plaintiffs because he did not perform the requisite review of relevant medical records. Belatedly providing the Court with a comprehensive list of improperly certified plaintiffs will not cure this defect.

For all of these reasons, the Court should deny as futile the Boone plaintiffs' Motion for Leave to File One-Page Document or Individual Attorney Certifications to Comply With PTO 23 Out of Time.

Dated:  May 13, 2008					Respectfully submitted,

						DAVIS POLK & WARDWELL


						By:   /s/ James P. Rouhandeh
						        James P. Rouhandeh

						450 Lexington Avenue
						New York, New York 10017
						(212) 450-4000


						SHOOK, HARDY & BACON L.L.P.


						By:   /s/ Scott W. Sayler
						        Scott W. Sayler

						2555 Grand Boulevard
						Kansas City, Missouri 64108
						(816) 474-6550

						        - and -

						HARE & CHAFFIN


						By:   /s/ David B. Chaffin
						        David B. Chaffin

						160 Federal Street
						Boston, Massachusetts 02110
						(617) 330-5000

						*Attorneys for Defendants Pfizer Inc. and*
						*Warner-Lambert Company LLC*


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on May 13, 2008.

						/s/ David B. Chaffin

- 3 -

2953705v1