UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES )<br>PRACTICES, AND PRODUCT LIABILITY )<br>LITIGATION ) <br> ) <br> ) <br> ) <br> ) | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

THIS DOCUMENT RELATES TO:

*Jessie Allen, et al v. Pfizer, Inc.*, Case No. 4:07cv74
*Mary Cooper, et al v. Pfizer, Inc.*, Case No. 2:04cv255
*Leroy Anderson, et al v. Pfizer, Inc.*, Case No. 4:04cv275

**PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**

The Plaintiffs submit their Plaintiffs' Opposition to Motion to Dismiss, as follows:

1. Dismissal is not warranted in this case in most instances of alleged misconduct the Defendants are flat wrong and the deficiencies in the discovery, if any, are not extreme nor has the Plaintiffs willfully or intentional disobeyed any of this Court's orders.

2. *Plaintiffs' Opposition to Motion to Dismiss* is supported by *Plaintiffs' Memorandum in Support of Opposition to Motion to Dismiss* filed simultaneously herewith.

WHEREFORE PREMISES CONSIDERED, Plaintiffs request that Defendants' Motion to Dismiss be denied and that Plaintiffs be given a reasonable time to cure any deficiencies.

RESPECTFULLY SUBMITTED, this the 13th day of May, 2008.

/s/ Levi Boone, III