```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
-------------------------------------------------------x
In re: NEURONTIN MARKETING,             : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS     :
       LIABILITY LITIGATION             : Master File No. 04-10981
-------------------------------------------------------x
                                        : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:        :
                                        : Magistrate Judge Leo T. Sorokin
                                        :
       GRACE D. SANUTTI                 :
             Plaintiff
-------------------------------------------------------x
```

### PLAINTIFF, GRACE D. SANUTTI'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff, Grace D. Sanutti, *pro se* and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Grace D. Sanutti. I am Plaintiff, *pro se*, in the above entitled action.

2. I intend to proceed with the litigation of the above entitled action.

3. I have reviewed the relevant medical records and the allegations of the Complaint in the above entitled action.

4. I believe pursuit of the action is warranted.

Respectfully submitted,

*Grace D. Sanutti*
Grace D. Sanutti
Plaintiff
703 Picnic Lane
Selinsgrove, Pa. 17870
(570) 441-8315 (cell)
(570) 743-3038 (fax)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to the following on 6th day of May, 2008.

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

Grace D. Sanutti
Plaintiff
703 Picnic Lane
Selinsgrove Pa. 17870
(570) 441-8315