UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**THIS DOCUMENT RELATES TO:**

*Jessie Allen, et al v. Pfizer, Inc.*, Case No. 4:07cv74
*Mary Cooper, et al v. Pfizer, Inc.*, Case No. 2:04cv255
*Leroy Anderson, et al v. Pfizer, Inc.*, Case No. 4:04cv275

## MOTION FOR EXTENSION OF TIME TO RESPOND

Plaintiffs move the Court as follows:

The Plaintiffs have on this day, May 13, 2008, timely submitted their *Plaintiffs' Opposition to Defendant Motion to Dismiss* along with *Plaintiffs' Memorandum In Support of Their Opposition to Motion to Dismiss*. However, the Plaintiffs have not had an ample opportunity to address the issues raised by Defendants, plaintiff by plaintiff, due to short response time required in light of the number of plaintiffs.

WHEREFORE PREMISES CONSIDERED, Plaintiffs request that this Court grant a 30 day extension of time for Plaintiffs to adequate respond to Defendants' Motion to Dismiss.

RESPECTFULLY SUBMITTED, this the 13th day of May, 2008.

/s/ Levi Boone, III