UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**THIS DOCUMENT RELATES TO:**

*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*
*Mary Cooper, et al v. Pfizer, Inc., Case No. 2:04cv255*
*Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275*

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND

The Plaintiffs have on this day, May 13, 2008, timely submitted their *Plaintiffs' Opposition to Defendant Motion to Dismiss* along with *Plaintiffs' Memorandum In Support of Their Opposition to Motion to Dismiss*. However, the Plaintiffs have not had an ample opportunity to address the issues raised by Defendants, plaintiff by plaintiff, due to short response time required in light of the number of plaintiffs.

It is within the sound discretion of the Court as to whether to grant a continuance of a hearing or an extension relating to discovery.

None of the Plaintiffs in these cases are selected for trial. The records relating to these Plaintiffs are voluminous.

Justice requires that the Plaintiffs be given an ample opportunity to respond to Defendant's Motion to Dismiss.

WHEREFORE PREMISES CONSIDERED, Plaintiffs request that this Court grant a 30 day extension of time for Plaintiffs to adequate respond to Defendants' Motion to Dismiss.

RESPECTFULLY SUBMITTED, this the 13th day of May, 2008.

/s/ Levi Boone, III