THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | | | |
|---|---|---|---|
| Jessie | Allen, | Johnnie | Conguista, |
| Mary | Adams, | Donald | Conn, |
| Nathan | Adams, | Katie | Craig, |
| Linda | Aldridge, | Ruby | Crapps, |
| Angela | Abron, | Lynnette | Criss, |
| Vivian | Allen, | Cora L. | Crumble, |
| Mary | Applewhite, | Theodore | Crystian, |
| Mary | Ashford, | Linda | Cunningham, |
| Terry | Banks, | Alford | Darby, |
| Jimmie | Barbee, | Jimmy | Darling, |
| Robert | Barnes, | Carolyn | Davis, |
| Teresser | Bass, | Levi | Davis, |
| Irene | Batte, | Serboya | Delotta, |
| Cassandra | Benson, | Brenda | Dotson, |
| Ledora | Benton, | Mark | Dye, |
| Audrey | Berry, | Catherine | Duvall, |
| Brenda | Biggers, | Parlee | Edwards, |
| Elizabeth | Bland, | Annie | Edwards, |
| Joe | Blaylock, | Samuel | Ellis, |
| Helen | Booker-Meeks, | Pamela | Ellis, |
| Frances | Bouie, | Clara M. | Epps, |
| Carol | Bowyer, | Lille | Evans, |
| John | Bratcher, | Estate of Texcellar | Fields, |
| Carl | Brinkley, | Sallie | Fiffer, |
| Tamara | Brinson, | Inez | Fincher, |
| Darrell | Brooks, | Michael | Fisher, |
| Betty | Broome, | Glen | Forbes, |
| Thomas | Brown, | Essie | Ford Patterson, |
| Jessie | Brown, | Ethel | Fleming, |
| Bobbie | Bryson, | Alma | Gardner, |
| Lisa | Calogero, | Alice | Garrett, |
| Minnie C. | Campbell, | Andrew Frederick | Gibson, |
| Lillie | Cannon, | Beneal | Gildon, |
| Gary | Carter, | Walter | Gilmer, |
| Mary Ann | Castellane, | Narie | Givens, |
| Kathy | Christman, | Jamie | Givens, |
| Emma | Clak (Clark), | Shannon | Glass, |
| George | Clarke, | Frances | Glenn, |
| Contessa | Cole, | Estate of L. G. | Green, |
| Nettie | Coleman, | Larry | Green, |
| Claiborne | Collier, | Claudette | Greer, |

EXHIBIT "A"

1

| | | | |
|---|---|---|---|
| Johnnie | Collier, | Emma | Gregory, |
| Everlernn | Collins, | Fannie | Grinston, |
| Linda | Hales, | Cassandra Denise | James, |
| Mollie | Haliburton, | James | Jeffcoat, |
| Willie | Hall, | Macatherine | Jefferson, |
| Ann | Hall, | Debra Ann | Johnson, |
| Cora | Hamilton, | Doris | Johnson, |
| Eric | Hannarstrom, | Lena | Johnson, |
| Holly | Hammarstrom, | Ollie | Johnson, |
| Margaret | Haney, | Velma | Johnson, |
| Robert | Hannah, | Margaret Pat | Johnson, |
| Billie | Harkins, | Cheryl | Johnson, |
| Christine | Harris, | Robert | Johnson, |
| Freddie | Harris, | Doris | Johnson, |
| Clarence | Harris, | Lakesha | Johnson, |
| Linda | Harveston, | Nikisha | Johnson, |
| Lavurne | Hasselbach, | Henry | Jones, |
| Gregory | Haslett, | Rosie M. | Jones, |
| Belinda | Havard, | Edward | Jordan, |
| Estate of Florence | Hayes, | Jacqueline | Kendrick, |
| Mark | Head, | Johnny | Keys, |
| Rufus | Hendon, | Dorothy | Kiser, |
| Carl | Henry, | Falisha | Knight, |
| Wade | Henry, | Christopher | Kyle, |
| Daisy | Hentz, | Ellaweise | Lacy, |
| Mae | Hester, | Shanetta | Lacy, |
| Alma | Hilton, | Henry E. | Landrum, |
| Linda | Hirsch, | Birdie | Langdon, |
| Tony | Hodges, | Diann | Lee, |
| Donald | Hogan, | Beatrice | Lee, |
| Karen | Hollingsworth, | Dawn | Lepard, |
| Evia | Holmes, | Frank | Lesure, |
| Evelyn | Holt, | Estate of Cornelius | Lewis, |
| William | Hony, | Jackie | Lewis, |
| Ruby | Hoover, | Mickey | Livingston, |
| Frank | Hoover, | Chris | Logan, |
| Ethel Mae | Howard, | Sylvia | Longino, |
| Harrell | Howard, | Lula | Lott, |
| Lillie | Hunter, | Jannie | Lucas, |
| Charles | Ingram, | Bobbie | Maggett, |
| Josephine | Jackson, | Elton | Mason, |
| Mattie D. | Jackson, | Dorothea | Martinson, |
| Bettye | Jackson, | Joyce | McAdory, |
| Patsy | Jackson, | Patricia | McBeath, |

