UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,           : MDL Docket No. 1629
SALES PRACTICES AND                    :
PRODUCTS LIABILITY LITIGATION          : Master File No. 04-10981
                                       :
------------------------------------------------------------x Judge Patti B. Saris
                                       :
THIS DOCUMENT RELATES TO:              : Magistrate Judge Leo T.
                                       : Sorokin
ALL PRODUCTS LIABILITY CASES           :
                                       :
                                       :
                                       :
                                       :
------------------------------------------------------------x

## NOTICE OF FILING OF EXPERT REPORT OF ROBERT D. GIBBONS Ph.D.

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE THAT, pursuant to the Court's Electronic Order of April 17, 2008, defendants Pfizer Inc. and Warner-Lambert Company, LLC, the Expert Report of Robert D. Gibbons, Ph.D. is attached hereto as Exhibit A.

Dated: May 19, 2008                    Respectfully submitted,

                            By:   /s/ James P. Rouhandeh
                                  James P. Rouhandeh
                                  DAVIS POLK & WARDWELL
                                  450 Lexington Avenue
                                  New York, NY 10017
                                  Tel: (212) 450-4000

                                  -and-

                            By:   /s/ Scott W. Sayler
                                  Scott W. Sayler
                                  SHOOK HARDY BACON
                                  2555 Grand Blvd.
                                  Kansas City, MO 64108-2613
                                  Tel: (816) 474-6550

-and-

By: /s/David B. Chaffin
David B. Chaffin
HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 19, 2008.

/s/David B. Chaffin
David B. Chaffin