UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> BENNETT vs. PFIZER, INC. et al. <br> 08-CV-10678-PBS | NOTICE OF APPEARANCE |

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiffs MARILYN BENNETT, SCOTT BENNETT and CHAD BENNETT, all individually and as successors in interest to the Estate of ALAN BENNETT, which matter was transferred to the MDL by way of an Order docketed on April 17, 2008.

I certify that I am admitted pro hac vice to practice in this court.

Dated: May 19, 2008

*[signature]*
ELEANOR L. POLIMENI, ESQ.
of FINKELSTEIN & PARTNERS, LLP
436 Robinson Avenue
Newburgh, N.Y. 12550
Phone: (800) 634-1212
Fax: 845-562-3492
E-mail: epolimeni@lawampm.com