UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
In re:  NEURONTIN MARKETING,                      :  MDL Docket No. 1629
        SALES PRACTICES AND                       :
        PRODUCTS LIABILITY LITIGATION             :  Master File No. 04-10981
                                                  :
------------------------------------------------- x  Judge Patti B. Saris
                                                  :
THIS DOCUMENT RELATES TO:                         :  Magistrate Judge Leo T.
                                                  :  Sorokin
                                                  :
PRODUCTS LIABILITY ACTIONS                        :
                                                  :
*Bulger v. Pfizer Inc., et al.*                   :
Case No. 1:07-cv-11426-PBS                        :
                                                  :
------------------------------------------------- x

## DEFENDANTS' UNOPPOSED MOTION REQUESTING THE GENERAL GRANT OF ACCESS TO CRIMINAL OFFENDER RECORD INFORMATION (CORI)

Defendants Pfizer Inc. and Warner-Lambert Company LLC (together, "Defendants") respectfully move for approval from this Court to utilize the general grant of access to CORI, as provided by the Massachusetts Criminal History Systems Board (CHSB), to Attorneys of Record. This request pertains the records of Susan Bulger, born December 14, 1964, SSN: 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, and Ronald J. Bulger, Sr., born December 7, 1958, SSN: 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. For both individuals, the type of CORI data for which access is sought is all criminal records information. The information sought is for witness impeachment or trial strategy purposes related to the current lawsuit Mr. Bulger has pending against Defendants. An affidavit, as required by CORI procedures, is attached as Exhibit A.

Counsel for plaintiff has indicated that although plaintiff does not assent to this motion, he does not oppose it.

2964438v1

WHEREFORE, Pfizer respectfully requests that the Court approve their request to utilize the general grant of access to CORI.

Dated: May 22, 2008

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
     James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000


SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
     Scott W. Sayler

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

-and-

HARE & CHAFFIN

By: /s/ David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company*

2964438v1

## CERTIFICATE OF CONSULTATION

I certify that counsel for plaintiff has indicated that although plaintiff does not assent to this motion, he does not oppose it.

/s/ David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 22, 2008.

/s/ David B. Chaffin
David B. Chaffin

2964438v1