# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING,                    : MDL Docket No. 1629
       SALES PRACTICES AND                      :
       PRODUCTS LIABILITY LITIGATION            : Master File No. 04-10981
                                                :
------------------------------------------------x Judge Patti B. Saris
                                                :
THIS DOCUMENT RELATES TO:                       : Magistrate Judge Leo T.
                                                : Sorokin
   PRODUCTS LIABILITY ACTIONS                   :
                                                : AFFIDAVIT OF
   *Bulger v. Pfizer Inc., et al.*              : DAVID B. CHAFFIN
   Case No. 1:07-cv-11426-PBS                   :
                                                :
------------------------------------------------x

COMMONWEALTH OF MASSACHUSETTS    )
                                 ) ss.:
COUNTY OF SUFFOLK                )

DAVID B. CHAFFIN, being duly sworn, deposes and states as follows:

1. I am a partner with the law firm of Hare & Chaffin, counsel for Defendants Pfizer Inc. and Warner-Lambert Company LLC (together, "Defendants") in this action. I am personally familiar with the matters set forth herein. As provided by the Massachusetts CHSB, this affidavit supports Pfizer's motion to utilize the general grant of access CORI.

2. The CORI sought is to be used exclusively for witness impeachment or trial strategy purposes related to *Bulger v. Pfizer Inc., et al.*, Case No. 1:07-cv-11426-PBS, and the CORI as accessed will not be disclosed to unauthorized persons in violation of M.G.L. c. 6, § 167 et seq, or 803 CMR 2.00 et seq.

2964438v1

Dated: Boston, Massachusetts
    May 22, 2008

_____
David B. Chaffin

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

On this 22nd day of May 2008, before me, the undersigned notary public, personally appeared David B. Chaffin, Esq., and proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding document and who swore or affirmed to me that the contents of the documents are truthful and accurate.

_____
Karen G. Gibson
Notary Public

My Commission Expires: 9/23/09

2964438v1