# EXHIBIT A

**JOINT PROPOSED HEARING PROTOCOL**

A. **Identification of Witnesses**

1. Absent unforeseen circumstances making a witness physically unavailable, each of Plaintiffs' experts subject to Defendants' motion to exclude testimony are expected to appear and provide testimony regarding their respective opinions on general causation. Specifically, Plaintiffs identify experts Michael Trimble, M.D., Stefan Kruszewski, M.D., and Cheryl Blume, Ph.D.

2. On or before June 2, 2008, Defendants shall identify which of their previously disclosed expert witnesses are expected to appear and provide testimony regarding their opinions on general causation.

B. **Structure of June 19-20, 2008 Hearing** – The parties propose the following hearing structure:

1. Opening Statements:

   **Plaintiffs propose that the parties shall present opening arguments related solely to Defendants' motion to exclude testimony of Plaintiffs' experts. Defendants shall present opening argument first, followed by Plaintiffs. Each party shall be afforded 15 minutes.**

   *Defendants propose that the parties shall present opening arguments that relate to both Defendants' motion to exclude testimony of Plaintiffs' experts and Defendants' motion for summary judgment. Defendants shall present opening argument first, followed by Plaintiffs. Each party shall be afforded 30 minutes.*

2. Presentation of Evidence: The following presentation presumes a total of 6 witnesses: 3 experts per party. The time allotted below per expert shall not increase even if less than 6 experts are scheduled to testify.

    i. June 19, 2008

       1. Defendants may inquire of each Plaintiffs' expert witness via a cross-examination, not to exceed 60 minutes per witness.
       2. Plaintiffs may inquire of each Plaintiffs' expert witness via a re-direct, if any, not to exceed 30 minutes.

    ii. June 20, 2008

       1. Plaintiffs may inquire of each Defendants' expert witness via a cross-examination, not to exceed 60 minutes per witness.

       2. Defendants may inquire of each Defendants' expert witness via a re-direct, if any, not to exceed 30 minutes.

3. <u>Closing Statements</u>: The parties shall present closing statements after the presentation of evidence. Defendants shall present their closing statement first, followed by Plaintiffs. Each party shall be afforded 15 minutes.