UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
IN RE NEURONTIN MARKETING, SALES        )
PRACTICES, AND PRODUCT LIABILITY        )
LITIGATION                              )     MDL Docket No. 1629
_____ )     Master File No. 04-10981
                                        )
THIS MOTION RELATES TO:                 )     Judge Patti B. Saris
                                        )     Mag. Judge Leo T. Sorokin
ALL PRODUCT LIABILITY ACTIONS           )
                                        )
_____ )

**DEFENDANTS' PROPOSAL WITH RESPECT TO
WORK-UP OF ADDITIONAL CASES**

Further to the discussion at the May 20, 2008, Status Conference, defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") respectfully submit the following proposal with respect to the work-up of additional Track One cases.[1]

Defendants understand that in the two trial work-up cases, *Bulger* and *Smith*, the Court is inclined to adopt the schedule that the parties proposed on May 7. That schedule is as follows:

| EVENT | DEADLINE |
|---|---|
| Fact discovery closes | 7/1/08 |
| Plaintiffs' expert reports | 8/7/08 |
| Depositions of plaintiffs' experts completed | 9/22/08 |
| Defendants' expert reports | 10/10/08 |
| Depositions of defendants' experts completed | 11/26/08 |
| Dispositive motions | 12/23/08 |
| Oppositions to dispositive motions | 1/13/09 |
| Replies to dispositive motions | 1/27/09 |
| Sur-replies to dispositive motions | 2/10/09 |

---

[1]     Consistent with the Court's comments, this proposal addresses **only** the schedule for the work-up of cases following *Bulger* and *Smith*, the parties' trial work-up cases. It does **not** address the order of subsequent trials, nor does it address consolidation. In the event plaintiffs' response to this submission deviates from the schedule the Court indicated it is inclined to adopt with respect to *Bulger* and *Smith*, or raises issues such as trial ordering or consolidation, Defendants would ask that the Court permit them to respond, which they will do within 48 hours.

Defendants also understand that the Court is inclined to adopt a schedule that ensures that there will be additional cases ready for trial after *Bulger* and/or *Smith* are tried.

To address this issue, Defendants propose that the parties work up five additional cases after the completion of fact discovery in *Bulger* and *Smith*.  Defendants propose that the five cases include the three Massachusetts cases that were added to the Track One list by the Court, one Track One case selected by Plaintiffs, and one Track One case selected by Defendants.  (If the Court adopts this approach Defendants will be prepared to designate their case within 48 hours of the Court's order.)

The inclusion of party-selected cases is consistent with the procedures laid out by the Court when it adopted the Track One approach.  It will allow the parties to select the cases that they determine to be their best and/or most representative cases. This approach is appropriate because party-selected cases are the best test cases.  The proposal also includes the three Massachusetts cases given the Court's interest in moving along the cases filed in this jurisdiction.

Under Defendants' proposal, the schedule governing the five cases that would be worked up next would be:

| EVENT | DEADLINE |
|---|---|
| Completion of written discovery (including production of all medical records) | 9/26/08 |
| Fact discovery closes | 1/16/09 |
| Plaintiffs' expert reports | 2/20/09 |
| Depositions of plaintiffs' experts completed | 3/27/09 |
| Defendants' expert reports | 4/6/09 |
| Depositions of defendants' experts completed | 5/11/09 |
| Dispositive motions | 5/22/09 |
| Oppositions to dispositive motions | 6/22/09 |
| Replies to dispositive motions | 7/9/09 |
| Sur-replies to dispositive motions | 7/16/09 |

Dated:  May 23, 2008

DAVIS POLK & WARDWELL

By:    /s/ James P. Rouhandeh
        James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000


SHOOK, HARDY & BACON L.L.P.

By:    /s/ Scott W. Sayler
        Scott W. Sayler

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

       -and-

HARE & CHAFFIN

By:    /s/ David B. Chaffin
        David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company*


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 23, 2008.


/s/ David B. Chaffin
David B. Chaffin