UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS MOTION RELATES TO<br><br>ALL ACTIONS | ) ) Judge Patti B. Saris<br>) Mag. Judge Leo T. Sorokin<br>) ) ) |

## ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW

Erik M. Zissu, co-counsel for Defendants, respectfully moves, pursuant to Local Rule 83.5.2, for leave to withdraw as co-counsel for Defendants. The grounds for this motion are:

1. As an associate with Davis Polk & Wardwell, I appeared as co-counsel for Defendants.

2. I have resigned from Davis Polk & Wardwell.

3. I therefore wish to withdraw as co-counsel for Defendants.

4. Other counsel have appeared and continue to appear for Defendants.

5. A motion for leave to withdraw is required because motions are pending.

6. Liaison counsel for Plaintiffs has assented to this motion.

WHEREFORE, I respectfully request leave to withdraw as co-counsel for Defendants.

Dated: May 28, 2008                     /s/ Erik M. Zissu
                                        Erik M. Zissu
                                        425 Park Avenue
                                        New York, NY 10022

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

                                        /s/David B. Chaffin