# United States District Court

John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 8110
Boston, Massachusetts 02210

**PATTI B. SARIS**
**DISTRICT JUDGE**

May 20, 2008

David Krawetz
Director, Division of Compliance Policy
Office of Enforcement
Office of Regulatory Affairs (HFC-230)
Food and Drug Administration
15800 Crabbs Branch Way, Suite 130
Rockville, Maryland 20855

Dear Mr. Krawetz:

    I am writing to request that the Food and Drug Administration ("FDA") participate in an upcoming hearing in <u>In re: Neurontin Marketing, Sales, Practices and Products Liability Litigation</u>, Case No. 04-CV-10981 (D. Mass.). The hearing is on June 19 - 20, 2008, in the United States District Court, District of Massachusetts in Boston, Massachusetts.

    As background, the plaintiffs have brought products liability actions against defendants Pfizer, Inc. and Warner-Lambert Company LLC, alleging that the defendants fraudulently promoted and sold the drug Neurontin for unapproved, off-label uses, and that the use of the drug for such off-label purposes caused many patients to become suicidal. Defendants strongly contest these allegations. Therefore, the issue of "causation" is central to this matter.

    Plaintiffs rely, among other things, on a January 31, 2008 FDA Safety Alert titled "Information for Healthcare Professionals - Suicidality and Antiepileptic Drugs." A copy of this alert is enclosed for your quick reference. Since its release, the validity of this FDA safety alert has become a matter of dispute between the parties in this litigation. Defendants seek to introduce the opinion of an expert to rebut the FDA's findings with respect to Neurontin.

    Given the centrality of the recent FDA Alert to this matter, I am requesting FDA participation either through expert testimony or an amicus brief (or both) at the <u>Daubert</u> hearing on the

conclusions articulated by the FDA in its January 31, 2008 Safety Alert, "Information for Healthcare Professionals - Suicidality and Antiepileptic Drugs."

FDA testimony in this matter would serve the public interest. There are 175 products liability cases included within this multi-district litigation and the vast majority of these cases involve claims related to suicide or suicide-related activities. There are also similar cases filed in state courts across the country. In fact, Judge Marcy Friedman of the Supreme Court, New York County, will be jointly presiding at the hearing on June 19 and 20 as she is confronting similar issues in Neurontin products liability actions involving Neurontin in her jurisdiction. Accordingly, FDA testimony in this matter would be in the public interest.

If the dates are inconvenient, alternative dates can be provided. If you decide to participate by providing testimony, I will work with you and the parties to establish fair procedures. Please contact my Courtroom Clerk, Robert Alba, at (617) 748-9175 for scheduling and any questions that you may have.

Thank you.

Sincerely,

Honorable Patti B. Saris
United States District Judge

cc: Judge Marcy Friedman
    Rick Blumberg
    James P. Rouhandeh
    Scott W. Sayler
    David B. Chaffin
    Andrew G. Finkelstein
    Jack W. London