UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>BULGER v. PFIZER INC., et al. | Magistrate Judge Leo T. Sorokin<br><br>Individual Case No. 07-11426 |

**PRODUCTS LIABILITY PLAINTIFFS' EMERGENCY MOTION FOR
A PROTECTIVE ORDER PROHIBITING DEFENDANTS FROM
CONDUCTING SEVEN NOTICED DEPOSITIONS IN EXCESS OF
THE TEN-DEPOSITION LIMITATION PER SIDE IN VIOLATION
RULE 30(a)(2)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE
AND DISTRICT OF MASSACHUSETTS LOCAL RULE 26.2(B)(2)**

Products Liability Plaintiffs respectfully move, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, by Emergency Motion, for a Protective Order prohibiting Defendants from conducting seven noticed depositions in excess of the ten-deposition limitation per side in violation of Rule 30(a)(2)(A) of the Federal Rules of Civil Procedure and District of Massachusetts Local Rule 26.2(B)(2). Plaintiffs' Motion is supported by the Memorandum submitted herewith. Plaintiffs are proceeding by Emergency Motion because the videotaped depositions in question are scheduled to be held in approximately two weeks.

Dated: June 3, 2008

Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY  12550

By:  /s/ Jack W. London
Jack W. London, Esquire
Law Offices of Jack W. London
 & Associates
106 E. 6th Street, Suite 700
Austin, TX 78701

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants on numerous occasions concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated: June 3, 2008

/s/ Kenneth B. Fromson
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 3, 2008.

/s/ Kenneth B. Fromson
Kenneth B. Fromson, Esquire