EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x

In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

------------------------------------------------- x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

*Bulger v. Pfizer Inc., et al.*
Case No. 1:07-cv-11426-PBS

------------------------------------------------- x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T.
Sorokin

## NOTICE OF VIDEOTAPED
## DEPOSITION DUCES TECUM OF RON BULGER, JR.

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal

Rules of Civil Procedure, Defendants, Pfizer Inc., et al. by and through their counsel, will

take the testimony by deposition upon oral examination, before a person authorized to

administer oaths, of Ron Bulger, Jr. The deposition will be taken in accordance with the

Federal Rules of Civil Procedure on Thursday, May 8, 2008, at 10:00 a.m. The deposition

will be held at the Office of Hare & Chaffin, 160 Federal Street, 23rd Floor, Boston,

Massachusetts, Tel. 617-330-5000. The deposition will be recorded by stenographic

means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, NY,

10119.

You are invited to attend and to participate in the manner provided for in

the Federal Rules of Civil Procedure.

2914995v1

The deponent, Ron Bulger, Jr. is to produce the following documents at his deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated: April 22, 2008

SHOOK HARDY & BACON, LLP

By: _Lori R. Schultz/ks_

Scott W. Sayler
Lori R. Schultz
Lori C. McGroder

2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

and

James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

ATTORNEYS FOR DEFENDANTS
PFIZER INC. AND WARNER-
LAMBERT COMPANY

2914995v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April 2008, I caused to be served a true and correct copy of the foregoing document by first class U.S. Mail, postage prepaid, to:

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550

Jack W. London
Law Offices of Jack W. London
3701 Bee Caves Road, Suite 200
Austin, TX 78746

Thomas M. Sobol
Hagen Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

Lori R. Schultz /ks

*Attorneys for Defendants Pfizer Inc. and*
*Warner-Lambert Company*

2914995v1

## EXHIBIT A

1.   All notes, personal diaries, calendars, journals, logs or similar materials you may
     have kept relating to Susan Bulger's physical and/or mental condition
     following the use of the drug Neurontin.

2.   Any and all written material in your possession, custody, or control related
     to Neurontin.

2914995v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
          :  MDL Docket No. 1629

In re:  NEURONTIN MARKETING,
       SALES PRACTICES AND          :  Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  Judge Patti B. Saris

THIS DOCUMENT RELATES TO:         :  Magistrate Judge Leo T.
                              :  Sorokin

     PRODUCTS LIABILITY ACTIONS

     *Bulger v. Pfizer Inc., et al.*
     Case No. 1:07-cv-11426-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## FIRST AMENDED NOTICE OF VIDEOTAPED
## DEPOSITION DUCES TECUM OF PAT BULGER

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal

Rules of Civil Procedure, Defendants, Pfizer Inc., et al. by and through their counsel, will

take the testimony by deposition upon oral examination, before a person authorized to

administer oaths, of Pat Bulger.  The deposition will be taken in accordance with the

Federal Rules of Civil Procedure on Wednesday, May 7, 2008, immediately following

the deposition of Regina Bulger. The deposition will be held at the Office of Hare &

Chaffin, 160 Federal Street, 23rd Floor, Boston, Massachusetts, Tel. 617-330-5000. The

deposition will be recorded by stenographic means and videotaped by Veritext, L.L.C., 1

Penn Plaza, Suite 1706, New York, NY, 10119.

You are invited to attend and to participate in the manner provided for in

the Federal Rules of Civil Procedure.

2914940v1

The deponent, Pat Bulger, is to produce the following documents at her deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated:  April 22, 2008

SHOOK HARDY & BACON, LLP

By: _Lori R. Schultz /bs_
Scott W. Sayler
Lori R. Schultz
Lori C. McGroder

2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

and

James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

ATTORNEYS FOR DEFENDANTS
PFIZER INC. AND WARNER-
LAMBERT COMPANY

2914940v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April 2008, I caused to be served a true and correct copy of the foregoing document by first class U.S. Mail, postage prepaid, to:

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550

Jack W. London
Law Offices of Jack W. London
3701 Bee Caves Road, Suite 200
Austin, TX 78746

Thomas M. Sobol
Hagen Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

*Lori R. Schultz/ko*

*Attorneys for Defendants Pfizer Inc. and
Warner-Lambert Company*

2914940v1

## EXHIBIT A

1.    All notes, personal diaries, calendars, journals, logs or similar materials you may have kept relating to Susan Bulger's physical and/or mental condition following the use of the drug Neurontin.

2.    Any prescription records, pill bottles, any remaining medications, blister packs of medication (including sample), pharmacy records, or any other records in your possession, custody, or control which relate to the medication Neurontin or any other medications that Susan Bulger was taking in the year prior to taking Neurontin.

