EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:


PRODUCTS LIABILITY ACTIONS

*Bulger v. Pfizer Inc., et al.*
Case No. 1:07-cv-11426-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
Judge Patti B. Saris
:
Magistrate Judge Leo T.
Sorokin

## NOTICE OF VIDEOTAPED
## DEPOSITION DUCES TECUM OF NANCY SCHILDONE

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal

Rules of Civil Procedure, Defendants, Pfizer Inc., et al. by and through their counsel, will

take the testimony by deposition upon oral examination, before a person authorized to

administer oaths, of Nancy Schildone.  The deposition will be taken in accordance with

the Federal Rules of Civil Procedure on June 12, 2008 at 10:00 a.m. The deposition will

be held at the **Office of Hare & Chaffin, 160 Federal Street, 23rd Floor, Boston,**

**Massachusetts, Tel. 617-330-5000**. The deposition will be recorded by stenographic

means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, NY,

10119.

You are invited to attend and to participate in the manner provided for in

the Federal Rules of Civil Procedure.

2976596v1

The deponent, Nancy Schildone is to produce the following documents at his deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated:  May 30, 2008

SHOOK HARDY & BACON, LLP

By: _____
Scott W. Sayler
Lori R. Schultz
Lori C. McGroder

2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

and

James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

ATTORNEYS FOR DEFENDANTS
PFIZER INC. AND WARNER-
LAMBERT COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May 2008, I caused to be served a true and correct copy of the foregoing document by first class U.S. Mail, postage prepaid, to:

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550

Jack W. London
Law Offices of Jack W. London
3701 Bee Caves Road, Suite 200
Austin, TX 78746

Thomas M. Sobol
Hagen Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## EXHIBIT A

1.    All notes, personal diaries, calendars, journals, logs or similar materials you may have kept relating to Susan Bulger's physical and/or mental condition following the use of the drug Neurontin.

2.    Any and all written material in your possession, custody, or control related to Neurontin.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :    MDL Docket No. 1629

In re:   NEURONTIN MARKETING,            :
       SALES PRACTICES AND               :    Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    Judge Patti B. Saris

THIS DOCUMENT RELATES TO:               :    Magistrate Judge Leo T.
                                       :    Sorokin

       PRODUCTS LIABILITY ACTIONS        :

       *Bulger v. Pfizer Inc., et al.*       :
       Case No. 1:07-cv-11426-PBS        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF VIDEOTAPED
## DEPOSITION DUCES TECUM OF STEPHEN SCHILDONE

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants, Pfizer Inc., et al. by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of Stephen Schildone. The deposition will be taken in accordance with the Federal Rules of Civil Procedure on June 12, 2008 at 1:00 p.m. The deposition will be held at the **Office of Hare & Chaffin, 160 Federal Street, 23rd Floor, Boston, Massachusetts, Tel. 617-330-5000**. The deposition will be recorded by stenographic means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, NY, 10119.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure.

2976928v1

The deponent, Stephen Schildone is to produce the following documents at his deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated:  May 30, 2008

SHOOK HARDY & BACON, LLP

By: _____
Scott W. Sayler
Lori R. Schultz
Lori C. McGroder

2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

and

James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

ATTORNEYS FOR DEFENDANTS
PFIZER INC. AND WARNER-
LAMBERT COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May 2008, I caused to be served a true and correct copy of the foregoing document by first class U.S. Mail, postage prepaid, to:

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550

Jack W. London
Law Offices of Jack W. London
3701 Bee Caves Road, Suite 200
Austin, TX 78746

Thomas M. Sobol
Hagen Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

# EXHIBIT A

1.    All notes, personal diaries, calendars, journals, logs or similar materials you may
      have kept relating to Susan Bulger's physical and/or mental condition
      following the use of the drug Neurontin.

2.    Any and all written material in your possession, custody, or control related
      to Neurontin.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING,
       SALES PRACTICES AND
       PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:


PRODUCTS LIABILITY ACTIONS

*Bulger v. Pfizer Inc., et al.*
Case No. 1:07-cv-11426-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: MDL Docket No. 1629

: Master File No. 04-10981

: Judge Patti B. Saris

: Magistrate Judge Leo T.
: Sorokin
:
:
:
:
:
:

## NOTICE OF VIDEOTAPED
## DEPOSITION DUCES TECUM OF AMANDA CAVALLARO

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal

Rules of Civil Procedure, Defendants, Pfizer Inc., et al. by and through their counsel, will

take the testimony by deposition upon oral examination, before a person authorized to

administer oaths, of Amanda Cavallaro. The deposition will be taken in accordance with

the Federal Rules of Civil Procedure on June 13, 2008 at 10:00 a.m. The deposition will

be held at the **Office of Hare & Chaffin, 160 Federal Street, 23rd Floor, Boston,**

**Massachusetts, Tel. 617-330-5000.** The deposition will be recorded by stenographic

means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, NY,

10119.

