FILE# 211935-06

UNITED STATES DISTRICT COURT
FOR THE FOURTH DIVISION OF THE
DISTRICT OF MINNESOTA

CAROL A. VORHOLT and THOMAS VORHOLT,

Plaintiff(s)

against

PFIZER INC., PARKE-DAVIS, et al.,

Defendant(s)

Index No. 08CV807ADM/JSM

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT) IN A CIVIL CASE**

STATE OF NEW JERSEY, COUNTY OF PASSAIC SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at WAYNE, NEW JERSEY

That on 4/03/08 at 11:00AM., at 150 EAST 42ND STREET, NEW YORK, N.Y. deponent served the within summons, *and complaint* on WARNER-LAMBERT COMPANY defendant therein named, IN A CIVIL CASE

**CORPORATION 2. ☒** a FOREIGN corporation, by delivering thereat a true copy *of each* to ALICE KREMER personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

**DESCRIPTION**
- ☒ White Skin
- ☒ Female
- ☒ Brown Hair
- ☒ 36-50 Yrs.
- ☒ 5'4"-5'8"
- ☒ 161-200 Lbs.

Sworn to before me on 4/04/08

NADINE PASERCHIA
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 12/27/2009

PETER FELDMAN
License No. 797824