# Exhibit "A"

| NAME | CAUSE |
|---|---|
| Dametria Igbonawam, Individually and as Administratrix of the Estate of Alesha Brown | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Annette White | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Kristina Wilson | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Joshua M. Martinez, Individually and as Personal Representative of the Estate of Teresa Huff | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |