UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES AND PRODUCTS LIABILITY ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> MARTHA ACCETTULLO et al. v. PFIZER INC. et al., ) <br> 06-10912-PBS ) <br> ) <br> VIRGIL L. ANDERSON et al. v. PFIZER INC et al., ) <br> 06-11024-PBS ) <br> ) <br> KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., ) <br> 06-11022-PBS ) <br> ) <br> CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al., ) <br> 06-11023-PBS ) <br> ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

Amended Motion for Voluntary Dismissal

COMES NOW certain Plaintiffs in the above-referenced causes of action (as listed in Exhibit "A") and asks the court to dismiss their claims against all Defendants as authorized by Federal Rule of Civil Procedure 41(a)(2). Plaintiffs ask the court to dismiss these claims as they no longer intend to proceed with prosecution of the claims for which dismissal is sought herein.

The court may grant a motion for voluntary dismissal if the dismissal will not unfairly prejudice the nonmovant. Fed. R. Civ. P. 41(a)(2). Defendants will not be prejudiced by the dismissal of these claims, and Plaintiffs therefore ask this Honorable Court to grant their Motion for Voluntary Dismissal of all claims for each plaintiff and the correlating cause(s) of action listed in the attached Exhibit "A."

<u>Prayer</u>

For the foregoing reasons, Plaintiffs prays that the Court will grant their Motion for Voluntary Dismissal, dismissing all claims, with prejudice, for the individual Plaintiffs listed in Exhibit "A"; and for such other further relief, at law or in equity, to which they may show themselves to be justly entitled to receive.

Dated: June 4, 2008

Respectfully submitted,

 /s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone:   (713) 630-0708
Facsimile:   (713) 630-0789

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served on June 4, 2008.

 /s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.