UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS MOTION RELATES TO | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc., et al.*, C. A. No. 07-11426-PBS | |

## EMERGENCY MOTION TO COMPEL PLAINTIFF TO PROVIDE MEDICAL INFORMATION AND AUTHORIZATIONS

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") respectfully move, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, to compel Ronald J. Bulger, the plaintiff in *Bulger v. Pfizer Inc.*, No. 07-11426-PBS, to provide (1) a list of all of his healthcare providers, including substance abuse treatment providers and social service providers, during the last ten years; and (2) written authorizations that will enable Defendants to obtain Mr. Bulger's records from all such providers. This motion is brought on an emergency basis because the parties are operating on the assumption that there is a July 1, 2008 discovery cut-off in this case.

The grounds for this motion are set forth in the accompanying memorandum of law. Also submitted in support of this motion is a Declaration of David B. Chaffin.

WHEREFORE, Defendants respectfully request that the Court order Mr. Bulger to provide (1) a list of all of his healthcare providers, including substance abuse treatment providers and social service providers, during the last ten years; and (2) written authorizations that will enable Defendants to obtain Mr. Bulger's records from all such providers.

Dated: June 5, 2008

Respectfully submitted,

DAVIS POLK & WARDWELL

By: /s/James P. Rouhandeh
    James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

-and-

SHOOK, HARDY & BACON L.L.P.

By: /s/Scott W. Sayler
    Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

HARE & CHAFFIN

By: /s/David B. Chaffin
    David B. Chaffin

(BBO # 549245)
160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE PURSUANT TO LOCAL RULE 37.1

I certify that counsel have attempted in good faith to resolve or narrow the issues presented by this motion and that the provisions of Local Rule 37.1 have been complied with.

/s/David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 5, 2008.

/s/David B. Chaffin
David B. Chaffin