UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS MOTION RELATES TO<br>*Bulger v. Pfizer Inc., et al.*, C. A. No. 07-11426-PBS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

### MEMORANDUM IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO COMPEL PLAINTIFF TO PROVIDE MEDICAL INFORMATION AND AUTHORIZATIONS

## FILED UNDER SEAL

HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*