UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS MOTION RELATES TO<br><br>*Bulger v. Pfizer Inc., et al.*, C. A. No. 07-11426-PBS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**DECLARATION OF DAVID B. CHAFFIN IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO COMPEL PLAINTIFF TO PROVIDE MEDICAL INFORMATION AND AUTHORIZATIONS**

I, David B. Chaffin, state, under the penalties of perjury, the following:

1. I am a member of the bar of the Court. I am co-counsel to Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants").

2. I make this declaration in support of Defendants' Emergency Motion to Compel Plaintiff to Provide Medical Information and Authorizations.

3. Attached hereto as Exhibit A is a true and correct copy of the expert report of Douglas G. Jacobs.

4. Attached hereto as Exhibit B is a true and correct copy of a record of Atlanticare Medical Center relating to Susan Bulger that was produced in discovery in this action.

5. Attached hereto as Exhibit C is a true and correct copy of a record of Atlanticare Medical Center relating to Susan Bulger that was produced in discovery in this action.

6. Attached hereto as Exhibit D is a true and correct copy of a record of Spaulding Rehabilitation Hospital relating to Susan Bulger that was produced in discovery in this action.

7. Attached hereto as Exhibit E is a true and correct copy of a record of Elliot Community Human Services relating to Susan Bulger that was produced in discovery in this action.

8. Attached hereto as Exhibit F is a true and correct copy of a record of Dr. Chaim Rosenberg relating to Susan Bulger that was produced in discovery in this action.

9. Attached hereto as Exhibit G is a true and correct copy of a record of CAB Health and Recovery Services relating to Susan Bulger that was produced in discovery in this action.

10. Attached hereto as Exhibit H are true and correct copies of excerpt from the transcript of the deposition of Dr. Richard Goldman.

11. Attached hereto as Exhibit I are true and correct copies of records of Dr. Richard Goldman relating to Susan Bulger that were produced in discovery in this action.

12. Attached hereto as Exhibit J are true and correct copies of excerpts from the transcript of the deposition of Ronald Bulger.

13. Attached hereto as Exhibit K are true and correct copies of excerpts from the transcript of the deposition of Dr. Dino Crognale.

14. Attached hereto as Exhibit L is a true and correct copy of a record of Dr. Dino Crognale relating to Susan Bulger that was produced in discovery in this action.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 5th DAY OF JUNE 2008.

/s/David B. Chaffin
David B. Chaffin

**CERTIFICATE OF SERVICE**

I certify that the unsealed portions of this document have been filed pursuant to CMO # 3 and the sealed portions have been served by overnight mail on liaison counsel.

/s/ David B. Chaffin
David B. Chaffin