# EXHIBIT A – EXHIBIT L
## FILED UNDER SEAL