UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
---------------------------------------x Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: : Magistrate Judge Leo T. Sorokin
:
JACQUELINE J. SAMUELS, :
Individually and as Parent of :
GINA M. BELL, Deceased, :
:
Plaintiff, :
:
v. :
:
PFIZER INC., :
PARKE-DAVIS, a Division of :
Warner-Lambert Company and :
Warner-Lambert Company LLC, :
WARNER-LAMBERT COMPANY, :
WARNER-LAMBERT COMPANY LLC,:
and TEVA PHARMACEUTICALS :
USA, INC., :
:
Defendants. :
:
---------------------------------------x

**STIPULATION TO ADJOURN DEFENDANT TEVA
PHARMACEUTICALS USA, INC.'S TIME TO
RESPOND TO THE COMPLAINT AND TO
CONTINUE ANTICIPATED MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys, as follows. Defendant TEVA PHARMACEUTICALS USA, INC. ("Teva")

having been served with the Summons and Complaint in the above-captioned action,

intends to move this Court at a future date to dismiss the action as to it, on the grounds

LIBNY/4723596.1

that the instant action is barred by the doctrine of federal preemption, pursuant to the Supremacy Clause of the United States Constitution. Plaintiff and Teva agree that said Motion to Dismiss, and Plaintiff's Opposition thereto, as well as any further briefing and hearing of said Motions, be continued to follow the resolution of dispositive motions filed on similar grounds on behalf of the Pfizer Defendants herein or in MDL No. 1629, or until such time as the parties may agree otherwise, or may be directed otherwise by the Court. Teva's time to respond to the Complaint in the above-captioned action shall be stayed accordingly.

Dated: May 15, 2008

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff
Jacqueline J. Samuels, et al.

By: _____
Kenneth Fromson
436 Robinson Avenue
Newburgh, NY
(845) 562-0203

GOODWIN PROCTER LLP
Attorneys for Defendants
Teva Pharmaceuticals USA, Inc.

By: _____
U. Gwyn Williams
(BBO#565181)
Exchange Place
Boston, MA 02109-2881
(617) 570-1158

LIBNY/4723596.1    2

**CERTIFICATE OF SERVICE**

I, U. Gwyn Williams, hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 6, 2008.

/s/ U. Gwyn Williams