UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

IN RE NEURONTIN MARKETING, SALES )
PRACTICES, AND PRODUCT LIABILITY )
LITIGATION )   MDL Docket No. 1629
_____ )   Master File No. 04-10981
                                        )
THIS MOTION RELATES TO                  )   Judge Patti B. Saris
                                        )   Mag. Judge Leo T. Sorokin
*Bulger v. Pfizer Inc., et al., C. A. No. 07-11426*-PBS )
                                        )
_____ )

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT OF EMERGENCY CROSS-MOTION FOR LEAVE TO EXCEED DEPOSITION LIMITATION**

# FILED UNDER SEAL

HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

*Attorneys for Defendants Pfizer Inc.
and Warner-Lambert Company*