UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————————
                                                    )
IN RE NEURONTIN MARKETING, SALES  )
PRACTICES, AND PRODUCT LIABILITY )
LITIGATION                                  )   MDL Docket No. 1629
———————————————————————)   Master File No. 04-10981
                                                    )
THIS MOTION RELATES TO            )   Judge Patti B. Saris
                                                    )   Mag. Judge Leo T. Sorokin
*Bulger v. Pfizer Inc., et al., C. A. No. 07-11426*-PBS )
                                                    )
———————————————————————)

## DEFENDANTS' EMERGENCY CROSS-MOTION FOR LEAVE TO EXCEED DEPOSITION LIMITATION

Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") respectfully move for leave to take the depositions of approximately 15 additional fact witnesses, in addition to the depositions of plaintiff's healthcare providers and experts, as previously proposed by plaintiff.

The grounds for this cross-motion are set forth in the accompanying memorandum. Also submitted in support of this motion is a Declaration of David B. Chaffin.

WHEREFORE, Defendants respectfully request leave to take the depositions of approximately 15 additional fact witnesses, in addition to the depositions of plaintiff's healthcare providers and experts, as previously proposed by plaintiff.

Dated: June 6, 2008                     Respectfully submitted,

                                                     DAVIS POLK & WARDWELL

                                                     By:   /s/James P. Rouhandeh
                                                               James P. Rouhandeh

                                                     450 Lexington Avenue
                                                     New York, NY 10017
                                                     Tel: (212) 450-4000

       -and-

       SHOOK, HARDY & BACON L.L.P.

By:   /s/Scott W. Sayler
        Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

       -and-

HARE & CHAFFIN

By:   /s/David B. Chaffin
        David B. Chaffin

(BBO # 549245)
160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

### CERTIFICATE PURSUANT TO LOCAL RULE 37.1

I certify that counsel have attempted in good faith to resolve or narrow the issues presented by this motion and that the provisions of Local Rule 37.1 have been complied with.

       /s/David B. Chaffin
       David B. Chaffin

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 6, 2008.

       /s/David B. Chaffin
       David B. Chaffin