UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS MOTION RELATES TO<br><br>*Bulger v. Pfizer Inc., et al.*, C. A. No. 07-11426-PBS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## DECLARATION OF DAVID B. CHAFFIN IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER AND IN SUPPORT OF EMERGENCY CROSS-MOTION FOR LEAVE TO EXCEED DEPOSITION LIMITATION

I, David B. Chaffin, state, under the penalties of perjury, the following:

1. I am a member of the bar of the Court. I am co-counsel to Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants").

2. I make this declaration in support of Defendants' Emergency Motion for Leave to Exceed Deposition Limitation and Opposition to Plaintiff's Emergency Motion for Protective Order.

3. Attached hereto as Exhibit A is a true and correct copy of plaintiff's first set of Supplemental Disclosures.

4. Attached hereto as Exhibit B is a true and correct copy of plaintiff's second set of Supplemental Disclosures.

5. Attached hereto as Exhibit C is a true and correct copy of portions of the transcript from the March 26, 2008 deposition of Ronald J. Bulger, Sr.

6. Attached hereto as Exhibit D is a true and correct copy of a record of Atlanticare Medical Center relating to Susan Bulger that was produced in discovery in this action.

7. Attached hereto as Exhibit E is a true and correct copy of a record of Spaulding Rehabilitation Hospital relating to Susan Bulger that was produced in discovery in this action.

8. Attached hereto as Exhibit F is a true and correct copy of a record of Dr. Chaim Rosenberg relating to Susan Bulger that was produced in discovery in this action.

9. Attached hereto as Exhibit G is a true and correct copy of a record of CAB Health and Recovery Services relating to Susan Bulger that was produced in discovery in this action.

10. Attached hereto as Exhibit H is a true and correct copy of a record of Dr. Dino Crognale relating to Susan Bulger that was produced in discovery in this action.

11. Attached hereto as Exhibit I is a true and correct copy of the April 16, 2008 e-mail from plaintiff's counsel Kenneth Fromson to defense counsel Angela Seaton: Subject: *Neurontin: Bulger Case (depositions) and meet/n/confer issues.*

12. Attached hereto as Exhibit J is a true and correct copy of the June 2, 2008 e-mail from plaintiff's counsel Ken Fromson to defense counsel Lori Schultz.

13. Attached hereto as Exhibit K is a true and correct copy of the June 2, 2008 e-mail from defense counsel Lori Schultz to plaintiff's counsel Kenneth Fromson.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 6th DAY OF JUNE 2008.

/S/ David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 6, 2008, except that the exhibits C through H, which have been filed under seal, have been served by overnight mail on liaison counsel.

/S/ David B. Chaffin
David B. Chaffin

Case 1:04-cv-10981-PBS    Document 1323    Filed 06/06/2008    Page 3 of 3