# EXHIBIT B

Case 1:04-cv-10981-PBS    Document 1323-3    Filed 06/06/2008    Page 1 of 6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------X
In re: NEURONTIN MARKETING, SALES PRACTICES,   : MDL Docket No. 1629
AND PRODUCTS LIABILITY LITIGATION              :
                                               : Master File No. 04-10981
                                               :
---------------------------------------------------------------------X Judge Patti B. Saris
                                               :
THIS DOCUMENT RELATES TO:                      : Magistrate Judge Leo T.
                                               : Sorokin
---------------------------------------------------------------------X
                                               :
RONALD J. BULGER, SR., as Administrator of the :
Estate of SUSAN BULGER, deceased               :
                                               :
            07 CA 11426 PBS                    :
                                               :
---------------------------------------------------------------------X

**PLAINTIFF'S SUPPLEMENTAL DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE, that, pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff(s), by their attorneys, make and supplement their disclosures as follows.

These disclosures are made subject to all objections as to competence, materiality, relevance, or other objections as to admissibility that may apply in the event that any such response, or the information contained in it, is sought to be used in court. Plaintiff(s) expressly reserve all such objections.

**A. Rule 26(a)(1)(A): The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Discovery and investigation in this action is ongoing. Based on the information reasonably available, Plaintiff(s) are unable at the present time to identify each and every individual who would have discoverable information that Plaintiff(s) may use to support their claims or defenses in this

MAY 2 7 2008

case, and the subjects of such information. Plaintiff(s) reserve the right to supplement these disclosures as they become aware of additional individuals who have such information.

Subject to the foregoing and without waiver of any of Plaintiff(s) rights, the following individuals may have information that Plaintiff(s) may use to support their claims or defenses in this action:

1. Friends and family of the deceased and/or Plaintiff, including: Plaintiff; Ronald Bulger, Jr.; Regina Bulger; and Patricia Bulger.
2. Police and ambulance personnel who responded to/investigated the incident, including Peabody Police Dept, 6 Allens Ln, Peabody, MA 01960; Massachusetts State Police, 407 Worchester Rd, Framingham, MA 01702; Peabody Fire Dept, 41 Lowell St, Peabody, MA 01960; and Northshore Ambulance, 63 Grove St, Salem, MA 01970;
3. Neurontin prescribing physician Dr. Richard Goldman, 873 Worcester St, Wellesley, MA 02482;
4. Neurontin prescribing physician Dr. Dino Crognale, 72 Lindell St, Danvers, MA 01923;
5. Neurontin prescribing physician Dr. Yoshiharu Akabane, Psychiatric Group of the North Shore, 30 Boston St, Lynn, MA 01904;
6. Physicians and staff personnel at Bayridge Hospital, 212 Boston, Lynn, MA 01904;
7. Physicians and staff personnel at CAB Health & Recovery Services, 111 Middleton Rd, Danvers, MA 01923;
8. Physicians and staff personnel at Danvers Family Care, 75 Lindell St, Danvers, MA 01923;
9. Physicians and staff personnel at Brigham Orthopedic Associates, 75 Francis St, Boston, MA 02115, including Dr. Thomas Thornhill;
10. Physicians and staff personnel at Spaulding Rehabilitation, 1575 Cambridge St, Cambridge, MA 02138;
11. Physicians and staff personnel at Salem Hospital, 81 Highland Ave, Salem, MA 01970;
12. Physicians and staff personnel at Charter Brookside Hospital, 11 Northwest Blvd, Nashua, NH 03063;
13. Physicians and staff personnel at Massachusetts General Hospital, 15 Parkman Street, Boston, MA 02114;
14. Physicians and staff personnel at Tri State Mental Health, 95 Turnpike Rd, Lynn, MA 01901;
15. Physicians and staff personnel at Harborside Healthcare, 44 Summer St, Danver, MA 01923;
16. Physicians and staff personnel at Adcare Outpatient Clinic, 14 Beacon St, Suite 510, Boston, MA 02108;
17. Physicians and staff personnel at Lahey Clinic, 41 Mall Rd, Box 541, Burlington, MA 01805;
18. Physicians and staff personnel at Sommerville Hospital, 230 Highland Ave, Sommerville, MA 01243;

