# EXHIBIT C – EXHIBIT H
# FILED UNDER SEAL