# EXHIBIT I

**From:**        Seaton, Angela (SHB)
**Sent:**        Thursday, June 05, 2008 5:01 PM
**To:**          Stufflebean, Kerry (SHB); Schultz, Lori R. (SHB)
**Subject:**     Neurontin: Bulger Case  (depositions) and meet/n/confer issues.


 ----- Original Message -----
From: KennethFromson@lawampm.com <KennethFromson@lawampm.com>
To: Seaton,  Angela (SHB)
Sent: Wed Apr 16 17:07:19 2008
Subject: Neurontin: Bulger Case  (depositions) and meet/n/confer issues.


Angela -

As it pertains to availability of witnesses and F&P counsel for depositions in the Bulger
case, please consider the scheduling of depositions for witnesses Pat Bulger, Ron Bulger,
Jr., and Regina Bulger for the timeframe of May 5th (monday)  - May 13th (tuesday).  Let
me know if this timeframe works for you.

As it pertains to the issue of Number of Depositions in case-specific cases, Im not sure
if your previous email was an opening to discuss a limitation or not.  Are you open to a
limitation or just indicating that you envision a high volume of depositions that you will
seek unless the Court orders otherwise.  I would propose a limitation of 15 depositions
(excluding Pltf, sales representative/medical liaisions, and healthcare providers that
treated plaintiff during the timeframe of the neurontin prescription period).

Ken