# EXHIBIT J

**From:**    Schultz, Lori R. (SHB)

**Sent:**    Thursday, June 05, 2008 11:28 PM

**To:**    Stufflebean, Kerry (SHB)

**Subject:** FW: Bulger Depositions

**From:** KennethFromson@lawampm.com [mailto:KennethFromson@lawampm.com]
**Sent:** Monday, June 02, 2008 8:29 AM
**To:** Schultz, Lori R. (SHB)
**Cc:** AndrewFinkelstein@lawampm.com
**Subject:** Bulger Depositions

Lori - We are not in agreement as to Defendants entitlement to these depositions.  As I represented to the Court on May 20, 2008, Defense counsel has not demonstrated entitlement to depositions in excess of those allowable under the federal rules (10 depositions).  I am available to discuss the matter further.

Kenneth B. Fromson, Esq.
Finkelstein & PARTNERS
436 Robinson Avenue
Newburgh, NY 12550
845-562-0203 x 2755
Kfromson@lawampm.com