# EXHIBIT K

**From:** Schultz, Lori R. (SHB)
**Sent:** Thursday, June 05, 2008 11:29 PM
**To:** Stufflebean, Kerry (SHB)
**Subject:** FW: Bulger Depositions

---

**From:** Schultz, Lori R. (SHB)
**Sent:** Monday, June 02, 2008 10:26 PM
**To:** 'KennethFromson@lawampm.com'
**Cc:** Seaton, Angela (SHB); David Chaffin
**Subject:** RE: Bulger Depositions

Ken:

I had hoped to reach you by telephone today to discuss your e-mail regarding the depositions noticed in Bulger, but must resort to this e-mail due to the late hour. Your e-mail (and the apparent representation you made to the court) is a wholesale reversal from your proposal, below, and previous discussions regarding the number of depositions to be taken in the Bulger case. Your proposal was "*a limitation of 15 depositions (excluding Pltf, sales representative/medical liaisons, and healthcare providers that treated plaintiff during the timeframe of the neurontin prescription period).*" The deposition notices served on Friday fall well within your proposed number. I will call you in the morning to discuss your proposal further. In the event we cannot reach an agreement by the end of the day, we will need to file an emergency motion with the court tomorrow afternoon due to the impending discovery deadline.

Thanks, Ken.

Lori

----- Original Message -----

From: KennethFromson@lawampm.com <KennethFromson@lawampm.com>

To: Seaton, Angela (SHB)

Sent: Wed Apr 16 17:07:19 2008

Subject: Neurontin: Bulger Case (depositions) and meet/n/confer issues.

Angela -

As it pertains to availability of witnesses and F&P counsel for depositions in the Bulger case, please consider the scheduling of depositions for witnesses Pat Bulger, Ron Bulger, Jr., and Regina Bulger for the timeframe of May 5th (monday) - May 13th (tuesday). Let me know if this timeframe works for you.

As it pertains to the issue of Number of Depositions in case-specific cases, Im not sure if your previous email was an opening to discuss a limitation or not. Are you open to a limitation or just indicating that you envision a high volume of depositions that you will seek unless the Court orders otherwise. **I would propose a limitation of 15 depositions (excluding Pltf, sales**

6/6/2008

representative/medical liaisions, and healthcare providers that treated plaintiff during the timeframe of the neurontin prescription period).

Ken

---

**From:** KennethFromson@lawampm.com [mailto:KennethFromson@lawampm.com]
**Sent:** Monday, June 02, 2008 8:29 AM
**To:** Schultz, Lori R. (SHB)
**Cc:** AndrewFinkelstein@lawampm.com
**Subject:** Bulger Depositions

Lori - We are not in agreement as to Defendants entitlement to these depositions. As I represented to the Court on May 20, 2008, Defense counsel has not demonstrated entitlement to depositions in excess of those allowable under the federal rules (10 depositions). I am available to discuss the matter further.

Kenneth B. Fromson, Esq.
Finkelstein & PARTNERS
436 Robinson Avenue
Newburgh, NY 12550
845-562-0203 x 2755
Kfromson@lawampm.com