| | First Name | Last Name | Social Security # | DOB | Off-Label Use | Injuries |
|---|---|---|---|---|---|---|
| 1. | ██ | ██ | ███ | ██ | ████ | ████ |
| ▮ | ██ | ██ | ███ | ██ | ████ | ████ |
| ▮ | ██ | ██ | ███ | ██ | ████ | ████ |
| ▮ | ██ | ██ | ███ | ██ | ████ | ████ |
| ▮ | ██ | ██ | ███ | ██ | ████ | ████ |
| ▮ | ██ | ██ | ███ | ██ | ███ | ████ |
| ▮ | ██ | ███ | ███ | ██ | ██ | ████ |
| ▮ | ██ | ██ | ███ | ██ | ███ | ████ |
| ▮ | ██ | ██ | ███ | ██ | ██ | ████ |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | ▉ | ▉ | ▉ | ▉ | Took med for shortness of breath and he told DR. he was hurting/burning under the arms. Dr. guessed nerve damage due to overseeing logging crew. HBP before med. | Heart damage, Kidney trouble-frequent urination, memory loss |
| 11. | ▉ | ▉ | ▉ | ▉ | has been on the drug since April 21, 2004 | Medicaid has been on the drug since April 21, 2004. Mr. Barnes called 5/24/05, he said that he has not had any problem with liver/kidney, no heart attack, stroke. Had light depression. He will send pharmacy printout to us. |
| 12. | ▉ | ▉ | ▉ | | don't remember how long she took medication back pain, nerve injuries | s/e memory loss |
| 13. | ▉ | ▉ | ▉ | ▉ | blood pressure medication; leg pain | Ruby Raine called took since December s/e memory loss, 80 yrs old |
| 14. | ▉ | ▉ | ▉ | ▉ | took for 5 mths s/e had cancer; made her feel weird, memory loss | took for 5 mths s/e had cancer; made her feel weird, memory loss |
| 15. | ▉ | ▉ | ▉ | ▉ | been on medication for 2 years; took for nerve damage in hand. No heart attack, stroke, blood clot, liver or kidney damage, no depression, and no memory loss per ms. bennett on 4/20/06 telephone call for update. | high blood pressure |
| 16. | ▉ | ▉ | ▉ | ▉6 | been on medication July - November (5 refills) took for sinus headaches | s/e memory loss, heart flutters |
| 17. | ▉ | ▉ | | | took for 2 years for back pain | s/e memory loss |
| 18. | ▉ | ▉ | ▉ | ▉ | | memory loss and stomach problems an anyerius on the aortic |

| 19. | | | | | | |
|-----|--|--|--|--|--|--|
| ███ | ███ | ███ | ███ | ███ | ██████████████ | ███████████████ |
| ██ | ███ | ██ | ███ | ███ | ████████████ | ██████████████ |
| ██ | ██ | ███ | ███ | ███ | ██████████████ | ███████████████ |
| ██ | ██ | ███ | ███ | ███ | ████████ | ██████ |
| ██ | ███ | ███ | ███ | ██ | ██████████ | ██████████ |
| ██ | ███ | ███ | ███ | ███ | ████████████████ | ████████████ |
| ██ | ███ | ███ | ███ | ███ | ██████████ | ██████████ |
| ██ | ██ | ███ | ███ | ██ | █████████ | ████████ |
| ██ | ███ | ███ | ███ | ███ | ████████████ | █████████████ |
| ██ | ███ | ███ | ███ | ███ | ████████████ | ███████████████ S/E memory loss |

ulting from a fall.

and kidney trouble



Rx: back pain, buldging disc

Caused: kidneys weak- pain for pops, depression

Rx: back pain, buldging disc

Caused: kidneys weak- pain for pops, depression



took for 2mths for inflammed disk, s/e memory loss, high blood pressure, thought he was having heart problems

s/e memory loss, high blood pressure, thought he was having heart problems

| | | | | | | |
|---|---|---|---|---|---|---|
| 63. | Alton | Dillon | | | took for 3 months for head injury | s/e high blood pressure, nausea, |
| | | | | | | |
| | | | | | | |
| | | | | took medicaiton for racing thoughts | s/e high blood pressue, memory loss, |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | prescribed for arthitis | taking for several years,<br>s/e kidney problems, stocmach problems |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | 22-Aug-55 | Taking for about four years for diabetic leg pain. Still taking. | Has had dizziness and is now on kidney dialysis. |



| 86. | | | | | | |
|-----|--|--|--|--|--|--|
| | | | | | | |
| | | | | | Rx: pain in lower leg, nerve endings | Rx: pain in lower leg, nerve endings |
| | | | | | Caused: depression, suicidal thoughts, anxiety, nervousness | Caused: depression, suicidal thoughts, anxiety, nervousness |

took since 98 for leg and feet pain

abnormal thinking, memory loss

he had a liver test; he had blood in urine and in bowel movements doing a lot of throwing up. Had been depressed

Phyllis Newton is the mother
age 6- been taking since 2003  he had a liver test; he had blood in urine and in bowel movements doing a lot of throwing up. Had been depressed



