# Exhibit 1

|   |   |
|---|---|
| Name: | Jessie Allen |
| Case #: | 28374 |
| Date: | 5/13/05 |
| Time: | 10 |
| Units: | 1 |
| Service: | Medication Evaluation |
| Code: | 24/4 |

MEDICATION EVALUATION / TREATMENT PLAN CERTIFICATION:

SUMMARY: Jessie Allen is a 45 year old black female, whom I last saw in March. Most recent medications have been Wellbutrin XL 150 mg. daily, Seroquel 300 mg. p.o. q. hour of sleep, Lexapro 20 mg. daily, Neurontin 600 mg. p.o. t.i.d., and Klonopin .25 mg. p.o. q. hour of sleep. On her last visit I increased the Seroquel up to 700 mg. p.o. q. hour of sleep and the Lexapro up to 30 mg. daily and I raised her Klonopin up to .5 mg. p.o. q. hour of sleep.

ASSESSMENT OF PROGRESS: Because of the new Medicaid rules, I'm going to have to make some changes in her medications again.

PLAN: I'm replacing the Lexapro with Elavil 100 mg. p.o. q. hour of sleep. I'm changing the Seroquel to 400 mg. p.o. q. hour of sleep. I'm replacing the Neurontin with Lithium 300 mg. p.o. t.i.d... I'm moving the Klonopin to .5 mg. 1 ½ tablets p.o. q. hour of sleep. I'm adding Haldol 5 mg. p.o. q. hour of sleep for psychotic symptoms. The patient will return for follow up in six weeks.

TREATMENT PLAN CERTIFICATION: Based on my personal evaluation of this consumer, I certify that the Treatment Plan is therapeutically/medically necessary. POSSIBLE HAZARDOUS SIDE EFFECTS OF MEDICATIONS EXPLAINED TO CLIENT:
   ✓ YES    ___ NO

*[signature]* MD

B.H. Cook, M.D.
Consulting Physician

BCH/rb

Dictated: 5/13/05
Transcribed: 5/16/05

Delta Community Mental Health Services
Bolivar County Center
113 S. Davis
Cleveland, MS 38732

**CONFIDENTIAL**
Privileged Communication
For Professional Use Only

This information has been disclosed to you from records protected by Federal confidentiality rules (42CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.