# Exhibit 2

Case 1:04-cv-10981-PBS     Document 1325-3     Filed 06/10/2008     Page 1 of 6

NAME: Vivian Allen
CASE: 6125
UNIT: 1
DATE: 01/10/01

Ms. Allen returned for her follow-up appointment stating that she is taking her medications, however she still feels down today and states that her mood swings from one direction to the other. Some days she is hyped up and the other days she is down. 'She was requesting a mood stabilizer that she could get on. Other than that she is awake, alert, oriented. Thought content and thought process is normal.

ASSESSMENT:

AXIS I:     Major depressive disorder with psychotic symptoms.

RECOMMENDATIONS:

1.    Zoloft, 250 mg. daily.
2.    Risperdal, 1.5 mg. daily.
3.    Start Neurontin in a titrating dose with a maximum of 300 mg. one PO t.i.d.
4.    She will return for a follow-up appointment in 1 month or sooner for problems.

My signature confirms that I have seen this consumer and that I believe the services recommended on the treatment plan to be therapeutically necessary.

*[signature]*
Parveen Kumar, M.D.
Consulting Psychiatrist
PK:sk

CONFIDENTIAL
PRIVILEGED INFORMATION
NOT FOR SECONDARY RELEASE

NAME: Vivian Allen
CASE: 6125
UNIT: 1
DATE: 06/01/01

Vivian Allen returned for a follow-up appointment stating that she is feeling that somebody is following her and she has to always look behind her to see if somebody is really following her or not. She states that this feeling started a few weeks ago and she has been started on Wellbutrin SR by Dr. Nafis to help her stop smoking. She states that Wellbutrin has helped to some extent to decrease the amount of smoking. She also reports that inability to sleep at night and had been taking Wellbutrin twice a day. Other than that, she reports that she is doing very well. Her hair is growing back. She reports some anger episodes. No depressive or psychotic symptoms other than paranoid ideas. Awake, alert, and fully oriented. Pleasant, calm, and cooperative.

ASSESSMENT:

AXIS I:    Major depressive disorder with psychotic symptoms.

RECOMMENDATIONS:

1. Continue Zoloft, 250 mg. q a.m.
2. Neurontin, 300 mg. one PO t.i.d.
3. Increase Risperdal to 3 mg. one PO q h.s.
4. She was advised to stop Wellbutrin SR. She has already stopped taking it for a while. She was advised not to take it at all.
5. Return for a follow-up appointment in 3 months or sooner for problems.

My signature confirms that I have seen this consumer and that I believe the services recommended on the treatment plan to be therapeutically necessary.

*[signature]* Kumar MD
Parveen Kumar, M.D.
Consulting Psychiatrist
PK:sk

CONFIDENTIAL
PRIVILEGED INFORMATION
NOT FOR SECONDARY RELEASE

MEDICATION EVALUATION NOTE

NAME:   Vivian Allen
CASE:   61258
UNIT:   1
DATE:   01/05/2004

Ms. Allen is a 56-year-old divorced, African American female who has been followed for depression and maintained on Zoloft, Risperdal, and Neurontin. She states that she has been doing better as her back problems seem to have improved as she had some surgery done in September. She reports good sleep and good appetite. She denies any psychotic symptoms at the present time.

MENTAL STATUS EXAMINATION

This is a normally built, neatly dressed and groomed, African American female wearing a long coat. She appears much calmer. Her speech is coherent, normal rate and rhythm. She denies any delusions, no auditory or visual hallucinations, and no homicidal or suicidal ideations.

IMPRESSION

AXIS I:    Major depressive disorder with psychotic symptoms.
AXIS II:   None.
AXIS III:  Hypertension, history of polyps, diverticulitis, and recent back surgery.

PLAN

1. Continue on Zoloft 250 mg q. AM.
2. Continue Risperdal 3 mg q. HS. We have discussed the risk of hyperglycemia and weight gain on Risperdal and we will get a fasting blood glucose.
3. Continue Neurontin 600 mg TID.
4. Continue with counseling.
5. Return for follow up in three months or sooner for problems.

My signature confirms that I have seen this consumer and that I believe the services recommended on the treatment plan to be therapeutically necessary.

Namita Khanna-Arora, M.D.
Yazoo County Medical Director

NKA/ej

CONFIDENTIAL
PRIVILEGED INFORMATION
NOT FOR SECONDARY RELEASE

## MEDICAL EVALUATION NOTE

NAME: Vivian Allen
CASE: 6125
UNIT: 1
DATE: 05/12/04

Ms. Allen is a 56-year-old, divorced, African American female who has been treated for depression and was on Risperdal, but had been switched to Geodon on her last visit after she saw the commercials on TV. She has been having problems with her hand as she has been diagnosed with carpel tunnel syndrome and is in a lot of pain. Her sleep and appetite is good and denies any psychotic symptoms.

**IMPRESSION**

AXIS I:    Major depressive disorder with psychotic features.
AXIS II:   None.
AXIS III:  Hypertension, history of polyps, diverticulitis, and back surgery.

**PLAN:**
1. Continue on Zoloft 250 mg q. AM.
2. Geodon 40 mg q. HS.
3. Continue Neurontin 600 mg t.i.d.
4. Return in 3 months or sooner.

My signature confirms that I have seen this consumer and that I believe the services recommended on the treatment plan to be therapeutically necessary.

_____
Namita Khanna-Arora, M.D.
Yazoo County Medical Director
NKA/nh

**CONFIDENTIAL
PRIVILEGED INFORMATION
NOT FOR SECONDARY RELEASE**

MEDICAL EVALUATION NOTE

NAME: Vivian Allen
CASE: 6125
UNIT: 1
DATE: 08/12/04

Ms. Allen is a 57-year-old, divorced, African American female who has been treated for depression and was on Zoloft, Geodon, and had been getting Neurontin. She reports that she had seen the Neurontin commercials about some legal stuff in the newspaper and discussed her concerns and recommended if any concerns can take her off and that she can get something for pain from her medical doctor. She says that she had some more back problems and had some diffused bulging of the disc and _____ and is suppose to have surgery again. She states that her Zoloft and Geodon had been working well without any problems. Her last fasting blood glucose in January was normal.

IMPRESSION

AXIS I:    Major depressive disorder with psychotic features.
AXIS II:   None.
AXIS III:  Hypertension, history of polyps, diverticulitis, and back surgery.

PLAN:
1. Continue on Zoloft 250 mg q. AM.
2. Geodon 40 mg q. HS.
3. Taper off Neurontin over the next week.
4. Return in 3 months or sooner.

My signature confirms that I have seen this consumer and that I believe the services recommended on the treatment plan to be therapeutically necessary.

Namita Khanna-Arora, M.D.
Yazoo County Medical Director
NKA/nh

CONFIDENTIAL
PRIVILEGED INFORMATION
NOT FOR SECONDARY RELEASE