# Exhibit 3

Attn: Release of Information
G. V. (Sonny) Montgomery VA Medical Center
1500 E. Woodrow Wilson Drive
Mail Stop: 586/136C
Jackson, MS  39216-5199

**DEPARTMENT OF VETERANS AFFAIRS**

DATE:  8/20/2004
In Reply Refer To: 586/136C

TERRY BANKS
303 DATTEL PARK
RULEVILLE, MISSISSIPPI  38771-3510

RE: ROI Request for TERRY BANKS

Dear MR BANKS:

The information listed below is furnished in response to your recent request under the Privacy Act and 45 CFR Part 164.

We are enclosing a copy of the information you requested.

Medication Profile-01/01/99-08/20/04.

If further information is needed, you may contact Laura J. Reynolds at 601-364-1447 or 1-800-949-1009 at Ext: 1447.

Sincerely,

*for* Laura J. Reynolds
Katherine Gavin
Chief, Health Information Management Section

Prepared by: LAURA J REYNOLDS - Release of Information

```
Patient: BANKS,TERRY (0048)                                              Page: 5
                    Medication Profile Sorted by ISSUE DATE
                             01/01/99 to 08/20/04
                                                         REF
Rx#          Drug                                        ST REM  Issued   Last Fill
-----------------------------------------------------------------------------------
4185585      ISOSORBIDE DINITRATE 5MG ORAL TAB           DC  10  02-24-03 08-11-03
   QTY: 180          SIG: TAKE ONE TABLET BY MOUTH THREE TIMES A DAY THEN
                          TAKE TWO TABLETS THREE TIMES A DAY AS TOLERATED
                          FOR RAYNAUD'S. TAKE AT 7AM, 12NOON, 5PM.
3773942B     RABEPRAZOLE NA 20MG EC TAB                  DC   0  02-24-03 08-11-03
   QTY: 60           SIG: TAKE 1 TABLET(S) BY MOUTH EVERY DAY
3413291F     TRAZODONE HCL 100MG TAB                     DC   1  02-24-03 09-23-03
   QTY: 30           SIG: TAKE 1 TABLET(S) BY MOUTH AT BEDTIME
4185593      PROMETHAZINE HCL 25MG TAB                   DC   9  02-24-03 08-11-03
   QTY: 90           SIG: TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS
                          NEEDED FOR NAUSEA
4185594      HYDROXYZINE PAMOATE 50MG CAP                DC   8  02-24-03 09-23-03
   QTY: 90           SIG: TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY AS
                          NEEDED FOR ANXIETY
4185597      GABAPENTIN 300MG CAP                        DC  11  02-24-03 02-24-03
   QTY: 240          SIG: TAKE TWO CAPSULES BY MOUTH FOUR TIMES A DAY FOR
                          PAIN
113351       MORPHINE 30MG SA TAB                        DC   0  02-24-03 02-24-03
   QTY: 90           SIG: TAKE ONE TABLET BY MOUTH THREE TIMES A DAY
113352       OXYCODONE 5MG/ACETAMINOPHEN 325 MG TAB      DC   0  02-24-03 02-24-03
   QTY: 180          SIG: TAKE 2 TABLETS BY MOUTH EVERY 4 HOURS AS NEEDED
112911       MORPHINE 30MG SA TAB                        DC   0  02-05-03 02-05-03
   QTY: 90           SIG: TAKE ONE TABLET BY MOUTH THREE TIMES A DAY
4172148      AMLODIPINE BESYLATE 10MG TAB                DC   2  02-05-03 09-24-03
   QTY: 90           SIG: TAKE ONE TABLET BY MOUTH EVERY DAY FOR BLOOD
                          PRESSURE
4172151      PRAZOSIN HCL 2MG CAP                        DC   2  02-05-03 09-23-03
   QTY: 30           SIG: TAKE ONE CAPSULE BY MOUTH AT BEDTIME
112914       OXYCODONE 5MG/ACETAMINOPHEN 325 MG TAB      DC   0  02-05-03 02-05-03
   QTY: 200          SIG: TAKE 1 OR 2 TABLETS BY MOUTH EVERY SIX HOURS AS
                          NEEDED
4162372      ISOSORBIDE DINITRATE 10MG ORAL TAB          DE   2  01-17-03 01-25-03
   QTY: 90           SIG: TAKE ONE-HALF TABLET BY MOUTH THREE TIMES A DAY
                          THEN TAKE ONE TABLET THREE TIMES A DAY AS
                          TOLERATED FOR RAYNAUD'S. TAKE AT 7AM, 12NOON, 5PM.
4152145      CYCLOBENZAPRINE HCL 10MG TAB                DC   0  01-13-03 01-13-03
   QTY: 90           SIG: TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS
                          NEEDED AS MUSCLE RELAXER FOR BACK PAIN.
4152149      PROMETHAZINE HCL 25MG TAB                   DE   3  01-13-03 02-02-03
   QTY: 90           SIG: TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS
                          NEEDED FOR NAUSEA
4147254      GASTROGRAFIN 30ML/BT                        E    0  01-06-03 01-08-03
   QTY: 1            SIG: TAKE ENTIRE 1OZ BOTTLE MIXED IN 14OZ WATER/JUICE
                          BY MOUTH ONE TIME AT 9:00 P.M. THE EVENING BEFORE
                          YOUR CT EXAM DO NOT EAT OR DRINK ANYTHING AFTER
                          MIDNIGHT ON THE NIGHT BEFORE THE CT OR UNTIL THE
                          CT IS DONE.
112053       OXYCODONE 5MG/ACETAMINOPHEN 325 MG TAB      E    0  12-30-02 01-02-03
   QTY: 240          SIG: TAKE 1 OR 2 TABLETS BY MOUTH EVERY SIX HOURS AS
                          NEEDED
```