# Exhibit 4

FORM 8111                                    CONTINUATION

NAME Teresser Bass                                         DATE

**7/21/98** Doing better. Medicine doesn't last all day. Gets really "rocky" when she eats KFC. Takes the Corgard late @ night.
BP 118/80

① Cont. Corgard 20mg qd
② Ret. 1 mon.

**10/20/98**   No Show

**10/23/98** Medicine better @ night (more effective). Some headaches - got one today. Stressful work.

① ↑ Corgard to ī tab BID
② Ret ø ī mon.

**3/10/00** Corgard 20mg #30 X NR  Frats 859-4681 for MB VB

**8/30/00** Off Corgard about 6 months or so. Being off of it seems to be making her depressed & irritable. HA's have started coming back since her operation (? vaginal).

① Resume Corgard 20mg qd #30 X 5
② Ret. ī mon.

(Dr. Loper)
**11/3/00** Family doc had put her on Verelan. Been having <mark>severe pains</mark> in head & legs tend to give out on her ever since the operation. Ⓛ leg stays numb & has numb Ⓛ little finger that runs all the way to neck. Thinks she's going to die. Had MVA in '78 - '79 c̄ whiplash. Operation was in March.

Very brisk reflexes       ① MRI brain & C-spine c̄/s cont - headaches,
c̄ CAR on ② c̄ Ⓛ knee            neck pain
tap.                      ② Take Corgard 20mg qd
                          ③ Ret. 3 mon.

**2/2/01** Very sick c̄ flu-like sx's today. HA @ top of head. Has dizziness & nausea, tinnitus (humming sound). Loper giving her Celebrex - kidney hurts but he tells her to keep doing what she's doing. Teeth want to close up ("lockjaw"). Currently on Celebrex, Corgard, Skelaxin, Verelan 200mg, Premarin & Remeron

① Neurontin 300mg TID #90 x 5
② Cont. Cozaard 25mg qd
③ " Verelan-PM 200mg
④ Ret. 1 mon.

5/21/01   No Show

8/15/01   "Having a lot of problems." — a "chill" at top of head & a sharp pain @ back of head on ®. Feels head throbbing. Nurse said she doesn't have high blood pressure. Occas. pains in upper back that radiates up into head & may hurt into Ⓛ chest area. Lower back hurts all the time. Sometimes when she stands up, her ® leg will shake. Started throwing up blood. Had itching all over, so stopped all her medicine. Then started having bad thoughts of wanting to kill her husband, herself, and the doctors that have treated her bad. Started back on her medicines last week. Voice going in & out. Much somatizations today. Voice is hoarse.
Can't afford meds.

Geodon 40mg BID  ←
Eye 40mg qd
① Get records from Region 8 & from Dr. Lorenzo.
② Pt. to call in names of meds now taking.
③ See LMD re hoarseness & spitting up blood
④ ↑ Cozaard to 30mg #60 pm
⑤ Ret. @ mon.