# Exhibit 5

AUG-15-2007 11:42AM    ARTHRITIS ASSOCIATES OF MS                    NO.0755    P. 6/13

## Patient Chart

### BOWYER, CAROLYN

246687257    Sex: F    Age: 61    DOB: 01/01/1946
Date Printed: 08/09/07

### Progress Notes

11/06/02 : Bowyer, Carolyn : 246687257
Rheum EPV
RDC
HISTORY OF PRESENT ILLNESS: This patient continues treatment for her arthritis but has pain levels 3-7 on a scale of 10, aching and 30 minutes of morning stiffness. She denies mouth or nose ulcers, abdominal pain or gastritis. She recently had a stent placed because of her disease. Dr. Bryan Barksdale treated her.
MEDICATIONS: Neurontin 300 mg t.i.d., Synthroid 100 mcg, Effexor 75 mg, Zyrtec 10 mg, Bumex 1 mg, Tiazac 120 mg, Tenormin 25 mg daily and Mobic 7.5 mg from Dr. Mike Boler.
PHYSICAL EXAMINATION:
Vital signs: As listed. Respirations normal.
General: No acute distress.
Skin: No unusual rashes are seen. There is no thickening or telangiectasia.
HEENT: No unusual signs of inflammation are noted.
Neck: Supple. I can detect no thyromegaly or mass.
Chest: Expansion is normal.
Lungs: Clear in all fields.
Heart: Unremarkable. There is no murmur or rub.
Abdomen: Normal. There is no organomegaly, mass, or tenderness.
Lumbar spine: Normal range of motion without tenderness present.
Pelvis: Level.
Upper extremities: Osteoarthritis is present in small joints. I did not see evidence of acute synovitis in the tenosynovial sheaths. Muscle strength is grade 4.
Lower extremities: There is trace edema. Muscle strength is grade 4-.
Musculoskeletal, neurologic, vascular: Normal.
IMPRESSION:
  1. Stable disease.
RECOMMENDATIONS:
  1. Continue lab work monitoring.
  2. Follow up in 3-4 months.

\#    SIGNED BY R. DEAVER COLLINS M.D. (RDC)    08/01/03