# Exhibit 6

Charles W. Campbell, M.D., P.A.
Rural Health Clinic
Lexington, MS 39095

Progress Note

Patient Name Jessie Brown Pharmacy Hx

01-26-00 cc: check-up & refills T97 P90 R20 BP 130/78 Wt 195 Ht

meds: Rezulin 300mg # dly & check (R) ear - c/o pain & itching
Glucophage 500mg i BID FBS 161
Atacand 32mg i dly HEENT Ear Canal Clr
Neurontin 300mg i HS Tymp Neg Neck Supple
Ultram prn Chest Heart RSR ... Lungs Clr
Abd Neg Ext Neg
Dx Diabetes
Rx Reg ...
Coltspooki ... ...

03-17-00 cc: c/o ↓ Back + (L) leg pain, (R) arm pain + (L) eye blurriness T96.4 P84 R20 BP 148/90 Wt 189 Ht RBS 95

meds: see above list

# DC Rezulin —
HEENT No lesions Non ...
Chest Heart RSR ... Lungs Clr
Abd Neg Ext Neg
Dx Diabetes Type II 250.00
... ... ...
... ... ...

Charles W. Campbell, M.D., P.A.
Rural Health Clinic
Lexington, MS 39095

Progress Note

Patient Name Jessie Brown Pharmacy [illegible]

02-03-99 Check up [illegible] P84 R20 BP 130/84 WT 194

Rezulin 600mg dly FBS 124 Blood drawn [illegible]

Accupril 40mg dly Neck supple No nodes

Neurontin 300HS Heart RSR.S @ lungs clear [illegible]

Relafen 750mg II dly Abd soft non-tender BSE

Glucophage 500 BID Full ROM all Exts. Skin warm

A: NIDDM, HTN, Osteoarthritis intact good finger. Gait steady

P: Refill above c̄ Samples RTC 1 mo Sanford [illegible]

03-03-99cc Check up T [illegible] P80 R20 BP 120/84 WT 189 HT

✓ Rezulin 600mg dly Neck supple No nodes FBS 119

✓ Accupril 40mg dly Heart RSR.S @ lungs clear [illegible]

✓ Neurontin 300mg HS Abd - soft non-tender BSE.

✓ Relafen 750mg ii dly d/c A to Celebrex 200mg dly. Full ROM all Exts

✓ Glucophage 500mg BID Skin W+D Intact good finger

No Edema. Gait steady

A: NIDDM 250.00 HTN 401.1 Diabetic Neuropathy 250.60

P: D/C Relafen Start Celebrex 200mg dly S. Sanford [illegible]

Continue all others as above RTC 1 mo.

PROGRESS NOTES

PATIENT NAME: Jessie Brown M.R. #: H/x

08-02-99 CC: Check up T 96 P 76 R 18 BP 130/80 WT 188 HT

Meds: Blood draw ALT, chem 7 FBS 114

Rezulin 600mg Neck supple No Bruit Heart RRR

Accupril 40mg dly Lungs clear (B) Abd. soft, non

Neurontin 300mg HS tender BS+ Full ROM all Exts.

Glucophage 500mg BID She was without good lungs No Edema

Celebrex 200mg dly Gait steady.

A: NIDDM, HTN, Arthritis; Diabetic Neuropathy

P: Cont above Rx RTC 7 mo - D. Sanford FNP

05 03 99 CC: Check up & low back 96 80 20 130/90 186

& bilat leg pain x 1 wk FBS 123

Meds: Neck supple No Nodes Bruit Heart RRR

Rezulin 600mg dly Lungs clear (B) Abd. soft non-tender

Accupril 40mg dly BS+ Full ROM all Exts She was

Neurontin 300 HS without good lungs. States pain

Glucophage 500mg BID c exertion such as pushing lawn

Celebrex 200mg dly Both knees c painful joints.

A: NIDDM, Diabetic Neuropathy, Osteoarthritis 715.89

P: Begin Cont ROC RTC (6 mo) Sanford FNP

Avapro 150 dly D/C: Accupril (samples)

Cont above except Neurontin to 400mg HS

[illegible] Cont & Relafen 750 dly D. Sanford F

[illegible margin note: ... visit ... Chart ...]

