# Exhibit 7

5-30-03

T 99.4      WT 171#      BP 148/102   HR 68

GC med refill      recheck 145/86 HR 6

Tylad
Norvasc
Accupril
Neurontin

6-3-03
Lipitor

5/30/03
Thomas Brown 2923
t.99.4 wt.171 bp148/102 p68
S: presents today needing to refill meds. States he's been doing pretty good recently. He does have an appoint w/neurology in Jackson on Mon; he is going to try to get them to send us a copy of their latest record while they're there. I was concerned w/elev bp; however he just walked all the way across town coming in; and he was out of his Toprol as well this morning, has only taken the Norvasc and Accupril. We let him sit in the clinic for a little bit and then we rechecked bp; it was much better at 145/86. However I've discussed great concern over elev bp w/him, even temporarily elev bp, putting him at risk for recurrent stroke or heart attack. I have encouraged him to not let any of his meds lapse.
O: EENT is wnl. No lymphadenopathy. Lungs cta. Heart rrr w/o murmur.
A: hypertension.
P: refilling his Toprol, Norvasc, Accupril, Neurontin. He is to f/up w/us after seeing Jackson. Instructions acknowledged.GTM/ac

1/6/03
Thomas Brown 2923
t.99.8 wt.176 bp139/89 p69
S: presents today for bp check. Bp actually looks quite a bit better today; systolic is slightly elev, but is overall down from last month. No interval complaint is noted.
O: EENT is wnl. No lymphadenopathy. Lungs cta. Heart rrr w/o murmur. Panel 6, uric acid, lipid levels were drawn.
A: hypertension; hyperlipidemia.
P: I have refilled his Norvasc 5mg, which he is out of. He still has some of his other meds. He will f/up on his lab results later this week. Otherwise he will f/up prn probs. Instructions acknowledged. GTM/ac

2-5-03
LIPITOR
TOPROL
NORVASC
NEURONTIN
ACCUPRIL
PLAVIX

3-10-03
TOPROL
NORVASC
PLAVIX
ACCUPRIL

3-25-03
T 99.0    WT 176#    B/P 146/96    HR 74
qc B/P ✓                Hemo    Lumigan
                        MDS     Colostmy 2

vn 2923
bp146/96 p74
day for bp check. Bp is up a little bit today. However he walked across town and was a little
rst got here; after sitting, we rechecked a bp and it had come down to 135/86. He had a
ops that they had started him on for pressure w/eyes: Lumigan 0.03%. He is c/o a little bit
eft hip today. As he was walking around the clinic, due to his stroke, he favors that left side
it looks like he's putting a little more pressure on that hip, the way he's walking. W/normal
ng to start him on Celebrex 200mg, 1 qd, samples provided. I would like to f/up w/him if
ot improving over the next week or so; would consider xray at that time. Instructions
JTM/ac

4-23-03  T 97.6    W 171    BP 155/100    HR 67

4/23/03
Thomas Brown 2923
t.97.6 wt.171 bp155/100 p67
S: presents today out of his Norvasc. Is having some sinus congestion, clear rhinorrhea as well as frontal sinus headache. No other symptoms are noted.
O: EENT: tms wnl; turbinates extremely pale and boggy; pharynx pink; no exudates; quite a bit of postnasal drainage noted. No lymphadenopathy. Lungs cta. Heart rrr w/o murmur.
A: allergic rhinitis; hypertension; post-CVA.
P: I have refilled his Norvasc today. He will need to get his Toprol and Accupril before the end of the month, as well as Neurontin before the end of the month, so we'll go ahead and fill them, as well. He already has gotten his Plavix earlier this month. I've started him on Polaramine 4mg twice a day for allergies; Esgic, q4-6hrs prn headache. He is to f/up in the clinic in 3-4 days if no better, and prn probs. Instructions acknowledged. GTM/ac

needs BP
PoLARAM
TOPROL
NORVASC
PLAVIX
ACCUP.
NEURONTIN
ESGIC

5-12-03
PLAVIX

Thomas Brown
2923
10-22-02
T 99.1    wt. 168 lbs    BP 140/92

med refills

- Lipitor 20
- Accupril 2
- Norvasc 5
- Plavix 75
- Toprol XL 5
- ASA
- Neurontin 3[??]

10/22/02
Thomas Brown 2923
t.99.1 wt.168 bp140/92
S: presents today for med refills. States he's been doing pretty good recently; no complaints are noted today.
O: EENT is wnl. No lymphadenopathy. Lungs cta. Heart rrr.
A: hypertension; hyperlipidemia.
P: I have refilled his Lipitor 20mg, Accupril 20mg, Plavix 75mg, Toprol XL 50mg. He still has a fair amount of his Norvasc 5mg and aspirin 325mg. He will f/up w/us prn probs. Instructions acknowledged. GTM/ac

10-28-02
Plavix
Lipitor
Norvasc
Toprol

11-21-02
Plavix
Lipitor
Norvasc
Toprol
Accupril

12-18-02
T 98.7    WT 174#    BP 147/95    HR 68

c/c medication refill

Plavix
Lipitor
Norvasc
Toprol
Accupril
Neurontin

12/18/02
Thomas Brown 2923
t.98.7 wt.174 bp147/95 p68
S: presents today needing to refill his meds. States he's been doing pretty good. Still has intermittent weakness w/left hand, as well as weakness w/his left leg. He's not been to PT in quite awhile, so I am going to go ahead and try to connect him w/PT again and get him back into the program and see if it will help build some strength in the extremities. Otherwise denies any probs.
O: EENT is wnl. No lymphadenopathy. Lungs cta. Heart rrr w/o murmur.
A: hypertension; hyperlipidemia.
P: I have refilled his Lipitor 20mg, Accupril 20mg, Plavix 75mg, Toprol XL 50mg, Norvasc 5mg, aspirin 325mg, as well as <mark>Neurontin 300mg tid</mark>. He is to f/up in the clinic prn probs. Instructions acknowledged. GTM/ac

6-03
T 99.8    WT 176#    BP 139/89    HR 69

Neurontin