# Exhibit 8

# DELTA HEALTH CENTER

## PROGRESS NOTES

03/18/04   wt 213   BP 100/80   T 98.4 P 88 R 20
Pt stated here c c/o back and chest pain. Stated
missed appt c Dr. Herzog ————— R. Hall, R
Pt c DM, HTN, Asthma,      Meds
Arthralgia Hx PUD, here    Not c patient
for F/U. Reports BMBG 300's   per recall
- 200's. Reports that she was   Isosorbide 60m
on Prednisone post discharge   Prevacid 30m
DRMC - Greenville. Reports   Allegra 180
Chest pain which she treats   Furosemide
c nitroglycerin + Rest. Has ⌀   Neurontin 3x
resolved c Herzog. MD 2°   Vonase
transportation problems?   Glucovance
Has dyspnea on exertion when   5/500 mg
she treats c Neb/Rest c   Potassium
good response.   20 mg
⌀ BP 100/80 T 98.4 P 98 R 20 Wt 213   Tylenol #3
HEENT Smc/Dry.   Lisinopril
CV RRR   10y
Lungs coarse bil expir exam.
Abd soft NT
Ext ⌀ C/C/E
A/P: 1. Asthma   2. DM   3. HTN   4. Arthralgia
1. Cont meds            P. VEPAC/Brons today.
2. RTC   2 months.
3. Pt reports interim visit Women's Clinic
has been referred to Dr. Valdivia per pt report.

05/07/04 Drug Refill
Prilosec 20mg ÷ p.o qd
for stomach # 30 refill x 3
Karen Reid, FNP-C.

BRYSON, BOBBIE
165 BURTON RD.

SHAW, MS
06-27-1947 SCT-09-0955-A
042002   FILE