# Exhibit 9

c:\temp\22494089.tif printed by mivap. (Page 2 of 3)

Scanned by MARSHALL, DEBRA R in facility JACKSON MEDICAL CLINIC on 02/07/2002 09:42

## Jackson Medical Clinic

NAME: Crapps, Ruby J.  DATE: 02-04-02

CC:  ONSET: 1/yr

PI:

(see P2)

ALLERGIES:

HABITS:

MED ILLNESSES:

SURGERY:

FAMILY HX:

MEDS: (see list)

| ROS | | NEG. | POS |
|---|---|---|---|
| GEN: | Weight change, fever, rash | | *illegible handwritten notes* |
| EENT: | Headache, vision, hearing, dizziness, vertigo, tinnitus, epistaxis, dysphagia | | *illegible* |
| NECK: | Thyroid, nodes, pain | ✓ | |
| BREAST: | Masses, discharge | | *illegible* |
| CHEST: | Pain, pleurisy, cough, sputum, hemoptysis, dyspnea, wheeze, smoking | | *illegible* |
| HEART: | R. Fever, infarction, angina, hypertension, pain, dyspnea, PND, orthopnea, edema, palpitation, claudication | | *illegible* |
| GI: | Pain, cramps, nausea, vomiting, jaundice, regurgitation, diarrhea, constipation, hematemesis, melena, hematochezia | | *illegible* |
| GU: | Dysuria, pyuria, hematuria, nocturia, frequency, urgency, incontinence, strain | | *illegible* |
| GYN: | Abnormal periods, hormones, LMP TAH  BSO | | *illegible* |
| MUSC. SKEL: | Pain, swelling, redness, motion | | OA- see P2 |
| NEUROL: | Paralysis, seizure tremor, atrophy, T.I.A. | | **sym/memory loss, chronic pain, network help** |

*illegible signature and notes at bottom*

c:\temp\22494089.tif printed by mivap. (Page 3 of 3)

Scanned by MARSHALL, DEBRA R in facility JACKSON MEDICAL CLINIC on 02/07/2002 09:42

# JACKSON MEDICAL CLINIC

## ADDITIONAL PATIENT INFORMATION

Name: Crapps, Ruby J.    Account #: 31871

**FH:** Are your Mother, Father, Brother, and/or Sister still living? If so, what is their general health?

| | | | | |
|---|---|---|---|---|
| MOTHER: | Good | Fair | Poor | Date of Birth: _____ |
| FATHER: | Good | Fair | Poor | Date of Birth: _____ |
| 0 BROTHER: | Good | Fair | Poor | Date of Birth: _____ |
| 5 SISTER: | Good | Fair | Poor | Date of Birth: _____ |

4 children

If deceased, what was the cause of death and approximate age of death?
MOTHER: Stroke    FATHER: Heart Attack (Massive)
AGE: 89    AGE: 82

Has anyone in your immediate family ever had any of the following diseases?   YES   NO
If yes, what relation is the family member to you? _____

DIABETES: PA(5)
HEART DISEASE: Father
CANCER: _____
HIGH BLOOD PRESSURE: Mother
LUNG DISEASE: _____
BLOOD DISEASE: _____

**PH:** Have you ever been in the hospital?   YES   NO

| REASON | DATE | HOSPITAL | DOCTOR |
|---|---|---|---|
| Knee Replacement Surgery | 1986 n 87 | Baptist | Walter Shutte |
| Heart Surgery Bypass | 8-3-98 | Baptist | Beall / Carr Lesterer / Marty McMillan |
| Hyst - TAH/BSO | _____ | SGH | Royal |
| Pneumonia - several times | | | |
| Appendectomy | | | |

2/4/02

Do you smoke?   Yes   No    Do you use smokeless tobacco?   Yes   No
Do you use alcohol?   Yes   No
Are you allergic to any medicines?   Yes   No    If yes, which ones? Sulfur & Codiene

What medicines do you currently take? Vioxx - Potassium - adult Tylenol
Nitro Stat - Navaritine - Lasix

RUBY CRAPPS          MRN 31871
07/24/2001
Page Two

IMPRESSION:
1. Coronary artery disease.
2. Hypertensive cardiovascular disease.
3. Hyperlipidemia.
4. Degenerative arthritis.
5. Peripheral vascular disease.
6. Allergic bronchitis and asthma.

DISPOSITION:
1. BMP.
2. Check for potassium in renal function.
3. Urinalysis to follow-up on her frequency.
4. It is time for her mammogram which she gets through the Radiological Group.
5. Trial of Neurontin 300 mg. h.s. for one week and then increase to b.i.d.
6. She will most likely need a potassium replacement.
7. Increase Lasix to two daily until all of her fluid is relieved and then she is to drop back to just one daily.
8. Return to clinic in six months for comprehensive review.

JMB/lc9

Electronically Signed by Dr. JON M. BEALL MD on 07/25/2001.
##And No Others##