# Exhibit 10

FROM :                    FAX NO. :              Mar. 09 2004 06:51AM P3

&gt; Boone Law Firm, P.A.;  Page 3

## RIVER REGION MEDICAL CORPORATION

Patient Name: Theodore Chrpchan    DOB: 10/27/63    PHONE: 601-437-5302

| Conditions | Medications | Duration |
|---|---|---|
| Depression | Methadone 10mg | 1 yr. |
| Chronic Pain Syndrome | Analgesic Balm | 1 yr. |
| Sleep Apnea | Lidoderm Patches | 1/2 yr. |
| HTN | Desyrel | 1/10? |
| PTSD | C-Pap | 2 yrs |
|  | HTN "med" | 5 yrs. |
|  | Viagra | 2 yrs. |
|  | Buspar → | 6-7 yrs. |
|  | Xanax →  |  |

Some one left OxyContin off (T.C.) 8-31-2004

| Known Surgeries/Procedures: | Known Allergies/Reactions: NKDA |
|---|---|
| (R) acromioplasty | Codeine — itching |
| Bil knee surgery | Tobacco: ___   ETOH: ___ |
| (L) wrist | Family History: |
| Bil shoulder surgery |  |
| Chest surgery |  |

Other: Glasses   Church of Christ
Ht: 6'1
Wt: 218

SC-3512

```
PORTIONS OF MEDICAL RECORD MAY BE IN HARD COPY FILES!
                                                              08/23/2004 08:28
************ CONFIDENTIAL RELEASE OF INFORMATION SUMMARY   pg. 37 *************
CRYSTIAN,THEODORE R    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                            DOB: 10/27/1963
------------------------------- PN - Progress Notes ---------------------------
                                 (continued)
     HEENT: Head atraumatic
            Eyes: PERRL, EOMI
            Oropharynx: clear
            Neck: Supple
     CV: RRR, no murmurs/gallops/rubs.
     LUNGS: CTA bilat, no crackles/wheezes
     ABD: Soft, NT/ND + normoactive Bowel sounds. No guarding, no
          rebound.
     EXT: No cyanosis/clubbing. No edema. Atraumatic.
     NEURO: Normal/baseline MS. CN II-XII intact. Motor strength 5/5 and
          = bilat. Sensation intact. DTRs 2+ and = bilat.

Labs Results:

WBC: 5.8
HGB: 14.0
HCT: 40.3   L
PLT: 257

BARBITURATES: NEG
AMPHETAMINES: NEG
COCAINE: NEG
CANNABINOID: NEG
OPIATE: POS
BENZODIAZEPINE: POS
PHENCYCLIDINE: NEG

UR BLOOD: NEGATIVE
NITRITE, URINE: NEGATIVE
LEUKO: NEGATIVE


Medical Decision Making/ Hospital Course: lower back pain. No evidence of
urinary infection or stones. Musculoskeletal type- worse with movements. Tired
likely because of insomnia AND use of opiates/benzos (on alprazolam/methodone).
Reports gout, but I do not see dx of gout in problem list. Will send uric acid
level today. If + can mail gout meds. In the meantime, patient on multiple
meds for pain.

Diagnosis: 1) lower back pain- musculoskeletal
           2) gout

Disposition: d/c                                      Theodore Crystian Jr.
                                                      1416 Vine St.
Condition: good                                       Port Gibson, MS 39150

Plan:      d/c to home
           do not drive while on alprazolam and methodone
           continue piroxicam.
```

```
PORTIONS OF MEDICAL RECORD MAY BE IN HARD COPY FILES!

************ CONFIDENTIAL RELEASE OF INFORMATION SUMMARY      08/23/2004 08:28
CRYSTIAN,THEODORE R    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                          pg. 38 ************
                                                              DOB: 10/27/1963
------------------------------- PN - Progress Notes -------------------------------
                                    (continued)
        methocarbamol
        follow up Nov 5 in clinic as scheduled
        return for worsening pain, fever or any problems


    Karin E. Netland, MD, MPH
    Emergency Medicine



                  Signed by:  /es/  KARIN E NETLAND
                        MD   10/22/2003 10:41

                              Analog Pager:  193

10/22/2003 11:18    Title:  ADDENDUM
                    Ref:    10-10M (PROVIDER)           Dated: 10/22/2003 10:32
URIC ACID (10/03): 7.1

GLUCOSE: 90
UREA NITROGEN: 14
CREATININE: 1.1
SODIUM: 135.0  L
POTASSIUM: 3.6
CHLORIDE: 99.0                                Theodore R. Crystian, Jr.
CO2: 32.0  H                                  1416 Vine
CALCIUM: 9.2                                  Port Gibson, MS 39150
PROTEIN,TOTAL: 7.3
ALBUMIN: 3.9
BILIRUBIN,TOTAL: 0.6
ALKALINE PHOSPHATASE: 54
SGOT: 41  H
SGPT/ALT (10/03): 39


                  Signed by:  /es/  KARIN E NETLAND
                        MD   10/22/2003 11:18          Theodore R. Crystian, Jr.
                                                        1416 Vine
                              Analog Pager:  193       Port Gibson, MS 39150
                                                       This is the Car incident
10/22/2003 09:46    Title:  ER ASSESSMENT
EMERGENCY ROOM ASSESSMENT

Chief Complaint/Patient Perception of Problem: PT PRESENTS VIA AMR. PT WAS
DRIVING FROM PORT GIBSON MS FOR AN APPT. AT GPT VA THIS AM. PT WAS PULLED OVER
BY LOCAL PD FOR SWERVING HIS CAR. AMR GETS TO THE SCENE AND PT IS A&O X 4. NO
OBVIOUS ETOH USE NOTED. PT ASKS FOR RIDE TO GPT VA. AMR INFORMS PT THEY CANNOT
GIVE RIDES AND WHAQT WAS HIS MEDICAL EMERGENCY. PT SAID HE NEEDED TO COME TO
```