Exhibit 11

```
inted for data from 01/01/2001 to 09/07/2007          09/07/2007 11:40
    ******  CONFIDENTIAL ELECTRONIC MEDICAL RECORD SUMMARY   pg. 63 ***********
   LON,MARSHALL     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                           DOB: 10/07/1957
```

---------------------------- PN - Progress Notes ----------------------------
                              (continued)
              Standard Title: PHARMACY CONSULT


approved


                      Signed by:  /es/  Kent A. Kirchner, MD
                                  Chief of Staff  03/26/2004 11:47


                              Analog Pager:  1-800-538-6554
                              Digital Pager:  1-800-538-6554

    Receipt Acknowledged by:  /es/  Angela M. Jones, RPH
                              Pharmacist  04/24/2004 22:04

03/26/2004 11:11  Local Title: PC - NATCHEZ NOTE (T)
                  Standard Title: PRIMARY CARE NOTE

REASON FOR VISIT/CHIEF COMPLAINT:   Health maintenance

  Here today for yearly f/u. Complains of right foot pain after
 kicking cabinet last Friday, is improving. Also has some left elbow
  in which is improving. Complains of basal ha and allergies with
 chronic sinusitis.

SOURCE(S) OF HISTORY: Patient

Current Active Problems:
  Date of review: Mar 2004
Neuropathy                              Polyarthralgia
Chronic sinusitis
  Follow-up Action:   Neuropathy - on Neurontin
  Sinusitis - on Nasalide, add Claritin
  Arthralgia - on neurontin and naproxen
REVIEW OF SYSTEMS
  Review of Systems
  Constitutional:
   (-)Negative for:
     Night Sweats
  Eyes:
   (+)Positive symptoms reported: watery eyes


  Nose:
   (+)Positive symptoms reported:
     postnasal drip
  Cardiac:
    )Negative for (Patient denies symptoms of):
     Chest pain, HTN, PND, DOE, Palpitations
 espiratory:
   (-)Negative for (Patient denies symptoms of):
     Cough, Wheeze, Dyspnea, DOE