# Exhibit 12

PATIENT:     Ellis, Sam
DOB:         11/18/22
ID:          382
DATE:        5/23/03
PHYSICIAN:   C.B. Daniel, MD

NURSE NOTE: Patient's wife called stating the patient was having his legs jumping around real bad, worse than when he was here the other day. Per Dr. Daniel, patient was instructed to stop the Sinemet. Neurontin 300 mg #60, 1 p.o. b.i.d. with 3 additionals was called to Dennis at 662-429-9074.

C.B. Daniel, MD/Ellen Gibson, NCMA

EG/cb