# Exhibit 13

# Mallory Community Health Center
## Diabetes Clinic

### Encounter Note

**Vitals**
- Hr:
- Encounter Date: 01/20/00
- Weight: 220
- Height: 62
- Pulse: 74
- Resp Rate: 16
- Temp: 98.2
- Systolic BP: 142
- Diastolic BP: 84

Name: Clara  DOB: 3-21-1931  #1479  EPPS

**Conditions — Chronic Conditions / Dx Date / Add**
- CAD
- DepressionNOS
- DM Type 2
- Dyslipidemia
- Hypertension
- MicAlburia
- Nephropathy
- Neuropathy
- PVD
- Retinopathy

To add Conditions see the Pick List

**Medications — Name / Add / C/I / Dec**
- ACE Inhibitor Class
- AG Inhibitor Class
- Antiplat/thrombASA
- ARB Class
- Biguanides Glucophage
- Glitinides Class
- Insulin Class
- Statins Class
- Sulfonylurea Class
- TZD/Glitazone Class

C/I=contra-indicated, Dec=declined
To add Medications see the Pick List

**Laboratory Test Results — Test / Value / Date / Ref / Dec**
- ALT
- Chol
- Creat
- HbA1c
- HDL
- LDL
- MiAl/Cr
- Potassium
- Triglyc

Ref=referral, Dec=declined
To add Lab Tests see the Pick List

**Other Diagnostic Tests — Test / Result / Date / Ref / Dec**
- CardioStrss
- EKG

To add Other Tests see the Pick List

**Vaccinations and Immunizations — Vac/Imm / Date / Ref / Dec**
- Flu Vac
- PPV23

To add Vac/Imm's see the Pick List

**Risk Factors — Family History / Status / Y / N**
- FamHxDM
- Behaviors  C / P / N
- SM BG
- TobUse/Smoke

C=current;P=past;N=never;Y=yes;N=no;U=unknown
To add Risk Factors see the Pick List

**Other Measures — Test / Value / Date / Ref / Dec**
- Exercise wk

To add Other Measures see the Pick List

**Consults and Education — Cons/Edu / Date / Ref / Dec**
- AdviseQuitTob
- Dental Exam
- Depression Scrn
- DM Edu
- Foot Exam
- Nutrit Edu
- Retinal Exam
- SM Goal Set

To add Cons/Edu's see the Pick List

**Other Notes**
Encount Note:
Meter Type:
To add Other Notes see the Pick List

Handwritten notes:
Pt states she fell on 01-23-2004 hurt neck, also states both ears are stopped up. Life Norvasc 10mg, HCTZ 50mg, betapace 80, Neurontin 300mg, Humulin N 25 units, ASA 325mg, Hydralazine 50mg, 21 dmg/dl N fasting
S.H/, occ alcohol tab 3-4 d, med shoulder pain [illegible]
[illegible handwriting continues]
① Acute sinus — resolved signs — inpro sx sympt [illegible]
② W/o accidental fall — [illegible] stable Flexeril 1 po TID x 3
③ NIDDM
④ HTN
⑤ Hyperchol — [illegible] SMBG
[illegible] Flu in 3-4 wks
[illegible]

Flonase [illegible] cbc 92 14 [illegible]

Chart #    Page 1 of 1    Date Printed: 10/5/2004

DR. ARENIA C. MALLORY COMMUNITY HEALTH CENTER, INC.
CLINICAL PROGRESS NOTE

PATIENT'S NAME: Clara Epps                                MR#: 1479
DATE: 01-19-200_    D.O.B: 3-21-1934    LMP: menopause
PHARMACY OF CHOICE: _____    ALLERGIES: Unknown
PRIMARY PHYSICIAN: _____
CURRENT MEDICATION(S): Toprol XL 100mg ASA 325mg Neurontin 300mg
HCTZ 25mg, Humulin 25 units, Betapace 80mg, Hydralazine
TEMP: 99.3°   PULSE: 66   RESP: 15   B/P: 147/74   HC: _____
HEIGHT: 62"   WEIGHT: 225lb   BMI: _____
HEMOGLOBIN: ___   ACCU-CHECK: fasting 148   URINE PREG: ___
PAIN ASSESSMENT: (LOCATION): ___   (NATURE): ___   Neurontin 300
PAIN SCALE: # — PEDIATRIC # — ADULT   COMMENT(S): ___
OTHER MEDICAL INTERVENTIONS:
CHIEF COMPLAINT: Pt states sinus infection c
bronchitis c laryngitis, also states stiffness
in joints c extrema

