# Exhibit 14

NAME: FLEMING, ETHEL    12079    — Pt doesn't need a gown
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   05/21   '21   335-8729    DATE OCT 18 2001 (stamp)

CC:

HPI: c/o itching all over, skin, scalp, hair loss,
dx c "nerves" 3 yrs ago by dermatologist (A. Demacino)
Has a dog; is "inside", but goes her bed

ROS: Constitutional, Eyes, EENMT, CV, Resp, GI, GU, MS, Integ (skin, breasts), neuro, psych, endocrine, hemo/lymph, allergic/immune

Past HX:    Illnesses:
            Operations:
            Injuries:
            Treatment: noted ; All: AJA ; Neurontin probably some benefit

FAMILY:
SOCIAL:

PHYSICAL EXAMINATION:
CONSTITUTIONAL: Reese    VITAL SIGNS: T 98.6 P 72 R 20 HT ___
GEN:                                  WT 216 BP 130/80
HEENMT:    GU:
N:         LYMPH:
CV:        MUSC-SKEL:
R: +       SKIN: abrasions, excoriations, no rash; hair is thinning
CHEST, BREASTS:    NEURO:
ABD/GI:    PSYCH: no bald spots
LAB:

IMP: Pruritus, h/o      PLAN: CBC c diff, ANA, TSH
neurotic ? another a few yrs       & Neurontin to 100 g TID
ago                                Allegra qd prn
Possible thyroid condition

CA screening            Smoking Cessation
Vaccination Status      Diabetes
HRT                     Weight control
Osteoporosis            OA
Cardiac Hx:             Pre/Post menopausal
  MI
  HF
  Lipids

A. H. (Buddy) THOMPSON, M.D.

8AA93CFE4B9DB689A976 FLEMING

NAME: FLEMING, ETHEL           120   Pt doesn't [illegible]   DATE: SEP 1? 2001
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  05/_/1921  335-8729                                          (stamp)

CC:

HPI: sensitive + tender R thigh fa ~ 2 mo
in the area that was burned by hot coffee –
3½ yrs ago – skin + pigmentation, no scar

ROS: Constitutional, Eyes, EENMT, CV, Resp, GI, GU, MS, Integ (skin, breasts), neuro, psych, endocrine, hemo/lymph, allergic/immune

Past HX:
  Illnesses:
  Operations:            Glu ≤ 150 at home lately
  Injuries:
  Treatment: noted

FAMILY:
SOCIAL:  ∅
PHYSICAL EXAMINATION:

CONSTITUTIONAL:              VITAL SIGNS: T 97⁶ P 70 R 24 HT ___
GEN: ow                                   WT 214 BP 120/64
HEENMT: /                    GU:
N: /                         LYMPH:
CV: /                        MUSC-SKEL:
R: +                         SKIN: old scar R thigh ant./med.
CHEST,BREASTS:               NEURO: /
ABD/GI:                      PSYCH:
LAB:

IMP: · Anesthesia, Agesthesias    PLAN: · Neurontin 100 tid  NA
     · HTN                              · F/u 1 mo prn           DICTATED ON___
     · HTN                              · continue other meds

CA screening          Smoking Cessation
Vaccination Status    Diabetes
HRT                   Weight control
Osteoporosis          OA
Cardiac Hx:           Pre/Post menopausal
  MI
  HF
  Lipids

A. H. (Buddy) THOMPSON, M.D.

8AA93C1E489DB689A976 FLEMING