# Exhibit 15

me: ~~Steen~~ Glen Forbes  Date: 01 04 06

Gorton Clinic
Belzoni, MS
Follow-Up Visit

Requires 2 of 3; history, exam or medical decision making

**CHIEF COMPLAINT:** C/o Sinus drainage, coughing, worse @ night. Sore throat, ear discomfort (both) × 1 mth s̄ [illegible]

HPI: Level 4 and 5; 4+ elements (location / quality / duration / timing / severity / context / modifying factors / associated s/sx)

C/o sinus drainage & congestion

Also c/ ⊘ energy, fatigue & falls asleep during the day

**MEDICATIONS:**
Neurontin 300 mg 3× dly
Percocet prn
Valium 10 mg 2× dly
Protonix 40 mg 1× dly
Effexor XR 150 mg

HISTORY: Level 5: 2-3: Level 4:1
MEDICAL:  Pneumonia   MVA

SURGICAL: Pelvic Surgery

SOCIAL:

Tob: Yes ½-1 ppd   Alcohol: ⊘   Drugs: ⊘   Other:

FAMILY: Father:     Age  Living  Deceased  Cause/Disease
Mother   60          ✓
Brothers living ___ deceased ___  Sisters living ___ deceased ___

ROS: Level 5: 10 systems: Level 4: 2-9 systems

|  | WNL | DETAILS |  | WNL | DETAILS |
|---|---|---|---|---|---|
| CONSTITUTIONAL | [ ] | | GASTROINTESTINAL | [ ] | |
| PSYCHIATRIC | [ ] | | GENITOURINARY | [ ] | |
| INTEGUMENTARY | [ ] | | MUSCULOSKELETAL | [ ] | |
| EYES | [ ] | | NEUROLOGICAL | [ ] | |
| EAR/NOSE/THROAT | [ ] | | ENDOCRINE | [ ] | |
| CARDIOVASCULAR | [ ] | | IMMUNOLOGIC | [ ] | |
| RESPIRATORY | [ ] | | BLOOD/LYMPH | [ ] | |

Name: Glenn Parker   Date: 7-12-06

Gorton Clinic
Belzoni, MS
Follow-Up Visit

Requires 2 of 3; history, exam or medical decision making

**CHIEF COMPLAINT:** c/o Depression

HPI: Level 4 and 5; 4+ elements (location / quality / duration / timing / severity / context / modifying factors / associated s/sx)

37 yo male c/o depression + being emotional — wants to stop takin Neurontin + wants to change Effexor XR

Also c/o hip pain — due to old pelvic fx

**MEDICATIONS:**
Neurontin 300mg 3xdd
Percocet PRN
Valium 10mg 2xdd
Protonix 40mg 1xdd
Effexor XR 150mg

**HISTORY:** Level 5: 2-3; Level 4:1

**MEDICAL:** MVA

**SURGICAL:** Pelvic

**SOCIAL:**

Tob: 1 PPD   Alcohol: ∅   Drugs: ∅   Other:

FAMILY: Father: ___   Age   Living   Deceased   Cause/Diseases
Mother: 66
Brothers living ___ deceased ___ Sisters living ___ deceased ___

ROS: Level 5: 10 systems; Level 4: 2-9 systems

| | WNL | DETAILS | | WNL | DETAILS |
|---|---|---|---|---|---|
| CONSTITUTIONAL | [ ] | | GASTROINTESTINAL | [ ] | |
| PSYCHIATRIC | [ ] | | GENITOURINARY | [ ] | |
| INTEGUMENTARY | [ ] | | MUSCULOSKELETAL | [ ] | |
| EYES | [ ] | | NEUROLOGICAL | [ ] | |
| EAR/NOSE/THROAT | [ ] | | ENDOCRINE | [ ] | |
| CARDIOVASCULAR | [ ] | | IMMUNOLOGIC/ALLER | [ ] | |
| RESPIRATORY | [ ] | | BLOOD/LYMPH | [ ] | |

Name: Glenn Forbes   Date: 6/8/05

Gorton Clinic
Belzoni, MS
Follow-Up Visit

Requires 2 of 3; history, exam or medical decision making

**CHIEF COMPLAINT:** fever & pain upon inspiration

HPI: Level 4 and 5; 4+ elements (location / quality / duration / timing / severity / context / modifying factors / associated s/sx)

R fever x 1 day
R cough, productive
x 3-4 days; hurts
to take a deep
breath;
? dyspnea; & hematuria
mild SOB.

**MEDICATIONS:**

Neurontin
~~Ultracet~~ Lorcet
Valium
Protonix
Avenza

---

**HISTORY:** Level 5: 2-3: Level 4:1

**MEDICAL:** pneumonia
MVC

**SURGICAL:** Pelvic surg (MVA)

**SOCIAL:**

Tob: [sig]   Alcohol: Ø   Drugs:   Other:

         Age   Living   Deceased   Cause/Diseases
FAMILY: Father: ___ ___ ✓ ___ MI
        Mother  59
Brothers living  1   deceased ___ Sisters living ___ deceased ___

ROS:   Level 5: 10 systems: Level 4: 2-9 systems

|  | WNL | DETAILS |  | WNL | DETAILS |
|---|---|---|---|---|---|
| CONSTITUTIONAL | [ ] | | GASTROINTESTINAL | [ ] | |
| PSYCHIATRIC | [ ] | | GENITOURINARY | [ ] | |
| INTEGUMENTARY | [ ] | | MUSCULOSKELETAL | [ ] | |
| EYES | [ ] | | NEUROLOGICAL | [ ] | |
| EAR/NOSE/THROAT | [ ] | | ENDOCRINE | [ ] | |
| CARDIOVASCULAR | [ ] | | IMMUNOLOGIC/ALLER | [ ] | |
| RESPIRATORY | [ ] | | BLOOD/LYMPHATIC | [ ] | |

