# Exhibit 16

REGION 8 MENTAL HEALTH CENTER
SIMPSON COUNTY

MEDICATION EVALUATION

Patient:   Faith Ford
Case #:    22188
Date:      05/02/01
Unit:      1

---

Faith is a 26 year old divorced white female. She has a long history of difficulty with coping with life. She tends to get depressed and has been treated with a variety of medications. She has had problems with crystal meth and crack cocaine. She has tried some other medications. Apparently, one of the local doctors tried her on Klonopin, which she said didn't work. She took some of her grandmother's valium and she says that that did work. I am a little hesitant to use valium in view of her substance abuse history. I am going to try for a couple of weeks increasing her Neurontin and changing her from Sinequan to Elavil for sleep and see her back in two weeks.

DIAGNOSTIC IMPRESSIONS:

AXIS I:    Major depression with generalized anxiety. Polysubstance abuse.
AXIS II:   No diagnosis.
AXIS III:  No diagnosis.

RECOMMENDATIONS:
1.   Neurontin 600 mg t.i.d.
2.   Elavil 100 mg h.s.
3.   Recheck in two weeks.

Stanley C. Russell, M.D.
Consulting Psychiatrist

SCR:th

DD:  05/02/01
DT:  05/29/01