# Exhibit 17

Patient's Name: Annie Gatewood    Age: 52    Date: 10-14-01    DOB: 5-12-52    allergy: Ultram
Allergies: [ ] no change [ ] Add ___    Medicine: [ ] See med list or as follows ___
Chief Complaint: pain in back, hip, Lt leg, left arm, knees and chest, soreness in toes and fingers; also dry cough and dizziness, sinus trouble

Pain Scale  0  1  2  3  4  5  6  7  8  (9)  10    dry cough at n[ight]

### HISTORY OF ILLNESS
| Location | Others |
|---|---|
| Quality | |
| Severity | |
| Duration | |
| Timing | |
| Contrast | |
| Modifying Factors | |
| Assoc Sign/Systems | |

(2) Multi-System Exam: (2 in 9 heading = Level 3; any 12 = Level 4)
Elaborate Abnormal Finding ( any 6 = Level 3; q < 5 = Level 2; MD upon Lab= Level 1)

### REVIEW OF SYSTEMS
| Const | Musco/Skel | Abnormal Findings |
|---|---|---|
| Eyes | Skin/Breast | Fell yesterday & |
| ENMT | Neuro | bruised left knee |
| Cardio | Psycho | |
| Resp | Endo | Knee sides out |
| GI | Heme/Lymp | |
| GU | Allergy/Immuno | |
| [ ] all other systems negative | | Same X 5 days |

**LABS**

Constitutional:
[ ] Document 3) T: 98.4  P: 88  BP: 112/68  RR: 20  WT: 174
[ ] APPEARANCE: Not in distress

**ASSESSMENT / PLAN**

Acute Pharyngitis (exudative)
Pen VK 500 po qid x 10 days

Eyes: [ ] no scleral icterus
 [ ] PERRLA
 [ ] wnl fundus exam

Ears / Nose / Mouth / Throat /: [ ] wnl teeth, lips, gums    early exudative
 [ ] clear oropharynx    left
 [ ] wnl ext canals, tympanic membranes
 [ ] wnl hearing
 [ ] wnl nostrils — swollen turbinates exudative

DJD
Chronic low back pain —
Refer to Ortho clinic
Toradol 30 IM now
Cont Roxicet 10 po qid
Neurontin 300 po tid

Neck: [ ] wnl appearance and movement; wnl JVP
 [ ] trachea midline
 [ ] no thyroid enlargement, masses

Respiratory: [ ] symmetrical chest expansion and respiratory effort
 [ ] clear to auscultation and palpation
 [ ] wnl percussion

Breast: [ ] wnl breast symmetry
 [ ] no masses or tenderness of breasts or axillae

Chest pain — she has occasional left sided chest pain — reproducible, most likely costochondritis. She refused cardiology eval. No facial redness. Will reschedule when she can.

Cardiovascular: [ ] wnl sounds: no murmurs, gallops, rubs
 [ ] no carotid bruits
 [ ] wnl pulses (indicate): [ ] radial [ ] femoral [ ] pedal
 [ ] no edema
 [ ] wnl abd aorta

Abdominal: [ ] no tenderness; wnl sounds  Pelvic: ___
 [ ] no hepatosplenomegaly
 [ ] no hernias present
 [ ] wnl digital rectal exam OR [ ] deferred (reason)
 [ ] neg hemoccult test OR [ ] not indicated (reason)

Skin: [ ] no rash or ulcers    Bruise left ext
 [ ] no nodules    thigh

Hyperlipidemia — stable
f/u lipid panel next visit

Neuro: [ ] wnl cranial nerves   Psych: [ ] alert, oriented x 3
 [ ] wnl reflexes    [ ] intact memory
 [ ] wnl sensation    [ ] wnl affect
   [ ] wnl judgement and insight

Musculoskeletal: [ ] wnl gait
 [ ] no clubbing, cyanosis
   wnl symmetry, ROM, Strength/tone; no dislocation (indicate)
   [ ] RUE  [ ] RLE  [ ] LUE  [ ] LLE
   [ ] head/neck  [ ] spine / ribs / pelvis
Other Comments: ___

Counseling ___
[ ] Smoking Cessation  [ ] STD / HIV Prevention  [ ] HRT / Calcium
+/- Drugs  [ ] Nutrition  [ ] Exercise  [ ] Violence / Abuse
[ ] Advance Directives: X / N DNR Contact ___

