# Exhibit 18

| | | |
|---|---|---|
| PRIORITY: 3 | Patient: HAMMARSTROM, HOLLY L | MR#: 0000167072 |
| Non-Urgent | DOB: 08/31/1962    AGE: 37YRS | Sex: F |
| DATE: 02/26/2000 | ED PHYS: FORD, TERRY D<br>PRIV MD: ATHAR, PARVEEN | |

Presentation Time: 18:30    Triage Time: 18:43    Arrival Mode: AMB-POV

Height: ' "    Weight: lbs.    kgs.    LMP: POST HYSTERE    Last Tetanus:

**Chief Complaint:** HEADACHE--FREQUENT WITH HX

**Brief Assessment:** AMBULATED INTO ER WITH C/O "MIGRAINE HEADACHE" SINCE YESTERDAY MORNING, C/O NAUSEA, DENIES VOMITING. HX OF MIGRAINES HEADACHES X 2 MONTHS.

**Vital Signs**
- T. 98.0 PO
- P. 79 Regular
- R. 18 Unlabored
- BP. 124/081
- O2    % RA

NIGHT SWEATS    NO
WEIGHT LOSS    NO
ANOREXIA    NO
HEMOPTYSIS    NO
FEVER    NO

**Sudden Onset:**

**Pre-Hospital Treatment:** FIORICET AT 2 PM THEN AGAIN AT 3 PM

**Pediatric Assessment:** N/A

**Past Medical History:** DEPRESSION, MIGRAINE HEADACHES

**Allergies:** DEMEROL

**Medicines:** CALAN, FIORICET PRN, NEURONTIN, PROZAC

Nurse Signature: Susan Ann Jenkins RN    SAJ

**Additional Notes:**