# Exhibit 19

NOTES FOR THE CHART:  
Date: 02/16/04

Patient: Harris, Melvin  
Chart #: 37694

02/16/04: He continues to have some problems. His neck pain is a little bit better but he is having some radicular type pain in what sounds like a C-8 distribution on the left. He is also having some numbness in his right leg.

On examination he has a little bit of grip and hand intrinsic weakness on the left side and complains of some numbness in his fourth and fifth digits of the left hand. His surgical incision has healed nicely. He continues to have a good deal of spasticity in the lower extremities with bilateral sustained clonus, worse actually on the right than on the left.

I went over everything with him. He has a definite myelopathy that was present preoperatively from the central disc herniation. He will continue an exercise program. I do not believe that he is yet ready to return to work in any capacity. The estimated date of return is undetermined at this point. I gave him another prescription for Lorcet Plus for pain. He already has some Neurontin, which he takes. I will recheck him in about three weeks.

W. Lynn Stringer, M.D./imw

CC: Mike Boler, M.D., Greenwood, MS