# Exhibit 20



**Department of Veterans Affairs**
Pharmacy 119, 1500 E WOODROW WILSON AVENUE, JACKSON, MS 39216


586042110096R

GREGORY G HASLETT
918 HENDERSON STREET
GREENWOOD, MS 38930


RX# 4450718     586-4450718-2

GABAPENTIN 300MG CAP Quantity: 360

Provider: JETT, SUSAN M
Refill: (2of3) Date: 03/29/2004

VAMC JACKSON
1500 E WOODROW WILSON AVENUE
PHARMACY SERVICE 119
JACKSON, MS 39216

Refill Document         6289
Tear Here     See reverse side for address correction.

---



**Department of Veterans Affairs**

Prescribed Medical Information
☐ Check here and see reverse for address correction.



6289
GREGORY G HASLETT
918 HENDERSON STREET
GREENWOOD MS 38930-5408


RX# 3897771E


586-6217286

☐ GABAPENTIN 300MG CAP
QUANTITY 180
SWIATLO, EDWIN

VAMC JACKSON
PHARMACY SERVICE 119
1500 WOODROW WILSON BLVD
JACKSON MS 39216-5116

IMPORTANT NOTE: The following information is intended to supplement, not substitute for, the expertise and judgement of your physician, pharmacist or other healthcare portessional. It should not be construed to indicate that use of the drug is safe, appropriate or effective for you.

**PHONE IN OR MAIL YOUR REFILL REQUEST**
Follow the refill instructions provided with your prescription.

HASLETT, GREGORY G   39-6289

Rx# 4450718   APR 11, 2004   Fill 2 of 3

Qty: 60 CAP   Days supply: 15
GABAPENTIN 300MG CAP
1 refills left until JAN 20, 2005          VAMC JACKSON-586



```
hted for data from 04/11/2004 to 06/30/2004              09/04/2007 15:51
 ******  CONFIDENTIAL ELECTRONIC MEDICAL RECORD SUMMARY    pg. 2 ************
 ETT,GREGORY G     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                             DOB: 10/02/1972
```

------------------------- EADT - ADT History Expanded -------------------------

```
Eligibility: SC LESS THAN 50%                      VERIFIED
Total S/C %: 20
    LUMBOSACRAL OR CERVICAL STRAIN                 20%     S/C
```

-------------------------- DCS - Discharge Summary ---------------------------

   No data available .....&&

---------------------------- PN - Progress Notes -----------------------------

06/21/2004 15:33  Local Title: ME - ID CLINIC HIV F/U NOTE
                  Standard Title: INFECTIOUS DISEASE OUTPATIENT NOTE

Infectious Disease Clinic-HIV Follow Up

Pulled problem list:
Migraine without mention of Intractable Peripheral sensory neuropathy
CHEST PAIN NOS                           ASYMPT HIV STATUS

ergies:   PENICILLIN

esent medications:
       OUTPT MEDICATIONS:
       ------------------

          DRUG                                    STATUS     SIG
          ----                                    ------     ---
CLOTRIMAZOLE 1% TOP CREAM                         ACTIVE
   SIG: APPLY SMALL AMOUNT TOPICALLY 2 TIMES A DAY FOR 42 DAYS FOR FEET
MULTIVITAMIN THERAPEUTIC CAP/TAB                  ACTIVE
   SIG: TAKE 1 TABLET BY MOUTH EVERY DAY
TERBINAFINE HCL 1% CREAM                          ACTIVE
   SIG: APPLY MODERATE AMOUNT EXTERNALLY 2 TIMES A DAY
GABAPENTIN 300MG CAP                              ACTIVE
   SIG: TAKE ONE CAPSULE BY MOUTH FOUR TIMES A DAY
TRAMADOL HCL 50MG TAB                             ACTIVE
   SIG: TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED
ZOLMITRIPTAN 5MG TAB PKG 3                        ACTIVE
   SIG: TAKE ONE TABLET BY MOUTH AS NEEDED
ATAZANAVIR SO4 150MG CAP                          ACTIVE
   SIG: TAKE TWO CAPSULES BY MOUTH EVERY DAY
METHOCARBAMOL 500MG TAB                           ACTIVE
   SIG: TAKE 1-2 TABLETS BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR BACK PAIN
RANITIDINE HCL 150MG TAB                          ACTIVE
   SIG: TAKE ONE TABLET BY MOUTH AT BEDTIME
 NAVIR 100MG SOFT GELATIN CAP                     ACTIVE
   SIG: TAKE ONE CAPSULE BY MOUTH EVERY DAY
 ENOFOVIR DISOPROXIL FUMARATE 300MG TAB           ACTIVE
   SIG: TAKE ONE TABLET BY MOUTH DAILY . TAKE WITH FOOD
ZIDOVUDINE 100MG CAP                              SUSPENDED
```

```
 nted for data from 04/11/2004 to 06/30/2004           09/04/2007 15:51
       ******  CONFIDENTIAL ELECTRONIC MEDICAL RECORD SUMMARY   pg. 6 ************
    ETT,GREGORY G    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                        DOB: 10/02/1972

---------------------------- PN - Progress Notes ----------------------------
                              (continued)

family deaths-several over this year

has had worse headaches with medications sinse been on antivirals
but   better than the meds than last year

pmh
pmh
hiv
anti hep Bc + and antiHepBag +
peripheral neuropathy


EXAM
HEENT- NORMO EYES PERRLA
EOM'S ITNACT
NOSE- CLEAR
PHARYNX UNREMARABLE
CN II-XII INTACT
HEEL/TOE WNL
P RL/SHIN WNL
    UM WNL
   MBERG NEGATIVE
DTR+ UPPER AND LOWER
NO CLONUS
no change
ct of brain-ok
imp
migriane- worsened on ativirals

plan
ct of head with and with out

gabapentine 300 mg - upto qid

inderal 60 mg la for headache-increase to 80 mg
increase carbohydrates

zomig- 5mg at onset of headache
may repeat in 2 hours

RTC 2m


                Signed by: /es/ Michelle Jett, NP
                           Nurse Practitioner  06/14/2004 10:48

                           Digital Pager:  364-8008

06/14/2004 09:26  Local Title: NU - OPD NURSING NOTE
```