# Exhibit 21



Guy's Drug Store
EXPERT PRESCRIPTION SERVICE

RX# 167977    DR. TIPTON
DORIS JOHNSON    07/03/00 JCT
TAKE ONE CAPSULE AT BEDTIME
DAILY FOR MIGRAINE PREVENTION

21    NEURONTIN 300MG CAPSULE
                                              P-D
3  REFILL(S)    DISCARD AFTER: 07/04/01