# Exhibit 22

