# Exhibit 23

DELTA REGIONAL
MEDICAL CENTER
1400 East Union Str.  PO Box 5247
Greenville, Mississippi 38704

**DISCHARGE SUMMARY**

17793- LAWSON, ROBERT VANCE
KHALED ABU-HAMDAN, M.D. / vv
415A    M000233790    V0002873990

Date Dict.:    04/10/2004 @ 06:46 PM
Date Tran.:    04/14/2004 @ 10:55 AM

Date Admitted: 03/24/2004          Date Discharged: 03/29/2004
DOB: 04/01/1946                    SS#: 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

HOSPITAL COURSE: The patient was started on Neurontin 600 milligrams po bid, Clonidine .1 milligrams po bid, Vistaril 25 milligrams po bid and Trazodone 50 milligrams po q hs upon arrival to Solutions. As the client showed significant delirium tremens indicative symptoms secondary to withdrawal from alcohol. Serax was started and tapered slowly in order to prevent any withdrawal induced seizure disorder. Folic acid and Thiamine were also added to the treatment. As the client continued to show high blood pressure, Clonidine was increased up to .2 milligrams po q hs. The patient continued to show interest in secondary drug rehab treatment while on Unit. Arrangements were made and appointment was given to the client for placement at noon and sent there to continue his drug rehab treatment beginning on 04/15/2004. On March 29th, 2004 and after completely detoxification. The patient was discharged back home and sent there to wait for his placements. At Nunan Center.

DISCHARGE MEDICATIONS:
- Neurontin 600 milligrams po bid
- Clonidine .2 milligrams po q hs
- Trazodone 50 milligrams po q hs

MENTAL STATUS EXAM AT DISCHARGE: The patient looked his stated age, was casually dressed. Maintained fair eye contact, showed no psychomotor disturbance. His speech was soft, coherent. His mood was euthymic with blunted affect. Thought was logical and no delusion or hallucinations. No suicidal or homicidal ideations. He was alert, awake and oriented times three with fair insight and judgment.

DISCHARGE DIAGNOSES:
AXIS I:     Alcohol dependence
AXIS II:    Deferred
AXIS III:   None
AXIS IV:    Difficulty coping with the University academic requirement while on alcohol
AXIS V:     60%

RECOMMENDATIONS AT DISCHARGE: The patient was advised to continue his treatment at Nunan Center in order to maintain his abstinence and relapses. He also was advised to check with the Dept. of Mental Health for further medication management.



1-1A                                    DISCHARGE SUMMARY
                                            Page 1 of 1



| | |
|---|---|
| **DELTA REGIONAL**<br>**MEDICAL CENTER**<br>1400 East Union Str. PO Box 5247<br>Greenville, Mississippi 38704 | 13963- LAWSON, ROBERT VANCE<br>KHALED ABU-HAMDAN, M.D. / aa<br>415A    M000233790   V0002873990 |
| **HISTORY & PHYSICAL** | Date Dict.:   03/24/2004 @ 06:11 PM<br>Date Tran.:   03/25/2004 @ 08:00 AM |

Date Admitted:  03/24/2004         DOB:  04/01/1946         SS#:  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

IDENTIFYING DATA: This is a 57 year old married, white male who has been hospitalized to Solutions through the Emergency Room where he presented seeking help for alcohol dependency treatment.

CHIEF COMPLAINT: "I have been drinking average 1/5th a day, and I know that I have to quit".

HISTORY OF PRESENT ILLNESS: Patient has been living with his wife on the campus at Valley State University, majoring in math communications. He has been denying any significant neurovegetative depressive symptoms or delusional disorder. He had no prior episodes of suicidal or homicidal ideations, however, patient admits to have been drinking on daily basis since age 28 averaging 1/5th a day. He reported being at the Emergency Room about a week ago, however, was turned down due to high alcohol blood level. Now and after he had sought help at the Department of Mental Health to be placed at Nunan Center, patient was referred to get detoxed at our clinic first.

