# Exhibit 24

```
                                                        08/23/2004 16:08
********  CONFIDENTIAL ELECTRONIC MEDICAL RECORD SUMMARY   pg. 5 ************
W**, CORNELIUS    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                           DOB: 04/11/1929

------------------- DCS - Discharge Summary -------------------
                         (continued)

. Vitamin E 400 units b.i.d.
. Oxybutynin 5 mg t.i.d. for bladder.
. Zocor 40 mg at h.s.
. Paxil 30 mg q.d.
. Neurontin 300 mg t.i.d.
. Plavix 75 mg q.d.

LLOW UP:  The patient will follow up for outpatient PFTs scheduled for
/03/03 at 10:00 a.m.  The patient also has an clinic appointment on
/03/03 with Dr. Marshal Borden at the UMC pavilion.  The patient has
pointment with his urologist in Vicksburg, Dr. Humble in 07/03.  The
tient also has next Primary Care Clinic scheduled for nurse practitioner
eters on 07/22/03.

:  03/01/03  DT:  03/03/03  INFOPRO/khg/JOB#7972


              Signed by: /es/  Jessie M. Spencer, MD
                        Staff Physician  03/14/2003 15:22

                         Analog Pager:   515
                         Digital Pager:  9290473


--------- PN - Progress Notes (max 10000 occurrences or 50 years) -----------

/05/2003 14:22    Title: ME - TELEPHONE MEDICINE - 324 NOTE
LEPHONE CONTACT


TE:    08/05/03 14:22
TERAN: LEWIS,CORNELIUS
SN:    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

called wife at home and told her that he should be receiving his TED hose
on in the mail.  She is aware that he has elevated PSA and his private
ctor told her that his prostate cancer had spread to his bones.  She said
at he wasn't feeling good today but home hospice is helping and said that
ey were adjusting his pain medications to help control the pain.


              Signed by: /es/  Shelah M. Teeters, GNP
                        Gerontological Nurse Practitioner  08/05/2003 14:38

                         Digital Pager:  929-2832

2/2003 14:06      Title: PC - PRIMARY CARE F/U NOTE
                         PRIMARY CARE FOLLOW-UP NOTE

: "I'm here for a check-up and to check on my medicines."
```

PAIN MANAGEMENT CONSULTATION

PATIENT: CASEY MCCARDLE
DATE: OCTOBER 4, 2001

Pain questionnaire and pain diagram reviewed. Discussion with the patient also included health status and prognosis. Casey McCardle was playing "contortion" games July 29th, and began to notice an increasing left medial knee pain. Her pain is constant, but is also aggravated with weight bearing. Her pain is limited to the medial and occasional posterior knee. She denies any proximal or distal lower extremity involvement. She denies any persistent neurological changes, or any bladder/bowel dysfunction. She feels her pain is gradually increasing. She reports hypersensitivity in the area of her pain at times.

On examination, she's alert and oriented. She has an antalgic gait, though she is able to heel and toe walk. There is a question of edema in the left knee with some loss of skin creasing and relatively increased circumference. However, circumferential measurements are decreased on the left distally. Range of motion is painless except for Faber's testing which provokes a medial knee discomfort. Range of motion is normal. Slight decreased temperatures are noted from her thigh distally to her ankle, except for a slight relative increase at the knee. Redness is noted in the knee, particularly in her area of pain. Reflexes are symmetrical, and she's otherwise neurologically intact without focal motor group weakness or dermatomal sensory loss. Examination of the extremities reveals no fasciculations, clubbing, cyanosis, or clonus. No joint laxity or stasis changes are appreciated.

She has temperature discrepancies, swelling, color changes and hyperesthesia consistent with a possible component of sympathetic dystrophy. Alternatively, she may have a cutaneous nerve problem or an intrinsic joint pathology, though Dr. Geissler has not been able to determine the existence of the latter.

I'm going to recommend a trial of Neurontin and a TENS unit. She refuses to undergo a diagnostic/therapeutic lumbar sympathetic block, though I told her that if this is a dystrophy, which has not been ruled out at this point, there is the possibility of her lapsing into a more intractable pain syndrome. The patient states she understands and will pursue a sympathetic block if she is not improved.

**DICTATED NOT READ**

JEFFREY T. SUMMERS, M.D.

JTS:stc
10/10/01

cc: Dr. William Geissler