# Exhibit 25

**Jeffrey T. Summers, M.D.**
1 Layfair Drive, Suite 400
Jackson, MS 39208
601/932-0238 • FAX: 601/936-8811

April 2, 2002

Dr. William Geissler
UMC Dept. Ortho. Surgery
2500 N. State St.
Jackson, MS 39216-4500

re:   Casey McCardle

Dear Dr. Geissler,

Casey McCardle returns reporting that for the last 2 or 3 weeks, the "same pain" in the left knee has been returning. However, her pain is not constant and tends to occur erratically in any position. She doesn't know what has caused this. She reports there is some swelling at times and her knee feels "cold" at times. She's not certain what types of activity tend to aggravate her pain, though she tends to get relief with non-weight bearing.

On examination, the knee is diffusely cooler, with some temperature discrepancies extending distally into the distal leg. Her only pain today is in a 4cx4 cm. area in the medial knee. She reports this is really the only area that ever hurts. She's neurologically intact. No hyperesthesia or dysesthesia are noted. She's tender only to very deep palpation. No color changes or asymmetrical sweating patterns are noted. No edema is noted, and she has diffusely decreased circumference in the knee extending proximally into the thigh and distally into the upper leg.

She's complaining of anxiety and sleep problems. I'm going to have her evaluated by a psychologist, who may be able to help. I'm also going to recommend a trial of Neurontin. I can consider a repeat lumbar sympathetic block, but at this point she does not have what I would consider a typical appearance for a dystrophy. She's also had problems with "kidney infections" since late December, but has not had any improvement with "five different antibiotics". Her only actual symptoms are insomnia and a sensation of being hot or cold at night. I don't know what this process involves, but there doesn't appear to be any association between that and her knee pain.

Sincerely,

Jeffrey T. Summers, M.D.
JTS:stc
4/16/02

* DIPLOMATS OF THE AMERICAN BOARD OF ANESTHESIOLOGY
* ADDED QUALIFICATIONS IN PAIN MANAGEMENT

## Jeffrey T. Summers, M.D.

1 Layfair Drive, Suite 400
Jackson, MS 39208
601/932-0238 • FAX: 601/936-8811

October 4, 2001

Dr. William Geissler
UMC Dept. Ortho. Surgery
2500 N. State St.
Jackson, MS 39216-4500

re:   Casey McCardle

Dear Dr. Geissler,

Casey McCardle has a history of persistent left knee pain that began when she was playing "contortion games" July 29th. On examination, slight temperature discrepancies, edema, hyperesthesia and color changes are noted. I cannot rule out a possible component of sympathetic pain versus a cutaneous neurogenic problem. There also could be primary joint dysfunction, but I'll defer this to your expertise.

I'm going to recommend a trial of a TENS unit and Neurontin. She's also agreed to a possible diagnostic/therapeutic lumbar sympathetic block if she doesn't respond to treatment.

Thank you for the opportunity to become involved in this interesting case.

Sincerely,

Jeffrey T. Summers, M.D.

JTS:stc
10/10/01

* DIPLOMATS OF THE AMERICAN BOARD OF ANESTHESIOLOGY
* ADDED QUALIFICATIONS IN PAIN MANAGEMENT

PAIN MANAGEMENT CONSULTATION

PATIENT:   CASEY MCCARDLE
DATE:      OCTOBER 4, 2001

Pain questionnaire and pain diagram reviewed. Discussion with the patient also included health status and prognosis. Casey McCardle was playing "contortion" games July 29th, and began to notice an increasing left medial knee pain. Her pain is constant, but is also aggravated with weight bearing. Her pain is limited to the medial and occasional posterior knee. She denies any proximal or distal lower extremity involvement. She denies any persistent neurological changes, or any bladder/bowel dysfunction. She feels her pain is gradually increasing. She reports hypersensitivity in the area of her pain at times.

On examination, she's alert and oriented. She has an antalgic gait, though she is able to heel and toe walk. There is a question of edema in the left knee with some loss of skin creasing and relatively increased circumference. However, circumferential measurements are decreased on the left distally. Range of motion is painless except for Faber's testing which provokes a medial knee discomfort. Range of motion is normal. Slight decreased temperatures are noted from her thigh distally to her ankle, except for a slight relative increase at the knee. Redness is noted in the knee, particularly in her area of pain. Reflexes are symmetrical, and she's otherwise neurologically intact without focal motor group weakness or dermatomal sensory loss. Examination of the extremities reveals no fasciculations, clubbing, cyanosis, or clonus. No joint laxity or stasis changes are appreciated.

She has temperature discrepancies, swelling, color changes and hyperesthesia consistent with a possible component of sympathetic dystrophy. Alternatively, she may have a cutaneous nerve problem or an intrinsic joint pathology, though Dr. Geissler has not been able to determine the existence of the latter.

I'm going to recommend a trial of Neurontin and a TENS unit. She refuses to undergo a diagnostic/therapeutic lumbar sympathetic block, though I told her that if this is a dystrophy, which has not been ruled out at this point, there is the possibility of her lapsing into a more intractable pain syndrome. The patient states she understands and will pursue a sympathetic block if she is not improved.

**DICTATED NOT READ**

JEFFREY T. SUMMERS, M.D.

JTS:stc
10/10/01

cc:   Dr. William Geissler