# Exhibit 26

| | |
|---|---|
| BOLIVAR MEDICAL CENTER<br>Cleveland, Mississippi | McCONNELL, Franklin<br>4207075<br>Steven G. Clark, MD |
| DISCHARGE SUMMARY | Admitted: 12/09/02<br>Discharged: 12/17/02 |

DIAGNOSIS:
1. Ischemia, left lower extremity.
2. Sepsis.
3. Acute chronic renal insufficiency with dehydration.
4. Hyponatremia ileus.
5. Ileus.

HISTORY OF PRESENT ILLNESS: See H&P.

HOSPITAL COURSE: Patient was admitted to the hospital where he was treated for a progressive ileus that resolved. He was transferred to the SNF unit where he tolerated physical therapy and treatment to his left lower extremity. He was readmitted to the hospital after he had some increasing erythema and ischemic changes to his left lower extremity and his diabetic medications were titrated. He is today at maximum hospital benefit and will be discharged home on Cipro 500 b.i.d. for 10 days, Flomax 0.4 daily, B plex vitamins 1 daily, Demadex 100 mg daily, Docusate 1 b.i.d., Colchisine 0.6 daily, Imdur 30 daily, Zaroxolyn 0.5 1 dose twice daily, Gabitril 8 mg h.s., Zocor 20 mg h.s., Neurontin 300 mg p.i.d., Pletal 100 mg b.i.d., Humulin N 30 units AM, 35 units PM, Humalog 15 units before lunch. He will return to the clinic to see Dr. Brock in one week and he will be made an appointment to see Dr. O'Meara at the next available appointment.

_____
Steven G. Clark, MD
SGC/mr

D: 12/17/02
T: 12/17/02

DISCHARGE SUMMARY