Exhibit 27

CLEVELAND CLINIC
CLEVELAND, MISSISSIPPI
-- FOLLOW UP RECORD

NAME _Brandy Murphy_                          CLINIC No.

| Date | Age: 23 | Temp: | Wt: 116# | B/p: |
| 9/ | | | | |
| 23/ | | | | |
| 98 | | | | |

Allergies: PCN                    Routine Meds:
                                  as listed

Murphy, Brandy   #33025-1   9/23/98
Pt. comes in today complaining about problems with pains in her lt. arm,
chest & back. She states her nerves have been very upset. She
essentially got upset yesterday. Her mother states she is having some
problems at home. No GI, GU, resp or CV symptoms or problems. The
Neurotin 400 mgs. t.i.d. seems to be helping her peripheral
neuropathies. Skin - warm & moist. HEENT - ears, nose, & throat okay.
Neck - supple. Heart - RRR. Lungs - clear. Abdomen - soft; nontender. BS
normal. No masses or organomegaly. Extremities - tenderness in the
muscles as described above. No decrease ROM. Pulses good. No edema.


DX: Muscle spasms. Anxiety. IDDM.
RX: Skelaxin 2 t.i.d., Miltown 400 mgs. 1/2 t.i.d. Told to con't other
meds & diet. RTC p.r.n.                    JW/rm

CLEVELAND, MISSISSIPPI

FOLLOW UP RECORD

NAME _Brandy Murphy_     CLINIC No. _____

| Date | |
|---|---|
| 8/25/98 | Age: _Tenys:_     Wt: 115     B/ 120/70 |
| | _leg_ _something for was started_ |
| | _Mike   Sat._ |

Allergies: PCN     Routine Meds:
insulin,
relafen 500mg
Neurontin

Murphy, Brandy    #33025-1
8/25/98

Pt. comes in today still having problems with her leg. She did a little
better on the Neurotin at 300 mgs. t.i.d., but she ran out. States her
sugar has been running around 150. No GI, GU, resp or CV symptoms or
problems. Skin - warm & moist. HEENT - ears, nose, & throat okay. Neck -
supple. Heart - RRR. Lungs - clear. Abdomen - soft; nontender. BS
normal. No masses or organomegaly. Extremities - no CCE; pulses good.
DX: Diabetic peripheral neuropathy. IDDM.
RX: Will increase her Neurotin to 400 mgs. t.i.d. The next time she gets

in will try to get a UA checked for albumin in urine. Told to try to
tighten her diet up and her her sugar below 140. RTC p.r.n. otherwise.
JW/rm

CLEVELAND, MISSISSIPPI
FOLLOW UP RECORD

NAME *Brandy Murphy*    CLINIC No.

| Date | Age: 23 | Temps: | Wt: 112 | B/p: 130/9 |

8/5/98    (R) leg pain in calf area
(L) leg

Allergies: PCN    Routine Meds:
                   insulin
                   Velafen 500 mg.

Murphy, Brandy    #33025-1
8/5/98
Pt. is having some calf pain still. I think it is peripheral neuropathy.
She has had a hx of some potassium problems with her diabetes, but
potassium is good at 4.7. Will try her on Neurotin 300 mgs. t.i.d.
JW/rm