# Exhibit 28

# DELTA HEALTH CENTER

## PROGRESS NOTES

01-05097
Patterson, Easie
R1 Box 14-C
Leland, MS
6-10-55

2-3-05 - Gave pt Depo-Estradiol 5mg/cc IM thigh RM

3-2-05 Appt scheduled for MRI of LS spine @ MDIC for March 8, 2005 @ 3:30 pm. Pt contacted via phone + informed of appt time. Pt also instructed to get copy of film to take to appt c̄ Dr. Azordegan. Dr. Azordegan's office to schedule appt after pt has MRI. —————— JEllison

5-9-05 Appt made c̄ MDIC @ 1-800-843-7681 for MRI of LS spine. Appt set for Wed. 5-11-05 @ 11:30 AM. Contacted pt via phone to inform her of appt time. Pt stated "don't worry about me, I have to go to the endocrinologist on that date and I don't have the money to do both, so I will call when I can go for the MRI". Dr. Tatum informed of pt's decision not to have MRI and to see Dr. Azordegan at this time. —————— JEllison

11/2/05 Rx for Insulin Syringe #100 UAD c̄ 2○ called in to Walgreen Pharmacy per pt request —————— DOwens LPN

11/30/05 Pt Pt called requesting Rx for Lantus insulin. Instructed pt to come by clinic to pick-up #2 vials of Lantus insulin. Pt instructed me that she would send husband by Colin. —————— DOwens LPN

1/30/05 Pt husband came by clinic to pick up #2 vials of Lantus Lot# 40F207 Exp 06/2007 —————— DOwens LPN

OTHER PERTINENT/ABNORMAL FINDINGS

F56 119

ASSESSMENT/PLAN

(A) DDD L5 S1

FROM

HTN - Stage 0

(P) Sched. MRI LS Spine.
Refer to Phillip Azordegan (NSGY) @ St. Domin
Lorcet Plus 1 PO q6° PRN PAIN #100 (N)
Will Adjust Insulin Dosing
Neurontin 300 mg 1 PO TID #90 3(R)
RTC 1mo
Would discontinue Estrogen
injections due to weight gain
May consider Premarin Vag Cream