# Exhibit 29

```
                        G R E E N W O O D   L E F L O R E   H O S P I T A L           PAGE:   1
                                       1401 River Road
F     8/15/97                         Greenwood, MS    38930                  Prepared On: 8/24/07 11:09
 TO:  8/15/07                         PATIENT PRESCRIPTION RECORD             Prepared By: glh026

PINKTON, J.T.                                    ID: DJJDULT             Medicaid Number: 603139194
1527 LAUDERDALE                                  Ref:          0         Insurance Group:
SHELBY, MS                                       SSN:                    Insurance Card:

              Date                                                                                  Price
Rx #      Rf  Filled  Drug Description             NDC Number    Doctor           Qty  Rx Price Pat Paid Code

R-0297225     5/06/04 SULFAMETH/TRIMET DS TAB(BACTRIM DS) 00904-2725-61 NWIZU, CHIDI A.   84   18.55    18.55  OP BILL
R-0297224     5/06/04 ETHAMBUTOL 400MG TAB MYAMBUTOL     68850-0012-02 NWIZU, CHIDI A.   42   48.80    48.80  OP BILL
R-0297223     5/06/04 PYRAZINAMIDE 500MG TABLET          61748-0012-11 NWIZU, CHIDI A.   28   35.65    35.65  OP BILL

R-0298723     6/04/04 ETHAMBUTOL 400MG TAB MYAMBUTOL     68850-0012-02 NWIZU, CHIDI A.   53   58.55    58.55  OP BILL
R-0298722     6/04/04 POTASSIUM CL 20MEQ TAB  (K-DUR)    58177-0202-11 NWIZU, CHIDI A.   21   15.40    15.40  OP BILL
R-0298721     6/04/04 MAG-OX 400 TABLET                  00165-0022-41 NWIZU, CHIDI A.   42   20.65    20.65  OP BILL
R-0298720     6/04/04 MYCOBUTIN 150MG CAPSULE RIFABUTIN  00013-5301-17 NWIZU, CHIDI A.   21   72.95    72.95  OP BILL
R-0298719     6/04/04 ZITHROMAX 600MG TABLET             59762-3080-01 NWIZU, CHIDI A.   21  250.40   250.40  OP BILL
R-0298718     6/04/04 MEGACE 40MG/ML ORAL SUSP           49884-0907-88 NWIZU, CHIDI A.  480  176.65   176.65  OP BILL
R-0298717     6/04/04 KALETRA ORAL SOLUTION              00074-3956-46 NWIZU, CHIDI A.  320  493.60   493.60  OP BILL
R-0298716     6/04/04 COMBIVIR TABLET                    00173-0595-00 NWIZU, CHIDI A.   42  310.90   310.90  OP BILL
R-0298715     6/04/04 DIFLUCAN 200MG TAB FLUCONAZOLE     63304-0806-01 NWIZU, CHIDI A.   42  529.30   529.30  OP BILL
R-0298993     6/10/04 NEURONTIN 300MG CAPSULE            00185-0093-01 NWIZU, CHIDI A.   60   60.30    60.30  OP BILL

R-0299888     7/02/04 MYCOBUTIN 150MG CAPSULE RIFABUTIN  00013-5301-17 NWIZU, CHIDI A.   30   96.00    96.00  OP BILL

     1206    9/16/04 CYANOCOBALAMIN 1000 MCG/ML 1ML B-12 00517-0031-25 NWIZU, CHIDI A.    6   17.35    17.35  OP BILL

R-0344563    11/22/06 ED A-HIST TABLET                   00485-0054-01 CRUTCHFIELD, SYLVIA 20    8.25     8.25  EM BILL
R-0344562    11/22/06 CEFUROXIME 250MG TAB CEFTIN        63304-0751-20 CRUTCHFIELD, SYLVIA 20   43.00    43.00  EM BILL

                                             Total Prescriptions for this period:  17  2256.30  2256.30
```



| Attending | Birth Date 10/23/1958 | | Rm/Bed |
|---|---|---|---|
| Patient Pinkton, J T | MR # 486024 | Pt # | Adm Date |

History and PhysicalP                                                                   May 21, 2004 05:28

DATE: 05/20/2004          ROOM:  06   424A

PRESENTING COMPLAINTS;
Generalized weakness, headache, fever with night-sweats.

