# Exhibit 30

# NEW / ESTABLISHED EXAMINATION

DATE: 07/29/03   PULSE: 84   HT: 5'8"   WT: 289   TEMP: 98.4
NAME: Janice Primer   BP: 140/90   AGE: 42   SEX: F
ALLERGIES: See Diagnosis Sheet   (L) arm @ 93s           Glaw 25-p

| | NEW | ESTAB | NOTES: | CURRENT MEDS: |
|---|---|---|---|---|
| Nursing or Minimal Chief Complaint | | 99211 (0) | c/o back pain+ (R) hand pain #60n Pain scale @ 7/0 HTN LBP chronic meds refill 1/2 cc Celestone given IM [illegible] discussed [illegible] | Benicar S Klaxin Zanaflex 2x Neurontin 400 7gm p Chronic Meds Reviewed. RWM total Nario Betopic - Glauc T. Libra de x Lotemax Albuterol for nebu |
| Problem Focused Chief Complaint + Brief History | 99201 (1) | 99212 (1) | | |
| Expanded Program Chief Complaint + Brief History + System Review | 99202 (2) | 99213 (2) | | |
| Detailed Chief Complaint + Extended History + Extended System Review + Pertinent Family History | 99203 (3) | 99214 (3) | | |
| Comprehensive Chief Complaint + Extended History + Complete System Review + Complete Family History | 99204 99205 (4) | 99215 (4) | | |

| EXAMINATION | NEW | ESTAB | | |
|---|---|---|---|---|
| Problem Focused Affected Body Area or Organ System | 99201 (1) | 99212 (1) | NO HE NE CH HE AB GL BA EX. OTHER | Janice Primer    July 29, 2003<br><br>This is a 42 year old with multiple symptom complexes and also positive RA and ANA. Her problem today is intractable wrist pain. She is given injection of steroids and ace wrap.<br>tr: 7/29/03/cls<br>JD MD |
| Expanded Program Affected Body Area/System & Related Symptoms | 99202 (2) | 99213 (2) | | |
| Detailed Extended Exam-Body Area/System Extended Exam-Related Symptoms | 99203 (3) | 99214 (3) | | |
| Comprehensive Complete Single System Speciality Exam or Complete Multi-System Exam | 99204 99205 (4) | 99215 (4) | | |

DX:
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

| LAB/X-RAY ORDERED: | RESULTS: | DX # |
|---|---|---|
| | See Lab Sheets or X-Ray Reports | |
| CA | | |

PLAN: [illegible]

Procedures and Referrals:
Today                To Schedule

DR. SIGNATURE: [signature]                RETURN [✓]

**NEW / ESTABLISHED EXAMINATION**

DATE: 02-11-05   PULSE: ____   HT: ____   WT: 292#   TEMP: 98
NAME: Janice Primer   BP: 160/100   AGE: 44   SEX: female
ALLERGIES: See Diagnosis Sheet

### HISTORY

| | NEW | ESTAB. |
|---|---|---|
| Nursing or Minimal Chief Complaint | | 99211 (0) |
| Problem Focused Chief Complaint + Brief History | 99201 (1) | 99212 (1) |
| Expanded Program Chief Complaint + Brief History + System Review | 99202 (2) | 99213 (2) |
| Detailed Chief Complaint + Extended History + Extended System Review + Pertinent Family History | 99203 (3) | 99214 (3) |
| Comprehensive Chief Complaint + Extended History + Complete System Review + Complete Family History | 99204 / 99205 (4) | 99215 (4) |

NOTES: [highlighted] Needs Meds refilled — Ritalin + AA? Pain + aching Bones

CURRENT MEDS: Neurontin, Lotrel, Benicar
Chronic Meds Reviewed.
[signature]

### EXAMINATION

| | NEW | ESTAB. |
|---|---|---|
| Problem Focused Affected Body Area or Organ System | 99201 (1) | 99212 (1) |
| Expanded Program Affected Body Area/System & Related Symptoms | 99202 (2) | 99213 (2) |
| Detailed Extended Exam-Body Area/System Extended Exam-Related Symptoms | 99203 (3) | 99214 (3) |
| Comprehensive Complete Single System Specialty Exam or Complete Multi-System Exam | 99204 / 99205 (4) | 99215 (4) |

NOT / HE / NE / CH / HE / AB / GU / BAC / EXT / OTHER

Janice Primer   February 15, 2005
44 year old with neuropathy and chronic carpel tunnel syndrome.
Medications refilled. Follow up with Dr. Sandifer.
Tr:02/15/05/hfc
JD MD

### MEDICAL DECISIONS

DX:
1. Neuropathy
2. ____
3. ____
4. ____
5. ____
6. ____

| LAB/X-RAY ORDERED: | RESULTS: | DX # |
|---|---|---|
| | See Lab Sheets or X-Ray Reports | |

PLAN: ____

Procedures and Referrals:
Today / To Schedule
Dr Sandifer   Feb 24 @ 9:00

DR. SIGNATURE: [signature]   RETURN