Exhibit 31

Tara Robinson
Age: 31
Date of birth: 2/18/1972    Visit date: 9/8/2003

Chief Complaint:
    I    Back pain

History of Present Illness:  Tara was here today, with the symptoms above.  These
include back pain.  The back pain began many years ago.  The pain is located in the
thoracic region and in the lumbar region.  The back pain is associated with neck
pain.  The back pain became a problem after falling down.  The back pain is
alleviated by medication.  She went to drug treatment but left after 5 days.  She
has mid-thoracic pain from lifting her mother.

Past Medical History:
    I    Domestic abuse
    II    Neck pain  -- chronic
    III    Back pain  -- chronic

Current Medications:
    I    Vioxx   25 mg daily
    II    Neurontin  -- 300 mg bid
    III    Lorcet Plus  -- 60 per month
    IV    Xanax 1.0 mg  -- tid

Family History:
    I    Husband -- Alcoholism
    II    Mother -- Anxiety

Allergies:
    I    Toradol
    II    Imitrex
    III    Keflex

Social history:
    I    Cocaine  -- crack, over a year ago
    II    On disability  -- for back pain
    III    Prescription narcotics  -- has overused in past

II    Drug dependence
III   Neck pain
IV    Back pain  -- chronic
V     Depression

Plan:

I     X-ray, lumboscral spine
II    Refilled medications
III   Mental Health
IV    Return to clinic in one month


Jean Barker M.D.

9/16/2003


established office/outpt -