# Exhibit 32



**PASSMAN - HAIMSON**
Orthopedic, Sports, & Rehab

SHIRLEY SASSAFRAS      03/26/03

She is in for a recheck. She has had some lessening of the symptoms but they are not completely gone. We discussed treatment options. She does probably need an MRI. She will probably get an MRI this summer and consider doing it from there. She has a prescription for some Neurontin at home. She has not been currently taking it. She will start that and see if it will help with the burning in her leg. In the meantime she will call for any further problems or questions.
Barbara Misita, AP RN

cc _____    Date Mailed _____