# Exhibit 33

PHYSICAL EXAM: (+) Positive or Abnormal (- or ✓)

| Section | Findings |
|---|---|
| SKIN: | Skin and Subcutaneous Tissue __  Palpation of Skin __  Rash __  Warm ✓  Dry ✓  Cool __  Moist __ |
| LYMPH: | Palpation of Lymph Nodes:  Neck __  Axilla __  Groin __  Other: __ |
| NEURO: | Cranial Nerves __  Deep Tendon Reflexes ✓  Sensation __  Ataxia __  Tremors __  Nystagmus __ |
| PSYCH: | Judgement and Insight __  Orientation to Person, Place, Time __  Recent/Remote Memory __  Mood/Affect __  Suicidal/Homicidal __  *doc mild depression* |
| CONST: | General Appearance *healthy* |
| EYES: | Conjunctiva and lids __  Pupils and Irises __  Optic discs and Posterior Segments __  EOMI __  Nystagmus __  Anterior Chamber __ |
| ENMT: | Ears and Nose __  Canals and TMS __  Hearing __  Lips, Teeth, and Gum __  Nasal Mucosa __  Septum and Turbinates __  Oropharynx __  Oral mucosa __  Salivary Glands __  Palate __  Tongue __  Tonsils and Posterior Pharynx __ |
| NECK: | Neck __  Thyroid __  JVD __  Tracheal Position __ |
| CV: | Palpation of Heart __  Auscultation of Heart/Abnormal Sounds/Murmurs __  Carotid Arteries __  Abdominal Aorta __  Femoral arteries __  Pedal Pulses __  Edema/Varicosities in Extremities __ |
| RESP: | Respiratory Effort __  Percussion of Chest __  Palpation of Chest __  Auscultation of Lungs __ |
| CHEST: | Breasts __  Palpation of Breasts/Axilla __  Breast Symmetry __  Chest Wall __ |
| GI: | Masses or Tenderness __  Bowel Sounds Present __  Liver and Spleen __  Rectal Exam: Hemorrhoids, Tone, Masses __  Stool for Occult Blood (When indicated) __ |
| GU: | MALE: Scrotal Contents __  Penis __  Prostate Gland __  Discharge __  Hernia __  FEMALE: Pelvic Exam __  External Genitalia __  Uterus __  Bladder __  Cervix __  Adnexa __  Urethra __  CMT __ |
| MS: | Gait and Station __  Digits and Nails __  Deformity, Tenderness, Masses and Effusions __  ROM, Pain, Crepitation or Contracture __  Stability, Dislocation/Subluxation, Laxity __  Strength and Tone, Atrophy or Abnormal Movements __ |

Impression: Bronchitis

Plan:
*Zith 100 #15 q12*
*Paxil II Dr*
*refill Neurontin 3w #90 tid*
*Celexa 40 qd*
*Doxepin 75 qhs*

Orders:

Supplies:

Clinician Signature: [signature]

Physician Signature:

Education:

Follow-Up:

DO NOT WRITE BELOW THIS LINE

081469  033Y
1/14/03
6023950
7259590  PRACTITIONER, NURSE
SHOEMAKER, JACK M

Patient Name: Jack Shoemaker   Age: 33
BP: 1/14/03
R: 20   P: 80
HT: ___   WT: 234.5
LMP ___ NORM ABN   Current Meds: None / Noted on Med Summary Sheet

HISTORY/CHIEF COMPLAINT: (LOCATION, CONTEXT, QUALITY, SEVERITY, DURATION, TIMING, ASSOC. S/S, MODIFYING FACTORS)

c/o needs new Rx's

Hx Limited by: ___ Patient required immediate medical intervention ___ Patient unable to provide hx ___ Other ___

Pain   Yes ___   No ✓   Intensity Score ___ (0-10) If the pain intensity score is greater than 3, complete pain assessment below.
Onset: When did it start ___   Duration: How long does it last? ___
Location: ___   Quality: Sharp ___ Ache ___ Burn ___ Throb ___ Other ___
Method of relief: Medication   Yes ___ No ___ Other ___
Other Symptoms: Nausea ___ SOB ___ Insomnia ___ Other ___
Does your pain interfere with your daily activities   Yes ___ No ___   If Yes, what activities ___
Pain level at best ___ at worst ___ Acceptable level of pain ___ (during past 24 - 72 hours)
Comments: ___

Signature/Date: Sykes FNP 1/14/03

REVIEW OF SYSTEMS:   (+) Positive or Abnormal  (- or ✓) Negative or Normal

CONST: Wt. Loss ___ Fever ___ Body Aches ___ Dizziness ___   GU: Dysuria ___ Frequency ___ Hematuria ___ Genital Discharge ___
EYES: Vision Loss ___ Pain ___ Redness ___ Discharge ___ Visual Change ___   NEURO: H/A ___ Weakness ___ Numbness ___ Tingling ___ Seizure ___
NMT: Hearing Loss ___ Pain ___ Discharge ___ Sore Throat ___ Dysphagia ___   SKIN/BREAST: Rash ___ Cellulitis ___ Lesions ___ Eruptions ___ LAC ___
RESP: SOB ___ Cough ___ Wheezing ___ Sputum ___ Hemoptysis ___   PSYCH: Depression ___ Anxiety ___ Hallucinations ___ Suicidal ___
CV: CP ___ Palpitations ___ Edema ___ Cyanosis ___ Orthopnea ___   HEME/LYMPH: Anemia ___ Abnormal Bleeding ___ Nodes ___
GI: Abd Pain ___ N/V/D ___ Constipation ___ Melena ___ Change in bowel habits ___   ALLERGY/IMMUNO: Rash ___ Pruritis ___ Wheezing ___
MS: Pain ___ Swelling ___ Deformity ___ Redness ___ ROM ___   ENDO: Goiter ___ Polyurea ___ Polydipsia ___ Cold Intolerance ___
ALL OTHER SYSTEMS ARE NEGATIVE ___

COMMENTS: c/o needs refills -
c/c - [illegible] x several d

PAST MEDICAL HX: No signif. PMH ___ HTN ___ DM ___ PUD ___ HD ___ M.I. ___ Angina ___ Psych ✓ Migraine ___ Asthma ___
CVA ___ Kidney Stone ___ COPD ___ CHF ___ Seizure ___ Other ___
PAST SURGICAL HX: None ✓ Appy ___ Hysterectomy (Complete/Partial) ___ Herniorrhaphy ___ Cholecystectomy ___ Other ___
SOCIAL HX: Single ___ Married ✓ Employed ___ Disabled ___ Smokes: Yes ___ PPP ___ No ___ ETOH: None ___ Occasional ___ Moderate ___ Daily ___
ETOH Abuse ___
Comment: ___

FAMILY HX: None pertinent ✓ DM ___ HTN ___ CAD ___ Asthma ___ Seizures ___ Other ___

DO NOT WRITE BELOW THIS LINE

SOUTH CENTRAL ELLISVILLE MEDICAL CLINIC
ELLISVILLE, MISSISSIPPI 39437



ELLISVILLE CLINIC PROGRESS NOTES
ELPNOTES   Rev 08-2001 Pilot Form

DO NOT WRITE BELOW THIS LINE
081469 033Y
1/14/03
6023950
7259390   PRACTITIONER, NURSE
SHOEMAKER, JACK M