# Exhibit 34

`..... .u.20/31. 13:25/N� �821497883 ?`



**JACKSON NEUROSURGERY CLINIC**

St. Dominic East Medical Tower • 971 Lakeland Drive • Suite 601 • Jackson, MS 39216
(601) 366-1011 • Fax (601) 366-7311

November 30, 2004

Keith Thompson, M.D.
PO Box 1410
Greenwood, MS 38935

Re: Frank Smith 13695
Date of Exam: November 30, 2004

Dear Dr. Thompson:

The Jackson Neurosurgery Clinic wishes to thank you for sending Mr. Frank Smith for consultation and treatment. He was examined today, November 30, 2004, at the Jackson Neurosurgery Clinic. He was accompanied by his wife.

Mr. Smith is a 53-year-old, right-handed, married gentleman who resides in Greenwood. He is currently unemployed. He presents with a 10-year history of chronic focal low back pain, however, he states that his main problem is that both feet burn, especially the soles. The burning in the feet is increased at night. There is occasional radiation in the right buttocks.

Mr. Smith is 6 feet 2 inches tall and weighs 275 pounds. He stands erect with no pelvic tilt elicited. He has a very protuberant abdomen. There is a flat lumbar lordosis; however, there is no pain on either palpation of the spine or the sciatic notches. He actually has a relatively normal range of low back movements. He is able to stand on his heels and toes with no discernable motor weakness. Straight leg raising in a sitting position is 90/90 with no complaints. All of the deep tendon reflexes of the lower extremities are hypoactive but equal. He does appear to have a stocking-glove type of hypesthesia and hypalgesia at the mid-calf level which, of course, is quite typical of polyneuropathies.

Although his lumbar MRI scan does reveal a lumbar spondylosis with degenerative bulges at both the L4/5 and L5/S1 discs, I feel that clinically his pain problem relates to peripheral polyneuropathies. In this regard, I have referred Mr. Smith to Dr. Salil Tiwari, a neurologist at St. Dominic Hospital, who is the local authority on polyneuropathies. Dr. Tiwari will also accomplish an EMG and nerve conduction studies of the lower extremities. Mr. Smith tells me that he is not able to tolerate Neurontin. No medications have been prescribed.