# Exhibit 35

# Hattiesburg Clinic
## HEALTH AND MEDICATION MAINTENANCE RECORD

Allergies: PCN, ___ ASA ___

Patient Name: Jennifer Thibodeaux

HC#: 114549-9

Pharmacy Name and Number: _____

Primary MD: Hormsby

### MEDICATION MAINTENANCE

| Start Date | Medication/Dose | 10/29/02 | 4/8/06 | 5-11 | 5-18-06 | 6-6-06 | 7-19-06 | 9/7/06 | 9/30/06 |
|---|---|---|---|---|---|---|---|---|---|
| | Plavix 75mg | QD | QD | Qd | qd | qd | Qd | | |
| | Humalog | 5u TID | | | | | | | |
| | Synthroid .25mg | QD | QD | Qd | qd | qd | Qd | | |
| | ~~Lexil~~ Lexapro 10mg | QD | | | | | | Qd | |
| | Neurontin 300mg | TID | TID | TID | Tid | Tid | TID | | |
| | Benicar 40u | QD | QD | Qd | qd | qd | Qd | | |
| | ~~Lisinopril~~ 10/30 | 60 Am/60 pm | 40 pm | 60/40 | 40 | 40 | 40 | | |
| | Tarka 4/240 | | QD | Qd | qd | qd | Qd | | |
| | ~~____~~ Niravam 1mg | QD | | | | | | PRN | |
| | Florinef 10mg | | BID | TID | TID | TID | TID | Tid | |
| | Lasix 40mg | | | Bid | BID | BID | Bid | Qd | |
| | Singulair 10 | | | | | qd | Qd | Qd | |
| | Zelnorm 6mg | | | | | | | PRN | |
| | Lantus 30u | | | | | | | HS | |
| | Coreg 12.5mg | | | | | | | Bid | |
| | MVI | | | | | | | Qd | |
| | Coumadin 5mg | | | | | | | Qd | |
| | Colace 100mg | | | | | | | Bid | |
| | Lortab 10/500 | | | | | | | PRN | |
| | Diovan 160mg | | | | | | | Bid | |
| | Bidil | | | | | | | Bid | |
| | Clonidine 0.2mg | | | | | | | Tid | |
| | Levoxyl 25mcg | | | | | | | Qd | |
| | Advair 500/50 | | | | | | | Bid | |
| | Alb Neb | | | | | | | Qid | |
| | Novolog | | | | | | | S.S. | |

This information is privileged and Confidential, further disclosure is prohibited

0044-A 5/02

## HATTIESBURG CLINIC

CONTINUATION RECORD

---

10/29/2002    Theodore, Jennifer                                      114549-9
Wendell Helveston, M.D.
**FOLLOW-UP VISIT:**

I am seeing Ms. Theodore today in follow-up. She tells me she is doing "great".

**MEDICATIONS:** Please see blue sheet but include Plavix and Neurontin 300 t.i.d.

**ALLERGIES:** Please see blue sheet.

**HABITS:** Nonsmoker, not using alcohol.

**REVIEW OF SYSTEMS:**
**GENERAL:** No fever, chills, or malaise. Positive for diabetes.
**CARDIORESPIRATORY SYSTEM:** Positive for hypertension. No colds, bronchitis, asthma, dyspnea, orthopnea, cough, sputum, hemoptysis, night sweats, cardiac pain or irregularity, tachycardia, palpitations, edema, or history of exposure to tuberculosis or inhalants.
**GASTROINTESTINAL SYSTEM:** No changes in appetite or thirst, changes in weight, nausea, vomiting, hematemesis, heartburn, pain, jaundice, flatulence, distention, rectal incontinence, change in character of stools, melena, or hemorrhoids.
**GENITOURINARY SYSTEM:** No hematuria, pyuria, nocturia, enuresis, dysuria, urgency, precipitate micturition, incontinence, retention and pain.
**ORTHOPEDIC HISTORY:** No injuries, swelling of the joints, pain or redness, limitation of motion, leg or back pains.
**SKIN:** No eruptions, urticaria, bruises, color changes, scaling, sweat disturbance and pruritus.

**PHYSICAL EXAMINATION:**

**NEUROLOGICAL:**

*This information is privileged and Confidential, further disclosure is prohibited*

**MENTAL STATUS:** Patient is pleasant, cooperative, awake, alert and oriented x 3. Speech and language are intact. Recent and remote memory are intact. She gave me a cogent and coherent history. The patient had a good general fund of knowledge. I did not further test higher cortical functions.

**CRANIAL NERVES:** Examination of the optic nerves shows flat, pink disc with sharp margins. Retinal vessels are normal in pattern with spontaneous venous pulsations present. The retinal fields are normally pigmented and free of hemorrhages and exudates. Versions and vergences are full. No nystagmus is present on normal pursuit eye movements. Lid position and motion are normal. Mandible opens and closes in the midline. Corneal reflexes are brisk and symmetric. Pinprick and light touch perception are normal over the face. Grimace is symmetric. Hearing is intact to finger rustle. Palate elevates midline. Gag reflexes are present bilaterally. Sternocleidomastoid and trapezia are normal. Tongue protrudes in the midline.

**MOTOR EXAMINATION:** Strength is normal in both upper and lower extremities distally and proximally with 5/5 strength noted throughout. Muscle bulk and texture are normal. No atrophy or fasciculations are seen. She still has a very minor right drift. Tone was normal.

CONTINUATION RECORD

10/29/2002    Theodore, Jennifer                                                        1145-9-9
Wendell Helveston, M.D.
   **Continued Page 2**

SENSORY EXAMINATION: She still has decreased sensation to vibration and proprioception sense in the feet.

DEEP TENDON REFLEXES: Deep tendon reflexes 1+ throughout with unelicitable ankle jerks.

CEREBELLAR EXAMINATION: Rapid alternating movements or finger tapping were normal. Foot tapping was normal. Finger-nose-to-finger and heel-to-shin examination were normal. No excessive rebound was seen. No tremor or titubation was present.

GAIT/POSTURE EXAMINATION: As the patient walked into the room, the gait was normal. Heel-to-toe was normal. No hemiparetic gait.

IMPRESSION:
1.  Stroke (left basal ganglia).
2.  Diabetic neuropathy.

PLAN:
1.  Continue current medications.
2.  Return to clinic to see me p.r.n.


Wendell Helveston, M.D.
/tml

   Charles Hernandez, DO

This information is privileged and Confidential, further disclosure is prohibited