# Exhibit 36

**DELTA HEALTH CENTER** — 40

**PROGRESS NOTES**

01-23917
Watson, Deborah

gluc 334

Kroger Pharmacy / prescription for Humulin 70/30 called in (automated system) — David RN

2-28-03  Wt. 190#  BP 118/70  P 88  T 98.2  R 16. Follow up exam. c/o Rt upper arm x 2 nights. not able to move.
— Mackenzie

46 y/o BF, c̄ DM, presents for routine follow-up and complains of arm pain x 2 days. She reports recurring arm pain for 2 years. ∅ fever ⊕ chills ∅ HA. ⊕ chest pain relieved by nitro ∅ SOB ∅ abdominal pain ∅ changes with bowel movements or urination ⊕ intermittent swelling ⊕ joint pain ⊕ numbness & tingling in extremities

Pt did not bring meds.

T = 98.2  B/P = 118/70  R = 16  P = 88  RBS = 334
HEENT: PERRL, Tympanic membranes gry, nasal mucosa pink, pharynx non erythematous
NECK: Supple, FROM, ∅ lymphadenopathy
Heart: RRR
Lungs: CTA Ⓑ
Abd: ⊕ bs, Soft, NT/ND, ∅ masses
Ext: Ⓡ arm - FROM, 5+ muscle strength, non-tender (Ⓛ arm limited range of motion)
no c/c/e
(cont)

2/24 (cont)

A/P: 1) DM  2) R HKH  4) Hyperglycemia
3) Arthralgias  5) Med noncompliance
1) Regular Insulin 6-units  6) Chronic pain
   3° Q
add 2) Neurontin 300 mg po
   Q HS x 4
3) Ultram 50 mg po Q 6° prn pain #100
4) Zoloft 25 mg po qd x 4
5) Pt advised a diabetic diet / keep Accucheck log / Diabetic Information. Mammogram and agree to above. Cytomel, Carbia
6) RTC 4 weeks.

---

3/21/03  0935  WT 189  T 97°  P 82  R 16  BP 110/96
Pt here today for checkup. C/O H/A et
R ankle edema x 1 wk
40 yo pt c DM Reg Insulin, chronic pain,
Sx HA, here for flu. Reports
R foot/ankle swelling beginning
last week. Reports has   Meds
been taking only when swelling  not c/others
however she's unsure of Rx
directions. Reports SMBG
200-300. Attributes hyperglycemia
to diet non compliance. Complains
of headache q.o.d. Frontal/locale.
Has taken Bayer Aspirin for this.
Ultram does not help c HA
O/ BP 110/76  P 82  R 16  T 97  WT 189

36

**DELTA HEALTH CENTER**

WATSON, DEBORAH
41C DAVID

MO. BAYOU, MS
10-15-62
CS2000   FILE

see 2 of 4

**PROGRESS NOTES**

07/16/3  Wt # 192
Patient here today for c/o pain
to back. T 99° P 90 R 20 BP 134/82
Still RN
S/ 40 yo pt on Reg/Insulin, HTN, meds
Arthralgia c̄ Hx Chronic         not c̄ pt.
Pain, left AKA here for
f/u. Patient reports SMBG 200's.
Admits to occas missing
insulin. Takes percocet
for pain. No fever or chills.
Denies hospitalizations.
Missed appt c̄ Cardiology.
Lower back pain persists
worse @ night 5/10 worse on left.
Does not use prosthesis
O/ BP 134/82 T99 P80 R20 Wt 192
HEENT ECMEOENT       Nares
CV RRR                2+ herbowellen
Lungs CTAB
Abd soft
Ext Left AKA  Right BE ØℓE
A/p 1. DM type II Reg/Insulin  F. Left AKA
   P 2. HTN
      3. Chronic pain
   ① Humulin 70/30 < 80-Units SQ qAM  disp 3 10ml vials
                      50-Units SQ qPm
   ② Neurontin 300 mg po BID RFY

7/16/03 (cont)

WATSON, DEBORAH
41C DAVID

MD. BAYOU, KS
10-18-62
052000    FILE

③ Glucophage XR 500mg po qd RPh

④ Percocet 7.5/325mg po B10 #68

⑤ Dyfen 2 tsp po qhs RPh

⑥ Zoloft 60mg po qd

⑦ Samples Zoloft 25/50 mg ī po qd starter pack
  Dyfen 2 tsp po qhs #66
  Glucophage 500mg XR ī po qd c dinner ×6

⑧ BMP today

⑨ RTC 4 weeks
   4g A1C / UA on RTN

⑩ Glucosamine Chondroitin Sulfate OTC/UAD

7/31/3 @ 555 Attempted to contact
pt/ client @ 741-3273 concerning paperwork
to be picked, no answer, paperwork
@ nurses' station —— L Reid RPh

**DELTA HEALTH CENTER**

Pluc-156

**PROGRESS NOTES**

WATSON, DEBORAH
410 DAVID
MO. BAYOU, MS
10-18-62
052000   FILE

35

8/28/3 Wt # 203
Patient here for c/o fluid T97.3
P 80 R 20 BP 128/82 — Headache
Pt c̄ DM, HTN, Arthralgia, Meds
Hx Chronic Pain c̄ BL not c̄ pain
left AKA c̄ fluid
x 5 days. Pt Denies
Salt in diet. Also felt funny.
Reports SMBG past 2 wks
360-180. No fever or
chills.

O/ PW 128/82 ↓ P 80 R 20 Wt 203 T97.3
HEENT EOMI @ inj. Ears TMs dull
CV RRR
Lung Coarse
Abd soft NT
Ext © Right LE edema ↑
A/ 1. DM      4. Hypychol
P & LE swelling  5. HTN
3. Arthralgia Chronic Pain
① Lipitor 80mg qhs RF5
② Percocet 7.5/325mg po BID # 68
③ Zoloft 50mg qd RF5
④ Lasix
⑤ Humulin 70/30 - 80 units 8 gAM
                   - 50 units 8 pm (cont)
⑥ Neurontin 300mg 300mg po BID
⑦ Lasix 20mg/d

8/28/03 (eng)

8) Toradol 20 mg IM
9) Solumedrol 125 mg IM
10) Xanax 20 mg po Mon/Wed/Fri #12 RO 5
11) H/H, A1C, U/A today
12) RTC 6 weeks

WATSON, DEBORAH
410 DAVID

MO. BAYOU, MS
10-18-52
C52000   FILE