# Exhibit 37

**MRC Interdisciplinary Rehabilitation**
Pain Assessment Addendum
Admission Assessment / Discharge Summary

Clifton White
02-58-08

### Assessment

Site #1 (Be Specific) _Left hip_ 2/25/02

1. Worst Pain Score _10_ Least Pain Score _6_ Acceptable Pain Score _6_ / feels like hip turn to side
2. Characteristic: Prick ___ Ache ___ Throb ✓ Burning ___ Sharp ___ Radiating ___ Constant ✓ Other ___
3. Onset _4 months_ Duration ___ Patterns: Worst in AM ✗ Worst in PM ✗ (Rates Both)
4. Worst w Activity ___ Worst/Inactivity ✓
5. Aggravating factors: _Sitting in W/C_
   Alleviating Factors other than medication: _Tries to do stretching exercises_
6. Pain Management History: (0 Least-10 Worst)
   Medication/Intervention _Neurontin_ Worst Pain _#10_ Least Pain _#6_
   Patient's Response/Comment _Assist_
7. Manner of Expressing/Reporting Pain: _Verbal_
8. Pain Impact on Daily Life/function:
   Sleep ✓ Appetite Ø Emotion Ø Concentration Ø Family Ø Relationship Ø Occupation Ø Social Life Ø
9. Patient's Goal _To see Dr. Wilhelmsen today_
10. Comment/Observation/Plan ___

Site #2 (Be Specific) ___

1. Worst Pain Score ___ Least Pain Score ___ Acceptable Pain Score ___
2. Characteristic: Prick ___ Ache ___ Throb ___ Burning ___ Sharp ___ Radiating ___ Constant ___ Other ___
3. Onset ___ Duration ___ Patterns: Worst in AM ___ Worst in PM ___
   Worst w Activity ___ Worst/Inactivity ___
4. Aggravating factors ___
5. Alleviating factors other than medication: ___
6. Pain Management History: (0 Least-10 Worst)
   Medication/Intervention ___ Worst Pain ___ Least Pain ___
   Patient's Response/Comment ___
7. Manner of Expressing/Reporting Pain: ___
8. Pain Impact on Daily Life/function:
   Sleep ___ Appetite ___ Emotion ___ Concentration ___ Family ___ Relationship ___ Occupation ___ Social Life ___
9. Patient's Goal ___
10. Comment/Observation/Plan ___

Signature ___ Date ___