# Exhibit 39

Helen Williams

10-9-06 Wt 154 (T2) BP 136/60 T 97.5
Ck up, Presented Meds; Monitor ...
ROS ... Occasional Palpitations

RTC 11-10-06 @ 10[30] - NO Show

Furosemide 40 qd
Norvasc 5 qd
Diovan 80 qd
Neurontin 300 t

2-1-07 Wt 154½ (T2) BP 132/60 T
Reg ck up, Presented Meds,

ROS — 51 yo AAF c̄ HTN presents for check up c̄ body complaint of wrist and carpal pain c̄ swelling at the wrist. Pt takes Advil c̄ some relief, but gets most relief from warm water. This is a chronic problem that worsens c̄ cold weather and motor activity. Pt denies pain @ fingers. Cramping of hands started 5 months ago, but pain + swelling has occurred for yrs.

Recently quit smoking, but had a sweating fit so she started back.
Ø Chills/HA/Chest Pain/SOB/Nausea/Vomiting/Diarrhea
⊕ Hand swelling/cramping

PE: ENT: Of moist, Ø edema, No adenopathy or thyroid nodules noted
CV: III/IV systolic Ejection murmur best heard 5th IC; Regular rate/rhythm
Resp: clear fields c̄ good air mvt (B); Ø wheezes or rales noted
Abd: Ø TTP, normal active bowel sounds x4 quadrants
Ext: Ø peripheral edema; Pulses strong, equal bilaterally; Swelling noted to both wrists to base of thumbs

(3)

9-8-06
132/70
(3)
RTC 10/9/06 @ 1015

Helen Williams

2-5-05 Wt 151 (↑1) BP 122/70 T 97.3
No new c/o, Cont. to have arth. pain Prescrib.
Med.

ROS
N/
CNS
CR
DJD/Alt
(3)

PE: [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
Ox. [illegible]
[illegible]
[illegible] RTC [illegible]
[illegible]

RTC - 3/10/06 - 1100
[illegible]

3-10-06 Wt 151 BP 144/60 T
No new c/o, Cont. to have arth
[illegible] pain, [illegible] also
[illegible] as [illegible] to Elbow & Fingers
[illegible]

ROS
N/
CNS
CR
DJD/Alt
(3)

[illegible] PE: [illegible]
[illegible]
[illegible] (P64)
[illegible] (158) R18.
[illegible]

WILLIAM B. JONES, M.D.
200 GRAND BLVD.
GREENWOOD, MS 38930-3099

Helen Williams

12-29-03 ... 

1-26-04 Next Appt 10:30a - No Show

2-10-04 ...

10-31-03 wt 153
164/60
T 98.4
ROS
CR
(3)
12-2-03 wt 154
152/60
T 97.9
ROS
Neg
CR
CNS
(3)
12/2/03 1-13-04 - 10:30 - Next appt

WILLIAM B. [illegible], M.D.
200 GRAND BLVD.
GREENWOOD, MS [illegible]

Helen Williams

12.23.02 no show appt.

1-27-03 Wt 152 (113) BP 142/60. BMI 28 T 97.9

[illegible] no new c/o, here for reg ck up, with med review [illegible] Darvocet [illegible], [illegible] 5 mg [illegible] did not present [illegible], [illegible] [illegible]

Out of Relafen 750,

[illegible]

Numbness [illegible]

1-27.03 next appt. March 28. at 10:30

WILLIAM B. JONES, M.D.
200 GRAND BLVD.
GREENWOOD, MS 38930-2099

Helen Williams

9-17-02 wt 150 (↓ ½) BP 152/60 T 97.6
c/o bilateral arm pain, can't raise L arm, T and of pain in shoulder, her leg's hurt, Relafen not helping, [illegible]
[illegible]

ROS
[illegible]

11-18-02 wt 149 (↓1) BP 158/80 T 97.6
no new c/o, here for re-ck [illegible]
[illegible]

11-18-02 - [illegible] - Dec. 23 at 10:15