# Exhibit 40










PARTICIPANT COUNSELING
FOR TOMMY MILLS

DRUG: GABAPENTIN   CAP 300MG                    Rx: 634221767

                                                MILLS, GLENN M. MD

DIRECTIONS:    TAKE 1 CAPSULE DAILY

**GENERIC NAME:** GABAPENTIN (GA-ba-pen-tin)
**IDENTIFICATION:** This medicine is a WHITE and YELLOW, OBLONG-shaped CAPSULE imprinted with APO 113.
**COMMON USES:** This medicine is an anticonvulsant used to treat seizures associated with epilepsy. It may also be used in adults to treat nerve pain following herpes zoster infection or to treat other conditions as determined by your doctor.
**HOW TO USE THIS MEDICINE:** Follow the directions for taking this medicine provided by your doctor. THIS MEDICINE MAY BE SWALLOWED WHOLE, or the contents of the capsule may be dissolved in juice or sprinkled over soft foods (such as applesauce) immediately before swallowing. This medicine may be taken on an empty stomach or with food. DO NOT TAKE ANTACIDS CONTAINING aluminum or magnesium within 2 hours of taking this medicine. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. Take this medicine regularly to receive the most benefit from it. Taking this medicine at the same times each day will help you to remember. CONTINUE TO TAKE THIS MEDICINE even if you feel well. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is less than 4 hours until your next dose, skip the missed dose and go back to your regular dosing schedule. DO NOT take 2 doses at once.
**CAUTIONS:** DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or are allergic to any ingredient in this product. DO NOT EXCEED THE RECOMMENDED DOSE without checking with your doctor. DO NOT STOP TAKING THIS MEDICINE without first checking with your doctor. Some conditions may become worse when the medicine is suddenly stopped. Your dose may need to be slowly lowered to avoid side effects. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS OF ALCOHOL and other depressants. Ask your pharmacist if you have questions about which medicines are depressants. This medicine may cause drowsiness, dizziness, or blurred vision. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Taking this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN PEDIATRIC PATIENTS because they may be more sensitive to the effects of the drug, especially mood or behavior changes (such as mood swings, trouble with mental concentration, restlessness, hyperactivity, hostility, or aggressive behavior). THIS MEDICINE MAY CAUSE FALSE RESULTS with some home tests that check for protein in your urine. Check with your doctor or pharmacist if you are taking this medicine and need to check for

Please ensure that your doctor writes the month, day and year on all prescriptions that you submit to Caremark. Prescriptions without this information may be delayed. Also, remind your doctor to write your mail service prescriptions for the maximum quantity and days supply allowed by your prescription plan. If there is a discrepancy with your order, please contact Caremark Customer Care within 30 days.

If you have not received your copy of Caremark's Notice of Privacy Practices, it is available on Caremark's website at www.Caremark.com or by writing to Caremark Inc., P.O. Box 1388, Northbrook, IL. 60062-1388.

---

CAREMARK REFILLS REMAIN - Order after 09/17/06
TO ORDER A REFILL PLEASE CALL 1-866-623-1441 OR RETURN THIS STICKER
Prescription expires 11/13/06

634221767   MILLS, TOMMY
            GABAPENTIN  CAP 300MG          Qty.   90 EA
            TAKE 1 CAPSULE DAILY



PARTICIPANT COUNSELING
FOR TOMMY MILLS


089271475013

DRUG: GABAPENTIN    CAP 300MG          Rx: 634221767

MILLS, GLENN M. MD

DIRECTIONS:    TAKE 1 CAPSULE DAILY

Page  2

protein in your urine at home. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of taking this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while taking this medicine, check with your doctor or pharmacist to discuss the benefits and risks to your baby.

**POSSIBLE SIDE EFFECTS:**   SIDE EFFECTS that may occur while taking this medicine include tiredness, drowsiness, dizziness, tremor, back pain, dry mouth, constipation, increased appetite, or an upset stomach. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience decreased coordination, changes in vision (double or blurred vision), back and forth eye movements, flu-like symptoms, persistent sore throat or fever, swelling of ankles, mental or mood changes, memory loss, or trouble speaking. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

Copyright 2006 Wolters Kluwer Health, Inc.    Information Valid Through 08/2006. All rights reserved.

The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions, or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.

CAREMARK
It all starts with care

*VOID*                              *VOID*

Feist Weiller Cancer Center
LSU Health Sciences Center - Shreveport
1501 Kings Highway
Shreveport, LA 71130
Phone #318-813-1200  Fax #318-813-1030
Ricky Bass, MD   DEA# BB6483440

Prescription for: MILLS, TOMMY     DOB: 10/18/1928

12-Mar-2007   6628879279   108 CAMPBELL DRIVE, INDIANOLA, MS 38751
Treatment Location: 6KW

| Drug | Instructions | Qty | Ref | Date |
|---|---|---|---|---|
| ALLOPURINOL 300MG TABLET | 1 p.o. q. day | 90 | 3 | 12-Mar-2007 |
| Substitution permitted | | | | |
| GABAPENTIN 300 MG CAPSULE | 1 po qd | 90 | 3 | 12-Mar-2007 |
| Substitution permitted | | | | |
| ATENOLOL 50 MG TABLET | 1 po q day | 90 | 3 | 12-Mar-2007 |
| Substitution permitted | | | | |
| LOVASTATIN 20 MG TABLET | 1 po qd | 90 | 3 | 12-Mar-2007 |
| Substitution permitted | | | | |
| ACTOS 45MG TABLET | 1 po qd | 90 | 3 | 12-Mar-2007 |
| Substitution permitted | | | | |

ordered 4/24/07

_____ M.D.