# Exhibit 41

05-23-'08 14:58   FROM-NEUROLOGY CLINIC   1-662-459-2522   T-143  P001/005  F-580

GREENWOOD NEUROLOGY CLINIC
Karen Plunkett, MD
Ravi Pande, MD

Monnie Turner          Date of Exam: 10/23/03

CC: Numbness in her hands.

### EMG NERVE CONDUCTION STUDY REPORT

INDICATION: 49 year old female complaining of right hand pain and numbness that radiates to her right elbow off and on for the past 3-4 months. She also feels that her right hand grip is weakened. She has no problems with her left upper extremity. These symptoms do awaken her at night. She had an EMG Nerve Conduction Study at Delta Regional Medical Center by Dr. Hadidi that showed according to the report mild right carpal tunnel syndrome and did not mention whether there was any axonal loss and also bilateral median sensory neuropathy that appeared demyelinating on the left. We scheduled her for this EMG Nerve Conduction Study to see if she has any problems with her left upper extremity and also to diagnose the right carpal tunnel syndrome.

EXAM: She has 5/5 motor strength all muscle groups. Sensory exam is intact to light touch and pinprick. Reflexes are one and symmetrical in the upper extremities.

NERVE CONDUCTION STUDY: The sensory nerve action potentials of the right median nerve shows normal latency and amplitude with reduced conduction velocity. The sensory nerve action potentials of the right and left ulnar and radial nerves are normal in latency, amplitude and conduction velocity. Palmer studies are normal bilaterally. The sensory nerve action potentials of the left median nerve show normal latency and amplitude with normal conduction velocity. The compound muscle action potentials of the right and left median and ulnar nerves are normal in latency, amplitude and conduction velocity. F waves are normal.

EMG: Concentric needle exam of the right and left abductor pollicis brevis showed normal motor unit potential, morphology and recruitment.

IMPRESSION: This is an abnormal EMG Nerve Conduction Study. There is electrophysiologic evidence of a minimal right median mononeuropathy at the wrist (carpal tunnel syndrome) without axonal loss. There is no evidence of any peripheral nerve dysfunction in the left upper extremity.

CC: Dr. Adam Smith

Karen Plunkett, MD
GNC/mew DR: 10/24/03; DT: 10/25/03

GREENWOOD NEUROLOGY CLINIC
Karen Plunkett, MD
Ravi Panda, MD

Monie Turner          Date of Exam: 10/01/03

CC: Numbness in her right hand.
HPI: She is a 49 year old female referred from Dr. Smith for evaluation of right hand pain and numbness that radiates to her right elbow off and on for the past 3-4 months. She feels that her right hand grip has also weakened. She has no problems with her left arm. She does have neck pain each week lasting 2-3 days that has also been present for the past 3-4 months. There is no history of neck or right arm tremor. These symptoms do awaken her at night. She was diagnosed with diabetes mellitus four months ago and is on Actos. She is also on Lorcet for pain and has a prescription for MS Contin. She had a Nerve Conduction Study at Delta Regional Medical Center by Dr. Hadidi that showed mild right carpal tunnel syndrome and mild bilateral median sensory neuropathy. She also has a history of chronic back pain and is S/P herniated disc repair x 2 last year in September and December through Dr. Spurrier. She now walks with a cane and mainly uses her right hand to support herself but sometimes switches the cane to her left hand. She has difficulty sleeping at night because of her right hand pain and back pain.

Allergies: Tylox.
Medications: Lorcet, Actos.
Past medical history: Diabetes mellitus, right hand pain and numbness.
Past surgical history: Lumbar herniated disc repair September of 2002 and December of 2002 with Dr. Spurrier, bilateral cartilage repair in her knees, hysterectomy secondary to fibroids, appendectomy, tubal ligation, breast reduction.
Family history: Mother had diabetes mellitus, no one in the family had cancer or hypertension.
Social history: She does not smoke cigarettes or drink alcohol. She is currently not working. She is married and has four children.

Review of Systems: Eyes: She wears glasses. CV: No chest pain. Pulmonary: No shortness of breath. GI: She has occasional constipation. GU: She has frequency of urination. Musculoskeletal: She has chronic back pain. Skin: She bruises easily. Endocrine: She has diabetes mellitus. Neurologic: She has right hand numbness. The rest of the systems are negative.

