# Exhibit 42





Case 1:04-cv-10981-PBS    Document 1325-43    Filed 06/10/2008    Page 4 of 6





