# Exhibit 43 (a)

**Life Help**
P. O. Box 1505
Greenwood, Mississippi 38930

Name:     Campbell, Minnie
County:   Leflore      (LO)
Case #:   24763
Date:     06-19-03

MINUTES - 15

This 55-year-old, black female is well known to this psychiatrist and carries a diagnosis of Schizoaffective Disorder. Her weight today is 267 pounds and she has had some weight gain despite Topamax. She does seem to be stable from a mental health standpoint but does continue to take insulin as well as other medications per LMD. She continues to complain of anxiety but mood seems to be stable. She is denying psychotic symptoms and does report improvement in headaches with Neurontin. She was changed to Topamax on last visit. She has no other complaints.

RECOMMENDATIONS:

1.   Decrease Seroquel to 900mg q h.s.

2.   Increase Topamax to 200mg BID.

3.   Increase Effexor to 150mg XR BID.

4.   Follow-up in six months.

I certify that the services being provided are therapeutically necessary for the continued treatment of this individual.

CONFIDENTIAL

_____
Brenda P. Hines, M.D.
Psychiatrist
BPH:kdn
Dictated:    06-19-03
Transcribed: 07-21-03

V. Current Psychiatric Medication: Topamax 100mg   Seroquel 300mg
Iam + TT HS   Iam + TTT HS
Effexor 150mg   Neurontin -dc'd
TNS

Compliant (Yes)   No
Med Changes since last visit: _____

VI. Client informed of hazardous side effects on newly prescribed medication:   Yes   (No)
Client/Guardian Signature  3-4-03
Any allergic reactions: _____

VII. Recent Physical Problems (including any medications being taken) Cyst in L breast, diabetic, ↑BP

VIII. Inpatient Mental Health Tx:   Yes  (No)
If so, when: ___   where: ___   times: ___

IX. Assessment and Additional Information: Flat affect

**CONFIDENTIAL**

X. Rx's:  date written 12-19-02  RF's  X5   date called in ___  RF's ___
Samples given:  Name ___   # ___
Pharmacy/Number: Discount Drugs - Canton  859-3827

Return to Clinic: DR: 6-19-03 Nimos   Nurse: 3 mos   Injection: ___
Lab: ___

Nurse  Lucy Hodges, RN         Date  3-4-03

LIFE HELP
Region VI Mental Health – Mental Retardation C
(662) 453-6211 • FAX (662) 455-5243 • 2504 ___ing Road • Post Office Box 1505 • Greer    MS 38935-1505

Case #: 24763

Client: Minnie Campbell

County: Leflore             Med Check Units: 2          Injection Units: _____

Date: 9/4/02                Allergies: NKA              Injection Site: _____

I. DSM - Primary Diagnosis: Schizoaffective D/O

II. Age/Race/Sex: 54/B/F                     Accompanied by: _____

III. Observed Mental/Behavioral Status (circle appropriate answers)

Appearance: (Well groomed) Dirty  Disheveled  Unshaven    Cosmetics (none, light, heavy)
            Posture (slooped, stiff, bizarre)    Malodorous
Attitude: (Appropriate) Dependent (Passive) Aggressive Manipulative Cooperative Resistant
          Belligerent Reserved Negativistic Sarcastic Guarded
Motor Activity: (Not Remarkable) Tremulous Tics Paralysis Restless Slurred Speech Mute Pacing
                Agitated Ataxia          Psychomotor Retardation
Affect:   Appropriate Euphoric Depressed Fearful Confused Anxious Apathetic
          Flattened (Blunted) Labile   Angry   Appropriate (Eye Contact)
Speech Patterns: (Normal) Loose Associations  Slowness in Thought  Associations  Incoherence
                 Confused Circumstantial      Poverty of Speech    Pressured Speech
Overproductive Speech
Orientation:  Time   Place    Person    Situation

IV. Reported Behaviors (circle appropriate answers and explain below)    260 lbs.

Danger to Self or Danger to Others (verbal/written agreement)   Antisocial Behavior   Alcohol or Drug Use (AA or NA)
Depressive Behaviors (crying spells)   Manic Behavior   Psychotic Behavior (A/V, paranoia, delusions)
Biological Functions (sleep patterns, appetite, sexual interest, etc.)

Ct. reports lessening of aud. hall. since ↑ in Seroquel per Dr. Ames 6/02. Cont however c̄ occasional A&V halluc. Has not lost wt. since ↓ fr. Zyprexa, has gained 11 lbs. since 6/02 appt. Sleeping well, no other complaints. Waiting for biopsy report on Ⓡ breast, may need mastectomy.

CONFIDENTIAL

Nurse ___X___

page 1

V. Current Psychiatric Medication: <u>Neurontin 800mg BID</u>   <u>Effexor 150mg Tbs</u>
   <u>Trazadone 300mg ʒ tam ǭ iii hs</u>

   Compliant   Yes   No
   Med Changes since last visit: <u>N/A</u>

VI. Client informed of hazardous side effects on newly prescribed medication:   Yes   No
    Client/Guardian Signature <u>                    N/A                    </u>
    Any allergic reactions: _____

VII. Recent Physical Problems (including any medications being taken) <u>see front page</u>

VIII. Inpatient Mental Health Tx:   Yes   (No)
      If so, when: _____ where: _____ times: _____

IX. Assessment and Additional Information: _____

**CONFIDENTIAL**

X. Rx's: date written <u>6/02</u> RF's <u>5</u> date called in _____ RF's _____
   Samples given: Name _____  # _____
   Pharmacy/Number: _____

