# Exhibit 43 (b)

LIFE HELP
P. O. BOX 1505
GREENWOOD, MISSISSIPPI 38930

CLIENT: Campbell, Minnie
COUNTY: Leflore (LO)
CASE #: 24763
DATE : 02-21-02

MED CHECK 30 MINUTES

Mrs. Campbell is a 53-year-old, black female he carries a diagnosis of Schizoaffective Disorder. She lives alone, but does have an adult son and daughter I believe that are nearby. She was seen by Dr. Hines in December, and it seems for the first time she has completely resolved her auditory hallucinations. She does admit to occasionally experience these. She smiles just a tiny bit more, but continues to have a rather flat affect. She does not complain of headaches today. I did an AIMS test with a score of 0 today. She denies any medication side effects. She is sleeping well. She does admit she is getting out of the house a little more, and interacting a little more with her grandchildren.

RECOMMENDATIONS:

1. Continue Neurontin 800 mg one b.i.d.

2. Continue Seroquel 200 mg one a.m., one at noon, and three h.s.

3. Continue Effexor 75 mg q. a.m. and 250 mg q. h.s.

S. Chick, RN
Susan Chick, R.N.
Psychiatric Nurse

SC:gkt

Dictated: 02-21-02
Transcribed: 03-21-02

CONFIDENTIAL

LIFE HELP
P. O. BOX 1505
GREENWOOD, MS 38935-1505

CLIENT: Campbell, Minnie
COUNTY: Holmes (LO)
CASE #: 24763
DATE : 12-13-01

6 MONTH/ANNUAL REVIEW FOR SENATE BILL 2100 MINUTES - 15

This 55-year-old, black female lives alone although her son who is 31 years old is in and out of her home. She also has an adult daughter. She has other medical problems and is presently taking Atacan for blood pressure and glucovants for noninsulin dependent diabetes. She is sleeping much better on Seroquel and the hallucinations have resolved. A dose of Seroquel 200mg q a.m., 200mg at noon, and 600mg q h.s. has been required in order to give her complete resolution of these symptoms. She continues to take Neurontin 800mg BID and has had significant improvement in her headaches. Her mood is stable.

RECOMMENDATIONS:

1. Neurontin 800mg BID.
2. Seroquel 200mg a.m., 200mg at noon, and 600mg h.s.
3. Continue Effexor 75mg q a.m. and increase to 150mg q h.s.
4. Follow-up in six months.

I certify that the services being provided are therapeutically necessary for the continued treatment of this consumer.

BH, MD

Brenda Hines, M. D.
Psychiatrist

BH:kdn

Dictated: 12-13-01
Transcribed: 01-30-02

CONFIDENTIAL

sister is Jannie Ellis ~ Dr. Byrdan. b/o BH

SENATE BILL 2100 NOTE

LIFE HELP
P. O. BOX 1505
GREENWOOD, MISSISSIPPI 38930

CLIENT: Campbell, Minnie
COUNTY: Leflore
CASE #: 24763
DATE : 11-29-01

MED CHECK 30 MINUTES

Minnie's in today she looks better, however she doesn't smile. She reports that she is sleeping better, her headaches are better. She has lost seven pounds of weight. She is compliant with her medication. She reports she is hearing voices during the day. She can't understand them. They either call her name, or she hears a bell rings or something fall. She is sleeping at night, but she has no energy and she does nap during the day. I did stress some type of exercise. Dr. Hines did see her and increased her Seroquel to 200 in the a.m., 200 at noon, and 600 at h.s. She will see Dr. Hines on the 13th of December, and we will see how she is doing then.

RECOMMENDATIONS:

1. Continue aftercare with doctor and nurse.
2. Continue Seroquel 200 mg increasing to one in the a.m., one at noon, and three at h.s.
3. Continue Neurontin 800 mg b.i.d.
4. continue Effexor 75 mg XR two in the a.m., one at h.s.

Cheri Mims, LPN
Psychiatric Nurse

CM:gkt

Dictated: 11-29-01
Transcribed: 01-02-02

CONFIDENTIAL

LIFE HELP
P. O. BOX 1505
GREENWOOD, MISSISSIPPI 38930

CLIENT: Campbell, Minnie
COUNTY: Holmes (LO)
CASE #: 24763
DATE : 10-18-01

MED CHECK

Minnie is in today. This is my first time to meet this 53-year-old, black female with Schizoaffective Disorder. She saw Dr. Hines in June and saw Susan in July. She was taken off of Zyprexa in June because she continued to have trouble sleeping and was also gaining weight. Dr. Hines started her on Seroquel 200mg q a.m. and 400mg q h.s. and then she went up to 600mg q h.s. She tells me she continues to be depressed. She was recently in the hospital with pneumonia. She is having trouble sleeping again and for the last month and a half she has had an increase in auditory hallucinations. I did talk with Dr. Hines and she increased her Effexor to 75mg XR 2 a.m. and 1 h.s., Seroquel 200mg 1 a.m. and 3 h.s. Hopefully, this will help her sleep, help with her depression and get rid of the voices. No other side effects noted. Denies any drinking or drug abuse.

