# Exhibit 43 (c)

```
                         LIFE HELP
                        P. O. BOX 1505
                    GREENWOOD, MS 38935-1505
```

CLIENT: Campbell, Minnie
COUNTY: Leflore (IC)
CASE #: 24763
DATE: 12-07-00

MINUTES - 15

This 52-year-old, black female continues to live alone, and continues to have auditory hallucinations. She inadvertently discontinued her Zyprexa and the hallucinations have become much worse. She reports that she hears voices all night. Also she was recently begun on Effexor, and likely could have some stimulation secondary to the Effexor. This will be in an a.m. dose. Her mood appears to be stable at this time, and she denies suicidal ideation. She denies delusions or paranoia.

IMPRESSION:

Schizoaffective Disorder.

RECOMMENDATIONS:

1. Continue Neurontin increasing to 800 mg b.i.d.

2. Resume Zyprexa 20 mg q. h.s.

3. Effexor 150 mg XR q. a.m.

4. Follow up in six months.

ADDENDUM

Her Welbutrin was discontinued, but it did not treat the depression. Her depression is better on Effexor. Unfortunately, when she discontinued Welbutrin she also felt as though she should discontinue Zyprexa. This was by mistake.

_____
Brenda Hines, M.D.
Psychiatrist

BH:kdn

Dictated: 12-07-00
Transcribed: 01-22-01



```
                    LIFE HELP
                   P. O. BOX 1505
              GREENWOOD, MISSISSIPPI 38930
```

CLIENT: Campbell, Minnie
COUNTY: Leflore
CASE #: 24763
DATE: 08-10-00

MED CHECK 2

Mrs. Campbell continues to get a little bit better. She now smiles a little more frequently, and said she thinks she's coming along. She's sleeping well, and she said her appetite is good. She does admit to occasionally hearing some voices, but she said she can deal with these now. She says her medications are working for her extremely well at this time. The Neurontin has helped primarily. I've given her samples today of Zyprexa to last for one month. She can purchase Neurontin, Welbutrin that she does have to pay a portion of the price. I've asked her to call in approximately one week before she runs out of her Zyprexa. We will give her coupons or some more samples.

RECOMMENDATIONS:

1. Continue Neurontin 600 mg one at b.i.d.
2. Continue Welbutrin 150 mg SR two q. a.m. and one at h.s.
3. Continue Zyprexa 10 mg one q. a.m. and two h.s.


Susan Chick, R.N.
Psychiatric Nurse

CONFIDENTIAL

SC:gkt

Dictated:    08-10-00
Transcribed: 08-14-00

CLIENT: Campbell, Minnie
COUNTY: Holmes (RW)
CASE #: 24763
DATE  : 07-13-00

Likely, she has more of a Schizoaffective or Schizophrenia type presentation as opposed to Major Depression with psychotic features. She does continue to have these auditory hallucinations although she reports that they are not bothersome to her at this time. Is taking Welbutrin 150 mg SR b.i.d. and this will be increased. Continues to appear to be sad, and does have multiple somatic complaints although she denies suicidal or homicidal ideation, delusions, or paranoia. Does report that occasionally at night she "looks around to see if the auditory hallucinations are "real." "

RECOMMENDATIONS:

1. Increase Neurontin to 600 mg b.i.d. (May increase in the future if patient tolerates.)
2. Continue Zyprexa 10 mg q. a.m. and 20 mg q. h.s.
3. Increase Welbutrin to 150 mg SR two q. a.m. and one q. h.s.
4. Follow up in four to six months.

I certify that the services being provided are therapeutically necessary for the continued treatment of this consumer.

CONFIDENTIAL

_____
Brenda Hines, M. D.
Psychiatrist

BH:gkt

Dictated:     07-13-00
Transcribed:  08-08-00                              SENATE BILL 2100 NOTE

```
                              LIFE HELP
                            P. O. BOX 1505
                    GREENWOOD, MISSISSIPPI 38930

                                      CLIENT:  Campbell, Minnie
                                      COUNTY:  Holmes
                                      CASE #:  24763
                                      DATE  :  05-11-00
```

