# Exhibit 44 (a)



Cecil Taylor 3/6/01
Pt. came back in today still complaining of soreness in his chest and pain with breathing DX:Acute pharyngitis and bronchitis. Contusion of chest wall, possible rib fracture. As above. Diabetes mellitus NID poor control. RX:Lincocin 2cc+Benadryl 25 mg IM. Ordered chest xray and rib xrays.

Cecil Taylor 5/1/01
BS in the office was 395. His feet from knees down tingle and he staggers and slips often. Said the feet tickleand have numb and sleepy feeling, feet burn. His grandmother lost one leg and toes from the other one. PE:EENT-neg. Neck is supple. H-NSR AR 72. Lungs-esst. clear. ABD-no tenderness or masses. Ext-neg. IMP: Diabetes mellitus NID poor control. Diabetic neuropathy both legs. RX+Starlix 120 mg tid ac. Always take the pill just before he eats. Neurontin100 mg #60 2 tid pc. Leave off the Actose. Cont. other med. He is going to get a glucometer so he can keep check on his sugar.



Cecil Taylor 6/14/01
Accuchek BS today 138. His weight is running about the same, around 200 lbs. 204 on 5/1/01 six weeks ago. Still has about the same complaints. His feet and legs hurt and burn and are sore. He has improved sugar level. Sleepy and drowsy. Has shortness of breath cutting the yard. His grandmother had amputation of first one toe and then the foot and then below the knee. Advised him to see the diabetic doctor at UMC. He can sleep all night and all day, just very drowsy at times. On Starlix 120 mg tid ac. I discovered diabetes one year ago. No shots for diabetes. PE:EENT-neg. Neck is supple. H-NSR AR 72. Lungs-slightly harsh bs. ABD-mild epigastric tenderness. Ext-decreased pulsations bilaterally. IMP:Diabetes mellitus NID poor control. Diabetic neuropathy of legs with numbness and pain. Increase the Neurontin to 200 mg 2 tid. Gave Vioxx 25 mg 1 daily #20. I recommended consultation with the diabetic doctor at the University Hospital. He wants to wait. Return one month.

CASE NO.______________ PATIENT'S NAME Cecil Taylor

| DATE (MO. DAY YR.) | SUBSEQUENT VISITS AND FINDINGS |
|---|---|
| 7-26-01 | wt 201# Bp 140/91 T 98.3 |
| | BS taken in office 334 |
| | 160 BS last nite - [illegible] hot during [illegible] |
| | the day. N.V., [illegible] vomiting |
| | [illegible] after he worked in hot [illegible] |
| | Gets hot. |
| | Nubain 10 |
| | Phenergan 25 |
| | Continued above |
| | Cont Starlix 250 [illegible] |
| | Phenergan [illegible] #20 [illegible] q4h [illegible] |
| Cecil | Taylor |

Cecil Taylor 7/26/01
This pt!s BS in the office was 334. 160 last night. Had some N&V. PE:EENT-neg. Neck is supple. H-NSR AR 76. Lungs-slightly harsh bs. ABD-no tenderness or masses. Ext-neg. IMP:Diabetes mellitus ID poor control. Diabetic neuropathy of legs with numbness and pain. Acute gastritis. RX:Cont. med. Nubain 10 mg+Phen 25 mg IM. Phenergan tablets #20 1 q4h prn nausea. Cont. Starlix 250 tid. Cont. Vioxx 25 mg 1 daily.

| DATE (MO. DAY YR.) | SUBSEQUENT VISITS AND FINDINGS |
|---|---|
| 9 5 01 | wt 202 Temp 99 134/78 |
| | BS taken in office 326 |
| | Feet & legs [illegible] [illegible] |
| | [illegible] 190 [illegible] in feet |
| | normal [illegible] 96 |
| | [illegible] Cont Vioxx 25 [illegible] daily |
| | Imp as above |
| | Rx [illegible] |
| | Cont Neurontin [illegible] Cont [illegible] |

Cecil Taylor

PATIENT'S NAME

SS | INSURANCE | DATE

TEL NO. | REFERRED BY | OCCUPATION | AGE | SEX | S.M.W.D.

CASE NO.

