# Exhibit 44 (b)





1-3-03 

**GREENWOOD NEUROLOGY CLINIC**
*Karen Plunkett, MD*
*Ravi Pande, MD*

Date of Exam: 12/19/02         Cecil Taylor         Referring physician: Dr. Middleton

HPI: Cecil is a 61 year old right handed white male with a history of uncontrolled diabetes mellitus. He was initially seen by me on 11/21/02 when he presented with symptoms of paresthesias in both legs. He had told me that his feet were always cold and feels like he has been in the snow all the time. During his last visit we did a work up in him including a lipid profile which showed a cholesterol of 264 and LDL of 175 and triglycerides at 329. Hemoglobin A1c level was measured at 10.1 and B12, Folate and TSH levels were within normal limits. He comes in for a follow up visit today. He continues to be symptomatic and continues to have pain in both hips and feet. He denies any other problems.

For other details of the history see my initial clinic notes of 11/21/02.

PHYSICAL EXAM
GEN: Well developed, well nourished, white male in no acute distress.
Vital signs: Weight: 209 pds, Blood pressure: 120/74, Pulse: 80.
HEENT: Normocephalic, atraumatic.
NECK: Supple, no JVD or bruit.
HEART: RR&R w/o murmur, gallup or rub.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Soft, non tender, non distended, normoactive bowel sounds.
EXTREMITIES: No cyanosis, clubbing or edema.
NEUROLOGIC: Mental status is normal. Speech and language are normal. Cranial nerves II-XII are intact. Motor exam showed a strength of 5/5 in all four extremities. Reflexes are 2+ symmetrical, plantars are down going. Sensory examination shows no vibration sense up to the knees, no position sense even in the ankles and decreased pinprick sensation in stocking glove distribution. Coordination showed good coordination on finger to nose to finger testing. Gait is mildly ataxic.

IMPRESSION: 1. Polyneuropathy secondary to diabetes which is very painful.
2. Uncontrolled diabetes.
3. High cholesterol.

PLAN: 1. Increase Neurontin to 800mg t.i.d.
2. Increase Topamax to 100mg b.i.d. over 2 weeks.
3. He requires better control of his blood sugar.
4. Start him on Zocor 40mg q h.s. for control of his cholesterol.
5. I will see him back in one month.

Ravi Pande, MD
GNC/mcw DR: 12/19/02 DT: 12/20/02

**GREENWOOD NEUROLOGY CLINIC**
*Karen Plunkett, MD*
*Ravi Pande, MD*

Date of Exam: 1/16/03    Cecil Taylor    Referring physician: Dr. Middleton

HPI: Mr. Taylor is a 61 year old right handed white male with a history of uncontrolled diabetes mellitus. He was initially seen by me on 11/21/02 when he presented with symptoms of paresthesias in both legs. At that time he had told me that his feet were always cold and feels like he has been in the snow all the time. A work up including a lipid profile showed a cholesterol of 264 and LDL of 175 with triglycerides of 329. Hemoglobin A1c level was measured at 10.1. His B12, Folate and TSH levels were within normal limits. He was last seen by me on 12/19/02 and at that time I had increased his Neurontin to 800mg t.i.d., continued him on Topamax 100mg b.i.d. and started him on Zocor 40mg for control of his cholesterol. He comes in for a follow up visit today. He tells me that yesterday he had a spell when he felt weak on the right face, arm and leg and had tingling and numbness and he was unable to walk. He was also noticed to have slurring of speech. His wife tells me that he was trying to go to the bathroom but he could not make it and he wet himself in the room. He had another spell of numbness on his right side. He went to see Dr. Middleton and was started on Aspirin and since he was coming here today. He still continues to have some numbness and weakness in the right hemibody.

For other details of the history see my initial clinic notes of 11/21/02.

PHYSICAL EXAM
GEN: Well developed, well nourished, white male in no acute distress.
Vital signs: Weight: 204 pds, Blood pressure: 102/60, Pulse: 72.
HEENT: Normocephalic, atraumatic.
NECK: Supple, no JVD or bruit.
HEART: RR&R w/o murmur, gallop or rub.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Soft, non tender, non distended, normoactive bowel sounds.
EXTREMITIES: No cyanosis, clubbing or edema.
NEUROLOGIC: Mental status is normal. Speech and language are normal. Cranial nerves II-XII are intact except for decreased sensation in the right face and depressed nasolabial fold on the right. Motor exam showed a strength of 5/5 on the left upper and lower extremities and right upper and lower extremity strength were measured at 4+/5. Reflexes are 2+ symmetrical except at the ankles which was 0. Sensory examination showed no vibration sense, up to the knees, no position sense in the ankles and decreased pinprick in stocking glove distribution. He also had decreased pinprick sensation in the right hemibody including face, arm and leg. Coordination was decreased on the right side and his fine motor movements were also decreased on the right side. Gait is hemiparetic.

