# Exhibit 45

## THE GREENVILLE CLINIC

PATIENT: Tommy Hardy     DOCTOR: Folk     CHART:

DATE: 03-31-04                DOB:

STUDY: Chest.

The chest film exhibits a normal sized cardiac silhouette. There is evidence of previous median sternotomy. Slight bronchovascular crowding in the right base is present.

CONCLUSION: No acute cardiopulmonary disease.

**Previous median sternotomy.**

INTERPRETED BY: Don Prior, M.D.

DP/shj

72438841F0475C43AE0E-HARDY

| The Greenville Clinic, P.A. | | Progress Notes |
|---|---|---|
| DATE | | |

**FEB 26 2003**  Wt 264  T 97  R 20 P 80 BP 180/90    PCP - Dr. Dave Walt
                                                       Ref - Dr. Dimmon

f/u for (L) Ulnar neuropathy.
The pain is less on Neurontin than prior to that. It is worse in the morning. Able to do more c̄ his hand.

~~Focal~~ weakness of (L) 5th > 4th finger flexion. Adduction Almost nl.

↓ LT in the (L) 5th finger. ⊕ hyperesthesia

NCS 1.23.03: (L) Ulnar neuropathy @ the elbow.

Imp: (L) Ulnar nerve entrapment neuropathy.

plan: ① ↑ Neurontin to 800 bid
      ② OT for (L) hand weakness
      ③ Consider surgical release if weakness persists or worsens
      ④ RTC 6 wk.

HARDY, TOMMY
Patient 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   09/22/1954    42202
                                    843-6740

72438841F0475C43AE0E·HARDY

**The Greenville Clinic, P.A.** — Progress Notes

| DATE | | |
|---|---|---|
| JAN 15 2004 | Wt 255  T 98.3  R 20  P 88  BP 130/100 | PCP - Dave Walt<br>Ref - Dr. Hammons |

Numbness/weakness in the (L) 4th & 5th finger since he had Sx (CABG, 4V) october 3, 03.

Exam: ⊖ C-spine tenderness
⊖ tenderness in the (L) elbow
No atrophy in the hand muscles;
⊕ hyperesthesia in the (L) hand medially, (L) 4th & 5th finger.
Weakness in the (L) 5th finger flexion (suboptimal effort 2° pain).

Imp: ① (L) Ulnar nerve neuropathy.
     Hyperesthesia
② Neurontin 300 mg bid, ↑ to 600 mg bid in 2 wks if pain persists
③ B/L Arms NCS
   ((L) hand pain & weakness
    Ulnar neuropathy)
④ RTC 6 wk

Patient HARDY, TOMMY   42202
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  09/22/1954  843-6740

**BEN P. FOLK, MD  FACC  FACP**
Cardiology
The Greenville Clinic, PA
1502 South Colorado Street
Greenville, MS  38703

March 31, 2004

**Office consult:** Patient questionnaires and documentation on chart reviewed.

**PATIENT:** Tommy Hardy          **SSN:** 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          **DOB:** 9/22/54

**REFERRED BY:** Mississippi Disability Services

**CLINICAL SUMMARY:** 49 year old African American man with chronic chest pain / chest tightness, exertional dyspnea, and palpitations; he has known ischemic heart disease with coronary artery bypass surgery in October 2002. Since his surgery he has continued to have problems with chest pain on a daily basis; the pain is in his upper left chest and is a sharp tight sensation that is fairly chronic; it can worsen at any time and is not typically worse with exercise or at night; the pain improves with rest and/or nitroglycerin sublingually. The pain is also associated with shortness of breath, nausea, and weakness. He has also noted left had numbness and weakness since his coronary artery bypass surgery.

**CARDIAC RISK FACTORS:** known ischemic heart disease – with previous coronary artery bypass surgery; hypertension; hyperlipidemia

**MEDICATIONS:** Lopressor 50 mg BID, Lasix 40 mg qAM, Potassium 20 mEq qAM, aspirin 81 mg daily, Lipitor 10 mg daily, multivitamin supplement daily, Lanoxin 0.25 mg daily, Neurontin 600 mg BID, Vioxx 25 mg daily, Nitroglycerin 0.4 mg sublingually prn

Allergies: penicillin
Pertinent past history: as noted above

**EXAM:**          Heart rate= 80          BP= 167/90          Weight= 268  pounds
Remarkable for: well nourished well developed obese African American man; lungs are clear to auscultation; a well healed sternotomy scar is noted; he has mild numbness and tenderness in the left upper chest; heart has a regular rate and rhythm with an S4 gallop and a 2/6 midsystolic murmur at the left sternal border; the left had has numbness of the 3rd, 4th, and 5th digits; trace lower extremity edema is noted.

