# Exhibit 46

Diagnosis: Hypertrophy of bone - - Right Foot (733.99)
Exostosis - Right Foot (726.91)

Course of treatment by Physician/Practitioner or if referred to other Provider of Health Services:
Surgery scheduled for 9-5-03

Date disabled from work 9 - 5 - 03 (Month Day Year) Probable duration of condition 10 - 20 - 03 (Month Day Year)

Date disability ended/released to return to work -NA- Number of visits -NA-

Nature/duration of treatment:
Interphalangeal fusion, Right Hallux
Sesamoidectomy, Right Hallux w/ pin(s) fixation

Include schedule of visits/treatment if it is a medical necessity for patient to work intermittently or less than normal scheduled hours:
Surgery scheduled for 9-5-03, weekly visits - post - op

**MATERNITY ONLY**

Estimated Due Date ...... Date of Birth of child . Type of Delivery

**PHYSICIAN STATEMENT - TO BE COMPLETED FOR EMPLOYEE DISABILITY**

Is inpatient (overnight) hospitalization required? ☐ Yes ☒ No
Is team member able to perform work of any kind? ☐ Yes ☒ No
(If no, skip to next question)

Is team member able to perform the essential functions of team member's position? ☐ Yes ☒ No
(Answer after reviewing the essential functions of the team member's Target job description. If none provided, after discussing with team member.)

**PHYSICIAN STATEMENT - TO BE COMPLETED FOR EMPLOYEE ... SERIOUSLY ILL FAMILY MEMBER**

Is inpatient hospitalization of the family member (patient) required? ☐ Yes ☐ No
Does (or will) patient require assistance for basic medical, hygiene, nutritional needs, safety or transportation? ☐ Yes ☐ No
After reviewing the Team Member's Statement on reverse side, is team member's presence necessary or would it be beneficial for the care of patient (may include psychological comfort)?
☐ Yes ☐ No Estimate the period of time the team member's presence would be beneficial.

**PHYSICIAN SIGNATURE**

[signature] 9-3-03 Podiatry
Signature of Physician/Practitioner Date Type of Practice

**HUMAN RESOURCES REPRESENTATIVE**

Date leave requested by team member (Month Day Year)

BRIDGETTE SHIELDS 25312570

Date FMLA notification and Physician Statement given/mailed to team member (Month Day Year)

**RETURN COMPLETED FORM TO:**

Target T- Attn: Human Resources Representative
Street Address:
City/State/Zip

TM-2-... TRM ... P.O. BOX 1481 MPLS, MN 55440-1481 FAX # 612-...-8133

Form 623 BRIGGS, Des Moines, Iowa 50306

| Date | Notes Should Be Signed by Physician |
|---|---|
| 4/6/04 | What Happened? |
| | A wooden pallet was dropped on my right Foot. |
| | When did it happen? |
| | Thursday April 1, 04 |
| | Where did it happen? |
| | At Target |
| | How did it happen? |
| | A team member dropped a wooden pallet with several Boxes on my Foot. the pallet was released from the pallet JACK |

| Name—Last Shields, | First Bridgette | Middle | Hospital No. 6055 |
|---|---|---|---|
| Location in Hospital | Clinic or Service OFFICE | | Attending Physician DR. SOTOLONGO |

PRINTED IN U.S.A.

PROGRESS NOTES

Form 823 BRIGGS Des Moines, Iowa 50306

| Date | Notes Should Be Signed by Physician |
|---|---|
| 9-7-04 | Patient called about Rx for neurontin, Sd some one would be contacting us about Rx. She has put in a claim also sd her pain management doctor took her off neurontin on July. |
| | C Lewis |

| Name—Last | First | Middle | Hospital No. |
|---|---|---|---|
| Shields | Bridgette | | 6055 |

| Location in Hospital | Clinic or Service | Attending Physician |
|---|---|---|
| | OFFICE | DR. SOTOLONGO |

PROGRESS NOTES

Telephone: (601) 362-6230 DEA #

Lic. #80114

DR. ROSE MARIE`SOTOLONGO

4959 N. State St. Jackson, MS 39206

Name Bridgette Shields Date 9/1/04

Address

℞ PATIENT Postop IPJ Hallux Fusion INJURY ON 4-1-04

BURNING PAIN NOW - NEURALGIA

☐ Label Rx Neurontin

Refill - 0 - 1 - 2 - 3 - 4 - PRN 2 wks off work c̄ Post op shoe

, D.P.M. , D.P.M.

Dispense As Written Substitution Permissible

by carrier. Always check the most current guidelines for the patient's insurance carrier which may vary from this form.

