# Exhibit 47 (a)

Case 1:04-cv-10981-PBS   Document 1327-9   Filed 06/11/2008   Page 1 of 13

NAME: CLARENCE HARRIS

CLINIC NOTE:

DATE: 02/15/07

The patient returns today for routine follow up and review of the EMG nerve conduction study obtained since his last clinic visit. This study performed by Dr. Moore and dated 02/15/07 demonstrates mild ulnar neuropathies, right greater than the left. According to the report they are slightly improved compared to the prior study. Some changes were noted in the lower extremities suggestive of early polyneuropathy. I discussed the nature of polyneuropathy. The patient indicates that he has recently been tested for diabetes and this was negative. I recommended we obtain a B12 and folate level. He declined this test today and indicates that he may discuss this with his local primary care physician. He did not wish to consider any surgical treatment for his ulnar neuropathies. He was discharged from clinic but may return p.r.n. if any new symptoms develop or if his ulnar neuropathies persist and he wishes to consider expiration and release of the ulnar nerve.

_____
Howard R. Holaday, M.D.

HRH/al-s

NAME: CLARENCE HARRIS

CLINIC NOTE:

DATE: 12/14/06

This patient underwent anterior cervical decompression and fusion at C4-5 and C5-6 on 12/15/04 for cervical myeloradiculopathy. He is also status post lumbar decompression and instrumented fusion at L5-S1 for spondylolisthesis on 04/21/04. He is also known to have bilateral ulnar neuropathy as demonstrated by EMG nerve conduction studies from 08/26/04. He returns today for routine follow up. He reports no significant change in his symptoms. He is currently taking Lyrica and Relafen for his intermittent complaints of pain. He still complains of some paresthesias affecting the ulnar aspect of both hands but does not wish to consider ulnar nerve decompression. He also occasionally experiences paresthesias in a stocking distribution in his lower extremities, particularly after prolonged sitting. I suggested we repeat his EMG nerve conduction studies but the patient does not wish to consider this. At present, I don't believe he would benefit from any additional neurosurgical intervention unless he reconsiders and wishes to undergo the ulnar nerve release. He was discharged from clinic but may return p.r.n. if new problems develop or if his ulnar symptoms worsen and he wishes to proceed with surgery.

_____
Howard R. Holaday, M.D.

HRH/a1-s

NAME: CLARENCE HARRIS

CLINIC NOTE:

DATE: 06/15/06

The patient returns today for routine follow up and review of the studies obtained since his last visit. While the radiologist reports are not yet available from his MRI and MRA's, the studies demonstrate no significant abnormalities by my review. The patient did see Dr. Mayfield (ophthalmology) and was found to have an unremarkable eye exam. At present I would not recommend any additional treatment. He is scheduled to return to clinic in approximately six months p.r.n.

_____
Howard R. Holaday, M.D.

HRH/a1-s

NAME:   CLARENCE HARRIS

CLINIC NOTE:

DATE:   06/01/06

This patient is status post two level anterior cervical decompression and fusion in December of 2004 and is status post L5-S1 decompression and instrumented fusion in April of '04. Today the patient presents complaining of some loss of his vision in the temporal field affecting the left eye. The patient has noted these symptoms when mowing his lawn and notices them particularly when he looks to the left side. His range of extraocular movements appears full. I could demonstrate no clear visual field deficits to confrontation. I recommended we obtain an MRI and MRA of the head and cervical spine series and ophthalmology consult. He is scheduled to return to clinic after these.

Howard R. Holaday, M.D.

HRH/al-s

NAME:   CLARENCE HARRIS

CLINIC NOTE:

DATE:   06/30/05

The patient returns today for routine follow up. He has undergone surgery on his ingrown toenail on the right side and is doing much better from this. In general, he is gradually improving. He indicates that he has resumed many of his regular activities of daily living including some routine yard work. He did not wish to consider any surgery for his ulnar neuropathy and indicates that this has improved with time. He was discharged from clinic but may return prn if new problems develop.

_____

Howard R. Holaday, M.D.

HRH/al-s

NAME:   CLARENCE HARRIS

CLINIC NOTE:

DATE:   03/31/05

The patient returns today for routine follow up.  Her lateral cervical spine x-ray demonstrates a satisfactory appearance.  The patient was complaining of right great toe pain and has what appears to be an ingrown toenail.  He was referred for general surgical evaluation of this condition.  He was instructed to continue some physical therapy which appears to be improving his symptoms.  He is scheduled to return to clinic in approximately three months.

