# Exhibit 47 (b)

P.02

## CENTRAL MISSISSIPPI MEDICAL CENTER

### RADIOLOGICAL INTERPRETATION

```
PATIENT NAME:   HARRIS CLARENCE A              ACCOUNT #:        2442019
X-RAY#:         584365                         MED REC #:         584365
EXAM DATE:      12/15/2004                     D.O.B.:         09/12/1955
PHYSICIAN:      HOWARD HOLADAY,MD              ROOM:                  OP

HISTORY:   CERVICAL HNP
           CERVICAL ACDF C4  C5-6 GAY OR 10
```

LATERAL CERVICAL SPINE:  12/15/04

The films were obtained intraoperatively for localization purposes.  Diagnostic report is not rendered.

```
DATE DICTATED:      12/15/2004            REVIEWED AND SIGNED
DATE TRANSCRIBED:   12/15/2004            E LANE RUSHING,MD
TRANSCRIPTIONIST:   LM                    INTERPRETING PHYSICIAN
6596649             FAX TO ORDERING       PAGE  1 OF  1
```

P.02

## CENTRAL MISSISSIPPI MEDICAL CENTER

### RADIOLOGICAL INTERPRETATION

```
PATIENT NAME:   HARRIS CLARENCE A              ACCOUNT #:        2442019
X-RAY#:         584365                         MED REC #:         584365
EXAM DATE:      12/15/2004                     D.O.B.:       '09/12/1955
PHYSICIAN:      HOWARD HOLADAY,MD              ROOM:                  OP

HISTORY:   CERVICAL HNP
           PT IN RECOVERY ROOM - NEED AP & LATERAL
```

AP AND LATERAL, CERVICAL SPINE: 12/15/04

Anterior screw and plate fixation _____ over the lower cervical spine. These images are very limited due to superimposition of the patient's shoulders on the lateral projection, but the screw and plate fixation device appears to lie from C4 to C6 level. Surgical drains are noted in the adjacent soft tissues.

```
DATE DICTATED:      12/15/2004          REVIEWED AND SIGNED
DATE TRANSCRIBED:   12/15/2004          E LANE RUSHING,MD
TRANSCRIPTIONIST:   LM                  INTERPRETING PHYSICIAN
6596599             FAX TO ORDERING     PAGE  1 OF  1
```

P.02

## CENTRAL MISSISSIPPI MEDICAL CENTER

### RADIOLOGICAL INTERPRETATION

PATIENT NAME:   HARRIS CLARENCE A            ACCOUNT #:      2442019
X-RAY#:         584365                       MED REC #:       584365
EXAM DATE:      12/15/2004                   D.O.B.:       09/12/1955
PHYSICIAN:      HOWARD HOLADAY, MD           ROOM:             1433

HISTORY:   CERVICAL HNP
           PREOP

---

CHEST PA AND LATERAL, 12-15-04:

The heart size is normal. The lungs and pleural spaces are clear. Bony and soft tissue structures are unremarkable.

CONCLUSION:
(1) Negative chest.

DATE DICTATED:     12/15/2004            REVIEWED AND SIGNED
DATE TRANSCRIBED:  12/15/2004            RALPH P WELLS, MD
TRANSCRIPTIONIST:  SLH                   INTERPRETING PHYSICIAN
6598261              FAX TO SPECIFIC     PAGE  1 OF  1

CENTRAL MISSISSIPPI MEDICAL CENTER
JACKSON, MISSISSIPPI

Patient Name:          HARRIS, CLARENCE A.
MR Number:             584365
Account Number:        2442019
Admission Date:        12/15/2004
Room Number:
Attending Physician:   HOWARD HOLADAY, M.D.

HISTORY AND PHYSICAL

HISTORY OF PRESENT ILLNESS: This 48-year-old African American male has been followed in the neurosurgery clinic for a variety of complaints. He initially presented complaining primarily of chronic low back pain with radiation into the lower extremities. He was found to have significant L5 radiculopathies secondary to foraminal stenosis and spondylolysis with grade I spondylolisthesis. He underwent decompression and fusion performed by me and Dr. Greg Wood. He has continued to be followed in clinic, complaining of neck pain with radiation to both upper extremities together with paresthesias affecting both upper extremities. He also describes paresthesias along the volar aspect of the hand, including the ring and little finger bilaterally. He underwent an MRI scan of the cervical spine and was found to have marked cervical spondylosis with canal stenosis at multiple levels, most severe at C4-5 and C5-6. At the 4-5 level, there was evidence of signal changes within the spinal cord. The patient also underwent nerve conduction studies which demonstrated evidence of bilateral ulnar neuropathies. The patient has undergone a course of conservative treatment and returned to clinic on December 14, 2004, reporting no significant improvement in his neck and upper extremity symptoms. He wishes to proceed with anterior cervical decompression and fusion. He is aware that all of his symptoms may not respond to this surgery and that he may eventually require ulnar nerve decompression for further relief of his upper extremity paresthesias.

PAST MEDICAL HISTORY: As above. The patient also has a history of hypertension.

