# Exhibit 48

**GREENWOOD NEUROLOGY CLINIC**
*Karen Plunkett, MD*
*Ravi Pande, MD*

Date of Exam: 10/31/03        Narie Givens        Referring physician: Dr. Martin

HPI: Narie is a 38 year old right handed black female who was diagnosed with Hepatitis C in the year 2000 when she had gone to give her blood. She denies any history of blood transfusions and tells me that she has been tested for HIV and is negative. She is under treatment for this in New Orleans and has been given PEG-Intron and Rebetol. She tells me that since she was started on these medications she has had depression and a lot of emotional stress secondary to the disease. She also has noticed fatigue for about six months and says that her hands feel numb and her feet also feel numb. Her symptoms are worse at night and she tells me that the symptoms in her hands are worse than in her feet. She also says when she sleeps, the covers bother her at night. She has been followed by Dr. Martin and was referred to us for further evaluation.

Past medical history: As above plus GERD and depression.
Past surgical history: C section.
Medications: Effexor, Nexium, vitamins and has just finished a course of PEG-Intron and Rebetol.
Family history: Positive for hypertension, diabetes mellitus, CAD in mother, stroke in mother at the age of 40, also history of seizures.
Social history: Denies tobacco, alcohol or illicit drugs.
Allergies: NKDA.

Review of systems: Constitutional: Headache about two times a week usually temporal in location. Eyes: Photophobia, black spots before her eyes and something moving in front of her eyes. Ears: Phonophobia. Nose: No problems. CV: No chest pain or palpitations. Pulmonary: No cough or shortness of breath. GI: Diarrhea mostly and nausea with the headaches. GU: No problems. Neurological: Numbness in both hands and feet. Musculoskeletal: Denies any neck pain, complains of some back pain. All other systems reviewed are negative.

PHYSICAL EXAM
GEN: Well developed, well nourished, black female, in no acute distress.
Vital signs: Weight: 185 Lbs, Height: 5'1", Pulse: 76, Blood pressure: 110/72, Respiration: 20.
HEENT: Normocephalic, atraumatic.
NECK: Supple, no JVD or bruit.
HEART: RR&R w/o murmur, gallup or rub.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Soft, non tender, non distended, normoactive bowel sounds.
EXTREMITIES: No cyanosis, clubbing or edema.
NEUROLOGIC: Mental status is normal. Speech and language are normal. Cranial nerves: Pupils are equal, round and reactive to light and accommodation. Visual fields are full. Fundi shows sharp disks. EOM are full. The rest of the CN are intact. Motor exam showed a strength of 5/5 in all four extremities both proximally, distally and all muscle groups. Reflexes are 2+ symmetrical except at the ankles which was 0. Plantars are down going. Sensory examination shows decreased pinprick sensation in stocking glove distribution almost up to the knees, decreased vibration sense, no position sense and decreased sensation to pinprick in both hands in no clear cut dermatomal pattern. Coordination showed good coordination on finger to nose to finger testing. Gait is normal.

IMPRESSION: 1. Neuropathy, etiology uncertain.
    2. Disturbance of skin sensation, need to consider CTS.
    3. Hepatitis C.
    4. Fatigue.

PLAN: We will get B12, Folate, TSH, RPR and ANA levels.
    2. Start her on Neurontin 300mg q HS increasing it to TID over one week.
    3. I will see her back in four weeks.

Ravi Pande, MD
GNC/mew DR: 10/31/03; DT: 11/02/03

**GREENWOOD NEUROLOGY CLINIC**
*Karen Plunkett, MD*
*Ravi Pande, MD*

Date of Exam: 12/8/03        Narie Givens        Referring physician: Dr. Martin

HPI: Narie is a 38 year old right handed African American female who was diagnosed with hepatitis C in 2000. She denied any history of blood transfusions and told me that she had been tested for HIV and it was negative. She is undergoing treatment for this in New Orleans and has been given PEG Intron and Rabetol. She also has a history of depression secondary to the medications and a lot of emotional stress secondary to the disease. She was initially seen by me on 10/31/03 when she presented with a six month history of numbness in both hands and feet. During her last visit, we did a B12, Folate, TSH, RPR and ANA levels, all of which were within normal limits. I started her on Neurontin 300mg increasing it to TID over one week. She comes in for a follow up visit today. She says that her symptoms are better although she does say that her hands feel more numb than her legs. She has been tolerating the medication well.

