# Exhibit 49

Shields, Pamela

05/28/04
ap 50    Temp. _____ Pulse 80 R
         BP. 130/80  WT. 286#                    (78888)
                                                 Tension
R4's she's taken                                 headache for
1) Neurontin 300mg 3/d - 2yr.                    a week.
2) Equicet 2 - 4×d (#90)
3) Buspirone 10 mg. 1/3×d
4) Latrel 5/20 1/d
5) Celexa 40 mg. 1/d —
6) Remron 45 mg. 1/hs — geer
7) Trazodone 50mg. 3/hs —
8) Xanaf 0.125 mg. 1/3×d
9) Insulin 25/75 // Lantus 45 u h.s
   (1 Tinag: (Lorazepam. 1 mg × hs (30) )
Remote Parkwood
for depression

**Pam Shields**
Comes in today with a list of multiple medications, primary complaint today is occipital headache she has a week since she did without her Equacet. Will refill these # 90. Also Ativan 1 mg at bedtime to take the place of her Xanax.   JAC/jj

6-16-04
ap 50    Temp _____ Pulse 112R
         BP. 114/76 WT. 274#   no pain - gout Ⓡ  (79115)
                       (-12)   hand-wants cortisone shot
Celestone 1cc IM              also pain both legs, ankles
DOG as ordered — Ⓡ

**Pam Shields**
Returns today, still complaining with suboccipital headache even though she is now taking her Equacet but complaining with pain in both hands, knees, ankles and wrists. Think she has had gout in the past. Will get a uric acid. Does have a gouty tofi on the proximal IP joint of the left hand. Treatment: Celestone 1 cc, will get a uric acid and will start her on Bellergal S 1 twice daily to prevent headaches.   JAC/jj

04/18/04 Westgate Refill Equicet (CD) #30
6-21-04 Westgate refill Xanax 75.

Shields, Pam

7/1/04 Tel: Westgate - Refill Equicet T tab 2-4 x d prn pain #90 — CD

7/9/04 Pt. requested refill on Equicet & was denied. CD

7-13-04 Pt requested Equicet & Xanax - denied. Dr C said 3 weeks before he'd give another Rx - Pam said she did not get 90 on 7-1-04 - Judy been that's what was ordered — TS.

7/21/04 Westgate Refill Bellamine 1 BID #60 CD

8/6/04 Equicet #90 T tab
       Xanax #90 T tab    } called Westgate
       0.25                 8-6-04
                            TS

-25-04  Temp. ___  Pulse 116 R
Age 50  BP 134/76  WT. 284#   c/o tender lesions on scalp; lesion under R arm; mouth + throat sore
                              NO Indigestion
                                                                    (80193)

Pam Shields
Comes in today has superficial infection 1 area in the right posterior scalp and 1 area 1 cm diameter in the right axilla. Both of these are tender. She is a diabetic. Request Lortab for the pain. Treatment today: Garamycin 80 mg IM, start on Trimox 500 mg 3 x daily, Darvocet N 1 every 4 hours for pain # 24.
JAC/jj

10-8-04 Written Rx: Celexa 40 mg T/d #30 x 3R — KR
                    Lotrel 5/20 mg. T/d #30 x 3R

10-12-04 Equicet tab (90)
         Remeron 45 mg/d (30)

AUG-03-2004 07:57                        P.01

8/18/04 Faxed — (KL) to Lela Keys @ hospital for Rx assistance

## REFERRAL FORM

DATE OF REFERRAL: Aug. 18, 2004

Patient's Name: PAm Shields      Phone #: 674-6705

### LIST OF MEDICINES

| # | Medicine | # | Medicine |
|---|---|---|---|
| 1. | Neurontin X | 11. | Flexeril 10 mg tid, 7/3/06 |
| 2. | Equicet | 12. | Lyrica 50 mg |
| 3. | Buspirone ✓ | 13. | Vistaril 25 mg tid |
| 4. | Lotrel 5/20 t/d | 14. | Bellamine S bid (60) |
| 5. | Celexa ✓ 40 mg | 15. | Ranitidine 300 mg |
| 6. | Remeron ✓ | 16. | |
| 7. | Trazadone ✓ 50 ttt hs | 17. | |
| 8. | Xanax 0.5 mg | 18. | |
| 9. | Lantus 45 u hs | 19. | |
| 10. | Humalog 75/25 – 10 or 4u | 20. | |

