# Exhibit 50 (a)

OFFICE VISIT

NAME: JACKIE LEWIS

DATE: 02/28/07

CHART #: 2770

Jackie Lewis presents with back pain in the area of the incision. The pain does not radiate. Straight leg raising test is negative. Neurovascular exam is normal.

IMPRESSION: Degenerative joint disease.

PLAN:
1. Toradol 60.
2. 8 and 4.
3. Return to clinic prn.

Thomas E. Joiner, M.D.

TEJ/al-s

OFFICE VISIT

NAME:        JACKIE LEWIS

DATE:        8/22/06

CHART #:     2770

Jackie Lewis had an onset of severe dizziness with the room spinning associated with nausea and vomiting over the past weekend. She was seen in the emergency room at Baptist Hospital. Neurological exam apparently was normal. She had a CT scan there which was normal. Lab work was normal. It was felt that this was inner ear. Today she is over her dizziness but she is still weak from the nausea and vomiting. Her lungs are clear. Heart shows a regular rhythm and rate. Neurological exam is normal. There is no nystagmus.

IMPRESSION: Possible Meniere's disease.

PLAN:
1.  Reassurance.
2.  If symptoms recur, we may proceed with consultation with Dr. House.


Thomas E. Joiner, M.D.

TEJ/a1-s

CHART NOTE

PATIENT NAME:        JACKIE M. LEWIS

DATE:                05-15-06

CHART #:             2770

Jackie Lewis presents with pain and discomfort in her right foot. There is no history of any fall, trauma, etc.

PHYSICAL EXAM:  She is tender just anterior to the talus, in the area of the insertion of the fascia.

IMPRESSION:
1.  Plantar fasciitis.

PLAN:
1.  8 and 4.
2.  Reassurance.
3.  Return to clinic prn.

_____
Thomas E. Joiner, M.D.

TEJ:al-s

CHART NOTE

PATIENT NAME:        JACKIE LEWIS

DATE:                04-11-06

CHART #:             2770

Jackie Lewis presents with cough, congestion, upper respiratory infection.

She is having polyuria, polydipsia, polyphagia. That is why I checked her blood sugar. I am quite happy that it's 93. There's no history of any dysuria, frequency. There is no history of any nausea, vomiting, weight loss, anorexia, etc.

PHYSICAL EXAM: OP is slightly erythematous. The neck is supple. Lungs are clear.

IMPRESSION:
1.  Upper respiratory infection.

PLAN:
1.  Glucose-93.
2.  8 and 4.
3.  Biaxin Pack.
4.  Fluids, Tylenol.
5.  Return to clinic prn.

_____
Thomas E. Joiner, M.D.

TEJ:al-s

*Jackie Lewis*

7/14/06  Patient was on Avandia 8 mg 1 per day. The medicine is on manufacturer backorder, no longer available. Patient was changed to Actos 45 mg. 1 per day. Patient was instructed to monitor blood sugars carefully, and report back to the clinic. (Per Dr. Javin)

*Debbie Lewis*

OFFICE VISIT

NAME:           JACKIE M. LEWIS

DATE:           1/26/06

CHART #:        2770

Jackie Lewis presents with soreness in her right great toe where she hit it. She does have a fungus in the nail but she does have some bleeding around the nail and signs of an infected toenail.

PLAN:
1. Omnicef 1 p o bid.
2. Return to clinic prn.


Thomas E. Joiner, M.D.

TEJ/al-s

OFFICE VISIT

NAME:       JACKIE M. LEWIS

DATE:       07/25/05

CHART #:    2770

Jackie Lewis presents for recheck of MRI of the abdomen and pelvis. This is essentially normal. I feel that her pain and discomfort is coming from musculoskeletal.

PLAN:
1.  Anaprox DS.
2.  Return to clinic prn.

Thomas E. Joiner, M.D.

TEJ/al-s

OFFICE VISIT

NAME:            JACKIE LEWIS

DATE:            07/20/05

CHART #:         2770

Jackie Lewis presents with pain and discomfort in her right groin, especially when walking and bending over. Physical examination reveals guarding in the mid area of the inguinal ligament, but there is no rebound. There are no masses.

IMPRESSION: Abdominal pain

PLAN:
1.  CT abdomen and pelvis.
2.  UA, CBC.


Thomas E. Joiner, M.D.

TEJ/al-s

OFFICE VISIT

NAME:         JACKIE LEWIS

DATE:         11/19/04

CHART #:      2770

Jackie Lewis presents with swelling and tenderness around her neck. This was greatly swollen and tender one week ago when she started taking Ketek. This has greatly improved, but she still has quite a bit of tenderness.

PLAN:
1.  8 of Decadron.
2.  Continue Ketek Pack.
3.  Return to clinic prn.

Thomas E. Joiner, M.D.

TEJ/al-s

OFFICE VISIT

NAME:           JACKIE M. LEWIS

DATE:           9/2/04

CHART #:

Ms. Jackie Lewis presents with left sided chest pain. There is no history of any recent trauma, etc. This is not truly exertional chest pain but more when she moves around. She does complain of some exacerbation when she exerts herself. EKG reveals some lateral ischemia. We will perform a treadmill stress test with myoview. Nonetheless, I think that this is muscular pain as you can palpate and reproduce the pain on palpation.

PLAN:
1. 8 and 4.
2. Advil 3 tablets three times a day.
3. Treadmill stress test with myoview.
4. Return to clinic after above.


Thomas E. Joiner, M.D.

TEJ/al-s

CHART NOTE

PATIENT NAME:        JACKIE LEWIS

DATE:                12-15-03

CHART #:             2770

Jackie Lewis presents with severe pain in her right arm. She is tender over the lateral epicondyle on the right arm.

X-ray of the shoulder is normal with exception of slight arthritis and x-ray of the elbow shows slight arthritis.

PHYSICAL EXAM: Neurovascular exam is normal. Deep tendon reflexes are equal.

IMPRESSION:
1.  Tendinitis.

PLAN:
1.  8 and 4.
2.  Advil, 200 mgs, 3 tablets 3 x a day.
3.  Recheck Thursday or Friday. If still with discomfort, consider injecting the olecranon.

---

Thomas Joiner, M.D.

TJ:al-s

:104

wt- 227

BP- 120/78

c/o- (R) elbow pain