# Exhibit 50 (b)

OFFICE NOTE

PATIENT NAME:    Jackie Lewis

DATE:            7/21/03
CHART #:         2770

Jackie Lewis presents with left sided chest pain. This is more of a pleuritic chest wall type pain that hurts with motion, is very tender in the anterior joint capsule. Lungs are clear. Heart shows a regular rhythm and rate without murmur. EKG shows lateral ischemia.

IMPRESSION:

1.

PLAN:

1. Stress Myoview.
2. 8 and 4.
3. Return to clinic prn.
4. Darvocet N-100.

_____

Thomas E. Joiner, M.D.

TEJ:fft

OFFICE NOTE

PATIENT NAME:     Jackie Lewis

DATE:             4/3/03
CHART #:          2770

Jackie Lewis presents with back pain radiating into her leg, particularly her right leg. The straight leg raising test is positive. Neurovascular exam is otherwise normal. The deep tendon reflexes are equal.

IMPRESSION:

1.   Back pain, probable herniated disc.

PLAN:

1.   8 and 4.
2.   Panlor SS.
3.   Range of motion exercises.
4.   Return to clinic prn.


_____

Thomas E. Joiner, M.D.

TEJ:als

OFFICE NOTE

PATIENT NAME:     Jackie N. Lewis

DATE:             12/27/02
CHART #:          2770

Jackie Lewis presents with some type of episode that happened on Christmas eve. She felt as if her whole inside was shaking and she was shaking all over. It left her quite tired and worn out. She did have some diarrhea after that. The neurological exam is grossly normal at present. The deep tendon reflexes are equal. Discs are sharp; no hemorrhages or exudates.

IMPRESSION:

1.  Possible seizure.

PLAN:

1.  CT brain with contrast.
2.  EEG.
3.  SED rate, CMP, CBC.

_____
Thomas E. Joiner, M.D.

TEJ:als

,3

Ht - 5'8
Wt - 220
B/P - 110/78

C/o - Back & hip pain
Atraumatic.

8x8
Pant 55

OFFICE NOTE

PATIENT NAME:   Jackie M. Lewis

DATE:           11/20/02
CHART #:        2770

Jackie Lewis presents with left sided chest pain. This feels like a pressure discomfort. There is no exertional pain. She had a cardiovascular workup in 1998 with a catheterization which showed normal coronary arteries. She does not smoke. There is no history of any other heart disease, etc. EKG today reveals flat and inverted T-waves laterally. This is actually unchanged from her previous EKG's but because of this we will do a stress test Myoview.

She has been through quite a bit in the last year. Her mother died approximately two weeks ago. She has been under quite a bit of stress, especially with he back and back discomfort.

Heart shows a regular rhythm and rate without murmur. Blood pressure is 140/82; height 5'7½"; weight 214 lbs. Lungs are clear. Abdomen is soft. Extremities show no clubbing, cyanosis or edema.

IMPRESSION:

1. Chest pain.
2. Anxiety.

PLAN:

1. Celexa 20mg daily.
2. Stress test with Myoview.
3. Return to clinic prn.

Thomas E. Joiner, M.D.

TEJ:als

OFFICE NOTE

PATIENT NAME:     Jackie M. Lewis

DATE:             9/24/02
CHART #:          2770

Jackie Lewis presents with low back pain. The pain does radiate and especially into her right leg. The neurological exam is normal. The deep tendon reflexes are equal. BP is 110/90. Weight is 221 lbs.

IMPRESSION:

1.

PLAN:

1.  8 and 8.
2.  Panlor SS.
3.  Vioxx 25mg daily.
4.  Return to clinic prn.


_____

Thomas E. Joiner, M.D.

TEJ:als

OFFICE NOTE

PATIENT NAME:   Jackie Lewis

DATE:   12/3/01

CHART #:   2770

Jackie Lewis presents with anxiety, fluttering in her stomach. She does appear to be quite anxious. The neurological exam is normal. Abdomen is soft.

