# Exhibit 50 (c)

OFFICE NOTE

PATIENT NAME: Jackie M. Lewis

DATE: 2/27/01
CHART #: 2770

Jackie Lewis presents with continue complaints of swelling behind her right mandible. This has not changed; it is still quite tender.

IMPRESSION:

PLAN:

1. Refer to Dr. Massey.
2. Pamelor SS 1 q 6 hrs prn.
3. Change to Levaquin 500mg one daily.
4. Return to clinic prn.
5. Aciphex 20mg daily.

Thomas E. Joiner, M.D.

TEJ:als

OFFICE NOTE

PATIENT NAME: Jackie Lewis

DATE: 2/15/01
CHART #: 2770

Ms. Jackie Lewis presents with chest discomfort from time to time which is in the left side and radiates through to the back. She also complains of pain in her right parotid area. The parotid gland is exquisitely tender. The pharynx is benign. Neck is supple. Lungs are clear.

IMPRESSION:

1. Parotitis.
2. Chest wall pain versus esophagitis.

PLAN:

1. Aciphex 20mg daily.
2. Maalox at bedtime.
3. Elevated head of bed if needed.
4. Keflex 500 qid.
5. Recheck in one week if still with discomfort.

Thomas E. Joiner, M.D.

TEJ:als

2-27-01 wt. 213 Ht. 5'8" B.P. 100/80 c/o Re√ knot on side of neck.

(1) Levaquin

(2) T. ENT
To Dr Massey
Feb 28th, 3:00

Jackie Lewis

9-24-02 Wt. 221

C/o Low Back pain

B.P. 110/90

① 8 5
② Paxil 55
③

OFFICE NOTE

PATIENT NAME: Jackie Lewis

DATE: 2/15/01
CHART #: 2770

Ms. Jackie Lewis presents with chest discomfort from time to time which is in the left side and radiates through to the back. She also complains of pain in her right parotid area. The parotid gland is exquisitely tender. The pharynx is benign. Neck is supple. Lungs are clear.

IMPRESSION:

1. Parotitis.
2. Chest wall pain versus esophagitis.

PLAN:

1. Aciphex 20mg daily.
2. Maalox at bedtime.
3. Elevated head of bed if needed.
4. Keflex 500 qid.
5. Recheck in one week if still with discomfort.

Thomas E. Joiner, M.D.

TEJ:als

2-27-01 wt. 213 Ht. 5'8" c/o Rev knot on side of neck

B.P. 100/80

(1) Levaquin
(2) T. ENT
To Dr Massey Feb 28th, 1:30

OFFICE NOTE

PATIENT NAME: Jackie Lewis

DATE: 11/30/00
CHART #: 2770

Jackie Lewis presents for recheck. She is doing quite well but she is having left sided chest pain. This was relieved by Nitroglycerine in the office. EKG reveals lateral ischemia.

IMPRESSION:

1. Angina.

PLAN:

1. See Dr. Harper.
2. nitroglycerin 1/150 sublingual prn chest pain.
3. Imdur 30mg daily.
4. Norvasc 30mg daily.
5. Return to clinic prn.

Thomas E. Joiner, M.D.

TEJ:als

2-15-01 Wt. 216 C/O Knot on (R) side
Ht. 5'8" of neck, also
Chest pain now
EKG B.P. 100/68 (L) side.

(1) Keflex 500 QID
(2) Prilosec 20s



OFFICE NOTE

PATIENT NAME: Jackie Lewis

DATE: 6/6/00
CHART #: 2770

Jackie Lewis presents for recheck. She is still having quite a bit of discomfort radiating down her right leg. She has had epidural steroid injections which helped for quite awhile but on Memorial Day the pain has returned. I will discuss this with Dr. Neill and we will make her another appointment to visit with Dr. Neill.

IMPRESSION:

1. Nerve root impingement.

PLAN:

1. Evaluation by Dr. Neill.
2. Vioxx 25mg daily.
3. Neurontin 300mg bid.

Thomas E. Joiner, M.D.

