# Exhibit 50 (d)

OFFICE NOTE       2770

PATIENT NAME:    Jackie Lewis

DATE:            7/23/99
CHART #:         2770

Ms. Jackie Lewis presents with swelling below her right ear and anterior to it. She is actually swelling in the area of the parotid gland posterior to the angle of the mandible. Her weight is 210 lbs; height 5'7½" tall; blood pressure 110/80.

Medications: None.

IMPRESSION:

1.    Parotitis.

PLAN:

1.    8 of Decadron.
2.    Biaxin 500mg one po b.i.d.
3.    Recheck early next week.

Thomas E. Joiner, M.D.

TEJ:als

---

7-30-99   wt. 207½   c/o R✓ ear
          Ht. 5'7½
          BP. 110/78

OFFICE NOTE

PATIENT NAME:    Jackie M. Lewis

DATE:            7/23/99
CHART #:         2770

Jackie Lewis presents with pain in her right parotid area. She awoke with discomfort this morning and couldn't hear out of her right ear. Her right tympanic membrane is reddish pink but does not look acutely infected. The hearing is intact. The landmarks are otherwise normal. She is exquisitely tender in the area of the parotid gland. There is swelling. It is hot.

Her weight is 210 lbs; height 5'7½" tall; blood pressure 110/80.

IMPRESSION:

1. Parotitis.

PLAN:

1. 8 of Decadron.
2. Biaxin 500 on po b.i.d.
3. Ultram 1-2 q 4-6 hrs. prn pain.
4. Recheck next week.
5. Return to clinic prn.

_____

Thomas E. Joiner, M.D.

TEJ:als

OFFICE NOTE

PATIENT NAME:     Jackie Lewis

DATE:             6/28/99
CHART #:          2770

Ms. Jackie Lewis presents with tenderness in her right neck at the submandibular area on the right. The tympanic membrane is slightly erythematous. The neck is supple, otherwise. Lungs are clear.

IMPRESSION:

1.  Right otitis.

PLAN:

1.  Augmentin 500 b.i.d.
2.  Darvocet N-100.
3.  Return to clinic prn.

---

Thomas E. Joiner, M.D.

TEJ:als

---

7-23-99   wt. 210      c/o R ear swollen
          Ht. 5'7½          below it, Re√ it
          B.P. 110/80

① 8
② Biaxin 500            Meds. Now
   ⊅ ÷ B/4                  ASA
③ Re√ No√ wk

OFFICE NOTE

PATIENT NAME:   Jackie Lewis

DATE:           4/8/99
CHART #:        2770

Jackie Lewis presents for recheck of pain in the left rhomboid area. The neurological exam is normal. He has a full range of motion.

IMPRESSION:

1. Probable muscular pain.

PLAN:

1. Darvocet N-100 1-2 q 4-6 hrs. prn pain.
2. Return to clinic prn.

---

Thomas E. Joiner, M.D.

TEJ:als

6-25-99 RF DN 100 #18 NRF Irado
                                    9243232

---

6-28-99
wt 208
BP 110/68

c/o sore, tender on (R) side of neck

OFFICE NOTE

PATIENT NAME:        Jackie Lewis

DATE:                3/9/99
CHART #:             2770

Jackie Lewis presents with pain in her back. This is approximately T9, just to the left of the midline in the paraspinous muscles. It is a definite very exquisitely tender area. The skin is tender to even light palpation.

IMPRESSION:

1. Neuropathy.

PLAN:

1. 8 and 80.
2. Ultram 1-2 q 4-6 hrs. prn pain.
3. Return to clinic prn.

_____

Thomas E. Joiner, M.D.

TEJ:als

4-6-99   Ultram 50g #15 take 1 q 4-6 PRN pain   DJ/VE   924-3232

4-8-99   208   BP 140/70   Back hurting again

①

OFFICE NOTE

PATIENT NAME:   Jackie Lewis

DATE:   2/9/99
CHART #:   2770

Jackie presents with the same pain her left mid maxillary line, approximately T3 or 4. This is most likely costochondritis.

IMPRESSION:

PLAN:

1. 8 and 80.
2. Return to clinic prn.
3. Daypro 600 two daily.

