# Exhibit 50 (e)

```
THOMAS E. JOINER / BRUCE E. ROBERTS
1635 RAYMOND RD.
JACKSON, MS 39204
(601) 372-3998


ID: 000002407                          12-27-02
CVWB                                    10:27
                                       Patient
                                       Limits 3
WBC     6.5     x10^3/uL      4.5     10.5
LY     39.3     %            20.5     51.1
MO      7.4     %             1.7      9.3
GR     53.3     %            42.2     75.2
LY#     2.6     x10^3/uL      1.2      3.4
MO#     0.5     x10^3/uL      0.1      0.6
GR#     3.5     x10^3/uL      1.4      6.5
RBC     4.76    x10^6/uL      4.00     6.00
Hgb    13.8     g/dL         11.0     18.0
Hct    42.8     %            35.0     60.0
MCV    90.0     fL           80.0     99.9
MCH    29.1     pg           27.0     31.0
MCHC   32.3 L   g/dL         33.0     37.0
RDW    13.8 H   %            11.6     13.7
Plt   240.      x10^3/uL    150.    450.
MPV     7.7 L   fL            7.8    11.0
```




WBC HISTOGRAM          RBC HISTOGRAM          PLT HISTOGRAM

THOMAS E. JOINER / BRUCE E. ROBERTS
1635 RAYMOND RD.
JACKSON, MS 39204
(601) 372-3998

```
ID: 000004013                      03-11-04
CVWB                               09:52
                                Patient
                                Limits 3
WBC    5.4    x10^3/uL       4.5    10.5
LY    42.5    %             20.5    51.1
MO     7.6    %              1.7     9.3
GR    49.9    %             42.2    75.2
LY#    2.3    x10^3/uL       1.2     3.4
MO#    0.4    x10^3/uL       0.1     0.6
GR#    2.7    x10^3/uL       1.4     6.5
RBC    4.75   x10^6/uL       4.00    6.00
Hgb   13.7    g/dL          11.0    18.0
Hct   42.3    %             35.0    60.0
MCV   88.9    fL            80.0    99.9
MCH   28.9    pg            27.0    31.0
MCHC  32.5 L  g/dL          33.0    37.0
RDW   14.2 H  %             11.6    13.7
Plt  208.     x10^3/uL     150.    450.
MPV    8.3    fL             7.8    11.0
```

  

WBC HISTOGRAM         RBC HISTOGRAM         PLT HISTOGRAM

FBS 142
Lewis, Jackie


Case 1:04-cv-10981-PBS   Document 1327-17   Filed 06/11/2008   Page 3 of 12

## Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 361-009-0050-0 | S | MB | COMPLETE | Page #: | 1 |

ADDITIONAL INFORMATION

SS#425843555  FASTING: N
PHONE: 601-866-7247   DOB: 8/09/1940

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| LEWIS, JACKIE | F | 62 / 4 |

PT. ADD.: P.O. BOX 71
Bolton    MS    39041-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/27/2002 | 12:17 | 12/27/2002 | 12/28/2002 | 7:39 | 8846 |

CLINICAL INFORMATION
CD- 95018412032

PHYSICIAN ID.      PATIENT ID.
JOINER T           2770

ACCOUNT: THOMAS E JOINER MD

1635 RAYMOND RD
JACKSON    MS 39204-0000
ACCOUNT NUMBER: 23202070

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| COMP. METABOLIC PANEL (14) | | | | |
| > Glucose, Serum | 123 H | mg/dL | 65 - 109 | MB |
| BUN | 16 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.1 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 14 | | | |
| Sodium, Serum | 142 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.4 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 104 | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 25 | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 9.4 | mg/dL | 8.5 - 10.6 | MB |
| Protein, Total, Serum | 7.5 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | g/dL | 3.6 - 4.8 | MB |
| Globulin, Total | 3.2 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | |
| Bilirubin, Total | 1.0 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 70 | IU/L | 25 - 165 | MB |
| AST (SGOT) | 28 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 30 | IU/L | 0 - 40 | MB |

LAB: MB LABCORP BIRMINGHAM            DIRECTOR: ARTHUR KELLY G MD
1801 FIRST AVENUE SOUTH, BIRMINGHAM, AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



## Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 071-419-0001-0 | S | Z2 | COMPLETE | Page #: | 1 |

| ADDITIONAL INFORMATION | | SS#: 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 |
|---|---|---|
| ILV | FASTING: N | |
| | PHONE: 601-866-7247  DOB: 8/09/1940 | |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| LEWIS, JACKIE | F | 63 / 7 |

PT. ADD.: P.O. BOX 71
BOLTON    MS    39041-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/11/2004 | 8:40 | 3/11/2004 | 3/12/2004 | 7:55 | 1234 |

| CLINICAL INFORMATION |
|---|
| CD- 95018402974 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| JOINER T | 2770 |

ACCOUNT: THOMAS E JOINER MD
1635 RAYMOND RD
JACKSON    MS    39204-0000
ACCOUNT NUMBER: 23202070

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Hemoglobin A1c | | | |
| > A1c | 6.8H  % | 4.8-6.0 | Z2 |
| . | | | Z2 |

LAB: Z2 Central Mississippi Med Ctr    DIRECTOR: George Sturgis M MD
1850 Chadwick Dr, Jackson,  MS 39204-0000

4

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report













