UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
                                                                :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                    :
        SALES PRACTICES AND                                     :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                           :
                                                                :    Judge Patti B. Saris
----------------------------------------------------------------x
                                                                :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                       :
                                                                :
ALL PRODUCTS LIABILITY CASES                                    :
                                                                :
----------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S MOTION TO EXCLUDE THE TESTIMONY OF DOCTORS TRIMBLE, KRUSZEWSKI AND BLUME ON THE ISSUE OF GENERAL CAUSATION**

In connection with the pending motion by Defendants Pfizer Inc., and Warner-Lambert Company LLC to exclude the testimony of Doctors Trimble, Kruszewski and Blume on the issue of general causation, ECF Doc. # 1157, Products Liability Plaintiffs respectfully submit for the Court's consideration a copy of the Food and Drug Administration's "Statistical Review and Evaluation - Antiepileptic Drugs and Suicidality," dated May 23, 2008. Upon information and belief, the document was made publicly available on June 11, 2008. This filing is intended to ensure that the Court and all counsel have ready access to the Statistical Review and Evaluation. A true and correct copy of the document is attached hereto as Exhibit A.

The statistical review is responsive in part to the Court's own inquiry to the FDA, ECF Doc. # 1301, "requesting FDA participation . . . on the conclusions articulated by the FDA in its January 31, 2008 Safety Alert, 'Information for Healthcare Professionals - Suicidality and Antiepileptic Drugs.'"

2

Dated: June 13, 2008 	Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By: **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY  12550

By: **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
   & Associates
106 E. 6th Street, Suite 700
Austin, TX  78701

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 13, 2008.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire