UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| *Jessie Allen, et al v. Pfizer, Inc.* | Individual Case No.: 1:07-CV-11795-PBS |

### STIPULATON OF DISMISSAL RE (LISTED PLAINTIFFS)

IT IS STIPULATED, by all parties to this action, through their counsel of record, that this action is dismissed with prejudice as to the Plaintiffs Brenda Biggers, Gary Carter, Nettie Coleman, Johnnie Collier, Mark Dye, Mollie Haliburton, Ann Hall, Donald Hogan, Harrell Howard, Dorothy Kiser, Johnnie Michael, Charlene Reddix, Leslie Robbins, Carolyn Russell, Melvin Scott, Jermell Stevenson, Mary Thomas, Deborah Walker and Wayne Wilbourn, each party bear its own costs.

Dated: June 23, 2008

BOONE LAW FIRM, P.A.
Attorney for Plaintiffs

By: /s/ Levi Boone, III
Levi Boone, III
401 West Sunflower Avenue
P.O. Box 1772
Cleveland, MS 38732
(662) 843- 7946

DAVIS POLK & WARDWELL
Attorneys for Defendants

By: /s/ James P. Rouhandeh
James P. Rouhandeh
450 Lexington Avenue
New York, New York 10017
(212) 450-4000