UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEURONTIN MARKETING, SALES )
PRACTICES, AND PRODUCT LIABILITY )
LITIGATION )

MDL Docket No. 1629
Master File No. 04-10981

Judge Patti B. Saris
Mag. Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:

*Leroy Anderson, et al v. Pfizer, Inc.*     Individual Case No.: 1:05CV-10835-PBS

## STIPULATON OF DISMISSAL RE PLAINTIFF SONYA LEWIS

IT IS STIPULATED, by all parties to this action, through their counsel of record, that this action is dismissed with prejudice as to the Plaintiff Sonya Lewis, each party bear its own costs.

Dated: June 23, 2008

BOONE LAW FIRM, P.A.
Attorney for Plaintiff

By: _____
Levi Boone, III
401 West Sunflower Avenue
P.O. Box 1772
Cleveland, MS 38732
(662) 843- 7946

DAVIS POLK & WARDWELL
Attorneys for Defendants

By: _____
James P. Rouhandeh
450 Lexington Avenue
New York, New York 10017
(212) 450-4000