UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NEURONTIN MARKETING, SALES )
PRACTICES, AND PRODUCT LIABILITY )
LITIGATION )
)            MDL Docket No. 1629
)            Master File No. 04-10981
)

Judge Patti B. Saris
Mag. Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:

*Mary Cooper, et al v. Pfizer, Inc.*        Individual Case No.: 1:05-CV-10834-PBS

### STIPULATON OF DISMISSAL RE PLAINTIFF LESTINE ROGERS

IT IS STIPULATED, by all parties to this action, through their counsel of record, that this action is dismissed with prejudice as to the Plaintiff Lestine Rogers, each party bear its own costs.

Dated: June 23, 2008

BOONE LAW FIRM, P.A.                    DAVIS POLK & WARDWELL
Attorney for Plaintiff                  Attorneys for Defendants

By: _____           By: _____
Levi Boone, III                         James P. Rouhandeh
401 West Sunflower Avenue               450 Lexington Avenue
P.O. Box 1772                           New York, New York 10017
Cleveland, MS 38732                     (212) 450-4000
(662) 843-7946