UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,  : Master File No. 04-10981
       SALES PRACTICES AND  :
       PRODUCTS LIABILITY LITIGATION : Judge Patti B. Saris
---------------------------------------------------------------x  Magistrate Judge Leo T. Sorokin
:
THIS DOCUMENT RELATES TO: :
:
AVRILL ARONSON v. PFIZER INC. : Individual Case No. 05-11024
JOY DODSON v. PFIZER INC. : Individual Case No. 05-11025
DOROTHY KERN v. PFIZER INC. : Individual Case No. 05-11027
KATHLEEN WILSON v. PFIZER INC. : Individual Case No. 05-11031
MICHAEL MENDOZA v. PFIZER INC. : Individual Case No. 05-11033
AMY WENDORF v. PFIZER INC. : Individual Case No. 05-11999
AMY WENDORF v. PFIZER INC. : Individual Case No. 06-11398
LISA CHRIST v. PFIZER INC. : Individual Case No. 05-12128
DONNA SIMS v. PFIZER INC. : Individual Case No. 06-10419
JUDY MORRIS v. PFIZER INC. : Individual Case No. 06-10780
MARILYN BLACKWELL v. PFIZER INC. : Individual Case No. 06-11397
JAMIE FENELON v. PFIZER INC. : Individual Case No. 06-11581
SEAN HOGGE v. PFIZER INC. : Individual Case No. 06-12049
MARY ARMBRUSTER v. PFIZER INC. : Individual Case No. 06-10569
JAMES WHITEHOUSE v. PFIZER INC. : Individual Case No. 06-11018
STEVEN MICHIELSEN v. PFIZER INC. : Individual Case No. 07-10332
SUSAN BROOK v. PFIZER INC. : Individual Case No. 07-10857
DONALD MILLIGAN, JR. v. PFIZER INC. : Individual Case No. 07-11255
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE OF**
**DISCOVERY ORDER NO. 25 - PRODUCTS CASES**

I hereby certify that pursuant to Discovery Order No. 25 - Products Cases, ECF Doc. # 1335, a copy of Discovery Order No. 25 has been served by mail, on June 26, 2008, on the following addressees at their last known addresses:

Avrill Aronson
1000 Island Blvd., Apt. 807
Aventura, FL  33160

Joy Dodson
501 Reston Rd., PO Box 54
Roseberg, OR  97470

Dorothy Kern
249 Scranton Street
Aurora, CO  80012

Kathleen Wilson
7506 Wheatflour Drive
Memphis, TN  38133

Michael Mendoza
P.O. Box 3236
Pinellas Park, FL  33781

Amy Wendorf
130 Altamount Drive
Thurmount, MD  21788

Amy Wendorf
130 Altamount Drive
Thurmount, MD  21788

Lisa M. Christ
1208 Thomasville Road
Houston, MO  65483

Donna Sims
P.O. Box 329
Bagdad, FL  32530

Judy Morris
8228 South West 106th Street
Ocala, FL  34481

Marilyn Blackwell
PO Box 51
Palestine, AR  72372

Jamie Fenelon
222 Lockhart Terrace
Philadelphia, PA  19116

Sean Hogge
12505 Southeast 15th St.
Bellevue, WA  98005

Mary Armbruster
14506 Frazier Road
Festus, MO  63028

James H. Whitehouse
20 Hanover Court
Bordentown, NJ  08505

Steven Michielsen
842 North Water
Gallatin, TN  37066

Susan Brook
4035 120 Avenue N.
West Palm Beach, FL  33411

Donald E. Milligan, Jr. #1128535
Tipton Correctional Center
619 North Osage
Tipton, MO  65081

Dated:    June 26, 2008

*Products Liability Plaintiffs'*
*Liaison Counsel*

  /s/ **Eleanor L. Polimeni**
   Eleanor L. Polimeni
   Finkelstein & Partners, LLP
   436 Robinson Avenue
   Newburgh, NY  12550