UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS MOTION RELATES TO<br><br>*Bulger v. Pfizer Inc., et al.*, C. A. No. 07-11426-PBS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## DECLARATION OF DAVID B. CHAFFIN IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF MOTION TO COMPEL MR. BULGER'S MEDICAL RECORDS

I, David B. Chaffin, state, under the penalties of perjury, the following:

1. I am a member of the bar of the Court. I am co-counsel to Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants").

2. I make this declaration in support of Defendants' Supplemental Submission in Further Support of Motion to Compel Mr. Bulger's Medical Records.

3. Attached hereto as Exhibit A is a true and correct copy of records of CAB Health and Recovery Services relating to Susan Bulger that were produced in discovery in this action.

4. The records relating to the twelve months preceding Mr. Bulger's suicide are not nearly as numerous as the records relating to prior years. Ron Bulger has not identified anyone who provided mental health care to Mrs. Bulger during that period, and Defendants have not themselves identified additional providers through their own efforts to date. The only medical records relating to Mrs. Bulger for August 2003 to August 2004 are those of Dr. Goldman and a few from Mrs. Bulger's orthopedic surgeon.

5. Defendants have, through discovery, identified and obtained voluminous counseling, substance abuse, and mental health records relating to Mrs. Bulger from the early 1990s through August 2003, to date, but Defendants have been unable to locate such medical records dating to the year before her death.

6. Attached hereto as Exhibit B are true and correct copies of Plaintiff's Rule 26(a)(1) Disclosures and Plaintiff's Supplemental Disclosure Statement.

7. Attached hereto as Exhibit C are true and correct copies of excerpts from the transcript of the deposition of Amanda Cavallaro.

8. Attached hereto as Exhibit D are true and correct copies of records of the Peabody Police Department.

9. Attached hereto as Exhibit E are true and correct copies of excerpts from the transcript of the deposition of Russell Gallant.

10. Attached hereto as Exhibit F are true and correct copies of excerpts from the transcript of the deposition of Teresa Gallant.

11. Attached hereto as Exhibit G are true and correct copies of excerpts from the transcript of the deposition of James Gibbons.

12. Attached hereto as Exhibit H are true and correct copies of excerpts from the transcript of the deposition of Steven Scialdone.

13. Attached hereto as Exhibit I are true and correct copies of excerpts from the transcript of the deposition of Dr. Mark Mengel.

14. Attached hereto as Exhibit J are true and correct copies of records of the Danvers Family Doctors that were produced in discovery in this action.

15. Attached hereto as Exhibit K are true and correct copies of excerpts from the transcript of the deposition of Dr. William Medwid.

16. Attached hereto as Exhibit L are true and correct copies of excerpts from the transcript of the deposition of Joanne C. Swindell.

17. Attached hereto as Exhibit M are true and correct copies of excerpts [and Exhibit 2] from the transcript of the deposition of Dr. Dino Crognale.

18. Attached hereto as Exhibit N are true and correct copies of excerpts from the transcript of the deposition of Dr. Walter Jacobs.

19. Attached hereto as Exhibit O are true and correct copies of pharmacy records relating to Susan Bulger that were produced in discovery.

20. Attached hereto as Exhibit P are true and correct copies of records of Spaulding Rehabilitation that were produced in discovery in this action.

21. Attached hereto as Exhibit Q are true and correct copies of records of Dr. Raymond Chung relating to Susan Bulger that were produced in discovery in this action.

22. Attached hereto as Exhibit R are true and correct copies of Access M.D. records that were produced in discovery in this action.

23. Attached hereto as Exhibit S are true and correct copies of records that were produced by the District Attorney of Essex County, Massachusetts in response to a subpoena or records request.

24. Attached hereto as Exhibit T are true and correct copies of excerpts from the transcript of the deposition of Linda Landry.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 27th DAY OF JUNE 2008.

/s/ David B. Chaffin
David B. Chaffin

**CERTIFICATE OF SERVICE**

I hereby certify that the unsealed portions of this document have been filed pursuant to Case Management Order #3 on June 27, 2008, and the sealed portions have been served by overnight mail on liaison counsel.

/s/ David B. Chaffin
David B. Chaffin