UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
                                                 :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                     :
        SALES PRACTICES AND                      :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION            :
                                                 :
------------------------------------------------ x  Judge Patti B. Saris
                                                 :
THIS DOCUMENT RELATES TO:                        :  Magistrate Judge Leo T.
                                                 :  Sorokin
ALL PRODUCTS LIABILITY ACTIONS                   :
                                                 :
                                                 :
                                                 :
                                                 :
                                                 :
------------------------------------------------ x

## LIST OF MATERIALS SUBMITTED IN CONJUNCTION WITH *DAUBERT/FRYE* BRIEFING IN MDL AND NEW YORK STATE COURT

| | Document | MDL | New York |
|---|---|---|---|
| 1. | FDA Alert, entitled "Information for Healthcare Professionals – Suicidality and Antiepileptic Drugs" (Jan. 31, 2008) | Declaration of Scott W. Sayler, to Opening Brief ("Sayler Decl."), filed 3/72008, at Ex. 1 (Doc. 1160). | Affidavit of Scott W. Sayler to Opening Brief, ("Sayler Aff."), filed 3/14/2008, at Ex. 1 |
| 2. | Affidavit of Cynthia McCormick, M.D. | Sayler Decl., at Ex. 2. | Sayler Aff., at Ex. 2. |
| 3. | Donna L. Hoyert et al., *National Vital Statistics Report: Deaths: Final Data for 2003,* 54 Centers for Disease Control and Prevention 1 (2006) | Sayler Decl., at Ex. 3. | Sayler Aff., at Ex. 3. |
| 4. | Letter from Russell Katz, FDA Division Director, to Andrew Finkelstein (Apr. 12, 2005) | Sayler Decl., at Ex. 4. | Sayler Aff., at Ex. 4. |
| 5. | Excerpts of the Deposition of Dr. Cheryl Blume | Sayler Decl., at Ex. 5. | Sayler Aff., at Ex. 5. |
| 6. | Excerpts of the Deposition of Professor Michael Trimble (Oct. 18-19, 2007) | Sayler Decl., at Ex. 6 | Sayler Aff., at Ex. 6 |
| 7. | Excerpts of the Deposition of Dr. Bentson McFarland (Nov. 5, 2007) | Sayler Decl., at Ex. 7. | Sayler Aff., at Ex. 7. |
| 8. | Expert report of Dr. Douglas Jacobs (submitted Dec. 21, 2007) | Sayler Decl., at Ex. 8. | Sayler Aff., at Ex. 8. |

