UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
ALL PRODUCTS LIABILITY ACTIONS                             :
                                                           :
-----------------------------------------------------------x
```

**PLAINTIFFS' LIST OF MATERIALS SUBMITTED IN CONJUNCTION
WITH PLAINTIFFS' *DAUBERT/FRYE* BRIEFING
IN MDL AND NEW YORK STATE COURT**

| | Document | MDL | New York |
|---|---|---|---|
| 1. | Warner-Lambert transcript of the Waiver, Change of Plea and Sentencing Hearing (June 7, 2004). | Declaration of Andrew G. Finkelstein, to Plaintiffs' Memorandum in Opposition ("Finkelstein Decl."), filed 4/4/08, at Ex. 1 (Doc. 1197). | Affirmation of Andrew G. Finkelstein, to Plaintiffs' Memorandum in Opposition ("Finkelstein Aff."), filed 4/11/08, at Ex. 1. |
| 2. | Expert report of Professor Dan Brock, Ph.D. (submitted October 22, 2007). | Finkelstein Decl., at Ex. 2. | Finkelstein Aff., at Ex. 2. |
| 3. | Curriculum Vitae of Dr. Michael Robert Trimble. | Finkelstein Decl., at Ex. 3. | Finkelstein Aff., at Ex. 3. |
| 4. | Expert report of Dr. Cheryl D. Blume (submitted October 22, 2007). | Finkelstein Decl., at Ex. 4. | Finkelstein Aff., at Ex. 4. |
| 5. | Division of Neuropharmacological Drug Products Combined Medical-Statistical Review dated January 31, 1992. | Finkelstein Decl., at Ex. 5. | Finkelstein Aff., at Ex. 5. |
| 6. | Vladimir V. Kalinin, *Suicidality and Antiepileptic Drugs, Is there a Link?*, Drug Safety 2007; 30(2); 123-142. | Finkelstein Decl., at Ex. 6. | Finkelstein Aff., at Ex. 6 |
| 7. | Excerpts of Douglas G. Jacobs, M.D., Guide to Suicide Assessment and Intervention. | Finkelstein Decl., at Ex. 7. | Finkelstein Aff., at Ex. 7. |

| 8. | Declaration of Professor Michael Trimble, M.D., in Relation to Neurontin Causing Negative Mood and Behavioral Alterations, including Suicidal Behavior, in Treated Patients. | Finkelstein Decl., at Ex. 8. | Finkelstein Aff., at Ex. 8. |
|---|---|---|---|
| 9. | List of articles and abstracts considered and brought to Deposition of Michael Trimble, M.D. | Finkelstein Decl., at Ex. 9. | Finkelstein Aff., at Ex. 9 |
| 10. | Comprehensive Bibliography of Stefan D. Kruszewski, M.D. | Finkelstein Decl., at Ex. 10. | Finkelstein Aff., at Ex. 10. |
| 11. | Label for Neurontin (gabapentin capsules, tablets and oral solution) distributed by Parke-Davis, Revised January 2007. | Finkelstein Decl., at Ex. 11. | Finkelstein Aff., at Ex. 11. |
| 12. | Excerpts of the Deposition of Gerard Sanacora, M.D. (January 18, 2008). | Finkelstein Decl., at Ex. 12. | Finkelstein Aff., at Ex. 12. |
| 13. | Excerpts of the Deposition of Douglas Jacobs, M.D. (January 23, 2008). | Finkelstein Decl., at Ex. 13. | Finkelstein Aff., at Ex. 13. |
| 14. | Opinion and Order of the Court in Melvin J. Cassidy and Diane V. Cassidy v. Eli Lilly Company, Civil Action No. 821, by the Honorable Donetta W. Ambrose for the United States District Court for the Western District of Pennsylvania, dated May, 2002. | Finkelstein Decl., at Ex. 14. | Finkelstein Aff., at Ex. 14. |
| 15. | Order Denying Defendant Smithkline Beecham Corporation's Motion to Exclude or Limit the Testimony of Plaintiffs' Experts in The Estates of Deborah Marie Tobin and Alyssa Ann Tobin, Deceased, by Timothy John Tobin, Personal Representative, and the Estate of Donald Jack Schell and Rita Charlotte Schell, Deceased, by Neva Hardy, Personal Representative, by the Honorable William C. Beaman, United States District Court for the District of Wyoming, dated May 9, 2001. | Finkelstein Decl., at Ex. 15. | Finkelstein Aff., at Ex. 15. |
