EXHIBIT 137

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------------x
IN RE: NEURONTIN PRODUCT LIABILITY
LITIGATION                                          :
---------------------------------------------------------------------x
THIS DOCUMENT RELATES TO ALL CASES        :
                                                    :
---------------------------------------------------------------------x

Index No 765000/2006
Hon. Marcy S. Friedman

AFFIDAVIT

     Jacob H. Jacoby, M.D., being duly sworn, deposes and says:

1. I am submitting this affidavit on behalf of the Product Liability Plaintiffs. As described more fully below, Doctors Michael Trimble, Stefan Kruszewski, and Cheyl Blume use generally accepted scientific methodologies when analyzing Neurontin's capacity to lead to mood and behavioral disturbances resulting in suicide. Additionally, the materials relied upon, as well as the scientific and medical principles for each step of their analyses are generally accepted in the Psychiatric medical community.

**Qualifications**:

2. My curriculum vitae is attached hereto and is incorporated by reference herein. I have held several teaching positions in throughout my professional career and am currently Clinical Associate Professor of Psychiatry, University of Medicine & Dentistry of New Jersey. Relevant to this matter, I have also been an Assistant Professor of Pharmacology, University of Medicine & Dentistry of New Jersey, and Assistant Professor of Neuroscience, Albert Einstein College of Medicine. I have had numerous hospital appointments, the most recent of which include the Co-Director of Psychiatry at Bayonne Medical Center where I regularly am involved in the clinical treatment of psychiatric patients.

3. My opinion is based on my education, training and experience, including my work in the field of forensic psychiatry. Additionally, I remain current in the psychiatric field by annually attending Continuing Medical Education courses and by regularly

reading psychiatric peer reviewed literature from multiple journals.

**Task:**

4. I was asked by Finkelstein & Partners to review the reports and testimony of Doctors
   Trimble, Kruszewski and Blume, to evaluate whether their methodologies are
   generally accepted. Additionally, I was asked to comment on the general acceptance
   of the medical principles they set forth therein.

5. At the outset, it must be stated that the analysis of psychiatric side effects caused by
   pharmacologic agents requires, *inter alia,* reliance on real-world clinical experience
   by appropriately trained specialists. Additionally, psychiatrists and
   psychopharmacologists routinely use and apply as part of their analyses the
   following: animal studies, reports of adverse drug experiences, biological plausibility,
   pharmacological comparisons to similar drugs in the same class, textbooks, peer
   reviewed journal articles, and recommendations from governmental agencies such as
   the U.S. Food & Drug Administration (FDA).

**Opinions related to Doctors Trimble, Kruszewski and Blume:**

6. In evaluating a pharmacological agent's capacity to lead to negative effects on mood
   and behavior, Doctors Trimble, Kruszewski, and Blume utilize and rely, in part, upon
   a scientifically reliable biological plausibility hypothesis, reliable animal studies,
   multiple adverse drug reports including a very persuasive well documented suicidal
   challenge/dechallenge/rechallenge event from within a rigorously performed clinical
   trial, comparisons to other similar psychoactive drugs, peer reviewed medical
   literature, and recommendations from governmental regulatory agencies such as the
   FDA.

7.  It is my opinion, to a reasonable degree of medical and scientific certainty, that Doctors Trimble, Dr. Kruszewski and Dr. Blume followed generally accepted scientific principles and techniques in evaluating the materials relied upon to reach their conclusions.

8.  Doctors Trimble and Kruszewski's opinion that Neurontin increases brain GABA is supported by spectroscopy studies from two independent University laboratories. Spectroscopies are objective tests with findings that can be replicated. Replication of objective findings is not novel and is a reliable scientific method upon which to make sound conclusions.

9.  Doctors Trimble and Kruszewski's opinion that increasing brain GABA at certain focal sites causes a reduction in serotonin turnover is supported by multiple peer reviewed articles and text books. I have reviewed several of these materials and confirm that the reduction of serotonin from increasing site specific GABA in brain is not novel and is a generally accepted principle in the scientific and psychiatric community.

10. Doctor's Trimble, Kruszewski and Blume's opinion that a reduction of serotonin turnover is associated with increased depression, hostility, impulsivity, hopelessness and anxiety is a psychiatric principle that has broad based acceptance.

11. It is generally accepted in the psychiatric community that increasing depression, hostility, impulsivity, hopelessness or anxiety all increase the risk for suicide. Any pharmacological agent that causes such psychiatric side effects increases the risk for suicide.

