UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> ) <br> ) | <br><br><br> MDL Docket No. 1629 <br> Master file No. 04-10981 <br> Judge Patti B. Saris <br><br><br> Mag. Judge Leo T. Sorokin |

**NOTICE OF CHANGE OF LAW FIRM ADDRESS**

PLEASE TAKE NOTICE that effective immediately the address for Greene & Hoffman, P.C. has changed to the following:

**Greene & Hoffman, P.C.
33 Broad Street, 5th Floor
Boston, MA 02109**

The telephone and fax numbers remain the same.

Please use the new address on all pleadings, correspondence and other documents.


By: */s/ Thomas M. Greene*
Thomas M. Greene
BBO #: 210020
Greene & Hoffman, PC
33 Broad Street, 5th Floor
Boston, MA 02109
617-261-0040

**CERTIFICATE OF SERVICE**

I, Thomas M. Greene, hereby certify that this document has been filed through the ECF system and has been served pursuant to Case Management #3 on July 7, 2008.

/s/ Thomas M. Greene