UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>PRODUCTS LIABILITY ACTIONS | Magistrate Judge Leo T. Sorokin |

**PRODUCTS LIABILITY PLAINTIFFS' MOTION TO COMPEL DISCLOSURE, BY A DATE CERTAIN, OF LYRICA (PREGABALIN) INFORMATION AND DOCUMENTS, AND DISCLOSURE CONCERNING DEFENDANTS' PRESENTATIONS TO THE FDA REGARDING THE JANUARY 31, 2008 ALERT**

Product Liability Plaintiffs hereby move pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an order compelling Defendants to produce disclosure relating to: (1) Lyrica (pregabalin) information which formed the basis of Defendants' June 22, 2006 written submission to the FDA regarding Lyrica (pregabalin) and suicidality, which was relied upon by Defendants' rebuttal expert witness, Robert D. Gibbons, Ph.D.; and (2) the in-house work and analyses of Defendants' employee, Christopher Wohlberg, M.D., Ph.D., and other information and documents relating to Defendants' presentations on June 2, 2008, and July 10, 2008, to the FDA regarding the January 31, 2008 FDA Alert.

This Motion is supported by the Memorandum in Support and attached Exhibits, submitted herewith.

Dated: July 10, 2008                                      Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
      Andrew G. Finkelstein, Esquire
      Finkelstein & Partners, LLP
      436 Robinson Avenue
      Newburgh, NY  12550

By:   **/s/ Jack W. London**
      Jack W. London, Esquire
      Law Offices of Jack W. London
       & Associates
      106 E. 6th Street, Suite 700
      Austin, TX  78701

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated: July 10, 2008

      **/s/ Kenneth B. Fromson**
      Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 10, 2008.

Dated: July 10, 2008

      **/s/ Andrew G. Finkelstein**
      Andrew G. Finkelstein