# EXHIBIT C

**Shook,
Hardy &
Bacon** L.L.P.

www.shb.com

June 4, 2008

Lori C. McGroder

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2290 DD
816.421.5547 Fax
lmcgroder@shb.com

<u>*VIA FACSIMILE (845) 562-3492*</u>

Mr. Kenneth B. Fromson
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550-3341

Dear Ken:

In response to your email of today requesting materials relating to Pfizer's presentation to the FDA on Monday, without waiving any of our objections under the Federal Rules of Civil Procedure, please find the attached materials, which include those presented by Pfizer at Monday's meeting.

Sincerely,

Lori C. McGroder
Partner

LMG:lkw

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2982064v1