# EXHIBIT D

02 June 2008

# AEDs and potentially suicide related adverse events
*Pfizer's Perspective*



Christopher J. Wohlberg, M.D., Ph.D.
Executive Director / Global Medical TA Head, Pain
Pfizer, Inc.





# Key points

- Pharmacovigilence is an ongoing process
  - To date, Pfizer has seen no signal of increased risk of suicide or related behaviors with either gabapentin or pregabalin
- Compounds identified by the FDA on 31 January 2008 have a wide variety of mechanisms of action
  - No common pharmacological class
  - Different patterns of usage and approved indications
- Sufficient data exists to separately assess risk of $\alpha_2\delta$-ligands separately
- Alternative statistical methodologies exist to assess rare events
  - Methods that exclude majority inflate point estimate of risk
  - Exposure should also be considered, not just event counts
  - Rarity of events leads to instability of point estimates
- Overly broad warnings may have unintended and potentially negative consequences
- Prospective assessment of suicide and related behaviors must use validated methods
  - Predictive validity in multiple populations
  - Need to reduce ascertainment bias

2



## Do these drugs really belong to a single class?
*Differences in mechanisms and clinical uses*

| Compound | Mechanism of Action | Total Rx (1000s) | % Epilepsy | % Non-epilepsy |
|---|---|---|---|---|
| Pregabalin | $\alpha_2\delta$ ligand | 10,503 | 1.8 | 98.2 |
| Gabapentin | $\alpha_2\delta$ ligand | 12,784 | 7.2 | 92.8 |
| Topiramate | $Na^+$ channel blocker; enhance GABA-A; inhibit AMPA/kainate | 7,053 | 25.8 | 74.2 |
| Valproate | $Na^+$ channel blocker; T $Ca^{2+}$ channel blocker; GABA-T inhibitor | 7,428 | 28.6 | 71.4 |
| Lamotrigine | $Na^+$ channel blocker; N/P $Ca^{2+}$ channel blocker | 8,971 | 32.7 | 67.3 |
| Oxcarbazapine | $Na^+$ channel blocker | 3,929 | 50.8 | 49.2 |
| Carbamazepine | $Na^+$ channel blocker | 24,553 | 52.7 | 47.3 |
| Tiagabine | GAT-1 blocker | 147 | 60.7 | 39.3 |
| Zonisamide | $Na^+$ channel blocker; T $Ca^{2+}$ channel blocker | 4,123 | 78.6 | 21.4 |
| Levitiracetam | SVA-2 ligand | 2,645 | 85.7 | 14.3 |
| Felbamate | $Na^+$ channel blocker; enhance GABA-A; inhibit NMDA receptors | 29 | 97.0 | 3.0 |

3



## Do these drugs really belong to a single class?
*Suicide-related events data*

| Compound | Mechanism of Action | Drug | Placebo | %N in FDA | %Events in FDA |
|---|---|---|---|---|---|
| Pregabalin | $\alpha_2\delta$ ligand | 7/7201 | 2/3125 | 23.5% | 6.3% |
| Gabapentin | $\alpha_2\delta$ ligand | 2/2903 | 1/2029 | 11.2% | 2.1% |
| Topiramate | $Na^+$ channel blocker; enhance GABA-A; inhibit AMPA/kainate | 40/7742 | 8/3971 | 26.7% | 33.8% |
| Valproate | $Na^+$ channel blocker; T $Ca^{2+}$ channel blocker; GABA-T inhibitor | 11/1327 | 9/992 | 5.3% | 14.1% |
| Lamotrigine | $Na^+$ channel blocker; N/P $Ca^{2+}$ channel blocker | 27/2865 | 11/2070 | 11.2% | 26.8% |
| Oxcarbazapine | $Na^+$ channel blocker | 2/1342 | 1/827 | 4.9% | 2.1% |
| Carbamazepine | $Na^+$ channel blocker | 2/252 | 3/250 | 1.1% | 3.5% |
| Tiagabine | GAT-1 blocker | 2/835 | 0/608 | 3.3% | 1.4% |
| Zonisamide | $Na^+$ channel blocker; T $Ca^{2+}$ channel blocker | 3/672 | 1/438 | 2.5% | 2.8% |
| Levitiracetam | SVA-2 ligand | 8/2554 | 2/1549 | 9.3% | 7.0% |
| Felbamate | $Na^+$ channel blocker; enhance GABA-A; inhibit NMDA receptors | 0/170 | 0/170 | 0.8% | 0.0% |

