EXHIBIT G

Michigan Laboratories
Pfizer Inc
2800 Plymouth Road
Ann Arbor, MI 48105

 **Global Research & Development**

22 June 2006

Russell G. Katz, MD
Division Director
Division of Neurology
 Products
Center for Drug Evaluation and Research
Food and Drug Administration
5901-B Ammendale Road
Beltsville, Maryland 20705-1266

THIS DOCUMENT CONTAINS CONFIDENTIAL AND/OR TRADE SECRET INFORMATION THAT IS DISCLOSED ONLY IN CONNECTION WITH THE LICENSING AND/OR REGISTRATION OF PRODUCTS FOR PFIZER INC OR ITS AFFILIATED COMPANIES. THIS DOCUMENT SHOULD NOT BE DISCLOSED OR USED, IN WHOLE OR IN PART, FOR ANY OTHER PURPOSE WITHOUT THE PRIOR WRITTEN CONSENT OF PFIZER INC.

Dear Dr. Katz:

RE: NDA 21-446 – LYRICA® (pregabalin) Capsules C-V
Request for Information – Response to FDA Suicidality Request

ELECTRONIC SUBMISSION
Reference No. 0123

Reference is made to our New Drug Application for Lyrica® (pregabalin) Capsules C-V, NDAs 21-446 and 21-724 submitted on 30 October 2003. Additional reference is made to the 10 June 2005 approval of NDA 21-724 for adjunctive therapy for adults with partial onset seizures. Additional reference is made to the Division of Neurology's requests for "Possibly Suicide-Related" adverse event data requested on 16 March 2005, 11 July 2005, and 3 May 2006. Further reference is made to the agreed upon study list response received from the Division on 28 December 2005.

With this response, Pfizer is submitting the data requested in 16 March 2005 letter from the Division and updated to be consistent with the changes and clarifications from the 11 July 2005 letter. A search was conducted of the Pfizer clinical trial registry of pregabalin for studies that met FDA's delineated criteria: unblinded; placebo-controlled; parallel arm and/or crossover design; at least 30 subjects; patient and volunteer studies; with no duration limit. On 25 October 2005, Pfizer submitted a list of the pregabalin studies that met FDA's criteria and a second list of the remaining pregabalin studies not included in the first list with an explanation of the criteria that caused their removal. FDA agreed upon the study list on 28 December 2005 for use in this data review/analysis. The approved study list consisted of 44 clinical trials. These trials included a total of 11,946 subjects (7609 treated with pregabalin, 3279 treated with placebo, and 1007 treated with another active control and 51 treated with low dose placebo).

Russell Katz, MD
NDA 21-446
22 June 2006
Page 2 of 3

On 03 May 2006, Pfizer received an additional request from the Agency to include classification data on all suicidality events that occurred in patients with more than one event and not to summarize only the most serious event as previously noted. The dataset containing all suicidality events will be submitted with in 45 days of this submission.

**Methodology**

Using the search strategies stipulated by FDA for "Possibly Suicide-Related" adverse events that occurred during the double-blind phase of treatment or within one day of beginning of taper, switching or stopping treatment, 706 possible cases out of 11,946 patients were identified. A complete set of narrative summaries were prepared for each identified case. The narrative summaries were all subsequently blinded with information blocked out as requested by the Agency prior to any review. Appropriately trained and qualified Pfizer psychiatrists then reviewed and classified the blinded narratives using the approach from the Columbia group for the pediatric suicidality narratives. The results of the blinded reviews and classifications are summarized in the following table:

| Category | Pregabalin (N=7609) n (%) | Placebo (N=3279) n (%) | Active Control (N=1007) n (%) | Low-Dose Placebo (N=51) n (%) |
|---|---|---|---|---|
| Completed suicide (code 1) | 1 (0.013) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Suicide attempt (code 2) | 3 (0.039) | 0 (0.000) | 1 (0.099) | 0 (0.000) |
| Preparatory acts towards imminent suicidal behavior (code 3) | 0 (0.000) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Self-injurious behavior, intent unknown (code 4) | 0 (0.000) | 1 (0.030) | 0 (0.000) | 0 (0.000) |
| Suicidal ideation (code 5) | 3 (0.039) | 2 (0.061) | 1 (0.099) | 0 (0.000) |
| Not enough information (code 6) | 15 (0.197) | 4 (0.122) | 0 (0.000) | 0 (0.000) |
| Fatal (code 6a) | 0 (0.000) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Non-fatal (code 6b) | 15 (0.197) | 4 (0.122) | 0 (0.000) | 0 (0.000) |

Pfizer believes that the currently submitted data support the conclusion that Lyrica neither causes nor is associated with an increased risk of suicidal behavior and thinking, including completed suicide, suicide attempt, suicide gesture, and suicide ideation. While the population of patients who use pregabalin is known to have significantly higher rates of suicide relative to the general population, Pfizer believes that an analysis of pregabalin clinical trial data fully supports the conclusion that there is no increased risk of suicidal behavior and thinking as a result of treatment with pregabalin.

Russell Katz, MD
NDA 21-446
22 June 2006
Page 3 of 3

**Contents of Submission**

As requested, we are herein forwarding the following **Table 1: Basic Study Design** (\clinstat\table1.pdf), **Table 2: Screening and Key Exclusionary Criteria** (\clinstat\table2.pdf) and a **False Positive Table Listing** (\clinstat\fp_suicide.pdf). The required dataset was generated and the SAS transport file is also provided (\crt\dataset\suic_ds.xpt).

Enclosed please find a virus free CD ROM approximately 2.45 MB in size. In addition, a hard copy of the table of contents outlining the specific information included with this submission is being provided. The CD-ROM has been scanned with McAfee Data Pack Version 4.2.60 with Virus Definition Pack Version 4.0.4312 and is virus free.

We ask that you please include this in our file for NDA 21-446.

If you have any questions regarding this submission, please do not hesitate to contact me at (734) 622-1719 or in my absence Mr. Jonathon Parker at (734) 622-5377.

Sincerely,

*Molly Powers*

Molly Powers
Manager
Regulatory Strategy
Worldwide Regulatory Affairs
Pfizer, Inc.

Enclosure (1 CD-ROM)
MP/mf