# EXHIBIT H

**FOOD AND DRUG ADMINISTRATION**
Center for Drug Evaluation and Research (CDER)
*Joint Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee(PCNS) and the Psychopharmacologic Drugs Advisory Committee (PDAC)*
**AGENDA**
**July 10, 2008**

---

*The committee will discuss the results of FDA's meta-analysis and issues related to antiepileptic drugs and suicidality.*

---

| Time | Topic | Speaker |
|---|---|---|
| 8:00 a.m. | Call to Order<br>Introduction of Committee | **Larry Goldstein, M.D.**<br>Chair, PCNS |
| | Conflict of Interest Statement | **Yvette Waples, PharmD**<br>Designated Federal Official |
| 8:15 a.m. | Opening Remarks | **Russell Katz, M.D., Director**<br>Division of Neurology Products, CDER, FDA |
| 8:30 a.m. | Antiepileptic Drugs and Suicidality: Background | **Evelyn Mentari, M.D., M.S., Clinical Safety Reviewer**<br>Division of Neurology Products, CDER, FDA |
| | Antiepileptic Drugs and Suicidality: Statistical Evaluation | **Mark Levenson, Ph.D., Statistical Safety Reviewer**<br>Quantitative Safety & Pharmacoepidemiology Group, Division of Biometrics 6, CDER, FDA |
| | Antiepileptic Drugs and Suicidality: Discussion | **Evelyn Mentari, M.D., M.S., Clinical Safety Reviewer**<br>Division of Neurology Products, CDER, FDA |
| 9:30 a.m. | Questions from the Committee | |
| 10:00 a.m. | *Break* | |
| 10:15 a.m. | Neurontin/Lyrica: Potentially Suicide Related Adverse Events | **Christopher Wohlberg, M.D., Ph.D.**<br>Global Medical Team Leader, Lyrica<br>Global Medical Therapeutic Area Lead, Pain<br>Pfizer, Inc. |
| 10:35 a.m. | Lamictal® (lamotrigine): Analysis of Suicidality Data | **Jack Modell, M.D.**<br>Vice President Clinical Development for Neurosciences<br>GlaxoSmithKline |
| 10:50 a.m. | Preliminary Statistical Comments on Pfizer Gabapentin and Pregabalin Analysis | **Mark Levenson, Ph.D., Statistical Safety Reviewer**<br>Quantitative Safety & Pharmacoepidemiology Group, Division of Biometrics 6, CDER, FDA |
| 11:05 a.m. | Questions from the Committee | |
| 11:45 a.m. | *Lunch* | |
| 1:00 p.m. | Open Public Hearing | |
| 3:00 p.m. | *Break* | |
| 3:15 p.m. | Discussion and questions to the Committee | |
| 5:00 p.m. | **Adjourn** | |

DRAFT