# Exhibit A

# (Opening Argument)

# Daubert / Frye Motions
June 19-20, 2008
Boston, Massachusetts

## *Daubert* Reliability Factors:

- Tested
- Rate of Error
- General Acceptance
- Peer Review and Publication

## Additional Reliability Factors:

- Opinion Developed for Litigation
- Unjustifiable Extrapolation
- Obvious Alternative Explanations

## *Frye Standard*: General Acceptance

- "[I]t is plaintiff's burden to show that his or her expert's theory is generally accepted in the relevant community." *Marso v. Novak*, 42 A.D.3d 377, 378 (1st Dep't 2007).

- *Frye* asks whether "accepted techniques, when properly performed, generate results accepted as reliable within the scientific community generally." *Parker v. Mobil Oil Corp.*, 7 N.Y.3d 434, 446 (2006).

# FDA: Controlled Trial Data Are Required

"[T]he agency does not believe that spontaneous post-marketing reports can be interpreted appropriately in this situation. Patients taking these drugs have a high background rate of suicidal thoughts/behaviors, and it is not possible to tell from AERS reports, whether the drugs caused them. In the agency's view, the only way to establish whether or not the drugs are responsible for suicidality is to analyze controlled trial data."

Source: Letter from FDA to Dr. Ruggieri at 1-2 (April 1, 2008); Ruggieri Aff., Ex. A.

# Neurontin Placebo-Controlled Clinical Trial Data

| Category | Gabapentin (N=5194) N (%) | Placebo (N=2682) N (%) |
|---|---|---|
| Completed Suicide (code 1) | 0 (0.000) | 0 (0.000) |
| Suicide Attempt (code 2) | 0 (0.000) | 0 (0.000) |
| Preparatory acts toward imminent suicidal behavior (code 3) | 0 (0.000) | 0 (0.000) |
| Suicidal ideation (code 5) | 2 (0.039%) | 1 (0.037%) |
| Total | 0.039% | 0.037% |

Source: Pfizer Submission to FDA at 4 (June 22, 2006), Coronel Decl., Ex. 5.



Neurontin Placebo-Controlled Clinical Trial Data

Source: Pfizer Submission to FDA at 4 (June 22, 2006), Coronel Decl., Ex. 5; FDA Alert at 1, Sayler Decl., Ex. 1.

# FDA Alert

> "The FDA has analyzed reports of suicidality (suicidal behavior or ideation) from placebo-controlled clinical studies of eleven drugs used to treat epilepsy as well as psychiatric disorders, and other conditions... In the FDA's analysis, patients receiving antiepileptic drugs had approximately twice the risk of suicidal behavior or ideation (0.43%) compared to patients receiving placebo (0.22%)."

**U.S. Food and Drug Administration**
CENTER FOR DRUG EVALUATION AND RESEARCH

Information for Healthcare Professionals
Suicidality and Antiepileptic Drugs

FDA ALERT [1/31/2008]: The FDA has analyzed reports of suicidality (suicidal behavior or ideation) from placebo-controlled clinical studies of eleven drugs used to treat epilepsy as well as psychiatric disorders, and other conditions. These drugs are commonly referred to as antiepileptic drugs (see the list below). In the FDA's analysis, patients receiving antiepileptic drugs had approximately twice the risk of suicidal behavior or ideation (0.43%) compared to patients receiving placebo (0.22%). The increased risk of suicidal behavior and suicidal ideation was observed as early as one week after starting the antiepileptic drug and continued through 24 weeks. The results were generally consistent among the eleven drugs. Patients who were treated for epilepsy, psychiatric disorders, and other conditions were all at increased risk for suicidality when compared to placebo, and there did not appear to be a specific demographic subgroup of patients to which the increased risk could be attributed. The relative risk for suicidality was higher in the patients with epilepsy compared to patients who were given one of the drugs in the class for psychiatric or other conditions.

All patients who are currently taking or starting on any antiepileptic drug should be closely monitored for notable changes in behavior that could indicate the emergence or worsening of suicidal thoughts or behavior or depression.

*This information reflects FDA's current analysis of available data concerning these drugs. Posting this information does not mean that FDA has concluded there is a causal relationship between the drug products and the emerging safety issue. Nor does it mean that FDA is advising health care professionals to discontinue prescribing these products. FDA intends to update this document when additional information or analyses become available.*

Adverse reactions or quality problems experienced with the use of this product may be reported to the FDA's MedWatch Adverse Event Reporting program; see addresses below.

Considerations for Physicians and Other Health Care Professionals

Data from 199 placebo-controlled clinical studies covering eleven different antiepileptic drugs were reviewed and analyzed for reports of suicidal behavior (completed suicides, suicide attempts and preparatory acts) and suicidal ideation. The studies examined the effectiveness of

Source: FDA Alert, Suicidality and Antiepileptic Drugs at 1 (Jan. 31, 2008), Sayler Decl., Ex. 1.



AED Pooled Data

Source: Pfizer Submission to FDA at 4 (June 22, 2006), Coronel Decl., Ex. 5; FDA Alert at 1, Sayler Decl., Ex 1.

# FDA Review: Takeaway Points

1. Critical difference between Neurontin data and AED pooled data: Neurontin data do not demonstrate a statistically significant increased risk; FDA reviews state the AED pooled data do demonstrate a statistically significant increased risk of suicidal behavior or thinking.

2. Pooling the Neurontin data with data from different AEDs does not change the Neurontin data.

3. No causality finding by FDA.

4. FDA Alert did not indicate which drug or drugs' data were responsible for the increased risk, but it was not Neurontin. FDA Statistical Review clarifies that the increased risk in the pooled data is attributable to data from two drugs—Lamotrigine and Topiramate.



FDA Statistical Review: Cases of Suicidal Behavior or Thinking

Source: FDA, Statistical Review and Evaluation: Antiepileptic Drugs & Suicidality, figure 2, p. 24 (published June 11, 2008).