Exhibit B

(Trimble Cross-Examination)

# DECLARATION OF PROFESSOR MICHAEL TRIMBLE, M.D. IN RELATION TO NEURONTIN CAUSING NEGATIVE MOOD AND BEHAVIOURAL ALTERATIONS, INCLUDING SUICIDAL BEHAVIOR, IN TREATED PATIENTS

*[signature]*

PROFESSOR MICHAEL TRIMBLE MD, FRCP FRCPsych
PROFESSOR OF BEHAVIOURAL NEUROLOGY
INSTITUTE OF NEUROLOGY
LONDON

The scientific literature and the internal corporate documents made available to me show that gabapentin has an effect on GABA, increasing GABA in the brain in some species, including humans. Gabapentin also decreases the release of two key neurotransmitters involved in the regulation of mood, namely serotonin and norepinephrine (NA). The decrease in the functional activity of serotonin and norepinephrine caused by decreased release results clinically in depression, anxiety, panic, irritable mood, dysphoria, anger, agitation, hostility, impulsivity. It is also known in the scientific community that suicidality is associated with decreased serotonin production. When gabapentin is prescribed to an individual who has a prior history of mood disorders or has a current mood disorder, the GABAergic effect and/or the results of its action at the alpha-2-delta protein precipitates suicidal behavior by leading to anxiety, panic, irritable mood, emotional lability, dysphoria, anger, agitation, hostility, and impulsivity.

MICHAEL J. TRIMBLE, M.D.    129

```
 8    Q.   Are you aware of any medical or
 9  scientific textbook, treatise, published journal
10  article that sets out a method for assessing a causal
11  relationship between exposure to a medication and an
12  adverse outcome that you specifically followed in
13  this case?
14    A.   With regards to causation, I followed a
15  chapter on causation which I wrote in a book which is
16  published in 2004 which, in fact, was specifically
17  intended to help the legal profession understand more
18  about causation in relationship to medical events.
19    Q.   Do you recall the title of the book that
20  was published?
21    A.   The book, yes. "Somatoform Disorders."
22  S-o-m-a-t-o-f-o-r-m. "Somatoform Disorders." The
23  subtitle was a Medical Legal Guide and it was
24  published by Cambridge University Press in 2004.
25    Q.   Were you the sole author or did you have
```

VERITEXT CORPORATE SERVICES (800) 567-8658



Somatoform Disorders: A Medicolegal Guide

# 9

# Causation and the question of consciousness

> It is incident to physicians, beyond all other men, to mistake subsequence for consequence.
>
> [Samuel Johnson, 1734]

> The desire to take medicine is one of the greatest differences between man and animals.
>
> [Orson Welles]

## Causation

The last chapter was concerned with the mechanisms, the aetiology and pathogenesis of conversion disorders and somatisation. It is clear that aetiology and pathogenesis are not the same, that pathogenesis (a process) is subject to pathoplastic influences, and that, at the end of the day, the cause (aetiology) of these disorders is inevitably multifactorial. In psychiatric practice generally, causation is an elusive spectre, which looms large in medicolegal circles, but like that of the Brocken, remains a shadowy projection in the mist.

As this chapter will demonstrate, there are considerable differences between the legal and medical concepts of causation, and neither of them copes well with the two millennia of philosophical writings on the subject. As Jakowicz et al. (1971) comment:

To a certain point the common law does touch on metaphysics. But no test of remoteness of causation put forward by Anglo-American courts would satisfy any metaphysician. On the other hand, no test suggested by metaphysicians would be of any practical use to lawyers.

In other words, a trial for damages is a practical, not a theoretical inquiry. Causation is to be understood as the person in the street and not as either the scientist or the metaphysician would understand it. This is all very well, but the person in the street, bound down and educated only to subscribe to folk psychology, believes in all kinds of things that are manifestly incorrect, if not positively misleading. This is no better illustrated than by the person in the street's conception of causality. Some of these fallacies with regards to illness have already been noted in earlier chapters. However,

220