T03-006

222    Causation and the question of consciousness

It was Immanuel Kant (1724–1804) who literally turned philosophy around, a revolution in thinking about thinking, as profound as the later revolutions of Darwin or Freud. Aroused from his dogmatic slumbers by Hume's treatise and scepticism, he argued that all knowledge had an a priori component, independent of experience (in contrast to a posteriori knowledge, which is acquired from experience). Our cognitive apparatus, our brains, constitute, construct and contribute to the formal aspects of our knowable world; we do not simply passively receive sensory information. Our claims about reality are only valid as claims about reality as experienced by an individual; we deal with phenomena (things as they appear) as opposed to noumena (things in themselves). Claims about the world cannot be made independently of our cognitive structures, our brains contribute causality to experience, and one cannot assume that causality exists as an independent feature of the world outside our experiences. His category of causation is thus independent of experience, causality is built into our cognitive framework, things conform to the mind – the mind became seen as creative.

A consequence of Kant's revolution was that science could never produce knowledge that was certain, reaffirmed by the much later twentieth century philosophy of Karl Popper, since every observed fact presupposes representations and interpretations. As Nietzsche (1901/1990) opined: 'Against positivism, which halts at phenomena – "there are only facts" – I would say: No, facts are precisely what there are not, only interpretations' (p. 481). Nietzsche realised the fallibility of all knowledge, and his near-contemporary Freud emphasised the significance of symbolic representation in our synthesis of reality. Interpretation is overdetermined, there are no single sovereign constructions of the mind, only sensations and theory-soaked solipsistic souvenirs for our contemplation.

A different line of argument about causation was taken by J. S. Mill (1886). A lot of philosophical and legal discussion of cause is based on an assumption that causes are individual events, and causal relationships exist between events (Davidson, 1993). For Mill, cause is 'the sum total of the conditions positive and negative taken together ... which being realised, the consequent invariably follows' (s. 3). In other words, any cause must include all antecedent conditions. Mill's doctrine of the plurality of causes requires a set of conditions, insisting on complexity and plurality. This leads on to the important distinction between necessary and sufficient conditions. A is the cause of B only if A is sufficient for B (other things being equal), as opposed to A is the cause of B only if A is necessary for B (other things being equal). The third alternative is of course that A is the cause of B only if A is sufficient and necessary for B (other things being equal). Where there are two or more minimally sufficient conditions, which is so often the case with historical events, which is one way to view a methodological inquiry of the outcome of accidents.



49

MICHAEL R. TRIMBLE, M.D.

1    peer review papers that there is a link between GABA

2    and serotonin in the brain.

4        So going back to experiments carried out

5    in the 1980s, experimenters were able to, for

6    example, place GABA in neuron collections, the nuclei show

4        So going back to experiments carried out

5    in the 1980s, experimenters were able to, for

6    example, place GABA in neuron collections, the nuclei

7    in the brain where the serotonin comes from, and show

8    a direct effect that GABA had upon the release of

9    serotonin; and the release of serotonin was inhibited

10   by such methods in areas of the brain quite distant

11   from the small group of nuclei referred to as the

12   raphe nuclei, that's r-a-p-h-e nuclei which I had

13   referred to before as the collection of neurons, a

14   center from which the main serotonin pathway emerges.

22   alter serotonin within the central nervous system.

23   It will decrease the activity of serotonergic

24   neurons.

25       So the question then arises what is the



15      There are, also, other neuroanatomical

16   links that I could add here.  For example, the links

17   which show that pathways going into the raphe nuclei,

18   anatomical pathways when stimulated, the GABA

19   pathways when stimulated, lead to a decrease of

20   serotonin output.



25  Q.  Certainly.  Are there any studies of

2  which you're aware in which anyone has measured GABA

3  level changes with gabapentin exposure in the raphe

4  specifically?

5  A.  Gabapentin directly on the raphe, not to

6  my knowledge.

Thus, in drug free volunteers without epilepsy given gabapentin, increased measurements of brain GABA are seen within three hours, and the increased levels are shown to be maintained at four weeks (Kiuzniecky, et. al., 2002). Petroff, et. al., (2000), studied the effects of gabapentin on brain GABA, homocarnosine, and pyrrolidinone levels in epilepsy patients. They measured these chemicals *in vivo* in six subjects using a 2.1-Tesla magnetic resonance spectrometer examining a 13.5-cc volume of the occipital cortex. These data were replicated using a 4.1 Tesla machine by Kuzniecky, et. al., (2002) on volunteers. In the first study it was shown that cerebral GABA concentrations in those

GABA could be a useful marker of human sleep potential.

