T04-002

### Protocol for first dose of gabapentin

Six patients served as their own control for baseline brain GABA and homocarnosine concentrations before starting GBP. After the initial measurements, a 1,200-mg oral dose of GBP was given, followed by serial measurements 0.25–1.25, 1.5–2.5, and 3.5–4.5 h later. One patient experienced an unpleasant side effect (ataxia) with the initial dose.

### Protocol for gabapentin rechallenge

Four patients were restudied after several months taking GBP daily. The patient who experienced ataxia with

ments 0.25–1.25, 1.5–2.5, and 3.5–4.5 h later. One patient experienced an unpleasant side effect (ataxia) with the initial dose.

Protocol for gabapentin rechallenge

Four patients were restudied after several months taking GBP daily. The patient who experienced ataxia with

the first dose of GBP chose not to participate in the rechallenge portion of the study. One patient's daily GBP dose was escalated to 3,600 mg rapidly to control her frequent seizures, and she was not a suitable candidate. An additional patient was recruited for the rechallenge portion of this study. The five patients rechallenged (three women) were taking a median daily dose of 1,600 mg (range, 1,200–2,000). After baseline measurements, an additional 2,400-mg oral dose of GBP was given, followed by serial measurements 0.25–1.25, 1.5–2.5, and 3.5–4.5 h later.

### Magnetic resonance spectroscopy

Studies were performed at Yale Medical School with a 2.1-T (89.43 MHz for $^{1}H$) Oxford Magnet Technologies 1-m bore magnet equipped with an Avance-Biospec spectrometer (Bruker Instruments, Billerica, MA, U.S.A.) and OMT shielded gradients and power supplies (Oxford Magnetic Technology, Oxford, U.K.). Each subject's head was positioned in an adjustable holder (designed for minimal motion and maximal comfort) such that a flat-surface spoiler and an 8.0-cm distributed capacitance $^{1}H$ transceiver radiofrequency (RF) coil lay just below the occipital cortex. Before the nuclear magnetic resonance (NMR) measurement, a gradient-echo magnetic resonance image (MRI) of the subject's brain

The advantages of using the occipital lobe include our extensive work using MR studying the occipital lobe, the normal MRI appearance of the region in the patients reported here, and the ease of assessing the functional normality clinically. We studied the effects of GBP on human GABA metabolism in epilepsy patients; this was not a study of the epileptogenic regions. Our GABA measurement is dominated by the cytosolic concentration of GABA; glutamic acid decarboxylase is a cytosolic enzyme. The critical serial measurements are made during one scan lasting ~1 h. Therefore, patients served as their own controls. Voxel location, field homogeneity, and spectrometer conditions were constant during the scan. We used fixed landmarks, met field homogeneity criteria, and recalibrated pulse power at the start of each 1-h scan with internal checks during that hour.

### Homonuclear spin-spin editing

Homonuclear editing of the 3.0 ppm C4 GABA resonance was performed by using the spin-spin (J) editing pulse sequence described previously (19,20). The localization techniques were 3D-ISIS sequence, outer volume suppression, plane-selective excitation, and a surface spoiler coil. An inversion recovery pulse and a semiselective refocusing pulse was used for water suppression. Spectral editing was used to separate the GABA C4 resonance at 3.0 ppm from overlapping resonances by a 26.5-ms DANTE pulse applied symmetrically in time about the center of the sequence to improve editing selectivity to the 1.9 ppm C3 resonance. Spectral acquisition conditions were TR, 4.1 s; TE, 68 ms; sweep width, 15,000 Hz; and acquisition time 546 ms. At 2.1 Tesla

T04-002

16

T04-003

the homologous C4-resonance of 2-pyrrolidinone resonance at 3.42 ppm partially co-edits with the C4 GABA resonance with an efficiency of 87% (20).

**Long-$T_1$ (metabolite) editing**

Homocarnosine measurements were made by using macromolecule suppressed, short echo time (TE) spectra (21). Localization and water suppression were as described. The TE time was 16 ms with [illegible] selective refocusing pulse optimum at 2.30 [illegible] post repetition time of 4.1 s, and an inversion [illegible] delay of 1.00 s. "Metabolite-nulled" spectra were acquired by a broadband inversion recovery [illegible] which suppresses all metabolites with a long $T_1$ [illegible] region of the "metabolite-nulled" (short $T_1$ macromolecule-only) spectrum from the full short-TE spectrum [illegible] gives a flat spectral baseline. Other spectral [illegible] acquisition conditions included a sweep width of 15,000 [illegible] acquisition time of 546 ms.

