# Modulation of cerebral GABA by topiramate, lamotrigine, and gabapentin in healthy adults

R. Kuzniecky, MD; S. Ho, MD, FRACP; J. Pan, MD, PhD; R. Martin, PhD; F. Gilliam, MD; E. Faught, MD; and H. Hetherington, PhD

**Abstract**—*Background:* Anticonvulsant drugs have multiple mechanisms of action. Recent in vivo MRS studies suggest that cerebral γ-aminobutyric acid (GABA) increase occur with the administration of certain anticonvulsants in humans. *Objective:* To investigate the effect of topiramate, gabapentin, and lamotrigine on cerebral GABA concentrations in healthy volunteers and correlate the GABA concentrations with serum drug levels. *Methods:* Seventeen healthy adults were randomly assigned to receive topiramate, gabapentin, and lamotrigine and underwent GABA measurements using a 4.1 T magnet from a 13.5-mL volume over the occipital region. GABA concentrations and serum levels were measured at 3 and 6 hours following administration of an acute single dose of one of the drugs. Thereafter, drugs were titrated over 4 weeks to target doses, with GABA measurements performed at 2 and 4 weeks. *Results:* Cerebral GABA concentrations rose 70% in the acute phase compared with baseline for topiramate. GABA rose 48% at 6 hours with gabapentin but not with lamotrigine. With long-term dosing and once target doses were achieved at 4 weeks, significant elevations in GABA were observed compared with baseline for all three drugs (topiramate 46%, gabapentin 25%, lamotrigine 25%). *Conclusion:* This study demonstrates that single doses of topiramate and gabapentin increase cerebral GABA concentrations acutely (hours) in healthy individuals, but all drugs at clinically utilized doses increase cerebral GABA at 4 weeks. These results suggest that the mechanisms of action of anticonvulsant drugs are more complex and are likely to be multiple in nature.

NEUROLOGY 2002;58:371-

Increasing evidence suggests that [illegible]... increase cerebral GABA in patients with epilepsy. Similarly, we have recently shown that topiramate significantly increases GABA concentrations in healthy volunteers 3 and 6 hours after a single dose.

In this study we report our observations on the effects of acute and chronic doses of topiramate, gabapentin, and lamotrigine on cerebral GABA concentrations...

had received any drug (e.g., benzodiazepines) that could have influenced the results prior to randomization. All subjects gave full consent for the study, which was approved by the University of Alabama at Birmingham Institutional Review Board Committee.

*Experimental design.* Acute phase. A randomized single-blind, parallel group design was employed. After informed consent, subjects were randomly assigned to re-

From the Department of Neurology and Center for Nuclear Imaging Research, University of Alabama at Birmingham UAB Epilepsy Center.
Supported in part by grant from the National Institutes of Health Research, R3-35683, and grants from Pfizer/Parke-Davis, Novartis, and GlaxoSmithKline.
Received June 15, 2001. Accepted in final form September 19, 2001.
Address correspondence and reprint requests to Dr. Ruben Kuzniecky, Department of Neurology, UAB Epilepsy Center, Birmingham, AL 35294.

Copyright © 2002 by AAN Enterprises, Inc.



Figure 1. Mean brain γ-aminobutyric acid (GABA) concentrations and serum drug levels of topiramate during the acute and chronic phases. Statistical increases in GABA were observed at 3 hours, 2 weeks, and 4 weeks. Dotted lines refer to GABA levels and solid line to topiramate serum levels. Note that scale on the left is for serum levels and on the right for GABA in millimoles per liter concentrations. *p < 0.05; **p < 0.005; ***p < 0.0005.

slow thinking, perioral numbness, and drowsiness (topiramate). One individual had transient ataxia (gabapentin). One subject withdrew during the 4th week of titration (topiramate) due to side effects (irritability and concentration problems).

GABA concentrations and serum anticonvulsant drug levels. Figures 1, 2, and 3 serve to represent the mean cerebral GABA concentrations and the concurrent mean anticonvulsant drug serum levels for each group. In the topiramate group, the median serum level increase from 0 to 5.5 mg/mL at 3 hours and to 9.1 mg/mL at 2 weeks and to 11.5 mg/mL at target dose. The rise in topiramate serum levels did parallel the increases in GABA concentrations during the acute phase, but did not during the chronic phase. In the lamotrigine group, a serum pattern was observed. Lamotrigine serum levels increased from a mean of 2.5 mg/mL at 3 hours to a mean of 7.7 mg/mL at 4 weeks (target dose), but did not significantly change until the target concentration was achieved. In the...

who withdrew after the acute phase due to side effects all times). All subjects who reported side effects were asymptomatic 48 hours after the main dose.

