Epilepsy Research 21 (1995) 231-236

EPILEPSY
RESEARCH

ELSEVIER

# Seizure frequency and CSF parameters in a double-blind placebo controlled trial of gabapentin in patients with intractable complex partial seizures

Elinor Ben-Menachem [a,*], Birgitta Söderfelt [b], Anders Hamberger [c], Tomas Hedner [d], Lennart I. Persson [a]

[a] *Department of Neurology, University of Göteborg, Göteborg, Sweden*
[b] *Department of Neurology, Linköpings University, Linköping, Sweden*
[c] *Department of Histology, University of Göteborg, Göteborg, Sweden*
[d] *Department of Pharmacology, University of Göteborg, Göteborg, Sweden*

Received 10 October 1994; revised 16 March 1995; accepted 3 April 1995

## Abstract

Gabapentin (GBP) is a non-protein-bound gamma amino acid which is not subjected to metabolic degradation in man. As part of a placebo-controlled double-blind study, patients suffering from intractable complex partial seizures with or without secondary generalization were followed with lumbar punctures at baseline and after three months of GBP treatment (900 mg/day or 1200 mg/day). Cerebrospinal fluid (CSF) was analyzed for concentrations of GBP, amino acids including GABA, homovanillic acid (HVA), and 5 hydroxyindoleacetic acid (5-HIAA). The results indicate that there were no changes in the selected amino acids, HVA, or 5-HIAA after GBP treatment. At steady state the CSF/plasma ratios of GBP ranged from 0.056 to 0.34, indicating that there may be some type of active anti-transport of GBP across the blood-brain barrier. No linear relationship was observed between plasma and CSF levels in these patients.

*Keywords:* Gabapentin; Complex partial seizure; Cerebrospinal fluid; Amino acid

## 1. Introduction

Gabapentin (GBP), 1-(aminomethyl)cyclohexaneacetic acid, is a new antiepileptic drug which has been shown to be an effective anticonvulsant in a variety of animal models and in large multicenter clinical trials [1,6,14], and is now approved for use in numerous countries including the USA. Although GBP chemically is a GABA analogue, it does not appear to be a GABA agonist or to have GABAergic properties. There is now evidence that GBP may bind to a specific novel receptor in the brain which is distinct from the GABA receptor subtypes [15]. After a single 900-mg or 1200-mg dose of GBP, only low concentrations of GBP found in the plasma were recovered in the cerebrospinal fluid (CSF) after 6 hours. After 24 hours, low concentrations of GBP

* Corresponding author. Dept. of Neurology, Sahlgren University Hospital, 413 45 Göteborg, Sweden. Tel.: 46 31-603000; Fax: 46 31-311552.

0920-1211/95/$09.50 © 1995 Elsevier Science B.V. All rights reserved
SSDI 0920-1211(95)00024-7



EPILEPSY RESEARCH

Epilepsy Research 21 (1995) 231-236

# Seizure frequency and CSF parameters in a double-blind placebo controlled trial of gabapentin in patients with intractable complex partial seizures

Elinor Ben-Menachem [a,*], Birgitta Söderfelt [b], Anders Hamberger [c], Tomas Hedner [d], Lennart F. Persson [a]

[a] Department of Neurology, University of Göteborg, Göteborg, Sweden
[b] Department of Neurology, Linköping University, Linköping, Sweden
[c] Department of Histology, University of Göteborg, Göteborg, Sweden
[d] Department of Pharmacology, University of Göteborg, Göteborg, Sweden

Received 10 October 1994; revised 16 March 1995; accepted 7 April 1995

## Abstract

Gabapentin (GBP) is a non-protein-bound gamma amino acid which is not subjected to metabolic degradation in man. As part of a placebo-controlled double-blind study, patients suffering from intractable complex partial seizures with or without secondary generalization were followed with lumbar punctures at baseline and after three months of GBP treatment (900 mg/day or 1200 mg/day). Cerebrospinal fluid (CSF) was analyzed for concentrations of GBP, amino acids including GABA, homovanillic acid (HVA), and 5 hydroxyindoleacetic acid (5-HIAA). The results indicate that there were no changes in the selected amino acids, HVA, or 5-HIAA after GBP treatment. At steady state the CSF/plasma ratios of GBP ranged from 0.056 to 0.34, indicating that there may be some type of active out-transport of GBP across the blood–brain barrier. No linear relationship was observed between plasma and CSF levels in these patients.

