Exhibit C

(Blume Cross-Examination)



Blume Expert Report at p. 194

# PRR DOES NOT ESTABLISH CAUSATION

> "The result of a PRR provides a signal; it does not prove causation."
>
> p. 171



Pharmacoepidemiology
editor BRIAN L. STROM
fourth edition
WILEY

"Data mining is not a tool for establishing causal attributions between products and adverse events."

FDA Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, March 2005, at p. 8



"...odds ratio greater than 1 and the confidence interval did not contain the value of 1."

SOURCE: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality at p. 24 (May 23, 2008).



Figure 2: Suicidal Behavior or Ideation Odds Ratio Estimates, Placebo-Controlled Trials.

SOURCE: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality at p. 24 (May 23, 2008).

| Drug | RD (95% CI) [Sample Sizes]* |
|---|---|
| Carbamazepine | -4.16 (-21.34, 13.03) [2/252 3/250] |
| Divalproex | -2.75 (-10.68, 5.17) [11/1327 9/992] |
| Felbamate | ND (ND., ND.) [0/170 0/170] |
| Gabapentin | 0.28 (-1.37, 1.92) [2/2903 1/2029] |
| Lamotrigine | 5.40 (0.24, 10.57) [27/2865 11/2070] |
| Levetiracetam | 2.13 (-0.54, 4.80) [8/2554 2/1549] |
| Oxcarbazepine | 0.97 (-2.47, 4.41) [2/1342 1/827] |
| Pregabalin | 0.52 (-0.77, 1.81) [77/2201 2/3125] |
| Tiagabine | 2.43 (-0.99, 5.85) [2/635 0/608] |

Risk Difference per 1000 Subjects

*[Treat. Events/Treat. n  Plac. Events/Placebo n]

**Gabapentin**    0.28 (-1.37, 1.92) [2/2903 1/2029]

Figure 4: Suicidal Behavior or Ideation Risk Difference Estimates, Placebo-Controlled Trials.

SOURCE: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality at p. 26 (May 23, 2008).

# Neurontin Placebo-Controlled Epilepsy Trials: Psychobiologic Adverse Events

RR-REG 720-03079
Gabapentin                                                                30

TABLE 8.  Summary of Body System Frequency for All Adverse Events In Placebo-Controlled Add-On
         Therapy Studies, by Treatment Group
                          (% of Patients)

| Body System | Placebo | | 600 | | 900 | | Gabapentin (mg/day)[a] 1200 | | 1800 | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NDA N = 307 | SU N = 378 | NDA N = 53 | SU N = 53 | NDA N = 147 | SU N = 147 | NDA N = 231 | SU N = 289 | NDA N = 54 | SU N = 54 | NDA N = 485 | SU N = 543 |
| Body as a Whole | 20.5 | 20.9 | 41.5 | 41.5 | 18.4 | 18.4 | 27.7 | 27.3 | 46.3 | 46.3 | 28.5 | 28.2 |
| Cardiovascular System | 1.0 | 1.1 | 1.9 | 1.9 | 4.1 | 4.1 | 3.0 | 2.4 | 3.7 | 3.7 | 3.3 | 2.9 |
| Digestive System | 14.7 | 13.8 | 24.5 | 24.5 | 11.6 | 11.6 | 18.2 | 16.3 | 27.8 | 27.8 | 17.9 | 16.9 |
| Hemic and Lymphatic Systems | 0.3 | 1.1 | 0.0 | 0.0 | 3.4 | 3.4 | 1.3 | 2.1 | 5.6 | 5.6 | 2.3 | 2.6 |
| Musculoskeletal System | 2.9 | 3.4 | 3.8 | 3.8 | 2.7 | 2.7 | 3.0 | 3.8 | 7.4 | 7.4 | 3.5 | 3.9 |
| Nervous System | 30.0 | 29.4 | 50.9 | 50.9 | 44.2 | 44.2 | 49.4 | 46.7 | 63.0 | 63.0 | 49.5 | 47.5 |
| Psychobiologic Function | 8.8 | 9.0 | 11.3 | 11.3 | 6.8 | 6.8 | 5.6 | 7.6 | 13.0 | 13.0 | 7.4 | 8.3 |
| Respiratory System | 6.5 | 6.3 | 17.0 | 17.0 | 3.4 | 3.4 | 11.3 | 9.7 | 22.2 | 22.2 | 10.7 | 9.9 |
| Skin and Appendages | 9.4 | 9.0 | 13.2 | 13.2 | 5.4 | 5.4 | 11.7 | 11.1 | 13.0 | 13.0 | 10.1 | 9.9 |
| Urogenital System | 4.6 | 4.0 | 3.8 | 3.8 | 4.8 | 4.8 | 3.9 | 3.1 | 7.4 | 7.4 | 4.5 | 4.1 |
| Special Senses | 6.2 | 6.1 | 22.6 | 22.6 | 8.8 | 8.8 | 15.2 | 14.2 | 11.1 | 11.1 | 13.6 | 13.3 |
| Laboratory Deviations | 3.3 | 3.2 | 3.8 | 3.8 | 9.5 | 9.5 | 3.5 | 4.2 | 11.1 | 11.1 | 6.2 | 6.3 |
| Total Percent of Patients with an Adverse Event | 56.7 | 56.6 | 86.8 | 86.8 | 68.0 | 68.0 | 75.3 | 73.7 | 90.7 | 90.7 | 76.1 | 75.1 |

[a] Dosages of 600 and 1800 mg/day were used only in US studies, 900 mg/day was used only in non-US studies, and 1200 mg/day was used in both US and non-US studies.

| Body System | Placebo N=378 | Gabapentin Total N=543 |
|---|---|---|
| Psychobiologic Function | 9.0% | 8.3% |

Source: First Safety Update at p. 30, table 8, cited in Expert Report of Dr. Jacobs at 16, Sayler Decl., Ex 8.

# Rates of Depression Reported as an Adverse Event in Neurontin Placebo-Controlled Neuropathy and Epilepsy Clinical Trials

FDA Clinical Review: Treatment Emergent Adverse Events, Neuropathy and Epilepsy Add-on Studies



| | All Neuropathy GPN N=820 | Neuropathy Placebo N=537 | Epilepsy GPN N=543 | Epilepsy Placebo N=378 |
|---|---|---|---|---|
| Depression | 1.3% | 2.2% | 1.8% | 1.1% |

Combined Studies

| | Neurontin N=1363 | Placebo N=915 |
|---|---|---|
| Depression | 1.5% | 1.7% |

Source: FDA's Clinical Review at p. 77, Table 7.20 (May 24, 2002), cited in Expert Report of Dr. Jacobs at 16, Sayler Decl., Ex. 8.