Exhibit D

(Kruszewski Cross-Examination)

Stefan P. Kruszewski, M.D.
133 Linglestown Road
Harrisburg, Pennsylvania 17110

- 1 -

## Gabapentin: Mechanism of Mood-altering Action

### Introduction

This report is limited to gabapentin's capacity to cause negative mood alteration in susceptible people. I have analyzed from ingestion through excretion the various sites of action where gabapentin exerts chemical changes in the body, how the body affects gabapentin (generally understood as *pharmacokinetics*), and how gabapentin affects the body (generally understood as *pharmacodynamics*.) It is my opinion, based upon a reasonable degree of medical certainty, that gabapentin produces GABAergic effects on neurotransmitters. It is my opinion, based upon a reasonable degree of medical certainty that gabapentin impairs glutaminergic neurotransmitter systems. It is further my opinion that gabapentin's net effect on these neurotransmitter systems results in self-injurious behavior, including attempted and completed suicide, in a susceptible minority of consumers.

In formulating this opinion, I have relied upon my education, training and experience as a physician certified by the American Board of Psychiatry and Neurology, general reference works in my field of psychiatric expertise as well as other scientific and medical disciplines, and upon a substantial body of literature (see attached references), that contains, to the best of my knowledge, scientific evidence that I specifically considered in reaching my opinions. The reference list also includes items I considered, but from which I did not specifically cite or refer; the scientific conclusions corresponding to these items were nonetheless important to my general understanding of the issues related to gabapentin's neurobiologic effects.

I cannot possibly list all of the scientific and medical literature that supports my opinions. Therefore, I reserve the right to supplement my opinions with the appearance of new medical and scientific literature, and as data are brought to my attention that I have not previously reviewed, including the opinions of experts retained on behalf of either party. I believe the opinions herein to be true as they are based upon available data and reasonable scientific and medical principles. I have used the same type of scientific analysis and reasoning herein that I use in my professional work.

## DISCUSSION

### Explaining neurotransmitters

Brain activity is controlled through a complex network of electrical impulses. These electrical impulses, neurons, use chemical messengers called neurotransmitters. A neurotransmitter is a chemical substance that is released at the end of a nerve fiber

# Gabapentin has structural similarity to gamma-Aminobutyric acid (GABA).[1,2,3,4,5]

following the arrival of a nerve impulse may, by moving across the space between the fibers (i.e., the synapse), causes the transfer of the impulse to another nerve fiber.

The neuron sending the message, the pre-synaptic nerve, releases a neurotransmitter into the synapse. The receiving neuron, the post-synaptic nerve, receives the neurotransmitter by means of a receptor or receptor complex specifically designed to accept that particular type of neurotransmitter. This process may be visualized as through the sending neuron releases a key (the neurotransmitter) that fits across the synapse to meet a lock (the receptor of the receiving neuron) on the other side of the synapse. If the key fits the lock, it will "turn" and produce a biological effect on the receiving neuron. Each neuron can transmit or receive a message via an ...

Neurotransmitters affect inhibitory (producing stimulatory effects, including the ability to increase the likelihood of agitation, aggression, psychosis, and homicidal behavior).

GABA (gamma-Aminobutyric acid) is the brain's primary inhibitory neurotransmitter. When GABA is stimulated, it has an inhibitory effect on the transmission of other neurotransmitters, particularly monoamine neurotransmitters, such as norepinephrine (NE), serotonin (5-HT) and dopamine (DA). When GABA is stimulated, its inhibitory effect depresses the activity of neurons, including neurons elsewhere in the ventral nervous system.

Glutamate (Glu), is the ... glutamate activity has ... particularly neuroactive ...

Gabapentin has G...

A chemical is considered GABAergic when it effects changes in GABA levels. There are multiple ways in which GABA levels can be affected, including but not limited to the following: increasing GABA synthesis, reducing GABA degradation (metabolically); acting as a GABA agonist; inhibiting GABA uptake; or inhibiting GABA degradation.

In carefully designed studies with appropriate attention to standardized controls, efforts to describe and localize gabapentin's central nervous system (CNS) activity have repeatedly confirmed gabapentin's GABAergic effects. Gabapentin's GABAergic effects have been demonstrated in animal studies, ... in vivo studies (using human, through), auto radiographic/imaging studies; and in vitro studies (artificial environment outside living organism).

