SEP. 6. 2005  3:47AM    DMC NE000GAN 442 559 5498



Pergamon

Neuropharmacology 41 (2001) 965–975

www.elsevier.com/locate/neuropharm

# Gabapentin is not a GABA_B receptor agonist

Christophe Lanneau [a], Andrew Green [a], Warren D. Hirst [a], Alan Wise [b], Jon T. Brown [a], Emmanuelle Donnier [a], Kelly J. Charles [a], Martyn Wood [c], Cecil H. Davies [a], Menelas N. Pangalos [a,*]

[a] Neurology Centre of Excellence for Drug Discovery, GlaxoSmithKline, New Frontiers Science Park North, Third Avenue, Harlow, Essex, CM19 5AW, UK
[b] Systems Research, Discovery Research, GlaxoSmithKline, Medicines Research Centre, Gunnels Wood Road, Stevenage, Hertfordshire, UK
[c] Respiratory Centre of Excellence for Drug Discovery, GlaxoSmithKline, New Frontiers Science Park North, Third Avenue, Harlow, Essex, UK

Received 11 June 2001; received in revised form 24 August 2001; accepted 29 August 2001

## Abstract

Recent experiments have demonstrated that formation of functional type B gamma-aminobutyric acid (GABA_B) receptors requires co-expression of two receptor subunits, GABA_B1 and GABA_B2. Despite the identification of these subunits and a number of associated splice variants, there has been little convincing evidence of pharmacological diversity between GABA_B receptors comprising different subunit combinations. However, Ng et al. (Mol. Pharmacol. 59 (2001) 144) have recently suggested a novel and important pharmacological difference between GABA_B receptor heterodimers comprising the GABA_B1a and GABA_B2 receptor subunits. This study suggested that the antiepileptic GABA analogue gabapentin (Neurontin) is an agonist at GABA_B receptors expressing the GABA_B1a, but not the GABA_B1b receptor subunit. The importance of this finding with respect to identifying novel GABA_B receptor subunit specific agonists prompted us to repeat these experiments as well as simplicity studies at recombinant GABA_B heterodimers expressing either GABA_B1a or GABA_B1b receptor subunits in combination with GABA_B2 receptor subunits. In addition, in both CA1 and CA3 pyramidal neurones from rodent hippocampal slices we were unable to demonstrate any agonist-like effects of gabapentin at either pre- or post-synaptic GABA_B receptors. In contrast, gabapentin activated a GABA_B receptor agonist led either a GABA_B receptor subunit selective agonist. Our data suggest that gabapentin is not a GABA_B-receptor agonist nor does it alter a GABA_B receptor subunit selective agonist. © 2001 Published by Elsevier Science Ltd.

Keywords: Gabapentin; GABA_B receptor; GABA_B1a; GABA_B2; Hippocampus

## 1. Introduction

Type B gamma-aminobutyric acid (GABA_B) receptors are present at pre- and post-synaptic loci throughout the central nervous system, where they inhibit adenylate cyclase activity, cause post-synaptic hyperpolarisation and inhibit neurotransmitter release (for review see Bowery, 1993; Chocrane et al., 2000; Billinton et al., 2001). The recent cloning of two GABA_B receptor subunits, termed GABA_B1 and GABA_B2, which form functional receptors

* Corresponding author. Tel.: +44-1279-622975; fax: +44-1279-622230.
E-mail address: menelas.n.pangalos@gsk.com (M.N. Pangalos).

0028-3908/01/$ - see front matter © 2001 Published by Elsevier Science Ltd.
PII: S0028-3908(01)00140-X

by heterodimerisation has raised the possibility that differences in GABA_B receptor subunit composition may give rise to pharmacologically distinct receptor subtypes (Kaupmann et al., 1998a, 1998b, 1999; White et al., 1998; Jones et al., 1998; Kuner et al., 1999). A further source of pharmacological diversity may also arise from splice variants of these GABA_B receptor subunits.

