38

[Page 259]

As No. 23.)

BY MR. HOOPER:

Q. Dr. Kruszewski, let me show you what's been marked as Exhibit 23 and ask you to confirm that that document is a comprehensive bibliography of materials that you reviewed in connection with your work in

A. Yes, that appears —

Q. — is the Bates-numbered comprehensive

A. Yes.

Q. Who prepared

A. I did.

Q. And — last question. Section of your report discusses gabapentinergic effects of gabapentin that you believe exist. Correct?

A. That's correct.

Q. As we sit here today, can you cite for me any study that states any conclusion about a relationship between glutaminergic effects of gabapentin and suicide?

A. Not as I sit here today, no.

MR. HOOPER: That's all for today. We'll come back tomorrow.

VIDEO SPECIALIST: Thank you. That concludes the video. The time is

-18-

Another analogy of pro-depressant effects can be drawn with the anti-hypertensive reserpine. It is well established in peer reviewed literature that reserpine is a drug that interferes with monoaminergic function. Drugs, like reserpine, that decrease serotonergic and noradrenergic activity significantly increase the risk of depression and suicide. Brown and Stoudemire wrote in 1998 that depression is the most feared psychiatric side-effect of reserpine. Thus pathophysiology, i.e. reserpine-induced depression and suicide,

My opinions are supported in the recent research report by Collins and McFarland. Collins and McFarland recognized an increased risk of completed suicide in those patients exposed to gabapentin as compared to lithium. They evaluated "12,662 Oregon Medicaid patients diagnosed with bipolar disorder and treated with medication between 1998 and 2003. Outcomes measures were completed suicide and emergency department visits for suicide attempts…. The objective was to compare rates of completed suicide and suicide attempts among those Medicaid patients using lithium, divalproex, and/or other anticonvulsant medications, with emphasis on the initial (or index) episode of medication use during the study period." The authors used a 'hazard ratio' to summarize their findings, and the ratio for gabapentin with respect to completed suicides was 2.6 times greater than that of their control, the lithium-medicated group.[126]

Summary

In summary, within a reasonable degree of medical and psychiatric certainty, gabapentin has repeatedly been shown in the peer reviewed literature to demonstrate GABAergic effects. Gabapentin repeatedly has been shown to exert GABAergic effects in specific parts of the brain resulting in unpredictable combinations of excitation and inhibition which has the capacity to cause the emergence of violent and self destructive behavior. Repeatedly, gabapentin's actions have been shown in peer reviewed literature to alter glutaminergic function, including the demonstration that gabapentin has a depressant

K05-018



ARTICLE IN PRESS

JAD-01607; No of Pages 5

ELSEVIER

Journal of Affective Disorders xx (2007) xxx–xxx

JOURNAL OF AFFECTIVE DISORDERS

www.elsevier.com/locate/jad

Research report

# Divalproex, lithium and suicide among Medicaid patients with bipolar disorder

Jon C. Collins [a,b], Bentson H. McFarland [a,*]

[a] *Department of Psychiatry, CR-139, Oregon Health & Science University, Portland, Oregon 97239, United States*
[b] *Addictions and Mental Health Division, Department of Human Services, State of Oregon, Salem, Oregon 97301, United States*

Received 25 October 2006; received in revised form 1 June 2007; accepted 11 July 2007

**Abstract**

*Background:* Suicide completion and attempted suicide are major concerns for people with bipolar disorder. Studies in the private sector have suggested that lithium treatment may be superior to divalproex therapy with regard to minimizing suicidal behavior among individuals with bipolar disorder. However, few data are available regarding Medicaid patients diagnosed with bipolar disorder.
*Methods:* Subjects were 12,662 Oregon Medicaid patients diagnosed with bipolar disorder and treated with medication between 1998 and 2003. Outcomes measures were completed suicide and emergency department visits for suicide attempts (including non-fatal poisoning). Cox proportional hazards models were used to adjust for demographics, co-morbidity, and concurrent psychotropic medication use.
*Results:* Divalproex was the most common mood stabilizer (used by 33% of subjects) followed by gabapentin (32%), lithium (25%), and carbamazepine (3%). There were 11 suicide deaths and 79 attempts. Adjusted hazard ratios (versus lithium users) for suicide attempts were 2.7 for divalproex users ($p<0.001$), 1.6 for gabapentin users (not significant) and 2.8 for carbamazepine users (not significant). For suicide deaths, the adjusted hazard ratios were 1.5 for divalproex users (not significant), 2.6 for gabapentin users ($p<0.001$), and not available for carbamazepine users.
*Limitations:* It should be noted that subjects were not assigned at random to medication use, data on prior suicide attempts were not available, medication use was measured by automated pharmacy records, and duration of mood stabilizer utilization may have been brief.
*Conclusions:* Lithium may have a protective effect with regard to suicide attempts among Medicaid patients with bipolar disorder. It remains unclear whether or not lithium protects these patients against completed suicide.
© 2007 Elsevier B.V. All rights reserved.

*Keywords:* Mood stabilizer; Valproic acid; Carbamazepine; Gabapentin; Community mental health; Anticonvulsant; Antiepileptic

## 1. Introduction

Completed suicide and attempted suicide are major concerns for people with bipolar disorder (Baldessarini et al., 2006; Baldessarini and Tondo, 2003; Goodwin, 1999; Müller-Oerlinghausen et al., 2002). In the absence

* Corresponding author. Tel.: +1 503 245 6559; fax: +1 503 494 1209.
*E-mail address:* mcfarlab@ohsu.edu (B.H. McFarland).

