43

ARTICLE IN PRESS

JAD-03697; No of Pages 6

ELSEVIER

JOURNAL OF AFFECTIVE DISORDERS

Journal of Affective Disorders xx (2007) xxx–xxx

www.elsevier.com/locate/jad

Research report

# Divalproex, lithium and suicide among Medicaid patients with bipolar disorder

Jon C. Collins [a,b], Bentson H. McFarland [a,*]

[a] *Department of Psychiatry, CR-130, Oregon Health & Science University, Portland, Oregon 97239, United States*
[b] *Addictions and Mental Health Division, Department of Human Services, State of Oregon, Salem, Oregon 97301, United States*

Received 25 October 2006; received in revised form 1 June 2007; accepted 11 July 2007

**Abstract**

*Background:* Suicide completion and attempted suicide are major concerns for people with bipolar disorder. Studies in the private sector have suggested that lithium treatment may be superior to divalproex therapy with regard to minimizing suicidal behavior among individuals with bipolar disorder. However, few data are available regarding Medicaid patients diagnosed with bipolar disorder.

*Methods:* Subjects were 12,662 Oregon Medicaid patients diagnosed with bipolar disorder and treated with medication between 1998 and 2003. Outcomes measures were completed suicide and emergency department visits for suicide attempts (including non-fatal poisoning). Cox proportional hazards models were used to adjust for demographics, co-morbidity, and concurrent psychotropic medication use.

*Results:* Divalproex was the most common mood stabilizer (used by 33% of subjects) followed by gabapentin (32%), lithium (25%), and carbamazepine (3%). There were 11 suicide deaths and 79 attempts. Adjusted hazard ratios (versus lithium users) for suicide attempts were 2.7 for divalproex users ($p<0.001$), 1.6 for gabapentin users (not significant) and 2.8 for carbamazepine users (not significant). For suicide deaths, the adjusted hazard ratios were 1.5 for divalproex users (not significant), 2.6 for gabapentin users ($p<0.001$), and not available for carbamazepine users.

*Limitations:* It should be noted that subjects were not assigned at random to medication use, data on prior suicide attempts were not available, medication use was measured by automated pharmacy records, and duration of mood stabilizer utilization may have been

* Corresponding author. Tel.: +1 503 245 6558; fax: +1 503 494 1309.
E-mail address: mcfarlab@ohsu.edu (B.H. McFarland).

concerns for people with bipolar disorder (Baldessarini et al., 2006; Baldessarini and Tondo, 2003; Goodwin, 1999; Müller-Oerlinghausen et al., 2002). In the absence

0165-0327/$ - see front matter © 2007 Elsevier B.V. All rights reserved.
doi:10.1016/j.jad.2007.07.014

Please cite this article as: Collins, J.C., McFarland, B.H. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. J Affect Disord (2007), doi:10.1016/j.jad.2007.07.014

*Results:* Divalproex was the most common mood stabilizer (used by 33% of subjects) followed by gabapentin (32%), lithium (25%), and carbamazepine (3%). There were 11 suicide deaths and 79 attempts. Adjusted hazard ratios (versus lithium users) for suicide attempts were 2.7 for divalproex users ($p<0.001$), 1.6 for gabapentin users (not significant) and 2.8 for carbamazepine users (not significant). For suicide deaths, the adjusted hazard ratios were 1.5 for divalproex users (not significant), 2.6 for gabapentin users ($p<0.001$), and not available for carbamazepine users.

ARTICLE IN PRESS

JAD-03497; No of Pages 6

ELSEVIER

Journal of

Divalproex, lithium and [suicide among Medicaid patients with bipolar disorder]

Jon C. Col[lins]

[a] Department of Psychiatry, CR-139, [...]
[b] Addictions and Mental Health Division, De[...]

Received 25 October 200[7]

Abstract

*Background:* Suicide completion and attempted suicide have suggested that lithium treatment m[ay reduce suicide] among individuals with bipolar disorder. How[ever ...]
*Methods:* Subjects were 12,662 Oregon Medic[aid patients between] 1998 and 2003. Outcomes measures were comp[leted suicide, and] fatal poisoning). Cox proportional hazards [models were used to analyze] psychotropic medication use.
*Results:* Divalproex was the most common m[edication used] (25%), and carbamazepine (3%). There were 1[... completed] suicide attempts were 2.7 for divalproex users [... for lithium] users (not significant). For suicide deaths, th[e relative hazard for] gabapentin users ($p<0.001$), and not available [...]
*Limitations:* It should be noted that subjects wer[e not randomly] available, medication use was measured by auto[mated pharmacy records,] brief.
*Conclusions:* Lithium may have a protective eff[ect ...] It remains unclear whether or not lithium prote[cts ...]
© 2007 Elsevier B.V. All rights reserved.

