ARTICLE IN PRESS

*J.C. Collins, B.H. McFarland / Journal of Affective Disorders xx (2008) xxx–xxx*     3

Table 1
Oregon Medicaid patients enrolled in bipolar database — 1998 through 2003

| Characteristic | N (%,SD) | Percent |

rare disorder, thyroid disorder, hepatic disorder, renal disease, pancreatitis or other pancreatic disorder, and anxiety disorders) as well as concomitant use of antidepressants, typical antipsychotics, and/or atypical anti-

Table 2
Exposures and events

|  | Lithium | Divalproex | Gabapentin | Carbamazepine | Total |
|---|---|---|---|---|---|
| Total person-years of exposure | 2558 | 2214 | 2002 | 242 | 7017 |
| Completed suicides | 2 | 2 | 7 | 0 | 11 |
| Suicide attempts | 15 | 41 | 19 | 4 | 79 |
| Completed suicides per thousand person-years of exposure | 0.78 | 0.90 | 3.50 | 0.00 | 1.57 |
| Suicide attempts per thousand person-years of exposure | 5.86 | 18.52 | 9.49 | 16.51 | 11.26 |

psychotic depression records were linked to construct an episode of treatment exposure. A "grace period" (Good-wen et al. 2003) of 14 days was employed in situations where the sequence of refills appeared to have been interrupted temporarily.

The data analysis focused on initial episodes of mood stabilizer utilization and the final events (such as suicide attempts) during the study period. In other words, the analysis examined in some detail the subject's first use of mood stabilizer medication during the study time period.

For each subject, potential confounding factors were extracted from state Medicaid claims files and mental health databases and used as covariates in the analyses. Covariates included physical and mental illnesses (for

subtypes). Lithium was used by 25% of subjects and carbamazepine by 3%. The remaining subjects used other anticonvulsants or combinations of mood stabilizers. Owing to small numbers of subjects using lamotrigine or oxcarbazepine, data from those individuals were not analyzed in order to simplify the analyses. Individuals using combinations of mood stabilizers were also excluded (as per Veroniken et al. (2003)). Therefore, subjects were assigned to groups who used lithium, divalproex, gabapentin, or carbamazepine, respectively.

Table 2 shows the follow-up periods and the events for each of the medication use groups. There were two suicide deaths among lithium users, two among divalproex users, seven among gabapentin users, and none in the carbamazepine group. Regarding emergency

Table 2
Exposures and events

|  | Lithium | Divalproex | Gabapentin | Carbamazepine | Total |
|---|---|---|---|---|---|
| Total person-years of exposure | 2558 | 2214 | 2002 | 242 | 7017 |
| Completed suicides | 2 | 2 | 7 | 0 | 11 |
| Suicide attempts | 15 | 41 | 19 | 4 | 79 |
| Completed suicides per thousand person-years of exposure | 0.78 | 0.90 | 3.50 | 0.00 | 1.57 |
| Suicide attempts per thousand person-years of exposure | 5.86 | 18.52 | 9.49 | 16.51 | 11.26 |

Note: Analyses excluded subjects who used lamotrigine, oxcarbazepine, or combinations of mood stabilizers. The counts for subjects exposed to carbamazepine include subjects with bipolar disorder.

Please cite this article as: Collins, J.C., McFarland, B.H., Divalproex, lithium and suicide among Medicaid patients with bipolar disorder, J. Affect. Disord. (2008), doi:10.1016/j.jad.2008.07.014

**Suicide Attempt and Suicide Rates in Mood-Stabilizer-Treated Oregon Medicaid Bipolar Patients Compared to Published Rates in Untreated Bipolar**

Events per 1,000 pt/yr

Legend: ■ Suicides   ☐ Attempts

| Drug | Suicides | Attempts |
|---|---|---|
| Lithium | 0.7 | 5.86 |
| Divalproex | 0.9 | 18.52 |
| Gabapentin | 3.5 | 9.49 |
| Carbamazepine | 0 | 16.51 |
| Untreated | 10 | 40 |

SOURCE: Collins & McFarland (2008).

*J.C. Colden, B.H. McFarland / Journal of Affective Disorders xx (2006) xxx-xxx*

Table 3
Risk of completed suicide and suicide attempts

| | Divalproex | | Gabapentin | | Carbamazepine | |
|---|---|---|---|---|---|---|
| | Adjusted Hazard ratio | p-value | Adjusted Hazard ratio | p-value | Adjusted Hazard ratio | p-value |
| Completed suicides | 1.5 | 0.1 | 2.6 | <0.001 | N/A | N/A |
| Suicide attempts | 2.7 | <0.001 | 1.6 | 0.2 | 2.3 | 0.1 |

Based on Cox proportional hazards models adjusted for age, gender, year of diagnosis, co-occurring medical and psychiatric conditions, and concurrent use of other psychotropic medication with lithium users as the reference group.

department visits associated with suicide attempts, there were 15 events among lithium users, 41 in the divalproex group, 19 among gabapentin users, and four in the carbamazepine group.

