Exhibit E

(Taylor Direct Examination)

# Dr. Charles Taylor

## Daubert Hearing
## Direct Examination

1

# Charles P. Taylor, Ph.D.

- **Education.** Ph.D., Neurobiology (Univ. of California, Berkeley, 1980); National Institutes of Health, Post-Doctoral Fellowship (1980-82).

- **Professional Experience.** Research Scientist and Research Fellow, Antiepileptic Drug Discovery, Parke-Davis 1982-2001; Analgesic and Psychiatric Drug Discovery, Pfizer Inc 2001-2007.

- **Scientific Publications.** 32 peer-reviewed papers and book chapters specifically on pharmacology of gabapentin and related α-2-δ drugs; 100 additional peer-reviewed papers in neuroscience.

- **Scientific Presentations.** Soc. Neuroscience; Am. Coll. of Neuropsychopharmacology (ACNP); Soc. Biolog. Psychiatry; Eur.Coll. of Neuropsychopharmacology (ECNP); Am.Pain Society; Am. Acad. Neurology.

2



# Peer Reviewed Science on the Absence of Adverse Mood Effects with Neurontin

### 2.5 Gabapentin

Controlled studies of gabapentin have not suggested significant negative effects on mood. Conversely, gabapentin seems to have anxiolytic properties.[14] Some authors have reported isolated cases of behavioural problems such as aggressiveness and hyperactivity in children with severe learning disabilities.[33-35] It is important to underline that all patients presented in these studies were children with learning disabilities, chronic epilepsy, severe encephalopathy, attention deficit hyperactivity disorder and often multiple psychiatric comorbidities. Therefore, there are no conclusive data about a possible detrimental effect of gabapentin in this particular population of patients with epilepsy.

**Source:** Mula & Sander, Negative Effects of Antiepileptic Drugs on Mood in Patients with Epilepsy, 30 Drug Safety 555-67, 560 (2007).

# Peer Reviewed Science on the Mechanisms of AEDs

REVIEW ARTICLE

Table I. Mechanisms of action of antiepileptic drugs

| Drug | Voltage-gated sodium channel blockade | Enhancement of GABA neurotransmission | Potentiation of GABA$_A$-mediated neurotransmission | Inhibition of glutamatergic neurotransmission (receptor subtype) | Voltage-gated calcium channel blockade (channel subtype) | Other actions[a] |
|---|---|---|---|---|---|---|
| Benzodiazepines | – | – | ++ | – | – | – |
| Carbamazepine | ++ | ? | – | + (NMDA) | + (L) | + |
| Ethosuximide | – | – | – | – | ++ (T) | – |
| Felbamate | ++ | + | + | ++ (NMDA) | + (L) | + |
| Gabapentin | – | ? | – | – | ++ (N, P/Q) | ? |
| Levetiracetam | – | ? | + | ? | + (N) | ++ |
| Lamotrigine | ++ | + | – | ++ (NMDA, AMPA) | ++ (N, P/Q, R, T) | + |
| Oxcarbazepine | ++ | ? | – | + (NMDA) | + (N, P) | + |
| Pregabalin | – | – | – | – | ++ (N, P/Q) | – |
| Barbiturates | – | + | + | – | ? | + |
| Phenytoin | ++ | – | – | ? | ? | + |
| Sodium valproate | ? | + | – | + (NMDA) | + (T) | ++ |
| Tiagabine | – | ++ | – | – | – | – |
| Topiramate | ++ | + | + | ++ (AMPA) | + (L) | + |
| Vigabatrin | – | ++ | – | – | – | – |
| Zonisamide | ++ | ? | – | – | ++ (N, P, T) | + |

a   Carbonic anhydrase inhibition, chloride ion channel complex interaction, modulation of synaptic vesicles.
AMPA = alpha-amino-3-hydroxy-5-methyl-4-isoxazolepropionic acid; + indicates secondary action; ++ indicates primary action; – indicates not the action has not been described; ? indicates the action is controversial.

Source: Mula & Sander, Negative Effects of Antiepileptic Drugs on Mood in Patients with Epilepsy, 30 Drug Safety 555-67, 561 (2007).

# No Pharmacological Basis for "GABAergic Drugs and GABAmimetic Drugs" Grouping

- Preparatory acts toward imminent suicidal behavior

A patient had the endpoint *Suicidal Ideation* if the patient had only a Suicidal Ideation event. Note that the endpoint *Suicidal Ideation* was not part of the SAP.

### 4.2  Analysis Population

The primary analysis population was all patients in test drug and placebo arms from placebo-controlled trials that met the trial and patient inclusion criteria described in Section 3.2.

### 4.3  Subgroups and Special Populations

#### 4.3.1  Drugs

Each drug was considered separately

#### 4.3.2  Drug Groups

Three groups of drugs were considered. These groups were considered by officers from the Division of Neurology. Each group represents a complementary group of drugs. Note that the drug groupings are not exhaustive.

1. Sodium Channel Blocking Drugs
   - Carbamazepine
   - Lamotrigine
   - Oxcarbazepine
   - Topiramate
   - Zonisamide
2. GABAergic Drugs and GABAmimetic Drugs
   - Divalproex
   - Gabapentin
   - Pregabalin
   - Tiagabine
   - Topiramate
3. Carbonic Anhydrase Inhibitors
   - Topiramate
   - Zonisamide

#### 4.3.3  Trial Indication

Three indication groups were considered as defined in Table 3:
1. Epilepsy
2. Psychiatric Indications
3. Other Indications

#### 4.3.4  Demographics

The following subgroup classes were considered:
1. Age
   - 5-17

---

**GABAergic Drugs and GABAmimetic Drugs**

2. GABAergic Drugs and GABAmimetic Drugs
   - Divalproex — *Multiple mechanisms*
   - Gabapentin — *α-2-δ ligands*
   - Pregabalin — *α-2-δ ligands*
   - Tiagabine — *Only one with GABA molecular target*
   - Topiramate — *Multiple mechanisms*

12

13

Source: FDA, Statistical Review and Evaluation, Antiepileptic Drugs and Suicidality 13 (5/23/08).