# Exhibit F

## (Gibbons Direct Examination)

# FDA Alert

FDA Home Page | CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER

CDER Home | About CDER | Drug Information | Regulatory Guidance | CDER Calendar | Specific Audiences | CDER Archives

Search powered by Google

Information for Healthcare Professionals
Suicidality and Antiepileptic Drugs

**FDA ALERT [1/31/2008]: The FDA has analyzed reports of suicidality (suicidal behavior or ideation) from placebo-controlled clinical studies of eleven drugs used to treat epilepsy as well as psychiatric disorders, and other conditions. These drugs are commonly referred to as antiepileptic drugs (see the list below). In the FDA's analysis, patients receiving antiepileptic drugs had approximately twice the risk of suicidal behavior or ideation (0.43%) compared to patients receiving placebo (0.22%). The increased risk of suicidal behavior and suicidal ideation was observed as early as one week after starting the antiepileptic drug and continued through 24 weeks. The results were generally consistent among the eleven drugs. Patients who were treated for epilepsy, psychiatric disorders, and other conditions were all at increased risk for suicidality when compared to placebo, and there did not appear to be a specific demographic subgroup of patients to which the increased risk could be attributed. The relative risk for suicidality was higher in the patients with epilepsy compared to patients who were given one of the drugs in the class for psychiatric or other conditions.**

**All patients who are currently taking or starting on any antiepileptic drug should be closely monitored for notable changes in behavior that could indicate the emergence or worsening of suicidal thoughts or behavior or depression.**

*This information reflects FDA's current analysis of available data concerning these drugs. Posting this information does not mean that FDA has concluded there is a causal relationship between the drug products and the emerging safety issue. Nor does it mean that FDA is advising health care professionals to discontinue prescribing these products. FDA intends to update this document when additional information or analyses become available.*

*Adverse reactions or quality problems experienced with the use of this product may be reported to the FDA's MedWatch Adverse Event Reporting program; see addresses below.*

**Considerations for Physicians and Other Health Care Professionals**

Data from 199 placebo-controlled clinical studies covering eleven different antiepileptic drugs were reviewed and analyzed for reports of suicidal behavior (completed suicides, suicide attempts and preparatory acts) and suicidal ideation. The studies examined the effectiveness of the drugs in epilepsy, psychiatric disorders (e.g., bipolar disorder, depression and anxiety) and

http://www.fda.gov/cder/drug/InfoSheets/HCP/antiepilepticsHCP.htm 3/10/2008

> "Posting this information does not mean that FDA has concluded that there is a causal relationship between the drug products and the emerging safety issue."

Source: FDA Alert, Suicidality and Antiepileptic Drugs at 1 (Jan. 31, 2008), Sayler Decl., Ex. 1.



# Odds Ratio for Neurontin

Figure 2: Suicidal Behavior or Ideation Odds Ratio Estimates, Placebo-Controlled Trials.

**SOURCE: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, Figure 2, p. 24 (May 23, 2008).**

# Risk Difference for Neurontin

Figure 4: Suicidal Behavior or Ideation Risk Difference Estimates, Placebo-Controlled Trials.

**SOURCE: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 26 (May 23, 2008).**



# FDA Statistical Review: Cases of Suicidal Behavior or Thinking

Number of cases of suicidal behavior or thinking
40
35
30
25
20
15
10
5
0
Total Cases = 104
Carbamazepine (2)
Divalproex (11)
Felbamate (0)
Gabapentin(2)
Lamotrigine (27)
Levetiracetam (8)
Oxcarbazepine (2)
Pregabalin (7)
Tiagabine (2)
Topiramate (40)
Zonisamide (3)

Source: Based on FDA, Statistical Review and Evaluation: Antiepileptic Drugs & Suicidality, Table 13, p. 23 (May 23, 2008).

### *4.3.2 Drug Groups*

Three groups of drugs were considered. These groupings were chosen by the medical officers from the Division of Neurology. Each group of drugs was compared to the complementary group of drugs. Note that the drug groups are not mutually exclusive or exhaustive.

1. Sodium Channel Blocking Drugs
   - Carbamazepine
   - Lamotrigine
   - Oxcarbazepine
   - Topiramate
   - Zonisamide
2. GABAergic Drugs and GABAmimetic Drugs
   - Divalproex
   - Gabapentin
   - Pregabalin
   - Tiagabine
   - Topiramate
3. Carbonic Anhydrase Inhibitors
   - Topiramate
   - Zonisamide

Source: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 39 (May 23, 2008).

# FDA: Odds Ratios of "GABAergic and GABAmimetic" Drugs



Source: Based on FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, Figure 7, p. 32 (May 23, 2008).

# Only Non-Na$^{+}$ Channel Blocking AEDs did not have statistically significant ORs for increased suicidality

Figure 7: Suicidal Behavior or Ideation Odds Ratio Estimates by Drug Group, Placebo-Controlled Trials.

FDA, Statistical Review and Evaluation: Antiepileptic Drugs and Suicidality, Figure 7, p. 32.

# Comparison of Odds Ratios

Lamotrigine & Topiramate
Other 9 AEDs
0.1
0.3
1.0
3.2
10
Odds Ratio
OR (95% CI)
[Sample Sizes: drug/placebo]*
2.0 (1.216-3.339, p<0.007)
1.1 (0.652-1.948, p< 0.78)

Source: Based on FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 24 (May 23, 2008).

# FDA: Odds Ratios by Indication



Figure 8: Suicidal Behavior or Ideation Odds Ratio Estimates by Indication Group, Placebo-Controlled Trials.

Source: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, Figure 8, p. 13 (May 23, 2008).