Exhibit F

(Gibbons Direct Examination)

# FDA Alert



"Posting this information does not mean that FDA has concluded that there is a causal relationship between the drug products and the emerging safety issue."

Source: FDA Alert, Suicidality and Antiepileptic Drugs at 1 (Jan. 31, 2008), Sayler Decl., Ex. 1.



Figure 2: Suicidal Behavior or Ideation Odds Ratio Estimates, Placebo-Controlled Trials.

SOURCE: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, Figure 2, p. 24 (May 23, 2008).



Figure 4: Suicidal Behavior or Ideation Risk Difference Estimates, Placebo-Controlled Trials.

SOURCE: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 26 (May 23, 2008).



FDA Statistical Review: Cases of Suicidal Behavior or Thinking

Source: Based on FDA, Statistical Review and Evaluation: Antiepileptic Drugs & Suicidality, Table 13, p. 23 (May 23, 2008).

### 4.3.2 Drug Groups

Three groups of drugs were considered. These groupings were chosen by the medical officers from the Division of Neurology. Each group of drugs was compared to the complementary group of drugs. Note that the drug groups are not mutually exclusive or exhaustive.

1. Sodium Channel Blocking Drugs
   - Carbamazepine
   - Lamotrigine
   - Oxcarbazepine
   - Topiramate
   - Zonisamide
2. GABAergic Drugs and GABAmimetic Drugs
   - Divalproex
   - Gabapentin
   - Pregabalin
   - Tiagabine
   - Topiramate
3. Carbonic Anhydrase Inhibitors
   - Topiramate
   - Zonisamide

Source: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 39 (May 23, 2008).

22

# FDA: Odds Ratios of "GABAergic and GABAmimetic" Drugs



OR (95% CI)
[Sample Sizes: drug/placebo]*

**2.57** (1.22-5.41, p = .014)

**1.01** (0.506-2.03, p = .999)

Topiramate

FDA's GABA group without Topiramate (Neurontin, Lyrica, Divalproex, & Tiagabine)

Source: Based on FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, Figure 7, p. 32 (May 23, 2008).

10

# Only Non-Na⁺ Channel Blocking AEDs did not have statistically significant ORs for increased suicidality



Figure 7: Suicidal Behavior or Ideation Odds Ratio Estimates by Drug Group, Placebo-Controlled Trials.

FDA, Statistical Review and Evaluation: Antiepileptic Drugs and Suicidality, Figure 7, p. 32.

11

# Comparison of Odds Ratios



OR (95% CI)
[Sample Sizes: drug/placebo]*

Lamotrigine & Topiramate: 2.0 (1.216-3.339, p<0.007)

Other 9 AEDs: 1.1 (0.652-1.948, p< 0.78)

Source: Based on FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 24 (May 23, 2008).

7

# FDA: Odds Ratios by Indication



Figure 8: Suicidal Behavior or Ideation Odds Ratio Estimates by Indication Group, Placebo-Controlled Trials.

Source: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, Figure 8, p. 13 (May 23, 2008).

13