UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL PRODUCTS LIABILITY CASES | Magistrate Judge Leo T. Sorokin |

### DECLARATION OF WILLIAM A. ALFORD III IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCLOSURE, BY A DATE CERTAIN, OF LYRICA (PREGABALIN) INFORMATION AND DOCUMENTS, AND DISCLOSURE CONCERNING DEFENDANTS' PRESENTATIONS TO THE FDA REGARDING THE JANUARY 31, 2008 ALERT

WILLIAM A. ALFORD III declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Shook, Hardy & Bacon, LLP, counsel for Defendants Pfizer Inc. and Warner-Lambert Company LLC in this action.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel Disclosure, by a Date Certain, of Lyrica (Pregabalin) Information and Documents, and Disclosure Concerning Defendants' Presentations to the FDA Regarding the January 31, 2008 Alert, filed July 10, 2008.

1

3. Attached as Exhibit A is a true and correct copy of Defendants' Notice of Filing of Expert Report of Robert D. Gibbons, Ph.D. [partial], Materials Considered by Dr. Robert Gibbons, dated May 19, 2008.

4. Attached as Exhibit B is a true and correct copy of a letter from Lori McGroder to Kenneth Fromson, dated June 4, 2008.

5. Attached as Exhibit C is a true and correct copy of email correspondence from Lori McGroder to Kenneth Fromson, dated June 24, 2008.

6. Attached as Exhibit D is a true and correct copy of a letter from Christopher Roche to Kenneth Fromson, dated January 16, 2007.

7. Attached as Exhibit E is a true and correct copy of email correspondence from Lori McGroder to Kenneth Fromson, dated April 28 and 29, 2008.

8. Attached as Exhibit F are true and correct copies of Product Liability Plaintiffs' Request for Production of Documents and Things to Defendants Pfizer Inc., Warner-Lambert Company LLC, Parke-Davis a division of Warner-Lambert Company, and Warner-Lambert Company, dated July 1, 2006 and September 22, 2006 [partial].

9. Attached as Exhibit G is a true and correct copy of a letter from Christopher Roche to Kenneth Fromson, April 6, 2007.

Dated: Kansas City, Missouri
       July 15, 2008

                                                  /s/ William A. Alford III
                                                     William A. Alford III

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 15, 2008.

      /s/David Chaffin