# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                  :  MDL Docket No. 1629
        SALES PRACTICES AND                   :
        PRODUCTS LIABILITY LITIGATION         :  Master File No. 04-10981
                                              :
------------------------------------------------------------x  Judge Patti B. Saris
                                              :
THIS DOCUMENT RELATES TO:                     :
                                              :  Magistrate Judge Leo T.
ALL PRODUCTS LIABILITY CASES                  :  Sorokin
                                              :
                                              :
                                              :
                                              :
                                              :
                                              :
------------------------------------------------------------x

## NOTICE OF FILING OF EXPERT REPORT OF ROBERT D. GIBBONS Ph.D.

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE THAT, pursuant to the Court's Electronic Order of April 17, 2008, defendants Pfizer Inc. and Warner-Lambert Company, LLC, the Expert Report of Robert D. Gibbons, Ph.D. is attached hereto as Exhibit A.

Dated: May 19, 2008                          Respectfully submitted,

                                    By:   /s/ James P. Rouhandeh
                                          James P. Rouhandeh
                                          DAVIS POLK & WARDWELL
                                          450 Lexington Avenue
                                          New York, NY 10017
                                          Tel: (212) 450-4000

                                          -and-

                                    By:   /s/ Scott W. Sayler
                                          Scott W. Sayler
                                          SHOOK HARDY BACON
                                          2555 Grand Blvd.
                                          Kansas City, MO 64108-2613
                                          Tel: (816) 474-6550

-and-

By: /s/David B. Chaffin
David B. Chaffin
HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 19, 2008.

/s/David B. Chaffin
David B. Chaffin

# **Materials Considered by Dr. Robert Gibbons, Ph.D.**

1. Defense Expert Report of Dr. Shelia Weiss-Smith

2. Plaintiff's Expert Report of Dr. Cheryl Blume

3. 02/29/08 FDA Alert Deposition of Dr. Cheryl Blume

4. 02/26/08 FDA Alert Deposition of Dr. Stefan Kruszewski

5. 02/27/08 FDA Alert Deposition of Dr. Michael Trimble

6. Collins & McFarland 2008, Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. *J. Affect Dis*, 107, 23-28.

7. Pfizer's June 2006 Neurontin Suicide Analysis Submitted to the FDA

8. Greenland 10-19-07 Expert Report

9. Mentari Power Point Slides and transcript from the 3-28-08 FDA Pediatric Drug Advisory Committee meeting

10. Pfizer's September 2004 Gabapentin suicidality analysis

11. Pfizer's November 2004 Gabapentin suicidality analysis.

12. June 2006 Lyrica and suicidality FDA submission

13. March 2005 FDA Guidance on Pharmacovigilance

14. Verispan AED Prescription data from 1998-2007

15. IMS prescription data for AEDs for 1998-2007

16. Supplemental disclosure of Dr. Sander Greenland, 3-11-08

17. Supplemental disclosure of Dr. Blume, 4-3-08

18. Supplemental disclosure of Dr. Kruszewski, 4-3-08

19. Supplemental disclosures of Keith Altman, 4-3-08

20. Supplemental disclosure of Michael Trimble, 3-25-08

21. Expert disclosure of Jacob Jacoby, 3-31-08

22. Expert disclosure of Joseph Glenmullen, 4-8-08

23. Bosnjak S, Jelic S, Susnjar S, et al. Gabapentin for Relief of Neuropathic Pain Related to Anticancer Treatment: A Preliminary Study. *J Chemother* 2002;14(2):214-9.

24. Teasdall RD, Smith BP, Koman LA. Complex regional pain syndrome (reflex sympathetic dystrophy) *Clin Sports Med* 2004;23(1):145-55.

25. van de Vusse AC, Stomp-van den Berg SG, Kessels AH, Weber WE. Randomized controlled trial of gabapentin in Complex Regional Pain Syndrome type 1. *BMC Neurology* 2004;4(1)(29 Sep):13.

26. Dworkin, RH, Backonla, M, Rowbotham, MC, Allen, RR, Argoff, CR, Bennett, GJ, et. al., Advances in Neuropathic Pain: Diagnosis, Mechanisms and Treatment Recommendations. *Arch Neurol* 2003; 60: 1524-1534.

27. Schmader, KE. Epidemiology and impact on quality of life of postherpetic neuralgia and painful diabetic neuropathy. *Clin J Pain*. 2002; 18:350-354.

28. Besag FMC. Behavioural effects of the new anticonvulsants. *Drug Safety* 2001; 24(7):513-636.

29. Besag FMC. Behavioural effects of the newer antiepileptic drugs: an update. *Expert Opin Drug Saf* 2004; 3(1):1-8.

30. Christensen J, Vestergaard M, Martensen PB, Sidenius P, Agerbo E. Epilepsy and risk of suicide: a population-based case-control study. *Lancet Neurol* 2007; 6(8):693-698.

