# EXHIBIT C

### Alford III, William (Trey) A. (SHB)

**Subject:** FW: Neurontin: Gibbons, Ph.D. disclosure
**Attachments:** Ltr to Andrew Finkelstein.pdf

---

**From:** McGroder, Lori (SHB)
**Sent:** Tuesday, June 24, 2008 9:38 AM
**To:** 'KennethFromson@lawampm.com'
**Subject:** RE: Neurontin: Gibbons, Ph.D. disclosure

Ken,

You have been provided all documents pertaining to Dr. Gibbons' opinions and testimony. This goes for his Rule 26 report as well as his testimony at the hearing, which was based on the FDA Statistical Review --submitted by you to the courts as soon as it was publicly available and on which each of your experts relied at the hearing. You also received at the hearing all slides prepared for his testimony, including those that he did not use for lack of time, and a copy of the chapter from his IOM book "Reducing Suicide". All poster boards prepared for the hearing were scanned images from the FDA Statistical Review or otherwise part of the slide deck, so you have those. I will ask him about any notes, but I am not aware of any. I will provide copies of his invoices to the extent we have been billed. Of course, if plaintiffs had accepted any of the dates we offered for Dr. Gibbons' deposition in advance of the hearing, you could have inquired of him with respect to these (or any other) issues of interest to plaintiffs.

I understand you are in the process of preparing a set of slides plaintiffs used at the hearing. We would appreciate receiving these as soon as possible as we agree we have only a short time to prepare for the continuation of the hearing.

There are additional items subject to outstanding discovery obligations by plaintiffs following the depositions of Dr. Kruszewski and Dr. Trimble (and possible Dr. Blume, but I need to check) that we would also appreciate receiving as soon as possible. I will check the correspondence file for where we left off on these, but for starters, your firm was to provide us information relating to Dr. Kruszewski's testimony about his work with state and US attorneys general and congressmen and the names of his contacts at these offices. (See attached letter.) Andrew indicated that he would follow up on this, but we never received a response (I will forward Andrew's email response of Jan 14, 08 promising to follow up). In additiona, we are still waiting to receive all of Dr. Kruszewski's notes that he did not destroy. We will locate the correspondence regarding outstanding discovery issues related to plaintiffs' other experts and re-send for your convenience. Thanks.

Lori

Lori McGroder
Shook, Hardy & Bacon
816-559-2290
lmcgroder@shb.com

---

**From:** KennethFromson@lawampm.com [mailto:KennethFromson@lawampm.com]
**Sent:** Monday, June 23, 2008 4:04 PM
**To:** McGroder, Lori (SHB)
**Subject:** Neurontin: Gibbons, Ph.D. disclosure

**Lori,**

7/11/2008

Kindly provide to us all documents pertaining to Dr. Gibbons's opinions and testimony at the hearing. Notwithstanding your position that you previously provided to us disclosure of documents upon which Dr. Gibbons relied in forming the opinions that were set forth in his report, we are seeking all the additional materials one would ordinarily discover from an opposing expert not yet provided. For example, every document and slide or poster blow-up that was prepared and used at the hearing should be provided. Additionally, any rough notes prepared by Dr. Gibbons during his attendance at the hearing, or in preparation for his testimony should be provided. Finally, any bills, time records, etc, that reflect his time and fees incurred for work in the litigation should be provided.

I would appreciate the courtesy of a confirmation that you at least received this request. As you know, we are one month from the hearing at which Dr. Gibbons will again testify and these materials (presuming they exist) should all be readily ascertainable for mailing this week. I hope you will agree to send these materials within the next few days at the latest.

I am available to discuss the matter if you have any questions.

Ken


Kenneth B. Fromson, Esq.
Finkelstein & PARTNERS
436 Robinson Avenue
Newburgh, NY 12550
845-562-0203 x 2755
Kfromson@lawampm.com

7/11/2008