# EXHIBIT D

# DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005 | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017<br>212 450 4000<br>FAX 212 450 3800 | MESSETURM<br>60308 FRANKFURT AM MAIN |
| 1600 EL CAMINO REAL<br>MENLO PARK, CA 94025 | | MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | WRITER'S DIRECT<br>212 450 4513 | 1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033 |
| 15, AVENUE MATIGNON<br>75008 PARIS | | 3A CHATER ROAD<br>HONG KONG |

January 16, 2007

Re:   **In re Neurontin Marketing, Sales Practices and Products Liability Litigation, MDL No. 1629 (D. Mass.)**

Kenneth B. Fromson, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550

Dear Ken:

Pursuant to our discussions and agreements in the above-captioned matter and Defendants' Responses and Objections to Plaintiffs' Discovery Requests, we are producing (by a copy of this letter to Keith Altman) a CD containing the Summary of Clinical Safety for pregabalin.

Please note that the CD and the document it contains bear the legend "Confidential," designating that the information contained in the document should be treated as confidential pursuant to the Protective Order entered by the Court on January 10, 2005.

Please call me at (212) 450-4513 should you have any questions regarding the foregoing.

Very truly yours,

Christopher J. Roche

By Overnight Courier

cc w/ enc:
(by overnight courier)

Mr. Keith Altman
26 Willow Drive
Massapequa Park, NY 11762