# EXHIBIT E

**Stufflebean, Kerry (SHB)**

| | |
|---|---|
| **From:** | McGroder, Lori (SHB) |
| **Sent:** | Tuesday, April 29, 2008 12:15 PM |
| **To:** | McGroder, Lori (SHB); 'Ken Fromson (KennethFromson@lawampm.com)' |
| **Subject:** | RE: Dr. Gibbons' Deposition Dates |

Ken, I spoke to Dr. Gibbons and received these additional dates of availability for deposition in Chicago: May 20, 28, 30. Let me know as soon as possible so he can reserve a date on his calendar.

| | |
|---|---|
| **From:** | McGroder, Lori (SHB) |
| **Sent:** | Monday, April 28, 2008 2:38 PM |
| **To:** | 'Ken Fromson (KennethFromson@lawampm.com)' |
| **Subject:** | Dr. Gibbons' Deposition Dates |

Ken,

Dr. Gibbons has May 7, 9 or 13 available for his deposition in Chicago. At your request, I will determine his availability for later in May, but wanted to get these dates to you as quickly as possible since they are relatively soon.

1