# EXHIBIT G

# DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005<br><br>1600 EL CAMINO REAL<br>MENLO PARK, CA 94025<br><br>99 GRESHAM STREET<br>LONDON EC2V 7NG<br><br>15, AVENUE MATIGNON<br>75008 PARIS | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017<br>212 450 4000<br>FAX 212 450 3800<br><br>WRITER'S DIRECT<br><br>212-450-4513 | MESSETURM<br>60308 FRANKFURT AM MAIN<br><br>MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID<br><br>1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033<br><br>3A CHATER ROAD<br>HONG KONG |

April 6, 2007

Re:     **In re Neurontin Marketing, Sales Practices & Products Liability
Litigation, MDL No. 1629 (D. Mass.)**

Kenneth B. Fromson, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, New York 12550

Dear Ken:

Pursuant to our discussions and agreements in the above-captioned matter and Defendants' Responses and Objections to Plaintiffs' Discovery Requests, we are producing on behalf of Defendants in the above-referenced matter (by a copy of this letter to Keith Altman) one DVD which contains responsive documents as set forth in the following table.

| Bates Stamp Number(s) | Description |
|---|---|
| Pfizer_SBrigandi_0000001 –<br>Pfizer_SBrigandi_0000142 | Documents from the files of Stephen Brigandi |
| Pfizer_SCarrington_0000001 –<br>Pfizer_SCarrington_0012052 | Documents from the files of Suzan Carrington |
| Pfizer_GCohen_0000001 –<br>Pfizer_GCohen_0001571 | Documents from the files of Guy Cohen |
| Pfizer_EDukes_0000001 –<br>Pfizer_EDukes_0034620 | Documents from the files of Ellen Dukes |
| Pfizer_MGarcia_0000001 –<br>Pfizer_MGarcia_0006741 | Documents from the files of Marino Garcia |
| Pfizer_DKargman_0000001 –<br>Pfizer_DKargman_0002945 | Documents from the files of Douglas Kargman |

Kenneth B. Fromson, Esq.                    2                      April 6, 2007

| Bates Stamp Number(s) | Description |
|---|---|
| Pfizer_JMohan_0000001 – Pfizer_JMohan_0000832 | Documents from the files of Jeffrey Mohan |
| Pfizer_CWohlberg_0000001 – Pfizer_CWohlberg_0000056 | Documents from the files of Christopher Wohlberg |

Please note that the DVD and certain documents it contains bear the legend "Confidential," designating that the DVD and the contents of those documents should be treated as confidential pursuant to the Protective Order entered by the Court on January 10, 2005.

Please call me at 212-450-4513 should you have any questions regarding the foregoing.

Very truly yours,

Christopher J. Roche

By Facsimile

cc w/ enc:            Mr. Keith Altman
(by overnight courier)  26 Willow Drive
                        Massapequa Park, NY 11762