UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br>ALL PRODUCTS LIABILITY ACTIONS | |

**NOTICE OF FILING OF SUPPLEMENTAL EXPERT REPORT
OF ROBERT D. GIBBONS Ph.D.**

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE THAT, defendants Pfizer Inc. and Warner-Lambert Company, LLC, file herewith the Supplemental Expert Report of Robert D. Gibbons.

Dated:  July 16, 2008

DAVIS POLK & WARDWELL

By:  /s/ James P. Rouhandeh
      James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000


SHOOK, HARDY & BACON L.L.P.

By:  /s/ Scott W. Sayler
      Scott W. Sayler

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

-and-

        HARE & CHAFFIN

        By:   /s/ David B. Chaffin
                 David B. Chaffin

        160 Federal Street
        Boston, Massachusetts 02110
        (617) 330-5000

        *Attorneys for Defendants Pfizer Inc and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 16, 2008.

        /s/ David B. Chaffin
        David B. Chaffin