# EXHIBIT A

# Supplemental Expert Report of Robert D. Gibbons Ph.D.

# Neurontin Litigation

## QUALIFICATIONS

My name is Robert D. Gibbons, and I am the Director of the Center for Health Statistics, and Professor of Biostatistics and Psychiatry at the University of Illinois at Chicago. I am a Fellow of the American Statistical Association, a two-time recipient of the American Statistical Association's Youden Award for statistical contributions to the field of Chemistry (2001 and 2006), recipient of the Harvard Award for lifetime contributions to the field of Psychiatric Epidemiology and Biostatistics, and a member of the Institute of Medicine (IOM) of the National Academy of Sciences (NAS). My expertise and qualifications are more fully described in my original expert report dated May 19, 2008. Since the submission of my Expert Report, I have served on the expert panel on reducing suicide for the Veteran's Administration:

> **WASHINGTON –Secretary of Veterans Affairs Dr. James B. Peake today announced the names of members appointed to two special panels that will make recommendations on ways the Department of Veterans Affairs (VA) can improve its programs in suicide prevention, suicide research and suicide education.**

In addition, I received a 5-year 3.5 million dollar grant from the National Institute of Mental Health for statistical and pharmacoepidemiologic study of suicide.

The focus of this supplemental report is on my review and analysis of FDA's recently released statistical report, which provides the supporting information for their earlier alert regarding increased risk of suicidal thoughts and behavior with antiepileptic drugs (AEDs).

1. Anticonvulsant medications are life saving in the treatment of seizure disorders and also used for other indications such as mood disorders and trigeminal neuralgia. In March of 2005, FDA sent letters to sponsors of 11 antiepileptic drugs (AEDs) requesting the submission of suicidality data from placebo-controlled clinical trials. Based on FDA's analysis of these data, on January 31, 2008, they issued an alert to health care providers regarding increased risk of suicidal thoughts and behavior with AEDs (1). While details of the analysis were extremely limited in the alert, on May 23, 2008, FDA released a report on the details of their statistical review and evaluation of these data (2).[1]

---

[1] My original report was drafted prior to the release by FDA of its statistical review. In that review it was made clear that FDA used only a subset of the gabapentin data that were submitted by Pfizer. All analyses

2. The primary analysis performed by FDA was a fixed-effects meta-analysis that required them to remove all studies with zero events in both arms. With an overall rate of suicidality events (thoughts and behaviors) of less than 0.5%, this led to the elimination of the majority of the data for many of the drugs. As an example, of the 49 studies of gabapentin submitted to the FDA, only 3 were included in FDA's primary meta-analysis (i.e., there were only 3 events out of 4932 observations that FDA used in their analysis). As a sensitivity analysis, FDA also performed a meta-analysis of risk differences that permitted use of all of the available data. This analysis was only reported for the overall analysis and not used for any of the secondary analyses (e.g., drug classes or gabapentin alone). Based on these analyses, FDA concluded that there was an increased risk of suicidality for patients receiving AEDs relative to placebo (odds ratio (OR)=1.80, confidence interval (CI) 1.24-2.66, risk difference of 2.1 per 1000 more patients in the drug treated group experiencing suicidality relative to placebo) and concluded that "the results were generally consistent among all the different drug products."

3. Inspection of the data reported by FDA in their statistical report raises serious questions regarding the FDA's conclusion about the consistency of these results across this diverse group of AEDs. The majority of the suicidality events were observed for only 2 of the 11 AEDs, lamotrigine and topiramate. Sixty-one percent of all of the events were observed for these two drugs, despite the fact that these two drugs account for only 38% of the data used by FDA in their meta-analysis. These two drugs were the only drugs that had a statistically significant difference relative to placebo both in the analysis discarding zero events (lamotrigine OR=2.08, CI=1.03-4.40; topiramate (OR=2.53, CI=1.21-5.85) and in the risk difference (RD) analysis that included data from all studies (lamotrigine RD=5.40 per 1000, CI=0.24-10.57; topiramate 3.05, CI=0.98-5.11). For OR, the null value representing no difference between drug and placebo is 1.0 (i.e., equal likelihood of event in drug and placebo, hence ratio equals 1.0), whereas for RD the null value is zero (i.e., no difference in the risk between drug and placebo, hence difference equals 0.0). Using the data provided by FDA in their report, I examined the association between AED treatment and suicidality separately for lamotrigine and topiramate versus the other 9 AEDs. The suicidality event incidence for the combination of lamotrigine and topiramate was 0.63% in active treatment relative to 0.32% in placebo (OR=2.015, CI=1.216-3.339, p=0.007), which is statistically significant (i.e., inconsistent with chance expectations). By contrast, the suicidality event incidence for the combination of the other 9 AEDs was 0.21% in active treatment relative to 0.18% in placebo (OR=1.127, CI=0.652-1.948, p=0.78), which is not statistically significant (i.e., it is consistent with chance alone). These results reveal that FDA's statements regarding increased risk are being driven by lamotrigine and topiramate, and had these two drugs (that already have suicidality warnings in their labels) been excluded from the analysis,

