EXHIBIT A

MEMORANDUM

DATE:        June 12, 2008

FROM:        Russell Katz, M.D.
             Director
             Division of Neurology Products/HFD-120

TO:          Members of the Peripheral and Central Nervous Systems (PCNS)
             and Psychiatric Drugs (PD) Advisory Committees (PDAC)

SUBJECT:     Briefing Document for the July 10, 2008 Advisory Committee
             Meeting to Discuss Antiepileptic Drugs (AEDs) and Suicidality

As you know, the PCNS and PD Advisory Committees will meet on July 10, 2008 to consider the results of analyses performed by FDA staff on placebo controlled trials of 11 AEDs. These analyses examined the comparative rates of suicidality (between active treatment and placebo), defined as episodes of suicidal ideation, suicidal behavior, or completed suicide, and are analogous to analyses performed in the recent past on controlled trials of antidepressant drug products. In the case of the AEDs analyzed, a meta-analysis of 199 controlled trials yielded an overall Odds Ratio (OR) for suicidality of 1.80, indicating a statistically significant increase in episodes of suicidality on treatment compared to placebo. When these results were obtained, the Agency published a notification of the findings in January, 2008.

In this memo, I will present a brief overview of the analyses performed and the results obtained (the reviews included in this package describe the analyses and results in great detail). I will also address some questions raised by the results, and briefly raise the issues we would like the committee to discuss at the July 10 meeting.

This background package includes, in addition to this memo, the following documents:

1) statistical review of the data by Dr. Mark Levenson of the Agency's Quantitative Safety and Pharmacoepidemiology Group
2) clinical review by Dr. Evelyn Mentari of the Division's Safety Group
3) the Agency's proposed labeling changes for AEDs
4) the information sheet published by the Agency in January, 2008
5) an article describing the C-CASA rating system (briefly referred to below)

**Background and Results**

The Agency decided to investigate the question of suicidality for AEDs in early 2005, when the manufacturer of a particular AED presented analyses that they

1

believed indicated an increased incidence of suicidality in controlled trials of their drug compared to placebo.  At that point, the Agency decided to examine appropriate controlled trials for all AEDs, using systematic analyses analogous to those performed, and being performed at that time, for the antidepressant drug products.

Specifically, the Agency asked sponsors of AEDs to examine those controlled trials for any indication that met the following criteria:

1) Randomized, parallel arm, placebo controlled
2) At least 20 patients in all treatment arms
3) Duration of at least 7 days
4) Subjects had to be at least 5 years old
5) No randomized withdrawal designs

The Agency subsequently received data from studies that met these criteria for the following 11 AEDs:

1) Carbamazepine
2) Divalproex sodium
3) Felbamate
4) Gabapentin
5) Lamotrigine
6) Levetiracetam
7) Oxcarbazepine
8) Pregabalin
9) Tiagabine
10) Topiramate
11) Zonisamide

Sponsors were asked to identify potential suicidality events by screening these trials for events coded with specific text strings that might identify such events (e.g., "suic", "cut", "self inflict", etc.) as well as all serious adverse events and deaths.  For each possible event, a narrative description of the event was constructed that was purged of any information that might have introduced a potential bias.  These narratives were classified by a blinded reviewer according to the following Columbia Classification Algorithm of Suicide Assessment (C-CASA):

| | |
|---|---|
| 0 | No event |
| 1 | Completed suicide |
| 2 | Suicide attempt |
| 3 | Preparatory acts toward imminent suicidal behavior |
| 4 | Suicidal ideation |
| 5 | Self-injurious behavior, intent unknown |
| 6 | Not enough information, fatal |

2

    7        Not enough information, non-fatal

Events that occurred during the double-blind phase and within 1 day after treatment discontinuation were included in the analyses.

A total of 199 studies were identified that met the trial inclusion criteria, involving 27,863 patients on active treatment and 16,029 on placebo. Of these 199 studies, 62 (31%) were in epilepsy, 56 (28%) were in 8 psychiatric indications, and 81 (41%) were in 11 other indications. The overall OR for suicidality events was 1.80 (0.22% on placebo compared to 0.37% on active drug), which reached nominal statistical significance. Of the 11 drugs included, the ORs for 8 were greater than 1, varying for these 8 drugs from 1.57 to 2.75 (with the OR for one drug being infinity [2 events on drug, 0 on placebo]). The ORs for 2 drugs were less than 1 (favoring treatment); one, carbamazepine had the second fewest patients of any of the drugs studied. The OR for one drug, felbamate, was undefined, with no events on either drug or placebo; the number of patients in trials for felbamate was the smallest of any drug included in the analyses.

The primary analysis performed was the exact method for a stratified odds ratio, the odds ratio being in terms of patient units. The stratification factor was the trial. The analyses assumed that all trials had a common treatment effect and included only those trials in which there was at least one suicidality event; this included about 1/3 of the trials identified. The results of additional analyses that included all trials gave similar results. In addition, other sensitivity analyses (including relative risks, risk differences, analyses that allowed for heterogeneity of treatment effect, analyses utilizing person-time, time-to-event analyses) all gave consistent results. Further, analyses were performed by: drug group defined by specific mechanisms of action, indication (epilepsy, psychiatric, other), type of event (suicidal behavior vs ideation), age, gender, race, setting (in-patient vs out-patient), and location (North America, non-North America). In general, there were no obvious differences in outcomes within these groupings, although with regard to indication and location, the following differences were seen:

| INDICATION | Odds Ratio |
|---|---|
| Epilepsy | 3.53 |
| Psychiatric | 1.51 |
| Other | 1.87 |

| LOCATION | |
|---|---|
| North America | 1.38 |
| Non-North America | 4.53 |

**Comments**

Based on these data, the Agency has concluded that there is a signal for increased suicidality for the class of AEDs, and plans to propose that product labeling for all chronically used AEDs describe this increased risk; it is our intention to ask sponsors to include a description of these findings in a Boxed Warning, as well as in the Warnings and Precautions sections. In addition, we expect that patients will receive a medication guide describing this risk each time a prescription for an AED is filled.

