EXHIBIT B

# CLINICAL REVIEW: ANTIEPILEPTIC DRUGS AND SUICIDALITY

|  |  |
|---|---|
| Application Type | NDA |
| Submission Number | Carbamazepine (21-710) |
|  | Divalproex sodium (18-723, 19-680, 21-168) |
|  | Felbamate (20-189) |
|  | Gabapentin (20-235, 20-882, 21-129, 21-216) |
|  | Lamotrigine (20-241, 20-764) |
|  | Levetiracetam (21-035, 21-505, 21-872) |
|  | Oxcarbazepine (21-014, 21-285) |
|  | Pregabalin (21-446) |
|  | Tiagabine (20-646) |
|  | Topiramate (20-505, 20-844) |
|  | Zonisamide (20-789) |
|  |  |
| Reviewer Name | Evelyn Mentari, M.D., M.S. |
| Review Completion Date | June 12, 2008 |
|  |  |
| Established Name | Multiple |
| (Proposed) Trade Name | Multiple |
| Therapeutic Class | Multiple Antiepileptic Drugs |
| Applicant | Multiple |
|  |  |
| Formulation | Multiple |
| Dosing Regimen | Multiple |
| Indication | Multiple |
| Intended Population | Users of Antiepileptic Products |

1. EXECUTIVE SUMMARY ....................................................................................................5

   1.1 OVERVIEW ...........................................................................................................................5
   1.2 FINDINGS ............................................................................................................................5
   1.3 FDA ACTIONS ....................................................................................................................5

2. INTRODUCTION ..............................................................................................................6

   2.1 BACKGROUND .....................................................................................................................6
   2.2 MATERIALS REVIEWED ......................................................................................................6
      2.2.1 Antiepileptic Drug Prescribing Information ............................................................6
      2.2.2 FDA Documents ......................................................................................................10
      2.2.3 Sponsor Data Sets ..................................................................................................11
      2.2.4 Other Sponsor Communications .............................................................................12
   2.3 REVIEW OBJECTIVES .........................................................................................................12

3. METHODS...........................................................................................................................12

   3.1 METHODS: DATA COLLECTION .........................................................................................12
      **3.1.1 Data Requests**.........................................................................................................12
      3.1.2 Trial Inclusion and Exclusion Criteria .................................................................12
      3.1.3. Requests for Information about Trial Characteristics ...........................................13
      3.1.4. Determination of Suicidal Behavior or Ideation Events ......................................13
         3.1.4.1. Identification of "Possibly Suicide-Related" Adverse Events (PSRAEs) .....13
         3.1.4.2. Exposure Window for PSRAEs ..................................................................14
         3.1.4.3. "False Positive" Events ............................................................................14
         3.1.4.4. Adjudication of "Possibly Suicide-Related" Adverse Events (PSRAEs) ....14
         3.1.4.5. Data Processing and Verification ..............................................................14
   3.2 METHODS: STATISTICAL ANALYSIS ..................................................................................15
      3.2.1 Consultation of the Division of Biometrics 6 .........................................................15
      3.2.2 STATISTICAL ANALYSIS PLAN .........................................................................16
         3.2.2.1 Endpoints ...................................................................................................16
         3.2.2.2 Analysis Population ....................................................................................16
         3.2.2.3 Subgroups and Special Populations ...........................................................16
            3.2.2.3.1. Individual Drugs ...............................................................................16
            3.2.2.3.2. Drug Groups According to Main Mechanism of Action ....................16
            3.2.2.3.3. Trial Indication .................................................................................17
            3.2.2.3.4. Demographics ...................................................................................17
            3.2.2.3.5. Comparator Type ..............................................................................18
         3.2.2.4. Statistical Methods ...................................................................................18
            3.2.2.4.1. Primary Method .................................................................................18
            3.2.2.4.2. Sensitivity Methods ..........................................................................18
               3.2.2.4.2.1. Zero-Event Trials........................................................................18
               3.2.2.4.2.2. Trial Heterogeneity ....................................................................19
               3.2.2.4.2.3. Duration Differences ..................................................................19
            3.2.2.4.3. Exploratory Methods .........................................................................19
               3.2.2.4.3.1. Time Pattern ...............................................................................19
               3.2.2.4.3.2. Demographics, Duration and Discontinuation ...........................19
               3.2.2.4.3.3. Multiple Events ..........................................................................19
            3.2.2.4.4. Missing values ..................................................................................20
            3.2.2.4.5. Statistical Significance .....................................................................20

4. TRIAL CHARACTERISTICS...........................................................................................20

   4.1. TRIALS BY COMPARATOR AND DRUG ..............................................................................20
   4.2. DURATION OF PLACEBO-CONTROLLED TRIAL DOUBLE-BLIND TREATMENT PHASES ........21
   4.3. MONOTHERAPY VERSUS ADJUNCTIVE THERAPY IN PLACEBO-CONTROLLED TRIALS ........21
   4.4. EXCLUSION OF SUBJECTS WITH RISK FACTORS FOR SUICIDAL BEHAVIOR OR IDEATION IN PLACEBO-
   CONTROLLED TRIALS ANALYZED .............................................................................................21
   4.5. EPILEPSY TRIALS: SEIZURE TYPES STUDIED ..................................................................23

    4.6. PSYCHIATRIC TRIALS: ACUTE VERSUS MAINTENANCE TREATMENT .................................................. 23

**5. SUBJECT CHARACTERISTICS** ..................................................................................................... **23**

    5.1. DRUGS AND DEMOGRAPHICS ............................................................................................................ 23
    5.2. DURATION OF TREATMENT AND DISCONTINUATION ............................................................................. 26

*6. FINDINGS* ......................................................................................................................................... **27**

    6.1. SUICIDAL BEHAVIOR OR IDEATION ................................................................................................... 27
    6.3 SENSITIVITY ANALYSES ................................................................................................................... 30
        *6.3.1. Sensitivity Analysis using Zero-Event Trials: Estimated Risk Differences* ............................ *30*
        *6.3.2. Trial Heterogeneity* .............................................................................................................. *31*
        *6.3.3. Person-Time Analysis* ........................................................................................................... *32*
    6.4. EXPLORATORY ANALYSES ............................................................................................................... 34
        *6.4.1. Time-to-Event Analysis* ......................................................................................................... *34*
        *6.4.2. Multiple Events* ..................................................................................................................... *36*

**7. FINDINGS IN SPECIAL/SUBGROUP POPULATIONS** ......................................................... **36**

    7.1. DRUG GROUPS ACCORDING TO MAIN MECHANISM(S) OF ACTION ...................................................... 36
    7.2. TRIAL INDICATION ......................................................................................................................... 38
        *7.3.1. Age* ........................................................................................................................................ *40*
        *7.3.2. Gender* .................................................................................................................................. *41*
        *7.3.4. Setting* ................................................................................................................................... *43*
        *7.3.5. Location* ................................................................................................................................ *44*

**8. POST-HOC ANALYSES** ...................................................................................................... **46**

    8.1. LAMOTRIGINE ADDITIONAL DATA ................................................................................................... 46
    8.2. ANALYSIS BY ALTERNATIVE AGE GROUPINGS .................................................................................. 48
    8.3. EVALUATION OF SUICIDAL BEHAVIOR NARRATIVES ............................................................................. 48
        *8.3.1. Evaluation of Suicidal Behavior Narratives: Methods* ......................................................... *48*
        *8.3.2. Evaluation of Suicidal Behavior Narratives: Findings* ......................................................... *49*
           8.3.2.1. Evaluation of Suicidal Behavior Narratives: Psychiatric Symptoms Associated with Suicidal Behavior Events
           ...................................................................................................................................................... 50
           8.3.2.3. Evaluation of Suicidal Behavior Narratives: Factors Affecting the Likelihood of Ascertainment Bias ........... 50

**9. DISCUSSION** .................................................................................................................... **50**

    9.1. USE OF PLACEBO-CONTROLLED CLINICAL TRIAL DATA ..................................................................... 50
    9.2. RETROSPECTIVE ANALYSIS OF DATA ................................................................................................ 51
    9.3. POSSIBILITY OF ASCERTAINMENT BIAS ............................................................................................ 51
    9.4. CONSISTENCY OF RESULTS IN SUBGROUP ANALYSES .......................................................................... 52
    9.5. RISK OF SUICIDAL BEHAVIOR OR IDEATION IN INDIVIDUAL ANTIEPILEPTIC DRUGS ............................. 53
    9.6. GENERALIZABILITY OF ANALYSIS RESULTS ...................................................................................... 53
    9.7. MECHANISM OF INCREASED RISK OF SUICIDAL BEHAVIOR OR IDEATION IN ANTIEPILEPTIC DRUGS
    OVERALL ............................................................................................................................................... 53

**10. CONCLUSION** ................................................................................................................. **53**

**11. FDA ACTIONS** ................................................................................................................ **54**

    11.1. PRESS RELEASE AND INFORMATION FOR HEALTHCARE PROFESSIONALS ............................................ 54
    11.2. ADVISORY COMMITTEE MEETING ................................................................................................... 54

**12. AREAS FOR FUTURE INVESTIGATION** ....................................................................... **54**

**REFERENCE LIST** ................................................................................................................. **54**

**APPENDICES** ......................................................................................................................... **56**

    APPENDIX 1: FDA DATA REQUEST LETTER TO SPONSORS (03/16/2005) ................................................ 56
    APPENDIX 2: FDA LETTER TO PROVIDING ADDITIONAL INFORMATION TO SPONSORS (07/11/2005) ....... 63

APPENDIX 3:  ENCLOSURE FOR 07/11/2005 FDA LETTER TO PROVIDING ADDITIONAL INFORMATION TO SPONSORS ........................................................................................................................67
APPENDIX 4: E-MAIL REQUEST FOR ADDITIONAL INFORMATION ON MULTIPLE EVENTS IN INDIVIDUAL SUBJECTS (05/03/2006) ........................................................................................................69
APPENDIX 5. FDA LETTER REQUESTING ADDITIONAL INFORMATION ON TRIALS INCLUDED IN THE ANALYSIS (01/31/2007) .........................................................................................................................69
APPENDIX 6:  TRIAL LEVEL DATA SET DATA DEFINITION TABLE (01/31/2007) ..........................................70
APPENDIX 7.  FDA PRESS RELEASE:  FDA ALERTS HEALTH CARE PROVIDERS TO RISK OF SUICIDAL THOUGHTS AND BEHAVIOR WITH ANTIEPILEPTIC MEDICATIONS (01/31/2008) ..........................................75
APPENDIX 8. INFORMATION FOR HEALTHCARE PROFESSIONALS: SUICIDALITY AND ANTIEPILEPTIC DRUGS (01/31/2008) .............................................................................................................................76
APPENDIX 9. SUBJECT AND EVENT CHARACTERISTICS FROM SUICIDAL BEHAVIOR NARRATIVES .............................................................................................................................81

# 1. EXECUTIVE SUMMARY

## 1.1 Overview

FDA analyzed suicidal behavior and ideation events for all FDA-approved antiepileptic drugs with controlled clinical trial data bases. Eleven sponsors of antiepileptic drugs had randomized controlled trials that met inclusion criteria for analysis. FDA used the Columbia Classification Algorithm of Suicide Assessment (C-CASA) [1] to identify and classify suicidal behavior or ideation events.

## 1.2 Findings

FDA analyzed data for 43,892 drug and placebo arm subjects from 199 placebo-controlled trials. Of drug-treated subjects, 0.37% had a Suicidal Behavior or Ideation event, compared to 0.24% of placebo-treated subjects (incidences unadjusted for trial differences.) Drug-treated subjects had a statistically significant increase in risk of Suicidal Behavior or Ideation compared to placebo-treated subjects for all antiepileptic drugs combined [OR 1.80 (95% CI: 1.24, 2.66)]. Drug-treated subjects overall had 1.9 additional events of Suicidal Behavior or Ideation per 1000 subjects (95% CI: 0.6, 3.9) compared to placebo-treated subjects (approximately 1 additional event per 500 drug-treated subjects). The odds ratio for Suicidal Behavior (completed suicide, suicide attempt, and preparatory acts toward imminent suicidal behavior) was also statistically significant [OR 2.92 (95% CI: 1.44, 6.47)]. Results were generally consistent for individual drugs analyzed.

Increased risk of Suicidal Behavior or Ideation was observed in all categories of trial indications evaluated [Epilepsy (62 trials), Psychiatric Indications (56 trials), and Other Indications (81 trials).] Odds ratios calculated in trials for Epilepsy, Psychiatric Indications, and Other Indications were 3.53 (95% CI: 1.28, 12.10), 1.51 (95% CI: 0.95, 2.45), and 1.87 (95% CI: 0.81, 4.76), respectively.

No clear pattern of drug effect was seen among subgroups according to age, gender, race, setting, and drug groups according to main mechanism of action (sodium channel blockers, GABAergic and GABAmimetic drugs, and carbonic anhydrase inhibitors). Increased risk of Suicidal Behavior or Ideation was seen in both trial location subgroups; the estimated odds ratio for the Non-North American subgroup [4.53 (95% CI: 1.86, 13.18)] was larger than that for the North American subgroup [1.38 (95% CI: 0.90, 2.13)].

Drug-treated subjects had a higher risk of Suicidal Behavior or Ideation Events in all time periods analyzed. Reliable assessments beyond 24 weeks of treatment could not be made, because limited data was available beyond 24 weeks.

## 1.3 FDA Actions

On January 31, 2008 FDA issued a press release[2] and information for healthcare professionals,[3] which alerted the public and health care professionals to the results of this analysis. A joint meeting of the Peripheral and Central Nervous System Drugs and Psychopharmacologic Drugs

Advisory Committees is planned, where the results and implications of this analysis will be discussed. Members of the Drug Safety and Risk Management and Pediatric Advisory Committee members will also participate in this meeting.

## 2. INTRODUCTION

### 2.1 Background

FDA's analysis of suicidality (defined as suicidal behavior or ideation) and antiepileptic drugs was prompted by concerns of an individual antiepileptic drug sponsor about an increased risk of suicidal behavior or ideation in drug-treated subjects in its controlled clinical trial database. In response, FDA initiated an analysis of suicidal behavior or ideation events in controlled clinical trial databases of all antiepileptic drugs in March 2005. FDA instructed sponsors to use the Columbia Classification Algorithm of Suicide Assessment (C-CASA) [4] to classify suicidality events. This standardized approach was used in previous FDA analyses of suicidality in children, adolescents, and adults treated with antidepressants.

### 2.2 Materials Reviewed

2.2.1 Antiepileptic Drug Prescribing Information

Antiepileptic Drug Prescribing Information related to suicidal behavior or ideation, or psychiatric symptoms potentially related to suicidal behavior or ideation, for drugs analyzed is summarized in Table 1 below. Information was obtained on February 8, 2008.

Table 1. Suicidal Behavior or Ideation and Related Psychiatric Symptom Labeling of Drugs Analyzed

| Drug and Label Date | NDA # | Product Labeling |
|---|---|---|
| Equetro (carbamazepine) May 2007 | 021710 | *Precautions Section:* "Suicide: The possibility of suicide attempt is inherent in Bipolar Disorder and close supervision of high risk patients should accompany drug therapy. Prescriptions for EQUETRO™ should be written for the smallest quantity consistent with good patient management in order to reduce the risk of overdose." *Adverse Reactions Section:* In a table summarizing adverse events in EQUETRO™ and placebo-treated patients from the two double-blind, placebo-controlled studies were enrolled in a 6-month open-label study depression (which included suicidal ideation) was listed as comprising 7% of adverse events. Suicide attempt was included in a list of significant adverse events seen in less than 5% of patients. |
| Carbatrol (carbamazepine) March 2007 | 021710 | Label does not contain information related to suicidal behavior or ideation. |
| Felbatol (felbamate) November 2002 | 020189 | Label does not contain information related to suicidal behavior or ideation. |
| | | |

| Drug and Label Date | NDA # | Product Labeling |
|---|---|---|
| Neurontin (gabapentin) March 2007 | 020235, 020882, 021129, 021216 | *Adverse Reactions Section under heading "Other Adverse Reactions Observed During All Clinical Trials":* Suicide attempt is listed as an infrequent event for subjects in clinical trials in adults and adolescents (except clinical trials in neuropathic pain) and for subjects in clinical trials for adults with neuropathic pain of various etiologies. |
| Lamictal (lamotrigine) May 2007 | 020241, 020764 | *Precaution Section under heading "Use in Patients with Bipolar Disorder":* Acute Treatment of Mood Episodes:    Safety and effectiveness of LAMICTAL in the acute treatment of mood episodes has not been established. Children and Adolescents (less than 18 years of age):   Treatment with antidepressants is associated with an increased risk of suicidal thinking and behavior in children and adolescents with major depressive disorder and other psychiatric disorders. It is not known whether LAMICTAL is associated with a similar risk in this population (see PRECAUTIONS: Clinical Worsening and Suicide Risk Associated With Bipolar Disorder). Safety and effectiveness of LAMICTAL in patients below the age of 18 years with mood disorders have not been established.<br><br>Clinical Worsening and Suicide Risk Associated with Bipolar Disorder: Patients with bipolar disorder may experience worsening of their depressive symptoms and/or the emergence of suicidal ideation and behaviors (suicidality) whether or not they are taking medications for bipolar disorder. Patients should be closely monitored for clinical worsening (including development of new symptoms) and suicidality, especially at the beginning of a course of treatment, or at the time of dose changes.<br>   In addition, patients with a history of suicidal behavior or thoughts, those patients exhibiting a significant degree of suicidal ideation prior to commencement of treatment, and young adults, are at an increased risk of suicidal thoughts or suicide attempts, and should receive careful monitoring during treatment.<br>Patients (and caregivers of patients) should be alerted about the need to monitor for any worsening of their condition (including development of new symptoms) and /or the emergence of suicidal ideation/behavior or thoughts of harming themselves and to seek medical advice immediately if these symptoms present. Consideration should be given to changing the therapeutic regimen, including possibly discontinuing the medication, in patients who experience clinical worsening (including development of new symptoms) and/or the emergence of suicidal ideation/behavior especially if these symptoms are severe, abrupt in onset, or were not part of the patient's presenting symptoms.<br>Prescriptions for LAMICTAL should be written for the smallest quantity of tablets consistent with good patient management, in order to reduce the risk of overdose. Overdoses have been reported for LAMICTAL, some of which have been fatal (see OVERDOSAGE).<br>*Adverse Reactions Section:*<br>Suicidal ideation  is listed under the heading "Adverse events that occurred with a frequency of less than 5% and greater than 2% of patients receiving LAMICTAL and numerically more frequent than placebo"<br>Suicide/suicide attempt is listed as a rare event (defined as events occurring in less than 1/1000 patients) under the heading "Other Adverse Events Observed During All Clinical Trials For Pediatric and Adult Patients With Epilepsy or Bipolar Disorder and Other Mood Disorders."<br><br>Suicidal ideation is listed as an infrequent event (defined as events occurring in 1/100 to 1/1000 patients) under the heading "Other Adverse Events Observed During All Clinical Trials For Pediatric and Adult Patients With Epilepsy or |

