EXHIBIT C

Case 1:04-cv-10981-PBS    Document 1365-4    Filed 07/18/2008    Page 1 of 5

# Suicidality Class Labeling (certain sections only) and MedGuide Language

[Begin Package Insert Language]

## Boxed Warning

**Suicidal Behavior and Ideation and Antiepileptic Drugs**
Antiepileptic drugs increase the risk of suicidal thoughts and behavior in patients taking the drugs for any indication. In a meta-analysis of placebo-controlled studies, antiepileptic drugs approximately doubled the risk of suicidal behavior and ideation compared to placebo. Anyone considering the use of [antiepileptic drug name] or any other antiepileptic drug must balance this risk with the clinical need. Patients who take antiepileptic drugs should be monitored closely for suicidal thinking or actions, thoughts about self-harm, or any notable changes in behavior that could indicate the emergence or worsening of depression or suicidal thoughts or behavior.

Families and caregivers should be advised that close observation and communication with the prescriber are important.

## WARNINGS

**Suicidal Behavior and Ideation**
Antiepileptic drugs increase the risk of suicidal thoughts or behavior in patients taking these drugs for any indication. Pooled analyses of 199 placebo-controlled clinical trials of 11 different antiepileptic drugs showed that patients receiving one of the antiepileptic drugs had approximately twice the risk (adjusted Relative Risk 1.8, 95% CI:1.2, 2.6) of suicidal thinking or behavior compared to patients receiving placebo. The estimated incidence of suicidal behavior or ideation among 27,863 antiepileptic drug-treated patients was 0.43% compared to 0.24% among 16,029 placebo-treated patients. There were suicides in the trials, but the number was not sufficient to reach any conclusion about drug effect on suicide.

The increased risk of suicidal thoughts or behavior was observed as early as one week after starting drug treatment and continued to at least 24 weeks. Because most trials included in the analysis did not extend beyond 24 weeks, the risk of suicidal thoughts or behavior beyond 24 weeks could not be reliably assessed.

The risk of suicidal thoughts or behavior was generally consistent among drugs and did not vary substantially by age in the clinical trials analyzed.

The relative risk for suicidal thoughts or behavior was higher in patients in clinical trials for epilepsy compared to those in clinical trials for psychiatric or other conditions. The absolute risk differences, however, were comparable in patients with epilepsy and psychiatric conditions.

The following table shows absolute and relative risk by indication.

1

| Indication | Placebo Patients with Events Per 1000 Patients | Drug Patients with Events Per 1000 Patients | Relative Risk: Incidence of Events in Drug Patients/Incidence in Placebo Patients | Risk Difference: Additional Drug Patients with Events Per 1000 Patients |
|---|---|---|---|---|
| Epilepsy | 1.0 | 3.4 | 3.5 | 2.4 |
| Psychiatric | 5.7 | 8.5 | 1.5 | 2.9 |
| Other | 1.0 | 1.8 | 1.9 | 0.9 |
| Total | 2.4 | 4.3 | 1.8 | 1.9 |

Anyone considering prescribing [antiepileptic drug name] or any other antiepileptic drug must balance this risk with the clinical need. Patients treated with any antiepileptic drug for any indication should be monitored appropriately and observed closely for the emergence or worsening of depression, suicidal thoughts or behavior, or any unusual changes in mood or behavior.

Patients, their caregivers, and families should be informed that antiepileptic drugs increase the risk of suicidal thoughts and behavior and should be advised of the need to be alert for the emergence or worsening of the signs and symptoms of depression, any unusual changes in mood or behavior, or the emergence of suicidal thoughts, behavior, or thoughts about self-harm. Behaviors of concern should be reported immediately to healthcare providers.

## PRECAUTIONS - Information for Patients

Prescribers or other health professionals should inform patients, their families, and their caregivers about the benefits and risks associated with treatment with [antiepileptic drug name] and should counsel them in its appropriate use. A patient Medication Guide is available for [antiepileptic drug name]. The prescriber or healthcare professional should instruct patients, their families, and their caregivers to read the Medication Guide and should assist them in understanding its contents. Patients should be given the opportunity to discuss the contents of the Medication Guide and to obtain answers to any questions they may have. The complete text of the Medication Guide is reprinted at the end of this document.

Patients should be advised of the following issues and asked to alert their prescriber if these occur while taking [antiepileptic drug name].

**Suicidal Thinking and Behavior** - Patients, their caregivers, and families should be informed that antiepileptic drugs increase the risk of suicidal thoughts and behavior and should be advised of the need to be alert for the emergence or worsening of the signs and symptoms of depression, any unusual changes in mood or behavior, or the emergence of suicidal thoughts, behavior, or thoughts about self-harm. Behaviors of concern should be reported immediately to healthcare providers.

7/10/08 Advisory Committee Meeting
FDA Draft labeling text

[Begin MedGuide language]

## Medication Guide
## Your Medicine and Suicidal Thoughts or Actions

Read the Medication Guide that comes with your or your family member's medicine. This Medication Guide is only about the risk of suicidal thoughts and actions with your medicine.

**Talk to your, or your family member's, healthcare provider about:**

- all risks and benefits of treatment with this medicine
- all treatment choices for the illness for which this medicine has been prescribed

**What should I know about this medicine and suicidal thoughts or actions?**

1. **This medicine may cause suicidal thoughts or actions in a very small number of people.**

2. **How can I watch for and try to prevent suicidal thoughts and actions in myself or a family member?**

    o Pay close attention to any changes, especially sudden changes, in mood, behaviors, thoughts, or feelings.

    o Call the healthcare provider right away to report new or sudden changes in mood, behavior, thoughts, or feelings.

    o Keep all follow-up visits with the healthcare provider as scheduled. Call the healthcare provider between visits as needed, especially if you have concerns about symptoms.

**Call a healthcare provider right away if you or your family member has any of the following symptoms, especially if they are new, worse, or worry you:**

- thoughts about suicide or dying
- attempts to commit suicide
- new or worse depression
- new or worse anxiety
- feeling very agitated or restless
- panic attacks
- trouble sleeping (insomnia)
- new or worse irritability

3

7/10/08 Advisory Committee Meeting
FDA Draft labeling text

- acting aggressive, being angry, or violent
- acting on dangerous impulses
- an extreme increase in activity and talking (mania)
- other unusual changes in behavior or mood

**What else do I need to know about this medicine?**

- **Never stop this medicine without first talking to a healthcare provider.** Stopping this medicine suddenly can cause other symptoms.

- **This medicine has other side effects.** Talk to the healthcare provider about the side effects of the medicine prescribed for you or your family member.

- **Your medicine can interact with other medicines.** Know all of the medicines that you take or your family member takes. Keep a list of all medicines to show the healthcare provider. Do not start new medicines without first checking with your healthcare provider.

**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.**