EXHIBIT D

# FOOD AND DRUG ADMINISTRATION
Center for Drug Evaluation and Research (CDER)
*Joint Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee(PCNS) and the Psychopharmacologic Drugs Advisory Committee (PDAC)*
AGENDA
July 10, 2008

---

*The committee will discuss the results of FDA's meta-analysis and issues related to antiepileptic drugs and suicidality.*

---

| Time | Topic | Speaker |
|---|---|---|
| 8:00 a.m. | Call to Order<br>Introduction of Committee | **Larry Goldstein, M.D.**<br>Chair, PCNS |
| | Conflict of Interest Statement | **Yvette Waples, PharmD**<br>Designated Federal Official |
| 8:15 a.m. | Opening Remarks | **Russell Katz, M.D., Director**<br>Division of Neurology Products, CDER, FDA |
| 8:30 a.m. | Antiepileptic Drugs and Suicidality:<br>Background | **Evelyn Mentari, M.D., M.S., Clinical Safety Reviewer**<br>Division of Neurology Products, CDER, FDA |
| | Antiepileptic Drugs and Suicidality:<br>Statistical Evaluation | **Mark Levenson, Ph.D., Statistical Safety Reviewer**<br>Quantitative Safety & Pharmacoepidemiology<br>Group, Division of Biometrics 6, CDER, FDA |
| | Antiepileptic Drugs and Suicidality:<br>Discussion | **Evelyn Mentari, M.D., M.S., Clinical Safety Reviewer**<br>Division of Neurology Products, CDER, FDA |
| 9:30 a.m. | Questions from the Committee | |
| 10:00 a.m. | *Break* | |
| 10:15 a.m. | Neurontin/Lyrica: Potentially Suicide<br>Related Adverse Events | **Christopher Wohlberg, M.D., Ph.D.**<br>Global Medical Team Leader, Lyrica<br>Global Medical Therapeutic Area Lead, Pain<br>Pfizer, Inc. |
| 10:35 a.m. | Lamictal® (lamotrigine):<br>Analysis of Suicidality Data | **Jack Modell, M.D.**<br>Vice President Clinical Development for Neurosciences<br>GlaxoSmithKline |
| 10:50 a.m. | Preliminary Statistical Comments<br>on Pfizer Gabapentin and Pregabalin<br>Analysis | **Mark Levenson, Ph.D., Statistical Safety Reviewer**<br>Quantitative Safety & Pharmacoepidemiology<br>Group, Division of Biometrics 6, CDER, FDA |
| 11:05 a.m. | Questions from the Committee | |
| 11:45 a.m. | *Lunch* | |
| 1:00 p.m. | Open Public Hearing | |
| 3:00 p.m. | *Break* | |
| 3:15 p.m. | Discussion and questions to the Committee | |
| 5:00 p.m. | **Adjourn** | |

Joint Meeting of the Peripheral and Central Nervous System
Drugs Advisory Committee and the
Psychopharmacologic Drugs Advisory Committee
July 10, 2008
Sheraton Washington North Hotel
Beltsville, Maryland

Meeting Roster

**PERIPHERAL AND CENTRAL NERVOUS SYSTEM DRUGS ADVISORY COMMITTEE MEMBERS**
(Voting)

**Britt Anderson, M.D., Ph.D.**
Associate Professor
Department of Psychology
University of Waterloo
Waterloo, ON Canada

**Ying Lu, Ph.D.**
Professor in Residence
Department of Radiology
University of California, San Francisco
San Francisco, CA

**Larry B. Goldstein, M.D.** *(Acting Chair)*
Professor of Medicine
Duke University Medical Center
Bryan Research Building
Durham, NC

**Matthew Rizzo, M.D.**
Director, Division of Neuroergonomics
Department of Neurology
University of Iowa
Iowa City, IA

**Lily K.F. Jung, M.D., M.M.M.**
*(Consumer Representative)*
Medical Director, Neurology Clinic
Swedish Neuroscience Institute
Medical Center, Neurology Clinic
Seattle, WA

**Stacy Ann Rudnicki, M.D.**
Associate Professor
Department of Neurology
University of Arkansas for Medical Sciences
Little Rock, AR

