EXHIBIT E

### Antiepileptic Drugs and Suicidality: Background

Evelyn Mentari, M.D., M.S.
Clinical Safety Reviewer
Division of Neurology Products/CDER
Food and Drug Administration

Joint Meeting of Peripheral and Central Nervous System Drugs Advisory Committee and Psychopharmacologic Drugs Advisory Committee

July 10, 2008

### Definition

Suicidality: Suicidal Behavior or Suicidal Thinking

### Background

- Antiepileptic drug (AED) sponsor approached FDA with concern of a suicidality signal in their controlled clinical trial database
- In response, FDA initiated a study of suicidality events in controlled clinical trials across AEDs
- Patients with epilepsy (and other illnesses for which AEDs are prescribed) are reported to have increased risk of suicidal behavior or ideation, but risk estimates vary widely
- Without comparison to placebo-treated subjects, the background rate of suicidality events and the risk of suicidality attributable to drug are unclear

### Background

- Standardized approach is based on previous FDA analyses of suicidality in children, adolescents, and adults treated with antidepressants
- In these analyses, pediatric and young adult patients treated with antidepressants were found to have an increased risk of suicidality compared to those treated with placebo

### Trial Inclusion Criteria

- Randomized, parallel-arm, placebo-controlled
- At least 20 subjects in each treatment arm
- Subjects at least 5 years old
- Duration at least 7 days
- No randomized withdrawal study designs

### Subject Level Data Sets

- FDA specified a format for subject level data sets
- Information on suicidality events was part of the subject level data
- Sponsors searched adverse event reports for events related to suicidality or possibly related to suicidality
- Search terms and procedures were specified by FDA

1

## Suicidality Event Search Terms

- Verbatim terms with the text strings: "attempt", "cut", "gas", "hang", "hung", "jump", "mutilat-", "overdos-", "self damag-", "self harm", "self inflict", "self injur-", "shoot", "slash", "suic-", "poison", "asphyxiation", "suffocation", "firearm"; events were screened for false positives
- Preferred terms with text strings "suic" or "overdos," including all events coded as "accidental overdose"
- All deaths and other serious adverse events (SAEs)
- All adverse events coded as "accidental injury"

## Suicidality Narratives

- After events were identified using this search strategy, structured narratives were prepared
- Based on these narratives, events were classified by raters blinded to treatment

## Suicidality Event Categories

0. No event
1. Completed suicide
2. Suicide attempt
3. Preparatory acts toward imminent suicidal behavior
4. Suicidal ideation
5. Self-injurious behavior, intent unknown
6. Not enough information, fatal
7. Not enough information, non-fatal

Posner et al 2007 Am J Psychiatry

## Antiepileptic Drugs Analyzed

- Carbamazepine (Carbatrol®, Equetro®)
- Divalproex sodium (Depakote®, Depakote ER®)
- Felbamate (Felbatol®)
- Gabapentin (Neurontin®)
- Lamotrigine (Lamictal®)
- Levetiracetam (Keppra®)
- Oxcarbazepine (Trileptal®)
- Pregabalin (Lyrica®)
- Tiagabine (Gabitril®)
- Topiramate (Topamax®)
- Zonisamide (Zonegran®)

## Drugs Analyzed: Approved Non-epilepsy Treatment Indications

- Carbamazepine: trigeminal neuralgia
- Divalproex sodium: mania, migraine
- Gabapentin: postherpetic neuralgia
- Lamotrigine: bipolar disorder
- Pregabalin: neuropathic pain from diabetic peripheral neuropathy, postherpetic neuralgia, fibromyalgia
- Topiramate: migraine

## Trial Indication Categories

- Epilepsy
- Psychiatric
- Other

2

### Psychiatric Trial Indications

- Bipolar Disorder
- Anxiety
- Post-traumatic Stress Disorder
- Depression
- Panic Disorder
- Schizophrenia
- Social Phobia
- Binge Eating Disorder

### Other Trial Indications

- Neuropathy
- Migraine
- Obesity
- Chronic Pain
- Agitation
- Impaired Cognition
- Insomnia
- Spasticity
- Fibromyalgia
- Tremor

### Drug Subgroups by Main Mechanism of Action

- To evaluate underlying mechanisms of suicidality risk, drugs were categorized by main mechanism of action
- Some drugs have multiple main mechanisms of action
- For some drugs, main mechanisms of action are not universally agreed upon
- Subgroups were based on drug prescribing information, published literature, and medical reviewer consensus

### Statistical Evaluation

## Antiepileptic Drugs and Suicidality: Discussion

Evelyn Mentari, M.D., M.S.
Clinical Safety Reviewer
Division of Neurology Products/CDER
Food and Drug Administration

Joint Meeting of Peripheral and Central Nervous System Drugs Advisory Committee and Psychopharmacologic Drugs Advisory Committee

July 10, 2008

---

## Discussion

## Data and Methods

---

## Use of Placebo-Controlled Clinical Trial Data

- Use of placebo-controlled data is a strength of this analysis
- Necessary to understand the background rate of suicidality
- Patients with epilepsy (and other illnesses for which AEDs are prescribed) are reported to have increased risk of suicidal behavior or ideation, but estimates vary widely
- Without comparison to placebo-treated subjects, the background rate and the risk of suicidality attributable to drug are unclear

