EXHIBIT F

## Antiepileptic Drugs and Suicidality: Statistical Review

**Mark Levenson, Ph.D.**
Statistical Safety Reviewer
Quantitative Safety and Pharmacoepidemiology Group
Division of Biometrics 6/CDER/FDA

Joint Meeting of Peripheral and Central Nervous System
Drugs Advisory Committee and Psychopharmacologic Drugs
Advisory Committee

July 10, 2008

Version 5 Jul 2008

---

## Outline

1. Objectives
2. Analysis plan
   - Endpoints
   - Populations and subgroups
   - Methods
3. Results
   - Trial and patient summaries
   - Primary, secondary, sensitivity analyses
   - Subgroups
4. Conclusions

2

---

## Objectives

<u>Primary Objective</u>
Examine whether 11 antiepileptic drugs as a group are associated with increased risk of suicidality relative to placebo in randomized placebo-controlled trials

<u>Secondary Objectives</u>
Examine whether the risk of suicidality varies by individual drug, drug groups, studied indication, and demographics

3

---

## Outline

1. Objectives
2. Analysis plan
   - Endpoints
   - Populations and subgroups
   - Methods
3. Results
   - Trial and patient summaries
   - Primary, secondary, sensitivity analyses
   - Subgroups
4. Conclusions

4

---

## Primary Endpoint

*Suicidal Behavior or Ideation*
- Completed suicide
- Suicide attempt
- Preparatory acts
- Suicidal ideation

5

---

## Secondary Endpoints

*Suicidal Behavior*
- Completed suicide
- Suicide attempt
- Preparatory acts

*Suicidal Ideation*
- Suicidal ideation

6

## Primary Analysis Population

- Trial inclusion criteria
  - Randomized parallel placebo-controlled
  - Not a withdrawal design
  - Open label-extension periods excluded
  - Duration ≥ 7 days
  - ≥ 20 patients in each arm
- Patient inclusion criteria
  - Age ≥ 5 years

7

## Subgroups and Special Populations

8

## Subgroups

- 11 individual drugs
- Drug groups
  1. Sodium Channel Blocking Drugs
     Carbamazepine, Lamotrigine, Oxcarbazepine, Topiramate, Zonsamide
  2. GABAergic Drugs and GABAmimetic Drugs
     Divalproex, Gabapentin, Pregabalin, Tiagabine, Topiramate
  3. Carbonic Anhydrase Inhibitors
     Topiramate, Zonsamide

9

## Subgroups

- Studied indication
  1. Epilepsy
  2. Psychiatric Indications
  3. Other
- Demographics
  - Age (5-17, 18-24, 25-30, 31-64, ≥65)
  - Gender
  - Race
  - Setting (in-patient component, out-patient only)
  - Location (North America, Non-North America)

10

## Primary Analysis Method

- Exact method for common odds ratio
  - Allows trials to have different background rates of events
  - Handles low event counts (sparse data)
  - Does not make use of trials with no events (zero-event trials)
  - Assumes a common odds ratio for trials
- Details
  - Unit of analysis: patient
  - Primary display: odds ratio (OR) and 95% CI

11

## Sensitivity Analysis

- Zero-event trials
  - Mantel-Haenszel risk difference
- Trial OR heterogeneity
  - Generalized linear mixed model (GLMM) with random trial effect
  - Examination of large Mantel-Haenszel weights
- Duration differences
  - Exact method of incident rate ratio based on patient-years of exposure

12

## Exploratory Analysis

- Kaplan-Meier incidence curves
- Life-table hazard estimates

13

## Outline

1. Objectives
2. Analysis plan
   - Endpoints
   - Populations and subgroups
   - Methods
3. Results
   - Trial and patient summaries
   - Primary, secondary, sensitivity analyses
   - Subgroups
4. Conclusions

14

## Results:
## Trial and Patient Summaries

15

## Primary Analysis Group

- 199 placebo-controlled trials
- 43,892 total patients
  - 27,863 drug-treated
  - 16,029 placebo

