UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------- x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
---------------------------------------------- x
THIS DOCUMENT RELATES TO:

ALL PRODUCTS LIABILITY CASES


---------------------------------------------- x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
:

**EMERGENCY MOTION FOR LEAVE TO FILE RESPONSE TO
PRODUCT LIABILITY PLAINTIFFS' NOTICE OF SUPPLEMENTAL
AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE
THE TESTIMONY OF DOCTORS TRIMBLE, KRUSZEWSKI AND BLUME
<u>ON THE ISSUE OF GENERAL CAUSATION</u>**

Defendants, Pfizer Inc. and Warner-Lambert Company ("Defendants") respectfully move for leave to file a response to Products Liability Plaintiffs' ("Plaintiffs'") Notice of Supplemental Authority in Opposition to Defendants' Motion to Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the Issue of General Causation ("Plaintiffs' Notice"). The grounds for this motion are:

1. Defendants are mindful of the Court's admonition concerning additional filings (which Plaintiffs have ignored), but Plaintiffs' Notice so significantly distorts the record concerning the recent FDA Advisory Committee meeting that Defendants are compelled to respond.

2. Defendants' proposed response, which is attached hereto as Exhibit 1, corrects the record and demonstrates that Plaintiffs' Notice mischaracterizes the conclusions reached and

stated by Dr. Russell Katz and members of the advisory committees involved in the July 10, 2008 Advisory Committee Meeting.

    3.    Defendants believe that their proposed response will assist the Courts in their consideration of the pending motions to exclude under *Daubert* and *Frye*.

WHEREFORE, Defendants respectfully request leave to file the attached response.

Dated: July 21, 2008                      Respectfully submitted,

DAVIS POLK & WARDWELL

By:    /s/James P. Rouhandeh
        James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

-and-

SHOOK, HARDY & BACON L.L.P.

By:    /s/Scott W. Sayler
        Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

HARE & CHAFFIN

By:    /s/David B. Chaffin
        David B. Chaffin

(BBO # 549245)
160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

2

**CERTIFICATE OF COMPLIANCE**

  Pursuant to Local Rule 7.1, I certify that counsel have attempted to confer in good faith to resolve or narrow the issues presented in this motion, but have been unable to do so.

                 /s/David B. Chaffin

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 21, 2008.

                 /s/ David B. Chaffin