UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
                                                                :     MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                                   :
         SALES PRACTICES AND                                    :     Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                          :
                                                                :     Judge Patti B. Saris
----------------------------------------------------------------x
                                                                :     Magistrate Judge Leo T. Sorokin
                                                                :
THIS DOCUMENT RELATES TO:                                       :
                                                                :
ALL PRODUCTS LIABILITY CASES                                    :
                                                                :
----------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF FILING OF REBUTTAL
EXPERT REPORT OF SANDER GREENLAND, M.A., M.S., Dr.P.H., C. Stat.**

TO THE COURT AND ALL PARTIES

     PLEASE TAKE NOTICE THAT, Products Liability Plaintiffs file herewith the Rebuttal Expert Report of Sander Greenland, M.A., M.S., Dr.P.H., C. Stat., attached hereto as Exhibit A.

Dated: July 25, 2008                                    Respectfully submitted,

                                                        *Members of Products Liability
                                                        Plaintiffs' Steering Committee*


                                        By:    **/s/ Andrew G. Finkelstein**
                                               Andrew G. Finkelstein, Esquire
                                               Finkelstein & Partners, LLP
                                               436 Robinson Avenue
                                               Newburgh, NY  12550


                                        By:    **/s/ Jack W. London**
                                               Jack W. London, Esquire
                                               Law Offices of Jack W. London
                                                  & Associates
                                               106 E. 6th Street, Suite 700
                                               Austin, TX  78701

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 25, 2008.

                                                      **/s/ Andrew G. Finkelstein**
                                                      Andrew G. Finkelstein, Esquire