UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE NEURONTIN MARKETING, SALES            )
PRACTICES, AND PRODUCTS LIABILITY           )
LITIGATION                                  )   MDL Docket No. 1629
_____)         Master File No. 04-10981
                                            )
THIS ORDER RELATES TO:                      )   Judge Patti B. Saris
                                            )   Mag. Judge Leo T. Sorokin
Bulger v. Pfizer, Inc., et al., CA No. 07-11426 )
_____)

ORDER ON DEFENDANT'S MOTION TO COMPEL
PRODUCTION OF MEDICAL INFORMATION AND AUTHORIZATIONS

August 1, 2008

SOROKIN, M.J.

On June 5, 2008, Defendants filed a motion to compel Plaintiff Ronald J. Bulger to provide a list of all of his health care providers during the last ten years, as well as written authorizations that will enable Defendants to obtain records from such providers.

The motion is ALLOWED in part and DENIED in part. Bulger shall provide a list of all of his health care providers, including substance abuse treatment providers and social service providers, for the twelve-month period prior to Mrs. Bulger's suicide. The list shall set forth the providers' names and addresses, and shall be submitted to the Court under seal within seven (7) days from the date of this Order. The Court will then issue orders to the providers to submit the records directly to the Court, under seal, for *in camera* review. This Order shall in no way alter the schedule for the Bulger and Smith cases.

SO ORDERED.

/s/ Leo T. Sorokin
_____
United States Magistrate Judge