UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>ALL SALES AND MARKETING ACTIONS | ) | Judge Patti B. Saris |

**JOINT MOTION FOR ENLARGEMENT OF TIME FOR SERVICE OF EXPERT REPORTS**

Plaintiffs and defendants in the above-captioned actions, by their undersigned counsel, respectfully move for a brief enlargement of the time within which they must serve expert reports in accordance with the applicable case management order.

The February 29, 2008 case management order [Docket No. 1153], sets out the dates by which the parties are to serve expert reports and rebuttal reports in the above-captioned actions. Under that schedule, plaintiffs' expert reports were due to be served on August 1, 2008, defendants' expert reports are due September 2, 2008, and any rebuttal reports are due September 19, 2008.

As a result of various scheduling issues, the parties have negotiated a brief extension of the current deadlines for exchanging of expert reports and hereby respectfully request an order from the Court approving that schedule, which does not impact the overall progress of the case. The parties have agreed to the following dates:

| | |
|---|---|
| Provision of All Plaintiffs' Expert Reports | August 11, 2008 |
| Provision of All Defendants' Expert Reports | September 15, 2008 |

Provision of Rebuttal Reports October 2, 2008

All other dates in the February 29, 2008 Case Management Order [Docket No. 1153], including deadlines for summary judgment briefing, would remain as set forth in that order.

Dated: August 4, 2008

By: **/s/ Thomas M. Sobol**
Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

***Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee***

By: **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

By: **/s/Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: **/s/Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/James Dugan**
James R. Dugan, II, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

***Members of the Class Plaintiffs' Steering Committee***

By: **/s/ James P. Rouhandeh**
James P. Rouhandeh, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

By: **/s/ David B. Chaffin**
David B. Chaffin, Esquire
Hare & Chaffin
160 Federal Street, 23rd Floor
Boston, MA 02110

Counsel for Defendants, Pfizer Inc., et al.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on August 4, 2008.

/s/Edward Notargiacomo