UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ------------------------------------------------------------x | : | MDL Docket No. 1629 |
| In re: NEURONTIN MARKETING, | : | |
| SALES PRACTICES AND | : | Master File No. 04-10981 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | Judge Patti B. Saris |
| ------------------------------------------------------------x | : | |
| | : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| ALL PRODUCTS LIABILITY CASES | : | |
| | : | |
| ------------------------------------------------------------x | | |

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF FILING
OF SLIDES UTILIZED AT THE *DAUBERT/FRYE* HEARING**

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Products Liability Plaintiffs file herewith the following slides which were utilized by Plaintiffs at the *Daubert/Frye* hearing on June 19-20, 2008, and July 23, 2008, and which were not previously provided to the Court at the hearing:

Exhibit A (Plaintiffs' Opening Argument – June 19, 2008)

Exhibit B (Blume Direct Examination and Re-Direct Examination – June 20, 2008)

Exhibit C (Gibbons Cross-Examination – July 23, 2008)

Exhibit D (Rothschild Cross-Examination – July 23, 2008)

Exhibit E (Plaintiffs' Closing Argument – July 23, 2008)

Dated: August 5, 2008                                   Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
      Andrew G. Finkelstein, Esquire
      Finkelstein & Partners, LLP
      436 Robinson Avenue
      Newburgh, NY 12550

By:   **/s/ Jack W. London**
      Jack W. London, Esquire
      Law Offices of Jack W. London
         & Associates
      106 E. 6th Street, Suite 700
      Austin, TX 78701

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 5, 2008.

      **/s/ Andrew G. Finkelstein**
      Andrew G. Finkelstein, Esquire