# EXHIBIT A

(Plaintiffs' Opening Argument – June 19, 2008)

In re: Neurontin Marketing, Sales Practices
and Products Liability Litigation
MDL Docket No. 1629
U.S. District Court Massachusetts


In re: Neurontin Products Liability Litigation
Master Index: 765000/05
Supreme Court, State of New York

# FDA Confirms Experts' Opinions



- Twice the risk of suicidality.
- Consistent among all 11 drugs.

# Gabapentin = Suicidality

GABAPENTIN ⇒ ↑GABA ⇐ ↓Serotonin ⇒ ↑Suicidality

# Experts' Method Satisfies *Daubert*

- Strength of Association
- Consistency
- Specificity
- Temporality
- Biological Plausibility
- Biological Gradient
- Coherence
- Experiment
- Analogy

# *Frye* is Satisfied

- No novel scientific technique.
- No novel syndromes.
- *Frye* satisfied because experts applied generally accepted methods.

# Evidence Available to Experts

- Animal Data
- Human Data
- Epidemiology
- Case Reports

# Methods are Consistent with FDA

- Case Reports
- Epidemiology
- "Pharmacology"
- Other Drugs in Class

---

# Guidance for Industry

## Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment

March 2005

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research (CDER)
Center for Biologics Evaluation and Research (CBER)

March 2005
Clinical Medical

# FDA Considerations for Causation

1. Strength of the association (e.g., relative risk of the adverse event associated with the product);
2. Temporal relationship of product use and the event;
3. Consistency of findings across available data sources;
4. Evidence of a dose-response for the effect;
5. Biologic plausibility;
6. Seriousness of the event relative to the disease being treated;
7. Potential to mitigate the risk in the population;
8. Feasibility of further study using observational or controlled clinical study designs; and




Plaintiffs' Experts Use Generally Accepted, Reliable Methods

# Gabapentin = ⇒ GABA

"It strikes me that [⇑ GABA in human brain] might contribute to ... adverse events in humans."

Douglas Feltner, M.D. Pfizer Psychiatrist R&D 2003.

CONFIDENTIAL

# PFIZER GLOBAL RESEARCH & DEVELOPMENT
## ANN ARBOR LABORATORIES
## ANN ARBOR, MICHIGAN

RESEARCH REPORT NO.: RR-REG 740-03550    PGRD AUTHOR(S):
                                          Reviewed by: Taylor CP, Donevan SD

DATE ISSUED: July 19, 2001                INVESTIGATOR(S):

PERIODS COVERED: 12/28/81 to 06/21/01     ANALYST(S):

↑GABA = ↓Serotonin

Gabapentin inhibits the release of serotonin

serotonin was also reduced

inhibition of neurotransmitter release by gabapentin

**Pfizer Tells Doctors who ask: Gabapentin ↓ Serotonin**

**reduction in the release of monoamine neurotransmitters**

Pfizer
Neurontin(gabapentin)
Pharmacology-General
mechanism of drug action

to normalize abnormal responsiveness.[3] Other studies have shown various results of gabapentin on calcium currents in a manner that may relate to its therapeutic action.[3,13,14,15,16]

**Other Mechanisms**

Gabapentin has also been shown to limit the rate of firing of sodium-dependent action potentials, although not through direct blockage as seen with phenytoin and carbamazepine.[5] Surges R, Freiman TJ. Mode of action of gabapentin in chronic neuropathic pain syndromes. A short review about its cellular mechanisms in nociceptive neurotransmission. Arzneimforsch Drug Res 2001;52(6):583-580.
Additional work has suggested that gabapentin may interact functionally in a subtle manner with $Ca^{2+}$ channels, including a modest reduction in the release of monoamine neurotransmitters in-vitro.[3,5,10,14]

Refs.

1. Neurontin® (gabapentin) Package Insert.
2. Taylor CP. Mechanisms of action of new antiepileptic drugs. In Chadwick D. ed. New trends in epilepsy...
3. Goddard A. S., Tz, Why DF, et al. Effects of anticonvulsant drugs gabapentin on the enzymes in metabolic pathways of glutamate and GABA. Epilepsy Res 1995;22(1):1-11.
4. Surges R, Freiman TJ. Mode of action of gabapentin in chronic neuropathic pain syndromes. A short review about its cellular mechanisms in nociceptive neurotransmission. Arzneimforsch Drug Res 2001;52(6):583-580.
9. Bartoszyk GD, Fritschi E, Herrmann M et al. Indications for an involvement of the GABA system in the mechanism of action of gabapentin. Naunyn & Schmiedeberg's Arch Pharmacol 1983;332(suppl):R94 (Abstract 375).
10. Petroff OAC, Rothman DL, Behar KL, et al. The effect of gabapentin on brain gamma-aminobutyric acid in patients with epilepsy. Ann Neurol 1996;39(1):95-99.
11. Petroff OAC, Hyder F, Rothman DL, et al. Effects of gabapentin on brain GABA, homocarnosine, and pyrrolidinone in epilepsy patients. Epilepsia 2000;41:675-680.
12. Kocsis JD and Mattson RH. GABA levels in the brain: a target for new antiepileptic drugs. Neuroscientist 1996; 6:326-334.
13. Ng GYK, Bertrand S, Sulham R, et al. Gamma-aminobutyric acid type B receptors with specific heterodimer composition and postsynaptic actions in hippocampal neurons are targets of anticonvulsant gabapentin action. Mol Pharmacol 2001;59:144-152.
14. Bertrand S, Ng GYK, Purisai MG, et al. The anticonvulsant, antihyperalgesic agent gabapentin is an agonist at brain gamma-aminobutyric acid type B receptors negatively coupled to voltage-dependent calcium channels. J Pharmacol Exp Ther 2001;298(1):15-24.
15. Gu Y and Huang LYM. Gabapentin potentiates N-methyl-D-aspartate receptor mediated currents in rat GABAergic dorsal horn neurons. Neurosci Lett 2002;324(3):177-180.
16. Stewart BH, Kugler AR, Thompson PR et al. A saturable transport mechanism in the intestinal absorption of gabapentin is the underlying cause of the lack of proportionality between increasing dose and drug levels in plasma. Pharm Res 1993;10:276-281.

