# EXHIBIT B

# (Blume Direct Examination and Re-Direct Examination – June 20, 2008)

In re: Neurontin Marketing, Sales Practices
and Products Liability Litigation
MDL Docket No. 1629
U.S. District Court Massachusetts

In re: Neurontin Products Liability Litigation
Master Index: 765000/05
Supreme Court, State of New York

## FDA Considerations for Causation

When evaluation of a safety signal suggests that it may represent a potential safety risk, FDA recommends that a sponsor submit a synthesis of all available safety information and analyses performed, ranging from preclinical findings to current observations. This submission should include the following:

1. Spontaneously reported and published case reports, with denominator or exposure information to aid interpretation;

2. Background rate for the event in general and specific patient populations, if available;

3. Relative risks, odds ratios, or other measures of association derived from pharmacoepidemiologic studies;

4. Biologic effects observed in preclinical studies and pharmacokinetic or pharmacodynamic effects;

5. Safety findings from controlled clinical trials; and

6. General marketing experience with similar products in the class.

# FDA Considerations for Causation

## Guidance for Industry

### Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research (CDER)
Center for Biologics Evaluation and Research (CBER)

March 2005
Clinical Medical

J:\!GUID\4997dft.doc
03/17/05

After the available safety information is presented and interpreted, it may be possible to assess the degree of causality between use of a product and an adverse event. FDA suggests that the sponsor's submission provide an assessment of the benefit-risk balance of the product for the

# Safety Signals: 1992 FDA Clinical Review

"Less common but more serious events may limit the drug's widespread usefulness. . . . [D]epression . . . may become worse and require intervention or lead to suicide, as it has resulted in some suicidal attempts." (Ex. 5).

NDA #20-235 Medical-Statistical Review 117

The greatest advantage of this drug could be the apparent lack of clinically significant pharmacokinetic interactions with concomitant AEDs. However, gabapentin administered adjunctly with other antiepileptic drugs resulted in an increased incidence of adverse events, such as a diplopia and decreased WBC seen with carbamazepine and gabapentin. These were generally mild in severity and most improved over time.

Gabapentin appears to lack significant hepatic and bone marrow toxicity.

[illegible] more serious events may limit the drug's widespread usefulness. One of [illegible] become significantly worse, or lead to status epilepticus in a small [illegible] second is that the incidence of malignancies reported with [illegible] with the preclinical evidence that the drug may be [illegible] either the genesis or the expansion [illegible] that the drug does not [illegible] is that depression, while it may be not an infrequent occurrence in the epileptic population, may become worse and require intervention or lead to suicide, as it has resulted in some suicidal attempts. A fourth concern that a drug that is 100% cleared by the kidneys may in a small segment of the population be nephrotoxic. Adjustments in dose are recommended with increasing age and with renal failure. Fifth, the limited experience with gabapentin in pregnancy cannot rule out some risk of teratogenicity.

The attrition rate from treatment with gabapentin is high, approximately 60% (all epilepsy studies), however, this is not due primarily to adverse events, which account for only about 7% of all patients in clinical trials. The high dropout rate is due in part to lack of sustained efficacy, seizure exacerbation and an "other", a category which includes largely unclassified dropouts but also dropouts due to lack of efficacy, loss to follow-up, patient preference, and some. Discontinuations due to adverse events were reviewed. There were 3 cases of renal failure, some amytrophia, 18 tumors reported, convulsions, 3 cataracts, and one case of atrial flutter, weight gain, low white count. There were no significant laboratory abnormalities identified that were seen consistently or frequently.

As of September 30, 1992 nineteen patients with epilepsy have died while receiving Gabapentin and an additional three patients died after discontinuing gabapentin but of a process that began during treatment, specifically cancer. The deaths were of diverse etiology, although twelve may be categorized as complications of inadequate seizure control and sudden unexplained death in epilepsy and six deaths were related to tumors that emerged or enlarged during gabapentin therapy. Whether these deaths due to tumors are related to therapy will be a matter for future studies or postmarketing surveillance.

In the clinical database of 2048 patients, gabapentin has a risk profile that is uncertain, with five groups of important adverse events that have not yet been fully characterized, specifically, seizure exacerbation, carcinogenicity, clinically important depression, renal failure and teratogenicity. Accumulated long range safety data are limited by the excessive attrition due to apparent lack of sustained efficacy.

# FDA Considerations for Causation

1. Strength of the association (e.g., relative risk of the adverse event associated with the product);
2. Temporal relationship of product use and the event;
3. Consistency of findings across available data sources;
4. Evidence of a dose-response for the effect;
5. Biologic plausibility;
6. Seriousness of the event relative to the disease being treated;
7. Potential to mitigate the risk in the population;
8. Feasibility of further study using observational or controlled clinical study designs; and

## If No Randomized Placebo Trial for Suicide exists, then consider the following:

- Biological Plausibility
- Dechallenge/Rechallenge
- Epidemiology: Meta-Analysis
- Post-Marketing Case Reports

# Dechallenge/Rechallenge in Clinical Trial

- Dechallenge/Rechallenge during Clinical Trials. (Ex. 93).

- Depression and Suicidal Ideation "probably related to Gabapentin therapy."

[Exhibit image: Appendix C.J., Narrative Summaries and Tabular Data for Study Participants Who Withdrew Due to Adverse Events, page 54 of 85, Bates RR-REG 220-02953, document 00732. Narrative for Subject 8 (Study 945-12-0), a 21-year-old white male, describing depression and suicidal ideation beginning on Day 85, temporarily stopped on Day 111, rechallenged, severe on Day 267, depression reoccurred on Study Day 271, probably related to gabapentin therapy.]

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research
Office of Translational Sciences
Office of Biostatistics

# STATISTICAL REVIEW AND EVALUATION

## ANTIEPILEPTIC DRUGS AND SUICIDALITY



| | |
|---|---|
| **Drug Class:** | Antiepileptic drugs |
| **Drug Names (NDA Numbers):** | Carbamazepine (21-710)<br>Divalproex (18-723, 19-680, 21-168)<br>Felbamate (20-189)<br>Gabapentin (20-235, 20-882, 21-129, 21-216)<br>Lamotrigine (20-241, 20-764)<br>Levetiracetam (21-035, 21-505, 21-872)<br>Oxcarbazepine (21-014, 21-285)<br>Pregabalin (21-446)<br>Tiagabine (20-646)<br>Topiramate (20-505, 20-844)<br>Zonisamide (20-789) |
| **Indication(s):** | Epilepsy, psychiatric disorders, other |
| **Date:** | 13 May 2008 |
| **Biometrics Division:** | Division of Biometrics 6 |
| **Statistical Reviewer:** | Mark Levenson, Ph.D. |
| **Statistical Team Leader:** | C. George Rochester, Ph.D., RAC |
| **Medical Division:** | Division of Neurology Products |
| **Clinical Team:** | Evelyn Mentari, MD<br>Alice Hughes, MD<br>John Feeney II, MD<br>Marc Stone, MD |
| **Project Manager:** | Jacqueline Ware, Pharm.D., RAC |

**Keywords:** Epilepsy, psychiatric, bipolar, suicide, suicidality, meta-analysis





Figure 7: Suicidal Behavior or Ideation Odds Ratio Estimates by Drug Group, Placebo-Controlled Trials.

P.32



# Dechallenge/Rechallenge Conclusive of Causation

"...positive dechallenge and rechallenge can make isolated reports conclusive as to a product - event association"



Pharmacoepidemiology
THIRD EDITION
Edited by
BRIAN L. STROM
WILEY

Ex. 93