# EXHIBIT C

# (Gibbons Cross-Examination – July 23, 2008)

Gibbons Cross

# Gibbons's Daubert/Frye focus:

## Does the FDA meta-analysis enjoy general scientific acceptance?

Gibbons does "post hoc" analysis

FDA had a Statistical Analysis Plan (SAP) p5 and 7

General Scientific Acceptance

# FDA uses a "Primary Method" and checks results with 3 Sensitivity Methods (p14-15)

1.  Use Zero Event Trials
2.  Heterogeneity Analysis
3.  Duration Differences

## FDA Conclusion:

"In conclusion, antiepileptic drugs are associated with increased risk of suicidality relative to placebo in randomized placebo-controlled trials. **The effect appears consistent among the group of 11 drugs.**" (p44)

# Gibbons's issues:

1. Heterogeneity (Including Topiramate and Lamotrigine)

2. Exclusion of zero event studies

3. No "causation"




# Heterogeneity

FDA: "Both the estimate and the confidence interval were very similar to those from the primary analysis method. The similarity implies that trial heterogeneity was not a major concern."

(p26-27)

# Heterogeneity



FDA: "The effect appears consistent among the group of 11 drugs." (p6)

"The drugs were associated with statistically significant increased risk"
(p24)

# Gibbons's issues:

**✖** 1. Heterogeneity (Including Topiramate and Lamotrigine)

2. Exclusion of zero event studies

3. No "causation"

# Zero Event Exclusion

FDA: "Unlike the odds ratio analysis, this risk difference analysis makes uses of trials without any events... [T]his result supports the finding that the drugs were associated with statistically significant increased risk of Suicidal Behavior or Ideation events." (p25-26)

# Gibbons's issues:

❌ 1. Heterogeneity (Including Topiramate and Lamotrigine)

❌ 2. Exclusion of zero event studies

3. No "causation"

Causation = "Elevated Risk" (p7)

# Gibbons's issues:

1. ✗ Heterogeneity (Including Topiramate and Lamotrigine)

2. ✗ Exclusion of zero event studies

3. ✗ No "causation"

# Gibbons's Daubert/Frye focus:

## Does the FDA meta-analysis enjoy general scientific acceptance?

# Consider the Joint Meeting of the Advisory Committees' Independent blue ribbon panels

## (Tab 6)

# Walberg from Phizer makes Gibbons's arguments (p37-38)



## Heterogeneity ("2 drugs drive the results") p38

## Zero Event Exclusion (p39)

# Independent Blue Ribbon Panel
## (with "3 Full time bonafide statisticians" p46)

"Are there technical issues with the way it was done that the statistical members of the committee have an issue with? And the answer to that, from what I'm hearing is 'no.'" (p84)

# Independent Blue Ribbon Panel
# (with "3 Full time bonafide statisticians" p46)

# CAUSALITY

Independent Blue Ribbon Panel
(with "3 Full time bonafide statisticians" p46)

FDA Dr. Katz: "We're interested in whether or not you think when we use the word, signal, whether or not you think there is a statistically significant increase in episodes of suicidality, which, to us, **we interpret that as causality**" (p87)

# Independent Blue Ribbon Panel

(with "3 Full time bonafide statisticians" p46)

Ruth Day: "So you're more comfortable with saying causality now? ...

FDA Dr. Hughes: "I am."

FDA Dr. Katz: "We're unequivocally comfortable using the word, the "C" word with saying this establishes causality." (p90)

Independent Blue Ribbon Panel
(with "3 Full time bonafide statisticians" p46)

"Does the committee agree with the
agency's overall finding of an increase
in suicidality for the 11 (AED's)
analyzed?" (p84)

YES: 20    No: 0    Abstain: 1

Independent Blue Ribbon Panel
(with "3 Full time bonafide statisticians" p46)

"Does the committee agree with the
agency's conclusion that the finding of
an increased suicidality should apply
to all the drugs included in the
analyses?" (p92)

YES: 18    No: 3    Abstain: 0

# Gibbons's Daubert/Frye focus:

## Does the FDA meta-analysis enjoy general scientific acceptance?

# YES