EXHIBIT D

(Rothschild Cross-Examination – July 23, 2008)

# Rothschild Admits Gabapentin is GABAergic

QuickTime™ and a
YUV420 codec decompressor
are needed to see this picture.

Q.  Do you agree Neurontin changes the brain
    chemistry in humans?

A.  Neurontin is thought to be a -- to affect
    the GABAergic system to directly answer your
    system.

Q.  Do you agree that Neurontin is GABAergic?

A.  It's -- you know, the evidence is not
    conclusive, but it's thought to have effects
    through the GABA system.

Q.  Well, a pharmacological agent that affects
    the GABA system, do you define that as
    GABAergic?

A.  I would.

Q.  You would.
        So if I ask, is it your opinion that
    Neurontin is GABAergic, your answer would
    be?

A.  Yes.

## Defense Expert: Dr. Rothschild, p.79-80

# Altering Neurotransmitters May Affect Mood Negatively

QuickTime™ and a
YUV420 codec decompressor
are needed to see this picture.

Q.  And based upon what you know in psychiatry, would you agree that many knowledgeable scientists and physicians accept a working hypothesis that altering neurotransmitter systems may affect mood negatively?

A.  Yes.

Defense Expert:
Dr. Rothschild at P. 11

# Altering Neurotransmitters May Affect Mood Negatively

QuickTime™ and a
YUV420 codec decompressor
are needed to see this picture.

## Defense Expert: Dr. Rothschild at P. 12

Q.  Okay.  And based upon what is known in psychiatry, would you agree that many knowledgeable scientists and physicians accept a working hypothesis that serotonin is related to mood and behavior in humans?

A.  Yes.

Q.  And would you agree it's not novel for a position -- for a physician to take the position that serotonin is, in fact, related to mood and behavior?

A.  Yes.

Q.  Is it your position that serotonin is related to mood and behavior?

A.  Yes.

Q.  Is it your position that norepinephrine is related to mood and behavior?

A.  Yes.

# Altering Neurotransmitters May Affect Mood Negatively

QuickTime™ and a
YUV420 codec decompressor
are needed to see this picture.

> Q.   Do you agree that the inhibition of the
>      release of norepinephrine may have a
>      negative effect on mood?
>
> A.   Well, that's a -- I guess it's possible.
>
> Q.   And do you agree that the inhibition of the
>      release of serotonin may have a negative
>      effect on mood?
>
> A.   Possible.

Defense Expert:
Dr. Rothschild at P. 32

# Rothschild Opinion

QuickTime™ and a
YUV420 codec decompressor
are needed to see this picture.

Q.  Based on what you know in psychiatry, would
    you agree that many knowledgeable physicians
    and scientists accept a working hypothesis
    that a pharmacological agent can transition
    someone from not being suicidal to becoming
    suicidal?

A.  That would be novel.  Taking somebody who's
    not suicidal and making them suicidal?
    There's no evidence for that.

Dr. Rothschild testifies that a
drug cannot induce suicidality.

Page 68

# Rothschild Contradicts Pfizer

QuickTime™ and a
YUV420 codec decompressor
are needed to see this picture.

Q. Just as a chemical can relieve someone of imminent suicidality, can't the chemical create imminent suicidality by altering the brain chemistry?

A. That, too, is a reasonable hypothesis.

Pfizer's Dr. Alphs - Global Clinical Leader for Gabapentin -- testifies that a drug can induce suicidality.

# Rothschild Contradicts Pfizer

You said in your deposition that ….Neurontin does not reduce monoamines

You know you are opinion contradicts:

- Pfizer's advertisement

- Pfizer's animal studies

- Dr. Taylor published journals

- Peer Reviewed Journal Articles

# Rothschild Opinion

QuickTime™ and a
YUV420 codec decompressor
are needed to see this picture.

Q. Do you agree that Neurontin reduces the release of noradrenaline under certain laboratory conditions?

A. No, I don't agree.

Q. Do you agree that Neurontin reduces the release of dopamine in certain laboratory conditions?

A. No, I don't agree.

Q. Do you agree that Neurontin reduces the release of serotonin under certain laboratory conditions?

A. No, I don't agree.

Dr. Rothschild testifies that Gabapentin does not reduce release of serotonin.

