# EXHIBIT E

# (Plaintiffs' Closing Argument – July 23, 2008)

In re: Neurontin Marketing, Sales Practices
and Products Liability Litigation
MDL Docket No. 1629
U.S. District Court Massachusetts


In re: Neurontin Products Liability Litigation
Master Index: 765000/05
Supreme Court, State of New York

# FDA's Advisory Panel Vote: There is an increase in suicidality for the 11 AEDs analyzed.

Does the Committee agree with the Agency's overall finding of an increase in suicidality for the 11 AEDs analyzed?

# 20 - 0 - 1
# YES

# FDA Validates Plaintiffs' Experts Opinions
# NEURONTIN CAUSES SUICIDALITY

QuickTime™ and a
Animation decompressor
are needed to see this picture.

We are unequivocally comfortable with using the "C" word with saying that this establishes causality. This is how we determine causality.

- We do randomized trials.

- We analyze them prospectively.

- We have an outcome measure.

- If statistically significant, then there is causation.

Russell Katz, M.D., Director, Division of Neurology Products, FDA

- Chance, Fraud, Bias have been ruled out.

Hearing Transcript p. 89

# FDA: Signal = Causation

QuickTime™ and a
Animation decompressor
are needed to see this picture.

"…we're interested in whether or not you think when we use the word, signal, whether or not you think there is a statistically significant increase in episodes of suicidality, which, to us, we interpret that as causality. We should be very clear that the trials were prospective trials. They were randomized trial. Data were collected contemporaneously prospectively…"

Russell Katz, M.D., Director, Division of Neurology Products, FDA

Hearing Transcript p. 86

# FDA's Analyses:  The increase in suicidality applies to each of the 11 drugs analyzed.



Figure 2: Suicidal Behavior or Ideation Odds Ratio Estimates, Placebo-Controlled Trials.

Hearing Transcript p. 15-16



# FDA's Analyses:  Gibbons is wrong - Topirimate did NOT "drive" the results

Dr. Levenson… "so the question is that two drugs pregabaline and topiramate contributed a large number of patients to the overall analysis.  Well, that was – there were no adjustment for that in the primary analysis.  We do see that the other drugs, those two drugs form a pattern with the other A-drugs that have odds ratios greater than one.  So, when we look at the drugs individually, the eight of the eleven drugs seem to have a very similar pattern.

We did look at the sensitivity analysis where we removed the trials – we looked at the large trial that contributed individual trials no matter what drugs they may appear, whether they have a large influence on the overall estimates.  **It turned out only one trial had any significant in itself influence on the overall estimate and when we removed that trial, the overall estimates were similar, slightly [larger], but similar."**    PAGE 22 Pl and 21 of Def

# FDA Rebuts Pfizer's Contention

Preliminary Statistical Comments on
Pfizer Gabapentin and Pregabalin
Analysis

Mark Levenson, Ph.D.
Statistical Safety Reviewer
Quantitative Safety and Pharmacoepidemiology Group
Division of Biometrics 6/CDER/FDA

Joint Meeting of Peripheral and Central Nervous System
Drugs Advisory Committee and Psychopharmacologic Drugs
Advisory Committee

July 10, 2008

## Conclusions

- Sponsor analyses do not support that FDA primary and sensitivity analyses led to biased conclusions
- FDA conclusions for gabapentin and pregabalin based on overall patterns and findings of 11 drugs

Does the Committee agree with the Agency's conclusion that the finding of increased suicidality should apply to all drugs included in the analyses, despite the observation that the estimate of the Odds Ratio for 3 of the drugs was below 1?

# 18 - 3  YES

# Dr. Sander Greenland Opinion

22 July 2008                    Greenland

6. Dr. Gibbons Makes Erroneous Claims about the Statis...

Data and What Those Data Show

The arguments in section 8 of Dr. Gibbons' report are based...

comparisons. Note well that Dr. Gibbons never presents the p...

trials. To provide it would reveal that indeed the gabapentin t...

detect a doubling or even tripling of suicidality risk.

The number of suicidality events expected in the placebo gro...

contributing to statistical power (not the total number of pati...

insinuates). Unlike the gabapentin trials, the lamotrigine and...

patients at very high risk of suicide. It is thus no surprise that...

large number of suicidality events in those trials (19 among placebo patients)...

did detect elevated risks.

