UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS MOTION RELATES TO:<br>ALL PRODUCT LIABILITY ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**NOTICE OF FILING OF SLIDES UTILIZED AT THE *DAUBERT/FRYE* HEARING**

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Pfizer Inc. and Warner-Lambert Company ("Defendants") file herewith the slides utilized by Defendants at the *Daubert/Frye* hearing on July 23, 2008.

Dated: August 7, 2008

Respectfully submitted,

DAVIS POLK & WARDWELL

By:  /s/James P. Rouhandeh
     James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

-and-

SHOOK, HARDY & BACON L.L.P.

By:  /s/Scott W. Sayler
     Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

HARE & CHAFFIN

By:  /s/David B. Chaffin
     David B. Chaffin

(BBO # 549245)
160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 7, 2008.

/s/David B. Chaffin