# Exhibit 1

# *Dr. Robert Gibbons*

---

July 23, 2008
Boston, Massachusetts

# No Signal For Half of Drugs Analyzed



Daniel Pine (Advisory Committee Member): "The last thing to say is that if we just think about the randomized controlled trial, I am very influenced by the fact that two thirds of the trials had no events in them whatsoever. And while different trials had different patient numbers we can safely say for the people who were studied in the data that we are basing our conclusions on, at least half of them this warning would be irrelevant to. So I am very concerned about unintended consequences. And it feels like taking a canon to an issue where we don't really have a clear, definite idea about what is the most appropriate action to take."

Source: Peripheral and Central Nervous System Drugs and the Psychopharmacologic Drugs Advisory Committee Hearing Transcript at 121-22 (July 10, 2008).

# FDA: Individualized Analysis Precludes Risk Finding



"Roy Twyman: [B]ut if you look at the compounds individually, could one draw the conclusion individually that compounds have a risk?  Or do you need the entire data set of all the AEDs put together in order to draw the conclusion that AEDs have a signal?"

Russell Katz: I would say we need the entire data set in this case"

Source: Peripheral and Central Nervous System Drugs and the Psychopharmacologic Drugs Advisory Committee Hearing Transcript at 63 (July 10, 2008).

# FDA Advisory Panel: Safety Analysis Differs From Using Scientific Method to Determine Causation



## Advisory Committee Member Sean Hennessy

"For a safety concern the conservative thing to do is to assume that all drugs in a particular class, and whether that be pharmacologic class or therapeutic class, share the same risk unless proven otherwise. That's a reasonable assumption to make in a safety context. But I think we should be clear that we are making an assumption and that we are not able to use scientific reasoning to make the inference that each one of those individual agents is -- has an increased risk. So we make an assumption from a public policy perspective of what we will do from the label.  But the data aren't -- I would say that the data aren't there for the individual drugs."

Source: Peripheral and Central Nervous System Drugs and the Psychopharmacologic Drugs Advisory Committee Hearing Transcript at 102 (July 10, 2008).

37

# FDA on Heterogeneity

## Dr. Russell Katz (July 10, 2008)

"[W]e have to recognize that we don't have any clear mechanistic understanding of the signal, which of course raises questions about the appropriateness of considering these drugs as a class for which results gained from several drugs should apply to all other members."

## Dr. Robert Temple (July 10, 2008)

"[W]e have no idea why this should be a common effect in all of the antiepileptic drugs because we don't know of a mechanistic explanation for this."

Source: Transcript of PCNS Advisory Committee Meeting at 6, 110 (July 10, 2008).

# Risk Difference for All 11 AEDs



Figure 4: Suicidal Behavior or Ideation Risk Difference Estimates, Placebo-Controlled Trials.

SOURCE: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 26 (May 23, 2008).

9