# Exhibit 2

# Dr. Charles Taylor

Direct Examination

July 23, 2008

1

# Plaintiffs' Experts' Biological Plausibility Theory Is Scientifically Flawed

1. Plaintiffs' experts contend elevated GABA leads to depression and suicidality, *but the science shows that lowered GABA is associated with those conditions.*

2. Plaintiffs' experts contend Neurontin is "GABAergic," *but science shows Neurontin has no GABA activity, no GABA target, and no GABA pharmacology.*

3. Plaintiffs' experts contend Neurontin reduces monoamine (e.g., serotonin) levels, *but both animal and human study data show it does not.*

2

# Depression Is Associated With *Reduced* GABA, Not Increased GABA

> B.I. Gold and colleagues (1980) reported that CSF GABA concentrations in depressed patients were significantly lower than in nondepressed control subjects; this finding has been replicated in several studies and found with GABA plasma concentrations as well (Petty and Schlesser 1981; Petty and Sherman 1984). Honig and colleagues (1989) directly measured GABA in brain tissue from patients undergoing cingulotomy for intractable depression and found that GABA concentration was inversely correlated with severity of depression. Additionally, healthy subjects who have a first-degree relative with a history of major depression appear to have lower plasma GABA levels than do subjects without a family history of major depression (Bjork et al. 2001). Healthy subjects who have a first-degree relative with a history of major depression also appear to show an inverse correlation between GABA levels and aggressiveness (Bjork et al. 2001). Of note, low levels of GABA are not specific to cases of depression or mania but are also seen in alcoholism (Petty 1994).

SOURCE: Schatzberg & Nemeroff, *Textbook of Psychopharmacology* 736 (3d ed. 2002).

3

# FDA Labeling: No GABAergic Activity and No GABA Molecular Target

**Neurontin® (gabapentin) Capsules**

particular, gabapentin prevents pain-related responses in several models of neuropathic pain in rats or mice (e.g. spinal nerve ligation models, streptozocin-induced diabetes model, spinal cord injury model, acute herpes zoster infection model). Gabapentin also decreases pain-related responses after peripheral inflammation (carrageenan footpad test, late phase of formalin test). Gabapentin did not alter immediate pain-related behaviors (rat tail flick test, formalin footpad acute phase, acetic acid abdominal constriction test, footpad heat irradiation test). The relevance of these models to human pain is not known.

The mechanism by which gabapentin exerts its anticonvulsant action is unknown, but in animal test systems designed to detect anticonvulsant activity, gabapentin prevents seizures as do other marketed anticonvulsants. Gabapentin exhibits antiseizure activity in mice and rats in both the maximal electroshock and pentylenetetrazole seizure models and other preclinical models (e.g., strains with genetic epilepsy, etc.). The relevance of these models to human epilepsy is not known.

Gabapentin is structurally related to the neurotransmitter GABA (gamma-aminobutyric acid) but it does not modify $GABA_A$ or $GABA_B$ radioligand binding, it is not converted metabolically into GABA or a GABA agonist, and it is not an inhibitor of GABA uptake or degradation. Gabapentin was tested in radioligand binding assays at concentrations up to 100 μM and did not exhibit affinity for a number of other common receptor sites, including benzodiazepine, glutamate, N-methyl-D-aspartate (NMDA), quisqualate, kainate, strychnine-insensitive or

> **Gabapentin is structurally related to the neurotransmitter GABA (gamma-aminobutyric acid) but it does not modify $GABA_A$ or $GABA_B$ radioligand binding, it is not converted metabolically into GABA or a GABA agonist, and it is not an inhibitor of GABA uptake or degradation.**

increased, bioavailability decreases. Bioavailability of gabapentin is approximately 60%, 47%, 34%, 33%, and 27% following 900, 1200, 2400, 3600, and 4800 mg/day given in 3 divided doses, respectively. Food has only a slight effect on the rate and extent of absorption of gabapentin (14% increase in AUC and $C_{max}$).

**Distribution:** Less than 3% of gabapentin circulates bound to plasma protein. The apparent volume of distribution of gabapentin after 150 mg intravenous administration is 58±6 L (Mean ±SD). In patients with epilepsy, steady-state predose ($C_{min}$) concentrations of gabapentin in cerebrospinal fluid were approximately 20% of the corresponding plasma concentrations.

2

4

Source: Neurontin Package Insert at 2 (Jan. 2007); Sayler July __ Decl., at Ex. 3.

# Neurontin Acts Only to Normalize Artificially-Stimulated Excess Monoamine Release



- Before artificial stimulation, Neurontin had no effect on norephinephrine release

- After artificial stimulation at 70 minutes, Neurontin modulated or normalized the stimulated excess monoamine release

- After artificial stimulation, Neurontin never lowered monoamine release below its baseline level

Source: Dooley et al (2000).

5