# Exhibit 3

# *Dr. Anthony Rothschild*

July 23, 2008
Boston, Massachusetts

- No controlled clinical trial data
- No human epidemiologic study or testing
- No independent testing by plaintiffs' experts
- No peer-reviewed literature supporting causation opinions
- No published case reports
- No published peer-reviewed support for plaintiffs' mechanism of action theory
- No conclusion from any scientific, medical, or regulatory body or organization
- No reliable methodology
    - Ignore contrary, more recent data
    - Rely on cherry-picked data
    - Draw conclusions study authors failed to reach

2

# Risk of Suicide in Patients with Epilepsy, Chronic Pain, Anxiety, and Bipolar Disorder



Source: Pfizer, Response to FDA (September 9, 2004), citing Source: D.A. Fishbain, "Association of Chronic Pain on Suicide," "4 Seminars of Clinical Neuropsychiatry," 221 (1999); L. Nilsson et al., "Risk Factors for Suicide in Epilepsy: A Case Control Study," 43 Epilepsia 644 (2002); A. Khan et al., "Suicide Risk in Patients with Anxiety Disorders: A Meta-Analysis of the FDA Database," 68 Journal of Affective Dsorders 183 (2002); L. Tondo et al., "Suicidal Behavior in Bipolar Disorder: Risk and Prevention," 17 CNS Drugs 491 (2003), Coronel Decl., Ex. 5.

3

# Dr. Blume: Controlled Trial Data "Not in the Picture"



Q. Justice Friedman: Excuse me. There's a difference, isn't there, between summarizing safety data and subjecting it to the kind of scientific scrutiny that would be required in order to draw conclusions as to causation? Is there not?



Dr. Blume: Well, yes. This represents the summaries that are required for industry in order to assess safety. But it's important to remember that despite what was said yesterday here, randomized clinical trials are not in the picture for Neurontin when assessing suicide.

Source: *Daubert/Frye* Hearing Transcript at 123:18-124:2.

4

# Dr. Trimble: Controlled Trial Data "Not Relevant"



Q. Professor Trimble, I just want to give you another chance on that. Is it your opinion as a scientist, that the incidence rates of completed suicide, suicide attempt and suicidal ideation from randomized, double blind, placebo-controlled clinical trials are not relevant to a causal assessment of whether the agent of interest, gabapentin, has a causal association with either of those three outcomes? Is that your opinion?
A. That is my opinion.

Source: Deposition of Michael Trimble at 256:11-19, Sayler Reply Decl, Ex. C.

5

# Dr. Kruszewski: Controlled-Trial Data Not Reviewed



Q. Is it your testimony, as you sit here today, Dr. Kruszewski, that you have not reviewed the controlled clinical trial data submitted to the FDA in 2006?
A. That is my testimony, that I do not recall having reviewed what data you're specifying.

Source: Deposition of Stefan Kruszewski at 597:3-9, Sayler Decl., Ex. 9.

# FDA: Need to Look at Controlled Trial Data

**Dr. Evelyn Mentari, FDA (July 10, 2008)**

"Patients with epilepsy and other illnesses for which antiepileptic drugs are prescribed are reported to have increased risk of suicidal behavior or ideation but risk estimates vary widely. **And without comparison to placebo treated subjects the background rate of suicidality events and the risk of suicidality attributable to drugs are unclear.**"

Source: Peripheral and Central Nervous System Drugs and the Psychopharmacologic Drugs Advisory Committee Hearing Transcript at 8 (July 10, 2008).

7

# Suicidal Subjects Not Excluded From Gabapentin Trials

The number of trials in which sponsors reported that subjects with current suicide risk were excluded is reported below; this information is listed by trial indication category (Table 9) and by drug (Table 10).

