# Exhibit 4

# *Daubert / Frye* Motions

July 23, 2008
Boston, Massachusetts

# Plaintiffs' Experts' Biological Plausibility Theory Is Scientifically Flawed

1. Plaintiffs' premise that <u>elevated</u> GABA activity leads to depression and suicidality is <u>contradicted</u> by scientific knowledge on the relationship between GABA activity and those conditions.

2. Even if plaintiff's premise were correct, plaintiffs' experts have presented no scientific proof that Neurontin increases GABA <u>activity</u> in humans.

3. Plaintiffs have provided <u>no reliable scientific evidence that Neurontin reduces serotonin levels or function in humans.</u>  Human study data establishes it does not.

# Depression Is Associated With <u>Reduced</u>—<u>Not Elevated</u>—GABA Activity In Humans



"B.I. Gold and colleagues (1980) reported that CSF GABA concentrations in depressed patients were significantly lower than in nondepressed control subjects; this finding has been replicated in several studies and found with GABA plasma concentrations as well (Petty and Schlesser 1981; Petty and Sherman 1984). Honig and colleagues (1989) directly measured GABA in brain tissue from patients undergoing cingulotomy for intractable depression and found that GABA concentration was inversely correlated with severity of depression. Additionally, healthy subjects who have a first-degree relative with a history of major depression appear to have lower plasma GABA levels than do subjects without a family history of major depression (Bjork et al. 2001).  Healthy subjects who have a first-degree relative with a history of major depression also appear to show an inverse correlation between GABA levels and aggressiveness (Bjork et al. 2001)."

Source: Schatzberg & Nemeroff, American Psychiatric Association Textbook of Psychopharmacology 736 (3d ed. 2004) (summarizing peer-reviewed literature).

# Agents and Therapies That <u>Treat</u> Depression Are Known To <u>Increase</u> GABA Levels

- **Electroconvulsive Therapy (ECT)**

  - Sanacora et al., *Increased Cortical GABA Concentrations in Depressed Patients Receiving ECT*, 160 Am. J. Psychiatry 577, 577 (2003); Sayler *Daubert* Decl., Ex. 48; Sayler *Frye* Aff., Ex. 48.

- **Antidepressant Medications (SSRIs)**

  -Bhagwager et al., *Increased Brain GABA Concentrations Following Acute Administration of a Selective Serotonin Reuptake Inhibitor*, 161 Am. J. Psychiatry 368, 369 (2004).

  -Sanacora et al., *Increased Occipital Cortex GABA concentrations in Depressed Patients After Therapy with Selective Serotonin Reuptake Inhibitors*, 159 Am. J. Psychiatry 663, 663 (2002); Sayler *Daubert* Decl., Ex. 49; Sayler *Frye* Aff., Ex. 49.

- **Yoga**

  - Streeter et al., *Yoga Asana Sessions Increase Brain GABA Levels: A Pilot Study*, 13 J. Alternative & Complementary Med. 419, 419 (2007); Sayler *Daubert* Decl., Ex. 47; Sayler *Frye* Aff., Ex. 47.

# Yoga Increases GABA

THE JOURNAL OF ALTERNATIVE AND COMPLEMENTARY MEDICINE
Volume 13, Number 4, 2007, pp. 419–426
© Mary Ann Liebert, Inc.
DOI: 10.1089/acm.2007.6338

### Yoga Asana Sessions Increase Brain GABA Levels:
### A Pilot Study

CHRIS C. STREETER, M.D.,[1-3] J. ERIC JENSEN, Ph.D.,[2,3] RUTH M. PERLMUTTER, B.S.,[1]
HOWARD J. CABRAL, Ph.D.,[4] HUA TIAN, M.S.,[1] DEVIN B. TERHUNE, M.Sc.,[1]
DOMENIC A. CIRAULO, M.D.,[1,3,5] and PERRY F. RENSHAW, M.D.[2,3]

