UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------------------x
                                                               :    MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                                  :
         SALES PRACTICES AND                                   :    Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                         :
                                                               :    Judge Patti B. Saris
---------------------------------------------------------------x
                                                               :    Magistrate Judge Leo T. Sorokin
                                                               :
THIS DOCUMENT RELATES TO:                                      :
                                                               :
Bulger v. Pfizer Inc., et al., C.A. No. 07-11426-PBS           :
                                                               :
---------------------------------------------------------------x
```

**DECLARATION OF ELEANOR L. POLIMENI IN RESPONSE TO ORDER
ON DEFENDANT'S MOTION TO COMPEL PRODUCTION OF MEDICAL
INFORMATION AND AUTHORIZATIONS DATED AUGUST 1, 2008**

I, Eleanor L. Polimeni, declare under penalty of perjury as follows:

1.  I am a partner with the law firm of Finkelstein & Partners, LLP, co-counsel for Plaintiff Ronald J. Bulger, Sr., and Liaison Counsel for the Products Liability Plaintiffs' Steering Committee.

2.  Pursuant to the Order on Defendant's Motion to Compel Production of Medical Information and Authorizations, dated August 1, 2008, ECF Doc. # 1371, attached hereto as Exhibit A is a list of the names and addresses of the health care providers for Plaintiff Ronald J. Bulger, including substance abuse treatment providers and social service providers, for the twelve-month period prior to Mrs. Bulger's suicide.

Dated: August 7, 2008

                                                **/s/ Eleanor L. Polimeni**
                                                Eleanor L. Polimeni
                                                FINKELSTEIN & PARTNERS, LLP
                                                Co-Counsel for Plaintiff Ronald J. Bulger, Sr.
                                                1279 Route 300, P.O. Box 1111
                                                Newburgh, NY  12551
                                                Tel.: 800-634-1212
                                                Fax:  845-562-3492

## CERTIFICATE OF SERVICE

    I hereby certify that the unsealed portion of this document has been filed through the ECF system and served pursuant to Case Management Order No. 3 on August 7, 2008, and the sealed portion has been served by overnight delivery on counsel for Defendants.

                                                /s/ Eleanor L. Polimeni
                                                Eleanor L. Polimeni, Esquire