UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629
Master File No. 04-10981

Judge Patti B. Saris
Mag. Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:

*Brook v. Pfizer, et al.*, CA No. 07-10857

---

# CERTIFICATE OF SERVICE OF REPORT AND RECOMMENDATION ON MOTION TO DISMISS ON PLAINTIFF SUSAN BROOK

I hereby certify that pursuant to the Report and Recommendation on Motion to Dismiss, dated August 4, 2008, ECF Doc. # 1374, a copy of the attached Report and Recommendation has been served by First Class Mail, on August 8, 2008, on Plaintiff Susan Brook at her last known address:

Susan Brook
4035 120 Avenue N.
West Palm Beach, FL  33411

Dated:   August 8, 2008

*Products Liability Plaintiffs'*
*Liaison Counsel*

 /s/ Eleanor L. Polimeni
Eleanor L. Polimeni
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
800-634-1212