# GREENE & HOFFMAN
PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

FACSIMILE
(617) 261-3558
EMAIL
office@greenehoffman.com

33 BROAD STREET, 5TH FLOOR
BOSTON, MASSACHUSETTS 02109
(617) 261-0040
www.greenehoffman.com

August 8, 2008

BY FIRST CLASS MAIL
& FAX: (212) 450-3835

James P. Rouhandeh, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re:  **In re Neurontin Marketing, Sales Practices, and Products Liability Litigation, MDL Docket No. 1629, Master File No. 04-10981-PBS (D. Mass)**

Dear Mr. Rouhandeh:

Pursuant to the Stipulated Protective Order entered by Judge Patti B. Saris on January 10, 2005 (Docket No. 27), and the Amended Stipulated Protective Order (Docket No. 744), endorsed by Judge Patti Saris on May 11, 2007 (collectively, the "Protective Orders"), Class Plaintiffs hereby object to and challenge confidentiality designations for the documents described below. These documents fall into the following three categories:

1. **Bates Stamped Documents**

Pfizer has produced the following bates stamped documents, all of which contain a confidentiality legend:

| | |
|---|---|
| MDL_SM_01136 | PFIZER_JMARINO_0000088 |
| MDL_VENDORS_007480 | PFIZER_JMARINO_0000185 |
| MDL_VENDORS_008413 | PFIZER_JSU_0030135 |
| MDL_VENDORS_068595 | PFIZER_LALPHS_0059706 |
| MDL_VENDORS_068601 | PFIZER_LCASTRO_0001527 |
| MDL_VENDORS_101127 | PFIZER_LCASTRO_0003662 |
| MDL_VENDORS_111010 | PFIZER_LCASTRO_0011563 |
| PFIZER_BPARSONS_0000073 | PFIZER_LESLIETIVE_0013803 |
| PFIZER_BPARSONS_0030122 | PFIZER_LESLIETIVE_0013878 |
| PFIZER_CTAYLOR_0032941 | PFIZER_LESLIETIVE_0020631 |
| PFIZER_CWOHLHUTER_0010658 | PFIZER_LESLIETIVE_0020840 |

Letter to James P. Rouhandeh, Esq.
Re: In re Neurontin Marketing, Sales Practices, and Products Liability Litigation,
MDL Docket No. 1629, Master File No. 04-10981-PBS (D. Mass)
Dated: August 8, 2008
Page 2

| | |
|---|---|
| PFIZER_LESLIETIVE_0020880 | WLC_FRANKLIN_0000056025 |
| PFIZER_LESLIETIVE_0020922 | WLC_FRANKLIN_0000056218 |
| PFIZER_LKNAPP_0009259 | WLC_FRANKLIN_0000056311 |
| PFIZER_LKNAPP_0070537 | WLC_FRANKLIN_0000056596 |
| PFIZER_LLAMOREAUX_0025272 | WLC_FRANKLIN_0000062102 |
| PFIZER_MDL_0000452 | WLC_FRANKLIN_0000062105 |
| PFIZER_MDL_0002957 | WLC_FRANKLIN_0000062114 |
| PFIZER_MDL_0002978 | WLC_FRANKLIN_0000062667 |
| PFIZER_MPATEL_0000415 | WLC_FRANKLIN_0000062679 |
| PFIZER_MPATEL_0077867 | WLC_FRANKLIN_0000069499 |
| PFIZER_MPATEL_0202485 | WLC_FRANKLIN_0000081254 |
| PFIZER_MPATEL_0203692 | WLC_FRANKLIN_0000081633 |
| PFIZER_RGLANZMAN_0000650 | WLC_FRANKLIN_0000081644 |
| PFIZER_RGLANZMAN_0039917 | WLC_FRANKLIN_0000082605 |
| PFIZER_RGLANZMAN_0040034 | WLC_FRANKLIN_0000082611 |
| PFIZER_RGLANZMAN_0090432 | WLC_FRANKLIN_0000082618 |
| PFIZER_SDOFT_0022512 | WLC_FRANKLIN_0000082624 |
| PFIZER_SDOFT_0029556 | WLC_FRANKLIN_0000082630 |
| PFIZER_TMF_CRF_006783 | WLC_FRANKLIN_0000082892 |
| PFIZER_TMF_CRF_015313 | WLC_FRANKLIN_0000087284 |
| PFIZER_TMF_CRF_061889 | WLC_FRANKLIN_0000089332 |
| PFIZER_TMF_CRF_062490 | WLC_FRANKLIN_0000089977 |
| WLC_CBU_000205 | WLC_FRANKLIN_0000090128 |
| WLC_CBU_008134 | WLC_FRANKLIN_0000096359 |
| WLC_CBU_030392 | WLC_FRANKLIN_0000097728 |
| WLC_CBU_036796 | WLC_FRANKLIN_0000107015 |
| WLC_CBU_037459 | WLC_FRANKLIN_0000107123 |
| WLC_FRANKLIN_0000015522 | WLC_FRANKLIN_0000107231 |
| WLC_FRANKLIN_0000015627 | WLC_FRANKLIN_0000111988 |
| WLC_FRANKLIN_0000033033 | WLC_FRANKLIN_0000112116 |
| WLC_FRANKLIN_0000033047 | WLC_FRANKLIN_0000116885 |
| WLC_FRANKLIN_0000035651 | WLC_FRANKLIN_0000151674 |
| WLC_FRANKLIN_0000036042 | WLC_FRANKLIN_0000158566 |
| WLC_FRANKLIN_0000038571 | WLC_FRANKLIN_0000163868 |
| WLC_FRANKLIN_0000040543 | WLC_FRANKLIN_0000164694 |
| WLC_FRANKLIN_0000041770 | WLC_FRANKLIN_0000166608 |
| WLC_FRANKLIN_0000042255 | WLC_FRANKLIN_0000170453 |
| WLC_FRANKLIN_0000050304 | WLC_FRANKLIN_0000170736 |
| WLC_FRANKLIN_0000052175 | WLC_FRANKLIN_0000171583 |
| WLC_FRANKLIN_0000055773 | WLC_FRANKLIN_0000174950 |

