UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>Bulger v. Pfizer, Inc., et al., CA No. 07-11426 | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

ORDER COMPELLING THE PRODUCTION OF
MEDICAL AUTHORIZATIONS AND INFORMATION

August 13, 2008

SOROKIN, M.J.

On August 1, 2008, the Court ordered plaintiff Ronald J. Bulger to submit the names and addresses of all of the healthcare providers and/or substance abuse professionals that he consulted during the twelve-month period prior to his wife's suicide (Docket # 1371). On August 7, 2008, Bulger complied with the Order (Docket # 1376).

Bulger is hereby further ORDERED, no later than Friday, August 15, 2008, to provide medical authorization/release forms to each of the providers identified to the Court, and to obtain all responsive records for submission to the Court, under seal for *in camera* review, no later than August 29, 2008.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE