UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

In re:  NEURONTIN MARKETING,          : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS  :
        LIABILITY LITIGATION          : Master File No. 04-10981

---------------------------------------------------------------x
                                       : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:      :
                                       : Magistrate Judge Leo T. Sorokin
                                       :
        Betty Broome                   :
  *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
---------------------------------------------------------------x

### PLAINTIFF BETTY BROOME'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Betty Broome, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
       *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS            :
        LIABILITY LITIGATION                    : Master File No. 04-10981

----------------------------------------------------------- x

                                                : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:                       :

                                                : Magistrate Judge Leo T. Sorokin
                                                :
        Jessie Brown                            :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :

----------------------------------------------------------- x

## PLAINTIFF JESSIE BROWN'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Jessie Brown, by and through his/her attorney of record,
and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9,
2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
        Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United
        States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the relevant medical records and the allegations of the
        Complaint.

5.      I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)

                        By:  */s/ Levi Boone, III, Esq.*
                             *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x

In re: NEURONTIN MARKETING,        : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS   :
       LIABILITY LITIGATION            : Master File No. 04-10981

-------------------------------------------------------------- x

                                : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:       :

                                : Magistrate Judge Leo T. Sorokin

                                :

Thomas Jefferson Brown            :

*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :

-------------------------------------------------------------- x

## PLAINTIFF THOMAS JEFFERSON BROWN'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Thomas Jefferson Brown, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the relevant medical records and the allegations of the Complaint.

5.      I believe pursuit of the action is warranted.

                     Respectfully submitted,

                     BOONE LAW FIRM, P.A.
                     401 West Sunflower Ave.
                     Cleveland, MS 38732
                     662-843-7946 (telephone)
                     662-843-7950 (facsimile)

                     By: */s/ Levi Boone, III, Esq.*
                         *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                     : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS             :
        LIABILITY LITIGATION                     : Master File No. 04-10981

------------------------------------------------------------ x

                                                 : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                        :
                                                 : Magistrate Judge Leo T. Sorokin
                                                 :
        Bobbie Bryson                            :
    *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :

------------------------------------------------------------ x

## PLAINTIFF BOBBIE BRYSON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Bobbie Bryson, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
        Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United
        States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the relevant medical records and the allegations of the
        Complaint.

5.      I believe pursuit of the action is warranted.

                            Respectfully submitted,

                            BOONE LAW FIRM, P.A.
                            401 West Sunflower Ave.
                            Cleveland, MS 38732
                            662-843-7946 (telephone)
                            662-843-7950 (facsimile)

                            By: */s/ Levi Boone, III, Esq.*
                                *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981

----------------------------------------------------------- x
                                            : Judge Patti B. Saris
                                            :
        THIS DOCUMENT RELATES TO:           :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
            Minni Campbell                  :
   *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :

----------------------------------------------------------- x

## PLAINTIFF MINNI CAMPBELL'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Minni Campbell, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

  So Certified, this the 15th day of August, 2008.

        /s/ Levi Boone, III
        Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING,           : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS  :
      LIABILITY LITIGATION             : Master File No. 04-10981
------------------------------------------------------------ x
                                    : Judge Patti B. Saris
     THIS DOCUMENT RELATES TO:       :
                                    : Magistrate Judge Leo T. Sorokin
                                    :
           Claiborne Leon Collier, Sr.           :
    *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*  :
------------------------------------------------------------ x

### PLAINTIFF CLAIBORNE LEON COLLIER, SR.'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER

       COMES NOW Plaintiff Claiborne Leon Collier, Sr., by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                            Respectfully submitted,

                            BOONE LAW FIRM, P.A.
                            401 West Sunflower Ave.
                            Cleveland, MS 38732
                            662-843-7946 (telephone)
                            662-843-7950 (facsimile)

                          By: */s/ Levi Boone, III, Esq.*
                                *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x

In re:  NEURONTIN MARKETING,           : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS   :
      LIABILITY LITIGATION           : Master File No. 04-10981

----------------------------------------------------------- x

                               : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:              :
                               : Magistrate Judge Leo T. Sorokin
                               :

          Katie Craig                    :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :

----------------------------------------------------------- x

## PLAINTIFF KATIE CRAIG'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Katie Craig, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the relevant medical records and the allegations of the Complaint.

