UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x

In re: NEURONTIN MARKETING,  : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS  :
LIABILITY LITIGATION  : Master File No. 04-10981

---------------------------------------------------------- x

: Judge Patti B. Saris
THIS DOCUMENT RELATES TO:  :
: Magistrate Judge Leo T. Sorokin
:

Ernest Hernandez  :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*  :

---------------------------------------------------------- x

## PLAINTIFF ERNEST HERNANDEZ'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Ernest Hernandez, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
*Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone. III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x

In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981

------------------------------------------------------------ x
                                          : Judge Patti B. Saris
                                          :
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :

            Karen Hollingsworth                           :
    *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :

------------------------------------------------------------ x

### PLAINTIFF KAREN HOLLINGSWORTH'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Karen Hollingsworth, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981
------------------------------------------------------------ x
                                          : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
        Evelyn Holt                       :
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74  :
------------------------------------------------------------ x
```

## PLAINTIFF EVELYN HOLT'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Evelyn Holt, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:    */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS    :
      LIABILITY LITIGATION                       : Master File No. 04-10981

---------------------------------------------------------- x

                                    : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:        :

                                    : Magistrate Judge Leo T. Sorokin
                                    :

          Frank Hoover                                  :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :

---------------------------------------------------------- x

### PLAINTIFF FRANK HOOVER'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

    COMES NOW Plaintiff Frank Hoover, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

                Respectfully submitted,

                BOONE LAW FIRM, P.A.
                401 West Sunflower Ave.
                Cleveland, MS 38732
                662-843-7946 (telephone)
                662-843-7950 (facsimile)

                By: */s/ Levi Boone, III, Esq.*
                      *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS    :
      LIABILITY LITIGATION            : Master File No. 04-10981
--------------------------------------------------------- x
                              : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:          :
                              : Magistrate Judge Leo T. Sorokin
                              :

        Josephine Jackson                    :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
--------------------------------------------------------- x

## PLAINTIFF JOSEPHINE JACKSON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Josephine Jackson, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                Respectfully submitted,

                BOONE LAW FIRM, P.A.
                401 West Sunflower Ave.
                Cleveland, MS 38732
                662-843-7946 (telephone)
                662-843-7950 (facsimile)

                By:  */s/ Levi Boone, III, Esq.*
                       *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,            : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS    :
        LIABILITY LITIGATION            : Master File No. 04-10981
--------------------------------------------------------------- x
                                        : Judge Patti B. Saris
                                        :
        THIS DOCUMENT RELATES TO:       :
                                        : Magistrate Judge Leo T. Sorokin
                                        :
        Cassandra James                 :
  *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
--------------------------------------------------------------- x

## PLAINTIFF CASSANDRA JAMES'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

    COMES NOW Plaintiff Cassandra James, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)

                        By:  */s/ Levi Boone, III, Esq.*
                             *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                      : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS      :
       LIABILITY LITIGATION              : Master File No. 04-10981
------------------------------------------------------------ x
                                  : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:        :
                                    : Magistrate Judge Leo T. Sorokin
                                    :
             James Jeffcoat                 :
   *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
------------------------------------------------------------ x

### PLAINTIFF JAMES JEFFCOAT'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff James Jeffcoat, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                     Respectfully submitted,

                     BOONE LAW FIRM, P.A.
                     401 West Sunflower Ave.
                     Cleveland, MS 38732
                     662-843-7946 (telephone)
                     662-843-7950 (facsimile)

               By:  */s/ Levi Boone, III, Esq.*
                       *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III_____ __
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981
------------------------------------------------------------ x
                                          : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
        Debra Johnson                     :
  *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
------------------------------------------------------------ x

## **PLAINTIFF DEBRA JOHNSON'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Debra Johnson, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.   My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.   I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.   Plaintiff intends to proceed with the litigation in the above entitled action.

4.   I have reviewed the relevant medical records and the allegations of the Complaint.

5.   I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981
----------------------------------------------------------- x
                                          : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
        Doris Johnson                     :
  Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74   :
----------------------------------------------------------- x
```

## PLAINTIFF DORIS JOHNSON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Doris Johnson, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
       *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                   : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS           :
        LIABILITY LITIGATION                   : Master File No. 04-10981
------------------------------------------------------------ x
                                               : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:              :
                                               : Magistrate Judge Leo T. Sorokin
                                               :
        Nikisha Johnson                        :
   *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*  :
------------------------------------------------------------ x

### PLAINTIFF NIKISHA JOHNSON'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Nikisha Johnson, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.   My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
     Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.   I have conferred with Plaintiff per the November 9, 2007 Order of United
     States Magistrate Judge Leo T. Sorokin.

3.   Plaintiff intends to proceed with the litigation in the above entitled action.

4.   I have reviewed the relevant medical records and the allegations of the
     Complaint.

5.   I believe pursuit of the action is warranted.

                         Respectfully submitted,

                         BOONE LAW FIRM, P.A.
                         401 West Sunflower Ave.
                         Cleveland, MS 38732
                         662-843-7946 (telephone)
                         662-843-7950 (facsimile)

                         By:  */s/ Levi Boone, III, Esq.*
                              *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981
------------------------------------------------------------ x
                                          : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
           Robert Johnson                 :
   Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74  :
------------------------------------------------------------ x
```

## PLAINTIFF ROBERT JOHNSON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Robert Johnson, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the relevant medical records and the allegations of the Complaint.

5.      I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

      So Certified, this the <u>15th</u> day of August, 2008.

                                    /s/ Levi Boone, III_____
                                    Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
In re: NEURONTIN MARKETING,                  : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS          :
       LIABILITY LITIGATION                  : Master File No. 04-10981
------------------------------------------------------------- x
                                             : Judge Patti B. Saris
                                             :
       THIS DOCUMENT RELATES TO:             :
                                             : Magistrate Judge Leo T. Sorokin
                                             :
           Jacqueline Kendrick                          :
   Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74  :
------------------------------------------------------------- x
```

## PLAINTIFF JACQUELINE KENDRICK'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Jacqueline Kendrick, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
    *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686