UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                      : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS       :
        LIABILITY LITIGATION                        : Master File No. 04-10981

---------------------------------------------------------- x

                                 : Judge Patti B. Saris

    THIS DOCUMENT RELATES TO:            :

                                 : Magistrate Judge Leo T. Sorokin
                                 :

         Bennie Spencer                                :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :

---------------------------------------------------------- x

## PLAINTIFF BENNIE SPENCER'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

       COMES NOW Plaintiff Bennie Spencer, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.       My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.       I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.       Plaintiff intends to proceed with the litigation in the above entitled action.

4.       I have reviewed the relevant medical records and the allegations of the Complaint.

5.       I believe pursuit of the action is warranted.

                            Respectfully submitted,

                            BOONE LAW FIRM, P.A.
                            401 West Sunflower Ave.
                            Cleveland, MS 38732
                            662-843-7946 (telephone)
                            662-843-7950 (facsimile)

                            By: */s/ Levi Boone, III, Esq.*
                                 *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS     :
       LIABILITY LITIGATION                          : Master File No. 04-10981
--------------------------------------------------------- x
                                       : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:                    :
                                       : Magistrate Judge Leo T. Sorokin
                                       :

             Cecil Taylor                                :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
--------------------------------------------------------- x

## PLAINTIFF CECIL TAYLOR'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Cecil Taylor, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

                          Respectfully submitted,

                          BOONE LAW FIRM, P.A.
                          401 West Sunflower Ave.
                          Cleveland, MS 38732
                          662-843-7946 (telephone)
                          662-843-7950 (facsimile)

                          By:  */s/ Levi Boone, III, Esq.*
                                *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
```
In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS            :
        LIABILITY LITIGATION                    : Master File No. 04-10981
```
------------------------------------------------------------ x
```
                                                : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:               :
                                                : Magistrate Judge Leo T. Sorokin
                                                :
            Jennifer Theodore                   :
   *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
```
------------------------------------------------------------ x
```

## PLAINTIFF JENNIFER THEODORE'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Jennifer Theodore, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
      Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United
      States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the
      Complaint.

5.    I believe pursuit of the action is warranted.

                              Respectfully submitted,

                              BOONE LAW FIRM, P.A.
                              401 West Sunflower Ave.
                              Cleveland, MS 38732
                              662-843-7946 (telephone)
                              662-843-7950 (facsimile)

                              By:  */s/ Levi Boone, III, Esq.*
                                   *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS            :
        LIABILITY LITIGATION                    : Master File No. 04-10981
---------------------------------------------------------- x
                                                : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:               :
                                                : Magistrate Judge Leo T. Sorokin
                                                :
        Magnolia Thomas                         :
  *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
---------------------------------------------------------- x

## PLAINTIFF MAGNOLIA THOMAS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Magnolia Thomas, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.   My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.   I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.   Plaintiff intends to proceed with the litigation in the above entitled action.

4.   I have reviewed the relevant medical records and the allegations of the Complaint.

5.   I believe pursuit of the action is warranted.

                              Respectfully submitted,

                              BOONE LAW FIRM, P.A.
                              401 West Sunflower Ave.
                              Cleveland, MS 38732
                              662-843-7946 (telephone)
                              662-843-7950 (facsimile)

                              By:  */s/ Levi Boone, III, Esq.*
                                   *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x

In re:  NEURONTIN MARKETING,                          : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS       :
       LIABILITY LITIGATION                        : Master File No. 04-10981

----------------------------------------------------------- x

                               : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:                        :

                               : Magistrate Judge Leo T. Sorokin
                               :

Bernice Thornton                                      :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :

----------------------------------------------------------- x

## PLAINTIFF BERNICE THORNTON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Bernice Thornton, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the relevant medical records and the allegations of the Complaint.

5.      I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
      *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981
---------------------------------------------------------- x
                                            : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:           :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
        Janice Primer                       :
  *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
---------------------------------------------------------- x

## PLAINTIFF JANICE PRIMER'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Janice Primer, by and through his/her attorney of record,
and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9,
2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
      Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United
      States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the
      Complaint.

5.    I believe pursuit of the action is warranted.

                          Respectfully submitted,

                          BOONE LAW FIRM, P.A.
                          401 West Sunflower Ave.
                          Cleveland, MS 38732
                          662-843-7946 (telephone)
                          662-843-7950 (facsimile)

                          By:  */s/ Levi Boone, III, Esq.*
                               *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

<u>/s/ Levi Boone, III</u>
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------------x
```
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981
```
--------------------------------------------------------- x
```
                                            : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:           :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
        Tara Robinson                       :
  *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
```
--------------------------------------------------------- x
```

