UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,          : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS  :
        LIABILITY LITIGATION          : Master File No. 04-10981
---------------------------------------------------------------x
                                      : Judge Patti B. Saris
                                      :
        THIS DOCUMENT RELATES TO:     :
                                      : Magistrate Judge Leo T. Sorokin
                                      :
              Sean Self               :
 Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74   :
---------------------------------------------------------------x

### PLAINTIFF SEAN SELF'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Sean Self, by and through his/her attorney of record, and
pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007
certifies as follows:

1.  My name is Levi Boone, III, Esq. I am an attorney with the law firm of
    Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United
    States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the
    Complaint.

5.  I believe pursuit of the action is warranted.

                              Respectfully submitted,

                              BOONE LAW FIRM, P.A.
                              401 West Sunflower Ave.
                              Cleveland, MS 38732
                              662-843-7946 (telephone)
                              662-843-7950 (facsimile)

                              By:  /s/ Levi Boone, III, Esq.
                                   Attorneys for Plaintiff(s)

CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

     So Certified, this the 15th day of August, 2008.

                    /s/ Levi Boone, III
                    Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

In re: NEURONTIN MARKETING,        : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS :
       LIABILITY LITIGATION        : Master File No. 04-10981

---------------------------------------------------------------x

                                   : Judge Patti B. Saris

       THIS DOCUMENT RELATES TO:   :
                                   : Magistrate Judge Leo T. Sorokin
                                   :
       Bridgette Shields           :
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74  :

---------------------------------------------------------------x

## PLAINTIFF BRIDGETTE SHIELDS'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Bridgette Shields, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq. I am an attorney with the law firm of
    Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United
    States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the
    Complaint.

5.  I believe pursuit of the action is warranted.

                              Respectfully submitted,

                              BOONE LAW FIRM, P.A.
                              401 West Sunflower Ave.
                              Cleveland, MS 38732
                              662-843-7946 (telephone)
                              662-843-7950 (facsimile)

                              By:  /s/ Levi Boone, III, Esq.
                                   Attorneys for Plaintiff(s)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING,         : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS  :
       LIABILITY LITIGATION           : Master File No. 04-10981

------------------------------------------------------------ x

                                   : Judge Patti B. Saris

       THIS DOCUMENT RELATES TO:     :

                                   : Magistrate Judge Leo T. Sorokin

                                   :

               Pam Shields               :

*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*  :

------------------------------------------------------------ x

## PLAINTIFF PAM SHIELDS'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Pam Shields, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

    1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

    2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

    3.    Plaintiff intends to proceed with the litigation in the above entitled action.

    4.    I have reviewed the relevant medical records and the allegations of the Complaint.

    5.    I believe pursuit of the action is warranted.

                    Respectfully submitted,

                    BOONE LAW FIRM, P.A.
                    401 West Sunflower Ave.
                    Cleveland, MS 38732
                    662-843-7946 (telephone)
                    662-843-7950 (facsimile)

                  By:   */s/ Levi Boone, III, Esq.*
                       *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------x

In re: NEURONTIN MARKETING,     : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS   :
      LIABILITY LITIGATION         : Master File No. 04-10981

------------------------------------------------------------ x

                                     : Judge Patti B. Saris
                                      :
      THIS DOCUMENT RELATES TO:      :
                                      : Magistrate Judge Leo T. Sorokin
                                      :
             Jack Shoemaker, Jr.           :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*  :

------------------------------------------------------------ x

## PLAINTIFF JACK SHOEMAKER, JR.'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

     COMES NOW Plaintiff Jack Shoemaker, Jr., by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

    1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
           Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

    2.     I have conferred with Plaintiff per the November 9, 2007 Order of United
           States Magistrate Judge Leo T. Sorokin.

    3.     Plaintiff intends to proceed with the litigation in the above entitled action.

    4.     I have reviewed the relevant medical records and the allegations of the
           Complaint.

    5.     I believe pursuit of the action is warranted.

                               Respectfully submitted,

                               BOONE LAW FIRM, P.A.
                               401 West Sunflower Ave.
                               Cleveland, MS 38732
                               662-843-7946 (telephone)
                               662-843-7950 (facsimile)

                            By:  */s/ Levi Boone, III, Esq.*
                                 *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981
------------------------------------------------------------ x
                                          : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
            Lillie Smith                  :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*  :
------------------------------------------------------------ x

## PLAINTIFF LILLIE SMITH'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Lillie Smith, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

