UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS           :
        LIABILITY LITIGATION                   : Master File No. 04-10981
------------------------------------------------------------ x
                                                : Judge Patti B. Saris
                                                :
        THIS DOCUMENT RELATES TO:               :
                                                : Magistrate Judge Leo T. Sorokin
                                                :
                                                :
        Walterine Wildee                        :
  *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
------------------------------------------------------------ x

## PLAINTIFF WALTERINE WILDEE'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Walterine Wildee, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
        Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United
        States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the relevant medical records and the allegations of the
        Complaint.

5.      I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)

                        By:  */s/ Levi Boone, III, Esq.*
                             *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

<u>/s/ Levi Boone, III</u>
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
In re:   NEURONTIN MARKETING,                    : MDL Docket No. 1629
         SALES PRACTICES AND PRODUCTS            :
         LIABILITY LITIGATION                    : Master File No. 04-10981
-----------------------------------------------------------x
                                                 : Judge Patti B. Saris
         THIS DOCUMENT RELATES TO:               :
                                                 : Magistrate Judge Leo T. Sorokin
                                                 :
         Carole Williams                         :
Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74    :
-----------------------------------------------------------x
```

## PLAINTIFF CAROLE WILLIAMS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Carole Williams, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:   /s/ Levi Boone, III, Esq.
        Attorneys for Plaintiff(s)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS       :
      LIABILITY LITIGATION                        : Master File No. 04-10981
--------------------------------------------------------- x
                                   : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:        :
                                   : Magistrate Judge Leo T. Sorokin
                                   :
          Daisy Williams                         :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*        :
--------------------------------------------------------- x

## **PLAINTIFF DAISY WILLIAMS' CERTIFICATION**
## **PER NOVEMBER 9, 2007 ORDER**

        COMES NOW Plaintiff Daisy Williams, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
        Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United
        States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the relevant medical records and the allegations of the
        Complaint.

5.      I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)

                  By:  */s/ Levi Boone, III, Esq.*
                          *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
In re: NEURONTIN MARKETING,                        : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS         :
      LIABILITY LITIGATION                              : Master File No. 04-10981
---------------------------------------------------------- x
                                       : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                    :
                                       : Magistrate Judge Leo T. Sorokin
                                       :
           O. C. Williams, Sr.                              :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
---------------------------------------------------------- x

## PLAINTIFF O. C. WILLIAMS, SR.'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff O. C. Williams, Sr., by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                               Respectfully submitted,

                               BOONE LAW FIRM, P.A.
                               401 West Sunflower Ave.
                               Cleveland, MS 38732
                               662-843-7946 (telephone)
                               662-843-7950 (facsimile)

                       By:  */s/ Levi Boone, III, Esq.*
                              *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                          : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                      : Master File No. 04-10981
------------------------------------------------------------ x
                               : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:            :
                               : Magistrate Judge Leo T. Sorokin
                               :
           Bobby Woods                                     :
   *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
------------------------------------------------------------ x

## PLAINTIFF BOBBY WOODS'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Bobby Woods, by and through his/her attorney of record,
and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9,
2007 certifies as follows:

    1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
             Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

    2.     I have conferred with Plaintiff per the November 9, 2007 Order of United
             States Magistrate Judge Leo T. Sorokin.

    3.     Plaintiff intends to proceed with the litigation in the above entitled action.

    4.     I have reviewed the relevant medical records and the allegations of the
             Complaint.

    5.     I believe pursuit of the action is warranted.

                         Respectfully submitted,

                         BOONE LAW FIRM, P.A.
                         401 West Sunflower Ave.
                         Cleveland, MS 38732
                         662-843-7946 (telephone)
                         662-843-7950 (facsimile)

                By:  */s/ Levi Boone, III, Esq.*
                     *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS   :
        LIABILITY LITIGATION                    : Master File No. 04-10981

------------------------------------------------------------ x

                                                           : Judge Patti B. Saris
                                                           :
        THIS DOCUMENT RELATES TO:       :
                                                           : Magistrate Judge Leo T. Sorokin
                                                           :
                                                           :
                Jackie Lewis                                :
     *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :

------------------------------------------------------------ x

### PLAINTIFF JACKIE LEWIS' CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Jackie Lewis, by and through his/her attorney of record,
and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9,
2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
        Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United
        States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the relevant medical records and the allegations of the
        Complaint.

5.      I believe pursuit of the action is warranted.

                                Respectfully submitted,

                                BOONE LAW FIRM, P.A.
                                401 West Sunflower Ave.
                                Cleveland, MS 38732
                                662-843-7946 (telephone)
                                662-843-7950 (facsimile)

                                By:  */s/ Levi Boone, III, Esq.*
                                        *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS      :
       LIABILITY LITIGATION              : Master File No. 04-10981
----------------------------------------------------------- x
                                      : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                   :
                                      : Magistrate Judge Leo T. Sorokin
                                      :
          Hershel Jack Price                :
    *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
----------------------------------------------------------- x

### PLAINTIFF HERSHEL JACK PRICE'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Hershel Jack Price, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
       Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United
       States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the
       Complaint.

5.     I believe pursuit of the action is warranted.

                    Respectfully submitted,

                    BOONE LAW FIRM, P.A.
                    401 West Sunflower Ave.
                    Cleveland, MS 38732
                    662-843-7946 (telephone)
                    662-843-7950 (facsimile)

                  By:  */s/ Levi Boone, III, Esq.*
                        *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                  : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS          :
        LIABILITY LITIGATION                  : Master File No. 04-10981
------------------------------------------------------------ x
                                              : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:             :
                                              : Magistrate Judge Leo T. Sorokin
                                              :
        Martha Beckum                         :
Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74  :
------------------------------------------------------------ x
```

