UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x
In re: NEURONTIN MARKETING,                : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS        :
       LIABILITY LITIGATION                : Master File No. 04-10981
------------------------------------------------------------- x
                                           : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:           :
                                           : Magistrate Judge Leo T. Sorokin
                                           :
              Darrell Brooks               :
  *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
-------------------------------------------------------------- x

## PLAINTIFF DARRELL BROOKS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Darrell Brooks, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

                                   Respectfully submitted,

                                   BOONE LAW FIRM, P.A.
                                   401 West Sunflower Ave.
                                   Cleveland, MS 38732
                                   662-843-7946 (telephone)
                                   662-843-7950 (facsimile)

                                   By:  */s/ Levi Boone, III, Esq.*
                                        *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,                : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS        :
       LIABILITY LITIGATION                : Master File No. 04-10981
--------------------------------------------------------------- x
                                           : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:           :
                                           : Magistrate Judge Leo T. Sorokin
                                           :
       Alton Dillon                        :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*    :
--------------------------------------------------------- x

**PLAINTIFF ALTON DILLON'S CERTIFICATION
PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Alton Dillon, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
    *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING,  : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS :
LIABILITY LITIGATION  : Master File No. 04-10981

------------------------------------------------------------ x

: Judge Patti B. Saris
THIS DOCUMENT RELATES TO:  :
: Magistrate Judge Leo T. Sorokin
:
Sallie Rippy  :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*  :

------------------------------------------------------------ x

## PLAINTIFF SALLIE RIPPY'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Sallie Rippy, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
   *Attorneys for Plaintiff(s)*

Case 1:04-cv-10981-PBS    Document 1390    Filed 08/18/2008    Page 6 of 8

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING, : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
--------------------------------------------------------------- x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T. Sorokin
:
Francis Womack :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :
--------------------------------------------------------------- x

## PLAINTIFF FRANCIS WOMACK'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Francis Womack, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: /s/ *Levi Boone, III, Esq.*
   *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686