UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x

In re: NEURONTIN MARKETING,         : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS  :
      LIABILITY LITIGATION             : Master File No. 04-10981

-------------------------------------------------------------x

                                  : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:       :
                                  : Magistrate Judge Leo T. Sorokin
                                  :
Nathan Adams                         :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*    :

-------------------------------------------------------------x

## PLAINTIFF NATHAN ADAMS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

     COMES NOW Plaintiff Nathan Adams, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)

                        By:  */s/ Levi Boone, III, Esq.*
                              *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

      So Certified, this the 15th day of August, 2008.

                            /s/ Levi Boone, III
                            Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981
-------------------------------------------------------------x
                                          : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
              Robert Barnes                :
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74  :
-------------------------------------------------------------x
```

## PLAINTIFF ROBERT BARNES'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Robert Barnes, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  /s/ Levi Boone, III, Esq.
     Attorneys for Plaintiff(s)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------- x

In re: NEURONTIN MARKETING,         : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS   :
       LIABILITY LITIGATION               : Master File No. 04-10981

-------------------------------------------------------------------- x

                                             : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:       :
                                               : Magistrate Judge Leo T. Sorokin
                                             :
                     John Bratcher                     :

*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :

-------------------------------------------------------------------- x

## PLAINTIFF JOHN BRATCHER'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

       COMES NOW Plaintiff John Bratcher, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the relevant medical records and the allegations of the Complaint.

5.      I believe pursuit of the action is warranted.

                                   Respectfully submitted,

                                   BOONE LAW FIRM, P.A.
                                   401 West Sunflower Ave.
                                   Cleveland, MS 38732
                                   662-843-7946 (telephone)
                                   662-843-7950 (facsimile)

                                 By: */s/ Levi Boone, III, Esq.*
                                       *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

In re: NEURONTIN MARKETING,          : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS  :
       LIABILITY LITIGATION          : Master File No. 04-10981
------------------------------------------------------- x
                                     : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:     :
                                     : Magistrate Judge Leo T. Sorokin
                                     :
           Lillie Cannon             :
   *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :
--------------------------------------------------------------- x

## PLAINTIFF LILLIE CANNON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Lillie Cannon, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
      *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------x

In re: NEURONTIN MARKETING,                    : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS    :
      LIABILITY LITIGATION                        : Master File No. 04-10981

-------------------------------------------------------------------x
                                   : Judge Patti B. Saris
                                   :
      THIS DOCUMENT RELATES TO:       :
                                   : Magistrate Judge Leo T. Sorokin
                                   :

              Mary Castellane                        :
   *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :

-------------------------------------------------------------------x

## PLAINTIFF MARY CASTELLANE'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

     COMES NOW Plaintiff Mary Castellane, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

  1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

  2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

  3.    Plaintiff intends to proceed with the litigation in the above entitled action.

  4.    I have reviewed the relevant medical records and the allegations of the Complaint.

  5.    I believe pursuit of the action is warranted.

                   Respectfully submitted,

                   BOONE LAW FIRM, P.A.
                   401 West Sunflower Ave.
                   Cleveland, MS 38732
                   662-843-7946 (telephone)
                   662-843-7950 (facsimile)

              By:  */s/ Levi Boone, III, Esq.*
                     *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

     So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

| | |
|---|---|
| In re: NEURONTIN MARKETING,<br>SALES PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981 |

--------------------------------------------------------------- x

| | |
|---|---|
| | : Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | :<br>: Magistrate Judge Leo T. Sorokin |
| | : |
| George Clarke | : |
| *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* | : |

--------------------------------------------------------------- x

## PLAINTIFF GEORGE CLARKE'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff George Clarke, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS    :
      LIABILITY LITIGATION                      : Master File No. 04-10981

------------------------------------------------------------x

                                       : Judge Patti B. Saris

      THIS DOCUMENT RELATES TO:               :

                                         : Magistrate Judge Leo T. Sorokin

                                         :

              Parlee Edwards                                    :

*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*       :

------------------------------------------------------------x

## PLAINTIFF PARLEE EDWARDS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Parlee Edwards, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

                              Respectfully submitted,

                              BOONE LAW FIRM, P.A.
                              401 West Sunflower Ave.
                              Cleveland, MS 38732
                              662-843-7946 (telephone)
                              662-843-7950 (facsimile)

                              By:  */s/ Levi Boone, III, Esq.*
                                      *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

In re: NEURONTIN MARKETING,      : MDL Docket No. 1629
