UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981
-----------------------------------------------------------x
                                            : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:           :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
        Lashonda Skinner                    :
  *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
-----------------------------------------------------------x

**PLAINTIFF LASHONDA SKINNER'S CERTIFICATION
PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Lashonda Skinner, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
      *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
In re: NEURONTIN MARKETING,                : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS        :
       LIABILITY LITIGATION                : Master File No. 04-10981
----------------------------------------------------------------x
                                           : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:           :
                                           : Magistrate Judge Leo T. Sorokin
                                           :
       Tony B. Smiley                      :
  *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :
----------------------------------------------------------------x

## PLAINTIFF TONY B. SMILEY'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Tony B. Smiley, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
    *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS           :
LIABILITY LITIGATION                                  : Master File No. 04-10981
--------------------------------------------------------------- x
                                                                     : Judge Patti B. Saris
              THIS DOCUMENT RELATES TO:         :
                                                                     : Magistrate Judge Leo T. Sorokin
                                                                     :
              Debbie Sullivan                                 :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
--------------------------------------------------------------- x

**PLAINTIFF DEBBIE SULLIVAN'S CERTIFICATION
PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Debbie Sullivan, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

                                        Respectfully submitted,

                                        BOONE LAW FIRM, P.A.
                                        401 West Sunflower Ave.
                                        Cleveland, MS 38732
                                        662-843-7946 (telephone)
                                        662-843-7950 (facsimile)

                                        By: */s/ Levi Boone, III, Esq.*
                                               *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,           : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS   :
       LIABILITY LITIGATION           : Master File No. 04-10981
---------------------------------------------------------------x
                                      : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:      :
                                      : Magistrate Judge Leo T. Sorokin
                                      :
       Dorothy Tolliver               :
  *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
---------------------------------------------------------------x

### PLAINTIFF DOROTHY TOLLIVER'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Dorothy Tolliver, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
    *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,           : MDL Docket No. 1629
    SALES PRACTICES AND PRODUCTS      :
    LIABILITY LITIGATION              : Master File No. 04-10981
-------------------------------------------------------------- x
                                      : Judge Patti B. Saris
    THIS DOCUMENT RELATES TO:         :
                                      : Magistrate Judge Leo T. Sorokin
                                      :
        Rosa Washington                :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* :
-------------------------------------------------------------- x

## PLAINTIFF ROSA WASHINGTON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Rosa Washington, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
    *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981
------------------------------------------------------------- x
                                            : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:           :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
        Nolan Williams                      :
 *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
----------------------------------------------------------- x

**PLAINTIFF NOLAN WILLIAMS' CERTIFICATION
PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Nolan Williams, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981
------------------------------------------------------------x
                                            : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:           :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
        Barbara Young                       :
  *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*  :
------------------------------------------------------------x

**PLAINTIFF BARBARA YOUNG'S CERTIFICATION
PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Barbara Young, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the relevant medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
    *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686