UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
In re: NEURONTIN MARKETING,                  : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS    :
      LIABILITY LITIGATION                       : Master File No. 04-10981
-------------------------------------------------------------x
                                             : Judge Patti B. Saris
      THIS DOCUMENT RELATES TO:            :
                                             : Magistrate Judge Leo T. Sorokin
                                             :
            Serboya Delotta                                 :
   *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*    :
-------------------------------------------------------------x

## PLAINTIFF SERBOYA DELOTTA'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Serboya Delotta, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed available medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                                    Respectfully submitted,

                                    BOONE LAW FIRM, P.A.
                                    401 West Sunflower Ave.
                                    Cleveland, MS 38732
                                    662-843-7946 (telephone)
                                    662-843-7950 (facsimile)

                              By:  */s/ Levi Boone, III, Esq.*
                                        *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS       :
       LIABILITY LITIGATION                       : Master File No. 04-10981
------------------------------------------------------------ x
                                  : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:               :
                                  : Magistrate Judge Leo T. Sorokin
                                  :
            Cora L. Crumble                      :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*       :
------------------------------------------------------------ x

## PLAINTIFF CORA L. CRUMBLE'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

       COMES NOW Plaintiff Cora L. Crumble, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

   1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

   2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

   3.     Plaintiff intends to proceed with the litigation in the above entitled action.

   4.     I have reviewed the relevant medical records and the allegations of the Complaint.

   5.     I believe pursuit of the action is warranted.

                    Respectfully submitted,

                    BOONE LAW FIRM, P.A.
                    401 West Sunflower Ave.
                    Cleveland, MS 38732
                    662-843-7946 (telephone)
                    662-843-7950 (facsimile)

                    By:  */s/ Levi Boone, III, Esq.*
                         *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                          : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION                        : Master File No. 04-10981
------------------------------------------------------------ x
                                   : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                          :
                                   : Magistrate Judge Leo T. Sorokin
                                   :
Cherry Sanders                                                :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*    :
------------------------------------------------------------ x

## PLAINTIFF CHERRY SANDERS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Cherry Sanders, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the relevant medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                           Respectfully submitted,

                           BOONE LAW FIRM, P.A.
                           401 West Sunflower Ave.
                           Cleveland, MS 38732
                           662-843-7946 (telephone)
                           662-843-7950 (facsimile)

                         By:  */s/ Levi Boone, III, Esq.*
                                *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981

--------------------------------------------------------- x
                                          : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                 :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
        Gloria Latham Harrison            :
  *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
--------------------------------------------------------- x

## **PLAINTIFF GLORIA LATHAM HARRISON'S CERTIFICATION**
## **PER NOVEMBER 9, 2007 ORDER**

        COMES NOW Plaintiff Gloria Latham Harrison, by and through his/her attorney
of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
        Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United
        States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the relevant medical records and the allegations of the
        Complaint.

5.      I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)

                        By:  */s/ Levi Boone, III, Esq.*
                             *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981
----------------------------------------------------------- x
                                          : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
            Everlernn Collins             :
   Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74   :
----------------------------------------------------------- x
```

## PLAINTIFF EVERLERNN COLLINS'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Everlernn Collins, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  /s/ Levi Boone, III, Esq.
      Attorneys for Plaintiff(s)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:   NEURONTIN MARKETING,            : MDL Docket No. 1629
         SALES PRACTICES AND PRODUCTS    :
         LIABILITY LITIGATION            : Master File No. 04-10981
------------------------------------------------------------ x
                                         : Judge Patti B. Saris
         THIS DOCUMENT RELATES TO:       :
                                         : Magistrate Judge Leo T. Sorokin
                                         :
         Mary Lawson                     :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
------------------------------------------------------------ x

## <u>PLAINTIFF MARY LAWSON'S CERTIFICATION</u>
## <u>PER NOVEMBER 9, 2007 ORDER</u>

COMES NOW Plaintiff Mary Lawson, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.   My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.   I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.   Plaintiff intends to proceed with the litigation in the above entitled action.

4.   I have reviewed the relevant medical records and the allegations of the Complaint.

5.   I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:   */s/ Levi Boone, III, Esq.*
         *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                 : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS         :
        LIABILITY LITIGATION                 : Master File No. 04-10981
------------------------------------------------------------ x
                                             : Judge Patti B. Saris
                                             :
        THIS DOCUMENT RELATES TO:            :
                                             : Magistrate Judge Leo T. Sorokin
                                             :
                                             :
            Virgine Meeks                    :
   Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74   :
------------------------------------------------------------ x

## PLAINTIFF VIRGINE MEEKS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Virgine Meeks, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:   */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS            :
        LIABILITY LITIGATION                    : Master File No. 04-10981
-------------------------------------------------------------- x
                                                : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:               :
                                                : Magistrate Judge Leo T. Sorokin
                                                :
        Jerry Price                             :
  *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*    :
-------------------------------------------------------------- x

## PLAINTIFF JERRY PRICE'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Jerry Price, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
In re:  NEURONTIN MARKETING,          : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS  :
        LIABILITY LITIGATION          : Master File No. 04-10981
------------------------------------------------------------- x
                                      : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:     :
                                      : Magistrate Judge Leo T. Sorokin
                                      :
        Morris Edwin Townsend         :
  Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74     :
------------------------------------------------------------- x
```

## PLAINTIFF MORRIS EDWIN TOWNSEND'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Morris Edwin Townsend, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
In re:  NEURONTIN MARKETING,           : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS   :
        LIABILITY LITIGATION           : Master File No. 04-10981
-------------------------------------------------------- x
                                       : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:      :
                                       : Magistrate Judge Leo T. Sorokin
                                       :
        Kathy Roberts                  :
  *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
-------------------------------------------------------- x

## PLAINTIFF KATHY ROBERTS'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Kathy Roberts, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the relevant medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x

In re:  NEURONTIN MARKETING,            : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS    :
        LIABILITY LITIGATION            : Master File No. 04-10981

------------------------------------------------------- x
                                        : Judge Patti B. Saris
                                        :
        THIS DOCUMENT RELATES TO:       :
                                        : Magistrate Judge Leo T. Sorokin
                                        :

            Vera Ray                    :
    *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
------------------------------------------------------- x

## PLAINTIFF VERA RAY'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Vera Ray, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the relevant medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686