UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x

In re: NEURONTIN MARKETING,                    : MDL Docket No. 1629
     SALES PRACTICES AND PRODUCTS      :
     LIABILITY LITIGATION                        : Master File No. 04-10981

------------------------------------------------------------ x

                                    : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:              :

                                     : Magistrate Judge Leo T. Sorokin

                                     :

            Margaret Haney                           :

*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*     :

------------------------------------------------------------ x

## PLAINTIFF MARGARET HANEY'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

       COMES NOW Plaintiff Margaret Haney, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the available medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                  Respectfully submitted,

                  BOONE LAW FIRM, P.A.
                  401 West Sunflower Ave.
                  Cleveland, MS 38732
                  662-843-7946 (telephone)
                  662-843-7950 (facsimile)

                  By:  */s/ Levi Boone, III, Esq.*
                        *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                     : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS       :
        LIABILITY LITIGATION                         : Master File No. 04-10981

---------------------------------------------------------- x

                                 : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:                       :

                                 : Magistrate Judge Leo T. Sorokin

                                 :

Robert Hannah                                                 :

*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*    :

---------------------------------------------------------- x

## PLAINTIFF ROBERT HANNAH'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

       COMES NOW Plaintiff Robert Hannah, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the available medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)

                        By: */s/ Levi Boone, III, Esq.*
                                *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

<u>/s/ Levi Boone, III</u>
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                     : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS        :
       LIABILITY LITIGATION                         : Master File No. 04-10981
--------------------------------------------------------- x
                               : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:               :
                               : Magistrate Judge Leo T. Sorokin
                               :
          William Hony                              :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*       :
--------------------------------------------------------- x

## PLAINTIFF WILLIAM HONY'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff William  Hony, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
        Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United
        States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the available medical records and the allegations of the
        Complaint.

5.     I believe pursuit of the action is warranted.

               Respectfully submitted,

               BOONE LAW FIRM, P.A.
               401 West Sunflower Ave.
               Cleveland, MS 38732
               662-843-7946 (telephone)
               662-843-7950 (facsimile)

               By: */s/ Levi Boone, III, Esq.*
                    *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                   : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS         :
        LIABILITY LITIGATION                          : Master File No. 04-10981

------------------------------------------------------------ x

                                                                : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:          :
                                                                : Magistrate Judge Leo T. Sorokin
                                                                :
        Margaret Johnson                                 :
   *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*    :

------------------------------------------------------------ x

### PLAINTIFF MARGARET JOHNSON'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Margaret Johnson, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the available medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
      *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                 : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS         :
        LIABILITY LITIGATION                 : Master File No. 04-10981
--------------------------------------------------------------- x
                                             : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:            :
                                             : Magistrate Judge Leo T. Sorokin
                                             :
        Velma Johnson                        :
   *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*      :
--------------------------------------------------------------- x

## PLAINTIFF VELMA JOHNSON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Velma Johnson, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.   My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
     Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.   I have conferred with Plaintiff per the November 9, 2007 Order of United
     States Magistrate Judge Leo T. Sorokin.

3.   Plaintiff intends to proceed with the litigation in the above entitled action.

4.   I have reviewed the available medical records and the allegations of the
     Complaint.

5.   I believe pursuit of the action is warranted.

                          Respectfully submitted,

                          BOONE LAW FIRM, P.A.
                          401 West Sunflower Ave.
                          Cleveland, MS 38732
                          662-843-7946 (telephone)
                          662-843-7950 (facsimile)

                          By:  */s/ Levi Boone, III, Esq.*
                               *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                     : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS        :
       LIABILITY LITIGATION                          : Master File No. 04-10981
------------------------------------------------------------ x
                                    : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:              :
                                    : Magistrate Judge Leo T. Sorokin
                                    :
           Patricia McBeath                              :
  *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*      :
------------------------------------------------------------ x

## <u>PLAINTIFF PATRICIA MCBEATH'S CERTIFICATION<br>PER NOVEMBER 9, 2007 ORDER</u>

      COMES NOW Plaintiff Patricia McBeath, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
        Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United
        States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the available medical records and the allegations of the
        Complaint.

