UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,               : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS       :
        LIABILITY LITIGATION               : Master File No. 04-10981
------------------------------------------------------------ x
                                           : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:          :
                                           : Magistrate Judge Leo T. Sorokin
                                           :
        Elton Mason                        :
  *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*  :
------------------------------------------------------------ x

## PLAINTIFF ELTON MASON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Elton Mason, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the available medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
       *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                         : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS           :
        LIABILITY LITIGATION                               : Master File No. 04-10981
---------------------------------------------------------- x
                                                                        : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:                  :
                                                                        : Magistrate Judge Leo T. Sorokin
                                                                        :
              Charlie McClendon                               :
   *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*      :
---------------------------------------------------------- x

## PLAINTIFF CHARLIE MCCLENDON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

       COMES NOW Plaintiff Charlie McClendon, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the available medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)

                        By:  */s/ Levi Boone, III, Esq.*
                               *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981
------------------------------------------------------------ x
                                            : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:           :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
            Jimmy Darling                   :
   *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*   :
------------------------------------------------------------ x

## PLAINTIFF JIMMY DARLING'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Jimmy Darling, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the available medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981
------------------------------------------------------------ x
                                            : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:           :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
            Eloise Williams                 :
   Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74    :
------------------------------------------------------------ x
```

## PLAINTIFF ELOISE WILLIAMS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Eloise Williams, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the available medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  /s/ Levi Boone, III, Esq.
     Attorneys for Plaintiff(s)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981
------------------------------------------------------------- x
                                            : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:           :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
        Carolyn Davis                       :
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74  :
------------------------------------------------------------- x
```

## PLAINTIFF CAROLYN DAVIS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Carolyn Davis, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the available medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

<u>CERTIFICATE OF SERVICE</u>

      I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

      So Certified, this the <u>15th</u> day of August, 2008.

                              <u>/s/ Levi Boone, III</u>
                              Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                  : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                 : Master File No. 04-10981
------------------------------------------------------------ x
                                              : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:            :
                                              : Magistrate Judge Leo T. Sorokin
                                              :
        Annie Edwards                         :
  *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
------------------------------------------------------------ x

## PLAINTIFF ANNIE EDWARDS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Annie Edwards, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
        Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United
        States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the available medical records and the allegations of the
        Complaint.

5.      I believe pursuit of the action is warranted.

                            Respectfully submitted,

                            BOONE LAW FIRM, P.A.
                            401 West Sunflower Ave.
                            Cleveland, MS 38732
                            662-843-7946 (telephone)
                            662-843-7950 (facsimile)

                            By:  */s/ Levi Boone, III, Esq.*
                                 *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

      So Certified, this the 15th day of August, 2008.

                          /s/ Levi Boone, III
                          Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981
------------------------------------------------------------ x
                                          : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
        Carl Brinkley                     :
   Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74   :
------------------------------------------------------------ x
```

## PLAINTIFF CARL BRINKLEY'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Carl Brinkley, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the available medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  /s/ Levi Boone, III, Esq.
        Attorneys for Plaintiff(s)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,            : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS    :
        LIABILITY LITIGATION            : Master File No. 04-10981
--------------------------------------------------------------- x
                                        : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:       :
                                        : Magistrate Judge Leo T. Sorokin
                                        :
        Kathy Christman                 :
  *Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
--------------------------------------------------------------- x

## PLAINTIFF KATHY CHRISTMAN'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Kathy Christman, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:


1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
        Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United
        States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the available medical records and the allegations of the
        Complaint.

5.      I believe pursuit of the action is warranted.

                        Respectfully submitted,

                        BOONE LAW FIRM, P.A.
                        401 West Sunflower Ave.
                        Cleveland, MS 38732
                        662-843-7946 (telephone)
                        662-843-7950 (facsimile)


                        By:  */s/ Levi Boone, III, Esq.*
                             *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS            :
        LIABILITY LITIGATION                    : Master File No. 04-10981
-------------------------------------------------------------x
                                                : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:               :
                                                : Magistrate Judge Leo T. Sorokin
                                                :
           Dixie Thomas                         :
  Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74   :
-------------------------------------------------------------x
```

