UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,                : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS               :
LIABILITY LITIGATION                       : Master File No. 04-10981
--------------------------------------------------------------- x
                                           : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                  :
                                           : Magistrate Judge Leo T. Sorokin
                                           :
Warren Nance                               :
*Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275* :
--------------------------------------------------------------- x

## PLAINTIFF WARREN NANCE'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Warren Nance, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.  My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.  I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.  Plaintiff intends to proceed with the litigation in the above entitled action.

4.  I have reviewed the available medical records and the allegations of the Complaint.

5.  I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
    *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,                : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS               :
LIABILITY LITIGATION                       : Master File No. 04-10981
---------------------------------------------------------------x
                                           : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                  :
                                           : Magistrate Judge Leo T. Sorokin
                                           :
Louisia Smith                              :
*Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275*   :
---------------------------------------------------------------x

## PLAINTIFF LOUISIA SMITH'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Louisia Smith, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
    *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
         SALES PRACTICES AND PRODUCTS       :
         LIABILITY LITIGATION               : Master File No. 04-10981
------------------------------------------------------------ x
                                            : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:           :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
                                            :
        Charlotte Jenkins                   :
*Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275*  :
---------------------------------------------------------------x

## PLAINTIFF CHARLOTTE JENKINS' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Charlotte Jenkins, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

                                    Respectfully submitted,

                                    BOONE LAW FIRM, P.A.
                                    401 West Sunflower Ave.
                                    Cleveland, MS 38732
                                    662-843-7946 (telephone)
                                    662-843-7950 (facsimile)

                                    By:  */s/ Levi Boone, III, Esq.*
                                         *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,                : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS               :
LIABILITY LITIGATION                       : Master File No. 04-10981
--------------------------------------------------------------- x
                                           : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                  :
                                           : Magistrate Judge Leo T. Sorokin
                                           :
Donna Pierce                               :
*Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275*  :
--------------------------------------------------------------- x

## PLAINTIFF DONNA PIERCE'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Donna Pierce, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: /s/ *Levi Boone, III, Esq.*
    *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,                : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS        :
       LIABILITY LITIGATION                : Master File No. 04-10981
---------------------------------------------------------------x
                                           : Judge Patti B. Saris
       THIS DOCUMENT RELATES TO:           :
                                           : Magistrate Judge Leo T. Sorokin
                                           :
       Rodney Plant                        :
Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 :
---------------------------------------------------------------x

## PLAINTIFF RODNEY PLANT'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Rodney Plant, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: /s/ Levi Boone, III, Esq.
    Attorneys for Plaintiff(s)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS  :
       LIABILITY LITIGATION                     : Master File No. 04-10981
-------------------------------------------------------- x
                                                                                   : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:       :
                                                                                    : Magistrate Judge Leo T. Sorokin
                                                                                    :
Re'Shedia Young, minor by Margaret Young, grandmother  :
*Leroy Anderson, et al v. Pfizer, Inc., Case No.  4:04cv275*   :
------------------------------------------------------------ x

## PLAINTIFF RE'SHEDIA YOUNG, MINOR BY MARGARET YOUNG, GRANDMOTHER'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Re'Shedia Young, minor by Margaret Young, grandmother, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
       *Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,                : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS               :
LIABILITY LITIGATION                       : Master File No. 04-10981
---------------------------------------------------------------x
                                           : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                  :
                                           : Magistrate Judge Leo T. Sorokin
                                           :
Shirley Drennan                            :
*Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275*  :
---------------------------------------------------------------x

### PLAINTIFF SHIRLEY DRENNAN'S CERTIFICATION
### PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Shirley Drennan, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
    *Attorneys for Plaintiff(s)*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
       SALES PRACTICES AND PRODUCTS   :
       LIABILITY LITIGATION                    : Master File No. 04-10981
------------------------------------------------------------ x
                                                          : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:        :
                                                          : Magistrate Judge Leo T. Sorokin
                                                          :
              Patricia Rhodes                            :
*Leroy Anderson, et al v. Pfizer, Inc., Case No.  4:04cv275*   :
------------------------------------------------------------ x

## PLAINTIFF PATRICIA RHODES' CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

       COMES NOW Plaintiff Patricia Rhodes, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1.     My name is Levi Boone, III, Esq.  I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2.     I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3.     Plaintiff intends to proceed with the litigation in the above entitled action.

4.     I have reviewed the available medical records and the allegations of the Complaint.

5.     I believe pursuit of the action is warranted.

                                              Respectfully submitted,

                                              BOONE LAW FIRM, P.A.
                                              401 West Sunflower Ave.
                                              Cleveland, MS 38732
                                              662-843-7946 (telephone)
                                              662-843-7950 (facsimile)

                                   By:  */s/ Levi Boone, III, Esq.*
                                          *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS        :
        LIABILITY LITIGATION                : Master File No. 04-10981
--------------------------------------------------------------- x
                                            : Judge Patti B. Saris
        THIS DOCUMENT RELATES TO:           :
                                            : Magistrate Judge Leo T. Sorokin
                                            :
        Marie Barber                        :
*Leroy Anderson, et al v. Pfizer, Inc., Case No.  4:04cv275*  :
--------------------------------------------------------------- x

## PLAINTIFF MARIE BARBER'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Marie Barber, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on 17 day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the 15th day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
In re: NEURONTIN MARKETING,  : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------------------- x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T. Sorokin
:
Elizabeth Knight :
*Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275* :
----------------------------------------------------------------x

## PLAINTIFF ELIZABETH KNIGHT'S CERTIFICATION
## PER NOVEMBER 9, 2007 ORDER

COMES NOW Plaintiff Elizabeth Knight, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
*Attorneys for Plaintiff(s)*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by first class, United States postal service mail to the following on <u>17</u> day of August, 2008.

HARE & CHAFFIN
160 Federal Street, 23rd Floor
Boston, MA 02110

SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Pfizer Defendants*

So Certified, this the <u>15th</u> day of August, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686