MDL Docket No. 1629
Master File No. 04-10981

August, 19, 2008

Leo T. Sorokin,
  US Magistrate Judge,

   I am writing to the court to object to my case being dismissed. (Case # 06-11581 - Jamie Fenelon). Only yesterday did I receive a copy of court order #25 (Discovery Order No. 25). I am currently looking for new counsel since my attorney at Finkelstein and Partners informed me that they wished to be let off the case. If I cannot find new counsel in an acceptable time frame then I will represent myself. Since the discovery began on my case I informed Mr. Rosenkrantz at Finkelstein that I had new evidence in the case. He told me that they were not interested in hearing about it. Mr. Rosenkrantz informed me that the reason they wanted to withdraw as counsel was because of lack of evidence yet I had the evidence he needed. I am asking the court to not dismiss my case and to please allow me time to hire a new lawyer.

                                Thank you,
                                Jamie K. Fenelon

Contact information:

    Jamie Fenelon
    3064 E. Street
    Philadelphia, PA 19134
    # 267-912-8034

Plaintiff:
Jamie Fenelon
CA No.
06-11581
Docket # of motion to withdrawl
1070