UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ALL PRODUCTS LIABILITY CASES | Magistrate Judge Leo T. Sorokin |

**PRODUCTS LIABILITY PLAINTIFFS' EMERGENCY MOTION FOR AN ORDER MODIFYING CASE MANAGEMENT ORDER NO. 3 SO AS TO ALLOW ONE-DAY DEPOSITIONS OF CASE-SPECIFIC EXPERTS, FOR A PROTECTIVE ORDER LIMITING THE DEPOSITION OF PLAINTIFFS' SPECIFIC CAUSATION EXPERT TRIMBLE TO ONE DAY, AND FOR A PROTECTIVE ORDER PRECLUDING DEFENDANTS FROM TAKING DEPOSITIONS OF PLAINTIFFS' GENERAL CAUSATION EXPERTS KING AND BROCK**

Products Liability Plaintiffs respectfully move, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, by Emergency Motion, (1) for an Order modifying Case Management Order No. 3 so as to permit one-day depositions of case-specific experts, absent good cause for a second day (2) for a Protective Order limiting the deposition of Plaintiffs' specific causation expert, Professor Michael Trimble, M.D., to one day, and (3) for a Protective Order precluding Defendants from taking the depositions of Plaintiffs' general causation experts on sales/marketing practices, Charles King, III, Ph.D., and Dan W. Brock, Ph.D. Plaintiffs' Motion is supported by the Memorandum submitted herewith. Plaintiffs are proceeding by Emergency Motion because the videotaped deposition of Professor Trimble has been noticed by Defendants to be taken, in the individual case, *Smith v. Pfizer Inc.*, Case No. 05-11515-PBS, on September 2, 2008, and continued on September 3, 2008, if necessary until completed, and the videotaped deposition of Dr. Brock has been noticed by Defendants to be taken, in the individual cases,

*Bulger v. Pfizer Inc.,* Case No. 07-11426-PBS, and *Smith v. Pfizer Inc.*, Case No. 05-11515-PBS, on September 16, 2008, and September 17, 2008.

Dated: August 25, 2008 

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551

By:   **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
  & Associates
106 E. 6th Street, Suite 700
Austin, TX 78701

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated: August 25, 2008

**/s/ Kenneth B. Fromson**
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 25, 2008.

**/s/ Kenneth B. Fromson**
Kenneth B. Fromson, Esquire

2