# EXHIBIT E

Case 1:04-cv-10981-PBS    Document 1416-6    Filed 08/25/2008    Page 1 of 2

MDL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10981-PBS

| | |
|---|---|
| Harden Manufacturing Corporation v. Pfizer, Inc. et al | Date Filed: 05/14/2004 |
| Assigned to: Judge Patti B. Saris | Jury Demand: Both |
| Referred to: Magistrate Judge Leo T. Sorokin | Nature of Suit: 890 Other Statutory Actions |
| Member case: (View Member Case) | Jurisdiction: Federal Question |
| related Cases: 1:96-cv-11651-PBS | |
| 1:04-cv-10958-PBS | |
| 1:07-cv-11336-PBS | |
| 1:04-cv-10984-PBS | |
| 1:05-cv-10797-PBS | |
| 1:08-cv-10930-PBS | |
| Cause: 18:1962 Racketeering (RICO) Act | |

| Date Entered | # | Docket Text |
|---|---|---|
| 06/10/2005 | | Judge Leo T. Sorokin : Electronic ORDER entered. The Motion for Entry of CASE MANAGEMENT ORDER #4 [#137] is allowed except that defendant's request to include the disputed paragraph is denied without prejudice. The Plaintiffs Products Liability Steering Committed is Ordered to respond to defendants' request for this paragraph with a definite position by June 24, 2005, i.e. seven days after the formation of the PPLSC. Defendants may reply to the PPLSC's memo within seven days thereafter. The parties are requested to identify in particular their shared or different understandings of the claim division language described in the disputed paragraph.(Sorokin, Leo) Modified on 4/26/2007 (Simeone, Maria). (Entered: 06/10/2005) |