# EXHIBIT F

Case 1:04-cv-10981-PBS   Document 1416-7   Filed 08/25/2008   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE NEURONTIN MARKETING, SALES    )
PRACTICES, AND PRODUCTS LIABILITY   )
LITIGATION                          )   MDL Docket No. 1629
_____)   Master File No. 04-10981
                                    )
THIS ORDER RELATES TO:              )   Judge Patti B. Saris
                                    )   Mag. Judge Leo T. Sorokin
ALL PRODUCTS LIABILITY ACTIONS      )
_____)

Discovery Order No. 26 Products Liability Scheduling Order

June 20, 2008

SOROKIN, M.J.

The Court adopts the discovery and briefing schedule for the Bulger and Smith cases proposed by the parties. At this time, the Court will not establish a discovery schedule for the remaining Phase I and Massachusetts cases. Thus the schedule is:

| Fact discovery closes | 7/1/08 |
|---|---|
| Plaintiffs' expert reports | 8/7/08 |
| Depositions of plaintiffs' experts completed | 9/22/08 |
| Defendants' expert reports | 10/10/08 |
| Depositions of defendants' experts completed | 11/26/08 |
| Dispositive motions | 12/23/08 |
| Oppositions to dispositive motions | 1/13/09 |
| Replies to dispositive motions | 1/27/09 |
| Sur-replies to dispositive motions | 2/10/09 |

Judge Saris will not travel to Tennessee to preside over the trial of the Smith case.

The Emergency Motion to Compel (#1316) remains under advisement. Defendants have until the close of business on June 27, 2008 to identify facts or information supporting their

Motion that depict conduct by Mr. Bulger during the twelve months preceding Ms. Bulger's suicide.

The Defendants have moved to dismiss the claims of Plaintiffs represented by the Levi Boone Law Firm for its failure to comply with the Court's certification order. Docket #1260. All but twenty one of these Plaintiffs have opposed. Boone shall file either a stipulation of dismissal with prejudice or a motion to voluntarily dismiss listing the names of these twenty-one plaintiffs and each plaintiff's respective civil action number by **June 26, 2008.**

Based upon the arguments of counsel at the hearing and the pleadings submitted by the parties, the Court is not satisfied with the certifications to date submitted regarding the plaintiffs represented by the Boone Law Firm. Accordingly, these plaintiffs shall file new certifications in the form prescribed by the Court's original certification orders. In certifying that counsel has conferred with the plaintiff and the plaintiff intends to proceed, counsel is certifying that that conferral occurred after and in response to the Court's certification order of November 9, 2007. Counsel is reminded that by certifying that counsel has reviewed the "relevant medical records," counsel is not merely certifying that the documents indicate that the plaintiff received an off-label prescription for Neurontin. Counsel has sixty (60) days from the date of this Order to submit all certifications.

SO ORDERED.

/s/ Leo T. Sorokin
_____
United States Magistrate Judge

2