EXHIBIT G

Case 1:04-cv-10981-PBS   Document 1416-8   Filed 08/25/2008   Page 1 of 8

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
: MDL DOCKET NO: 1629
In re:  NEURONTIN MARKETING, SALES :
        PRACTICES, AND PRODUCTS : Master File No. 04-10981
        LIABILITY LITIGATION :
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
:
------------------------------------- x
:
THIS DOCUMENT RELATES TO: :
:
*Smith, et al. v. Pfizer, et al.* :
:
:
Case No. 05-cv-11515-PBS :
:
------------------------------------- x

**NOTICE OF VIDEOTAPED DEPOSITION OF
PROFESSOR MICHAEL TRIMBLE, M.D.**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Pfizer Inc. and Warner-Lambert Company LLC, by and through their counsel, will take the testimony by deposition upon oral examination, before a person authorized to administer oaths, of Professor Michael Trimble, M.D., the Products Liability Plaintiffs' designated expert to provide testimony relating to his opinions in the above-referenced case. The deposition will be taken in accordance with the deposition protocols and procedures set forth in Case Management Order Numbers 3 and 5, at the Lanier Law Firm, 126 East 56th Street, 6th Floor, New York, New York 10022, beginning at 9:00 a.m. and ending no later than 6:00 p.m. local time on Tuesday, September 2 and continuing on Wednesda, September 3 if necessary until completed. The deposition will be recorded by stenographic means and videotaped by Veritext,

3078525v1

L.L.C., 1 Penn Plaza, Suite 1706, New York, New York, 10119. Pursuant to the pertinent provisions of the Federal Rules of Civil Procedure, Professor Michael Trimble, M.D. is required to produce at his deposition the records, documents, and tangible items set forth in the attached Exhibit A.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure and the referenced Case Management Orders.

Dated: August 19, 2008

          HARE & CHAFFIN

          By: *[signature]*
          David B. Chaffin, Esq.
          160 Federal Street
          Boston, MA 02110

          OF COUNSEL:
          Scott W. Sayler
          Lori McGroder
          SHOOK, HARDY & BACON, LLP
          2555 Grand Blvd.
          Kansas City, Missouri 64108-2613
          Tel: (816) 474-6550
          Fax: (816) 421-5547

          ATTORNEYS FOR DEFENDANTS
          PFIZER INC. AND WARNER-LAMBERT
          COMPANY LLC

## *EXHIBIT A*

### DEFINITIONS

1. "Plaintiffs" mean any and all products liability plaintiffs in this litigation, and their representatives, agents or attorneys.

2. "Defendants" mean any and all of the following entities: Pfizer Inc., Warner-Lambert Company LLC, Warner-Lambert Company, and Parke-Davis.

3. "You or your" means Michael Trimble, M.D. and his representatives, agents or attorneys.

4. The term "document" is used in its broadest sense and means the original and any non-identical copy, regardless of origin or location, which is within the scope of the Federal Rules of Civil Procedure. The term "document" includes, but is not limited to writings, drawings, graphs, charts, photographs, and phonographic or recorded records and other data compilations.

5. The term "including" shall be interpreted so as to expand the meaning or interpretation of a term or question and shall not be interpreted in a restrictive manner.

### DOCUMENTS THE DEPONENT IS REQUIRED TO PRODUCE

1. All correspondence to or from you regarding this litigation.

2. All documents relating to monies paid or agreed to be paid to you by attorneys in this litigation.

3. All documents reflecting or relating to the amount of time you have spent working in the context of this litigation.

4. All documents, notes, records and materials in your possession relating to Plaintiffs and/or to this litigation.

3078525v1

5. All reports, notes, memoranda, documents, audiotapes or videotapes prepared by you relating to this litigation.

6. All correspondence between you and Plaintiffs or their attorneys, agents, or representatives.

7. Your complete file regarding this litigation.

8. All photographs, records, notes, reports in your custody concerning Plaintiffs.

9. All documents, drawings and notes used in preparation of your conclusions and/or opinions regarding the alleged injuries of Plaintiffs.

10. Any correspondence and any other written communication between you and any other person concerning Plaintiffs.

11. All notes, records, reports, medical or scientific literature, data of any kind, or other material you reviewed or relied upon regarding your conclusions, opinions, and the causes of the alleged injuries of Plaintiffs, including interview notes regarding individual Plaintiffs.

12. Texts, publications, studies, data or other material upon which you relied in forming your opinions or testimony in this litigation.

13. All written studies, reports, records, opinions, notes and calculations or other documentation prepared or reviewed by you in connection with this litigation.

14. All writings, documents, notes, or other materials reflecting or relating to any and all contacts between you and medical health care professionals, their agents, or any other persons who you had contact with for purposes of conferring about the subjects of Neurontin® and any alleged side-effects or associated adverse events; and suicidal ideation or behavior.

3078525v1

15. All documents that contain or reflect any opinion you will render in this litigation.

16. All documents and things provided to you by Plaintiffs or their attorneys, agents, or other representatives or by any other person regarding Plaintiffs or this litigation.

17. All documents and other materials in your possession, custody or control that were obtained from, provided by or authored by Defendants.

18. All advertisements or other communications regarding your availability as a consultant or expert witness distributed or caused to be distributed by you or by any expert, consulting or witness referral service acting on your behalf.

19. All documents which reflect your relationship with any expert, consulting or witness referral service, company, database or directories, including documents reflecting arrangements for income sharing, fee-splitting or other remunerative arrangements.

20. All correspondence and memoranda recording, reflecting or regarding any meetings, telephone conversations, or other contacts between you and the FDA relating to Defendants or Neurontin®.

21. All correspondence and memoranda recording, reflecting or regarding any meetings, telephone conversations, or other contacts between you and any other governmental regulatory body relating to Defendants or Neurontin®.

22. All written reports, studies, reviews, papers or other documents prepared by you on the subjects of Neurontin® and any alleged side-effects or associated adverse events; and suicidal ideation or behavior.

23. All correspondence between you and Defendants or any of their current or former employees.

3078525v1

24. Copies of all of your billings for work undertaken in this case, showing the time spent, activity undertaken and amount billed.

25. All documents which identify any research grants, honoraria, expense reimbursements or other compensation provided to you by Defendants or any subsidiary company, agency, or person acting on its behalf.

26. All notes, slides, overheads, presentation materials, handouts, summaries, materials, outlines, publications and other documents and things which contain information regarding any class, course, seminar or other presentation taught or presented by you on the subjects of Neurontin® and any alleged side effects or associated adverse events; and suicidal ideation or behavior.

3078525v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2008, I caused to be served a true and correct copy of the foregoing Notice of Deposition of Michael Trimble, M.D. via electronic mail and U.S. Mail, postage prepaid to:

Andrew G. Finkelstein, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550
T: 845-562-0203
F: 845-562-3492

Jack W. London, Esq.
Law Offices of Jack London & Associates, P.C.
106 E. 6th Street, Suite 700
Austin, TX 78701
T: 512-478-5858
F: 512-479-5934

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
T: 617-482-3700
F: 617-482-3003

*Members of the Products Liability Plaintiffs' Steering Committee*

/s/ [signature]
ATTORNEY FOR DEFENDANTS
PFIZER INC. AND WARNER-LAMBERT
COMPANY LLC

3078525v1