EXHIBIT I

# Finkelstein & PARTNERS
## Counselors At Law
A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)

Ronald Rosenkranz (NY)
Elissa M. Fried-DeRosa (NY)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

Steven J. Shultz (NY & MA)
*Of Counsel*
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)
Jeffrey A. Brown, M.D., Esq. (NY & NJ)
Dennis G. Ellis (NY)
John F. Dowd (NY & CT)

*Accredited CLE Provider*

REFER TO OUR FILE #: 200599                                       October 22, 2007

By Overnight Delivery & Email
James P. Rouhandeh, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

> Re:   Neurontin Products Liability Litigation
>       Expert Disclosure

Dear Jim:

Enclosed please find general causation expert disclosure pertaining to the litigation. In this regard, you will find disclosure for the following experts: Dr. Dan Brock, Dr. Charles King, Dr. Sanford Greenland, Dr. Bentson McFarland, Dr. Cheryl Blume, and Dr. Stefan Kruszewski.

In furtherance of the parties' discussions regarding Magistrate Judge Sorokin's directives in this case, Plaintiffs maintain that all expert reports that do not pertain to an individual case-specific actions are due for disclosure by Plaintiffs. As previously set forth by the Court in Discovery Order No. 7, the parties were to exchange general causation expert reports by October 1, 2007. Thereafter, in Discovery Order No. 13, the Court extended the exchange date to October 22, 2007. Finally, in Discovery Order No. 14, the Court indicated, "the schedule for experts on general causation and summary judgment briefing remains unchanged."

Let me also remind you that in the Memorandum and Order dated February 23, 2007, Doc. #646, Judge Saris recognized general causation to include issues related to Plaintiffs' liability claims (i.e., negligence, fraud, consumer protection violations) when she dismissed the fraud claims without prejudice and with permission to amend complaints: "While plaintiffs do allege <u>causation</u> in a conclusory fashion, they admit they did not allege fraud with particularity . . . ." *Id.* at p. 2 (emphasis added). Judge Saris goes on to recognize Plaintiffs' entitlement to discovery for purposes of causation and ultimately states, "I understand that the parties have agreed to undertake discovery in ten pilot cases to vet issues of <u>general</u> and individual causation." *Id.* at p. 5 (emphasis added).

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

James P. Rouhandeh, Esq.
October 22, 2007
Page Two

As previously stated, to the extent Defendants refuse to go forward with depositions in a manner we believe is consistent with the Court's order, please be advised that we will oppose any application to have these general causation experts produced after the discovery deadline now in effect by the Court.

Very truly yours,

Kenneth B. Fromson
845-562-0203 x2755

KBF:djd
encl.
cc w/encl.:   Eric M. Zissu, Esq.
              Scott W. Saylor, Esq.
              David B. Chaffin, Esq.
              Beth L. Kaufman, Esq.