# EXHIBITS D – H

# FILED UNDER SEAL