# EXHIBIT 5



October 8, 2007

*Via facsimile – 845/562-3492*
<u>and U.S. Mail</u>
Kenneth B. Fromson
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550-3341

**Lori C. McGroder**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2290 DD
816.421.5547 Fax
lmcgroder@shb.com

Dear Ken:

In response to your letter of October 5, pursuant to Discovery Order 14, defendants intend to depose plaintiffs' expert witnesses on the subject of general causation only. To the extent you have identified witnesses who either do not opine on general causation, or do not limit their opinions only to general causation, please be on notice that defendants either will not depose these witnesses at this time, or will limit the scope of the examination to general causation opinions only.

To that end, we agree to the following dates for the following witnesses:

| Witness | Date | Location |
|---|---|---|
| Cheryl Blume, Ph.D. (on general causation only) | November 12, 13 | Tampa, FL |
| Stephan Kruszweski, M.D. | November 12, 13 | Harrisburg, PA |
| Trimble | October 18, 19 | New York, NY |
| Epidemiologist | November 12, 13 | Los Angeles, CA |
| Epidemiologist | November 5, 6 | Portland, OR |

As I mentioned on the phone, we are willing to take depositions later in the week of November 12 if necessary.

Finally, defendants reserve the right to depose plaintiffs' expert witnesses on non-general causation opinions at a later date subject to the provisions of future scheduling orders.

Very truly yours,

Lori C. McGroder
Partner

LMG:lkw

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2653515v1