# EXHIBIT 7

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                              )
NEURONTIN MARKETING AND             )  CA No. 04-10981-PBS
SALES PRACTICES LITIGATION          )


SCHEDULING CONFERENCE

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE


United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
May 13, 2005, 2:00 p.m.


LEE A. MARZILLI
CERTIFIED REALTIME REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA  02210
(617)345-6787

1        THE COURT: But I just need a scheduling order. I
2 need something that's going to trigger this. So since it
3 sounds as if you're in most of these cases -- right?
4        MR. FINKELSTEIN: Right.
5        THE COURT: -- could you two negotiate a schedule?
6 And I think the way we worked it before, so it's not so
7 expensive and you're coming back here, is where you disagree,
8 you know, one does a parentheses and one does a bracket with
9 the explanation of the differences, and I just sit up in my
10 office and cherry-pick.
11        MR. FINKELSTEIN: Your Honor, we've already done
12 that. We're well ahead down the road here.
13        THE COURT: I haven't signed it.
14        MR. FINKELSTEIN: No, no, no --
15        THE COURT: I sign so much. I just keep signing.
16 So when do you think you could submit it to me?
17        MR. ROUHANDEH: I would think within a week or
18 two. What's been done so far is, they have provided a draft
19 two days before this conference, and it doesn't address a lot
20 of the issues your Honor is addressing. And we think we
21 should try to address all of those issues, come back in a
22 week or two.
23        THE COURT: A couple of weeks sound good to you
24 all?
25        MR. ROUHANDEH: Fine.

1        THE COURT: Okay, so that I'll get you all in a way
2   that -- I, of course, want to run you in sync with the class
3   action and the individual insurers on the overlapping issues,
4   but also to make sure we don't let the other stuff drop by
5   the wayside. And I don't know enough about Daubert to know
6   whether -- well, is it just going to be whether this guy's
7   problems, let's say, unfortunately a suicide, is related to
8   Neurontin, or whether it's generically whether Neurontin has
9   been shown clinically to cause suicide? I don't know enough
10  about it to even bring that question yet.
11       MR. FINKELSTEIN: It's a two-step analysis, your
12  Honor. It's, first, generically does it have the capability
13  to? And then, secondarily, did it do it in this case?
14       MR. ROUHANDEH: That's correct, your Honor, and we
15  would ask that your Honor address those issues and that those
16  cases stay here.
17       And just one further point on that. I thought I
18  heard Mr. Finkelstein say more cases are coming. I wasn't
19  sure because they objected to the sixteen other cases coming,
20  and just to know, for all of us to know, are they withdrawing
21  that objection, and are these cases coming to your Honor or
22  not?
23       MR. FINKELSTEIN: That already has been withdrawn,
24  and I'm surprised counsel -- we served it on him as well last
25  week.