UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                              :      MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :
        SALES PRACTICES AND                   :      Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION         :
                                              :      Judge Patti B. Saris
------------------------------------------------------------x
                                              :      Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                     :
                                              :
ALL PRODUCTS LIABILITY CASES                  :
                                              :
------------------------------------------------------------x
```

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S MOTION FOR SUMMARY JUDGMENT**

In connection with the pending motion by Defendants Pfizer Inc., and Warner-Lambert Company LLC for summary judgment, ECF Doc. # 1161, Products Liability Plaintiffs respectfully submit for the Court's consideration copies of the Memorandum and the Order of the Honorable Ronald L. Buckwalter, S.J., in *Knipe v. Smithkline Beecham d/b/a Glaxosmithkline*, E.D. Pa. Civil Action No. 06-3024, E.D. Pa. ECF Doc. # 141, dated August 28, 2008. This filing is intended to ensure that the Court and all counsel have ready access to the Memorandum and the Order. True and correct copies of the Memorandum and the Order are attached hereto as Exhibits A and B, respectively.

Plaintiffs believe that the Memorandum and the Order will assist the Court in its deliberations, and are relevant to the issues under consideration in this matter, including whether Plaintiffs' claims that Defendants failed to adequately warn Plaintiffs, their decedents and their physicians, concerning the risks and dangers of suicide, suicide attempt, suicidal gesture and/or suicidal ideation caused by ingestion of Defendants' prescription drug Neurontin (and/or the

generic drug gabapentin), in particular for off-label use, are preempted by the Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 301, et seq., and its implementing regulations governing the labeling for Neurontin and gabapentin.

Dated: September 5, 2008                    Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*


By:   **/s/ Andrew G. Finkelstein**
      Andrew G. Finkelstein, Esquire
      Finkelstein & Partners, LLP
      436 Robinson Avenue
      Newburgh, NY  12550


By:   **/s/ Jack W. London**
      Jack W. London, Esquire
      Law Offices of Jack W. London
         & Associates
      106 E. 6th Street, Suite 700
      Austin, TX  78701

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 5, 2008.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire