EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARION L. KNIPE, Individually and as Administratrix and Administratrix Ad Prosequendum of the Estate of HAROLD STANLEY JAKE GARRISON, Deceased, and HAROLD L. GARRISON, JR., Individually, | : : : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | NO. 06-3024 |
| SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE, | : : : | |
| Defendant. | : | |

## ORDER

AND NOW, this 28th day of *August*, 2008, upon consideration of Defendant GlaxoSmithKline's ("GSK") Motion for Summary Judgment on the Grounds of Federal Preemption (Docket No. 60), the Response of Plaintiffs Harold L. Garrison, Jr., individually, and Marion Knipe, individually and as administratrix and administratrix *ad prosequendum* of the Estate of Harold Stanley Jake Garrison (Doc. No. 98), Defendant's Reply Brief (Doc. No. 120), and Plaintiff's Sur-reply Brief (Doc. No. 137), as well as Plaintiffs' Motion to Strike Evidence Submitted by GSK in Support of Its Motion for Summary Judgment (Federal Preemption) (Doc. No. 107) and Defendant's Response thereto (Doc. No. 117), it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment on the Grounds of Federal Preemption is **DENIED** and

2. Plaintiffs Motion to Strike Evidence Submitted by GSK in Support of Its Motion for Summary Judgment (Federal Preemption) is **DENIED**.

It is so ordered.

BY THE COURT:

 S/ *RONALD L. BUCKWALTER*
RONALD L. BUCKWALTER, S.J.