UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO: | ) |
| ALL MARKETING AND SALES PRACTICES ACTIONS | )<br>)<br>)<br>)<br>) |

MDL Docket No. 1629
Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

### MOTION FOR LEAVE TO FILE THE
### EXPERT REPORT OF DR. MEREDITH ROSENTHAL UNDER SEAL

Pursuant to the hearing on Class Plaintiffs' Renewed Motion for Class Certification (Docket No. 1016) held on April 16, 2008, as well as the Stipulated Protective Order entered on January 10, 2005 (Docket No. 27), and the Amended Stipulated Protective Order (Docket No. 744), endorsed by the Court on May 11, 2007 (collectively, the "Protective Orders"), Class Plaintiffs hereby respectfully move to file the Expert Report of Dr. Meredith Rosenthal, Plaintiffs' causation expert, under seal. As grounds for seeking leave to file under seal Dr. Rosenthal's expert report, a true and accurate copy of which is filed as a sealed attachment labeled <u>Exhibit A</u>, Class Plaintiffs state the following:

1. At the April 16, 2008 hearing, the Court indicated a decision on the motion for class certification could not be reached until the Court had the opportunity to review Dr. Rosenthal's expert report on causation.[1]

---

[1] <u>See</u> Reporter's Transcript of Motion Hearing, April 16, 2008 at 39, where the Court stated as follows:

> COURT: Here's the basic issue: We will look at it…I am not going to make any final decision till I see Rosenthal's report because the First Circuit has told me not to do that. Now that I hear that there's something else coming, which I didn't know, she's doing it. I thought this was it and somehow Conti sort of had supplanted Rosenthal, but that's not the case, so I'm going to wait till her thing.

2.      Pursuant to the Protective Orders, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes…"

3.      Dr. Rosenthal's expert reports makes reference to and reflects the contents of certain documents produced by Cline Davis & Mann and Sudler & Hennessey, two medical marketing firms who are both represented by the New York law firm Davis & Gilbert.[2]  Davis & Gilbert has designated those documents referenced in Dr. Rosenthal's expert report as "Confidential."  Class Plaintiffs have expressly challenged those designations.  Class Plaintiffs' are actively continuing to meet and confer with Davis & Gilbert over the confidentiality designations, but have not yet completed this process.

4.      Class Plaintiffs would like to avoid further delay in allowing the Court to review and consider the causation opinions express by Dr. Rosenthal.  Class Plaintiffs hereby seek leave to file the report under seal, while the parties continue to work towards a resolution of the confidentiality issues.  Accordingly, pursuant to the Protective Orders, a copy of Dr. Rosenthal's expert report is being concurrently filed in a sealed envelope marked as <u>Exhibit A</u>.  In the event that Class Plaintiffs are able to resolve the remaining confidentiality issues, they will publicly file Dr. Rosenthal's expert report.  However, in the event that the remaining confidentiality issues cannot be resolved by September 12, 2008, Class Plaintiffs will file a motion to lift the seal on Dr. Rosenthal's expert report.

---

[2] Dr. Rosenthal's report also contains or refers to information and documents which were designated "Confidential" by Pfizer and IMS Health.  Those parties have confirmed that they would not oppose the public filing of Dr. Rosenthal's Report.

5. Counsel for Class Plaintiffs have conferred with the all counsel whose clients have asserted confidentiality as to any documents referred to or reflected in Dr. Rosenthal's expert report and have determined that this motion is unlikely to be opposed.

6. Should the Court deny leave to file Dr. Rosenthal's expert report under seal, Class Plaintiffs respectfully request that they be allowed to publicly file the report electronically via the ECF filing system. Counsel for Class Plaintiffs have conferred with counsel for Pfizer and IMS Health and have determined that they would not oppose the public filing of Dr. Rosenthal's report. At this point, Counsel for Class Plaintiffs have been unable to determine whether Davis & Gilbert would oppose the public filing of Dr. Rosenthal's expert report.

WHEREFORE, in order to comply with both the Court's request at the April 16, 2008 hearing and the terms of the Protective Orders, Class Plaintiffs hereby request leave to file Dr. Rosenthal's expert report under seal. Alternatively, should the Court deny this Motion, Class Plaintiffs request leave to electronically file Dr. Rosenthal's expert report via the ECF system.

Dated: September 8, 2008

Respectfully Submitted,

*Members of the Class Plaintiffs' Steering Committee,*

/s/Thomas M. Greene
Thomas M. Greene, Esq.
Ilyas J. Rona, Esq.
GREENE & HOFFMAN
33 Broad Street, 5th Floor
Boston, MA  02109

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Barry Himmelstein, Esq.
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

HAGENS BERMAN SOBOL SHAPIRO LLP
Thomas M. Sobol, Esq. (BBO #471770)
Ed Notargiacomo, Esq. (BBO#567636)
One Main Street, 4th Floor
Cambridge, MA 02142

DUGAN & BROWNE
James Dugan, Esq.
650 Poydras Street, Suite 2150
New Orleans, LA 70130

BARRETT LAW OFFICE
Don Barrett, Esq.
404 Court Square North
P.O. Box 987
Lexington, MS 39095

LAW OFFICES OF DANIEL BECNEL, JR.
Daniel Becnel, Jr., Esq.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

## CERTIFICATION PURSUANT TO L.R. 7.1

I, Ilyas J. Rona, hereby certify that through the exchange of numerous phone calls and letters, I or other attorneys representing the Class Plaintiffs have conferred with counsel for Pfizer, IMS Health, Cline Davis & Mann, and Sudler Hennessey and have attempted in good faith to resolve or narrow the issues that are the subject of the above motion.

/s/ Ilyas J. Rona
Ilyas J. Rona, Esq.

## CERTIFICATE OF SERVICE

I, Ilyas J. Rona, hereby certify that the above document filed through the ECF system has been served pursuant to Case Management #3 on September 8, 2008. I further certify that Exhibit A, which was filed under seal, was served upon Pfizer's local counsel, Mr. David Chaffin, by hand-delivery on September 8, 2008.

/s/ Ilyas J. Rona
Ilyas J. Rona, Esq.