UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | **FILED UNDER SEAL** |
| THIS DOCUMENT RELATES TO: ) ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

# EXHIBIT A

**TO MOTION FOR LEAVE TO FILE THE
EXPERT REPORT OF DR. MEREDITH ROSENTHAL UNDER SEAL**

# FILED UNDER SEAL

Respectfully submitted,

Dated: September 8, 2008

*Members of the Class Plaintiffs' Steering Committee,*

By: /s/ Thomas M. Greene
Thomas M. Greene, Esq.
Ilyas J. Rona, Esq.
GREENE & HOFFMAN
33 Broad Street, 5th Floor
Boston, MA 02109