UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) **FILED UNDER SEAL** |
| THIS DOCUMENT RELATES TO: | ) ) ) ) ) ) ) MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |
| ALL MARKETING AND SALES PRACTICES ACTIONS | |

# EXHIBIT A

### TO MOTION FOR LEAVE TO FILE THE
### EXPERT REPORT OF DR. MEREDITH ROSENTHAL UNDER SEAL

# FILED UNDER SEAL

Respectfully submitted,

Dated: September 8, 2008

*Members of the Class Plaintiffs' Steering Committee,*

By:  /s/ Thomas M. Greene
Thomas M. Greene, Esq.
Ilyas J. Rona, Esq.
GREENE & HOFFMAN
33 Broad Street, 5th Floor
Boston, MA  02109