# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
:
In re:  NEURONTIN MARKETING, SALES PRACTICES,    :
AND PRODUCTS LIABILITY LITIGATION               :
:  MDL Docket No. 1629
------------------------------------------------------------- x
:  Master File No. 04-10981
THIS DOCUMENT RELATES TO:                        :
:  Judge Patti B. Saris
------------------------------------------------------------- x
:  Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION;               :  Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,     :
dba BLUECROSS/BLUESHIELD OF LOUISIANA;           :
INTERNATIONAL UNION OF OPERATING ENGINEERS,     :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL    :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and     :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY.                                         :
:
------------------------------------------------------------- x

## DECLARATION OF MATTHEW B. ROWLAND

MATTHEW B. ROWLAND declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Supplemental Memorandum of Law in Opposition to the Class Plaintiffs' Renewed Motion for Class Certification and in Response to the August 11, 2008 Declaration of Meredith Rosenthal, filed on September 8, 2008.

3. Attached as Exhibit 1 is a true and correct copy of the transcript of the deposition of Rena M. Conti, Ph.D., taken February 12–13, 2008.

4.  Attached as Exhibit 2 is a true and correct copy of the revised expert report of Rena M. Conti, Ph.D., dated February 21, 2008.

5.  Attached as Exhibit 3 is a true and correct copy of the transcript of the deposition of Meredith B. Rosenthal, Ph.D., taken October 25, 2006.

6.  Attached as Exhibit 4 is a true and correct copy of the slip opinion in *Alabama Associated General Contractors Inc. v. Pfizer Inc.*, No. 03-CV-2006-001242.00 (Cir. Ct. Montgomery County April 29, 2008).

7.  Attached as Exhibit 5 is a true and correct copy of the expert report of Gregory K. Bell, Ph.D., dated March 14, 2008.

8.  Attached as Exhibit 6 is a true and correct copy of the declaration of Martin Caron, Executive Vice President of Sales & Marketing at MediMedia USA, Inc., dated December 21, 2006, with attached exhibit A.

September 10, 2008

/s/ Matthew B. Rowland
Matthew B. Rowland

2