UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUECROSS/BLUESHIELD OF LOUISIANA; UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>PFIZER INC. and WARNER-LAMBERT COMPANY,<br>        Defendants. | |

**CLASS PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR CLASS CERTIFICATION AND IN RESPONSE TO THE AUGUST 11, 2008 DECLARATION OF MEREDITH ROSENTHAL**

781808.1

Class Plaintiffs take no position on the instant motion. As Defendants note in their Certificate of Consultation, they "would have no objection to any request by plaintiffs to respond to defendants' supplemental memorandum with a memorandum of equivalent length." Motion at 4. Defendants took 30 days from the receipt of Dr. Rosenthal's report to draft and file their motion, and Dr. Rosenthal is out of the country and unavailable until next week. Accordingly, should the Court grant the motion, Class Plaintiffs request three weeks, until October 1, 2008, to file a response of up to 11 pages.

          Respectfully submitted,

Dated: September 11, 2008          GREENE & HOFFMAN

          By: /s/ Thomas M. Greene
               Thomas M. Greene, Esq.

          33 Broad Street, 5th Floor,
          Boston, MA 02109

          LIEFF, CABRASER, HEIMANN
           & BERNSTEIN, LLP

          By: /s/ Barry R. Himmelstein
               Barry R. Himmelstein, Esq.

          275 Battery Street, 30th Floor
          San Francisco, CA 94111-3339

          BARRETT LAW OFFICE

By:  /s/ Don Barrett
      Don Barrett, Esq.

404 Court Square North
P.O. Box 987
Lexington, MS  39095

LAW OFFICES OF DANIEL BECNEL, JR.

By:  /s/ Daniel E. Becnel, Jr.
      Daniel E. Becnel, Jr., Esq.

106 W. Seventh Street
P.O. Drawer H
Reserve, LA  70084

DUGAN & BROWNE

By:  /s/ James R. Dugan
      James R. Dugan, Esq.

650 Poydras Street, Suite 2150
New Orleans, LA  70130

HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ Thomas M. Sobol
      Thomas M. Sobol, Esq.

One Main Street, 4th Floor
Cambridge, MA  02142

Attorneys for Plaintiffs and the Class

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on September 11, 2008.

                                      /s/  Barry Himmelstein