UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> _____ ) <br> AETNA, INC. v. PFIZER INC., ) <br> 04 CV 10958 (PBS) ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

## DECLARATION OF GERALD LAWRENCE

I, Gerald Lawrence, declare under penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am a shareholder of the law firm Lowey Dannenberg Cohen & Hart, PC, located at One North Broadway, White Plains, NY 10601;

2. I presently serve as counsel for Aetna, Inc. in the above referenced matter;

3. I Submit this Declaration in support of Coordinated Plaintiffs' Opposition to Defendants' Motion or Sanctions;

4. I have direct and personal knowledge of the matters set forth herein;

5. On August 1, 2008, Aetna served its Supplemental Response and Objections to Defendants' Second Set of Interrogatories, ten (10) days before the August 11, 2008 deadline. Included as a part of this response was an electronic data set of information pulled from Aetna's databases showing the claim detail (identification of drug, size, quantity, cost, etc.) of all prescriptions for each person that was prescribed

Neurontin. This data includes all prescriptions processed for that claimant, including less expensive alternatives to Neurontin;

6. Defendants never contacted me or anyone else representing Aetna in an attempt to resolve the issues now raised in their Motion;

7. Defendants certify in their papers supporting their Motion that they left a message on August 26, 2008. Although, I was traveling and out of the office during the last week of August, I regularly checked phone messages and did not receive a message from Defendants or their counsel. Moreover, I have reviewed my phone messages and find no such message from Defendants or their counsel;

8. I also reviewed and agreed with the contents of the correspondence of counsel for Kaiser and Defendants as set forth in attorney Nussbaum's Declaration.

Dated: September 11, 2008

                                        **Counsel for Aetna, Inc.:**

                                        Gerald Lawrence
                                        **LOWEY DANNENBERG COHEN & HART, P.C.**
                                        One North Broadway, Suite 509
                                        White Plains, NY 10601-2310
                                        Telephone: (914) 997-0500
                                        Facsimile: (914) 997-0035