UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
: MDL Docket No. 1629
:
: Master File No. 04-10981
:
------------------------------------------------------------- x Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:
: Magistrate Judge Leo T.
ALL PRODUCTS LIABILITY CASES
: Sorokin
:
:
:
:
------------------------------------------------------------- x

## JOINT MOTION FOR EXTENSION OF EXPERT AND DISPOSITIVE MOTION DEADLINES

All products liability plaintiffs and defendants, Pfizer, Inc. and Warner-Lambert Company, LLC, respectfully move, on a joint basis, for a revised schedule for the completion of expert discovery and filing of dispositive motions.

The grounds for this motion are:

1. Although the parties have been working diligently, it has become apparent that, owing to the extensive amount of work involved and expert unavailability, there is insufficient time under the current schedule for the completion of expert discovery in the two Track 1 cases of *Smith* and *Bulger*. This means, in turn, that the parties will be unable to meet the current deadline for the filing of dispositive motions.

2. The parties have conferred and have agreed on the following revised schedule for the completion of expert discovery and the filing of dispositive motions in *Smith* and *Bulger*.

| Event/Action | Deadline |
| --- | --- |
| Completion of depositions of plaintiffs' experts | October 22, 2008 |

3129651v1

| Service of defendants' expert disclosures | November 10, 2008 |
|---|---|
| Completion of depositions of defendants' experts | December 23, 2008 |
| Filing of dispositive motions | January 23, 2009 |
| Oppositions to dispositive motions | February 16, 2009 |
| Replies to dispositive motions | March 5, 2009 |
| Sur-replies to dispositive motions | March 19, 2009 |

3.  The revised schedule will not significantly delay the progress of *Smith* and *Bulger* or the products liability cases as a whole.

4.  No party will be prejudiced if this motion is granted.

5.  Products liability plaintiffs and defendants are in agreement that the proposed revised schedule should be implemented.

WHEREFORE, products liability plaintiffs and defendants respectfully request that the Court approve the schedule proposed above.

Dated: September 16, 2008

Respectfully submitted,

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
    James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
    Scott W. Sayler

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

- and -

3129651v1

HARE & CHAFFIN

By:  /s/ David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

FINKELSTEIN & PARTNERS

By:  /s/ Kenneth B. Fromson
     Kenneth B. Fromson

1279 Route 300, P.O. Box 1111
Newburgh, New York 12551
(845) 562-0203

*Attorneys for Products Liability Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on September 16, 2008.

/s/ David B. Chaffin

3129651v1