UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| Teamsters Health & Welfare Fund of Philadelphia and Vicinity v. Pfizer, Inc., et al. | C.A. No. 04-10984 |

**NOTICE OF CHANGE OF FIRM NAME**

TO THE CLERK:

Kindly note that the name of the law firm Spector Roseman & Kodroff, P.C., counsel for Teamsters Health & Welfare Fund of Philadelphia and Vicinity in the above-captioned matter, has been changed to Spector Roseman Kodroff & Willis, P.C., at the same address and telephone number.

Dated:  September 18, 2008

/s/   Jeffrey L. Kodroff
Jeffrey L. Kodroff
Theodore M. Lieverman
SPECTOR ROSEMAN KODROFF
 & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:  (215) 496-0300
Fax: (215) 496-6611

*Attorneys for Teamsters Health & Welfare Fund of Philadelphia and Vicinity*