UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
In re: NEURONTIN MARKETING, SALES : MDL DOCKET NO: 1629
PRACTICES, AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
:
------------------------------------- x
THIS DOCUMENT RELATES TO: :
:
*ALL CASES* :
:
:
:
:
------------------------------------- x

## NOTICE OF ATTORNEY NAME CHANGE

TO THE CLERK:

     Please note that Brigette L. Mitchell, of the law firm Shook, Hardy & Bacon, LLP and counsel for Pfizer Inc. in the above-captioned litigation, has changed her name to Brigette L. Willauer.

Dated: September 22, 2008

                            HARE & CHAFFIN

                          By:  /s/David B. Chaffin
                                David B. Chaffin, Esq.
                                160 Federal Street
                                Boston, MA 02110

                          Attorneys for Defendants Pfizer Inc. and
                          Warner-Lambert Company LLC

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 22, 2008.

/s/ David B. Chaffin

3130323v1