UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- x
:
In re:  NEURONTIN MARKETING, SALES PRACTICES,  :
AND PRODUCTS LIABILITY LITIGATION              :
:                MDL Docket No. 1629
---------------------------------------------------------- x
:                Master File No. 04-10981
THIS DOCUMENT RELATES TO:                      :
:                Judge Patti B. Saris
---------------------------------------------------------- x
:                Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION;              :   Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,    :
dba BLUECROSS/BLUESHIELD OF LOUISIANA;         :
INTERNATIONAL UNION OF OPERATING ENGINEERS,    :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL   :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and    :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY.                                       :
:
---------------------------------------------------------- x
:
THE GUARDIAN LIFE INSURANCE COMPANY OF         :
AMERICA v. PFIZER INC., and AETNA, INC. v. PFIZER INC. :
:
---------------------------------------------------------- x

## EMERGENCY MOTION FOR ENLARGEMENT OF TIME
## TO SUBMIT JOINT STATUS REPORT

Defendants Pfizer Inc. and Warner-Lambert Company respectfully move, with the assent of Coordinated Plaintiffs but not Class Plaintiffs, for an enlargement of the time within which to submit the joint status report pursuant to the Court's Electronic Order of September 15, 2008 (the "Electronic Order"). The grounds for this motion are:

1. The Electronic Order required counsel to confer within seven days concerning the interrogatories at issue and to submit a joint report informing the Court of the result of the discussions by the close of business on September 24.

2. Defendants conferred with Class Plaintiffs on September 18 and with Coordinated Plaintiffs on September 22.

3. In each conference, plaintiffs agreed to provide to defendants their proposed language for the joint status report; and defendants agreed to weave plaintiffs' submissions together, comment on and/or respond to their submission, and circulate a comprehensive draft.

4. Class Plaintiffs provided proposed language on September 22.

5. Due to scheduling conflicts and the large amount of ground they needed or need to cover, Coordinated Plaintiffs were unable to provide proposed language sufficiently in advance of today's filing deadline to enable the parties to meet the deadline.

6. When it became apparent that today's deadline was in jeopardy, defendants and Coordinated Plaintiffs conferred and agreed on a schedule that would enable the parties to file the joint status report by the close of business on Friday. Coordinated Plaintiffs thus assent to the relief this motion seeks.

7. Defendants asked Class Plaintiffs to agree to the same schedule.

8. Class Plaintiffs declined and have indicated that they wish to file today a "joint" status report covering just the dispute between themselves and defendants or to file their own report on the status of the dispute between themselves and defendants.

WHEREFORE, defendants respectfully request that the deadline for the filing of a single joint status report for all parties be extended to the close of business on September 26, 2008.

Dated: September 24, 2008

Respectfully submitted,

DAVIS POLK & WARDWELL

By: /s/James P. Rouhandeh
     James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

-and-

HARE & CHAFFIN

By: /s/David B. Chaffin
     David B. Chaffin

160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel for defendants have conferred with counsel for all sales and marketing plaintiffs in a good faith effort to narrow or resolve the issue presented by this motion. Coordinated Plaintiffs assent to the relief requested. Class Plaintiffs oppose it.

/s/ David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 24, 2008.

/s/ David B. Chaffin