Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, II (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Nancy Y. Morgan (NY, NJ & PA)

Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)

Debra J. Reisenman (NY)

Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)

Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)
Keith L. Altman (CA)
*Of Counsel*
Steven G. Davis (NY & PA)
Michael Feldman (NY & NJ)
Michael Finkelstein (NY)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Kenneth Cohen (NJ)

Linda Armatti-Epstein (NY)
John F. Dowd (NY & CT)
David Akerib (NY)
Frances M. Bova (NY & NJ)
Mark B. Hudoba (NY)
Kenneth G. Bartlett (CT & NJ)
Gustavo W. Alzugaray (NY & NJ)
Sharon A. Scanlan (NY & CT)
Robert E. Borrero (NY)
Marc S. Becker (NY)
Ernest S. Buonocore (NY)
Ari Kresch (NY & MI)
Jeffrey A. Brown, M.D. (NY & NJ)
Dennis G. Ellis (NY)
Gail Koff, P.C. (NY)
Joel Bossom (NY)
Eric L. Horn (NY, CT & MA)
Michael O. Gittelsohn (NY)

**Finkelstein & Partners LLP**
**THE INJURY ATTORNEYS**

REFER TO OUR FILE #:  200599

September 15, 2005

Office of the Clerk
United States District Court
John Moakley United States Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

      Re: In re: Neurontin Marketing, Sales Practices
         and Products Liability Litigation
         MDL-1629
         Master File No. 04-10981
         Judge Patti B. Saris

Dear Clerk of the Court:

      This letter is written to request that the following attorney be admitted pro hac vice, pursuant to Section III, Subsection E of the Corrected Case Management Order, in the above-referenced matter:

      Marshall P. Richer, Esq.

      The affidavit of good standing on behalf of the above attorney, along with our firm's check in the amount of $50.00. are enclosed.

      Thank you for your consideration in this matter.

                             Very truly yours,

                             FINKELSTEIN & PARTNERS. LLP

                             ELEANOR L. POLIMENI, ESQ.

Encl.

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jarvis • Poughkeepsie • Spring Valley • Syracuse • Troy

☒ 1279 ROUTE 300, P.O. BOX 1111
NEWBURGH, NY  12551
Phone: (845) 562-0203   Fax: (845) 562-3492   www.lawampm.com
101 WHITNEY AVENUE
NEW HAVEN, CT 06510

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK )
                     ) ss
COUNTY OF ALBANY )

      I, MARSHALL P. RICHER, ESQ., being duly sworn, deposes and says:

      That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
MARSHALL P. RICHER

Sworn to before me this
12th day of September, 2008

_____
NOTARY PUBLIC

MICHELE M. FAY
Notary Public, State of New York
Qualified in Rensselaer County
Registration # 01FA6063601
Commission Expires October 7, 10