# EXHIBIT B

# David Chaffin

| | |
|---|---|
| From: | John D. Radice [jradice@kaplanfox.com] |
| Sent: | Wednesday, September 24, 2008 11:40 AM |
| To: | Rowland, Matthew B. |
| Cc: | Linda P. Nussbaum; Gerald Lawrence; Mark M. Sandmann |
| Subject: | Neurontin |
| Attachments: | Kaiser's Supplement to Fourth Set of Responses to Ds 2nd Roggs (Nos 2-4).doc |

Matt—please find attached Kaiser's agreement to supplement responses to Interrogatory Nos. 2-4. As we discussed, there will be no supplementation for No. 7 (which is moot) or No. 8 (which is based on data produced in response to the other Interrogatories). We will be sending Kaiser's response to your request to supplement responses to Interrogatory Nos. 5-6 soon.

Thanks,

John D. Radice
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
Tel: (212) 687-1980
Mobile: (646) 245-8502
Fax: (212) 687-7714
e-mail: jradice@kaplanfox.com

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT.

The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Kaplan Fox & Kilsheimer LLP immediately at (212) 687-1980 or by return e-mail. Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Kaiser's agreement to supplement its responses is in not way an admission or concession that Kaiser's Fourth Supplemental Responses to Defendants' Second Set of Interrogatories, served on August 1, 2008, ten days before the deadline for service of those responses, was in any way deficient. Kaiser is working with Defendants to clarify and add granularity to data already produced and will supplement its responses. All data produced to date, and all data to be produced in the future, comes from Kaiser's own books and records, unless otherwise noted. Kaiser's agreement to search for supplemental data is not an admission or concession that such data exists or is maintained by Kaiser. Kaiser's supplemental responses will be under oath, and that oath will apply to all previous productions.

Interrogatory No. 2

For each off-label use identified in response to Interrogatory No. 1, state, for each calendar year of the proposed Class Period, the name, dosage, NDC number, and cost to you of each drug that you contend would have been cheaper and more optimal than Neurontin in treating that condition. Describe how you identified these alternative drugs and how you arrived at these figures.

Agreement to Supplement:

Kaiser will provide additional granularity to the already-produced extensive data and chart listing (by indication) cheaper and more optimal drugs than Neurontin. Kaiser will produce, and is currently in the process of collecting and formatting, data concerning NDC codes and, to the extent available, dosage information. Kaiser will also produce additional narrative concerning the identification of these cheaper and more optimal drugs.

Interrogatory No. 3

For each of your Members who were prescribed Neurontin, state whether s/he also received one or more of the drugs identified in response to Interrogatory No. 2 and state which drug(s) each such Member received. State the dosage and number of prescriptions filled for each alternative drug prescribed to each such Member. Describe how you arrived at these figures.

Agreement to Supplement:

Kaiser will provide additional granularity to the already-produced extensive data by producing, to the extent available, data concerning dosage. Kaiser also is attempting to reformat its data to resolve minor inconsistencies in drug nomenclature between the data produced in response to Interrogatories Nos. 2 & 3.

Interrogatory No. 4

For each calendar year of the proposed Class Period, state the number and percentage of your Members who were prescribed Neurontin and who also were

prescribed at least one of the drugs identified in response to Interrogatory No. 2. Describe how you arrived at this figure.

Agreement to Supplement:

Kaiser will supplement, to the extent not already provided, data on the total number of its members who were prescribed only Neurontin, and not any of the cheaper and more optimal drug, in each calendar year.

# David Chaffin

| | |
|---|---|
| **From:** | John D. Radice [jradice@kaplanfox.com] |
| **Sent:** | Wednesday, September 24, 2008 3:12 PM |
| **To:** | Rowland, Matthew B.; Gerald Lawrence; David Chaffin |
| **Cc:** | Mark M. Sandmann; Linda P. Nussbaum |
| **Subject:** | RE: Neurontin |
| **Attachments:** | Kaiser's Supplement to Fourth Set of Responses to Ds 2nd Roggs (Nos 5-6).doc |

Matt/David--Please find attached Kaiser's responses re Interrogatory Nos. 5 & 6, which completes Kaiser's responses.

Thanks,

John D. Radice
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
Tel: (212) 687-1980
Mobile: (646) 245-8502
Fax: (212) 687-7714
e-mail: jradice@kaplanfox.com

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT.

