# EXHIBIT C

## David Chaffin

**From:** Mark M. Sandmann [mms@rawlingsandassociates.com]
**Sent:** Wednesday, September 24, 2008 4:07 PM
**To:** Rowland, Matthew B.
**Subject:** RE: Neurontin
**Attachments:** Guardian's Supplement to Fourth Set of Responses to Ds 2nd Roggs (Nos 2-4).doc

Matt:

Please find Guardian's supplement. A pdf will follow for your electronic files.

Mark M. Sandmann
Rawlings & Associates
One Eden Parkway
LaGrange, KY. 40031-1800
Phone: 502.814.2157
Fax: 502.584.8580
mms@rawlingsandassociates.com

**From:** Rowland, Matthew B. [mailto:matthew.rowland@dpw.com]
**Sent:** Wednesday, September 24, 2008 2:22 PM
**To:** Gerald Lawrence; John D. Radice; dchaffin@hare-chaffin.com
**Cc:** Mark M. Sandmann; Linda P. Nussbaum
**Subject:** RE: Neurontin

Thanks all. David is planning to call the Magistrate Judge's deputy to discuss the matter with her. Class Plaintiffs are insisting on filing something today, despite the Court's request for a single joint status report, so we will be filing something with them before the close of business, which will likely footnote the agreement we have with Coordinated Plaintiffs and hopefully note that the Court signed off on our schedule.

I will keep you updated.

Matt Rowland

**From:** Gerald Lawrence [mailto:GLawrence@lowey.com]
**Sent:** Wednesday, September 24, 2008 2:17 PM
**To:** 'John D. Radice'; Rowland, Matthew B.
**Cc:** 'Mark M. Sandmann'; 'Linda P. Nussbaum'
**Subject:** RE: Neurontin

sorry to be slow to respond, but it is also acceptable to us

Gerald Lawrence
Lowey Dannenberg Cohen & Hart, P.C.
GLawrence@lowey.com

**From:** John D. Radice [mailto:jradice@kaplanfox.com]
**Sent:** Wednesday, September 24, 2008 2:09 PM
**To:** 'mrowland@davispolk.com'

**Cc:** 'Gerald Lawrence'; 'Mark M. Sandmann'; Linda P. Nussbaum
**Subject:** Neurontin

Matt—I have confirmed that your plan is acceptable to Guardian and Kaiser, but I have not yet gotten in touch with Gerry regarding Aetna. Gerry is cc'd here, but you my want to call him independently.

Thanks,

John D. Radice
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
Tel: (212) 687-1980
Mobile: (646) 245-8502
Fax: (212) 687-7714
e-mail: jradice@kaplanfox.com

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT.

The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsiblefor the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Kaplan Fox & Kilsheimer LLP immediately at (212) 687-1980 or by return e-mail. Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Guardian's agreement to supplement its responses is in not way an admission or concession that Guardian's Fourth Supplemental Responses to Defendants' Second Set of Interrogatories, served on August 1, 2008, ten days before the deadline for service of those responses, was in any way deficient as Guardian represented responsive data would be forthcoming.

Guardian supplements the responses also insofar as Guardian is adopting the list of alternate medications produced by Kaiser

Interrogatory No. 2

For each off-label use identified in response to Interrogatory No. 1, state, for each calendar year of the proposed Class Period, the name, dosage, NDC number, and cost to you of each drug that you contend would have been cheaper and more optimal than Neurontin in treating that condition. Describe how you identified these alternative drugs and how you arrived at these figures.

Agreement to Supplement:

Guardian is providing data in an Access Database that gives the entire prescription claim history for members that were prescribed neurontin. This database is searchable by drug name rather than NDC. If a search is performed by drug name, it will pull each and every time a member was prescribed that drug regardless of the NDC assigned to that particular drug. Included in the claim level data is dosage and quantity dispensed.

Interrogatory No. 3

For each of your Members who were prescribed Neurontin, state whether s/he also received one or more of the drugs identified in response to Interrogatory No. 2 and state which drug(s) each such Member received. State the dosage and number of prescriptions filled for each alternative drug prescribed to each such Member. Describe how you arrived at these figures.

Agreement to Supplement:

See response to No. 2 above.


Interrogatory No. 4

For each calendar year of the proposed Class Period, state the number and percentage of your Members who were prescribed Neurontin and who also were prescribed at least one of the drugs identified in response to Interrogatory No. 2. Describe how you arrived at this figure.

Agreement to Supplement:

These numbers can be derived based on the Access Database file that is being provided.

Interrogatory No. 5

For each calendar year of the proposed Class Period, state the number and percentage of your Members who were prescribed Neurontin and who also were prescribed any other drug approved or commonly used to treat any aspect of bipolar disorder or depression.

Agreement to Supplement:

Guardian is producing data detailing its members' use of Neurontin and the entire prescription histories in response to Interrogatory No. 2. Guardian outsources its entire pharmacy benefit administration to Medco and would not maintain a list of drugs "approved or commonly used to treat any aspect of bipolar disorder or depression." Therefore, Guardian cannot at present supplement its response to this Interrogatory. If Defendants provide a list of drugs "approved or commonly used to treat any aspect of bipolar disorder or depression," Guardian is willing to revisit its response to this Interrogatory and potentially supplement its response.

Interrogatory No. 6

For each calendar year of the proposed Class Period, state the number and percentage of your Members who were prescribed Neurontin and who also were prescribed any other drug approved or commonly used to treat any type of neuropathic pain.

Agreement to Supplement:

Guardian has produced data detailing its members' use of Neurontin and the cheaper and more optimal drugs for neuropathic pain identified in response to Interrogatory No. 2. Guardian outsources its entire pharmacy benefit administration to Medco and would not maintain a list of drugs "approved or commonly used to treat any aspect of neuropathic pain." If Defendants provide a list of drugs "approved or commonly used to treat any aspect of neuropathic pain," Guardian is willing to revisit its response to this Interrogatory and potentially supplement its response.