UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) MDL Docket No. 1629 ) Master File No. 04-10981 |
| THIS MOTION RELATES TO *Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS* *Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS* *Cooper, et al. v. Pfizer Inc. et al., 1:05-cv-10834-PBS* _____ | ) ) Judge Patti B. Saris ) Mag. Judge Leo T. Sorokin ) ) ) ) |

**MOTION TO DISMISS THE CLAIMS
OF CERTAIN PLAINTIFFS REPRESENTED BY THE LEVI BOONE LAW FIRM PA
FOR FAILURE TO COMPLY WITH THE COURT'S CERTIFICATION ORDERS**

Defendants Pfizer Inc. and Warner-Lambert Company LLC (together, "Defendants") respectfully move to dismiss the claims of 359 plaintiffs represented by the Levi Boone Law Firm PA for failure to comply with the Court's certification orders. The specific plaintiffs whose claims should be dismissed are listed in Exhibits A – D, attached to the accompanying Declaration.

The grounds for this motion are set forth in the accompanying Memorandum of Law of Pfizer Inc. and Warner-Lambert Company LLC in Support of Their Motion to Dismiss the Claims of Certain Plaintiffs Represented by the Levi Boone Law Firm PA for Failure to Comply With the Court's Certification Orders (the "Memorandum of Law").

In support of this motion, Defendants submit the Memorandum of Law and a Declaration of Ian Losasso.

WHEREFORE, Defendants respectfully request that the Court dismiss the claims of certain plaintiffs represented by the Levi Boone Law Firm PA.

3147925v1

Dated:  September 29, 2008			SHOOK, HARDY & BACON L.L.P.


						By:  /s/ Scott W. Sayler
							Scott W. Sayler

						2555 Grand Boulevard
						Kansas City, Missouri 64108
						(816) 474-6550

							-and-

						HARE & CHAFFIN

						By:  /s/ David B. Chaffin

						160 Federal Street
						Boston, Massachusetts 02110
						(617) 330-5000

						*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

3147925v1

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred in a good faith effort to resolve the issue presented by this motion but were unable to do so.

/s/ David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 29, 2008.

/s/ David B. Chaffin
David B. Chaffin

3147925v1