UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE NEURONTIN MARKETING, SALES            )
PRACTICES, AND PRODUCT LIABILITY            )
LITIGATION                                  )   MDL Docket No. 1629
_____)   Master File No. 04-10981
                                            )
THIS MOTION RELATES TO                      )   Judge Patti B. Saris
                                            )   Mag. Judge Leo T. Sorokin
*Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS*      )
*Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS*   )
*Cooper, et al. v. Pfizer Inc. et al., 1:05-cv-10834-PBS*     )
_____)

## DECLARATION OF IAN LOSASSO

I, Ian Losasso, state, under the penalties of perjury, the following:

1. I am a member in good standing of the bar for the states of Missouri and Kansas. I am co-counsel to Defendants Pfizer Inc. and Warner-Lambert Company LLC (together, "Defendants").

2. I make this declaration in support of Defendants' Motion to Dismiss the Claims of Certain Plaintiffs Represented by the Levi Boone Law Firm PA for Failure to Comply with the Court's Certification Orders.

3. Attached hereto as Exhibit A is a true and correct list of Boone plaintiffs for which no certifications were filed pursuant to the Court's August 19, 2008 deadline.

4. Attached hereto as Exhibit B is a true and correct list of individual Boone plaintiffs whose purported certifications were based on pharmacy records only. I personally reviewed the individual files and created the list.

5. Attached hereto as Exhibit C is a true and correct list of individual Boone plaintiffs whose purported certifications were based on records making no reference to the prescription or use of Neurontin. I personally reviewed the records and created the list.

6. Attached hereto as Exhibit D is a true and correct list of individual Boone plaintiffs whose purported certifications were based on records making no reference to the injury or injuries alleged in plaintiffs' complains. I personally reviewed the records and created the list.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 29TH DAY OF SEPTEMBER, 2008.

/s/ Ian C. Losasso
Ian C. Losasso

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 29, 2008.

/s/ David B. Chaffin
David B. Chaffin

3146752v1