# Exhibit A

| Uncertified Cases | | |
|---|---|---|
| *Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS* | | |
| Abron, Angela | Hilton, Alma | Pigron, Junaker |
| Blaylock, Joe | Hirsch, Linda | Pinkton, J.T. |
| Brinson, Tamara | Hodges, Tony | Potts, William |
| Calogero, Lisa | Jackson, Irma | Rankins, Cheryl |
| Cartwright, Keba | Jackson, Patsy | Sample, Delouise |
| Cole, Contessa | Johnson, Lakesha | Sampson, Samuel |
| Conguista, Johnnie | Jones, Henry | Shaw, Kennedy |
| Creswell, Memye | Jones, Sherita | Smith, Retha |
| Dicus, Tony | Lee, Beatrice | Summers, Thomas Charles |
| Dotson, Brenda | Lipsey, Minnie | Taylor, Lorene |
| Fiffer, Sallie | Lofton, Bobby | Terry, Lanelle |
| Gardner, Alma | Miles, Osby | Thomas, Brenda |
| Green, Larry | Mitchell, Blanchie | Thomas, Cynthia |
| Gregory, Emma | Mitchell, Prince | Wade, Lula |
| Griffin, Estate of Linda | Moore, Jacilet | Walker, Phillip |
| Grinston, Fannie | Mosley, Lashundria | Wasson, Annie Helen |
| Hall, Willie | Neal, Debra | Whitehall, Richard |
| Hammarstrom, Holly | O'Braint, Doris | Whittington, Wendell |
| Haney, Jerry | Odom, Tommie | Wilburn, Barbara Larry |
| Henry, Wade | O'Neal, Jr., Louis | Wilson, Cynthia |
| Hentz, Daisy | Otto, Lazarus | |
| Hicks, Shawand | Patton, Curtis | |
| Hill, Leona | Pearson, Annie | |
| *Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS* | | |
| Martin, Shirley Torry | | |

3136236v1