# Exhibit B

| Pharmacy Records Only | | |
|---|---|---|
| *Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS* | | |
| Banks, Terry | Johnson, Doris | Stagg, Jerry |
| Batte, Irene | Johnson, Lena | Stampley, Darlene |
| Bouie, Frances | Johnson, Margaret Pat | Starks, Barbara |
| Brinkley, Carl | Johnson, Velma | Staten, John |
| Campbell, Minnie C. | Lee, Diann | Steele, Bobby |
| Carson, Corine | Lewis, Jackie | Steverson, Carl |
| Christman, Kathy | Lott, Lula | Taylor, Cecil |
| Darling, Jimmy | Lucas, Jannie | Taylor, Dorian |
| Davis, Caroline | Mason, Elton | Thomas, Chester |
| Davis, Levi | McDonald, Sherman, Jr. | Thomas, Dixie |
| Delotta, Serboya | McIntee-Nelson, Martha | Thomas, Erestia |
| Edwards, Annie | Miller, Betsy | Thompson, Martha |
| Evans, Lillie | Mills, Tommie | Tollison, Lanelle |
| Fincher, Inez | O'Bryant, Helen | Townsend, Dan |
| Gibson, Andrew Frederick | Parks, Helen | Trim, Michael |
| Gildon, Beneal | Poindexter, Annie | Tutor, Benjamin |
| Glass, Shannon | Powell, Delories | Vail, Larry |
| Hales, Linda | Readus, Barbara | Walters, Shirley A. |
| Hannah, Robert | Robinson, R.C. | Warfield, Katherine (Est.) |
| Hardy, Tommy | Scott, Clarissa (Estate) | Watson, Joyce |
| Harris, Christina | Scott, Grace | Williams, Bobbie |
| Harris, Clarence | Shields, Bridgette | Williams, Eloise |
| Hoover, Ruby | Shields, Pam | Williams, Eugie |
| Hunter, Lillie | Smith, Andrew | Williams, Nolan |
| Jackson, Shonda | Smith, Eugene | Wilson, Lakeisha |
| Jefferson, Macatherine | Smith, Ronnie | |
| *Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS* | | |
| Barber, Marie | Lott, Dorothy | Plant, Rodney |
| Drennan, Shirley | Pierce, Donna | Smith, Louisa |
| Young, Reshedia | | |
| *Cooper, et al. v. Pfizer Inc. et al., 1:05-cv-10834-PBS* | | |
| Cooper, Mary | Singletary, Fletcher | |
| Haynes, Charles | Smith, Jannie Mae | |

3142912v1