# Exhibit C

| Medical Records With No Mention of Neurontin ||
|---|---|
| *Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS* ||
| Clark, Emma | McBeath, Patricia |
| Fields, Texcellar (Estate) | McClendon, Charlie |
| Harveston, Linda | Smith, Ruby Maxine |
| Kyle, Christopher | Washington, Della |
| Landrum, Henry | |

3146150v1