# Exhibit D

| **No Reference to Alleged Injury** | | |
|---|---|---|

| *Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS* | | |
|---|---|---|
| Adams, Mary | Harrison, Doyle | Murray, Linda |
| Adams, Nathan | Harrison, Gloria | Myers, Lolita |
| Aldridge, Linda | Haslett, Gregory | Nance, Warren |
| Allen, Jessie | Hasselbach, Lavurne | Newsome, Maybelle |
| Allen, Vivian | Havard, Belinda | Norman, Martha |
| Applewhite, Mary | Hayes, Florence (Estate) | Norwood, Mary |
| Ashford, Mary | Head, Mark | Patterson, Essie Ford |
| Barbee, Jimmie | Hendon, Rufus | Perez, Sharon |
| Barnes, Robert | Henry, Carl | Phillips, Kathy |
| Bass, Teresser | Hentz, Daisy | Posey, Jacqueline |
| Beckum, Martha | Hernandez, Earnest | Potts, Larry |
| Benson, Cassandra | Hester, Mae | Price, Hershel Jack |
| Benton, Ledora | Hollingsworth, Karen | Price, Jerry |
| Berry, Audrey | Holmes, Evia | Primer, Janice |
| Bland, Elizabeth | Holt, Evelyn | Prince, Mark A. |
| Bowyer, Carol | Hony, William | Quimby, Cynthia |
| Bratcher, John | Hoover, Frank | Ray, Vera |
| Brooks, Darrell | Howard, Emma | Roberts, Kathy |
| Broome, Betty | Howard, Ethel Mae | Robinson, Tara |
| Brown, Jessie | Ingram, Charles | Rochelle, Wayne |
| Brown, Thomas | Jackson, Bettye | Rose, Mary |
| Bryson, Bobbie | Jackson, Josephine | Sashfras, Shirley |
| Cannon, Lillie | Jackson, Mattie D. | Sayles, Jimmy |
| Castellane, Mary Ann | James, Cassandra D. | Scott, Vanessa |
| Clarke, George | Jeffcoat, James | Self, Sean |
| Collier, Claiborne | Johnson, Cheryl | Shepherd, Debra |
| Collins, Everlernn | Johnson, Debra Ann | Shields, Sara |
| Conn, Donald | Johnson, Nikisha | Sims, Aaron |
| Craig, Katie | Johnson, Robert | Skinner, Lashonda |
| Crapps, Ruby | Jordan, Edward | Smiley, Tony B |
| Criss, Lynette | Jones, Rosie | Smith, Lillie |
| Cunningham, Linda | Kendrick, Jacqueline | Smith, Rosa |
| Dillon, Marshall | Keyes, Johnny | Spencer, Bennie |
| Duvall, Catherine | Knight, Falisha | Theodore, Jennifer |
| Edmonds, Mary Jane | Lacey, Ellaweise | Thomas, Bertha (Estate) |
| Edwards, Parlee | Langdon, Birdie | Thomas, Magnolia |
| Ellis, Pamela | Lawson, Mary | Thornton, Beatrice |
| Ellis, Samuel | Lawson, Robert | Toler, Ella Mae |
| Epps, Clara | Lepard, Dawn | Townsend, Morris Edwin |

3144819v1

| No Reference to Alleged Injury cont'd |||
|---|---|---|
| *Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS* |||
| Everett, Gregory Linn | Lesure, Frank | Toy, Doris |
| Fisher, Michael | Lewis, Cornelius (Estate) | Turner, Monnie |
| Fleming, Ethel | Livingston, Mickey | Vail, Eddie |
| Forbes, Glen | Logan, Chris | Walls, Joann |
| Ford, Faith | Longino, Sylvia | Walterine, Wildee |
| Ford, Glinda | Lowe, Jerry | Warfield, Connie |
| Garrett, Alice | Maddox, Pearlie | Washington, Rosa |
| Gatewood, Annie | Maggett, Bobbie | Watson, Deborah |
| Gilmer, Walter | Martinson, Dorothea | Weathersby, Michaelon |
| Givens, Jamie | McAdory, Joyce | White, Clifton |
| Givens, Narie | McCardle, Casey | White, Edneatha |
| Green, Kenneth | McConnell, Franklin | Williams, Carole |
| Green, L.G. (Estate) | McCoy, Marquita | Williams, Daisy |
| Greer, Claudette | McCullar, Grady | Williams, Helen |
| Haley, Lee | McGowan, Lorraine | Williams, O.C., Sr. |
| Hamilton, Cora | Meeks, Virgine | Williams, Sanders, Jr. |
| Hammarstrom, Eric | Mitchell, Ava | Williams, Taylor |
| Haney, Margaret | Moore, Mattie | Womack, Francis |
| Harkins, Billie | Morgan, Helen | Woods, Bobby |
| Harris, Freddie | Morrison, Sara | Young, Barbara |
| Harris, Melvin | Murphy, Brandy | |
| *Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS* |||
| Adams, Lois | Carroll, Roy | Rhodes, Patricia |
| Anderson, Leroy | Hunter, James | Smith, Frank |
| Bearden, Jerrell M. | Jenkins, Charlotte | Suber, Gregory |
| Beckum, Sue | Knight, Elizabeth | Thomas, Carlene |
| *Cooper, et al. v. Pfizer Inc. et al., 1:05-cv-10834-PBS* |||
| Newsome, Betty | Rice, Roger ||
| Pearson, Ethel | Webb, William ||

3144819v1