

ANNENBERG CENTER
FOR HEALTH SCIENCES
AT EISENHOWER

39000 Bob Hope Drive
Rancho Mirage, California 92270-3298

Christy DeSantis
Proworx
450 Lexington Avenue, Suite 1400
New York, NY 10017

MDL_Vendors_008271



# ANNENBERG CENTER FOR HEALTH SCIENCES

## CME GUIDELINES FOR THE DISTRIBUTION OF EDUCATIONAL MATERIALS

*Advances in the Preventive Treatment of Migraine*

Parke-Davis has provided an unrestricted educational grant to support a continuing medical education program entitled, *"Advances in the Preventive Treatment of Migraine"*. This program is sponsored by the Annenberg Center for Health Sciences at Eisenhower, in cooperation with Proworx. This offering is an audiotape program eligible for 1 hour of CME credit.

A needs assessment was conducted which confirmed both the worthiness of this topic and the high level of interest. It highlights the importance of diagnosis and the treatment of migraine, synthesizing current research and expert opinions.

It is recognized that perhaps the most powerful means of promotion is direct contact. The Annenberg Center encourages Parke-Davis sales representatives to participate in raising awareness by distributing copies of the informational brochure to appropriate physicians in their areas.

The Annenberg Center reminds you that there are rules-of-conduct regarding industry representatives' involvement in continuing education activities, and you are asked to comply with the following:

> Distribution of the brochure must be a separate activity and cannot be done in conjunction with a sales call.
>
> Parke-Davis representatives should not distribute the actual program. Please refer interested parties directly to the invitation and instructions. For more information, physicians can contact the Proworx staff at 212.907.4300, or the Annenberg Center at 800.321.3690.
>
> The Annenberg Center encourages Parke-Davis representatives to keep in mind that this program is educational in nature, and to conduct their conversations appropriately.

Thank you for your cooperation and valuable assistance in promoting this educational opportunity for practitioners in your area.

MDL_Vendors_008272



# ANNENBERG CENTER FOR HEALTH SCIENCES
AT EISENHOWER

July 16, 1999

**DRAFT**

Parke Davis
201 Tabor Road
Morris Plains, NJ 07950

Re:  *"Advances in the Preventive Treatment of Migraine"*

Dear:

On behalf of the Annenberg Center and Proworx, I propose additional funds be allocated to support additional distribution of the *"Advances in the Preventive Treatment of Migraine"* CME enduring material.

This additional cost is $_____ and would enable us to use the Parke-Davis sales force as a tool to improve dissemination of this educational piece.

Funding for this effort would augment the original grant and agreement with the Annenberg Center, and should be forwarded to my attention. The Annenberg Center would work with Proworx, who will see the process through efficiently and in its entirety.

I have attached our guidelines for sales force distribution of educational materials. In the past, many clients have found this to be a useful document and informational tool for those in the field.

Certainly, you should call upon Christy De Santis at Proworx or myself should questions arise.

Sincerely,


Stephen S. Biddle
Director, Continuing Education

SB/jr

cc:   Christy De Santis


*Eisenhower Medical Center / 39000 Bob Hope Drive / Rancho Mirage, California 92270-3298*
*760-773-4500 / Toll Free 800-321-3690 / FAX 760-773-4513*

MDL_Vendors_008273