UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ) <br> ALL MARKETING AND ) <br> SALES PRACTICES ACTIONS ) <br> _____ ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL
VARIOUS EXPERT REPORTS RELATING TO LIABILITY AND DAMAGES

Pursuant to the Stipulated Protective Order entered on January 10, 2005 (Docket No. 27), and the Amended Stipulated Protective Order (Docket No. 744), endorsed by the Court on May 11, 2007 (collectively, the "Protective Orders"), Class Plaintiffs hereby respectfully move for leave to file six (6) expert reports relating to liability and damages under seal. As grounds for seeking leave to file these reports under seal, true and accurate copies of which are concurrently filed as Exhibits K – P to the Supplemental Declaration of Ilyas J. Rona Filed in Support of Plaintiffs' Renewed Motion for Class Certification, Class Plaintiffs state the following:

1. The Plaintiffs are filing the eleven (11) expert reports relating to issues of liability and damages in response to Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Second Motion for Class Certification (Docket No. 1437).

2. Pursuant to the Protective Orders, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes…"

3. Six (6) of the eleven expert reports mentioned above make reference to and reflect the contents of certain documents produced by various medical marketing firms that have been designated as "Confidential." These six export reports are attached as Exhibits K – P to the Supplemental Declaration of Ilyas J. Rona Filed in Support of Plaintiffs' Renewed Motion for Class Certification, filed concurrently herewith.

4. Since August 2008, Class Plaintiffs' have actively held numerous meet and confers with the parties claiming confidentiality designations, but have been unable so far to complete this process by the time of filing.

5. By submitting this Motion, the Plaintiffs are not taking the position that Exhibits K – P are in fact confidential, or that the Defendants' designations of confidentiality with respect to these exhibits are in fact proper. In fact, Plaintiffs expressly reserve their right to challenge those designations in accordance with Section 8 of the Stipulated Protective Order, and this motion should not be construed as a waiver of that right. Should the Court deny leave to file these reports under seal, Class Plaintiffs respectfully request that they be allowed to file these reports electronically via the ECF filing system.

WHEREFORE, in order to comply with the Protective Orders in this case, Class Plaintiffs hereby request leave to file the expert reports attached as Exhibits K – P to the Supplemental Declaration of Ilyas J. Rona Filed in Support of Plaintiffs' Renewed Motion for Class Certification under seal. Alternatively, should the Court deny this Motion, Class Plaintiffs request leave to electronically file the aforementioned expert reports via the ECF system.

Dated: October 1, 2008

Respectfully Submitted,

*Members of the Class Plaintiffs' Steering Committee,*

/s/Thomas M. Greene
Thomas M. Greene, Esq.
Ilyas J. Rona, Esq.
GREENE & HOFFMAN
33 Broad Street, 5th Floor
Boston, MA  02109

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Barry Himmelstein, Esq.
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

HAGENS BERMAN SOBOL SHAPIRO LLP
Thomas M. Sobol, Esq. (BBO #471770)
Ed Notargiacomo, Esq. (BBO#567636)
One Main Street, 4th Floor
Cambridge, MA 02142

DUGAN & BROWNE
James Dugan, Esq.
650 Poydras Street, Suite 2150
New Orleans, LA 70130

BARRETT LAW OFFICE
Don Barrett, Esq.
404 Court Square North
P.O. Box 987
Lexington, MS 39095

LAW OFFICES OF DANIEL BECNEL, JR.
Daniel Becnel, Jr., Esq.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

## CERTIFICATION PURSUANT TO L.R. 7.1

I, Ilyas J. Rona, hereby certify that through the exchange of numerous phone calls and letters, I or other attorneys representing the Class Plaintiffs have conferred with counsel for Pfizer, IMS Health, Cline Davis & Mann, CME, Inc. and Sudler Hennessey and have attempted in good faith to resolve or narrow the issues that are the subject of the above motion.

/s/ Ilyas J. Rona
Ilyas J. Rona, Esq.

## CERTIFICATE OF SERVICE

I, Ilyas J. Rona, hereby certify that the above document filed through the ECF system has been served pursuant to Case Management #3 on October 1, 2008. I further certify that Exhibits K-P to the Supplemental Declaration of Ilyas J. Rona Filed in Support of Plaintiffs' Renewed Motion for Class Certification, which were filed under seal, were served upon Pfizer's local counsel, Mr. David Chaffin, by email on October 1, 2008.

/s/ Ilyas J. Rona
Ilyas J. Rona, Esq.