UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| *Leroy Anderson, et al v. Pfizer, Inc.*<br>*Mary Cooper, et al v. Pfizer, Inc.*<br>*Jessie Allen, et al v. Pfizer, Inc.* | Individual Case No.: 1:05CV-10835-PBS<br>Individual Case No.: 1:05-CV-10834-PBS<br>Individual Case No.: 1:07-CV-11795-PBS |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION FOR LEAVE TO RESPOND TO COURT ORDER OUT OF TIME**

COMES NOW, Plaintiffs, by and through, Attorney, Levi Boone, III, of **Boone Law Firm, P.A.**, and submit Plaintiffs' *Memorandum in Support of Plaintiff's Motion for leave to Respond to Court Order Out of Time and states*:

1. The conduct of Plaintiffs is not extreme. Dismissal of these actions is not warranted because such a punishment would be too harsh for the alleged misconduct when there are other broad universe of options available, if necessary, to the Court particularly under the mitigating circumstances of this case. *Young v. Gordon*, 330 F. 3d 76, 81 (1st Cir. 2003).

2. Defendants will in no way be prejudiced by *Plaintiffs' Motion for Leave to Respond to the Court's Order Out of Time* because good cause exists in

addition to the other matters set forth in *Plaintiffs' Motion for Leave to Respond to the Court's Order Out of Time* which is incorporated herein.

3. In addition, at the time that the Court's Order was entered, Plaintiffs' counsel was required to be out of the office often dealing with a severely ill loved one, who passed away on September 13, 2008.

4. Plaintiffs are prepared to comply immediately with the Court's Order of September 9, 2008, should this Court allow same.

WHEREFORE PREMISES CONSIDERED, Plaintiffs request leave to respond to this Court's September 9, 2008 order out of time.

RESPECTFULLY SUBMITTED, this the 2nd day of October, 2008.

BY: __/s/ Levi Boone, III__

Levi Boone, III, MSB #3686
**BOONE LAW FIRM, P.A.**
401 West Sunflower Avenue
Post Office Box 1772
Cleveland, MS 38732
TEL: 662-843-7946
FAX: 662-843-7950