UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629<br><br>Master File No.: 1:04-cv-10981-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL MARKETING AND SALES PRACTICES ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**NOTICE OF WITHDRAWAL OF MOTION AND
SUBMISSION OF REVISED DECLARATION**

In connection with the Class Plaintiffs' Response to Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Second Motion for Class Certification [Docket No. 1453], Class Plaintiffs filed the Supplemental Declaration of Ilyas J. Rona Filed in Support of Plaintiffs' Renewed Motion for Class Certification [Docket No. 1450] ("Original Declaration"). Because the Original Declaration attached copies of certain expert reports, which at the time were required to be filed under seal, Class Plaintiffs filed a Motion for Leave to File Under Seal Various Expert Reports Relating to Liability and Damages [Docket No. 1451] ("Motion to File Under Seal"). Subsequent to the filing of the Motion to File Under Seal and the Original Declaration, Class Plaintiffs were able to resolve all remaining confidentiality issues with respect to their eleven (11) expert reports. Accordingly, Class Plaintiffs hereby give notice that the Motion to File Under Seal is withdrawn as moot, and further that a revised version of the Original Declaration attaching unsealed copies of all expert reports is being filed herewith.

PLEASE TAKE NOTICE that the Class Plaintiffs' Motion for Leave to File Under Seal Various Expert Reports Relating to Liability and Damages [Docket No. 1451] is hereby withdrawn as moot, and Class Plaintiffs are concurrently filing a revised version of the Original Declaration attaching unsealed copies of all expert reports.

Respectfully Submitted,

Dated: October 6, 2008

By: /s/ Thomas Greene
Thomas M. Greene, Esq.
Ilyas J. Rona, Esq.
Greene & Hoffman
33 Broad Street, 5th Fl.
Boston, MA 02109

By: /s/ Barry Himmelstein
Barry Himmelstein, Esq.
Lieff Cabraser Heimann &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: /s/ Don Barrett
Don Barrett, Esq.
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: /s/ Daniel Becnel
Daniel Becnel, Jr., Esq.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: /s/ James Dugan
James Dugan, Esq.
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By: /s/ Thomas M. Sobol
Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Members of the Class Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on October 6, 2008.

/s/ Ilyas J. Rona
Ilyas J. Rona