# *Neurontin Action Plan – POA2-2004*

| 2004 Goal |
|---|

- National Goal = Achieve $2.5 Billion and 15% growth in 2004
- Currently 104% of Budget, GAR = 98.77%.  YTD Sales of $780 million with growth 19.7%

| Market Overview |
|---|

- Neurontin weekly shares are trending up - bottomed in January after declining in 2003.
- Tablet business has increased from 32% to 37% of Neurontin total.
- 75% of targeted PCPs now achieving at least 1800mg.  PCPs still slowest to get there.
- Other AEDs growing faster than Neurontin in LTC (16% vs 59%)
- Eisai's new specialty team will promote Zonegran.

| Strategies |
|---|

- 2nd position Detail on every call
- Deliver Consistent 3 Step Message
- Grow LTC business

No calls on Psychs!!!!

| Core Message |
|---|

"NEURONTIN Is a Different Kind of Medication that provides Significant Reduction of the *Burning*, *Stabbing*, and *Electric-Shock-Like* Pain of PHN, when dosed up to 600mg TID or Pain Free"

| Messaging |
|---|

1) Differentiate Neuropathic pain from Joint/Muscle pain  - Describe PHN as one type of Neuropathic pain
2) Neurontin is most effective for relieving the pain of PHN
    a. Sell Rice & Robotham
    b. Sleep improvements due to pain reduction – esp in LTC
3) Titrate to 600mg TID or Pain Free utilizing scored tablets.

| Executional Excellence |
|---|

- Roll out LTC Kits - set specific metrics for appropriate LTC areas.
- Roundtable programs, Conference Calls

- Re-N-Force letters

Pfizer_JSchultz_0000394