| | | | |
|---|---|---|---|
| Casey | McCardle, | Cheryl | Rankins, |
| Charlie | McClendon, | Vera | Ray, |
| Frankiln | McConnell, | Barbara | Readus, |
| Marquitia | McCoy, | Charlene | Reddix, |
| Grady | McCullar, | Sallie E. | Rippy, |
| Sherman | McDonald Jr., | Kathy | Roberts, |
| Lorraine | McGowan, | Tara | Robinson, |
| Martha | McIntee-Nelson, | R. C. | Robinson, |
| Laperial | Melvin, | Wayne | Rochelle, |
| Johnnie | Michael, | Mary | Rose, |
| Osby | Miles, | Deloise | Sample, |
| Betsy | Miller, | Samuel | Sampson, |
| Tommie | Mills, | Cherry | Sanders, |
| Blanchie | Mitchell, | Shirley | Sashfras, |
| Ava | Mitchell, | Jimmy Estate of | Sayles, |
| Prince E. | Mitchell, | Clarissa | Scott, |
| Jacilet | Moore, | Vanessa | Scott, |
| Mattie | Moore, | Melvin | Scott, |
| Helen | Morgan, | Grace | Scott, |
| Lashundria | Mosley, | Sean | Self, |
| Brandy | Murphy, | Kennedy | Shaw, |
| Linda | Murray, | Debra | Shepherd, |
| Debra | Neal, | Bridgette | Shields, |
| Maybelle | Newsome, | Pam | Shields, |
| Martha | Norman, | Sara | Shields, |
| Doris | O'Braint, | Jack | Shoemaker, |
| Helen | O'Bryant, | Aaron | Sims, |
| Louis | O'Neal Jr., | Fletcher | Singletary, |
| Helen | Parks, | Lashonda | Skinner, |
| Curtis | Patton, | Tony B. | Smiley, |
| Annie | Pearson, | Lillie | Smith, |
| Sharon | Perez, | Retha | Smith, |
| Kathy | Phillips, | Ruby Maxine | Smith, |
| Junaker | Pigron, | Rosa | Smith, |
| J. T. | Pinkton, | Ronnie | Smith, |
| Annie | Poindexter, | Bennie | Spencer, |
| Jacquelyn | Posey, | Jerry | Stagg, |
| Larry | Potts, | Darlene | Stampley, |
| William | Potts | Barbara | Starks, |
| Delories | Powell, | Bobby | Steele, |
| Hershel Jack | Price, | Jermell | Stevenson, |
| Janice | Primer, | Carl | Stevenson, |

| | | | |
|---|---|---|---|
| Cynthia Thomas | Quimby, | Debbie | Sullivan, |
| Charles | Summers, | Daisy | Williams, |
| Lorene | Taylor, | O. C. | Williams, Sr., |
| Cecil | Taylor, | Cynthia | Wilson, |
| Lanelle | Terry, | Lakeisha | Wilson, |
| Jennifer | Theodore, | Francis | Womack, |
| Dixie | Thomas, | Bobby | Woods, |
| Erestia | Thomas, | Barbara | Young, |
| Mary | Thomas, | Martha | Beckum, |
| Magnolia | Thomas, | Vannila | Bennett, |
| Chester | Thomas, | Corine | Carson, |
| Martha | Thompson, | Keba | Cartwright, |
| Bernice | Thornton, | Memye | Creswell, |
| Lanelle | Tollison, | Tony | Dicus, |
| Dorothy | Tolliver, | Alton | Dillon, |
| Dan | Townsend, | Marshall | Dillon, |
| Doris | Toy, | Mary Jane | Edmonds, |
| Mike | Trim, | Linn Estate of | Everett, |
| Monnie | Turner, | Linda | Griffin, |
| Benjamin | Tutor, | Jerry | Haney, |
| Larry | Vail, | Tommy | Hardy, |
| Eddie | Vail, | Doyle | Harrison, |
| Lula | Wade, | Gloria | Harrison, |
| Joann | Walls, | Earnest | Hernandez, |
| Shirley | Walters, | Shawand | Hicks, |
| Connie | Warfield, | Leona | Hill, |
| Rosa | Washington, | Emma | Howard, |
| Della | Washington, | Irma | Jackson, |
| Annie Helen | Wasson, | Shonda | Jackson, |
| Deborah | Watson, | Sherita | Jones, |
| Michaelon | Weathersby,, | Mary | Lawson, |
| Clifton | White, | Minnie | Lipsey, |
| Edneatha | White, | Robert | Lawson, |
| Wendell | Whittington, | Bobby | Lofton, |
| Wayne | Wilbourn, | | |
| Barbara Larry | Wilburn, | Virgine | Meeks, |
| Walterine | Wildee, | Sara | Morrison, |
| Bobbie | Williams, | Mary | Norwood, |
| Eloise | Williams, | Tommie | Odom, |
| Carole | Williams, | Jerry | Price, |
| Eugie | Williams, | Leslie | Robbins, |

4

| | | | |
|---|---|---|---|
| Taylor Nolan | Williams, Williams, | Carolyn Eugene | Russell, Smith, |
| John | Staten, | | |
| Dorian | Taylor, | | |
| Brenda | Thomas, | | |
| Cynthia | Thomas, | | |
| | Thomas c/o | | |
| Estate of | Clarence | | |
| Bertha | Thomas | | |
| Ella Mae Morris | Toler | | |
| Edwin | Townsend | | |
| Deborah | Walker | | |
| Phillip | Walker | | |
| Estate of Katherine | Warfield C/o Allen Warfield | | |
| Joyce | Watson | | |
| Richard | Whitehall | | |
| Helen | Williams | | |
| Sanders | Williams, Jr. | | |

VS.

PFIZER, INC., individually and as successor in interest to PARKE-DAVIS and WARNER LAMBERT COMPANY,

CASE NO.:_____

DEFENDANTS

## COMPLAINT

### JURY TRIAL REQUESTED:

COMES NOW INTO COURT Plaintiffs and hereby allege as follows based upon public documents and information and belief against Pfizer, Inc., individually and as successor in interest to Parke Davis and Warner Lambert (collectively "Defendants").

### INTRODUCTION