3.    Any letters, notes, or e-mails that you received from any doctor relating to Neurontin.

4.    Any and all other written material in your possession, custody, or control related to Neurontin.

2914940v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING,
        SALES PRACTICES AND
        PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

        PRODUCTS LIABILITY ACTIONS

        *Bulger v. Pfizer Inc., et al.*
        Case No. 1:07-cv-11426-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:  MDL Docket No. 1629
:
:  Master File No. 04-10981
:
:  Judge Patti B. Saris
:
:  Magistrate Judge Leo T.
:  Sorokin
:
:
:
:
:

### NOTICE OF VIDEOTAPED
### DEPOSITION DUCES TECUM OF REGINA BULGER

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants, Pfizer Inc., et al. by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of Regina Bulger. The deposition will be taken in accordance with the Federal Rules of Civil Procedure on Wednesday, May 7, 2008, at 10:00 a.m. The deposition will be held at the Office of Hare & Chaffin, 160 Federal Street, 23rd Floor, Boston, Massachusetts, Tel. 617-330-5000. The deposition will be recorded by stenographic means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, NY, 10119.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure.

2914979v1

The deponent, Regina Bulger, is to produce the following documents at her deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated:  April 22, 2008

SHOOK HARDY & BACON, LLP

By *Lori R. Schultz /ks*

Scott W. Sayler
Lori R. Schultz
Lori C. McGroder

2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

and

James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

ATTORNEYS FOR DEFENDANTS
PFIZER INC. AND WARNER-
LAMBERT COMPANY

2914979v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April 2008, I caused to be served a true and correct copy of the foregoing document by first class U.S. Mail, postage prepaid, to:

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550

Jack W. London
Law Offices of Jack W. London
3701 Bee Caves Road, Suite 200
Austin, TX 78746

Thomas M. Sobol
Hagen Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

*Lori R. Schultz /ks*

*Attorneys for Defendants Pfizer Inc. and*
*Warner-Lambert Company*

2914979v1

## EXHIBIT A

1.  All notes, personal diaries, calendars, journals, logs or similar materials you may
    have kept relating to Susan Bulger's physical and/or mental condition
    following the use of the drug Neurontin.

2.  Any and all written material in your possession, custody, or control related
    to Neurontin.

2914979v1

HARE & CHAFFIN
ATTORNEYS AT LAW
160 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110-1701
(617) 330-5000
TELECOPIER (617) 330-1996

March 3, 2008

**BY EMAIL AND MAIL**

Lauren Burke, Esq.                          Kenneth B. Fromson, Esq.
Perry, Krumsiek & Jack LLP                  Finkelstein & Partners
One McKinley Square                         436 Robinson Ave.
Boston, MA 02109                            Newburgh, NY 12550

Paul S. Hughes, Esq.
2120 Commonwealth Avenue
Suite 200
Newton, MA 02466

     Re:    *Bulger v. Pfizer Inc., et al., 1:07-cv-11426-PBS*
            *Dorsey v. Pfizer Inc., et al., 1:05-cv-10639-PBS*
            *Huberman v. Pfizer Inc., et al., 1:07-cv-11336-PBS*

Dear Counsel:

     Enclosed please find a notice of depositions.

     Thank you.

                        Very truly yours,

                        David B. Chaffin

DBC
354008.0303

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING,
       SALES PRACTICES AND
       PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

    *Bulger v. Pfizer Inc., et al., 1:07-cv-11426-PBS*
    *Dorsey v. Pfizer Inc., et al., 1:05-cv-10639-PBS*
    *Huberman v. Pfizer Inc., et al., 1:07-cv-11336-PBS*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## **NOTICE OF DEPOSITIONS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 30, please take notice that Defendants Pfizer Inc. and Warner-Lambert Company ("defendants"), will take the depositions of the persons identified below, before a notary public or other person authorized by law to administer oaths, on the dates and at the times indicated below, at the offices of Hare & Chaffin, 160 Federal Street, 23rd Floor, Boston, Massachusetts.

| Name | Date and Time |
|---|---|
| Richard S. Goldman, M.D. | 3/22/08 at 10:00 a.m. |
| Mary P. Dorsey | 3/24/08 at 10:00 a.m. |
| Dino Crognale, M.D. | 3/25/08 at 10:00 a.m. |
| Ronald J. Bulger, Sr. | 3/26/08 at 10:00 a.m. |
| John F. Dmochowski, M.D. | 3/27/08 at 10:00 a.m. |
| Jonathan E. Alpert, M.D., Ph.D. | 3/28/08 at 1:00 p.m. |
| Alan M. Huberman | 3/31/08 at 10:00 a.m. |

Counsel are invited to attend and cross-examine.

Dated:  March 3, 2008

Respectfully submitted,

HARE & CHAFFIN

By:  _____
David B. Chaffin

BBO # 549245
160 Federal Street
Boston, MA 02110
Tel:  (617) 330-5000

*Attorney for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I certify that this document has been served by email and mail on counsel for plaintiffs in the above-referenced actions, and liaison counsel this 3rd day of March 2008.

_____
David B. Chaffin

2