You are invited to attend and to participate in the manner provided for in

the Federal Rules of Civil Procedure.


2976936v1

The deponent, Amanda Cavallaro is to produce the following documents at his deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated: May 30, 2008

SHOOK HARDY & BACON, LLP

By: _____
    Scott W. Sayler
    Lori R. Schultz
    Lori C. McGroder

    2555 Grand Blvd.
    Kansas City, MO 64108
    (816) 474-6550

    and

    James P. Rouhandeh
    DAVIS POLK & WARDWELL
    450 Lexington Avenue
    New York, New York 10017
    (212) 450-4000

    ATTORNEYS FOR DEFENDANTS
    PFIZER INC. AND WARNER-
    LAMBERT COMPANY

2976936v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May 2008, I caused to be served a true and correct copy of the foregoing document by first class U.S. Mail, postage prepaid, to:

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550

Jack W. London
Law Offices of Jack W. London
3701 Bee Caves Road, Suite 200
Austin, TX 78746

Thomas M. Sobol
Hagen Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

*Attorneys for Defendants Pfizer Inc. and*
*Warner-Lambert Company*

2976936v1

**EXHIBIT A**

1.    All notes, personal diaries, calendars, journals, logs or similar materials you may have kept relating to Susan Bulger's physical and/or mental condition following the use of the drug Neurontin.

2.    Any and all written material in your possession, custody, or control related to Neurontin.

2976936v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

In re:  NEURONTIN MARKETING,
        SALES PRACTICES AND
        PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:


      PRODUCTS LIABILITY ACTIONS

      *Bulger v. Pfizer Inc., et al.*
      Case No. 1:07-cv-11426-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## NOTICE OF VIDEOTAPED
## DEPOSITION DUCES TECUM OF RUSSELL GALLANT

        PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants, Pfizer Inc., et al. by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of Russell Gallant. The deposition will be taken in accordance with the Federal Rules of Civil Procedure on June 11, 2008 at 10:00 a.m. The deposition will be held at the **Office of Hare & Chaffin, 160 Federal Street, 23rd Floor, Boston, Massachusetts, Tel. 617-330-5000**. The deposition will be recorded by stenographic means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, NY, 10119.

        You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure.

2976929v1

The deponent, Russell Gallant is to produce the following documents at his deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated: May 30, 2008

SHOOK HARDY & BACON, LLP

By: _____
Scott W. Sayler
Lori R. Schultz
Lori C. McGroder

2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

and

James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

ATTORNEYS FOR DEFENDANTS
PFIZER INC. AND WARNER-
LAMBERT COMPANY

2976929v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May 2008, I caused to be served a true and correct copy of the foregoing document by first class U.S. Mail, postage prepaid, to:

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550

Jack W. London
Law Offices of Jack W. London
3701 Bee Caves Road, Suite 200
Austin, TX 78746

Thomas M. Sobol
Hagen Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

2976929v1

## EXHIBIT A

1.    All notes, personal diaries, calendars, journals, logs or similar materials you may have kept relating to Susan Bulger's physical and/or mental condition following the use of the drug Neurontin.

2.    Any and all written material in your possession, custody, or control related to Neurontin.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING,
       SALES PRACTICES AND
       PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

    PRODUCTS LIABILITY ACTIONS

    *Bulger v. Pfizer Inc., et al.*
    Case No. 1:07-cv-11426-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin
:
:
:
:
:
:

**NOTICE OF VIDEOTAPED
DEPOSITION DUCES TECUM OF TERESA (BETTY) GALLANT**

        PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal

Rules of Civil Procedure, Defendants, Pfizer Inc., et al. by and through their counsel, will

take the testimony by deposition upon oral examination, before a person authorized to

administer oaths, of Teresa (Betty) Gallant. The deposition will be taken in accordance

with the Federal Rules of Civil Procedure on June 11, 2008 at 1:00 p.m. The deposition

will be held at the **Office of Hare & Chaffin, 160 Federal Street, 23rd Floor, Boston,**

**Massachusetts, Tel. 617-330-5000**. The deposition will be recorded by stenographic

means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, NY,

10119.

        You are invited to attend and to participate in the manner provided for in

the Federal Rules of Civil Procedure.

2976932v1

The deponent, Teresa (Betty) Gallant is to produce the following documents at his deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated: May 30, 2008

SHOOK HARDY & BACON, LLP

By: _____

Scott W. Sayler
Lori R. Schultz
Lori C. McGroder

2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

and

James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

ATTORNEYS FOR DEFENDANTS
PFIZER INC. AND WARNER-
LAMBERT COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May 2008, I caused to be served a true and correct copy of the foregoing document by first class U.S. Mail, postage prepaid, to:

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550

Jack W. London
Law Offices of Jack W. London
3701 Bee Caves Road, Suite 200
Austin, TX 78746

Thomas M. Sobol
Hagen Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

_/s/_____

_Attorneys for Defendants Pfizer Inc. and_
_Warner-Lambert Company_

## EXHIBIT A

1.  All notes, personal diaries, calendars, journals, logs or similar materials you may have kept relating to Susan Bulger's physical and/or mental condition following the use of the drug Neurontin.