19. Physicians and staff personnel at NSMC Union Hospital, 500 Lynnfield St, Lynn, MA 01904;
20. Physicians and staff personnel at Beverly Hospital, 85 Herrick St, Beverly, MA 01915;
21. Physicians and staff personnel at Elliott Community Human Services, 95 Pleasant St, Lynn, MA 01901;
22. Physicians and staff personnel at Salem Orthopedic Surgeons, 9 Colby St, Salem, MA 01970;
23. Physicians and staff personnel at Southern New Hampshire Medical Center, 8 Prospect St, Nashua, NH 03061;
24. Dr. Diana Zantos Beaupre, Harvard Vanguard Medical Associates, 2 Essex Center Dr, Peabody, MA 01960;
25. Dr. Daniel McCullough, 900 Cummings Center, Suite 107W, Beverly, MA 01915;
26. Dr. Walter Jacobs, 795 Turnpike Rd, North Andover, MA 01845;
27. Dr. William Medwid, 15 Railroad Ave, Hamilton, MA 01982;
28. Dr. Howard Abrams, 100 Highland, Ave, Suite 204, Salem, MA 01970;
29. Dr. Murray Goodman, 9 Colby St, Salem, MA 01970;
30. Dr. Raymond Chung, Massachusetts General Hospital, G1 Unit, GRJ 724, Boston, MA 02114;
31. Dr. Dwight Robinson, Massachusetts General Hospital, Bullfinch 1 Arthritis Unit, Boston, MA 02114;
32. Dr. Hugh O'Flynn, Coastal Orthopedics, 77 Herrick St, Beverly, MA 01915;
33. Staff personnel at Massachusetts Department of Social Services, 45 Congress St, Building 4, Salem MA 01970;
34. Staff personnel at Social Security Administration, Museum Place, 10 Federal St, Suite 406, Salem, MA 01970;
35. Staff personnel at Centers for Medicare and Medicaid Services, JFK Federal Building, Room 2375, Boston, MA 02203;
36. Staff personnel at Mass Health Privacy Office, 600 W Washington St, 5th Floor, Boston, MA 02111;
37. Staff personnel at MassHealth, PO Box 9118, Hingham, MA 02043;
38. Staff personnel at Eaton Apothecary, 47 Elm St, Danvers, MA 01923;
39. Staff personnel at Medicine Shoppe, 409 Cabot St, Beverly, MA 01915;
40. Staff personnel at Walgreens Pharmacy, 290 Broadway, Lynn, MA 01901.

B. **Rule 26(a)(1)(B): A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Because discovery and investigation in this action is ongoing, Plaintiff is unable at the present time, based on the information readily available, to identify all documents, compilations, and

tangible things, if any, that Plaintiff may use to support claims or defenses in this case and the subject of such information.

Subject to the foregoing and without waiving any of Plaintiff's rights, Plaintiff submits the following:

1. Peabody Police Department report, previously exchanged 1/25/08;
2. Massachusetts State Police report;
3. Peabody Fire Department report, previously exchanged 2/11/08;
4. Northshore Ambulance records, previously exchanged 2/7/08;
5. Dr. Richard Goldman records, previously exchanged 1/25/08;
6. Dr. Dino Crognale records, previously exchanged 1/25/08;
7. Dr. Yoshiharu Akabane records;
8. Bayridge Hospital records, previously exchanged 1/25/08;
9. CAB Health & Recovery Services records, previously exchanged 1/25/08;
10. Danvers Family Care records, previously exchanged 2/29/08;
11. Brigham Orthopedic Associates records, previously exchanged 1/25/08 and 2/20/08;
12. Spaulding Rehabilitation records, previously exchanged 2/21/08;
13. Salem Hospital records, previously exchanged 1/30/08;
14. Charter Brookside Hospital records;
15. Massachusetts General Hospital records;
16. Tri State Mental Health records;
17. Harborside Healthcare records;
18. Adcare Outpatient Clinic records;
19. Lahey Clinic records;
20. Sommerville Hospital records;
21. NSMC Union Hospital records;
22. Beverly Hospital records;
23. Elliott Community Human Services records;
24. Salem Orthopedic Surgeons records;
25. Southern New Hampshire Medical Center records;
26. Dr. Diana Zantos Beaupre records;
27. Dr. Daniel McCullough records;
28. Dr. Walter Jacobs records;
29. Dr. William Medwid records;
30. Dr. Howard Abrams records;
31. Dr. Murray Goodman records;
32. Dr. Raymond Chung records;
33. Dr. Dwight Robinson records;
34. Dr. Hugh O'Flynn records;
35. Massachusetts Department of Social Services records;
36. Social Security Administration records;
37. Centers for Medicare and Medicaid Services records;
38. Mass Health Privacy Office records;

39. MassHealth records;
40. Eaton Apothecary records, previously exchanged 1/25/08;
41. Medicine Shoppe records, previously exchanged 1/25/08;
42. Walgreens Pharmacy records, previously exchanged 2/7/08.

Dated: May 20, 2008

s/ Kenneth B. Fromson
Kenneth B. Fromson
Finkelstein & PARTNERS, LLP
436 Robinson Avenue
Newburgh, NY 12550
(845) 562-0203