Took drug for about 2 yrs. for phantom leg pain after leg was amputated due to circulatory problems.

abnormal thinking, memory loss

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | Rx: perpherial neuropathy | Rx: perpherial neuropathy |
| | | | | | Caused: memory loss, depression, HBP | Caused: memory loss, depression, HBP |

taking now

s/e memory loss

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 125. | ███ | ████ | ████ | ███ | ██████ | | ████████ |
| █ | █ | ██ | ███ | ███ | ███ | | ███████ |
| █ | ███ | ██ | ███ | ███ | █████ | | ██████ |
| █ | ██ | █ | ███ | ████ | █████ | | ███████ |
| █ | ██ | ██ | ██ | ██ | | | ████████ |
| █ | ██ | ██ | ██ | | █████ | | ███████ |
| █ | ██ | ███ | ███ | ██ | ██████ | | ███████ |
| █ | ██ | ██ | ███ | 24-Apr-64 | took for hallucination | | abnormal thinking, memory loss |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | ██ | ██ |
| █ | █ | ███ | | ██ | ████ | ████ |
| █ | █ | ██ | ██ | ██ | | ███ |
| █ | █ | █ | ██ | ██ | ████ | █████ |
| █ | █ | ██ | ██ | ██ | █████ | ██ |
| █ | █ | ██ | | | ████ | ███ |
| █ | █ | ██ | | | ██ | ████ |
| █ | █ | ███ | ████ | ███ | Took for a month about six or seven months ago. | She has high blood pressure. The drug made her depression worse, so she could not continue to take. |

| | | | | | | |
|---|---|---|---|---|---|---|
| ██ | ███ | ██ | ███ | ██ | ████████████ | ████████████ |
| ██ | ██ | ██ | ███ | ██ | ████████████████ | ████████████ |
| ██ | █ | ██ | ███ | ██ | ████████████████ | ████████████████ |
| ██ | ██ | ██ | ███ | ██ | ██████████████ | ████████████████ |
| ██ | ██ | ██ | ███ | ██ | ██████████ | ██████████ |
| ██ | █ | ██ | ███ | ██ | ████████████ | ████████████ |
| ██ | ███ | ██ | ███ | ██ | ██████████ | ██████████ |
| ██ | ███ | ██ | | | Heart problems, Memory loss and drepression, she is seeing her regular doctor for these problems. She started taking the neurontin for pain. | Heart problems, Memory loss and drepression, she is seeing her regular doctor for these problems. She started taking the neurontin for pain. |



Taking med since 2001 at 2000 mg 3 times a day for bipolar disorder - dr. stopped med in 2002 because she was beginng to become toxic; side effects Depression developed 3 months after taking Neurontin.

Taking med since 2001 at 2000 mg 3 times a day for bipolar disorder - dr. stopped med in 2002 because she was beginng to become toxic; side effects Depression developed 3 months after taking Neurontin.

154.

took medication for a knee replacement
skin replacement-numbness

s/e anxiety, depression



| 160. | | | | | | took for 4 months for back pain s/e high blood pressure, suffers from depression and she taking lexapro since November or December 2004 | took for 4 months for back pain s/e high blood pressure, suffers from depression and she taking lexapro since November or December 2004 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 167. | ██ | ██ | ███ | ███ | ███████████ ███████████ | ████████████ █████████████ ███████ |
| █ | ██ | ██ | ███ | ███ | ████████████████ | ██████████████ █████████ |
| █ | ██ | ██ | ███ | ███ | ████████████ | ████████████ |
| █ | ██ | █ | | | | ███████ |
| █ | ██ | ██ | ███ | ███ | █████████ | ████████ |
| █ | ███ | ██ | ███ | ███ | ███████ | ████████ |
| █ | ██ | █ | ███ | ███ | stomach pains | Jerome Lacy called<br>took for a couple of months |

Pain for surgery in back (2001), legs were bothering her , effects memory, high pressure. Stoke in left eye saw dr. wilkes and he referred to the eye clinic at university hospital in jackson, ms this was in 2002 or 2003. found out that she has diabetes in may 2005

Pain for surgery in back (2001), legs were bothering her , effects memory, high pressure. Stoke in left eye saw dr. wilkes and he referred to the eye clinic at university hospital in jackson, ms this was in 2002 or 2003. found out that she has diabetes in may 2005



178.

pressure before taking

been on medication in 2001 for 6 months
s/e memory loss, bad dreams

| 183. | Estate of | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | taking since 2000 for neuropathy | s/e heart fluttes, depression, suicidal thoughts |

| 191. | | | | | | |
|---|---|---|---|---|---|---|

Rx: pinched nerve in neck

Caused: stomach aches

Rx: pinched nerve in neck

Caused: stomach aches  (abnormal thinking, amnesia, emotion lability--per questionaire)

neuroprosy took for 4 years
s/e memory loss and depression

neuroprosy took for 4 years
s/e memory loss and depression

| 206. | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | took for 1 1/2 yrs for back injury s/e memory loss | took for 1 1/2 yrs for back injury s/e memory loss |

Taking med. For nerve damage pain in Right Leg - taking since 2003.