Charles W. Campbell, M.D., P.A.
Rural Health Clinic
Lexington, MS 39095

Progress Note

Patient Name: Jessie Brown    Pharmacy: Hx

06-01-99 cc: c/o (L) Back pain → into (L) leg also c/o (L) arm & hand pain. 97.2 P 80 R 20 BP 120/84 Wt 186 Ht. FBS 126

Meds.
Rezulin 600mg dly
Avapro 150mg dly
~~Avapro 150mg dly~~
Neurontin 400mg HS
Glucophage 500mg BID
Relafen 750 mg dly
~~[illegible] dly~~

Neck supple No Nodes Heart RSR © Lungs clear (B) Abd soft non tender BS+ Full Rom all Ext although painful knee + joint movement

A: NIDDM Diabetic Neuropathy, Osteoarthritis

P: Cont POC Refer to Physical Therapy at MHHA [illegible]

6/28/99 Referred to Physical Therapy at MHHA [illegible]

07-03-99 cc: c/o (L) Back + leg pain 97.1 P 86 R 20 BP 130/82 Wt 185 Ht

Meds. See Above. Also (L) arm & Back of head H/A FBS 7

Neck supple No Nodes Heart RSRS © Lungs Clear (B) Abd. soft non tender BS+. Still c/o joint pain & back pain c slow movements. Eval by Physical Therapist done this week

A: NIDDM 250.00, Diabetic Neuropathy 250.60, Disk Disease 722.6, HA- 784.0

P: Ultram 50mg [illegible] 4hs PRN Pain
Rezulin (600mg) daily    Neurontin 400mg HS
Avapro 150 dly    Physical Evaluation done by Mike RPT at [illegible]

834-1201

Charles W. Campbell, M.D., P.A.
Rural Health Clinic
Lexington, MS 39095

Progress Note

Patient Name Jessie Brown Pharmacy Hx

08-02-99 c/o "burning" all over, also c/o sometimes in hands + skin feeling "like it's burning" T97.8 P16 R20 BP 84/130 Wt 188 HT FBS 85

meds: Reglan 100mg dly; Anaprox 150mg dly; Glucophage 500mg BID; Neurontin 400mg HS; Ultram 50mg i q4h prn

Neck supple No nodes Heart RSR; Lungs clear (B). Abd soft flat non-tender, BS+. Full range; Ext. Skin warm intact good turgor; No Edema Gait steady

A: NIDDM 250.00, HTN 401.1, PVD 443.9, Diabetic Neuropathy 250.61

P: B12 c cc IM; Will refer to UMC internal medicine for evaluation - Cont. above Rx till appt in gen. Dr [illegible]

08/03/99: Appt c UMC medicine clinic Sept. 15th 1:30; Pt notified. copy of records sent per request

Charles W. Campbell, M.D.; P.A.
Rural Health Clinic
Lexington, MS 39095

Progress Note

Patient Name Jessie Brown Pharmacy Ho

Pain in
09-18-99 cc: back, (L) leg & (L) arm & back of neck (R) side. T 97.4 P88 R22 BP 139/82 Wt 190 Ht
B12
FBS 115
meds: Med supple No Nodes
Rezulin 600mg dly Heart RSR @ Regular
Avapro 150mg dly Abd. soft non-tender BSP
Glucophage 500mg BID Full ROM all Ext. but painful
Neurontin 400mg hs Movements of ↓ back & (L) arm & (L) leg
Ultram 50mg ÷ 94° Cont MC Skin with good turgor
A: NIDDM, HTN, Diabetic Neuropathy, HTN, Disk Disease
P: MD in JAN said to ↑ Neurontin TID
Cont above meds RTC PRN D. Sanford, FNP

10-18-99 cc: c/o ↓ Back pain & ↓ down (L) leg & pain in both feet also c/o neck pain x 1-2 wks RBS 133 BP
& (R) ear pain
Dx Diabetes hyper II
A-Tacand 16mg dly
Rezulin 600mg dly
Glucophage 500mg BID