71F. came for cough & mild phlegm for 2 days. no SOB.
no HA or GI complaints. no weakness/any s/sx. able to eat
cough, eye checkup & pt has no h/o cancer & laser Tx done.
O: alert intract_ cm. tonsils +s point      — HGA1C 6.6 on
7gm BS NEG c/g ches CXR NSTA                 — LDL 110 ect 05
                                             colonoscopy Ag/05

A/(1) Acute Sinus & Bronchitis        Edaturst 175 po 7 1 0 x 3 d
   — Augmentin 875 mg PO Bid X 10 d
   — Vicks steam inhl BTC s.           Pt did 6 sugar P/US
                                             for now
(2) NIDDM — decay qs. A1_once a day   Humulin 25 u SQ sc
   Humulins BP lower                  told pt to take 100u
(3) HTN — Norvasc 10 mg po daily       a day.
   Betapace 80mg ½ PO Bid, Asapl 20 mg po daily.
(3) Hyperchol. — diet & exe.           Dietician Consult
   Lipitor 10 mg po daily
(4) obesity — diet & exe
(5) s/p R knee replac. — dip ess        H know of dr_ex.

(6) R1N to clinic 1week & prn if not ok

DISCHARGE INSTRUCTIONS GIVEN:        EDUCATION GIVEN:
  Laboratory Test(s)   Prescription Call-In(s)   Verbal: _____
  X-Ray(s)             Injection(s)              Pamphlets: _____
  Outside Consultant(s) Interdepartmental Referral(s)  Return Demonstration: _____

RESPONSIBLE CLINICAL STAFF INITIAL ABOVE SPACES        MCHC-C038   REV: 07/05

DR. ARENIA C. MALLORY COMMUNITY HEALTH CENTER, INC.
CLINICAL PROGRESS NOTE

PATIENT'S NAME: Clara Epps MR#: 1479
DATE: 12/9/05 D.O.B: 032134 LMP: Meno
PHARMACY OF CHOICE: Peoples ALLERGIES: NKDA
PRIMARY PHYSICIAN: Bosby
CURRENT MEDICATION(S): Norvasc 10mg Qdaily, Accupril 20mg Qdaily, ASA 325mg Qdaily, Neurontin 300mg Qdaily, HCTZ 50mg Qdaily, Humulin-N 35 units [illegible]
TEMP: 98.0 PULSE: 76 RESP: 16 B/P: 130/77 HC: –
HEIGHT: 62" WEIGHT: BMI: –
HEMOGLOBIN: – ACCU-CHECK: – URINE PREG: –
PAIN ASSESSMENT: (LOCATION): N/A (NATURE): –
PAIN SCALE: # 0 PEDIATRIC # 0 ADULT COMMENT(S): –
OTHER MEDICAL INTERVENTIONS:
CHIEF COMPLAINT: Pt states back cough, vomiting, and (R) ear pain – [illegible]

S

O [illegible]

A [illegible] [illegible]
[illegible]

P [illegible]
[illegible] 1000 (R) Gluteal } tolerated well, waited 30 min, no adverse reaction noted
[illegible] 1003 (R) Deltoid.
[illegible]
[illegible]

DISCHARGE INSTRUCTIONS GIVEN:
_____ Laboratory Test(s)
_____ X-Ray(s)
_____ Outside Consultant(s)
VCB Prescription Call-In(s)
_____ Injection(s)
_____ Interdepartmental Referral(s)

EDUCATION GIVEN:
Verbal: VCB
Pamphlets:
Return Demonstration:

RESPONSIBLE CLINICAL STAFF INITIAL ABOVE SPACES

MCHC-C038 REV: 07/05

DR. ARENIA C. MALLORY COMMUNITY HEALTH CENTER, INC.
CLINICAL PROGRESS NOTE

PATIENT'S NAME: Clara Epps  MR#: 1479
DATE: 10/6/05  D.O.B.: 3/21/34  LMP: Menopausal
PHARMACY OF CHOICE: People's  ALLERGIES: NKDA
PRIMARY PHYSICIAN: Biashi
CURRENT MEDICATION(S): Norvasc 10mg 1dly, Accupril 20mg, ASA 325mg 1 dly, Neurontin 300mg BID, Hydralazine 25mg 1dly, Humulin N 25units PM, HCTZ 50mg q day
TEMP: 96.7  PULSE: 68  RESP: 20  B/P: 140/74  HC: —
HEIGHT: 60 in  WEIGHT: 212  BMI: —
HEMOGLOBIN: —  ACCU-CHECK: 153 mg/dl  URINE PREG: —
PAIN ASSESSMENT: (LOCATION): NA  (NATURE): —
PAIN SCALE: # — PEDIATRIC  # — ADULT  COMMENT(S):
OTHER MEDICAL INTERVENTIONS:
CHIEF COMPLAINT: congested, no appetite to eat, coughing, states "I ran out of my HCTZ on 10/3/05 and I have misplaced it and want to know what can I take to substitute for it or do you have sample" - CBSenCRN