Name: Forbes          Date: _____          Gorton Clinic
                                              Belzoni, MS
                                              Follow-Up Visit

Requires 2 of 3; history, exam or medical decision making

**CHIEF COMPLAINT:** 35 y/o   Follow up p̄ Hospital stay for pneumonia

HPI: Level 4 and 5; 4+ elements (location / quality / duration / timing / severity / context / modifying factors / associated s/sx)

Recently hospitalized       MEDICATIONS: Neurontin
                                         Lorcet
2° to CAP                                Valium
                                         Protonix
∅ SOB                                    Avenza
                                         Augmentin
∅ fever                                  (completed Zithromax)

∅ cough

HISTORY:   Level 5: 2-3; Level 4:1
MEDICAL:  MVC                SURGICAL: Pelvic Surgery (MVA)
          pneumonia

SOCIAL:
Tob: smokes   Alcohol: ∅    Drugs: ∅    Other:

            Age   Living  Deceased   Cause/Diseases
FAMILY: Father: _____
        Mother: _____
Brothers living ___ deceased ___ Sisters living ___ deceased ___

ROS: Level 5: 10 systems; Level 4: 2-9 systems
                     WNL  DETAILS                           WNL  DETAILS
CONSTITUTIONAL       [ ]  _____    GASTROINTESTINAL      [ ]  _____
PSYCHIATRIC          [ ]  _____    GENITOURINARY         [ ]  _____
INTEGUMENTARY        [ ]  _____    MUSCULOSKELETAL       [ ]  _____
ES                   [ ]  _____    NEUROLOGICAL          [ ]  _____
R/NOSE/THROAT        [ ]  _____    ENDOCRINE             [ ]  _____
DIOVASCULAR          [ ]  _____    IMMUNOLOGIC/ALLER     [ ]  _____
RESPIRATORY          [ ]  _____    BLOOD/LYMPHATIC       [ ]  _____

Name: Glenn Forbes  Date: 9/6/05  Gorton Clinic, Belzoni, MS  Follow-Up Visit

Requires 2 of 3; history, exam or medical decision making

**CHIEF COMPLAINT:** Was inpt @ HCM H on 9/2 & 9/3 due to N & V. follow up w. today

HPI: Level 4 and 5; 4+ elements (location / quality / duration / timing / severity / context / modifying factors / associated s/sx)

#1 – Constipation on Percocet, Avenza

#2 DOT UP

exostom ③ pelvis

# GERD

MEDICATIONS:
- Neurontin
- ~~Lortab~~ prn Percocet
- Valium 10 m BID
- Protonix 40
- Avenza (has been out since 9/2)

**HISTORY:** Level 5: 2-3; Level 4:1
**MEDICAL:** MVC, Pneum
**SURGICAL:** Pelvic surg

**SOCIAL:**
Tob: smoker  Alcohol:  Drugs:  Other:

FAMILY: Father: 60 Living ✓  
Mother: 60 ✓  
Brothers living 1  deceased __  Sisters living __ deceased __

ROS: Level 5: 10 systems; Level 4: 2-9 systems

| | WNL | DETAILS | | WNL | DETAILS |
|---|---|---|---|---|---|
| CONSTITUTIONAL | [ ] | | GASTROINTESTINAL | [ ] | |
| PSYCHIATRIC | [ ] | | GENITOURINARY | [ ] | |
| INTEGUMENTARY | [ ] | | MUSCULOSKELETAL | [ ] | Pt pelv |
| EYES | [ ] | | NEUROLOGICAL | [ ] | |
| EAR/NOSE/THROAT | [ ] | | ENDOCRINE | [ ] | |
| CARDIOVASCULAR | [ ] | | IMMUNOLOGIC/ALLER | [ ] | |
| RESPIRATORY | [ ] | Nempan | BLOOD/LYMPHATIC | [ ] | |

| | | | | | |
|---|---|---|---|---|---|
| TIENT NAME | Glen Forbes | AGE 34 | | DATE 5-19-0? | |
| TEMP 97.5 | BP 110/64 | RESP 20 | PULSE 96 | WT 152.3 | HT 5'6" |

UG ALLERGIES _____ (NKDA)   OTC/HERBALS _____

in Scale 0 (1) 2 3 4 5 6 7 8 9 10   G ___ P ___ A ___ BC ___ LMP ___ x ___ days

ief Complaint: H/A — cough —

I:
head congestion, cough
spasm — w/fever — x
1 wk

PFSH: No change ___
No pert info found ___
Med:
Family:
Social:

Medications:
multi vitamin
Protonix 40mg ? pm
neurontin 800 mg
2 AM ? pm
celebrex 200 mg dly
Hydrocodone 7.5 mg
1 am / noon
Effexor XR 150 mg dly
Diazepam 10 mg ? tab
Seroquel 25 mg ? pm
? 50 mg prn migraine
Avinza 120 mg ? AM

of Systems:
___ All other systems negative

| | NEG | DESCRIBE ABNORMALITIES | | NEG | |
|---|---|---|---|---|---|
| N | | NAD | CV | ✓ | |
| IN | | | ABD | ✓ | |
| ENT | | tm dull, throat red, no exudate, no MS/sev | GU | ✓ | |
| CK | | throat | EXT | ✓ | |
| NGS | | scattered rhonchi insp exp wheez | NEURO | | |
| EST | | | | | |

ASSESSMENT | PLAN | PT. ED. DONE ✓

1) Respiratory ??
Lower ??
2° URI

Ceftin 250 tab BID #10
Robitussin DM ??? Rx refill
Tylenol, Beta vent ? tsp BID Symplex som
? fluid

appt Dr Kilgore
7/6/?? @ 10