Time Spent ___

Return Visit ___ Days ___ Weeks ___ Month ___
Signature: ___
[ ] P / S see relevant dictation for today's visit
Detailed = 12    Comprehensive = 2    2's from 9 areas

ITTA BENA, MS 38941

NURSING FLOW SHEET

Patient Name: Annie Gatewood          Date: 7-23-04

| AGE: | |
|---|---|
| | Could not afford stress test so did not get it done pt states she can not pay $414.94. |
| | MM |

ITTA BENA CLINIC

## Physician's Office Notes

**Patient's Name:** Annie Gatewood  **Age:** 52  **Date:** 7-19-04  **DOB:** 5/12/52  **Allergies:** Ultram

**Allergies:** [ ] no change [ ] Add ____  **Medicine:** [ ] See med list or as follows ____

**Chief Complaint:** Cont. to have L back pain radiating into left leg, CPK, pain in feet, head & stomach — not sleeping well @ HS

**Pain Scale** 0 1 2 3 4 5 6 7 8 (9) 10

### History of Illness / Review of Systems

| | Others | Const | Musco/Skel | Abnormal Findings |
|---|---|---|---|---|
| Location | | Const | Musco/Skel | L globe chest |
| Quality | | Eyes | Skin/Breast | |
| Severity | | ENMT | Neuro | pains, stiff |
| Duration | | Cardio | Psycho | |
| Timing | | Resp | Endo | |
| Contrast | | GI | Hema/Lymp | |
| Modifying Factors | | GU | Allergy/Immuno | |
| Assoc Sign/Systems | | ✓ all other systems negative | | |

**Constitutional:**
T: 97.6  P: 56  BP: 124/80  RR: 18  WT: 173

[ ] APPEARANCE: Healthy looking, not in distress

**Eye:** [✓] no scleral icterus, [✓] PERRLA, [ ] wnl fundus exam

**Ears/Nose/Mouth/Throat:** [ ] wnl teeth, lips, gums; [ ] clear oropharynx; [ ] wnl ext canals, tympanic membranes; [ ] wnl hearing; [ ] wnl nostrils

**Neck:** [✓] wnl appearance and movement; wnl JVP; [✓] Trachea midline; [✓] no thyroid enlargement, masses

**Respiratory:** [✓] symmetrical chest expansion and respiratory effort; [✓] clear to auscultation and palpation; [✓] wnl percussion

**Breast:** [ ] wnl breast symmetry; [ ] no masses or tenderness of breasts or axillae

**Cardiovascular:** [✓] wnl sounds: no murmurs, gallops, rubs; [ ] no carotid bruits; [✓] wnl pulses; [ ] no edema; [ ] wnl abd aorta

**Abdominal:** [ ] no tenderness; wnl sounds  **Pelvic:** ___

**Skin:** [✓] no rash or ulcers — Burn scars; [✓] no nodules

**Neuro:** [ ] wnl cranial nerves  **Psych:** [✓] alert, oriented x 3; [ ] wnl reflexes; [ ] intact memory; [ ] wnl sensation; [✓] wnl affect; [✓] wnl judgement and insight

**Musculoskeletal:** [✓] wnl gait; no clubbing, cyanosis; wnl symmetry, ROM, strength/tone; no dislocation

Good ROM all joints

### Assessment / Plan

Chronic low back PSI —
Says ≠ did not help
Still have pain awake @
sleep ↓
Repeat MRI LS spine
cut Dextro 10mg po
Neurontin 800 mg tid
Chest Pain — no CAD
Schedule EST
Had inpatient myocard 1 — 11/01
Hyperlipidemia —
Welchol ttt tabs bid

Malaise — ✓ CBC
C/o nvi t muscles × gd
Rx C5Rf
LSS — lipid panel
Schedule mammogram & Pap smear

7/22
Pt lipids — ___

[ ] Smoking Cessation  [ ] STD/HIV Prevention  [ ] DRT/Calcium
[ ] Drugs  [ ] Nutrition  [ ] Exercise  [ ] Violence/Abuse
[ ] Advance Directives: K/N DNR Contact ____

**Return Visit** ____ Days ____ Weeks ____ Month
**Signature:** ____
[ ] P/S see relevant dictation for today's visit
Detailed = 12   Comprehensive = 2