PAST PSYCHIATRIC HISTORY: Patient denied any prior psych hospitalization or outpatient followup.

PAST MEDICAL HISTORY: Patient denied any major surgeries, head trauma or seizure disorder.

CURRENT MEDICATIONS: Neurontin 600 mgs po bid.

ALLERGIES: No known drug allergies.

REVIEW OF SYSTEMS: Patient denies any nausea, vomiting, diarrhea, constipation or fever.

SOCIAL HISTORY: Patient reported smoking tobacco average 2 packs per day, however, he has been cutting down up to half a pack per day. He had denied any cannabis or cocaine smoking. He has been drinking alcohol since age 28, average 1/5th a day. Patient was once in drug rehab treatment at chemical dependency >>_____ << injection in year 84 for about 6 weeks followed by one year of sobriety. He denies any other drug rehab treatment.

FAMILY HISTORY: Patient denied any mental illness, substance abuse or major health problem in his family.

### PHYSICAL EXAMINATION

GENERAL APPEARANCE: Well nourished, well developed, white male in mild acute distress.
HEAD AND NECK: Supple. No lymphadenopathy. No thyromegaly.
CHEST: Clear to auscultation. No rales or rhonchi.
CARDIOVASCULAR EXAM: Sinus rhythm, tachycardic, regular, no murmur or gallop.
ABDOMINAL EXAM: Soft and nontender. No hepatosplenomegaly.
EXTREMITIES: Full range of motion. No edema, cyanosis or clubbing.
NEUROLOGICAL EXAM: No focal deficits. Cranial nerves intact.
MENTAL STATUS EXAM: Patient looked his stated age, was casually dressed, pleasant, cooperative, maintained fair eye contact, showed no psychomotor disturbances. His speech was soft and coherent. His mood was euthymic with ...nted affect. Thought was logical and goal directed. No delusions or hallucinations. No suicidal or homicidal

**DELTA REGIONAL MEDICAL CENTER**
1400 East Union Street • Greenville, MS 38701
www.deltaregional.com

**PHYSICIAN'S ORDERS**

LAWSON, ROBERT VANCE
ABU-HAMDAN, KHALED
03/24/04   Rm: 415-A

HEIGHT: _____   WEIGHT: _____

| DATE TIME | ORDERS |
|---|---|
| 3-24-04 | Start Serax 20 mg; PO Tid x 1 day, effective then —"— 15 mg; PO Tid x 1 day  3-25-04 |
|  | " " 10 mg; PO Tid x 1 day |
|  | " " 10 mg; PO Bid x 1 day |
|  | give Serax 20 mg; PO x 1 now |
|  | —"— Folic Acid 1 mg; PO qd |
|  | —"— Thiamine 100 mg; PO qd |
|  | Noted 3-24-04 [signature] 193 — [signature] Khamdan |
| 032404 | Physician's orders previous page noted. [signature] Roman |
| 032404 | MNV L [signature] |
|  | MV/ 03/25/04 LM Payne RN BSN |
|  | 032604 R Stewart RN |
| 3-27-04 | FAXED Clonidine 0.2 mg; PO HS [signature] Khamdan |
|  | MN 032704 R Stewart R |
|  | MV/ 03/28/04 LM Payne RN BSN |
| 3-29-04 | Pt may be dcd home today & await for Nunan etc placement on 4-15-04 |
|  | Meds: 1 - Neurontin 600 mg PO Bid |
|  | — Clonidine 0.2 mg PO 7pm |
|  | — Trazodone 50 mg PO 7pm |
| 13:31 | Noted Mary J Gus RN   [signature] Khamdan |

**PHYSICIAN'S ORDERS**

FORM 3-26-14 / 726-04
Reorder from Two Point, Inc. 1-800-800-5876

TAB-2 PHYSICIAN ORDERS

**Delta Regional Medical Center**
2 North & 4 North

```
V0002873990  ADM IN   MC00233790
LAWSON, ROBERT VANCE
57      CA       M 04/01/46
ABU-HAMDAN, KHALED
N4N           03/24/04    Rm: 415-A
```