The patient is a 45 year old African American seen for the first time in my clinic on the 6th of this month and returned today for follow up assessment. For the past eight weeks he has been admitted and managed at Bolivar County Medical Center and also at UMC in Jackson. Has had recurrent pyrexia with night-sweats associated generalized weakness and headache. There is no photophobia. He admits to paresthesias involving the lower extremities. The patient has had no vomiting or chest pain, shortness of breath which according to him is resolving and denies any pedal edema.

PMH: Notable for CVA in 1999. Summary of his history is remarkable for having been admitted to Bolivar Medical Center in Cleveland in March of 04. Discharge diagnosis of pneumonia, weight loss and CHF. His 2D echo then had reported an ejection fraction of 40%. The patient reportedly had a normal chest x-ray and CT scan of the lungs. Blood cultures had been positive for yeast. He subsequently presented at UMC where he was admitted on the 4/20/04 and signed out AGAINST MEDICAL ADVICE on the 4/24/04. Discharge diagnosis from UMC was that of acid fast bacilli pulmonary disease, TB vs MAC thrombocytopenia, Cryptococcal meningitis, HIV, anemia of chronic disease with COPD and alcoholic liver disease. Evaluation had been notable for spinal tap that revealed yeast,        positive Cryptococcal antigen, the patient had been started on Abelcet. Had about two days of this before he signed out. He had been discharged on Pyrazinamide,
Ethambutol, Rifampin, Levaquin. CT of head was negative. CT scan of the chest healed 1.6 cm pleural based parenchymal nodule noted in the right lower lobe with multiple borderline enlarged lymph nodes, emphysema and non-calcified noted in the left upper lobe. His VDRL, CSF was negative. Further review of his past medical history indicate that sputum sent in Bolivar County Medical Center on the 3/22/04 had been positive for MAC and diagnosed with HIV was done by western blot which came out positive on the 29th of March 2004.

PRESENT MEDS; Include Bactrim DS tid, Ethambutol 400 mg three qd, Diflucan 100 mg qd, Pyrazinamide 1000 mg qd, and Rifampin 600 mg qd.

ALLERGIES; He has no known allergies.

SH; The patient lives in Shelby, Mississippi, unemployed, has history of substance abuse including marijuana, cocaine and whiskey, 30 pack year smoking history. He lives with a lady friend. Is heterosexual orientation. Has GED level education.

FH; Notable for hypertension, and heart disease in the mother, query type.

ROS; Notable for paresthesias in the lower extremities. Dyspepsia. There is no photophobia. He has fever, and night-sweats. No cough, no shortness of breath. There is no chest pain. There is a rash on the face.

PHYSICAL EXAMINATION

Remarkable for chronically ill looking man, temperature is 100.7, heart rate is 104, resp 24, blood pressure is 110/70. He weighs 52 kgs and has a height of 5'2 .

Facility Greenwood Leflore          Visit #
User ESTELLA DAVIS                                                              Page 1 of 2
                              Confidential



Attending  
Patient Pinkton, J T

Birth Date 10/23/1958  
MR # 486024    Pt #

Rm/Bed  
Adm Date

HEENT; Atraumatic. Normocephalic. Pupils are equal, reactive to light. The patient has dental caries, no oral thrush.

NECK; Reveals no JVD or goiter. There is no lymphadenopathy.

CVS; Heart sounds 1 and 2 heard. There is no S3 or S4 or murmurs. Chest wall is symmetrical without deformity.

LUNGS: Reveals vesicular breath sounds, no adventitious sounds.

ABD; Soft. No tenderness. No palpable liver, spleen, kidney or masses.

EXT; Revealed no edema, peripheral pulses are palpable. Skin is warm and moist. The patient has hyperpigmented macular lesions on the trunk and face. No ulcerations noted.

CNS; Alert, oriented. There is no obvious cranial nerve deficits. No motor paresis. DTRS intact, light touch sensation is impaired in the extremities.

PSYCHE; Mood is not depressed, affect is not flat.

LAB; CD4 count is 8, viral load is 235,000, hepatitis profile is negative for A B C. WBC 1600, hematocrit is 25, MCV of 75. Platelet count of 181. CA is 8.1, sodium is 134,        is 3.1, alkaline phosphatase is normal. ALANINE TRANSAMINASE is 20.

ASSESSMENT;PLAN;
1. Cryptococcal meningitis.
2. Pulmonary/disseminated MAC.
3. Advanced AIDS.
4. Anemia of chronic disease.
5. Neutropenia.
6. Malnutrition.
7. Right lung nodule
8. HIV associated neuropathy.
9. Seborrheic dermatitis
10. COPD.