PHYSICAL EXAM
Vital signs: Weight: 280, Blood pressure: 140/78, Pulse: 82.
GEN: She is an obese black female, no apparent distress.
HEENT: Normocephalic, atraumatic. Oropharynx is benign.
NECK: Does not show any bruit.
CV: Regular rate and rhythm without murmur.
LUNGS: Clear.
ABDOMEN: Bowel sounds are positive, non-tender, non-distended.
EXTREMITIES: No cyanosis, clubbing or edema.
NEUROLOGIC: Patient is alert and oriented fully with normal speech. Cranial nerves II-XII are intact. Motor exam is 5/5 all muscle groups. Sensory exam is intact to light touch and pinprick. There is no difference in the right hand to pinprick between the ulnar and median nerve. Coordination is okay finger to nose. Gait is wide based and she uses a cane. Reflexes are one and symmetrical in the upper extremities, absent in the lower extremities with down going toes.

IMPRESSION: 1. Disturbance of skin sensation rule out carpal tunnel syndrome versus neuropathy.
2. Chronic back pain.

PLAN: I am scheduling her for an EMG Nerve Conduction Study and I am giving her Neurontin 300mg to take q HS. She is to return to this clinic for the EMG Nerve Conduction Study.

CC: Dr. Adam Smith

Karen Plunkett, MD
ONC/mow DR: 10/01/03; DT: 10/01/03

**Greenwood Neurology Clinic**
**Progress Notes**

Patient Name: Monnie Turner

| DATE | TIME | |
|---|---|---|
| ALLERGY | 10-23-03 | EMG/NCS - median N (R) CTS c axonal loss normal (L) UE |
| | | Pla: Cont. Neurontin 300 q HS (?) |
| MEDS | | |
| FAM | | |
| SURG | | |
| PMH | | |
| SOCIAL | | |

**GREENWOOD LEFLORE HOSPITAL**

GREENWOOD, MISSISSIPPI
PH. (601) 459-2673  FAX (601) 459-7096

ELECTROMYOGRAPHY
AND NERVE CONDUCTION
STUDIES

LABORATORY REPORT

| | |
|---|---|
| MREC# | |
| EMG# | TURNERMONNI |
| NAME: | MONNIE |
| AGE: | |
| SEX: | Female |
| CLINIC: | |
| WARD: | |
| REF. PHY: | DR. PLUNKETT |
| EX. PHY. | |
| DATE: | 23 OCT 03 13:35 |

**Motor Nerve Conduction:**

| Nerve and Site | Latency | Amplitude | Segment | Latency | Distance | Conduction |
|---|---|---|---|---|---|---|
| MEDIAN N..R | | | | | | |
| WRIST | 3.9 ms | 22.01 mV | | ms | mm | m/s |
| ELBOW | 8.3 ms | 22.07 mV | WRIST-ELBOW | 4.4 ms | 250 mm | 57 m/s |
| ULNAR N..R | | | | | | |
| WRIST | 2.6 ms | 9.974 mV | | ms | mm | m/s |
| BEL ELBOW | 6.6 ms | 9.948 mV | WRIST-BEL ELBOW | 4.0 ms | 240 mm | 60 m/s |
| ABV ELBOW | 8.9 ms | 9.258 mV | BEL ELBOW-ABV ELBOW | 2.3 ms | 140 mm | 61 m/s |
| MEDIAN N..L | | | | | | |
| WRIST | 3.2 ms | 17.93 mV | | ms | mm | m/s |
| ELBOW | 8.0 ms | 17.02 mV | WRIST-ELBOW | 4.8 ms | 260 mm | 54 m/s |
| ULNAR N..L | | | | | | |
| WRIST | 2.8 ms | 12.15 mV | | ms | mm | m/s |
| BEL ELBOW | 6.5 ms | 11.78 mV | WRIST-BEL ELBOW | 3.7 ms | 240 mm | 65 m/s |
| ABV ELBOW | 8.7 ms | 11.04 mV | BEL ELBOW-ABV ELBOW | 2.2 ms | 140 mm | 64 m/s |

**F-waves:**

| Nerve | Latency |
|---|---|
| MEDIAN N..R | 28.0 ms |
| ULNAR R | 29.8 ms |
| MEDIAN N..L | 27.7 ms |
| ULNAR L | 99.9 ms |
| ULNAR L | 30.8 ms |