   Return to Clinic: DR: <u>12/19/02 Hines</u>   Nurse: <u>3/03</u>   Injection: _____
   Lab: _____

   Nurse <u>A. Chick, LN</u>   Date <u>9/4/02</u>

```
              LIFE HELP
              P. O. BOX 1505
         GREENWOOD, MS 38935-1505

                    CLIENT:  Campbell, Minnie
                    COUNTY:  Holmes        (LO)
                    CASE #:  24763
                    DATE  :  06-20-02
```

**6 MONTH/ANNUAL REVIEW FOR SENATE BILL 2100     MINUTES - 15**

This 55-year-old, black female with Schizoaffective Disorder was recently changed from Zyprexa to Seroquel due to weight increase on Zyprexa. Today, her weight is 249 pounds and is stable. She is sleeping well and her mood seems to be stable. She actually is more spontaneous and smiles more since Effexor has been increased to 150mg q h.s. She reports Neurontin has improved her headaches and that she is no longer having this problem. Unfortunately, she was recently diagnosed with breast cancer and has had a breast biopsy. She will be returning soon to determine the amount of follow-up treatments. She seems to be handling this life stressor well. Again, her adult son is in and out of the son and an adult daughter lives nearby and is supportive. A 12-year-old granddaughter is spending the summer with her and she seems to gain pleasure from the granddaughter's company. In the past, she has not been forthcoming in regards to her symptoms and was reluctant to discuss her hallucinatory experiences for fear that she may go to "Whitfield". She has never been hospitalized for psychiatric reasons but apparently her sister has been treated at MSH as well as the sister's daughter. She reports her sister's diagnosis is "bipolar" disorder. At this time, she reports only occasional auditory hallucinations which are not bothersome. Her mood is good and she is sleeping well with no homicidal or suicidal ideation.

RECOMMENDATIONS:
1. Continue Neurontin 800mg BID.
2. Continue Seroquel increasing to 300mg q a.m. and 900mg q h.s. (Hopefully to further resolve hallucinations).
3. Continue Effexor 150mg q h.s.
4. Continue other medications per LMD.
5. Follow-up in six months.
6. Recommend weight reduction.

*(handwritten: 9/4/02 260 lbs.)*

I certify that the services being provided are therapeutically necessary for the continued treatment of this consumer.

_____
Brenda Hines, M.D.
Psychiatrist
BH:kdn
Dictated:     06-20-02
Transcribed:  08-07-02

**CONFIDENTIAL**

SENATE BILL 2100 NOTE

# LIFE HELP

Region VI Mental Health – Mental Retardation Center
(662) 453-6211 • FAX (662) 455-5243 • 2504 Browning Road • Post Office Box 1505 • Greenwood, MS 38935-1505

Client: Minnie Campbell
County: Leff
Case: 24763
Date: 5/30/02     Med Check Units: 2     Injection Units: _____

I. DSM – Primary Diagnosis: Schizoaffective Do.

II. Observed Mental/Behavioral Status (circle appropriate answers)

   Appearance: (Well groomed)  Dirty  Disheveled  Unshaven   Cosmetics (none, light, heavy)
                Posture (stooped, stiff, bizarre)
   Attitude: (Appropriate) Dependent  Passive  Aggressive  Manipulative  Cooperative  Resistant
             Belligerent  Reserved  Seclusive  Negativistic  Sarcastic  Guarded
   Motor Activity: (Not Remarkable)  Tremulous  Tics  Paralysis  Restless  Slurred Speech  Mute  Pacing
                   Agitated  Ataxia
   Affect: (Appropriate) Euphoric  Depressed  Fearful  Confused  Anxious  Apathetic
           Flattened  Blunted  Labile  Inappropirate  Angry
   Speech Patterns: (Normal) Loose Associations  Slowness in Thought  Associations  Incoherence
                    Confused  Circumstantial  Poverty of Speech  Pressured Speech
                    Overproductive Speech
   Orientation: (Time    Place    Person    Situation)

III. Reported Behaviors (circle appropriate answers and explain below)

   Danger to Self or Danger to Others (verbal/written agreement)    Antisocial Behavior    Alcohol or Drug Use (AA or NA)
   Depressive Behaviors (crying spells)    Manic Behavior    Psychotic Behavior (A/V, paranoia, delusions)
   Biological Functions (sleep patterns, appetite, sexual interest, etc.)

   Ocassional aud. halluc - not bothersome to Ct.

IV. Current Psychiatric Medication: Neurontin 800mg T BID
    Compliant  Yes  No   Seroquel 200mg T AM, T NOON, III hs
    Med Changes since last visit: Effexor 75 mg i AM, iii hs

V. Client informed of side effects on newly prescribed medication:  Yes   No
   Client/Guardian Initials
   Any allergic reactions:    N/A

VI. Recent Physical Problems (including any medications being taken) HTN - non-insulin dep diabetes.
    Ct. looks great, affect more appropriate. Relates much better, smiles more easily.

VII. Recent Inpatient Mental Health Tx:    Yes   (No)   5/28/02 surgery in Jax to remove cyst in ® breast -
     If so, when:        where:         will have 2-3 chemo tx as preventative measure

VIII. Assessment and Additional Information: See above -

IX. Rx's:    written      called in      samples given   Current

X. Return to Clinic: DR: 6/20/02 Hinis   Nurse: 9/02        Injection: _____

   Nurse: A. Chick, RN                           Date 5/30/02