RECOMMENDATIONS:

1. Continue aftercare with doctor and nurse.

2. Continue Neurontin 800mg BID.

3. Continue Seroquel 200mg 1 a.m. and 3 h.s.

4. Continue Effexor XR 75mg increasing to 2 a.m. and 1 h.s.

Cheri Mims, LPN
Psychiatric Nurse

CONFIDENTIAL

CM:kdn

Dictated: 10-18-01
Transcribed: 11-12-01

LIFE HELP
P. O. BOX 1505
GREENWOOD, MISSISSIPPI 38930

CLIENT: Campbell, Minnie
COUNTY: Holmes (IC)
CASE #: 24763
DATE : 07-24-01

MED CHECK 2

I notice there is a change in Mrs. Campbell. When I went to the waiting room and called her name she actually smiled at me. Also, in talking with her in this office I can tell she is much improved in her mood. Her affect is a little brighter. There is still no spontaneous smiling, but there is some smiling. She agrees that her mood is better. I asked her if anyone else had noticed, and she said both her daughter and son had both noticed that she's getting out of the house so much more. She states her daughter even said she is just staying in the road all the time. Most importantly Mrs. Campbell is sleeping. She is going to bed around 10:30 p.m., occasionally awakened at midnight, but is able to go back to sleep. Dr. Hines did get this client on Seroquel in June and discontinued Zyprexa. She states the Zyprexa did work for her at first, but she is concerned that the Seroquel will only work for a length of time in helping with sleep. Also, she has noticed a decrease in her appetite since discontinuing the Zyprexa. She use to have some auditory hallucinations, but is able to deal with these and I don't believe they cause her any problem. No other complaints today. There are no abnormal movements noted. There are no side effects noted.

RECOMMENDATIONS:

1. Continue Neurontin 800 mg one b.i.d.

2. Continue Effexor 150 mg XR one q. a.m.

3. Continue Seroquel 600 mg q. h.s.

S. Chick, RN
Susan Chick, R.N.
Psychiatric Nurse

SC:gkt

Dictated: 07-24-01
Transcribed: 08-08-01

CONFIDENTIAL

LIFE HELP
P.O. BOX 1505
GREENWOOD, MISSISSIPPI 38935-1505

CLIENT: Campbell, Minnie
COUNTY: Holmes (IC)
CASE #: 24763
DATE : 06-14-01

6 MONTH/ANNUAL REVIEW FOR SENATE BILL 2100 MINUTES-15

This 53-year-old, black female with Schizoaffective Disorder readmits that she first heard voices in her 20s or 30s, but was fearful of reporting that. She has never been admitted to MSH. She was however, admitted to Lexington Hospital for her "nerves" in order to "rest." This was when she was in her 30s. Has been treated by Life Help off and on since 1990, and she has been psychotic even at times when she was not depressed. She also has exhibited depressive symptoms therefore meeting the criteria for Schizoaffective Disorder. She has continued to have auditory hallucinations despite her present mood being stable on Effexor. The hallucinations have significantly improved, and are very rare at present on Zyprexa 20 mg q. h.s. Also, she was having headaches daily, but on Neurontin is now having very infrequent headaches. She has two adult children, and has grandchildren, but lives alone.

IMPRESSION:

Schizoaffective Disorder.

RECOMMENDATIONS:

1. Continue Neurontin 800 mg b.i.d.

2. Continue Effexor 150 mg XR q. a.m.

3. Seroquel 200 mg q. a.m. times one week then 400 mg q. h.s. times two weeks, then 600 mg q. h.s.

4. Discontinue Zyprexa. (The patient is continuing to have difficulty sleeping, and is also gaining weight).

7/24/01 She's sleeping!!

BH, MD
Brenda Hines, M.D.
Psychiatrist

BH:gkt

Dictated: 06-14-01
Transcribed: 06-26-01

10/18/01
Last mo + ½ voices ↑
↑ depression
in hosp. recently
c̄ pneumonia
sleeping —

CONFIDENTIAL