MED CHECK 2
_____

Ms. Campbell is back in for a med check. My note was not available from April. She was seen by Dr. Ramsey in the early part of March. Her blood sugar was so high she was sent to St. Dominics. She stayed over night. After running test, they found out she had a hot gall bladder. She went back in to St. Dominics March 3, had her gall bladder removed, came home on the 12th. She has had her gall bladder removed and is on insulin and Glucophage. She looks so much better today. She obviously has had many problems with depression. She had been feeling so bad and didn't know why. She continues on her same medicines as listed in the med profile. I did give her Lilly coupons today to give her one month's supply of Zyprexa. She does have Medicaid but it does not cover prescriptions. She also continues on the Neurontin and Welbutrin. She will see Dr. Hines in July and return to this nurse in August. She has no complaints today. She does smile a little bit more. Seems a little more spontaneous. She is a very quiet person. She continues to have some headaches but tells this nurse there are much improved with Neurontin. She wants no changes in her medicines at this time.

RECOMMENDATIONS:

1. Continue Neurontin 600mg q h.s.

2. Continue Zyprexa 10mg 1 a.m. and 2 h.s.

3. Continue Welbutrin 150mg SR one BID.

4. Continue Glucophage and NPH insulin per Dr. Ramsey.


_____
Susan Chick, R.N.
Psychiatric Nurse

SC:kdn

Dictated:     05-11-00
Transcribed:  06-06-00

CONFIDENTIAL

```
                        LIFE HELP
                      P. O. BOX 1505
               GREENWOOD, MS 38935-1505

                            CLIENT:   Campbell, Minnie
                            COUNTY:   Leflore
                            CASE #:   24763
                            DATE  :   11-17-99
```

MINUTES-15

This 51-year-old, black female with a history of Major Depression with psychotic features initially began to be seen at Life Help in 1993. At that time, she was depressed with psychotic features. She reports no history of psychiatric hospitalizations. She does complain of chronic back pain as well as headaches. She was begun on Neurontin on her last visit with this MD in September 1999. She is presently taking 300mg q h.s. and does report that she is having fewer headaches. At this time, she is taking Zyprexa 10mg q a.m. and 20mg q h.s. She does report that the auditory hallucinations have significantly improved and are not bothersome to her at this time. She is also taking Welbutrin 75mg BID. She was actually instructed to take 150mg SR BID. This may have been a mistake per the pharmacist or per the patient; however, we will increase to 150mg SR BID at this time. The patient does continue to seem somewhat sad; however, she does have spontaneous smiling. She has been disabled since 1995 secondary to the chronic back pain.

IMPRESSION:

Major Depression with psychotic features

RECOMMENDATIONS:

1. Increase Neurontin 600mg q h.s.
2. Continue Zyprexa 10mg q a.m. and 20mg q h.s.
3. Welbutrin 150mg SR BID.
4. Continue other medications per local MD.
5. Follow-up in two to three months.

Brenda Hines, M. D.
Psychiatrist

BH:kdn

Dictated:     11-17-99
Transcribed:  12-13-99

CONFIDENTIAL

LIFE HELP
P. O. BOX 1505
GREENWOOD, MISSISSIPPI 38930

CLIENT: Campbell, Minnie
COUNTY: Leflore
CASE #: 24763
DATE  : 4-14-99

MED CHECK 2
_____

I've not seen Ms. Campbell since, I believe, October. She has seen Cheri Mims since that time. She is on several medications prescribed by Dr. Wheatley. She did add Wellbutrin in January. Ms. Campbell reports today that she feels like she's getting a little bit better. The Wellbutrin may be helping now that she's gotten used to it. However, I did do a Zung Depression Scale and she had an SDS index of 71, which indicates the presence of severe to extreme depression. She is sleeping well now, she reports. She does continue to hear voices at times. She said she hears them more when she gets out of the house. I think she remains at home a great deal of the time. I've rescheduled her in approximately three to four weeks with Dr. Hines and she'll return to me one month after that. I did give her samples of Zyprexa today. Even with her insurance, she had to pay $98 for a one month supply. I told her we could supply her with these if she is purchasing all of her other medications.

RECOMMENDATIONS:

1. Continue medications as listed in 3-17-99 dictation.


*A. Chick, RN*
Susan Chick, R.N.
Psychiatric Nurse

SC:dnr
Dictated:    4-14-99
Transcribed: 4-15-99

CONFIDENTIAL