Cecil Taylor 12/31/02
Accuchek 104 at 7 a.m, 231 at 9:30. Losing balance daily. He has had some low back pain. His legs feel numb and burn. Taking five medicines with Neurontin.Pain pills are not helping much. His feet burn. Went to Dr. Pande and he checked him out. Thought that he had diabetic neuropathy. PE:EENT-neg. Neck is supple. H&L-neg. ABD-mild epigastric tenderness. Mild tenderness in the hips. Mild tenderness in legs and knees. IMP:Diabetes mellitus NID with diabetic peripheral neuropathy of legs. Osteoarthritis generalized. Peripheral vascular insufficiency. Cont. Xanax, Actos 45 in the morning, Starlix before each meal. Dr. Pande gave him Topamax 50 mg samples at first and then had to give him a px and one month's supply 2 a day would be $187 and could not afford that. Gave Neurontin 800 mg tid. Cont. other med. Recheck cholesterol in three months. He placed him on Zocor. Elevated cholesterol another dx. Cont. Neurontin 800 mg tid and Metaglip 2.5/500 bid, Actos 45 mg daily, Zocor 40 mg 1 a day Elavil 50 mg 1 at bedtime ,Panlor SS for pain and ________ for pain. Return one month for followup visit, sooner if needed.

1-15-03 T 98 BP 98/ Wt 308 #
Acu Check 144 / 60
BS 160 [illegible]
Weak [illegible] arm & leg
Jerking spell [illegible] arm & leg [illegible]
[illegible] speech [illegible]
[illegible]
[illegible]
[illegible]
[illegible] 45 [illegible]
Neurontin 800 [illegible]
Zocor 40 mg daily
Elavil 50 mg hs
[illegible]
Foltx 1 a day after Breakfast
Aspirin 1 a day 325 mg
[illegible]

PATIENT'S NAME

#20121 - Medical Arts Press 1-800-328-2179



CASE NO. Brief NC. PATIENT'S NAME Cecil Taylor

DATE MO. DAY YR. SUBSEQUENT VISITS AND FINDINGS

Cecil Taylor 1/15/03

Came in today complaining that he has mild weakness in his right arm. Had loss of balance to some extent more so this morning. Accuchek 144. BS 160 this morning. Decreased appetite. Weak right arm and leg. Had a jerking spell this morning on the right arm. Had some speech problem transiently. Thought he should have Plavix but it is so expensive for them to buy according to Carolyn. We don't have any in the office now. We were going to give him aspirin 81 mg but we had some aspirin here that was 5 gr and we put him on that 1 daily and he is on Metaglip 5/500 1 bid, Actos 45 mg each morning, Neurontin 800 mg 1 three times a day, Zocor 40 mg daily, Elavil 50 mg hs. Not taking the Vioxx. Gave Foltxl a day after breakfast and the aspirin 325 mg tablet 1 a day. May admit for anticoagulants. We are going to see how he is doing the next 2 or 3 days. I told him to continue the Benadryl ? tid.

Cecil Taylor 1/15/03

DX: Mild stroke in the right arm and right side of his body with weakness of the right arm. Diabetes mellitus/fair control. Peripheral vascular disease involving the arms and hands and feet and legs. Osteoarthritis generalized. Peripheral vascular insufficienc Diabetic peripheral neuropathy of legs.

2 7 03 Elavil 50mg #60 T hs / Neurontin 800mg #100 T tid ) Rx

2 12 03 Metaglip 2.5/500 #60 T bid ac / Zocor 40mg #30 T daily / Actos 45mg #30 T daily ) Rx Freda

3 26 03 form for extra Rx Freda

4-15-03 Wt 217.4 T 98.6 BP 140/84

BS taken in office at 11:50 AM 195

Short of breath when out in yard. Any work in yard causes fatigue. Neuropathy of hands & legs. Tires not easily - Constipated. → Xlax.

Decision to continue. See list

Exgi Plus #30 T q day (AR)

Cecil Taylor
PATIENT'S NAME

ADDRESS | INSURANCE | DATE | CASE NO.

TEL. NO. | REFERRED BY | OCCUPATION | AGE | SEX | S.M.W.D.

Cecil Taylor 4/15/03
BS in the office 195. Short of breath when he gets out in the yard and tries to do anything and this causes excessive tiredness. Has neuropathy of both legs apparently due to diabetic problem. Tires out easily. Constipated. PE:EENT-neg. Neck is supple. H-NSR AR 72. Lungs-esst. clear. ABD-mild epigastric tenderness. Ext-decreased pulsations bilaterally. IMP:Diabetes mellitus NID fair control. Osteoarthritis generalized. Peripheral vascular insufficiency. Diabetic peripheral neuropathy of legs. Stroke in the right arm and right side of the body with weakness in the right arm which occurred about 3 months ago. RX:Decadron 2cc. Cont. med.