IMPRESSION: 1. Most likely new stroke.
2. Polyneuropathy secondary to diabetes.
3. Uncontrolled diabetes.
4. High cholesterol
5. Hypertension

PLAN: 1. We will admit to GLH for further work up.
2. We will get MRI and MRA of the brain.
3. Carotid ultrasound.
4. Echocardiogram.
5. Routine blood tests.
6. Continue him on Topamax, Zocor, and Neurontin.
7. Start him on Aspirin and Plavix for secondary prevention of stroke.
8. Get physical and occupational consult.
9. We will follow him up in the clinic after discharge.

Ravi Pande, MD
GNC/mcw DR: 01/16/03 DT: 01/17/03

# CARDIOLOGY CONSULTANTS OF OXFORD
DR. J. S. PURDON

CLINICAL, INVASIVE, AND INTERVENTIONAL CARDIOLOGY

2209 Jefferson Davis Drive, Oxford, MS 38655

OFFICE 236-1352
HOSPITAL 232-8100

OFFICE FAX: 236-6828

PHYSICIAN REFERRAL NUMBER
1-888-818-5944

February 24, 2004

Dr. William Middleton
P. O. Box 31
Winona, MS 38967-2234

RE: Cecil E. Taylor

Dear Dr. Middleton:

I saw Cecil E. Taylor on February 19, 2004 and I have enclosed a copy of my office notes for your records. I will update you on the results of his catheterization procedure which is scheduled for Wednesday.

I appreciate again very much the opportunity to see Mr. Taylor and to participate in his care.

With kindest personal regards,

J.S. Purdon, M.D.

JSP/sh

Enclosure

Cardiology Consultants of Oxford
Office Progress Note
Dr. J.S. Purdon

Patient:            Cecil E. Taylor                    Chart Number:   10625

Date:               February 19, 2004

Family Physician:   Dr. Middleton

Person Making Appointment:   Dr. Roberts

Reason for Appointment:      Chest pain and congestive heart failure.

Age: 62   Sex: Male   Ht: 6   Wt: 233   BP: 110/60

Medications (as of 2/19/2004)  1) Amaryl 8 mg b.i.d.  2) Neurontin 800 mg t.i.d.
3) Plavix 75 mg qd  4) ASA 81 mg qd  5) Cozaar 25 mg qd  6) Lasix 60 mg b.i.d.
7) Elavil 50 mg b.i.d.  8) Lanoxin 0.125 mg qd  9) Zelnorm 5 mg b.i.d.  10) Pepcid
20 mg prn  11) Risperdal 2 mg qd  12) Vicoprofen prn

**ALLERGIES:**   No known drug allergies.

**DIAGNOSES:**
1) Crescendo angina.
2) Questionable significant coronary artery disease and/or coronary vasospasm.
3) Congestive heart failure syndrome.
4) Non insulin dependent diabetes mellitus.
5) Peripheral neuropathy related to diabetes.
6) Cerebral vascular disease.
7) Prior limited right body CVA.
8) Hypertension.
9) Depression.
10) Irritable bowel syndrome.
11) Gastroesophageal reflux disease with only intermittent symptoms.
12) Mild exogenous obesity.
13) Diverticular disease.

**HISTORY:** The patient presents now after seeing Dr. Roberts. He sees Dr. Middleton as his primary physician. The patient presents with a history of discomfort in the chest and shortness of breath. He has been on treatment with diuretic therapy. He had on an Echocardiogram sent