**CARDIAC STUDIES:**
 - Chest x-ray – done – report attached

**IMPRESSION:**
1. chronic chest pain post coronary artery bypass surgery – likely associated with left internal mammary graft harvest.
2. left ulnar nerve palsy – post coronary artery bypass surgery – may be due to brachial plexus injury associated with left internal mammary graft harvest
3. ischemic heart disease – post coronary artery bypass surgery in October 2002
4. hypertension
5. hyperlipidemia – treated on Lipitor
6. obesity

**RECOMMENDATIONS:**
1. Mr. Hardy has had complications from coronary artery bypass surgery and will likely continue to have chronic problems with chest pain and difficulty with use of his left hand. His symptoms are not clearly related to ischemic heart disease at this point; a treadmill test or nuclear perfusion cardiac stress test might be helpful in reassessing any residual cardiac ischemia that might be contributing to his symptoms. However, in a patient with known ischemic heart disease and chronic chest pain – even though due to a non-cardiac cause – his ability to engage in regular employment will be questionable; he will also continue to have problems with use of his left hand.
2. if there are questions or other concerns about his condition, please give me a call.

**FOLLOW-UP:** per Mississippi Disability Services

tommy hardy 04.03.31 / 496

Ben P. Folk, MD  FACC FACP          Phone 662-332-9872          Fax 662-378-0290          Email folkben@tecinfo.com
Page 1 of 1

## Cardiovascular Questionaire

Ben P. Folk, MD FACC

Please answer the following questions:

What is your main heart problem now? **Fast beating + short of breath and chest pain**

| Do you experience chest pain or angina? | **(Yes)**  No | | | | |
|---|---|---|---|---|---|
| If yes - circle appropriate responses | | | | | |
| how often? | **(constantly)** | once a day | **(several times a day)** | weekly | monthly |
| when does the pain come on? | at rest | with exercise | when upset | **(anytime)** | |
| how long does it last? | seconds | **(minutes)** | hours | days | |
| how does it feel? | aching | burning | squeezing | **(sharp)** | pressure | **(tightness)** | other |
| does it radiate to your? | back | right arm | **(left arm)** | both arms | **(neck)** | abdomen |
| do you also feel with the pain | **(shortness of breath)** | dizziness | **(nausea)** | **(weak)** | |
| is it worse? | after eating | at night | | | |
| can you relieve the pain? | by resting | **(taking nitroglycerin)** | **(lying down)** | | |

Have you had any heart attacks?   Yes   **(No)**
If yes - indicate when and what hospitals:

| Indicate if your have had: | Yes | No | Not sure | If YES - Year | Hospital | Doctor | Comments |
|---|---|---|---|---|---|---|---|
| EKG | | | | | | | |
| Holter monitor | | | | | | | |
| Treadmill Test | | | | | | | ? St. Dominic Jackson |
| Echocardiogram | | | | | | | ? npcs |
| Heart cath | | | | | | | |
| Angioplasty / stent | | | | | | | |
| Heart bypass surgery | | | | | | | |
| Heart valve surgery | | | | | | | |
| Cardiac pacemaker | | | | | | | |

Circle if you have an of the folowing:

| **(High blood pressure)** | Diabetes | **(High cholesterol)** | Smoked in past 5 yrs | Family members with heart attacks under 55 years old |
|---|---|---|---|---|
| **(Shortness of breath)** | Resting | On exertion | At night | Lying down |
| Palpitations | **(Dizziness)** | | Blackouts | |
| **(Swelling of feet)** | | Swelling of abdomen | | |
| Rheumatic fever | | Heart murmur as a child | **(Congenital heart defects)** | |

Name / Signature: *Tommy Hardy*          Date: **3-31-04**

HARDY, TOMMY          42202
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   09/22/1954   843-6740

**Cardiovascular Questionaire**          Ben P. Folk, MD FACC

72438841F0475C43AEDE-HARDY

| Date | | JAN 15 2003 | FEB 26 2003 | APR 08 2003 | MAR 31 2004 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hgt | Age | 47 | 48 | | 49 | | | | | | |
| IBW | Wgt | 265 | 264 | | 268 | | | | | | |
| Temp | | 97.3 | 97.1 | | | | | | | | |
| Resp | | 20 | 20 | | | | | | | | |
| Pulse | | 88 | 80 | | 89 | | | | | | |
| BP | Right Arm | | 130/90 | | 170/90 | | | | | | |
| BP | Left Arm | 150/100 | | | | | | | | | |
| ABI's | R   L | | | | | | | | | | |
| Body Surface | | | | | | | | | | | |
| Medications | | | | | | | | | | | |
| 1 Lopressor 50 BID | | ✓ | | | | | | | | | |
| 2 Lasix 40 ± QD | | ✓ | | | | | | | | | |
| 3 Potassium 20meq QD | | ✓ | | | | | | | | | |
| 4 ASA 81mg ÷ QD | | ✓ | | | | | | | | | |
| 5 Multivitamin c iron QD | | ✓ | | | | | | | | | |
| 6 Vioxx 25mg ± q am | | ✓ | | | | | | | | | |
| 7 Lipitor 10mg - q am | | ✓ | | | | | | | | | |
| 8 Lanoxin .25mg ± q am | | ✓ | | | | | | | | | |
| 9 Neurontin 600mg ÷ BID | | ✓ | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| Follow-up | | MS | | | | | | | | | |

The Greenville Clinic, P.A. Flow Sheet

HARDY, TOMMY          42202
Patien 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   09/22/1954   843-674C

72438841F0475C43AE0E-HARDY