DR. SOTOLONGO

Established ___ min

**1 CHIEF COMPLAINT & CONSTITUTIONAL OBSERVATIONS** New CC or Follow-up to CC from ___ /4

CC & Duration: 5 1/2 mo PO
RH ... 
Rx neurontin
Patient presents doing well

Last Treatment Date: ___/___/___
Reviewed Prior History of: ___/___/___
No Change in ROS / No Change in PFSH
Reviewed X-rays / Records of Previous Dr.

Medicine List [NONE], [NC], Confirmed from History — Allergy List [NONE], [NC], Confirmed from History

Pt. Referred by ___
Prmry Care Phys'n ___
Date Last Seen by PCP: ___/___/___

[N] [Y] Diabetic ___ yr(s); IDDM? [Y] [N] ___ Patient [CAN] [CANNOT] communicate ___

• (3 of 5) Ht ___ Wt ___ Temp ___ Pulse ___ /min [REG] [IRREG] B/P: ___

• Body Habitus ___ Deformites [N] [Y] ___ Ambulatory? [Y] [N] [Cane] [Wlkr] [WhlChr]

• Patient is Alert [Y] [N] & [Y] Oriented or NOT to: [N] Time; [N] Place, [N] Person • Mood, Affect is: [X] WNL or [Y] Depressed, [Y] Agitated, [Y] Anxious, [Y]

**2 DERMATOLOGICAL EXAMINATION** [R] [L] Only changes since last dermatological exam on ___ are marked /2

[NDR] Not Directly Relevant to Pt's Complaint [WNL] All Within Normal Limits [NC] No Changes

| | R | | | L | | |
|---|---|---|---|---|---|---|
| Skin Temp. | WNL | COOL | HOT | WNL | COOL | HOT |
| Skin Texture | WNL | THIN | SHINY | WNL | THIN | SHINY |
| Skin Elasticity | WNL | DECREASED | | WNL | DECREASED | |
| Skin Turgor | WNL | DECREASED | | WNL | DECREASED | |
| Hair Growth | WNL | ABSENT | | WNL | ABSENT | |
| Pigmentation | WNL | | | WNL | | |

[-] [R] [L] Scaling [-] = both absent; [-] [R] [L] Stasis Pigmentation; [-] [R] [L] Dependent Rubor; [-] [R] [L] Papules; [-] [R] [L] Heloma Milliare; [-] [R] [L] Verrucae

[-] [R] [L] Fissures; [-] [R] [L] Abscess; [-] [R] [L] Vesicles; [-] [R] [L] Porokeratoderma; [-] [R] [L] Severe Keratoderma; [-] [R] [L] Cellulitis

LOCATION OF: [P]AIN, [I]NFECTION, [V]ERRUCAE, [E]RYTHEMA, [C]ALLOSITIES, [U]LCER, [S]ITE OF INJECTION, [O]THER

Right Foot — no swelling — Left Foot

[-] = ABSENT ON ALL TOES — Right Foot — Left Foot

Abnormal Nail Conditions: [None] Circle appropriate symbols if improved

| | Right | | | | | Left | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| [-] Painful [N]ail/[B]order On Palpation | 5 | 4 | 3 | 2 | 1 | 1 | 2 | 3 | 4 | 5 |
| [-] Nail Incurvation Onychocryptosis | 5 | 4 | 3 | 2 | 1 | 1 | 2 | 3 | 4 | 5 |
| [-] Border Inflamation Paronychia | 5 | 4 | 3 | 2 | 1 | 1 | 2 | 3 | 4 | 5 |
| [-] Border Infection Abscess, Cellulitis | 5 | 4 | 3 | 2 | 1 | 1 | 2 | 3 | 4 | 5 |
| [-] [S]plit, [L]aceration Onycholysis | 5 | 4 | 3 | 2 | 1 | 1 | 2 | 3 | 4 | 5 |
| [-] Discoloration | 5 | 4 | 3 | 2 | 1 | 1 | 2 | 3 | 4 | 5 |
| [-] Thickening, ≥ 3 mm Onychogryphosis | 5 | 4 | 3 | 2 | 1 | 1 | 2 | 3 | 4 | 5 |
| [-] Yellow, Brittle, Crumbly &/or Subungual Debris Onychomycosis | 5 | 4 | 3 | 2 | 1 | 1 | 2 | 3 | 4 | 5 |
| | T9 | T8 | T7 | T6 | T5 | TA | T1 | T2 | T3 | T4 |

Heloma Dura: [None] Right Foot Left Foot
[-] w/Pain
[-] PIPJ
[-] DIPJ
[-] Distal

Plantar Lesions: [None]

| | Right | | | | | Left | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| [-] IPK w/ Hyperostosis | 5 | 4 | 3 | 2 | 1 | 1 | 2 | 3 | 4 | 5 |
| [-] Shear | S | S | S | S | S | S | S | S | S | S |
| [-] Hemorrhage | H | H | H | H | H | H | H | H | H | H |
| [-] Painful Met Hd Capsulitis | P | P | P | P | P | P | P | P | P | P |