_____
Howard R. Holaday, M.D.

HRH/al-s

NAME:     CLARENCE HARRIS

DATE:     2/24/05

CLINIC VISIT

Patient returns today in follow up after having undergone anterior cervical decompression and fusion on 12/15/04. He is doing well clinically. His lateral cervical spine x-ray demonstrates a satisfactory postoperative appearance. He is scheduled to return to the clinic in approximately six weeks with a repeat lateral cervical spine x-ray.

Howard R. Holaday, M.D.

HRH:al-s

NAME:   CLARENCE HARRIS

CLINIC NOTE:

DATE:   01/20/05

The patient returns today for routine follow up. His lateral cervical spine x-ray demonstrates a satisfactory appearance. He may discontinue cervical collar and may begin driving. He is scheduled to return to clinic in one month with repeat lateral cervical spine x-ray. We will consider referring him for a brief course of physical therapy at that time.

---

Howard R. Holaday, M.D.

HRH/al-s

NAME: CLARENCE HARRIS

CLINIC NOTE

DATE: 12-23-04

The patient was seen in the CMMC clinic location today for routine follow-up. He was checked by the nurse and his staples were removed. He is scheduled to return to clinic for routine follow-up in one month with lateral cervical spine x-ray.

_____

Howard R. Holaday, M.D.
HRH:al-s

NAME:   CLARENCE HARRIS

DATE:   12/14/04

CLINIC VISIT

The patient returns today for routine follow up. He reports some improvement since undergoing the lumbar epidural steroid injections. The patient continues to complain of neck pain with radiation into both upper extremities. Some of these sound likely secondary to C5 and C6 radiculopathy while some of his paresthesias along the ulnar aspect of the hand are more consistent with neuropathy which has been demonstrated by his EMG nerve conduction study. I discussed the management options with the patient including continued conservative therapy or possibly proceeding with ulnar nerve release initially. The patient is quite adamant that he would prefer to proceed with an anterior cervical decompression and fusion first. He is aware that he may not obtain complete relief of his symptoms with this surgery and that at some point he may require ulnar nerve release. Alternatives including continued conservative care and observation were discussed. The patient does not wish to proceed with these. Please see his history and physical exam for additional details of this clinic visit.

Howard R. Holaday, M.D.

HRH:al-s

NAME:   CLARENCE HARRIS

CLINIC NOTE:

DATE:   11/04/04

The patient returns today for routine follow up. Today he is complaining primarily of low back pain with radiation into the right lower extremity. He also complains of some paresthesias affecting the right lower extremity. He does have significant cervical spinal stenosis. We discussed the management options. Since currently he is experiencing mainly low back and left lower and right lower extremity symptoms, I suggested we refer him to Dr. Summers for a trial of lumbar epidural steroid injection at L5-S1 to see if this ameliorates these complaints. I am reluctant to proceed with his cervical surgery until he is more fully recovered from his lumbar procedure. He also has a history of recent GI disturbance which is improving with treatment.

_____
Howard R. Holaday, M.D.

HRH/al-s

P.02

## CENTRAL MISSISSIPPI MEDICAL CENTER

### RADIOLOGICAL INTERPRETATION

| | |
|---|---|
| PATIENT NAME: HARRIS CLARENCE A | ACCOUNT #: 2459307 |
| X-RAY #: 584365 | MED REC #: 584365 |
| EXAM DATE: 2/24/2005 | D.O.B.: '09/12/1955 |
| PHYSICIAN: HOWARD HOLADAY, MD | ROOM: OP |

HISTORY:  S/P ACD
         S/P ACD PRINT FILMS

CERVICAL SPINE ONE VIEW:

Provided is a single lateral radiograph of the cervical spine. This shows anterior fusion has been applied with a plate-and-screw hardware from C3 through C6. Bone grafts are present in the interspaces. The alignment of the cervical spine is normal. No acute bone abnormality is appreciated. There has been no change in appearance of the cervical spine as compared to the study of 1-20-05.

DATE DICTATED:     2/24/2005
DATE TRANSCRIBED:  2/24/2005
TRANSCRIPTIONIST:  SLH
6355134            FAX TO ORDERING

REVIEWED AND SIGNED
LAWRENCE DAUTENHAHN, MD
INTERPRETING PHYSICIAN

PAGE 1 OF 1