MEDICATIONS:
1. Cardura.
2. Tylox.
3. Neurontin.
4. Relafen.
5. Diovan.

ALLERGIES: None known.

PHYSICAL EXAMINATION

HARRIS, CLARENCE

Page 3

roots and spinal cord with possible amelioration in some of his upper extremity symptoms. Potential risks include bleeding, infection, neural injury, paralysis, failure of surgery to alleviate his symptoms, injury to soft tissue structure of the neck (trachea, esophagus, parotid sheath, and cranial nerves), and potential failure of fusion to occur, and potential anesthetic complications, including death. It was explained that patients routinely experience some hoarseness and dysphagia following the surgery, but in most of these cases, this is temporary, although it can be long-lasting or permanent. It was also explained that any injury to the spinal cord that has already occurred from compression cannot be reversed with the surgery. I expect that he will continue to experience some upper extremity paresthesias due to the ulnar neuropathy, and, that the patient may additionally require ulnar nerve decompression at the elbow as well. The treatment alternatives, including continued conservative therapy and possibly proceeding with ulnar nerve release initially were also discussed, but the patient is adamant that he would prefer to proceed with anterior cervical decompression and fusion.

HH/506599/2171762
Date Dict:   12/14/2004 16:26:37
Date Trans: 12/14/2004 17:18:01

HOWARD HOLADAY, M.D.

CENTRAL MISSISSIPPI MEDICAL CENTER
JACKSON, MISSISSIPPI

Patient Name:        HARRIS, CLARENCE
MR Number:
Account Number:      1234567
Admission Date:      12/15/2004
Room Number:
Attending Physician:

## HISTORY AND PHYSICAL

HISTORY OF PRESENT ILLNESS: This 48-year-old African American male has been followed in the neurosurgery clinic for a variety of complaints. He initially presented complaining primarily of chronic low back pain with radiation into the lower extremities. He was found to have significant L5 radiculopathies secondary to foraminal stenosis and spondylolysis with grade I spondylolisthesis. He underwent decompression and fusion performed by me and Dr. Greg Wood. He has continued to be followed in clinic, complaining of neck pain with radiation to both upper extremities together with paresthesias affecting both upper extremities. He also describes paresthesias along the volar aspect of the hand, including the ring and little finger bilaterally. He underwent an MRI scan of the cervical spine and was found to have marked cervical spondylosis with canal stenosis at multiple levels, most severe at C4-5 and C5-6. At the 4-5 level, there was evidence of signal changes within the spinal cord. The patient also underwent nerve conduction studies which demonstrated evidence of bilateral ulnar neuropathies. The patient has undergone a course of conservative treatment and returned to clinic on December 14, 2004, reporting no significant improvement in his neck and upper extremity symptoms. He wishes to proceed with anterior cervical decompression and fusion. He is aware that all of his symptoms may not respond to this surgery and that he may eventually require ulnar nerve decompression for further relief of his upper extremity paresthesias.

PAST MEDICAL HISTORY: As above. The patient also has a history of hypertension.

MEDICATIONS:
1. Cardura.
2. Tylox.
3. Neurontin.
4. Relafen.
5. Diovan.

ALLERGIES: None known.

## PHYSICAL EXAMINATION

HARRIS, CLARENCE

Page 2

GENERAL: Middle-aged African American male who appears uncomfortable. He is no acute distress.

NECK: Decreased range of motion.

BACK: Well-healed lumbar surgical scar.

HEART: Regular rate and rhythm.

LUNGS: No respiratory distress.

ABDOMEN: Benign.

EXTREMITIES: No bony deformity.

NEUROLOGIC: The patient is awake, alert, and oriented x 3. Cranial nerves intact. Motor: Good strength throughout all four extremities. Sensory: Subjective decreased perception of pinprick and light touch over both upper extremities. Reflexes: Absent brachioradialis and biceps jerks bilaterally with trace to 1+ triceps jerks bilaterally and trace to 1+ knee jerks bilaterally. No Hoffman or Babinski's sign was demonstrated.

RADIOGRAPHIC STUDIES: Cervical spine series demonstrates evidence of degenerative changes at multiple levels. MRI scan of the cervical spine demonstrates evidence of spondylosis at multiple levels with some canal narrowing at C3-4, but severe canal narrowing and flattening of the spinal cord at C4-5 and C5-6. In addition, on the parasagittal images, signal changes are visible in the cord at and slightly inferior to the C4-5 interspace level.

IMPRESSION:
1. Cervical myeloradiculopathy secondary to multilevel spondylosis.
2. Bilateral ulnar neuropathies.
3. Status post L5-S1 decompression with instrumented fusion for grade I spondylolisthesis.
4. Hypertension.

PLAN: Admit for anterior cervical decompression and fusion with bone bank graft and anterior cervical plate with the most severe levels, C4-5 and C5-6.