For other details of the history see my initial clinic notes of 10/31/03.

PHYSICAL EXAM
GEN: Well developed, well nourished, black female, in no acute distress.
Vital signs: Weight: 188 Lbs, Blood pressure: 124/78, Pulse: 76.
HEENT: Normocephalic, atraumatic.
NECK: Supple, no JVD or bruit.
HEART: RR&R w/o murmur, gallup or rub.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Soft, non tender, non distended, normoactive bowel sounds.
EXTREMITIES: No cyanosis, clubbing or edema.
NEUROLOGIC: Mental status is normal. Speech and language are normal. Cranial nerves II-XII are intact. Motor exam showed a strength of 5/5 in all four extremities. Reflexes are 2+ symmetrical except at the ankles which was 0. Plantars are down going. Sensory examination showed decreased pinprick sensation in stocking glove distribution, decreased vibration sense, no position sense and decreased sensation to pinprick in both hands in no clear cut dermatomal patter. Coordination showed good coordination on finger to nose to finger testing. Gait is normal.

IMPRESSION: 1. Neuropathy, etiology uncertain.
2. Disturbance of skin sensation, rule out CTS.
3. Hepatitis C.

PLAN: She is to continue Neurontin 300mg TID.
2. We will schedule EMG and Nerve Conduction Study of the upper extremities to rule out CTS.
3. I will see her back on January 2, 2004 for EMG Nerve Conduction Study.

Ravi Pande, MD
GNC/mcw DR: 12/08/03; DT: 12/08/03

## Greenwood Neurology Clinic
## Progress Notes

Patient Name: Marie Givens

| DATE | TIME | |
|---|---|---|
| 1-2-04 | | Pt. did not show for EMG/NCS. |
| 1-23-04 | | Pt. here for EMG/NCS. — P60mh |
| | | NCS — nl |
| | | EMG — ⊕ APB normal |
| | | Imp — DOSS |
| | | Plan — RTC 3 month — |

**GREENWOOD NEUROLOGY CLINIC**
Karen Plunkett, MD
Ravi Pande, MD

EMG NERVE CONDUCTION STUDY REPORT

Date of Exam: 1/23/04        Narie Givens        Referring physician: Dr. Martin

HPI: Narie is a 38 year old right handed African American female who was diagnosed with hepatitis C in 2000. She denies any history of blood transfusions and told me that she had been tested for HIV and it was negative. She has been under treatment for this in New Orleans and has been on _____ and Rabetol. She also has a history of depression secondary to medications and a lot of emotional stress secondary to disease. She was initially seen by me with history of numbness in both hands and feet. She told me that her hands feel more numb than her legs.

PHYSICAL EXAM: Motor strength was 5/5 in both upper extremities both proximally and distally and in all muscle groups. Reflexes are 2+ symmetrical. Sensory examination is normal in both upper extremities.

NERVE CONDUCTION STUDY: The sensory nerve action potential of the left median, ulnar and radial nerves showed a normal latency, normal amplitude and normal conduction velocity. Palmar studies are normal on the left side. The sensory nerve action potential of the right median nerve showed an upper limit of normal latency, normal amplitude and normal conduction velocity. The sensory nerve action potential of the right ulnar and radial nerves showed a normal latency, normal amplitude and normal conduction velocity. Palmer studies are normal on the right side. The compound muscle action potential of the left median and ulnar nerves showed a normal latency, normal amplitude and normal conduction velocity. The compound muscle action potential of the right median an ulnar nerves showed a normal latency, normal amplitude and normal conduction velocity. F waves are normal in all nerves studied.

EMG: Concentric needle examination was performed in the right abductor pollicis brevis muscle. This muscle showed a normal morphology, normal recruitment and normal motor unit potentials.

IMPRESSION: This is a normal study. Based on this study there is no electrophysiological evidence of any peripheral nerve dysfunction at this time.

*4-22-04 - Pt. missed appt. - P. 600pm* [handwritten]

Ravi Pande, MD
GNC/mcw DR: 01/26/04 DT: 01/26/04