REFERRED BY: Kathy / Dr. Joe A. Campbell

TOTAL P.01

Shields, Pam

5/24/94   Refill Prozac #30 – Westgate    /B

10-19-94  T 97.4        (29109)

10/24/94  Refill Prozac #30 – Westgate   /B
11/23/94  Refill Prozac #30 – Westgate   /B
                                         (30807)

1/18/95   Temp. 97.4   BP 118/78  WT 292        C/O cough & cold
age 40
          Comes in today with cold, coughing. DOes have a tracheobronchitis.
                RX: Linc. 2 cc IM
                    Amoxil 500 tid
                    Tussiorganidan DM q 4 hrs. prn cough

5/23/95  tel. westgate – refill Prozac #30 /PK

```
                         Joe A. Campbell, M.D.                    Page 1
                         Patient Account Ledger                   102507
                               10-25-07

Entry    Date   Location-Diagnosis   Procedure  Document Prov  Amount      Balance

(SHIEP010) SHIELDS, PAMELA J  (662) 624-6705
           Last Payment:     $48.21  On: 10-19-07
         092607 Balance Forward                                              -28.75

NOTE   022595 By: 1  Standard Statement was billed.
                                                                               0.00
HIST   071494 11-599.0 URINARY TRAC 81000     27284    1       12.00          12.00
HIST   101994 11-V04.8 VACCINATION  90724     29109    1       14.00
HIST   101994 -                     11111     29109    1      -14.00           0.00
HIST   011895 11-490 TRACHEOBRONCHI 99213     30807    1       35.00
HIST   011895 11-490 TRACHEOBRONCHI J2010     30807    1       15.00
NOTE   012595 By: 1  Standard Statement was billed.
                     30807
                                                                              50.00
HIST   052804 11-250.00,401.9       99203     78888    1       96.30
NOTE   061104 By: 1  MEDICARE was billed.
                     78888
NOTE   062404 By: 1  Standard Statement was billed.
                     78888, 79115
NOTE   062404 By: 1  Standard Statement was billed.
                     78888, 79115
NOTE   062504 By: 1  Standard Statement was billed.
                     78888, 79115
                                                                              96.30
HIST   061604 11-715.90, 274.9      99213     79115    1       52.45
HIST   061604 11-715.90 OSTEOARTHRO J0702     79115    1       20.00
HIST   061604 11-715.90 OSTEOARTHRO G0001     79115    1        5.00
NOTE   063004 By: 1  MEDICARE was billed.
                     79115
                                                                              77.45
HIST   082504 11-684 IMPETIGO       99213     80193    1       52.45
HIST   082504 11-684 IMPETIGO       J1580     80193    1       25.00
NOTE   082604 By: 1  Standard Statement was billed.
                     80193, B040806
NOTE   082604 By: 1  Standard Statement was billed.
                     80193, B040806
NOTE   090104 By: 1  MEDICARE was billed.
                     80193
                                                                              77.45
HIST   101804 11-006.0 AC AMEBIASIS 99213     80861    1       52.45
HIST   101804 11-006.0 AC AMEBIASIS J1580     80861    1       25.00
NOTE   102004 By: 1  MEDICARE was billed.
                     80861
NOTE   102604 By: 1  Standard Statement was billed.
                     80861, 80903, 80970
NOTE   102604 By: 1  Standard Statement was billed.
                     80861, 80903, 80970
                                                                              77.45
HIST   102104 11-006.0 AC AMEBIASIS 99213     80903    1       52.45
HIST   102104 11-006.0 AC AMEBIASIS 10060     80903    1       91.76
                                           ***CONTINUED***
```

```
                              Joe A. Campbell, M.D.                    Page 2
                              Patient Account Ledger                   102507
                                     10-25-07

Entry   Date   Location-Diagnosis    Procedure   Document Prov  Amount      Balance

(SH1EP010) SHIELDS, PAMELA J   (662) 624-6705      (CONTINUED)