IMPRESSION:

1.  Anxiety.

PLAN:

1.  Tranxene 7.5 q 12 prn.
2.  Return to clinic prn.
3.  Disability form.

_____
Thomas E. Joiner, M.D.

TEJ:als

1-22-02 Tranxene 7.5 ÷ Q12
#30 Fred's Clinton
18.02 Tranxene N) Jackie

5-02 Lopral XL 50 ȼ 2RF's
924-3232
28-02 RF Tranxene Fred's 924-3232

15.02 RF Tranxene + 2-extra 924-3232

18.02 RF Lopral XL 50 c̄ 5RF's 924-3232

OFFICE NOTE

PATIENT NAME:     Jackie Lewis

DATE:             11/27/01
CHART #:          2770

Ms. Jackie Lewis presents with continuing low back pain which has worsened over the past several days. It is quite painful and sore. The neurological exam is normal. The straight leg raising test is negative.

IMPRESSION:

1.  Low back pain.

PLAN:

1.  8 and 40.
2.  Darvocet N-100 # 30.
3.  Vioxx 25mg.
4.  Return to clinic prn.

_____

Thomas E. Joiner, M.D.

TEJ:als

OFFICE NOTE

PATIENT NAME:    Jackie Lewis

DATE:    8/7/01
CHART #:    2770

Ms. Jackie Lewis presents with back pain. Please see letter dictated. We will continue with Mobic 7.5 bid.

IMPRESSION:

PLAN:

1.    Return to clinic prn.

_____
Thomas E. Joiner, M.D.

TEJ:als

OFFICE NOTE

PATIENT NAME:        JACKIE LEWIS

DATE:                6/15/01

CHART #:             2770

Jackie Lewis presents with pain in her left shoulder. There is no history of any fall, trauma, etc. It is in the second to third rib anteriorly. It hurts when she mashes it. There is no swelling. No ecchymoses. No history of trauma.

Lungs are clear. There are supraclavicular nodes. Chest x-ray is clear.

IMPRESSION:
1. Pleuritic type pain.

PLAN:
1. Mobic 7.5 bid.
2. 8 of Decadron.
3. Return to clinic prn.

_____
Thomas E. Joiner, M.D.

TEJ:al-s

7-13-01
Toprol XL 50mg ÷ QD #30 ☉ 1 Rf
Mobic 7.5 Bid. #60 ☉ 1 Rf

8-7-01
                                        c/o
                                wants to talk to
                                you about
                                papers.

10-29-01
Toprol XL 50mg ÷ Q.D.
#30 ☉ 1 Rf

OFFICE NOTE

PATIENT NAME:      Jackie Lewis

DATE:              3/20/01
CHART #:           2770

Jackie Lewis presents for recheck of upper GI which shows ulcer deformity. She had previous ulcers in the 1970's.

IMPRESSION:

PLAN:

1. Aciphex 20mg daily.
2. Return to clinic prn.

_____
Thomas E. Joiner, M.D.

TEJ:als

---

3-23-01   no answer x 2   866-7247

3-26-01   Antivert 25mg ÷ tid #30
          meds
          924 3237

6-15-a    wt 212
          121/92

          c/o
          -L shoulder
          hurts when
          she pushes on
          it

OFFICE NOTE

PATIENT NAME:    Jackie Lewis

DATE:            3/19/01
CHART #:         2770

Ms. Jackie Lewis presents with abdominal pain associated with nausea, some throwing up. Abdomen is flat and soft, bowel sounds are positive; there are no masses or organomegaly; there is no guarding or rebound. She was seen in the emergency room yesterday. Her liver function studies are normal.

IMPRESSION:

PLAN:

1. Upper GI.
2. Gallbladder ultrasound.
3. Random blood sugar - 94.
4. Return to clinic prn.


_____
Thomas E. Joiner, M.D.

TEJ:als