TEJ:als

11-31-00

Wt 216 lbs
Ht 5'8"
BP 160/71

C/o
R Leg pain

11:50 given nitroglycerin S/R

OFFICE NOTE

PATIENT NAME: Jackie M. Lewis

DATE: 6/2/00
CHART #: 2770

Jackie Lewis presents with severe pain radiating down her right leg. She had a series of epidurals which helped tremendously. She has had a return to severe pain in the last three or four days. Previous MRI's failed to show any herniated discs.

IMPRESSION:

PLAN:

Thomas E. Joiner, M.D.

TEJ:als

OFFICE NOTE

PATIENT NAME: Jackie Lewis

DATE: 2/14/2000
CHART #: 2770

Jackie Lewis presents for recheck. Her back is actually stopped hurting. She now has some pain around the right flank but overall is much, much better. Therefore, we will continue Relafen 750mg two daily.

IMPRESSION:

PLAN:

1. Return to clinic prn.

Thomas E. Joiner, M.D.

TEJ:als

6-1-00 dcn-100 #21 T 4-6 pain [illegible] dr. Joiner [illegible]

06-02-00 WT 208 lbs HT 5'8" BP 140/60 C/o R leg pain

① 8180
② Lorcet plus

6-6-00 BP 130/70 C/o leg pain still hurting

① Neurontin 300 BID
② Neurosurg.

OFFICE NOTE

PATIENT NAME: Jackie Lewis

DATE: 12/29/99
CHART #: 2770

Ms. Jackie Lewis presents with pain which originates in her lumbar spine and radiates down the lateral aspect of her right leg to her foot with numbness and tingling. There is no history of any fall or trauma but she does have a husband who is an invalid. There is no history of any bone disease. There is no history of any other abnormalities. The neurological exam shows slight exacerbation of pain on straight raising. The deep tendon reflexes are equal.

IMPRESSION:

1. Probable nerve root irritation.
2. LS spine film shows mild degenerative joint disease.

PLAN:

1. Relafen 750mg two daily.
2. Return to clinic two weeks if still with discomfort and pursue with MRI.

(MRI L. Spine)

River OAKS Open MRI per Pts request

JAn 17 @ 11:45

Thomas E. Joiner, M.D.

TEJ:als

01-04-00 Viox 25mg take i today and i QD After - #30 c 1 RF

961-6555

01-14-00
Open MRI @ River OAKS
01-17-00

02-03-00 neurontin 100mg i tid x 3wks c 2 RF
- Darvocet #15 i Q6 NR

Freds Clinton

OFFICE NOTE

PATIENT NAME: Jackie M. Lewis

DATE: 9/8/99
CHART #: 2770

Ms. Jackie Lewis has decreased hearing which has been worsening over the past week or so. Examination reveals cerumen impaction which is removed with cerumen spoon. It is then irrigated.

IMPRESSION:

PLAN:

1. UAD otic four drops to right ear three times a day.
2. Murine ear wax softener to left ear three times a day.
3. Return to clinic prn.

Thomas E. Joiner, M.D.

TEJ:als

10-25-99 Rf UAD otic ear drops Freds Clinton

10-26-99 RF Augmentin [illegible] Freds Clinton

2-15-99 Ultram i-ii po Q4-6h #20 NR
Flexaril i tid po #20 NR
Valium 2mg #20 NR
Freds-clinton

[illegible] per VO Dr Joiner

OFFICE NOTE

PATIENT NAME: Jackie Lewis

DATE: 7/29/99
CHART #: 2770

Ms. Jackie Lewis presents for recheck of otitis media. This is healing quite nicely. The tympanic membrane is pink with very slight erythema.

IMPRESSION:

PLAN:

1. Continue Biaxin for three more days.
2. Return to clinic prn.

Thomas E. Joiner, M.D.

TEJ:als

8-11-99 BP 110/60
208
"Neck" Sore
+ Enlarged
CTs [illegible]

NO precert. required on Outpt. test

8-12-99
8:00 for 8:30

8-13-99 Valium 2mg tid #30 x 2 [illegible]