_____
Thomas E. Joiner, M.D.

TEJ:als

2/18/99 Patient came by office, feels better, doesn't feel she needs to see Dr. J.

3-9-99  Wt 205    Sore area
        BP 110/70  on Back

① 8 & 80
② [illegible] Nsx a
   Ultra

OFFICE NOTE

PATIENT NAME:       Jackie Lewis

DATE:               10/26/98
CHART #:            2770

Ms. Jackie Lewis presents with severe pain in her left sub-axillary area. Her husband is in a wheelchair and she has to pull him to get him up. She did this while she was pulling. In addition, she has vertigo; she feels as if the room is spinning. She does have lateral nystagmus. The neurological exam is normal, otherwise.

IMPRESSION:

1. Vertigo.
2. Muscular pain.

PLAN:

1. 8 and 80.
2. Relafen 750mg two daily.
3. Antivert 25 tid.
4. Return to clinic prn.

_____

Thomas E. Joiner, M.D.

TEJ:als

10-29-98    Diazepam 2mg #15    wg 10
                                Better bugs 866-7702

_____

2-9-99

                    BP 110/62           c/o muscular
                                        pain in
  ① 8 v A                               side
  ② Daypr. 600 TID                      Same
                                        as on previous
                                        previous vis



**THOMAS E. JOINER, M.D.**
Family Practice & Industrial Medicine

1635 Raymond Road
Jackson, MS 39204

Phone: (601)372-3998
Fax: (601)372-3339

December 11, 2000

Re: Jackie Lewis

Dear Sirs:

This is to certify that I am the attending physician of the above named individual. Ms. Jackie Lewis has severe degenerative back disease with disc disease. She is at the point where she cannot tolerate standing. We will, therefore, recommend that she not be employed in any situation where she has to stand or any situation which causes great back pain.

If I can be of any further assistance, please let me know.

Sincerely,

Thomas E. Joiner, M.D.

TEJ:als

Jackie, Lewis
wt: 214
BP: 129/70

11-27-01

c/o back problem again

① 8 x 40
② DCN-IW
③ Vioxx 5

12-3-01          BP 140/80          c/o nerves, nausea, vomiting since Fri

Jackie Lewis
c/o Test Results

3-20-01  wt. 210
Ht. 5'8"

BP 110/90

Meds: ⊖

① Aciphex
② RTL  RV 6wk



Jackie Lewis

02-04-00
01-6555
32
WT 210 lbs
Ht 5'8"
BP 130/72
NKDA
c/o R Hip pain

① 8 PN
② MLC
CT Scan ?

02-08-00
RF Darvocet #15 - i q4h - NR
Freds in Clinton

2-14-00
wt. 207½
Ht. 5'8"
BP 90/70
c/o R Von
R groin pain

3-17-01
55
wt 192
BP 124/86
c/o seen in ER yesterday
Nausea and vomiting
↑ BS

(2/91)

LEASE PRINT CLEARLY:  DATE: 10-26-98

ATIENT'S Name: Jackie Lewis  Date of Birth: 8/9/40  Age: 58

arent's Name (if child) _____  Home Phone _____

ddress P.O. Box 71 (City) Bolton MS 39041

mployment Trust Nat'l Bank  Work Phone 961-6555

rital Status M  Spouse's Name Cornelius  Employment Retired

ouse's Work Phone _____  PATIENT'S Soc.Security # 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

osest relative or friend at different address:

Name Mrs. Marie Anderson  Phone 601-853-4505
Address W4 Thompson Ln. Edwards, MS  Zip 39066

eferred by Dr. _____

LLERGIES: N/A

ERATIONS: _____

MILY HISTORY: _____

S: PAYMENT IS DUE AND PAYABLE WHEN SERVICES RENDERED.  PATIENT AGREES TO PAY AN ATTORNEY FEE IF IT SHOULD BECOME NECESSARY TO PLACE THIS ACCOUNT IN HANDS OF AN ATTORNEY, WHETHER OR NOT SUIT IS FILED.

SIGNED: Jackie Lewis

10-26-98
CBC
Draw

Ht. 5'8
wt 214
BP 107/70

c/o pulled muscle left arm
also dizzy
Some sinus.