| | Document | MDL | New York |
|---|---|---|---|
| 9. | Excerpts of the Deposition of Dr. Stefan Kruszewski (Dec. 6-7, 2007 and Feb. 26, 2008) | Sayler Decl., at Ex. 9 | Sayler Aff., at Ex. 9 |
| 10. | Expert report of Dr. Sander Greenland (submitted October 22, 2007) | Sayler Decl., at Ex. 10. | Sayler Aff., at Ex. 10. |
| 11. | Excerpts of the Deposition of Dr. Robert Roth (Nov. 29, 2007) | Sayler Decl., at Ex. 11. | Sayler Aff., at Ex. 11. |
| 12. | Michael D. Green et al., *Reference Guide on Epidemiology, in* Reference Manual on Scientific Evidence (2d ed. 2000) | Sayler Decl., at Ex. 12. | Sayler Aff., at Ex. 12. |
| 13. | Expert report of Dr. Anthony Rothschild (submitted Dec. 21, 2007) | Sayler Decl., at Ex. 13. | Sayler Aff., at Ex. 13. |
| 14. | Excerpts of U.S. Dep't of Health, Educ. & Welfare, *Smoking and Health: Report of the Advisory Committee to the Surgeon General of the Public Health Service* (1964) | Sayler Decl., at Ex. 14. | Sayler Aff., at Ex. 14. |
| 15. | Excerpts of Mahmoud F. Fathalla et al., *Interpreting Research Results*, in A Practical Guide for Health Researchers 106 (2004) | Sayler Decl., at Ex. 15. | Sayler Aff., at Ex. 15. |
| 16. | Austin Bradford Hill, *The Environment and Disease: Association or Causation?*, 58 Proc. Royal Soc'y Med. 295 (1965). | Sayler Decl., at Ex. 16. | Sayler Aff., at Ex. 16. |
| 17. | Excerpts of Immunization Safety Review Committee Board of Health Promotion and Disease Prevention, *Immunization Safety Review: Vaccines and Autism* (2004) | Sayler Decl., at Ex. 17. | Sayler Aff., at Ex. 17. |
| 18. | Jon C. Collins & Bentson H. McFarland, *Divalproex, Lithium and Suicide Among Medicaid Patients with Bipolar Disorder*, J. Affect. Disord. (2007) (e-publication, forthcoming in print), *available at* doi:10.1016/j.jad.2007.07.014. | Sayler Decl., at Ex. 18. | Sayler Aff., at Ex. 18. |
| 19. | Excerpts of the Deposition of Professor Michael Trimble (February 27, 2008) | Sayler Decl., at Ex. 19. | Sayler Aff., at Ex. 19. |
| 20. | Excerpts of the Deposition of Doctor Cheryl Blume (February 29, 2008) | Sayler Decl., at Ex. 20. | Sayler Aff., at Ex. 20. |
| 21. | William Garnett, *New Opportunities for the Treatment of Epilepsy*, 52 Am. J. Health-Syst. Pharm. 88 (1995). | Sayler Decl., at Ex. 21. | Sayler Aff., at Ex. 21. |
| 22. | *In re Bextra & Celebrex Prod. Liab. Litig.*, No. 762000/2006 at 19-31 (N.Y. Sup. Ct. Jan. 7, 2008) (slip opinion). | Sayler Decl., at Ex. 22. | Sayler Aff., at Ex. 22. |
| 23. | Expert report of Dr. Stefan Kruszewski (submitted October 22, 2007) | Sayler Decl., at Ex. 23. | Sayler Aff., at Ex. 23. |

|     | **Document** | **MDL** | **New York** |
| --- | --- | --- | --- |
| 24. | Excerpts of the expert report of Dr. Cheryl Blume (submitted October 22, 2007). | Sayler Decl., at Ex. 24. | Sayler Aff., at Ex. 24. |
| 25. | Excerpts of Brian L. Strom, <u>Pharmacoepidemiology</u> (4th Ed) | Sayler Decl., at Ex. 25. | Sayler Aff., at Ex. 25. |
| 26. | *Manning v. Pfizer, Inc.*, No. 5:02CV71 (N.D.W.V. Dec. 30, 2004). | Sayler Decl., at Ex. 26. | Sayler Aff., at Ex. 26. |
| 27. | *Dellinger v. Pfizer Inc.*, No. 5:03CV95 (W.D.N.C. July 19, 2006) | Sayler Decl., at Ex. 27. | Sayler Aff., at Ex. 27. |
| 28. | Excerpts of Michael Trimble, <u>Biological Psychiatry</u> (1996). | Sayler Decl., at Ex. 28. | Sayler Aff., at Ex. 28. |
| 29. | Michael Trimble, *Psychosis with Gabapentin* (1995). | Sayler Decl., at Ex. 29. | Sayler Aff., at Ex. 29. |
| 30. | Michael Trimble, *Behavioural Disturbance with Gabapentin* (1995). | Sayler Decl., at Ex. 30. | Sayler Aff., at Ex. 30. |
| 31. | Neurontin advertisements authored by Finkelstein & Partners. | Sayler Decl., at Ex. 31. | Sayler Aff., at Ex. 31. |
| 32. | Plot prepared by Keith Altman and produced to Pfizer's counsel prior to Dr. Cheryl Blume's deposition | Sayler Decl., at Ex. 32. | Sayler Aff., at Ex. 32. |
| 33. | EMEA Joint Response Assessment Report on List of Outstanding Issues: Neurontin and associated tradenames (gabapentin) (Jan. 17, 2006). | Sayler Decl., at Ex. 33. | Sayler Aff., at Ex. 33. |
| 34. | Expert report of Professor Michael Trimble (submitted October 1, 2007) | Sayler Decl., at Ex. 34. | Sayler Aff., at Ex. 34. |
| 35. | Kathryn A. O'Connell et al., *Isotretinoin (Accutane) and Serious Psychiatric Adverse Events*, 48 J. Am. Acad. Dermatol. 306 (2002). | Sayler Decl., at Ex. 35. | Sayler Aff., at Ex. 35. |
| 36. | Marc Girard, *Conclusiveness of Rechallenge in the Interpretation of Adverse Drug Reactions*, 23 Br. J. Clin. Pharmacol. 73 (1987). | Sayler Decl., at Ex. 36. | Sayler Aff., at Ex. 36. |
| 37. | Ronald W. Maris, *Suicide*, 360 Lancet 320 (2002). | Sayler Decl., at Ex. 37. | Sayler Aff., at Ex. 37. |
| 38. | Excerpts of the Deposition of Dr. Cynthia McCormick (Feb. 14, 2008) | Sayler Decl., at Ex. 38. | Sayler Aff., at Ex. 38. |
| 39. | Expert report of Dr. Robert Roth (submitted October 22, 2007). | Sayler Decl., at Ex. 39. | Sayler Aff., at Ex. 39. |
| 40. | Charles P. Taylor et al.*, A Summary of Mechanistic Hypotheses of Gabapentin Pharmacology*, 29 Epilepsy Res. 233 (1998). | Sayler Decl., at Ex. 40. | Sayler Aff., at Ex. 40. |