| 16. | Page from L. Tive custodial file "Study 1035-3: Conclusions". | Finkelstein Decl., at Ex. 16. | Finkelstein Aff., at Ex. 16. |
| 17. | Professor Michael Trimble, *Psychosis with Gabapentin* (May 20, 1995). | Finkelstein Decl., at Ex. 17. | Finkelstein Aff., at Ex. 17. |
| 18. | Professor Michael Trimble, *Behavioural Disturbance with Gabapentin*. | Finkelstein Decl., at Ex. 18. | Finkelstein Aff., at Ex. 18. |
| 19. | Eve Bender, *APA's Newest Practice Guideline Addresses Suicide-Risk Issues*, Psychiatric News, July 18, 2003. | Finkelstein Decl., at Ex. 19. | Finkelstein Aff., at Ex. 19. |
| 20. | Letter from Ronald Wm. Maris, Ph.D. to Andrew G. Finkelstein (December 3, 2007). | Finkelstein Decl., at Ex. 20. | Finkelstein Aff., at Ex. 20. |

| | | | |
|---|---|---|---|
| 21. | MDL Discovery Order No. 8; MDL Docket No 1629, Master File No. 04-10981, Document 609. | Finkelstein Decl., at Ex. 21. | Finkelstein Aff., at Ex. 21. |
| 22. | Excerpts of David J. Rowbotham, *Clinical Expert Report and Written Summary of Clinical Studies, Neuropathic Pain, Neurontin Capsules, 100 mg, Neurontin Capsules, 300 mg, Neurontin Capsules, 500 mg* (June, 1999). | Finkelstein Decl., at Ex. 22. | Finkelstein Aff., at Ex. 22. |
| 23. | Excerpts from custodial file C. Taylor containing Power Point of Charlie Taylor, Ph.D., *Clinical Development in the Slipstream of Gabapentin*. | Finkelstein Decl., at Ex. 23. | Finkelstein Aff., at Ex. 23. |
| 24. | Excerpts from custodial file C. Taylor *Gabapentin: Pharmacology Written Summary*. | Finkelstein Decl., at Ex. 24. | Finkelstein Aff., at Ex. 24. |
| 25. | Excerpts from Neurontin Product Monograph. | Finkelstein Decl., at Ex. 25. | Finkelstein Aff., at Ex. 25. |
| 26. | Excerpts of the Deposition of Gerard Sanacora, M.D. (January 18, 2008). | Finkelstein Decl., at Ex. 26. | Finkelstein Aff., at Ex. 26. |
| 27. | Excerpts of the Deposition of Michael Trimble, M.D. (October 19, 2007). | Finkelstein Decl., at Ex. 27. | Finkelstein Aff., at Ex. 27. |
| 28. | Stefan P. Kruszewski, M.D., *Gabapentin, Mechanism of Mood-Altering Action*. | Finkelstein Decl., at Ex. 28. | Finkelstein Aff., at Ex. 28. |
| 29. | Excerpts of the Deposition of Cheryl Blume, Ph.D. (November 13, 2007). | Finkelstein Decl., at Ex. 29. | Finkelstein Aff., at Ex. 29. |
| 30. | Excerpts of the Deposition of Gerard Sanacora, M.D. (January 18, 2008). | Finkelstein Decl., at Ex. 30. | Finkelstein Aff., at Ex. 30. |
| 31. | U.S. Food and Drug Administration, FDA Alert (January 31, 2008). | Finkelstein Decl., at Ex. 31. | Finkelstein Aff., at Ex. 31. |
| 32. | Gabapentin Data Capture Aid. | Finkelstein Decl., at Ex. 32. | Finkelstein Aff., at Ex. 32. |
| 33. | Letter from Andrew G. Finkelstein to Dr. Russell Katz (October 10, 2007). | Finkelstein Decl., at Ex. 33. | Finkelstein Aff., at Ex. 33. |
| 34. | Letter from Andrew G. Finkelstein to Dr. Russell Katz (November 30. 2007). | Finkelstein Decl., at Ex. 34. | Finkelstein Aff., at Ex. 34. |
| 35. | Letter from Dr. Russell Katz to Andrew G. Finkelstein (undated). | Finkelstein Decl., at Ex. 35. | Finkelstein Aff., at Ex. 35. |
| 36. | Excerpts of the Deposition of Larry Alphs, M.D. (June 22, 2007). | Finkelstein Decl., at Ex. 36. | Finkelstein Aff., at Ex. 36. |
| 37. | Excerpts of the Deposition of Anthony Rothschild, M.D. (January 15, 2008). | Finkelstein Decl., at Ex. 37. | Finkelstein Aff., at Ex. 37. |
| 38. | R. Kuzniecky, M.D., *Modulation of Cerebral GABA Topiramate, Lamotrigine, and Gabapentin in Healthy Adults*, <u>Neurology</u> 58 (February 2002). | Finkelstein Decl., at Ex. 38. | Finkelstein Aff., at Ex. 38. |