12. Consideration and evaluation of psychobiological side effects as a whole, and

specifically findings of increased depression, hostility, impulsivity, hopelessness and

anxiety are all appropriate side effects to consider when evaluating a pharmacological

compounds general capacity to lead to suicidal acts. It is my opinion, to a reasonable

degree of medical and scientific certainty, that Dr. Blume followed generally

accepted scientific principles and methods in evaluating the Neurontin clinical trial

data, postmarketing adverse drug event case reports, and scientific literature to reach

her conclusions.

13. It is my opinion, to a reasonable degree of medical and scientific certainty, that it is

generally accepted in the psychiatric community that the January 2008 FDA guidance

to physicians entitled "Information for Healthcare Professionals: Suicidality and

Antiepileptic Drugs" authoritatively established that Neurontin is associated with, and

increases the risk of suicidality.

Jacob H. Jacoby, M.D.

Sworn to before me this
_31_ day of March, 2008

Lorraine Cadena
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10-01-08

Notary Public

## CURRICULUM VITAE

### *JACOB HERMAN JACOBY, M.D., PH.D.*

**OFFICE ADDRESS:**  654 Avenue C., Suite 201
Bayonne, New Jersey 07002-3899
(201) 339-0323
(201) 339-0349 (FAX)

1031 Sunny Slope Drive
Mountainside, NJ 07092
(908) 518-9688
(908) 518-9689 (FAX)

**EDUCATION:**

a.    Undergraduate

Brooklyn College, Brooklyn, New York
B.S. Biology (1960 - 1964)

b.    Graduate and Professional

Rutgers University, New Brunswick, New Jersey
M.S. Zoology (Endocrinology)
Professor James H. Leathem Ph.D. (1964 - 1966)

Albert Einstein College of Medicine, Bronx, New York
Ph.D. Pharmacology
Professor Elliott D. Weitzman, M.D. (1966 - 1972)

SUNY at Buffalo School of Medicine, Buffalo, New York
M.D. Medicine (1978 - 1980)

**POSTDOCTORAL TRAINING:**

a.    Internship and residencies

CURRICULUM VITAE
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 2


University of Pittsburgh School of Medicine
Pittsburgh, Pennsylvania (1980 - 1981)
Internship Medicine/Psychiatry
Program Director: Peter B. Henderson, M.D.
                  Director of Residency
                  Training in Child, Adult and Geriatric Psychiatry -
                  including geriatric track
Western Psychiatric Institute and Clinic
Pittsburgh, Pennsylvania (1981 - 1983)
Resident in Psychiatry
Program Director: Peter B. Henderson, M.D.
                  Director of Residency
                  Training in Child and Adult Psychiatry

b.    Research Fellowships

      Massachusetts Institute of Technology
      Cambridge, Massachusetts (1972 - 1975)

      Laboratory of Neuroendocrine Regulation
      Research Associate
      Program Director: Richard J. Wurtman, M.D.

      Albert Einstein College of Medicine
      Bronx, New York (1983 - 1984)
      Fellow in Alcoholism
      Program Director: Joel S. Feiner, M.D.
                        Director of Residency


LICENSURE:

      a.    New Jersey Medical License    MA46259
            Expiration Date               06/30/07

      b.    New York Medical License      156653-1
            Expiration Date               02/28/09

**CURRICULUM VITAE**
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 3


## CERTIFICATIONS:

American Board of Psychiatry and Neurology
Certificate Number 37266

American Society of Addiction Medicine
Certificate Number 011134

American Society of Addiction Medicine
Medical Review Officer & Substance Abuse


## NARCOTICS CERTIFICATION:

| | | | | |
|---|---|---|---|---|
| a. | N.J. CDS | D42127 | Expiration Date | 10/31/07 |
| b. | Federal DEA | AJ1283516 | Expiration Date | 12/31/07 |


## UNIVERSITY APPOINTMENTS:

1966
Kingsborough Community College          Biology Instructor

1970
Albert Einstein College of Medicine          Pharmacology: Laboratory
                                              Assistant
1972 - 1975
Massachusetts Institute of Technology          Advisor
 Undergraduate Research Opportunities

1975 - 1978
College of Medicine & Dentistry of          Assistant Professor of
 New Jersey                                  Pharmacology

1978 - 1980
SUNY at Buffalo          Lecturer of Biochemistry

**CURRICULUM VITAE**
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 4


| | |
|---|---|
| 1981 - 1983 Western Psychiatric Institute and Clinic | Assistant Instructor of Psychiatry |
| 1983 - 1985 Albert Einstein College of Medicine | Assistant Professor of Psychiatry: Director, In-Patient Alcohol Rehabilitation Unit |
| 1984 - 1985 Albert Einstein College of Medicine | Assistant Professor of Neuroscience |
| 1985 - Albert Einstein College of Medicine | Clinical Assistant Professor of Psychiatry |
| 1987 - 1993 University of Medicine & Dentistry of New Jersey | Clinical Assistant Professor of Psychiatry |
| 1993 - University of Medicine & Dentistry of New Jersey | Clinical Associate Professor of Psychiatry |

## HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1981 - 1983 Mayview State Hospital Bridgeville, Pennsylvania | Associate Psychiatrist |
| 1985 - 1989 Bayonne Hospital Bayonne, New Jersey | Director of Psychiatry |
| 1985 - Present Bayonne Medical Center Bayonne, New Jersey | Attending Psychiatrist |

**CURRICULUM VITAE**
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 5

1989 - Present
Saint Barnabas Medical Center          Attending Psychiatrist
Livingston, New Jersey

1990 - 1995
Good Samaritan Hospital                Attending Psychiatrist
Suffern, New York

1992 - 1997
Saint Barnabas Medical Center          Director of Clinical
Livingston, New Jersey                 Services, Department of Psychiatry,
                                       Medical Director, The Alliance Out-
                                       patient Alcohol & Drug Treatment
                                       Program.

1994 - Present
Bayonne Medical Center                 Co-Director of Psychiatry
Bayonne, New Jersey

1999 - 2002                      Medical Director, Substance Abuse
Bayonne Medical Center               Treatment Program
Bayonne, New Jersey

2006-Present                           Clinical Director
ODI The Opiate Detoxification
Institute
Westwood, New Jersey

## AWARDS AND HONORS:

1965
Sigma XI - Associate

1971 - 1975
National Institute of Health Post Doctoral Fellowship

1975
College of Medicine & Dentistry of New Jersey nominee - Alexander and
Alexandrine Sinsheimer Fellowship (for outstanding medical research by

**CURRICULUM VITAE**
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 6

New York metropolitan area medical school faculty member under 35 years of age)

1978
American Society for Pharmacology & Experimental Therapeutics Travel Award

1981
Mead Johnson - American College of Neuropsychopharmacology - Travel Award

1994
University of Medicine & Dentistry of New Jersey - New Jersey Medical School Department of Psychiatry Teaching Excellence Award

1994
Fellow of the American Psychiatric Association

1995
Honored Member of U.S. Registry's Who's Who Among Outstanding Americans

1996
University of Medicine & Dentistry of New Jersey - New Jersey Medical School Department of Psychiatry - Harvey H. Shwed Teaching Excellence Award.

1997
Listed in "How to Find the Best Doctors in New York," Castle and Connolly.

1998
Listed in "How to Find the Best Doctors in New York," Castle and Connolly.

1999
Listed in "How to Find the Best Doctors in New York," Castle and Connolly.

1999

**CURRICULUM VITAE**
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 7

Listed as one of "The Best Doctors in New York," <u>New York Magazine</u>, 6/7/99.

2000
Listed as one of "The Best Doctors in New York," <u>New York Magazine</u>, 6/5/00.

2001
Listed in "How to Find the Best Doctors in New York," Castle and Connolly.

2001
Listed as one of "The Best Doctors in New York," <u>New York Magazine</u>, 6/4/01.

2001
Listed as one of "The Top Doctors," <u>New Jersey Monthly</u>, 11/01.

2002
Listed in "How to Find the Best Doctors in New York," Castle and Connolly.

2002
Listed as one of "The Best Doctors in New York," <u>New York Magazine</u>, 6/10/02.

2003
Listed as one of "New York's Top Doctors, " Castle and Connolly.

2004
Listed as one of "New York's Top Doctors," Castle and Connolly.

2005
Listed as one of "New York's Top Doctors," Castle and Connolly.

2006
Listed as one of "New York's Top Doctors," Castle and Connolly.

2006

**CURRICULUM VITAE**
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 8


Listed as one of "America's Top Doctors," Castle Connolly Medical.


**BOARDS OF DIRECTORS/TRUSTEES/COMMUNITY SERVICE**:

Board of Directors (1988 - 1995)
Shaarel Torah High School, Suffern, New York

Board of Directors (1988 - Present)
Congregation Khal Zichron Be'er, Monsey, New York


Vice President (1990 - 1991)
Congregation Khal Zichron Be'er, Monsey, New York

Chairman, Educational Advisory Committee (1991 - 1993)
Shaarei Torah High School, Suffern, New York


Board of Directors (1993 - Present)
Congregation Khal Zichron Be'er, Monsey, New York