4



## Pharmacovigilence is an ongoing process
*Raw Event Counts: 2006 and 2008*

| *2006* | Subjects Active/PBO | Completed Suicide | Suicide Attempt | Preparatory Acts | Suicidal Ideation | Total |
|---|---|---|---|---|---|---|
| **Gabapentin / Placebo** | 5194 / 2682 | 0 / 0 | 0 / 0 | 0 / 0 | 2 / 1 | 2 / 1 |
| **Pregabalin / Placebo** | 7609 / 3279 | 1 / 0 | 3 / 0 | 0 / 0 | 3 / 2 | 7 / 2 |
| **$\alpha_2\delta$ / Placebo Total** | 12803 / 5961 | 1 / 0 | 3 / 0 | 0 / 0 | 5 / 3 | 9 / 3 |
| *2008* | | | | | | |
| **Gabapentin / Placebo** | 5194 / 2682 | 0 / 0 | 0 / 0 | 0 / 0 | 2 / 1 | 2 / 1 |
| **Pregabalin / Placebo** | 9215 / 4099 | 1 / 1 | 3 / 0 | 0 / 0 | 3 / 2 | 7 / 3 |
| **$\alpha_2\delta$ / Placebo Total** | 14409 / 6781 | 1 / 1 | 3 / 0 | 0 / 0 | 5 / 3 | 9 / 4 |

*Note: Exposure to α2δ ligands was approximately twice that of placebo. 2008 data provides approximately 40% more exposure to drug.*

5



# Traditional assessment of risk by indication
*-estimate of relative risk varies with indication*
*-but no statistically significant differences from placebo*

|  | Group | Event 1,2,3,5 n/N (%) | 95% Confidence Interval | Completed Suicide | Suicide Attempt | Preparatory Acts | Suicidal Ideation |
|---|---|---|---|---|---|---|---|
| **NeP Studies** | $\alpha 2\delta$ | 0/4401 |  | 0 | 0 | 0 | 0 |
|  | PBO | 2/2371 (0.0008) |  | 1 | 0 | 0 | 1 |
| Risk difference ($\alpha 2\delta$-PBO) |  | **-0.0008** | **-0.0045, 0.0009** |  |  |  |  |
| **Fibro Studies** | $\alpha 2\delta$ | 0/1517 |  | 0 | 0 | 0 | 0 |
|  | PBO | 1/505 (0.0020) |  | 0 | 0 | 0 | 1 |
| Risk difference ($\alpha 2\delta$-PBO) |  | **-0.0020** | **-0.0158, 0.0036** |  |  |  |  |
| **Epilepsy Studies** | $\alpha 2\delta$ | 4/1956 (0.0020) |  | 1 | 1 | 0 | 2 |
|  | PBO | 0/1124 |  | 0 | 0 | 0 | 0 |
| Risk difference ($\alpha 2\delta$-PBO) |  | **0.0020** | **-0.0032, 0.0080** |  |  |  |  |
| **Psych Studies*** | $\alpha 2\delta$ | 5/2468 (0.0020) |  | 0 | 2 | 0 | 3 |
|  | PBO | 1/1274 (0.0008) |  | 0 | 0 | 0 | 1 |
| Risk difference ($\alpha 2\delta$-PBO) |  | **0.0012** | **-0.0040, 0.0070** |  |  |  |  |
| **All Studies** | $\alpha 2\delta$ | 9/11853 (0.0008) |  | 1 | 3 | 0 | 5 |
|  | PBO | 4/5935 (0.0007) |  | 1 | 0 | 0 | 3 |
| Risk difference ($\alpha 2\delta$-PBO) |  | **0.0001** | **-0.0014, 0.0019** |  |  |  |  |

\* Includes GAD studies
Statistics are for summary purposes only. The risk differences and their confidence intervals do not adjust for study. Confidence intervals for risk differences are based on exact methods using StatXact 4.

6



# Point estimates of rare events are unstable
*Derived values are method-dependent*

**Table 18.** Suicidality Rates from α2δ Trials (Events 1, 2, 3, and 5) - Stratification by Trial All Placebo Controlled Trials Included [a]

| Method | Odds Ratio | 95% CI on Odds Ratio | Event Counts α2δ N=9914 | Placebo N=4989 |
|---|---|---|---|---|
| Mantel-Haenszel with '0.5' correction | 0.891 | 0.343, 2.313 | 9/1771[b] | 3/946 |
| Mantel-Haenszel | 1.681 | 0.479, 5.902 | 9/1771[b] | 3/946 |
| Logistic regression | 1.792 | 0.473, 6.798 | 9/1771[b] | 3/946 |
| Dersimonian-Laird random effects model[c] | 0.882 | 0.319, 2.444 | 9/1771[b] | 3/946 |

Events included are completed suicide (1); suicide attempt (2); preparatory acts towards imminent suicidal behavior (3); suicidal ideation (5)
[a] See list of excluded trials in Table 4 and list of trials with single dose/single day of treatment in Table 3.
[b] These methods exclude subjects in trials with no suicidality events.
[c] For Dersimonian/Laird, individual trial log odds ratios and their SEs were determined using Mantel-Haenszel with '0.5' correction.

Statistically, these odds ratios are all similar.
An isolated point estimate does not convey enough information to assess true risk.