Thus, in drug free volunteers without epilepsy given gabapentin, increased measurements of brain GABA are seen within three hours, and the increased levels are shown to be maintained at four weeks (Kiuzniecky, et. al., 2002). Petroff, et. al., (2000), studied the effects of gabapentin on brain GABA, homocarnosine, and pyrrolidinone levels in epilepsy patients. They measured these chemicals *in vivo* in six subjects using a 2.1-Tesla magnetic resonance spectrometer examining a 13.5-cc volume of the occipital cortex. These data were replicated using a 4.1 Tesla machine by Kuzniecky, et. al., (2002) on volunteers. In the first study it was shown that cerebral GABA concentrations in those on gabapentin were increased above controls matched for other medications, and that

NOTICE: THIS MATERIAL MAY BE PROTECTED
BY COPYRIGHT LAW (TITLE 17 U.S. CODE)

## Clinical Research

# Effects of Gabapentin on Brain GABA, Homocarnosine, and Pyrrolidinone in Epilepsy Patients

Ognen A. C. Petroff, *Fahmeed Hyder, *Douglas L. Rothman, and Richard H. Mattson

Departments of Neurology and *Diagnostic Radiology, Yale University, New Haven, Connecticut, U.S.A.

**Summary:** *Purpose:* Gabapentin (GBP) was introduced as an antiepileptic drug (AED) and has been used in the management of neuropathic pain. We reported that daily dosing increased brain γ-aminobutyric acid (GABA) in patients with epilepsy. This study was designed to determine how rapidly brain GABA and the GABA-associated, homocarnosine and pyrrolidinone, increase in response to the first dose of GBP.

*Methods:* In vivo measurements of GABA, homocarnosine, and pyrrolidinone were made of a 13-cc volume in the occipital cortex by using a 2.1-Tesla magnetic resonance spectrometer and an 8-cm surface coil. Six patients (five women) were studied serially after the first and standard (0.300 mg) of GBP. Free patients (three women) received a standard daily dose (range, 1,200–3,600 mg) of GBP were actually treated with a single high dose (1,200 mg).

*Results:* The first dose of GBP increased median brain

GABA by 13 mM (range, 0.4–1.8 mM) within 1 h. Homocarnosine and pyrrolidinone did not change significantly by 2 h. Daily GBP dosage increased GABA (0.5 mM; 95% CI, 0.1–0.9), homocarnosine (0.3 mM; 95% CI, 0.2–0.5), and pyrrolidinone (0.10 mM; 95% CI, 0.06–0.14). Rechallenging patients taking GBP daily increased median brain GABA by 0.4 mM (range, 0.3–1.5) within 1 h.

*Conclusions:* GBP promptly elevates brain GABA and presumably effects partial protection against further seizures within hours of the first low dose. Patients may expect, in exploring the anticonvulsant effects of increased homocarnosine and pyrrolidinone with daily therapy. **Key Words:** Gabapentin—γ-aminobutyric acid—Homocarnosine—Pyrrolidinone—Homocarnosine—Epilepsy—¹H nuclear magnetic resonance spectroscopy—Brain—Antiepileptic drugs.

Gabapentin (GBP) is a clinically useful antiepileptic drug (AED) as adjunctive and monotherapy (1–4). It is useful in the management of neuropathic pain (5). Designed to mimic γ-aminobutyric acid (GABA) structurally, the mechanisms of the antiepileptic actions of GBP remain unclear (5–8). Patients with epilepsy treated daily with GBP have higher brain GABA than patients treated with carbamazepine (CBZ), phenytoin (PHT), phenobarbital, or valproate (VPA) (9,10). Brain GABA tends to appear to be higher in patients receiving a high daily dose of GBP (1,300–3,600 mg/day) than a standard dose (1,200–2,400 mg/day). Patients who respond to GBP have above normal GABA and the best seizure control. This study addressed the question of how fast does the human brain's GABA-ergic metabolism respond to GBP. GBP is rapidly absorbed, with peak serum concentra-

tions 2–3 h after ingestion ($T_{max}$) (11–14). At 6 h, a single oral 1,200-mg dose results in a plasma level of 3.4 μg/ml (20 μM) with a cerebrospinal fluid (CSF) level of 0.48 μg/ml (3 μM) (15). Bioavailability of GBP decreases with increasing dose because absorption is limited to the proximal small intestine, and transport across the intestinal wall and blood–brain barrier is carrier mediated. Maximal serum concentrations increase with daily dose to 4,900 mg (13,14). The time to maximal concentration ($T_{max}$) and half-life ($T_{1/2}$) remain the same at 2–3 and 5–7 h, respectively. Long-term therapy with standard doses (plasma concentration, 6.75 μg/ml; 39 μM) results in a human cortex GBP concentration of 30 μM (16).

The goals of this study were to measure the acute effects of a standard dose (1,200 mg) of GBP on human brain GABA, homocarnosine, and pyrrolidinone (metabolites of GABA). We also measured the effects of a high-dose (2,400 mg) rechallenge in patients taking a standard daily dose. Portions of the data were published in abstract form (17).

Accepted January 10, 2000.
Address correspondence and reprint requests to Dr. O. A. C. Petroff at Department of Neurology, Yale University, 333 Cedar Street, New Haven, CT 06520-8018, U.S.A.

675