**Spectral processing**

In the edited spectra, GABA and pyrrolidinone were measured as previously described (19,20,22,23). In vivo time-domain data were zero filled to 32,768 points and apodized with a 3.0-Hz exponential function before Fourier transformation. The GABA and pyrrolidinone resonances in the $^1$H-NMR edited spectrum were integrated over a limited bandwidth and compared with the limited bandwidth integrated resonance of creatine obtained in the same measurement set. Homocarnosine concentrations were measured as previously described (21,23). In vivo time domain data were zero filled to 32,768 points. Before Fourier transformation, time domain spectra were filtered with a −2.0-Hz exponential function followed by a 7.5-Hz gaussian window. After Fourier transformation, a zero order phase correction was performed. After subtraction of the metabolite nulled spectrum, a zero and first order baseline correction were applied between 4.5 and −0.5 ppm and 10.0 and 5.5 ppm.

**Statistical treatment**

Student's t test (two-tailed probability distribution tables) were used to calculate 95% confidence interval (95% CI) of the group. Normal values were defined as two standard deviations around the mean of the control population. For nonparametric statistics, the median and range were used, because the range approximates the 95% CI for the median for five and six measurements (24).

## RESULTS

Serial spectra from a single patient (Fig. 1) show that edited GABA (GABA plus homocarnosine) doubled within 1 h of the first dose of GBP. The response to the first 1,200-mg dose (median, 18 mg/kg; range, 14–19 mg/kg) of GBP administered as capsules was measured

in six patients (four women). As shown in Fig. 2, brain GABA increased rapidly between 30 and 60 min after the first dose. The median rate of increase was 3.0 mM/h (range, 0.8–6.0 mM/h). Patients with low starting GABA levels increased at a faster rate than those with higher ones (correlation coefficient, 0.82; $p < 0.05$). Five hours [illegible]

[illegible] initial dose, but remained significantly higher than before starting GBP (mean increase, 0.5 mM; 95% CI, 0.2–0.9).

Five patients (three women) treated with median daily GBP dose of 1,600 mg (range, 1,200–2,000 mg in divided doses) were rechallenged with a 2,400-mg (median, 38 mg/kg; range, 25–43) oral dose. As shown in Fig. 3, GABA increased in the first hour at a median rate of 1.3 mM/h (range, 0.8–1.5). Five hours after the rechallenge dose of GBP, median GABA levels were increased (mean increase, 0.1 mM; range, 0.0–0.3). Homocarnosine and pyrrolidinone did not change appreciably (Table 1). No side effects were noted after the rechallenge dose.

FIG. 1. Serial spin-spin-edited proton magnetic resonance spectra showing the rise in brain GABA after the first dose of gabapentin (GBP). The patient was a 35-year-old woman with a history of complex partial seizures beginning as a teenager. With carbamazepine monotherapy (1,200 mg/day), she had [illegible] more seizures per week. Within 1 h of the first oral dose of GBP (1,200 mg), edited GABA increased from 1.0 to 2.2 mM in the occipital lobe.

T04-003

T04-004

[illegible]

[illegible] oral dosing, with brain tissue levels 75% of plasma concentrations with daily use (11,13–16). The speed of the effect suggests that low concentrations of GBP rapidly increase the rate of GABA synthesis or decrease the rate of catabolism by a yet to be determined mechanism. The acute effects of increased brain GABA, presumably beneficial, should be evident in all patients within hours of the first dose of GBP.

Daily therapy with GBP was associated with a decrease in brain GABA, which, nevertheless, remained 55% above the levels measured before the start of GBP.

A similar effect was seen with elevation of GABA concentrations induced by vigabatrin (VGB), a GABA-transaminase inhibitor (26). The relative decrease probably reflects a decrease in the rate of GABA synthesis [illegible], although it could reflect saturation of [illegible] across the duodenal wall and blood [illegible]. A blunted response also occurs when patients are rechallenged with double the dose of VGB, which is well absorbed (26). The increase in GABA with GBP is inversely associated with starting levels (rank correlation coefficient, 0.94; n = 11; $p < 0.003$). Patients with lower levels of GABA show the greatest increase both with the initial challenge and rechallenge.