Long-term effects. At 2 weeks individuals were at 50% of the target anticonvulsant drug dose, and at 4 weeks individuals were at 100% of the target dose. The most increase in GABA concentrations for the topiramate group was similar to the mean acute action following its acute dose. Mean cerebral GABA changes elevated from baseline at 2 weeks (23%) and 4 weeks (45%). Conversely, cerebral GABA concentrations for gabapentin and lamotrigine were not significantly different compared with baseline at 2 weeks but reached statistically significant elevations at full target dose at 4 weeks. The mean increase of cerebral GABA from baseline, however, was much less, approximately 20%, for both gabapentin and lamotrigine.

The adverse side effects were reported. Side effects were reported by four individuals and consisted of dizziness,

---

No serious side effects were reported. Side effects were reported by four individuals and consisted of dizziness, slow thinking, perioral numbness, and drowsiness (topiramate). One individual had transient ataxia (gabapentin). One subject withdrew during the 4th week of titration (topiramate) due to side effects (irritability and concentration problems).

THE JOURNAL OF ALTERNATIVE AND COMPLEMENTARY MEDICINE
Volume 13, Number 4, 2007, pp. 419–426
© Mary Ann Liebert, Inc.
DOI: 10.1089/acm.2007.6338

# Yoga Asana Sessions Increase Brain GABA Levels: A Pilot Study

CHRIS C. STREETER, M.D.,[1,2] J. ERIC JENSEN, Ph.D.,[2,3] RUTH M. PERLMUTTER, B.S.,[1] HOWARD J. CABRAL, Ph.D.,[4] HUA TIAN, M.S.,[1] DEVIN B. TERHUNE, M.Sc.,[1] DOMENIC A. CIRAULO, M.D.,[1,5] and PERRY F. RENSHAW, M.D.[2,3]

## ABSTRACT

*Objectives:* The aim of this study was to compare changes in brain γ-aminobutyric (GABA) levels associated with an acute yoga session versus a reading session. It was hypothesized that an individual yoga session would be associated with an increase in brain GABA levels.
*Design:* This is a parallel-groups design.
*Settings/location:* Screenings, scan acquisitions, and interventions took place at a medical school-affiliated center.
*Subjects:* The sample comprised 8 yoga practitioners and 11 comparison subjects.
*Interventions:* Yoga practitioners completed a 60-minute yoga session and comparison subjects completed a 60-minute reading session.
*Outcome measures:* GABA-to-creatine ratios were measured in a 2-cm axial slab using magnetic resonance spectroscopic imaging immediately prior to and immediately after interventions.
*Results:* There was a 27% increase in GABA levels in the yoga practitioner group after the yoga session (0.20 mmol/kg) but no change in the comparison subject group after the reading session (−0.001 mmol/kg) ($t = −2.99$, $df = 7.87$, $p = 0.018$).
*Conclusions:* These findings demonstrate that in experienced yoga practitioners, brain GABA levels increase after a session of yoga. This suggests that the practice of yoga should be explored as a treatment for disorders with low GABA levels such as depression and anxiety disorders. Future studies should compare yoga to other forms of exercise to help determine whether yoga or exercise alone can alter GABA levels.

## INTRODUCTION

The practice of yoga includes postures (asanas), breathing methods (pranayama), chanting, and meditation.[1,2] As the use of these techniques increases, it is important that possible mechanisms underlying the effects of these practices be elucidated.[3] Yoga has shown promise in improving symptoms associated with depression, anxiety disorders, and epilepsy.[4–11] These disorders are associated with low γ-aminobutyric acid (GABA)[12] levels and are effectively treated with pharmacologic agents that increase the activity of the GABA system.[13–18] We hypothesize that the ability of yoga to decrease symptoms in these disorders is in part mediated through the GABA system and that such

[1]Division of Psychiatry, Boston University School of Medicine, Boston, MA.
McLean Hospital, Belmont, MA.
[3]Department of Psychiatry, Harvard Medical School, Boston, MA.
[4]Department of Biostatistics, Boston University School of Public Health, Boston, MA.
[5]Boston V.A. Healthcare System, Boston, MA.

419

THE JOURNAL OF ALTERNATIVE AND COMPLEMENTARY MEDICINE
Volume 13, Number 4, 2007, pp. 419–426
© Mary Ann Liebert, Inc.
DOI: 10.1089/acm.2007.6338

# Yoga Asana Sessions Increase Brain GABA Levels: A Pilot Study

CHRIS C. STREETER, M.D.,[1,2] J. ERIC JENSEN, Ph.D.,[2,3] RUTH M. PERLMUTTER, B.S.,[1] HOWARD J. CABRAL, Ph.D.,[4] HUA TIAN, M.S.,[4] DEVIN B. TERHUNE, M.S.,[1] DOMENIC A. CIRAULO, M.D.,[1,5] and PERRY F. RENSHAW, M.D.[2,3]

## ABSTRACT

**Objectives:** The aim of this study was to compare changes in brain γ-aminobutyric (GABA) levels associated with an acute yoga session versus a reading session. It was hypothesized that an individual yoga session would be associated with an increase in brain GABA levels.