## Abstract

Gabapentin (GBP) is a non-protein-bound gamma amino acid which is not subjected to metabolic degradation in man. As part of a placebo-controlled double-blind study, patients suffering from intractable complex partial seizures with or without secondary generalization were followed with lumbar punctures at baseline and after three months of GBP treatment (900 mg/day or 1200 mg/day). Cerebrospinal fluid (CSF) was analyzed for concentrations of GBP, amino acids including GABA, homovanillic acid (HVA), and 5 hydroxyindoleacetic acid (5-HIAA). The results indicate that there were no changes in the selected amino acids, HVA, or 5-HIAA after GBP treatment. At steady state the CSF/plasma ratios of GBP ranged from 0.056 to 0.34, indicating that there may be some type of active out-transport of GBP across the blood–brain barrier. No linear relationship was observed between plasma and CSF levels in these patients.

### 3.2. Neurotransmitters and amino acids in CSF

Free and total GABA levels in the CSF were analyzed in four placebo patients, eleven patients with 900 mg/day of GBP and in three patients with 1200 mg/day. The GABA levels were not affected by chronic GBP treatment (Figs. 3 and 4). The same was found for 5-HIAA (Fig. 5) and HVA (Fig. 6) concentrations and all of the 18 other amino acids analyzed including leucine and isoleucine, valine and phenylalanine (Table 1).

Worldwide Regulatory Strategy
Pfizer Inc
235 East 42nd Street 685/9/23
New York, NY 10017



# Pfizer Global Pharmaceuticals

THIS DOCUMENT CONTAINS CONFIDENTIAL AND/OR TRADE SECRET INFORMATION THAT IS DISCLOSED ONLY IN CONNECTION WITH THE LICENSING AND/OR REGISTRATION OF PRODUCTS FOR PFIZER INC OR ITS AFFILIATED COMPANIES. THIS DOCUMENT SHOULD NOT BE DISCLOSED OR USED, IN WHOLE OR IN PART, FOR ANY OTHER PURPOSE WITHOUT THE PRIOR WRITTEN CONSENT OF PFIZER INC.

22 June 2006

Russell G. Katz, MD
Division Director
Division of Neurology
Products (HFD-120)
Center for Drug Evaluation and Research
Food and Drug Administration
5901-B Ammendale Road
Beltsville, Maryland 20705-1266

RE: NEURONTIN® (gabapentin) capsules NDA 20-235
 NEURONTIN® (gabapentin) tablets NDA 20-882*
 NEURONTIN® (gabapentin) oral solution NDA 21-129*

Request for Information – Response to FDA suicidality request

Dear Dr. Katz:

Reference is made to NDA 20-235, NDA 20-882 and NDA 21-129 for Neurontin® (gabapentin) capsules, tablets and oral solution respectively.

Reference is also made to subsequent correspondence dated 16 March 2005, which requested the evaluation of "possibly suicide-related" adverse events occurring in placebo-controlled trials for gabapentin and correspondence dated 11 July 2005, which provided additional clarifications to the request. On 25 October 2005, Pfizer submitted a list of 52 gabapentin studies that met FDA's delineated criteria of unblinded; placebo-controlled; parallel arm and/or crossover design; at least 30 subjects; patient and volunteer studies; with no duration limit. Also included in this submission was a second list of the remaining gabapentin studies that did not meet the specified inclusion criteria with an explanation of the criteria that caused their removal. On 28 Dec 2005 approval of the gabapentin study inclusion list was received from the Division as well as additional instructions to exclude studies that only enrolled pediatric patients 5 years of age or younger.

Further reference is made to subsequent correspondence from the Agency. Correspondence dated 20 April 2006 provided for the exclusion of patients less than 5 years of age from the

XLS PATH - Documents_Custodian_Everetsz, Mary Ann_Electronic_NRB00154364211

Pfizer_MEveretsz_0079431

34

# Request for Information - Response to FDA suicidality request

**22 June 2006**

Montvale Regulatory Affairs
Pfizer Inc.
235 East 42nd Street (685-8-3)
New York, NY 10017

## Pfizer Global Pharmaceuticals

THIS DOCUMENT CONTAINS CONFIDENTIAL AND/OR TRADE SECRET INFORMATION THAT IS DISCLOSED ONLY IN CONNECTION WITH THE LICENSING AND/OR REGISTRATION OF PRODUCTS FOR PFIZER INC OR ITS AFFILIATED COMPANIES. THIS DOCUMENT SHOULD NOT BE DISCLOSED OR USED, IN WHOLE OR IN PART, FOR ANY OTHER PURPOSE, WITHOUT THE PRIOR WRITTEN CONSENT OF PFIZER INC.