Gabapentin has structural similarity to gamma-Aminobutyric acid (GABA). ... this similarity as a GABA analogue and the important role that pro-GABAergic transmission plays in the action of anticonvulsant drugs, that gabapentin is presumed to ...

[2] Lloyd KG, Morselli PL, Depoortere H, et al. (1983) The Potential Use of GABA Agonists in Psychiatric Disorders: Evidence from Studies with Progabide in Animal Models and Clinical Trials. *Pharmacology Biochemistry & Behavior.* 18: 957-966.

effect on glutamatergic neurotransmission. The consequence of gabapentin's net effect is that the gabapentin decreases cortical excitability (enhancing GABAergic systems and/or inhibiting glutamatergic systems) and/or decreases the availability of serotonin and norepinephrine neurotransmitters. This net effect has been repeatedly shown in peer reviewed literature to affect mood and mood-related behaviors. Gabapentin's adverse effects upon mood and mood related behaviors have the capacity to cause, *inter alia*, dysphoria, sadness, depression, abnormal thinking, depersonalization, irritability, agitation, aggression, suicidal behavior and completed suicides.

[1] Taylor CP, Drug (2003) Neurontin® (Gabapentin) Capsules Neurontin® (Gabapentin) Tablets. Neurontin® (Gabapentin) Oral Solution. Leo Marino, Senior Ed. PDR: 58th Edition. 2004: Physicians' Desk Reference. Thompson PDR. Montvale, NJ, 2004: 2559.

[2] Lloyd KG, Morselli PL, Depoortere H, et al. (1983) The Potential Use of GABA Agonists in Psychiatric Disorders: Evidence from Studies with Progabide in Animal Models and Clinical Trials. Pharmacology Biochemistry & Behavior. 18: 957-966.

[3] NACTK, Bertrand S, Sullivan R, et al. (2001) γ-Aminobutyric Acid Type B Receptors with Specific Intracellular Composition and Postsynaptic Action in Hippocampal Neurons are Targets of ...

[4] Petroff OA, ... (2001) The anticonvulsant/antihyperalgesic Agent Gabapentin Increases Brain ... Gabapentin Acid Type B Receptors Negatively Coupled to Voltage-dependent Calcium Channels. The Journal of Pharmacology and Experimental Therapeutics. 298(1): 15-24.

[5] Prinz L, Duncan D, Oakes K. 2001) Drugs in Clinical Development for Epilepsy. March 2001 DGKD ... , ... as referenced in Brown TA, Stoudemire A. (1998) Psychiatric Side Effects of Prescription and Over-the-Counter Medications: Recognition and Management. American Psychiatric Press, Washington, DC, ...

[6] Cooper JR, Duncan TR, Roth RH. (1982) The Biochemical Basis of Neuropharmacology. Fifth Edition. Oxford University Press. New York, NY. 131; 138-140; 316.



Pharmacol Biochem Behav, Vol. 18, pp. 957-966, 1983. ° Ankho International. Printed in the U.S.A.

# The Potential Use of GABA Agonists in Psychiatric Disorders: Evidence from Studies with Progabide in Animal Models and Clinical Trials[1]

K. G. LLOYD, P. L. MORSELLI, H. DEPOORTERE, V. FOURNIER, B. ZIVKOVIC, B. SCATTON, C. BROEKKAMP, P. WORMS AND O. BARTHOLINI

Research Department, Synthélabo-L.E.R.S., 58 rue de la Glacière, 75013—Paris, France

Received 22 November 1982

LLOYD, K. G., P. L. MORSELLI, H. DEPOORTERE, V. FOURNIER, B. ZIVKOVIC, B. SCATTON, C. BROEKKAMP, P. WORMS AND O. BARTHOLINI. *The potential use of GABA agonists in psychiatric disorders: evidence from studies with progabide in animal models and clinical trials.* PHARMACOL BIOCHEM BEHAV 18(5) 957-966, 1983.—The reason that progabide may prove to be a useful psychotherapeutic agent is reviewed. A trial of the central inhibitory neurotransmitter gamma-aminobutyric acid (GABA), figures in all areas of neurological disorders including different regions of the central nervous system. However, its involvement in disease states...