Two splice variants of the GABA_B1 subunit were originally described, termed GABA_B1a and GABA_B1b, which differ in the extreme amino terminal domain (Kaupmann et al., 1997). Thus, the GABA_B1a receptor subunit contains an extra sequence of 150 residues which encode two Sushi domains (Hawrot et al., 1998). Additional splice variants have now been described such as the human GABA_B1c receptor subunit which lacks 62 res-

NEURO
PHARMACOLOGY

www.elsevier.com/locate/neuropharm

# Gabapentin is not a GABA$_B$ receptor agonist

Christophe Lanneau[a], Andrew Green[a], Warren D Hirst[a], Alan Wise[b], Jon T. Brown[c], Emmanuelle Donnier[a], Kelly J. Charles[a], Martyn Wood[a], Ceri H. Davies[c], Menelas N. Pangalos[a,*]

[a] Neurology Centre of Excellence for Drug Discovery, GlaxoSmithKline, New Frontiers Science Park North, Third Avenue, Harlow, Essex CM19 5AW, UK
[b] Systems Research, Discovery Research, GlaxoSmithKline, Medicines Research Centre, Gunnels Wood Road, Stevenage, Hertfordshire, UK
[c] Neurology Centre of Excellence for Drug Discovery, GlaxoSmithKline, New Frontiers Science Park North, Third Avenue, Harlow, Essex

Received 11 June 2001; received in revised form 24 August 2001; accepted 29 August 2001

## Abstract

Recent arguments have demonstrated that formation of functional type B gamma-aminobutyric acid (GABA$_B$) receptors requires the co-expression of two receptor subunits, GABA$_{B1}$ and GABA$_{B2}$. Despite the identification of these subunits and a number of associated splice variants, there have been little convincing evidence of pharmacological diversity between GABA$_B$ receptor complexes comprising different subunit combinations. However, Ng et al. [Mol. Pharmacol., 59 (2000) 144] have recently suggested a novel and important pharmacological difference between GABA$_B$ receptor heterodimers expressing the GABA$_{B1a}$ and GABA$_{B1b}$ receptor subunits. This study suggested that the antiepileptic GABA analogue gabapentin (Neurontin) is an agonist at GABA$_B$ receptors expressing the GABA$_{B1a}$, but not the GABA$_{B1b}$ receptor subunit. The importance of this finding with respect to identifying novel GABA$_B$ receptor subunit specific agonists prompted us to repeat these experiments in our own [$^{35}$S]-GTPγS binding and second messenger assay systems. Here we report that gabapentin was completely inactive at recombinant GABA$_B$ heterodimers expressing either GABA$_{B1a}$ or GABA$_{B1b}$ receptor subunits in combination with GABA$_{B2}$ receptor subunits. In addition, in both CA1 and CA3 pyramidal neurones from rodent hippocampal slices we were unable to demonstrate any agonist-like effects of gabapentin at either pre- or post-synaptic GABA$_B$ receptors. In contrast, gabapentin activated a GABA$_A$ receptor mediated chloride conductance. Our data suggest that gabapentin is not a GABA$_B$-receptor agonist, let alone a GABA$_B$ receptor subunit selective agonist. © 2001 Published

0026-895X/02/6106-1377-1384$3.00
MOLECULAR PHARMACOLOGY
Copyright © 2002 The American Society for Pharmacology and Experimental Therapeutics
Mol Pharmacol 61:1377–1384, 2002
Vol. 61, No. 6
1789/979511
Printed in U.S.A.

# The Anticonvulsant Gabapentin (Neurontin) Does Not Act through γ-Aminobutyric Acid-B Receptors

ANDERS A. JENSEN, JOHANNES MOSBACHER, SUSANNE ELG, KURT LINGENHOEHL, TANIA LOHMANN, TOMMY N. JOHANSEN, BJARKE ABRAHAMSEN, JAN P. MATTSSON, ANDERS LEHMANN, BERNHARD BETTLER,* and HANS BRÄUNER-OSBORNE

NeuroScience PharmaBiotec Research Centre, Department of Medicinal Chemistry, the Royal Danish School of Pharmacy, Copenhagen, Denmark (A.A.J., T.N.J., B.A., H.B.-O.); Novartis Pharma AG, Transfusion Area Nervous System, Basel, Switzerland (J.M., K.L., T.L., B.B.); AstraZeneca R&D Mölndal, Cell Biology & Biochemistry (S.E., J.P.M.) and Gastrointestinal Biology, Integrative Pharmacology (A.L.), Mölndal, Sweden; and Departamento de Fisiología e Bioquímica, Instituto de Ciências Biomédicas, USP, São Paulo, Brazil (T.L.)