0165-0327/$ - see front matter © 2007 Elsevier B.V. All rights reserved.
doi:10.1016/j.jad.2007.07.014

Please cite this article as: Collins, J.C., McFarland, B.H. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. J. Affect. Disord. (2007), doi:10.1016/j.jad.2007.07.014

+ MODEL

JAD-10607; No of Pages 6

ARTICLE IN PRESS

ELSEVIER

JOURNAL OF AFFECTIVE DISORDERS

Journal of Affective Disorders xx (2007) xxx–xxx

www.elsevier.com/locate/jad

Research report

# Divalproex, lithium and suicide among Medicaid patients with bipolar disorder

Jon C. Collins [a,b], Bentson H. McFarland [a,*]

[a] *Department of Psychiatry, CR-J39, Oregon Health & Science University, Portland, Oregon 97239, United States*
[b] *Addictions and Mental Health Division, Department of Human Services, State of Oregon, Salem, Oregon 97301, United States*

Received 25 October 2006; received in revised form 1 June 2007; accepted 11 July 2007

## Abstract

*Background:* Suicide completion and attempted suicide are major concerns for people with bipolar disorder. Studies in the private sector have suggested that lithium treatment may be superior to divalproex therapy with regard to minimizing suicidal behavior among individuals with bipolar disorder. However, few data are available regarding Medicaid patients diagnosed with bipolar disorder.
*Methods:* Subjects were 12,662 Oregon Medicaid patients diagnosed with bipolar disorder and treated with medication between 1998 and 2003. Outcomes measures were completed suicide and emergency department visits for suicide attempts (including non-fatal poisoning). Cox proportional hazards models were used to adjust for demographics, co-morbidity, and concurrent psychotropic medication use.

## 1. Introduction

Completed suicide and attempted suicide are major concerns for people with bipolar disorder (Baldessarini et al., 2006; Baldessarini and Tondo, 2003; Goodwin, 1999; Müller-Oerlinghausen et al., 2002). In the absence

* Corresponding author. Tel.: +1 503 345 6550; fax: +1 503 494 1209.
E-mail address: mcfarlab@ohsu.edu (B.H. McFarland).

0165-0327/$ - see front matter © 2007 Elsevier B.V. All rights reserved.
doi:10.1016/j.jad.2007.07.014

Please cite this article as: Collins, J.C., McFarland, B.H. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder, J. Affect. Disord. (2007), doi:10.1016/j.jad.2007.07.014

+ MODEL

JAD-01697; No of Pages 6

ARTICLE IN PRESS

ELSEVIER

JOURNAL OF
AFFECTIVE
DISORDERS

Journal of Affective Disorders xx (2007) xxx–xxx

www.elsevier.com/locate/jad

Research report

# Divalproex, lithium and suicide among Medicaid patients with bipolar disorder

Jon C. Collins [a,b], Bentson H. McFarland [a,*]

[a] *Department of Psychiatry, CR-139, Oregon Health & Science University, Portland, Oregon 97239, United States*
[b] *Addictions and Mental Health Division, Department of Human Services, State of Oregon, Salem, Oregon 97301, United States*

Received 25 October 2006; received in revised form 1 June 2007; accepted 11 July 2007

**Abstract**

*Background:* Suicide completion and attempted suicide are major concerns for people with bipolar disorder. Studies in the private sector have suggested that lithium treatment may be superior to divalproex therapy with regard to minimizing suicidal behavior among individuals with bipolar disorder. However, few data are available regarding Medicaid patients diagnosed with bipolar disorder.

*Methods:* Subjects were 12,662 Oregon Medicaid patients diagnosed with bipolar disorder and treated with medication between 1998 and 2003. Outcomes measures were completed suicide and emergency department visits for suicide attempts (including non-fatal poisoning). Cox proportional hazards models were used to adjust for demographics, co-morbidity, and concurrent psychotropic medication use.

*Results:* Divalproex was the most common mood stabilizer used by 35% of subjects, followed by gabapentin (32%), lithium (25%), and carbamazepine (3%). There were 11 suicide deaths and 79 attempts. Adjusted hazard ratios (versus lithium users) for

* Corresponding author. Tel.: +1 503 345 6559; fax: +1 503 494 1209.
E-mail address: mcfarlab@ohsu.edu (B.H. McFarland).

0165-0327/$ - see front matter © 2007 Elsevier B.V. All rights reserved.
doi:10.1016/j.jad.2007.07.014

Please cite this article as: Collins, J.C., McFarland, B.H. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. J Affect Disord (2007), doi:10.1016/j.jad.2007.07.014

## 1. Introduction

Completed suicide and attempted suicide are major concerns for people with bipolar disorder (Baldessarini et al., 2006; Baldessarini and Tondo, 2003; Goodwin, 1999; Müller-Oerlinghausen et al., 2002). In the absence

---

*Methods:* Subjects were 12,662 Oregon Medicaid patients diagnosed with bipolar disorder and treated with medication between 1998 and 2003. Outcomes measures were completed suicide and emergency department visits for suicide attempts (including non-fatal poisoning). Cox proportional hazards models were used to adjust for demographics, co-morbidity, and concurrent psychotropic medication use.