*Keywords:* Mood stabilizer; Valproate; Valproic acid[; Lithium; Suicide; Bipolar disorder]

* Corresponding author. Tel.: +1 503 245 6550; fax: +1 503 494 1209.
*E-mail address:* mcfarlab@ohsu.edu (B.H. McFarland).

0165-0327/$ - see front matter © 2007 Elsevier B.V. All rights reserved.
doi:10.1016/j.jad.2007.07.014

Please cite this article as: Collins, J.C. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder, J. Affect. Disord. (2007), doi:10.1016/j.jad.2007.07.014

## 1. Introduction

Completed suicide and attempted suicide are major concerns for people with bipolar disorder (Baldessarini et al., 2006; Baldessarini and Tondo, 2003; Goodwin, 1999; Müller-Oerlinghausen et al., 2002). In the absence of treatment, approximately one person per hundred individuals with bipolar disorder completes suicide annually and about four per hundred attempt suicide (Baldessarini et al., 2006). These risks are approximately one hundred-fold higher (completed suicide) and ten-fold greater (suicide attempts) than those for the general population (Baldessarini et al., 2006).

[...between users of lithium versus patients taking anti-epileptic medications (namely, divalproex). Moreover,] there was only one suicide death in the Yerevanian et al. (2003) study (in a patient who was off lithium). It should be noted that both the Goodwin et al. (2003) and the Yerevanian et al. (2003) studies involved persons with bipolar disorder treated in the private sector. Little is known about relationships between medication use and suicidal behavior among individuals with bipolar disorders served chiefly in the public sector. In [...]

[...schizophrenia or other anticonvulsant medication. Subjects were excluded if] there was more than one diagnosis of schizophrenia at any time during the study period or any diagnosis of schizoaffective disorder, dementia, or other cognitive disorder prior to first diagnosis of bipolar disorder.

The outcome measures were completed suicide (or fatal poisoning) and emergency department visits related to suicide attempt (including non-fatal poisoning). Completed suicides and fatal poisonings were identified [...]

ARTICLE IN PRESS

AD-05072; No of Pages 6

ELSEVIER

JOURNAL OF
AFFECTIVE
DISORDERS

Journal of Affective Disorders xx (2007) xxx–xxx

www.elsevier.com/locate/jad

Research report

# Divalproex, lithium and suicide among Medicaid patients with bipolar disorder

Jon C. Collins [a,b], Benson H. McFarland [a,*]

[a] Department of Psychiatry, CR-139, Oregon …
[b] Addictions and Mental Health Division, Dep…

Received 25 October 2006; …

## Abstract

**Background:** Suicide completion and attempted suicide have suggested that lithium treatment may among individuals with bipolar disorder. However disorder.

**Methods:** Subjects were 12,662 Oregon Medicaid 1998 and 2003. Outcome measures were complet… fatal poisoning). Cox proportional hazards me… psychotropic medication use.

**Results:** Divalproex was the most common mood (25%), and carbamazepine (3%). There were 11 s… suicide attempts were 2.7 for divalproex users (p… users (not significant). For suicide deaths, the … gabapentin users (p<0.0001), and not available for Limitations: It should be noted that subjects were s… available, medication use was measured by autom… brief.

**Conclusions:** Lithium may have a protective effec… It remains unclear whether or not lithium protect… © 2007 Elsevier B.V. All rights reserved.

**Keywords:** Mood stabilizer; Valproate; Valproic acid; …

* Corresponding author. Tel.: +1 503 245 6558; fax…
1309.
E-mail address: mcfarlan@ohsu.edu (B.H. McFarlan…

0165-0327/$ - see front matter © 2007 Elsevier B.V. All rights reserved.
doi:10.1016/j.jad.2007.07.014

Please cite this article as: Collins, J.C., McFarland…
J. Affect. Disord. (2007), doi:10.1016/j.jad.2007.07.014

---

J.C. Collins, B.H. McFarland / Journal of Affective Disorders xx (2007) xxx–xxx

of treatment, approximately one person per hundred individuals with bipolar disorder completes suicide annually and about four per hundred attempt suicide (Baldessarini et al., 2006). These risks are approximately one hundred-fold higher (completed suicide) and ten-fold greater (suicide attempts) than those for the general population (Baldessarini et al., 2006).

Although the data are not unequivocal (Coryell et al., 2001; Gelenberg, 2001) there is evidence that lithium may markedly reduce the risk of completed suicide and suicide attempts among individuals with affective conditions such as bipolar disorder (Baldessarini et al., 2006, 2003; Baldessarini and Tondo, 2003; Müller-Oerlinghausen, 2001; Schou, 1999; Tondo et al., 2001). Summarizing numerous studies, Baldessarini et al. (2006) suggested that lithium treatment reduces the risk of completed suicide by roughly nine-fold (to around one death per thousand persons per year) and lowers the risk of suicide attempt about four-fold (to about one attempt per hundred persons per year) among people with affective conditions (chiefly bipolar disorder).