The average completed suicide rate was 1.6 per thousand person-years with the highest rate in the gabapentin group (3.5 per thousand person-years) and the lowest rate (0.73 per thousand person-years) in the lithium group. Regarding suicide attempts, the overall rate was approximately 11 per thousand person-years with the highest rate (approximately 19 per thousand person-years) among divalproex users and the lowest rate (approximately six per thousand person-years) in the lithium group.

Table 3 provides the adjusted hazard ratios for the divalproex, gabapentin, and carbamazepine users, respectively, versus lithium users as the reference group. The adjusted hazard ratio for completed suicide among divalproex users was 1.5 but this elevated risk of suicide death was not statistically significant. However risk of suicide completion was significantly (2.6 times) greater among gabapentin users versus lithium users (p less than 0.001). There were no suicide deaths among carbamazepine users.

Regarding risks of suicide attempt, divalproex users had increased risk (adjusted hazard ratio of 2.7) compared to lithium users (p less than 0.001). Conversely, the increased hazard ratios for suicide attempts among gabapentin users (1.6) and carbamazepine users (2.3) were not statistically significant.

### 4. Discussion

These data suggest that lithium was associated with reduced risk of attempted suicide among Medicaid patients with bipolar disorder. It remains unclear whether or not lithium is associated with reduced risk of completed suicide. The elevated rate of completed suicide among gabapentin users may well be related to prescription of this medication for people with chronic pain (in addition to bipolar disorder) who could be at very high risk for suicide. Although the present study used diagnosis codes to adjust for co-occurring physical conditions, this approach may not capture indicators of especially poor health among people with chronic pain. For example, Kaplan et al. (2007) recently showed that functional limitations (such reduced mobility) were much more powerful predictors of suicide than diagnoses in a longitudinal population-based project. Measures of functional status were not available in the Medicaid database.

This study had numerous limitations. Subjects were not, of course, assigned to mood stabilizing medication. Goodwin et al. (2003) had the advantage of a history of suicide attempts and medication adherence (2004) were not available in the electronic data system, chronic interviews. Also, there were several limitations of this type. For example, which may have limited subjects of outcome events from this type. For example, conducted in a managed care setting, where lithium was often prescribed (chiefly in the form of medication that was approved), there were no suicides and no suicide attempts (which was approved) (Barnden et al. (2004)). Reportedly (2.6 times) replaced over a year. Reportedly, two in the divalproex and none in the placebo completed suicides (2.8).

These are similar to the present study and the Yerevanian et al. (2003) found similar lithium mono therapy study and ver completed suicide in was that of a person

*J.C. Collins, B.H. McFarland / Journal of Affective Disorders xx (2007) xxx-xxx*

6

gabapentin use. This finding from the present study needs further explanation.

In summary, results from this study are not completely consistent with those of Goodwin et al. (2003). The present project found a higher risk of suicide attempt during use of divalproex compared to lithium but did not find greater risk with regard to suicide death among Medicaid patients with bipolar disorder.

Overall, then, it remains unclear whether or not there is differential impact on suicide deaths among the mood stabilizing agents. Lithium may exert a protective effect with regard to attempted suicide.

### Role of funding source

Funding for this study was provided by Mikart Laboratories, which had no further role in study design; in the collection, analysis and interpretation of data; in the writing of the report; and in the decision to submit the paper for publication.

### Conflict of Interest

This work was supported in part by unrestricted educational grants or other funds from: [unclear]

### References

Baldessarini, R.J, Tondo, L, [unclear], patients with bipolar disorder [unclear]
Baldessarini, R.J, Tondo, L, Hennen, J. [unclear] suicide risk in mass affective [unclear] J. Clin. Psychiatry 64 (Suppl 5), [unclear]
Baldessarini, R.J, Jamison, K. [unclear] disorder: risk and management [unclear]
Bender, K.J., 1998. NCDEU [unclear] disorder. Psychiatric Times [unclear]
http://www.mhsource.com/[unclear]
Bianco, C., Laje, G., Olfson, M. [unclear] Turnik is the treatment of [unclear] disorders. Am J Psychiatry [unclear]
Bowden, C., Dahmann, S., Foot, R.M., Gyulai, H., 2003. Newer prophylactic agents for bipolar disorder and their influence on suicidality. Arch. Suicide Res. 9, 301–306.
Bowden, C.L., 2000. The efficacy of lithium and newer anticonvulsants to decrease suicide risk and prevent relapse. Curr Psychiatry Rep. 1, 490–494.
Bowden, C., Fawcett, J., 2004. Pharmacotherapy and risk of suicidal behaviors among patients with bipolar disorder. [Letter] JAMA 291, 939.