31. Delgado-Rodriguez M. Systematic reviews of meta-analyses: applications and limitations. *J Epidemiol Comm Health* 2006; 60:90-92.

32. Greenland S. Invited commentary: A critical look at some popular meta-analytic methods. *Am J Epi* 1994; 140(3):290-295.

33. Greenland S, Schwartzbaum JA, Finkle WD. Problems due to small samples and sparse data in conditional logistic regression analysis. *Am J Epi* 2000; 151(5):531-539.

34. Greenland S. Multiple-bias modeling for analysis of observational data. *JR Statist Soc A* 2005; 168(2):267-306.

35. Greenland S. Meta-analysis. In: Rothman KJ, Greenland S, Editors. <u>Modern Epidemiology</u>, Second Edition. Philadelphia: Lippincot, Williams & Wilkins; 1998: p. 643-673.

36. Kalinin VV. Suicidality and antiepileptic drugs: is there a link? *Drug Safety* 2007; 30(2):123-142.

37. Meltzer HY, Alphs L, Green AI, Altamura AC, Anand R, Bertoldi A, Bourgeois M, Chouinard G, Islam MZ, Kane J, Krishnan R, Lindenmayer JP, Potkin S. Clozapine treatment for suicidality in schizophrenia. *Arch Gen Psychiatry* 2003; 60:82-91.

38. Rothman KJ, Greenland S, Poole C, Lash TL. Causation and causal inference. In: Rothman KJ, Greenland S, Lash TL, Editors. Modern Epidemiology, Third Edition. Philadelphia: Lippincot, Williams & Wilkins; 2008: p. 5-31.

39. Shapiro S. Meta-analysis/shmeta-analysis. *Am J Epi* 1994; 140(9):771-778.

40. Petitti DB. Of babies and bathwater. *Am J of Epi* 1994; 140(9): 779-782.

41. Greenland S. Can meta-analysis be salvaged? *Am J Epi* 1994; 140(9):783-787.

42. Shapiro S. Is there or is there ain't no baby?: Dr. Shapiro replies to Drs. Petitti and Greenland. *Am J Epi* 1994; 140(9):788-791.

43. Rowbotham, M., et. al. Gabapentin for the Treatment of Postherpetic Neuralgia: a Randomized Controlled Trial. *JAMA* 1998; 280 (21) 1837-1842.

44. Backonja, M. et. al. Gabapentin for the Symptomatic Treatment of Painful Neuropathy in Patients with Diabetes Mellitus. *JAMA* 1998; 280(21): 1831-1836.

45. Rice, ASC. et al, Gabapentin in post-herpetic neuralgia:a randomized, double-blind, placebo controlled study. *Pain,* 2001; 94(2): 215-224

46. Serpell, MG. et al., Gabapentin in neuropathic pain syndromes: a randomized, double-blind, placebo-controlled trial. *Pain,* 2002; 99 (3): 557-566.

47. Pande AC, Pollack MH, Crockatt J, Greiner M, Chouinard G, Lydiard RB, Taylor CB, Dager SR, Shiovitz T. Placebo-controlled study of gabapentin treatment of panic disorder. *J Clin Psychopharmacol.* 2000 Aug;20(4):467-71.

48. Pande AC, Davidson JR, Jefferson JW, Janney CA, Katzelnick DJ, Weisler RH, Greist JH, Sutherland SM. Treatment of social phobia with gabapentin: a placebo-controlled study. *J Clin Psychopharmacol.* 1999 Aug;19(4):341-8.

49. Pande AC, Crockar JG, Janney CA, Worth JL, Tsamucha O.Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy, *Bipolar Disord* (3 Pt 2): 249-255, Sept 2000.

50. Dimond KR, Pande AC, Lamoreus L, et al. Effect of gabapentin (Neurotin) on mood and well-being in patients with epilepsy. *Prog Neuropsychopharmicol Biol Psychiatry* 1996; 20: 407-17

51. Harden CL, Pick LH. Alterations in mood and anxiety in epilepsy patients treated with gabapentin [abstract]. *Epilepsia* 1996; 37 (5): 137

52. Harden CL. Lazar LM. Pick LH. et al. A beneficial effect on mood in partial epilepsy patients treated with gabapentin. *Epilepsia* 1999; 40: 1129-34

53. Dodrill CR, Arnett JL, Hayes AG, et al. Cognitive abilities adjustment with gabapentin: results or multi-site study. *Epilepsy Res* 1999; 35: 109-2

54. Hudson, JI & Pope, HG. Affective Spectrum Disorder: Does Antidepressant Response Identify a Family of Disorders with a Common Pathophysiology? *Am J Psychiatry* 1990; 147: 552-564.