---

and opinions presented here are based solely on the data used by FDA in their analysis. The analyses provided in my original report are in no way invalidated by FDA's statistical report, they simply reflect a different set of exclusion criteria for the studies considered. Indeed, the analyses presented in my original expert report and the analyses presented here are consistent.

there would have been no remaining signal of an association between AEDs and suicidality.

4. As a secondary analysis, FDA explored whether the association between AEDs and suicidality was retained within pharmacologically distinct subclasses. FDA's categorization was as follows: sodium channel blocking drugs (carbamazapine, lamotrigine, oxcarbazepine, topiramate, and zonisamide); GABAergic drugs (divalproex, gabapentin, pregabalin, tiagapine and topiramate); and carbonic anhydrase inhibitors (topiramate and zonisamide). FDA found statistically significant associations between AED treatment and suicidality for each of the 3 drug classes (sodium channel blockers – OR=2.08, CI=1.31-3.39; GABAergic – OR=1.68, CI=1.02-2.88; carbonic anhydrase inhibitors – OR=2.53, CI=1.25-5.56). Note however, that topiramate is a member of all three of these drug classes. Excluding topiramate from these analyses (and lamotrigine from sodium channel blockers) reveals that none of the remaining drugs within these classes provide evidence of an association between AED treatment and suicidality (sodium channel blockers – OR=0.94, CI=0.31-2.80; GABAergic – OR=1.01, CI=0.51-2.02; carbonic anhydrase inhibitors – OR=1.96, CI=0.28-13.71). While the remaining sample size for carbonic anhydrase inhibitors is too small for a meaningful analysis (672 patients treated with zonisamide versus 438 on placebo), results for GABAergic drugs (excluding topiramate) where there were 12,266 patients treated with drug and 6,754 on placebo, the incidence rates are virtually identical at 0.179% versus 0.178%, with corresponding OR=1.01. Note that for topiramate alone, a statistically significant effect of treatment was found (OR=2.57, CI=1.22-5.41,p=0.014). For sodium channel blockers (excluding lamotrigine and topiramate), there were 2266 patients treated with drug and 1510 patients on placebo, and the suicidality incidence was 0.31% on drug and 0.33% on placebo, with corresponding OR=0.94. Again, these results clearly indicate that in the absence of lamotrigine and topiramate there is no signal for an association between AEDs and suicidality.

5. With respect to gabapentin, FDA performed two separate analyses. First, as part of their primary analysis, they computed a gabapentin-specific odds ratio of 1.57 (0.12-47.66). The confidence interval clearly includes 1.0 indicating that there is no statistical evidence of increased risk relative to placebo. However, the confidence interval is extremely wide, which at first examination might suggest that the true OR could indicate that gabapentin is either very protective or very harmful. In fact, the width of the confidence interval is due to the fact that in FDA's primary analysis, they excluded all but 3 of the studies for which there was at least one event of suicidality, in this case suicidal thoughts (2 for gabapentin and 1 for placebo). As a sensitivity analysis, FDA did a meta-analysis of risk differences, which did not require the exclusion of zero-event studies. Here, FDA found that for gabapentin, the estimated risk difference was only 0.28 suicidal thoughts per 1000 patients (i.e., one quarter of a patient more experiencing a suicidal thought treated with gabapentin relative to placebo). The confidence interval was from -1.37 to 1.92, indicating that (a) the CI includes zero, so there is no statistical evidence of suicidality risk for patients treated with gabapentin (i.e., 1.37 fewer patients experiencing a suicidal thought on

gabapentin relative to placebo for every 1000 patients treated to 1.92 more patients per 1000 experiencing a suicidal thought on gabapentin relative to placebo), and (b) the confidence interval is in fact quite narrow when the data from all subjects are used in the analysis. By contrast, the estimated risk difference for lamotrigine was 5.40 per 1000 patients treated and for topiramate the risk difference was 3.05 per 1000 patients treated (see Figure below).



The risk difference for lamotrigine is 19 times higher than for gabapentin, and the risk difference for topiramate is 11 times larger than for gabapentin (see Figure below). Again, these findings raise serious questions regarding the homogeneity of results across members of this class of drugs. Furthermore, they make it clear that for gabapentin, no increased risk of suicidality was observed.