At this point, it is worth discussing briefly how we came to the conclusion that this signal applies to all drugs in the class, given that there was no signal detected for 3 of the 11 drugs studied.

It is, of course, reasonable to ask why it is appropriate to consider these drugs (and the others not studied but to which we believe the results apply) as constituting a class at all. Although some of the drugs studied are considered to share at least one common (primary?) pharmacologic action, as a whole they clearly do not appear to have an obvious common pharmacologic mechanism or mechanisms. Nonetheless, although these drugs are used to treat a myriad of medical conditions, they do all share the ability to decrease the frequency of seizures (in addition to whatever other effects they may have); perhaps this can be considered to constitute a common mechanism, and serve as the basis for considering them as a class. In any event, it is typical for the Agency to consider all drugs approved for a similar indication to constitute a therapeutic class. This is important because (adverse) findings included in product labeling for only one (or a few) member(s) of a therapeutic class have the potential to drive prescribers to choose an alternative member of that class, all other things being equal. For this reason, it is very important, in many cases, to determine if a given adverse finding occurs with all or some of the other members of that therapeutic class as well, so that prescribers can make informed judgments when choosing between drugs used to treat a particular indication. It is for this reason that we consider AEDs a therapeutic class, and why it was important to examine the potential for suicidality of all of the drugs in that class (for which there were appropriately designed trials).

It then becomes important to explain why, given the results seen, we have concluded that the signal should be considered to apply to all drugs in the class. The question arises for two reasons: 1) the finding was not seen for all drugs, and 2) given the disparate pharmacologies of the drugs, there is no obvious explanation for why there should be a common finding of an increase in suicidality.

Regarding the first concern, the lack of complete uniformity in the finding would not be especially surprising if the true state of nature was that all AEDs increase suicidality. It is important to note that there **was** a numerical increase in the OR

4

for 8 of the 11 drugs studied, which reached nominal statistical significance for 2 of those 8.  The lack of nominal significance for the other 6 drugs is not surprising, given the relatively small number of relevant events.  The three drugs for which the OR was not greater than one included the two drugs with the fewest number of patients studied, so it is not surprising that the estimate of the treatment effects for these drugs might not represent a true or stable estimate.  And it would not be surprising, if the finding is real, that, by chance, there would be one drug (in this case divalproex sodium) out of the 9 with an adequate sample size with an estimate of the OR of less than one.

Regarding the second concern, it must be acknowledged that we do not have a clear understanding of, or explanation for, the observation that there appears to be an increase in suicidality for multiple drugs with multiple pharmacologic mechanisms (although, as noted above, it must be remembered that at least one pharmacologic effect of these drugs, namely the capacity to decrease seizure frequency, is common to them all).  The wide variety of pharmacologic actions represented by these drugs might reasonably raise questions about our interpretation of the observation itself; that is, the lack of an obvious underlying biological explanation might argue for dismissing the conclusion that these disparate treatments all cause an increase in suicidality, because it simply is not "plausible".  On the other hand, one could consider this observation to provide **support** for the conclusion that the finding is both real and should apply to all AEDs (including those studied for which there was no signal, and those not studied).  If we take the signal at face value, the observation that so many different drugs are associated with this increase in suicidality strongly suggests that the finding is independent of mechanism, and it is therefore reasonable to conclude that all drugs of the "class" can cause this increase.  In this regard, in the recent example of an observed increase in suicidality with antidepressants, there were drugs in those analyses that did not show an increase in suicidality.  Nonetheless, the decision was made to attribute this effect to all antidepressants (one could, I suppose, argue that those drugs had more similar mechanisms than do the AEDs, thereby making the generalization to all members of that "class" more reasonable than in the current case.  However, whether the antidepressants, as a "class", actually do share common mechanisms is an arguable point).  In any event, in our estimation, there seems to be no compelling reason to: 1) ignore what appears to be a very clear **empirical** finding of an increase in suicidality, despite no obvious explanation for this finding, or 2) not generalize the conclusion to other AEDs.  This is the Agency's current view.

In recent weeks, we have become aware that at least one sponsor has performed additional analyses of the data for their own drugs, and has come to a different conclusion than the Agency.  At the time of this writing, we have not yet had the opportunity to examine those analyses in detail.  We expect that this sponsor, as well as perhaps others, may present their findings at the July 10 meeting.  In addition, this sponsor, as well as perhaps others, may submit their

5

own documents for the committee to review. If so, those documents will be sent to you at a later date.

At this time, we are not including a detailed list of questions that we would like you to discuss and/or vote on at the meeting; this list will be sent to you at a later date. However, we will be interested in your views about the analyses we have performed and the results we have obtained. In particular, of course, we are very interested in whether you believe the conclusions should be applied to any, only some, or, as we have concluded, all of the AEDs studied and all AEDs to be taken chronically. Further, we are interested in your thoughts and comments about the changes to the product labeling that we have proposed.

I would like to thank you in advance for all the work you will have done prior to and during the meeting, and I look forward to seeing you on July 10.