| Drug and Label Date | NDA # | Product Labeling |
|---|---|---|
| Lamictal (lamotrigine) May 2007 | 020241, 020764 | Bipolar Disorder and Other Mood Disorders."<br><br>*Patient Information Leaflet, which is provided for distribution to patients, under the heading "The Purpose of Your Medicine" subheading "For Patients with Bipolar Disorder":* "If you are taking LAMICTAL to help prevent extreme mood swings, you may not experience the full effect for several weeks. Occasionally, the symptoms of depression or bipolar disorder may include thoughts of harming yourself or committing suicide. Tell your doctor immediately or go to the nearest hospital if you have any distressing thoughts or experiences during this initial period or at any other time. Also contact your doctor if you experience any worsening of your condition or develop other new symptoms at any time during your treatment.<br>Some medicines used to treat depression have been associated with suicidal thoughts and suicidal behavior in children or teenagers. LAMICTAL is not approved for treating children or teenagers with mood disorders such as bipolar disorder or depression." |
| Keppra (levetiracetam) November 2007 | 021035, 021505, 021872 | *Warnings Section:*<br>Adults<br>In addition, 4 (0.5%) of treated patients attempted suicide compared to 0% of placebo patients. One of these patients completed suicide. In the other 3 patients, the events did not lead to discontinuation or dose reduction. The events occurred after patients had been treated for between 4 weeks and 6 months.<br>Pediatric Patients<br>A total of 37.6% of the KEPPRA-treated patients experienced behavioral symptoms (reported as agitation, anxiety, apathy, depersonalization, depression, emotional lability, hostility, hyperkinesia, nervousness, neurosis, and personality disorder), compared to 18.6% of placebo patients. Hostility was reported in 11.9% of KEPPRA-treated patients, compared to 6.2% of placebo patients. Nervousness was reported in 9.9% of KEPPRA-treated patients, compared to 2.1% of placebo patients. Depression was reported in 3.0% of KEPPRA-treated patients, compared to 1.0% of placebo patients. One KEPPRA-treated patient experienced suicidal ideation.<br>*Primary Generalized Tonic-Clonic Seizures*<br>In patients 6 years of age and older experiencing primary generalized tonic-clonic seizures, KEPPRA is associated with behavioral abnormalities.<br>In the double-blind, controlled trial in patients with idiopathic generalized epilepsy experiencing primary generalized tonic-clonic seizures, irritability was the most frequently reported psychiatric adverse event occurring in 6.3% of KEPPRA-treated patients compared to 2.4% of placebo patients. Additionally, non-psychotic behavioral disorders (reported as abnormal behavior, aggression, conduct disorder, and irritability) occurred in 11.4% of the KEPPRA-treated patients compared to 3.6% of placebo patients. Of the KEPPRA-treated patients experiencing non-psychotic behavioral disorders, one patient discontinued treatment due to aggression. Non-psychotic mood disorders (reported as anger, apathy, depression, mood altered, mood swings, negativism, suicidal ideation, and tearfulness) occurred in 12.7% of KEPPRA-treated patients compared to 8.3% of placebo patients. No KEPPRA-treated patients discontinued or had a dose reduction as a result of these events. One KEPPRA-treated patient experienced suicidal ideation. One patient experienced delusional behavior that required the lowering of the dose of KEPPRA.<br>In a long-term open label study that examined patients with various forms of primary generalized epilepsy, along with the non-psychotic behavioral disorders, 2 of 192 patients studied exhibited psychotic-like behavior. Behavior in one case |

| Drug and Label Date | NDA # | Product Labeling |
|---|---|---|
| Keppra (levetiracetam) November 2007 | 021035, 021505, 021872 | was characterized by auditory hallucinations and suicidal thoughts and led to KEPPRA discontinuation. The other case was described as worsening of pre-existent schizophrenia and did not lead to drug discontinuation. *Precautions Section under heading "Information for Patients":* Patients should be advised that Keppra may cause changes in behavior (e.g. aggression, agitation, anger, anxiety, apathy, depression, hostility, and irritability) and in rare cases patients may experience psychotic symptoms and/or suicidal ideation. *Adverse Reactions under heading "Postmarketing Experience":* There have been reports of suicidal behavior (including completed suicide) with marketed KEPPRA. These adverse experiences have not been listed above, and data are insufficient to support an estimate of their incidence or to establish causation. *Patient Information Leaflet:* **What are the possible side effects of KEPPRA?** **Adults** KEPPRA may cause the following serious problems in adults. Call your healthcare provider right away if you get any of the following symptoms: extreme sleepiness, tiredness, and weakness problems with muscle coordination (problems walking and moving) mood and behavior changes such as aggression, agitation, anger, anxiety, apathy, mood swings, depression, hostility, and irritability. A few people may get psychotic symptoms such as hallucinations (seeing or hearing things that are really not there), delusions (false or strange thoughts or beliefs) and unusual behavior. A few people may get thoughts of suicide (thoughts of killing yourself). |
| Trileptal (orcarbazepine) May 2007 | 021014, 021285 | Label does not contain information related to suicidal behavior or ideation. |
| Lyrica (pregabalin) July 2007 | 021446 | *Adverse Reactions Section under heading "Other Adverse Events Observed during the Clinical Studies of Lyrica (pregabalin):* Suicide attempt is listed as an infrequent event and suicide is listed as a rare event. |
| Gabitril (tiagabine) December 2006 | 020646 | *Adverse Reactions Section under heading "Other Adverse Events Observed During All Clinical Trials":* Suicide attempt is listed an infrequent event. |
| Topamax (topiramate) April 2007 | 020505, 020844 | *Warnings Section under heading "Cognitive/Neuropsychiatric Adverse Events":* Psychiatric/Behavioral Disturbances Psychiatric/behavioral disturbances (depression or mood problems) were dose-related for both the epilepsy and migraine populations. In the double blind phases of clinical trials with topiramate in approved and investigational indications, suicide attempts occurred at a rate of 3/1000 patient years (13 events/3999 patient years) on topiramate versus 0 (0 events/1430 patient years) on placebo. One completed suicide was reported in a bipolar disorder trial in a patient on topiramate. *Adverse Reactions Section:* Other Adverse Events Observed During All Epilepsy Clinical Trials: Suicide attempt listed as a frequent adverse event. Postmarketing Reports of Adverse Drug Reactions: Suicidal attempts, ideation, and suicide listed as very rare events. *Patient Information Section:* Patients are advised to tell their healthcare professional if they "suffer from depression, mood problems or suicidal thoughts or behavior." |
|  |  |  |

| Drug and Label Date | NDA # | Product Labeling |
|---|---|---|
| Depakoke Depakote ER (divalproex sodium) December 2006 | 018723, 019680, 021168 | Label does not contain information related to suicidal behavior or ideation. |
| Zonegran (zonisamide) July 2007 | 020789 | *Warnings Section:* Cognitive/Neuropsychiatric Adverse Events: In placebo-controlled trials, 2.2% of patients discontinued ZONEGRAN or were hospitalized for depression compared to 0.4% of placebo patients, while 1.1% of ZONEGRAN and 0.4% of placebo patients attempted suicide. Among all epilepsy patients treated with ZONEGRAN, 1.4% were discontinued and 1.0% were hospitalized because of reported depression or suicide attempts. In placebo-controlled trials, 2.2% of patients discontinued ZONEGRAN or were hospitalized due to psychosis or psychosis-related symptoms compared to none of the placebo patients. Among all epilepsy patients treated with ZONEGRAN, 0.9% were discontinued and 1.4% were hospitalized because of reported psychosis or related symptoms. |

All of the drugs analyzed are approved for the treatment of epilepsy. Six of the drugs analyzed are approved for treatment indications other than epilepsy. Table 2 below lists the approved non-epilepsy treatment indications of drugs analyzed (collected February 8, 2008.)

Table 2. FDA-Approved Non-Epilepsy Treatment Indications of Drugs Analyzed

| Drug | Treatment Indications |
|---|---|
| Carbamazepine | trigeminal neuralgia |
| Gabapentin | postherpetic neuralgia |
| Lamotrigine | bipolar disorder (maintenance) |
| Pregabalin | neuropathic pain from diabetic peripheral neuropathy, postherpetic neuralgia, fibromyalgia |
| Topiramate | migraine |
| Divalproex sodium | mania, migraine |

## 2.2.2 FDA Documents

1. Statistical Review and Evaluation: Antiepileptic Drugs and Suicidality. Prepared by Mark Levenson, PhD. Dated May 23, 2008.
2. FDA Internet Publication: Background Information on the Suicidality Classification Project at http://www.fda.gov/cder/drug/antidepressants/classificationProject.htm.
3. Request for Information on Suicidal Behavior or Ideation to Sponsors of Antiepileptic Drugs. Dated May 16, 2005. (Appendix 1)
4. Clarification Regarding the May 16, 2005 Request for Information on Suicidal Behavior or Ideation to Sponsors of Antiepileptic Drugs. Dated July 11, 2005. (Appendices 2 and 3).

5. E-mail Communication Updating the May 16, 2005 Request for Information on Suicidal Behavior or Ideation to Sponsors of Antiepileptic Drugs.  Dated May 3, 2006.  (Appendix 4).

6. FDA Letter Requesting Additional Information on Trials in the Analysis of Antiepileptic Drugs and Suicidal Behavior or Ideation.  Dated January 31, 2007.  (Appendix 5)

7. Data Definition Table for Information on Trials in the Analysis of Antiepileptic Drugs and Suicidal Behavior or Ideation.  Dated January 31, 2007. (Appendix 6)

8. FDA Press Release:  FDA Alerts Health Care Providers to Risk of Suicidal Thoughts and Behavior with Antiepileptic Medications.  Dated January 31, 2008.  (Appendix 7)

9. Information for Healthcare Professionals: Suicidality and Antiepileptic Drugs. Dated January 31, 2008.  (Appendix 8).

## 2.2.3 Sponsor Data Sets

1. NDA 21-710 (Carbamazepine/Carbatrol® Extended-Release Capsules), 21-712 (Carbamazepine/Equetro® Extended-Release Capsules):  Suicidality Datasets.  Prepared by Shire.  Datasets submitted June 28, 2006, August 10, 2006, and September 6, 2006.

2. NDA 18-723 and 20-320 (Divalproex Sodium/Depakote® Tablets), 19-680 (Divalproex Sodium/Depakote® Sprinkle Capsules), 21-168 (Divalproex Sodium/Depakote® ER Tablets):  Suicidality Datasets.  Prepared by Abbott Laboratories.  Datasets submitted July 21, 2006.

3. NDA 20-189 (Felbamate/Felbatol® Tablets and Oral Suspension):  Suicidality Datasets.  Prepared by Medpointe   Pharmaceuticals.  Datasets submitted May 31, 2007 and August 8, 2007.

4. NDA 20-235 (Gabapentin/Neurontin® Capsules), 20-882 (Gabapentin/Neurontin® Tablets), 21-129 (Gabapentin/Neurontin® Oral Solution):  Suicidality Datasets.  Prepared by Pfizer.  Datasets submitted June 22, 2006 and July 24, 2006.

5. NDA 20-241 (Lamotrigine/Lamictal® Tablets), 20-764 (Lamotrigine/Lamictal® Chewable Dispersible Tablets):  Suicidality Datasets.  Prepared by GlaxoSmithKline.  Datasets submitted June 27, 2006, September 22, 2006, October 11, 2007, and November 21, 2007.

6. NDA 21-035 (Levetiracetam/Keppra® Tablets), 21-505 (Levetiracetam/Keppra® Oral Solution):  Suicidality Datasets.  Prepared by UCB.  Datasets submitted August 9, 2006.

7. NDA 21-014 (Oxcarbazepine/Trileptal® Tablets), 21-285 ((Oxcarbazepine/Trileptal® Oral Suspension):  Suicidality Datasets.  Prepared by Novartis.  Datasets submitted June 21, 2006.

8. NDA 21-446 (Pregabalin/Lyrica® Capsules C-V):  Suicidality Datasets.  Prepared by Pfizer.  Datasets submitted June 22, 2006 and July 24, 2006.

9. NDA 20-646 (Tiagabine/Gabitril® Tablets):  Suicidality Datasets.  Prepared by Cephalon.  Datasets submitted June 7, 2006 and August 7, 2006.

10. NDA 20-505 (Topiramate/Topamax® Tablets), 20-844 (Topiramate/Topamax® Sprinkle Capsules):  Suicidality Datasets.  Prepared by Johnson and Johnson.  Datasets submitted November 1, 2006.

11. NDA 20-789 (Zonisamide/Zonegran® Capsules):  Suicidality Datasets.  Prepared by Eisai Medical Research, Incorporated.  Datasets submitted April 26, 2006.

2.2.4 Other Sponsor Communications

Electronic and written communication between FDA and sponsors occurred frequently in the process of verifying and revising data sets. Relevant communications between FDA and sponsors are referenced in the body of this review.

## 2.3 Review Objectives

1. Examine whether the class of antiepileptic drugs are associated with increased risk of suicidality relative to placebo in randomized placebo-controlled trials.
2. Examine whether the risk of suicidality varies by (a) individual drug, (b) drug subgroups, (c) indication subgroups, and (d) demographic subgroups.

## 3. METHODS

## 3.1 Methods: Data Collection

### 3.1.1 Data Requests

On March 16, 2005, FDA requested data sets from sponsors of antiepileptic drugs (see Appendix 1). Data sets provided detailed information about individual subjects. In response to sponsor questions about trial inclusion criteria, data collection, data classification, and data presentation, FDA sent a letter providing additional information and clarification on July 11, 2005 (see Appendices 2 and 3). FDA initially requested the most severe suicidality event for each subject. Due to a change in analysis plan, FDA sent an e-mail communication requesting information on less serious suicidality events in subjects with multiple events on May 3, 2006 (see Appendix 4).

### 3.1.2 Trial Inclusion and Exclusion Criteria

FDA instructed sponsors to submit data for all randomized, parallel-arm, placebo-controlled trials, with at least 30 patients total. Sponsors were also instructed to submit data from the first period of cross-over trials and trials with subtherapeutic comparator arms ("low dose-controlled studies"), if these trials otherwise met the trial inclusion criteria. (Note: Low-dose controlled studies were not included in the primary analysis.) Some trials had active-controlled arms in addition to placebo-controlled arms.

FDA excluded trials if the duration was less than 7 days or if there were fewer than 20 subjects in any trial arm. We excluded trials in which all subjects were less than 5 years old, because the study methods were not adapted to reliably assess suicidality in this age group. We excluded trials with a randomized withdrawal study design, in which all subjects initially receive the active drug and, subsequently, subjects are randomized to continue active treatment or to placebo. We excluded these trials because withdrawal of the drug in subjects randomized to placebo may complicate the interpretation of suicidality events. We also excluded these trials

because the double blind treatment phase of randomized withdrawal studies are often enriched with subjects who have adequate efficacy and are tolerant of adverse effects with drug treatment. The July 2005 FDA letter specified that studies with ongoing blinded treatment phases should not be included in data submissions. Trials for antiepileptic drugs not approved by the date of the initial information request, March 16, 2008, were not included.

According to the inclusion and exclusion criteria described above, data from some trials were not used in the FDA analysis, despite the fact that they were submitted to FDA. Table 3 describes trials with data submitted to FDA which were not used in this analysis.

### 3.1.3. Requests for Information about Trial Characteristics

In its July 2005 letter, FDA asked sponsors to summarize trial characteristics in two tables. One table provided the protocol dose, duration and number of subjects for each trial, and the other table provided the trial exclusion criteria (Appendix 3.)

FDA requested additional information about the analyzed trials on January 31, 2007. A copy of the request letter is located in Appendix 5, and the data definition table for the trial level data set is located in Appendix 6.

### 3.1.4. Determination of Suicidal Behavior or Ideation Events

3.1.4.1. Identification of "Possibly Suicide-Related" Adverse Events (PSRAEs)

FDA requested a search of adverse events that occurred during the double-blind phase of treatment, or within one day of stopping randomized treatment. Preferred terms, verbatim terms, and comments fields of trials included in the analysis were included in the search. We specified the search procedure which sponsors used to identify "possibly suicide-related" adverse events (PSRAEs).

The search for PSRAEs included the following criteria:
- Preferred terms with text strings "suic" or "overdos," including all events coded as "accidental overdose"
- Verbatim terms with the text strings: "attempt", "cut", "gas", "hang", "hung", "jump", "mutilat-", "overdos-", "self damag-", "self harm", "self inflict", "self injur-", "shoot", "slash", "suic-", "poison", "asphyxiation", "suffocation", "firearm"; events were screened for false positives
- All deaths and other serious adverse events (SAEs)
- All adverse events coded as "accidental injury"

Sponsors prepared narratives for each PSRAE and were asked to remove information that may potentially cause bias.

3.1.4.2.  Exposure Window for PSRAEs

The search for PSRAEs was limited to events that occurred during the double-blind treatment phase, during the first period of a cross-over trial, or within one day of stopping randomized treatment.  Sponsors were instructed to exclude PSRAEs that occurred during open label stabilization phases, run-in phases, open-label extension periods, or tapering periods.  Events that occurred before randomization were also excluded.

3.1.4.3.  "False Positive" Events

"False positive" events, which met search criteria but were not suicide-related, were also identified. (For example, "epigastric pain" identified in the search for the key word "gas"). Sponsors submitted listings of events classified as "false positives," which included the subject number, study number, treatment assignment, and the term in which the search text string was found.

3.1.4.4.  Adjudication of "Possibly Suicide-Related" Adverse Events (PSRAEs)

FDA asked sponsors to classify PSRAEs using the Columbia Classification Algorithm of Suicide Assessment (C-CASA) [5].  FDA's data request letter specified that the persons who classify the PSRAE narratives must have the appropriate expertise and training to accomplish this task. Some, but not all, sponsors collaborated with Dr. Posner's group (who developed this algorithm and classified all events in the pediatric data analysis of suicidality with antidepressants) in the classification of PSRAEs for this analysis. Table 1 lists the categories of suicidal behavior and ideation events used in the classification of PSRAEs.

Table 4: Suicidal Behavior and Ideation Events and Codes.

| Event Code | Event |
| --- | --- |
| 0 | No Event |
| 1 | Completed suicide |
| 2 | Suicide attempt |
| 3 | Preparatory acts toward imminent suicidal behavior |
| 4 | Suicidal ideation |
| 5 | Self-injurious behavior, intent unknown |
| 6 | Not enough information, fatal |
| 7 | Not enough information, non-fatal |

3.1.4.5. Data Processing and Verification

After data sets were received from sponsors, the data was processed as follows:
      Data not eligible according to trial inclusion and exclusion criteria (see Section 3.1.2) was removed.

Data was checked for plausibility and completeness.
Data from all subjects less than 5 years old was removed.
Multiple events in one subject in a single day were consolidated into one observation (see below.)
Study indications were categorized (see below.)
Data from 11 drug programs was concatenated into one data set.

Questions which arose during data processing were sent to the appropriate sponsor(s) for resolution.

Reporting on all events per subject was requested. If a subject had multiple events reported on the same day, only the most severe event was retained; this was done to standardize the distinction between a single event versus multiple events.

Sponsors were asked to confirm the numbers of each category of events for each treatment arm via e-mail communication on April 24, 2008. Data discrepancies were resolved; The March 5, 2008 Statistical Review on this topic was revised on May 23, 2008 to reflect these changes.

FDA categorized the numerous trial indications into 21 trial indication categories. These 21 indication categories were further categorized into three categories: (1) Epilepsy, (2) Psychiatric, and (3) Other. Table 2 gives the 21 trial indication categories and their further classification into three categories.