**PERIPHERAL AND CENTRAL NERVOUS SYSTEM DRUGS ADVISORY COMMITTEE MEMBER**
(Non-Voting)

**Roy E. Twyman, M.D.**
Johnson & Johnson Pharmaceutical
Research and Development, LLC
Titusville, NJ

Joint Meeting of the Peripheral and Central Nervous System
Drugs Advisory Committee and the
Psychopharmacologic Drugs Advisory Committee
July 10, 2008
Sheraton Washington North Hotel
Beltsville, Maryland

Meeting Roster

**PSYCOPHARMACOLOGIC DRUGS ADVISORY COMMITTEE MEMBERS**
**(Voting)**

**Jorge Armenteros, M.D.**
Associate Professor of Clinical Psychiatry
Department of Psychiatry
University of Miami School of Medicine
Coral Gables, FL

**Gail Griffith, M.D.**
*(Consumer Representative)*
Washington, DC

**Rochelle Caplan, M.D.**
Professor
Department of Psychiatry and Bio-behavioral
Sciences
UCLA
Los Angeles, CA

**Robert F. Woolson, Ph.D.**
Professor, Department of Biostatistics,
Bioinformatics and Epidemiology
Medical University of South Carolina
Charleston, SC

**PSYCOPHARMACOLOGIC DRUGS ADVISORY COMMITTEE MEMBERS**
**(Non-Voting)**

**William Z. Potter, M.D, Ph.D.**
Vice President, Translational Neuroscience
Merck & Co., Inc.
North Wales, PA

Joint Meeting of the Peripheral and Central Nervous System
Drugs Advisory Committee and the
Psychopharmacologic Drugs Advisory Committee
July 10, 2008
Sheraton Washington North Hotel
Beltsville, Maryland

**Meeting Roster**

**TEMPORARY VOTING MEMBERS**

**Ruth S. Day, Ph.D.**
Director, Medical Cognition Laboratory
Duke University
Durham, NC

**Sid Gilman, M.D., FRCP**
Director, Michigan Alzheimer's Disease
Research Center
Department of Neurology
University of Michigan
300 N. Ingalls 3D15
Ann Arbor, MI 48109-0489

**Wayne Goodman, M.D.**
Division of Adult Translational Research
  and Treatment Development
National Institute of Mental Health
National Institutes of Health
Bethesda, MD

**Andrew Leon, Ph.D**
Professor of Biostatistics in Psychiatry
Weill Medical College of Cornell University
New York, NY

**Richard Malone, M.D.**
Professor of Psychiatry
Drexel University College of Medicine
Philadelphia, PA

**Daniel S. Pine, M.D.**
Chief of Child and Adolescent Research
National Institutes of Health
National Institute of Mental Health
Mood and Anxiety Disorders Program
Bethesda, MD

**Delbert G. Robinson, M.D.**
Associate Professor of Psychiatry
Research Department
The Zucker Hillside Hospital
Glen Oaks, NY

**Barbara G. Wells, Pharm.D., FCCP, BCPP**
Dean and Professor
Executive Director of the Research Institute of
Pharmaceutical Sciences
The Univ. of Mississippi School of Pharmacy
University, MS

**Andrew Winokur, M.D., Ph.D.**
Director of Psychopharmacology
Professor and Dr. Manfred J. Sakel
Distinguished Chair in Psychiatry
Farmington, CT

Joint Meeting of the Peripheral and Central Nervous System
Drugs Advisory Committee and the
Psychopharmacologic Drugs Advisory Committee
July 10, 2008
Sheraton Washington North Hotel
Beltsville, Maryland

## Meeting Roster

**DRUG SAFETY AND RISK MANAGEMENT VOTING MEMBERS**

<u>Sean Hennessy, Ph.D</u>
Assistant Professor of Epidemiology
University of Pennsylvania School of Medicine
Philadelphia, PA


**PEDIATRIC ADVISORY COMMITTEE VOTING MEMBERS**
<u>Melissa Hudsons, M.D.</u>
Member, Department of Oncology
Director, After Completion of Therapy Clinic
St. Jude Children's Research Hospital
332 North Lauderdale, Mail Stop 735
Memphis, TN 38105