---

## Meta-Analysis of Clinical Trial Databases

- Individual clinical trials typically have few suicidality events
- Over the lifetime of individuals in a population, suicidal behavior and ideation are frequent occurrences that amount to a major public health burden
- In 2004 suicide was the eighth most common cause of death in the United States general population
- In the limited time frame of clinical trials, large numbers of subjects are necessary to evaluate risk
- This meta-analysis provided the largest number of subjects used to evaluate this question to date

---

## Limitations

- The majority of clinical trial data for currently marketed antiepileptic drugs was generated prior to the recognition of a possible suicidality signal
- Large numbers of subjects are necessary to evaluate risk of suicidality using clinical trial data
- While data was collected retrospectively, the analysis was prospectively defined
- Trials included in this meta-analysis not specifically designed to evaluate risk of suicidal behavior or ideation
- Differences between clinical trials analyzed for individual drugs limit the possibility of making reliable comparisons between individual drugs

---

## Discussion

## Findings

1

### Possibility of Ascertainment Bias

- Sponsors performed searches of their clinical trial adverse event databases
- With these methods, non-random differences in subject assessment, i.e. ascertainment bias, may occur
- Drug-treated subjects may have a higher rate of adverse events in general, and this may lead to additional contact with clinical staff
- Placebo-treated subjects may have increased contact with clinical staff due to lack of treatment efficacy

### Possibility of Ascertainment Bias

- With additional contact with clinical staff, subjects may be more likely to generate a suicidality adverse event report
- Prospective methods of assessing suicidality in randomized trials are not subject to ascertainment bias and will be useful in future studies

### Possibility of Ascertainment Bias

- Ascertainment bias likely has less influence on the reporting of suicidal behavior than on the reporting of suicidal ideation.
- Compared to placebo-treated subjects, drug-treated subjects had had higher incidence rates for all categories of suicidal behavior or ideation events
- The odds ratio estimate for Suicidal Behavior alone (completed suicide, suicide attempt, and preparatory acts toward imminent suicidal behavior) was statistically significant [2.92 (95% CI 1.44, 6.47)]

### Possibility of Ascertainment Bias

- The majority of Suicidal Behavior events prompted notification of the study investigator by an outside party (e.g., notification during hospitalization, notification of death, notification by a family member) or prompted the subject's discontinuation from the trial
- In these circumstances, reporting of Suicidal Behavior events is unlikely to have been driven by a generally increased rate of adverse events or by additional contact with clinical trial staff

### Risk with Individual Antiepileptic Drugs

- Antiepileptic drugs as a class were associated with a statistically significantly increased risk of Suicidal Behavior or Ideation compared to placebo
- Estimated odds ratios were greater than one for 8 of the 11 individual drugs with data analyzed
- Two of the 11 drugs with data analyzed had a statistically significantly increased risk
- Nine of the 11 drugs with events analyzed had odds ratio estimates that were not statistically significant
- Reliable comparisons between individual drugs are limited by non-statistically significant odds ratio estimates in the majority of individual drugs and by differences between clinical trials for individual drugs

### Subgroup Analyses: Consistency of Results

- Consistency of results in subgroups of the data analyzed is important in confirming that overall meta-analysis conclusions are valid
- No clear pattern of drug effect was seen among subgroups according to age, gender, race, setting
- No clear pattern of drug effect was seen among drug groups pre-specified according to main mechanism of action (sodium channel blocking, GABAergic and GABAmimetic, and carbonic anhydrase inhibitors)

2

### Subgroup Analyses: Consistency of Results

- Increased risk of suicidal behavior or ideation was observed in all categories of trial indications evaluated (Epilepsy, Psychiatric Indications, and Other Indications.)
- The majority of epilepsy trials involved adjunctive therapy
- The majority of trials for psychiatric indications or other indications involved monotherapy
- Because increased risk was seen in all trial indication categories, it may be expected that the increased risk exists, whether the antiepileptic drug is used as monotherapy or adjunctive therapy

### Analysis by Location Subgroups

- Increased risk of suicidal behavior or ideation was seen in both trial location subgroups
- The estimated odds ratio for the Non-North American subgroup [4.53 (95% CI: 1.86, 13.18)] was larger than that for the North American subgroup [1.38 (95% CI: 0.90, 2.13)]
- A much lower event rate in placebo-treated Non-North American Subjects leads to the elevated odds ratio and risk difference in the Non-North American subgroup

### Conclusion

### FDA Actions

- Based on these data, we have concluded that there is a signal for increased suicidality for the class of antiepileptic drugs
- On January 31, 2008 FDA issued a press release and information for healthcare professionals

### FDA Plans for Action

- Propose product labeling for all antiepileptic drugs used chronically
- Propose that sponsors include a description of these findings in a Boxed Warning, as well as in the Warnings and Precautions sections.
- Propose a Medication Guide describing this risk for distribution each time an AED prescription is filled.

### Areas for Future Investigation

- Research using prospectively collected data is necessary to more systematically evaluate the risk of antiepileptic drugs and suicidal behavior or ideation
- Further development and validation of methods to assess suicidality, including suicidality rating scales, are necessary

3

## Areas for Future Investigation

- Characterizing potential underlying mechanisms of increased risk of suicidal behavior or ideation with antiepileptic drugs
- Research on whether certain patient subgroups are at particular risk

19

4