16

## Trials and Patients by Drug

| Drug | Trials N = 199 n (%) | Patients N = 43892 n (%) |
|---|---|---|
| Carbamazepine | 3 (2) | 502 (1) |
| Divalproex | 13 (7) | 2319 (5) |
| Felbamate | 6 (3) | 340 (1) |
| Gabapentin | 28 (14) | 4932 (11) |
| Lamotrigine | 27 (14) | 4935 (11) |
| Levetiracetam | 21 (11) | 4103 (9) |
| Oxcarbazepine | 10 (5) | 2169 (5) |
| Pregabalin | 38 (19) | 10326 (24) |
| Tiagabine | 6 (3) | 1443 (3) |
| Topiramate | 42 (21) | 11713 (27) |
| Zonisamide | 5 (3) | 1110 (3) |

17

## Nominal Trial Duration (Weeks)

- Mean = 14.2
- Median =12
- Range = (1, 112)
- 90% of trials in (3, 39)[*]
- 50% of trial in (8, 16)[†]

[*] (5%, 95%) quantiles
[†] (25%, 75%) quantiles

18

3

### Trials by Indication Group and Therapy

|  | Indication Group | | | |
|---|---|---|---|---|
| Therapy | Epilepsy N=62 n (%) | Psychiatric N=56 n (%) | Other N=81 n (%) | Total N= 199 n (%) |
| Monotherapy | 5  (8) | 48  (86) | 61  (75) | 114  (57) |
| Adjunctive Therapy | 57 (92) | 8  (14) | 12  (15) | 77  (39) |
| Other Therapy | 0  (0) | 0  (0) | 8  (10) | 8  (4) |

19

### Patients by Drug and Indication



20

### Patient Baseline Demographics

| Age Years | N=43892 n  (%) |
|---|---|
| 5-17 | 2411  (5) |
| 18-24 | 3422  (8) |
| 25-30 | 4201 (10) |
| 31-64 | 28147 (64) |
| ≥ 65 | 5709 (13) |
| Missing | 2  (0) |
| Mean | 44 |
| Median | 44 |
| Range | 5 – 100 |

21

### Patient Baseline Demographics

| Race | N=43892 n  (%) |
|---|---|
| White Caucasian | 34843 (79) |
| African American | 2653  (6) |
| Hispanic | 1280  (3) |
| Asian | 1177  (3) |
| Other | 742  (2) |
| Missing | 3197  (7) |

22

### Patient Baseline Demographics

| Characteristics | N=43892 n  (%) |
|---|---|
| Female | 24272 (55) |
| Inpatient component | 3304  (8) |
| North America | 26782 (61) |

• No notable differences between drug and placebo patients for baseline demographics

23

### Patient Treatment Duration and Discontinuation

|  | Drug | Placebo |
|---|---|---|
| Duration Mean* (days) | 73 | 77 |
| Discontinued† (%) | 36 | 31 |

* Least-squares means. P-value < 001 for difference in treatment groups

† P-value <.001 for difference in treatment groups

24

Results:
Primary, Secondary, and
Sensitivity Analyses

25

---

Suicidal Behavior or Ideation

Placebo: 38/16029 of patients had event (0.24%)

Drug: 104/27863 of patients had event (0.37%)

66/199 = 33% trials had at least one event

26

---

## Most Critical Event by Type and Treatment Arm

| Event | Drug N=27,863 n (%) | Placebo N=16029 n (%) | Total N=43892 n (%) |
|---|---|---|---|
| Completed suicide | 4 (.01) | 0 (.00) | 4 (.01) |
| Suicide attempt | 30 (.11) | 8 (.05) | 38 (.09) |
| Preparatory acts | 3 (.01) | 1 (.01) | 4 (.01) |
| Suicidal ideation | 67 (.24) | 29 (.18) | 96 (.22) |
| Total | 104 (.37) | 38 (.24) | 142 (.32) |