Confidential

Last QA Reviewed On: 4/7/2004 03:29:12 PM

Pfizer_MxTaussen_0001467

- Pfizer's Expert admits that "at least part of the pathology related to suicidal behavior is reduced serotonin turnover . . ." (Ex. 70).

← Serotonin = ↑ Suicidality



Pfizer Admits Causation in Clinical Trial

- Dechallenge/Rechallenge during Clinical Trials. (Ex. 93).
- Depression and Suicidal Ideation "probably related to Gabapentin therapy."



RR-REG 720-02553
Gabapentin
Capsules

00732

APPENDIX C.3.
(Page 54 of 65)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

RESPIRATORY SYSTEM

Clinical Pharmacology Studies:
Participant Receiving Other or No Medication

Subject 8 (Study 945-12-01), a 21-year-old white male, received a single 300-mg oral dose of gabapentin on Day 1. The subject experienced an upper respiratory infection (flu-like symptoms) and was withdrawn from the study on Study Day 4. Neutrophilia observed on Study Day 2 supported the diagnosis of a viral infection that was considered of moderate intensity and definitely not related to study medication. The subject was treated with doxycycline, pseudoephedrine hydrochloride, and acetaminophen.

treatment by the investigator. Gabapentin treatment was tapered beginning on Day 85 and temporarily stopped on Day 111. Depression and suicidal ideation resolved by Day 113. The patient was rechallenged with gabapentin on Study Day 267. Depression reoccurred on Study Day 271, and became severe on Study Day 295. The event was considered probably related to gabapentin therapy, and the patient was withdrawn from the study. The last dose of gabapentin was given on Study Day 300. Depression, diplopia, and nystagmus were continuing at the last visit. The patient was receiving carbamazepine as concurrent AED therapy.

54

CI-WD911-845-C3134A.APP
11/29/91 - 7:06

# Health Canada Causally Relates Suicide Attempt Post-Marketing Dechallenge/Rechallenge

- May 2005

- One suicide attempt was found to have positive dechallenge/rechallenge indicating that this event was related to gabapentin.

Ex. 97





Experts Qualified with Specialized Knowledge Who Applied Same Rigor as in Professional Practice

# May 23, 2008: FDA Confirms Experts' Opinions

"In conclusion, antiepileptic drugs are associated with increased risk of suicidality relative to placebo in randomized placebo controlled trials. The effect appears consistent among the group of 11 drugs."



U.S. Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research
Office of Translational Sciences
Office of Biostatistics

## STATISTICAL REVIEW AND EVALUATION

### ANTIEPILEPTIC DRUGS AND SUICIDALITY

| | |
|---|---|
| Drug Class: | Antiepileptic drugs |
| Drug Names (NDA Number(s)): | Carbamazepine (21-710) |
| | Divalproex (18-723, 19-680, 21-168) |
| | Felbamate (20-189) |
| | Gabapentin (20-235, 20-SR2, 21-129, 21-216) |
| | Lamotrigine (20-241, 20-764) |
| | Levetiracetam (21-035, 21-505, 21-872) |
| | Oxcarbazepine (21-014, 21-285) |
| | Pregabalin (21-446) |
| | Tiagabine (20-646) |
| | Topiramate (20-505, 20-844) |
| | Zonisamide (20-789) |
| Indication(s): | Epilepsy, psychiatric disorders, other |
| Date: | 23 May 2008 |
| Biometrics Division: | Division of Biometrics 6 |
| Statistical Reviewer: | Mark Levenson, Ph.D. |
| Statistical Team Leader: | C. George Rochester, Ph.D., RAC |
| Medical Division: | Division of Neurology Products |
| Clinical Team: | Evelyn Mentari, MD |
| | Alice Hughes, MD |
| | John Feeney III, MD |
| | Marc Stone, MD |
| Project Manager: | Jacqueline Ware, Pharm.D., RAC |

Keywords: Epilepsy, psychiatric, bipolar, suicide, suicidality, meta-analysis



Defendants' Motion to Exclude Experts Should Be Denied