Deposition 1/15/08

Page 84

# Gabapentin ⬇ Serotonin

*European Journal of Neuroscience, Vol. 21, pp. 197–209, 2005*
© Federation of European Neuroscience Societies

## Presynaptic NMDA autoreceptors facilitate axon excitability: a new molecular target for the anticonvulsant gabapentin

Luis M. Suárez,[1] Francisco Suárez,[1] Nuria del Olmo,[2] Manuel Ruiz,[3] José R. González-Escalada[4] and José M. Solís[1]

[1]Servicio de Neurobiología, Dpto. de Investigación, Hospital Ramón y Cajal, Ctra. de Colmenar Km 9, Madrid 28034, Spain
[2]Departamento de Psicobiología, Facultad Psicología, UNED, Madrid, Spain
[3]Umdad Médica, Pfizer España, Madrid, Spain
[4]Umdad del Dolor, Hospital Ramón y Cajal, Madrid, Spain

Keywords: action potential, axon, gabapentin, NMDA receptor, rat hippocampal slice, sodium

**Abstract**

Gabapentin is a drug with anticonvulsant and analgesic properties causing the reduction of neurotransmitter release. We show that one of the mechanisms implicated in this effect of gabapentin is the reduction of the axon excitability measured as an amplitude change of the presynaptic fibre volley (FV) in the CA1 area of rat hippocampus. [...] we found that gabapentin-induced depression of FV is mimicked and occluded by NMDA receptor (NMDA-R) antagonists [...] receptors are located presynaptically and are activated by ambient levels of glutamate. Conversely, NMDA application [...] FV potentiation which is reduced by gabapentin. Both NMDA- and gabapentin-induced FV changes are [...] modifications in the firing threshold of individual fibres. Increasing [K⁺]o does not mimic [...] effect of NMDA on FV amplitude, which makes it unlikely that a rise in [K⁺]o induced [...] participate in the potentiation of the FV. The NMDA-induced FV potentiation is independent [...] completely inhibited in a low-Na⁺ solution (90% reduction) or under NMDA channel bl[...] suggest that sodium entry through presynaptic NMDA-R channels facilitates axon excita[...] newly described mechanism might contribute to its therapeutic benefits.

### Introduction

Gabapentin [1-(aminomethyl)cyclohexaneacetic acid] is a derivative of GABA which has been proven to be effective as an anticonvulsant and analgesic. The mechanisms of action involved in the therapeutic benefit of gabapentin are, however, not well identified.

Gabapentin, although structurally similar to GABA, does not have meaningful interactions with molecular targets belonging to the GABA system. For example, gabapentin at therapeutically relevant doses does not affect either GABA_A receptors (Taylor, 1995; Ng et al., 2001). GABA uptake (Su et al., 1995) or GABA metabolism (Goldlust et al., 1995). Experiments designed to demonstrate the activation of GABA_B receptors by gabapentin have usually been unsuccessful (Taylor, 1995; Lanneau et al., 2001; Jensen et al., 2002; Sutton et al., 2002). However, other authors have demonstrated that gabapentin is an agonist at the GABA_B(1a) heterodimer receptor (Ng et al., 2001) which modulates Kir3 K⁺ channels and N-type Ca²⁺ channels through the activation of G-proteins (Bertrand et al., 2003). A more consistent molecular target of gabapentin is the auxiliary subunit, α2δ, of voltage-dependent Ca²⁺ channels (VDCC) (Gee et al., 1996; Marais et al., 2001). The interaction of gabapentin with this subunit provides support to the action reducing calcium currents

mediated by Ca²⁺ ch[...] 1998; Fink et al., 200[...] Gabapentin has be[...] way, the release of [...] Dooley et al., 2000b[...] is mediated through the modulation of presynaptic calcium currents by gabapentin (Dooley et al., 2002). More recently, several groups have reported that gabapentin also reduces the synaptic transmission mediated by glutamate (Calandre et al., 1998; Fink et al., 2000; Faid et al., 2000; Shimoyama et al., 2000; van Hooft et al., 2002). The inhibition of presynaptic calcium influx has also been claimed to be the mechanism underlying the effect of gabapentin on glutamatergic neurotransmission in neocortical and hippocampal slices (Fink et al., 2000; van Hooft et al., 2002). However, the maximum inhibition produced by gabapentin on the K⁺-evoked calcium influx in hippocampal synaptosomes was attained at gabapentin concentrations that did not affect synaptic potentials mediated by glutamate (van Hooft et al., 2002). These results suggest that this anticonvulsant might have an additional mechanism, independent of calcium channel modulation, accounting for the reduction of glutamate release.