In contrast, the gabapentin trials used patients at much lower risk and so observed only 1

event among the placebo patients. Thus the total power of the gabapentin trials is much

lower than that of the lamotrigine and topirimate trials. Dr. Gibbons does not present the

power of the gabapentin analysis, but that power is under 10% to detect a risk ratio of 2

(a doubling of risk). This power is far below the 80% power at a risk ratio of 2 generally

required to test the safety of a drug. It means that there is over a 90% chance that a

doubling of risk by gabapentin would go *undetected* by the gabapentin trials. It is thus all

the more remarkable that the gabapentin trials were able to see as much of a risk increase

they did (a risk ratio of 1.49 in Figure 5 of the FDA Review).

---

lower than that of the lamotrigine and topirimate trials. Dr. Gibbons does not present the power of the gabapentin analysis, but that power is under 10% to detect a risk ratio of 2 (a doubling of risk). This power is far below the 80% power at a risk ratio of 2 generally required to test the safety of a drug. It means that there is over a 90% chance that a doubling of risk by gabapentin would go *undetected* by the gabapentin trials. It is thus all the more remarkable that the gabapentin trials were able to see as much of a risk increase they did (a risk ratio of 1.49 in Figure 5 of the FDA Review).

- Member, FDA Drug Safety & Risk Management Advisory Committee.

- Co-Author, *Modern Epidemiology* (2d. Ed.) 1998.

- Professor of Epidemiology, UCLA

# FDA Disclaimer Language on Causation Was Preliminary



**U.S. Food and Drug Administration**

CENTER FOR DRUG EVALUATION AND RESEARCH

FDA Home Page | CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER

CDER Home | About CDER | Drug Information | Regulatory Guidance | CDER Calendar | Specific Audiences | CDER Archives

Search [____] GO powered by Google™

Information for Healthcare Professionals
Suicidality and Antiepileptic Drugs

QuickTime™ and a
Animation decompressor
are needed to see this picture.

Alice Hughes, M.D., Associate Director for Safety, Division of Neurology Products, CDER, FDA

Hearing Transcript p. 88-89

# What is the public health effect of Pfizer's off-label promotion?

QuickTime™ and a
Animation decompressor
are needed to see this picture.

"...and that is if 769 patients were treated with an active medication and 769 other patients were treated with placebo, we would expect one additional suicidality event in those treated with the active.

And then the reason I asked that question about the sales figures, numbers of patients, if we take that 769, it needs 769 to see one difference and then extrapolate to the 11 million people getting it.  Then we see a pretty large – I mean, there's a lot – a big public health impact."

Andrew Leon, Ph.D. Professor of Biostatistics in Psychiatry, Weill Medical College of Cornell University

Hearing Transcript p. 48

# PUBLIC HEALTH IMPACT

QuickTime™ and a
decompressor
are needed to see this picture.

QuickTime™ and a
decompressor
are needed to see this picture.

# Off Label Sales

QuickTime™ and a
decompressor
are needed to see this picture.

QuickTime™ and a
decompressor
are needed to see this picture.

QuickTime™ and a
decompressor
are needed to see this picture.

QuickTime™ and a
decompressor
are needed to see this picture.

QuickTime™ and a
decompressor
are needed to see this pi

# Suicidality Increases After Off-Label Promotion



PRR OVER TIME SUICIDAL AND SELF-INJURIOUS BEHAVIOUR (HLT)

Gabapentin

# Suicidality Increases After Off-Label Promotion



# Plaintiffs' Experts Use Generally Accepted, Reliable **Methods**



# Experts' Method Satisfies
# *Daubert* and *Frye*

- Strength of Association
- Consistency
- Specificity
- Temporality
- Biological Plausibility
- Biological Gradient
- Coherence
- Experiment
- Analogy

- No novel scientific technique
- No novel syndromes

# Experts Applied Available Evidence in a Reliable Way

- Animal Data
- Human Data
- Epidemiology
- Case Reports

# Considered the Bradford Hill Considerations

Michael Trimble, M.D.

Stefan Kruszewski, M.D.

 

| | | |
|---|---|---|
| Strength of Association | ✓ | ✓ |
| Consistency | ✓ | ✓ |
| Specificity | ✓ | ✓ |
| Temporality | ✓ | ✓ |
| Biological Plausibility | ✓ | ✓ |
| Biological Gradient | ✓ | ✓ |
| Coherence | ✓ | ✓ |
| Experiment | ✓ | ✓ |
| Analogy | ✓ | ✓ |

# FDA Considerations for Causation

## Guidance for Industry

### Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research (CDER)
Center for Biologics Evaluation and Research (CBER)

March 2005
Clinical Medical

After the available safety information is presented and interpreted, it may be possible to assess the degree of causality between use of a product and an adverse event. FDA suggests that the sponsor's submission provide an assessment of the benefit-risk balance of the product for the

J:\GUIDANC\6339OCC.doc
03/22/05

# FDA Instructions to Pfizer: Look for a Signal

Cheryl Blume, Ph.D.