Table 9. Placebo-Controlled Trials Analyzed which Excluded Subjects with Current Suicide Risk by Trial Indication Category

| Indication Category | n (%) |
|---|---|
| Epilepsy (N=62) | 20 (32) |
| Psychiatric (N=56) | 39 (70) |
| Other (N=81) | 12 (15) |
| Total (N=199) | 71 (36) |

Table 10. Placebo-Controlled Trials Analyzed which Excluded Subjects with Current Suicide Risk by Drug

| Drug | n (%) |
|---|---|
| Carbamazepine (N=3) | 3 (100) |
| Divalproex Sodium (N=13) | 3 (23) |
| Felbamate (N=6) | 3 (50) |
| Gabapentin (N=28) | 1 (4) |
| Lamotrigine (N=27) | 23 (85) |
| Levetiracetam (N=21) | 11 (52) |
| Oxcarbazepine (N=10) | 10 (100) |
| Pregabalin (N=38) | 10 (26) |
| Tiagabine (N=6) | 3 (50) |
| Topiramate (N=42) | 4 (10) |
| Zonisamide (N=5) | 0 (0) |
| Total (N=199) | 71 (36) |

The majority of placebo-controlled trials analyzed excluded subjects who abuse alcohol or other drugs (Table 11). Table 12 lists the number of placebo-controlled trials which excluded subjects diagnosed with a personality disorder by trial indication category.

Table 11. Placebo-Controlled Trials Analyzed which Excluded Subjects with a History of Substance Abuse by Trial Indication Category

| Indication Category | n (%) |
|---|---|
| Epilepsy (N=62) | 57 (92) |
| Psychiatric (N=56) | 52 (93) |
| Other (N=81) | 68 (84) |
| Total (N=199) | 177 (89) |

22

Source: FDA Clinical Review: Antiepileptic Drugs and Suicidality at 22 (June 12, 2008).

# Dr. Kruszewski on McFarland Study



"Judge Saris: But what if you gave them nothing?
Dr. Kruszewski: There would still be a background risk.
Judge Saris: So are you better off with a placebo or are you better off with gabapentin?
Dr. Kruszewski: That's – let me think about that."

Source: *Daubert/Frye* Hearing Transcript at 277: 14-19.

15

# Dr. Trimble: No Peer-Reviewed Literature Demonstrating Neurontin Causes Suicide



"Q. And, Professor Trimble, isn't it true that in all of the peer-reviewed scientific literature in the world, there is not one scientific study that purports to say that it has demonstrated that Neurontin causes suicide?

A. Well, that is correct."

Source: *Daubert/Frye* Hearing Transcript at 56:13-24.

# No Peer-Reviewed Support For Dr. Kruszewski's Mechanism Theory



"Q. Cite to me one peer-reviewed scientific study that states – using any mechanism theory that you propose – that gabapentin causes suicide?

A. I cannot."

Source: Deposition of Stefan Kruszewski at 570:1-5, Sayler Decl., Ex. 9.

# FDA: Alert Not A Causation Finding



### FDA Amicus Brief (July 1, 2008)

"Thus, the posting of this Alert (or, in fact, any kind of alert about a drug and an adverse event) does not constitute a conclusion by FDA that the drugs subject to the Alert actually cause the adverse event in any particular population or caused a specific adverse event in a particular individual."

Source: Memorandum of the United States FDA As Amicus Curia, 04-10981, Doc. No. 1351, at 5 (July 1, 2008).

21

# Bradford-Hill Criteria

- Temporal relationship
- Strength of association
- Dose-response relationship
- Replication of results
- Biological plausibility
- Consideration of alternative explanations
- Cessation of exposure
- Specificity of association
- Consistency with other knowledge

Source: Reference Manual on Scientific Evidence at 375 (2d Ed. 2000); Sayler *Daubert* Decl., Ex. 12; Sayler *Frye* Aff., Ex. 12.

24

# FDA: No Clear Mechanism of Injury



Dr. Russell Katz, FDA (July 10, 2008)

"[W]e have to recognize that we don't have any clear mechanistic understanding of the signal, which of course raises questions about the appropriateness of considering these drugs as a class for which results gained from several drugs should apply to all other members."

Dr. Robert Temple, FDA (July 10, 2008)

"[W]e have no idea why this should be a common effect in all of the antiepileptic drugs because we don't know of a mechanistic explanation for this."

Source: Transcript of PCNS Advisory Committee Meeting at 6, 110 (July 10, 2008).

20

# No Peer-Reviewed Support For Dr. Kruszewski's Mechanism Theory



"Q. Cite to me one peer-reviewed scientific study that states – using any mechanism theory that you propose – that gabapentin causes suicide?

A. I cannot."

Source: Deposition of Stefan Kruszewski at 570:1-5, Sayler Decl., Ex. 9.

18