ABSTRACT

Objectives: The aim of this study was to compare changes in brain γ-aminobutyric (GABA) levels associated with an acute yoga session versus a reading session. It was hypothesized that an individual yoga session would be associated with an increase in brain GABA levels.
Design: This is a parallel-groups design.
Settings/location: Screenings, scan acquisitions, and interventions took place at medical school–affiliated centers.
Subjects: The sample comprised 8 yoga practitioners and 11 comparison subjects.
Interventions: Yoga practitioners completed a 60-minute yoga session and comparison subjects completed a 60-minute reading session.
Outcome measures: GABA-to-creatine ratios were measured in a 2-cm axial slab using magnetic resonance spectroscopic imaging immediately prior to and immediately after interventions.
Results: There was a 27% increase in GABA levels in the yoga practitioner group after the yoga session (0.20 mmol/kg) but no change in the comparison subject group after the reading session (−0.001 mmol/kg) (t = −2.99, df = 7.87, p = 0.018).
Conclusions: These findings demonstrate that in experienced yoga practitioners, brain GABA levels increase after a session of yoga. This suggests that the practice of yoga should be explored as a treatment for disorders with low GABA levels such as depression and anxiety disorders. Future studies should compare yoga to other forms of exercise to help determine whether yoga or exercise alone can alter GABA levels.

INTRODUCTION

The practice of yoga includes postures (asanas), breathing methods (pranayama), chanting, and meditation (dhyana).[1,2] As the use of these techniques increases, it is important that possible mechanisms underlying the effects of these practices be elucidated.[3] Yoga has shown promise in improving symptoms associated with depression, anxiety disorders, and epilepsy.[4-10] These disorders are associated with low γ-aminobutyric acid (GABA) states and are effectively treated with pharmacologic agents that increase the activity of the GABA system.[11-15] We hypothesize that the ability of yoga to decrease symptoms in these disorders is in part mediated through the GABA system and that such

[1]Division of Psychiatry, Boston University School of Medicine, Boston, MA.
[2]McLean Hospital, Belmont, MA.
[3]Department of Psychiatry, Harvard Medical School, Boston, MA.
[4]Department of Biostatistics, Boston University School of Public Health, Boston, MA.
[5]Boston V.A. Healthcare System, Boston, MA.

419

Conclusions: These findings demonstrate that in experienced yoga practitioners, brain GABA levels increase after a session of yoga. This suggests that the practice of yoga should be explored as a treatment for disorders with low GABA levels such as depression and anxiety disorders.

Source: Streeter et al., *Yoga Asana Sessions Increase Brain GABA Levels: A Pilot Study*, 13 J. Alternative & Complementary Med. 419, 419 (2007); Sayler *Daubert* Decl., Ex. 47; Sayler *Frye* Aff., Ex. 47.

# Plaintiffs' Experts' Biological Plausibility Theory Is Scientifically Flawed

1. Plaintiffs' premise that <u>elevated</u> GABA activity leads to depression and suicidality is <u>contradicted</u> by scientific knowledge on the relationship between GABA activity and those conditions.

2. Even if plaintiff's premise were correct, plaintiffs' experts have presented no scientific proof that Neurontin increases GABA <u>activity</u> in humans.

3. Plaintiffs have provided <u>no reliable scientific evidence that Neurontin reduces serotonin levels or function in humans.</u>  Human study data establishes it does not.

# The Petroff and Kuzniecky Studies Did Not Measure Whether Neurontin Increases Extra-Cellular GABA <u>Activity</u>





- Measured only whole brain or total-tissue GABA levels (intra-cellular and extra-cellular)

- Did not assess or measure whether Neurontin increases extra-cellular GABA activity

Sources: Petroff et al., *Effects of Gabapentin on Brain GABA, Homocarnosine and Pyrrolidinone in Epilepsy Patients*, 41 Epilepsia 675 (2000); Sayler *Daubert* Decl., Ex. 43; Sayler *Frye* Aff., Ex. 43; Kuzniecky et al., *Modulation of Cerebral GABA by Topiramate, Lamotrigine and Gabapentin in Healthy Adults*, 58 Neurology 368 (2002); Sayler *Daubert* Decl., Ex. 44; Sayler *Frye* Aff., Ex. 44.

# Dr. Kruszewski Testified That the <u>Effect</u> Of Whole-Brain GABA Increase Has Not Been Studied



"It's also—if I can add something for the Court because I think this question will continue to arise.  The studies that were addressed by Professor Trimble yesterday and the studies that I also relied upon are primarily the Petroff studies and the Kuzniecky studies from the University of Alabama, and those studies both do the same thing: They basically give individuals gabapentin, and they show an increase in whole-brain GABA.  The ultimate effect of how that interacts with monoamine neurotransmitters, that work has yet to be done."