Letter to James P. Rouhandeh, Esq.
Re: In re Neurontin Marketing, Sales Practices, and Products Liability Litigation,
MDL Docket No. 1629, Master File No. 04-10981-PBS (D. Mass)
Dated: August 8, 2008
Page 3


| | |
|---|---|
| WLC_FRANKLIN_0000177155 | WLC_FRANKLIN_0000217845 |
| WLC_FRANKLIN_0000177446 | WLC_FRANKLIN_0000223121 |
| WLC_FRANKLIN_0000180515 | |

Counsel for Class Plaintiffs have reviewed the above documents and find that none of them contain confidential information. Accordingly we request that you produce new versions of these documents without any confidentiality legends.

2. **Research Reports**

As an additional matter, Pfizer has produced the following research reports, none of which appear to bear the required legend for a confidentiality designation as required by ¶ 4 of the Protective Order:

| | |
|---|---|
| RR 430-00124 | RR 720-04471 |
| RR 430-00125 | RR 720-04479 |
| RR 720-02801 | RR 720-04481 |
| RR 720-02816 | RR 720-04483 |
| RR 720-03495 | RR 720-30044 |
| RR 720-03497 | RR 720-30044 |
| RR 720-03675 | RR 720-30049 |
| RR 720-03779 | RR 720-30154 |
| RR 720-03849 | RR 724-00134 |
| RR 720-03850 | RR 744-00664 |
| RR 720-03851 | RR 744-00669 |
| RR 720-03908 | RR 995-00057 |
| RR 720-04130 | RR 995-00070 |
| RR 720-04174 | RR 995-00074 |
| RR 720-04378 | RR 995-00085 |
| RR 720-04455 | RR 4192-00446 |
| | RR 4301-00066 |

Research Report 945-291.pdf     (as produced by Vince Gunther to Ken Fromson in an email dated August 22, 2007)

Because these research reports lack the appropriate designation, it is our position that any claim of confidentiality is waived. Moreover, counsel for Class Plaintiffs have reviewed the above documents and find that none of them contain confidential information. Nevertheless, in an abundance of caution, we are notifying you of our intent to treat these research reports as non-confidential unless we hear from you otherwise within the timeframe set forth below. To the

Letter to James P. Rouhandeh, Esq.
Re: In re Neurontin Marketing, Sales Practices, and Products Liability Litigation,
MDL Docket No. 1629, Master File No. 04-10981-PBS (D. Mass)
Dated: August 8, 2008
Page 4

extent that there is a claim of confidentiality for any of the above research reports, we hereby object to and challenge such a claim and request that it be relinquished or waived.

### 3. Depositions

Finally, we have no record of receiving any letters pursuant to ¶ 4(c) of the Protective Orders claiming confidentiality with respect to the deposition transcripts (including exhibits) for the depositions of the following current or former Pfizer/Warner-Lambert employees:

John Knoop
Atul Pande
Janeth Turner

Counsel for Class Plaintiffs have reviewed the above transcripts (including exhibits) and find that none of them contain confidential information. Moreover, our records indicate that no letters were sent within thirty (30) days of transcript availability, as required by ¶ 4(c) of the Protective Orders. Accordingly, it is our position that any claim of confidentiality as to these transcripts (including exhibits) is waived. If our records are in error, please notify us within the timeframe set forth below. To the extent there is a claim of confidentiality for any of the above transcripts (including exhibits), we hereby object to and challenge such a claim and request that it be relinquished or waived.

### REQUEST FOR CONFERENCE

With respect to all of the documents identified above, please consider this letter as fulfilling Class Plaintiffs' initial requirements pursuant ¶ 8 of the Protective Orders, Local Rules 7.1 and 37.1, and Federal Rule of Civil Procedure 37 (a)(1) to meet and confer in good faith and to initiate a discovery conference. We propose that such a discovery conference be held during business hours on any business day prior to August 22, 2008. Please let us know no later than August 15th which day and time would be convenient for you. Since we have already reviewed the documents, we will be prepared to discuss each in detail. We suggest that—in order to have a meaningful conference—you or the attorneys you assign to the matter be similarly prepared. If input from your client will be required, we suggest that you make arrangements to receive such input prior to the conference. Failure to be prepared shall be noted in any motion that we file.

Letter to James P. Rouhandeh, Esq.
Re: In re Neurontin Marketing, Sales Practices, and Products Liability Litigation,
MDL Docket No. 1629, Master File No. 04-10981-PBS (D. Mass)
Dated: August 8, 2008
Page 5

      I look forward to hearing from you by August 15, 2008.

                                        Very truly yours,

                                        Ilyas J. Rona

IJR/

cc:    Edward Notargiacomo, Esq.
        David B. Chaffin, Esq.
        Kenneth B. Fromson, Esq.