5.      I believe pursuit of the action is warranted.

                  Respectfully submitted,

                  BOONE LAW FIRM, P.A.
                  401 West Sunflower Ave.
                  Cleveland, MS 38732
                  662-843-7946 (telephone)
                  662-843-7950 (facsimile)

                  By:  */s/ Levi Boone, III, Esq.*
                          *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS    :
       LIABILITY LITIGATION            : Master File No. 04-10981
------------------------------------------------------------ x
                                  : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                       :
                                  : Magistrate Judge Leo T. Sorokin
                                  :
           Ruby Crapps                       :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
------------------------------------------------------------ x

## PLAINTIFF RUBY CRAPPS'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Ruby Crapps, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                 Respectfully submitted,

                 BOONE LAW FIRM, P.A.
                 401 West Sunflower Ave.
                 Cleveland, MS 38732
                 662-843-7946 (telephone)
                 662-843-7950 (facsimile)

                 By:  */s/ Levi Boone, III, Esq.*
                     *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981
----------------------------------------------------------- x
                                          : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
            Lynette Criss                 :
   Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74   :
----------------------------------------------------------- x
```

## PLAINTIFF LYNETTE CRISS'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Lynette Criss, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

In re:  NEURONTIN MARKETING,               : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981

--------------------------------------------------------- x
                                            : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:           :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
            Theodore Crystian, Jr.                        :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
--------------------------------------------------------- x

## **PLAINTIFF THEODORE CRYSTIAN, JR.'S CERTIFICATION**
## **PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Theodore Crystian, Jr., by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
      Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United
      States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the
      Complaint.

5.    I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)

                        By:  */s/ Levi Boone, III, Esq.*
                             *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS            :
        LIABILITY LITIGATION                    : Master File No. 04-10981
------------------------------------------------------------ x
                                                : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:               :
                                                : Magistrate Judge Leo T. Sorokin
                                                :
            Linda Cummingham                            :
   *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
------------------------------------------------------------ x

### PLAINTIFF LINDA CUMMINGHAM'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Linda Cummingham, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.   My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
     Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.   I have conferred with Plaintiff per the November 9, 2007 Order of United
     States Magistrate Judge Leo T. Sorokin.

3.   Plaintiff intends to proceed with the litigation in the above entitled action.

4.   I have reviewed the relevant medical records and the allegations of the
     Complaint.

5.   I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                     : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS      :
       LIABILITY LITIGATION                       : Master File No. 04-10981
----------------------------------------------------------- x
                             : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:        :
                             : Magistrate Judge Leo T. Sorokin
                             :
         Alford Darby                              :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
----------------------------------------------------------- x

## PLAINTIFF ALFORD DARBY'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Alford Darby, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)

                    By:  */s/ Levi Boone, III, Esq.*
                          *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,          : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS  :
        LIABILITY LITIGATION          : Master File No. 04-10981
---------------------------------------------------------------x
                                      : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:     :
                                      : Magistrate Judge Leo T. Sorokin
                                      :
        Samuel W. Ellis               :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
---------------------------------------------------------------x

## PLAINTIFF SAMUEL W. ELLIS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Samuel W. Ellis, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
      *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

<u>/s/ Levi Boone, III</u>
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x

In re:  NEURONTIN MARKETING,            : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS    :
        LIABILITY LITIGATION            : Master File No. 04-10981

-------------------------------------------------------- x
                                        : Judge Patti B. Saris
                                        :
THIS DOCUMENT RELATES TO:               :
                                        : Magistrate Judge Leo T. Sorokin
                                        :
        Clara Epps                      :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*  :

------------------------------------------------------------- x

### PLAINTIFF CLARA EPPS' CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Clara Epps, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686