## PLAINTIFF TARA ROBINSON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Tara Robinson, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:   */s/ Levi Boone, III, Esq.*
       *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:   NEURONTIN MARKETING,              : MDL Docket No. 1629
         SALES PRACTICES AND PRODUCTS      :
         LIABILITY LITIGATION              : Master File No. 04-10981
---------------------------------------------------------------x
                                            : Judge Patti B. Saris
                                            :
         THIS DOCUMENT RELATES TO:          :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
         Martha Norman                      :
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74   :
---------------------------------------------------------------x

## PLAINTIFF MARTHA NORMAN'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Martha Norman, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.   My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.   I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.   Plaintiff intends to proceed with the litigation in the above entitled action.

4.   I have reviewed the relevant medical records and the allegations of the Complaint.

5.   I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:   */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

<u>/s/ Levi Boone, III</u>
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS     :
        LIABILITY LITIGATION                      : Master File No. 04-10981

------------------------------------------------------------ x

                             : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:             :

                             : Magistrate Judge Leo T. Sorokin
                             :

          Sharon Perez                         :
   *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*  :

------------------------------------------------------------ x

## PLAINTIFF SHARON PEREZ'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Sharon Perez, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                  Respectfully submitted,

                  BOONE LAW FIRM, P.A.
                  401 West Sunflower Ave.
                  Cleveland, MS 38732
                  662-843-7946 (telephone)
                  662-843-7950 (facsimile)

                  By:  */s/ Levi Boone, III, Esq.*
                        *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------------------------x
In re:  NEURONTIN MARKETING,           : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS   :
        LIABILITY LITIGATION           : Master File No. 04-10981
----------------------------------------------------------x
                                       : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:      :
                                       : Magistrate Judge Leo T. Sorokin
                                       :
        Larry Potts                    :
   Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74  :
----------------------------------------------------------x
```

## PLAINTIFF LARRY POTTS'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Larry Potts, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:   */s/ Levi Boone, III, Esq.*
      *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                          : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS          :
        LIABILITY LITIGATION                         : Master File No. 04-10981
---------------------------------------------------------------x
                                    : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:             :
                                    : Magistrate Judge Leo T. Sorokin
                                    :
             Wayne Rochelle                           :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
---------------------------------------------------------------x

## PLAINTIFF WAYNE ROCHELLE'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Wayne Rochelle, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                         Respectfully submitted,

                         BOONE LAW FIRM, P.A.
                         401 West Sunflower Ave.
                         Cleveland, MS 38732
                         662-843-7946 (telephone)
                         662-843-7950 (facsimile)

                       By:  */s/ Levi Boone, III, Esq.*
                           *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS            :
        LIABILITY LITIGATION                    : Master File No. 04-10981
---------------------------------------------------------- x
                                                : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:               :
                                                : Magistrate Judge Leo T. Sorokin
                                                :
        Shirley Sashfras                         :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
---------------------------------------------------------- x

## PLAINTIFF SHIRLEY SASHFRAS'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Shirley Sashfras, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.   My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.   I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.   Plaintiff intends to proceed with the litigation in the above entitled action.

4.   I have reviewed the relevant medical records and the allegations of the Complaint.

5.   I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

<u>/s/ Levi Boone, III</u>
Levi Boone, III, Esq., MSB# 3686