--------------------------------------------------------------x
In re: NEURONTIN MARKETING,                 : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS        :
      LIABILITY LITIGATION                : Master File No. 04-10981
-------------------------------------------------------------- x
                                    : Judge Patti B. Saris
      THIS DOCUMENT RELATES TO:            :
                                    : Magistrate Judge Leo T. Sorokin
                                    :
                    Rosa W. Smith              :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :
-------------------------------------------------------------- x

### PLAINTIFF ROSA W. SMITH'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Rosa W. Smith, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
      *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
In re: NEURONTIN MARKETING,                    : MDL Docket No. 1629
     SALES PRACTICES AND PRODUCTS       :
     LIABILITY LITIGATION                        : Master File No. 04-10981
-------------------------------------------------------------x
                                    : Judge Patti B. Saris
     THIS DOCUMENT RELATES TO:              :
                                      : Magistrate Judge Leo T. Sorokin
                                      :
                  Doris Toy                              :
  *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
-------------------------------------------------------------x

### PLAINTIFF DORIS TOY'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

       COMES NOW Plaintiff Doris Toy, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

    1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

    2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

    3.    Plaintiff intends to proceed with the litigation in the above entitled action.

    4.    I have reviewed the relevant medical records and the allegations of the Complaint.

    5.    I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)

                    By:  */s/ Levi Boone, III, Esq.*
                           *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

      So Certified, this the 15th day of August, 2008.

                    /s/ Levi Boone, III
                    Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING,      : MDL Docket No. 1629
     SALES PRACTICES AND PRODUCTS  :
     LIABILITY LITIGATION      : Master File No. 04-10981

------------------------------------------------------------x

                                   : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:      :
                                   : Magistrate Judge Leo T. Sorokin

                                   :
          Monnie Turner      :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*  :

------------------------------------------------------------x

## PLAINTIFF MONNIE TURNER'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Monnie Turner, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

    1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

    2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

    3.    Plaintiff intends to proceed with the litigation in the above entitled action.

    4.    I have reviewed the relevant medical records and the allegations of the Complaint.

    5.    I believe pursuit of the action is warranted.

                  Respectfully submitted,

                  BOONE LAW FIRM, P.A.
                  401 West Sunflower Ave.
                  Cleveland, MS 38732
                  662-843-7946 (telephone)
                  662-843-7950 (facsimile)

                  By:  */s/ Levi Boone, III, Esq.*
                        *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

--------------------------------------------------------------X

In re: NEURONTIN MARKETING,                      : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS     :
      LIABILITY LITIGATION             : Master File No. 04-10981

---------------------------------------------------------- X
                                      : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:                        :
                                      : Magistrate Judge Leo T. Sorokin
                                      :

           Joann Walls                     :

*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :

---------------------------------------------------------- X

## PLAINTIFF JOANN WALLS'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Joann Walls, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)

                        By:  */s/ Levi Boone, III, Esq.*
                              *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x

In re: NEURONTIN MARKETING,                    : MDL Docket No. 1629
     SALES PRACTICES AND PRODUCTS         :
     LIABILITY LITIGATION                 : Master File No. 04-10981

------------------------------------------------------------------ x

                                          : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:                      :
                                          : Magistrate Judge Leo T. Sorokin

                                          :

                Connie Warfield              :

*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :

------------------------------------------------------------------ x

## PLAINTIFF CONNIE WARFIELD'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Connie Warfield, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
      *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
In re: NEURONTIN MARKETING,               : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981
---------------------------------------------------------------- x
                                          : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
        Debra Watson                      :
    *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
---------------------------------------------------------------- x

## PLAINTIFF DEBRA WATSON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Debra Watson, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

     So Certified, this the 15th day of August, 2008.

                          /s/ Levi Boone, III
                          Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:  NEURONTIN MARKETING,               : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS       :
        LIABILITY LITIGATION               : Master File No. 04-10981

------------------------------------------------------------ x
                                           : Judge Patti B. Saris
                                           :
        THIS DOCUMENT RELATES TO:          :
                                           : Magistrate Judge Leo T. Sorokin
                                           :
        Michaelon Weathersby, minor                       :

*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :

------------------------------------------------------------ x

## PLAINTIFF MICHAELON WEATHERSBY, MINOR'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Michaelon Weathersby, minor, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.   My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.   I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.   Plaintiff intends to proceed with the litigation in the above entitled action.

4.   I have reviewed the relevant medical records and the allegations of the Complaint.

5.   I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x

In re: NEURONTIN MARKETING,        : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS  :
      LIABILITY LITIGATION           : Master File No. 04-10981

-------------------------------------------------------------x
                                   : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:     :
                                   : Magistrate Judge Leo T. Sorokin
                                   :

Clifton White                     :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :
-------------------------------------------------------------x

## PLAINTIFF CLIFTON WHITE'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Clifton White, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
      *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686