## PLAINTIFF MARTHA BECKUM'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Martha Beckum, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  /s/ Levi Boone, III, Esq.
      Attorneys for Plaintiff(s)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS     :
       LIABILITY LITIGATION                       : Master File No. 04-10981

---------------------------------------------------------------x

                                      : Judge Patti B. Saris
                                      :
THIS DOCUMENT RELATES TO:                 :
                                      : Magistrate Judge Leo T. Sorokin
                                      :
           Vannila Bennett                            :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*     :

---------------------------------------------------------------x

## PLAINTIFF VANNILA BENNETT'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

       COMES NOW Plaintiff Vannila Bennett, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the relevant medical records and the allegations of the Complaint.

5.      I believe pursuit of the action is warranted.

                              Respectfully submitted,

                              BOONE LAW FIRM, P.A.
                              401 West Sunflower Ave.
                              Cleveland, MS 38732
                              662-843-7946 (telephone)
                              662-843-7950 (facsimile)

                            By: */s/ Levi Boone, III, Esq.*
                                  *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                        : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS          :
       LIABILITY LITIGATION                            : Master File No. 04-10981
--------------------------------------------------------- x
                                        : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                           :
                                        : Magistrate Judge Leo T. Sorokin
                                        :
              Corine Carson                                         :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*                 :
--------------------------------------------------------- x

### PLAINTIFF CORINE CARSON'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Corine Carson, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
      *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
In re:  NEURONTIN MARKETING,           : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS    :
       LIABILITY LITIGATION            : Master File No. 04-10981
------------------------------------------------------------ x
                                      : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:             :
                                      : Magistrate Judge Leo T. Sorokin
                                      :
       Mary Jane Edmonds               :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*    :
------------------------------------------------------------ x

### PLAINTIFF MARY JANE EDMONDS' CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Mary Jane Edmonds, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
       Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United
       States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the
       Complaint.

5.     I believe pursuit of the action is warranted.

                   Respectfully submitted,

                   BOONE LAW FIRM, P.A.
                   401 West Sunflower Ave.
                   Cleveland, MS 38732
                   662-843-7946 (telephone)
                   662-843-7950 (facsimile)

                   By: */s/ Levi Boone, III, Esq.*
                          *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981
----------------------------------------------------------- x
                                          : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
          Gregory Linn Everett            :
  Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74      :
----------------------------------------------------------- x
```

## PLAINTIFF GREGORY LINN EVERETT'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Gregory Linn Everett, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686