     SALES PRACTICES AND PRODUCTS  :
     LIABILITY LITIGATION        : Master File No. 04-10981

---------------------------------------------------------------x
                       : Judge Patti B. Saris
                       :
    THIS DOCUMENT RELATES TO:    :
                       : Magistrate Judge Leo T. Sorokin
                       :
          Pamela Ellis          :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*  :

---------------------------------------------------------------x

### PLAINTIFF PAMELA ELLIS' CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

    COMES NOW Plaintiff Pamela Ellis, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

                   Respectfully submitted,

                   BOONE LAW FIRM, P.A.
                   401 West Sunflower Ave.
                   Cleveland, MS 38732
                   662-843-7946 (telephone)
                   662-843-7950 (facsimile)

                   By:  */s/ Levi Boone, III, Esq.*
                         *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS     :
        LIABILITY LITIGATION              : Master File No. 04-10981
---------------------------------------------------------------x
                                          : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
        Walter Gilmer                     :
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74  :
---------------------------------------------------------------x

## PLAINTIFF WALTER GILMER'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Walter Gilmer, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  /s/ Levi Boone, III, Esq.
       Attorneys for Plaintiff(s)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x

In re: NEURONTIN MARKETING,  : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS  :
      LIABILITY LITIGATION  : Master File No. 04-10981

------------------------------------------------------------------ x

                                    : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:  :
                                    : Magistrate Judge Leo T. Sorokin
                                    :

           Claudette Greer  :

*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :

------------------------------------------------------------------ x

## PLAINTIFF CLAUDETTE GREER'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Claudette Greer, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
      *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------x

In re: NEURONTIN MARKETING,                        : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS           :
       LIABILITY LITIGATION                              : Master File No. 04-10981
-------------------------------------------------------x
                                                                  : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:                :
                                                                  : Magistrate Judge Leo T. Sorokin
                                                                  :
            Cora Hamilton                                   :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
-------------------------------------------------------x

## PLAINTIFF CORA HAMILTON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Cora Hamilton, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

    1.   My name is Levi Boone, III, Esq. I am an attorney with the law firm of
         Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

    2.   I have conferred with Plaintiff per the November 9, 2007 Order of United
         States Magistrate Judge Leo T. Sorokin.

    3.   Plaintiff intends to proceed with the litigation in the above entitled action.

    4.   I have reviewed the relevant medical records and the allegations of the
         Complaint.

    5.   I believe pursuit of the action is warranted.

                                        Respectfully submitted,

                                        BOONE LAW FIRM, P.A.
                                        401 West Sunflower Ave.
                                        Cleveland, MS 38732
                                        662-843-7946 (telephone)
                                        662-843-7950 (facsimile)

                                        By:  */s/ Levi Boone, III, Esq.*
                                               *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x

In re: NEURONTIN MARKETING,  : MDL Docket No. 1629
  SALES PRACTICES AND PRODUCTS :
  LIABILITY LITIGATION    : Master File No. 04-10981

-------------------------------------------------------------x

           : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:  :

           : Magistrate Judge Leo T. Sorokin

           :

    Freddie Harris     :

*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :

-------------------------------------------------------------x

## PLAINTIFF FREDDIE HARRIS'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Freddie Harris, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

         Respectfully submitted,

         BOONE LAW FIRM, P.A.
         401 West Sunflower Ave.
         Cleveland, MS 38732
         662-843-7946 (telephone)
         662-843-7950 (facsimile)

        By: */s/ Levi Boone, III, Esq.*
          *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

In re: NEURONTIN MARKETING,             : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS       :
LIABILITY LITIGATION                       : Master File No. 04-10981

---------------------------------------------------------------x
                                                        : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:              :
                                                        : Magistrate Judge Leo T. Sorokin
                                                        :

Lavurne Hasselbach                          :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*  :
---------------------------------------------------------------x

## PLAINTIFF LAVURNE HASSELBACH'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Lavurne Hasselbach, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq. I am an attorney with the law firm of
      Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United
      States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the
      Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III. Esq.*
     *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x

In re: NEURONTIN MARKETING,                    : MDL Docket No. 1629
         SALES PRACTICES AND PRODUCTS          :
         LIABILITY LITIGATION                  : Master File No. 04-10981

---------------------------------------------------------------- x

                                               : Judge Patti B. Saris
                                               :
         THIS DOCUMENT RELATES TO:             :
                                               : Magistrate Judge Leo T. Sorokin
                                               :

         Estate of Florence Hayes              :
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74    :

---------------------------------------------------------------- x

## PLAINTIFF ESTATE OF FLORENCE HAYES'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Estate of Florence Hayes, by and through his/her attorney
of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
      Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United