5.      I believe pursuit of the action is warranted.

                             Respectfully submitted,

                             BOONE LAW FIRM, P.A.
                             401 West Sunflower Ave.
                             Cleveland, MS 38732
                             662-843-7946 (telephone)
                             662-843-7950 (facsimile)

                         By:  */s/ Levi Boone, III, Esq.*
                             *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
In re:  NEURONTIN MARKETING,               : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS       :
        LIABILITY LITIGATION               : Master File No. 04-10981
----------------------------------------------------------- x
                                           : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:          :
                                           : Magistrate Judge Leo T. Sorokin
                                           :
        Betsy Miller                       :
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74  :
----------------------------------------------------------- x
```

## PLAINTIFF BETSY MILLER'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Betsy Miller, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.   My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.   I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.   Plaintiff intends to proceed with the litigation in the above entitled action.

4.   I have reviewed the available medical records and the allegations of the Complaint.

5.   I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  /s/ Levi Boone, III, Esq.
     Attorneys for Plaintiff(s)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:   NEURONTIN MARKETING,                    : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981

------------------------------------------------------------ x

                                       : Judge Patti B. Saris

THIS DOCUMENT RELATES TO:                        :

                                        : Magistrate Judge Leo T. Sorokin

                                        :

               Lorraine McGowan                 :

*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*      :

------------------------------------------------------------ x

## **PLAINTIFF LORRAINE MCGOWAN'S CERTIFICATION**
## **PER NOVEMBER 9, 2007 ORDER**

       COMES NOW Plaintiff Lorraine McGowan, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the available medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                          Respectfully submitted,

                          BOONE LAW FIRM, P.A.
                          401 West Sunflower Ave.
                          Cleveland, MS 38732
                          662-843-7946 (telephone)
                          662-843-7950 (facsimile)

                      By:  */s/ Levi Boone, III, Esq.*
                            *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

   I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

   So Certified, this the <u>15th</u> day of August, 2008.

         /s/ Levi Boone, III_____
         Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981

------------------------------------------------------------ x
                                            : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                   :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
        Sherman McDonald                     :
  *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*  :

------------------------------------------------------------ x

## PLAINTIFF SHERMAN MCDONALD'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Sherman McDonald, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
      Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United
      States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the available medical records and the allegations of the
      Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981
------------------------------------------------------------ x
                                       : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                       :
                                       : Magistrate Judge Leo T. Sorokin
                                       :
        Helen Parks                             :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*      :
------------------------------------------------------------ x

## PLAINTIFF HELEN PARKS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

       COMES NOW Plaintiff Helen Parks, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the available medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                                Respectfully submitted,

                                BOONE LAW FIRM, P.A.
                                401 West Sunflower Ave.
                                Cleveland, MS 38732
                                662-843-7946 (telephone)
                                662-843-7950 (facsimile)

                                By:  */s/ Levi Boone, III, Esq.*
                                       *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS          :
       LIABILITY LITIGATION                         : Master File No. 04-10981
-------------------------------------------------------- x
                                     : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                   :
                                     : Magistrate Judge Leo T. Sorokin
                                     :
Delories Powell                                                 :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*        :
-------------------------------------------------------- x

### PLAINTIFF DELORIES POWELL'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Delories Powell, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the available medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
      *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

     So Certified, this the 15th day of August, 2008.

                    /s/ Levi Boone, III
                    Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS            :
        LIABILITY LITIGATION                    : Master File No. 04-10981

--------------------------------------------------------- x

                                                : Judge Patti B. Saris
                                                :
THIS DOCUMENT RELATES TO:                       :
                                                : Magistrate Judge Leo T. Sorokin
                                                :
                                                :
        Jacquelyn Posey                         :
*Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :

--------------------------------------------------------- x

## PLAINTIFF JACQUELYN POSEY'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Jacquelyn Posey, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
        Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United
        States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the available medical records and the allegations of the
        Complaint.

5.      I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)

                        By:  */s/ Levi Boone, III, Esq.*
                                *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III_____
Levi Boone, III, Esq., MSB# 3686