## PLAINTIFF DIXIE THOMAS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

      COMES NOW Plaintiff Dixie Thomas, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the available medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                    Respectfully submitted,

                    BOONE LAW FIRM, P.A.
                    401 West Sunflower Ave.
                    Cleveland, MS 38732
                    662-843-7946 (telephone)
                    662-843-7950 (facsimile)

                    By: */s/ Levi Boone, III, Esq.*
                        *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                         : MDL Docket No. 1629
      SALES PRACTICES AND PRODUCTS          :
      LIABILITY LITIGATION                          : Master File No. 04-10981
------------------------------------------------------------- x
                                       : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                            :
                                       : Magistrate Judge Leo T. Sorokin
                                       :
             Lillie Hunter                                   :
*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74*   :
------------------------------------------------------------- x

## PLAINTIFF LILLIE HUNTER'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Lillie Hunter, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.      My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.      I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.      Plaintiff intends to proceed with the litigation in the above entitled action.

4.      I have reviewed the available medical records and the allegations of the Complaint.

5.      I believe pursuit of the action is warranted.

                      Respectfully submitted,

                      BOONE LAW FIRM, P.A.
                      401 West Sunflower Ave.
                      Cleveland, MS 38732
                      662-843-7946 (telephone)
                      662-843-7950 (facsimile)

                      By:  */s/ Levi Boone, III, Esq.*
                             *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                 : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS         :
        LIABILITY LITIGATION                 : Master File No. 04-10981
------------------------------------------------------------- x
                                             : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:            :
                                             : Magistrate Judge Leo T. Sorokin
                                             :
              Della Washington               :
   Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74   :
------------------------------------------------------------- x
```

## PLAINTIFF DELLA WASHINGTON'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Della Washington, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.    My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.    I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.    Plaintiff intends to proceed with the litigation in the above entitled action.

4.    I have reviewed the available medical records and the allegations of the Complaint.

5.    I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
        *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,              : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS      :
        LIABILITY LITIGATION              : Master File No. 04-10981
--------------------------------------------------------------- x
                                          : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:         :
                                          : Magistrate Judge Leo T. Sorokin
                                          :
            Ruby Hoover                    :
  Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74   :
--------------------------------------------------------------- x
```

## PLAINTIFF RUBY HOOVER'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Ruby Hoover, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the available medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  /s/ Levi Boone, III, Esq.
      Attorneys for Plaintiff(s)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:  NEURONTIN MARKETING,                    : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS    :
        LIABILITY LITIGATION                           : Master File No. 04-10981

------------------------------------------------------------ x
                                                                         : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:               :
                                                                         : Magistrate Judge Leo T. Sorokin
                                                                         :
            Shirley Ann Walters                                 :
   *Jessie Allen, et al v. Pfizer, Inc., Case No.  4:07cv74*       :
------------------------------------------------------------ x

## PLAINTIFF SHIRLEY ANN WALTERS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

        COMES NOW Plaintiff Shirley Ann Walters, by and through his/her attorney of
record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of
November 9, 2007 certifies as follows:

1.        My name is Levi Boone, III, Esq.  I am an attorney with the law firm of
          Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.        I have conferred with Plaintiff per the November 9, 2007 Order of United
          States Magistrate Judge Leo T. Sorokin.

3.        Plaintiff intends to proceed with the litigation in the above entitled action.

4.        I have reviewed the available medical records and the allegations of the
          Complaint.

5.        I believe pursuit of the action is warranted.

                                        Respectfully submitted,

                                        BOONE LAW FIRM, P.A.
                                        401 West Sunflower Ave.
                                        Cleveland, MS 38732
                                        662-843-7946 (telephone)
                                        662-843-7950 (facsimile)

                                        By:  */s/ Levi Boone, III, Esq.*
                                               *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686