The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsiblefor the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Kaplan Fox & Kilsheimer LLP immediately at (212) 687-1980 or by return e-mail. Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

---

**From:** Rowland, Matthew B. [mailto:matthew.rowland@dpw.com]
**Sent:** Wednesday, September 24, 2008 2:22 PM
**To:** Gerald Lawrence; John D. Radice; dchaffin@hare-chaffin.com
**Cc:** Mark M. Sandmann; Linda P. Nussbaum
**Subject:** RE: Neurontin

Thanks all. David is planning to call the Magistrate Judge's deputy to discuss the matter with her. Class Plaintiffs are insisting on filing something today, despite the Court's request for a single joint status report, so we will be filing something with them before the close of business, which will likely footnote the agreement we have with Coordinated Plaitniffs and hopefully note that the Court signed off on our schedule.

I will keep you updated.

Matt Rowland

**From:** Gerald Lawrence [mailto:GLawrence@lowey.com]
**Sent:** Wednesday, September 24, 2008 2:17 PM
**To:** 'John D. Radice'; Rowland, Matthew B.
**Cc:** 'Mark M. Sandmann'; 'Linda P. Nussbaum'
**Subject:** RE: Neurontin

sorry to be slow to respond, but it is also acceptable to us

**Gerald Lawrence**
**Lowey Dannenberg Cohen & Hart, P.C.**
GLawrence@lowey.com

---

**From:** John D. Radice [mailto:jradice@kaplanfox.com]
**Sent:** Wednesday, September 24, 2008 2:09 PM
**To:** 'mrowland@davispolk.com'
**Cc:** 'Gerald Lawrence'; 'Mark M. Sandmann'; Linda P. Nussbaum
**Subject:** Neurontin

Matt—I have confirmed that your plan is acceptable to Guardian and Kaiser, but I have not yet gotten in touch with Gerry regarding Aetna. Gerry is cc'd here, but you my want to call him independently.

Thanks,

```
John D. Radice
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
Tel: (212) 687-1980
Mobile: (646) 245-8502
Fax: (212) 687-7714
e-mail: jradice@kaplanfox.com
```

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT.

The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsiblefor the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Kaplan Fox & Kilsheimer LLP immediately at (212) 687-1980 or by return e-mail. Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in

this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

9/26/2008

Kaiser's agreement to supplement its responses is in not way an admission or concession that Kaiser's Fourth Supplemental Responses to Defendants' Second Set of Interrogatories, served on August 1, 2008, ten days before the deadline for service of those responses, was in any way deficient. Kaiser is working with Defendants to clarify and add granularity to data already produced and will supplement its responses. All data produced to date, and all data to be produced in the future, comes from Kaiser's own books and records, unless otherwise noted. Kaiser's agreement to search for supplemental data is not an admission or concession that such data exists or is maintained by Kaiser. Kaiser's supplemental responses will be under oath, and that oath will apply to all previous productions.

Interrogatory No. 5

For each calendar year of the proposed Class Period, state the number and percentage of your Members who were prescribed Neurontin and who also were prescribed any other drug approved or commonly used to treat any aspect of bipolar disorder or depression.

Agreement to Supplement:

Kaiser has produced data detailing its members' use of Neurontin and the cheaper and more optimal drugs for bipolar disorder identified in response to Interrogatory No. 2. In addition, Kaiser has produced voluminous documents describing drugs used to treat bipolar disorder, and has submitted an expert report specifically concerning the treatment of biopolar disorder (Barkin Report). The research to determine all drugs "approved or commonly used to treat any aspect of bipolar disorder or depression" would be more burdensome to Kaiser than it would be to Defendants because Kaiser does not maintain a list of all drugs "approved or commonly used to treat any aspect of bipolar disorder or depression." Therefore, Kaiser cannot at present supplement its response to this Interrogatory. If Defendants provide a list of drugs "approved or commonly used to treat any aspect of bipolar disorder or depression," Kaiser is willing to revisit its response to this Interrogatory and potentially supplement its response.

Interrogatory No. 6

For each calendar year of the proposed Class Period, state the number and percentage of your Members who were prescribed Neurontin and who also were prescribed any other drug approved or commonly used to treat any type of neuropathic pain.

Agreement to Supplement:

Kaiser has produced data detailing its members' use of Neurontin and the cheaper and more optimal drugs for neuropathic pain identified in response to Interrogatory No. 2. In addition, Kaiser has produced voluminous documents describing drugs used to treat neuropathic pain, and has submitted an expert report concerning the treatment of pain (Perry Report). The research to determine all drugs "approved or commonly used to treat

any aspect of neuropathic pain" would be more burdensome to Kaiser than it would be to Defendants because Kaiser does not maintain a list of all drugs "approved or commonly used to treat any aspect of neuropathic pain." Therefore, Kaiser cannot at present supplement its response to this Interrogatory. If Defendants provide a list of drugs "approved or commonly used to treat any aspect of neuropathic pain," Kaiser is willing to revisit its response to this Interrogatory and potentially supplement its response.