2.  Any and all written material in your possession, custody, or control related to Neurontin.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                    :
        SALES PRACTICES AND                                     :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    Judge Patti B. Saris
                                                                :
THIS DOCUMENT RELATES TO:                                       :    Magistrate Judge Leo T.
                                                                :    Sorokin
                                                                :
        PRODUCTS LIABILITY ACTIONS                              :
                                                                :
        Bulger v. Pfizer Inc., et al.                           :
        Case No. 1:07-cv-11426-PBS                              :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF VIDEOTAPED
## DEPOSITION DUCES TECUM OF JAMES GIBBONS

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal

Rules of Civil Procedure, Defendants, Pfizer Inc., et al. by and through their counsel, will

take the testimony by deposition upon oral examination, before a person authorized to

administer oaths, of James Gibbons. The deposition will be taken in accordance with the

Federal Rules of Civil Procedure on June 19, 2008 at 10:00 a.m. The deposition will be

held at the **Office of Hare & Chaffin, 160 Federal Street, 23ʳᵈ Floor, Boston,**

**Massachusetts, Tel. 617-330-5000**. The deposition will be recorded by stenographic

means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, NY,

10119.

You are invited to attend and to participate in the manner provided for in

the Federal Rules of Civil Procedure.

2976938v1

The deponent, James Gibbons is to produce the following documents at his deposition: the records, documents and tangible items set forth in the attached Exhibit A.

Dated: May 30, 2008

SHOOK HARDY & BACON, LLP

By _____
Scott W. Sayler
Lori R. Schultz
Lori C. McGroder

2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

and

James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

ATTORNEYS FOR DEFENDANTS
PFIZER INC. AND WARNER-
LAMBERT COMPANY

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this ___ day of May 2008, I caused to be served a true and correct copy of the foregoing document by first class U.S. Mail, postage prepaid, to:

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550

Jack W. London
Law Offices of Jack W. London
3701 Bee Caves Road, Suite 200
Austin, TX 78746

Thomas M. Sobol
Hagen Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

2976938v1

**EXHIBIT A**

1.  All notes, personal diaries, calendars, journals, logs or similar materials you may have kept relating to Susan Bulger's physical and/or mental condition following the use of the drug Neurontin.

2.  Any and all written material in your possession, custody, or control related to Neurontin.

2976938v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                                   :
         SALES PRACTICES AND                                    :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris
                                                                :
THIS DOCUMENT RELATES TO:                                       :   Magistrate Judge Leo T.
                                                                :   Sorokin
                                                                :
         PRODUCTS LIABILITY ACTIONS                             :
                                                                :
         *Bulger v. Pfizer Inc., et al.*                        :
         Case No. 1:07-cv-11426-PBS                             :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF VIDEOTAPED
## DEPOSITION DUCES TECUM OF LINDA LANDRY

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal

Rules of Civil Procedure, Defendants, Pfizer Inc., et al. by and through their counsel, will

take the testimony by deposition upon oral examination, before a person authorized to

administer oaths, of Linda Landry. The deposition will be taken in accordance with the

Federal Rules of Civil Procedure on June 19, 2008 at 1:00 p.m. The deposition will be

held at the **Office of Hare & Chaffin, 160 Federal Street, 23rd Floor, Boston,**

**Massachusetts, Tel. 617-330-5000**. The deposition will be recorded by stenographic

means and videotaped by Veritext, L.L.C., 1 Penn Plaza, Suite 1706, New York, NY,

10119.

You are invited to attend and to participate in the manner provided for in

the Federal Rules of Civil Procedure.

2976940v1

The deponent, Linda Landry is to produce the following documents at his

deposition: the records, documents and tangible items set forth in the attached Exhibit A.


Dated: May 30, 2008


SHOOK HARDY & BACON, LLP


By: _____

Scott W. Sayler
Lori R. Schultz
Lori C. McGroder

2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

and

James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

ATTORNEYS FOR DEFENDANTS
PFIZER INC. AND WARNER-
LAMBERT COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _30th_ day of May 2008, I caused to be served a true and correct copy of the foregoing document by first class U.S. Mail, postage prepaid, to:

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550

Jack W. London
Law Offices of Jack W. London
3701 Bee Caves Road, Suite 200
Austin, TX 78746

Thomas M. Sobol
Hagen Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

2976940v1

**EXHIBIT A**

1.  All notes, personal diaries, calendars, journals, logs or similar materials you may have kept relating to Susan Bulger's physical and/or mental condition following the use of the drug Neurontin.

2.  Any and all written material in your possession, custody, or control related to Neurontin.