Side effects:  Depression and is taking a nerve pill (Trivians); memory loss; kidney problems going too often and is taking daytrel XL for the past 9 months

2001-still taking for hand pain from car accident

s/e memory loss, hair loss

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | Rx: 1998, has not taken since 1998 |

Rx: 1998, has not taken since 1998

Caused: memory loss, does not know if had any sympton.

Rx: 1998, has not taken since 1998

Caused: memory loss, does not know if had any symptons.

| | | | | | | |
|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | | ▮ | ███████ | ███ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ████████ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ███ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ██████ | █████ |
| ▮ | ▮ | ▮ | ▮ | | ██████ | █████ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ████ | ██████ |
| ▮ | ▮ | ▮ | ▮ | ▮ | has been on medication on and off since '98; prescribed medication for pain | s/e heart problems, suicidal thoughts, and memory loss |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | 30-Mar-56 | had on the job injury(back pain) | took in 98' 2001 or 2002<br>also in November 2003<br>s/e memory loss, suicidal thoughts |

took med for 2 1/2 years for back pain - got hurt on the job and had back surgery.
Side effects - High Blood pressure, memory loss, depression, kidney (infections)

took med for 2 1/2 years for back pain - got hurt on the job and had back surgery.
Side effects - High Blood pressure, memory loss, depression, kidney (infections)

| | | | | | | |
|---|---|---|---|---|---|---|
| | ███ | | ███ | ███ | ████ | ████ |
| | ███ | | ███ | ███ | | ████ |
| | ███ | | ███ | ███ | ███ | ████ |
| | ███ | | ███ | ███ | ███ | ████ |
| | ███ | | ███ | ███ | | ████ |
| | ███ | | ███ | ███ | started taking in 01/07/03-04/03 | rapid heart beat, cramps in left legs, dizziness |
| | ███ | | | | | |
| 257. | Deloise | Sample | 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 | 01-May-63 | migraine and pain | took for one year<br>s/e memory loss |
| 258. | Samuel | Sampson | 427565550 | 17-Jul-34 | Has been taking for the last four to five years for poor circulation. | Side effects of back pain , depression, and high blood pressure. |

Jacqueline Scott called; daughter

| 265. | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | memory loss, strokes, HBP, depression |

abnormal thinking, memory loss

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | | | | | ▬ | ▬ |
| | | | | | | |
| | | | | | | |
| | | | | | Took med. For back pain; side effects weight gain; blood pressure went higher;Took neurontin since 1997. | Took med. For back pain; side effects weight gain; blood pressure went higher;Took neurontin since 1997. |



took medication 5 to 6 yrs ago hasn't been taking for last few months 49 yrs old
s/e memory loss after taking, became worse over last 2 yrs, high blood pressure

took medication 5 to 6 yrs ago hasn't been taking for last few months 49 yrs old
s/e memory loss after taking, became worse over last 2 yrs, high blood pressure



28

nerve damage
started taking in Nov 03'

abnormal thinking, memory loss

293.

took the neurontin for leg pain, started about 10 years ago and he's still taking it

some depression and memory loss.

prescribed in 98 or 99

abnormal thinking, memory loss

to nerve damage after gunshot wound.

Has had memory loss and high blood pressure.

| | | | | | | |
|---|---|---|---|---|---|---|
| █ | █ | █ | █ | █ | | █ |
| █ | █ | █ | █ | █ | █ | █ |
| | | | | | | █ |
| █ | █ | █ | █ | █ | | |
| █ | █ | █ | █ | | █ post-back surgery.Side effects: Memory Loss, slight depression | Took samples of med through Dr. Karen Plunkett at Greenwood Neurological Clinic - taking drug for carpal tunnel syndrome and post-back surgery.Side effects: Memory Loss, slight depression |
| 316. | Benjamin | Tutor | | | bipolar disorder; s/e suicidal thoughts, felt confused all the time; weight gain has been taking since 98' states he couldn't finish nurse practitioner school due to the bi-polar condition not being controlled by the neurontin; | bipolar disorder; s/e suicidal thoughts, felt confused all the time; weight gain has been taking since 98' states he couldn't finish nurse practitioner school due to the bi-polar condition not being controlled by the neurontin; |



over 2 months

memory loss, had her acting different

rred
vision, dizziness, HBP, weight gain,

Rx: Fibro Myalgia

caused: abdominal pain, memory loss,
blurred vision, dizziness, HBP, weight gain,



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | started taking neurontin for chronic pain in 2002and stopped November 2004. Dr. Zegeye, Archer & Gamble Clinic, greenville and Dr. Abuhamben at Delta Regional Medical Center, Greenville, MS | had a heart attack in 2002, was living in California at the time, also have high blood pressure, bleeding ulcers and depression |

. Memory loss, etc., muscle problems    Memory Loss, Muscle pain, etc.

for migraine headaches, s/e tired,