S) as above cough whitish phlegm + congest. severe over 3d.
ROS: no SOB or CP - all else neg —  Eye Bleeding? retina ischemia
PMH: CAD, CHF? type 2 DM, (R) knee DJD, (B) Breast lumps - benign, fibroids
PSH: (R) breast biopsies, TAH BSO, IUD complications
Soc Hx: no cig, no alc.    Laser eye surgery (R)

Consults: cardiologist Dr. Rayford Jackson at St. Dominic's due to see Oct 11 as ortho - on Sardifer for knees.
   Dr. Murray - Did colonoscopy/breast bx. Mammogram general
O) HEENT: boggy nares & clear   Dr. Bronte eye Dr. saw this
   sinus oedema, all else norm -   year, RTC Oct 26.
H: RRR no m
L: clear
abd: soft    ext: no edema.
A) See prob list, current bronchitis, cold.
P) Samples Flonase, 1 spray each nostril daily.
   "    Setrex 1 daily for congest # 4.
   "    Avalide 150/12.5 #14 — 1 daily (get S.S. to get 300/25 1 daily)
   Medrol Dosepak taking 160 mg BID x 10d.
Get Records of mammogram, cardiology, eye Dr. merchant
obs today fasting chem 14, CBC, TSH, Hg A1C, lipids, UA SKN
RTC 1-2 weeks
See S.S. for meds help; Change Norvasc 10 Caduet 10/20 T daily,
2 Accupril to Avalide 300/25 1 daily. Change Humulin N insulin
to Lantus 25 units S.S. arc a daily.              C. Sraess

DISCHARGE INSTRUCTIONS GIVEN:              EDUCATION GIVEN:
✓ Laboratory Test(s)    ___ Prescription Call-In(s)    Verbal: ✓
___ X-Ray(s)             ___ Injection(s)               Pamphlets: ___
___ Outside Consultant(s) ___ Interdepartmental Referral(s)   Return Demonstration: ___

RESPONSIBLE CLINICAL STAFF INITIAL ABOVE SPACES           MCHC-C038  REV: 07/05

DR. ARENIA C. MALLORY COMMUNITY HEALTH CENTER, INC.
CLINICAL PROGRESS NOTE

PATIENT'S NAME: Clara Epps    MR#: 1479
DATE: 09/16/03    D.O.B: 03/21/34    LMP: Menopausal
PHARMACY OF CHOICE: Peoples    ALLERGIES: NKDA
PRIMARY PHYSICIAN: Digby
CURRENT MEDICATION(S): Norvasc 10mg T day, Accupril 20 mg, ASA 325 mg T day, Neurontin 300 mg T BID, Hydralazine 50 mg T did, Humulin N 25 units RA
TEMP: 98²    PULSE: 64    RESP: 20    B/P: 130/80    HC: N/A
HEIGHT: 63"    WEIGHT: 210 lb    BMI: —
HEMOGLOBIN: —    ACCU-CHECK (Fasting): 114 mg/dl    URINE PREG: N/A
PAIN ASSESSMENT: (LOCATION): —    (NATURE): —
PAIN SCALE: # —    PEDIATRIC #    ADULT    COMMENT(S):
OTHER MEDICAL INTERVENTIONS:
CHIEF COMPLAINT: Stated has ® pink-eye c drainage since earlier this A.M.    RK,LPN

S: woke up this AM — c/o burning to ® eye, reports green crusting, reports burning to ® eye yesterday. also c/o hands getting numb

O: well developed, well nourished 57 y/o AA ♀ pt. NAD. Oral mucosa pink + moist. PERRLA. EOM intact. erythema noted to sclera ® eye. no FB noted. conjunctiva pink + moist. any lesions or FB. neck supple. Heart RRR. Lungs clean. ABD BS x4 quad. no pulsation. s any D/P.

A: conjunctivitis
P: Ocuflox — 1 gtt q 4° x 24° then QID x 5d. Stress frequent hand washing. Stress need to return Sat or go to ER prn any worsening. Continue to monitor sugar.