**Admission Orders:**
Admit to Services:

- ☐ Dr. K. Cassada
- ☑ Dr. Hamdan

**Admission Status:**

- ☑ Voluntary
- ☐ Involuntary

**Admitting Diagnosis:** <mark>Alcohol Abuse</mark>

Consult _____
Anticipated Length of Stay:
- ☑ 1-7 days
- ☐ 7-14 days
- ☐ 14+ days

Weight and Height on Admission and weekly

Diet:
- ☑ Regular Isolation Diet
- ☐ Other
- ☐ _____

Lab:
- ☐ HCGU (Urine Preg)
- ☐ HCG (Serum Preg)
- ☐ Chem I
- ☐ Chem II
- ☐ CBC with DIFF
- ☐ UDS
- ☑ UA
- ☐ RPR
- ☐ T3
- ☐ T4
- ☐ TSH
- ☐ ETOH
- ☐ _____

} Done in ER

**Special Precautions:** Close Observation Q 15 min x 24°
- ☐ Suicide
- ☐ Elopement
- ☐ Seizures
- (Patient may Smoke in Smoke Room)

**Vital Signs:**
- ☐ BID
- ☐ Q 4 hours
- ☑ QD/fin

**Procedures:**
- ☐ Chest X-Ray
- ☐ EKG
- ☐ PPD

Allergies NKDA

Age: 57   Height 5'8"   Weight 148#

☑ Old Chart from Medical Records

**Standing PRN Medications**

Acetomenophen 1 to 2 tabs PO q 4 hours PRN pain o fever

Mylanta 30CPO QID PRN Indigestion

MOM/MOM with Cascara 30cc PO PRN

TAO to Cuts and/or Abrasions PRN

**Additional Orders:**
- <mark>Neurontin 600 mg ; PO BID</mark>
- Clonidine 0.1 mg PO BID
- Vistaril 25 mg ; PO BID
- Trazodone 50 mg ; PO QHS
- MVI ; PO q d
3-24-04 1415
For Dr. Hamdan

Nurses Signature: _____
date 3-24-04   time 1415

Physicians Signature: _____
date 3-24-04   time 6 pm

**DELTA REGIONAL MEDICAL CENTER**

V0002873990 ADM IN   M000233790
LAWSON, ROBERT VANCE
57    CA    M 04/01/46
ABU-HAMDAN, KHALED
M4N    03/24/04   Rm: 415-A

## Solutions
~~Psychiatric Center~~

### PRE-ADMISSION ASSESSMENT FORM S:

**Presents:** Pt presents asking [illegible]. Pt was scheduled with Nissan [illegible] today but he has been drinking & will need detox first. Pt has been drinking since age 28. Stopped for five years ago [illegible] year. [illegible]

**Treatment History:**

| Facility Sobriety/Stability | Dates attended | Psych or Chemical Dependency | Length of |
|---|---|---|---|
| unsure | 1984 | CD | 1 year |

**Chemical Dependency**

| Drugs Used (Including Nicotine) | Age 1st used | Frequency of use | Amount usually used | Last used |
|---|---|---|---|---|
| whiskey | 28 yr old | daily | 1/5th a day | today |
| tobacco | unsure | daily | 2 ppd | today |