The patient is admitted to hospital for management. Will start HAART on him, also require Epogen and Neupogen. Will consult hematologist, test dose of Amphotericin will be administered before full dose is started on the patient. Nutritional supplementation will be provided.        will be consulted in regards to initiate MAC therapy disease and he will be discharged when stable. Plan of care discussed with patient.

cc:   Chidi A. Nwizu, M.D.

                                              Chidi A. Nwizu, M.D.

Facility Greenwood Leflore  
User ESTELLA DAVIS

Visit #

Confidential

Page 2 of 2



| Attending<br>Patient Pinkton, J T | Birth Date 10/23/1958<br>MR # 486024    Pt # | Rm/Bed<br>Adm Date |
|---|---|---|
| Discharge SummaryP | | Jun 04, 2004 10:17 |

CLINICAL RESUME  424

DATE OF ADMISSION:  05/20/2004

DATE OF DISCHARGE:  06/04/2004

The patient is a 45 year old African American gentleman who had presented to the hospital with complaints of fever, night sweats, generalized weakness and headache. A review of his prior chart indicated that the patient had been admitted to UMC and had a diagnosis of Cryptococcal meningitis, had signed out AMA and had not received any treatment. He was subsequently admitted to this hospital with a diagnosis of Cryptococcal meningitis, pulmonary and disseminated MAC, advanced AIDS, anemia and other morbidities, for further treatment and management. CD4 count was 8. Viral load was 235,000. CBC was 1600 with hematocrit of 25, calcium was 8.1, albumin 3.1 and sodium was 134. Clinical course in hospital was notable for a test dose of Amphotericin-B for which the patient had no reaction. He was started on a 14 day course of IV Amphotericin which he tolerated well. He received pre-medication with Demerol and IV fluids. His treatment, however, was complicated by worsening anemia and neutropenia for which he received Neupogen and Epogen. He also had multiple electrolyte abnormalities including hypomagnesemia, hypokalemia, metabolic acidosis, all of which are consistent with Amphotericin-B therapy. He, however, had made significant clinical improvement. His weight is up from 52 to 59 pounds. He has been afebrile and became afebrile 72 hours after admission to the hospital. The patient is now ambulant and expresses no new complaints. Temperature is 98, heart rate 73, respirations 18, BP 100/60. HEENT reveals no oral thrush. Neck reveals no lymphadenopathy. CVS, heart sounds I and II heard, no S3 or S4 or murmurs. Lungs are clear with vesicular breath sounds. Abdomen is soft without tenderness, no palpable liver, spleen, kidney or masses. Extremities reveals no edema. Examination of the skin reveals a macular rash on the face. Recent lab data showed WBC of 2400, hematocrit 21, potassium 4.1, magnesium 1.4.

ASSESSMENT AND PLAN: Will transfuse 2 units of packed red blood cells and D/C home.

DISCHARGE DIAGNOSIS:
1. Cryptococcal meningitis, completed Amphotericin. Will continue Fluconazole.
2. Pulmonary MAC based on work-up done at UMC and available labs from Bolivar County Health Department. Will continue on therapy.
3. Advanced AIDS.
4. Anemia of chronic disease.
5. Malnutrition.
6. Right lung nodule.
7. HIV associated neuropathy.
8. Seborrheic dermatitis.
9. Hypomagnesemia, hypokalemia, hyponatremia.

DISCHARGE MEDICATIONS:
Combivir, one, bid.
Ethambutol, 1000 mg, qd.
Kaletra, 5 cc., twice daily.
Magnesium Oxide, 400 mg, bid.
Megace, 20 cc. qd.
Rifametane, 150 mg, qd.

Facility Greenwood Leflore            Visit #
User ESTELLA DAVIS                                                                    Page 1 of 2
                                Confidential



Attending  
Patient Pinkton, J T

Birth Date 10/23/1958  
MR # 486024         Pt #

Rm/Bed  
Adm Date

K-Lor, 20 mEq, qd.
Zithromax, 600 mg, qd.
Fluconazole, 400 mg, qd.

The patient will be followed up in the medical clinic in one week and will require further evaluation for the right lung nodule. Plan of care discussed with patient.

cc:   Chidi A. Nwizu, M.D.

                                            Chidi A. Nwizu, M.D.