5-15-03 Lasix 40mg #60 (R3)
Tab T bid for fluid or swelling

5-30-03 30/TX 1 daily R3

6-12-03 Neurontin 800mg #100 T tid
Metaglip 2.5/500 #60 T bid
Elavil 50mg #60 T bid
Pepcid 20mg #60 T bid ac
Zocor 40mg #30 T hs
Lactos 40mg #30 T daily each [illegible]
Esgic Plus #30 T q 4h (NR)
R3

7-02-03 - BP 140/80 [illegible]

[illegible — crossed-out handwritten entry]

See ↓ reply



Cecil Taylor
PATIENT'S NAME
INSURANCE DATE
NO. REFERRED BY OCCUPATION AGE SEX S.M.W.D.

10-17-03 Metaglip 2.5/500 #68 T bid
Neurontin 800mg #102 T tid
Elavil 50mg #68 T bid
Foltx #34 T daily
Lasix 40mg #68 T bid
Zocor 40mg #34 T daily hs
R3

10-21-03 - 7 RX form ... form.

11-11-03 - T 97 BP 132/88 Wt 225

BS taken in office 134 at 4 p.m.
BS taken at home 134 ...
Short of breath - Feet get cold
like a toothache - Pain in low back
Dizzy
Rx Plavix 75mg #30 T daily
Decadron 2cc
Celebrex 200mg T daily
Rx Vicoprofen #30

Cecil Taylor 11/11/03
BS taken in the office 134. At home was 134 this morning. Short of breath. Feet hurt and get cold. Has generalized back pain, joint pain like a toothache. Pain in low back. Dizzy spells. PE:EENT-mild redness pharynx. H-NSR AR 72. Lungs-slightly harsh bs. ABD-mild epigastric tenderness. Mild tenderness low back. Ext-neg. IMP: Diabetes mellitus NID fair control. Osteoarthritis generalized. peripheral vascular insufficiency. Diabetic neuropathy of legs. Stroke in right arm and right side of body about ten months ago. RX:Plavix 75 mg #30 #14 from the office. Decadron 2cc. Celebrex 200 mg 1 daily. Vicoprofen #30 1 q3-4h prn pain. Cont. med. listed above, Lasix, Zocor, Elavil, Neurontin, Metaglip, Foltex. Return 2 weeks for followup visit. Maybe another shot.

CASE NO.
PATIENT'S NAME

#20121 - Medical Arts Press 1-800-328-2179

CASE NO. PATIENT'S NAME Cecil Taylor

| DATE MO. DAY YR. | SUBSEQUENT VISITS AND FINDINGS 11-11-03 225 |
|---|---|
| 1-30-04 | Wt 232# BP 132/81 Wt 232# |
| | BS taken in office 164 3:05 pm |
| | [illegible] |

Cecil Taylor 1/30/04
BS taken in the office 164. Pt. comes in today complaining of swelling. Weight is 232 today. Was 225 on 11/11/03. 7 lb. weight gain since we have weighed him in the office. He has had a bout of congestive failure since then. Feels like he is retaining some fluid again now. PE:EENT-neg. Neck is supple. H-NSR AR 72. Lungs-slightly harsh bs. Fine rales at the bases. ABD-liver edge felt in right upper quadrant. Spleen not felt. IMP:Early congestive heart failure with fluid retention. Diabetes mellitus NID fair control. Osteoarthritis generalized. Peripheral vascular insufficiency. Diabetic neuropathy of legs. Stroke right arm and right side of body about 10 months ago. RX:Cont. med. listed previous page, Lasix, Zocor, Neurontin, Elavil, Metaglip, ~~Foltch~~ Plavix 75 mg. Lanoxin .125 mg #60 2 tablets now and 2 tablets repeat in 2 hrs. and then 1 daily and then he will just take Lanoxin 1 daily. Cont. other med. at home. Lasix 20 mg IM. Decadron 2cc. Lasix 40 mg #30 1 bid. Weigh q3 days.