Cecil E. Taylor
February 19, 2004

with him evidence of preserved ventricular systolic function but some evidence suggesting diastolic dysfunction. He has known cerebral vascular disease with non critical disease in the carotids but apparently he has had a limited right body CVA. The etiology is unclear but he has done well on Aspirin and Plavix. He does need to follow salt and fluid restriction. He thinks he has gained about 7 pounds of fluid in the last week. I did explain salt and fluid restriction along with following daily weights and appropriate actions to take regarding daily weights. He describes a discomfort in the chest. He states it feels at times like a bit egg in the chest. He holds a fist over the mid sternal area. He has noted the chest discomfort daily and at times up to 4 to 5 times a day. It is usually fairly brief just lasting a few minutes. It is atypical in that it is sporadic. He states he is inappropriatelt short of breath now with any exertion and this certainly could be related to high filling pressures or it may be an anginal equivalent. He unfortunately has been an avid fluid drinker and I think certainly that has added to the problem. We did go over fluid management extensively. He does need to lose weight and follow risk factor modification. I have discussed the options with the patient. He wants to come in Wednesday for right and left heart catheterization. We will schedule that as an outpatient. He will follow-up with Dr. Roberts and Dr. Middleton as needed. There is no known prior history of myocardial infarction. He has had failure signs and symptoms. He has not been aware of any significant rhythm disturbances.

**PAST SURGICAL HISTORY:** Some sort of surgery on his stomach in the remote past. He has had surgery related to diverticular disease. He does not know the specifics.

**PAST MEDICAL HISTORY:** Anginal syndrome. Congestive heart failure. Prior limited right body CVA now with no notable residual deficits. Non insulin dependent diabetes mellitus. Peripheral neuropathy related to diabetes. Irritable bowel syndrome. Mild exogenous obesity. Gastroesophageal reflux disease with only intermittent symptoms. Depression. Hypertension. Diverticular disease.

**PSYCHOSOCIAL:** Married 14 years. Non smoker and non drinker. His family support system is unknown.

**FAMILY HISTORY:** Positive for heart disease in his mother.

**REVIEW OF SYSTEMS:**
  NEUROPSYCHIATRIC: No history of psychiatric illnesses. No psychotropic drug use. No history of TIA or seizures. Prior limited right body CVA now with no notable residual deficits. No known neuro degenerative processes. Positive for depression. Peripheral neuropathy related to diabetes.
  CARDIAC: See HPI.



Cecil E. Taylor
February 19, 2004

**PULMONARY:** No fever, chills, sweats, cough, or sputum production. No history of pneumonia or tuberculosis. No wheezing or asthma.
**GASTROINTESTINAL:** Positive for gastroesophageal reflux disease with only intermittent symptoms. No history of peptic ulcer disease. No problems with swallowing or elimination. No bowel habit changes. No history of pancreatic or liver abnormalities notable. Positive for irritable bowel syndrome. No history of inflammatory bowel disease, GI tumors, or GI blood loss. Positive for diverticular disease. No problems with constipation or diarrhea.
**GENITOURINARY:** No obstructive signs or symptoms. No kidney stones. No recent infections. No dysuria, frequency, hematuria, or nocturia.
**SKIN:** No skin cancers or bothersome skin lesions. No history of pruritus, rash, or psoriasis.
**ENDOCRINE:** No history of thyroid, pituitary, or adrenal abnormalities. Positive for non insulin dependent diabetes mellitus and mild exogenous obesity. Positive for hypertension.
**MUSCULOSKELETAL:** Negative for arthritis. No collagen vascular diseases.
**ALLERGY/IMMUNOLOGIC:** Negative.
**LYMPHATIC/HEMATOLOGIC:** No lymphatic abnormalities. No bleeding diathesis or blood dyscrasias. No history of bone marrow problems.

**PHYSICAL EXAMINATION:**
**GENERAL:** Well developed overweight white male in no acute distress at the time of the exam.
**MENTAL STATUS:** Appears to be within normal limits.
**HEAD & NECK:** Normal to inspection. Ejection sounds are noted over the carotids. No carotid bruits are noted. The carotid upstrokes are brisk. Facial symmetry is present. The extra ocular movements are intact. No thyromegaly or adenopathy noted. The neck is supple. There is no jugular venous distention with the patient sitting.
**CHEST:** Normal precordium. Regular rate and rhythm. No murmur, rub, gallop, or click noted. Lungs are clear with normal respiratory movements noted. The patient is not tachypneic or hyperpneic at rest.
**ABDOMEN:** Soft and non tender. No masses or organomegaly appreciated.
**GENITORECTAL:** Not done.
**EXTREMITIES:** No clubbing, cyanosis, or edema present. Arterial inflow is acceptable and equal.
**NEUROLOGICAL:** Grossly intact to casual observation. No focal or localizing deficits are present.