[-] Ulcers: Location — Venous, Arterial, Pressure — Size — Depth
___ [V] [A] [P] ___ x ___ cm ___ mm
___ [V] [A] [P] ___ x ___ cm ___ mm
___ [V] [A] [P] ___ x ___ cm ___ mm

**3 VASCULAR/LYMPHATIC EXAMINATION** Only changes since last vascular-lymphatic exam on ___ are marked /2

[NDR] Not Directly Relevant to Pt's Complaint [NC] No Changes [WNL] All Within Normal Limits

• Arterial/Venous — Dorsalis Pedis [0] [1] [2] [3] [4] [R] [L] [0] [1] [2] [3] [4]; Post. Tibial [0] [1] [2] [3] [4] PULSES [0] [1] [2] [3] [4]

RATING KEY: 0= NON PALP, 1= TRACE, 2=DIMINISHED, 3= NORMAL, 4= BOUNDING

• SPVPFT* ___ sec. [WNL] ___ sec. [WNL]

* WNL = FILLS IN 3-5 SEC, WITH LEG ELEVATED TO 60°, AFTER SQUEEZING THE HALLUX

R L Absent [-], Present [+]
[-][+] [-][+] Edema
[-][+] [-][+] Varicosities
[-][+] [-][+] Telangectasis

R L Lymphatic
[-][+] [-][+] Swlln Popliteal Nodes
[-][+] [-][+] Lymphedema
[-][+] [-][+] Lymphangitis

Physical Examination Continues On The Other Side (Page 2) of This Form.

Patient CC/Problem Number(s) CC:

PATIENT NAME LAST, FIRST, MIDDLE: Shields, Bridgette — SSN — SEX — AGE — DOB / / — 2004 — OFC - PODIATRIC SERVICES REPORT

Confidential
MEDICAL RECORD FROM THE OFFICE OF

**Dr. Rose Marie Sotolongo**
Routing Slip

Control Number HB-

355.6 726.8

| PATIENT ACT. NO. / SOC. SEC. NO. | CLAIM NO: | DATE OF SERVICE | TIME SPENT | DATE OF INJURY |
|---|---|---|---|---|
| 6055 | | 2-20-04 | | / / |

| LAST NAME | FIRST NAME | M. I. | SCHEDULE NEXT VISIT | FOR VISIT OF TYPE | TIME REQ. |
|---|---|---|---|---|---|
| Shields | Bridgette | | | | |

TREATMENT AUTHORIZATION Yes No #
AUTHORIZATION EXPIRES / / # VISITS APPRVD # REMAINING
PREVIOUS TX POST-OP EXPIRES ON / / NEW TREATMENT POST-OP EXPIRES / /

Dx 355.6 726.91 110.4

| # | PROCEDURE | MODIFIERS | R | L | QTY | DX# | PROCEDURE | MODIFIERS | R | L | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 99213 | | | | 1 | 2 3 | | | | | |
| | 73620 | | | | 2 | | | | | | |

For Medicare: Use of Modifier 24 requires notatation in box 19 of: (CPT of Previous) Surgery (date) on / / (ICD-9) for

PROCEDURE-MODIFIER CODES
22 Unusual Procedural Services, Report Required
24 Unrelated E&M Service By Same Physician During Post-Op Period, Report Required
25 Significant Separate E&M on Procedure Day
32 Mandated Service (i.e. by 3rd party)
50 Bilateral Procedure GA Waiver Signed
57 E&M-Day of or Day Before Major Srgcl Prcdure
58 Staged or Related Procedure / Service During Post-op Period by Same Physician
59 Distinct Procedrl Service Performed Same Day
76 Repeat Procedure by Same Physician
78 Post-Op Return to O.R. - Related Procedure
79 Unrelated Procedure during Post-Op Period
80 Assistant Surgeon 90 Purchased Lab Srvc
99 Multiple Modifiers ZX CMN Requirement Met

TA=Left 1st Toe, T1=L2, T2=L3, T3=L4, T4=L5, T5=Right 1st Toe, T6=R2, T7=R3, T8=R4, T9=R5
= Diabetic codes Require 5 Digits
0 = Adult Onset, Type II
1 = Juvenile Type, Type I
2 = Adult Onset, uncontrolled, Type II
3 = Juvenile, uncontrolled, Type I