NOTE: The nature of the planned procedures were discussed at length with the patient. The nature of cervical spondylosis and of ulnar neuropathy were discussed. The potential benefits and risks of the proposed anterior cervical decompression and fusion were explained. The potential benefits include decompression of the affected nerve

HARRIS, CLARENCE A.
584365
Page 3

roots and spinal cord with possible amelioration in some of his upper extremity symptoms. Potential risks include bleeding, infection, neural injury, paralysis, failure of surgery to alleviate his symptoms, injury to soft tissue structure of the neck (trachea, esophagus, parotid sheath, and cranial nerves), and potential failure of fusion to occur, and potential anesthetic complications, including death. It was explained that patients routinely experience some hoarseness and dysphagia following the surgery, but in most of these cases, this is temporary, although it can be long-lasting or permanent. It was also explained that any injury to the spinal cord that has already occurred from compression cannot be reversed with the surgery. I expect that he will continue to experience some upper extremity paresthesias due to the ulnar neuropathy, and, that the patient may additionally require ulnar nerve decompression at the elbow as well. The treatment alternatives, including continued conservative therapy and possibly proceeding with ulnar nerve release initially were also discussed, but the patient is adamant that he would prefer to proceed with anterior cervical decompression and fusion.

HH/506599/2171762
Date Dict:   12/14/2004 16:26:37
Date Trans: 12/14/2004 17:18:01

HOWARD HOLADAY, M.D.

CENTRAL MISSISSIPPI MEDICAL CENTER
JACKSON, MISSISSIPPI

Patient Name:        HARRIS, CLARENCE
MR Number:
Account Number:
Admission Date:
Room Number:
Attending Physician:

OPERATIVE REPORT

DATE OF PROCEDURE: 12/15/2004

PATIENT NAME: Clarence Harris

PREOPERATIVE DIAGNOSES: Cervical myeloradiculopathy secondary to severe spinal stenosis at C4-C5 and C5-C6.

PROCEDURE: C4-C5, C5-C6 anterior cervical decompression, infusional bone bank graft, and anterior cervical plate.

SURGEON: Howard Holaday, M.D.

ASSISTANT: Lele Rooks, R.N.F.A.

ANESTHESIA: General endotracheal anesthesia.

PROCEDURE IN DETAIL: The patient was brought to the operating room where general endotracheal anesthesia was established. He was positioned supine operating table with the head supported in a donut. The skin over the anterior surface of the cervical region was shaved, prepped with DuraPrep™, and draped in sterile fashion. A skin incision measuring approximately 4 cm in length was made beginning at a point near the midline and continuing to the right. The incision was carried through the skin, subcutaneous tissues, and platysma. An avascular bone dissection was established along the medial border of the right sternocleidomastoid muscle. Dissection continued along this plane, the trachea and esophagus were gently retracted medially, and the carotid sheath was gently retracted laterally. The anterior surface of the cervical spine was thus exposed. Intraoperative fluoroscopy was employed to identify the C4-C5 and C5-C6 levels. Meticulous hemostasis was obtained. The medial attachments along the scoli muscles were freed from the spine and the Caspar anterior-cervical-diskectomy retractor was introduced into the wound. The operating microscope was swung into position. Distraction pins were placed in the C4, C5, and C6 vertebral bodies. The disc spaces were narrowed and the Midas Rex® drill was employed to enlarge the intervertebral disc space at C4-C5. The anterior osteophytes projecting from the

HARRIS, CLARENCE

Page 2

cervical spine into the prevertebral soft tissue were removed using the Midas Rex® drill. The vertebral end plates were drilled so as to be roughly-parallel to one another. The patient was noted to have severe spinal stenosis and bilateral neuroforaminal stenosis at C4-C5. Thorough decompression was performed using the high-speed drill and a thin-lipped Kerrison punch. The thickened posterior longitudinal ligament was divided and removed using the thin-lipped Kerrison punch. Following completion of this portion of the procedure, the dura overlying the spinal cord and the proximal nerve root sleeves bilaterally were well-visualized and no further evidence of compression was noted. Decompression was performed in a similar fashion and similar-though-less-severe pathology was noted at C5-C6. Next Danek Cornerstone™ bone grafts of appropriate dimension were selected and the grafts were seated securely into the prepared intervertebral disc spaces. The Danek anterior cervical plate was then secured to the anterior surface of the cervical spine. Intraoperative positioning of grafts, plate, and screws were checked with intraoperative fluoroscopy and the locking screws were then tightened. The self-retraining retractor was removed and careful inspection of the trachea, esophagus, and carotid sheath revealed no further evidence of injury. Meticulous hemostasis was obtained using bipolar electrocautery. A 3/16 round Davol drain was left in the place exiting from a separate stab incision just inferior to the cutaneous wound. The platysma was approximated with 2-0 Vicryl™, the subcutaneous tissues with 4-0 Vicryl™, and the skin margins with staples. At the close of the procedure all needle, sponge, and lap counts were noted to be correct. The patient tolerated the procedure well and was transported to the recovery room in satisfactory condition. An Aspen® collar was placed on the patient in the O.R.

HH/253857/1999256
Date Dict:   01/14/2005 17:53:58
Date Trans: 01/15/2005 09:16:48

HOWARD HOLADAY, M.D.