HIST    102104 11-006.0 AC AMEBIASIS J1580        80903     1     25.00
NOTE    111204 By: 1   MEDICARE was billed.
                       80903
                                                                            169.21
HIST    102204 11-006.0 AC AMEBIASIS 99211        80970     1     20.56
NOTE    111204 By: 1   MEDICARE was billed.
                       80903, 80970
                                                                             20.56
HIST    111604 11-006.0 AC AMEBIASIS 99213        81277     1     52.45
HIST    111604 11-006.0 AC AMEBIASIS J1580        81277     1     25.00
HIST    111604 11-006.0 AC AMEBIASIS 87075        81277     1     60.00
NOTE    112404 By: 1   MEDICARE was billed.
                       81277
                                                                            137.45
HIST    121604 11-715.90 OSTEOARTHRO 99213        81746     1     52.45
HIST    121604 11-715.90 OSTEOARTHRO J0702        81746     1     20.00
NOTE    122004 By: 1   MEDICARE was billed.
                       81746
                                                                             72.45
HIST    010594 11-                   11111        A940105   1    -65.00     -65.00
HIST    082694 11-                   11111        A940826   1    -12.00     -12.00
HIST    040495 11-                   11111        A950404   1    -50.00     -50.00
HIST    080495 11-ST OF MS DISABL    RECORDS      A950804   1     10.00
HIST    080495 11-ST OF MS DISABL    REC.PAY      A950804   1    -10.00       0.00
HIST    070604 11-5-28-04MEDICARE    11113        B040706   1    -66.99
HIST    070604    -5-28-04           11114        B040706   1    -12.56
NOTE    072604 By: 1   Standard Statement was billed.
                       B040706
                                                                            -79.55
HIST    080604 I1-6-16-04MEDICARE    11113        B040806   1    -42.87
HIST    080604    -6-16-04           11114        B040806   1    -24.61     -67.48
HIST    092004 I1-8/25/04MEDICARE    11113        B040920   1    -37.79
HIST    092004    -8/25/04 ADJ       11114        B040920   1    -30.22
NOTE    092704 By: 1   Standard Statement was billed.
                       B040920
                                                                            -68.01
HIST    110804 I1-10-18-04MEDICARE   11113        B041108   1    -37.79
HIST    110804    -10-18-04          11114        B041108   1    -30.22     -68.01
HIST    112204 I2-10-18-04MEDICAID   11115        B041122   1     -4.72
HIST    112204    -10-18-04          11116        B041122   1    -42.51     -47.23
HIST    120304 I1-10-21-04MEDICARE   11113        B041203   1    -65.13
HIST    120304    -10-21-04          11114        B041203   1    -87.80    -152.93
HIST    121304 I1-11-16-04MEDICARE   11113        B041213   1    -37.79
HIST    121304    -11-16-04          11114        B041213   1    -90.22    -128.01
HIST    122004 I2-10-21-04MEDICAID   11115        B041220   1     -8.14
HIST    122004    -10-21-04          11116        B041220   1    -73.27     -81.41
HIST    123104 I1-11-16-04MEDICARE   11115        B041231   1     -4.72
HIST    123104    -11-16-04          11116        B041231   1    -30.97     -35.69
                                                                         ----------
                                            ** HISTORY TOTAL **              -65.00
```

```
                    Joe A. Campbell, M.D.                    Page 3
                    Patient Account Ledger                   102507
                           10-25-07

Entry   Date  Location-Diagnosis   Procedure  Document Prov Amount      Balance

(SHIEP010) SHIELDS, PAMELA J   (662) 624-6705     (CONTINUED)
                                                          ----------  ----------
***           Patient Totals                                    0.00      -28.75
                                                                      ----------
              Family Total                                                -28.75
```