| | **Document** | **MDL** | **New York** |
|---|---|---|---|
| 41. | Christophe Lanneau et al., *Gabapentin Is Not a GABA B Receptor Agonist*, 41 Neuropharmacology 965 (2001). | Sayler Decl., at Ex. 41. | Sayler Aff., at Ex. 41. |
| 42. | Anders A. Jensen et al., *The Anticonvulsant Gabapentin (Neurontin) Does Not Act Through Gamma-aminobutyric Acid-B Receptors*, 61 Molecular Pharmacology 1377 (2002). | Sayler Decl., at Ex. 42. | Sayler Aff., at Ex. 42. |
| 43. | Ognen A.C. Petroff et al., *Effects of Gabapentin on Brain GABA, Homocarnine and Pyrrolidinone in Epilepsy Patients*, 41 Epilepsia 675 (2000). | Sayler Decl., at Ex. 43. | Sayler Aff., at Ex. 43. |
| 44. | R. Kuzniecky et al., *Modulation of Cerebral GABA by Topiramate, Lamotrigine and Gabapentin in Healthy Adults*, 58 Neurology (abstract) (2002). | Sayler Decl., at Ex. 44. | Sayler Aff., at Ex. 44. |
| 45. | Laura D. Errante et al., *Gabapentin and Vigabatrin Increase GABA in the Human Neocortical Slice*, 49 Epilepsy Res. 203 (abstract) (2002). | Sayler Decl., at Ex. 45. | Sayler Aff., at Ex. 45. |
| 46. | Wia Timmerman et al., *A Microdialysis Study on the Mechanism of Action of Gabapentin*, 398 Eur. J. Pharmacology 53, 53 (abstract) (2000). | Sayler Decl., at Ex. 46. | Sayler Aff., at Ex. 46. |
| 47. | Chris C. Streeter et al., *Yoga Asana Sessions Increase Brain GABA Levels: A Pilot Study*, 13 J. Alternative & Complementary Med. 419 (2007). | Sayler Decl., at Ex. 47. | Sayler Aff., at Ex. 47. |
| 48. | Gerard Sanacora et al., *Increased Cortical GABA Concentrations in Depressed Patients Receiving ECT*, 160 Am. J. Psychiatry 577 (2003). | Sayler Decl., at Ex. 48. | Sayler Aff., at Ex. 48. |
| 49. | Gerard Sanacora et al., *Increased Occipital Cortex GABA Concentrations in Depressed Patients After Therapy with Selective Serotonin Reuptake Inhibitors*, 159 Am. J. Psychiatry 663 (2002). | Sayler Decl., at Ex. 49. | Sayler Aff., at Ex. 49. |
| 50. | F. Petty, *GABA and Mood Disorders: A Brief Review and Hypothesis*, 34 J. Affective Disorders 275, 277 (1995). | Sayler Decl., at Ex. 50. | Sayler Aff., at Ex. 50. |
| 51. | Wade H. Berrettini et al., *Reduced Plasma and CSF GABA in Affective Illness: Effect of Lithium Carbonate*, 18 Biological Psychiatry 185, 185 (1983). | Sayler Decl., at Ex. 51. | Sayler Aff., at Ex. 51. |