| | | | |
|---|---|---|---|
| 39. | O.A.C. Petroff, M.D., *Gabapentin Raises Human Brain GABA Within Thirty Minutes*, Yale University, New Haven, Connecticut. | Finkelstein Decl., at Ex. 39. | Finkelstein Aff., at Ex. 39. |
| 40. | Ruben Kuzniecky, M.D., In Vivo Determination of Human Brain GABA concentrations in volunteers receiving Gabapentin: An escalating dose response study. | Finkelstein Decl., at Ex. 40. | Finkelstein Aff., at Ex. 40. |
| 41. | Ognen A. C. Petroff, *Effects of Gabapentin on Brain GABA, Homocarnosine, and Pyrroldinonein Epilepsy Patients*, Epilepsia, 41(6): 672-350. 2000. | Finkelstein Decl., at Ex. 41. | Finkelstein Aff., at Ex. 41. |
| 42. | Toru Nishikawa, *Inhibitory Influence of GABA on Central Serontonergic Transmission. Involvement of the Habenulo-Raphe Pathways in the GABAergic Inhibition of Ascending Cerebral Serotonergic Neurons*, Brain Research, 331 (1998) 81-90 | Finkelstein Decl., at Ex. 42. | Finkelstein Aff., at Ex. 42. |
| 43. | R. Schlicker, *Gabapentin Decreases Monamine ReleaseWithout Affecting Acetylcholine Release in the Brain*, Arzniemelforschung, 1985; 35(9): 1347-9. | Finkelstein Decl., at Ex. 43. | Finkelstein Aff., at Ex. 43. |
| 44. | Research Report No. 4192-0166 of Godecke AG Research and Development (May, 1984). | Finkelstein Decl., at Ex. 44. | Finkelstein Aff., at Ex. 44. |
| 45. | Erzebet Bagdy, *Reciprocal Innervation between Serotonergic and GABAergic Neurons in Raphe Nuclei of the Rat*, Neurochemical Research, Vol. 25, No. 11, 2000. | Finkelstein Decl., at Ex. 45. | Finkelstein Aff., at Ex. 45. |
| 46. | Toru Nishikawa, *Evidence for a GABAergic Inhibitory Influence on Serotonergic Neurons Otriginating from the Dorsal Raphe,* Brain Research, 279 (1983) 325, 329. | Finkelstein Decl., at Ex. 46. | Finkelstein Aff., at Ex. 46. |
| 47. | Concetta M. Forchelli, *Evidence for a Tonic GABAergic Control of Serotonin Neurons in the Median Raphe Nucleus*, Brain Research, 206 (1981) 208-212. | Finkelstein Decl., at Ex. 47. | Finkelstein Aff., at Ex. 47. |
| 48. | R. Schlicker, *GABA, Receptor-Mediated Inhibition of Serotonin Release in the Rat Brain*, Naunym-Schmiedeberg's Arch Pharmacol, (1984) 326; 99-105. | Finkelstein Decl., at Ex. 48. | Finkelstein Aff., at Ex. 48. |
| 49. | Excerpts of Deposition of Michael Trimble, M.D. (October 19, 2007). | Finkelstein Decl., at Ex. 49. | Finkelstein Aff., at Ex. 49. |

| 50. | Excerpts of Ognen Petroff, *Biochemistry for Magnetic Resonance Spectroscopy*, contained in Ruben J. Kuzniecky, M.D., Magnetic Resonance in Epilepsy, Neuroimaging Techniques. | Finkelstein Decl., at Ex. 50. | Finkelstein Aff., at Ex. 50. |
|---|---|---|---|
| 51. | E-mail transmission from Douglas Feltner to Charles Taylor, Elizabeth Carofalo, Chiara DePaolis, Brian Corrigan, Timothy Wang and Douglas Feltner (October 14, 2003). | Finkelstein Decl., at Ex. 51. | Finkelstein Aff., at Ex. 51. |
| 52. | Excerpts of Alan F. Schatzberg, M.D., Textbook of Psychopharmacology. | Finkelstein Decl., at Ex. 52. | Finkelstein Aff., at Ex. 52. |
| 53. | Excerpts of the Deposition of Michael Trimble, M.D. (October 19, 2007). | Finkelstein Decl., at Ex. 53. | Finkelstein Aff., at Ex. 53. |
| 54. | Declaration of Michael Trimble, M.D. (March 28, 2008). | Finkelstein Decl., at Ex. 54. | Finkelstein Aff., at Ex. 54. |
| 55. | Excerpts of the Deposition of Michael Trimble, M.D. (October 18, 2007). | Finkelstein Decl., at Ex. 55. | Finkelstein Aff., at Ex. 55. |