Jewish Education Program (1998)
Hahvas Yisroel Award

Yeshiva Ohr Somayach (2004)
Jewish Heritage Award

**MAJOR COMMITTEE ASSIGNMENTS**:

a.    National and Regional

North Jersey Psychiatric Society

| | |
|---|---|
| Executive Council | (1989 - Present) |
| Treasurer | (1990 - 1992) |
| President Elect & Chapter | |
| Representative State Council | (1992 - 1994) |

**CURRICULUM VITAE**
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 9

          President                    (1994 - 1996)
          State Councilor           (1994 - 1998)

b.    Medical School

Committee - College of Medicine and Dentistry of New Jersey (1975 - 1978)

Subcommittee on Admissions - Graduate School of Biomedical Sciences

Executive Council - Graduate School of Biomedical Sciences

Deans Search Committee - Graduate School of Biomedical Sciences

Library Committee - Medical School

Committee on Academic Policy and Planning - Dental School

Committee - Albert Einstein College of Medicine (1983 - 1985)

Depression Group

First Annual Albert Einstein Symposium and Award in Psychiatry Committee

Department of Psychiatry Research Policy Planning Committee

c.    Hospital

Bio-Ethics Committee - Bayonne Medical Center (1991 - Present)

Medical Board of the Medical Staff - Saint Barnabas Medical Center (1995 - Present)

**CURRICULUM VITAE**
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 10

> Morbidity and Mortality Committee - Saint Barnabas Medical Center (1995 - Present)

d.    Editorial Boards

> Journal Referee, Life Sciences: Physiology, Biochemistry and Behavior; Journal of Clinical Pharmacology, Brain Behavior Bulletin

> Grant Review - National Science Foundation: New York State Department of Mental Health

## MEMBERSHIPS, OFFICES AND COMMITTEE ASSIGNMENTS IN PROFESSIONAL SOCIETIES:

1965
Sigma XI - Associate

1966
American Association for the Advancement of Science

1968
Association for the Psychophysiological Study of Sleep

1974
Society for Neuroscience

1976
American Society for Pharmacology & Experimental Therapeutics

1976
Endocrine Society

1976
International Society of Neuroendocrinology

1981
American College of Clinical Pharmacology

**CURRICULUM VITAE**
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 11


1986
American Psychiatric Association

1993
American Society of Addiction Medicine

1994
American Society of Clinical Psychopharmacology, Inc.


**GRANT HISTORY**:

    a.     Principal Investigator or P.I. of Sub-contract

          1975 - Open ($2,000)
          Merck Foundation

          1975 - 1976 ($20,000)
          Grants Foundation of New Jersey - Drugs and Brain Serotonin
          Metabolism

          1975 - 1976 ($2,500)
          Institutional Grant from American Cancer Society A Rat Model for
          Pancreatic Effects of Carcinoid Syndrome

          1975 - 1979 ($90,000 per year)
          NINCDS - Drugs and Brain Serotonin Metabolism - IROL NS  12876

          1977 - 1979 ($5,000)
          Lilly Research Foundation - Serotonin & Pancreatic Function

          1978 ($10,000)
          American Diabetes Association - Diabetes & Brain Function

          1978 - 1979 ($2,500)
          Grants Foundation for C.M.D.N.J

CURRICULUM VITAE
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 12

              1978 ($10,000)
              NSF - Symposium on Serotonin Neurotoxins

              1984 - 1985 ($2,500)
              Diabetes Research & Training Center - (University of Pittsburgh) - Diabetes & Brain Monamine Metabolism

    b.      Co-Investigator

              1990
              Chronic Fatigue Syndrome Center - (University of Medicine and Dentistry of New Jersey) - with Benjamin Natelson, M.D.

**MAJOR TEACHING EXPERIENCE**:

Taught courses in general biology, medical pharmacology (endocrine and neuropharmacology sections), a graduate seminar course in current issues of neurobiology and a graduate journal club - College of Medicine and Dentistry of New Jersey.

Supervised three doctoral graduate students, Michael Klein, Evelyn Crish and Laura Janocko and supervised one post-doctoral fellow - Ronald Thomas - College of Medicine and Dentistry of New Jersey.

Supervised residents in alcoholism and substance abuse. Taught medical student course in alcoholism and substance abuse - Albert Einstein College of Medicine.

Presently teach course in Psychopharmacology to third year medical students, a course in Psychopharmacology and Journal Club in Psychopharmacology to psychiatric residents - University of Medicine and Dentistry of New Jersey.