# Rarity of events aggravates instability of point estimates

Simple Odds Ratio study simulations for unequal sample sizes that match those for the A2Ds totals N=11853 on active and N=5935 on placebo). 10000 simulated studies with equal treatment and placebo event rates:

| Placebo Rate | Minimum Odds Ratio | 25th Percentile Odds Ratio | Median Odds Ratio | 75th Percentile Odds Ratio | Maximum Odds Ratio |
|---|---|---|---|---|---|
| 0.00110 | 0.111 | 0.723 | 1.001 | 1.419 | ∞ |
| 0.00090 | 0.000 | 0.714 | 1.001 | 1.502 | ∞ |
| 0.00070 | 0.000 | 0.668 | 1.001 | 1.627 | ∞ |
| 0.00050 | 0.000 | 0.626 | 1.001 | 1.753 | ∞ |
| 0.00030 | 0.000 | 0.501 | 1.001 | 2.504 | ∞ |
| 0.00010 | 0.000 | 0.501 | 1.502 | ∞ | ∞ |
| 0.00005 | 0.000 | 0.250 | ∞ | ∞ | ∞ |

"Inf" means the odds ratio has a division by zero (no event on placebo). "NA" result from no events for either treatment.

8



## Bayesian methods allow majority of data to be used
*Bias resulting from exclusion of data can be estimated*

|  | Median Ratio of Events | 95% Credible Interval on Ratio | Event Counts (C-CASA 1,2,3,5) | |
|---|---|---|---|---|
|  |  |  | Treatment n/N | Placebo n/N |
| **All Studies** |  |  |  |  |
| Pregabalin Studies | 0.95 | 0.07, 7.56 | 7 / 511291 | 3 / 237122 |
| Pregabalin and Gabapentin Studies | 1.14 | 014, 9.99 | 7 / 681291 | 3 / 365933 |
| **Only Studies with Events** |  |  |  |  |
| Pregabalin Studies | 1.37 | 0.28, 12.8 | 9 / 103197 | 4 / 52267 |
| Pregabalin and Gabapentin Studies | 1.45 | 0.41, 8.11 | 9 / 136682 | 4 / 78063 |

Includes studies completed prior to January 1, 2008.

*Bayesian model includes both event numbers as well as exposure duration in calculation of event ratios.*

9



# Bayesian methods allow majority of data to be used
*Odds ratio estimate inflated by excluding trials with no events*

|  | Median Odds Ratio | 95% Credible Interval on Odds Ratio | Event Counts (C-CASA 1,2,3,5) | |
|---|---|---|---|---|
|  |  |  | Treatment n/N | Placebo n/N |
| **Pregabalin Studies**  All studies | 1.07 | 0.13, 10.83 | 7 / 9215 | 3 / 4099 |
| Only studies w/ events | 1.52 | 0.24, 15.09 | 7 / 1643 | 3 / 761 |
| **Pregabalin and Gabapentin Studies**  All studies | 1.14 | 0.18, 8.42 | 9 / 11853 | 4 / 5935 |
| Only studies w/ events | 1.57 | 0.34, 10.26 | 9 / 2044 | 4 / 1044 |

Includes studies completed prior to January 1, 2008.

10



# Broad warnings can have unintended consequences
*Pediatric MDD example*



- pediatric diagnoses of MDD increased from 3 to 5 / 1000 (Libby et al, 2007)
- inverse relationship between SSRI utilization and suicide in children 5-14 years of age (Gibbons et al, 2006)

- inverse relationship between SSRI utilization and suicide in children 5-14 years of age (Gibbons et al, 2006)

**Boxed Warning 2004**

- 58% decline in the expected rate of SSRI prescriptions (Libby et al, 2007)
- shift in treatment away from primary care to specialists (Nemeroff et al, 2007)

- rate of completed suicide increased 14% in the US and 49% in the Netherlands (Gibbons et al, 2007)
- In Canada, the rate of completed suicide increased 25% while, at the same time, the rate of antidepressant prescribing and psychiatric healthcare utilization declined (Katz et al, 2008)

Timeline: 2000 – 2008



# Prospective Assessment of Suicide

- *Assessment characteristics*
    - Should be simple
    - Should be valid in hands of non-psychiatrist
    - Should have published psychometric properties
        - Defined construct and face validity
        - Validation should extend beyond psychiatric patient population
- *Challenges*
    - There may be a poor correlation between ideation and attempt/completion (Voracek, 2007), particularly in males (Weissman et al, 1999)
    - Poor predictive validity of high risk patients was reported by Pokorny et al (1983)
    - Increased background rate of suicide and related behaviors may introduce ascertainment bias (Gibbons et al)
    - May significantly impact ability to conduct trials
- *Thus, if done, screening should answer more questions than it raises*



# Summary

- Pharmacovigilence is an ongoing process
  - To date, Pfizer has seen no signal of increased risk of suicide or related behaviors with either gabapentin or pregabalin
- Compounds identified by the FDA on 31 January 2008 have a wide variety of mechanisms of action
  - No common pharmacological class
  - Different patterns of usage and approved indications
- Sufficient data exists to separately assess risk of $\alpha_2\delta$-ligands separately
- Alternative statistical methodologies exist to assess rare events
  - Methods that exclude majority inflate point estimate of risk
  - Exposure should also be considered, not just event counts
  - Rarity of events leads to instability of point estimates
- Overly broad warnings may have unintended and potentially negative consequences
- Prospective assessment of suicide and related behaviors must use validated methods
  - Predictive validity in multiple populations
  - Need to reduce ascertainment bias