Daily therapy with GBP increases homocarnosine and pyrrolidinone, metabolites of GABA. We are unaware of prior reports showing that GBP alters the concentration of these GABA metabolites. Homocarnosine is a dipeptide of GABA and histidine localized in subclasses of GABAergic neurons with anticonvulsant properties (29–32). Regional homocarnosine concentrations vary independent of GABA concentrations (30,33). Pyrrolidinone, the internal lactam of GABA, crosses the blood–brain [illegible] than GABA and has anticonvulsant [illegible]. High levels of homocarnosine and pyrrolidinone [illegible] measured in patients taking topiramate [illegible] and may contribute to seizure protection [illegible] (31,35).

[illegible] and pyrrolidinone levels remain the [illegible] first dose of GBP. This is not unexpected [illegible] of homocarnosine synthesis is limited by [illegible] the concentration in the subclass of [illegible] neurons that synthesize homocarnosine. The [illegible] the rate of synthesis of pyrrolidinone [illegible] are poorly understood (34). The effects [illegible], of an increase in these major GABA metabolites should not be observed after the first dose of GBP, but with daily dosing.

Changes in GABA metabolism may play an important role in human epilepsy (36). In vivo brain GABA concentrations measured by using NMRS are low in patients who had frequent seizures (37). Patients who benefited the most from GBP have higher mean GABA levels than

| | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| Before | 0.9 (0.3–1.2) | 0.4 (0.3–0.6) | 0.27 (0.21–0.34) |
| 5 h | 1.2 (1.4–1.9) | 0.4 (0.3–0.6) | 0.30 (0.25–0.35) |
| Daily dosing | 1.4 (1.3–1.5) | 0.7 (0.5–0.9) | 0.39 (0.35–0.43) |
| Response to rechallenge with 2.4-g oral dose of gabapentin | | | |
| Before | 1.1 (1.2–1.7) | 0.7 (0.5–0.8) | 0.42 (0.40–0.45) |
| 5 h | 1.6 (1.4–1.8) | 0.7 (0.5–0.8) | 0.42 (0.38–0.45) |
| Controls | 1.1 (0.9–1.3) | 0.3 (0.4–0.5) | 0.24 (0.12–0.36) |

Values expressed as mean (95% confidence interval).

T04-004

T04-003

Five patients experienced no acute side effects. One of the patients, a 61-year-old woman taking PHT (350 mg/day) and PB (90 mg/day), developed ataxia, sedation, and nystagmus within 4–6 h after the first dose of GBP (5,25). The side effects resolved overnight.

bly (Table 1). No side effects were noted after the rechallenge dose.

Statistical treatment

RESULTS

T04-00

18



T01-024

Thus, in drug free volunteers without epilepsy given gabapentin, increased measurements of brain GABA are seen within three hours, and the increased levels are shown to be maintained at four weeks (Kiuzniecky, et. al., 2002). Petroff, et. al., (2000), studied the effects of gabapentin on brain GABA, homocarnosine, and pyrrolidinone levels in epilepsy patients. They measured these chemicals *in vivo* in six subjects using a 2.1-Tesla magnetic resonance spectrometer examining a 13.5-cc volume of the occipital cortex. These data were replicated using a 4.1 Tesla machine by Kuzniecky, et. al., (2002) on volunteers. In the first study it was shown that cerebral GABA concentrations in those

GABA could be a useful marker of human epilepsy...

Thus, in drug free volunteers without epilepsy given gabapentin, increased measurements of brain GABA are seen within three hours, and the increased levels are shown to be maintained at four weeks (Kiuzniecky, et. al., 2002). Petroff, et. al., (2000), studied the effects of gabapentin on brain GABA, homocarnosine, and pyrrolidinone levels in epilepsy patients. They measured these chemicals *in vivo* in six subjects using a 2.1-Tesla magnetic resonance spectrometer examining a 13.5-cc volume of the occipital cortex. These data were replicated using a 4.1 Tesla machine by Kuzniecky, et. al., (2002) on volunteers. In the first study it was shown that cerebral GABA concentrations in those

on gabapentin were increased above controls matched for other medications, and that

T01-024

19

# Modulation of cerebral GABA by topiramate, lamotrigine, and gabapentin in healthy adults

R. Kuzniecky, MD; S. Ho, MD, FRACP; J. Pan, MD, PhD; R. Martin, PhD; F. Gilliam, MD, E. Faught, MD; and H. Hetherington, PhD