**Design:** This is a parallel-groups design.

**Settings/location:** Screening, scan acquisition, and intervention took place at medical school-affiliated centers.

**Subjects:** The sample comprised 8 yoga practitioners and 11 comparison subjects.

**Interventions:** Yoga practitioners completed a 60-minute yoga session and comparison subjects completed a 60-minute reading session.

**Outcome measures:** GABA-to-creatine ratios were measured in a 2-cm axial slab using magnetic resonance spectroscopic imaging immediately prior to and immediately after the interventions.

[...] ing methods (pranayama), chanting, and meditation. Genetically used (with pharmacologic agents) that influence the [...] As the use of these techniques increases, it is activity of the GABA system.[1–6] We hypothesized that [...] important that possible mechanisms underlying the effects ability of yoga to increase responses in the SNS/decrease [...] of these practices be elucidated. Yoga has shown promise is in part mediated through the GABA system and that such

[1]Division of Psychiatry, Boston University School of Medicine, Boston, MA.
[2]McLean Hospital, Belmont, MA.
[3]Department of Psychiatry, Harvard Medical School, Boston, MA.
[4]Department of Biostatistics, Boston University School of Public Health, Boston, MA.
[5]Boston V.A. Healthcare System, Boston, MA.

419

26

THE JOURNAL OF ALTERNATIVE AND COMPLEMENTARY MEDICINE
Volume 13, Number 4, 2007, pp. 419–426
© Mary Ann Liebert, Inc.
DOI: 10.1089/acm.2007.6338

# Yoga Asana Sessions Increase Brain GABA Levels: A Pilot Study

CHRIS C. STREETER, M.D.,[1,2] ERIC JENSEN, Ph.D.,[3] RUTH M. PERLMUTTER, B.S.,[1] HOWARD J. CABRAL, Ph.D.,[4] HUA TIAN, M.S.,[4] DEVIN B. TERHUNE, M.Sc.,[1] DOMENIC A. CIRAULO, M.D.,[1,5] and PERRY F. RENSHAW, M.D.[2]

**Results:** There was a 27% increase in GABA levels in the yoga practitioner group after the yoga session (0.20 mmol/kg) but no change in the comparison subject group after the reading session (−0.001 mmol/kg) (t = −2.99, df = 7.87, p = 0.018).

**Conclusions:** These findings demonstrate that in experienced yoga practitioners, brain GABA levels increase after a session of yoga. This suggests that the practice of yoga should be explored as a treatment for disorders with low GABA levels such as depression and anxiety disorders. Future studies should compare yoga to other forms of exercise to help determine whether yoga or exercise alone can alter GABA levels.

## INTRODUCTION

The practice of yoga includes postures (asana), breathing methods (pranayama), chanting, and meditation techniques.[1,2] As the use of these techniques increases it is important that possible mechanisms underlying the effects of these practices be elucidated.[3] Yoga has shown promise in influencing symptoms associated with depression, anxiety disorders, and epilepsy.[4–19] These disorders are associated with low γ-aminobutyric acid (GABA) states, and are effectively treated with pharmacologic agents that increase the activity of the GABA system.[20–24] We hypothesize that the ability of yoga to decrease symptoms in these disorders is in part mediated through the GABA system so that such

[1]Division of Psychiatry, Boston University School of Medicine, Boston, MA.
[2]McLean Hospital, Belmont, MA.
[3]Department of Psychiatry, Harvard Medical School, Boston, MA.
[4]Department of Biostatistics, Boston University School of Public Health, Boston, MA.
[5]Boston V.A. Healthcare System, Boston, MA.

419

caused by gabapentin? It strikes me that they might contribute to efficacy and adverse events in humans" (Pfizer_CTaylor_00154442 [Douglas Feltner]).

Peer reviewed laboratory studies have shown that increasing cellular GABA levels leads to increased tonic GABA release in response to physiological activation, implying that the above changes in GABA have direct relevance for cerebral function in the human brain (see Petroff 2005, at p. 358).

The animal research has been reviewed recently, suggesting that administration of gabapentin to neuronal preparations leads to inhibition of serotonin release (Schlicker, et al., 1985), although the mechanism is unclear. Ben-Menachem, et. al.,(1992), reported on the effects of single doses of gabapentin on cerebral spinal fluid monoamines in patients with epilepsy, and as with the vigabatrin study just quoted, this led to an increase in the breakdown products of serotonin, suggesting acute increases in turnover. The effects of chronic administration in humans of gabapentin have not been studied. However, the

T01-027