Russell G. Katz, MD
Division Director
Division of Neurology Products (HFD-120)
Center for Drug Evaluation and Research
Food and Drug Administration

22 June 2006

NEURONTIN® (gabapentin) oral solution NDA 21-129*

**Request for Information – Response to FDA suicidality request**

Dear Dr. Katz:

Reference is made to NDA 20-235, NDA 20-882 and NDA 21-129 for Neurontin® (gabapentin) capsules, tablets and oral solution respectively.

Reference is also made to correspondence dated 16 March 2005, which requested the evaluation of "possibly suicide-related" adverse events occurring in placebo-controlled trials for gabapentin and correspondence dated 11 July 2005, which provided additional clarifications to the request. On 25 October 2005, Pfizer submitted a list of 52 gabapentin studies that met FDA's delineated criteria of unblinded, placebo-controlled, parallel arm and/or crossover design; at least 30 subjects; patient and volunteer studies; with no duration limit. Also included in this submission was a second list of the remaining gabapentin studies that did not meet the specified inclusion criteria with an explanation of the criteria that caused their removal. On 28 Dec 2005, approval of the gabapentin study inclusion list was received from the Division as well as additional instructions to exclude studies that only enrolled pediatric patients 5 years of age or younger.

Further reference is made to subsequent correspondences from the Agency. Correspondence dated 20 April 2006 provided for the exclusion of patients less than 5 years of age from the

Pfizer_MHeverin_0070411
XLS PATH - Documents_Custodian_Evertz_Mary_Ann_Electronic.NRE00015436421

T16

35

| Category | Gabapentin (N=5194) n (%) | Placebo (N=2682) n (%) | Active Control (N=661) n (%) | Low-Dose Placebo (N=292) n (%) |
|---|---|---|---|---|
| Completed suicide (code 1) | 0 (0.000) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Suicide attempt (code 2) | 0 (0.000) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Preparatory acts towards imminent suicidal behavior (code 3) | 0 (0.000) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Self-injurious behavior, intent unknown (code 4) | 1 (0.019) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Suicidal ideation (code 5) | 2 (0.039) | 1 (0.037) | 0 (0.000) | 0 (0.000) |
| Not enough information (code 6) | 3 (0.058) | 3 (0.112) | 0 (0.000) | 0 (0.000) |
| - Fatal (code 6a) | 1 (0.019) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| - Non-fatal (code 6b) | 2 (0.039) | 3 (0.112) | 0 (0.000) | 0 (0.000) |

36

| Drug | RD (95% CI) [Sample Sizes]* |
|---|---|
| Carbamazepine | -4.16 (-21.34, 13.03) [2/252 3/250] |
| Divalproex | -2.75 (-10.68, 5.17) [11/1327 9/992] |
| Felbamate | ND. (ND., ND.) [0/170 0/170] |
| Gabapentin | 0.28 (-1.37, 1.92) [2/2903 1/2029] |
| Lamotrigine | 5.40 (0.24, 10.57) [27/2865 11/2070] |
| Levetiracetam | 2.13 (-0.54, 4.80) [8/2534 2/1549] |
| Oxcarbazepine | 0.97 (-2.47, 4.41) [2/1342 1/827] |
| Pregabalin | 0.52 (-0.77, 1.81) [7/7201 2/3125] |
| Tiagabine | 2.43 (-0.99, 5.85) [2/835 0/609] |
| Topiramate | 3.05 (0.98, 5.11) [40/7742 8/3971] |
| Zonisamide | 3.09 (-3.80, 9.98) [3/672 1/438] |
| Overall | 1.79 (0.70, 2.87) [104/27063 38/16029] |

Risk Difference per 1000 Subjects

*[Treat. Events/Treat. n    Plac. Events/Placebo n]

Figure 4: Suicidal Behavior or Ideation Risk Difference Estimates, Placebo-Controlled Trials.

The primary analysis method was a fixed-effect method. Fixed effect methods assume that all the trials had a common treatment effect. The p-value based on Zelen's test for the null hypothesis that all trials had a common odds ratio test was 0.735. This value does not provide evidence for trial heterogeneity in the odds ratio. However, the lack evidence does not imply that there was no trial heterogeneity.

The general linear mixed model (GLMM) that allows for trial heterogeneity produced an overall odds ratio estimate of 1.86 (95% CI: 1.24, 2.78). Both the estimate and the

26

T18-026