Animal model    Progabide    GABA agonists

THE central inhibitory neurotransmitter gamma-aminobutyric acid (GABA) appears to be involved in a number of neurological disorders...

at least one GABA agonist drug (progabide, DL, 41, 42), with clinical potential, it is deemed to be an appropriate GABA agonist (15)...

[1] Portions of these data were presented at the III World Congress of Biological Psychiatry, Stockholm, 1981.

Pharmacol Biochem Behav
Pharmacology Biochemistry & Behavior, Vol. 18, pp. 957-966, 1983 ° Printed in the U.S.A.
(?)

EXHIBIT
5

# The Potential Use of GABA Agonists in Psychiatric Disorders:

# Evidence from Studies with Progabide in Animal Models and Clinical Trials[1]

K. G. LLOYD, P. L. MORSELLI, H. DEPOORTERE, V. FOURNIER,
B. ZIVKOVIC, B. SCATTON, C. BROEKKAMP, P. WORMS AND G. BARTHOLINI

Research Department, Synthélabo-L.E.R.S., 58 rue de la Glacière, 75013—Paris, France

Received 22 November 1983

LLOYD, K. G., P. L. MORSELLI, H. DEPOORTERE, V. FOURNIER, B. ZIVKOVIC, B. SCATTON, C. BROEK-
KAMP, P. WORMS AND G. BARTHOLINI. *The potential use of GABA agonists in psychiatric disorders: Evidence from
animal models and clinical trials with progabide.* PHARMACOL BIOCHEM BEHAV 18(6) 957–966, 1983.—
Progabide, a true γ-aminobutyric acid (GABA) agonist, is of interest in the GABA receptors, has been usable in a number of
psychiatric diseases and for assessing their biochemical features that would result ...
[abstract text partly illegible]

THE central inhibitory neurotransmitter γ-amino-acid that one GABA agonist drug (progabide, [?], H. H., SER,
butyric acid (GABA) has been found in all areas of    THIS [article]published[?] [20] another GABA

... limbic dopamine neurons. In these various clinical trials a definite improvement of affect and mood was noted in those patients receiving progabide. In clinical trials in depressed patients progabide produces a significant reduction in depressive symptoms, an action similar to that of imipramine both for the global clinical rating and the HRSD. This antidepressant activity is reflected by the action of progabide in behavioural models of depression such as olfactory bulbectomy, learned helplessness and the sleep-wake cycle.

*Portions of these data were presented at the III World Congress of Biological Psychiatry, Stockholm, 1981.*

-19-

effect on glutamatergic neurotransmission. The consequence of gabapentin's net effect is that gabapentin decreases cortical excitability (enhancing GABAergic systems and/or inhibiting glutaminergic systems) and/or decreases the availability of serotonin, and norepinephrine neurotransmitters. This net effect has been repeatedly shown in peer reviewed literature to affect mood and mood-related behaviors. Gabapentin's adverse effects upon mood and mood-related behaviors have the capacity to cause, *inter alia*, dysphoria, sadness, depression, abnormal thinking, depersonalization, irritability, agitation, aggression, suicidal behavior and completed suicides.

Stefan P. Kruszewski, M.D.

---

Gabapentin has structural similarity to gamma-Aminobutyric acid (GABA)[1,2,3,4]. It is this sensitivity as a GABA analogue and the important role that pro-GABAergic transmission plays in the action of anticonvulsant drugs that gabapentin is presumed to act via an enhancement of GABAergic transmission[5,6,7,8]. The end result is that gabapentin's effects are GABAergic[9,10]. In fact, according to documents available only for internal Pfizer use (March 5, 2001), gabapentin's mechanism of action was reported to be GABAergic, specifically as a GABA receptor agonist.[9]

3 Ng GYK, Bertrand S, Sullivan R, et al. (2001) γ-Aminobutyric Acid Type B Receptors with Specific Heterodimer Composition and Postsynaptic Actions in Hippocampal Neurons Are Targets of Anticonvulsant Gabapentin Action. *Molecular Pharmacology*; 59(1): 144-152.