Received October 12, 2001; accepted March 13, 2002    This article is available online at http://molpharm.aspetjournals.org



## ABSTRACT

The actions of the anticonvulsant gabapentin [1-(aminomethyl)-cyclohexaneacetic acid, Neurontin] have been somewhat enigmatic until recently, when it was claimed to be a γ-aminobutyric acid-B (GABA$_B$) receptor agonist acting exclusively at a heterodimeric complex containing the GABA$_{B(1a)}$ splice variant (Mol Pharmacol 2001;59:144–152). In this study, we have investigated the effects of gabapentin on recombinant GABA$_{B(1a,2)}$ and GABA$_{B(1b,2)}$ receptors coexpressed with GABA$_{B2}$ in five different functional recombinant assays, its ability to inhibit [$^3$H]GABA binding to a GABA$_B$ receptor-selective binding assay using rat synaptic membranes, and its ability to inhibit transient lower esophageal sphincter relaxations in Labrador retriever dogs. Up to a concentration of 1 mM, gabapentin displayed no agonistic effects on either the GABA$_{B(1a,2)}$ or the GABA$_{B(1b,2)}$ heterodimer, when these were expressed in Xenopus laevis oocytes or mammalian cells and assayed by means of electrophysiology, calcium mobilization, inositol phosphate, and rubidium efflux assays. Gabapentin did not displace [$^3$H]GABA from GABA$_B$ receptor sites in rat synaptic membranes. Finally, in contrast to the classic GABA$_B$ receptor agonist baclofen, gabapentin was unable to inhibit transient lower esophageal sphincter relaxations in dogs. Because of high levels of GABA$_{B(1a)}$ in the canine nodose ganglia, this finding indirectly supports the inactivity of gabapentin on the GABA$_{B(1a)}$ heterodimer demonstrated in various in vitro assays. In light of these results, we find it highly questionable that gabapentin is a GABA$_B$ receptor agonist. Hence, the anticonvulsive effects of the compound have to arise from GABA$_B$ receptor-independent mechanisms. This also implies that the first GABA$_B$ receptor splice variant-selective ligand remains to be discovered.

γ-Aminobutyric acid (GABA) is the major inhibitory neurotransmitter in the central nervous system, where it exerts its effect through the ionotropic GABA$_A$ receptors and the metabotropic GABA$_B$ receptors. The GABA$_A$ receptors belong to the family C of the G-protein-coupled receptor superfamily (Mohler and Fritschy, 1999; Marshall et al., 2000). Two receptors, GABA$_{B(1)}$ and GABA$_{B(2)}$ have recently been cloned, and several splice variants of both receptors have been identified (Kaupmann et al., 1997, 1998; Jones et al., 1998; White et al., 1998; Pfaff et al., 1999; Billinton et al., 2001). GABA$_{B(1)}$ and GABA$_{B(2)}$ form heterodimers (Jones et al.,

1998; Kaupmann et al., 1998; White et al., 1998). Close knockout studies have shown that GABA$_{B(1)}$ is a necessary part for virtually all central GABA$_B$ receptors (Prosser et al., 2001; Schuler et al., 2001). The majority of the GABA$_B$ heterodimer complexes are either of a GABA$_{B(1a,2)}$ or a GABA$_{B(1b,2)}$ composition, and the two GABA$_{B(1)}$ splice variants differ in their expression pattern and their pre- and postsynaptic localization (Kaupmann et al., 1997; Benke et al., 1999; Pozhalkolil et al., 1999; Fritschi et al., 1999; Prosser et al., 2001; Schuler et al., 2001).

Agonist binding to the GABA$_{B(1a,2)}$ heterodimer has been demonstrated to take place in the amino-terminal domain of the GABA$_{B(1)}$ subunit (Galvez et al., 1999, 2000; Malitschek et al., 1999). The major part of this region shares a weak amino acid sequence similarity with a family of bacterial amino acid binding proteins, as is the case for other family C postsynaptic receptor proteins, AEBSF, (1,4-D)-amino-BolenaroxyRisoxazolsuccinic acid, (1α)-2-piperidine carboxylate tetrahydropyrimidine, fluorescent calcium probe (FLP), fluorescence polarization (FPOL), 4- and Neurontin; GABAergic, γ-aminobutyric acid; WT, wilis-type; TLESR, transient lower esophageal sphincter relaxation; AEBSF, 2-(4-amino-ethyl)benzenesulfonyl fluoride; Ca$^{2+}$; [Ca$^{2+}$]$_i$; intracellular calcium concentration; FLP, fluorescent calcium probe; HEK, human embryonic kidney; PI, inositol phosphate; TC, Tris-Callamic; HPLC, high-performance liquid chromatography; DOPAOX, (3-[(3,4-dichlorophenyl)methylamino]-3-hydroxy-propyl)(phenylmethyl)phosphinic acid.

> In conclusion, we have been unable to find agonistic effects of gabapentin on recombinant and native $GABA_B$ receptors, as shown by Ng and coworkers (Bertrand et al., 2001; Ng et al., 2001). Gabapentin originating from three different