In particular, there are few (if any) data about Medicaid patients with this condition. Yet the joint state/federal Medicaid program is a key health insurer for poor and/or disabled individuals in the United States who have long-lasting mental conditions such as bipolar disorder. For example, the National Comorbidity Survey Replication showed that in the United States from 2001 through 2003 some 26% of individuals with lifetime diagnosis of Type I bipolar disorder were Medicaid patients at the time of the interview versus only 9% of the general population.

In addition, the Goodwin et al. (2003) study included individuals who switched medication (for example from … time under observation so … and divalproex (Goodwin pointed out that switching interpretation of the data. Also, it has been suggested minimum lithium (especially if idly) may be an especially wden, 2000). An alternative study to the initial (or index) ment during the observation 4).

study examined relationships and medication use for Medi… ses of bipolar disorder. The ates of completed suicide and ose Medicaid patients using other anticonvulsant medi… the initial (or index) episode he study period.

from Oregon state Medicaid ses. Inclusion criteria were began Medicaid program, order (either Type I or Type I), and (c) receipt of at least , divalproex, carbamazepine, convulsant medication (e.g., ne). Subjects were excluded if diagnosis of schizophrenia at period or any diagnosis of ementia, or other cognitive osis of bipolar disorder.

were completed suicide (or gency department visits re… cluding non-fatal poisoning). al poisonings were identified

[unreadable text]

## 1. Risk in Untreated Bipolar Disorder:

1 suicide per 100 patients per year = 10 suicides per 1,000 patients per year

$$\frac{1}{100} \times \frac{10}{10} = \frac{10}{1,000}$$

## 2. Protective Effect of Lithium:

sen, 2001; Schou, 1999; Tondo et al., 2001). Summarizing numerous studies, Baldessarini et al. (2006) suggested that lithium treatment reduces the risk of completed suicide by roughly nine-fold (to around one death per thousand persons per year) and lowers the risk of suicide attempt about four-fold (to about one attempt per hundred persons per year) among people with affective conditions (chiefly bipolar disorder).

1 / 1,000 is a "nine-fold" reduction in risk from the 10 / 1,000 untreated risk.

SOURCE: Collins & McFarland 2 (2007) (in press).

48

ARTICLE IN PRESS

*J.C. Collins, B.H. McFarland / Journal of Affective Disorders xx (2008) xxx–xxx*    3

seizure disorder, thyroid disorder, hepatic disorder, renal disease, pancreatitis or other pancreatic disorder, and anxiety disorder) as well as concomitant use of antidepressants, typical antipsychotics and/or atypical anti-

Table 1
Oregon Medicaid patients enrolled in bipolar disorders — 1998 through 2003
[table truncated in image]

quantal dispensing records were linked to construct an episode of treatment exposure. A grace period (fixed as per Wang et al., 2003) of 33 days was employed in situations where the sequence of refills appeared to have been interrupted temporarily.

The data analysis focused on initial episodes of mood stabilizer utilization and the first events (such as suicide attempt) during the study period. In other words, the analysis examined in some detail the subject's first use of mood stabilizer medication during the study time period.

For each subject, potential confounding factors were extracted from state Medicaid claims files and mental health databases and used as covariates in the analysis. Covariates included physical and mental illnesses (sei-

subjects). Lithium was used by 2% of subjects and carbamazepine by 3%. The remaining subjects used other anticonvulsants or combinations of mood stabilizers. Owing to small numbers of subjects using benzodiazepine combinations, data from these individuals were not analyzed. In order to simplify the analysis, individuals using combinations of mood stabilizers were also excluded as per Verbeeten et al. (2005). Therefore, subjects were uniquely assigned to groups who used lithium, divalproex, gabapentin, or carbamazepine, respectively.

Table 2 shows the follow-up periods and the events for each of the medication use groups. There were two suicide deaths among lithium users, two among divalproex users, seven among gabapentin users, and none in the carbamazepine group. Regarding emergency

Table 2
Exposures and events

|                                                          | Lithium | Divalproex | Gabapentin | Carbamazepine | Total |
|----------------------------------------------------------|---------|------------|------------|---------------|-------|
| Total person-years of exposure                           | 2558    | 2214       | 2002       | 242           | 7017  |
| Completed suicides                                       | 2       | 2          | 7          | 0             | 11    |
| Suicide attempts                                         | 15      | 41         | 19         | 4             | 79    |
| Completed suicides per thousand person-years of exposure | 0.78    | 0.90       | 3.50       | 0.00          | 1.57  |
| Suicide attempts per thousand person-years of exposure   | 5.86    | 18.52      | 9.49       | 16.51         | 11.26 |

Please cite this article as: Collins, J.C., McFarland, B.H. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. J Affect Disord (2008), doi:10.1016/j.jad.2008.05.005

Note: Analyses excluded subjects who used lamotrigine, oxcarbazepine, or combinations of mood stabilizers. The medical subjects accounted for two suicide attempts and one completed suicide.

49