Bowden, C.L., Calabrese, J.R., McElroy, S.L., Gyulai, L., Wassef, A., Petty, F., Pope Jr, HG., Chou, J.C., Keck Jr, P.E., Rhodes, L.J., Swann, A.C., Hirschfeld, R.M., Wozniak, P.J., 2000. A randomized, placebo-controlled 12-month trial of divalproex and lithium in treatment of outpatients with bipolar I disorder. Arch. Gen. Psychiatry 57, 481–489.

Coryell, W., Amdt, S., Turvey, C., Endicott, J., Solomon, D., Mueller, T., Leon, A.C., Keller, M., 2001. Lithium and suicidal behavior in major affective disorder: a case-control study. Acta Psychiatr. Scand. 104, 193–197.

Fenn, H.H., Robinson, D., Luby, V., Dangel, C., Buxton, E., Beattie, M., Kraemer, H., Yesavage, J.A., 1996. Trends in pharmacotherapy of schizoaffective and bipolar affective disorders: a 5-year naturalistic study. Am. J. Psychiatry 153, 711–713.

Gelenberg, A.J., 2000. Can lithium help to prevent suicide? Acta Psychiatr. Scand. 104, 161–162.

Goodwin, F.K., 1999. Antimanic agents and suicide risk in affective disorders. J. Clin. Psychiatry 60 (Suppl 2), 89–93.

Goodwin, F.K., Fireman, B., Simon, G.E., Hunkeler, E.M., Lee, J., Revicki, D., 2003. Suicide risk in bipolar disorder during treatment with lithium and divalproex. JAMA 290, 1467–1473.

Goodwin, F.K., Simon, G., Revicki, D., Hunkeler, E., Fireman, B., Lee, J., 2004. [Answer/reply] JAMA 291, 940.

[unclear reference]
and risk of suicidal behaviors among patients with bipolar disorder [Letter] JAMA 291, 939.

---

> Overall, then, it remains unclear whether or not there is differential impact on suicide deaths among the mood stabilizing agents. Lithium may exert a protective effect with regard to attempted suicide.



+ MODEL

AD-03697; No of Pages 6

ARTICLE IN PRESS

JOURNAL OF
AFFECTIVE
DISORDERS

www.elsevier.com/locate/jad

ELSEVIER

Journal of Affective Disorders xx (2007) xxx–xxx

Research report

# Divalproex, lithium and suicide among Medicaid patients with bipolar disorder

Jon C. Collins [a,b], Bentson H. McFarland [a,*]

[a] Department of Psychiatry, CR-139, Oregon Health & Science University, Portland, Oregon 97239, United States
[b] Addictions and Mental Health Division, Department of Human Services, State of Oregon, Salem, Oregon 97301, United States

Received 25 October 2006; received in revised form 1 June 2007; accepted 11 July 2007

Abstract

Background: Suicide completion and attempted suicide are major concerns for people with bipolar disorder. Studies in the private (5%), and carbamazepine (3%). There were 11 suicide deaths and 79 attempts. Adjusted hazard ratios (versus lithium users) for suicide attempts were 2.7 for divalproex users ($p<0.001$), 1.6 for gabapentin users (not significant) and 2.8 for carbamazepine users (not significant). For suicide deaths, the adjusted hazard ratios were 1.5 for divalproex users (not significant), 2.6 for gabapentin users ($p<0.0001$), and not available for carbamazepine users.
Limitations: It should be noted that subjects were not assigned at random to medication use, data on prior suicide attempts were not available, medication use was measured by automated pharmacy records, and duration of mood stabilizer utilization may have been brief.
Conclusions: Lithium may have a protective effect with regard to suicide attempts among Medicaid patients with bipolar disorder. It remains unclear whether or not lithium protects these patients against completed suicide.
© 2007 Elsevier B.V. All rights reserved.

Keywords: Mood stabilizer; Valproate; Valproic acid; Carbamazepine; Gabapentin; Community mental health; Anticonvulsant; Antiepileptic

## 1. Introduction

Completed suicide and attempted suicide are major concerns for people with bipolar disorder (Baldessarini et al., 2006; Baldessarini and Tondo, 2003; Goodwin, 1999; Müller-Oerlinghausen et al., 2002). In the absence

* Corresponding author. Tel.: +1 503 345 6550; fax: +1 503 494 1209.
E-mail address: mcfarlab@ohsu.edu (B.H. McFarland).

0165-0327/$ - see front matter © 2007 Elsevier B.V. All rights reserved.
doi:10.1016/j.jad.2007.07.014

Please cite this article as: Collins, J.C., McFarland, B.H. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. J Affect Disord (2007), doi:10.1016/j.jad.2007.07.014