55. Gibbons RD, Segawa E, Karabatsos G, Amatya AK, Bhaumik DK, Brown CH, Kapur K, Marcus SM, Hur K, Mann JJ. Mixed-effects Poisson regression analysis of adverse event reports: The relationship between antidepressants and suicide. *Stat Med.* 2008 May 20;27(11):1814-33.

56. Brown CH, Wyman PA, Brinales JM, Gibbons RD. The role of randomized trials in testing interventions for the prevention of youth suicide. *Int Rev Psychiatry* 2007 Dec;19(6):617-31.

57. Gibbons RD, Brown CH, Hur K, Marcus SM, Bhaumik DK, Erkens JA, Herings RM, Mann JJ. Early evidence on the effects of regulators' suicidality warnings on SSRI prescriptions and suicide in children and adolescents. *Am J Psychiatry* 2007 Sep;164(9):1356-63.

58. Gibbons RD, Brown CH, Hur K, Marcus SM, Bhaumik DK, Mann JJ. Relationship between antidepressants and suicide attempts: an analysis of the Veterans Health Administration data sets. *Am J Psychiatry* 2007 Jul;164(7):1044-9.

59. Nakagawa A, Grunebaum MF, Ellis SP, Oquendo MA, Kashima H, Gibbons RD, Mann JJ. Association of suicide and antidepressant prescription rates in Japan, 1999-2003. *J Clin Psychiatry* 2007 Jun;68(6):908-16.

60. Gibbons RD, Hur K, Bhaumik DK, Mann JJ. The relationship between antidepressant prescription rates and rate of early adolescent suicide. *Am J Psychiatry* 2006 Nov;163(11):1898-904.

61. Gibbons RD, Hur K, Bhaumik DK, Mann JJ. The relationship between antidepressant medication use and rate of suicide. *Arch Gen Psychiatry* 2005 Feb;62(2):165-72.

62. Gibbons RD, Clark DC, Kupfer DJ. Exactly what does the Hamilton Depression Rating Scale measure? *J Psychiatr Res.* 1993 Jul-Sep;27(3):259-73.

63. Gibbons RD, Clark DC, Fawcett J. A statistical method for evaluating suicide clusters and implementing cluster surveillance. *Am J Epidemiol.* 1990 Jul;132(1 Suppl):S183-91.

64. Clark DC, Gibbons RD, Fawcett J, Scheftner WA. What is the mechanism by which suicide attempts predispose to later suicide attempts? A mathematical model. *J Abnorm Psychol.* 1989 Feb;98(1):42-9.

65. Clark DC, Gibbons RD. Does one nonlethal suicide attempt increase the risk for a subsequent non-lethal attempt? *Med Care* 1987 Dec;25(12 Suppl):s87-9.

66. Baldessarini, RJ, Pompili, M, et.al., Suicide in Bipolar Disorder: Risks and Management. *CNS Spectr.* 2006; 11: 465-471

67. Bridge, JA, Iyengar, S, et. al., Clinical Response and Risk for Reported Suicidal Ideation and Suicide Attempts in Pediatric Antidepressants Treatment: A Meta-analysis of Randomized Controlled Trials. *JAMA* 2007; 297 (15): 1683-1696.

68. Kaizar, E., Greenhouse, JB, et.al. Do antidepressants cause suicidality in children? A Bayesian meta-analysis. *Clin Trials.* 2006; 3: 73-98.

69. Posner, K, Oquendo, M, et.al., Columbia Classification Algorithm of Suicide Assessment (C-CASA): Classification of Suicidal Events in the FDA's Pediatric Suicidal Risk Analysis of Antidepressants. *Am J Psychiatry* 2007; 164: 1035-1043

70. Simon GE, Savarino J. Suicide attempts among patients starting depression treatment with medications or psychotherapy. *Am J Psychiatry.* 2007 Jul;164(7):1029-34.

71. April 1, 2008 FDA email Response to Dr. Alex Ruggieri regarding Antiepileptic Drugs.

72. Carbamazepine package inserts (marketed as Equetro 11/05, Tegretol 9/06)

73. Felbamate (marketed as Felbatol) package insert 12/02

74. Gabapentin (marketed as Neurontin) package insert 1/07

75. Lamotrigine (marketed as Lamictal) package insert 9/06

76. Levetiracetam (marketed as Keppra) 2006 package insert

77. Oxcarbazepine (marketed as Trileptal) package insert 8/07

78. Pregabalin (marketed as Lyrica) package insert 3/06

79. Tiagabine (marketed as Gabitril) package insert 2/05

80. Topiramate (marketed as Topamax) package insert 12/06

81. Valproate (marketed as Depakote) package insert 1/06

82. Zonisamide (marketed as Zonegran) package insert 2/07