Risk Difference Comparison

Suicidal Behavior or Ideation Risk Difference Estimates

Neurontin: .28
Topiramate: 3.05 (11 Times Greater)
Lamotrigine: 5.4 (19 Times Greater)

Source: FDA Statistical Review & Evaluation at p. 26.

6. So what happened? First, FDA's primary analysis was based solely on studies with events, and since the majority of the events were for lamotrigine and topiramate, studies of those two drugs dominated the primary meta-analysis. Second, FDA relied upon underpowered tests of heterogeneity to test the consistency of the effect across studies. Third, FDA relied upon the consistency of the effects between drug classes as support for the consistency of the effects for the individual drugs. In fact, when lamotrigine and topiramate are removed from the secondary drug-class analyses there is no signal whatsoever for GABAergic and sodium channel blockers where sufficient data are available for a meaningful analysis. In fact, for sodium channel blockers, if anything, the direction of the effect is protective. To conclude that "the results were generally consistent among all the different drug products" is not supported by the available data.

7. With respect to lamotrigine and topiramate, is there evidence of a causal association to suicidality? Here I agree completely with FDA that the observational nature of meta-analysis does not permit causal inference. The FDA has repeated this statement in its Amicus brief to the court. In fact there are several alternative explanations that can account for the observed association. First, patients treated with a drug will have more side effects than patients on placebo and therefore more opportunity to report their suicidal thoughts (3). Second, suicide attempts made by taking an overdose of study medication will result in contact with the health care system (e.g., an

emergency room) and therefore have a greater likelihood of being detected than an overdose on placebo (4). Finally, given the increased incidence of suicidality events on both drug and placebo for these two drugs, the patient populations recruited for these two drugs may be different than those for the other 9 AEDs.

8. Do we have enough subjects tested with gabapentin to conclude that there is no increased risk of suicidality relative to placebo, based on the data used in the FDA analysis? First, using a similar number of subjects, statistically significant odds ratios and risk differences were found for both lamotrigine and topiramate. Clearly, there is sufficient data to detect a significant effect of drug treatment on suicidality, since FDA was able to identify a statistically significant effect for these two drugs. A total of 4935 patients were enrolled in the lamotrigine RCTs, 11,713 in the topiramate RCTs, and 4932 in the gabapentin RCTs. The number of subjects in the gabapentin RCTs was virtually identical to the number of subjects in the lamotrigine RCTs, yet both the OR and risk difference were not even close to being statistically significant for gabapentin, but were statistically significant for lamotrigine and for topiramate. Second, for the combination of lamotrigine and topiramate, the incidence of suicidality events on drug was 0.63% and 0.32% on placebo. By contrast, for the so-called GABAergic drugs excluding topiramate, the incidence of suicidality events on drug was 0.18% and 0.18% on placebo. For these drugs (i.e., GABAergic excluding topiramate), there were a total of 12266 patients who received active treatment and 6754 who received placebo. The sampling ratio of GABAergic drugs (excluding topiramate) to placebo is 1.8:1. The statistical power to detect the difference observed for lamotrigine and topiramate in the GABAergic drugs excluding topiramate is 0.85, or 85%, which exceeds the traditional scientific standard of 80% (also used by FDA). This finding indicates that we would have more than sufficient statistical power to detect an effect equal to that found for lamotrigine and topiramate for the other so-called GABAergic drugs, if it existed. Clearly it did not exist. Finally, based on the IOM report Reducing Suicide: A National Imperative (5), in order to accurately estimate an incidence rate for a rare event such as suicidality that occurs at a rate of 0.5%, similar to that observed in the FDA alert, approximately 3000 subjects are required. This is in fact quite similar to the number of gabapentin treated subjects (N=2903) in FDA's analysis. What this means is that our estimates of the incidence of suicidality for gabapentin are reliably obtained in a sample of the size used by FDA in their meta-analysis.

In Dr. Sander Greenland's report, he concludes that nothing can be learned from the gabapentin data alone because there are insufficient data. He also suggests that the gabapentin may be associated with as much as 30 times higher incidence of suicidality than placebo. This is somewhat misleading. Assuming that the base-rate of suicidality among placebo controlled subjects is 0.22% as stated in the FDA alert, we would have power of 80% to detect a statistically significant effect of gabapentin relative to placebo for gabapentin alone in the 4932 subjects (2903 on drug and 2029 on placebo) used by FDA in their analysis, once the rate for gabapentin reached 0.70%, or a relative risk of 3.18. This computation reveals that even for the subset of gabapentin data used by FDA in their analysis, a significant difference between

gabapentin and placebo would have been consistently detected for gabapentin alone, once the incidence was approximately three times higher in gabapentin treated subjects relative to placebo. This is a far cry from the impression left by Dr. Greenland that the difference could be as large as 30 times higher for gabapentin than placebo.