Table 5: Trial Indication Categories

| Epilepsy (62) | Psychiatric (56) | Other (81) |
|---|---|---|
| Epilepsy (62) | Anxiety (13) | Agitation (2) |
| | Binge eating disorder (1) | Chronic pain (5) |
| | Bipolar disorder (28) | Fibromyalgia (2) |
| | Depression (3) | Impaired cognition (6) |
| | Panic disorder (4) | Insomnia (1) |
| | Post-Traumatic Stress Disorder (1) | Migraine (16) |
| | Schizophrenia (2) | Neuropathy (35) |
| | Social phobia (4) | Obesity (10) |
| | | Radiculopathy (0)* |
| | | Spasticity (1) |
| | | Tremor (1) |

The number of placebo-controlled trials in the primary analysis for each trial indication category is listed in parentheses.
*One trial indicated for radiculopathy was submitted, but it was not eligible for analysis.
Note: The Other indication category also includes healthy volunteer studies (2).

### 3.2 METHODS: STATISTICAL ANALYSIS

3.2.1 Consultation of the Division of Biometrics 6

The Division of Neurology consulted the Quantitative Safety and Pharmacoepidemiology Group in the Division of Biometrics 6 to assist with statistical analysis. Mark Levenson, PhD was the statistical reviewer, and C. George Rochester, PhD, RAC, was the statistical team leader.

## 3.2.2 STATISTICAL ANALYSIS PLAN

The statistical analysis plan (SAP), dated November 8, 2007, included definitions of the endpoints, study population, subgroups, and statistical methods, which were pre-specified prior to conducting the analyses. These definitions and specifications were chosen by medical reviewers in the Division of Neurology and statistical reviewers in the Quantitative Safety and Pharmacoepidemiology Group.

### 3.2.2.1 Endpoints

The primary endpoint was Suicidal Behavior or Ideation, which was defined as the occurrence of any of the following events:

      Completed suicide
      Suicide attempt
      Preparatory acts toward imminent suicidal behavior
      Suicidal ideation

There were two secondary endpoints: a.) Suicidal Behavior and b.) Suicidal Ideation. The Suicidal Behavior endpoint was defined as the occurrence of any of the following events:

      Completed suicide
      Suicide attempt
      Preparatory acts toward imminent suicidal behavior

The Suicidal Ideation endpoint occurred if the patient had only a Suicidal Ideation event (because if the patient had a suicidal ideation event *and* a suicidal behavior event, only the more severe behavior event would be counted). Note that the endpoint Suicidal Ideation was not part of the pre-specified SAP.

### 3.2.2.2 Analysis Population

The primary analysis population was all patients in test drug and placebo arms from placebo-controlled trials.

### 3.2.2.3 Subgroups and Special Populations

3.2.2.3.1. Individual Drugs

Each drug was evaluated separately.

3.2.2.3.2. Drug Groups According to Main Mechanism of Action

To examine the effect of drug mechanism of action on the risk of suicidal behavior or ideation, three drug groups were evaluated: 1) Sodium Channel Blocking Drugs; 2) GABAergic drugs

and GABAmimetic drugs; and 3) Carbonic Anhydrase Inhibitors. These groupings were chosen by the medical officers from the Division of Neurology and were based on a drug's main mechanism(s) of action. Each group of drugs was compared to the complementary group of drugs. Note that the drug groups are neither mutually exclusive nor exhaustive.

Sodium Channel Blocking Drugs
>       Carbamazepine
>       Lamotrigine
>       Oxcarbazepine
>       Topiramate
>       Zonisamide

GABAergic Drugs and GABAmimetic Drugs
>       Divalproex
>       Gabapentin
>       Pregabalin
>       Tiagabine
>       Topiramate

Carbonic Anhydrase Inhibitors
>       Topiramate
>       Zonisamide

3.2.2.3.3. Trial Indication

Three indication groups were considered as defined in Table 5:
1. Epilepsy
2. Psychiatric Indications
3. Other Indications

3.2.2.3.4. Demographics

The following demographic subgroups were considered:
1. Age
>       5-17
>       18-24
>       25-30
>       31-64
>       $\geq 65$
2. Gender
>       Male
>       Female
3. Race
>       White Caucasian
>       Other
4. Setting

17

        Inpatient or Inpatient/Outpatient Combined
        Outpatient
5.  Location
        North America
        Non-North America

The age subgroups were chosen to be the same as used in FDA analysis of the antidepressants and suicidal behavior or ideation. Only two race subgroups were used, because the overwhelming majority of patients were white. "Other" for race included African American, Hispanic, Asian, and other. For location, FDA did not specify the meaning of North America.

### 3.2.2.3.5. Comparator Type

The group of patients from low-dose-controlled trials was considered. This group was compared to the primary analysis group of placebo-control trial patients and the group of patients from both placebo-controlled and low-dose-controlled trials. For the analysis of patients from both types of trials, the test drug patients were compared to the patients in the corresponding trial control arm patients (placebo or low-dose).

### *3.2.2.4. Statistical Methods*

The description of statistical methods below is excerpted from the statistical review by Mark Levenson, PhD.

### *3.2.2.4.1. Primary Method*

The primary analysis method was the exact method for a stratified odds ratio and associated 95% confidence interval.[6]  The odds ratio was in terms of patient units. The stratification factor was the trial.

### *3.2.2.4.2. Sensitivity Methods*

Three sensitivity analyses were employed to examine the robustness of the primary method.

### 3.2.2.4.2.1. Zero-Event Trials

The first sensitivity analysis examined the consequences of the fact that a large number of the trials were expected to have no events. The exact method for a stratified odds ratio does not make use of these trials. The Mantel-Haenszel risk difference and associated confidence interval,[7]  which makes use of these trials, was used for this sensitivity analysis. However, if there are no events for any trials, for example in a subgroup, then the estimated variance will be zero. In this case, it is not appropriate to use the variance estimate, and no estimate and confidence intervals were presented.

3.2.2.4.2.2. Trial Heterogeneity

The second sensitivity analysis examined between-trial heterogeneity of the effect measure. Zelen's test,[6] an exact test, was used to test the hypothesis of a common odds ratio. However, because of the small number of events, it was expected that there would be little power to detect heterogeneity of the odds ratio across trials. The result of the test was intended for qualitative purposes.

The trial weight of the Mantel-Haenszel odds ratio estimator was used to quantitatively identify trials with large influence. The weight was equal to (control patients with events)*(test patients without events)/(total patients). Trials with no events had a weight of zero. For trials with events in one arm only, the weight was equal to (control patients with events +0.5)*(test patients without events +0.5)/(total patients +2). Note that the SAP incorrectly specified "+1" rather than "+2" in the denominator.

A generalized linear mixed model (GLMM)[8] was used to estimate the overall odds ratio in the presence of trial heterogeneity of the odds ratio. The model used the binomial error distribution and logit link function. The model included fixed effects for the trial and treatment effects and a random effect on the trial-level for the treatment-trial interaction. The estimate and the 95% confidence interval of the treatment effect were qualitatively compared to those from the primary method to examine the effect of trial heterogeneity. The confidence interval of the variance component of the random effect was also examined to evaluate trial heterogeneity.

3.2.2.4.2.3. Duration Differences

The third sensitivity method, which was not part of the SAP, examined the consequences of the observed difference in treatment duration between the treatment arms. The method was similar to the primary method, but used person-time rather than patients as the unit of analysis.[6] Because the duration difference was small, an assumption of constant hazards was not key.

3.2.2.4.3. Exploratory Methods

3.2.2.4.3.1. Time Pattern

Kaplan-Meier incidence curves were used to examine the time-pattern (hazard function) of the Suicidal Behavior or Ideation events. For patients with multiple events, only the most critical event was used. No stratification was employed in the analysis.

3.2.2.4.3.2. Demographics, Duration and Discontinuation

Differences in treatment arms within trials of demographics, treatment duration, and premature discontinuation of patients were examined. For categorical variables, p-values for differences between treatment groups were based on the Cochran-Mantel-Haenszel test stratifying on trial. For continuous variables, p-values and least-squares means were based on a 2-way ANOVA controlling for trial.

3.2.2.4.3.3. Multiple Events

For each patient that had multiple events, the events were summarized.

*3.2.2.4.4. Missing values*

There were no missing values allowed for trial, treatment arm, and event codes. Therefore, the primary analysis was not be affected by missing values. For each subgroup analysis, all patients with the necessary information to determine the subgroup membership were used.

*3.2.2.4.5. Statistical Significance*

Statistical significance refers to a two-sided type 1 error of 0.05. Because the analysis was exploratory in nature, no adjustments for multiplicity were to be made.

## 4. TRIAL CHARACTERISTICS

### 4.1. Trials by Comparator and Drug

Table 6 gives the number of trials by comparator type and drug. There were 210 trials. Of these, 199 were placebo-controlled and 11 were low-dose controlled. No study had both a placebo arm and a low-dose arm. There were 23 trials that also had an active control arm; events in active control treatment arms were not included in the analyses.

Table 6: Trials by Comparator Type and Drug.

| Drug | Number of Trials | | |
| --- | --- | --- | --- |
| | Placebo-Controlled | Low-Dose Controlled | Total |
| Carbamazepine | 3 | 0 | 3 |
| Divalproex | 13 | 1 | 14 |
| Felbamate | 6 | 3 | 9 |
| Gabapentin | 28 | 0 | 28 |
| Lamotrigine | 27 | 2 | 29 |
| Levetiracetam | 21 | 0 | 21 |
| Oxcarbazepine | 10 | 1 | 11 |
| Pregabalin | 38 | 1 | 39 |
| Tiagabine | 6 | 0 | 6 |
| Topiramate | 42 | 3 | 45 |
| Zonisamide | 5 | 0 | 5 |
| Total | 199 | 11 | 210 |

Table excerpted from the statistical review by Mark Levenson, PhD.

**4.2. Duration of Placebo-controlled Trial Double-Blind Treatment Phases**

The first quartile, median, and third quartile double-blind treatment phase durations of placebo-controlled trials were 8 weeks, 12 weeks, and 16 weeks, respectively.  The minimum double-blind treatment phase duration was 1 week, because trials with shorter double-blind treatment phases were excluded.   The longest double-blind treatment phase of a trial in this analysis was 112 weeks.

**4.3. Monotherapy versus Adjunctive Therapy in Placebo-Controlled Trials**

Table 7 gives the number of placebo-controlled trials by indication group and therapy (monotherapy, adjunctive therapy, and other). In the majority of epilepsy trials (92%), the drug was used in combination with other therapies as adjunctive therapy. In contrast, in the majority of psychiatric trials (86%), the drug was used as monotherapy.

Table 7: Placebo-controlled Trials by Indication Group and Therapy (Monotherapy, Adjunctive Therapy, Other).

|  | Indication Group | | | |
|---|---|---|---|---|
| Therapy | Epilepsy N=62 n (%) | Psychiatric N=56 n (%) | Other N=81 n (%) | Total N=199 n (%) |
| Monotherapy | 5 (8) | 48 (86) | 61 (75) | 114 (57) |
| Adjunctive Therapy | 57 (92) | 8 (14) | 12 (15) | 77 (39) |
| Other | 0 (0) | 0 (0) | 8 (10) | 8 (4) |

Note: Other therapy includes trials with optional adjunctive therapy and a trial in which one patient cohort received adjunctive therapy and one patient cohort did not receive adjunctive therapy. Table adapted from the statistical review by Mark Levenson, PhD.

**4.4. Exclusion of Subjects with Risk Factors for Suicidal Behavior or Ideation in Placebo-Controlled Trials Analyzed**

The number of placebo-controlled trials in which sponsors reported that subjects with a history of suicide attempt were excluded, divided according to trial indication category, is listed in Table 8 below.

Table 8. Placebo-Controlled Trials Analyzed which Excluded Subjects with a History of Suicide Attempt by Trial Indication Category

| Indication Category | n (%) |
|---|---|
| Epilepsy (N=62) | 25 (40) |
| Psychiatric (N=56) | 3 (5) |
| Other (N=81) | 18 (22) |
| Total (N=199) | 46 (23) |

21

The number of trials in which sponsors reported that subjects with current suicide risk were excluded is reported below; this information is listed by trial indication category (Table 9) and by drug (Table 10).

Table 9. Placebo-Controlled Trials Analyzed which Excluded Subjects with Current Suicide Risk by Trial Indication Category

| Indication Category | n (%) |
|---|---|
| Epilepsy (N=62) | 20 (32) |
| Psychiatric (N=56) | 39 (70) |
| Other (N=81) | 12 (15) |
| Total (N=199) | 71 (36) |

Table 10. Placebo-Controlled Trials Analyzed which Excluded Subjects with Current Suicide Risk by Drug

| Drug | n (%) |
|---|---|
| Carbamazepine (N=3) | 3 (100) |
| Divalproex Sodium (N=13) | 3 (23) |
| Felbamate (N=6) | 3 (50) |
| Gabapentin (N=28) | 1 (4) |
| Lamotrigine (N=27) | 23 (85) |
| Levetiracetam (N=21) | 11 (52) |
| Oxcarbazepine (N=10) | 10 (100) |
| Pregabalin (N=38) | 10 (26) |
| Tiagabine (N=6) | 3 (50) |
| Topiramate (N=42) | 4 (10) |
| Zonisamide (N=5) | 0 (0) |
| Total (N=199) | 71 (36) |

The majority of placebo-controlled trials analyzed excluded subjects who abuse alcohol or other drugs (Table 11). Table 12 lists the number of placebo-controlled trials which excluded subjects diagnosed with a personality disorder by trial indication category.

Table 11. Placebo-Controlled Trials Analyzed which Excluded Subjects with a History of Substance Abuse by Trial Indication Category

| Indication Category | n (%) |
|---|---|
| Epilepsy (N=62) | 57 (92) |
| Psychiatric (N=56) | 52 (93) |
| Other (N=81) | 68 (84) |
| Total (N=199) | 177 (89) |

Table 12. Placebo-Controlled Trials Analyzed which Excluded Subjects Diagnosed with a Personality Disorder by Trial Indication Category

| Indication Category | n (%) |
|---|---|
| Epilepsy (N=62) | 8 (13) |
| Psychiatric (N=56) | 34 (61) |
| Other (N=81) | 6 (7) |
| Total (N=199) | 48 (24) |

## 4.5.  Epilepsy Trials: Seizure Types Studied

The majority of placebo-controlled trials indicated for epilepsy evaluated subjects with partial seizures [with or without secondary generalized seizures (Table 13)].

Table 13. Placebo-Controlled Epilepsy Trials:  Seizure Types Evaluated

| Seizure Type | N (%) |
|---|---|
| Partial seizures (with or without secondary generalized seizures) | 52 (84) |
| Primary generalized seizures | 4 (6) |
| Other | 6 (10) |
| Total | 62 (100) |

## 4.6. Psychiatric Trials: Acute versus Maintenance Treatment

Of 56 placebo-controlled trials indicated for psychiatric disorders, subjects were acutely symptomatic at randomization in 45 trials (80%); subjects were symptomatically stable and were receiving maintenance treatment in 8 trials (14%).  Sponsors categorized treatment in 2 trials as being other than acute or maintenance treatment.  In one trial indicated for binge eating disorder, the sponsor categorized the question of acute versus maintenance treatment as not applicable.

## 5. SUBJECT CHARACTERISTICS

## 5.1. Drugs and Demographics

The number of subjects by treatment arm and comparator type is listed below (Table 14).  There were 43,892 subjects in the placebo and the drug arms from placebo-controlled trials. More subjects were randomized to drug arms (27,863) than placebo arms (16,029) in these trials. Subjects from active-control arms (1,997) are not included in the table.

Table 14: Subjects by Treatment Arm and Comparator Type.

| Comparator Type | Treatment Arm | | | |
| --- | --- | --- | --- | --- |
| | Drug | Placebo | Low-Dose Placebo | Total |
| Placebo-Controlled | 27863 | 16029 | 0 | 43892 |
| Low-Dose Controlled | 788 | 0 | 799 | 1587 |
| Total | 28651 | 16029 | 799 | 45479 |

Table excerpted from the statistical review by Mark Levenson, PhD.

Table 15 gives the number of patients by treatment arm and drug for placebo-controlled trials. The drugs topiramate and pregabalin provided over half of the total subjects (27% for topiramate and 24% for pregabalin).

Table 15: Patients by Treatment Arm and Drug, Placebo-Controlled Trials.

| Drug | Treatment Group | | |
| --- | --- | --- | --- |
| | Drug N = 27863 n (%) | Placebo N = 16029 n (%) | Total N = 43892 n (%) |
| Carbamazepine | 252 (1) | 250 (2) | 502 (1) |
| Divalproex | 1327 (5) | 992 (6) | 2319 (5) |
| Felbamate | 170 (1) | 170 (1) | 340 (1) |
| Gabapentin | 2903 (10) | 2029 (13) | 4932 (11) |
| Lamotrigine | 2865 (10) | 2070 (13) | 4935 (11) |
| Levetiracetam | 2554 (9) | 1549 (10) | 4103 (9) |
| Oxcarbazepine | 1342 (5) | 827 (5) | 2169 (5) |
| Pregabalin | 7201 (26) | 3125 (19) | 10326 (24) |
| Tiagabine | 835 (3) | 608 (4) | 1443 (3) |
| Topiramate | 7742 (28) | 3971 (25) | 11713 (27) |
| Zonisamide | 672 (2) | 438 (3) | 1110 (3) |

Table excerpted from the statistical review by Mark Levenson, PhD.

Table 16 gives the number of patients by indication group and drug. The Other Indication group had the most patients with 48% of the patients. The Epilepsy and Psychiatric Indication groups had 25% and 27% of subjects analyzed, respectively.

Table 16: Patients by Indication Group and Drug, Placebo-Controlled Trials.

| Drug | Epilepsy n (n/N%) | Psychiatric n (n/N%) | Other n (n/N%) | Total N |
|---|---|---|---|---|
| Carbamazepine | 0 (0) | 502 (100) | 0 (0) | 502 |
| Divalproex | 147 (6) | 1285 (55) | 887 (38) | 2319 |
| Felbamate | 340 (100) | 0 (0) | 0 (0) | 340 |
| Gabapentin | 1485 (30) | 331 (7) | 3116 (63) | 4932 |
| Lamotrigine | 1408 (29) | 2313 (47) | 1214 (25) | 4935 |
| Levetiracetam | 1634 (40) | 1609 (39) | 860 (21) | 4103 |
| Oxcarbazepine | 1110 (51) | 115 (5) | 944 (44) | 2169 |
| Pregabalin | 1685 (16) | 3204 (31) | 5437 (53) | 10326 |
| Tiagabine | 939 (65) | 504 (35) | 0 (0) | 1443 |
| Topiramate | 1346 (11) | 1933 (17) | 8434 (72) | 11713 |
| Zonisamide | 848 (76) | 0 (0) | 262 (24) | 1110 |
| Total | 10942 (25) | 11796 (27) | 21154 (48) | 43892 |

Table excerpted from the statistical review by Mark Levenson, PhD.

Table 17 gives the demographics of the patients by treatment arm. No statistically significant differences between the treatment arms existed for age, gender, race, and location. The P-value for setting could not be calculated due to the sparseness of the data; observed percentages were similar between the treatment arms.

The least-squares means for age was 42 for both treatment arms. The least-squares means control for differences among the trials and are more appropriate measures than the ordinary means in the context of the meta-analysis, which controls for differences among the trials. A majority of patients had outpatient treatment only (92%), and a majority of the patients were in North America (61%). Approximately five percent of the patients were under the age of 18, and 13% of the patients were age 65 or older. Most subjects were white Caucasian (79%).