Joint Meeting of the Peripheral and Central Nervous System
Drugs Advisory Committee and the
Psychopharmacologic Drugs Advisory Committee
July 10, 2008
Sheraton Washington North Hotel
Beltsville, Maryland

**Meeting Roster**

## FDA CENTER FOR DRUG EVALUATION AND RESEARCH PARTICIPANTS
(Non-Voting)

**Robert Temple, M.D.**
Director,
Office of Drug Evaluation I, CDER, FDA

**Russell Katz, M.D.**
Director,
Division of Neurology Products, CDER, FDA

**Tom Laughren, M.D.**
Director,
Division of Psychiatry Products, CDER, FDA

**Alice Hughes, M.D.**
Associate Director for Safety
Division of Neurology Products, CDER, FDA

**Evelyn Mentari, M.D., M.S.,**
Clinical Safety Reviewer
Division of Neurology Products, CDER, FDA

**Mark Levenson, Ph.D.**
Statistical Safety Reviewer
Quantitative Safety & Pharmacoepidemiology Group
Division of Biometrics 6, CDER, FDA

## PERIPHERAL & CENTRAL NERVOUS SYSTEM DRUGS ADVISORY COMMITTEE

*Chair*

Vacant

*Designated Federal Official*
**LCDR Diem-Kieu H. Ngo, Pharm.D., BCPS**
Advisors and Consultants Staff
Center for Drug Evaluation and Research
Food and Drug Administration, HFD-021
5630 Fishers Lane, Room 1079
Rockville, Maryland 20857
Phone: (301) 827-7001    Fax: (301) 827-6765
Diem.Ngo@fda.hhs.gov

**Britt Anderson, M.D., Ph.D.**
Expertise: Neurology
Term: 9/30/07 – 01/31/11
Associate Professor
Department of Psychology
University of Waterloo
200 University Avenue West
Waterloo, ON Canada N2L 3G1

**Mark W. Green, M.D.**
Expertise: Headache Medicine
Term: 9/30/07 – 01/31/11
Director of Headache Medicine
Columbia University
Clinical Professor of Neurology
(in Neurology, Anesthesiology, and Dentistry)
College of Physicians & Surgeons
College of Dental Medicine
16 East 60th Street, Suite 440
New York, New York 10022

**Larry B. Goldstein, M.D.**
Expertise: Neurology
Term: 09/29/05 – 01/31/09
Professor of Medicine
Duke University Medical Center
Room 201A, Bryan Research Building
Durham, North Carolina 27710

**Gregory L. Holmes, M.D., Ph.D.**
Expertise: Neurology & Pediatric Neurology
Term: 09/30/07 – 01/31/2010
Professor of Medicine
Dartmouth-Hitchcock Medical Center
One Medical Center Drive
Lebanon, New Hampshire 03756

**\* Lily K.F. Jung, M.D., M.M.M.**
Expertise: Neuroscience
Term: 09/25/05 – 01/31/09
Medical Director, Neurology Clinic
Swedish Neuroscience Institute
Medical Center, Neurology Clinic
600 Broadway, Suite 200
Seattle, Washington 98722

**Ying Lu, Ph.D.**
Expertise: Statistics
Term: 09/30/07 – 01/31/11
Professor in Residence
Department of Radiology
University of California, San Francisco
185 Berry Street, Suite 350
San Francisco, California 94143

**Sandra F. Olson, M.D.**
Expertise: Neurology
Term: 04/12/06 - 01/31/10
Neurologist
Northwestern University Chicago
710 North Lake Shore, 11th Floor
Chicago, Illinois 60611

**Matthew Rizzo, M.D.**
Expertise: Neurology
Term: 04/12/06 - 01/31/09
Director, Division of Neuroergonomics
Department of Neurology
University of Iowa
200 Hawkins Drive, Room 2144
Iowa City, Iowa 52242

**Stacy Ann Rudnicki, M.D.**
Expertise: Neurology
Term: 09/30/07 – 01/31/10
Associate Professor
Department of Neurology
University of Arkansas for Medical Sciences
4301 w. Markham, #500
Little Rock, Arkansas 72205