27

---

Suicidal Behavior or Ideation
Odds Ratio Estimates



28

---

Suicidal Behavior versus Suicidal Ideation
Odds Ratio Estimates



29

---

Suicidal Behavior or Ideation
Kaplan-Meier



30

5

### Suicidal Behavior or Ideation
### Risk Difference Estimates



### Sensitivity Analyses

Results were robust to

- Inclusion of trials with no events
- Possibility of trial heterogeneity
- Difference in treatment duration between treatment groups

### Results:
### Subgroups

### Suicidal Behavior or Ideation
### Odds Ratio Estimates by Drug Group

### Suicidal Behavior or Ideation
### Odds Ratio Estimates by Indication Group

### Suicidal Behavior or Ideation
### Event Rates, Risk Measures by Indication

| Indication | Odds Ratio | Placebo Patient Event Rate[a] | Drug Patient Event Rate[a] | Risk Difference[a] |
|---|---|---|---|---|
| Epilepsy | 3.53 | 1.0 | 3.4 | 2.4 |
| Psychiatric | 1.51 | 5.7 | 8.5 | 2.9 |
| Other | 1.87 | 1.0 | 1.8 | 0.9 |
| Total | 1.80 | 2.4 | 4.3 | 1.9 |

[a] Patients with events per 1000 patients

6













## Preliminary Statistical Comments on Pfizer Gabapentin and Pregabalin Analysis

Mark Levenson, Ph.D.
Statistical Safety Reviewer
Quantitative Safety and Pharmacoepidemiology Group
Division of Biometrics 6/CDER/FDA

Joint Meeting of Peripheral and Central Nervous System Drugs Advisory Committee and Psychopharmacologic Drugs Advisory Committee

July 10, 2008

Version 7 July 2008

---

## Sponsor Major Points

1. Gabapentin and pregabalin have unique mechanisms and prescribing patterns
2. Additional pregabalin trial data are now available since original submission
3. FDA analysis of rare events may lead to biased conclusions

---

## Additional Pregabalin Trial Data

- Additional data submitted April 30, 2008
  - Trials available as of Jan. 1, 2008
- Sponsor numbers:
  - Original submission:     10,429 patients
  - Updated submission:      13,314 patients
  - Difference:               2,885 patients
  - 1 additional event (placebo suicide)
- FDA has not reviewed additional data
  - Inclusion criteria
  - Indication
  - Duration

---

## Sponsor Analysis of Rare Events

- Sponsor examined
  - 4 classical odds ratio methods
  - 2 Bayesian models
  - 1 risk difference method

---

## Classical Odds Ratio Methods

- Mantel-Haenszel
- Logistic regression
- Mantel-Haenszel with continuity correction
- Dersimonian-Laird with continuity correction

- FDA discussed, in 2006 adult antidepressant review, effect of continuity correction in reducing OR

---

## Pregabalin OR
## FDA inclusion criteria

- FDA primary method:     1.88 (0.41, 13.58)

Sponsor estimates
- Mantel-Haenszel:              1.78 (0.39, 8.16)
- Logistic regression:          1.89 (0.38, 9.38)
- Mantel-Haenszel w/cc:         0.86 (0.28, 2.63)
- Dersimonian-Laird w/cc: 0.85 (0.26, 2.80)

1

## Bayesian Models (General)

- Two components
  - "Prior" information on parameters
  - Model of data given parameters
- Features
  - Permits probability statements
  - Stabilizes estimation (inclusion of zero-event trials)
  - Allows use of prior information
- Caveats
  - Different prior information or different models give different results
  - Sensitivity and diagnostics vital

## Sponsor Bayesian Model

- No justification given for particular model and prior out of many possibilities
- Uses zero-event trials. However, not demonstrated if model improves or worsens estimates.
- Reference to analytical or simulation studies demonstrating appropriateness of model would be valuable
- Diagnostics and results of sensitivity analysis not provided



Suicidal Behavior or Ideation
Odds Ratio Estimates

Suicidal Behavior or Ideation
Risk Difference Estimates

## Conclusions

- Sponsor analyses do not support that FDA primary and sensitivity analyses led to biased conclusions
- FDA conclusions for gabapentin and pregabalin based on overall patterns and findings of 11 drugs

2