In this paper we have chosen the glutamatergic synapses formed by the Schaffer collateral–commissural axons on the apical dendrites of CA1 pyramidal cells in hippocampal slices, to explore the mechanisms involved in the gabapentin-induced reduction in field excitatory postsynaptic potentials (fEPSPs) mediated by glutamate. We have

Correspondence: Dr José M. Solís, as above.
E-mail: jose.m.solis@hrc.es

Received 13 July 2004, revised 1 October 2004, accepted 23 October 2004

> "Gabapentin is a drug with anticonvulsant and analgesic properties causing
> the reduction of neurotransmitter release."

European Journal of Neuroscience 2005

# Defendants' Proposed Advertisement Admits Decrease in Neurotransmitters

- **"Inhibits release of excitatory neurotransmitters" (serotonin & norepinephrine)**



Sur-Reply Ex. 4

# Defendants' Animal Study: Gabapentin ⬇ Serotonin



GÖDECKE AG
Research & Development

RESEARCH REPORT
— confidential —

RR -No. 4192-o166
Date of issue May 1984
Complete Report ........... Page

Department    Biochemistry
Investigator    U. Köllhofer
Monitor    Dr. W. Reimann

Compound No.  GB 3450
Generic Name  Gabapentin
Trade Name

Title of investigation
Gabapentin attenuates the release of noradrenaline and serotonin but not acetylcholine from brain slices

Abstract

In previous investigations gabapentin inhibited the release of dopamine from rabbit brain caudate nucleus slices in a similar manner as GABA and baclofen. However, a different site of action became evident. We now investigated whether gabapentin also reduced the release of other biogenic amines and of acetylcholine.

Slices of rat cerebral cortex were preincubated with either $^3H$-noradrenaline or $^3H$-serotonin and slices of rabbit caudate nucleus with $^3H$-choline. The slices were subsequently superfused and electrically stimulated twice ($S_1$, $S_2$). Gabapentin o.o1, o.1 and 1 mmol/l was added to the superfusion medium 15 min before $S_2$. When slices were preincubated with $^3H$-noradrenaline, addition of gabapentin reduced the stimulation-evoked overflow by 6 %, 1o % and 19 %, respectively. After preincubation with $^3H$-serotonin, tritium overflow was reduced by 15 %, 15 % and 21 %, respectively. Gabapentin had no influence on the stimulation-evoked release of tritium in slices preincubated with $^3H$-choline. Gabapentin o.1 mmol/l retained its inhibitory activity on noradrenaline release when baclofen 1 mmol/l was added to the medium.

Thus gabapentin impaired the release of biogenic amines in a similar manner as has been reported for GABA and baclofen. However, the site of action seems to be different from that of baclofen. The inhibitory action of gabapentin is not effected by a generalized depression of neuronal excitability, since the release of acetylcholine was not affected.

Reported by   Dr. W. Reimann
Translated by   J. Eysell

Dr. K.-O. Vollmer
Approved by   Dr. E. Fritschi

"Gabapentin attenuates the release of noradrenaline and serotonin . . ."

1984

# Pfizer's Dr. Taylor says Gabapentin  Serotonin



**EPILEPSY RESEARCH**

Gabapentin reduces the release of several monoamine neurotransmitters.

A summary of mechanistic hypotheses of gabapentin pharmacology

Charles P. Taylor [a,*], Nicolas S. Gee [d], Ti-Zhi Su [b], Jeffery D. Kocsis [e], Devin F. Welty [c], Jason P. Brown [d], David J. Dooley [a], Philip Boden [d], Lakhbir Singh [d]

[a] Department of Neuroscience Therapeutics, Parke–Davis Pharmaceutical Research, Division of Warner–Lambert Co., Ann Arbor, MI 48105, USA
[b] Department of Molecular Biology, Parke–Davis Pharmaceutical Research, Division of Warner–Lambert Co., Ann Arbor, MI 48105, USA
[c] Department of Pharmacokinetics and Drug Metabolism, Parke–Davis Pharmaceutical Research, Division of Warner–Lambert Co., Ann Arbor, MI 48105, USA
[d] Parke–Davis Neuroscience Research Centre, Cambridge University Forvie Site, Robinson Way, Cambridge, CB2 2QB, UK
[e] Neuroscience and Regeneration Research Center A127A, Veterans Affairs Medical Center, Building 34, Room 123, 950 Campbell Ave., West Haven, CT 06516, USA

Received 28 July 1997; received in revised form 1 October 1997; accepted 1 October 1997