### Guidance for Industry

Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research (CDER)
Center for Biologics Evaluation and Research (CBER)

March 2005
Clinical Medical

J:\GUIDANC\6359OCC.doc
03/22/05

| | |
|---|---|
| Case Reports | ✔ |
| Background Rate | ✔ |
| Epidemiology Studies | ✔ |
| Biologic Effects in Preclinical Trials | ✔ |
| Controlled Clinical Trials | ✔ |
| Marketing Experience | ✔ |

# FDA Considerations for Causation

1. Strength of the association (e.g., relative risk of the adverse event associated with the product);

2. Temporal relationship of product use and the event;

3. Consistency of findings across available data sources;

4. Evidence of a dose-response for the effect;

5. Biologic plausibility;

6. Seriousness of the event relative to the disease being treated;

7. Potential to mitigate the risk in the population;

8. Feasibility of further study using observational or controlled clinical study designs; and

# FDA Methods to Assess Causation from Signal

Cheryl Blume, Ph.D.



| | |
|---|---|
| Strength of Association | ✓ |
| Temporal Relationship | ✓ |
| Consistency of findings across available data sources | ✓ |
| Dose-Response | ✓ |
| Biologic Plausibility | ✓ |
| Seriousness of the event | ✓ |
| Potential to mitigate the risk in the population | ✓ |
| Feasibility of further studies | ✓ |
| Degree of Benefit of the drug | ✓ |

# Gabapentin = Suicidality



# Pfizer Litigation Position Contrary to FDA, Journal Articles and Internal Documents

|  | FDA | Journal Articles | Internal Pfizer Documents | Pfizer Lawyers |
|---|---|---|---|---|
| Gabapentin is GABAergic | YES | YES | YES | NO |
| Gabapentin ⇩ Serotonin | N/A | YES | YES | ? |
| ⇩ Serotonin ⇧ Suicidality | N/A | YES | YES | ? |

# Gabapentin Causes Suicidality

| | FDA | FDA Advisory Committee | Plaintiff Experts | Pfizer Lawyers |
|---|---|---|---|---|
| Gabapentin ⇧ Suicidality | YES | YES (20-0-1) (18-3) | YES | NO |

# Pfizer Ignored the Clear Signal

Dechallenge/ Rechallenge

Biological Plausibility

Patients excluded from trials



P R R Analysis

Clinical Trial Withdrawals

2008 FDA Alert

1992 FDA Warning "…will lead to suicide"

Case Reports

# Gabapentin = Suicidality



# Gabapentin = ⬆ GABA
## (Spectroscopy Studies)

"I suppose the question is: what are the consequences of the increase in GABA in human brain that are caused by Gabapentin? It strikes me that they might contribute to efficacy and adverse events in humans."

Douglas Feltner, M.D. Pfizer Psychiatrist R&D 2003.

# Dr. Trimble in 1995

benzodiazepines, ethosuximide, and several of the newer drugs.
(Trimble 1991).

ANTICONVULSANT DRUGS AND THE MENTAL STATE.

It has been known for a long time that anticonvulsant drugs
influence the mental state, and this can be broken down into
adverse and beneficial effects. However, the behavioural
toxicity profile of most drugs is not simple. A particular drug
may influence one aspect of behaviour positively and another
negatively.

The main adverse effect of anticonvulsants is the link
between anticonvulsant drugs and depression. Robertson et al
(1987), studying epileptic patients on polytherapy presenting
with a depressive illness, noted that patients
were judged to be significantly more depressed the
receiving the drug. This was in contrast to patients tre
with carbamazepine who were less depressed, and had lower anxiety
scores than patients on other anticonvulsants.

Another drug recently linked with the reporting of
depression is vigabatrin. Idiosyncratic responses are described
in a group of patients given the drug as add-on therapy. The
depression seems in some cases interlinked with improvement of
seizure frequency (an example of forced normalisation), and is
more common in patients with a past history of affective
disorder.

Adverse effects of anticonvulsant drugs are often seen
in children. Essentially these include the provocation of
conduct disorder, or the development of hyperactivity syndrome,
similar phenomenologically to attention-deficit-hyperactivity-

6

ANTICONVULSANT DRUGS AND THE MENTAL STATE.