Source: *Daubert/Frye* Hearing Transcript at 243:20-244:9.

# Human Studies Establish that Neurontin Does Not Change Extra-Cellular Levels of GABA (i.e., Does Not Increase GABA Activity)



After a single dose of Neurontin, "[f]ree and total GABA concentrations did not change…" [1]

After three months administration of Neurontin, "[c]erebrospinal fluid (CSF) was analyzed for concentrations of GBP, amino acids including GABA, homovanillic acid (HVA) and 5 hydroxyindoleacetic acid (5-HIAA). The results indicate that there were no changes in the selected amino acids, HVA or 5-HIAA after GBP treatment." [2]

[1] Ben-Menachem et al., *Selected CSF Biochemistry and Gabapentin Concentrations in the CSF and Plasma in Patients with Partial Seizures After a Single Oral Dose of Gabapentin,* 11 Epilepsy Res. 45 (abstract) (1992); Sayler *Daubert* Decl., Ex. 54; Sayler *Frye* Aff., Ex. 54.

[2] Ben-Menachem et al., *Seizure Frequency and CSF Parameters in a Double-Blind Placebo Controlled Trial of Gabapentin in Patients with Intractable Complex Partial Seizures*, 21 Epilepsy Res. 231 (abstract) (1995); Sayler *Daubert* Decl., Ex. 53; Sayler *Frye* Aff., Ex. 53.

# Plaintiffs' Expert Dr. Trimble On Neurontin's Mechanism of Action



"Gabapentin [Neurontin] has a novel mechanism of action, not influencing directly the GABA system, and having its own CNS binding site."

Source:  Michael Trimble, Biological Psychiatry at 368 (1996), Sayler *Daubert* Decl., Ex. 29; Sayler *Frye* Aff., Ex. 29.

# FDA-Required Neurontin Labeling: Neurontin Is Structurally Similar To GABA But Is <u>Not</u> GABAergic



"Gabapentin is structurally related to the neurotransmitter GABA (gamma-aminobutyric acid) but it does not modify $GABA_A$ or $GABA_B$ radioligand binding, it is not converted metabolically into GABA or a GABA agonist, and it is not an inhibitor of GABA uptake or degradation."

Source: Neurontin Package Insert at 2 (Jan. 2007).

# Plaintiffs' Experts' Biological Plausibility Theory Is Scientifically Flawed

1. Plaintiffs' premise that <u>elevated</u> GABA activity leads to depression and suicidality is <u>contradicted</u> by scientific knowledge on the relationship between GABA activity and those conditions.

2. Even if plaintiff's premise were correct, plaintiffs' experts have presented no scientific proof that Neurontin increases GABA <u>activity</u> in humans.

3. Plaintiffs have provided <u>no reliable scientific evidence that Neurontin reduces serotonin levels or function in humans.</u>  Human study data establishes it does not.

# Short-Term and Long-Term Use of Neurontin Does Not Lower Serotonin Levels in Humans



"After a single dose of Neurontin, [f]ree and total GABA concentrations did not change, but CSF 5-HIAA and HVA increased at 24 and 72h post dose." [1]

"After three months administration of Neurontin, [c]erebrospinal fluid (CSF) was analyzed for concentrations of GBP, amino acids including GABA, homovanillic acid (HVA) and 5 hydroxyindoleacetic acid (5-HIAA). The results indicate that there were no changes in the selected amino acids, HVA or 5-HIAA after GBP treatment." [2]

[1] Ben-Menachem et al., *Selected CSF Biochemistry and Gabapentin Concentrations in the CSF and Plasma in Patients with Partial Seizures After a Single Oral Dose of Gabapentin,* 11 Epilepsy Res. 45 (abstract) (1992); Sayler *Daubert* Decl., Ex. 54; Sayler *Frye* Aff., Ex. 54.

[2] Ben-Menachem et al., *Seizure Frequency and CSF Parameters in a Double-Blind Placebo Controlled Trial of Gabapentin in Patients with Intractable Complex Partial Seizures,* 21 Epilepsy Res. 231 (abstract) (1995); Sayler *Daubert* Decl., Ex. 53; Sayler *Frye* Aff., Ex. 53.