      States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the
      Complaint.

5.    I believe pursuit of the action is warranted.

                                Respectfully submitted,

                                BOONE LAW FIRM, P.A.
                                401 West Sunflower Ave.
                                Cleveland, MS 38732
                                662-843-7946 (telephone)
                                662-843-7950 (facsimile)

                                By:  /s/ Levi Boone, III, Esq.
                                        Attorneys for Plaintiff(s)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------x

In re: NEURONTIN MARKETING,                    : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS            :
       LIABILITY LITIGATION                    : Master File No. 04-10981
-------------------------------------------------------------------x
                                               : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:               :
                                               : Magistrate Judge Leo T. Sorokin
                                               :
             Carl Henry                        :
   *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
-------------------------------------------------------------------x

### PLAINTIFF CARL HENRY'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Carl Henry, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING,           : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS   :
       LIABILITY LITIGATION           : Master File No. 04-10981
------------------------------------------------------------ x
                                      : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:      :
                                      : Magistrate Judge Leo T. Sorokin
                                      :
       Evia Holmes                    :
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74  :
------------------------------------------------------------ x

## PLAINTIFF EVIA HOLMES'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Evia Holmes, by and through his/her attorney of record,
and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9,
2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
      Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United
      States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the
      Complaint.

5.    I believe pursuit of the action is warranted.

                            Respectfully submitted,

                            BOONE LAW FIRM, P.A.
                            401 West Sunflower Ave.
                            Cleveland, MS 38732
                            662-843-7946 (telephone)
                            662-843-7950 (facsimile)

                            By:  /s/ Levi Boone, III, Esq.
                                 Attorneys for Plaintiff(s)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x

In re: NEURONTIN MARKETING,              : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS      :
       LIABILITY LITIGATION              : Master File No. 04-10981

------------------------------------------------------------------x
                                         : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:         :
                                         : Magistrate Judge Leo T. Sorokin
                                         :
       Ethel Mae Howard                  :
  *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*  :
------------------------------------------------------------------x

### PLAINTIFF ETHEL MAE HOWARD'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Ethel Mae Howard, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x

In re: NEURONTIN MARKETING,  : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS  :
      LIABILITY LITIGATION  : Master File No. 04-10981

-------------------------------------------------------------x

                              : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:  :
                              : Magistrate Judge Leo T. Sorokin
                              :

              Bettye Jackson  :

*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :

-------------------------------------------------------------x

## PLAINTIFF BETTYE JACKSON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Bettye Jackson, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

    1.     My name is Levi Boone, III, Esq. I am an attorney with the law firm of
          Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

    2.     I have conferred with Plaintiff per the November 9, 2007 Order of United
          States Magistrate Judge Leo T. Sorokin.

    3.     Plaintiff intends to proceed with the litigation in the above entitled action.

    4.     I have reviewed the relevant medical records and the allegations of the
          Complaint.

    5.     I believe pursuit of the action is warranted.

                         Respectfully submitted,

                         BOONE LAW FIRM, P.A.
                         401 West Sunflower Ave.
                         Cleveland, MS 38732
                         662-843-7946 (telephone)
                         662-843-7950 (facsimile)

                         By:  */s/ Levi Boone, III, Esq.*
                              *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING,                    : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS       :
      LIABILITY LITIGATION               : Master File No. 04-10981

------------------------------------------------------------ x

                                 : Judge Patti B. Saris

      THIS DOCUMENT RELATES TO:          :
                                 : Magistrate Judge Leo T. Sorokin

                                 :
             Mattie D. Jackson               :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :

------------------------------------------------------------ x

## PLAINTIFF MATTIE D. JACKSON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Mattie D. Jackson, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                                 Respectfully submitted,

                                 BOONE LAW FIRM, P.A.
                                 401 West Sunflower Ave.
                                 Cleveland, MS 38732
                                 662-843-7946 (telephone)
                                 662-843-7950 (facsimile)

                               By:  */s/ Levi Boone, III, Esq.*
                                     *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING,            : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS    :
       LIABILITY LITIGATION            : Master File No. 04-10981
------------------------------------------------------------x
                                       : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:       :
                                       : Magistrate Judge Leo T. Sorokin
                                       :
              Cheryl Johnson           :
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74  :
------------------------------------------------------------x

## PLAINTIFF CHERYL JOHNSON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Cheryl Johnson, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  /s/ Levi Boone, III, Esq.
     Attorneys for Plaintiff(s)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686