10/3/03  HCTZ 50 q day #30 x3  /y

DISCHARGE INSTRUCTIONS GIVEN:    EDUCATION GIVEN:
Laboratory Test(s)    Prescription Call-In(s)    Verbal: ✓
X-Ray(s)    Injection(s)    Pamphlets:
Outside Consultant(s)    Interdepartmental Referral(s)    Return Demonstration:

RESPONSIBLE CLINICAL STAFF INITIAL ABOVE SPACES    MCHC-C038    REV: 07/05

DR. ARENIA C. MALLORY COMMUNITY HEALTH CENTER, INC.
CLINICAL PROGRESS NOTE

PATIENT'S NAME: Clara Epps    MR#: 1479
DATE: 05-24-2005    D.O.B: 03-21-1934    LMP: Menopause
PHARMACY OF CHOICE: Teddis    ALLERGIES: NKDA
PRIMARY PHYSICIAN: Anderson
CURRENT MEDICATION(S): ASA 325mg, Humulin N 25units qm, Neurontin 300, Norvasc 10mg, Accupril 20mg, Hydralazine
TEMP: 97.5    PULSE: 70    RESP: 18    B/P: 130/75    HC: N/A
HEIGHT: 62 inches    WEIGHT: 214 oz #    BMI: N/A
HEMOGLOBIN: N/D    ACCU-CHECK: HI    N/Urine PREG:
PAIN ASSESSMENT: (LOCATION): ® great toe    (NATURE): Sore
PAIN SCALE: # ___    PEDIATRIC # ___    ADULT # 8    COMMENT(S):
OTHER MEDICAL INTERVENTIONS: IDDM
CHIEF COMPLAINT: Pt wants both feet ✓ also states ® big toe pain × 2 wks

S) Diabetic pt. presents c c/o pain on "® side ĵ ® big toe" and she has a hard area on inside ® foot

O) ® great toenail fibular border very painful to touch 2° to nail being cut to close by pt. Hardened keratotic area w/ander appear to ® medial malleolus.

A) 1) Painful lateral ® great toe nail
   2) Keratoma ĵ unknown etiology.

P) 1) Instruct pt. not to débride herself 2) Débride skin (partial thickness) c lesion on ® foot 3) Instruct c pt. to monitor area ĵ ĵ Δs occur, & will probably get her a dermatology consult. 4) Recommend B/D Epsom salt soaks × 15 min., pat dry, apply bacitracin ointment, cover c band-aid. 5) F/U prn

DISCHARGE INSTRUCTIONS GIVEN:                    EDUCATION GIVEN:
___ Laboratory Test(s)    ___ Prescription Call-In(s)    Verbal: ✓
___ X-Ray(s)    ___ Injection(s)    Pamphlets: ___
___ Outside Consultant(s)    ___ Interdepartmental Referral(s)    Return Demonstration: ___

RESPONSIBLE CLINICAL STAFF INITIAL ABOVE SPACES    MCHC-C038 REV: 07/05

DR. ARENIA C. MALLORY COMMUNITY HEALTH CENTER, INC.
CLINICAL PROGRESS NOTE

PATIENT'S NAME: Chris Epps    MR#: 1479
DATE: 08/17/05    D.O.B: 03/27/34    LMP: Menopausal
PHARMACY OF CHOICE: Peppers    ALLERGIES: NKDA
PRIMARY PHYSICIAN: Mosby
CURRENT MEDICATION(S): Hydralazine 50 mg, HCTZ 50mg, Humulin N 25units in PM
Norvasc 10mg T dly, Neurontin 20mg T dly, ASA 325 mg T dly
TEMP: 97.7    PULSE: 64    RESP: 16    B/P: 130/60    HC: N/A
HEIGHT: 62"    WEIGHT: 209    BMI:
HEMOGLOBIN: —    ACCU-CHECK: 218 mg/dl    URINE PREG: N/A
PAIN ASSESSMENT: (LOCATION): both hands    (NATURE):
PAIN SCALE: #____    PEDIATRIC #____    ADULT    COMMENT(S):
OTHER MEDICAL INTERVENTIONS:
CHIEF COMPLAINT: Stated here for continuous tingling & numbness in
both hands for approx 1 month ————————— RG, LPN

S) It Go in hands (Bil), It cause any when Heske

O) Pos - WNL labs

A) DJD ? NCS

P) Neurontin 300 mg biw #60
Toradol 60 g IM now (R) Gluteus IM    Rxns
(R) arms (IM)

DISCHARGE INSTRUCTIONS GIVEN:    EDUCATION GIVEN:
Laboratory Test(s)    Prescription Call-In(s)    Verbal: Gibson GPN
X-Ray(s)    Injection(s)    Pamphlets:
Outside Consultant(s)    Interdepartmental Referral(s)    Return Demonstration: Gibson GPN

RESPONSIBLE CLINICAL STAFF INITIAL ABOVE SPACES    MCHC-C038  REV: 07/05