**History of Withdrawal** ___ blackouts ___ DT's ___ seizures ___ (tremors) (headaches) (diarrhea) (nausea)

**Current Symptoms** ___ blackouts ___ DT's ___ seizures (tremors) ___ headaches ___ diarrhea ___ nausea

**Past Medical HX / Prior Chronic Conditions** asthma, COPD

**Surgeries** N/a

**Head Trauma** N/a    **Hx of** N/a
**Seizures** N/a
**Hospitalization** N/a

**Current Medications and dosages** Neurontin 600mg po QID

TAB 9 FORM 51061-0140DEF315 SOLUTIONS PRE-ADMISSION ASSESSMENT

**TAB 9**

| | MEDICATION ADMINISTRATION RECORD | | |
|---|---|---|---|
| MEDICAL RECORD #:<br>E:   SEX:   WT:   BSA:<br>ADMITTED:   PHYSICIAN:<br>NOTES: | 415A | PRIMARY DX:<br>ADM COMMENT:<br>MAR DATE:<br>RUN DATE/TIME:<br>VERIFIED BY: | V0002873990 ADM IN  M000233790<br>LAWSON, ROBERT VANCE<br>57   CA   M 04/01/46<br>ABU-HAMDAN, KHALED<br>N4N   03/24/04 Rm: 415-A |
| ALLERGIES: NKDA | | 3-24-04 | |

| Rx/OTC MEDICATION | | | |
|---|---|---|---|
| Routine Prn's | | | |
| Neurontin 600mg ī P.O. BID | | 0900C | 2100 |
| Clonidine 0.1mg P.O. BID | | 0900C | 2100<br>144/86 |
| Vistaril 25mg ī P.O. BID | | 0900C | 2100 |
| Trazodone 50mg ī P.O. QHS | | | 2100 |
| MVI ī P.O. QD | | 0900C | |
| Folic Acid 1mg P.O. QD | | 0900C | |
| Thiamine 100mg ī P.O. QD | | 0900. | |

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|
| | | | | | |

**DELTA REGIONAL**
MEDICAL CENTER
1400 EAST UNION STREET · GREENVILLE, MS 38703
www.deltaregional.com

V0002860534  ADM INo  M000233790
LAWSON, ROBERT VANCE
57       CA       M 04/01/46
LAST, MICHAEL A.
N2E              03/15/04   Rm: 241-B

## PHYSICIAN'S ORDERS

HEIGHT: _____   WEIGHT: _____

| DATE/TIME | ORDERS |
|---|---|
| 3/16/04 10:30 | 1. Transfer to Solutions on the floor if Not accepted to S.Lps |
| | 2. Meds — atrovent 2 puff Q.i.d<br>Albuterol 2 puff Q.i.d prn<br>Neurontin 600mg po BID<br>MV i po qd<br>Thymine 100mg po Q.d |
| | 3. diet Reg |
| | 4. act ad lib |
| | 5. Schedule appt c Dr. Barker 2 weeks |
| | [signature] |
| Noted 3/16/04 10:45 [signature] | |

PHYSICIAN'S ORDERS

FORM 3-28-14 / 728-04
Reorder From Two Point, Inc. 1-800-800-5876

TAB-2 PHYSICIAN ORDERS

**DELTA REGIONAL**
**MEDICAL CENTER**
1400 East Union Str. PO Box 5247
Greenville, Mississippi 38704

**HISTORY & PHYSICAL**

12142- LAWSON, ROBERT VANCE
MICHAEL LAST, M.D./rs
241B   M000233790   V0002860534

Date Dict.:  03/16/2004 @ 10:36 AM
Date Tran.:  03/17/2004 @ 08:06 AM

Date Admitted: 03/15/2004    DOB: 04/01/1946    SS#: 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

**CHIEF COMPLAINT:** Requesting alcohol detoxification and shortness of breath

**HISTORY OF PRESENT ILLNESS:** This is a 57-year-old male who presented to the Emergency Room requesting to be admitted for detox for alcohol abuse. The patient apparently was seen 3-4 days ago and was sent home secondary to being intoxicated and told to return to the Emergency Room in a few days for admission for detoxification. The patient came in sober and has not and has not had anything to drink in 2-3 days. He ran out of his asthma medication 2 weeks ago and since then has had increased problems with wheezing and shortness of breath. Since that time, he has been drinking heavily, almost a quart of alcohol a day. The patient, at this time, is doing much better. His asthma has resolved. Solutions has been consulted and is aware of this patient.