2-2-04 Wt 229 # BS 249 at 10:14 A.M. BP 147/86 VMM

Cecil Taylor 2/2/04
Came in to be weighed. Weighs 229. Was 232. He has lost 3 lbs. in 3 days. BS 249. BP 147/86. His back still hurts. Some better though. DX:As above see 1/30/04 visit.

2-24-04 Wt 230# VMM
2cc Decadron given in Lt hip IM
Back pain

Cecil Taylor 2/24/04
Pt. has had arthritis problem and he has had increased pain in his low back. His weight today was 230. On 2/2/04 he weighed 229. Still has considerable back pain.

DX:As above see 1/30/04 visit. RX:Decadron 2cc in left hip for osteoarthritis generalized and especially low back with low back pain.

VMM

Office Phone 662-283-1221 Res. Phone 662-283-1116

WM. A. MIDDLETON, M. D.
223 Summitt Street
P.O. Box 31
Winona, MS 38967

April 4, 2002

TO WHOM IT MAY CONCERN:

RE:Cecil Taylor

This is to certify that above patient is disabled due to a diagnosis of diabetes mellitus NID, peripheral vascular insufficiency, diabetic neuropathy of legs and osteoarthritis generalized.

Yours truly,

Wm. A. Middleton, M.D.

bm


*GREENWOOD NEUROLOGY CLINIC*
*Karen Plunkett, MD*
*Ravi Pande, MD*

Date of exam: 11/21/02 Cecil Taylor Referring physician: Dr. Middleton

HPI: Cecil is a 61 year old right handed white male with history of uncontrolled Diabetes mellitus. He was diagnosed with diabetes about three years ago. For a couple of years he has noticed tingling and numbness and pain in both legs. He tells me that his feet are always cold and feels like he has been in the snow all the time. Apparently his blood sugar has not been under control and ranges above 200 most of the time. He also has received Decadron shots for questionable arthritis. He has been followed by Dr. Middleton and was referred to us for further evaluation.

Past medical history: As above.
Past surgical history: Colon surgery, intestinal surgery.
Medications: Lasix, Actos, Neurontin 800mg q day, Starlix prior to meals.
Family history: Positive for diabetes on fathers side.
Social history: Denies tobacco, alcohol or illicit drugs.
Allergies: NKDA.

Review of systems: Constitutional: No headaches. Eyes: He has poor vision.. Ears: No problems. Nose: No problems. CV: No chest pain or palpitations. Pulmonary: No cough or shortness of breath. GI: Denies any diarrhea, constipation, is S/P colon and intestinal surgery. GU: No problems. Neuro: Burning and tingling in both feet, pain in legs. MS: Occasional back pain. All other systems reviewed are negative.

PHYSICAL EXAM.
GEN: Well developed, well nourished, white male, in no acute distress.
Vital signs: Weight: 204 pds, Height: 6', Pulse: 76, Blood pressure: 140/84, Resp: 16.
HEENT: Normocephalic, atraumatic.
NECK: Supple, no JVD or bruit.
HEART: RR&R w/o murmur, gallup or rub.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Soft, non tender, non distended, normoactive bowel sounds.
EXTREMITIES: No cyanosis, clubbing or edema.
NEUROLOGIC: Mental status is normal. Speech and language are normal. CN II-XII pupils are equal, round and reactive to light and accommodation. Visual fields are full. Fundi showed diabetic changes. EOM are full. The rest of the CN are intact. Motor exam showed a strength of 5/5 in all four extremities both proximally, distally and all muscle groups. Reflexes are 2+ symmetrical except at the ankles, which was 0. Plantars are down going. Sensory examination showed no vibration sense up to the knees, no position sense even in the ankles and decreased pinprick in stocking glove distribution. Coordination showed good coordination on finger to nose to finger testing. Gait, he is mildly ataxic on bare feet.

IMPRESSION: 1. Polyneuropathy most likely due to diabetes, need to rule out other etiologies mainly B12 deficiency because he has a history of intestinal surgery.
2. Uncontrolled diabetes.

PLAN: 1. We will get lipid profile, Hemoglobin A1c, B12, Folate and TSH levels.
2. His blood sugars need to be under tighter control.
3. Increase Neurontin to 400mg t.i.d. → 800 mg tid
4. Start him on Topamax 25mg b.i.d. for symptomatic relief; I have given him samples. → 50 mg bid [handwritten, partly illegible]
5. I will see him back in four weeks.