**PLAN:** Continue along with current therapy. He will come in for Cardiac Catheterization. We did go over fluid management with him as indicated. He will follow-up with Dr. Middleton and Dr. Roberts as needed. I will see him back at the time of the catheterization. He does not give a history of allergy to iodine.

Cecil E. Taylor
February 19, 2004

DISCHARGE MEDICATIONS: 1) Amaryl 8 mg b.i.d. 2) Neurontin 800 mg t.i.d. 3) Plavix 75 mg qd 4) ASA 81 mg qd 5) Cozaar 25 mg qd 6) Lasix 60 mg b.i.d. 7) Elavil 50 mg b.i.d. 8) Lanoxin 0.125 mg qd 9) Zelnorm 6 mg b.i.d. 10) Risperdal 2 mg qd 11) Pepcid 20 mg prn 12) Vicoprofen prn 13) prn antacid of choice 14) prn Nitrates 15) prn Tylenol

J.S. Purdon, M.D.

JSP/sh

Page 4 of 4

# CARDIOLOGY CONSULTANTS OF OXFORD

DR. J. S. PURDON

CLINICAL, INVASIVE, AND INTERVENTIONAL CARDIOLOGY

2209 Jefferson Davis Drive, Oxford, MS 38655

OFFICE 236-1352
HOSPITAL 232-8100

OFFICE FAX: 236-6828

PHYSICIAN REFERRAL NUMBER
1-888-818-5944

August 4, 2004

Dr. William A. Middleton
223 Summit St.
Winona, MS. 38967-2234

RE: Cecil E. Taylor

Dear Bill:

I saw Mr. Taylor on April 22, 2004, and I have enclosed a copy of the office notes for your records. He will be following up with you soon and regularly. I will see him back again in a year or anytime you feel it is helpful.

I appreciate very much the opportunity to see this nice gentleman and to participate in his care.

With kindest personal regards,

J.S. Purdon, M.D.

JSP/ab

Enclosure

## Cardiology Consultants of Oxford
## Office Progress Note
## Dr. J.S. Purdon

Patient:   Cecil E. Taylor                              Chart Number: 10625

Date:      4/22/04

Family Physician:         Dr. Middleton

Person Making Appointment:   Patient

Reason for Appointment: Shortness of breath, swelling, F/U stent.

Age: 63    Sex: Male    Ht: 6' 0"    Wt: 234    BP: 86/50

Medications (as of 4/22/04): 1) Amaryl 8 mg b.i.d. 2) Neurontin 800 mg q t.i.d. 3) Plavix 75 mg q d. 4) Ec ASA 325 mg q d. 5) Cozaar 25 mg q d. 6) Lasix 40 mg b.i.d. since 4/20. 7) Elavil 50 mg b.i.d. 8) Lanoxin 0.125 mg q d. 9) Risperdal 2 mg q p.m. 10) Pravachol 40 mg q hs. 11) Humulin 50 u sq b.i.d. 12) O-2 BNC prn. 13) Pepcid 20 mg prn. 14) Vicoprofen tabs prn. 15) Nitrostat 0.4 prn.

DX:   1) Chronic stable angina not achieving anginal threshold with usual activity.
      2) Coronary artery disease.
      3) Prior coronary angioplasty and stenting procedures involving the proximal right coronary artery and angioplasty and stenting procedures involving the proximal posterior descending coronary artery.
      4) Insulin dependent diabetes mellitus.
      5) Prior limited right body CVA with no notable residual deficits.
      6) Irritable bowel syndrome.
      7) Gastroesophageal reflux disease.
      8) Depression.
      9) Marginal hypertension.
      10) Exogenous obesity.
      11) Cerebrovascular disease with non-critical lesions noted on prior studies.
      12) Peripheral neuropathy related to diabetes.
      13) Congestive heart failure related to diastolic dysfunction.
      14) Dyslipidemia.

**HISTORY:** The patient's history is well known and documented in the chart. I have reviewed the chart today. He presents now complaining of shortness of breath and swelling. He will need

**EKG REPORT**
Cardiology Consultants of Oxford
2209 Jefferson Davis Drive
Oxford, MS  38655
(662) 236-1352

---

Patient:     Cecil E. Taylor                                               Chart Number: **10625**

Date:        4/22/04

IMPRESSION:
    1) Normal sinus mechanism at a rate of 87.
    2) Normal EKG.

                                                          J.S. Purdon, M.D., F.A.C.C.

JSP/ab