Facility Code & : Treatment Location
☐ 11 Office ☐ 21 Inpatient Hosp. ☐ 24 Ambultry Srgcl Cntr ☐ 32 Nursing Facility
☐ 12 Home ☐ 22 Outpatient Hosp. ☐ 31 Skill'd Nursing Fclty ☐ 33 Custodial Care Faclty
☐ Medicare Only ☐ Medicaid Only ☐ Medicare / Medicaid ☐ Medicare / Private
☐ Private Insrnc ☐ Private / Private ☐ Blue Cross/Shield ☐ Work Comp ☐ Lien
Name(s) ☐ HMO ☐ PPO ☐ Cash

% Co-Payment on Fees — Previous Insurance Balance $
$ Co-Payment / Visit — Previous Patient Balance $
$ Annual Deductible — Copayment Due Today $
$ Deductible Met — Non-Covered Services Today $
$ Remaining Deductible — Deductible Due Today $
Patient made payment by: ☐ Cash ☐ Check # — Pat. Amount Due Today $
☐ Visa ☐ MC ☐ AmEx ☐ Discover — Amt. Patient Paid Today $

**NEURO / MUSCULO / SKELETAL**
Achilles, Bursitis, Tndinitis 726.71; Arthralgia, Pain in Jnt, Ft&Ankl 719.47; Arthritis, Gouty Arthrpthy 274.0; Infectious Ft/Ankle 711.07; Osteo-, Local, F&A 715.97; Rheumatoid 714.0; Bursitis or PeronealTendinitis 726.79; Capsulitis, Tendinitis, NOS 726.90; Contracture of Joint, Ankle, Ft 718.47; Contrctr, Tendon(Shth)Achilles 727.81; Edema, Localized, NOS 782.3; ExostosisNOS(BneSpr, SbUngl) 726.91; HalluxAbductoValgus, Acqrd 735.0

**NEURO / MUSCULO / SKELETAL**
Hallux Rigidus / Limitus 735.2; Hammertoe, Other, Acquired 735.4; Hypertrophy/Bone, Sesamoiditis 733.99; Myalgia/Myositis, Fibro-, NOS 729.1; Neoplasm, Bone, SoftTiss, Skin 239.2; Neuritis, Mono-, Lower Limb 355.79; Neuroma, LesnPlantrNrv(Morton) 355.6; Pain, Foot / Limb 729.5; Periostitis, Foot & Ankle 730.37; Plantar Fasciitis, Traumatic 728.71; Plantarfxd Metatrsl (UnspcDfrmty) 736.70; Tendinitis, Tibialis, Ant-/Post 726.72; Walking, Difficulty, Ankle, Foot 719.77

**DERMATOLOGICAL / SKIN**
Cellulitis & Abscess Toe 681.10; Foot, Heel 682.7; Ankle, Knee, Leg 682.6; Corns and Callosities 700.; Cyst, Inclusion; Keratin Cyst 706.2; Dermatitis, Cntct-, Eczma NOS 692.9; Dermatophytosis-Ft, Tinea Pedis 110.4; Fissure, Skin, Degenerative 709.8; GranulationTiss, AbnrmI/Excssv 701.5; Granuloma, Pyogenic 686.1; Hyperhidrosis, Diaphoresis 780.8; Keratoderma (Acquired) 701.1; Mycoses, Other & Unspecfd 117.9

**DERMATOLOGICAL / SKIN**
Nail Diseases, Unspcfied 703.9; Neoplasm, Skin, Benign 216.7; Onych-auxis-ogryphosis-olysis 703.8; Onychocryptsis, Infctd IngrwnNail 703.0; Onychomycosis 110.1; Pachy-Leuk-Koil-onychia 757.5; Para-/Onychia of Toe 681.11; PorokeratoticLsn/CngntlXerdrm 757.39; Scar NOS, Cicatrix, Fibrosis 709.2; Skin, Hypertrophic, Atrophic 701.9; SkinSO, Inflam't'n, Infct'n 686.9; Swelling of Limb 729.81; Verrucae 078.10

**VASCULAR**
Anticoagulants, Circulating 286.5; Atherosclerosis, Extrmty, Native, Unspfd 440.20; w/IntrmtntClaudctn 440.21; Diabetes, Ø compilctn, NOS 250.0_; w/ Neuropathy 250.6_; w/ Prphrl Crcltry Dsrdr 250.7_; w/Ulcer, NOS 250.8_; Phlebitis(Thrombo-)SprfclVsls 451.0; LwrExtr, Deep Vssls 451.19; Ulcer-Skin, LowerLimb 707.1; Ulcer-VenousStsis, LwrExtr 454.0; Venous Insufficiency, Chronic 459.81; Venous Stasis Dermatitis 454.1

E&M Legend: P = Pertient, C = Complete, Min = Minimal, Lim = Limited, Mlt = Multiple, Mod = Moderate, Ext = Extensive, PP = Problem Pertinent, Shd = Req. all shaded boxes in guidelines plus one bullet from each box.