| | **Document** | **MDL** | **New York** |
|---|---|---|---|
| 52. | Expert report of Dr. Gerald Sanacora. | Sayler Decl., at Ex. 52. | Sayler Aff., at Ex. 52. |
| 53. | Elinor Ben-Menachem et al., *Seizure Frequency and CSF Parameters in a Double-Blind Placebo Controlled Trial of Gabapentin in Patients with Intractable Complex Partial Seizures*, 21 Epilepsy Res. 231 (abstract) (1995). | Sayler Decl., at Ex. 53. | Sayler Aff., at Ex. 53. |
| 54. | Elinor Ben-Menachem et al., *Selected CSF Biochemistry and Gabapentin Concentrations in the CSF and Plasma in Patients with Partial Seizures After a Single Oral Dose of Gabapentin*, 11 Epilepsy Res. 45 (1992). | Sayler Decl., at Ex. 54. | Sayler Aff., at Ex. 54. |
| 55. | G. Sanacora et al., *Sub-type Specific Alterations of GABA and Glutamate in Patients with Major Depression*, 61 Archives Gen. Psychiatry 705 (2004). | Sayler Decl., at Ex. 55. | Sayler Aff., at Ex. 55. |
| 56. | R.M. Berman et al., *Antidepressant Effects of Ketamine in Depressed Patients*, 47 Biological Psychiatry 351 (2000). | Sayler Decl., at Ex. 56. | Sayler Aff., at Ex. 56. |
| 57. | C.A. Zarate et al., *A Randomized Trial of an N-methyl-D-aspartate Antagonist in Treatment-Resistant Major Depression*, 63 Archives Gen. Psychiatry 856 (2006). | Sayler Decl., at Ex. 57. | Sayler Aff., at Ex. 57. |
| 58. | Affidavit of Dr. Douglas Jacobs. | Provided to MDL Court at Daubert/Frye hearing. | Sayler Aff., at Ex. 58. |
| 59. | Affidavit of Dr. Sheila Weiss-Smith. | Provided to MDL Court at Daubert/Frye hearing. | Sayler Aff., at Ex. 59. |
| 60. | Affidavit of Dr. Charles Taylor. | Provided to MDL Court at Daubert/Frye hearing. | Sayler Aff., at Ex. 60. |
| 61. | Affidavit of Mary Ann Coronel (including exhibits). | Filed 3/72008 (Doc. 1159). | Sayler Aff., at Ex. 61. |
| 62. | Products Liability Plaintiffs' Memorandum in Opposition to Defendants' Emergency Motion to Modify the November 9, 2007 Case Management Order. | Filed 2/15/2008 (Doc. 1134) | Sayler Aff., at Ex. 62. |