| 56. | Excerpts of Alan F. Schatzberg, M.D., Textbook of Psychopharmacology. | Finkelstein Decl., at Ex. 56. | Finkelstein Aff., at Ex. 56. |
| 57. | Excerpts of Michael R. Trimble, Biological Psychiatry. | Finkelstein Decl., at Ex. 57. | Finkelstein Aff., at Ex. 57. |
| 58. | Excerpts of the Deposition of Michael Trimble, M.D. (October 19, 2007). | Finkelstein Decl., at Ex. 58. | Finkelstein Aff., at Ex. 58. |
| 59. | Excerpts of Marc C. Hertzman, M.D., The Handbook of Psychopharmacology Trials. | Finkelstein Decl., at Ex. 59. | Finkelstein Aff., at Ex. 59. |
| 60. | Kevin M. Kelly, *Gabapentin-Antiepleptic Mechanism of Action*, Neuropsychobiology, 1998: 38: 139-144. | Finkelstein Decl., at Ex. 60. | Finkelstein Aff., at Ex. 60. |
| 61. | Excerpts of the Deposition of Gerard Sanacora, M.D. (January 18, 2008). | Finkelstein Decl., at Ex. 61. | Finkelstein Aff., at Ex. 61. |
| 62. | Excerpts of Alan F. Schatzberg, M.D., Psychopharmacology. | Finkelstein Decl., at Ex. 62. | Finkelstein Aff., at Ex. 62. |
| 63. | Excerpts of Jack R. Cooper, The Biochemical Basis Neuropharmacology. | Finkelstein Decl., at Ex. 63. | Finkelstein Aff., at Ex. 63. |
| 64. | Joan Arehart-Treichel, *Data Back Relationship Between Serotonin Binding, Suicide Attempts*, Psychiatric News (June 20, 2003). | Finkelstein Decl., at Ex. 64. | Finkelstein Aff., at Ex. 64. |
| 65. | Excerpts of the Deposition of Leslie Tive (July 19, 2006). | Finkelstein Decl., at Ex. 65. | Finkelstein Aff., at Ex. 65. |
| 66. | Excerpts of the Deposition of Gerard Sanatora (January 18, 2008). | Finkelstein Decl., at Ex. 66. | Finkelstein Aff., at Ex. 66. |
| 67. | Excerpts of the Deposition of Anthony Rothschild (January 15, 2008). | Finkelstein Decl., at Ex. 67. | Finkelstein Aff., at Ex. 67. |

| | | | |
|---|---|---|---|
| 68. | Excerpts of the Deposition of Gerard Sanatora (January 18, 2008). | Finkelstein Decl., at Ex. 68. | Finkelstein Aff., at Ex. 68. |
| 69. | Zoloft web site *About Zoloff – How Zoloff Works*. | Finkelstein Decl., at Ex. 69. | Finkelstein Aff., at Ex. 69. |
| 70. | Excerpts of Douglas G. Jacobs, M.D., Guide to Suicide Assessment and Intervention. | Finkelstein Decl., at Ex. 70. | Finkelstein Aff., at Ex. 70. |
| 71. | J. Gonzalez-Maeso, *Neurotransmitter Receptor-Mediated Activation of G-Protiens in Brains of Suicide victims with Mood Disorders: Selective Supersensitivity of Adrenoceptors*, Molecular Psychiatry (2002) 7, 755-767. | Finkelstein Decl., at Ex. 71. | Finkelstein Aff., at Ex. 71. |
| 72. | J. John Mann, *Positron Emission Tomographical Imaging of Serotonin Activation Effects on Prefrontal Cortex in Healthy Volunteers*, Journal of Cerebral Blook Flow and Metabolism, (1996) 16, 418-426. | Finkelstein Decl., at Ex. 72. | Finkelstein Aff., at Ex. 72. |
| 73. | Larry Alphs, M.D., Ph.D., *Suicidality: The Problem and Emerging Solutions*, slide presentation. | Finkelstein Decl., at Ex. 73. | Finkelstein Aff., at Ex. 73. |
| 74. | Excerpts of Ronald W. Maris, Comprehensive Textbook of Suicidology. | Finkelstein Decl., at Ex. 74. | Finkelstein Aff., at Ex. 74. |
| 75. | Excerpts of the Deposition of Gerard Sanacora (January 18, 2008). | Finkelstein Decl., at Ex. 75. | Finkelstein Aff., at Ex. 75. |
| 76. | Excerpts of the Deposition of Charles J. Taylor, M.D., Ph.D. (June 4, 2007). | Finkelstein Decl., at Ex. 76. | Finkelstein Aff., at Ex. 76. |
| 77. | Excerpts of the Deposition of Larry Alphs, M.D. (June 22, 2007). | Finkelstein Decl., at Ex. 77. | Finkelstein Aff., at Ex. 77. |