**CURRICULUM VITAE**
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 13

2006- Received Teaching Excellence Award from University of Medicine and Dentistry of New Jersey. (UMDNJ)

## PRINCIPAL CLINICAL AND HOSPITAL SERVICE RESPONSIBILITIES:

| | | |
|---|---|---|
| 1985 - 1989 | | |
| Bayonne Medical Center | | Director of Psychiatry |
| Bayonne, NJ | | |
| | | |
| 1992 - Present | | |
| Saint Barnabas Medical Center | | Director of Clinical |
| Livingston, NJ | | Services, Department of |
| | | Psychiatry, Medical Director, |
| | | The Alliance Outpatient |
| | | Alcohol & Drug Treatment |
| | | Program. |
| 1994 - Present | | |
| Bayonne Medical Center | | Co-Director of Psychiatry |
| Bayonne, NJ | | |

## CLINICAL PRACTICE:

General and geriatric psychiatry, addiction medicine, brain injury, consultation-liaison, ETC.

## FORENSIC EXPERIENCE:

1997 - Present
Senior Associate with Jeffrey Brown, M.D., P.A.

Traumatic brain injury; geriatrics, including will/trust conflicts, competency and undue influence issues; criminal competency and responsibility; personal injury, including traumatic brain injury, chronic pain syndromes, psychosomatic; seizure and stress

CURRICULUM VITAE
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 14

assessment, including PTSD and addiction issues; employment litigation; malpractice.

**INVITED ADDRESSES:**

Jacoby, J.H., "Update in Use of Antidepressants in the general and geriatric Populations," presented to North Hudson Medical Group, 2 February 2003.

Jacoby, J.H., "Historical Development of Atypical Antipsychotics in the general and geriatric populations," presented to the VA Hospital, Elizabeth, New Jersey, 23 May 2003.

Jacoby, J.H., "Update on Antipsychotics in a General, geriatric and Addiction Population," presented to Elizabeth General Hospital, 4 June 2003.

Jacoby, J.H., "Historical Relevance of the Use of Antipsychotics in Adult and geriatric populations," presented to Princeton House, Princeton, New Jersey, 25 June 2003.

**ARTICLES**:

Weitzman, E.D., Rapport, M.M., McGregor, P. And Jacoby, J.: Sleep Patterns of the Monkey and Brain Serotonin Concentration, Effect of p-Chlorophenylanlinine, Science 160: 1361-1363, 1968.

Weitzman, E.D., McGregor, P., Moore, C. And Jacoby, J: The Effect of Alpha-Methyl-Para-Tyrosine on Sleep Patterns of the Monkey, Life Science 8: 751-757, 1969.

Jacoby, J.H., Greenstein, M., Sassin, J.F. and Weitzman, E.D.: The Effect of Monoamine Precursors on Growth Hormone Release in the Rhesus Monkey, Neuroendocrinology 14 (2): 95-102, 1974.

CURRICULUM VITAE
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 15

Jacoby, J.H., Sassin, J.F., Greenstein, M. And Weitzman, E.D.: The Episodic Release of Cortisol and Growth Hormone During the Sleep-Walking Cycle of the Rhesus Monkey,  Neuroendocrinology 14 (3-4): 165-173, 1974.

Jacoby, J.H., Lytle, L.D. and Nelson, M.: Long-Term Effects of 5, 7-Dihydroxytryptamine on Brain Monoamines, Life Sciences 14 (5) 909-919, 1974.

Lytle, L.D., Jacoby, J.H., Nelson, M and Baumgarten, H.: Long-Term Effects of 5, 7-Dihydroxytryptamine Injected at Birth on the Development of Brain Monoamines,  Life Sciences 15 (6): 1203-1218, 1974.

Jacoby, J.H., Smith, El, Sassin, J.F., Greenstein, M. And Weitzman, E.D.: Altered Growth Hormone, Secretory Pattern Following Prolonged Sleep Deprivation in the Rhesus Monkey, Neuroendocrinology 18: 9-15, 1975.

Jacoby, J.H., Colmenares, J.L. and Wurtman, J.R.: Failure of Decreased Serotonin Uptake or Monoamine Oxidase Inhibition to Block the Acceleration in Brain 5-Hydroxyindole Synthesis that Follows Food Consumption, J Neural. Transmission, 37: 25-32, 1975.

Jacoby, J.H., Shabshalowitz, H., Fernstrom, J.D. and Wurtman, R.J.: The Mechanisms by which Methiothepin, a Putative Serotonin Receptor Antagonist, Increase Brain 50 Hydroxyindole Levels,  J. Pharm. Exp. There. 195: 275-264, 1975.

Jacoby, J.H., Muller, G. And Wurtman, R.J.: Thyroid, State and Brain Monoamine Metabolism, Endocrinology 97: 1332-1335, 1975.

Fernstrom, J.D. and Jacoby, J.H.: The Interaction of Diet and Drugs in Modifying Brain Serotonin Metabolism, Gen. Pharmacal. 6: 253-258, 1975.