*Abstract*—*Background:* Anticonvulsant drugs have multiple mechanisms of action. Recent in vivo MRS studies suggest that cerebral γ-aminobutyric acid (GABA) increases occur with the administration of certain anticonvulsants in humans. *Objective:* To investigate the effect of topiramate, gabapentin, and lamotrigine on cerebral GABA concentrations in healthy volunteers and correlate the GABA concentrations with serum drug levels. *Methods:* Seventeen healthy adults were randomly assigned to receive topiramate, gabapentin, and lamotrigine and underwent GABA measurements using a 4.1-T magnet from a 13.5-mL volume over the occipital region. GABA concentrations and serum levels were measured at 3 and 6 hours following administration of an acute single dose of one of the drugs. Thereafter, drugs were titrated over 4 weeks to target doses, with GABA measurements performed at 2 and 4 weeks. *Results:* Cerebral GABA concentrations rose 70% in the acute phase compared with baseline for topiramate. GABA rose 48% at 6 hours with gabapentin but not with lamotrigine. With long-term dosing and once target doses were achieved at 4 weeks, significant elevations in GABA were observed compared with baseline for all three drugs (topiramate 46%, gabapentin 25%, lamotrigine 25%). *Conclusion:* This study demonstrates that single doses of topiramate and gabapentin increase cerebral GABA concentrations acutely (hours) in healthy individuals, but all drugs at clinically utilized doses increase cerebral GABA at 4 weeks. These results suggest that the mechanisms of action of anticonvulsant drugs are more complex and are likely to be multiple in nature.

NEUROLOGY 2002;58:368–372

γ-Aminobutyric acid (GABA) is a major inhibitory neurotransmitter in the forebrain structures.[1] Decreases in GABA inhibitory function may cause seizures whereas enhancement may result in an anticonvulsant effect.[2] Activation of GABA receptors increases membrane conductance to ions, which results in a depressant effect. Studies show that GABA inhibition may be abnormal in epilepsy.[3-5]

Traditional GABA agonist antiepileptic drugs include phenobarbital and benzodiazepines. New antiepileptic drugs such as tiagabine and vigabatrin appear to enhance GABA function by inhibition of GABA uptake or GABA transaminase. Recently, MRI studies[3-5] have been shown to reliably measure cerebral GABA in vivo. These studies have demonstrated, e.g., that some patients with intractable seizures have abnormal cerebral GABA concentrations.[6] In addition, MRI studies have demonstrated that vigabatrin and gabapentin can increase cerebral GABA in patients with epilepsy. Similarly, we have recently shown that topiramate significantly increases GABA concentrations in healthy volunteers 3 and 6 hours after a single dose.[7]

In this study we report our observations on the effects of acute and chronic doses of topiramate, gabapentin, and lamotrigine on cerebral GABA concentrations in healthy individuals. We performed these experiments in healthy individuals because of the potential effects of seizures or the underlying epileptic substrate on cerebral GABA concentrations. In addition, we report the concurrent serum drug concentrations for each anticonvulsant group.

**Materials and methods.** Seventeen healthy young subjects (10 men, 7 women; mean age, 28.8 years; age range, 19 to 30 years) were studied. All subjects were screened for neurologic, systemic, and psychiatric disorders. Subjects received a physical and screening laboratory examination including complete blood count, chemistry 20, toxic screen, and EKG. Subjects were asked to refrain from alcoholic beverages or any type of medications for at least 2 weeks before the beginning of the experiment. In addition, subjects were asked to refrain from ingesting alcohol or any medications during the experimental phase. No subject had received any drug (e.g., benzodiazepines) that could have influenced the results prior to randomization. All subjects gave full consent for the study, which was approved by the University of Alabama at Birmingham Institutional Review Board Committee.

*Experimental design.* Acute phase. A randomized single-blind, parallel group design was employed. After informed consent, subjects were randomly assigned to re-

From the Department of Neurology and Center for Nuclear Imaging Research, University of Alabama at Birmingham Epilepsy Center.

Supported in part by grants from the National Center Research Resources, RR-[illegible], and grants from Parke-Davis (Ann Arbor, MI) and GlaxoSmithKline (Research Triangle Park, NC).

Received June 18, 2001. Accepted in final form September 30, 2001.

Address correspondence and reprint requests to Dr. Ruben Kuzniecky, Department of Neurology, UAB Station, Birmingham, AL [illegible].

 Copyright © 2002 by AAN Enterprises, Inc.