9. There are several other features of the FDA statistical report that give rise to serious concerns regarding the consistency of these data. First, for studies conducted in North America, there was no signal for a significant association between antiepileptic drugs and suicidality (OR=1.38, CI=0.90-2.13). Second, for patients treated for psychiatric indications, there was no signal for a significant association between antiepileptic drugs and suicidality (OR=1.51, CI=0.95-2.45). Third, for inpatients, there was no signal for a significant association between antiepileptic drugs and suicidality (OR=1.42, CI=0.40-5.62). Fourth, for females, there was no signal for a significant association between antiepileptic drugs and suicidality (OR=1.39, CI=0.85-2.35). These subgroup analyses that were performed by FDA, are inconsistent with their conclusion that the data show a consistent picture of increased risk of suicidality for all antiepileptic drugs.

10. On July 10, FDA convened a meeting of two of their scientific advisory boards to determine the type and extent of the public health warning that FDA will promulgate regarding AEDs and suicidality. The committee voted against placing a black box warning on AEDs for suicidality. I completely agree with the decision of the committee. I do not believe there is any statistical justification for such a labeling change and it is my unequivocal opinion that meta-analysis cannot be used for drawing causal inferences, especially with respect to any individual drug within the pooled dataset. Rather, meta-analysis is more appropriately viewed as a useful observational tool for hypothesis generation (i.e., a signal that should motivate future research), a stimulus for research and something for the clinician to consider as one of several considerations in recommending treatment choices for patients.

I reserve the right to supplement these opinions and my reports based on additional information, data, or materials provided in connection with the FDA alert, including information and materials related to the FDA advisory committee meeting.

1. Information for Healthcare Professionals Suicidality and Antiepileptic Drugs. http://www.fda.gov/CDER/Drug/InfoSheets/HCP/antiepilepticsHCP.htm, January 31, 2008.

2. Statistical review and evaluation. http://www.fda.gov/ohrms/dockets/ac/08/briefing/2008-4372b1-01-FDA.pdf, May 23, 2008.

3. Posner K, Oquendo MA, Gould M, Stanley B, Davies M: Columbia classification algorithm of suicide assessment (C-CASA): Classification of suicidal events in the FDA's pediatric suicidal risk analysis of antidepressants. American Journal of Psychiatry 2007; 164: 1035-1043.

4. Gibbons R.D., Brown C.H., Hur K., Marcus S., Bhaumik D.K., Mann J.J. The relationship between antidepressants and suicide: Results of analysis of the Veterans Health Administration datasets. *American Journal of Psychiatry*, 2007; 164:1044-1049, 2007.

5. Goldsmith S.K., Pellmar T.C., Kleinman A.M., Bunney W.E. Bell, C.C., Brent D.A., Eggert L., Fawcett J., Gibbons, R.D., Redfield-Jamison K., Korbin J.E., Mann, J.J., May P.A., Reynolds C.F., Tsuang M.T., Frank R.G. *Reducing Suicide: A National Imperative*, Washington D.C., National Academy Press, 2002.

I declare under penalty of perjury under the laws of the United States of America that the opinions set forth in this document and Appendix are my opinions to a reasonable degree of medical and scientific certainty, and are true and correct.

Executed July 11, 2008.

Sincerely,

Robert D. Gibbons Ph.D.

# **Additional Materials**

Pfizer Slide presentation to Columbia University Antiepileptic Drug Meeting dated June 2, 2008

Neurontin Daubert hearing transcripts dated June 19-20, 2008

FDA Amicus Brief regarding Neurontin and Suicidality dated July 1, 2008

Pfizer FDA Briefing Document regarding Lyrica and Neurontin

FDA Advisory Committee Meeting Briefing Documents dated July 10, 2008:
    Katz Letter
    Levenson, M. Statistical Review & Evaluation: Antiepileptic Drugs & Suicidality
    Mentari, E Clinical Review

Pfizer Lyrica & Neurontin slide presentation presented at FDA Advisory Committee meeting on July 10, 2008.

GlaxoSmithKline Lamictal slide presentation at FDA Advisory Committee Meeting on July 10, 2008

FDA Advisory Committee meeting slide presentation by Dr. J Cramer on July 10, 2008

Defense Expert Witness Reports

3029958v1