Table 17: Demographics by Treatment Arm, Placebo-Controlled Trials.

| Characteristic | | Drug N=27863 | Placebo N=16029 | Total N=43892 | P-Value |
|---|---|---|---|---|---|
| Age (Years) | 5-17 | 1292 (5) | 1119 (7) | 2411 (5) | |
| | 18-24 | 2126 (8) | 1296 (8) | 3422 (8) | |
| | 25-30 | 2633 (9) | 1568 (10) | 4201 (10) | |
| | 31-64 | 18157 (65) | 9990 (62) | 28147 (64) | |
| | ≥ 65 | 3653 (13) | 2056 (13) | 5709 (13) | 0.2745 |
| | Missing | 2 (0) | 0 (0) | 2 (0) | |
| | | | | | |
| | Mean (Std.) | 45 (17) | 43 (18) | 44 (17) | |
| | Least-Squares Mean | 42 | 42 | | 0.2184 |
| | Range (Min – Max) | (5 -100) | (5 – 99) | (5 – 100) | |
| | | | | | |
| Gender | Female | 15586 (56) | 8686 (54) | 24272 (55) | |
| | Male | 12276 (44) | 7343 (46) | 19619 (45) | 0.6557 |
| | Missing | 1 (0) | 0 (0) | 1 (0) | |
| | | | | | |
| Race | White Caucasian | 22302 (80) | 12541 (78) | 34843 (79) | |
| | Other | 3588 (13) | 2264 (14) | 5852 (13) | 0.1703 |
| | Missing | 1973 (7) | 1224 (8) | 3197 (7) | |
| | | | | | |
| Setting | Inpatient or Both | 1893 (7) | 1411 (9) | 3304 (8) | |
| | Outpatient | 25970 (93) | 14618 (91) | 40588 (92) | NA |
| | Missing | 0 (0) | 0 (0) | 0 (0) | |
| | | | | | |
| Location | North America | 16841 (60) | 9941 (62) | 26782 (61) | |
| | Non-North America | 11022 (40) | 6088 (38) | 17110 (39) | 0.9523 |
| | Missing | 0 (0) | 0 (0) | 0 (0) | |

Notes: Results for categorical variables are expressed as counts and percentages of treatment arm. P-values for categorical variables are based on Cochran-Mantel-Haenszel test controlling for trial. P-values and least-squares means for continuous variables are based on 2-way ANOVA controlling for trial. P-value for setting could not be calculated due to the sparseness of the data. Table excerpted from the statistical review by Mark Levenson, PhD.

**5.2. Duration of Treatment and Discontinuation**

Table 18 gives the treatment discontinuation status and the duration by treatment arm. A statistically significant larger percentage of drug patients discontinued prematurely than placebo patients. The least-squares means show that the placebo patients had longer durations (77 days for placebo versus 73 days for drug). If events were related to duration, placebo patients may be expected to have more events independent of any treatment effect. Additional information on discontinuation and duration is available in Dr. Mark Levenson's statistical review. We

performed person-time analysis, described in Section 6.3.3., to account for the possibility of a duration effect.

Table 18: Patient Treatment Discontinuation and Duration by Treatment Arm, Placebo-Controlled Trials.

| Characteristic | | Drug N=27863 | Placebo N=16029 | Total N=43892 | P-Value |
|---|---|---|---|---|---|
| Discontinue | No | 17889 (64) | 11118 (69) | 29007 (66) | |
| | Yes | 9974 (36) | 4911 (31) | 14885 (34) | <.0001 |
| | Missing | 0 (0) | 0 (0) | 0 (0) | |
| | | | | | |
| Duration (Days) | Least-Squares Mean | 73 | 77 | | <.0001 |
| | Range (Min – Max) | (0 – 575) | (1 – 582) | (0 – 582) | |
| | Missing | 9 | 8 | 17 | |

Notes: Adapted from Statistical Review by Mark Levenson, Ph.D.. Results for categorical variables are expressed as counts and percentages of treatment arm. P-values for categorical variables are based on Cochran-Mantel-Haenszel test controlling for trial. P-values and least-squares means for continuous variables are based on 2-way ANOVA controlling for trial.

## 6. FINDINGS

### 6.1. Suicidal Behavior or Ideation

Table 19 lists the number of events by type and treatment arm in placebo-controlled trials. The table also lists the percentages of drug-treated and placebo-treated subjects who had each type of event. For all event categories, a higher percentage of drug-treated subjects had events compared to placebo-treated subjects. Suicidal ideation was the most common type of event in the data analyzed.

Table 19: Events by Type and Treatment Arm in Placebo-Controlled Trials

| Event | Drug N=27863 | Placebo N=16029 | Total N=43892 |
|---|---|---|---|
| Completed suicide | 4 (0.01%) | 0 (0%) | 4 |
| Suicide attempt | 30 (0.11%) | 8 (0.05%) | 38 |
| Preparatory acts | 3 (0.01%) | 1 (0.01%) | 4 |
| Suicidal ideation | 67 (0.24%) | 29 (0.18%) | 96 |
| Total | 104 (0.37%) | 38 (0.24%) | 142 |

Notes: Events include only the most critical event for each patient.
Table displays the percentage of drug-treated and placebo-treated subjects who had each event type.
Adapted from the Statistical Review by Mark Levenson, Ph.D..

Table 20 gives the number of patients with a Suicidal Behavior or Ideation event, the number of patients, and the crude odds ratios by drug. Because the felbamate data had no events of suicidal behavior or ideation, its odds ratio is not defined. The drug tiagabine had events only in the drug arm; therefore, the odds ratio for tiagabine was infinity. No drug had events only in the placebo arm. The crude odds ratios ranged from 0.66 to 2.57.

Table 20: Suicidal Behavior or Ideation Events and Patients by Drug in Placebo-Controlled Trials

| Drug | Drug Events/Patients | Placebo Events/Patients | Crude OR |
|---|---|---|---|
| Carbamazepine | 2/252 | 3/250 | 0.66 |
| Divalproex | 11/1327 | 9/992 | 0.91 |
| Felbamate | 0/170 | 0/170 | ND |
| Gabapentin | 2/2903 | 1/2029 | 1.40 |
| Lamotrigine | 27/2865 | 11/2070 | 1.78 |
| Levetiracetam | 8/2554 | 2/1549 | 2.43 |
| Oxcarbazepine | 2/1342 | 1/827 | 1.23 |
| Pregabalin | 7/7201 | 2/3125 | 1.52 |
| Tiagabine | 2/835 | 0/608 | Inf. |
| Topiramate | 40/7742 | 8/3971 | 2.57 |
| Zonisamide | 3/672 | 1/438 | 1.96 |
| Total | 104/27863 | 38/16029 | 1.58 |

Notes: Events include only most critical event for each patient.
ND: Not defined. Inf.: Infinity.
Excerpted from the Statistical Review by Mark Levenson, Ph.D..

Figure 1 contains a forest plot of the estimated odds ratios and 95% confidence intervals for Suicidal Behavior and Ideation overall and by individual drug.  For the drugs overall, the odds ratio was 1.80 (95% CI: 1.24, 2.66), consistent with a statistically significant increase in risk for Suicidal Behavior or Ideation in drug-treated subjects relative to placebo-treated subjects. Drug-treated subjects had 1.9 additional events of Suicidal Behavior or Ideation per 1000 subjects (95% CI: 0.6, 3.9) compared to placebo-treated subjects (approximately 1 additional event per 500 drug-treated subjects).

Figure 1 also contains the following results for individual drugs: of 11 drugs with data submitted, 10 drugs had Suicidal Behavior or Ideation events analyzed; estimated odds ratios were greater than one for 8 of these 10 drugs; 2 of these 8 drugs had statistically significant estimated odds ratios.   Odds ratio point estimates for individual drugs ranged from 0.65 to 2.75.

Figure 1: Suicidal Behavior or Ideation Odds Ratio Estimates in Placebo-Controlled Trials



*[Treat. Events/Treat. n  Plac. Events/Placebo n]

Excerpted from the Statistical Review by Mark Levenson, Ph.D..

## 6.2. Evaluations of Suicidal Behavior and Suicidal Ideation

Figure 2 displays the overall odds ratio estimates for the two endpoints: (1) Suicidal Behavior and (2) Suicidal Ideation. The Suicidal Behavior endpoint included events of completed suicide, suicide attempt, and preparatory acts toward imminent suicidal behavior.   There was a statistically significant increase in risk of Suicidal Behavior for drug-treated subjects compared to placebo-treated subjects [OR 2.92 (95% CI: 1.44, 6.47)].  The odds ratio for Suicidal Ideation was 1.45 (95% CI: 0.93, 2.30).

29

Figure 2: Suicidal Behavior versus Suicidal Ideation Odds Ratio Estimates in Placebo-Controlled Trials.



Excerpted from the Statistical Review by Mark Levenson, Ph.D..

**6.3 Sensitivity Analyses**

6.3.1. Sensitivity Analysis using Zero-Event Trials: Estimated Risk Differences

Figure 3 gives the estimated risk differences and 95% confidence intervals for Suicidal Behavior or Ideation by drug and overall. Unlike the odds ratio analysis, this risk difference analysis makes uses of trials without any events.

The overall risk difference was 1.79 (95% CI: 0.70, 2.87) per 1000 patients, consistent with a statistically significant increase in risk of Suicidal Behavior or Ideation events compared to placebo. For each of the 11 drugs, the risk difference estimate had the same direction as the odds ratio estimate relative to the null value of no effect.

Figure 3: Suicidal Behavior or Ideation Risk Difference Estimates Placebo-Controlled Trials



Excerpted from the Statistical Review by Mark Levenson, Ph.D..

6.3.2. Trial Heterogeneity

The discussion of trial heterogeneity below was excerpted from the statistical review by Mark Levenson, Ph.D..

The primary analysis method was a fixed-effect method, which assumes that all the trials had a common treatment effect. The p-value based on Zelen's test for the null hypothesis that all trials had a common odds ratio test was 0.735. This value does not provide evidence for trial heterogeneity in the odds ratio. However, the lack evidence does not mean that there was no trial heterogeneity.

The general linear mixed model (GLMM) that allows for trial heterogeneity produced an overall odds ratio estimate of 1.86 (95% CI: 1.24, 2.78). Both the estimate and the confidence interval were very similar to those from the primary analysis method. The similarity implies that trial heterogeneity was not a major concern. The variance component estimate for the trial heterogeneity effect from the GLLM was 0.13 with a standard error of 0.26. The scale of the component is complex. However, the fact that the estimate was small relative to its standard error again does not provide evidence for trial heterogeneity.

The Mantel-Haenszel odds ratio weights were calculated to examine if there were trials with large influence on the overall odds ratio estimate. On a normalized scale such that the weights add to one, the largest five weights were 0.060, 0.020, 0.019, 0.017, and 0.016. The weight of 0.06 corresponded to the trial divalproex M92822. Except for this trial, no trial accounted for more than one fiftieth of the total weight. The overall odds ratio estimated using the exact method and excluding this trial was 2.12 (95% CI: 1.42, 3.25). This estimate was slightly larger than the estimate with all the trials; however, the two sets of estimates and confidence intervals were qualitatively similar.

6.3.3. Person-Time Analysis

Treatment duration was statistically significantly longer for placebo-treated subjects (least-squares means 77 days for placebo versus 73 days for drug). A person-time analysis was performed to adjust for differences in treatment duration. Figure 4 gives the estimated rate ratio and 95% confidence intervals from this analysis for Suicidal Behavior or Ideation by drug and overall. The overall rate ratio [1.82 (95% CI: 1.25, 2.68)] was very similar to the overall odds ratio [1.80 (95% CI: 1.24, 2.66)], which does not adjust for treatment duration. Rate estimates were similar to the odds ratio estimate for the 11 drugs individually.

Figure 4: Suicidal Behavior or Ideation Rate Ratio Estimates, Placebo-Controlled Trials



| Drug | OR (95% CI) [Sample Sizes]* |
|---|---|
| Carbamazepine | 0.64  (0.08, 4.30)  [2/251 3/248] |
| Divalproex | 0.64  (0.26, 1.63)  [11/1327 9/992] |
| Felbamate | ND. (ND., ND.)  [0/169 0/170] |
| Gabapentin | 1.49  (0.11, 44.82)  [2/2903 1/2029] |
| Lamotrigine | 2.14  (1.07, 4.52)  [27/2865 11/2070] |
| Levetiracetam | 2.84  (0.64, 19.93)  [8/2554 2/1549] |
| Oxcarbazepine | 1.99  (0.15, 58.71)  [2/1342 1/827] |
| Pregabalin | 1.95  (0.42, 14.07)  [7/7201 2/3125] |
| Tiagabine | inf  (0.22, inf)  [2/829 0/603] |
| Topiramate | 2.61  (1.25, 6.03)  [39/7740 8/3970] |
| Zonisamide | 2.66  (0.28, 71.03)  [3/672 1/438] |
| Overall | 1.82  (1.25, 2.68)  [103/27853 38/16021] |

Rate Ratio

*[Treat. Events/Treat. n  Plac. Events/Placebo n]

Note: 18 Patients with missing or zero duration were not included in this analysis.
Excerpted from the Statistical Review by Mark Levenson, Ph.D..

## 6.4. Exploratory Analyses

6.4.1. Time-to-Event Analysis

Table 21 shows the number of patients with a Suicidal Behavior or Ideation event and the estimated hazards by disjoint time intervals. Drug-treated subjects had a higher hazard of events compared to placebo-treated subjects in each of the time periods analyzed. Because there was limited data extending beyond 24 weeks of treatment, reliable assessments of risk beyond 24 weeks of treatment cannot be made.

Table 21: Suicidal Behavior or Ideation Hazard Estimates by Treatment Arm in Placebo-Controlled Trials

| Week | Drug | | | Placebo | | |
|------|--------|----------|--------|--------|----------|--------|
|      | Events | Patients | Hazard | Events | Patients | Hazard |
| < 1    | 10 | 27337 | 0.37 | 5  | 15780 | 0.32 |
| 1 - 2  | 13 | 26077 | 0.50 | 4  | 15192 | 0.26 |
| 2 - 4  | 27 | 23979 | 0.56 | 11 | 14029 | 0.39 |
| 4 - 12 | 34 | 17591 | 0.24 | 14 | 10312 | 0.17 |
| 12 - 24 | 12 | 8139 | 0.12 | 3 | 4592 | 0.05 |
| ≥ 24   | 7  | 1862 | 0.05 | 1 | 886 | 0.02 |

Notes: Events include only the most critical event for each patient. Patients are "effective sample size" which is the estimated number of patients at the midpoint of interval. Hazard is expressed as events per 1000 patient-weeks. For details see Klein and Moeschberger (2003, p. 152).[9] Excerpted from the Statistical Review by Mark Levenson, Ph.D..

Figure 5 plots Kaplan-Meier incidence curves for the Suicidal Behavior or Ideation events by treatment arm. The Kaplan-Meier incidence curves for drug-treated and placebo-treated subjects diverge soon after the start of treatment and continue to diverge throughout the time period in which data was analyzed.

For the time-to-event analysis as in the other analyses, the most critical event was used. For all but one patient, this was the first event as well. One patient had a less critical event 2 days earlier than the most critical event.

Figure 5: Kaplan-Meier Suicidal Behavior or Ideation Incidence Curves by Treatment Arm in Placebo-Controlled Trials



Excerpted from the Statistical Review by Mark Levenson, Ph.D..

35

## 6.4.2. Multiple Events

Among the placebo-controlled trials, 9 patients in drug or placebo treatment arms had more than one Suicidal Behavior or Ideation event. Table 22 lists the events for these patients. One patient had two suicide attempts. Another patient had one suicide attempt. The events of the remaining 7 patients were all suicidal ideation.

Table 22: Events from Patients with Multiple Events in Placebo-Controlled Trials

| Patient | Event | Event Day |
|---|---|---|
| Carbamazepine 105.301 004004 | Ideation | 11 |
| | Ideation | 12 |
| Divalproex M92822 13709 | Ideation | 44 |
| | Ideation | 234 |
| Divalproex M96493 20101 | Ideation | 17 |
| | Suicide attempt | 19 |
| Lamotrigine P42040 37004 | Ideation | 5 |
| | Ideation | 75 |
| | Ideation | 83 |
| | Ideation | 88 |
| Lamotrigine SCA3092/0946 63307 | Ideation | 56 |
| | Ideation | 78 |
| Lamotrigine SCAA2010 03168 | Suicide attempt | 23 |
| | Suicide attempt | 30 |
| Topiramate CAPSS168 00013403 | Ideation | 25 |
| | Ideation | 56 |
| Topiramate OBES002 7123 | Ideation | 51 |
| | Ideation | 82 |
| Topiramate PDMD005 10004 | Ideation | 1 |
| | Ideation | 11 |

Excerpted from the Statistical Review by Mark Levenson, Ph.D..

## 7. FINDINGS IN SPECIAL/SUBGROUP POPULATIONS

### 7.1. Drug Groups According to Main Mechanism(s) of Action

Figure 6 displays estimated odds ratios and 95% confidence intervals for Suicidal Behavior or Ideation according to drug group.  The drug groups are based on a drug's main mechanism(s) of action. Each group of drugs was compared to the complementary group of drugs. The drug groups are neither mutually exclusive nor exhaustive.

The estimated odds ratio for each drug group and its complement were all greater than one. Except for the group of drugs not in the Sodium Channel Blocking group and the group of drugs not in the Carbonic Anhydrase Inhibiting group, the confidence intervals for all drug groups were statistically significant.

Topiramate is included in the groups of Sodium Channel Blocking Drugs, GABAergic and GABAmimetic Drugs, and Carbonic Anhydrase Inhibitors. The topiramate data contains a large number of subjects (7,742 drug-treated subjects and 3,971 placebo-treated subjects), so topiramate has a large influence on all 3 drug groups.

Figure 6: Suicidal Behavior or Ideation Odds Ratio Estimates by Drug Group in Placebo-Controlled Trials



*[Treat. Events/Treat. n   Plac. Events/Placebo n]

Excerpted from the Statistical Review by Mark Levenson, Ph.D..

## 7.2. Trial Indication

Figure 7 gives the estimated odds ratios and 95% confidence intervals for Suicidal Behavior or Ideation by indication group.

Figure 7: Suicidal Behavior or Ideation Odds Ratio Estimates by Indication Group in Placebo-Controlled Trials



*[Treat. Events/Treat. n   Plac. Events/Placebo n]

Excerpted from the Statistical Review by Mark Levenson, Ph.D..

Table 23 gives estimates of the placebo and drug event rates and the risk difference risk by indication group. The psychiatric indication group had a notably higher placebo event rate than the other indication groups and had the highest risk difference, whereas the epilepsy indication group had the highest odds ratio.

Table 23: Placebo and Drug Suicidal Behavior or Ideation Event Rates and Risk Difference by Indication in Placebo-Controlled Trials

| Indication | Odds Ratio | Drug Patients with Events Per 1000 Patients | Placebo Patients with Events Per 1000 Patients | Risk Difference: Additional Drug Patients with Events Per 1000 Patients | Risk Ratio |
|---|---|---|---|---|---|
| Epilepsy | 3.53 | 3.4 | 1.0 | 2.4 | 3.5 |
| Psychiatric | 1.51 | 8.5 | 5.7 | 2.9 | 1.5 |
| Other | 1.87 | 1.0 | 1.0 | 0.9 | 1.9 |
| Total | 1.80 | 4.3 | 2.4 | 1.9 | 1.8 |

Notes: Drug event rate was calculated as the product of the placebo event rate and estimated odds ratio. Risk difference was calculated as the drug event rate minus the placebo event rate. Risk ratio was calculated as the ratio of the drug event rate to the placebo event rate.
Adapted from the Statistical Review by Mark Levenson, Ph.D..