**\*\*Roy E. Twyman, M.D.**
Expertise: Neuroscience
Term: 6/10/08 – 10/31/11
Vice President, CNS Franchise Development
Johnson & Johnson Pharmaceutical Research
And Development, LLC
1150 Trenton-Harbourton Road
Titusville, New Jersey 08560

\* Consumer Representative
\*\* Industry Representative (non-voting)

Last Updated 6/30/08

## Psychopharmacologic Drugs Advisory Committee Roster
## CENTER FOR DRUG EVALUATION AND RESEARCH

**Chair**
*(Vacant)*

*Designated Federal Official*
**Yvette Waples, Pharm.D.**
Advisors and Consultants Staff
Center for Drug Evaluation and Research
Food and Drug Administration, HFD-021
5630 Fishers Lane, Room 1099
Rockville, Maryland 20857
Phone: (301) 827-7001     Fax: (301) 827-6778
E-mail: yvette.waples@fda.hhs.gov

**Jorge Armenteros, M.D.**
Expertise: Psychiatry and Behavioral Medicine
Term: 10/31/2005 – 6/30/2009
2199 Ponce De Leon Boulevard, Suite 304
Coral Gables, Florida 33134

**Robert W. Buchanan, M.D.**
Expertise: Psychiatry
Term: Immediately – 06/30/2011
Professor, Department of Psychiatry
University of Maryland School of Medicine
Maryland Psychiatric Research Center, Rm 1-19
Post Office Box 21247
Baltimore, Maryland 21228

**Rochelle Caplan, M.D.**
Expertise: Psychiatry
Term: 01/04/2007 – 06/30/2010
Professor
Semel Institute for Neuroscience and
Human Behavior, UCLA
760 Westwood Plaza, Room 48-269
Los Angeles, California 90024

*****Gail W. Griffith, M.S.**
Term: Immediately – 06/30/2011
Writer and Activist
Washington, District of Columbia 20009

**Susan K. Schultz, M.D.**
Expertise: Psychiatry
Term: 01/04/2007 – 06/30/2010
Associate Professor of Psychiatry
University of Iowa College of Medicine
2-207 Psychiatry Research
500 Newton Road
Iowa City, Iowa 52242-1000

**Marcia J. Slattery, M.D., M.H.S.**
Expertise: Psychiatry
Term: 01/04/2007 – 06/30/2010
Associate Professor of Psychiatry and
Pediatrics
Head, Division of Child and Adolescent
Psychiatry
Department of Psychiatry
University of Wisconsin School of
Medicine and Public Health
6001 Research Boulevard
Madison, Wisconsin 53719

**Robert F. Woolson, Ph.D.**
Expertise: Biostatistics
Term: Immediately – 06/30/2011
Professor, Department of Biostatistics,
Bioinformatics and Epidemiology
Medical University of South Carolina
135 Cannon Street, Suite 303
Post Office Box 250835
Charleston, South Carolina 29425

**\*\*William Z Potter, M.D., Ph.D.**
Expertise: Translational Science
Term: 6/10/2008 - 10/31/2011
Vice President, Translational Sciences
Merck & Co.
North Whales, PA 19454

\* Consumer Representative
\*\* Non-Voting Industry Representative

*Updated July 9, 2008*

Joint Meeting of the Peripheral and Central Nervous System
Drugs Advisory Committee and the
Psychopharmacologic Drugs Advisory Committee
July 10, 2008
Sheraton Washington North Hotel
Beltsville, Maryland

# Questions

1) Does the Committee agree with the Agency's overall finding of an increase in suicidality for the 11 AEDs analyzed?

2) Does the Committee agree with the Agency's conclusion that the finding of increased suicidality should apply to all drugs included in the analyses, despite the observation that the estimate of the Odds Ratio for 3 of the drugs was below 1? If not, to which drugs should the conclusion apply?

3) Does the Committee agree with the Agency's conclusion that the finding should apply to all chronically administered AEDs, including those not part of the analyses?

4) Does the Committee agree with the Agency's plan to require labeling changes for all AEDs, including a Boxed Warning and a Medication Guide? If not, does the Committee want to offer guidance on other approaches to communicating this information?