Abstract

Although the cellular mechanisms of pharmacological actions of gabapentin (Neurontin®) remain incompletely described, several hypotheses have been proposed. It is possible that different mechanisms account for anticonvulsant, antinociceptive, anxiolytic and neuroprotective activity in animal models. Gabapentin is an amino acid, with a mechanism that differs from those of other anticonvulsant drugs such as phenytoin, carbamazepine or valproate. Radiotracer studies with [14C]gabapentin suggest that gabapentin is rapidly accessible to brain cell cytosol. Several hypotheses of cellular mechanisms have been proposed to explain the pharmacology of gabapentin: 1. Gabapentin crosses several membrane barriers in the body via a specific amino acid transporter (system L) and competes with leucine, isoleucine, valine and phenylalanine for transport. 2. Gabapentin increases the concentration and probably the rate of synthesis of GABA in brain, which may enhance non-vesicular GABA release during seizures. 3. Gabapentin binds with high affinity to a novel binding site in brain tissues that is associated with an auxiliary subunit of voltage-sensitive Ca²⁺ channels. Recent electrophysiology results suggest that gabapentin may modulate certain types of Ca²⁺ current. 4. Gabapentin reduces the release of several monoamine neurotransmitters. 5. Electrophysiology suggests that gabapentin inhibits voltage-activated Na⁺ channels, but other results contradict these findings. 6. Gabapentin increases serotonin concentrations in human whole blood, which may be relevant to neurobehavioral

* Corresponding author.

0920-1211/98/$19.00 © 1998 Elsevier Science B.V. All rights reserved.
PII S0920-1211(97)00084-3

"Although changes in monoamine function by gabapentin might not relate directly to anticonvulsant effects, alterations in monoamine neurotransmission might underlie behavioral effects…"

# Reported Suicide Attempts with Gabapentin

Gabapentin in the Management of Convulsive Disorders

Michael J. McLean

Departments of Neurology and Pharmacology, and Neuromagnetics Research, Vanderbilt University Medical Center, Nashville, Tennessee, U.S.A.

- Epilepsia 1999

...drome) in patients who were receiving gabapentin with other AEDs known to cause such hypersensitivity. Deliberate overdoses in suicide attempts have also been reported. The intoxications were not lethal and there...

*Mood and behavior*

Adverse behavioral effects may be encountered with adjunctive use of gabapentin in normal individuals and in the cognitively impaired. The behavioral changes and dysphoria may necessitate discontinuation of gabapentin.

## MATERIALS CONSIDERED

• Medical Literature

• Animal Studies

• Human clinical Studies

• Case Reports

You disagree with Trimble and Kruszewski conclusions - you do not disagree with their methods in reaching the conclusion, do you?

| Trimble and Kruszewski considered: | Rothschild consider? |
|---|---|
| Petroff | NO |
| Kuznieky | NO |
| Journal articles associate Neurontin with suicidality | NO |
| TRIMBLE - 125 Peer review articles and sources | 5  Overlap of 4% |
| KRUSZEWSKI - 402 Peer review articles and sources | 6  Overlap of 1.5% |

# FDA Finds Causation

The existence of a statistically significant association DOES establish causation.

Russell Katz, M.D., FDA, Division of Neurology Products

QuickTime™ and a
Animation decompressor
are needed to see this picture.

We are unequivocally comfortable with using the "C" word with saying that this establishes causality. This is how we determine causality.

• We do randomized trials.

• We analyze them prospectively.

• We have an outcome measure.

• If statistically significant, then there is causation.

• Chance, Fraud, Bias have been ruled out.

# FDA: Controlled Trials Show Causation

QuickTime™ and a
Animation decompressor
are needed to see this picture.

"Just a couple of things that have come up. We are accustomed to concluding when you have a result from a control trial that any effect you see is causal. We are constantly encouraged by people (of) the label to use the words "associated with," but not for control trials. That – the whole point of them is to reach a causal conclusion within the limits of the data.

The other thing I just would like to mention is that one of the things I worry about with meta analyses is that you frequently know what the result's going to be before you do it because you've seen the large trials that you're putting into it. That is one potential bias that this analysis did not have. We went looking here without knowing what the result was going to be. So, there weren't 25 hypotheses or anything like that that we went scattering about. This was the one thing that was being looked for and that's not a common feature of all meta analyses. So, I just wanted to mention that there's one bias that this didn't have."