It has been known for a long time that anticonvulsant drugs
influence the mental state, and this can be broken down into
adverse and beneficial effects.

The main adverse effect of anticonvulsants is the link
between anticonvulsant drugs and depression. Robertson et al

# Gabapentin =  GABAergic

*Epilepsia*, 47(Suppl. 2):28–33, 2006
Blackwell Publishing, Inc.
© International League Against Epilepsy

## Effects of Antiepileptic Drugs on Mood and Behavior

Bettina Schmitz

*Department of Neurology, Charité, Humboldt University, Berlin, Germany*

Trimble's hypothesis of a link between psychiatric complications and GABA-ergic mechanisms of AED was extended by Ketter et al. (40) who distinguished two categories of AEDs, the first being GABA-ergic with sedating, anxiolytic, and antimanic properties (Table 1). This category comprises barbiturates, benzodiazepines, valproate, vigabatrin, tiagabine, and gabapentin. The sec-

Schmitz, *Epilepsia* 2006, cites to Trimble

# Gabapentin =  GABAergic



**TABLE 1.** *Two categories of AED with different psychotropic effects depending on the preexisting mental state (40)*

| Mechanism | GABA-ergic drugs | Antiglutamatergic drugs |
|---|---|---|
| Psychotropic effects | Sedating, anxiolytic, depressogenic, antimanic | Activating, anxiogenic, antidepressive |
| Drugs | Barbiturates, benzodiazepines, valproate, vigabatrin, tiagabine, gabapentin | Felbamate, lamotrigine |
| Effect in activated patients | Positive | Negative |
| Effect in sedated patients | Negative | Positive |

Schmitz, *Epilepsia*,  2006

# Gabapentin =  GABAergic





Anticonvulsants: aspects of their mechanism of action

*European Journal of Pain* (2002)

# Gabapentin = Suicidality

GABAPENTIN  =  ⬆ GABA

⬆ GABA    =    ⬇ Serotonin

⬇ Serotonin    =    ⬆ Suicidality

# Gabapentin ⬇ Serotonin

❑  Defendants' Animal Studies

❑ Journal Articles

❑ Defendants' Corporate Documents

❑ Defendants' Advertisements



GABA = Serotonin

- GABAergic drugs cause decreased serotonin. (Ex. 42).

1985

Brain Research, 331 (1985) 81–90
Elsevier

BRE 10640

Inhibitory Influence of GABA on Central Serotonergic Transmission.
Involvement of the Habenulo-Raphé Pathways in the GABAergic
Inhibition of Ascending Cerebral Serotonergic Neurons

TORU NISHIKAWA and BERNARD SCATTON*

Synthélabo–L.E.R.S., Biochemistry Group, 31, avenue Paul Vaillant Couturier, F-92220 Bagneux (France)

(Accepted July 10th, 1984)

Key words: γ-aminobutyric acid (GABA) — cerebral serotonergic neurons — stria medullaris — habenular nuclei — fasciculus retroflexus — raphé dorsalis and medianus — catecholamines — 5-hydroxytryptophan accumulation

# Gabapentin ⬇ Serotonin



"Gabapentin attenuates the release of noradrenaline and serotonin…"

Defendant Research Report.
May, 1984.

# Gabapentin ⬇ Serotonin

CONFIDENTIAL

## PFIZER GLOBAL RESEARCH & DEVELOPMENT
### ANN ARBOR LABORATORIES
### ANN ARBOR, MICHIGAN

**RESEARCH REPORT NO.: RR-REG** 740-03550

**PGRD AUTHOR(S):**
Reviewed by: Taylor CP, Donevan SD

**DATE ISSUED:** July 19, 2001

**INVESTIGATOR(S):**

**PERIODS COVERED:** 12/28/81 to 06/21/01

**ANALYST(S):**

inhibition of neurotransmitter release by gabapentin

serotonin was also reduced

Gabapentin inhibits the release of serotonin

# Gabapentin ⬇ Serotonin

to the glutamate agonist N-methyl-D-aspartate (NMDA) in some test systems in vitro, but only at concentrations greater than 100 μM, which are not achieved in vivo. Gabapentin slightly reduces the release of monoamine neurotransmitters in vitro. Gabapentin administration to rats increases GABA turnover in several brain regions in a manner similar to valproate sodium, although in different regions of the brain. The relevance of these various actions of gabapentin to the anticonvulsant effects remains to be established. In animals, gabapentin readily enters the brain and prevents seizures from maximal electroshock, from chemical convulsants including inhibitors of GABA synthesis, and in genetic models of seizures.