# Animal Studies Show Neurontin Has No Effect On Basal Monoamine Levels; Acts Only to Modulate Or Normalize Artificially Stimulated Excess Monoamine Release



• Before artificial stimulation, Neurontin had no effect on monoamine release.

• After artificial stimulation at 70 minutes, Neurontin modulated or normalized monoamine release.

• Neurontin never lowered monoamine release below basal levels.

Source: Dooley et al., *Stimulus-Dependent Modulation of [³H]Norepinephrine Release from Rat Neocortical Slices by Gabapentin and Pregabalin*, 295 J. Pharmacology & Experimental Therapeutics 1086, 1089, Figure 3 (2000).

# Biologic Plausibility Is Insufficient Proof of General Causation

"While [the expert's] biological theory may be exactly right, at this point it is merely plausible, not proven, and biological possibility is not proof of causation. . . . When a theory has not been verified by testing, it obviously has not been peer-reviewed. Without verification, [the] theory remains an educated guess."

*In re Accutane Prods. Liab.*, 511 F. Supp. 2d 1288, 1296 (M.D. Fla. 2007).

# Biologic Plausibility Is Irrelevant In the Absence Of a Statistically Significant Association

"[T]here is insufficient statistical evidence to support any conclusion that Celebrex is capable of causing CV problems at 200 mg/d. So, at least with respect to that category of cases, the Fitzgerald Hypothesis [a biological mechanism of injury theory] is <u>irrelevant</u>. <u>Without proof of an association, the hypothesis is inadmissible</u>."

*In re Bextra & Celebrex Prod. Liab. Litig.*, No. 762000/2006, 2008 N.Y. Misc. LEXIS 720, at *47 (Sup. Ct. N.Y. Co. Jan 7, 2008).

# Neurontin Placebo-Controlled Clinical Trial Data



| Category | Gabapentin (N=5194) N (%) | Placebo (N=2682) N (%) |
|---|---|---|
| Completed Suicide (code 1) | 0 (0.000) | 0 (0.000) |
| Suicide Attempt (code 2) | 0 (0.000) | 0 (0.000) |
| Preparatory acts toward imminent suicidal behavior (code 3) | 0 (0.000) | 0 (0.000) |
| Suicidal ideation (code 5) | 2 (0.039%) | 1 (0.037%) |
| Total | 0.039% | 0.037% |

Source: Pfizer Submission to FDA at 4 (June 22, 2006), Coronel Decl., Ex. 5.

# Neurontin Placebo-Controlled Clinical Trial Data Do Not Demonstrate a Statistically Significant Association Between Neurontin and Suicidality



Figure 4: Suicidal Behavior or Ideation Risk Difference Estimates, Placebo-Controlled Trials.

Source:  FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 26, Figure 4 (published June 11, 2008).

# FDA Statistical Review:
# Cases of Suicidal Behavior or Thinking



Source: FDA, Statistical Review and Evaluation: Antiepileptic Drugs & Suicidality, p. 24, Figure 2 (published June 11, 2008).

# Comparison of Odds Ratios



Source: Based on FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 24 (published June 11, 2008).

# FDA: Odds Ratios of "GABAergic and GABAmimetic" Drugs



Source: Based on FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 32, Figure 7 (published June 11, 2008).

# FDA Review: Takeaway Points

1. Critical difference between Neurontin data and AED pooled data: Neurontin data <u>do not</u> demonstrate a statistically significant increased risk; FDA reviews state the AED pooled data <u>do</u> demonstrate a statistically significant increased risk of suicidal behavior or thinking.

2. Pooling the Neurontin data with data from different AEDs does <u>not</u> change the Neurontin data.

3. No causality finding by FDA specific to Neurontin.

4. FDA Statistical Review clarifies that the increased risk in the pooled data is <u>not</u> attributable to Neurontin, but is attributable to data from two drugs—Lamotrigine and Topiramate.

# Plaintiffs' Expert Dr. Greenland On Meta-Analysis

**"A major problem is that . . . meta-analysis can give a false impression of consistency across study results."**

Source: Kenneth Rothman & Sander Greenland, *Modern Epidemiology* 644 (2d ed. 1998).