**PAST MEDICAL HISTORY:**
- Asthma
- Osteoporosis



**PAST SURGICAL HISTORY:** Negative.

**MEDICATIONS:**
- Neurontin 600 mg PO b.i.d.
- Atrovent 2 puffs q.i.d.
- Albuterol 2 puffs q.i.d. and prn
- Claritin D, over-the-counter

**ALLERGIES: NO KNOWN DRUG ALLERGIES.**

**SOCIAL HISTORY:** Smoked 1-2 packs for many years. He quit a couple of weeks ago. He has been drinking heavily as I mentioned above. He has not used drugs. He is from Greenwood and is a student.

**REVIEW OF SYSTEMS:** Negative, except as above.

**PHYSICAL EXAMINATION**

**GENERAL APPEARANCE:** He is alert and oriented times 3. No apparent distress.
**VITAL SIGNS:** Blood pressure 125/106, pulse around 100, respirations 20. The patient is afebrile.
**HEENT:** Normocephalic and atraumatic. Pupils are equal, round and reactive to light. The extraocular musculature is intact.
**NECK:** No JVD or thyromegaly. No masses.
**HEART:** Regular rate and rhythm without gallops or rubs.
**LUNGS:** Clear to auscultation bilaterally.
**ABDOMEN:** Positive bowel sounds. Soft and nontender, nondistended. No rebound or guarding.
**EXTREMITIES:** No cyanosis, clubbing, or edema.

1-1B                    HISTORY & PHYSICAL

## DELTA REGIONAL MEDICAL CENTER

### Solutions Psychiatric Center
### PRE-ADMISSION ASSESSMENT FORM

V0002860534 REG ER M000233790
LAWSON, ROBERT VANCE
57      CA         M 04/01/46
ARON, JAMES
ER            03/15/04    Rm:

Exam 7

**ALLERGIES:** NKDA

**Presenting Problem:** Pt presents to ER reporting Alcohol Abuse, however, pt. complains of breathing difficulties. Pt requesting prescriptions for Trivalat, Albuto Neurontin and an antidepressant. Would like medical consults.

**Treatment History:**

Facility: CDU-Baptist   Dates attended: 1984   Psych or Chemical Dependency: CD   Length of Sobriety/Stability:
Denton House                                                                                    1 month – 1 yr (inconsistent)

**Chemical Dependency**

| Used (Including Nicotine) | Age 1st used | Frequency of use | Amount usually used | Last used |
|---|---|---|---|---|
| Whiskey | 21 | binges, 3-4 days then no usage for week | 1/5 day/quart beer | 2 days |
| Nicotine | ✓ | from 2 pks to 1 week | 2-3 cigs a day | |

**History of**
withdrawal___ blackouts___ DT's___ seizures___ tremors___ headaches___ diarrhea___ nausea___
                        "night sweats"
Current Symptoms ✓ blackouts ✓ DT's___ seizures ✓ tremors ✓ headaches ✓ diarrhea ✓ nausea
Past Medical HX
Prior Chronic Conditions: Emphysema~~ 60mm~~ Emphysema

Surgeries: No

Head Trauma: No          Hx of Seizures: No
Hospitalization: No

Current Medications and dosages: Inhalers; Claritin D; Neurontin 600 mg;

RM 51001-BT40DEP315 SOLUTIONS PRE-ADMISSION ASSESSMENT
Revised 7/01/01 Print Shop

**TAB 9**

**DELTA REGIONAL**

```
V00002860534  REG ER   N000233790
LAWSON,ROBERT VANCE
57        CA      M 04/01/46
ARON,JAMES
ER        03/15/04    Rm:
```

Chief Complaint: <mark>Alcohol abuse</mark> / out of atrovent / Albuterol inhaler / out of meds

Weight: 150

Primary Physician: None

Vital Signs:
- Temperature: 99.2
- Blood Pressure: 137/76
- Respirations: 20
- Pulse Ox: 92
- Heart Rate: 112

Allergies: None

Current Medications: Atrovent, Claritin, <mark>Neurontin</mark>

Signature: [signed]