Ravi Pande, MD
GNC/mcw
DR: 11/22/02 DT: 11/25/02

002

...nal

Greenwood Leflore Hospital
1401 River Road
Greenwood, MS, 38930

TAYLOR, CECIL
MR #: 475220
Acct #: 46979779

Visit Care Type: OP
DOB: 03/05/1941
Sex: M

Orgz: LAB
Loc: LAB
Svc: NEUROLOGY

PANDE, RAVI

Report for: PANDE, RAVI

CHEMISTRY

GENERAL CHEMISTRY

| TEST | 11/21/2002 11:35 | NORMAL RANGES | UNITS |
|---|---|---|---|
| CHOLESTEROL | 264 H | 0-200 | mg/dL |
| HDL CHOL | 41 | >35 | mg/dL |
| TRIGLYCERIDES | 239 H | 0-200 | mg/dL |
| LDL (CALCULATE\| | 175.2 H | <150 | mg/dL |
| LDL/HDL RATIO | 4.3 | <5 | mg/dL |
| T CHOL/ HDL RA\| | 6.4 H | <5 | mg/dL |
| APPEARANCE | CLEAR | CLEAR | |

RESULTS: CLEAR: SERUM CLEAR

RIA-IMMUNOLOGY

| TEST | 11/21/2002 11:35 | NORMAL RANGES | UNITS |
|---|---|---|---|
| TSH | 1.426 | 0.49-4.67 | MIU/ml |

REFERENCE LAB

REFERENCE LAB

| TEST | 11/21/2002 11:35 | NORMAL RANGES | UNITS |
|---|---|---|---|
| HGB A1C | REF | | |
| VITAMIN B12 | REF | | |
| FOLATE | REF | | |

RESULTS: REF: SPECIMEN SENT TO REFERENCE LAB - RESULTS PENDING

Fax to PCP

TAYLOR, CECIL
Acct #: 46979779

Loc: LAB

printed 11/21/02 1730
Page: 1 of 1

12/06/02 FRI 15:33 FAX 2522 NEUROLOGY 002

LabCorp Laboratory Corporation of America

Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: |
|---|---|---|---|---|
| 325-002-0140-0 | S | KC | COMPLETE | 1 |

ADDITIONAL INFORMATION

FASTING: N
DOB: 3/05/1941

46979779

CLINICAL INFORMATION
CD- 96028577543

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| TAYLOR,CECIL | F | 61 / 8 |

PT. ADD:

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| PANDE R | 475320 |

ACCOUNT: DRS PLUNKETT @ DR PANDE
GREENWOOD LEFLORE HOSPITAL
P.O.BOX 1410
GREENWOOD MS 38935-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 11/21/2002 | 13:31 | 11/21/2002 | 11/22/2002 | 11:13 | 7262 |

ACCOUNT NUMBER: 23502680

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Hemoglobin A1c | | | |
| > A1c | 10.1H | 4.5 - 5.7 | KC |
| | | | KC |

(Factors such as duration of diabetes, adherence to therapy and the age of the patient should also be considered in assessing the degree of blood glucose control)

The following ranges may be used for interpretation of results:
HgbA1c degree of glucose control:
>8% Action suggested*
<7% Goal of Diabetic Therapy**
<6% Normal

*High risk of developing long term complications such as retinopathy, nephropathy, neuropathy, cardiopathy, etc. **Some danger of hypoglycemic reaction in type I diabetics. Some glucose intolerant individuals and "sub-clinical" diabetics may demonstrate HgbA1c levels in this area.

HgbA1c may be overestimated in diabetic patients exhibiting poor control and who are also heterozygous or homozygous for HgbS or HgbC. Total glycohemoglobin is a better indicator of diabetic control in patients with these hemoglobin variants.

FAX to PCP

| TEST | RESULT | UNITS | LIMITS | LAB |
|---|---|---|---|---|
| VITAMIN B12 AND FOLATE | | | | |
| Vitamin B12 | 477 | pg/mL | 211 - 911 | KC |
| Folates (Folic Acid), Serum | 10.9 | ng/mL | | KC |
| | | Normal: | >5.4 | |
| | | Deficient: | <3.4 | |
| | | Indeterminate: | 3.4 - 5.4 | |

LAB: KC LABCORP KANSAS CITY DIRECTOR: NANCY LITTON J MD
1706 N CORRINGTON AVE, KANSAS CITY, MO 64120-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report