Office E&M - New Patient NOTE CPT 1-3 Ø Ø 1-5 Min Min Min 10m 99201
SURGERIES FUD NOTE CPT — Paring/Cutting Corn/Callous 1 only 0 11055

INJECTIONS/SPECIMENS FUD NOTE CPT
Trigger Point, TndnSheath, Lig, Cyst 0 20550
Injection (Arthrc) Small Joint, Toe 0 20600
Intermediate Joint, Bursa 0 20605
Peripheral Nerve Block 0 64450
Therapeutic/Dgnstc, SubQ/Msc, Spcfy 90782

CPT 99070 - SUPPLIES UNIT/NOTE HCPCS
Betamethasone (Celestone Soluspan) / 3mg J0702
Betamethasone (Celestone Phosphate)/ 4 mg J0704
Bleomycin sulfate 15 units J9040
Ceftriaxone Na, (Rocephin) per 250 mg J0696
Dexamethosone Acet. (Decadron-LA) ≤ 8 mg J1095
Dexamethosone SP (Decadron) ≤ 4 mg J1100
Garamycin, gentamicin ≤ 80 mg J1580
Lidocaine HCl (Xylocaine) ≤ 50 cc J2000
Mepivicaine HCl (Iso-, Carbo-caine) / 10ml J0670
Methylprednisolone (Depo-Medrol) ≤40 mg J1030
Saline, Sterile Vial 20cc J7130
Triamcinalone acetonide (Kenalog) / 10 mg J3301
Tetanus Immune Globulin ≤ 250 units J1670
Syringe w / needle 1 cc, ea. A4206; 3 cc, ea. A4208; ≥ 5 cc, ea. A4209
Surgical- Tray A4550; Setup Fee A4649
Gloves, Sterile-/Non-sterile, per pair A4927
Wound Dressing, Collagen Based, each A6020
Skin Protectant, Ointmnts, Moisturizer, any A6250
Wound Cleanser, any type, any size A6260
Foam Dress, WoundCvr, sa. ≤16sq.in. Ø Adhsv A6209; with adhesive border A6212
SrgclDrsng Absorptive ≤16sq.in. Ø adhsv A6251
Gauze-Bandage, Sterile- Elastic / lin.yd A6405; Non-Elastic/lin.yd A6406
-Pads, ≤16sq.in. Ø Adhsv Brdr, Imprgnted A6222; Non-Impregnated A6402
Tape, all types, / 18 sq. in. A6265
Elastic Bandage, (Ace) / roll A4460
Surgical Stocking, Below Knee Lgth, ea A4500
Splint A4570
Casting Supplies (Plaster) A4580
Special Casting Material (Fiberglass) A4590
Non-standard size or length (w/reg code) L3255
Ambulatory Surgical Boot, ea. L3260
Plastazote Sandal, ea. L3265
Hallux-Valgus Night Dynamic Splint L3100
Non-prescriptionDrug (e.g. AntibioticOintmnt) A9150
Personal Comfort Item (e.g. Pads) A9190
Non-covered Items (e.g. Shower Bag) A9270

Telephone: (601) 362-6230 DEA # Lic. #80114

DR. ROSE MARIE SOTOLONGO

4959 N. State St. Jackson, MS 39206

Name Bridgette Shields Date 2-20-04

Address

℞ Neurontin 300 mg
#90
T po q h s

☐ Label

Refill - 0 - 1 - 2 - 3 - 4 - PRN

D.P.M. D.P.M.
Dispense As Written Substitution Permissible



DR. SOTOLONGO

OFC - PODIATRIC SERVICES REPORT

## 5 MUSCULOSKELETAL EXAMINATION

Only changes since last exam on __/__/__ are marked • /9

•Gait NDR NC WNL Antalgic Abnormal

Muscle Strength NDR NC (N)ormal, (W)eak — Range of Motion NDR NC (N)ormal, (L)imited, (P)ainful

| •Right | •Left | | •Right | •Left |
|---|---|---|---|---|
| WNL | WNL | All WNL | WNL | WNL |
| N W | N W | Dorsiflexion | N L P | N L P |
| N W | N W | Plantarflexion | N L P | N L P |
| N W | N W | Inversion | N L P | N L P |
| N W | N W | Eversion | N L P | N L P |
| N W | N W | Digital | N L P | N L P |
| Atrophy | Atrophy | Grossly Atrophied | | |

Joint Instability: Subluxation, Laxity — NC Rt-WNL Lf-WNL Found: Yes [+] No [-]

- R • • L Hallux Valgus
- Tailor's Bunion
- Pes Planus
- Hammer Toe R 1 2 3 4 5
- Claw Toe Contracture R 1 2 3 4 5
- MPJ Contracture R 1 2 3 4 5
- Hammer Toe L 1 2 3 4 5
- Claw Toe Contracture L 1 2 3 4 5
- MPJ Contracture L 1 2 3 4 5