|     | **Document** | **MDL** | **New York** |
| --- | --- | --- | --- |
| 63. | Letter from Robert Temple, M.D., Center for Drug Evaluation and Research (FDA), to Janeth L. Turner, Warner-Lambert (Dec. 30, 1993) | Declaration of Mary Ann Coronel, filed 3/72008 ("Coronel Decl."), at Ex. 1 (Doc. 1159). | Sayler Aff., at Ex. 61, at Ex. 1. |
| 64. | Letter from Cynthia McCormick, M.D., Center for Drug Evaluation and Research (FDA), to Drusilla Scott, Ph.D., Pfizer (May 24, 2002) | Coronel Decl., at Ex. 2. | Sayler Aff., at Ex. 61, at Ex. 2. |
| 65. | Jeffrey Mohan, *Gabapentin and Suicide* (Mar. 14, 2006). | Coronel Decl., at Ex. 3. | Sayler Aff., at Ex. 61, at Ex. 3. |
| 66. | Pfizer's *Response to FDA Regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials and Postmarketing Surveillance* (without appendices) (Sept. 9, 2004) | Coronel Decl., at Ex. 4. | Sayler Aff., at Ex. 61, at Ex. 4. |
| 67. | Letter from Mary Ann Coronel Evertsz, Pfizer, to Russell Katz, M.D., Center for Drug Evaluation and Research (FDA) (without enclosures) (June 22, 2006) | Coronel Decl., at Ex. 5. | Sayler Aff., at Ex. 61, at Ex. 5. |
| 68. | Pfizer's *Response to FDA Regarding Suicide and Suicide Attempt in Neurontin® (gabapentin) Clinical Trials – Phase 1 Studies* (Nov. 16, 2004) | Coronel Decl., at Ex. 6. | Sayler Aff., at Ex. 61, at Ex. 6. |
| 69. | Investigator's Brochure Addendum for Epilepsy Studies in Japan, Neurontin (Gabapentin) (July 2004). | Coronel Decl., at Ex. 7. | Sayler Aff., at Ex. 61, at Ex. 7. |
| 70. | Michael Trimble, *Psychosis with Gabapentin* (1995). | Coronel Decl., at Ex. 8. | Sayler Aff., at Ex. 61, at Ex. 8. |
| 71. | Michael Trimble, *Behavioural Disturbance with Gabapentin* (1995). | Coronel Decl., at Ex. 9. | Sayler Aff., at Ex. 61, at Ex. 9. |
| 72. | Excerpts of the Deposition of Dr. Gerald Sanacora (Jan. 18, 2008). | Declaration of Scott W. Sayler to Reply Brief ("Sayler Reply Decl."), filed 4/25/2008 (Doc. 1240), at Ex. A. | Affidavit of Scott W. Sayler to Reply Brief, ("Sayler Reply Aff."), filed 5/2/2008, at Ex. I |
| 73. | Excerpts of the Deposition of Dr. Cheryl Blume (Nov. 11-12, 2007) | Sayler Reply Decl., at Ex. B. | Sayler Reply Aff., at Ex. J. |
| 74. | Excerpts of the Deposition of Professor Michael Trimble (Feb. 27, 2008) | Sayler Reply Decl., at Ex. C. | Sayler Reply Aff., at Ex. K. |

- 6 -

| | **Document** | **MDL** | **New York** |
|---|---|---|---|
| 75. | Excerpts of Michael D. Green et al., *Reference Guide on Epidemiology, in* Reference Manual on Scientific Evidence (2d ed. 2000) | Sayler Reply Decl., at Ex. D. | Sayler Reply Aff., at Ex. L. |
| 76. | Sander Greenland, "Can Meta-analysis Be Salvaged," 140 Am. J. Epidemiology 783 (1994) | Sayler Reply Decl., at Ex. E. | Sayler Reply Aff., at Ex. M. |
| 77. | Excerpts of the Deposition of Dr. Bentson McFarland (Nov. 5, 2007) | Sayler Reply Decl., at Ex. F. | Sayler Reply Aff., at Ex. N. |
| 78. | Transcript of Proceedings Status Conference in *Giles v. Wyeth, Inc.*, No. 04-04245 (July 9, 2007) | Sayler Reply Decl., at Ex. G. | Sayler Reply Aff., at Ex. O. |
| 79. | Affidavit of Dr. Robert Gibbons. | Filed 4/25/2008 (Doc. 1241). | Sayler Reply Aff., at Ex. P. |
| 80. | Affidavit of Dr. Alexander Ruggieri (attaching letter from FDA). | Filed 4/25/2008 (Doc. 1242). | Sayler Reply Aff., at Ex. Q. |
| 81. | Expert Report of Dr. Robert Gibbons | Filed 5/19/2008 (Doc. 1287) | Affidavit of Beth Kaufman, filed 6/13/2008, at Ex. A (courtesy copy provided by letter on 6/13/2008). |

Dated: July 1, 2008                                Respectfully submitted,

DAVIS POLK & WARDWELL

By:   /s/James P. Rouhandeh
        James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel:  (212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By:   /s/Scott W. Sayler
        Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

-and-

        HARE & CHAFFIN

        By:    /s/David B. Chaffin
                David B. Chaffin

        (BBO # 549245)
        160 Federal Street
        Boston, MA 02110
        Tel:  (617) 330-5000

        *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 1, 2008.

        /s/David B. Chaffin