| 78. | Elinor Ben-Menachim, *Seizure Frequency and CSF Parameters in a Double-Blind Placebo Controlled Trial of Gabapentin in Patients with Intractable Complex Partial Seizures*, Epilepsy Research 21 (1995) 231-236. | Finkelstein Decl., at Ex. 78. | Finkelstein Aff., at Ex. 78. |
| 79. | Excerpts of the Deposition of Michael Trimble (October 18, 2007). | Finkelstein Decl., at Ex. 79. | Finkelstein Aff., at Ex. 79. |
| 80. | Andrew Edmund Slaby, M.D., Ph.D., MPH, *Micropharmacology Treating Disturbances of Mood, Thought, and Behavior as Specific Neurotransmitter Rather than Clinical Syndromes*, Primary Psychiatry 2001:8(4): 28-32. | Finkelstein Decl., at Ex. 80. | Finkelstein Aff., at Ex. 80. |

| 81. | Products Liability Plaintiffs' Supplemental Expert Disclosure on General Causation in All Products Liability Cases In Re: Neurontin Marketing, Sales Practices, and Products Liability Litigation, MDL Docket No. 1629 (dated February 1, 2008). | Finkelstein Decl., at Ex. 81. | Finkelstein Aff., at Ex. 81. |
|---|---|---|---|
| 82. | Declaration of Sander Greenland, M.A., M.S., Dr.P.H., C. Stat. (March 11, 2008). | Finkelstein Decl., at Ex. 82. | Finkelstein Aff., at Ex. 82. |
| 83. | E-mail transmission from Manfred Hauben to John Wolleben and Gretchen Dieck (April 25, 2004). | Finkelstein Decl., at Ex. 83. | Finkelstein Aff., at Ex. 83. |
| 84. | Revisions to Product Labeling for Suicidality and Antidepressant Drugs. | Finkelstein Decl., at Ex. 84. | Finkelstein Aff., at Ex. 84. |
| 85. | Excerpt of Food and Drug Administration, HHS, 21 CFR Ch. I (4-1-07 Edition) §201.57. | Finkelstein Decl., at Ex. 85. | Finkelstein Aff., at Ex. 85. |
| 86. | Excerpts of the Deposition of Bentson McFarland (November 5, 2007). | Finkelstein Decl., at Ex. 86. | Finkelstein Aff., at Ex. 86. |
| 87. | Excerpts of the Deposition of Bentson McFarland (November 5, 2007) | Finkelstein Decl., at Ex. 87. | Finkelstein Aff., at Ex. 87. |
| 88. | Curriculum Vitae of Sander Greenland (March 29, 2007). | Finkelstein Decl., at Ex. 88. | Finkelstein Aff., at Ex. 88. |
| 89. | Expert Report of Sander Greenland, M.A., M.S., Dr.P.H., Regarding the Epidemiology of Neurontin (gabapentin) and Suicidal Behavior (October 19, 2007). | Finkelstein Decl., at Ex. 89. | Finkelstein Aff., at Ex. 89. |
| 90. | Defendants Pfizer Inc., Parke-Davis and Warner-Lambert Company's Response to Plaintiffs' Request for Admissions, Set One, in Nicollette Crone, et al. v. Pfizer Inc., et al., Case No. CV-400432 for the Superior Court of the State of California, County of Lake, dated July 31, 2007. | Finkelstein Decl., at Ex. 90. | Finkelstein Aff., at Ex. 90. |
| 91. | Defendant Narrative from Research Report 720-02957 Patient 1 (Study 945-15, Center 1). | Finkelstein Decl., at Ex. 91. | Finkelstein Aff., at Ex. 91. |
| 92. | Calendar for Patient 945-15, Exhibit 24, Cynthia McCormick Deposition (February 14, 2008). | Finkelstein Decl., at Ex. 92. | Finkelstein Aff., at Ex. 92. |
| 93. | Excerpts of Brian L. Storm, Pharmacoepidemiology. | Finkelstein Decl., at Ex. 93. | Finkelstein Aff., at Ex. 93. |
| 94. | Pfizer Global Research and Development Research Report No.: RR-REG 720-30134 (November 28, 2001). | Finkelstein Decl., at Ex. 94. | Finkelstein Aff., at Ex. 94. |

| 95. | Parke-Davis Pharmaceutical Research Division Memorandum from V. Trudeau to R. DeJong (May 8, 1990). | Finkelstein Decl., at Ex. 95. | Finkelstein Aff., at Ex. 95. |
|---|---|---|---|
| 96. | Excerpts of the minutes of a meeting of the Dermatologic and Ophthalmic Drugs Advisory Committee of the Food and Drug Administration Center for Drug Evaluation and Research (August 19, 2000). | Finkelstein Decl., at Ex. 96. | Finkelstein Aff., at Ex. 96. |