Jacoby, J.H., How, R.A., Levin, M and Wurtman, R.J.: Mechanisms by Which Quipazine, a Putative Serotonin Receptor Antagonist, Alters Brain 5-Hydroxyindoles, Neuropharmacology 15: 529-534, 1976.

Jacoby, J.H., Poulakos, J.J. and Bryce, G.F.: On the Central Anti-Serotoninergic Actions of Cyproheptadine and Methysergide, Neuropharmacology 15: 529-534, 1976.

**CURRICULUM VITAE**
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 16

Jacoby, J.H. and Poulakos, J.J.: The Actions of Neuroleptic Drugs and Putative Serotonin Receptor Antagonists on LSD and Quipazine-Induced Reductions of Brain 5HIAA Levels,  J. Pharm. Pharmacal. 29:  771-773, 1977.

Jacoby, J.H. and Bryce, G.F.: The Acute Pharmacologic Effects of Serotonin on the Release of Insulin and Glucagon in the Intact Rat., Arch. Int. Pharmacodyn. Therap. 235: 254-270, 1978.

Bryce, G.F. and Jacoby, J.H.: A Comparative Study of Several Serotonin Receptor Antagonists on Basal and Stimulus-Induced Release of Insulin and Glucagon in the Intact Rat,  Life Sciences 22: 2215-2224, 1978.

Jacoby, J.H. and Bryce, G.G.: Monoaminergic Modulation of Pancreatic Endocrine Secretion,  Gen. Pharmacal. 9: 411-419, 1978.

Bryce, G.F. and Jacoby, J.H.: Paradoxical Short-Term Effects of Cyproheptadine on Insulin and Glucagon Release in the Intact Rat., Eur. Journal Pharmacal. 54: 349-358, 1978.

Jacoby, J.H. and Bryce, G.F.: The Acute Effects of 5HTP, Fluoxetine and Quipazine on Insulin and Glucagon Release in the Intact Rat,  Horm. Metab. Res. II: 90-94, 1979.

Jacoby, J.H., Thomas, R.F., Poulakos, J.J. and Siegel, A.: Studies on Specific Uptake of Tryptophan During Compensatory 5-Hydroxyindole Synthesis, Resulting from 5HT Receptor Blockade,  Nauyn-Schmiedebergs Arch. Pharmacal. 307: 143-149, 1979.

Natelson, B.H., Janocko, L. And Jacoby, J.H.: An Interaction Between Dietary Tryptophan and Stress in Exacerbating Gastric Disease,  Physiol. Behav. 26: 197-200, 1981.

Trulson, M.E., Jacoby, J.H. and McKenzie, R.G.: Streptozotocin-Induced Diabetes Reduces Brain Serotonin Synthesis in Rats, J. Neurochem. 46: 1068-1072, 1986.

CURRICULUM VITAE
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 17

Stachowiak, M., Jacoby, J.H., Stricker, E.M. and Zigmond, M.J.: Increased Tryptophan Hydroxylase Action in Serotonin Nerve Terminals by 5, 7-Dihydroxytryptamine, Biochem. Pharmacol. 36, (8):1241-1248, 1986.

Broderick, P.A. and Jacoby, J.H.: Serotonergic Function in Diabetic Rats: Psychotherapeutic Implications, Biol. Psychiatry 24: 234-239, 1988

Broderick, P.A. and Jacoby, J.H.: Diabetes-Related Changes in L-Tryptophan-Induced Release of Striatal Biogenic Amines, Diabetes 37 (7): 956-969, 1988.

Broderick, P.A. and Jacoby, J.H.: Central Monoamine Dysfunction in Diabetes: Psychotherapeutic Implications: Electroanalysis by Voltammetry. Acta Physiol. et Pharmacol. Lat 39 (3): 211-225, 1989.

Conte, H.R., Plutchik, Rl, Picard, M., Galanter, M. and Jacoby, J.H.: Alcoholics. Journal of Studies on Alcohol 52: 26-32, 1991.

## BOOKS, MONOGRAPHS AND CHAPTERS (authored):

Jacoby, J.H. and Lytle, L.D.: (eds) Conference on Serotonin Neurotoxins. Ann. N. Acad. Sci. Vol. 305: 1978.

Jacoby, J.H. and Lytle, L.D.: Introduction, Conference on Serotonin Neurotoxins. Ann. N.Y. Acad. Sci. 305: 1-2, 1978.

Jacoby, J.H. and Thomas, R.F.: Neuroendocrine Consequences of Chemical Indolectomy. Conference on Serotonin Neurotoxins. Ann. N.Y. Acad. Sci. 305: 98, 1978.