T05

T05

20

T05-002

ceive one of three antiepileptic drugs. The group underwent a baseline (on no drug) GABA MRS study within 5 days before the acute experiment. Each subject then received an acute oral dose of one of the following drugs according to randomization. The acute dose was designed to approximate 50% of the target dose at 4 weeks. Individuals received topiramate 2.8 mg/kg, lamotrigine 3.5 mg/kg, or gabapentin 17 mg/kg. After ingestion, the subjects were under continuous medical observation. Three hours after the ingestion of the single acute dose, the individuals were placed in the magnet and cerebral GABA measurements were obtained. At termination, the subjects

ms and interleaving the measurements into two bins of 64 scans (inversion at 1.9 ppm or 4.1 ppm). The data were acquired with a repetition time of 2 seconds resulting in acquisition duration of 4.25 minutes per measurement. For signal-to-noise considerations, two such measurements were summed. To account for the residual overlap of the macromolecule resonance, data were also collected with the optimized inversion pulse positioned at the 1.70 ppm macromolecule resonance position.[8] The resonance areas from the predominantly GABA spectra (inversion at 1.9 ppm) and macromolecule edited spectra (inversion at 1.7 ppm) were determined by integrating over a bandwidth of

**Results.** *Subjects.* There were no differences between groups with respect to age (mean, 28.7 years) or sex distribution. Six subjects received topiramate and gabapentin and five received lamotrigine. Vomiting occurred in one

[illegible] calculated to the target dose by increments of 25% each week, so individuals received 25% of their total dose during week 1, 50% by week 2, 75% by week 3, and 100% of their maximum target dose by week 4. The maximal dose was reached at day 30 following the beginning of the chronic phase.

MRS GABA measurements were performed at the end of 2 and 4 weeks while subjects were receiving 50% (at week 2) and 100% (at week 4) of their target doses. Anticonvulsant drug levels were obtained conjointly with the GABA MRS measurements at 3 hours, 6 hours, and 2 and 4 weeks. The samples were frozen, then blinded as to the identity of the subject and sent for analysis. In order to avoid bias, no information was provided to the laboratory.

*MRS study.* The GABA measurements were obtained according to previously published methods.[7,8] In summary, all spectra were acquired using a 4.1-T whole body imaging spectrometer equipped with a 25mT/m shielded gradient set (Magnex Scientific, Oxford, UK) and a single tuned 7-cm surface coil over the occipital lobe as previously described. The occipital lobe was used because visualization is easy and to date most GABA studies have been performed in the occipital lobe. Volume localized [1]H edited spectra were acquired using a slice selective excitation pulse parallel to the plane of the coil (3 cm in thickness) with two dimensions of image selected in vivo spectroscopy (30 × 30 mm²), to select a 13.5-mL volume. Single quantum editing of the GABA resonance was performed using a numerically optimized selective inversion pulse.[8] The inversion pulse was applied on alternate acquisitions to the C[3]H resonance of GABA (1.9 ppm) and to a position symmetric about the C[4]H resonance of GABA (4.1 ppm).

In vivo edited spectra from 13.5-mL volumes were collected from the volunteers employing an echo time of 72

[illegible] anticonvulsant drugs. The percent increase in GABA level was determined in each individual and the mean and SD of the group are reported. Significance was determined by comparing the millimoles per liter values at baseline to GABA levels at 3 and 6 hours and at weeks 2 and 4 during the chronic phase using a two-tailed t-test.

Results. Subjects. There were no differences between groups with respect to age (mean, 28.7 years) or sex distribution. Six subjects received topiramate and gabapentin and five received lamotrigine. Vomiting occurred in one

patient who received lamotrigine 4 hours after drug intake. The lamotrigine levels obtained at 3 and 6 hours were in the range of values for the other individuals. Thus, the episode of vomiting did not have an effect on the validity of the results. Three individuals in the topiramate group reported perioral numbness and word-finding difficulties.

*Acute effects.* For the entire group, the mean baseline concentration of cerebral GABA was 1.16 ± 0.11. GABA concentrations for the topiramate group increased to 2.15 ± 0.45 at 3 hours and 2.01 ± 0.37 at 6 hours after topiramate administration. The mean increase in cerebral GABA concentration from baseline was 70% at 3 hours and 64% at 6 hours for the topiramate group. Similarly, a significant increase in cerebral GABA (1.91 ± 0.5) was observed for the gabapentin group at 6 hours, although the increases (48%) were of much less magnitude when compared with the topiramate group. Conversely, no significant changes in GABA concentrations were observed with lamotrigine. Figures 1, 2, and 3 show the mean group cerebral GABA concentrations at baseline and at 3 hours, 6 hours, and 2 and 4 weeks following administration and titration of each drug. Two subjects who received gabapen-

T05-002

21