39

7.3. Demographics

7.3.1. Age

Figure 8 gives the estimated odds ratios and 95% confidence intervals for Suicidal Behavior or Ideation by age group. Estimated odds ratios were greater than 1 for all age groups, except for ages 25-30.  No clear pattern of risk is seen across age groups.

Figure 8: Suicidal Behavior or Ideation Odds Ratio Estimates by Age Group, Placebo-Controlled Trials.



Excerpted from the Statistical Review by Mark Levenson, Ph.D..

40

7.3.2. Gender

Figure 9 gives the estimated odds ratios and 95% confidence intervals for Suicidal Behavior or Ideation trials by gender. Estimated odds ratios were greater than 1 for both males and females.

Figure 9: Suicidal Behavior or Ideation Odds Ratio Estimates by Gender, Placebo-Controlled Trials.



*[Treat. Events/Treat. n   Plac. Events/Placebo n]

Excerpted from the Statistical Review by Mark Levenson, Ph.D..

7.3.3. Race

Figure 10 reports the estimated odds ratios and 95% confidence intervals for Suicidal Behavior or Ideation by race. For both the white and other (non-white) subgroups, the estimated odds ratios were greater than 1. The estimate for the other subgroup was higher than that for white subgroup, but the confidence interval was wide due to the small number of subjects in the other race group.

Figure 10: Suicidal Behavior or Ideation Odds Ratio Estimates by Race Group, Placebo-Controlled Trials.



Excerpted from the Statistical Review by Mark Levenson, Ph.D..

7.3.4. Setting

Figure 11 gives the estimated odds ratios and 95% confidence intervals for Suicidal Behavior or Ideation by trial setting. In settings categorized as inpatient or both outpatient and inpatient, the odds ratio was 1.42 (95% CI: 0.40, 5.62).  In outpatient settings, the odds ratio was 1.84 (95% CI: 1.24, 2.78).

Figure 11: Suicidal Behavior or Ideation Odds Ratio Estimates by Setting, Placebo-Controlled Trials.



Excerpted from the Statistical Review by Mark Levenson, Ph.D..

7.3.5. Location

We analyzed results according to North American versus Non-North American location. Table 23 displays the number and percentage of subjects reporting events according to treatment arm and location in placebo-controlled trials. Comparisons of the percentage of subjects with Suicidal Behavior events in drug-treated versus placebo-treated groups were qualitatively similar in the North American and Non-North American location subgroups.

However, comparisons of Suicidal Ideation in drug-treated versus placebo-treated subjects were not consistent between location subgroups. In the North American subgroup, the percentage of subjects with Suicidal Ideation events was nearly identical in drug-treated and placebo-treated groups; in Non-North American trials, there was a large difference in Suicidal Ideation between drug and placebo.

Table 23. Events According to Treatment Arm and Location in Placebo-Controlled Trials

| Event | North America N=26782 | | Non-North America N=17110 | |
|---|---|---|---|---|
| | Drug N=16,841 | Placebo N=9941 | Drug N=11022 | Placebo N=6088 |
| Completed suicide | 2 (0.01%) | 0 (0%) | 2 (0.02%) | 0 (0%) |
| Suicide attempt | 16 (0.09%) | 6 (0.06%) | 14 (0.13%) | 2 (0.03%) |
| Preparatory acts | 3 (0.02%) | 1 (0.01%) | 0 (0%) | 0 (0%) |
| Suicidal ideation | 47 (0.28%) | 26 (0.26%) | 20 (0.19%) | 3 (0.05%) |
| Total | 68 (0.40%) | 33 (0.33%) | 36 (0.33%) | 5 (0.08%) |

Note: Events include only the most critical event for each patient.

Figure 12 gives the estimated odds ratios and 95% confidence intervals for Suicidal Behavior or Ideation by location. Both North America and Non-North America locations had estimated odds ratios greater than 1, but the odds ratio estimate for the Non-North America location was larger and statistically significant.

Figure 12: Suicidal Behavior or Ideation Odds Ratio Estimates by Location, Placebo-Controlled Trials.



Excerpted from the Statistical Review by Mark Levenson, Ph.D..

Table 24 lists the odds ratios, event rates, and risk differences for Suicidal Behavior or Ideation by location subgroup.  In both North American and Non-North American subgroups, drug-treated subjects have a higher event rate compared to placebo.  The event rate in drug-treated subjects is similar in both location subgroups (4.0 events per 1000 patients for drug-treated North American subjects and 3.3 events per 1000 patients for Non-North American subjects.) However, the event rate in placebo-treated Non-North American subjects is much lower than other subgroups (0.8 events per 1000 patients), and this low placebo event rate leads to the elevated odds ratio and elevated risk difference in the Non-North American subgroup.

Table 24. Suicidal Behavior or Ideation Event Rates and Risk Differences by Treatment Arm and Location

| Location | Odds Ratio | Drug Patients with Events Per 1000 Patients | Placebo Patients with Events Per 1000 Patients | Risk Difference: Additional Drug Patients with Events Per 1000 Patients |
|---|---|---|---|---|
| North America | 1.38 | 4.0 | 3.3 | 0.7 |
| Non-North America | 4.53 | 3.3 | 0.8 | 2.5 |
| Total | 1.80 | 4.3 | 2.4 | 1.9 |

Notes: Risk difference was calculated as the drug event rate minus the placebo event rate.

Trial characteristics including proportions of trial indication groups, age, gender, race, and proportion with inpatient treatment were otherwise similar in North American and Non-North American Trials.

## 8. POST-HOC ANALYSES

Analyses planned and performed after reviewing analyses outlined in the statistical analysis plan are listed below.

### 8.1. Lamotrigine Additional Data

On November 21, 2007, the sponsor of lamotrigine (GlaxoSmithKline) submitted additional data for the drug. The submission included: 1) Data from three trials that were ongoing at the time of the data request to the sponsors; and 2) Four additional Suicidal Behavior or Ideation events from trials previously submitted.  FDA's July 11, 2005 letter (Appendix 2) included a request that preferred terms, verbatim terms, and comments fields of trials included in the analysis be searched for "Possibly Suicide-Related Events (PSRAEs).  The lamotrigine data base submitted prior to November 21, 2007 did not include a search of the comments fields.  The four additional Suicidal Behavior or Ideation events from lamotrigine trials previously submitted came from a search of the comments fields.

FDA instructions to sponsors in July 2005 (Appendix 2) stated that ongoing trials should not be submitted.  The three additional lamotrigine trials otherwise met the inclusion criteria for the analysis. The three trials had a total of 9 Suicidal Behavior or Ideation events, 1 in a drug-treated subject and 8 in placebo-treated subjects. Because including trial data electively submitted by a

drug sponsor despite existing instructions may bias the results of the analysis, data from the three lamotrigine trials was not included in the main analysis.

Of the 4 additional events from trials previously submitted, 3 were in drug-treated subjects and 1 was in a placebo-treated subject.

Figure 13 gives the estimated odds ratio and 95% confidence intervals for Suicidal Behavior or Ideation overall and by individual drug with data from the three additional lamotrigine trials and data from the search of lamotrigine trial comments fields; the overall rate ratio estimate was lower than the primary analysis estimate, but it remained statistically significant [1.55 (95% CI: 1.09, 2.21)].

Figure 13: Suicidal Behavior or Ideation Odds Ratio Estimates with Additional Lamotrigine Data in Placebo-Controlled Trials



Excerpted from the Statistical Review by Mark Levenson, Ph.D..

## 8.2. Analysis by Alternative Age Groupings

We performed an additional subgroup analysis using alternative age groupings, to evaluate the possibility of an interaction between age and drug effect. A finer grouping, in which the age group from 31 to 64 years was divided into 4 age groups, was used. Figure 14 displays the results of this analysis. Neither the prospectively-defined nor ad hoc-defined analyses by age group showed a clear pattern of risk according to age.

Figure 14: Suicidal Behavior or Ideation Odds Ratio Estimates by Post-Hoc Age Group in Placebo-Controlled Trials



Excerpted from the Statistical Review by Mark Levenson, Ph.D..

8.3. Evaluation of Suicidal Behavior Narratives

On May 7, 2008 FDA requested that sponsors submit narratives for Suicidal Behavior events in drug arm and placebo arm subjects from placebo-controlled trials.

8.3.1. Evaluation of Suicidal Behavior Narratives: Methods

Sponsors were provided specific instructions on preparing narratives in FDA's March 2005 information request (see excerpt below).

A complete set of narrative summaries should be prepared and collected for all

48

"possibly suicide-related" adverse events. In some cases, narratives will have already been prepared, e.g., deaths and SAEs. In other cases, however, you will need to prepare narrative summaries by searching CRFs for any information that might be considered possibly relevant to suicidality. You should also utilize other relevant sources of information, e.g., hospital records, results of consults, questionnaire responses, etc, in preparing these narrative summaries. Depending on how much information is available, narrative summaries may be longer than 1 page, however, in no case, should more than 1 narrative summary be included on a single page. Following is the type of information that should be included in the original narrative summaries:

> Patient ID number
> Trial number
> Treatment group
> Dose at time of event (mg)
> Recent dose change – elaborate on timing and amount of dose change
> Sex
> Age
> Diagnosis
> History of suicidal thoughts
> History of suicide attempt
> History of self harm
> Adverse event Preferred term
> Adverse event Verbatim term
> Serious adverse event (y/n)
> Number of days on drug at time of event
> Treatment was discontinued following event (y/n)
> Patient had an emergency department visit and was discharged (y/n)
> Patient was hospitalized (y/n)
> Patient died (y/n) – if yes, elaborate on cause of death
> Associated treatment emergent adverse events
> Concurrent psychosocial stressors
> Psychiatric comorbidities
> Concomitant medications
> Other pertinent information (e.g., family history of psychiatric disorders)

We systematically abstracted data from narratives corresponding to Suicidal Behavior events in subjects from drug and placebo arms of placebo-controlled trials.

8.3.2. Evaluation of Suicidal Behavior Narratives: Findings

To better understand the nature of the increased risk of suicidality in antiepileptic drug-treated subjects in this analysis, we evaluated narratives for Suicidal Behavior events in drug and placebo arms of placebo-controlled trials (N=46). The narratives provide case descriptions of Suicidal Behavior events in this analysis. While specific information was requested for inclusion

in the narratives, it is important to note that pertinent negative findings, along with other information important for case interpretation, were frequently not documented. The narratives provide information on events detected by our methods, but events that were not detected may have different characteristics. Appendix 9 provides information on the 46 Suicidal Behavior narratives, including clinical trial source drug, treatment arm, trial indication, subject age, number of days from initiation of treatment to day of event, event description, noted associated psychiatric symptoms, and comorbid psychiatric diagnoses.

8.3.2.1. Evaluation of Suicidal Behavior Narratives: Psychiatric Symptoms Associated with Suicidal Behavior Events

Table 23 describes psychiatric symptoms reported in Suicidal Behavior narratives. Depression was the most commonly reported psychiatric symptom associated with Suicidal Behavior events. Psychiatric symptoms including psychosis, anxiety, irritability, confusion, and impulsivity were also reported in drug-treated subjects with Suicidal Behavior events.

Table 23. Psychiatric Symptoms Reported in Drug-Treated Subjects with Suicidal Behavior Events

|  | Number of Subjects (%) |
|---|---|
| Depression | 13 (35) |
| Psychosis | 2 (5) |
| Anxiety | 2 (5) |
| Irritability | 4 (11) |
| Confusion | 1 (3) |
| Impulsivity | 1 (3) |

8.3.2.3. Evaluation of Suicidal Behavior Narratives: Factors Affecting the Likelihood of Ascertainment Bias

The majority of Suicidal Behavior events prompted notification of the study investigator by an outside party or prompted the subject's discontinuation from the trial. Of 46 narratives, 20 (43%) reported that the study investigator was notified of the Suicidal Behavior event by an outside party (e.g., notification during hospitalization, notification of death, notification by a family member); in 33 of 46 subjects (72%) the event prompted discontinuation from the trial. In these circumstances, reporting of Suicidal Behavior events is less likely to have been driven by a generally increased rate of adverse events or by additional contact with clinical trial staff.

# 9. DISCUSSION

## 9.1. Use of Placebo-Controlled Clinical Trial Data

A strength of this analysis is its use of placebo-controlled data. When evaluating the risk of suicidal behavior or ideation with antiepileptic drugs, comparison to placebo-treated subjects is necessary to understand the background rate of suicidality. Patients with epilepsy (and other illnesses for which AEDs are prescribed) are reported to have increased risk of suicidal behavior

50

or ideation, but estimates of suicidality rates vary widely; [10] without comparison to placebo-treated subjects, the background rate of suicidal behavior or ideation events is unclear.

When assessed over the lifetime of individuals in a population, suicidal behavior and ideation are frequent occurrences that amount to a major public health burden; in 2004 suicide was the eighth most common cause of death in the United States general population.[11]  However, suicidal behavior and ideation are rare events within the limited time frame of clinical trials.  This meta-analysis of existing clinical trial data provides a number of subjects that is larger than any group of subjects previously used to evaluate this question.  Because data on suicidal behavior and ideation in clinical trials is typically sparse, large numbers of subjects are necessary to evaluate risk using clinical trial data.

## 9.2. Retrospective Analysis of Data

Data was gathered retrospectively, since the majority of clinical trial data for currently marketed antiepileptic drugs was generated prior to the recognition of a possible suicidality signal for antiepileptic drugs.  Because this was a post-hoc analysis with multiple outcomes and subanalyses, results should be interpreted with caution. No adjustments for multiplicity were made, because of the exploratory nature of this analysis.  Trials included in this meta-analysis were not specifically designed to evaluate risk of suicidal behavior or ideation.  Differences between clinical trials analyzed for individual drugs limit the possibility of making reliable comparisons between individual drugs.

## 9.3. Possibility of Ascertainment Bias

To generate suicidality event data for this analysis, sponsors performed searches of their clinical trial adverse event data bases using search terms and instructions for processing the data specified by FDA; with these methods, ascertainment bias may occur.  A drug-treated subject may have a higher rate of adverse events in general; drug-treated subjects may have additional contact with clinical staff, and this may cause drug-treated subjects to be more likely to generate an adverse event report with information on suicidal behavior or thinking.  Prospective methods of assessing suicidality in randomized trials are not subject to ascertainment bias and will be useful in future studies.

Compared to placebo-treated subjects, drug-treated subjects had had higher incidence rates for all categories of suicidal behavior or ideation events (Table 19).  The odds ratio estimate for Suicidal Behavior alone (completed suicide, suicide attempt, and preparatory acts toward imminent suicidal behavior) was statistically significant [2.92 (95% CI 1.44, 6.47)].

Ascertainment bias likely has less influence on the reporting of suicidal behavior than on the reporting of suicidal ideation.  The majority of Suicidal Behavior events prompted notification of the study investigator by an outside party (e.g., notification during hospitalization, notification of death, notification by a family member) or prompted the subject's discontinuation from the trial.  In these circumstances, reporting of Suicidal Behavior events is less likely to have been driven by a generally increased rate of adverse events or by additional contact with clinical trial staff.

51

**9.4. Consistency of Results in Subgroup Analyses**

With meta-analyses, consistency of results in subgroups of the data analyzed is important in confirming that overall conclusions are valid. No clear pattern of drug effect was seen among subgroups according to age, gender, race, setting. No clear pattern of drug effect was seen among drug groups pre-specified according to main mechanism of action (sodium channel blocking, GABAergic and GABAmimetic, and carbonic anhydrase inhibitors).

While estimates of drug effect varied among categories of trial indications, increased risk of suicidal behavior or ideation was observed in all categories of trial indications evaluated (Epilepsy, Psychiatric Indications, and Other Indications.) The majority of epilepsy trials involved adjunctive therapy, while the majority of trials for psychiatric indications or other indications involved monotherapy. Because increased risk in drug-treated subjects was seen in all trial indication categories, it may be expected that the increased risk exists, whether the antiepileptic drug is used in monotherapy or adjunctive therapy.

Increased risk of suicidal behavior or ideation was seen in both trial location subgroups; the estimated odds ratio for the Non-North American subgroup [4.53 (95% CI: 1.86, 13.18)] was larger than that for the North American subgroup [1.38 (95% CI: 0.90, 2.13)]. The Suicidal Behavior or Ideation event rate in placebo-treated Non-North American subjects was much lower than other subgroups (0.8 events per 1000 patients), mostly due to a low rate of Suicidal Ideation events; this low placebo event rate in the Non-North American subgroup leads to the elevated odds ratio and elevated risk difference in the Non-North American subgroup.

In analyses of Suicidal Behavior according to location subgroups, comparisons between drug-treated and placebo-treated subjects were similar in North American and Non-North American trials. However, comparisons of Suicidal Ideation in drug-treated versus placebo-treated subjects were not consistent between location subgroups. In the North American subgroup, the percentage of subjects with Suicidal Ideation events was nearly identical in the drug-treated and placebo-treated groups; in Non-North American trials, there was a large difference in the percentage of subjects with Suicidal Ideation events in drug and placebo groups.

In efforts to explain differences in location subgroup findings, there are several potential considerations. Of primary concern, the lack of consistency in results among Suicidal Ideation event rates between location subgroups may support that the analysis methods do not optimally capture Suicidal Ideation events. (In comparison, evaluations of Suicidal Behavior risk are more consistent.) Also, several differences between North American and Non-North American locations may contribute, including differences in clinical standards and the practice of medicine, differences in use of rating instruments (language differences, cultural differences), patient population differences (differences dosing requirements, differences in treatment response, differences in placebo response), and investigator differences.

### 9.5. Risk of Suicidal Behavior or Ideation in Individual Antiepileptic Drugs

Odds ratio point estimates for individual drugs ranged from 0.65 to 2.75 (Figure 1). For many individual antiepileptic drugs, 95% confidence intervals for odds ratio estimates included 1. Non-statistically significant odds ratio estimates and differences between clinical trials analyzed for individual drugs limit the possibility of making reliable comparisons between individual drugs.

### 9.6. Generalizability of Analysis Results

A limitation of this analysis is that subjects with risk factors for suicidal behavior or ideation were commonly excluded from trials (e.g., history of suicide attempt, current suicide risk, substance abuse, personality disorders). Subjects with these risk factors may be underrepresented in clinical trials. Exclusion of subjects with risk factors for suicidal behavior or ideation varied between development programs of individual drugs, but we did not note a difference in suicidality event rates for drugs with more extensive trial exclusion criteria related to suicidality or psychiatric history.

Results of our analysis may not be generalizable to subjects who are treated with antiepileptic drugs in the setting of long term maintenance therapy. Because data beyond 24 weeks of treatment was limited, reliable assessments beyond 24 weeks of treatment could not be made. Also, in placebo-controlled trials indicated for psychiatric disorders, 80% evaluated subjects who were acutely symptomatic at randomization, and 14% evaluated subjects who were symptomatically stable and receiving maintenance treatment.

### 9.7. Mechanism of Increased Risk of Suicidal Behavior or Ideation in Antiepileptic Drugs Overall

The mechanism of action of the increased risk of suicidal behavior or ideation with antiepileptic drugs is unclear. We considered the possible connection between improved seizure control and the appearance of psychiatric symptoms in patients with epilepsy. However, this explanation does not account for the increase in risk seen in trials for psychiatric indications and in trials for other indications, which included trials for migraine, fibromyalgia, neuropathic pain, and other chronic pain syndromes.