Robert Temple, M.D. Director, Office of
Drug Evaluation I, CDER, FDA

# Hill's Considerations for Determining Causality



**Strength of Association**

**Consistency**

**Specificity**

**Temporality**

**Biological Gradient**

**Plausibility**

**Coherence**

**Experiment**

**Analogy**

# Rothschild Omits ANALOGY from Hill's Considerations



1. **Strength of Association** 🗐

2. **Consistency** 🗐

3. **Specificity** 🗐

4. **Temporality** 🗐

5. **Biological Gradient** 🗐

6. **Plausibility** 🗐

7. **Coherence** 🗐

8. **Experiment** 🗐

**9. Analogy ??**

# Rothschild Invents 2 New Litigation Based Hill Considerations

causes suicide, suicide attempts, or suicidal ideation or any accepted mechanism of action that leads to suicide. No scientist or medical expert has published in a peer-reviewed scientific journal a biological explanation for Neurontin causing suicide. Outside this litigation and Plaintiff's hired experts, there has been no proposed biological theory as to how Neurontin would cause suicide; 7) Coherence with existing scientific knowledge – no published, peer-reviewed scientific paper nor professional organization such as the American Psychiatric Association or the American College of Neuropsychopharmacology has stated (or even speculated) that Neurontin causes or contributes to suicide, suicide attempts, or suicidal ideation; 8) Replication of the findings – as discussed below, the experimental evidence indicates that there is no support for the theory that Neurontin causes suicide, suicide attempts, or suicidal ideation. The finding of no association between Neurontin and suicide, suicide attempts, or suicidal ideation has been replicated; 9) Consideration of alternative explanations – as discussed above, suicide, suicide attempts, and suicidal ideation are complications of numerous mental illnesses, epilepsy, and pain syndromes, each of which has a known background rate of suicide and suicide attempts; and, 10) Cessation of exposure – Since exposure to Neurontin has not been associated with an increased risk of suicide or suicide attempts, it is not possible to assess whether stopping Neurontin would decrease the risk of suicide or suicide attempts.

Plaintiff's experts have asserted that "rechallenge" data exists that supports their position that Neurontin causes suicide, suicide attempts, and suicidal ideation. However, these "rechallenge" data are from open-label studies in which both the recipient of the medication and the investigator were aware of when the medication was being administered or discontinued. Open-label rechallenge studies are of little value when the adverse event being measured is subjective (Girard M, Conclusiveness of rechallenge in the interpretation of adverse reactions. Br

- 20 -

9) Consideration of alternative explanations –

10) Cessation of exposure –



# Hill's Considerations that Trimble and Kruszewski Considered

## Strength of Association: Rate Ratio

**Strength of Association**

Consistency

Specificity

Temporality

Biological Gradient

Plausibility

Coherence

Experiment

Analogy

Dr. Trimble & Dr. Kruszewski Relied on January 2008 FDA Meta-analysis which considered strength of association.

# Hill's Considerations that Trimble and Kruszewski Considered

**Strength of Association**

**Consistency**

**Specificity**

**Temporality**

**Biological Gradient**

**Plausibility**

**Coherence**

**Experiment**

**Analogy**

Consistency: Are the studies reproducible in different people, animals, and populations?

Dr. Trimble "…there have been a number of studies of patients with epilepsy that link the prescription AED's to depression…" p. 16

Dr. Kruszewski "In addition to animal studies, human studies demonstrate that gabapentin is GABAergic." p. 5

# Hill's Considerations that Trimble and Kruszewski Considered

**Strength of Association**

**Consistency**

**Specificity**

**Temporality**

**Biological Gradient**

**Plausibility**

**Coherence**

**Experiment**

**Analogy**

## Specificity

Is there only a single effect of exposure for any drug?

# Hill's Considerations that Trimble and Kruszewski Considered

**Strength of Association**

**Consistency**

**Specificity**

**Temporality**

**Biological Gradient**

**Plausibility**

**Coherence**

**Experiment**

**Analogy**

Temporality

Did the exposure occur before the event?

Dr. Trimble and Dr. Kruszewski each considered Challenge/Dechallenge/Rechallenge + numerous case reports.

# Hill's Considerations that Trimble and Kruszewski Considered

**Strength of Association**

**Consistency**

**Specificity**

**Temporality**

**Biological Gradient**

**Plausibility**

**Coherence**

**Experiment**

**Analogy**

<u>Biologic gradient</u> asks whether a dose response relationship, or biologic gradient exists.