D. *Precautions*- Gabapentin was given in the diet to mice at 2000 mg/kg/day and to rats at 250, 1000, and 2000 mg/kg/day for 2 years. A statistically significant increase in the incidence of pancreatic acinar cell tumors was found only in male rats at the highest dose. The plasma drug concentrations and areas under the concentration-time curve in rats at 2000 mg/kg is 20 times higher than the therapeutic concentrations in humans given the recommended maximum tolerated dose, and 14 times higher than the therapeutic concentrations in humans given the recommended maximum tolerated dose (2400 mg/day).

The pancreatic acinar cell tumors in male rats are low grade malignancies, did not affect survival, did not metastasize or invade surrounding tissue, and were similar to those seen in concurrent controls. The relevance of these pancreatic acinar cell tumors in male rats to carcinogenic risk in humans is therefore of uncertain significance.

Gabapentin has no genotoxic potential. It was not mutagenic in the Ames bacterial plate incorporation assay or at the HGPRT locus in mammalian cells in the presence or absence of metabolic activation. Gabapentin did not induce structural chromosome aberrations in mammalian cells in vitro or in vivo, and did not induce micronucleus formation in the bone marrow of hamsters.

E. *Marketing/Post-Marketing*- Marketing authorisation has only been applied for thus far in the United States (NDA accepted for filing by the FDA on March 11, 1992).

> "Gabapentin slightly reduces the release of monoamine neurotransmiters in vitro."

Defendant 1992 Product Profile.

# Gabapentin ⇩ Serotonin

European Journal of Neuroscience, Vol. 21, pp. 197–209, 2005

Presynaptic NMDA autoreceptors facilitate axon excitability: a new molecular target for the anticonvulsant gabapentin

"Gabapentin is a drug with anticonvulsant and analgesic properties causing the reduction of neurotransmitter release."

European Journal of Neuroscience 2005

# Gabapentin ⇩ Serotonin even if through Alpha 2 Delta pathway



The mechanisms of action of gabapentin and pregabalin Sills   111

[12**] On current evidence, it would appear that these drugs are largely indistinguishable in terms of their pharmacological profile. Although multiple cellular effects have been proposed for GBP and PGB, including modest actions on the GABAergic neurotransmitter system [26,27,29] and on voltage-gated potassium channels [43,46*], a single common mechanism is believed to predominate their pharmacology. Inhibition of calcium currents via high-voltage-activated channels containing the α₂δ-1 subunit, leading in turn to reduced neurotransmitter release and attenuation of postsynaptic excitability, is a biologically plausible mechanism and one which is consistently observed at therapeutically relevant concentrations in pre-clinical studies of GBP and PGB [50**,51–56,57*,58,59*]. Given the inherently presynaptic nature of this effect, it is reasonable to speculate that it also accounts for some of the anecdotal and unconfirmed effects of the drugs. ... activation of GABAA receptors [15–17], mod... ...mic NMDA receptors [32], and the reduc... [33,34,35*,36*] and other excitat... [40,60]. However, it remains to be deter... an interaction with high-voltage-activated ca... nels is sufficient to account for the broad clinical sp... of GBP and PGB.

## References and recommended reading

Papers of particular interest, published within the annual period of review, have been highlighted as:

* of special interest
** of outstanding interest

1. Deglili: Efficacy and tolerability of the new antiepileptic drugs: comparison of two recent guidelines. Lancet Neurol 2004, 3:618-621.

2. Dougherty JA, Rhoney DH: Gabapentin: a unique anti-epileptic agent. Neurol Res 2001, 23:821-829.

3. Kelly HM: Gabapentin: antiepileptic mechanism of action. Neuropsychobiology 1998, 38:139-144.

4. McLean MJ: Gabapentin. Epilepsia 1995, 36(Suppl 2):S73-S86.

5. Rosner H, Rubin L, Kestenbaum A: Gabapentin adjunctive therapy in neuropathic pain states. Clin J Pain 1996, 12:56-58.

6. Beyers JS, Wartime Dul 3-Substituted GABA analogs with central nervous system activity: a review. Med Res Rev 1989, 191:49-177.

7. Su T-Z, Lunney E, Campbell G, Oxender DL: Transport of gabapentin, a γ-amino acid drug, by system L α-amino acid transporters: a comparative study in astrocytes, synaptosomes, and CHO cells. J Neurochem 1995, 642:125-2131.