# Plaintiffs' Expert Dr. Greenland On Meta-Analysis

## "A common objection to meta-analytic summaries is that they combine results from studies of disparate quality."

Source: Sander Greenland & Keith O'Rourke, *On the Bias Produced By Quality Score in Meta-analysis and a Hierarchical View of a Proposed Solution*, 2 Biostatistics, 463, 463 (2001).

# Plaintiffs' Expert Dr. Greenland On Meta-Analysis

"[M]eta-analyses that ignore heterogeneity should indeed be banned from publication, if only because they violate sound statistical and scientific practice."

Source: Sander Greenland, "Can Meta-analysis Be Salvaged," 140 Am. J. Epidemiology 783, 785 (1994), Sayler *Daubert* Reply Decl., Ex. E; Sayler *Frye* Reply Aff., Ex. E.

# Plaintiffs' Expert Dr. Greenland On Meta-Analysis

## "Exclusion of studies [from meta-analysis] is a controversial practice."

Source: Kenneth Rothman & Sander Greenland, *Modern Epidemiology* 670 (2d ed. 1998).

# Plaintiffs' Expert Dr. Greenland
# On Meta-Analysis

## "Any decision to exclude a study should not be based on the study results."

Source: Kenneth Rothman & Sander Greenland, *Modern Epidemiology* 670 (2d ed. 1998).

# Class-wide Analysis Is Unreliable Proof of General Causation

"The court is troubled by Dr. Bennett's testimony that the theory is premised on a biological effect of COX-2 inhibitors as a class, instead of identifying the effect of specific COX-2s, since he also testified that Vioxx, Celebrex and Bextra "are different drugs, and they are different biochemically, " and he explained that biochemical differences in drugs relate to different potencies.  Accordingly, any use of this theory to establish causation would have to be tailored to Celebrex, as opposed to a different COX-2 or Cox-2s in general."

*In re Bextra & Celebrex Prods Liab. Litig.,* No. 762000/2006, 2008 N.Y. Misc. LEXIS 720, at *46 (Sup. Ct. N.Y. Co. Jan 7, 2008) (internal citations omitted).

# FDA Advisory Panel: Safety Analysis Differs From Using Scientific Method to Determine Causation



Advisory Committee Member Sean Hennessy: "For a safety concern the conservative thing to do is to assume that all drugs in a particular class, and whether that be pharmacologic class or therapeutic class, share the same risk unless proven otherwise. That's a reasonable assumption to make in a safety context. But I think we should be clear that we are making an assumption and that we are not able to use scientific reasoning to make the inference that each one of those individual agents is -- has an increased risk. So we make an assumption from a public policy perspective of what we will do from the label.  But the data aren't -- I would say that the data aren't there for the individual drugs."

Source: Peripheral and Central Nervous System Drugs and the Psychopharmacologic Drugs Advisory Committee Hearing Transcript at 102 (July 10, 2008).

# Suicide and Attempted Suicide Rates: Untreated Bipolar Patients, Lithium-Treated and Neurontin-Treated



Collins, J.C., McFarland, B.H., *Divalproex, Lithium and Suicide Among Medicaid Patients with Bipolar Disorder,* J. Affect. Disord. at 1-2, table 2 (2007) (e-publication, forthcoming in print), *available at* doi:10.1016/j.jad.2007.07.014, Sayler Daubert Decl., Ex. 18; Sayler Frye Aff., Ex. 18

# Plaintiffs' Experts' Theory Can Be Tested

**Dr. Blume:**

**Q.  What studies do you contend that Pfizer should have conducted to—to assess the relationship between Neurontin and suicide?**

**A.  Well, if one can't do a placebo control or active controlled study, one certainly needs to rely on the variety of ways one can look at available databases, be it case series or cohort's series of studies to look at large databases, and either prospectively or retrospectively examine the adverse event of interest compared with matched controls.  I mean similar to, for example, Collins and McFarland did a—did a study along that line.**

Source:  Deposition of Dr. Blume at 337:9-22 (Nov. 13, 2007); Sayler Decl., Ex. 5

# Plaintiffs Bear the Burden of Establishing General Causation

"[P]laintiffs complain that the evidence of harm at 200 mg/d <u>does not exist because Pfizer did not initiate long term randomized trials at such dose</u>. . . . Plaintiffs cite no case, however, that suggests that they can satisfy their burden of proof based on a lack of evidence; <u>plaintiffs filed these lawsuits and plaintiffs carry the burden of proving today based on currently available scientific evidence</u> that Celebrex can cause heart attacks or strokes at 200 mg/d."