Deformities Found: NDR NC Yes [+] No [-]

•Right WNL •Left WNL

- All Within Normal Limits (none found)
- Pes Cavus
- Haglund's Deformity
- First MPJ Arthritis + Crepitus
- •Other MPJ Arthritis + Crepitus
- •Heel Pain - Arch/Plantar Fasciitis
- •Heel Pain - Bursitis
- •Plantarflexed 1st Met
- •Ankle Equinus (G/S)

## 5 NEUROLOGICAL EXAMINATION

Only changes since last neurological exam on __/__/__ are marked • /2

• Sensation Exam: NDR WNL NC

Right Left Normal (N), Abnormal (A)

- N A N A Light Touch
- N A N A • Cold Temperature
- N A N A • Vibratory
- N A N A • Proprioception

• Deep Tendon / Pathlogy: NDR WNL NC

0=Absent, 1=Diminished, 2=Normal, 3=Brisk, 4=Hyperactive

- 0 1 2 3 4 R Patellar L 0 1 2 3 4
- 0 1 2 3 4 Achilles 0 1 2 3 4

Right Left Absent(-), Present (+)

- - + - + • Tinel Test
- - + - + • Mülder Sign

Semmes-Weinstein 5•07 Filament Sensitivity (+ yes, - no)

R L NDR

Diabetic Risk Category NC

- 0 No loss of protective sensation
- 1 Loss of protective sensation (no weakness deformity, callus, pre-ulcer or Hallux ulceration
- 2 Loss of protective sensation with weakness, deformity, pre-ulcer or callus but no Hallux ulceration
- 3 History of plantar ulceration

Other Exam Findings: \

See Additional Documentation

## 6 ASSESSMENT, PROCEDURES PERFORMED & PLAN OF TREATMENT

TOTAL EXAM ELEMENTS • /19

MY ASSESSMENT IS THAT: (*DETAILED DESCRIPTION OF FINDING(S) UNDER EXAMINATIONS)

Patient's Chief Complaint is: New Improved Well-controlled Static Resolving Resolved Deteriorating Failing to change as expected

[X] Professional treatment is required of: Toe Nails Keratotic Lesions

- to relieve: inflammation and/or pain due to pressure
- to allow ambulation: without difficulty and/or without pain
- to prevent exposing patient to medically significant risk related to wound healing, complications and possible loss of limbs, due to:
  - Peripheral Neuropathy DIABETIC and / or
  - Peripheral Vascular Disease VENOUS and / or ARTERIAL
  - Circulating Anti-coagulants

[X] The patient also has the following problems:

- Keratotic lesions are found resulting from recurrent physical trauma
- Dermatophycosis / Infection† / Onychocryptosis
- Capsulitis / Neuroma† / Onychomycosis
- Inflammation / Plantar Fasciitis / Onychogryphosis
- Functional Equinus / Ulceration†

Other: Burning pain toes at rest

Tx Risk MIN LOW MOD HIGH Urgent Care Required † See Addtnl Docmntn

PROCEDURES: IN TREATING THE ABOVE IDENTIFIED ABNORMALITIES, I...

- Provided Pt. Education Verbally Lit. Broch. Demo Re: shoe gear
- Debrided ___Nail(s), Debrided ___Keratomas
- Trimmed ___Nail(s), Debrided ___Ulcer(s)† down to
- Padded ___Lesion(s) with
- I & D'd ___Abscess(es)†, Strapped† R L
- Avulsed ___Nail(s)†, Prfrmd ___Matrixectomy† R L
- Initiated/Cont. Heel Pain Tx program: Injection of:
  - Stretching R L Night Splinting R L Strapping R L Casting Discuss Surg.
  - Rx: or Dispensed: R L Night Splint or Orthotics†
- Injected: Drug(s)/Amount
- [X] Prescribed: Neurontin to help with nerve pain at night
- Initiated/Cont. Topical Antifungal program of:
- Initiated/Cont. Oral Antifungal program of:

ORDERED / PERFORMED Baseline Mid Tx End Tx ___ Tests: CBC ___ Liver FT SMA ___

† See Addtional Req'd Docmnt'n

MY PLAN IS TO: SCHEDULE SURGERY

- ORDER TESTS FOR FURTHER STUDY OF PROBLEM: Gram Stain KOH Bacterial Culture Fungal Culture X-ray Exam† ___ views
- CONSULT W/ REFER PT:
- INSTRUCT THE: PATIENT SPOUSE / PARENT
- TO:
- To return in 61-90 days when foot care required due to patient's systemic condition or sooner if inflammation, infection, pain or ulceration should occur
- F/UP/EVALUATE : In ___ DAYS WEEKS Purpose:

SIGNATURE OF PODIATRIST: X [signature] __/__/__

LATER DATE NOTE SEE RADIOGRAPHIC REPORT Initial & Date __/__/__

REVIEWED LAB REPORT(s)

CC:

Routing Slip completed on __/__/__

PATIENT NAME LAST, FIRST, MIDDLE — SS# — SEX — AGE — DOB

by carrier. Always check the most current guidelines for the patient's insurance carrier which may vary from this form.