| 97. | E-mail transmission from Maribeth Lazzaro, Ph.D., of Health Canada, Therapeutic Products Directorate, to Tina Carriero (May 13, 2005). | Finkelstein Decl., at Ex. 97. | Finkelstein Aff., at Ex. 97. |
| 98. | Kathryn A. O'Connell, M.D., Ph.D., *Isotretinoin (Accutane) and Serious Psychiatric Adverse Events*, Journal of the American Academy of Dermatology (February, 2003). | Finkelstein Decl., at Ex. 98. | Finkelstein Aff., at Ex. 98. |
| 99. | excerpts of *Manual for Complex Litigation, Fourth, Federal Judicial Center 2004*. | Finkelstein Decl., at Ex. 99. | Finkelstein Aff., at Ex. 99. |
| 100. | Jeffrey K. Aronson, *Anecdotes that Provide Definitive Evidence*, BMJ, Volume 333 (December 16, 2006). | Finkelstein Decl., at Ex. 100. | Finkelstein Aff., at Ex. 100. |
| 101. | Excerpts of the Deposition of Cheryl Blume (November 12, 2007). | Finkelstein Decl., at Ex. 101. | Finkelstein Aff., at Ex. 101. |
| 102. | Declaration of Cheryl Blume, Ph.D. (April 3, 2008). | Finkelstein Decl., at Ex. 102. | Finkelstein Aff., at Ex. 102. |
| 103. | Letter from James P. Rouhandeh of Davis, Polk and Wardwell to the Hon. Jed S. Rakoff (February 8, 2005). | Finkelstein Decl., at Ex. 103. | Finkelstein Aff., at Ex. 103. |
| 104. | Defendant Gabapentin Data Capture Aid. | Finkelstein Decl., at Ex. 104. | Finkelstein Aff., at Ex. 104. |
| 105. | Lyrica Risk Management Committee Meeting, Power Point of Rachel E. Sobel, *Epidemiology and Risk Management* (September 17, 2004). | Finkelstein Decl., at Ex. 105. | Finkelstein Aff., at Ex. 105. |
| 106. | Neurontin Declaration of Robert H. Roth, Ph.D. | Finkelstein Decl., at Ex. 106. | Finkelstein Aff., at Ex. 106. |
| 107. | Excerpts of the Deposition of Charles Taylor, Jr., Ph.D. (June 4, 2007). | Finkelstein Decl., at Ex. 107. | Finkelstein Aff., at Ex. 107. |
| 108. | Alan Baumeister, *Self-Injurious Behavior in Rats Produced by Intranigral Microinjection of GABA Agonists*, Biochemistry and Behavior, Volume 21, pp. 89-95. | Finkelstein Decl., at Ex. 108. | Finkelstein Aff., at Ex. 108. |

| 109. | S.K. Srivastava, *Facilitation of Behavioural Depression by Certain Antiepileptic Drugs*, Indian Journal of Pharmacology 2000; 32: 31-33. | Finkelstein Decl., at Ex. 109. | Finkelstein Aff., at Ex. 109. |
|---|---|---|---|
| 110. | Elinor Ben-Menachem, *Selected CSF Biochemistry and Gabapentin Concentrations in the CSF and Plasma in Patients with Partial Seizures After a Single Oral Does of Gabapentin,* Epilepsy Res. 11 (1992) 45-59. | Finkelstein Decl., at Ex. 110. | Finkelstein Aff., at Ex. 110. |
| 111. | Excerpts of the Deposition of Gerard Sanacora, M.D. (January 18, 2008). | Finkelstein Decl., at Ex. 111. | Finkelstein Aff., at Ex. 111. |
| 112. | Excerpts of the Deposition of Anthony Rothschild, M.D. (January 15, 2008). | Finkelstein Decl., at Ex. 112. | Finkelstein Aff., at Ex. 112. |
| 113. | Excerpts of the Deposition of Douglas Jacobs, M.D. (January 23, 2008). | Finkelstein Decl., at Ex. 113. | Finkelstein Aff., at Ex. 113. |
| 114. | Brief Resume of Stefan P. Kruszewski, M.D. (September, 2007). | Finkelstein Decl., at Ex. 114. | Finkelstein Aff., at Ex. 114. |
| 115. | Declaration of Stefan D Kruszewski, M.D. (April 3, 2008). | Finkelstein Decl., at Ex. 115. | Finkelstein Aff., at Ex. 115. |
| 116. | Curriculum Vitae of Cheryl D. Blume, Ph.D. | Finkelstein Decl., at Ex. 116. | Finkelstein Aff., at Ex. 116. |
| 117. | Excerpts of the Deposition of Cheryl Blume (November 12, 2007). | Finkelstein Decl., at Ex. 117. | Finkelstein Aff., at Ex. 117. |