Jacoby, J.H. and Bryce, G.F.: Monoaminergic Modulation of Pancreatic Endocrine Secretion. Gen. Pharmacal. 9: 411-419, 1978.

Jacoby, J.H. and Galanter, M.: Alcohol Idiosyncratic Intoxication and Other Alcohol Related States of Acute Behavioral Disinhibition In. Psychopathologic and Addictive Disorders, R.E. Meyers (ed), Gilford Press, N.Y. 10: 238, 259, 1986.

**CURRICULUM VITAE**
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 18

Jacoby, J.H. and Donnellan, J.A.: Substance-Induced Organic Mental Disorders, in <u>Handbook of Drug-Induced Organic Brain Disorders</u>, Jean Pierre Lindenmeyer.  In Publication - 1992, Published by Marcel Dekker, Inc., New York.

<u>**ABSTRACTS**</u>:

Weitzman, E.D., Rapport, M., McGregor, P. and Jacoby, J.H.: Sleep Patterns of the Monkey and Brain Serotonin Levels.  Effect of P-Chlorophenylalinine, <u>Psychophysiology 5</u>: 210, 1968.

Weitzman, E.D., McGregor, P., Moore, C. and Jacoby, J.H.: The Effect of Alpha Methyl-Para-Tyrosine on Sleep Patterns of the Monkey: A Preliminary Report,  <u>Psychophysiology 5</u>: 210, 1968.

Sassin, J.F., Jacoby, J.H., Finklestein, J., Fukashima, D. and Weitzman, E.D.: Episodic Release of Growth Hormone and Cortisol in Monkeys,  <u>Neurology 21</u>: 431, 1971.

Sassin, J.F., Jacoby, J.H., Smith, E., Finklestein, J., Fukashima, D. and Weitzman, E.D.: Episodic Release of Growth Hormone and Cortisol in Monkeys, <u>Psychophysiology 9</u>: 100, 1972.

Jacoby, J.H., Smith, E., Sassin, J.F., Greenstein, M. and Weitzman, E.D.: Effects Sleep Deprivation on the Episodic Release of Cortisol and Growth Hormone in Macara Mulatta, Abstract No. <u>143 Federation Proceedings</u>, 1972.

Jacoby, J.H., Smith, E., Sassin, J.F., Greenstein, M. And Weitzman, E.D.: The Pattern of Secretion of Cortisol and Growth Hormone Associated with Sleep Deprivation and Recovery in the Rhesus Monkey.  Presented 11th Annual Meetings, <u>APSS</u>, Lake Minnewaska, New York, June, 1972.

Jacoby, J.H., Greenstein, M., Sassin, J.F. and Weitzman, E.D.: The Effects of Monoamine Precursors on Growth Hormone Release and EEG Activity.

CURRICULUM VITAE
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 19

Abstract No. <u>683, Fifth Int. Congress on Pharmacology</u>, San Francisco, California, July, 1972.

Jacoby, J.H., Lytle, L.D. and Wurtman, R.J.: Long-Term Effects of 5, 7-Dihydroxtryptamine on Brain Monoamines, <u>Pharmacologist 15</u> (2), Fall, 1973.

Lytle, L.D., Jacoby, J.H. and Wurtman, R.J.: The Effects of 5, 7-Dihydroxytryptamine on Brain Serotonin in the Developing Rat.  The <u>Society For Neuroscience Meeting</u>, San Diego, California, November, 1973.

Jacoby, J.H., Comenares, J.I. and Wurtman, R.J.: Diet-Induced Alterations in Brain 5-Hydroxindoles: Evidence for an Open-Loop Regulating System. Abstract No. 1978, <u>Federation Proceedings</u>, 1974.

Jacoby, J.H. and Wurtman, R.J.: Methiothepin (MTP) Induced Alterations in Brain Serotonin Metabolism.  Abstract No. 442, <u>Federation Proceedings</u>, 1975.

Jacoby, J.H., How, R.A., Levin, M. And Wurtman, R.J.: Mechanisms by Which Quipazine a Putative Serotonin Antagonist Alters Brain Monoamine Metabolism.  Abstract no. 390 <u>Society for Neurosciences</u>, New York, November, 1975.

Jacoby, J.H. and Bryce, G.F.: Possible Serotoninergic Involvement in the Secretion of Rat pancreatic Glucagon.  Abstract no. 734, Fall Meeting, <u>American Society for Pharmacology and Experimental Therapeutics</u>, New Orleans, Louisiana, 1976.