### 10. CONCLUSION

FDA analyzed data for 43,892 drug and placebo arm subjects from 199 placebo-controlled trials. Drug-treated subjects had a statistically significant increase in risk of Suicidal Behavior or Ideation compared to placebo-treated subjects for all antiepileptic drugs combined [OR 1.80 (95% CI: 1.24, 2.66)]. Drug-treated subjects overall had 1.9 additional events of Suicidal Behavior or Ideation per 1000 subjects (95% CI: 0.6, 3.9) compared to placebo-treated subjects (approximately 1 additional event per 500 drug-treated subjects). All of the sensitivity analyses produced results similar to the primary analysis for overall and individual odds ratios. The odds ratio for Suicidal Behavior (completed suicide, suicide attempt, and preparatory acts toward imminent suicidal behavior) was also statistically significant [OR 2.92 (95% CI: 1.44, 6.47)].

Results were generally consistent for individual drugs analyzed. Increased risk of Suicidal Behavior or Ideation was observed in all categories of trial indications evaluated.

## 11. FDA ACTIONS

### 11.1. Press Release and Information for Healthcare Professionals

On January 31, 2008 FDA issued a press release (Appendix 7) and information for healthcare professionals (Appendix 8), which alerted the public and health care professionals to the results of this analysis.

### 11.2. Advisory Committee Meeting

A joint meeting of the Peripheral and Central Nervous System Drugs and Psychopharmacologic Drugs Advisory Committees is planned, where the results and implications of this analysis will be discussed. Members of the Drug Safety and Risk Management and Pediatric Advisory Committee members will also participate in this meeting.

## 12. AREAS FOR FUTURE INVESTIGATION

Future research using prospective data is necessary to evaluate the risk of antiepileptic drugs and suicidal behavior or ideation without the limitations of adverse event data. Also, further development of validated methods to assess suicidality, including suicidality rating scales, are necessary for more consistent and systematic assessments of suicidality. Other areas for additional research include characterizing potential underlying mechanisms of increased risk of suicidal behavior or ideation with antiepileptic drugs, and also research on whether certain patient subgroups are at particular risk.

## REFERENCE LIST

1. Posner K, Oquendo MA, Gould M, Stanley B, Davies M. Columbia Classification Algorithm of Suicide Assessment (C-CASA): Classification of Suicidal Events in the FDA's Pediatric Suicidal Risk Analysis of Antidepressants. American Journal of Psychiatry 2007; 164(7):1035-1043.

2. FDA Alerts Health Care Providers to Risk of Suicidal Thoughts and Behavior with Antiepileptic Medications. Food and Drug Administration Accessed via http://www.fda.gov/bbs/topics/NEWS/2008/NEW01786.html on 5-23-2008.

3. Information for Healthcare Professionals Suicidality and Antiepileptic Drugs. Food and Drug Administration Accessed via http://www.fda.gov/Cder/Drug/InfoSheets/HCP/antiepilepticsHCP.htm on 5-25-2008.

4. Posner K, Oquendo MA, Gould M, Stanley B, Davies M. Columbia Classification Algorithm of Suicide Assessment (C-CASA): Classification of Suicidal Events in the

FDA's Pediatric Suicidal Risk Analysis of Antidepressants. American Journal of Psychiatry 2007; 164(7):1035-1043.

5. Posner K, Oquendo MA, Gould M, Stanley B, Davies M. Columbia Classification Algorithm of Suicide Assessment (C-CASA): Classification of Suicidal Events in the FDA's Pediatric Suicidal Risk Analysis of Antidepressants. American Journal of Psychiatry 2007; 164(7):1035-1043.

6. StatXact 7 PROCs for SAS Users. Cytel. Cambridge MA: 2005.

7. Greenland S, Robins JM. Estimation of a common effect parameter from sparse follow-up data. Biometrics 1985; 41(1):55-68.

8. McCulloch CE, Searle SR. Generalized, Linear, and Mixed Models. New York NY: John Wiley & Sons; 2001.

9. Klein JP, Moeschberger ML. Survival Analysis. 2nd ed. New York NY: Springer; 2003.

10. Nilsson L, Ahlbom A, Farahmand BY, sberg M, Tomson T. Risk factors for suicide in epilepsy: A case control study. Epilepsia 2002; 43(6):644-651.

11. Heron M. Deaths: Leading Causes for 2004. National Vital Statistics Reports 2007; 56(5):1-96.

**APPENDICES**

**Appendix 1:  FDA Data Request Letter to Sponsors (03/16/2005)**

Dear Sponsor:

There is evidence that patients with epilepsy are at an elevated risk for suicidality (suicidal thinking and behavior) and completed suicide. Despite this elevated population risk, the concern has been raised that some anti-epileptic drugs (AEDs) may be associated with an increased risk of suicidality. Given the recent observation of suicidality as a drug-induced adverse effect in pediatric patients exposed to various antidepressants in placebo-controlled trials, there is interest in examining data from placebo-controlled trials of AEDs to assess for a similar effect. Based on our experience with the pediatric antidepressant trials, the Division of Neuropharmacological Drug Products (DNDP) has developed a standard approach for evaluating drug-induced suicidality.  Thus, we ask that you utilize the approach we have outlined in this letter for evaluating "possibly suicide related" adverse events occurring in placebo-controlled trials for divalproex sodium.

We request that you identify the trials from your development program (regardless of whether the indication is approved or not) that meet the following criteria: placebo-controlled; parallel arm; short-term (up to six months); at least 30 patients total.  Some trials in epilepsy may have utilized a subtherapeutic dose of a standard AED as a comparator arm. Those trials should be included (if they meet the other criteria described above) and the subtherapeutic comparator arm should be coded as a "low dose-placebo" (see variable list below).

Once we have agreed upon the list of trials upon which to focus this exploration, we ask that you utilize the following approach to identifying and further evaluating "possibly suicide related" adverse events occurring in these trials.

**Search for "Possibly Suicide-Related" Adverse Events and Preparation of Narrative Summaries**

Time Frame for "Possibly Suicide-Related" Adverse Events

This search should be strictly limited to adverse events that occurred during the double-blind phase of treatment, or within 1 day of stopping randomized treatment.  Adverse events should not be included if they occurred prior to randomization or more than 1 day after discontinuing from randomized treatment. The end of trials with a tapering period should be set to be at the beginning of the tapering period. Events occurring more than 1 day after discontinuing from randomized treatment should be excluded even if discontinuation occurred before the nominal endpoint of the trial. For example, if a patient either discontinued of his own volition or was asked to discontinue by the investigator after 2 weeks of randomized treatment in a trial of 8 weeks duration, and the patient then experienced a "possibly suicide related" adverse event 2 days after stopping, that event should not be included.

<u>Search Strategies for "Possibly Suicide-Related" Adverse Events</u>

The following search strategies should be employed to identity adverse events of possible interest:

Any events coded to preferred terms that include the text strings "suic" or "overdos," including all events coded as "accidental overdose" should be included.
Regardless of the preferred term to which the verbatim term is mapped, all verbatim terms should be searched for the following text strings: "attempt", "cut", "gas", "hang", "hung", "jump", "mutilat-", "overdos-", "self damag-", "self harm", "self inflict", "self injur-", "shoot", "slash", "suic-", "poison", "asphyxiation", "suffocation", "firearm" should be included.

<u>Note</u>: Any terms identified by this search because the text string was a substring of an unrelated word should be excluded (for example, the text string "cut" might identify the word "acute"). These terms might be characterized as "false positives" in the sense that the verbatim term was selected because one of the text strings occurred within that term but the term had no relevance to suicidality.  Although we request that such terms be excluded, we ask that you prepare a table listing all such false positives, as follows:

| Study # Patient # Treatment Assignment | Term in Which Text String Occurred |
|---|---|

The patients in this table will have as many rows as they have potential events.

All deaths and other serious adverse events (SAEs) should be included.
All adverse events coded as "accidental injury" should be included.

<u>Preparation of Narrative Summaries for "Possibly Suicide-Related" Adverse Events</u>

A complete set of narrative summaries should be prepared and collected for all "possibly suicide-related" adverse events.  In some cases, narratives will have already been prepared, e.g., deaths and SAEs.  In other cases, however, you will need to prepare narrative summaries by searching CRFs for any information that might be considered possibly relevant to suicidality.  You should also utilize other relevant sources of information, e.g., hospital records, results of consults, questionnaire responses, etc, in preparing these narrative summaries.  Depending on how much information is available, narrative summaries may be longer than 1 page, however, in no case, should more than 1 narrative summary be included on a single page.  Following is the type of information that should be included in the original narrative summaries:

Patient ID number
Trial number
Treatment group
Dose at time of event (mg)
Recent dose change – elaborate on timing and amount of dose change

Sex
Age
Diagnosis
History of suicidal thoughts
History of suicide attempt
History of self harm
Adverse event Preferred term
Adverse event Verbatim term
Serious adverse event (y/n)
Number of days on drug at time of event
Treatment was discontinued following event (y/n)
Patient had an emergency department visit and was discharged (y/n)
Patient was hospitalized (y/n)
Patient died (y/n) – if yes, elaborate on cause of death
Associated treatment emergent adverse events
Concurrent psychosocial stressors
Psychiatric comorbidities
Concomitant medications
• Other pertinent information (e.g., family history of psychiatric disorders)

Other relevant information for preparing narrative summaries:
    -Patients may be identified as having events of interest in one or more of the above searches, and they may have more than one event of interest. In no case, however, should there be more than one narrative summary per patient. In cases where there is more than one event for a given patient, each different event should be clearly demarcated in the narrative.
    -Only events occurring during the "exposure window" defined as during the double-blind phase (including the first day after abrupt discontinuation or the first day of taper, if tapering is utilized) should be included in the narrative summary, i.e., do not include any pre-randomization events or events occurring more than 1 day after stopping randomized treatment or during the tapering period. -Do not exclude events of interest on the basis of your judgment that they might not represent "treatment-emergent" events; we feel this judgment is too difficult to make and we prefer to simply include all potentially relevant events, regardless of whether or not similar thoughts or behaviors may have occurred prior to treatment.

**Classification of "Possibly Suicide-Related" Adverse Events**

Once the narrative summaries for "possibly suicide-related" adverse events are prepared and collected, we ask that you accomplish a rational classification of these events using the approach that was well-characterized by the Columbia group for the pediatric suicidality narratives. This approach was described in detail by Dr. Kelly Posner at the September 13 and 14, 2004 advisory committee meeting. The details are provided in her slides for that meeting (available on FDA's website), in the transcript for that meeting, and in other reviews, etc. pertinent to pediatric suicidality and available on FDA's website at the following URLs:

Slides http://www.fda.gov/ohrms/dockets/ac/04/slides/2004-4065S1_06_FDA-Posner.ppt
Briefing Document, transcripts, etc.
http://www.fda.gov/ohrms/dockets/ac/cder04.html#PsychopharmacologicDrugs

The categories of interest from FDA's standpoint are as follows:

Suicide attempt (code 1)
Preparatory acts toward imminent suicidal behavior (code 2)
Self-injurious behavior, intent unknown (code 3)
Suicidal ideation (code 4)
Not enough information (code 5)
Self-injurious behavior, no suicidal intent (code 6)
Other: accident; psychiatric; medical  (code 7)

Those individuals who classify the narratives must have the appropriate expertise and training to accomplish this task.

Prior to their rational classification, the narratives must be blinded to details that might bias their assessments.  The details of appropriate blinding of the narratives can also be obtained in the transcript from the advisory committee meeting referred to above, and the materials available on FDA's website pertinent to that meeting.  We request that you block out the following information that could reveal treatment assignment:

Identifying patient information, identity of study drug, and patient's randomized drug assignment Page 5

All identifying information regarding the sponsor, the clinical trial number, and the location of the trial
All years with the exception of years in remote history
Study drug start and stop dates (month, day, and year)
All medications, both prescription and non-prescription, whether taken before, during, or after the study; non-pharmaceutical substances (e.g., alcohol, tobacco) should not be blocked out
Names of medications involved in overdoses; the number of pills consumed should not be blocked out
Indications for medications started during or after the study
Indications for study drug

Once you have decided on an approach to accomplishing the task of blinding and classifying the narratives, we would be happy to review and comment on your plan.

59

**Data Submission to DNDP**

In order to perform additional analyses investigating the relationship between exposure to AEDs and "suicide-related" adverse events in adults and the pediatric population, we would appreciate your submitting the following variables as outlined in the next table. Note that we are requesting information from placebo (and "low dose-placebo") controlled trials only.  We would expect that you will provide us with a completed JMP dataset within 6 months from the date of this letter.

| Variable name | Type | Description | Coding notes |
|---|---|---|---|
| SOURCE | Character | First few letters of your drug name | |
| INDICATION | Character | Disease being studied in trial | E.g., epilepsy- adjunctive, epilepsy- monotherapy, bipolar disorder, migraine, etc. |
| TRIAL | Character | Trial ID | |
| CTPID | Character | Patient ID within each trial | |
| UNIQUEID | Character | A unique ID for every patient | Composed of "TRIAL" and "CTPID" joined in that order with no intervening punctuation or dashes |
| AGE | Numeric | Patient age | In years |
| AGECAT | Numeric | Age category | 1=5-11 2=12-17 3=18-24 y 4=25-64 y 5=65 y or more |
| GENDER | Numeric | Patient gender | 1=female 2=male |

| Variable name | Type | Description | Coding notes |
|---|---|---|---|
| RACE | Numeric | Patient race | 1=White Caucasian 2=African-American 3=Hispanic 4=Asian 5=Other . = Missing |
| SETTING | Numeric | Setting of trial | 1=inpatient 2=outpatient 3=both |
| LOCATION | Numeric | Location of trial | 1=North America 2=Non-North America |

| TXARM | Numeric | Randomized treatment | 1=drug 2=placebo 3=active control 4=low dose-placebo No missing values are allowed in this variable. |
| TXLOW | Character | Name of drug used as low dose-placebo | Leave patients in other treatment arms blank |
| TXACTIVE | Character | Name of drug used as active control | Leave patients in other treatment arms blank |
| EVENT | Numeric | This variable contains the code for the first suicidality event. If a patient had more than one event in the desired "exposure window", then the most severe event should be listed. Severity is decided based on the following order of codes 1>2>4>3>5 | 0=no event 1=suicide attempt 2=preparatory acts toward imminent suicidal behavior 3=self-injurious behavior, intent unknown 4=suicidal ideation   5=not enough information No missing values are allowed in this variable. |
| EVENTDAY | Numeric | The number of days to the first suicidal event counting from the day of the first dose. | for patients without events, this variable should contain days until end of trial or until premature discontinuation for patients with more than one event, this variable should contain days until the most severe event that is listed under the variable "EVENT" |

| Variable name | Type | Description | Coding notes |
| --- | --- | --- | --- |
| | | | No missing values are allowed in this variable. |
| DISCONT | Numeric | The patient discontinued before the end of the controlled portion of the trial | 0=No 1=Yes No missing values are allowed in this variable |

If you have any questions, call Jacqueline H. Ware, Pharm.D., Senior Regulatory Health Project

Manager, at (301) 594-5533.

Sincerely,

Russell Katz, M.D.
Director
Division of Neuropharmacological Drug Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

**Appendix 2:  FDA Letter to Providing Additional Information to Sponsors (07/11/2005)**

Dear Sponsor:

We additionally refer to an Agency letter dated March 16, 2005, requesting you to evaluate "possibly suicide related" adverse events occurring in placebo-controlled trials.

In response to our March 16, 2005 letter, we have received a number of questions about which studies were suitable for inclusion in the proposed analyses. Other questions have been about the data collection, classification, and presentation.  Because many sponsors had similar questions, we are providing the following general clarifications of our requests.  In some instances, we have modified our previous requests.

<u>Trials</u>

1. In our March 16, 2005 letter, we asked that only parallel-arm studies be included.  We have reconsidered this request and now ask if crossover studies be included if they otherwise meet the stated requirements.  Only the first period data from crossover studies (including within 1 day of stopping the first period of randomized treatment) should be included.
2. Also in our March 16, 2005 letter, we asked that short-term studies up to six months duration be included. We also have reconsidered this request and now ask that studies be included without an upper limit on duration.
3. Ongoing studies that are still blinded should not be included.
4. We reiterate that we want you to identify all trials that meet the described criteria (now modified) regardless of indication or approval status for any particular indication.
5. Our previous letter indicated that only trials with 30 "patients" should be included.  We are now asking that volunteer studies be included as well, if they otherwise meet the criteria.
6. Studies using novel formulations, such as extended-release formulations, of approved anti-epileptic drugs (AEDs) [even if the novel formulation is not approved] should be included.
7. In order to comment on the list of studies included for purposes of these analyses, we ask that you submit a complete list of all clinical trials, indicating those that you believe should be included and excluded.
8. We request that, when you submit your completed dataset, you also submit two tables which will describe the features of the clinical trials.  See the enclosed attachment for examples from other similar data requests.  Note that for this request, the 4 variables, Extensive Diagnostic Screening, Exclude Treatment Resistant, Exclude Bipolar Disorder, and Exclude Family History of Bipolar are applicable to trials in psychiatric indications.

<u>Miscellaneous</u>

1. We had previously asked for the completed JMP dataset within 6 month from the date of our previous letter. However, recognizing the difficulties in creating and classifying narratives, we are now asking that the dataset be submitted within 6

months from agreement on which of your studies should be included.
The policy of our electronic document room is that any electronic data files that are submitted to an NDA must be submitted as a SAS transport file. Therefore, please submit the data in this format.

2. Please do not submit narratives when you submit your completed SAS transport file. You should instead have the narratives ready to submit if specifically requested. We may ask to audit some subset of your narratives. Any narratives submitted should be in their blinded format.

3. We are revising the search strategy for "Possibly Suicide-Related" Adverse Events to simplify it. The following description replaces the strategy described in our original March 16, 2005 letter.

Please search preferred terms, verbatim terms, and comment fields for the following text strings:

- "suic", "overdos," "accident-", "injur-", "attempt", "cut", "gas", "hang", "hung", "jump", "mutilat-", "self damag-", "self harm", "self inflict", "self injur-", "shoot", "slash", "poison", "asphyxiation", "suffocation", "firearm", "burn", "drown", "gun", "immolate", "monoxide" should be included.

<u>Note</u>: Any terms identified by this search because the text string was a substring of an unrelated word should be excluded (for example, the text string "cut" might identify the word "acute"). These terms might be characterized as "false positives" in the sense that the verbatim term was selected because one of the text strings occurred within that term but the term had no relevance to suicidality. Although we request that such terms be excluded, we ask that you prepare a table listing all such false positives, as follows:

<u>Study # Patient # Treatment Assignment Term in Which Text
    String Occurred</u>

The patients in this table will have as many rows as they have potential events.

[Some sponsors have specifically asked if all adverse events coded as "accidental injury" should be included. The answer is yes.]

4. Narratives should be prepared for all events identified by the search described in Item 3 above, and for all deaths and serious adverse events (SAEs), even for those that do not otherwise meet the above search criteria for possibly suicide-related AEs.

This latter requirement would apply, for example, to SAEs coded as seizures. For example, a patient might, as a suicide attempt, take an overdose of some drug that causes a seizure. The event might thus be classified as a seizure, when in fact it also represents a suicide attempt. Narratives should be prepared for ALL deaths and SAEs identified in a given trial.

5. Generally, events that are preexisting at baseline are not usually counted as treatment emergent if they recur during the course of a trial. However, in the requested analysis, suicidality-related events that occur during the course of the double-blind phase or within 1 day of beginning taper, switching or stopping treatment should be counted, even if they occur in a patient who had the condition at baseline.