Trimble report: "Further, there was a dose response relationship, such that those on higher doses of gabapentin had the higher levels of brain GABA." p. 25

Kruszewski report: "Gapabentin facilitated depression in the doses of 10 and 30 mk/kg *ip*. These doses are lower than the anticonvulsant dose which suggest that the mechanism involved in the anticonvulsant action and in the facilitation of depression are different." citing Srivastava at p. 9

# Hill's Considerations that Trimble and Kruszewski Considered

Strength of Association

Consistency

Specificity

Temporality

Biological Gradient

**Plausibility**

Coherence

Experiment

Analogy

Biological Plausibility:

Is it biologically possible that Neurontin causes Suicidality?

Dr. Trimble and Dr. Kruszewski:

↑ GABA    =   ↓ Serotonin

↓ Serotonin   =  ↑ Suicidality

# Hill's Considerations that Trimble and Kruszewski Considered

Strength of Association

Consistency

Specificity

Temporality

Biological Gradient

Plausibility

**Coherence**

Experiment

Analogy

<u>Coherence</u>: Deals with the generally known facts of the natural biology of the disease.

Trimble Report: "It is accepted in the epilepsy community that gabapentin is GABAergic." p. 23

Kruszewski Report: "Likewise, reduced central levels of serotonin (and norepinephrine) are linked to depression and suicide, again an idea that is long established and supported by the referenced and published literature." p. 11

# Hill's Considerations that Trimble and Kruszewski Considered

**Strength of Association**

**Consistency**

**Specificity**

**Temporality**

**Biological Gradient**

**Plausibility**

**Coherence**

**Experiment**

**Analogy**

<u>Experimental evidence</u>: What do the studies show?

Dr. Trimble and Dr. Kruszewski evaluated and considered spectroscopy and whether replicated, animal studies and human clinical trials.

# Hill's Considerations that Trimble and Kruszewski Applied

**Strength of Association**

**Consistency**

**Specificity**

**Temporality**

**Biological Gradient**

**Plausibility**

**Coherence**

**Experiment**

**Analogy**

<u>Analogy</u>: Do other antiepileptics cause suicidality?

Dr. Trimble and Dr. Kruszewski rely upon 2008 FDA alert + each compare to barbitruates, baclofen and other GABAergic drugs.

Dr. Kruszewski "Other Drugs that Enhance GABAergic Activity Cause Depression" p. 16

# Rothschild Admissions

- Gabapentin is GABAergic.
- Serotonin is associated with mood and behavior.

# Pfizer's Dr. Taylor says Gabapentin ⬇ Serotonin

## An Update on the Possible Mechanisms of Action of Gabapentin

Charles P. Taylor, Ph.D.

Research Fellow

Dept. Neuroscience Therapeutics

Parke-Davis Research Division

Warner-Lambert Co.

2800 Plymouth Road

Ann Arbor, MI 48105

Tel: (734) 622-7017

e-mail: Charles.Taylor@wl.com

### NEUROTRANSMITTER RELEASE

Gabapentin has been known for many years to subtly reduce neurotransmitter release in vitro(32, 34, 38). In particular, the release of tritiated noradrenaline, dopamine and serotonin have been studied, and there are reproducible decreases caused by gabapentin. Recent studies indicate that when N-type or L-type calcium channels are blocked by selective treatments, the remaining neurotransmitter release is still sensitive to gabapentin. However, when P/Q-type channels are blocked with omega-Agatoxin,

# Methodology

- Medical Literature
- Animal Studies
- Human Clinical Trials
- Case Reports

# Gabapentin =  GABAergic

*Epilepsia*, 47(Suppl. 2):28–33, 2006
Blackwell Publishing, Inc.
© International League Against Epilepsy

## Effects of Antiepileptic Drugs on Mood and Behavior

Bettina Schmitz

*Department of Neurology, Charité, Humboldt University, Berlin, Germany*

Trimble's hypothesis of a link between psychiatric complications and GABA-ergic mechanisms of AED was extended by Ketter et al. (40) who distinguished two categories of AEDs, the first being GABA-ergic with sedating, anxiolytic, and antimanic properties (Table 1). This category comprises barbiturates, benzodiazepines, valproate, vigabatrin, tiagabine, and gabapentin. The sec-