8. Su T-Z, Feng MR, Weber ML: Mediation of highly concentrative uptake of pregabalin by L-type amino acid transport in Chinese hamster ovary and Caco-2 cells. J Pharmacol Exp Ther 2005, 313:1406-1415.
   This study confirms that, like GBP, the transport of PGB across cell membranes is predominantly mediated by the L-amino acid transporter and that the respective affinities for this system might underlie the differential absorption profiles of the two drugs.

9. Bellotti TR, Cupini T, Ekhtehi IV, Kimono JJ, Field MJ, Heffner TG, Melbar LT, Schwarz JD, Taylor CP, Thorpe AJ et al.: Structure-activity relationships of pregabalin and analogues that target the α₂δ protein. J Med Chem 2005, 48:2294-2307.

www.sciencedirect.com

Structure-activity relationships were evaluated for a series of PGB analogues. The pharmacokinetic profile of these compounds was determined by their ability to inhibit the L-amino acid transporter, whereas the pharmacodynamic profile was conferred by the extent of interaction with the α₂δ calcium channel subunit. A clinical both target sites was essential for efficacy in animal models of epilepsy, pain and anxiety.

10. Schwarz JB, Gibbons SE, Graham SR, Colby HL, Guzzo PR, Le V-D, Vartanian MG, Kinsora JJ, Lotarski SM, Li Z et al.: Novel cyclopropyl β-amino acid analogues of pregabalin and gabapentin that target the α₂δ protein. J Med Chem 2005, 48:3026-3035.

11. Taylor CP: Gabapentin: mechanisms of action. In Antiepileptic drugs. Edited by Levy RH, Mattson RH, Meldrum BS. Raven Press; 1995:829-841.

12. Ben-Menachem E: Pregabalin pharmacology and its relevance to clinical practice. Epilepsia 2004, 45 (Suppl 6):13-18.
•• This is an excellent review of the predinical pharmacology and pharmacokinetics of PGB.

13. Xong Z-Q, Stringer JL: Effects of felbamate, gabapentin and lamotrigine on seizure parameters and excitability in the rat hippocampus. Epilepsy Res 1997, 27:187-194.

14. Stringer JL, Lorenzo N: The reduction in paired-pulse inhibition in the rat hippocampus by gabapentin is independent of GABAA receptor activation. Epilepsy Res 1999, 33:169-176.

15. Bertrand S, Ng GM, Pariat MG, Wolfe SE, Severidt MW, Hood D, Ottolia Fx Low MJ, Chfelli GP, Mehta K et al.: The ... γ-aminopantylidinic acid gabapentin is an ... -subtonic acid type B receptors ... γ-resistant calcium channels. ...

16. ...

17. Reber DKI, Ong JA, ... presynaptic GABA... Eur J Pharmacol 200...

18. Lanneau C, Green A, Hirst WD, Wise ... Charles HJ, Wood M, Davies CH, Par... net a GABAₐ receptor agonist. Neurop... 41:965-975.

19. Jensen AA, Mosbacher J, Bg S, Lingenhohl K, Lohman ... Johansen TN, Abrahamsen B, Mattson JP, Lehmann A, Bra... Braun-er-Osborne H: The anti-convulsant gabapentin ... (S)-3-methyl-... acid at GABAB receptors that act through agonist α₅δ-3 subunit ... receptors. Mol Pharmacol 2002, 61:1377-1384.

20. Taylor CP, Gee NS, Su T-Z, Kocsis JD, Welty DF, Brown JF, Dooley DJ, Boden P, Singh L: A summary of mechanistic hypotheses of gabapentin pharmacology. Epilepsy Res 1998, 29:233-249.

21. Taylor CP, Vartanian MG, Andruszkiewicz R, Silverman RB: 3-alkyl GABA and 3-alkylglutamic acid analogues: two novel classes of anticonvulsant agents. Epilepsy Res 1992, 11:103-110.

22. Goti E, Feuerstein TJ, Lais A, Meyer DK: Effects of gabapentin on release of gamma-aminobutyric acid from slices of rat neostriatum. Axon-in-Forsch 1993, 43:636-638.

23. Honmou O, Kocsis JD, Richerson GB: Gabapentin potentiates the conductance increase induced by nipecotic acid in CA1 pyramidal neurons in vitro. Epilepsy Res 1995, 20:193-202.