*In re Bextra and Celebrex*, 524 F. Supp. 2d 1166, 1181 (N.D. Cal. 2008).

# Plaintiffs Bear the Burden of Establishing General Causation

"Plaintiff also argues that she should not be required to produce epidemiological studies since Pfizer has not produced any such studies.  <u>Whether Pfizer has conducted any studies is irrelevant to the present motion as it is Plaintiff who bears the burden of establishing the admissibility of Dr. Johnstone's testimony regarding general causation.</u>"

*Cloud v. Pfizer Inc.*, 198 F. Supp. 2d 1118, 1134 n.8 (D. Ariz. 2001).

# *Lynch v. Merrell-National Laboratories,*
# 830 F.3d 1190 (1st Cir. 1987)

- No epidemiologic studies showed an association between Bendectin and birth defects. *Id.* at 1194

- Plaintiffs' expert offered opinion "that Bendectin could cause limb reduction on the basis of *in vivo* animal studies, *in vitro* animal studies, and the study of 'analogous' chemicals." *Id.*

- Held: "Studies of this sort, singly or in combination, do not have the capability of proving causation in human beings in the absence of any confirmatory epidemiological data." *Id.*

- "Without such a study [affirmative epidemiologic evidence] there is nothing on which expert opinion on Bendectin as a cause may be based.  The plaintiffs offered no new study." *Id.*

# *In re Bextra & Celebrex Products Liability Litig.*, 2008 N.Y. Misc. LEXIS 720 (Sup. Ct. N.Y. Co. Jan. 7, 2008)

- Held:  Without statistically significant epidemiologic evidence of an association between Celebrex 200mg/day and heart attack or stroke, plaintiffs' experts' 200 mg/day general causation opinions were excluded, notwithstanding experts' claimed reliance on:

    – An Advisory Committee recommendation and an FDA-imposed black box warning ("CELEBREX may cause an increased risk of serious cardiovascular thrombotic events, myocardial infarction, and stroke, which can be fatal.");

    – Plaintiffs' experts' claim of clinical trial evidence of a class-wide risk;

    – A biological plausibility hypothesis.

# Keith Altman's Proportional Reporting Rate (PRR) Analysis Is Unreliable

"Even readers with only a casual understanding of statistics can recognize that this evidence does not speak to the issue of causation, and therefore cannot create a genuine issue of causation, and therefore cannot create a genuine issue of material fact. Indeed, proportional reporting rate analyses are incomplete and often misleading because they do not show the total distribution of reports."

Held: Mr. Altman's PRR analysis is inadmissible, as it "conceals too much to speak directly to the issue of causation."

*In re Meridia Prods. Liab. Litig.,* 328 F. Supp. 791, 808 (N.D. Ohio 2004).

# Rates of Depression Reported as an Adverse Event in Neurontin Placebo-Controlled Neuropathy and Epilepsy Clinical Trials

## FDA Clinical Review: Treatment Emergent Adverse Events, Neuropathy and Epilepsy Add-on Studies



| | All Neuropathy GPN N=820 | Neuropathy Placebo N=537 | Epilepsy GPN N=543 | Epilepsy Placebo N=378 |
|---|---|---|---|---|
| Depression | 1.3% | 2.2% | 1.8% | 1.1% |

### Combined Studies

| | Neurontin N=1363 | Placebo N=915 |
|---|---|---|
| Depression | 1.5% | 1.7% |

Source:  FDA's Clinical Review at p. 77, Table 7.20 (May 24, 2002).