DR. SOTOLONGO

New Patient ___ min Office / Established ___ min

**1 CHIEF COMPLAINT & CONSTITUTIONAL OBSERVATIONS** New CC or Follow-up to CC from ___ / 4

CC & Duration: Rt sesmoid [illegible] surgery 9-5-03 (4 1/2 mo) Pt neurontin pt hasnt taken in 3-4 days

Last Treatment Date: 12/12/03
Reviewed Prior History of: ___/___/___
No Change in ROS  No Change in PFSH
Reviewed X-rays Records of Previous Dr.

Medicine List [NONE], [NC], Confirmed from History | Allergy List [NONE], [NC], Confirmed from History

Pt. Referred by ___

[N] [Y] Diabetic ___ yr(s); IDDM? [Y] [N] ___ Patient [CAN] [CANNOT] communicate ___

Prmry Care Phys'n ___

• (3 of 5) Ht ___ Wt ___ Temp ___ Pulse ___ /min [REG] [IRREG] B/P: ___

Date Last Seen by PCP: ___/___/___

• Body Habitus ___ Deformites [N] [Y] ___ Ambulatory? [Y] [N] [Cane] [Wlkr] [WhlChr]

• Patient is Alert [Y] [N] & [Y] Oriented or NOT to: [N] Time, [N] Place, [N] Person • Mood, Affect is: [Y] WNL or [Y] Depressed, [Y] Agitated, [Y] Anxious, [Y] ___

**2 DERMATOLOGICAL EXAMINATION** [R] [L] Only changes since last dermatological exam on ___ are marked. • / 2

[NDR] Not Directly Relevant to Pt's Complaint [WNL] All Within Normal Limits [NC] No Changes

| | R | | | L | | |
|---|---|---|---|---|---|---|
| Skin Temp. | WNL | COOL | HOT | WNL | COOL | HOT |
| Skin Texture | WNL | THIN | SHINY | WNL | THIN | SHINY |
| Skin Elasticity | WNL | DECREASED | | WNL | DECREASED | |
| Skin Turgor | WNL | DECREASED | | WNL | DECREASED | |
| Hair Growth | WNL | ABSENT | | WNL | ABSENT | |
| Pigmentation | WNL | | | WNL | | |

[-] [R] [L] Scaling [-] = both absent; [-] [R] [L] Fissures ___
[-] [R] [L] Stasis Pigmentation; [-] [R] [L] Abscess ___
[-] [R] [L] Dependent Rubor; [-] [R] [L] Vesicles ___
[-] [R] [L] Papules; [-] [R] [L] Porokeratoderma ___
[-] [R] [L] Heloma Milliare; [-] [R] [L] Severe Keratoderma ___
[-] [R] [L] Verrucae; [-] [R] [L] Cellulitis ___

LOCATION OF: [P]AIN, [I]NFECTION, [V]ERRUCAE, [E]RYTHEMA, [C]ALLOSITIES, [U]LCER, [S]ITE OF INJECTION, [O]THER ___

Right Foot    Left Foot

[-] = ABSENT ON ALL TOES — Right Foot — Left Foot

Abnormal Nail Conditions: [None] Circle appropriate symbols if improved

| | Right Foot | Left Foot |
|---|---|---|
| Painful [N]ail/[B]order On Palpation | 5 4 3 2 1 | 1 2 3 4 5 |
| Nail Incurvation Onychocryptosis | 5 4 3 2 1 | 1 2 3 4 5 |
| Border Inflamation Paronychia | 5 4 3 2 1 | 1 2 3 4 5 |
| Border Infection Abcess, Cellulitis | 5 4 3 2 1 | 1 2 3 4 5 |
| [S]plit, [L]aceration Onycholysis | 5 4 3 2 1 | 1 2 3 4 5 |
| Discoloration | 5 4 3 2 1 | 1 2 3 4 5 |
| Thickening, ≥ 3 mm Onychogryphosis | 5 4 3 2 1 | 1 2 3 4 5 |
| Yellow, Brittle, Crumbly &/or Subungual Debris Onychomycosis | 5 4 3 2 1 | 1 2 3 4 5 |
| | T9 T8 T7 T6 T5 | TA T1 T2 T3 T4 |