| 118. | United States Patent No. 4,910,023 (March 20, 1990). | Finkelstein Decl., at Ex. 118. | Finkelstein Aff., at Ex. 118. |
| 119. | Excerpts of the Deposition of Michael Trimble, M.D. (October 19, 2007). | Finkelstein Decl., at Ex. 119. | Finkelstein Aff., at Ex. 119. |
| 120. | Declaration of Keith Altman (April 4, 2008). | Finkelstein Decl., at Ex. 120. | Finkelstein Aff., at Ex. 120. |
| 121. | Excerpts of the Deposition of Cheryl Blume (November 12, 2007). | Finkelstein Decl., at Ex. 121. | Finkelstein Aff., at Ex. 121. |
| 122. | Excerpts of the Deposition of Cheryl Blume (November 12, 2007). | Finkelstein Decl., at Ex. 122. | Finkelstein Aff., at Ex. 122. |
| 123. | Excerpts of the Deposition of Cheryl Blume (November 12, 2007). | Finkelstein Decl., at Ex. 123. | Finkelstein Aff., at Ex. 123. |
| 124. | Excerpts of the Deposition of Cheryl Blume (November 12, 2007). | Finkelstein Decl., at Ex. 124. | Finkelstein Aff., at Ex. 124. |
| 125. | Excerpts of Michael R. Trimble, Biological Psychiatry. | Finkelstein Decl., at Ex. 125. | Finkelstein Aff., at Ex. 125. |
| 126. | Expert report of Sheila Weiss Smith, Ph.D. FISPE (submitted December 20, 2007). | Finkelstein Decl., at Ex. 126. | Finkelstein Aff., at Ex. 126. |
| 127. | D.O. Lee, *Behavioral Side Effects of Gabapentin and Children*, Epilepsia, 37(1); 87-90, 1996. | Finkelstein Decl., at Ex. 127. | Finkelstein Aff., at Ex. 127. |

| | | | |
|---|---|---|---|
| 128. | Kimberly B. Tallian, *Gabapentin Associated with Aggressive Behavior in Pediatric Patients with Seizures*, Epilepsia, 37(5); 50; 501-502, 1996. | Finkelstein Decl., at Ex. 128. | Finkelstein Aff., at Ex. 128. |
| 129. | Laura D. Errante, *Gabapentin and Vigabatrin increase GABA in the Human Neocortical Slice*, Epilepsy Research, 49 (2002) 203-210. | Finkelstein Decl., at Ex. 129. | Finkelstein Aff., at Ex. 129. |
| 130. | Declaration of Professor Michael Trimble, M.D. In Relation to Gabapentin Causing Negative Mood and Behavioural Alterations, Including Suicidal Behavior in Treated Patients, In the Case of Richard Smith, Deceased. | Finkelstein Decl., at Ex. 130. | Finkelstein Aff., at Ex. 130. |
| 131. | Excerpts of Marc Hertzman, M.D., The Handbook of Psychopharmacology Trials. | Finkelstein Decl., at Ex. 131. | Finkelstein Aff., at Ex. 131. |
| 132. | Cynthia G. McCormick, M.D., *Division of Neuropharmacological Drug Products, Review and Evaluation of Clinical Data (*September 27, 1993). | Finkelstein Decl., at Ex. 132. | Finkelstein Aff., at Ex. 132. |
| 133. | Cynthia G. McCormick, M.D., *Division of Neuropharmacological Drug Products, Review and Evaluation of Clinical Data (*December 28, 1993). | Finkelstein Decl., at Ex. 133. | Finkelstein Aff., at Ex. 133. |
| 134. | Excerpts of Ronald W. Maris, Assessment of Prediction of Suicide. | Finkelstein Decl., at Ex. 134. | Finkelstein Aff., at Ex. 134. |
| 135. | Excerpts of the Deposition of Michael Trimble, M.D. (October 18, 2007). | Finkelstein Decl., at Ex. 135. | Finkelstein Aff., at Ex. 135. |
| 136. | Affidavit of Dr. Joseph Glenmullen, M.D. (April 7, 2008). | Finkelstein Sur-Reply Decl., at Ex. 8, *infra*. | Finkelstein Aff., at Ex. 136. |
| 137. | Affidavit of Dr. Jacob H. Jacoby, M.D. (April 3, 2008). | Copy electronically filed with MDL Court on 7/3/2008. | Finkelstein Aff., at Ex. 137. |
| 138. | "Mechanisms of action of anticonvulsants," from Post and Weiss, 1994. | Declaration of Andrew G. Finkelstein, to Plaintiffs' Sur-Reply Memorandum, ("Finkelstein Sur-Reply Decl."), filed 5/2/2008 (Doc. 1255), at Ex. 1. | Sur-Reply Affirmation of Andrew G. Finkelstein, to Plaintiffs' Sur-Reply Memorandum ("Finkelstein Sur-Reply Aff."), filed 5/9/2008, at Ex. 2. |