Jacoby, J.H. and Bryce, G.F.: On the Central Anti-Serotoninergic Actions of Cypropheptadine and Methysergide.  Abstract No. 700.  6th Annual Meeting, <u>Society for Neurosciences</u>, Toronto, Canada, 1976.

Jacoby, J.H. and Bryce, G.F.: Evidence for a Role of Serotonin in the In Vivo Release of Pancreatic Glucagon in the Rat.  Abstract No. 31, <u>The Endocrine Society</u>, 59th Annual Meeting, Chicago, Illinois, 1977.

CURRICULUM VITAE
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 20

Thomas, R.F., Poulakos, J.J., Siegel, A. And Jacoby, J.H.: Valine-Induced Alterations of enhanced 5-Hydroxyindole Synthesis that Occurs Following Precursor Loading of synaptic Receptor Blockade.  Abstract No. 789, Society for Neurosciences, Anaheim, California, 1977.

Bryce, G.F. and Jacoby, J.H.: A Comparative Study of Serotonin Receptor Antagonist Alterations of Basal and Stimulus-Induced Insulin and Glucagon Release in the Rat.  Abstract No. 165, The Endocrine Society, 60th Annual Meeting, Miami Beach, Florida, 1978.

Jacoby, J.H., Thomas, R.F., Poulakos, J.J. and Siegal, A.: Tryptophan Transport into Brain During Enhancement of 5-Hydroxyindole Synthesis. Abstract No. 2632, 7th International Congress of Pharmacology, Paris, France, 1978.

Klein, M.C., Poulakos, J.J., Saha, A. and Jacoby, J.H.: Streptozotocin-Induced Impairment of Brain Uptake and Hypotensive Action of Adomet in the Spontaneously Hypertensive Rat.  Abstract No. 1351, Society for the Neurosciences, St. Louis, Missouri, 1978.

McKenzie, R.G., Luboshitsky, R.R., Goldman, J, Trulson, M and Jacoby, J.H.: Plasma Amino Acid Levels Brain Tryptophan Uptake and Brain 5HT Synthesis, Diabetic Rats.  Abstract No. 299.15, Society for Neurosciences, Los Angeles, California, 1981.

Jacoby, J.H., Slawsky, R.C., Marin, R. And Siassi, I.: Geriatrics: A Meaningful Residency Experience.  World Psychiatric Association/APA Meeting, New York, New York, 1981.

Jacoby, J.H., Slawsky, R.C., Marin, R., and Siassi, I.: Teaching Geriatric Psychiatry.  Abstract No. 511, World Psychiatric Association, Vienna, Austria, 1982.

Stachowiak, M, Jacoby, J.H., Stricker, E.M. and Zigmond, M.J.: Compensatory Changes in Brain Serotonin Neurons After partial Destruction with 5, 7-Dihydroxytryptamine.  Abstract No. 1306, Society for Neurosciences, Annual Meeting, 1983.

CURRICULUM VITAE
JACOB HERMAN JACOBY, M.D.,PH.D.
PAGE 21

Jacoby, J.H. and Broderick, P.A.: Decreased Release of Striatal Serotonin in the Diabetic Rat as Measured by in Vivo Voltammetry.  Abstract No. 1114, 1985 Meeting, The Endocrine Society, Baltimore, Maryland, June, 1985.

Broderick, P.A. and Jacoby, J.H.: Changes in Monoamine Release in the Diabetic Rat.  Society for Biological Psychiatry, Dallas, Texas, May, 1985.

Jacoby, J.H. and Broderick, P.A.: Evidence for Diabetogenic Alterations in CNS Neurotransmitter Release: Diabetes Research and Training Center, The Albert Einstein College of Medicine, Bronx, New York, 1987.

Broderick, P.S. and Jacoby, J.H.: Neurotransmitter Effects Induced by Hyperglycemia: Relationship to Diabetes, 29th Annual Meeting of the American College of Neuropsychopharmacology, December, 1990, San Juan, Puerto Rico.

Jacoby, J.H. Trinatas Hospital "Update on Treatment of Anxiety and Depression"  March 2007


**REVIEWS:**

Jacoby, J.H. and Thomas, R.F.: Neuroendocrine Consequences of Chemical Indolectomy.  Conference on Serotonin Neurotoxins, Ann. N.Y. Acad. Sci., 305: 198, 1978.

Jacoby, J.H. and Bryce, G.F.: Monoaminergic Modulation of Pancreatic Endocrine Secretion, Gen. Pharmacal. 9 411-419, 1978.

Jacoby, J.H. : Neurobiology of Addiction, George F. Koob and Michel Le Moal.  Academic Press; 2006: Journal of Addictive Diseases pg. 88-89.