6. In the March 16, 2005 letter, we stated that we would be available to review and comment on your specific plan for blinding and classifying the narratives. On further consideration, we believe there is adequate information available about the requested method. Therefore, we do not expect you to clear your plan through the Division; we expect that you will follow the standard outlines available. If, for any reason, you deviate from the established plan, the Division must review that proposal.

7. If previously prepared narratives do not include all of the identified elements from our request, the narratives should be rewritten to include this information. If some elements are not available, please note their absence in the narrative.

8. We have added a new code for the EVENT variable to denote completed suicides (the new "code 1") and would like to clarify that corresponding changes should be made to the code numbers presented under the section entitled Classification of "Possibly Suicide-Related" Adverse Events in our last letter. Note the new addition of subcategories 6a and 6b. The categories should now be numbered as follows:

Completed suicide (code 1)
Suicide attempt (code 2)
Preparatory acts toward imminent suicidal behavior (code 3)
Self-injurious behavior, intent unknown (code 4)
Suicidal ideation (code 5)
Not enough information (code 6)

Fatal (code 6a)
Non-fatal (code 6b)
Self-injurious behavior, no suicidal intent (code 7)
Other: accident; psychiatric; medical (code 8)

The description of the variable "EVENT" in the table should now read:

This variable contains the code for the first suicidality event. If a patient had more than one event in the desired "exposure window", then the most severe event should be listed. Severity is decided based on the following order of codes: 1>2>3>5>4>6. Every patient in every trial will be classified on this variable. For the majority of patients who are not identified as having a "possibly suicide-related adverse event", the classification will be 0 (no event). Similarly, those patients who have "possibly suicide-related adverse events" that are coded as 7 or 8 will also be classified for this variable as 0 (no event), because we will not be using codes 7 or 8 in our analyses.

Patients with event codes 1 through 6 for suicide-related adverse events will be classified with their most severe event code.

9. In the proposed analysis, the final denominator is intended to be all patients studied. Therefore, the expectation is that the majority of patients will be coded as "no event." "No event" means that there was no suicide-related adverse event or, if there was, it was coded to 7 or 8.

10. The available materials on the classification system make it clear what training is necessary for individuals who will perform the classification. No further expertise is being required by the Division at this time. There is no expectation that external experts must be used as long as the individuals involved have undergone the appropriate training. A minimum of 4 "experts" in classification will be needed. Three will serve as primary raters and the fourth will function as a facilitator, if needed.

11. In the variable table for the SAS transport file, some sponsors have asked how to code the "LOCATION" variable when the trial was conducted in both North American and Non-North American sites. This variable should be coded to reflect the study site location where the individual patient was treated.

If you have questions, call Jacqueline H. Ware, Pharm.D., Senior Regulatory Project Manager, at (301) 594-5533.

Sincerely,

Russell Katz, M.D.

Director

Division of Neuropharmacological Drug Products

Office of Drug Evaluation I

Center for Drug Evaluation and Research

**Appendix 3: Enclosure for 07/11/2005 FDA Letter to Providing Additional Information to Sponsors**

For each trial included in the analysis, please provide a summary of important study characteristics in tabular form as shown in Tables 1 and 2 below. Many of the column headings are self-explanatory. However, the following headings merit clarification:

- **Number of Patients**: number of patients randomized to the drug and placebo treatment groups.
- **DB TX Duration**: the nominal duration of the analyzed double-blind treatment phase.
- **Protocol Dose**: the protocol-specified daily target dose expressed as a range for flexible dose studies and as individual doses for fixed dose trials.
- **Extensive DX Screening**: indicate yes if the study required confirmation of the diagnostic entry criteria by two or more independent raters. Otherwise, indicate no.
- **Exclude TX Resistant**: indicate yes if a study exclusion criterion was a history of treatment resistance or poor response of the index illness to previous treatment. Otherwise, indicate no.
- **Exclude Bipolar D/O**: indicate yes if a study exclusion criterion was a history or presence of bipolar disorder or mania in the patient. Otherwise, indicate no.
- **Exclude Family H/O Bipolar Disorder**: indicate yes if a study exclusion criterion was any family history of bipolar disorder or mania. Otherwise, indicate no.

TABLE 1:  BASIC STUDY DESIGN

| Drug | Study | Indication | Age Range (years) | Number of Patients | | DB TX Duration (weeks) | Protocol Dose (mg/day) |
|------|-------|-----------|-------------------|------|---------|------------------------|------------------------|
|      |       |           |                   | Drug | Placebo |                        |                        |
| XYZ  | 123   | Epilepsy  | 18 to 60          | 120  | 119     | 6                      | 120 to 160             |
|      | 456   | Migraine  | 55 to 85          | 148  | 148     | 8                      | 120, 140, 160          |
|      | 789   | Bipolar   | 18 to 65          | 119  | 110     | 12                     | 120, 140               |

| | 1111 | Epilepsy | 18 to 70 | 71 | 69 | 13 | 120 to 160 |
|---|------|----------|----------|----|----|----|-----------|

67

TABLE 2:   SCREENING AND KEY EXCLUSIONARY CRITERIA

| Drug | Study | Indication | Extensive DX Screen | Placebo Lead-In | Exclude TX Resistant | Excl. Current Suicide Risk | Excl. H/O Suicide Attempt | Excl. Bipolar D/O | Excl. Family H/O Bipolar Disorder |
|------|-------|------------|---------------------|-----------------|---------------------|---------------------------|--------------------------|-------------------|----------------------------------|
| XYZ  | 123   | Epilepsy   | No                  | Yes             | No                  | Yes                       | No                       | Yes               | No                               |
|      | 456   | Migraine   | Yes                 | Yes             | No                  | No                        | No                       | Yes               | Yes                              |
|      | 789   | Bipolar    | Yes                 | Yes             | Yes                 | Yes                       | No                       | Yes               | Yes                              |
|      | 1111  | Epilepsy   | No                  | No              | No                  | Yes                       | No                       | Yes               | Yes                              |

**Appendix 4: E-mail Request for Additional Information on Multiple Events in Individual Subjects (05/03/2006)**

Dear Sponsor:

In the request letter [dated 07/11/2005], we provided guidance that for the dataset, patients with more than one suicidality event should have only the most serious event listed for the variable "EVENT". After further consideration of our analysis plan, we have determined that in order to interpret most accurately the meaning of the most serious event that occurred in a subject, it is necessary to have information on all suicidality events that may have occurred in a subject. We are therefore making an additional request for data on the other less serious suicidality events that occurred in the patients with more than one event. The format for datasets is exactly the same as our previous request; the only difference is that there should be one row for each event rather than one row for each subject. Subjects without any suicidality events would, as before, have a single row describing no event.

To facilitate your compliance with this request, we are offering you the option of submitting this dataset instead of the dataset we originally requested. If, on the other hand, you have already prepared a dataset based on our previous instructions, you may initially submit that dataset to us with the understanding that a dataset containing all suicidality events will follow (within 45 days).

Please let me know if you have any questions.

*Courtney R. Calder, Pharm.D., LT USPHS*
*Regulatory Project Manager*
*Division of Neurology Products, HFD-120*
*Center For Drug Evaluation and Research, FDA*
*Office of Drug Evaluation I*
*Ph: (301) 796-1050*
*Fax: (301) 796-9842*
*Email:* courtney.calder@fda.hhs.gov


**Appendix 5. FDA Letter Requesting Additional Information on Trials Included in the Analysis (01/31/2007)**

We are requesting additional trial-level information pertaining to our analysis of suicidal thoughts and behavior in anti-epileptic drugs. There are three parts to this request for additional information.

First, we request a narrative description of each trial submitted that describes the trial design and dosing. The description should include, but not be limited to, the following information:

> What were the study inclusion criteria?
> What were the study exclusion criteria?
> Was there was any placebo run-in period?
> Was there was any open-label extension?
> Was there was any tapering period?
> Was there was any adjunct therapy and if so what was it?
> Was the design a cross-over design?
> Was the time on therapy fixed or event dependent?
> Was there any withdrawal from therapy either of the test drug or adjunct therapy?
> What was the dosing protocol, including use of any flexible dosing and titration?

Second, we request a data set which summarizes characteristics of each trial. The data definitions are contained in the attached table. Each line in the data set will represent a trial. Please ensure that the entries for the source drug and entries for the trial names are identical to those used in the subject-level dataset. If the categories provided in the variable definition table are not sufficient to describe key trial characteristics, please enter "other" and provide a description.

Third, we would like to confirm the following information:

(1) The duration of the trial as specified in the basic design table (Table 1) includes only the double-blind phase of the trial (or first period of cross-over trial) and does not include any open label stabilization phases, run-in phases, open-label extension periods, or tapering periods.

(2) Only "Possibly Suicide-Related" adverse events that occurred during the double-blind phase (and within one day of stopping treatment) were considered. Events beyond 1 day of stopping randomized treatment and events in the tapering period were not considered. For cross-over trials, only the first period of the design was considered.

   Please note that events should not have been reported from run-in, open label extension, or tapering periods; please let us know if previously reported events are from these trial periods. Revised data sets may need to be submitted if events occurring in these periods have been included.

(3) For each subject that has a value for the variable EVENTDAY that exceeds the duration of the trial (as listed in Table 1) by more than 14 days, please provide an explanation on the discrepancy; if the cause of the discrepancy affects other subjects in the trial, please correct the entries for those subjects as well. We have attached a data set which lists subjects from your submission that have a value for the variable EVENTDAY that exceeds the duration of the trial (as given in Table 1) by more than 14 days.

(4) The variable EVENTDAY should also not be negative or equal to zero. Please provide an explanation for EVENTDAY entries listed below:

Please respond to this request by April 30, 2007.

If you have any additional questions, please contact us.

**Appendix 6: Trial Level Data Set Data Definition Table (01/31/2007)**

Data Definitions: Anti-Epileptic Drug Suicidality Trial Level Dataset
* Denotes information previously requested as part of Table 1 or Table 2.

|   | Variable Name | Type | Description | Coding Notes |
|---|---|---|---|---|
| * | SOURCE DRUG | Character | First few letters of the source drug name | *Please use same coding as was used in the subject-level dataset |

Data Definitions: Anti-Epileptic Drug Suicidality Trial Level Dataset
* Denotes information previously requested as part of Table 1 or Table 2
Case 1:04-cv-10981-PBS   Document 1365-3   Filed 07/18/2008   Page 72 of 87

|   | Variable Name | Type | Description | Coding Notes |
|---|---|---|---|---|
| * | TRIAL | Character | Trial ID | *Please use same coding as was used in the subject-level dataset |
| * | INDICAT | Character | Trial Indication | |
|   | SZTYPE | Numeric | If the trial indication is epilepsy, did the trial include subjects with partial seizures or primary generalized seizures? If the trial indication is not epilepsy, enter 4. | 1=partial seizures (with or without secondary generalized seizures) 2=primary generalized seizures 3=other 4=not applicable |
|   | PSYACUTE | Numeric | If trial indication is a psychiatric or behavioral disorder, were subjects acutely symptomatic at randomization (as opposed to stable and receiving maintenance treatment)? If the trial did not have a psychiatric or behavioral indication, enter 4. | 1=acute treatment 2=maintenance treatment 3=other 4=not applicable |
|   | BITYPE | Numeric | If the trial indication is bipolar disorder, did subjects have bipolar mania, mixed state, or bipolar depression? If the trial indication is not bipolar disorder, enter 6. | 1=bipolar mania 2=bipolar mixed 3=bipolar mania or mixed 4=bipolar depression 5=other 6=not applicable |
|   | MONOADJ | Numeric | Is trial source drug used as monotherapy or adjunctive therapy? | 1=monotherapy 2=adjunctive therapy 3=withdrawal to monotherapy 4=other |
|   | TXDC | Numeric | Was the primary outcome of the trial the time to a clinical event (failure), and did the trial protocol specify stopping | 0=no 1=yes |

Data Definitions: Anti-Epileptic Drug Suicidality Trial Level Dataset
* Denotes information previously requested as part of Table 1 or Table 2
Case 1:04-cv-10981-PBS    Document 1365-3    Filed 07/18/2008    Page 73 of 87

| | Variable Name | Type | Description | Coding Notes |
|---|---|---|---|---|
| | | | treatment based on the occurrence of this clinical event [e.g., seizures(s) or status epilepticus]? | |
| * | RUNIN | Numeric | Was a placebo lead-in period part of the trial protocol? | 0=no 1=yes |
| | OPENEXT | Numeric | Was an open-label extension period part of the trial protocol? | 0=no 1=yes |
| | FIXDOSE | Numeric | Did the trial use a fixed dosing protocol? | 0=no 1=yes |
| | CROSS | Numeric | Was this a crossover study? | 0=no 1=yes |
| | RWITHDR | Numeric | Were subjects randomized to withdrawal of the source drug? | 0=no 1=yes |
| | TAPER | Numeric | Was there a tapering period? | 0=no 1=yes |
| | TXDOSE | Numeric | Mean modal dose for the source drug in mg/day | |
| * | MINDOSE | Numeric | Minimum target dose of source drug per the study protocol in mg/day. Do not list low dose placebo dosages. | |
| * | MAXDOSE | Numeric | Maximum target dose of the source drug per the study protocol in mg/day | |
| | CMP1 | Character | Name of active drug in first active comparator arm. (If none, leave column blank.) | *Please use the same coding as was used in the subject-level dataset |
| | CMPDOSE1 | Numeric | Mean of the modal doses received by each patient for the active drug in first active comparator arm in mg/day. (If none, leave column blank.) | |

Data Definitions: Anti-Epileptic Drug Suicidality Trial Level Dataset
* Denotes information previously requested as part of Table 1 or Table 2
Case 1:04-cv-10981-PBS    Document 1365-3    Filed 07/18/2008    Page 74 of 87

|   | Variable Name | Type | Description | Coding Notes |
|---|---|---|---|---|
|   | CMP2 | Character | Name of active drug in second active comparator arm. (If none, leave column blank.) | *Please use the same coding as was used in the subject-level dataset |
|   | CMPDOSE2 | Numeric | Mean of the modal doses received by each patient for the active drug in second active comparator arm in mg/day. (If none, leave column blank.) |   |
|   | DBTX | Numeric | Duration of the double-blind treatment period in days | Exclude placebo run-in, open label extension, and tapering periods. For cross-over designs, provide the duration of the first period. |
| * | MINAGE | Numeric | Minimum age for study inclusion (years) |   |
| * | MAXAGE | Numeric | Maximum age for study inclusion (years) |   |
| * | NTX | Numeric | Number of subjects in the index drug treatment arm | In fixed dose studies, list the sum of patients in active drug treatment arms. |
| * | NPBO | Numeric | Number of subjects in placebo arm |   |
| * | NACT | Numeric | Number of subjects in the active control arm(s) |   |
| * | NLDPBO | Numeric | Number of subjects in the low dose placebo arm |   |
|   | LDPBO | Character | Name of low dose placebo drug | *Please use the same coding as was used in the subject-level dataset |
| * | DXSCRN | Numeric | Did the trial require confirmation of the diagnostic entry criteria by two or more independent | 0=no 1=yes |

Data Definitions: Anti-Epileptic Drug Suicidality Trial Level Dataset
* Denotes information previously requested as part of Table 1 or Table 2
Case 1:04-cv-10981-PBS   Document 1365-3   Filed 07/18/2008   Page 75 of 87

|   | Variable Name | Type | Description | Coding Notes |
|---|---|---|---|---|
|   |   |   | raters? |   |
| * | RESIST | Numeric | Did the trial exclude subjects with a history of treatment resistance or poor response of the index illness to previous treatment? | 0=no 1=yes |
| * | SURISK | Numeric | Did the trial exclude subjects with current suicide risk? | 0=no 1=yes |
| * | SUHX | Numeric | Did the trial exclude subjects with a history of suicide attempt? | 0=no 1=yes |
| * | EXCLBI | Numeric | Did the trial exclude subjects with a diagnosis of bipolar disorder? | 0=no 1=yes |
| * | FHBI | Numeric | Did the trial exclude subjects with a family history of bipolar disorder? | 0=no 1=yes |
|   | PSYCHOT | Numeric | Did the trial exclude patients with psychotic symptoms (e.g., hallucinations, paranoia, delusions)? | 0=no 1=yes |
|   | RAPID | Numeric | Did the trial exclude subjects with rapid cycling bipolar disorder? | 0=no 1=yes |
|   | FIRSTM | Numeric | Did the trial exclude subjects experiencing their first manic episode? | 0=no 1=yes |
|   | PERDO | Numeric | Did the trial exclude subjects diagnosed with a personality disorder? | 0=no 1=yes |
|   | SUBSTAB | Numeric | Did the trial exclude subjects who abuse alcohol or other drugs? | 0=no 1=yes |

**Appendix 7.  FDA Press Release:**  *FDA Alerts Health Care Providers to Risk of Suicidal Thoughts and Behavior with Antiepileptic Medications* (01/31/2008)

FDA News

**FOR IMMEDIATE RELEASE**
January 31, 2008

**Media Inquiries:**
Sandy Walsh, 301-827-6242
**Consumer Inquiries:**
888-INFO-FDA

FDA Alerts Health Care Providers to Risk of Suicidal Thoughts and Behavior with Antiepileptic Medications

The U.S. Food and Drug Administration today issued new information to health care professionals to alert them about an increased risk of suicidal thoughts and behaviors (suicidality) in patients who take drugs called antiepileptics to treat epilepsy, bipolar disorder, migraine headaches, and other conditions.

An FDA analysis of suicidality reports from placebo-controlled studies of 11 antiepileptic drugs shows that patients taking these drugs have about twice the risk of suicidal thoughts and behaviors (0.43 percent), compared with patients receiving placebo (0.22 percent). This risk corresponds to an estimated 2.1 per 1,000 more patients in the drug treatment groups who experienced suicidality than in the placebo groups.

"We want health care professionals to have the most up to date drug safety information," said Russell Katz, M.D., director of the Division of Neurology Products in FDA's Center for Drug Evaluation and Research. "This is an example of FDA working with drug manufacturers throughout products' lifecycles to keep health care professionals informed of new safety data."

Patients who are currently taking antiepileptic medicines should not make any changes without first talking to their health care provider. Health care providers should notify patients, their families, and caregivers of the potential for an increase in the risk of suicidal thoughts or behaviors so that patients may be closely observed for notable changes in behavior.

Following a preliminary analysis of data from several antiepileptic drugs that suggested an increased risk of suicidality, in March 2005 FDA requested this type of data from manufacturers of marketed antiepileptic drugs for which there were adequately designed controlled clinical trials. FDA received and reviewed data from 199 placebo-controlled studies of 11 drugs.

The analysis included 27,863 patients in drug treatment groups and 16,029 patients in placebo groups. There were four suicides among patients in the drug treatment groups and none among patients in placebo groups. There were 105 reports of suicidal thoughts or behaviors in the drug-treated patients and 35 reports in placebo-treated patients.