Schmitz, *Epilepsia* 2006, cites to Trimble

# Gabapentin = GABAergic



**TABLE 1.** *Two categories of AED with different psychotropic effects depending on the preexisting mental state (40)*

| Mechanism | GABA-ergic drugs | Antiglutamatergic drugs |
|---|---|---|
| Psychotropic effects | Sedating, anxiolytic, depressogenic, antimanic | Activating, anxiogenic, antidepressive |
| Drugs | Barbiturates, benzodiazepines, valproate, vigabatrin, tiagabine, gabapentin | Felbamate, lamotrigine |
| Effect in activated patients | Positive | Negative |
| Effect in sedated patients | Negative | Positive |

Schmitz, *Epilepsia*, 2006

# Rothschild's Opinion Contrary to FDA

1   J Clin Pharmac., 1987; 23:73-79), as is the case with adverse psychiatric events such as

2   depression. This is because of expectations in both the patient and the investigator that an event

3   will or will not occur with administration or discontinuation of the medication. Plaintiff's expert,

4   Dr. Stefan Kruszewski, conceded at his deposition that depression was a subjective adverse event

5   and that there's no peer reviewed literature stating that subjective events can be reliably used on

6   rechallenge to determine causation (Kruszewski Deposition Tr., pg. 399).

7

8       The procedure outlined above is the generally accepted scientific methodology for

9   establishing that the drug being investigated is capable of causing the outcome of interest and is

10  employed in well-designed clinical trials and various types of epidemiologic studies. It is also

11  the methodology by which the FDA bases its decisions regarding the approval of medications.

12  (FDA regulation requiring "adequate, well-controlled studies", Hammad, 2004, Stone & Jones

13  2006). An evaluation of existing data from studies/trials utilizing this approach belies the

14  contention that Neurontin causes suicide, suicide attempts, or suicidal ideation.

15

16      **There Is No Reliable Scientific Evidence That Neurontin Causes Suicide**

17      Before Neurontin could be marketed in this country, Neurontin required the approval of

18  the FDA. The warnings, precautions, adverse ... information, and instructions for use that

19  are set out in the labeling that accompanies Neuronti... ... to the approval of

20  the FDA. FDA approval of a drug for marketing in the Un...

21  engaged in an analysis of potential therapeutic benefits and potent...

22  the benefits outweigh the risks. It is my ...

23  certainty that the package insert for Neu...

24  medication for the prescribing physician...

25

26

27

28

- 21 -

Rothschild Report, p. 21

**There Is No Reliable Scientific Evidence That Neurontin Causes Suicide**

# Rothschild Opinion on Proving Causation Contrary to FDA

Rothschild Report,

"Proving General Causation" p.17

1  demonstrate that Neurontin does not increase the risk of anxiety or depression (Pande et al.,
2  Placebo-controlled study of gabapentin treatment of panic disorder. Journal of Clinical
3  Psychopharmacol 2000; 20:467-471;  Pande et al., Treatment of social phobia with gabapentin: a
4  placebo-controlled study.  Journal of Clinical Psychopharmacol 1999; 19:341-348;  Pande et al.,
5  Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy.  Bipolar
6  Disorders 2000; 2:249-255).  In all three trials, researchers utilized the gold standard method --
7  Hamilton Depression (HAM-D) and Hamilton Anxiety (HAM-A) Scales -- when evaluating the
8  primary and secondary efficacy measures.  Results from these studies showed no significant
9  differences from baseline in either the HAM-D or HA[...]
10  period, indicating that no cases of treatment-emergent [...]
11  There were no reports of suicide or attempted suicide [...]
12  three psychiatric clinical studies.  And although there [...]
13  patients on placebo in the psychiatric controlled studie[...]
14  patients on Neurontin.
15
16                          PROVING GENERA[...]
17      It is generally accepted that when a particular outcome of interest, such [...]
18  in the general population irrespective of drug exposure, a scientifically rel[...]
19  treatment with a particular drug is associated with that outcome must be based on well-controlled
20  epidemiologic studies or clinical trials establishing association between that drug and suicide
21  (Reference Manual on Scientific Evidence, 2nd Edition, 2000; Reekum et al., Applying Bradford
22  Hill's Criteria for Causation to Neuropsychiatry: Challenges and Opportunities, The Journal of
23  Neuropsychiatry and Clinical Neurosciences 2001; 13:318—325; Fathalla and Fathalla, A
24  Practical Guide for Health Researchers, In: WHO Regional Publications, Eastern Mediterranean

in the general population irrespective of drug exposure, a scientifically reliable proof that treatment with a particular drug is associated with that outcome must be based on well-controlled epidemiologic studies or clinical trials establishing association between that drug and suicide

# Gabapentin Use with Kids = Behavioral Problems

**INDICATIONS AND USAGE**

**Postherpetic Neuralgia**

Neurontin (gabapentin) is indicated for the management of postherpetic neuralgia in adults.