24. Leach JP, Sills GJ, Butler E, Forrest G, Thompson GG, Brodie MJ: Neurochemical actions of gabapentin in mouse brain. Epilepsy Res 1997, 27:175-180.

25. Errante LD, Petrof OAC: Acute effects of gabapentin and pregabalin on rat forebrain cellular GABA, glutamate, and glutamine concentrations. Seizure 2003, 12:300-306.

26. Errante LD, Williamson A, Spencer DD, Petroff OAC: Gabapentin and vigabatrin increase GABA in the human neocortical slice. Epilepsy Res 2002, 49:203-210.

---

Full text provided by www.sciencedirect.c

SCIENCE ⓓ DIRECT·

ELSEVIER

The mechanisms of action of gabapentin and pregabalin

Graeme J Sills

[12**]. On current evidence, it would appear that these drugs are largely indistinguishable in terms of their pharmacological profile. Although multiple cellular effects have been proposed for GBP and PGB, including modest actions on the GABAergic neurotransmitter system [26,27,29] and on voltage-gated potassium channels [43,46*], a single common mechanism is believed to predominate their pharmacology. Inhibition of calcium currents via high-voltage-activated channels containing the α₂δ-1 subunit, leading in turn to reduced neurotransmitter release and attenuation of postsynaptic excitability, is a biologically plausible mechanism and one which is consistently observed at therapeutically relevant concentrations in pre-clinical studies of GBP and PGB [50**,51–

# Gabapentin ⬇ Serotonin



Defendant Promotional Material

"Inhibits release of excitatory neurotransmitters"

# Pfizer Tells Doctors who ask:
## Gabapentin ⬇ Serotonin

**Pfizer**
Neurontin(gabapentin)
Pharmacology-General
mechanism of drug action

to normalize abnormal responsiveness.[31] Other studies have shown various results of gabapentin on calcium currents in a manner that may relate to its therapeutic action.[32,33,34,35,36]

**Other Mechanisms**

Gabapentin has also been shown to limit the rate of firing of sodium–dependent action potentials, although not through direct blockage as seen with phenytoin and carbamazepine.[37] Additional work has suggested that gabapentin may interact functionally in a subtle manner with $Ca^{2+}$ channels, including a modest reduction in the release of monoamine neurotransmitters in-vitro.[38,39,40,41]

**Refs.**

1. Neurontin® (gabapentin) Package Insert.
2. Taylor CP. Mechanism of action of new antiepileptics drugs. In: _New trends in epilepsy management: the role of gabapentin._ London:R Soc Med Serv L
3. Taylor CP. Mechanisms of action of gabapentin. _Rev Neurol_ 199
4. Data on file (61) – Pfizer Inc.
5. MacDonald RL and Greenfield LJ. Mechanism of action of new _..in Neur_ 1997;10(2):121-128.
6. Mclean, MJ. Gabapentin in the management of convulsive disord... ...0–S50.
7. Goldlust A, Su TZ, Welty DF, et al. Effects of anticonvulsant dru... ...bolic pathways of glutamate and GABA. _Epilepsy Res_ 1995;22(1):1-11
8. Surges R, Feuerstein TJ. Mode of action of gabapentin in chronic... review about its cellular mechanisms in nociceptive neurotransm... 2002;52(8):583-586.
9. Bartoszyk GD, Fritschi E, Herrmann M et al. Indications for an in... mechanism of action of gabapentin. _Naunyn Schmiedebergs Arch_... 375).
10. Petroff OAC, Rothman DL, Behar KL, et al. The effect of gabapen... patients with epilepsy. _Ann Neurol_ 1996;39(1):95-99.
11. Petroff OAC, Hyder F, Rothman DL, et al. Effects of gabapentin o... pyrrolidinone in epileps...
12. Kocsis JD and Mattson R... 1996; 6:326-334.
13. Ng GYK, Bertrand S, Su... composition and postsyn... _Mol Pharmacol_ 2001;59...
14. Bertrand S, Ng GYK, Pe... brain gamma-aminobuty... _Pharmacol Exp Ther_ 20...
15. Gu Y and Huang LYM. ... GABAergic dorsal horn neurons. _Neurosci Lett_ 2002;324(3):177-180.
16. Stewart BH, Kugler AR, Thompson PR, et al. A saturable transport mechanism in the intestinal absorption of gabapentin is the underlying cause of the lack of proportionality between increasing dose and drug levels in plasma. _Pharm Res_ 1993;10(2):276-281.