# Neurontin Placebo-Controlled Epilepsy Trials: Psychobiologic Adverse Events

TABLE 8. Summary of Body System Frequency for All Adverse Events in Placebo-Controlled Add-On Therapy Studies, by Treatment Group
(% of Patients)

| Body System | Placebo | | Gabapentin (mg/day)[a] | | | | | | | | | |
| | | | 600 | | 900 | | 1200 | | 1800 | | Total | |
| | NDA N = 307 | SU N = 378 | NDA N = 53 | SU N = 53 | NDA N = 147 | SU N = 147 | NDA N = 231 | SU N = 265 | NDA N = 54 | SU N = 54 | NDA N = 485 | SU N = 543 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Body as a Whole | 20.5 | 20.9 | 41.5 | 41.5 | 18.4 | 18.4 | 27.7 | 27.3 | 46.3 | 46.3 | 28.5 | 28.2 |
| Cardiovascular System | 1.0 | 1.1 | 1.9 | 1.9 | 4.1 | 4.1 | 3.0 | 2.4 | 3.7 | 3.7 | 3.3 | 2.9 |
| Digestive System | 14.7 | 13.0 | 26.5 | 24.5 | 11.6 | 11.6 | 18.2 | 16.3 | 27.8 | 27.8 | 17.9 | 16.9 |
| Hemic and Lymphatic Systems | 0.3 | 1.1 | 0.0 | 0.0 | 3.4 | 3.4 | 1.3 | 2.1 | 5.6 | 5.6 | 2.3 | 2.6 |
| Musculoskeletal System | 2.9 | 3.4 | 3.8 | 2.6 | 2.7 | 2.7 | 3.0 | 3.8 | 7.4 | 7.4 | 3.5 | 3.9 |
| Nervous System | 30.0 | 29.4 | 50.9 | 50.9 | 44.2 | 44.2 | 49.4 | 46.7 | 63.0 | 63.0 | 49.6 | 47.5 |
| Psychobiologic Function | 8.8 | 9.0 | 11.3 | 11.3 | 6.8 | 6.8 | 5.6 | 7.6 | 13.0 | 13.0 | 7.4 | 8.3 |
| Respiratory System | 6.5 | 6.3 | 17.0 | 17.0 | 3.4 | 3.4 | 11.3 | 9.7 | 22.2 | 22.2 | 10.7 | 9.9 |
| Skin and Appendages | 9.4 | 9.0 | 13.2 | 13.2 | 5.4 | 5.4 | 11.7 | 11.1 | 13.0 | 13.0 | 10.1 | 9.9 |
| Urogenital System | 4.8 | 4.0 | 3.8 | 3.8 | 4.8 | 4.8 | 3.9 | 3.1 | 7.4 | 7.4 | 4.5 | 4.1 |
| Special Senses | 6.2 | 6.1 | 22.6 | 22.6 | 6.8 | 6.8 | 15.2 | 14.2 | 11.1 | 11.1 | 13.6 | 13.3 |
| Laboratory Deviations | 3.3 | 3.2 | 3.8 | 3.8 | 9.6 | 9.5 | 3.5 | 4.2 | 11.1 | 11.1 | 6.2 | 6.3 |
| Total Percent of Patients With an Adverse Event | 56.7 | 56.6 | 86.8 | 86.8 | 68.0 | 68.0 | 75.3 | 73.7 | 90.7 | 90.7 | 76.1 | 75.1 |

[a] Dosages of 600 and 1800 mg/day were used only in US studies, 900 mg/day was used only in non-US studies, and 1200 mg/day was used in both US and non-US studies.

PR-REG 720-03079 Gabapentin    30

| Body System | Placebo | Gabapentin Total |
|---|---|---|
| Psychobiologic Function | **9.0%** | **8.3%** |

Source: First Safety Update at p. 30, table 8.

## *Daubert* Reliability Factors:

- Tested
- Rate of Error
- General Acceptance
- Peer Review and Publication

## Additional Reliability Factors:

- Opinion Developed for Litigation
- Unjustifiable Extrapolation
- Obvious Alternative Explanations

## *Frye Standard*: General Acceptance

- "[I]t is plaintiff's burden to show that his or her expert's <u>theory is generally accepted in the relevant community</u>." *Marso v. Novak*, 42 A.D.3d 377, 378 (1st Dep't 2007).

- *Frye* asks whether "accepted techniques, when properly performed, generate <u>results accepted as reliable within the scientific community generally</u>." *Parker v. Mobil Oil Corp.*, 7 N.Y.3d 434, 446 (2006).