Heloma Dura: [None] Right Foot Left Foot

[-] w/Pain
[-] PIPJ
[-] DIPJ
[-] Distal

Plantar Lesions: [None]

| | Right Foot | Left Foot |
|---|---|---|
| [-] IPK w/ Hyperostosis | 5 4 3 2 1 | 1 2 3 4 5 |
| [-] Shear | S S S S S | S S S S S |
| [-] Hemorrhage | H H H H H | H H H H H |
| [-] Painful Met Hd Capsulitis | P P P P P | P P P P P |

[-] Ulcers: Location — Venous, Arterial, Pressure — Size — Depth
___ [V] [A] [P] ___ x ___ cm ___ mm
___ [V] [A] [P] ___ x ___ cm ___ mm
___ [V] [A] [P] ___ x ___ cm ___ mm

**3 VASCULAR/LYMPHATIC EXAMINATION** Only changes since last vascular-lymphatic exam on ___ are marked. • / 2

[NDR] Not Directly Relevant to Pt's Complaint [NC] No Changes [WNL] All Within Normal Limits

• Arterial/Venous — Dorsalis Pedis [0] [1] [2] [3] [4] R L [0] [1] [2] [3] [4]
Post. Tibial [0] [1] [2] [3] [4] PULSES [0] [1] [2] [3] [4]
RATING KEY: 0 = NON PALP, 1 = TRACE, 2 = DIMINISHED, 3 = NORMAL, 4 = BOUNDING
○ SPVPFT* ___ sec. [WNL] ___ sec. [WNL]

* WNL = FILLS IN 3-5 SEC, WITH LEG ELEVATED TO 60°, AFTER SQUEEZING THE HALLUX

| R | L | Absent [-], Present [+] |
|---|---|---|
| [-] [+] | [-] [+] | Edema ___ |
| [-] [+] | [-] [+] | Varicosities |
| [-] [+] | [-] [+] | ○ Telangectasis |

| • R | L | Lymphatic |
|---|---|---|
| [-] [+] | [-] [+] | Swlln Popliteal Nodes |
| [-] [+] | [-] [+] | Lymphedema |
| [-] [+] | [-] [+] | ○ Lymphangitis |

Physical Examination Continues On The Other Side (Page 2) of this Form

Patient CC/Problem Numbers — CC:

PATIENT NAME LAST, FIRST, MIDDLE: Shields, Bridgette
SSN
SEX
AGE
DOB / /
1/23/04

OFC - PODIATRIC SERVICES REPORT

Confidential
MEDICAL RECORD FROM THE OFFICE OF

Dr. Rose Marie Sotolongo
Routing Slip

Control Number HB-

Begin Neurontin to see if helps with night pain neuropathy type pain

PATIENT ACT. NO. / SOC. SEC. NO.: 6055
DATE OF SERVICE: 1/23/04
LAST NAME: Shields
FIRST NAME: Bridgette

Telephone: (601) 362-6230

DR. ROSE MARIE SOTOLONGO
4959 N. State St.
Lic. #80114
Jackson, MS 39206

Name: Bridgette Shields
Address
Date: 1/23/04

℞

Neurontin 100 mg
#30
1 po q hs

Label
Refill - 0 - 1 - 2 - 3 - 4 - PRN

Dispense As Written ______ D.P.M.
Substitution P______ D.P.M.

Att: Susan
977-9914

**EXCUSE SLIP**

DR. ROSE MARIE SOTOLONGO
4959 N. State Street
Jackson, MS 39206
Telephone: (601) 362-6230

Date 11-21-03

Please Excuse Bridgette Shields

FROM: ☑ Work ☐ School ☐ P.E.

☐ Other

DUE TO: ☐ Injury ☐ Illness

☑ Other Foot Surgery

return

From 9-5-03 to 12-01-03

Thank You

#13151 — Medical Arts Press 1-800-328-2179

FAXED
NOV 21 2003
BY:

Form 623 BRIGGS, Des Moines, Iowa 50306

| Date | Notes Should Be Signed by Physician |
| --- | --- |
| 11/21/03 | Pt complaining to sensation in closed in |
| | Shoes. still wearing postop shoes. |
| | Recommend extra depth |
| | Rx Neurontin. |
| | [signature] |
| | Patient instructed to call if any problem |
| | should feel better each day as |
| | she gets increased ROM 1st 1 stmoRT |
| | Educated [illegible] |
| | [signature] |

| Name—Last | First | Middle | Hospital No. |
| --- | --- | --- | --- |
| | | | |

| Location in Hospital | Clinic or Service | Attending Physician |
| --- | --- | --- |
| | OFFICE | DR. SOTOLONGO |

PRINTED IN U.S.A.

PROGRESS NOTES