| | | | |
|---|---|---|---|
| 139. | "Annotated Labeling" from NDA 21-397 Vol 001. | Finkelstein Sur-Reply Decl., at Ex. 2. | Finkelstein Sur-Reply Aff., at Ex. 3. |
| 140. | Excerpt from the "Summary of Preclinical Pharmacological Studies With Gabapentin (CI-0945, PD 0087842-0000) In Vitro and in Laboratory Animals." | Finkelstein Sur-Reply Decl., at Ex. 3. | Finkelstein Sur-Reply Aff., at Ex. 4. |
| 141. | *Draft* Neurontin advertisement for post-herpetic neuralgia. | Finkelstein Sur-Reply Decl., at Ex. 4. | Finkelstein Sur-Reply Aff., at Ex. 5. |
| 142. | 2001 Project Operating Plan to pursue still unapproved indications of Anxiety and Sleep Induction. | Finkelstein Sur-Reply Decl., at Ex. 5. | Finkelstein Sur-Reply Aff., at Ex. 6. |
| 143. | Excerpts from the Deposition of Sylvain Nakkab, M.D. | Finkelstein Sur-Reply Decl., at Ex. 6. | Finkelstein Sur-Reply Aff., at Ex. 7. |
| 144. | Excerpt from the "Listing of Adverse Event Preferred Term by Investigator Term." | Finkelstein Sur-Reply Decl., at Ex. 7. | Finkelstein Sur-Reply Aff., at Ex. 8. |
| 145. | Affidavit of Joseph Glenmullen, M.D., dated April 8, 2008, submitted in the New York Neurontin Coordinated Litigation. | Finkelstein Sur-Reply Decl., at Ex. 8. | Finkelstein Aff., at Ex. 136. |
| 146. | Correspondence from Kenneth Fromson, Esq., to Jim Rouhandeh, Esq., and Lori McGroder, Esq., dated April 28, 2008. | Finkelstein Sur-Reply Decl., at Ex. 9. | Finkelstein Sur-Reply Aff., at Ex. 9. |
| 147. | Declaration of Keith L. Altman, dated May 2, 2008. | Finkelstein Sur-Reply Decl., at Ex. 10. | Finkelstein Sur-Reply Aff., at Ex. 12. |
| 148. | Email from Alex Ruggieri to Steven Galson at the FDA, dated February 8, 2008. | Finkelstein Sur-Reply Decl., at Ex. 11. | Finkelstein Sur-Reply Aff., at Ex. 13. |
| 149. | Affidavit of Brian L. Strom, M.D. | Finkelstein Sur-Reply Decl., at Ex. 12. | Finkelstein Sur-Reply Aff., at Ex. 14. |
| 150. | Correspondence from Kenneth Fromson, Esq., to Lori McGroder, Esq., dated January 7, 2008. | Finkelstein Sur-Reply Decl., at Ex. 13. | Finkelstein Sur-Reply Aff., at Ex. 15. |
| 151. | Declaration of Sander Greenland, dated May 2, 2008. | Finkelstein Sur-Reply Decl., at Ex. 14. | Finkelstein Sur-Reply Aff., at Ex. 1. |
| 152. | 4/30/2008 Electronic Order in the federal Neurontin MDL. | *See* ECF Docket for 4/30/2008. | Finkelstein Sur-Reply Aff., at Ex. 10. |

| 153. | Defendants' Memorandum in Support of Motion for Leave to Name a Rebuttal Expert. | *See* ECF Doc. # 1218. | Finkelstein Sur-Reply Aff., at Ex. 11. |
|---|---|---|---|
| 154. | Affidavit of Sander Greenland, dated May 16, 2008. | Copy electronically filed with MDL Court on 7/3/2008. | [Corrected] Sur-Reply Affirmation of Andrew G. Finkelstein, filed 5/20/2008, at Ex. 1. |

Dated: July 3, 2008                                  Respectfully submitted,

*Members of Products Liability*
*Plaintiffs' Steering Committee*


By:   **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire
        Finkelstein & Partners, LLP
        436 Robinson Avenue
        Newburgh, NY  12550


By:   **/s/ Jack W. London**
        Jack W. London, Esquire
        Law Offices of Jack W. London
          & Associates
        106 E. 6th Street, Suite 700
        Austin, TX  78701


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 3, 2008.


                                   **/s/ Andrew G. Finkelstein**
                                   Andrew G. Finkelstein, Esquire