The higher risk of suicidal thoughts and behaviors was observed at one week after starting a drug and continued to at least 24 weeks. The results were generally consistent among all the different drug products studied and were seen in all demographic subgroups. There was no clear pattern of risk across age groups. Antiepileptic drugs in the analyses included the following:

Carbamazepine (marketed as Carbatrol, Equetro, Tegretol, Tegretol XR)
Felbamate (marketed as Felbatol)
Gabapentin (marketed as Neurontin)
Lamotrigine (marketed as Lamictal)
Levetiracetam (marketed as Keppra)
Oxcarbazepine (marketed as Trileptal)
Pregabalin (marketed as Lyrica)
Tiagabine (marketed as Gabitril)
Topiramate (marketed as Topamax)
Valproate (marketed as Depakote, Depakote ER, Depakene, Depacon)
Zonisamide (marketed as Zonegran)
Some of these drugs are also available in generic form.
Although only the drugs listed above were part of the analysis, the FDA expects that all medications in the antiepileptic class share the increased risk of suicidality.
FDA will be working with manufacturers of marketed antiepileptic drugs to include this new information in the labeling for these products. The agency anticipates that labeling changes will be applied broadly to the entire class of drugs. FDA is also planning to discuss these data at an upcoming advisory committee meeting.
For more information
FDA Information for Healthcare Professionals: Suicidality and Antiepileptic Drugs
www.fda.gov/cder/drug/InfoSheets/HCP/antiepilepticsHCP.htm.

**Appendix 8. Information for Healthcare Professionals: Suicidality and Antiepileptic Drugs (01/31/2008)**

## Information for Healthcare Professionals
## Suicidality and Antiepileptic Drugs

**FDA ALERT [1/31/2008]:  The FDA has analyzed reports of suicidality (suicidal behavior or ideation) from placebo-controlled clinical studies of eleven drugs used to treat epilepsy as well as psychiatric disorders, and other conditions.  These drugs are commonly referred to as antiepileptic drugs (see the list below).  In the FDA's analysis, patients receiving antiepileptic drugs had approximately twice the risk of suicidal behavior or ideation (0.43%) compared to patients receiving placebo (0.22%).  The increased risk of suicidal behavior and suicidal ideation was observed as early as one week after starting the antiepileptic drug and continued through 24 weeks. The results were generally consistent among the eleven drugs.  Patients who were treated for epilepsy, psychiatric disorders, and other conditions were all at increased risk for suicidality when compared to placebo, and there did not appear to be a specific demographic subgroup of patients to which the increased risk could be attributed.  The relative risk for suicidality was higher in the patients with epilepsy compared to patients who were given one of the drugs in the class for psychiatric or other conditions.**

**All patients who are currently taking or starting on any antiepileptic drug should be closely monitored for notable changes in behavior that could indicate the emergence or worsening of suicidal thoughts or behavior or depression.**

*This information reflects FDA's current analysis of available data concerning these drugs. Posting this information does not mean that FDA has concluded there is a causal relationship between the drug products and the emerging safety issue. Nor does it mean that FDA is advising health care professionals to discontinue prescribing these products. FDA intends to update this document when additional information or analyses become available.*

---

*Adverse reactions or quality problems experienced with the use of this product may be reported to the FDA's MedWatch Adverse Event Reporting program; see addresses below.*

**Considerations for Physicians and Other Health Care Professionals**

Data from 199 placebo-controlled clinical studies covering eleven different antiepileptic drugs were reviewed and analyzed for reports of suicidal behavior (completed suicides, suicide attempts and preparatory acts) and suicidal ideation. The studies examined the effectiveness of the drugs in epilepsy, psychiatric disorders (e.g., bipolar disorder, depression and anxiety) and other conditions (e.g., migraine and neuropathic pain syndromes). The analysis included a total of 43,892 patients ages five and older (27,863 in drug treatment groups and 16,029 in placebo groups).

There was a statistically significant increased risk of suicidal behavior and suicidal ideation in the patients randomized to receive an antiepileptic drug compared to patients who received a placebo. The estimated overall risk was about twice that of the placebo group. There were an estimated 2.1 per 1000 (95% CI: 0.7, 4.2) more patients in the drug treatment groups who experienced suicidal behavior or ideation than in the placebo groups.

Four of the patients who were taking one of the antiepileptic drugs committed suicide, whereas none of the patients in the placebo group did. The increased risk of suicidal behavior and suicidal ideation was observed at one week after starting the drug and continued to at least 24 weeks. Because most trials included in the analysis did not extend beyond 24 weeks, the risk of suicidal thoughts or behavior beyond 24 weeks could not be reliably assessed.

FDA will be working with manufacturers of marketed antiepileptic drugs to include this new information in the labeling for these products. FDA is also planning to discuss these data at an upcoming advisory committee meeting.

All patients treated with antiepileptic drugs should be monitored for suicidality and other unusual changes in behavior. Symptoms such as anxiety, agitation, hostility, mania and hypomania may be precursors to emerging suicidality.

**Healthcare professionals who prescribe antiepileptic drugs should:**

> Balance the risk for suicidality with the clinical need for the drug
> Be aware of the possibility of the emergence or worsening of depression, suicidality, or any unusual changes in behavior;
> Inform patients, their families, and caregivers of the potential for an increase in the risk of suicidality so they are aware and able to notify their healthcare provider of any unusual behavioral changes.

**Information for patients, family members, and caregivers:**

Taking antiepileptic medicines may increase the risk of having suicidal thoughts or actions;

Do not make any changes to the medication regimen without first talking with the responsible healthcare professional;

Pay close attention to any day-to-day changes in mood, behavior and actions. These changes can happen very quickly so it is important to be mindful of any sudden differences.

Be aware of common warning signs that might be a signal for risk of suicide. Some of these are:

- o Talking or thinking about wanting to hurt yourself or end your life
- o Withdrawing from friends and family
- o Becoming depressed or having your depression get worse
- o Becoming preoccupied with death and dying
- o Giving away prized possessions

**If these or any new and worrisome behaviors occur, contact the responsible healthcare professional immediately.**

**Background and Data Summary**

After preliminary analyses of data from several drugs in this class suggested an increased risk of suicidality, in March 2005, FDA requested data from manufacturers of marketed antiepileptic drugs for which there were adequately designed controlled clinical trials in order to review the possible association between these drugs and suicidality events. In an effort to obtain the most complete and accurate data for this review, requests for additional information and clarification were sent to the manufacturers in 2006 and 2007. The analyses performed were similar to those performed by FDA for antidepressant drugs in the last several years.

One-hundred ninety nine placebo-controlled clinical studies covering eleven different drugs were included in the primary analysis. The conditions studied in these clinical trials included epilepsy, selected psychiatric illnesses, and other indications, including migraine and neuropathic pain syndromes. The analysis included 27,863 patients in drug treatment groups and 16,029 patients in placebo groups. Patients included in the analysis were five years of age or older. The individual sponsors of the drugs were responsible for identifying suicidal behavior and suicidal ideation events in their databases based on the instructions provided by FDA.

There were 4 completed suicides among patients in drug treatment groups and none among the patients in placebo groups. Overall, 0.43% of the patients in drug treatment groups experienced suicidal behavior or ideation versus 0.22% of the patients in placebo groups, corresponding to an estimated 2.1 per 1000 (95% CI: 0.7, 4.2) more patients in the drug treatment groups who experienced suicidal behavior or ideation than in the placebo treatment groups (See Table). In this analysis, the relative risk for suicidal thoughts or behavior was higher for patients with epilepsy compared to those patients with psychiatric or other disorders (See Table). The higher risk for suicidal behavior or suicidal ideation was observed at one week after starting a drug and continued to at least 24 weeks. The results were generally consistent among the drugs and were seen in all demographic subgroups. Specifically, there was no clear pattern of risk across age groups.

**Relative Risk and Risk Difference for Suicidality According to Trial Indication**

| Indication | Placebo Patients with Events Per 1000 Patients | Drug Patients with Events Per 1000 Patients | Relative Risk: Incidence of Events in Drug Patients/Incidence in Placebo Patients | Risk Difference: Additional Drug Patients with Events Per 1000 Patients |
|---|---|---|---|---|
| Epilepsy | 1.0 | 3.5 | 3.6 | 2.5 |
| Psychiatric | 5.2 | 8.3 | 1.6 | 3.1 |
| Other | 0.8 | 2.0 | 2.3 | 1.1 |
| Total | 2.2 | 4.3 | 2.0 | 2.1 |

**The following is a list of antiepileptic drugs\* included in the analyses:**

Carbamazepine (marketed as Carbatrol, Equetro, Tegretol, Tegretol XR)
Felbamate (marketed as Felbatol)
Gabapentin (marketed as Neurontin)
Lamotrigine (marketed as Lamictal)
Levetiracetam (marketed as Keppra)
   o  Patient Information Sheet
Oxcarbazepine (marketed as Trileptal)
Pregabalin (marketed as Lyrica)
Tiagabine (marketed as Gabitril)
Topiramate (marketed as Topamax)
Valproate (marketed as Depakote, Depakote ER, Depakene, Depacon)
Zonisamide (marketed as Zonegran)

\* Some of these drugs are also available in generic form.

Although the drugs listed above were the ones included in the analysis, FDA expects that the increased risk of suicidality is shared by all AEDs and anticipates that the class labeling changes will be applied broadly.

Adverse reactions or quality problems experienced with the use of this Product may be reported to the FDA's MedWatch Adverse Event Reporting program either online, by regular mail or by fax.

**Online**: www.fda.gov/medwatch/report.htm
**Regular Mail**: use postage-paid FDA form 3500 available at:
www.fda.gov/MedWatch/getforms.htm.
Mail to MedWatch 5600 Fishers Lane, Rockville, MD 20852-9787

**Fax**: 1-800-FDA-0178

APPENDIX 9. SUBJECT AND EVENT CHARACTERISTICS FROM SUICIDAL BEHAVIOR NARRATIVES

| Drug | Trial Indication | Age | Event Day | Event Description | Noted Associated Psychiatric Symptoms and Comorbid Psychiatric Diagnoses |
|---|---|---|---|---|---|
| | EVENTS IN DRUG-TREATED SUBJECTS | | | | |
| Lam | Bipolar Disorder | 38 | 17 | Completed suicide by shooting himself. | "His level of depression was worse during the study compared to the time of study entry" |
| Lev | Epilepsy | 43 | 129 | Completed suicide. Cut both forearm veins. | "No signs of depression were observed during the...study" |
| Lev | Anxiety Disorder | 44 | 6 | Completed suicide by hanging. | "patient experienced depression that the Investigator described as suicidal tendency induced by bad tolerance (i.e. nausea and vomiting)." History of Depression. |
| Pre | Epilepsy | 44 | 74 | Completed suicide. "helium anoxia/plastic bag suffocation" | "The subject's depression was considered stable at the time of death" History of "mild depression" |
| Oxc | Bipolar Disorder | 9 | 6 | Suicide attempt. "Took 10 acetominophen pills" | |
| Oxc | Epilepsy | 17 | 72 | Suicide attempt. "'overdose... took remaining study medication... and carbamazepine 5400 mg" | |
| Pre | Social Anxiety Disorder | 19 | 29 | Suicide attempt. "His mother reported that the subject took 25 capsules (100 mg capsules)" of the study medication at once on day 29. | "During a study visit, the subject was noted to be depressed." |
| Val | Mania Maintenance | 21 | 241 | Suicide attempt."overdose of Ativan, taking 20 to 30   1 mg tablets" | |
| Lam | Bipolar Disorder | 21 | 7 | Suicide attempt. "'threatening suicide with a dull knife...superficial cuts" | "subject's mother phoned the study team...the subject appeared 'manic'" |
| Lam | Bipolar Disorder | 23 | 15 | Suicide attempt.  Overdose of chloral hydrate with 7-10 alcoholic drinks. | On day of event, pt seen at study visit and complained of depression and insomnia. |

| Drug | Trial Indication | Age | Event Day | Event Description | Noted Associated Psychiatric Symptoms and Comorbid Psychiatric Diagnoses |
|---|---|---|---|---|---|
| Top | Bipolar Disorder | 23 | 23 | Suicide attempt. Overdose of topiramate, total 7425 mg. | subject stated that "this was an impulsive act because his mother was not home when he came from the hospital and he felt he had no place to live" |
| Lam | Bipolar Disorder | 24 | 11 | Suicide attempt. Ingested excess alcohol an unspecified over the counter drug | |
| Lev | Anxiety Disorder | 24 | 36 | Suicide attempt. Details not available. | "The patient had started taking alprazolam, viloxazine, and zopiclone for anxiety, depression, and insomnia the day before the suicide attempt." History of Depression. |
| Pre | Social Anxiety Disorder | 26 | 16 | Suicide attempt. "drug overdose with 45 Sominex" | |
| Lam | Schizophrenia | 27 | 36 | Suicide attempt. "took all of his medication", which included lamotrigine, risperidone, benztropine, and zolpidem | |
| Pre | Epilepsy | 29 | 19 | Suicide attempt. "hospitalized for a life-threatening suicide attempt." Details not available. | History of "Depressive Disorder." |
| Lam | Depression | 33 | 4 | Suicide attempt. Overdose with 10 tablets hydrocodone+acetominophen. | |
| Zon | Epilepsy | 33 | 20 | Suicide attempt. No other details provided. | Hospitalized for depression. Noted to be irritable while hospitalized. |
| Top | Diabetic Per. Neuropathy | 34 | 114 | Suicide attempt. "On day 104-113 she took no study medication (reason unknown). On Day 114, patient attempted suicide after taking an overdose of the study drug (a dosage equivalent to 800 mg.)" | |
| Top | Bipolar Disorder | 34 | 14 | Suicide attempt. Diphenhydramine overdose. | |

| Drug | Trial Indication | Age | Event Day | Event Description | Noted Associated Psychiatric Symptoms and Comorbid Psychiatric Diagnoses |
|------|-----------------|-----|-----------|-------------------|--------------------------------------------------------------------------|
| Top | Obesity | 39 | 132 | "attempted suicide by taking an overdose of 100 tablets of Fegenen" | "severe paranoid schizophrenic reaction" History of paranoid schizophrenia, depression, personality disorder |
| Top | Bipolar Disorder | 41 | 8 | Suicide attempt. "swallowed 38 lorazepam tablets" | Subject reported confusion, ataxia, myalgia, disturbed dreaming. |
| Top | Obesity | 42 | 387 | Attempted suicide twice using a gas stove on days 387 and 389 | |
| Val | Mania Maintenance | 43 | 313 | Suicide attempt. Overdosed on 5-7 Ativan tablets. | |
| Lam | Bipolar Disorder | 43 | 12 | "attempted suicide by ingesting 2 dL of alcohol and 3 dL of industrial glycol." | |
| Lev | Epilepsy | 44 | 83 | "attempted suicide with one of her concomitant medications, Dipiperon" | History of Depression. |
| Lam | Bipolar Disorder | 46 | 23 | Suicide attempt. No other description | |
| Top | Obesity | 48 | 195 | Suicide attempt. "subject was hospitalized for psychosis after attempting suicide by taking 200 tablets of study medication." | "One week before the suicide attempt she expressed anxiety, stopped eating, and was only drinking." History of panic attacks. |
| Zon | Epilepsy | 48 | 23 | Suicide attempt. Took Antabuse, alcohol, Tegretol | History of Depression. |
| Lam | Bipolar Disorder | 50 | 53 | Suicide attempt. Overdose with lithium and carbamazepine. | "becoming gradually depressed over the previous week [prior to the suicide attempt]." |
| Lam | Epilepsy | 52 | 58 | Suicide attempt. Carbamazepine overdose (80 tablets). | "The overdose attempt occurred at the same time as the subject experienced depression.""History of sertraline therapy." |
| Lam | Epilepsy | 52 | 141 | Suicide attempt. Overdose lanoxin, nifedipine, procainamide, ASA, metoprolol | "down" after death of mother." "Depressed at baseline" |

83

| Drug | Trial Indication | Age | Event Day | Event Description | Noted Associated Psychiatric Symptoms and Comorbid Psychiatric Diagnoses |
|---|---|---|---|---|---|
| Top | Bipolar Disorder | 57 | 37 | Suicide attempt. Jumped from 3rd floor window. Broke pelvis. | Said she jumped because she heard voices telling her to jump." History of anxiety |
| Lev | Cognition | 75 | 3 | Suicide attempt. "overdosed using a benzodiazepine" | "patient experienced depression" |
| Lev | Migraine | 33 | 30 | Prep. Act. "father had to intervene to prevent her from stabbing herself" | "admitted to the hospital with a major depressive episode...screaming, yelling, crying" Received tx for cocaine and benzodiazepine dependence. History of bipolar disorder and anxiety disorder. |
| Lam | Bipolar Disorder | 36 | 5 | Prep. Act. Suicidal ideation with a plan to overdose. Required hospitalization. | "became severely depressed" History of alcohol abuse. |
| Car | Bipolar Disorder | 55 | 18 | Prep. Act. "subject reported that she had experienced suicidal ideation the previous night to the point of holding a loaded gun for half an hour." | |

EVENTS IN PLACEBO-TREATED SUBJECTS

| Drug | Trial Indication | Age | Event Day | Event Description | Noted Associated Psychiatric Symptoms and Comorbid Psychiatric Diagnoses |
|---|---|---|---|---|---|
| Val | Bipolar Depression | 18 | 19 | Suicide attempt." subject reported taking 7-8 "reds" [amphetamines]" | "[2 days prior to the event], the subject began to have suicidal ideations following the first snowfall of the season. This event precipitated the recollection of his mother's death 1 year ago." |
| Lev | Migraine | 25 | 4 | Suicide attempt. "admitted to hospital or ingestion of approximately 15-20...Phrenilin Forte (butalbital 50 mg and acetaminophen 325 mg)" | "worsening of pre-existing depression" |
| Val | Mania Maintenance | 29 | 71 | Suicide attempt. "subject took 5 mg of Ativan in combination with alcohol that resulted in hospitalization. ...the subject's boyfriend added that the subject had later stated that she wished she had taken the whole bottle." | "discontinued from the study due to a non-treated aspect of bipolar illness (depression)." |

84

| Drug | Trial Indication | Age | Event Day | Event Description | Noted Associated Psychiatric Symptoms and Comorbid Psychiatric Diagnoses |
|---|---|---|---|---|---|
| Lam | Bipolar Disorder | 30 | 41 | Suicide attempt. Overdose of unspecified medications. | "two days after the event while she was hospitalized, and she was de-pressed, hopeless and crying, but she denied..suicidal ideation at that time." |
| Lam | Bipolar Disorder | 30 | 21 | Suicide attempt. Jumped from a window. | |
| Lev | Cognition | 30 | 40 | Suicide attempt. "patient intentionally overdosed by taking 60 tablets of the pain medication solpadeine and 2 tablets of the study medication." | History of Depression. |
| Zon | Epilepsy | 34 | 21 | Suicide attempt by overdose of prescription medication | |
| Lam | Neuropathic Pain | 39 | 49 | Suicide attempt. Took large amount of crack cocaine. | "He reported onset of depressive symptoms, including depressed mood, frequent crying, decreased energy, decreased appetite," anhedonia, poor concentration, decreased self-esteem, and difficulty sleeping, all beginning approximately two weeks prior to his suicide attempt. History of cocaine abuse and depression. |
| Val | Mania Maintenance | 26 | 29 | Prep. Act. "the subject developed a plan for suicide and established a will." | History of alcohol abuse. |

Drug abbreviations: Lam = Lamotrigine; Lev = Levetiracetam; Pre = Pregabalin; Oxc = Oxcarbazepine; Val = Divalproex Sodium; Car = Carbamazepine; Top = Topiramate; Zon = Zonisamide.
Other Abbreviations: Diabetic P. Neuropathy = Diabetic Peripheral Neuropathy

85

**-------------------------------------------------------------------------------------------------**
**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**
**-------------------------------------------------------------------------------------------------**

```
 /s/
---------------------
Evelyn K Mentari
6/12/2008 06:40:19 PM
MEDICAL OFFICER


Alice T. Hughes
6/12/2008 06:43:40 PM
MEDICAL OFFICER
```