**Epilepsy**

Neurontin (gabapentin) is indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in patients over 12 years of age with epilepsy. Neurontin is also indicated as adjunctive therapy in the treatment of partial seizures in pediatric patients age 3 – 12 years.

**CONTRAINDICATIONS**

Neurontin is contraindicated in patients who have demonstrated hypersensitivity to the drug or its ingredients.

**WARNINGS**

**Neuropsychiatric Adverse Events—Pediatric Patients 3-12 years of age**

Gabapentin use in pediatric patients with epilepsy 3–12 years of age is associated with the occurrence of central nervous system related adverse events. The most significant of these can be classified into the following categories: 1) emotional lability (primarily behavioral problems), 2) hostility, including aggressive behaviors, 3) thought disorder, including concentration problems and change in school performance, and 4) hyperkinesia (primarily restlessness and hyperactivity). Among the gabapentin-treated patients, most of these events were mild to moderate in intensity.

In controlled trials in pediatric patients 3–12 years of age the incidence of these adverse events was: emotional lability 6% (gabapentin-treated patients) vs 1.3% (placebo-treated patients); hostility 5.2% vs 1.3%; hyperkinesia 4.7% vs 2.9%; and thought disorder 1.7% vs 0%. One of these events, a report of hostility, was considered serious. Discontinuation of gabapentin treatment occurred in 1.3% of patients reporting emotional lability and hyperkinesia and 0.9% gabapentin-treated patients reporting hostility and thought disorder. One placebo-treated patient (0.4%) withdrew due to emotional lability.

**Withdrawal Precipitated Seizure, Status Epilepticus**

Antiepileptic drugs should not be abruptly discontinued because of the possibility of increasing seizure frequency.

In the placebo-controlled studies in patients >12 years of age, the incidence of status epilepticus in patients receiving Neurontin was 0.6% (3 of 543) versus 0.5% in patients receiving placebo (2 of 378). Among the 2074 patients >12 years of age treated with Neurontin across all studies (controlled and uncontrolled) 31 (1.5%) had status epilepticus. Of these, 14 patients had no prior history of status epilepticus either before treatment or while on other medications. Because adequate historical data are not available, it is impossible to say whether or not treatment with

"Gabapentin use in pediatric patients with epilepsy 3-12 years of age is associated with … 1) emotional lability (primarily behavioral problems), 2) hostility, including aggressive behaviors . . ."

Neurontin Labeling

# Rothschild Opinion on Proving Causation Contrary to FDA

Rothschild Report

"Proving Causation" p.18

1   Series 30, World Health Organization Regional Office for the Eastern Mediterranean, 2004).
2   Such studies permit a determination and comparison of (1) the incidence rate or frequency of the
3   outcome within a population that has not been exposed to the drug (but that is exposed to the
4   various non-drug factors that may produce the outcome) and (2) the incidence rate or frequency
5   of occurrence of the same outcome within a drug exposed and otherwise similar population. If
6   the frequency of occurrence of the outcome is gre
7   unexposed, it can be concluded that exposure to t
8   outcome. The association is meaningful, howeve
9   cannot be ascribed to bias or confounding (i.e., di
10  the respective exposed and unexposed groups or
11  difference in the incidence of the outcome regard
12  observed statistical difference reaches statistical significance. If the asso
13  statistically significant, the possibility that the observed difference in
14  by chance cannot be ruled out.
15
16       If no statistically significant positive association is fou                    nd that exposure
17  to the drug caused, or is associated in any way, with the               he analysis of potential
18  causality would be over; there is no causality (Refere    anual on Scientific Evidence, 2nd
19  Edition, 2000 ). The existence of a statistically significant association, however, does not
20  establish that the drug caused the outcome. To make a determination that the observed
21  association is one of cause and effect requires consideration of a number of factors. These
22  factors include the strength of the association; consistency with other findings; specificity of the
23  association; temporal relationship between the exposure and the outcome; presence of a dose-
24  response relationship; biological plausibility; coherence with existing scientific knowledge;
25
26
27
28

Edition, 2000 ). **The existence of a statistically significant association, however, does not establish that the drug caused the outcome.** To make a determination that the observed