Last QA Reviewed On: 4/7/2004 02:32:22 PM

Confidential

Pfizer_MClaussen_0003567

**reduction in the release of monoamine neurotransmitters**

# Gabapentin = Suicidality

GABAPENTIN  =    GABA

↑ GABA  =  ↑ Serotonin



↓ Serotonin  =  ↑ Suicidality

# ⬇ Serotonin = ⬆ Suicidality

- Pfizer's Expert admits that "at least part of the pathology related to suicidal behavior is reduced serotonin turnover . . ." (Ex. 70).



# Pfizer Admits Causation in Clinical Trial

- Dechallenge/Rechallenge during Clinical Trials. (Ex. 93).

- Depression and Suicidal Ideation "probably related to Gabapentin therapy."



101

1990

**PARKE-DAVIS**
Pharmaceutical Research Division

Warner-Lambert Company

***Memorandum***

Memo to: R. DeJong
Location:

From: V. Trudeau
Location Clinical Research

Date: 05/08/90

Subject: Follow-up Adverse Event Report

Drug: Gabapentin
Patient Number: 001
Patient Initials: RWB
Protocol Number: 945-15-01
Adverse Event: (1) Severe Headache; (2) Acute Severe Depression; (3) Suicidal Ideation
Investigator: F. E. Dreifuss, M.D.

I have been informed of follow-up information regarding the above adverse event; a summary of the adverse event is enclosed. This is an expected Adverse Event considered possibly associated with the use of this investigational drug.

cc:    J. Schaumberg (FCS)
        K. Shellenberger (Drug Director)
        M. Treado (CDM)

VLT/ch

Adverse Event:    (1) Severe Headache; (2) Acute Severe Depression; (3) Suicidal Ideation

I have been informed of follow-up information regarding the above adverse event; a summary of the adverse event is enclosed. This is an expected Adverse Event considered possibly associated with the use of this investigational drug.

# Health Canada Causally Relates Suicide Attempt

- Post-Marketing Dechallenge/Rechallenge.
- May 2005

From: Maribeth Lazzaro [maribeth_lazzaro@hc-sc.gc.ca]
Sent: Friday, May 13, 2005 1:54 PM
To: Carriero, Tina
Cc: Cathy Petersen; Maribeth Lazzaro; Nick McCandie Glustien; Veronica Yip; Marcin Boruk
Subject: NEURONTIN NC Control No 096755 PSUR review

Clarifax/Email Correspondence
Re: Neurontin Notifiable Change
    Control Number 096755
    Review of PSURs

13,                                                May
2005

Dear Ms. Carriero,

Regarding your Notifiable Change for Neurontin (Control no. 096755), the
CNS Division has continued the review of the Neurontin PSURs provided
for
the 2003-2004 and 2004-2005 reporting periods.

In the 2004-2005 PSUR, it is reported that there were 17 cases of
completed
suicide and 10 suicide attempts, corresponding to 1.1% (completed
suicide)
and 0.7% (suicide attempt) of all cases for this period. For the
majority
of these events there is insufficient information to allow for an
assessment of the events or an underlying psychiatric condition seems to
be
a more likely contributing factor to the suicide or suicide attempt.
One
suicide attempt was found to have positive dechallenge/rechallenge,
indicating that this event was related to gabapentin.

From the cumulative safety review of gabapentin and suicide related
events,
also provided in the 2004-2005 ... that there were
approximately 40 cases ... 80 cases of suicide
attempt
identified from ... dy cases. One case
of                        ... re related to gabapentin

... vision finds there were 3 cases of
... tempt in this report for which
... ould be excluded. Although
... tant medications may have been

Pfizer_LKnapp_0062000

> **One**
> suicide attempt was found to have positive dechallenge/rechallenge,
> indicating that this event was related to gabapentin.

Ex. 97

# FDA Predicts Suicidal Behavior

FDA 1992 Clinical Trial Review

"[D]epression . . . may become worse and
require intervention or lead to suicide, as
it has resulted in some suicidal attempts."
(Ex. 5).

# FDA Prediction Comes True: Thousands of Attempts Hundreds of Suicides



QuickTime™ and a
decompressor
are needed to see this picture.

# Experts' Method Satisfies
# *Daubert* and *Frye*

Applied generally accepted methods to scientifically reliable evidence in a reliable way to the facts of the case.

Nothing novel about syndrome of depression or suicidal act, no newly minted technique was used, and the scientific evidence relied upon provides a proper foundation for their opinion that gabapentin has the general capacity to cause suicdiality.

# Defendants' Motion to Exclude Experts Should Be Denied