**Dr. Thomas L. Perry, Inc.**
Department of Medicine, University Hospital
2211 Wesbrook Mall, Vancouver, B.C. V6R 2P1, CANADA
office telephone: (604) 822-7134; office fax: (604) 822-7897

August 8, 2008

**APPENDIX – GABAPENTIN PROJECT Pain Studies Summary Matrix**
**FINAL – August 8, 2008 - Dr. Thomas L. Perry**

Thomas L. Perry, M.D., FRCPC

APPENDIX - GABAPENTIN PROJECT Pain Studies Summary Matrix - FINAL – August 8, 2008, Thomas L. Perry, M.D.

# CHRONIC PAIN

TRIALS SUITABLE FOR DETAILED REVIEW AND META-ANALYSIS (SEE NOTES AT END OF TABLE)

| Study Number, Date of study Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| 1) 1997 Gorson PDPN WLC_FRANKLIN_0000100272 WLC_FRANKLIN_0000100273 WLC_FRANKLIN_0000088375.pdf Gorson KG, Schott C et al. Gabapentin in the treatment of painful diabetic neuropathy: a placebo controlled, double blind, crossover trial. (letter) J Neurol Neurosurg Psychiatry 1999; 66:251-2 | Gorson J Neurol Neurosurg Psychiatry 1999 | PDPN | **Study Size:** 126 screened, and 53 were randomized (crossover design), however, the published letter to the editor makes no mention of the 13 who dropped and says N = 40. **Treatment Duration:** 6 weeks. **Dose:** 900 mg / day | No | Letter to the editor | **Detailed summary table analysis completed & checked, July 22, 2008** |
| 2) 1997 Morello Independent study, US VA system Morello CM, Leckband SG et al. Randomized Double-blind Study Comparing the Efficacy of Gabapentin With Amitriptyline on Diabetic Peripheral Neuropathy Pain. Arch Intern Med 1999; 159: 1931-7 | Morello Arch Intern Med 1999 | PDPN | **Double Blind** **Study Size:** 28 were screened, 25 were randomized – 12 to Gabapentin-Amitriptyline arm, and 13 to Amitriptyline-Gabapentin arm (crossover design) **Treatment Duration:** 6 weeks for each treatment **Dose:** 900 – 1800 mg/day Gabapentin or 25 – 75 mg/day Amitriptyline. | No | Comparator Study v. Amitriptyline | **Detailed summary table analysis completed & checked, July 27, 2008** |

APPENDIX - GABAPENTIN PROJECT Pain Studies Summary Matrix - FINAL – August 8, 2008, Thomas L. Perry, M.D.                    2 of 17

| Study Number, Date of study<br>Document Number | Lead Investigator<br>Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| 3) 1997 Backonja PDPN<br>945-210<br>720-03908_Vol_1.pdf<br>720-03908_Vol_2.pdf<br>720-03908_Vol_3.pdf<br>Backonja M, Beydoun A et al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with Diabetes Mellitus. JAMA 1998; 280: 1831-6 | Backonja<br>JAMA 1998 | PDPN | **Study Size:** 232 screened, 165 enrolled -  84 were randomized to Gabapentin, 81 randomized to placebo (parallel design)<br>**Treatment Duration:**  8 weeks.<br>**Dose:** Titrated from 900 mg – 3600 mg per day or maximum tolerated dosage. | Yes | JAMA article; forced titration | **Detailed summary table analysis completed & checked, July 22, 2008** |
| 4) 1997 Rowbotham PHN<br>945-211<br>995-00070_945-211_(Part_I).pdf<br>995-00070_945-211_(Part_II).pdf<br>995-00070_945-211_(Part_III).pdf<br>Rowbotham M, Harden N et al. Gabapentin for the Treatment of Postherpetic Neuralgia.  JAMA 1998; 280: 1837-42. | Rowbotham<br>JAMA 1998 | PHN | **Study Size:** 292 screened, 229 randomized,  113 received Gabapentin, 116 received placebo (parallel design).<br>**Treatment Duration:**  8 weeks.<br>**Dose:** Titrated to a maximum of 3600 mg/day or maximum tolerated dose. | Yes | JAMA article; forced titration | **Detailed summary table analysis completed & checked, July 22, 2008** |
| 5) 1997 Dallochio<br>Parke-Davis, Italy (4th author)<br>Dallocchio D, Buffa C et al. Gabapentin vs. Amitriptyline in Painful Diabetic Neuropathy: An Open-Label Pilot Study.  J. Pain and Symptom Management 2000; 20: 280-3.<br>**OPEN LABEL** | Dallocchio<br>J. Pain and Symptom Management 2000 | PDPN | **Open label (? Marketing trial - Parke-Davis co-authored)**<br>**Study Size:** 25 enrolled, 13 were treated with Gabapentin while 12 were treated with Amitriptyline.<br>**Treatment Duration:**  12 weeks for each treatment<br>**Dose:** Titrated to a maximum dosage of 2400 mg/day of Gabapentin or 90 mg/day of Amitriptyline. | No | Open label comparator Study v. Amitriptyline **Not suitable for meta-analysis of any outcomes.** | **Detailed summary table analysis completed July 23, 2008** |

APPENDIX - GABAPENTIN PROJECT Pain Studies Summary Matrix - FINAL – August 8, 2008, Thomas L. Perry, M.D.                    3 of 17

| Study Number, Date of study Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| **6) 1998 Reckless PDPN** 945-224 720-04130.pdf **1998 Reckless PDPN (continued)** 945-224 720-04130.pdf | **Reckless Unpublished** 1998-1999 study, final report 2000. (Summarized favourably in: Backonja M, Glanzman RL.  Gabapendin Dosing for Neuropathic Pain: Evidence from Randomized, Placebo-Controlled Clinical Trials. Clinical Therapeutics 2003; 25: 81-104) | PDPN | **Study Size:** 432 screened, 325 randomized, 77 randomized to placebo group, 82 randomized to 600 mg/day Gabapentin, 82 randomized to 1200 mg/day Gabapentin, 84 randomized to 2400 mg/day Gabapentin (parallel design) **Treatment Duration:**  7 week treatment period (double blind) after which a subset of patients could enter a 4-month open label extension phase. **Dose:** 600 mg/day, 1200 mg/day, or 2400 mg/day. | Yes | Fixed dose study; not published as standalone article. Reference to results in Backonja M, Glantzman RL 2003 is an incomplete reporting.†† | **Detailed summary table analysis completed & checked, July 22, 2008** |
| **7) 1998-1999 van de Vusse** van de Vusse AC Stomp-van den Berg SGM, et al., Randomized controlled trial of gabapentin in Complex Regional Pain Syndrome type 1 (ISRCTN84121379). BMC Neurology 2004; 4: 13 (9 pages) | **van de Vusse BMC Neurology 2004** | CPRS type 1 | **Study size:** Crossover study of gabapentin vs. placebo for 2 x 3-week periods, separated by 2-week washout. N=58 patients P first (29) or to G first (29); 12/58 excluded from analysis **Treatment Duration:** each treatment was given for 3 weeks **Dose:** targe tdose G=1800 mg/d | No | †† | **Detailed summary table analysis completed & checked, July 24, 2008** |
| **8) 1998-2001 Gordh, Nordic Study** 945-271 PFIZER_LCASTRO_0043325.pdf PFIZER_LCASTRO_0027113.pdf | **Gordh et al (Nordic study) Unpublished** Final study report 2003 | POPP NeP | **Study Size:**  159 screened, 120 randomized – 61 to Gabapentin-Placebo arm, 59 to placebo-Gabapentin arm (crossover design) **Treatment Duration:**  5 weeks **Dose:** Titrated to 2400 mg/day or maximum tolerated dosage. | No | **Unpublished** Scandinavian study of postoperative and posttraumatic neuropathic pain†† | **Detailed summary table analysis completed & checked, July 22, 2008** |

APPENDIX - GABAPENTIN PROJECT Pain Studies Summary Matrix - FINAL – August 8, 2008, Thomas L. Perry, M.D.

| Study Number, Date of study Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| 9) 1999 Rice 945-295 430-00124.pdf Rice ASC, Maton S, Postherpetic Neuralgia Study Group. Gabapentin in postherpetic neuralgia: a randomized, double-blind, placebo controlled study. Pain 2001; 94: 215-224 | Rice Pain 2001 | PHN | **Study Size:** 411 screened, 334 randomized – 115 to Gabapentin 1800 mg/day, 108 to Gabapentin 2400 mg/day, and 111 to placebo (parallel design, if unable to tolerate dose pt. was pulled from study) **Treatment Duration:** 7 weeks **Dose:** Either 1800 mg/day or 2400 mg/day | Yes | Fixed dose study** | **Detailed summary table analysis completed & checked, July 22, 2008** |
| 10) 1999-2000, Serpell 945-306 430-00125.pdf 430-00125_Correction_Memo_1.pdf 430-00125_Correction_Memo_2.pdf Serpell MG, Neuropathic Pain Study Group.  Gabapentin in neuropathic pain syndromes: a randomized, double-blind, placebo-controlled trial.  Pain 2002; 99: 557-66. | Serpell Pain 2002 | Mixed NeP | **Study Size:** 351 screened, 307 randomized – 153 to Gabapentin, 152 to placebo (parallel design) **Treatment Duration:**  8 weeks **Dose:** Initially titrated to 900 mg/day.  Patients who did not show at least 50% pain reduction were increased to 1800 mg/day and then if necessary again to 2400 mg/day. | Yes | Study involving neuropathic pain symptoms from a variety of different etiologies** | **Detailed summary table analysis completed & checked, July 22, 2008** |

APPENDIX - GABAPENTIN PROJECT Pain Studies Summary Matrix - FINAL – August 8, 2008, Thomas L. Perry, M.D.                                      5 of 17

| Study Number, Date of study Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| 11) 1999-2000 Bone Bone M, Critchley P, Buggy DJ. Gabapentin in Postamputation Phantom Limb Pain: A Randomized, Double-Blind, Placebo-Controlled, Cross-Over Study. Reg Anesth Pain Med 2002; 27: 481-6 | Bone Reg Anesth Pain Med 2002 | Post-amputation phantom limb pain | **Single centre English DBR crossover trial** **Study Size: 33 screened, 19 randomized** after 1 week screening/washout phase to: placebo (9) or gabapentin (10) as first treatment, then crossover to alternative treatment Treatment Duration: 6 weeks, with 1 week intervening washout Dose: gabapentin titrated from 300 mg/d to maximum of 2400 mg/d | | | **Detailed summary table analysis completed & checked, July 23, 2008** |
| 12) 1999-2002 Caraceni 945-420-276 PFIZER_LCASTRO_0026332 Caraceni A, Zecca E, et al. Gabapentin for Neuropathic Cancer Pain - A Randomized Controlled Trial from the Gabapentin Cancer Pain Study Group. J. Clin Oncology 2004; 22: 2909-17 | Caraceni J. Clin Oncology 2004 | Neuropathic Cancer pain | **Multicentre Italian/Spanish DBRCT** **Study Size: 691 patients screened, 121 patients randomized to** Gabapentin 80 (79 received drug) vs. 41 placebo, in addition to stable opioid dose and additional opioid as needed **Treatment Duration:** ten days **Dose:** Gabapentin was titrated from 600 mg/day – 1800 mg / day | | Not meta-analysable other than safety outcomes, as the outcomes are not similar to any other study.. | **Detailed summary table analysis completed & checked, July 26, 2008** |
| 13) 2000-2001 Gomez Perez LADPN 945-411 PFIZER_LKNAPP_0006623 Gomez-Perez FJ, Perez-Monteverde A et al. Gabapentin for the treatment of painful diabetic neuropathy: dosing to achieve optimal clinical response. Br. J. Diabetes Vasc. Dis. 2004; 4: 173-8 **OPEN LABEL** | Gomez-Perez Br. J. Diabetes Vasc. Dis. 2004 | PDPN | **Study Size:** 421 screened, 339 randomized – 170 to Gabapentin fixed dose, 160 to Gabapentin titration dose. **Treatment Duration:** 7 weeks **(open label)** **Dose:** fixed dose of 900 mg/day or titrated to a maximum of 3600 mg/day | No | **Open label Latin American study (LADPN) †† Unsuitable for meta-analysis, as there is no placebo group. May provide some insight into dose-dependent toxicity.** | **Detailed summary table analysis completed & checked, July 22, 2008** |

**APPENDIX - GABAPENTIN PROJECT Pain Studies Summary Matrix - FINAL** – August 8, 2008, Thomas L. Perry, M.D.                    6 of 17

| Study Number, Date of study Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| 14) ? 2002 Levendoglu Levendoglu F, Ogun CO., et al. Gabapentin Is A First Line Drug for the Treatment of Neuropathic Pain in Spinal Cord Injury.  Spine 2004; 743-751. | Levendoglu Spine 2004 | NeP after spinal cord injury | | | †† | Detailed summary table analysis completed & checked, July 26, 2008 |
| 15) 2001-2003 Gilron Gilron I, Bailey JM et al.  Morphine, Gabapentin, or their Combination for Neuropathic Pain.  N Engl J Med 2005; 352:1324 – 34. | Gilron N Engl J Med 2005 | PHN and PDPN | **Study Size:** A four-period crossover trial for which 86 patients were screened, 57 were randomized to one of four treatment sequences which included Gabapentin, Morphine, Placebo (active, lorazepam), and Gabapentin-Morphine combination. **Treatment Duration:**  Each treatment was given for 5 weeks. **Dose:** Target daily dose ceilings were 120 mg/day for morphine treatment, 2400 mg/day Gabapentin and 60 mg/day morphine for Gabapentin-Morphine combination, 3200 mg/day Gabapentin for Gabapentin treatment, and 1.6 mg/day lorazepam for placebo. | | Comparator Study v. Morphine and lorazepam as active placebo | Detailed summary table analysis completed & checked, July 22, 2008 |
| 16) 2002-2003 Parsons 945-1008 PFIZER – PhrmaWebSynopsis-Final-2 June 2005 and PFIZER – Bruce Parsons, Guy Cohen-24 March 2005 | Unpublished – not on CD (available as paper copy of final report), no appendices available … found by Greene & Hoffman … "Phase 4" of development | PDPN | **Study Size:** 724 screened, 389 randomized – 189 to P, 200 to G **Treatment Duration:** 2 weeks titration, 12 weeks fixed dose (14 weeks total after 1 week run-in) **Dose:** Titrated to 3600 mg/day or maximum tolerated dose (at least 1800 mg/day) | ? | Unpublished USA study in 43 primary care "centres" – referred to obliquely during Pfizer marketing efforts for Neurontin - ? marketing study†† | Detailed summary table analysis completed & checked, July 22, 2008 |

6

APPENDIX - GABAPENTIN PROJECT Pain Studies Summary Matrix - FINAL – August 8, 2008, Thomas L. Perry, M.D.

| Study Number, Date of study Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| 17) 2002-2005 Chandra (partially Pfizer supported) Chandra K, Shafiq N et al. Gabapentin versus Nortriptyline in post-herpetic neuralgia patients: a randomized, double-blind clinical trial – The GONIP trial. International Journal of Clinical Pharmacology & Therapeutics 2006; 44: 358-63 | Chandra International Journal of Clinical Pharmacology & Therapeutics 2006 | PHN | **Study Size:** 110 screened, 76 randomized: NT=38, G=38 **Treatment Duration:** 1 week run-in, 8 weeks parallel group study **Dose:** titrated to NT = 150 mg/d; G= 2700 mg/d | | No placebo group.†† | **Detailed summary table analysis completed & checked, July 22, 2008** |

| Study Number, Date of study Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| 18) 2002-2003 Rao Rao RD, Michalak JC et al.  Efficacy of Gabapentin in the Management of Chemotherapy-induced Peripheral Neuropathy: A Phase 3 Randomized, Double-Blind, Placebo-controlled, Crossover Trial (N00C3)  Cancer 2007; 110: 2110-18 | Rao Cancer 2007 | Cancer chemotherapy-induced peripheral neuropathy | **DBR crossover trial (independent, supported by North Central Cancer Treatment Group and Mayo Clinic and US Public Health Service grants) – gabapentin vs. placebo** **Study size:** 115 eligible patients screened, 115 randomized between March 2002 and December 2003 to placebo = 58, gabapentin = 57 **Study duration:** 2 x 6 weeks, 2-week washout between periods **Dose:** titration to target of 2700 mg/day over 3 weeks | | **Very complex and unusual statistical analysis with few completers. Most outcomes not suitable for meta-analysis.††** | Detailed summary table analysis completed & checked, July 22, 2008 |
| 19) 2001-2004 Rintala Rintala DH, Holmes SA et al.  Comparison of the Effectiveness of Amitriptyline and Gabapentin on Chronic Neuropathic Pain in Persons with Spinal Cord Injury. Arch Phys Med Rehabil 2007; 88: 1547-60 | Rintala Arch Phys Med Rehabil 2007 | Chronic neuropathic pain after spinal cord injury | **DBR triple crossover trial (independent, supported by US Department of Veterans Affairs, VHARRDS grant) – gabapentin vs. amitriptyline vs. diphendydramine a(s active placebo), plus oxycodone 5 mg/acetaminophen 325 mg up to 8 tablets/day for "breakthrough pain"** **Study size:** screened 50, randomized 38 to 6 groups taking 3 drugs in different sequences **Study duration:** 3 x 9 weeks, titrated to maximum dose, then tapered down, then 1 week washout between periods **Dose:** gabapentin to maximum of 3600 mg/day, amitriptyline to maximum of 150 mg/day, diphenhydramine at 75 mg/day after titration | | **Very complex and unusual statistical analysis with few completers. Many outcomes not suitable for meta-analysis ††** | Detailed summary table analysis completed & checked, July 23, 2008 |
| 20) ? 2003 Hahn Pfizer 0945-00S-P02 Hahn K, Arendt G, et al. A placebo-controlled trial of gabapentin for painful HIV-associated sensory neuropathies. J. Neurol 2004; 251 : 1260-6 | Hahn J Neurol 2004 | HIV-associated distal-symmetric polyneuropathy | **DBRCT (supported and apparently designed by Pfizer as 0945-00S-P02)** **Study size:** screened ?, randomized 26 to P=11, G=15 **Study duration:** 4 weeks, titrated to maximum dose **Dose:** gabapentin to maximum of 2400 mg/d | | **Small trial which reports median (rather than mean) pain scores. Submitted in 2003 but dates of study not shown. ††** | Detailed summary table analysis completed & checked, July 27, 2008 |

APPENDIX - GABAPENTIN PROJECT Pain Studies Summary Matrix - FINAL – August 8, 2008, Thomas L. Perry, M.D.          9 of 17

| Study Number, Date of study Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| 21) 2003-2006 Arnold Arnold LM, Goldenberg DL et al. Gabapentin in the Treatment of Fibromyalgia : A Randomized, Double-Blind, Placebo-Controlled Multicenter Trial. Arthritis & Rheumatism. 2007 ; 56 : 1336-44 | Arnold Arthritis & Rheumatism 2007 | Fibromyalgia | DBRCT (supported by U.S. NIH grant) Study size: screened 252, randomized 150 to P=75; G=75 Study duration: 12 weeks, titrated to maximum tolerated dose Dose: gabapentin to maximum of 2400 mg/d | | †† | Detailed summary table analysis completed & checked, July 27, 2008 |
| 22) 2006 (or earlier) Kimos Kimos P, Biggs C et al.  Analgesic action of gabapentin on chronic pain in the masticatory muscles : A randomized controlled trial.  Pain 2007; 107: 151-60 | Kimos Pain 2007 | Chronic masticatory myalgia (CMM) | DBRCT (supported by University of Alberta, gabapentin provided by Pharmascience Inc.) Study size: screened 79, randomized 50 to P=25; G=25 Study duration: 12 weeks Dose: gabapentin to maximum of 4200 mg/d | | †† | Detailed summary table analysis completed & checked, July 27, 2008 |
| Trials added late in review, NOT numbered consecutively by date of performance | | | | | | |
| 23) ? 2000 (or earlier) McCleane McCleane GJ. Does gabapentin have an analgesic effect on background, movement and referred pain ? A randomized, double-blind, placebo controlled study.  The Pain Clinic 2001; 13: 103-7 | McCleane The Pain Clinic 2001 | Low back pain | DBRCT (no support identified, appears independent Northern Ireland hospital-based) Study size: screened ?, randomized 80 (P=40, G=40) Study duration: 2 week run-in to baseline, then 6 weeks Dose: titration to G=1200 mg/d | | †† | Detailed summary table analysis completed & checked, August 6, 2008 |
| 24) 1999-2003 Smith Smith DG, Ehde DM et al.  Efficacy of gabapentin in treating chronic phantom limb and residual limb pain. JRRD (Journal of Rehabilitation Research & Development) 2005; 42: 645-54 | Smith JRRD 2005 | Phantom limb/residual limb post-amputation pain | DBR crossover trial (supported by private donor grant to Harbourview Medical Centre for Limb Loss Research and US National Institute of Child Health and Human Development and National Institute of Neurological Disorders and Stroke grant PO1 HD/NS33988) Study size: screened 78, randomized 24 to P/G=13, G/P=11 Study duration: total 17 weeks - 6 weeks for each active treatment, 5 week washout Dose: titration to maximum of G=3600 mg/d | | †† | Detailed summary table analysis completed & checked, August 7, 2008 |

**APPENDIX - GABAPENTIN PROJECT Pain Studies Summary Matrix - FINAL** – August 8, 2008, Thomas L. Perry, M.D.                    10 of 17

| Study Number, Date of study Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| **25) 2002-2005 Nikolajsen** Nikolajsen L, Finnerup N et al.  A Randomized Study of the Effects of Gabapentin on Postamputation Pain.  Anesthesiology 2006; 105: 1008-15 | **Nikolajsen Anesthesiology 2005** | **Postamputation pain (prophylaxis and treatment)** | **DBRCT parallel (supported by a grant from Pfizer Denmark)** **Study size: screened ?, randomized 46; P=23, G=23, "completed" 41** **Study duration:** 30 days treatment to pre-specified primary outcome, then follow-up to 6 months post-amputation **Dose:** titration to G=1200 mg/d or G=2400 mg/d depending on kidney function | | †† | **Detailed summary table analysis completed & checked, August 6, 2008.** |

**†† denotes studies not contained in the Cochrane Systematic Review 2005**
**Indications:** PDPN: painful diabetic peripheral neuropathy;  PHN: post-herpetic neuralgia; NeP: 'neuropathic pain'; POPP: 'post-operative pain'; SCP: "spinal cord pain" after traumatic spinal cord injury; CIPN: cancer chemotherapy-induced peripheral neuropathy
**NB: Numbering of studies is consecutive for this matrix by apparent chronology of study <u>performance</u>** (except for final trials identified after others had been labeled)

GABAPENTIN PROJECT PAIN STUDIES SUMMARY MATRIX – FINAL – AUGUST 8, 2008, THOMAS L. PERRY, M.D.

# ACUTE PAIN
### TRIALS SUITABLE FOR DETAILED REVIEW BUT NOT FOR META-ANALYSIS
### N.B. – MANY DIFFERENT OUTCOMES, VARYING DURATION OF THERAPY (SEE INDIVIDUAL TRIAL SUMMARY TABLES)
#### (SEE NOTES AT END OF TABLE)

| Study Number Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| **Acute 1)  1999 Scirex 1032-001** 720-04378.pdf 720-04378_Correction_Memo.pdf | **Scirex Corporation, Austin, Texas** | Postoperative Dental Pain | **Study Size:** Parallel design to evaluate Gabapentin vs. or in combination with Naproxen. 563 screened, 483 randomized to one of the following combinations: <br> 1.  Placebo: n=52 <br> 2.  Gabapentin 250 mg: n = 50 <br> 3.  Gabapentin 125 mg and Naproxen Sodium 125 mg: n = 50 <br> 4.  Gabapentin 250 mg and Naproxen Sodium 125 mg: n = 52 <br> 5.  Gabapentin 125 mg and Naproxen Sodium 250 mg n=50 <br> 6.  Gabapentin 250 mg and Naproxen Sodium 250 mg. n = 50 <br> 7.  Naproxen Sodium 125 mg – n=50 <br> 8.  Naproxen Sodium 250 mg- n=50 <br> 9.  Naproxen Sodium 550 mg – n=79 <br><br> **Treatment Duration:  patients received 1 dose of study medication** <br> **Dose:** See above. | No | Combination product, "CI-1032" (gabapentin + naproxen combination) for nociceptive pain†† | **Not suitable for meta-analysis – outcomes not comparable.   Summary tables prepared by K. Innes, checked by Dr. T. Perry.** <br> **Reviewed July 30, 2008.** |

| Study Number Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| **Acute 2)  1999-2000 Moskowitz, Sunshine, Schnitzer et al** <br><br>**1032-002** <br>720-04479.pdf | **Moskowitz, Sunshine, Schnitzer et al** | Acute Osteoarthritis Pain of the Knee | Study Size: 441 patients were screened 262 patients were randomized to receive:<br><br>*(table below)*<br><br>**Treatment Duration:  4 weeks**<br>**Dose:** See above. | No | Combination product; "CI-1032" (gabapentin + naproxen combination) for nociceptive pain†† | **Not suitable for meta-analysis – outcomes not comparable.   Summary tables prepared by K. Innes, checked by Dr. T. Perry. Reviewed July 30, 2008.** |
| **Acute 3)  2000 Moskowitz, Sunshine, Schnitzer et al 1032-003** <br>720-30044_(Official).pdf <br><br>**OPEN LABEL CONTINUATION STUDY** | **Moskowitz, Sunshine, Schnitzer et al** | Osteoarthritis of knee | **Study Size: N = 212 for this open label study continuing from above (002).**<br>• 169 continued from 002 study,<br>• 43 screen fails from 002/completed 002 addendum A/de novo patients.<br>**Treatment Duration:  No minimum time.**<br>**Dose:** Either (Gabapentin 125 mg in combination with Naproxen Sodium 250 mg) BID or (Gabapentin 250 mg in combination with Naproxen Sodium 500 mg) BID. | No | Combination product; "CI-1032" (gabapentin + naproxen combination) for nociceptive pain†† | **Not suitable for meta-analysis – outcomes not comparable.   Summary tables prepared by K. Innes, checked by Dr. T. Perry. Reviewed July 30, 2008.** |
| **Acute 4)  Scirex Corporation 1035-001 Addendum B, RR 720-04455** <br>720-04455.pdf <br>720-04483_(Official).pdf <br><br>NB: Official study report uses different numbers from original study report. | **Scirex Corporation, Austin, Texas** | Postoperative Dental Pain | Study Size: 375 patients screened, 325 patients randomly assigned to<br>1.   Placebo: n=51<br>2.   Gabapentin 250 mg/hydrocodone 10mg: n=75<br>3.   Gabapentin 250 mg: n=77<br>4.   Hydrocodone 10 mg: n=76<br>5.   Acetaminophen 1000 mg/hydrocodone 10 mg: n=46<br>**Treatment Duration:** Single dose<br>**Dose:** See above. | No | Combination product; "CI-1035" (gabapentin + hydrocodone) for nociceptive pain†† <br><br>? different numbers in original and official study reports? | **Not suitable for meta-analysis – outcomes not comparable.   Summary tables prepared by K. Innes, checked by Dr. T. Perry. Reviewed July 30, 2008.** |

*Embedded table for Acute 2) study design:*

| Phase 1 (Day 1) | Phase 2 (Day 2–28) | N randomized to this group |
|---|---|---|
| Placebo | Placebo BID | 53 |
| G – 125 mg NS – 250 mg | G – 125 mg NS – 250 mg BID | 52 |
| G – 125 mg | G – 125 mg NS – 250 mg BID | 51 |
| NS – 250 mg | G – 125 mg NS – 250 mg BID | 54 |
| NS – 550 mg | NS – 550 mg BID | 52 |

| Study Number<br>Document Number | Lead Investigator<br>Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| **Acute 4b)  Scirex Corporation 1035-001 Addendum B, RR 720-04483**<br>720-04455.pdf<br>720-04483_(Official).pdf<br><br>NB: Official study report uses different numbers from original study report. | **Scirex Corporation, Austin, Texas** | **Postoperative Dental Pain** | **Study Size:** 140 patients screened, 101 patients randomly assigned to<br>6.   Placebo: n=20<br>7.   Gabapentin 250/hydrocodone 5mg: n = 20 patients.<br>8.   Gabapentin 125 mg/hydrocodone 10 mg: n = 20<br>9.   Gabapentin 500 mg/hydrocodone 10 mg: n = 20<br>10.  Gabapentin 500 mg: n= 21<br>**Treatment Duration:** Single dose<br>**Dose:** See above. | No | Combination product; "CI-1035" (gabapentin + hydrocodone) for nociceptive pain††<br><br>? different numbers in original and official study reports? | **Not suitable for meta-analysis – outcomes not comparable.  Summary tables prepared by K. Innes, checked by Dr. T. Perry.**<br>**Reviewed July 30, 2008.** |
| **Acute 5) 1999-2000 Sunshine A, Katz JA**<br>**1035-002**<br>720-04471.pdf | **Sunshine A, Katz JA Unpublished** | **Postoperative Pain Following Major Orthopedic Surgery** | **Study Size:** patients assigned to 1 of four treatment groups<br>1.   Placebo: n = 49<br>2.   Gabapentin 250 mg, Hydrocodone 10 mg: n = 51<br>3.   Gabapentin 250 mg: n = 50<br>4.   Hydrocodone 10 mg: n = 50<br>**Treatment Duration:**  Single Dose<br>**Dose:** See above. | No | Combination product; "CI-1035" (gabapentin + hydrocodone) for nociceptive pain†† | **Not suitable for meta-analysis – outcomes not comparable.  Summary tables prepared by K. Innes, checked by Dr. T. Perry.**<br>**Reviewed July 30, 2008..** |
| **Acute 6)  2002-2003 Berry**<br>Berry JD, Peterson KL.  A single dose of gabapentin reduces acute pain and allodynia in patients with herpes zoster.  Neurology 2005; 65: 444-447 | **Berry**<br>**Neurology 2005** | Acute herpes zoster | **DBR crossover trial (independent, supported by investigator-initiated grant from Pfizer, no Pfizer involvement in study according to report) – gabapentin vs. placebo**<br>**Study size:** 26 patients enrolled November 2002-December 2003<br>**Study duration:** single dose on two occasions separated by at least 24 hours<br>**Dose:** 900 mg single dose | | Interesting study but medians, not means are reported, and only applies to 6 hours after single dose. †† | **Not suitable for meta-analysis. Outcomes not comparable. Detailed summary table analysis completed & checked, July 27, 2008** |

†† **denotes studies not contained in the Cochrane Review**

**Indications:** PDPN: painful diabetic peripheral neuropathy;  PHN: post-herpetic neuralgia; NeP: 'neuropathic pain'; POPP: 'post-operative pain'; SCP: "spinal cord pain" after traumatic spinal cord injury; CIPN: cancer chemotherapy-induced peripheral neuropathy

**NB: Numbering of studies is consecutive for this matrix  by apparent chronology of study performance.**

**Notes:** Acute pain trials cannot be meta-analysed with chronic pain.  The above are all outpatient trials or include a significant post-operative component which is likely to be relevant to outpatient practice and/or understanding of role of gabapentin in typical outpatient-treated pain .  There are various published trials (and ? unpublished, not available trials) describing use of gabapentin vs. placebo for  pre-operative and post-operative use in the hospital setting, typically for up to a few hours after general anesthesia.  These may be relevant to hospital care, but are not relevant to outpatient treatment of pain.  Typically these studies measure total opioid consumption and/or short term pain and cannot rationally be compared with the above studies.  They are also even more difficult to interpret (see McQuay, HJ, Poon KH et al.  Acute pain: combination treatments and how we measure their efficacy.  Br. J. Anesthesia 2008; 101: 69-76), and typically do not consider hard outcomes (mortality, SAE, length of hospital stay, etc.) relevant to the situation.

## GABAPENTIN PROJECT PAIN STUDIES SUMMARY MATRIX – FINAL – AUGUST 8, 2008, THOMAS L. PERRY, M.D.

## CHRONIC PAIN (AND ACUTE PAIN, #4)

### TRIALS REVIEWED IN DETAIL BUT EXCLUDED FROM META-ANALYTIS BECAUSE OF POOR METHODOLOGY, QUESTIONABLE VALIDITY, OR MISCELLANEOUS REASONS (see comments) - (SEE NOTES AT END OF TABLE)

| Study Number Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| Excluded 1) ? 2001 Tai Tai, Q, Kirshblum S, et al. Gabapentin in the Treatment of Neuropathic Pain after Spinal Cord Injury: A Prospective, Randomized, Double-blind, Crossover Trial. J. Spinal Cord Med 2002; 25; 100-5 | Tai J Spinal Cord Med 2002 | Traumatic spinal cord injury | DBR crossover trial (independent, supported by American Academy of Physical Medicine and Rehabilitation research award and Eastern Paralyzed Veterans Association) – gabapentin vs. placebo **Study size:** 7 patients **Study duration:** 2 x 4 weeks, 2 week washout between periods **Dose:** titration from 600-1800 mg/day | | Only 7 patients crossed over. Results are not suitable for meta-analysis and are of questionable validity. | Not suitable for meta-analysis. Summary analysis completed and reviewed July 22, 2008. Co-reviewers agree we should not include this trial in meta-analysis because it is too seriously flawed to draw any reasonable conclusions. |
| Excluded 2) ? 2000 Perez (HE) No sponsorship indicated Perez HE, Sanchez GF. Gabapentin Therapy for Diabetic Neuropathic Pain (letter). American J Medicine 2000; 108: 689 | Perez HE, Sanchez GF Am. J. Medicine 2000 | PDPN | Reported as DBRCT (apparently independent, no description) **Study size:** 32 patients; P=15, G=17, parallel design **Treatment Duration:** 3 months (reported as 1 month) **Dose:** titrated to pain relief or 1200 mg/day | ? | < 1 page letter to the editor, unreliable study. Although this was accepted for meta-analysis by Wiffen et al (2005), we do not feel this is a credible trial, given reporting at 1 month and absence of any detailed methodology including description of randomization/blinding. | Not suitable for meta-analysis. Detailed summary table analysis completed and reviewed, July 22, 2008. Co-reviewers agree we should not include this trial in meta-analysis because we cannot be certain that methodology and results are reliable. |

**APPENDIX - GABAPENTIN PROJECT Pain Studies Summary Matrix - FINAL** – August 8, 2008, Thomas L. Perry, M.D.                                             16 of 17

| Study Number Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| Excluded 3)  ? performed at all  (? 2000 or earlier) Simpson Simpson DA.  Gabapentin and Venlafaxine for the treatment of painful diabetic neuropathy.  J. Clin Neuromuscular Dis 2001; 3: 53-62 | Simpson J. Clin Neuromuscular Dis 2001 | PHN | See original publication | See original publication and Pfizer e-correspondence with Dr. R. Dworkind, Rochester, N.Y. | This study may never have existed.  Dr. Dworkind had serious concerns that the trial could not have been performed as reported. | Not suitable for meta-analysis.  We cannot confirm  that this is a genuine study. No detailed study summary prepared – see Pfizer emails with Prof. R. Dworkin. |
| Excluded 4)  1032-004 720-04481.pdf | Unpublished | Gastroprotection | Study Size: Sub-study of 002.  After 1-week of treatment, patients underwent endoscopy to see whether or not Gabapentin protected against Naproxen damage. **Treatment Duration:** 1 week. **Dose:** See data from 002. | No | Combination product; "CI-1032" (gabapentin + naproxen combination) for nociceptive pain†† | Not suitable for meta-analysis – sub study irrelevant to analgesic effect of gabapentin. No detailed study summary necessary. |
| Excluded 5) ? 1999 (or earlier) McCleane McCleane GJ.  Gabapentin reduces chronic benign nociceptive pain : a double-blind, placebo-controlled cross-over study.  The Pain Clinic 2000; 12: 81-5 | McCleane The Pain Clinic 2000 | Mid-line lumbar back pain with local tenderness | DBR crossover trial of gabapentin vs. placebo (appears independent from 1 Northern Ireland hospital clinic, no discussion of sponsorship, trial design) **Study size:** screened ?, randomized 30 (no further description of numbers Randomized to P/G vs. G/P, 24 apparently completed **Study duration:** 6 week treatments interrupted by 1 week washout **Dose:** G titrated to $\leq$ 15 mg/kg (maximum 1800 mg/d) | | Reporting is too incomplete to trace patients and thus data cannot be used. †† | Not suitable for meta-analysis. Insufficiently reported to use data. No detailed summary table prepared due to lack of time, July 28, 2008. |
| Excluded 6) ? 2001 Spira Spira PJ, Beran RG et al. Gabapentin in the prophylaxis of chronic daily headache.  A randomized, placebo-controlled study. Neurology 2003; 61: 1753-9 | Spira Neurology 2003 | Chronic daily headache prophylaxis | DBR crossover trial of gabapentin vs. placebo from 12 headache clinics in Australia (Parke-Davis support for investigator-initiated study) **Study size:** screened ?, randomized 133 (P/G=65, G/P=68 in first phase; after washout patients continuing = P/G=52, G/P=56 for second phase **Study duration:** 8 weeks per phase, as 2 weeks dose titration and 6 weeks stable dose, with 1 week intervening washout **Dose:**  titration to target dose of G=2400 mg/d | | Study of gabapentin for prophylaxis; outcomes differ from other studies (e.g. headache-free days) and are not meta-analysable. There are many dropouts complicating analysis. WDAE and AE are similar to other studies.†† | Not suitable for meta-analysis.  No detailed summary table prepared due to lack of time, July 28, 2008. |

†† denotes studies not contained in the Cochrane Review
**Indications:** PDPN: painful diabetic peripheral neuropathy;  PHN: post-herpetic neuralgia; NeP: 'neuropathic pain'; POPP: 'post-operative pain'; SCP: "spinal cord pain" after traumatic spinal cord injury; CIPN: cancer chemotherapy-induced peripheral neuropathy
**NB: Numbering of studies is consecutive for this matrix  by apparent chronology of study performance.**

APPENDIX - GABAPENTIN PROJECT Pain Studies Summary Matrix - FINAL – August 8, 2008, Thomas L. Perry, M.D.                    17 of 17

### ADDITIONAL ARTICLES REVIEWED BUT NOT SUITABLE FOR META-ANALYSIS

| Study Number Document Number | Lead Investigator Publication Name | Indication | Details | Results Submitted to the FDA | Comment | Study Detail Summary Completed |
|---|---|---|---|---|---|---|
| | Backonja & Glanzman PFIZER_LESLIETIVE_00 38508 | -- | A review of previously published studies – refers to Reckless as unpublished but implies it would be published soon, gives hint of results. | | Backonja, Glanzman Clinical Therapeutics Dosing Article | **We have used the complete reports, including unpublished Reckless report 945-224** |
| | **Wiffen PJ, McQuay HJ, Edwards JE, Moore RA. Gabapentin for acute and chronic pain (Review). The Cochrane Database of Systematic Reviews 2005, Issue 3. Art. No.: CD005452. DOI: 10.1002/14651858.CD00 5482** Gabapentin for acute and chronic pain.pdf | -- | The Cochrane report. | | Cochrane Review | **To be discussed in Dr. Perry's clinical pharmacologic opinion report.** |

**Dr. Thomas L. Perry, Inc.**
Department of Medicine, University Hospital
2211 Wesbrook Mall, Vancouver, B.C. V6R 2P1, CANADA
office telephone: (604) 822-7134; office fax: (604) 822-7897

August 8, 2008

**APPENDIX – GABAPENTIN PROJECT Study detail summaries**

**Contents:**

- Chronic pain studies Numbers 1-25 – (suitable for meta-analysis)
- Acute pain studies Numbers 1-6 – (not suitable for meta-analysis with chronic pain)
- Excluded studies Numbers 1-2 - (not suitable for meta-analysis, or low quality, or of questionable validity)

completed on various dates, 2008
Dr. Thomas L. Perry

Thomas L. Perry, M.D., FRCPC

# Study No. 1 - Gorson 1997 - Study Detail Summary and Analysis – Final, July 27, 2008

There are four separate reports analyzed within this document:

1. the initial report sent to Phil Magistro at Parke-Davis Pharmaceuticals by Kenneth Gorson, M.D., on August 23rd, 1997 (hereinafter referred to as the August '97 report)
2. an updated / altered version of the initial report distributed as a Parke Davis memorandum dated January 7th, 1998 (hereinafter referred to as the January '98 report)
3. an abstract which was published in the April 1998 issue of Neurology (Volume 50, supplement 4, hereinafter referred to as the abstract)
4. a letter to the editor from Gorson et. Al published in February 1999 in The Journal of Neurology, Neurosurgery, and Psychiatry (Volume 66, number 2, hereinafter referred to as the letter to the editor).

Both the August 1997 and January 1998 reports clearly state that 53 patients were randomized; however, the later reports state that 19 patients were randomized to the active drug and 21 to placebo during first treatment period for a total of 40 patients. Furthermore, both the abstract and the letter to the editor use the number 40, not 53, when referring to the number of patients in this study and neither make any reference to the thirteen patients who withdrew at various intervals in the study. These thirteen withdrawals do not seem to have been included in any analyses. The patient flow diagram has been obscured in the PDF version (contents of boxes not viewable) and it is difficult to assemble much information with regard to time point and reason for withdrawal. This is problematic as it indicates that no ITT analysis was performed and also two patients dropped out in phase II meaning that they completed 6 weeks on either placebo or Gabapentin (impossible to tell which), and their results have not been incorporated into the data. The Cochrane 2005 review did not have access to the true ITT numbers.

In general patient flow for this trial is unclear. This is, in part, due to the fact that Table 1, reporting the flow of participants contained in the January 1998 report, is obscured. However, what can be seen of this table does not appear to be in the correct format for a crossover trial. We are told that 126 patients were screened, 53 were randomized and 13 dropped out, while 40 completed the trial. It is also reported that 11 patients withdrew in phase I, and two more in phase II: eight patients withdrew due to adverse effects, four while taking Gabapentin and four while taking placebo. However, it is impossible to discern when which patients withdrew. For example, it is not stated whether the patients who withdrew while receiving active drug, or in phase II before having received active drug, or in phase II after having taken Gabapentin.

The reporting of adverse effects as is also unclear. For example, the letter to the editor states that 12 in the Gabapentin group and one in the placebo group suffered adverse effects. The earlier reports (August 1997 and January 1998) state that 16 in the Gabapentin group and 5 in the placebo group suffered adverse effects. These earlier reports also state that, as previously mentioned, eight patients withdrew due to adverse effects, but do not say when, or which adverse effects were suffered, by whom. It can be inferred that whatever the effects, they are not properly detailed in the earlier reports as the letter to the editor makes no mention of the eight who withdrew but gives the same numbers as the earlier reports for those who suffered drowsiness (6), fatigue (4) and imbalance (3). Furthermore, different tests were used to assess the incidence of adverse effects with Gabapentin and placebo. The earlier reports used Fisher's exact test, while the letter to the editor references McNemar's test. The reason for this is not clear.

The August 1997 report, states in Statistical Analysis on page 6 'Because of multiple comparisons, we used the Bonferroni correction and a p-value of < 0.01 was considered statistically significant'. **The Statistical Analysis section of the January 1998 report, and for that matter the letter to the editor and the abstract, make no mention of the use of the Bonferroni correction or any other method which can be used to correct for multiple dependant comparisons.** Although some might argue that Bonferroni's rule is too conservative, there are clearly multiple, dependant comparisons being performed in this trial (i.e. multiple pain scales analyzed), and therefore, the corresponding p-values should be corrected by some method to account for this. It would also be useful to obtain the initial statistical analysis plan to determine whether or not it was the pre-set plan to use a Bonferroni correction; it would seem safe to assume that it was. The failure to correct for multiple comparisons might seem like a minor detail, however, the p-value for the comparison between Gabapentin and Placebo for the difference in the reduction of the McGill Pain Questionnaire Score (MPQ) was 0.03. With the Bonferroni correction, this p-value is insignificant and, in this study fails to demonstrate the efficacy of Gabapentin with all three of the pain scales employed (PPI, MPQ, and VAS). However, without correcting for multiple comparisons, the p-value appears significant as it is less than 0.05. It is possible that the sentence in Dr. Gorson's initial August 1997 study report, referring to the Bonferroni correction was removed in order to demonstrate Gabapentin effectiveness on the MPQ scale. This assumption is supported by the observation that most of the conclusions made in subsequent reports which support the effectiveness of Gabapentin are based on how MPQ decreased 'significantly' more for those in the Gabapentin group.

The study protocol, signed by Kenneth Gorson, states that 'Subjects will be assessed every 3 weeks for efficacy, safety, and compliance.' However, the January 1998 report reads 'Patients were contacted every week by phone to insure adequate dose titration and to assess compliance and adverse effects. Compliance was monitored by pill counting at the end of each treatment period.' The Aug 1997 report is similar to the Jan 1998 report; therefore, there is a clear discrepancy between what was planned and what took place. Additionally, no definition of what, for this study, constituted compliance versus non-compliance; the details and data surrounding compliance are not reported anywhere in the reports except to say that five people withdrew due to non-compliance or personal/other reasons.

Narcotics, specifically codeine, were permitted throughout this trial. Specifically ten patients continued to use them throughout. It would seem that no calculations were done to account for the possibility of an interaction (either additive or synergistic) between the Gabapentin and the narcotics. This is worrisome as according to an article published by Gilron et al. in 2005 in the New England Journal of Medicine, Gabapentin may be more effective when combined with morphine and therefore it is possible that narcotic use throughout this trial may have increased the apparent effectiveness of Gabapentin.

The protocol implies that pain intensity measured on a Visual Analogue Scale (VAS pain intensity) is the primary variable. Furthermore, the protocol stated that a VAS of pain intensity and a VAS of pain relief would be recorded daily by subjects in a diary and a weekly mean score for each VAS would be calculated for each week of the treatment period. The August 1997 report states that 'At the beginning and end of each treatment period, patients rated their typical level of pain over the preceding week on a 10 cm visual analog pain scale (VAS) ...A composite VAS score was determined by averaging the daily VAS scores in the first and last week of each treatment period.' The January 1998 report states 'At the beginning and end of each treatment period, patients rated their level of pain over the preceding 24 hours on a 10 cm visual analog pain scale (VAS)' This report makes no mention of how the composite score was calculated. Therefore, not only are the August 1997 and the January 1998 reports themselves different, but neither make any mention of a VAS pain relief score or about calculating VAS each week.

Crossover designs often have greater power than parallel group designs with more patients so long as withdrawal rates are not too high, the underlying disease is not rapidly changing, and the washout period is adequate. The dropout rate in this study does not seem unreasonably high, in comparison with other crossover trials. PDPN is not rapidly changing and other crossover designs have been employed in clinical trials involving PDPN. Therefore, the main issue to be addressed is whether or not the washout was adequate. The January 1998 report, the August 1997 report, and the letter to the editor all state that the MPO and VAS scores did not return to baseline after the washout period for those who received the active drug in phase I. The January 1998 report uses this supposed inadequate washout as evidence that a parallel study might have detected more benefit in Gabapentin group (see page 8, discussion). However, the baseline MPQ fell from 36.0 (SD = 16.8) to 33.1 (SD = 13.9). The baseline VAS scores fell from 6.5 (SD = 2.4) to 6.3 (SD = 2.2). No standard deviation for the differences is given so a paired T-test is not possible without more information; however, since it is not likely that the difference from baseline was statistically significant it seems safe to assume that the washout was indeed adequate. Furthermore, given the short half-life of Gabapentin and the small difference between the baseline values it is safe to assume that the washout was indeed adequate. Therefore, a crossover design was probably sufficient to detect benefit; especially given the power of the study was predetermined to be 80% (using VAS pain intensity) so long as 40 people completed the study, which they did. Consequently, there was a low probability of not detecting a benefit when one is present. Additionally, several crossover studies involving Gabapentin have employed washout periods of three weeks or less (Gilron, Nordic Study) and did not site inadequate washouts.

According to page 7 of the 1997 report, there was a treatment order effect for the Present Pain Intensity Score (PPI). It is not stated what this effect was or whether or not it was statistically significant but that fact that it's statistical significance is not included would seem to point to insignificance. If in fact there was a failure to return to baseline for the MPO / VAS scores for those given the active drug in phase 1, and there was a significant order effect for PPI, it could be due to the fact that an inactive placebo was used which lead to unblinding. According to all the reports, a significantly higher proportion of patients suffered adverse effects on Gabapentin than on the placebo. Although the reports were unclear as to the adverse effects suffered by those on placebo, it would seem that those not in common with placebo included drowsiness, fatigue, and imbalance. Therefore, it is probable that certain patients, as well as their assessing physicians, were able to determine in which phase they were on the active drug which could easily have affected baseline scores and order effects.

One final point, the table included in the letter to the editor is analogous to Table 3 in the August 1997 report (Table 4 in the January 1998 report). However the 'standard deviations' listed in the letter to the editor do not match those in the earlier reports and have in fact been divided by square root of 40, the sample size after withdrawals. Therefore, the values in this table, although falsely labelled, are the standard error of their corresponding estimates. It should be noted that it is preferable and conventional to report a mean with it's standard deviation, not it's standard error.

Study No. 1 - Study Detail Summary and Analysis: Gorson et. Al - Draft by KI, including TLP comments
Final Version, July 27 2008

3

| Study / Design / Dates | Inclusion Criteria / Baseline Characteristics | Intervention(s), Experimental Design, N of Subjects Randomized (ITT) / N Who Completed Study | Predefined Outcomes / Issues in Statistical Analysis | Outcomes Hierarchy (Cochrane, investigators: primary / secondary) | Comments / Conclusions of Kelsey Innes |
|---|---|---|---|---|---|
| Study No. 1<br>Kenneth C. Gorson, M.D.<br>PDPN<br><br>Study Design: Prospective, randomized, double-blind, two-period, crossover trial. Study Duration: 6 weeks Gabapentin/placebo, 3 week washout period, and 6 weeks placebo/Gabapentin<br><br>WLC_FRANKLIN_0000100272<br>WLC_FRANKLIN_0000100273<br>WLC_FRANKLIN_0000088375<br><br>Protocol approved by the Institutional Review Board at St. Elizabeth's Medical Center.<br><br>Parke-Davis CBU Phase IV Protocol signed January 15th 1996 by Gorson and February 2, 1996 by Magistro. The document was also signed by Ropper but no date is given. | Painful diabetic neuropathy.<br><br>Inclusion Criteria:<br>• Age between 18 and 85<br>• Diabetes for at least 6 months on a stable dosage of insulin or oral hypoglycemic agent<br>• A distal symmetrical sensorimotor neuropathy as demonstrated by impaired pin prick, temperature, or vibration sensation in both feet **or** absent or reduced ankle reflexes.<br>• All patients had daily pain in the acral extremities of at least moderate severity for greater than three months that interfered with daily activity or sleep and could be attributed to the neuropathy<br><br>Exclusion Criteria:<br>• Presence of another painful condition | Study Design:<br><br>Phase I (6 weeks):<br>Patients randomly assigned to Gabapentin (300 mg capsules initially)<br><br>Or<br><br>Placebo<br><br>Washout (3 weeks):<br>Phase I followed by 3-week washout period.<br><br>Phase II (6 weeks):<br>Crossover.<br><br>The dose of Gabapentin or placebo was increased by one capsule every three days to a stable dosage of one capsule, three times daily (900 mg/day) which was maintained through the remainder of the treatment period | Predefined Outcomes:<br><br>Predefined outcomes were<br>1. MPQ<br>2. VAS Pain Intensity<br>3. PPI scores<br>4. Global assessment of pain relief (none, mild, moderate, or excellent **or** 0 = no pain relief, 1 = slight improvement, 2 = moderate improvement, 3 = complete pain relief, depending on the protocol or the report)<br><br>None of the reports explicitly state which was the primary outcome. The reports, seem to focus on MPQ as this score changed the most significantly with Gabapentin treatment. The protocol seems to imply that VAS is the primary outcome as the sample size required was determined with VRS and VAS in mind (page 8 of protocol).<br><br>NB: The 10 point (1-10) Visual Analog Scale (VAS) is the closest equivalent to the 11-point (0-10, | 1. Mortality<br><br>Although none of the reports specifically mention mortality, the reports state that there were no serious adverse effects (p. 7 of '98 report, p. 8 of '97 report, ¶ 5 of letter to editor)<br><br>P = 0/53, G = 0/53<br><br>2. Serious Adverse Events<br><br>See above<br><br>P = 0/53, G = 0/53<br><br>3. Withdrawals Due to Adverse Events:<br><br>G = 4/53, P = 4/53<br><br>Denominators not apparent, as no version of report shows how many patients were randomized to P or G in "phase 1" vs. "phase 2" of crossover. | 1. This study reports NO DIFFERENCE in the pre-defined primary endpoint (change from baseline to study endpoint in VAS 10-point pain scale): P=1.4 (0.3), G=1.8 (1.4), difference = -0.4 (0.6) favouring G; p=0.42. It does not account adequately for early dropouts and it is NOT an ITT nor even an ITT-LOCF study. The AE clearly suggest unblinding of the Gabapentin groups, but are incompletely reported such that the figures reported are at least somewhat unreliable. TLP thinks that it is reasonable to use the following in meta-analysis, on conservative grounds that a negative study should not be excluded from meta-analysis where it can still contribute some useful data:<br>• WDAE can be reported as 4/53 and 4/53 for want of denominator for each group;<br>• AE total can be included by using the denominator 40, as Gabapentin AE would otherwise be significantly larger if remaining 13 patients had completed;<br>• Specific AE similar to AE reported in other studies can be included by using denominator 40, as above;<br>• VAS pain score mean difference from baseline to "endpoint" and between-group difference may be reported using |

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 23 of 116

Study No. 1 - Study Detail Summary and Analysis: Gorson et. Al - Draft by KI, including TLP comments
Final Version, July 27 2008

4

The specific time frame of the study (i.e., date of first patient randomized, date that last patient took study medication) are unclear; however, the protocol states that 40 subjects will be randomized to either placebo or treatment groups.  As is stated by both the Jan '98 and the Aug '97 reports, 53 patients were initially randomized, which makes one wonder whether or not this protocol was approved after the completion of the study or if this 40 is given as it is the sample size required to achieve 80% power.

Date of Study: ?
Study completed by Spring 1997.
Blind  broken: ?

Initial report sent to Phil Magistro at Parke-Davis Pharmaceuticals August 23rd, 1997.

Updated / altered report sent as Parke Davis memorandum January 7th,

---

- Cognitive or language impairment that precluded accurate assessment
- A history of alcohol or substance abuse, depression, or other cause for painful polyneuropathy

*Note that the protocol, pages 4-5, is much more specific with regard to the inclusion and exclusion criteria

Patients taking tricyclic antidepressants, anticonvulsants, capsaicin cream, benzodiazepines, and mexiletine discontinued these medications three weeks before study entry.

NSAIDS and narcotics (see protocol page 5 for specific list) were allowed but the dosage was kept unchanged during the treatment periods.

Baseline Characteristics*:
*values according to Table 4 of  Jan '98 report.  Table 2 of August '97 report was to contain baseline characteristics but is absent.  The other two articles do not list baseline characteristics, only mean change in pain scores.

---

Flow of Participants:
The table to contain the flow of participants (table 1 in Jan '98 report) is obscured.
126 patients screened.
53 fulfilled entry criteria and were randomized.
13 dropped out
- 11 in phase I, 2 in phase II
- 8 WDAE (4 P, 4 G)
- 5 withdrew due to personal reasons/non-compliance (note original report lists personal reasons as a reason for dropout, in Jan '98 *personal reasons* changed to *other reasons*)

Other info regarding dropouts? How come not included in statistical analysis?  No intention to treat analysis → bias.

According to the Aug '97, the Jan '98 reports and the letter to the editor, 19 patients were randomized to active drug and 21 to placebo in phase 1.  The letter to the editor published in Neurology makes no mention of the 13 patients who dropped

---

Likert) Numerical Rating Scale (NRS) used in most Gabapentin (DBRCT).  Since it is slightly compressed, (10 vs. 11 points) a 1 point difference should theoretically be acceptable as roughly equivalent to a 1-point difference on the NRS.

MPQ:

Gabapentin Group
Baseline: 36.0 (SD = 16.8)
Week Six: 27.1 (SD = 15.5)
P-value < 0.005.

Placebo Group
Baseline: 33.1 (SD = 13.9)
Week Six: 31.0 (15.3)
P-value: 0.33

Change in MPQ:
Gabapentin 8.9 (SD = 14.5)
Placebo: 2.2 (SD = 13.8)*
p-value: 0.03
*the mean change for this scale does not reflect differences between baseline and week 6 from table 2 due to statistical corrections for order and washout effects

Notes

According to the letter to the editor, MPQ were recorded at the initial and final visits of each treatment period.  This is also implied in both the Aug

---

According to p. 6 of the Aug '97 report "one hundred and twenty six patients were screened and 53 fulfilled the entry criteria and were randomized...8 patients withdrew due to adverse effects (four on placebo, four on active drug) and five due to non-compliance or personal reasons."  P. 4 of the Jan '98 report is similar but states that "...five due to non-compliance or other reasons".  Why the change?  Also, one wonders what these personal reasons were.

The JNNP article makes no mention of the 13 who withdrew and states only "we recruited 40 patients".

The abstract also makes no mention of the 13 who withdrew.

4. Total Withdrawals:

There were 13 total withdrawals:
- 8 WDAE (4 while on placebo, 4 while on Gabapentin)
- 5 withdrew due to person reasons or non-compliance but none of the reports specify in which group each of these 5 dropped out.

5. Total Adverse Events:

---

denominator 40, because it is impossible to know any other denominators from this report.
2. Both the Aug '97 and Jan '98 reports clearly state that 53 patients were randomized.  Further on the reports, however, it is stated that 19 patients were randomized to the active drug and 21 to placebo during first treatment period.  And, the abstract / letter to the editor say 40, never 53.  The thirteen who withdrew do not seem to be included in any analyses, especially since two dropped out in phase II meaning that at least two completed 6 weeks on either placebo or Gabapentin (although it does not state which).  It is impossible to discern who withdrew, when, and why.  This information should have been provided
3. Narcotics were allowed throughout this trial (10 patients continued to use throughout the trial) and no apparent calculations to account for the possible interaction between narcotics and Gabapentin.  According to NEJM study by Gilron, Gabapentin + Morphine more effective than Gabapentin or Morphine alone, therefore, use of narcotics (codeine) could have potentially increased Gabapentin's apparent effectiveness.
4. The conclusion in the abstract of the Aug '97 report states "Gabapentin, at a dose of 900 mg/day, is probably no more effective than placebo in the treatment of painful diabetic neuropathy".  The conclusion in the abstract of the Jan '98 report states "Gabapentin may be effective in the treatment of painful diabetic

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 24 of 116

Study No. 1 - Study Detail Summary and Analysis: Gorson et. Al - Draft by KI, including TLP comments
Final Version, July 27 2008

5

| | | | | |
|---|---|---|---|---|
| 1998.<br>Published as:<br>Abstract published in *Neurology*, April 1998 (Volume 50(4) Supplement 4)<br><br>Gorson KG, Schott C et al. Gabapentin in the treatment of painful diabetic neuropathy: a placebo controlled, double blind, crossover trial. (letter). J Neurol Neurosurg Psychiatry 1999; 66: 251-2 | MPQ (McGill Pain Questionnaire):<br>P: 33.1 (SD=13.9)<br>G: 36.0 (SD=16.8)<br><br>VAS (Visual Analog Scale):<br>P: 6.3 (SD=2.2)<br>G: 6.5 (SD=2.4)<br><br>PPI (Present Pain Intensity):<br>P: 4.1 (SD=3.0)<br>G: 4.6 (SD=2.8)<br><br>Notes<br><br>What are the different numbers for each group (i.e., it says 53 were randomized, 13 dropped out, 11 in phase I, 2 in phase II, and 8 WDAE and 5 due to non-compliance or personal reasons)?  The report also states that 19 were randomized to active drug while 21 to placebo in phase one, what about the other 13?<br><br>With regard to baseline characteristics,<br>The protocol states that "*The subjects will also provide a verbal rating scale of global assessment of pain at baseline and every 2 weeks during the* | out whatsoever. | '97 and Jan '98 reports.  MPQ data collection is not detailed in the protocol.<br><br>Note: for those who received active drug in Phase 1 MPQ score did not return to baseline after washout.  This fact is mentioned twice in the Jan '98 report, no note as to whether or not this failure to return to baseline was statistically significant which leads me to believe it may not have been.<br><br>The p-value of 0.03 for the change in mean change in MPQ appears significant at first, however, with the Bonferroni correction used to analyse the statistics, as mentioned in the Aug '97 report, it is in fact not significant, as the  Jan '98 report, which makes no mention of this correction, would have you believe.<br><br><u>VAS</u><br><br>Gabapentin Group<br>Baseline: 6.5 (SD = 2.4)<br>Week Six: 4.7 (SD = 2.8)<br>P-value: 0.001.<br><br>Placebo Group<br>Baseline: 6.3 (SD = 2.2)<br>Week Six: 5.0 (2.5)<br>P-value < 0.005 | Comment: Because we cannot trace the 13/53 patients who are not reported on, we cannot adequately assess the total number of Adverse events for the whole trial.<br><br>**Total Patients with Adverse Events:**<br>According to Aug '97/Jan '98 report (p. 7)<br>G = 16, P = 5, p-value = 0.01 with Fisher's exact test<br><br>According to letter to the editor<br>G = 12, P = 1, p-value < 0.001 with McNemar's test.<br><br>Therefore, assume that G = 16/53, P = 5/53 (including the 13 withdrawals) or  G = 12 / 40, P = 1 / 40 (not including the non-completers / the 13 who withdrew)<br><br>Both McNemar's test and Fisher's test seem appropriate, however, it seems odd that they have been switched, should have used one or the other.<br><br><u>Because we cannot trace the 13/53 patients who are not reported on, we cannot adequately assess total patients with AE for the whole trial. If we use the following in meta-</u> | neuropathy.  Our results suggest that further studies evaluating higher dosages of Gabapentin are warranted."<br>5.  The protocol states that "*Subjects will be assessed every 3 weeks for efficacy, safety, and compliance.*"  However, the Jan '98 report reads "*Patients were contacted every week by phone to insure adequate dose titration and to assess compliance and adverse effects. Compliance was monitored by pill counting at the end of each treatment period.*"  The Aug 97's report is similar to the Jan '98 report.  Discrepancy.  Also, compliance is not reported anywhere in the reports except to say that 5 people withdrew due to non-compliance or personal/other reasons.  No definition of what would have constituted non-compliance is given.<br>6.  With regard to baseline VAS: the protocol stated that a VAS of pain intensity and a VAS of pain relief  would be recorded daily by subjects in a diary and a weekly mean score for each VAS would be calculated for each week of the treatment period.  The Aug '97 report states that "*At the beginning and end of each treatment period, patients rated their typical level of pain over the preceding week on a 10 cm visual analog pain scale (VAS) …A composite VAS score was determined by averaging the daily VAS scores in the first and last week of each treatment period.*"  The Jan '98 report states "*At the beginning and end of each treatment period, patients rated their level of pain over the preceding 24 hours on a* |

5 of 11

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 25 of 116

Study No. 1 - Study Detail Summary and Analysis: Gorson et. Al - Draft by KI, including TLP comments
Final Version, July 27 2008

6

| | | | | |
|---|---|---|---|---|
| | *treatment period as follows: 0 = no pain relief, 1 = slight improvement…etc"* The Aug '97 report states that *"at the end of each treatment period patients provided a global assessment of pain relief: none, mild, moderate, or excellent, as compared to the baseline level of pain preceding the trial".* The updated/altered report states *"At the end of each treatment period patients provided a global assessment of pain relief: none, mild, moderate, or excellent, as compared to the level of pain preceding each pain period."* Which is it?? It would seem that the actual study deviated from the protocol here.<br><br>With regard to baseline VAS: Page 5 of the protocol stated that a VAS of pain intensity and a VAS of pain relief would be recorded daily by subjects in a diary and a weekly mean score for each VAS would be calculated for each week of the treatment period. The Aug '97 report states that *"At the beginning and end of* | | **Change in VAS:** Gabapentin: 1.8 (SD = 3.1) Placebo: 1.4 (SD = 2.1) P-value = 0.42<br><br>**Notes**<br><br>There are discrepancies between the protocol and reports of the study with regard to VAS data collection and analysis.  See notes in **Inclusion Criteria / Baseline Characteristics** column<br><br>Note: for those who received active drug in Phase 1 VAS score did not return to baseline after washout.  This fact is mentioned twice in the Jan '98 report, no note as to whether or not this failure to return to baseline was statistically significant which leads me to believe it may not have been.<br><br>As stated in both the Aug '97 and the Jan '98 reports, the significant improvement in the mean VAS with placebo underscores the importance of the placebo response in treating painful diabetic neuropathy.<br><br>**PPI**<br><br>**Gabapentin Group** | <u>analysis, I suggest the only appropriate denominator is 40, but this will omit the WDAE patients from the total AE.</u><br><br>Specific AE's:<br><br>Note that here the denominator is unknown, presumable 40: number of patients for placebo, for drowsiness, fatigue, and imbalance inferred as 0 as they are not mentioned in contrast with reporting for other specific AE:<br><br>**Drowsiness:** G = 6<br><br>**Fatigue:** G = 4<br><br>**Imbalance:** G = 3<br><br>The numbers for **drowsiness**, **fatigue** and **imbalance** are the same in the letter to the editor and in the Aug '97, Jan'98, therefore, **assume**, but cannot say for sure that they are 6/40, 4/40, 3/40 respectively.  Since these effects are detailed in the letter to the editor, which makes no mention of the 13 subjects who withdrew, one can only assume these do not include the patients who | *10 cm visual analog pain scale (VAS)"* This report makes no mention of how the composite score was calculated.  Neither the Aug '97 nor the Jan '98 reports say anything about a VAS pain relief score or about calculating VAS each week.<br><br>7.  The protocol states that *"The subjects will also provide a verbal rating scale of global assessment of pain at baseline and every 2 weeks during the treatment period as follows: 0 = no pain relief, 1 = slight improvement…etc".*  The Aug '97 report states *"At the end of each treatment period patients provided a global assessment of pain relief: none, mild, moderate, or excellent, as compared to the baseline level of pain preceding the trial".*  The Jan '98 report states *"At the end of each treatment period patients provided a global assessment of pain relief: none, mild, moderate, or excellent, as compared to the level of pain preceding each treatment period".*  Which is it?<br><br>8.  Also with regard to the Global Assessment of Pain Relief, patients rated their improvement as none, mild, moderate, or excellent. None and mild were then grouped as were moderate / excellent.  What was the reason for this? Was this the plan always?<br><br>9.  On page 6 of the Aug '97 report, a phrase in Statistical Analysis section reads *"The p-values presented are two-sided.  Because of multiple comparisons, we used the Bonferroni correction and a p-value of < 0.01 was considered statistically significant".*  The |

Study No. 1 - Study Detail Summary and Analysis: Gorson et. Al - Draft by KI, including TLP comments
Final Version, July 27 2008

7

each treatment period, patients rated their typical level of pain over the preceding week on a 10 cm visual analog pain scale (VAS) ...A composite VAS score was determined by averaging the daily VAS scores in the first and last week of each treatment period."
The Jan '98 report states "At the beginning and end of each treatment period, patients rated their level of pain over the preceding 24 hours on a 10 cm visual analog scale (VAS)" This report makes no mention of how the composite score was calculated.  Neither the Aug '97 nor the Jan '98 reports say anything about a VAS pain relief score or about calculating VAS each week. Again the reports differ from the protocol.

Even though MPQ is heavily focussed on in the study reports, the Protocol makes no mention of the MPQ unless this is part B. of the Data acquisition on page 6.

Baseline: 4.6 (SD = 2.8)
Week Six: 3.4 (SD = 3.2)
P-value: 0.008

**Placebo Group**
Baseline: 4.1 (SD = 3.0)
Week Six: 3.8 (SD = 2.9)
P-value: 0.62

**Change in PPI**
Gabapentin: 1.2 (SD = 2.7)
Placebo: 0.3 (SD = 3.1)*
P-value: 0.2
*see above starred notes.

According to the Aug '97 and Jan '98 reports, the standard deviations for the change in MPQ/VAS/PPI are as above. The letter to the editor has divided all of these SDs by √(40) to yield the **standard error** of the estimates for mean change, this is why there is the discrepancy.

Global Assessment of Pain Relief:

| | None / Mild Pain Relief | Moderate / Excellent Pain Relief |
|---|---|---|
| Gabapentin | 23 | 17 |
| Placebo | 31 | 9 |

The p-value for above table is 0.11 (using McNemar's test).

withdrew.

**Diarrhea, tremulousness, ankle swelling, and cramps**
G = 2, P = 2
(Assume this is what is meant by "...were reported by two patients each" – p. 7 )

**Dizziness, slurred speech, nausea, and impaired memory.**
G = 1, P = 1
(Assume this is what is meant by "One patient each reported..."

None of the reports specify the adverse effects suffered by the 8 who withdrew due to adverse effects.

None of the reports clearly detail the adverse effects suffered by those on placebo.  According to the Aug '97 / Jan ' 98 reports, 5 on placebo suffered adverse effects but can account for a max of three (two with diarrhea etc, and one with dizziness etc,).

The above makes it very likely that many patients taking Gabapentin were unblinded.

**6. Validated measures of improvement in global function**

Statistical Analysis section of the Jan '98 report makes no mention of two-sided p-values or the use of the Bonferroni correction.  As multiple, dependant comparisons are being performed, the p-value should be corrected to some degree, some say Bonferroni's rule is too conservative but still.  In my opinion, the Bonferroni correction was removed as, without it, the p-value for the difference in MPQ score reduction between placebo and Gabapentin groups (P = 0.03) becomes significant, a fact upon which most of the conclusions which support  the effectiveness of Gabapentin is based in this report. With the correction, this p-value is insignificant.

10. The reporting of adverse effects is very unclear.  For example, the letter to the editor states that 12 in the Gabapentin group and 1 in the placebo group suffered adverse effects.  The earlier reports (Aug'97, Jan '98) state that 16 in the Gabapentin group and 5 in the placebo group suffered adverse effects.  These earlier reports also state that 8 WDAE, but does not say when, or which adverse effects were suffered, however, it can be inferred that whatever the effects, they are not mentioned in the earlier reports as the letter to the editor makes no mention of the 8 who withdrew but gives the same numbers for those who suffered drowsiness (6), fatigue (4) and imbalance (3).  Furthermore, different tests were used to assess the incidence of adverse effects with Gabapentin and placebo.  The earlier reports used Fisher's exact test,

Study No. 1 - Study Detail Summary and Analysis: Gorson et. Al - Draft by KI, including TLP comments
Final Version, July 27 2008

8

Let G be the event "Moderate / Excellent pain relief with Gabapentin"
Let P be the event "Moderate / Excellent pain relief with placebo"



G    14  3  6    P

17

Discrepancy into how patients specified global pain relief and how often.  See notes in **Inclusion Criteria / Baseline Characteristics** column.

Although the data for this indicator was not significant, one wonders about post-hoc analysis, i.e. why was none group combined with mild$ group and why was moderate grouped with excellent.  This doesn't seem to have been the initial plan (initially power of study was calculated in order to have the ability to detect a 1 grade difference on the VRS from 0 – 3), and none of the numbers were given for the individual groups.

including return to work, study, activities of daily living:

• None reported for this study.

7. Greater than 50% reduction in pain score (NRS, VAS) from baseline to endpoint where this was a pre-defined primary or secondary endpoint in a trial:

• Not a predefined outcome for this trial.

8. Mean between-group difference in change of pain score (NRS, VRS) from baseline to pre-defined endpoint by true intention to treat (ITT) where this was the pre-defined primary endpoint in a trial:

• None of the papers explicitly what the primary endpoint was however, according to page 8 of the protocol, the sample size required for this study was calculated to detect a difference of 1 grade on the verbal rating scale (global assessment of pain relief) at 6 weeks of a mean difference of at least 2 points between treatment and placebo in the 6 week VAS score.

while the letter to the editor references McNemar's test.  This seems to indicate post-hock analysis.

11. In general patient flow is unclear as Table 1 in the Jan\98 report is obscured.  We know 126 patients were screened, 53 were randomized and 13 dropped out, while 40 completed the trial.

• 11 dropped in phase I, 2 in phase II (page 5 of Jan '98 report / p 6 of Aug '97 report)

• 8 WDAE 4 in placebo, 4 Gabapentin but we don't know when.  % withdrew due to non-compliance or personal/other reasons depending on the report.

• The earlier reports state later that 19 were randomized to the active drug and 21 to placebo in the first treatment period; however, this is clearly not the case since 53 were randomized.

12. Also with regard to adverse effects, the letter to the editor states that *"all adverse effects resolved promptly after discontinuation of the drug"*, does not state whether or not this was the case for the ITT population…was there any follow up there?

13. Crossover designs often have greater power than parallel group designs with more patients so long as withdrawal rates are not too high, the underlying disease is not rapidly changing, and the washout period is adequate.  The dropout rate in this study seems adequately low, PDN is not rapidly changing as crossover designs are popular in assessing treatment of

Study No. 1 - Study Detail Summary and Analysis: Gorson et. Al - Draft by KI, including TLP comments
Final Version, July 27 2008

9

| | | | | | |
|---|---|---|---|---|---|
| | | | | o Since no data on VRS are reported, it was inferred that VAS was the primary endpoint.<br>o Note that page 5 of the January '98 report states that the power calculations were done to detect a 20% reduction in MPQ and VAS; however, this is **not** what the protocol says.  Assume this was placed in later as MPQ was the only variable to show any significance.<br>• Additionally this is the closest outcome to the NRS (11-Point Likert) scale used in most other studies.<br><br>**VAS Outcome (endpoint):**<br><br>Placebo<br>N: not listed, **assume** 40<br>Endpoint: 5.0 (SD = 2.5)<br>P-value: < 0.005<br>Range: Not listed<br><br>Mean Reduction: 1.4 (SD = 2.1, SE = 0.3)<br><br>Gabapentin<br><br>N = not listed, **assume** 40<br>Endpoint: 4.7 (SD = 2.8) | PDN, so that leaves the washout.  The earlier studies, as well as the letter to the editor all state that the MPQ and VAS scores did not return to baseline after the washout period for those who received the active drug in phase I and the Jan '98 report uses this fact as evidence that a parallel study might have detected more benefit in Gabapentin group (see page 8).  However, it is never stated how far/close to baseline the VASMPQ scores were.  No numbers are given and it is never stated whether or not this deviation from baseline is statistically significant, my feeling is that if it were significant, than this would have been stated.  Therefore, a crossover design was probably adequate to detect benefit; especially given the power of the study was predetermined to be 80% (for VAS) so long as 40 people completed the study, which they did. Consequently there was a low probability of not detecting a benefit when one is present.<br>14.  If besides the failure of the MPQ / VAS scores to return to baseline for the group who received Gabapentin in Phase 1, it is also mentioned on page 7 of the Jan '97 report that there was a treatment order effect for the PPI score, but again it doesn't give any value for this effect or for its significant.  The fact that it is not stated makes me think it wasn't significant and therefore, it is unfair to attribute the lack of improvement in VAS/PPI scores to this and an inadequate washout.<br>15.  If in fact the failure to return to baseline for the MPQ / VAS scores for those given the active |

Study No. 1 - Study Detail Summary and Analysis: Gorson et. Al - Draft by KI, including TLP comments
Final Version, July 27 2008

10

| | | | | P-Value: 0.001<br>Range: not listed<br><br>Mean Reduction: 1.8 (SD = 3.1, SE = 0.5)<br><br>**9. % of Patients achieving "much improved" or "moderately improved" on Patient Global Impression of Change**<br><br>**Global Assessment of Pain Relief:**<br><br>• Note that scale used was not a 7-point scale, but was 0= no pain relief; 1 = slight improvement, 2= moderate improvement, 3=complete pain relief (according to page 5 of the study protocol)<br>• According to p. 5 of the August 1997 report, the scale was none, mild, moderate, or excellent.<br><br>Placebo:<br>Number of patients reporting moderate or excellent pain relief: 9/53<br>Gabapentin:<br>Number of patients reporting moderate or excellent pain relief: 17/53<br><br>It would seem that the numbers above are all out of 40, which implies | drug in phase 1, and the order effect were in fact significant, it could be due to the fact that the use of an inactive placebo caused unblinding. Although the reports state that a stable low-dose of Gabapentin was used to avoid unblinding, unblinding is likely. According to all the reports, a significantly higher proportion of patients suffered adverse effects on Gabapentin than on the placebo. Although the reports were unclear as to the adverse effects suffered by those on placebo, it would seem that those not in common with placebo included drowsiness, fatigue, and imbalance. Therefore, it is probable that certain patients, as well as their assessing physicians, were able to determine in which phase they were on the active drug which could easily have affected baseline scores and order effects.<br>16. Although various numbers are given for the mean reduction in MPQ/ VAS/PPI scores, the MCID values for these scores are not given; it would be interesting to check.<br>17. P-values were checked and seem accurate.<br>18. Of those who completed the study, 31 were men and 9 were women. One wonders whether or not, the significantly higher proportion of men might affect results at all.<br>19. The table included in the letter is analogous to Table 3 in the Aug '97 report (table 4 in the Jan '98 report). However the "standard deviations" listed do not match those in the earlier reports. After investigation, it was found that the SD's from the earlier reports |

Study No. 1 - Study Detail Summary and Analysis: Gorson et. Al - Draft by KI, including TLP comments
Final Version, July 27 2008

11

| | | | | that there was no ITT analysis done. Furthermore, there is no mention in the reports of any ITT analysis being done.<br><br>**10. Histogram presentation of all PGIC 7-Point Results, where ported:**<br><br>1.   Not applicable, PGIC was on a 4-point, not 7-point scale. | have been divided by square root of 40, the sample size after withdrawals, and are therefore the STANDARD ERROR of those estimates, which is different.<br>20.  The protocol is different from what was reported in many ways (see notes throughout document). |

Study No. 2 – MORELLO 1999 – GABAPENTIN vs. AMITRIPTYLINE FOR PAINFUL DIABETIC PERIPHERAL NEUROPATHY – DBR CROSSOVER TRIAL (PUBLISHED     1
VERSION ONLY) – final -  Dr. Thomas L. Perry, July 27, 2008

Study No. 2 – GABAPENTIN vs. AMITRIPTYLINE FOR PDPN – DBR CROSSOVER TRIAL (published) – FINAL **– July 27, 2008**

| Study/Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| **Study No. 2** Morello CM, Leckband SG et al. Randomized Double-blind Study Comparing the Efficacy of Gabapentin With Amitriptyline on Diabetic Peripheral Neuropathy Pain. Arch Intern Med 1999; 159: 1931-7  **Support**: U.S. Veterans Affairs San Diego Health Care System  **Dates**: Patients enrolled and completed between March 1997 – December 1997  **Trial design**: Independent.  DBR Crossover Trial, 13 weeks after 2 week washout to baseline, including 2 treatment periods of 6 weeks separated by 1 week washout, comparing gabapentin (G) to maximum dose of G=1800 mg/d with amitriptyline (A) to | PDPN  Inclusion: • $\geq$ 18 years • diabetics with chronic daily pain > months consistent with PDPN • creatinine clearance $\geq$ 30 mL/min Exclusion: • worse "non-DPN pain" • allergy or adverse reaction to gabapentin or amitriptyline • previous dose of gabapentin or amitriptyline exceeded 1800 mg/d or 75 mg/d • postural hypotension with | **Study design**: 15 week double blind crossover RCT comparing G with A after 2 week washout of prior drugs to baseline as 2 arms: G/A x 6 weeks with 1 week washout between treatments vs. A/G with 1 week washout between treatments.  **Patient flow** (Fig 1, p 1934): • Sceened: 28 • Excluded: 3 • Randomized: 25 as G/A = 12 A/G = 13 • **Completed both arms of crossover: 19/25 (76%)** as G/A=9/12 (75%), A/G=10/13 (77%) • **Exposed to drug** (completers + withdrawals for each drug): **G=23; A=24** • **Exposed to both G and A: 21** • Completed assigned treatments: G=10/23; A=20/24 • Withdrawn from treatments: G=3/23; A=4/24 | **Predefined outcomes:**  NB: results are not ITT, as they are reported for completers after excluding data from patients who did not complete both arms.  **Primary:** "Pain Scale Rating System" with conversion of subjective ratings on a "scale of 13 words" to numbers (? Post-hoc – not specified in report)  **Secondary:** "Global Rating Scale" to measure pain relief, scored by a neurologist who evaluated | **Mortality:** Not reported  **Serious Adverse Events:** Not reported  **Withdrawal Due to Adverse Events:** interpreted for this table as total from each sequence including early crossers-over  (by treatment) over total exposed):  G=3/23; A=3/24  These appear suitable for meta-analysis  Total withdrawals: G=3/23; A=4/24  Total patients with AE's: (Table 6, p. 1936) G total = 18/23 (78%) A total = 17/24 (71%)  These appear suitable for meta-analysis | 1.  This early study generally appears to show slightly less efficacy, and greater neurological toxicity from gabapentin than from amitriptyline in this model.  It is virtually certain that patients would be unblended, and the analysis is not ITT and excludes some patients for efficacy assessments.  2.  The authors conclude that *"Although gabapentin provides pain relief in patients with DPN pain, it should be reserved as an alternative to patients in whom a less costly agent fails, such as amitriptyline, or for whom tricyclic antidepressants are* |

Study No. 2 – MORELLO 1999 – GABAPENTIN vs. AMITRIPTYLINE FOR PAINFUL DIABETIC PERIPHERAL NEUROPATHY – DBR CROSSOVER TRIAL (PUBLISHED VERSION ONLY) – final - Dr. Thomas L. Perry, July 27, 2008

2

| | | | | | |
|---|---|---|---|---|---|
| maximum dose of 75 mg/d<br><br>**Concealment:** identical capsules<br><br>**Randomization:** *"randomized by the VASDHS clinical research pharmacist, the only unblinded investigator for the stuey, to receive either gabapentin or amitriptyline in a double-blind design per protocol…"* (p. 1932) | cardiovascular symptoms<br>• severe depression or treatment for seizures<br>• creatinine clearance < 30 mL/min<br><br>**Allowable drugs:** previous analgesics discontinued for 2 weeks, but allowed acetaminophen 325 mg up to 4 times/day<br><br>**Baseline characteristics:** Mean age: 60 22/25 Type 2 DM vs 3/25 Type 1 DM Mean creatinine clearance 76 mL/min<br><br>14/25 had received amitriptyline and 1/25 nortriptyline previously, and 9/25 were taking amitriptyline at recruitment (required | **Drug doses/titration (p. 1353):** Titration according to pain from G=300 mg/d on day 1 to 600 mg/d on day 2 to 900-1800 mg/d final dose thereafter; titration from G=12.5 mg/d on day 1 to 25 mg/d on day 2 to 25-75 mg final dose thereafter. Gabapentin was divided into 3 doses/day vs. amitriptyline given only as evening dose.<br><br>**Statistical Analysis:** (p. 1933) Conversion of verbal descriptors in pain diary to numerical equivalents using Pain Scale Rating System. Comparison of mean pain scores in each final treatment week by paired 2-tailed t test, with examination for period and sequence effects ty t-test. Global rating scale scores analysied with paired, 2-tailed Wilcoxon signed rank test. … | patients at baseline and end of each treatment where patients were asked to make a global rating of overall pain relief on a 6-point scale ("complete relief", "a lot", "moderate", "slight", "none", or "pain worse"). This appears to be close to PGIC used elsewhere but not comparable as a 6-point vs. 7-point scale and terminology is different, e.g. "slight" vs. "minimal" for PGIC.<br><br>**NB: neither of these scores is comparable with any other commonly used scales.**<br><br>Test of blinding: | Most important AE's: Table 6, p. 1936) Reporting is somewhat different from other studies. TLP has combined ["dizziness" + "postural hypotension"] and reported the totals as dizziness comparable to other studies, "sedation" = somnolence, "lethargy" = asthenia.<br><br>Dizziness: G=13/23 (57%); A=7/24 (29%) Somnolence: G=12/23 (52%); A=6/24 (25%) Lethargy: G=4/23 (17%); A=5/24 (21%) Ataxia: G=5/23 (22%); A=2/24 (8%)<br><br>These appear suitable for meta-analysis.<br><br>**Total AE's** (patients may have > 1 as total exceeds total patients with AE): Not reported<br><br>**Disability:** not reported<br><br>**> 50% reduction in NRS pain score at endpoint vs. baseline:** not reported (not an outcome)<br><br>Primary outcome "Pain Scale Rating System" converted to a numerical score: NB: NOT ITT analysis (completers only) See Figures 2 and 3 in publication. The scores are different from all other studies because the numerical scale is totally different, and not comparable.<br><br>Not suitable for meta-analysis as not comparable to | *contraindicated…"."*<br><br>3. Outcomes other than safety are not suitable for meta-analysis. . |

Study No. 2 – MORELLO 1999 – GABAPENTIN vs. AMITRIPTYLINE FOR PAINFUL DIABETIC PERIPHERAL NEUROPATHY – DBR CROSSOVER TRIAL (PUBLISHED VERSION ONLY) – final -  Dr. Thomas L. Perry, July 27, 2008

3

| | | | | | |
|---|---|---|---|---|---|
| | washout).<br><br>1/25 was taking gabapentin at recruitment and required washout. | | Not described but 15/25 patients were familiar with amitriptyline (14) or nortriptyline (1) and would have been familiar with its AE, 9/25 presumably tolerated amitriptyline; 1/25 was familiar with gabapentin and presumably tolerated it.  This makes it virtually impossible that patients remained blinded. | other studies.<br>**Secondary outcome "Global Rating of Pain Relief"**<br>**(6-point scale analogous to PGIC):**<br>**(NB: NOT ITT**; interpolated from Table 5, p. 1935 which reports results as percentages of 21 patients who were exposed to both G and A)<br>**Pain relief (categorical):**<br>"Complete": G=1/21; A=1/21<br>"A lot":        G=5/21; A=4/21<br>"Moderate": G=5/21; A=9/21<br>"Slight":       G=3/21; A=4/21<br>"None":        G=6/21; A=3/21<br>"Worse":      G=1/21; A=0/21<br><br><br>Because they use a 6-point, rather than 7-point scale, these are not meta-analysable with other studies.<br><br>PGIC: not reported | |

PARKE DAVIS/PFIZER 945-210;  Study No. 3 - Backonja et al – UNPUBLISHED AND PUBLISHED TRIAL SUMMARY – Prepared by Thomas L. Perry, M.D. – completed      1
April 7, 2008 , modified July 15, 2008– FINAL – July 24, 2008

| Study/Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Study No. 3 Backonja, PD 945-210 8-week DBRCT July 2, 1996 – March 20, 1997<br><br>Investigators meeting March 22-23, 1996 17 USA, 3 Canadian sites<br><br>Final protocol approved April 24, 1996; "Inferential Analysis Plan" approved by company statisticians April 11-12, 1997 – AFTER completion of study but BEFORE breaking blind (Appendix D.1, p. 275).<br><br>Blind broken April 22, 1997. Submitted to JAMA, March 25, 1998 (with Rowbotham, 945-210; see Parke-Davis | Painful diabetic peripheral neuropathy (PDPN):<br><br>Inclusion/exclusion:<br>• No prior treatment with gabapentin (potential "enrichment bias" by exclusion of non-responders or non-tolerators)<br>• No chronic kidney disease (Cr clearance $\geq$ 60 mL/min predicted<br>• Pain score (Likert) $\geq$4 on daily pain diary before randomization<br>• Pain score (VAS) $\geq$ 4 at screening and randomization (SF-MPS)<br>NB: A few patients sneaked through screening without meeting criteria | Placebo vs. forced titration gabapentin from 900 mg/d (wk 1), 1800 mg/d (wk 2), 2400 mg/d (wk 3), 3600 mg/d (wk 4), to maximum tolerated "regardless of any efficacy achieved at lower dosages", then reduced 1 dose step "if intolerable adverse reactions occurred", then 4 weeks steady dose.<br><br>*see figure from protocol in research report at end of this table<br><br>(59/84 patients in G group reached 3600 mg/day for at least 1 day – p. 24/69 of final report; 10/84 patients in G group received 0 mg/day for up to 9 days – p. 24/69, | Predefined outcomes:<br><br>Primary:<br>• Pain (Likert 0-10 score) as group mean of last 7 available scores while on study medication from daily diary records of previous 24 hours (LOCF for noncompleters) – see p. 14, 20 of full report, p. 1833 of JAMA report – NB this is LOCF, therefore does not appear to represent the true group mean for ITT populations at 8 weeks post-randomization<br><br>NB: In this study, by definition "baseline" = "last 7 available scores during the screening phase", including Day 0 (Visit 2) … i.e. patients were asked to rate pain daily by Likert, as part of screening, and only those with mean pain $\geq$4  (last 7 scores) were to be randomized, so all patients should have started at pain score $\geq$ 4.  Close reading of p.  10, 14 of full report shows "end of screening" = "screening" = "baseline" = beginning of Day 0-1 of Week 0-1 = Visit 2.  The comparable 945-224 study | Mortality: P = 0/81; G = 0/84 (p 51, full report)<br><br>Serious Adverse Events: P = 2; G = 3 (p. 51, full report, Appendix B gives details) (SAE do not appear related to gabapentin's expected toxicities.)<br><br>Withdrawals Due to Adverse Events: P = 5/81; G = 7/84 (p. 51, full report, Appendix B for details)<br><br>Total Withdrawals: P=16/81; G=14/84<br><br>Adverse events: Total patients with AE: P=54/81; G = 70/84 Total patients with "associated" AE: P=21/81; G=52/84 (p. 48, appendices) Nervous system AE's most prominent, e.g. (# of patients): Dizziness: P = 4/81; G = 20/84 Somnolence: P = 5/81; G = 19/84 Confusion: P = 1/81; G = 7/84 These are similar to all other studies of gabapentin.<br><br>Median time of onset and median duration adverse events (Table 27, pp. 50-51 of Final Report) NB: Median time to onset of most AE from G was in the range 2-3 weeks, associated with G dose of 1800-2400 mg/day, indicating that toxicity is dose-dependent.  Median duration of AE for G (e.g. | 1. Incomplete follow-up of (unbalanced) early withdrawals may influence materially the final conclusions of study.<br><br>2.  Potentially "enriched" study did not include any patients previously treated with gabapentin (would tend to exclude preferentially "gabapentin failures" but not include "gabapentin successes", who have no incentive to participate in trial.<br><br>3. Prominent neurologic AE's appear inseparable from analgesic effect and contribute partly to it in post-hoc exploratory analysis.NB: Median time to onset of most AE from G was in the range 2-3 weeks, associated with G dose of 1800-2400 mg/day, indicating that toxicity is |

PARKE DAVIS/PFIZER 945-210;  Study No. 3 - Backonja et al – UNPUBLISHED AND PUBLISHED TRIAL SUMMARY – Prepared by Thomas L. Perry, M.D. – completed    2
April 7, 2008 , modified July 15, 2008– FINAL – July 24, 2008

| | | | | | |
|---|---|---|---|---|---|
| memorandum March 30, 1998, WLC_CBU_093708)<br><br>**Published in JAMA**<br>December 2, 1998 as Backonja M, Beydoun A, et al.  Gabapentin for the symptomatic treatment of painful neuropathy in patients with Diabetes Mellitus. JAMA 1998: 280: 1831-6<br> (prior publication abstract or meeting presentation?)<br><br>Final study report December 30, 1998 | **Baseline characteristics:**<br><br>Mean pain score (Likert NRS, 0-10):<br>P      (N=81/81): 6.5 (SD 1.5) Range: 4 - 10<br>G      (N=83/84): 6.4 (SD 1.5) Range: 4 – 10 – 1 had no baseline score? Page 27 of final report (Table 9) shows ranges as P: 4.0-9.9; G: 3.9-10.0.<br>Groups appear generally similar. | unexplained)<br><br>P = 81 randomized (81 reported for safety, 80 for efficacy – unexplained in JAMA report): 65 completed 8 weeks;<br><br>G = 84 randomized (84 reported for safety, 82 for efficacy – unexplained): 70 completed 8 weeks<br><br>NB: P = 16/81 noncompleters: G = 14/80 non-completers | reports non-integer means of pain scores at baseline, in contrast with this study, which appears to "round them".<br><br>NB: At p. 283 of report (Vol 1) reasons for exclusion of patients from evaluation are provided for 5 patients. By comparison with Appendix E.4 (pp 264, 298, 299, 306,  308) it is possible to identify the experimental groups to which these patients belonged:<br>Pt. 4003 – placebo (quit Day 8)<br>Pt. 4008 – gabapentin (quit Day 21)<br>Pt. 4021 – gabapentin (quit Day 7)<br>Pt. 6002 – gabapentin (quit Day 5)<br>Pt. 7002 – gabapentin (quit Day 2)<br><br>All 4 of the censored gabapentin treated patients experienced adverse events, but not the placebo treated patient. (Appendix E.6)<br><br>The first 3 of these (4003, 4008, 4021) are also censored from ITT analysis because they recorded no pain diaries – unclear whether they are included in PGIC or CGIC impression of change statistics.<br><br>**Secondary:**<br>NB: all secondary outcomes are <u>dependent, not independent</u> of primary | dizziness: "10.8" days, somnolence 16 days, confusion: 15 days) SHOULD NOT BE INTERPRETED (as it is later by various Parke-Davis-associated and Pfizer-associated speakers) as indicating that patients accommodate to the adverse event – it is logically more reasonable that the median duration divides patients into those who reduced dose or stopped taking G earlier than the median, vs. those whose AE symptoms continued for longer than the median.<br><br>Weight gain from screening to study termination (Appendix C.41, p. 267):<br>P (N=76): 0.56 kg<br>G (N=80): 1.61 kg<br>Weight gain > 7% of initial weight (8 weeks maximum!):<br>P =1, G =3<br>No statistical analysis is reported on this observation.<br><br><u>Primary outcome (endpoint):</u><br><br>P (N=80): 5.1 (SD 2.2): range 1.0 – 10.0, mean change -1.4 (SD 1.7)<br>G (N=82): 3.8 (SD 2.5): range 0.0 – 9.1, mean change -2.6 (SD 2.5)<br><br>p. 27 of study report, Table 9 "Mean Pain Scores: Descriptive Statistics" – <u>no statistical test is made, no difference claimed</u>.<br><br>Note this is subtly different from p. 27 Table 10: "<u>Endpoint Mean Pain Scores: Results of Analysis of Covariance</u>", which reports P (N=80): 5.13,<br>G (N=82): 3.88, difference = -1.25; p = 0.0004.<br><br>Appendix D.1  at p. 275 et seq of report describes "Inferential | dose-dependent. Median duration of AE for G (e.g. dizziness: "10.8" days, somnolence 16 days, confusion: 15 days) SHOULD <u>NOT</u> BE INTERPRETED (as it is later by various Parke-Davis-associated and Pfizer-associated speakers) as indicating that patients <u>accommodate</u> to the adverse event – it is logically more reasonable that the median duration divides patients into those who reduced dose or stopped taking G earlier than the median, vs. those whose AE symptoms continued for longer than the median.<br><br>4. Statistical interpretation (ANCOVA and "Inferential Analysis") is very difficult to understand (e.g. adjustments for multiple centres).  The group mean differences do not appear different from the "descriptive statistics", |

Case 1:04-cv-10981-PBS    Document 1457-14    Filed 10/06/08    Page 36 of 116

PARKE DAVIS/PFIZER 945-210;  Study No. 3 - Backonja et al – UNPUBLISHED AND PUBLISHED TRIAL SUMMARY – Prepared by Thomas L. Perry, M.D. – completed      3
April 7, 2008 , modified July 15, 2008– FINAL – July 24, 2008

| | | | | | |
|---|---|---|---|---|---|
| | | | outcome, as they all measure various aspects of the same thing (pain relief).<br><br>• Pain reduction evaluated by comparison with baseline pain score  - unclear from full report (p. 19-20) whether comparisons by ANCOVA are individual pairwise comparisons (e.g. patient "x", mean of 7 diary Likert scores which must $\geq$ 4 at baseline vs. mean of 7 diary Likert scores during last week achieved of treament (weeks 1-8, LOCF) or comparisons of group means<br>• Weekly mean pain score from daily diaries<br>• Sleep interference by pain ("how pain interfered with sleep")<br>• Short form McGill Pain Questionnaire (SF-MPQ): pain descriptors, visual analog scale (VAS), present pain intensity (PPI)<br>• Patient and physician global impression of change (includes LOCF, therefore **unblinded** as it will include people who dropped out due to "intolerability", etc.)<br>• Profile of Mood States (POMS)<br>• SF-36 Quality of Life Questionnaire (SF-36 QOL) | Analysis Plan" approved by Parke-Davis April 11-12, 1997, 1 year after the initial protocol was filed and after March 20, 1997 completion of study 945-210, but just prior to April 22, 1997 breaking of blind "after all decisions regarding evaluability have been made". This plan limited "evaluable" patients to those with $\geq$4 days of pain diary during screening AND$\geq$ 7 days of drug therapy.  Anyone who dropped out during first week would not be evaluated, but plan was to repeat analysis for ITT population.   At page 278: "preliminary analyses will be performed in order to aid in strategic planning".  It is not clear what this means.<br><br>Exploratory analysis of effects of dizziness or somnolence (most common AE which predominate in G > P groups) on primary efficacy variable (NRS pain score) is shown at p. 49 of report and Appendices D.80, D. 81, pp. 234-9 of Volume 2.  Numbers of patients do not match exactly (P: 81-5 for somnolence should = 76, but shown as 75; G: 84 or 83 – 19 for somnolence = 65 or 64, shown as 64; P 81-4 for dizziness should = 77, shown as 76; G: 84 or 83 – 20 for dizziness should = 64 or 63, shown as 62).  The effect of this analysis is to reduce baseline-endpoint differences from "statistically significant" group mean difference of -1.25 favouring gabapentin to -0.89 with data from patients reporting somnolence excluded, or to -1.2 when patients reporting dizziness were excluded.  The discussion in report (p. 49) differs from JAMA (p. 1835) by citing different p values and omitting the magnitude of change, **which is reduced when the patients reporting somnolence are excluded.**<br><br><br>Exploratory (post-hoc) "responder" analysis:<br>**Final report includes (p. 30)** post-hoc "responder" analysis not pre-specified in protocol, suggesting a discrimination between patients who experienced a change from baseline to endpoint of $\geq$50% (P=16/80: G = 39/82) or who experienced any increase in pain (P=15/80: G=10/82), | especially when non-evaluable patients are considered.<br><br>5. Secondary outcome measures are not independent of primary measure: repeated statistical tests are not convincing that these outcomes add additional information.<br><br>6. Patient and Clinician global impression of change groupings are post-hoc. Better to display all data, along with distribution of all pain score changes at "endpoint", in graphs which show original values.<br><br>7. Blinding undoubtedly broken due to prominent neurological effects of gabapentin – many patients and clinicians could have been unblended even if patient did not describe "adverse event", e.g. somnolence might be "favourable event" for those disturbed by sleep. Gabapentin effect on "sleep |

| | | | | | |
|---|---|---|---|---|---|
| | | | | claiming statistical significance for the difference between responders (p=0.001, CMH test).   This claim is not made in the JAMA paper, presumably because it is a post-hoc analysis which cannot be interpreted for statistical significance.  The same "responder" analysis suggests that P=15/80 [19%] vs. G=10/82 [12%] of patients had "increased" pain at endpoint. (I have maintained denominators of P=80 and G=82 from final report as a conservative assumption, since early dropouts would not have been eligible to "worsen".)<br><br>TLP: this is not a pre-specified analysis, and therefore cannot be used in the meta-analysis.<br><br><br><br>Secondary outcomes (endpoint and various weeks):<br><br>Multiple secondary outcomes are claimed to favour G > P despite disclaimer in "Inferential Analysis Plan" that multiple comparisons will generate some falsely "statistically significant" findings, and lack of correction for multiple comparisons.  **More important, the secondary outcomes are not independent of the primary, since they all appear to rely on pain as the main factor assessed, or its influence on sleep ("sleep interference") – a drug which causes somnolence may tend to improve "sleep interference" over placebo, regardless of analgesic effect.**<br><br>Weekly mean pain score (Figure 2, p. 1834 in JAMA, Figure 3, p. 29 and Figure 8 pertaining to patients taking protocol-specified G dose, p. 41 in final report) do not show any increase of effect beyond 2 | disturbance" could be sedative, as opposed to primarily analgesic.  If so, any benefit obtainable for "sleep disturbance" might be best obtained by a single bedtime dose, as opposed to continuous exposure.<br><br>8. Information available from 945-224, e.g. consumption of analgesics by group (acetaminophen) is not available for this study other than the comparable number of patients in each group using acetaminophen (P=22/81, G= 23/84) (Appendix C.8, p. 211, Volume 1) – no information on mean consumption is not provided.<br><br>10. It is not possible from the data provided to tell whether patients who escalated their dose according to forced titration protocol did "better" or "worse" than they would have if they had continued at a lower dose.<br><br>11. Claim of more |

Case 1:04-cv-10981-PBS    Document 1457-14    Filed 10/06/08    Page 38 of 116

PARKE DAVIS/PFIZER 945-210;  Study No. 3 - Backonja et al – UNPUBLISHED AND PUBLISHED TRIAL SUMMARY – Prepared by Thomas L. Perry, M.D. – completed        5
April 7, 2008 , modified July 15, 2008– FINAL – July 24, 2008

| | | | | | |
|---|---|---|---|---|---|
| | | | | weeks, i.e at doses > 1800 mg/day.<br><br>Some secondary outcomes are surprising, e.g. at Volume 2, p. 395, Appendix D.6, "Present pain rating" at LOCF endpoint shows little difference between groups and still fails to account for 5 patients:<br><br>P (N=79/81): 1.83 (present pain rating)<br>G (N = 81/84): 1.23 (present pain rating)<br>Difference = 0.6; p =0.0004 according to p. 396<br><br>Patient Global Impression of Change (PGIC) might be best measure of overall improvement in some respects (although not blinded). The analysis at p. 429 claims a 1-point difference between groups favouringgabapentin by ANCOVA (p=0.0001).  The following scores can be summed from the raw data starting at page 419 for P (N=76/81 randomized) and G (N=79/84 randomized), where 1 = much improved, 2 = moderately improved, 3 = minimally improved, 4 = no change, 5 = minimally worse, 6 = moderately worse, 7 = much worse:<br><br>Category 1: P = 12, G = 33<br>Category 2: P = 13, G = 14<br>Category 3: P = 13, G = 12<br>Category 4: P = 25, G = 18<br>Category 5: P = 5, G = 1<br>Category 6: P = 6, G = 1<br>Category 7: P = 2, G = 0<br>The study publication and report group these into categories 1&2, 3&4, 5,6&7.  If one adds to the gabapentin group the early WDAE not counted in primary outcome analysis (non-evaluables),  Category 7 for G could = 4. | "responders" in gabapentin group does not seem to fit clinically with more early dropouts and fewer completers.<br><br>12. Backonja et al subsequently suggest that a > 50% reduction in NRS pain score is a "somewhat artificial study goal" (Backonja&Glantzman, ClinTher, 2003) |

PARKE DAVIS/PFIZER 945-210;  Study No. 3 - Backonja et al – UNPUBLISHED AND PUBLISHED TRIAL SUMMARY – Prepared by Thomas L. Perry, M.D. – completed    6
April 7, 2008 , modified July 15, 2008– FINAL – July 24, 2008

RR 720-03908

Protocol 945-210
Final, April 24, 1996
Page A-4

### APPENDIX A.3

### DOSING TITRATION SCHEDULE

Number of Study Medication Capsules[a]

| Week | 0[b] | 1 | 2 | 3 | 4 | 5 | 6 | Target Dose |
|------|------|-----|-----|-----|-----|-----|-----|-------------|
| | | | Days | | | | | |
| 1 | 1 | 1-3 | 1-3 | 1-3 | 3 | 3 | 3 | 900 |
| 2 | 3-6 | 3-6 | 3-6 | 3-6 | 6 | 6 | 6 | 1800 |
| 3 | 6-8 | 6-8 | 6-8 | 6-8 | 8 | 8 | 8 | 2400 |
| 4 | 8-12 | 8-12 | 8-12 | 8-12 | 12 | 12 | 12 | 3600 (maximum) |
| 5-8 | | | Fixed-Dose Weeks 5-8 | | | | | |

[a]  One capsule = Gabapentin 300 mg or placebo.
[b]  First dose will be taken in the evening of Visit 2/Randomization (designated as Day 0)

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

## STUDY NO. 4 - DETAILED SUMMARY AND ANALYSIS: ROWBOTHAM 1998 PARKE-DAVIS 945-211 – POST HERPETIC NEURALGIA

**Summary:**

**Information taken from:**
a) Rowbotham M, Harden N, et al.  Gabapentin for the Treatment of Postherpetic Neuralgia.  JAMA 1998; 280: 1837-42 (December 2, 2008), referred to as the **JAMA report**
b) Parke-Davis research report number RR-995-00070 dated December 29, 1998, referred to as the **unpublished report**.  The unpublished report is dated **later** than the report published in JAMA.

**Enrichment bias:**  Patients who had previously taken gabapentin were excluded from this trial as were patients with a "hypersensitivity" to the drug  This causes "enrichment bias" favouring gabapentin by excluding patients who may have been likely to experience adverse events, or who may have previously "failed" gabapentin therapy.

**Serious adverse events (SAE) and adverse events (AE):**
p.1840 of the JAMA report states that "*Minor adverse events that were deemed associated with the study medication were reported in a total of 62 subjects (54.9%) receiving Gabapentin and 32 subjects (27.6%) receiving placebo*"  and  "*No serious adverse events that were determined by the investigator to be related to Gabapentin were reported.*"By deferring to the investigators' opinion about causation of SAE, the JAMA report  implies that no serious adverse events (SAEs) were associated with gabapentin use, whereas Table 35 on p. 143 of the unpublished report shows that:

- P = 5/116 patients experienced 5SAE (1 fatal, 4 non-fatal)
- G = 10/113 patients experienced 17 SAE (all non-fatal)

The JAMA report also does not provide the total number of adverse events experienced by each group whereas the unpublished report specifies:

- P = 151 AE (total)
- G = 278 AE (total)

**Withdrawals due to adverse events (WDAE):**
The JAMA report is again inconsistent with the unpublished report.  JAMA report states at p. 1840, by qualifing for WDAE "described as related to the study medication":

- P = 11/116 (9.5%) WDAE
- G = 15/113 (13.3%) WDAE

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

However, both Figure 1 (p. 1839) of JAMA report and pp.149-150 of the unpublished report indicate:

- P = 14/116 (12%) WDAE
- G = 21/113 (19%) WDAE

In the safety reporting at p. 1840 the JAMA report accounts only for withdrawals that the investigator(s) deemed as related to the study drug, whereas the complete WDAE shown above should be used.

**Estimation of NNT (number needed to treat), NNH (number needed to harm):**
At p. 1842 of the JAMA report, a paragraph in the conclusion reads "*From the data in Figure 4 and the text, the NNT for benefit is 3.2, the NNT (NNH) for minor adverse events is 3.7, and the NNT (NNH) for adverse events leading to study withdrawal is 25*". Independent calculations performed for NNT benefit using the data in figure 4 yield 3.77.  Calculations of NNH for minor adverse events yield 3.7 when using the numbers reported in the published report, however the real NNH for minor adverse events must be lower as certain adverse events deemed by the investigators not associated with study drug were excluded.  While the total numbers of adverse events are provided for each study group in the unpublished report, the number of patients suffering total AE are not.  Finally, the correct NNH for adverse events leading to study withdrawal is much lower, 15.3, when the correct numbers for WDAE are used.

**Probable unblinding:**
The larger total number of AE in the gabapentin group, as well as the nature of AE which are more common with gabapentin than placebo (somnolence, 27.4% vs. 5.2%, dizziness 23.9% vs. 5.2%, ataxia 7.1% vs. 0%, all from JAMA report) are likely to have caused unblinding.  Neither the JAMA nor the unpublished report discuss this issue, nor make any corrections for unblinding.

**Failure to account for multiple comparisons:**
P. 1839 of JAMA report states that "*no adjustments were made for multiple comparisons.*" Both the JAMA report and the unpublished report make several dependent comparisons and therefore, a multiple comparisons procedure (e.g., Bernoulli's correction, Fisher's LSD method) should have been performed; specifically, the alpha level should have been adjusted.

**"ITT" population improperly defined, missing data not explained or accounted for:**
P. 1838 of the JAMA report defines the intent-to-treat (ITT) population as patients who, once randomized, had evidence of taking at least one dose of study medication and provided at least 1 follow-up efficacy assessment.  This sacrifices 4 early dropout patients from gabapentin group, but 0 patients from placebo group.  The JAMA report does not specify how data from dropouts were handed.  However, the unpublished report, on page 228, states that  last-observation-carried-forward (LOCF) was applied to any missing post-baseline value. That is, any missing post-baseline value was replaced with the last available post-baseline observation regardless of the assessment date.  The LOCF method is biased and assumes no within-patient variability, and still fails to account for the 4 early dropouts from gabapentin group, since a more conservative assumption, e.g. baseline observation carried forward (BOCF) was not applied to these subjects.

For most of the efficacy results, the sample size for the ITT gabapentin group is reported as N=109, whereas for the safety analyses the size of the gabapentin group is N=113, the same as the number of patients randomized to the gabapentin group.  Even the unpublished report does not explain why 4 subjects randomized to gabapentin were not included in the efficacy analyses but were included in the safety analyses.  Pages 25 and 26 of the unpublished report state criteria for assignment to each group.  To be included in the safety analysis, patients had to have had evidence of taking at least one dose of the study medication and had <u>at least one follow-up assessment at which adverse events could be reported</u>.  In order to be included in the ITT population, patients had to have had evidence of taking at least one dose of the study medication

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

and have had one post-baseline efficacy assessment.  **It is curious and unexplained that 4 patients in the gabapentin group had a post-baseline follow-up assessment during which adverse events could have been reported but yet had no post-baseline assessment in which efficacy was reported.**

**Misleading reporting of secondary efficacy variable (MPQ PPI – present pain intensity at study  endpoint):**
For the secondary efficacy variable, McGill Pain Questionnaire (MPQ) Present Pain Intensity (PPI), the JAMA report indicates that at study endpoint (final week) there was a rating of "no pain" for:

- P = 8.8% of patients
- G = 16.0% of patients

This is misleading for several reasons. P. 26 of the unpublished report states that PPI is a 5-point scale (although it is in fact a 6-point scale ranging from 0=no pain to 5=excruciating pain); this is not described nor referenced in the JAMA report, such that a reader cannot interpret the results without searching for the score's meaning.  The JAMA report does not provide numerators/denominators, standard deviations, nor results for any of the other categories of the PPI scale (i.e. mild, discomforting, etc.), yet states (p. 1840) that these results were *"statistically significantly improved among subjects treated with gabapentin(P < 0.01)"*. The unpublished report indicates that the significant difference in PPI is from baseline to endpoint, and that there was a significant difference not only for the gabapentin group, but for the placebo group as well (P<0.01).  However, neither report provides the statistical significance for the most important indicator, namely the difference for PPI between the placebo vs. gabapentin groups at endpoint (if any).  As standard deviations are not presented, it is impossible to independently assess statistical significance.

With regard to the secondary efficacy variables Subject's Global Impression of Change (SGIC) and Clinical Global Impression of Change (CGIC), the JAMA report does not specify that these outcomes were rated on a 7-point categorical scale and does not report results for each of the 7 categories, as does the unpublished report. Instead, the percentages for certain categories are grouped together without an explanation as to whether this was a pre-specified outcome comparison.  Furthermore, graphs are provided for these results but no test of statistical significance is provided, and no reason is provided for the absence of 14 evaluations from the placebo group and 15 from the gabapentin group.  The results of categorical variables should be expressed as percentages of the true ITT N's (P=116, G=113).

The PGIC is specified in the protocol (Appendix 3). Page 9 of the protocol clearly  states that on the final visit (week 8) investigators and patients will complete a  Global Impression of change.  Page 16 of the protocol also lists PGIC as a secondary  efficacy variable (letter a in the list).  Page nine of the protocol does refer to Appendix C after it mentions Patient Global Impression of Change, which does in fact contain the familiar 7-point Global Impression of Change scale.  Additionally, (Global Impression of Change, Patient and Investigator Assessments) contains the raw data for this variable.  The main inconsistency is that page 18 of  the protocol states that "The proportion of patients with at least 'much improved'  for their global impressions of change (physician and subject)along with 95%  confidence intervals will be calculated."  This "at least" does not make sense as  much improved is the highest category of pain relief on their scale, and as is clear  in the JAMA report, much improved moderately improved were grouped .

With regard to the secondary efficacy variable SF-36 quality of life, the unpublished report shows different sample sizes for each subsection (e.g. P=99, G = 89 for health transition but P=101, G= 92 for physical functioning).  Independent calculations show that the average number of patients in the placebo group who filled out each section of the SF-36 was 100.1 (the ITT sample size of the placebo group was 116) with a standard deviation of 1.4. The average number of patients in the gabapentin group to fill out this survey was 91.4 with a standard deviation of 2.7 (the ITT sample size of the gabapentin group was 109).  It is unexplained why a lower proportion of gabapentin patients completed this questionnaire but also why there was twice the variability in the number of patients who completed each section. Both JAMA and the unpublished reports state that 1 questionnaire used to assess quality of life, the SF-36, was completed once at baseline and once at the week eight efficacy assessment, so the reason for these discrepancies is not apparent.

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

**Inadequate reporting of compliance with dosing schedule:**
Pp. 20-21 of the unpublished report present specific criteria for determination of patient compliance with medication in this study.  In the JAMA report, rates of compliance for the placebo and gabapentin groups are not reported. However, by looking at the appendices of the unpublished report , specifically appendix E.6 (Study Medication: Based on Dispensing Record) it is possible to determine compliance by looking at the number of capsules returned vs. capsules dispensed for each patient.  Appendix A.9 includes major protocol violations (e.g. not reaching minimum dose). I still cannot seem to locate a general statistic for overall compliance.

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

| Study / Design / Dates | Inclusion Criteria / Baseline Characteristics | Intervention(s), Experimental Design, N of Subjects Randomized (ITT) / N Who Completed Study | Predefined Outcomes / Issues in Statistical Analysis | Outcomes Hierarchy (Cochrane, investigators: primary / secondary) | Comments / Conclusions of Kelsey Innes |
|---|---|---|---|---|---|
| **Study No. 4**<br>**Rowbotham M**, Harden N, et al.  Gabapentin for the Treatment of Postherpetic Neuralgia. JAMA 1998; 280: 1837-42 (December 2, 2008<br><br>**Study Number:** 945-211<br><br>**Study Design:** Multicenter, randomized, double-blind, placebo-controlled, parallel design<br><br>**Study Duration:** 8 weeks<br><br>**Patients Randomized:** 229<br><br>**Randomization Procedure:** see page 1838 of published report<br><br>**Number of Study Centers:** 16 | **Post Herpetic Neuralgia**<br><br>**Inclusion Criteria:**<br>• At least 18 years of age<br>• Pain present for more than three months after healing of a herpes zoster skin rash<br>• A pain-intensity score of at least 40 mm on the 100-mm VAS on the SF-MPG at screening and at randomization<br>• Average daily diary pain score of at least 4 on a scale of 1-10 during the baseline week<br>• Discontinuance of muscle relaxants, anticonvulsants, mexiletine, topical analgesics, and antiviral agents beginning at least 2 weeks prior to screening | **Study Power:**<br>• Given the assumption that the SD for this parameter would be 3.4, a sample size of 80 evaluable patients in each treatment was required to provide 80% power to detect a difference of 1.5 on the Likert scale (11 point scale) with a 5% error rate for a 2-sided test. According to page 1841, the actual power approached 100%.<br>• All p-values were 2-sided and no adjustments were made for multiple comparisons<br><br>**ANCOVA**<br>• All of the between treatment comparisons for the change from baseline parameters were accomplished by ANCOVA<br>• Including fixed terms of treatment, centre, treatment by center interaction, and baseline scoring.<br><br>**Study Populations:**<br>According to p. 1838 of published report.<br>• "ITT" population included those subjects who, once randomized to treatment had evidence of taking at least 1 dose of study medication and provided at least 1 follow-up efficacy | **Primary Efficacy Measure:**<br>• Change in average daily pain score based on an 11-point Likert scale (0 = no pain, 10 = worst pain ever), calculated as difference for each patient between mean of NRS pain score at baseline vs "endpoint" – means of differences for each group were compared, as well as NRS pain score group means at baseline and "endpoint".<br><br>**Secondary Outcome Measures:**<br>• Average daily sleep scores<br>• Short-Form McGill Pain Questionnaire (SF-MPQ)<br>• Subject Global Impression of Change (SGIC)<br>• Investigator-rated Clinical Global Impression of Change (CGIC)<br>• Short-Form 36 Quality of Life Questionnaire (SF-36)<br>• Profile of Mood States (POMS)<br><br>The results presented below and in JAMA report Table 2 – Summary of Primary and Secondary Outcome Measures (p. 1840) are for the "ITT" population.<br><br> | **1. Mortality (p. 1840):**<br><br>**P = 1 / 116**<br>**G = 0 / 113**<br><br>**2. Serious Adverse Events (p. 1840):**<br><br>• JAMA reportstates that "No serious adverse events that were determined by the investigator to be related to Gabapentin were reported."This is problematic, see comments.<br>• Unpublished report (p. 143, table 35) however gives the following results for SAEs<br><br>**P: 5/116 patients experienced 5 adverse events (1 fatal, 4 non-fatal)**<br><br>**G: 10 patients experienced 17 SAEs none of which were fatal. For details about each of these serious adverse events see table 35 on the page 144 of the unpublished report**<br><br>**3. Withdrawals Due to Adverse** | 1. The study was published in JAMA on December 2, 1998 and the research report is dated December 29th, 1998.  Shouldn't the research report have been finished first?<br>2. Patients who had previously taken gabapentin were excluded from this trial as were patients with a hypersensitivity to the drug, however, what would constitute hypersensitivity is not stated.  This may introduce enrichment bias.<br>3. The doses of narcotics or other supplementary drugs are reported in the unpublished report – See Appendix E.8 (Prior and Concomitant Medications)<br>4. On page 1839 of the published report it states that "no adjustments were made for multiple comparisons", in this study we have several dependant variables and some form of adjustment should have been made on the p-values for this reason.<br>5. Dropouts were handled with LOCF – see page 28 of research report, this is not specified in published report. |

Study No. 4 - PARKE-DAVIS 945-211 - Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

**Study Dates:** 8/26/96 – 7/14/97

**Study Protocol:** April 22, 1996 (pp. 206-207/1194)

**PUBLISHED:**
Rowbotham M, Harden N, et al. Gabapentin for the Treatment of Postherpetic Neuralgia. JAMA 1998; 280: 1837-42 (December 2, 2008)

**Final study report (unpublished):**
RR995-00070
Magnus-Miller L, Podolnick P.
December 29, 1998

**Exclusion Criteria:**
- Prior treatment with gabapentin or demonstrated hypersensitivity to the drug or its ingredients
- Neurolytic or neurosurgical therapy for PHN
- Immunocompromised state
- Significant hepatic or renal insufficiency
- Significant haematological disease
- Severe pain other than that caused by PHN
- Use of experimental drugs or participation in a clinical study within 2 months of screening
- A history of illicit drug or alcohol abuse within the last year
- Any serious or unstable medical or psychological condition.

**Allowed Medications:**
- Previously prescribed TCAs and/or

assessment (p. 1838)
- The efficacy-evaluable population consisted of those subjects who, in addition to meeting the criteria required for the ITT population met strict protocol-specific criteria regarding study medication compliance, use of concomitant medications, and number of diaries returned.

The research report gives similar criteria but provides slightly more detail on pp.25-6 of the research report.

**Dose Schedule:**
- 1-week baseline
- 4 week titration up to maximum tolerated dose or target ceiling of 3600 mg/day (minimum dose of 1200 mg/day was allowed)
- 4 week stable dosing period
- See page 1838 for details of titration/dosing etc.

**Patient Flow:**



- The above is figure 1 – profile of randomized controlled trial (p. 1839

**Change in Average Daily Pain: (pp.1839-40)**
- Measured by the difference in average daily pain during baseline week and average daily pain score in the final study week
  - Evaluated from daily pain diaries
  - Minimum treatment group difference in chance from baseline that was considered clinically meaningful was 1.5 points

**The following compare the JAMA report with unpublished report results:**

**Placebo (n = 116/116)**
Baseline: 6.5 (SD = 1.7)
Week 8 (LOCF): 6.0 (SD = 2.4)
Mean Change from Baseline: -0.5 (SD = 1.6)
Percent Change: 7.7%
P-value (p. 83 of unpublished report) < 0.005

**Gabapentin (n = 109/113)**
Baseline: 6.3 (SD = 1.6), SD = 1.7 in unpublished report
Week 8 (LOCF): 4.2 (SD = 2.3)
Mean Change from Baseline: -2.1 (SD = 2.1)
Percent Change: 33.3%
P-value (p. 83 of unpublished report) < 0.001

P-value for the difference between placebo and gabapentin is < 0.001

Figure 2 (below) from page 1840 shows the change from baseline in average daily pain score. According to figure reduction was established at week 2, but figure does not indicate p<0.005 for

**Events (WDAE), JAMA p. 1840):**

**According to the JAMA report:**

P = 11 / 116 (9.5%)
G = 15 / 113 (13.3%)

- 6 / 15 on Gabapentin withdrew due to dizziness
- 5 / 15 on Gabapentin withdrew due to somnolence
- 2 / 11 on placebo withdrew due to somnolence and 0/11 on placebo withdrew due to dizziness

**According to the unpublished report (p.149):**

P = 14 / 116 (12.1%)
G = 21 / 113 (18.6%)

We will use these for Cochrane systematic review.

**Most common reasons for withdrawal:**

**Placebo :**
Peripheral Edema: n=2
Depression: n=2
Somnolence: n = 2

**Gabapentin:**
Dizziness: n=6

6. The results reported for the primary efficacy variable for Gabapentin say n = 109 but 113 were randomized to the gabapentin group - why are the missing 4 not reported as LOCF?
7. The only results given for MPQ PPI were that there was a rating of "no pain" in final week for 16.0% of patients on gabapentincompared with 8.8% of patients treated with placebo. JAMA report states that these results were "statistically significantly improved among subjects treated with gabapentin(P < 0.01)" however it does not give standard deviations, or sample sizes for the gabapentin and placebo groups, omits statistically significant p-value for placebo group, and does not give a p-value for the comparison of gabapentinand placebo.
8. No accounting for unblinding.
9. No p-values or significance listed for SGIC / CGIC in JAMA report, presumably as this is a post-hoc analysis.
10. JAMa p. 1840 states that "*Minor adverse events that were deemed associated with the study medication were reported in a total of 62 subjects (54.9%) receiving Gabapentin and 32*

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study
FINAL – August 3, 2008

| narcotics could be continued if therapy was stabilized prior to study entry and remained constant throughout the study. | of final report)<br><br>**Patients Screened:** 292<br>**Patients Randomized:** 229<br>**Received Gabapentin:** 113<br>**Completed Gabapentin Treatment:** 89/113 (78.8%)<br>**Received Placebo:** 116<br>**Completed Placebo Treatment:** 95/116 (81.9%)<br>**Completed Study:** 184 (80.3%)<br><br>• The two treatments were comparable with regard to the proportion of patients who WDAE (P = 0.2) and the proportion who completed the study (P = 0.62) | placebo group at endpoint (see above).<br><br><br>Figure 2.—Change from baseline in average daily pain score. Asterisk indicates P< .001.<br><br>**Average Daily Sleep Scores (p. 1840)**<br>• Measured similar to primary efficacy variable, change in average daily pain.<br><br>**Placebo (n = 116/116)**<br>Baseline:  4.1 (SD = 2.9)<br>Week 8 (LOCF): 3.6 (SD = 3.0)<br>Mean Change from Baseline: -0.5 (SD = 1.9)<br><br>**Gabapentin (n = 109/113)**<br>Baseline: 4.3 (SD = 2.8),<br>Week 8 (LOCF): 2.4 (SD = 2.5)<br>Mean Change from Baseline: -1.9 (SD = 2.5)<br><br>P< 0.001 favouring gabapentin; this is not an independent outcome from the primary outcome (less pain = more sleep, or more sleepiness = less pain)<br><br>**Short-Form McGill Pain Questionnaire (SF-MPQ) (p. 1840 of JAMA report, p. 95 of unpublished report)**<br>• Completed after initial screening (week -1), at baseline (week 0), and at weeks 2, 4, and 8. Also not an independent outcome. | Somnolence: n=5<br>Ataxia: n=2<br>Nausea: n=2<br>Vomiting: n=2<br><br>• For rest see table 37 of unpublished report<br>• p = 0.013 for withdrawal due to dizziness fromgabapentin vs. placebo<br><br>**4. Total Withdrawals (p. 1839 of published report)**<br><br>**Gabapentin (n=113):**<br>Total Withdrawals: 24 / 113<br>Reason for Withdrawal:<br>• Treatment failure: 0 / 113<br>• Adverse Event: 21/113<br>• Lack of Compliance: 1/113<br>• Other: 2/113<br><br>**Placebo (n = 116)**<br>Total Withdrawals = 21<br>Reasons for Withdrawal:<br>• Treatment Failure: 2/116<br>• Adverse Event: 14/116<br>• Lack of compliance: 2/116<br>Other: 3/116<br><br>**5. Total Adverse Events:**<br><br>According to JAMA report, the following adverse effects occurred among the gabapentin group at | *subjects (27.6%) receiving placebo.*" *Authors cannot decide whether or not minor adverse events are associated with the study, if an adverse even occurs we must assume it is associated with the study drug.  The passage also states, "No serious adverse events that were determined by the investigator to be related to Gabapentin were reported."* This is problematic for the same reasons.<br>*11.* No p-values / significance given for adverse events, why?<br>12. *For WDAE,* the descriptionaccounts for 11 / 15 Gabapentin withdrawals (6 for dizziness, 5 for somnolence) but does not account for the other 4. The JAMAreport accounts for 2 of the placebo withdrawals (somnolence) but not for the other 9.  Also, other withdrawals are not accounted for in this section. WDAE numbers do not match between the unpublishedreport and the JAMAreport;  according to the unpublished report the numbers stated in the JAMAreport for WDAE are the treatment associated withdrawals – **this is an inappropriate distinction!**The reporting of SAE also differs between JAMA and |

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

| | | | | | |
|---|---|---|---|---|---|
| | | | **Placebo (n = 110/116)**<br>Baseline: 18.7 (SD = 8.5)<br>Week 8 (LOCF): 16.8 (SD = 10.8)<br>Mean Change from Baseline: -1.8 (SD = 8.9)<br><br>**Gabapentin (n = 104/113)**<br>Baseline: 17.2 (SD = 9.6)<br>Week 8 (LOCF): 11.4 (SD = 9.3)<br>Mean Change from Baseline:  -5.8 (SD = 8.9)<br>P-Value < 0.001<br><br>**Additional non-independent secondary endpoints:**<br><br>**Sensory Pain (1ˢᵗ component of SF-MPQ)**<br><br>**Placebo (n = 110/116)**<br>Baseline: 14.5 (SD= 6.4)<br>Week 8 (LOCF): 13.0 (SD = 8.0)<br>Mean Change from Baseline: -1.5 (SD = 6.8)<br><br>**Gabapentin (n = 104/113)**<br>Baseline: 13.6 (SD = 7.2)<br>Week 8 (LOCF): 9.3 (SD = 7.1)<br>Mean Change from Baseline:  -4.3 (SD = 7.0)<br>P-Value < 0.001<br><br>**Affective Pain (2ⁿᵈ component of SF-MPQ)**<br><br>**Placebo (n = 110/116)**<br>Baseline: 4.1 (SD = 3.2)<br>Week 8 (LOCF): 3.8 (SD = 3.6)<br>Mean Change from Baseline: -0.3 (SD = 3.0) | higher incidences than those in the placebo group:<br>*note that the results were reported in percentages so calculations were performed to determine actual numbers<br><br>• Somnolence<br>  ○ P =  6/116 (5.2% )<br>  ○ G = 31/113 (27.4%)<br>• Dizziness<br>  ○ P = 6 / 116 (5.2%)<br>  ○ G = 27 / 113 (23.9%)<br>• Ataxia<br>  ○ P = 0 / 116 (0.0%)<br>  ○ G = 8 / 113 ( 7.1% )<br>• Peripheral Edema<br>  ○ P = 4 / 116 (3.4%)<br>  ○ G = 11 / 113 (9.7% )<br>• Infection<br>  ○ P = 3 / 116 (2.6%)<br>  ○ G = 9 / 113 (8.0%)<br><br>• In the placebo group 12/116 (10.3%) reported pain compared with 5/113 (4.4%) in the Gabapentin group<br><br>According to the unpublished report (Table 31, p.120) | unpublished report.<br>13. The JAMA report conclusion states on page 1842 "*From the data in Figure 4 and the text, the NNT for benefit is 3.2, the NNT for minor adverse events is 3.7, and the NNT for adverse events leading to study withdrawal is 25*".Independent calculation for NNT = 3.77.  For NNH calculation is similar (NNH=3.7) to JAMA report, but this must underestimate true NNH for adverse events because certain adverse events that were deemed not associated with the drug were excluded.  Duration of harm is unknown.<br>14. The quality of life gives different sample sizes for each subsection (e.g. G = 89, P = 99 for health transition but g = 92, and p = 101 for physical functioning).  I can see any reason for this.  Also I can't understand why, in general significantly more people on placebo filled out the QoL (e.g. average sample size for placebo group on the SF-36 was 100.2, SD = 1.39, and for Gabapentin it was 91.4, SD = 2.7) i.e. lots of variability in the number of people who completed the Gabapentin survey.<br>15. Note that page 143 of the research report states that "*In* |

| | P (n=116) | G (n=113) |
|---|---|---|
| Patients with AE | 60/116 (53.1%) | 84/113 (74.3%) |
| Number of AE (total) | 151 | 278 |
| Number of mild AE | 70 | 113 |
| Number of moderate AE | 57 | 105 |

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

| | | | |
|---|---|---|---|
| | | | **Gabapentin (n = 104/113)**<br>Baseline: 3.6 (SD = 3.2)<br>Week 8 (LOCF): 2.0 (SD = 2.7)<br>Mean Change from Baseline: -1.5 (2.9)  \*note that this is stated as -1.5 but clearly 2.0 – 3.6 = -1.6<br>P-Value < 0.001 |

| | | |
|---|---|---|
| Number of Severe AE | 15 | 30 |
| Deaths | 1/116 | 0/113 |
| Patients with Serious non-fatal AE | 4 | 10 |
| WDAE | 14 | 21 |

- Note that page 143 of the research report states that *"In the placebo group, 5 patients (4%) experienced 5 serious adverse events (1 fatal and one non-fatal); in the Neurontin® group 10 patients (9%) experienced 17 serious adverse events, none of which were fatal."*  However, according to Table 31 of page 120 of the research report, there were 30 severe adverse events.  This difference between total "serious adverse events" (P=5, G=17) vs. "severe adverse events" (P=15, G=30) is not explained.

**MPQ Ratings of Present Pain Intensity (PPI)**

- Unclear what this means in JAMA report; Table 26 on p. 101 of unpublished report clarifies that MPQ-PPI is a "5-point" scale of present pain intensity (0 = no pain, 1 = mild, 2 = discomforting, 3 = distressing, 4 = horrible, 5 = excruciating) – this is in fact a 6-point scale.
- The only results presented in JAMA report (p. 1840) were that there was a rating of "no pain" in final week for 16.0% of patients on Gabapentin compared with 8.8% of patients treated with placebo.
- The report states that these results were "statistically significantly improved among subjects treated with Gabapentin (P < 0.01)" however it does not give standard deviations, or sample sizes for the gabapentin and placebo groups and implies that the cited p-value (<0.01) is for the comparison of gabapentinvs.placebo (not correct)
- The unpublished report states that the results were significant for both placebo and gabapentin (P < 0.01) however no p-value is provided for the comparison gabapentin vs. placebo - with the data provided it in unpublished report, it is not possible to calculate this independently.

**6. Validated measures of improvement in global function including return to work, study, activities of daily living**

- No efficacy variable of this nature was included in the reports.

**7. > 50% reduction in pain score (NRS, VRS) from baseline to endpoint**

*the placebo group, 5 patients (4%) experienced 5 serious adverse events (1 fatal and one non-fatal); in the Neurontin® group 10 patients (9%) experienced 17 serious adverse events, none of which were fatal."*  However, according to Table 31 of page 120 of the research report, there were 30 severe adverse events.  What is the difference?

16. Compliance is defined very specifically on pages 20-21 of the research report but compliance rates in the placebo and gabapentin groups are not reported.

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

The unpublished report presents the following results (NB  "Week 8" are LOCF).
These would be better expressed by using the true ITT denominator (113) for the gabapentin group, as for the placebo group (116) – see comments page before table.

Placebo (n = 116)

| Pain Rating | Baseline | Week 8 |
|---|---|---|
| 0 | 3 / 116 | 10 / 116 |
| 1 | 15 / 116 | 29 / 116 |
| 2 | 46 / 116 | 38 / 116 |
| 3 | 34 / 116 | 27 / 116 |
| 4 | 9 / 116 | 4 / 116 |
| 5 | 6 / 116 | 5 / 116 |
| Missing | 3 / 116 | 3 / 116 |

Gabapentin (n = 109/113)

| Pain Rating | Baseline | Week 8 |
|---|---|---|
| 0 | 2/ 109 | 17 / 109 |
| 1 | 15 / 109 | 34 / 109 |
| 2 | 48 / 109 | 40 / 109 |
| 3 | 27 / 109 | 8 /109 |
| 4 | 9 / 109 | 4 /109 |
| 5 | 5 / 109 | 3 /109 |
| Missing | 3 / 109 | 3/ 109 |

**Subject's Global Impression of Change (SGIC) – not independent of primary outcome**
- Subjects completed SGIC at final visit, week 8
- The JAMA report implies that the SGIC was either a 5 point scale (Moderately Improved, Much Improved, Minimally Improved, No change, Worse) where Moderately/Much Improved were pooled post-hoc,**or** a 4 point scale
The unpublished report clarifies that SGIC is a 7-point categorical scale (1= much improved,

- No efficacy variable of this nature was included in the reports.

**8. Mean between-group difference in change of pain score (NRS, VRS) from baseline to pre-defined endpoint by true intention to treat (ITT) –where this was the pre-defined primary endpoint in a trial**

- Measured by the difference in average daily pain during baseline week and average daily pain score in the final study week on the Likert scale
  - Evaluated from daily pain diaries
  - Minimum treatment group difference in chance from baseline that was considered clinically meaningful was 1.5 points
The following compare the JAMA report with unpublished report results:

Placebo (n = 116/116)
Baseline: 6.5 (SD = 1.7)
Week 8 (LOCF): 6.0 (SD = 2.4)
Mean Change from Baseline: -0.5 (SD = 1.6)
Percent Change: 7.7%
P-value (p. 83 of unpublished report) < 0.005

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

2=moderately improved, 3=minimally improved, 4= no chance, 5= minimally worse, 6=moderately worse, 7=much worse).  Furthermore, some data are missing.

- See  JAMA report Figure 3 – Subjects' Global Impression of Change at week 8 (page 1840)



Figure 3.—Subjects' Global Impression of Change at week 8 (last visit). No responses were provided for 19 subjects (13.5%) treated with gabapentin and 14 subjects (12.1%) treated with placebo.

**According to the JAMA report:**

**Placebo (n = 116/116)**
*note that these results were provided in percentages so we have made calculations to discern N's for each category for each group:*

Moderately or Much Improved: 14/116(12.1%)
Minimally Improved: 9 / 116 (7.8%)
No Change: 69 / 116(59.5%)
Worse: 10 / 116 (8.6%)
No Response: 14 / 116 (12.1%)

**Gabapentin (n = 109/113)**
*note that these results were provided in percentages so we have made calculations to discern N's for each category for each group:  Results should be expressed for categorical variables as % of the true ITT N (113)*

Moderately or Much Improved: 47/109 (43.1%) (42/113 = 42%), etc.
Minimally Improved: 19/109 (17.4%)

**Gabapentin (n = 109/113)**
Baseline: 6.3 (SD = 1.6), SD = 1.7 in unpublished report
Week 8 (LOCF): 4.2 (SD = 2.3)
Mean Change from Baseline: -2.1 (SD = 2.1)
Percent Change: 33.3%
P-value (p. 83 of unpublished report) < 0.001

The mean between group difference between change in pain score is estimated by change in Gabapentin pain score – change in placebo pain score = (-2.1) – (-0.5) = -1.6

p-value < 0.001

**9. % of patients achieving "much improved" or "moderately improved"**

- Percentage of patients achieving much improved was
  - Study reports Gabapentin : 47 / 109, 43.1%  but should be 47 / 113, 41.6%
  - Placebo: 14/116 or 12.1%
  - A between groups p-value was not calculated here.
  - Note we have not decided what to do about missing values (i.e. 14 observations missing in placebo group and 15 missing in Gabapentin

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

| | | | No Change: 25/109 ((22.9%)<br>Worse: 3/109 ((2.8%)<br>No Response: 15/109 (13.8%)<br><br>**According to the unpublished report at p. 89:**<br>(Results should be expressed for categorical variables as % of true ITT N (113)<br><br>**Placebo (n = 116/116)**<br>1.  Much Improved: 6 /116 (5.2%)<br>2.  Moderately Improved: 8 /116 (6.9%)<br>3.  Minimally Improved: 9/116 (7.8%)<br>4.  No Change: 69/116 (59.5%)<br>5.  Minimally Worse: 5/116 (4.3%)<br>6.  Moderately Worse: 5/116 (4.3%)<br>7.  Much Worse: 0/116 (4.3%)<br>8.  Missing: 14/116 (4.3%)<br><br>**Gabapentin (n = 109/113)**<br>1.  Much Improved: 21 / 109 (19.3%)<br>    e.g. 21/113 = 19%, etc.<br>2.  Moderately Improved: 26/109 (23.9%)<br>3.  Minimally Improved: 19 / 109 (17.4%)<br>4.  No Change: 25/109 (22.9%)<br>5.  Minimally Worse: 3/109 (2.8%)<br>6.  Moderately Worse: 0 / 109 (0%)<br>7.  Much Worse: 0 / 109 (0%)<br>8.  Missing: 19 / 109 (13.8%)<br><br>**Investigator-rated Clinical Global Impression of Change (CGIC) – not independent of primary outcome** | group)<br><br>**10. Histogram presentation of all PGIC 7-point results**<br><br>•  See histograms included at end of table. | |

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

| | | | | | |
|---|---|---|---|---|---|
| | | | <ul><li>Clinicians completed questionnaires at end of treatment (week 8)</li><li>Similar to above, seems like a 4 or 5 point scale in published report but is clearly a 7 point scale in the research report.</li><li>JAMA Figure 4: Investigator-rated Clinical Global Impression of Change at week 8 (p. 1841)</li></ul><br>**JAMA Report:**<br><br>**Placebo (n = 116)**<br>*note that these results were provided in percentages so calculations were done do discern sample sizes.*<br>Moderately or Much Improved: 15 / 116 (12.9%)<br>Minimally Improved: 7 / 116 (6.0%)<br>No Change:  71 / 116 (61.2%)<br>Worse: 9 / 116 (7.8%)<br>No Response: 14 / 116 (12.1%)<br><br>**Gabapentin (n = 109/113)**<br>*note that these results were provided in percentages so calculations were done do discern sample sizes. Results should be expressed for categorical variables as % of the true ITT N (113)*<br><br>Moderately or Much Improved: 43/109 (39.5%)<br>e.g. 43/113 = 38%, etc.<br>Minimally Improved: 19/109 (17.4%)<br>No Change: 29 / 109 (26.6%)<br>Worse: 3 / 109 (2.8%) | | |

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

| | | | | | |
|---|---|---|---|---|---|
| | | | No Response: 15 / 109 (13.8%)<br><br>**Unpublished Report:**<br>**Results should be expressed for categorical variables as % of the true ITT N (113)**<br><br>**Placebo (n=116)**<br>1.   Much Improved: 3/116 (2.6%)<br>2.   Moderately Improved: 12/116 (10.3%)<br>3.   Minimally Improved: 7/116 (6.0%)<br>4.   No Change: 71/116 (61.2%)<br>5.   Minimally Worse: 7 /116 (6.0%)<br>6.   Moderately Worse: 2/116 (1.7%)<br>7.   Much Worse: 0/116 (0%)<br>8.   Missing: 14/116 (12.1%)<br><br>**Gabapentin (n = 109/113)**<br>1.   Much Improved: 17/109 (15.6%)<br>     e.g. 17/113 = 15%<br>2.   Moderately Improved: 26/109 (23.9%)<br>3.   Minimally Improved: 19/109 (17.4%)<br>4.   No Change: 29/109 (26.6%)<br>5.   Minimally Worse: 2 /109 (1.8%)<br>6.   Moderately Worse: 0 /109 (0%)<br>7.   Much Worse: 1/109 (0.9%)<br>8.   Missing: 15/109 (13.8%)<br><br>**Short-Form 36 Quality of Life Questionnaire (SF-36) – not independent of primary outcome**<br>•   Completed at week 0 and again at week 8 at the final visit<br>•   According to P. 1840 of JAMA report, the SF-36 measures of physical functioning, role-physical, bodily pain, vitality, and mental | | |

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008

| | | | | | |
|---|---|---|---|---|---|
| | | | health all showed Gabapentin to be superior to placebo ($P < 0.01$; table 3)<br><br>• Table 3 (JAMA report, p. 1841) was too large for this column and is therefore not included here.<br><br>• Table 28 of the unpublished report (p. 107) shows the same results as Table 3.<br><br>**Profile of Mood States (POMS) – not independent of primary outcome**<br>• Completed at week 0 and again at week 8 at the final visit<br><br>• According to page 1840 of JAMA report, patients treated with gabapentin showed significantly greater improvement than subjects treated with placebo in the POMS assessments of depression-dejection, anger-hostility, fatigue-inertia and confusion-bewilderment, as well as in total mood disturbance ($P \leq 0.01$)<br><br>• Results also in table 3 on page 1841 (see end of document)<br><br>• Results in table 30 on page 115 of unpublished report match results in published report. | | |

Study No. 4 - PARKE-DAVIS 945-211 -  Rowbotham et al. (JAMA 1998) PHN – Study detailed summary prepared by Kelsey Innes, reviewed by Dr. Thomas L. Perry Study FINAL – August 3, 2008



Study No. 5 - Dallochio 2000 -PUBLISHED TRIAL SUMMARY – OPEN-LABEL TRIAL, THEREFORE SUMMARIZED ONLY FOR SAFETY OUTCOMES –Prepared by Thomas L. Perry, M.D. – FINAL – July 23, 2008   1

Study No. 5 - Dallochio 2000 – PDPN – GABAPENTIN VS. AMITRIPTYLINE OPEN LABEL TRIAL SUMMARY, ONLY FOR SAFETY OUTCOMES – FINAL – July 23, 2008

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane safety hierarchy only – open trial) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Study No. 5 Dallochio C, Buffa C, et al. Gabapentin vs. Amitriptyline in Painful Diabetic Neuropathy: An Open-Label Pilot Study. J. Pain and Symptom Management. 2000; 20: 280-283. **Support:** Parke-Davis SpA, Milan, Italy is co-author. **Dates:** Trial performed in 1997 (p. 285). | Painful diabetic peripheral neuropathy (PDPN): **Inclusion:** • Painful DPN ≥ 6 months • Pain score ≥ 2 on a 4-point categorical scale (0= no pain to 3=severe pain) • *"each patient was asked to rate average pain during previous use of gabapentin or amitriptyline"* **Exclusion** (interpreted from apparent typographical error at p. 281): • Renal, hepatic, CV insufficiency • *"other adjuvant analgesics, such as TCA's, mexillitine, carbamazepine, or other anticonvulsants..."*for 1 month Overall group characteristics: Age range: 61-83 | **Study design:** 12-week open, parallel-group single centre trial of gabapentin up to 2400 mg/d vs. amitriptyline up to 90 mg/d for a total of 12 weeks. Drugs were titrated over 4 weeks, starting from G=1200 mg/d and A-30 mg/d, then maintained at maximum tolerated dosage for 8 weeks. Patient flow: • Screened: not reported • Randomized: 25 (randomization procedure not described) • randomization: G=13; A=12 • All 25 patients "completed trial" NB: there is no flow diagram nor way to confirm that all 25 patients completed an 8-week, relatively high dose trial, which is not in keeping with other studies. | Because this is an open-label trial, this analysis will only look at safety outcomes – definitions at pp 31-32 of unpublished report appear to be compatible with other gabapentin studies. | **Mean Achieved Doses:** G (N=13): 1785 mg/d (351) A (N=12):    53 mg/d (16) Mortality: not reported Serious Adverse Events (number of patients or number of events): not reported Withdrawal Due to Adverse Events: not reported **Total patients with AE's:** G=4/13 P=11/12 (P=0.003, Fisher's exact test) **Total AE's (patients may have > 1):** Not reported **Characteristic AE for combined groups:** Not enumerated in detail | 1. Low quality open study which may not have been randomized, is open-label, and has no placebo group. 2. Unusual to have no drop outs in older patients in an 8 week study at large doses. 3. Reporting of AE inadequate to meta-analyse. Inappropriate to meta-analyse total patients with AE's as we cannot be sure patients were randomized. 4. Unusual to ask patients about their response to gabapentin or amitriptyline prior to randomization – unclear why this was done or how it might have affected "randomization" or outcomes. 5. Outcomes are claimed to favour G over A, but are not comparable to other pain outcomes and not reliable. |

**Notes: This is an open-label trial which is not suitable for meta-analysis, even for safety outcomes.**

1

PARKE DAVIS/PFIZER 945-224 (PDPN), Study No. 6 - Reckless J et al – UNPUBLISHED TRIAL SUMMARY – prepared by Thomas L. Perry, M.D. – FINAL - July 22 2008     1

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Study No. 6 Reckless, J Parke-Davis (Berlin, Germany) 945-224

UNPUBLISHED

7 week DBRCT May 29, 1998 – Sept. 7, 1999

Final Protocol: February 23, 1998 (p. 175/3214)

Investigators meeting March 6-7, 1998 59 European, 2 South African sites

Last statistical protocol specified October 15, 1999

Blind broken October 26, 1999 | Painful diabetic peripheral neuropathy (PDPN):

Inclusion/exclusion:
- No prior treatment with gabapentin ("enrichment bias")
- No chronic kidney disease (Cr clearance ≥ 60 mL/min predicted (violated for some patients)
- Pain score (Likert) ≥4 on daily pain diary before randomization
- Pain score (VAS) ≥ 4 at screening and | Placebo vs. gabapentin (3 x/day) titrated over 3 weeks to 600 mg/d, 1200 mg/d, or 2400 mg/d; then 4 weeks steady dose.  Number screened = 432, randomized = 325.

P = 77 randomized (77 reported for safety, 77 for efficacy; 65 completed 7weeks)

G600 = 82 randomized (82 reported for safety, 82 for efficacy: 70 completed 7 weeks)

G1200 = 82 randomized (82 reported for safety, 82 for efficacy: 76 | Predefined outcomes:

**Primary:**

Pain (Likert 0-10 score) as group mean of individual means from patients' last 7 available scores while on study medication (up to end of Week 7) from daily diary records of previous 24 hours (LOCF for noncompleters, protocol specifies BOCF for any subject taking drug who had no post-baseline assessment – p. 14 of protocol).

Change in pain was also assessed by comparison of group means of individual patient differences from baseline (screening) determined from last 7 available daily pain scores during screening and during double blind treatment (up to end of Week 7).

NB: 1 patient in G2400 group was not evaluable due to missing screening data. Other patients with protocol violations, e.g. 14 patients with baseline score < 4, were evaluated (p. 44). | Mortality (p. 84): P = 0: Gabapentin groups = 0

Serious Adverse Events (p. 84): P = 4/77 G600 = 5/82 G1200: 2/82 G2400: 3/84

Withdrawal Due to Adverse Events (WDAE): P = 8/77 G600 = 8/82 G1200 = 3/82 G2400 = 11/84 ("Associated AE's" appear higher (8/84) in G2400 group)

Total withdrawals: P=12/77 G600=12/82 G1200=6/82 G2400=19/84

Total patients with AE's P=36/77 G600=40/82 G1200=35/82 | 1.  Despite "enrichment" by excluding patients who had previously used gabapentin, (partly during a period when the Backonja publication of Study 245-210 *"...gave rise to hish expectations concerning the analgesic effects of gabapentin"* (p. 136) this study shows <u>no beneficial effect on primary or secondary outcomes of any dose of gabapentin from 600-2400 mg/day for painful DPN.</u> Secondary outcomes which purport to be significant are results of multiple comparisons and are probably not statistically significant.

2. The study confirms other findings of dose dependent neurotoxicity, but did not find evidence for dose-dependent efficacy, despite finding nearly a nearly linear dose-concentration relationship for mean plasma |

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 58 of 116

PARKE DAVIS/PFIZER 945-224 (PDPN), Study No. 6 - Reckless J et al – UNPUBLISHED TRIAL SUMMARY – prepared by Thomas L. Perry, M.D. – FINAL - July 22 2008      2

| | | | | | |
|---|---|---|---|---|---|
| Final report February 7, 2000 | randomization (SF-MPS)<br>NB: A few patients sneaked through screening without meeting criteria<br><br>**Baseline characteristics:**<br>• Mean pain score (Likert NRS, 0-10):<br>P        (N=77/77): 6.18 (SD 1.68)<br>Range: 1.0 - 10<br>G600 (N=82/82): 6.30 (SD 1.49)<br>Range: 3.1 – 10<br>G1200 (N=82'82): 6.10 (SD 1.58)<br>Range: 3.1 - 10<br>G2400 (N=83/84): 6.23 (SD 1.58)<br>Range: 3.7-10– 1 had no baseline score<br><br>• Groups appear generally similar. Some in each group had creatinine clearance < | completed 7 weeks)<br><br>G2400 = 84 randomized (84 reported for safety, 83 for efficacy: 65 completed 7 weeks)<br><br>This study appears to be true ITT-LOCF as all patients randomized except for 1 patient in G2400 group who lacked baseline pain score appear to have been reported for efficacy. It does not report on all patients at true endpoint, and could exaggerate apparent efficacy of higher dose gabapentin if efficacy determinations were made at times of early patient withdrawal due to adverse neurologic effects (p. 91) | **Sample size estimation (p. 32)** was calculated based upon results of Study 245-210 (final report December 30, 1998, p. 159) showing group mean difference at endpoint on NRS (Likert) score of 1.3 for target dose of 3600 mg/d vs. placebo.  Designers of 245-224 must have been aware by early 1998 of results of 245-210.<br><br>**Analysis by ANCOVA** with treatment and cluster (pooled centres) as fixed effects and baseline mean score as covariate – similar to 245-210.  (p. 32) Analysis on ITT-LOCF population appears to be complete except for 1 patient (see above).  *"…Both results of original data and transformed data were to be displayed and discussed.  In case of failure of data transformation, a nonparametric ANCOVA given by Conover was to be applied…"* (p. 33)<br><br><br><br>Secondary:<br>NB: all secondary outcomes are <u>dependent,</u> not independent of primary outcome, as they all measure various aspects of the same thing (pain relief).  There was no difference between placebo and gabapentin groups for any outcome, so this will not be discussed further | G2400=45/84<br><br>Total patients with AE did not differ between groups (p. 84), but "Associated AE's" affecting nervous system showed the usual pattern for gabapentin:<br>P= 6/77 (8%)<br>G600=10/82 (12%)<br>G1200=10/82 (12%)<br>G2400=19/84 (23%)<br>No test of statistical significance reported.  The authors comment (p. 90): *"…The highest incidence of withdrawals due to adverse events was found in the 2400 mg gabapentin group. In this group especially adverse events of the nervous system resulted in withdrawal of the patients. While 8 pagtients were withdrawn from the 2400 mg gabapentin group due to adverse events of the nervous system, only 1 patient discontinued the study due to adverse events of the nervous system in the 600 and 1200 mg gabapentin group, respectively.  In the placebo group thre was no adverse event leading to withdrawal that was affecting the nervous system."* (p. 91 Table 39)<br><br><br>Total AE: not reported<br><br>Weight: (mean, or mean change, by group)<br>Not reported in complete report (? Appendices)<br>Primary outcome (endpoint):<br>Group mean pain scores at "endpoint" = ITT-LOCF ("endpoint" = last observation carried forward as if all endpoints were at 7 weeks):<br><br>P (N=77):              4.5 (SD 2.3)<br>G600 (N=82):         4.9 (SD 2.3) | concentrations at steady state.<br><br><br>3. It appears to have assessed all but one patient (in 2400 mg/d group) for primary efficacy outpoints (true ITT-LOCF) and thus appears to be superior in quality to other trials.<br><br>4. Exploratory or pre-specified analyses of secondary outcomes found no benefit of gabapentin at 600-2400 mg/day for:<br>• % responders<br>• % "pain-free" or "virtually pain-free"<br>• patient global impression of change<br>• clinician global impression of change<br><br>5. During open-label extension, the authors noted that *"…The higher patients were titrated, the more paracetamol*they took.*"* (Table 55, p. 117)  THIS OBSERVATION, ALONG WITH THE PRIMARY OUTCOME DATA, CHALLENGES THE ASSUMPTION THAT THERE IS DOSE-DEPENDENT EFFICACY FOR GABAPENTIN, WHEREAS |

PARKE DAVIS/PFIZER 945-224 (PDPN), Study No. 6 - Reckless J et al – UNPUBLISHED TRIAL SUMMARY – prepared by Thomas L. Perry, M.D. – FINAL - July 22 2008      3

| | screening criterion. | | here.<br><br>**Additional information from secondary outcomes and post-hoc comparisons apparently described (? Statistical protocol) prior to unblinding data (p. 36):**<br>• Dose of paracetamol (acetaminophen) by number of days taken and total dose ingested during 4-week fixed dose phase of trial, by group<br>• Number and % of "responders", defined as patients in each group attaining ≥ 50% reduction in individual mean endpoint pain score vs. baseline mean , who did not withdraw for non-efficacy and did not take any forbidden medication during days used to calculate endpoint NRS (this definition could include people who withdraw due to adverse events!) – ITT – see p. 54/3214 of final study report<br><br><small>In an additional analysis responders were evaluated. Responders were defined as patients with at least 50% reduction in pain score from baseline to Week 7/Termination, who did not withdraw from the study due to lack of efficacy and did not take any forbidden medication during the study days included in the endpoint calculation. Seven patients with at least 50% reduction in pain were defined as non-responders because they took forbidden medication during the days included in the calculation (pat.no: 8908; 600 mg gabapentin: 1513, 7209; 1200 mg gabapentin: 5701, 5804, 7905, 8102). Table 15 displays the responders in the treatment groups.</small><br><br><small>TABLE 15. Responders/Non-responders (ITT Population)</small><br><br>• Number of "pain-free" (endpoint individual mean NRS score = 0) and "virtually pain-free" (endpoint individual mean NRS score | G1200 (N=82):      3.9 (SD 2.4)<br>G2400 (N=83/84):     4.1 (SD 2.5)<br><br>Change from baseline:<br>P:       -1.7 (SD 2.1)<br>G600:   -1.4 (SD 2.0)<br>G1200:  -2.2 (SD 2.2)<br>G2400:  -2.1 (SD 2.5)<br><br>There was no difference between any gabapentin group vs. placebo, nor pooled 1200/2400 gabapentin groups vs. placebo. The report authors state:<br><br>*"…This means that in this study efficacy of the chosen doses of gabapentin in controlling pain associated with diabetic neuropathy could not be proven."*<br><br>Figure 3 p. 53) shows this visually.<br><br><u>Secondary outcomes:</u><br><br>**Paracetamol (acetaminophen) consumption during 4-week fixed-dose period (not all patients used it):**<br>P (N=32): 16 days mean use: 26 g mean ingestion<br>G600 (N=26): 18 days mean use: 38 g mean ingestion<br>G1200 (N=28): 16 days mean use: 32 g mean ingestion<br>G2400 (N=35): 20 days mean use: 43 g mean ingestion<br>The authors note *"… The analysis of total intake revealed that the highest amounts were taken in the 2400 mg gabapentin group and the lowest amounts in the placebo group…"*<br><br>**"Responder" analysis≥50% reduction in pain from baseline** | DOSE-DEPENDENT TOXICITY IS A CONSISTENT FEATURE OF ALL STUDIES.<br><br>THE AUTHORS CONCLUDE (p. 135 et seq):<br>*"…In this study, none of the tested gabapentin doses was superior to placebo on the primary endpoint weekly mean pain score; …*<br><br>*"… The failure to demonstrate efficacy on the primary outcome measure may be in part due to a high placebo effect in this study…*<br><br>*"…Compared to study 945-210 the rate of all adverse events as well as of associated adverse events was much lower in study 945-224….Thus, the decreased effect with regard to efficacy parameters of lower doses of gabapentin is coupled with a decreased rate of adverse events…"*<br><br>6. Publication of this trial would have FUNDAMENTALLY ALTERED INTERPRETATION OF THE SMALLER BACKONJA TRIAL AND REFERENCES TO IT! |

Table 15 content:

| | | Treatment Group | | |
| --- | --- | --- | --- | --- |
| | Placebo<br>N = 77 | Gabapentin<br>600 mg<br>N = 82 | Gabapentin<br>1200 mg<br>N = 82 | Gabapentin<br>2400 mg<br>N = 83 |
| Responders, N (%) | 19  (24.7) | 13  (15.9) | 33  (40.2) | 25   (30.1) |
| Non-Responders, N (%) | 58  (75.3) | 69  (84.1) | 49  (59.8) | 58  (69.9) |
| Total, N (%) | 77 (100.0) | 82 (100.0) | 82 (100.0) | 83 (100.0) |

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 60 of 116

PARKE DAVIS/PFIZER 945-224 (PDPN), Study No. 6 - Reckless J et al – UNPUBLISHED TRIAL SUMMARY – prepared by Thomas L. Perry, M.D. – FINAL - July 22 2008      4

| | | | between 0 and 1) for each group – ITT-LOCF | (note conditions: this definition could include people who withdraw due to adverse events!) – this is almost certainly not a pre-defined analysis in original protocol):<br><br>TLP conclusion: this outcome cannot be used for meta-analysis as it is not pre-specified.<br><br>P = 19/77 (25%)<br>G600 = 13/82 (16%)<br>G1200 = 33/82 (40%)<br>G2400 = 25/84 (ITT: 30%)<br>Statistical significance is claimed for G1200 vs. placebo but there is no correction for multiple comparisons – the authors note placebo was better than G600 and G1200 better than G2400! (p. 57) -<br><br>Analysis of "virtually/totally pain-free" patients (post-hoc):<br>P = 8 virtually, 0 totally pain-free<br>G600 = 4 virtually, 1 totally pain-free<br>G1200 = 6 virtually, 1 totally pain-free<br>G2400 = 12 virtually, 4 totally pain-free<br>NB: these could include patients who withdrew due to adverse events.  The authors found no significant difference between gabapentin groups and placebo group. (p. 58)<br><br>Sleep interference scores at endpoint:<br>P (77/77): 3.87 (SE 0.24)<br>G600 (82/82): 3.85 (SE 0.23)<br>G1200 (82/82): 2.80 (SE 0.23)<br>G2400 (82/84): 3.01 (SE 0.23) – not ITT (2 missing)<br>Authors claim significant reduction in G1200 and G2400 groups (difference vs. placebo = 0.85-1.1, p = 0.001) but do not describe correction for multiple comparisons.  Placebo also lowered sleep | |
|---|---|---|---|---|---|

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 61 of 116

PARKE DAVIS/PFIZER 945-224 (PDPN), Study No. 6 - Reckless J et al – UNPUBLISHED TRIAL SUMMARY – prepared by Thomas L. Perry, M.D. – FINAL - July 22 2008      5

interference.

**Patient Global Impression of Change at endpoint(PGIC):
No significant difference was found between placebo vs.
gabapentin groups.**  Many observations missing from 3 of 4
groups.  Imputation of missing observations as "no change" or
"worse" would reduce any apparent differences in graph at p. 73,
Figure 9.

TLP conclusion: Although many missing observations, this
can be used for meta-analysis by using ITT denominators,
i.e. PGIC:

P = 26/77 (34%)
G600 = 22/82 (27%)
G1200 = 36/82 (44%)
G2400 = 36/84 (ITT: 43%)

TABLE 26. PGIC Score: Descriptive Statistics (ITT Population)

| Patient Status | Treatment Group | | | |
|---|---|---|---|---|
| | Placebo | Gabapentin 600 mg | Gabapentin 1200 mg | Gabapentin 2400 mg |
| | N = 77 | N = 82 | N = 82 | N = 83 |
| **Patients assessed** | 72 (100.0) | 73 (100.0) | 81 (100.0) | 73 (100.0) |
| Very Much Improved, N (%) | 10 (13.9) | 9 (12.3) | 14 (17.3) | 14 (19.2) |
| Much Improved, N (%) | 16 (22.2) | 13 (17.8) | 22 (27.2) | 22 (30.1) |
| Minimally Improved, N (%) | 21 (29.2) | 23 (31.5) | 27 (33.3) | 19 (26.0) |
| No Change, N (%), | 16 (22.2) | 18 (24.7) | 13 (16.0) | 11 (15.1) |
| Minimally Worse, N (%) | 5 (6.9) | 7 (9.6) | 4 (4.9) | 5 (6.8) |
| Much Worse, N (%) | 2 (2.8) | 3 (4.1) | 1 (1.2) | 1 (1.4) |
| Very Much Worse, N (%) | 2 (2.8) | 0 (0.0) | 0 (0.0) | 1 (1.4) |
| | | | | |
| **Overall Scores[a]** | | | | |
| Mean (SD) | 0.9 (1.4) | 0.9 (1.3) | 1.3 (1.2) | 1.3 (1.3) |
| Median | 1.0 | 1.0 | 1.0 | 1.0 |
| Range | -3 - 3 | -2 - 3 | -2 - 3 | -3 - 3 |

PGIC = Patient global impression of change; SD = Standard deviation.
[a] Based on: 3 = Very much improved; 2 = Much improved; 1 = Minimally improved; 0= No change;
-1 = Minimally worse; -2 = Much worse; -3 = Very much worse.

| | | | | Clinician's GIC (CGIC) at endpoint:<br>Authors claim difference favouring G1200 group only vs. placebo (p. 75) but do not report correction for multiple comparisons. Many missing observations from other 3 groups.<br><br>Gabapentin plasma concentrations (p. 82):<br>P (N-65): 0 mg/L<br>G600 (N=65): 2.27 mg/L<br>G1200 (N=79): 3.71 mg/L<br>G2400 (N=72): 7.01 mg/L<br>These were measured at end of double-blind fixed dose phase and *"were within the expected range"*, demonstrating close to linear kinetics for group means. | |

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 63 of 116

Study No. 7 - VAN DE VUSSE 2004 – GABAPENTIN FOR CRPS-1 – DBR CROSSOVER TRIAL (PUBLISHED VERSION ONLY) – final -  Dr. Thomas L. Perry, July 24, 2008          1

VAN DE VUSSE 2004 – GABAPENTIN FOR CRPS-1 – DBR CROSSOVER TRIAL (published) – FINAL **– SUMMARY – Study No. 7**

| Study/Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Study No. 7 Van de Vusse, Stomp-van den Berg et al. Randomised controlled trial of gabapentin in Comples Regional Pain Syndrome type 1 [ISRCTN84121379]. BMC Neurology 2004, 4: 13 doi:10.1186/1471-2377-4-13. (9 pages)

Support: Parke-Davis supplied gabapentin and matching placebo capsules and financial support for 2 authors to attend 1 congress.

Dates: Patients enrolled and completed between November 1998 – December 1999

Trial design: Independent.

DBR Crossover Trial, 8 weeks including 2 treatment periods of 3 weeks separated by 2 week washout, comparing gabapentin (G) with placebo to final dose of G=1800 mg/d | Chronic CRPS-1 (complex regional pain syndrome type 1, synonymous with "reflex sympathetic dystrophy")

Inclusion:
• 18-75 years
• pain > 3 on a visual analog scale (VAS) of 0 (no pain) -100 (worst pain imaginable)
• long-standing CRPS known to academic hospital pain service with functional impairment anatomically separate from initial trauma
Exclusion:
• *known kidney and/or severe liver disease:*
• diabetes | Study design: 8 week double blind crossover RCT comparing G with P as 2 arms: P/G x 3 weeks with 2 week washout between treatments vs. G/P with 2 week washout between treatments.

Patient flow (Fig 1, p 4/9):
• Screened (files): 188
• Screened (invited): 151
• Excluded: 93 (mostly non-consenting or different diagnosis)
• Randomized: 58 as P/G=29, G/P=29
• Completed crossover: 46/58 (79%) as P/G=24/29 (83%), G/P=22/29 (76%) | Predefined outcomes:

Primary: VAS (0-10 point) pain rating for last 24 hours at end of phase 1, end of washout, end of phase 2

Secondary:

• "Global perceived effect (GPE) on pain" as 7 categories from "worst ever" to "best ever".
• "Neuropathic pain scale."
• Sensibility of skin
• Mechanical allodynia test
• Physical examination abnormalities | Mortality: Not reported

Serious Adverse Events: Not reported

Withdrawal Due to Adverse Events: interpreted for this table as total from each sequence (by treatment) over total exposed (completers + withdrawals for each drug): P=0/51; G=3/54 These appear suitable for meta-analysis

Total withdrawals: P=6/56: G=4/53

Total patients with AE's: interpreted for this table as total from each sequence (by treatment) over total exposed per treatment from Table 5. NB: these totals differ slightly for P (N=56) and for G (N=53) from the interpolated  number for patients exposed to each drug, but the denominators are so close that it is preferable to use the numbers from Table 5 for this analysis, as reported: P total = 21/51 (41%) G total = 36/54 (67%) These appear suitable for meta-analysis

Most important AE's (Table 5): interpreted for this table as total from each sequence (by | 1.  This is an unusual study which is not directly comparable with any other study. Doctors were unblinded, and patients were unblinded after crossover.  The authors conclude that *"Gabapentin had a mild effect on pain in patients with CRPS 1 …A subpopulation of CPRS patients may benefit from gabapentin, but then for each individual patient the benefit has to be weighed against the frequently occurring side effects."*

2. Outcomes other than safety are not suitable for meta-analysis.  The number of patients shown as |

Study No. 7 - VAN DE VUSSE 2004 – GABAPENTIN FOR CRPS-1 – DBR CROSSOVER TRIAL (PUBLISHED VERSION ONLY) – final -  Dr. Thomas L. Perry, July 24, 2008        2

| | | | | | |
|---|---|---|---|---|---|
| **Concealment:** identical placebo capsules<br><br>**Randomization:** *"assignment scheme was generated by our hospital pharmacy from a table of random numbers.  The closed envelopes containing the assignments were prenumbered and kept at the pharmacy.."* (p. 2/9) | **Allowable drugs:** usual analgesics allowed<br><br>**Baseline characteristics:** Mean age: 44 (range 24-75) | • **Exposed to drug** (completers + withdrawals for each drug): P=56, G=53)<br>• Completed assigned treatments: P=50/56: G=49/53<br>• Withdrawn from treatments: P=6/56; G=4/53; washout=2/?<br><br>**Drug doses/titration (p. 2112):** Titration from G=600 mg/d on day 1-2 to 1800 mg/d by day 5, then stable to end of week 3.<br><br>**Statistical Analysis:** (p. 3/9) Unusually complicated description.  See original report. | NB: none of these scores are comparable with any other commonly used scales.<br><br>**Test of blinding:** Both investigators and subjects were unblinded (p. 3/9) | treatment) over total exposed per treatment from Table 5. NB: these totals differ slightly for P (N=56) and for G (N=53) from the interpolated  number for patients exposed to each drug, but the denominators are so close that it is preferable to use the numbers from Table 5 for this analysis, as reported:<br><br>Dizziness: P=2/51 (3.9%): G=20/54 (37%)<br>Somnolence: P=3/51 (5.9%): G=15/54 (28%)<br>Lethargy: P=1/51 (2.0%): G=11/54 (20%)<br>"Drunken" or "disturbed gait" (ataxia):<br>        P=0/51 (0%): G=8/54 (15%)<br><br>These appear suitable for meta-analysis, using total of "drunken or disturbed gait" as equivalent to "ataxia" reported in other studies.<br><br>**Total AE's (patients may have > 1 as total exceeds total patients with AE):** Not reported<br><br>**Disability:** not reported<br><br>**> 50% reduction in NRS pain score at endpoint vs. baseline:**  not reported (not an outcome)<br><br>**Primary outcome VAS pain score:** Completer analysis only, not suitable for meta-analysis.  Numbers also are only presented graphically.<br><br>**Secondary outcomes:** See original report.  None are comparable to other | exposed for safety outcomes are so close to the total randomized that they suffice as denominators, although it was not possible to confirm from the article whether the denominators are underline(exactly) as shown. |

| | | | | studies, nor are clearly clinically meaningful. PGIC: not reported | |
|---|---|---|---|---|---|

Study No. 8 - PARKE DAVIS/PFIZER 945-271 – Gordh T et al – UNPUBLISHED - NEUROPATHIC PAIN DUE TO NERVE INJURY (Scandinavian trial) – Prepared by     1
K. Innes, B.Sc. June 2008; reviewed by Thomas L. Perry, M.D. – FINAL VERSION, July 23, 2008

## STUDY NO. 8 - STUDY DETAIL SUMMARY AND ANALYSIS: SIRKKU LARSSON
## STUDY NUMBER 945-271 – POST-OPERATIVE AND POSTTRAUMATIC PAIN (POPP) STUDY

The information in the following tables was taken from:

- Gabapentin vs. Placebo in Patients with Neuropathic Pain. A Randomized, Double-Blind, Cross-Over, Multi-Center Study in the Nordic Area.  Final Report of Study ISN 945-271.  The POPP Study.  2003-03-07.  Coordinating Investigator Assoc. Prof. Torsten Gordh.  Authors Gunilla Borg, Ph.D., Sirkku Larson, M Sc. Pharm.
- Analysis Plan Protocol 945-271.  Gabapentin vs. Patients with Neuropathic Pain. A Randomized, Double-Blind, Cross-Over, Multi-Center Study in the Nordic Area.  Post-Operative and Posttraumatic Pain Study (POPP Study). 23.02.2001.

This trial may not have been published because the results show considerably less difference between gabapentin and placebo than were described in published trials for:

- "50% pain reduction" (as assessed - see details in table)
- Difference in group mean pain scores (VAS) at end of treatment (minimal, << 10/100, where a 11/100 difference was pre-defined as the minimal clinically significant difference; note that 10/100 VAS is presumably approximately "equivalent" to 1/10 NRS)
- PGIC, the only outcome where results can be used in our meta-analysis (because a standard 7-point rating scale was utilized and the correct ITT denominators can be used): P=8/111( 7.2%); G=21/113 (18.6%)

According to P. 31 of the final report, the" ITT" population consisted of all randomized patients who completed both treatment periods (n = 98; Gabapentin-Placebo Arm = 48, Placebo-Gabapentin Arm = 50).  This is not the correct definition of ITT, but rather a "completer" or "per protocol" analysis.  To analyze on the basis of ITT, the outcomes of all patients are analysed with the group to which they were originally assigned, whether or not they completed the protocol.

There are several dependant comparisons made throughout this study, however no correction was employed to account for this (e.g. Bonferrroni's correction).

According to page 46 and Table 32, 21/107 (19.6%) of patients taking Gabapentin were treated with a dose of Gabapentin of less than 2400 mg (average does was 2243 mg, SD = 402).  In comparison, 7/103 (6.8%) of patients on placebo were treated with less than 2400 mg (mean = 2363 mg, SD = 172).  The final report calls this a difference that could be seen which one would assume to mean statistical significance in which would in turn indicate that people found it difficult to reach the maximum dose of Gabapentin for this study, 2400 mg, when in fact patients are often prescribed up to 3600 mg of Gabapentin.

No carry-over effects were observed which implies the washout period was adequate; therefore, the use of a crossover design was appropriate.  Period effect were deemed significant, however, details are sparse.  For both "ITT" (completer population) and PP (Per Protocol) analyses, those who took Gabapentin first saw almost no reduction in pain score when on placebo (reduction = 0.5 for "ITT" or completer population and 0.7 for PP) compared to greater reductions when on placebo seen when placebo taken first (6.9 for "ITT" or completer population, 7.1 for PP), this would seem to indicate unblinding due to an inactive placebo.  Also, MPIS

Study No. 8 - PARKE DAVIS/PFIZER 945-271 – Gordh T et al – UNPUBLISHED - NEUROPATHIC PAIN DUE TO NERVE INJURY (Scandinavian trial) – Prepared by          2
K. Innes, B.Sc. June 2008; reviewed by Thomas L. Perry, M.D. – FINAL VERSION, July 23, 2008

shows no improvement over placebo in the "ITT" (completer population) and PP populations (P = 0.20, P = 0.16 respectively), the "ITT" (completer population) only included those who completed both trials, Therefore, the results are probably even less significant when one accounts for withdrawals.

This study precluded past Gabapentin use, this leads to enrichment bias.

With regard to Quality of life ("ITT" or completer population), it is stated that there were significant improvements in Vitality, Role Emotional, Mental Health, and a borderline improvement in bodily pain, as compared with placebo.  Although a marker can be statistically significant is it clinically significant?  For example, mental health supposedly improved by 3.95189 after treatment with Gabapentin but what does that mean?  Is there actually a noticeable difference?   Furthermore, the tables for the QoL markers (before and after Gabapentin or placebo) are listed in the back (Tables 38, 39, and 40, page 60, 61 of the March report) however the calculated value for change in Gabapentin – change in placebo are not consistent (Table 40 values are not consistent with values in table 39).  The corrected version of the tables shows a larger improvement in Role Physical, Bodily Pain, and Social Functioning with placebo.  There are similar problems with the QoL tables for the PP population.

Study No. 8 - PARKE DAVIS/PFIZER 945-271 – Gordh T et al – UNPUBLISHED - NEUROPATHIC PAIN DUE TO NERVE INJURY (Scandinavian trial) – Prepared by   3
K. Innes, B.Sc. June 2008; reviewed by Thomas L. Perry, M.D. – FINAL VERSION, July 23, 2008

| Study / Design / Dates | Inclusion Criteria / Baseline Characteristics | Intervention(s), Experimental Design, N of Subjects Randomized (ITT) / N Who Completed Study | Predefined Outcomes / Issues in Statistical Analysis | Outcomes Hierarchy (Cochrane, investigators: primary / secondary) | Comments / Conclusions of Kelsey Innes |
|---|---|---|---|---|---|
| **Study No. 8**<br>**Study Manager:** Sirkku Larson.<br><br>**Coordinating Investigator:** Torsten Gordh<br><br>Randomized, double-blind, placebo-controlled, cross-over, multicentre study.<br><br>**Protocol Number:** ISN 945-271<br><br>Clinical Study Protocol approved April 7, 1998 (1 amendment implemented before enrolment, 2 addenda during course of study, see. Pp.27-28 for details)<br><br>**Date First Patient Included:** 12-November-1998 | Neuropathic pain due to nerve injury.<br><br>**Inclusion Criteria:**<br>• Male or female, at least 18 years of age<br>• Patients with a peripheral nerve injury who have experienced this form of pain for greater than 6 months<br>• The diagnosis according to ICD-10 will include<br>  ○ Post-traumatic neuralgia<br>  ○ Postoperative neuralgia<br>• Patients who is judged by the investigator to fulfill a pain score of greater than 30 on a VAS (0-100) at randomization<br>• Randomization procedure explained on page 19 of the March report, state that the randomization list is in appendix 7 (we don't have appendices) | **Study Populations:**<br><br>• According to P. 31 of the final report, the "ITT" population consisted of all randomized patients completed both treatment periods (n = 98) (Gabapentin-Placebo – 48, PI-G – 50). This is not the definition of ITT, but is in actuality the completer population see comments for details.<br>• The safety analysis was based on all patients who took at least one dose of study medication.<br><br>**Patient Flow:**<br>Screened: 159<br>Randomized: 120<br>Gabapentin-Placebo Arm: 61 | NB: The number of patients randomized was 120. The number of patients reported as "ITT" was 98, in reality this "ITT" population consisted only of those patients who completed both treatment periods. The Per Protocol (PP) population consisted of 85 patients, this was the number of patients with no major protocol deviations.<br>• Before any statistical analyses were performed, decisions were made, see p. 28 for details.<br>• P. 27 of March report: study was expected to have at least 80% power to detect a clinically significant difference between P and G (a diff of < 11 on a 100 mm VAS not considered clinically significant)<br>  ○ They say this but continuously point out VAS results less than 11 mm as if they are something significant (e.g. with mean sleep interference score on p.37, with ¶4 of discussion p. 49)<br>• If no carry over effect then SE was to be reduced by 1.4 → 80% power to detect an 8-unit effect difference<br>  ○ Note that period effects but **no** carry-over effects were detected.<br><br>**Primary Variable** | **1. Mortality:**<br>P = 0/111, G = 0/113<br><br>**TLP: Mortality OK for meta-analysis**<br><br>**2. Serious Adverse Events**<br>• See definition on p. 24 of March report<br>• See table 61 on page 72 for details.<br><br>**TLP: Number of patients with SAE OK for meta-analysis**<br><br>Number of patients with SAEs:<br>P = 3 / 111 (2.7%)<br>G = 2 / 113 (1.8%)<br><br>**TLP: Total SAE OK for descriptive statistics**<br><br>Total number of SAEs:<br>P = 3<br>G = 4<br><br>(i.e. 2 patients experienced 4 SAEs | 1. MPIS, MSIS, and each dimension of SF-36 were analyzed by means of standard normal-theory based methods, ANCOVA, adjusting for the baseline… (See p. 26 of March report for details). Treatment and period were used as explanatory variables; however, it does not seem as though treatment centre was used as a possible explanatory variable, it should have been.<br>2. According to P. 31 of the final report, the "ITT" population consisted of all randomized patients completed both treatment periods (n = 98) (Gabapentin-Placebo – 48, PI-G – 50). This is not the definition of ITT, rather, is the completer population. To analyze on the basis of ITT, the outcomes of all patients are analysed with the group to which they were originally assigned, **whether or not they completed the protocol.**<br>3. There are several dependant comparisons made throughout this study, however not correction was employed to account for this (e.g. Bonferrroni's correction).<br>4. According to page 46 and Table 32, |

Study No. 8 - PARKE DAVIS/PFIZER 945-271 – Gordh T et al – UNPUBLISHED - NEUROPATHIC PAIN DUE TO NERVE INJURY (Scandinavian trial) – Prepared by     4
K. Innes, B.Sc. June 2008; reviewed by Thomas L. Perry, M.D. – FINAL VERSION, July 23, 2008

**Date Last Patient Completed:** 30-November-2001

**Date of Report:** 7-March-2003, note there is a second sub-study report dated 2003-09-18. The main report will be referred to throughout this document as the March report. All page numbers and Table numbers refer to the March report.

**Publication:** Not Published

**Unpublished Report:** Gabapentin vs. Placebo in Patients with Neuropathic Pain. A Randomized, Double-Blind, Cross-Over, Multi-Center Study in the Nordic Area.

Randomization code was broken for one patient (pt. # 5158, due to the occurrence of an SAE), the code breaking was performed in accordance

- Must show presence of hyper- or hypo phenomena in sensibility tests within a neuro-anatomical distribution area
- Able to understand and cooperate with study procedures
- Capable of completing the study
- Written and informed consent given
- At randomization
  o An average of 14 measurements of pain score greater than 30 on a VAS (0-100) during the last week of screening

**Exclusion Criteria**

- Pregnant and lactating women, and fertile women not using appropriate contraception
- Previous treatment with Gabapentin
- Decreased renal function
- Serious hepatic, respiratory or hematologic illnesses, unstable cardiovascular disease or symptomatic peripheral vascular disease

**Placebo-Gabapentin Arm:** 59
**Exposed to G:** 113
**Exposed to P:** 111



- See Figure 2 p. 29 for diagram
- Time point for withdrawals given in Table 3, p. 30 of March report.
- Reasons for withdrawal in Table 4, p. 30

**Study Procedure**
**Baseline:** 2 weeks
**Titration:** 2 weeks
**Treatment at Fixed Dose:** 3 weeks
**Washout:** 3 weeks
**Crossover**
**Total:** 15 weeks
(see diagram on p. 10 of protocol, p. 16 of March report)

- Titration began at 300 mg daily increased to max of 2400 mg daily

**Mean Pain Intensity Score (VAS)** (P. 22 of March report)

- Was calculated based on last 14 pain assessments during run-in, T1, Washout, and T2, needed at least 10/14 (was changed to 9/14 before data analyses) . There is no LOCF analysis for those patients who withdrew early.
  o This is a **"completer: analysis.**
- No carry-over effect (i.e. drugs taken in treatment period 1 had no residual effect in treatment period 2, washout effective)
- Period effects were significant however, I would assume this might have something to do with unblinding because of use of inactive placebo (see comments)
- Figure 3 (P. 36 of the March report) shows MPIS by week, note relative ineffectiveness of Gabapentin in treatment phase II.

**MPIS "ITT population" (Completer Population)**
**Treatment Period 1:**

**Gabapentin-Placebo**
N: 48
Baseline: 52.2 (16.4)
Week Five: 45.2 (23.6)
Difference: 7.2 (17.8)

**Placebo-Gabapentin**
N: 50
Baseline: 54.1 (15.4)

while on Gabapentin, 3 patients experienced 3 SAEs while on Placebo)

**3. Withdrawals Due to Adverse Events:**

**WDAE Total = 11**
TLP: WDAE OK for meta-analysis

P = 4/111 (3.6%)
G = 7 / 113 (6.19%, not 5.8% as stated in passage, as N = 113, not 120, see reasoning below)

**WDAE during phase 1:**
P = 2/59 (3.39%)
G=6/61 (9.84%)

**WDAE during washout:**
P = 1 /59 (1.69%) (after taking placebo)
G = 0 / 61 (0.0%)

**WDAE during phase 2:**
P = 1/52 (1.92%)
G = 1/52 (1.92%)

- See Table 62, p. 72, Table 4 p. 30
- Table 3 lists the phases in which the withdrawals occurred but doesn't specify which withdrawal occurred where.

21/107 (19.6%) of patients taking Gabapentin were treated with a dose of Gabapentin of less than 2400 mg (average does was 2243 mg, SD = 402). In comparison, 7/103 (6.8%) of patients on placebo were treated with less than 2400 mg (mean = 2363 mg, SD = 172). The final report calls this a difference that could be seen which one would assume to mean statistical significance in which would in turn indicate that people found it difficult to reach the maximum dose of Gabapentin for this study, 2400 mg, when in fact patients are often prescribed up to 3600 mg of Gabapentin.

5. In total 22/120 (~18%) patients were non-compliant (P. 34 of March report) compliance so low? Was this accounted for?

6. No carry-over effects → adequate washout and therefore crossover appropriate. Period effect significant, details are sparse. However, for both "ITT" (completer population) and PP analyses, those who took Gabapentin first saw almost no reduction in pain score when on placebo (reduction = 0.5 for "ITT" or completer population and 0.7 for PP) compared to greater reductions when on placebo seen when placebo taken first (6.9 for "ITT" or the completer population, 7.1 for PP), this would seem to indicate unblinding due to an inactive

Study No. 8 - PARKE DAVIS/PFIZER 945-271 – Gordh T et al – UNPUBLISHED - NEUROPATHIC PAIN DUE TO NERVE INJURY (Scandinavian trial) – Prepared by     5
K. Innes, B.Sc. June 2008; reviewed by Thomas L. Perry, M.D. – FINAL VERSION, July 23, 2008

---

with the requirements (see p. 20 of the March report for requirements)

- Other pain that may confound assessment or self-evaluation of the neuropathic pain
- History of chronic alcohol or drug abuse within previous 3 years
- Patient not expected to complete the trial
- Participation in other experimental and/or drug studies.

Note: by not allowing prior treatment with Gabapentin, creating bias in favour of the drug as those who have used it and have not had it work will be excluded from study.

**Allowable Treatments:**
- Occasional use of NSAID for other type of pain will be allowed during the study
- Use of benzodiazepines, zolpidem or zopiclon for insomnia will be allowed, if they are prescribed before inclusion

**Prohibited:**
- TENS
- Regular use of weak

---

(see Table 2 of March report, p. 20, for recommendations). Titration schedule)

- During 3-week treatment period the study medication dosage must be unaltered. (For recommended dosing schedule see P. 26 of protocol)

**Compliance**
- See table 11.3 (P. 34 of the March report)

---

Week Five: 47.1 (22.2)
Difference 6.9 (15.5)

**Treatment Period 2:**
Gabapentin-Placebo
N: 48
Baseline: 50.9 (21.6)
Week Thirteen: 49.9 (24.3)
Difference: 0.5 (9.7)

Placebo-Gabapentin
N: 50
Baseline: 52.6 (21.1)
Week Five: 47.2 (25.1)
Difference: 5.1 (11.6)
ANCOVA shows no difference between the treatments (P = 0.20)

**MPIS PP Population (Per Protocol)**
NB:
Total PP Population: N= 85
Gabapentin-Placebo for PP population: n = 43
Placebo-Gabapentin for PP population: n = 42

- For Gabapentin-Placebo arm reduction in mean pain score during Gabapentin treatment was 8.1 m, 0.7mm with placebo (n = 43)
- For Placebo-Gabapentin arm reduction in pain score during Gabapentin treatment was 4.7, and 7.1 mm with placebo. (n = 42)

ANCOVA shows no difference between the two treatments (p = 0.16)

---

- Additionally, 1 patient withdrew due to lack of efficacy while on Gabapentin (2 on placebo)

**4. Total Withdrawals:**
- A total of 22 patients withdrew from the study

TLP: Total patient withdrawals OK for meta-analysis

Placebo: 11/111 (9.91%)
- Adverse Events: 4/111 (3.60%)
- Non-Compliance:1/111 (0.9%)
- Consent-Withdrawn: 3/111 (2.70%)
- Other
  - Lack of efficacy: 2/111 (1.80%)
  - Use of Prohibited Drug: 1/111 (0.9%)

Note that two patients withdrew during the washout period after having taken placebo in phase 1: 1 patient withdrew due to adverse effects and one patient withdrew consent. These patients were included in the placebo withdrawals.

Gabapentin: 11/113 (9.73%)
- Adverse Events: 7/113 (6.19%)
- Non-Compliance:2/113 (1.77%)
- Consent-Withdrawn: 1/113

---

placebo.
7. MPIS shows no improvement over placebo in the "ITT" (completer population) and PP populations (P = 0.20, P = 0.16 respectively), the "ITT" (completer population) population only included those who completed both trials, Therefore, the results are probably even less significant when one accounts for withdrawals.
- Furthermore, given that this study precluded past Gabapentin use (a criteria for which no rationale is given), anyone who had used Gabapentin earlier only to have it not work was precluded from the study.
8. With regard to mean reduction in mean sleep interference score in the "ITT" population (completer population), the Gabapentin-Placebo arm saw a mean reduction of 10.2 mm when taking Gabapentin and 0.5 mm when taking placebo. The Placebo-Gabapentin arm saw a reduction of 3.8 when taking Gabapentin and 6.3 when taking placebo. With regard to the PP population the Gabapentin-Placebo arm saw a mean reduction of 11.0 mm when taking Gabapentin and 0.7 mm on placebo while the Placebo-Gabapentin arm saw a 3.5 mm reduction when taking Gabapentin and a 6.4 mm reduction when taking placebo. Supposedly these

Study No. 8 - PARKE DAVIS/PFIZER 945-271 – Gordh T et al – UNPUBLISHED - NEUROPATHIC PAIN DUE TO NERVE INJURY (Scandinavian trial) – Prepared by      6
K. Innes, B.Sc. June 2008; reviewed by Thomas L. Perry, M.D. – FINAL VERSION, July 23, 2008

| | | | | |
|---|---|---|---|---|
| | opioids and tramadol not allowed<br>• No concomitant medication that might affect neuropathic pain include:<br>  ○ Antidepressive drugs<br>  ○ Skeletal muscle relaxants with centrally acting properties<br>  ○ Mexiletine<br>  ○ Antiepileptic drugs<br>  ○ Dextromethorphan<br>  ○ Narcotics<br>  ○ Capsaicin<br>  ○ Anxiolytics<br><br>**Escape Medication**<br>• Paracetamol with +codeine, dextropropoxyphen as rescue medication was permitted (according to protocol this was an allowable medication)<br>• In amendment 1, Escape Medication was more clearly defined as "any other medication taken for pain"<br><br>Protocol deviations: (see P. 31), note also in p. 14 | | <u>Secondary Analysis</u><br>**Median Pain Intensity**<br>• In the analysis plan, it is stated that a secondary analysis was going to be done on median pain intensity: however, the March report does not contain any results pertaining to this.<br><br><u>Secondary Variables:</u><br><br>**Weekly mean sleep interference score (VAS)**<br>(P. 22, p. 37 of March report)<br>"ITT" population (completer population):<br>Treatment Period 1:<br><br>Gabapentin-Placebo<br>N: 48<br>Baseline: 37.9 (26.0)<br>Week Five: 28.0 (26.1)<br>Difference: 10.2 (15.6)<br><br>Placebo-Gabapentin<br>N: 50<br>Baseline: 37.4 (21.8)<br>Week Five: 31.4 (20.9)<br>Difference: 6.3 (12.5)<br><br>Treatment Period 2:<br>Gabapentin-Placebo<br>N: 48<br>Baseline (week eight): 32.3 (25.5)<br>Week Thirteen: 31.0 (26.5)<br>Difference: 0.5 (10.5) | (0.88%)<br>• Other:<br>  ○ Lack of efficacy: 1/113 (0.88%)<br>  ○ Use of Prohibited Drug: 0/113 (0%)<br><br>**5. Total Adverse Events:**<br><br>Denominators corrected to show patients who received at least one dose of Gabalentin or Placebo – True ITT.  N = 113 for Gabapentin and 111 for placebo not 120 for both as reported, as only 113 patients were exposed to Gabapentin and 111 were exposed to placebo.<br><br><u>Adverse Events:</u><br><br>Percentages in brackets<br><span style="color:blue">TLP: Total patients with AE OK for meta-analysis</span><br><br>Total Patients with AEs:<br>P = 72 / 111 (64.9%)<br>G = 91/113 (80.5%) | results favour Gabapentin (p = 0.0016 for "ITT" or completer population, p = 0.0024 for PP).  This makes no sense to me for a few reasons<br>• In both "ITT" (completer population) and PP populations the Placebo-Gabapentin arm saw a greater decrease in sleep interference while taking placebo.  This is clearly demonstrated by Figure 4 (p. 39 of March report)<br>• The largest decrease seen in either arm in both "ITT" (completer population) and PP populations was 11.0 mm. The report clearly states on page 27 that a VAS score of less than 11.0 mm is not considered to be clinically significant.<br>• None of the withdrawals were considered in this.  Several patients withdrew due to adverse effects (7 on Gabapentin) and 3 due to unacceptable pain.  I am still trying to figure out when those experiencing unacceptable pain left but I imagine those with AE and pain were not experiencing great improvements in mean sleep interference score.<br>9. With regard to Quality of life ("ITT" Population or the completer population).<br>  • It is stated that there were significant improvements in Vitality, Role |

Study No. 8 - PARKE DAVIS/PFIZER 945-271 – Gordh T et al – UNPUBLISHED - NEUROPATHIC PAIN DUE TO NERVE INJURY (Scandinavian trial) – Prepared by       7
K. Innes, B.Sc. June 2008; reviewed by Thomas L. Perry, M.D. – FINAL VERSION, July 23, 2008

| | | | | | |
|---|---|---|---|---|---|
| | | | Placebo-Gabapentin<br>N: 50<br>Baseline (week eight): 32.9 (21.1)<br>Week Thirteen: 28.6 (22.6)<br>Difference: 3.8 (9.3)<br><br>Using ANCOVA to adjust for baseline values, Gabapentin superior to placebo in reducing mean sleep interference score (p = 0.0016)<br><br>PP Population:<br>NB:<br>Total PP Population: N= 85<br>Gabapentin-Placebo for PP population: n = 43<br>Placebo-Gabapentin for PP population: n = 42<br><br>Mean reduction in score for Gabapentin-Placebo arm was 11.0 mm when taking Gabapentin, and 0.7 mm for placebo.<br><br>For the Placebo-Gabapentin arm, the mean reduction was 3.5 mm when taking Gabapentin and 6.4 mm when taking placebo.<br><br>Supposedly these results favour Gabapentin (p = 0.0024) however I cannot understand how. (see comments column)<br><br>Quality of Life (SF-36)<br><br>"ITT" Population (completer population) (P. 22 of March report)<br>NB: | TLP: Total number of AE OK for descriptive statistics<br><br>Total Number of AEs:<br>P = 168<br>G = 241<br><br>Most common AE's (N adjusted from 120 to 113 and 111 for G and P respectively)<br>Dizziness and Vertigo<br>P = 9 / 111 (8.1%)<br>G = 39 / 113 (34.5%)<br>Malaise and Tiredness<br>P = 17 / 111 (15.3%)<br>G = 31 / 113 (27.4%)<br>Headache including migraine<br>P = 20/111 (18.0%)<br>G = 18/113 (18.9%)<br>Nausea and Vomiting<br>P = 10 / 111 (9.0%)<br>G = 8/113 (7.1%)<br>Infections<br>P = 15 / 111 (13.5%)<br>G = 10 / 113 (8.8%)<br>Skin Disorders<br>P = 5 / 111 (4.5%)<br>G = 10/113 (8.8%)<br>Confusion<br>P = 2/111 (1.8%)<br>G = 16 / 113 (14.2%)<br>Mouth Dryness<br>P = 3/111 (2.7%)<br>G = 9/113 (8.0%) | Emotional, Mental Health, and a borderline improvement in bodily pain, as compared with placebo. Although a marker can be statistically significant is it clinically significant?  For example, mental health improved by 3.95189 after treatment with Gabapentin but what does that mean?  Is there actually a noticeable difference?<br>• There was an effect of period, i.e. for these markers, people felt better after the first round of treatment (G or P) which is not surprising and should be considered given that people were most likely excited / hopefully to be on a new drug.<br>• Finally, the tables for the QoL markers (before and after Gabapentin or placebo) are listed in the back (Tables 38, 39, and 40, page 60, 61 of the March report) however the calculated value for change in Gabapentin – change in placebo DO NOT MATCH i.e. Table 40 values are not consistent with values in table 39.<br>• In the Predefined Outcomes / Issues in Statistical Analysis column 40 a corrected version of Table 40 has been included (Difference in the 8 dimensions of SF-36 after Gabapentin vs. after |

Study No. 8 - PARKE DAVIS/PFIZER 945-271 – Gordh T et al – UNPUBLISHED - NEUROPATHIC PAIN DUE TO NERVE INJURY (Scandinavian trial) – Prepared by     8
K. Innes, B.Sc. June 2008; reviewed by Thomas L. Perry, M.D. – FINAL VERSION, July 23, 2008

| | | | | | |
|---|---|---|---|---|---|
| | | | Total "ITT" or completer Population: N= 98<br>Gabapentin-Placebo for "ITT" or completer population: n = 48<br>Placebo-Gabapentin for "ITT" or completer population: n = 50<br><br>• According to P. 39 of the March report, Gabapentin was found to be statistically significantly superior to placebo in improving<br> ◦ Vitality (p = 0.012)<br> ◦ Role-Emotional (0.024)<br> ◦ Mental Health (p = 0.0017)<br> ◦ Bodily Pain, borderline (p = 0.056)<br>• Significant period effect for General Health, borderline significance (p < 0.1) for Role Physical, Bodily Pain, Role Emotional, and Mental Health.<br> ◦ In all cases better improvement in QoL at end of first treatment period.<br> ◦ HOWEVER, these looking at Table 40, **Difference in the 8 dimensions of SF-36 after Gabapentin vs. after placebo, Treatment Arms Combined, "ITT" Population** (completer population) the values do not match my findings which makes me think the p-values are off as well.<br> ◦ Below is my version of table 40 ( I have not calculated p-values as this would be extremely labour intensive, I will if needed though), note my values do not match those in table 40.<br><br>Dim.  ΔGaba  ΔPlacebo  ΔG- ΔP | • Because of the above discrepancies, all the percentages listed are incorrect; above I have listed the correct percentages.<br>• Dizziness and vertigo were with two exceptions in the placebo group, always regarded as drug-related as well as confusion and mouth dryness. See comments.<br><br>**6. Validated measures of improvement in global function including return to work, study, activities of daily living**<br><br>• None reported for this study.<br><br>**7. > 50% reduction in pain score (NRS, VAS) from baseline to endpoint**<br><br>Not suitable for meta-analysis as this endpoint is not based on comparison of patient final VAS versus baseline VAS.<br><br>For the Pain/Relief Scale one of the questions asked is pain at least half gone during treatment, the proportion of yes' was as follows: | placebo, Treatment Arms Combined, "ITT" Population or completer population); note my table values do not match the values in table 40.<br>• Note larger improvement in Role Physical with placebo<br>• Placebo also better with Bodily pain, and Social functioning<br>• Similar problems as above for the PP population and have also included my own table for the table analogous to table 40 but for the PP population in the **Predefined Outcomes / Issues in Statistical Analysis** column<br>10. The discussion says that *"the improvement during the 5 weeks of Gabapentin treatment was statistically better than during the placebo treatment, but the absolute improvement was small. However, 5 weeks is a short period of time and a longer study might be necessary to confirm the beneficial effect of Gabapentin in that respect."* First off this may not even be true given that the calculations were completely inaccurate but also, is 5 weeks a short time, there seems to be nothing in this study to indicate that this period of time is too short to detect a benefit and no reasons are given as to why a longer study would detect such a change.  One familiar |

Study No. 8 - PARKE DAVIS/PFIZER 945-271 – Gordh T et al – UNPUBLISHED - NEUROPATHIC PAIN DUE TO NERVE INJURY (Scandinavian trial) – Prepared by    9
K. Innes, B.Sc. June 2008; reviewed by Thomas L. Perry, M.D. – FINAL VERSION, July 23, 2008

| | | |
|---|---|---|
| PF | 2.98151 | 1.27835 | **1.70316** |
| RP | -0.2139 | 9.35374 | **-9.56764** |
| BP | 2.22449 | 2.69398 | **-0.46949** |
| GH | 0.66072 | -0.88302 | **1.54374** |
| VI | 5 | 1.87075 | **3.12925** |
| SF | -0.2551 | 3.35578 | **-3.61088** |
| RE | 3.95189 | 1.08418 | **2.86771** |
| MH | 3.43878 | 0.37755 | **3.06123** |

- Note that according to my values placebo much better in Role Physical, and also slightly better in Bodily Pain and Social Function.

**PP population** (p. 39)
NB:
Total PP Population: N= 85
Gabapentin-Placebo for PP population: n = 43
Placebo-Gabapentin for PP population: n = 42

- Says the results were generally similar to the "ITT" population (completer population)
- However, I have the same problem with Table 43 (Difference in the eight dimensions of SF-36 after Gabapentin vs. after Placebo, Treatment arms Combined, PP population) as I did with its analog in the "ITT" population (completer population) (Table 40), see my table below.
- Notice with y table, the effect for Role Physical from placebo was much much better than that for Gabapentin. Social functioning improved more with placebo as did bodily pain.

| Dim. | ΔGaba | ΔPlacebo | ΔG- ΔP |
|---|---|---|---|
| PF | 3.13208 | 1.24549 | **1.88698** |
| RP | -5.81186 | 8.72549 | **-14.53735** |

The paper reports:

G = 22 / 98
P = 8 / 98

However, this is not true ITT, therefore:
G = 22/113 (19.47%)
P = 8/111 (7.21%)
- According to the March report, statistically significantly more patients reported that the pain had subsided half during Gabapentin treatment (G = 22, P = 8, p = 0.012) however this p-value again was most calculated using N=98 which is not true ITT but is the completer population, therefore is not useful.

If using the variable "**Response to Treatment:**
The paper reported ≥ 50% Pain Reduction as
G = 13 /98
P = 9 / 98

However, taking the true ITT population into account
≥ 50% Pain Reduction
G = 13 /113 (11.50%)
P = 9 / 111 (8.12%)

study (Gilron I, Bailey JM et al. Morphine, Gabapentin, or their Combination for Neuropathic Pain.  N Engl J Med 2005; 352:1324 – 34) of patients suffering from neuropathic pain did see significant improvements in QoL for Morphine and Gabapentin-Morphine combo after 5 weeks total on the drug (3 of which were titration, 1 dose tapering, and only 1 of which was maximal dosage). The power of this study should have been enough to detect benefit. Furthermore, if a drug for pain takes longer than 5 weeks to improve quality of life, is it very good?
11. With regard to pain relief ("ITT" or completer population) and the question measuring the degree of pain relief on a 5 point rating scale (1 = complete relief...5 = no pain relief)
- The numbers did not add up in the tables for the placebo group implying sloppy work.
- Even though significantly more patients supposedly had better pain relief with Gabapentin than with placebo, 54/98 (55.1%) patients still had no pain relief with Gabapentin. If you include the 13 who only had some pain relief that means that 67 / 98 (68.4%) experienced none or some pain relief with Gabapentin i.e. less than moderate pain relief.
12. With regard to CGIC

Study No. 8 - PARKE DAVIS/PFIZER 945-271 – Gordh T et al – UNPUBLISHED - NEUROPATHIC PAIN DUE TO NERVE INJURY (Scandinavian trial) – Prepared by       10
K. Innes, B.Sc. June 2008; reviewed by Thomas L. Perry, M.D. – FINAL VERSION, July 23, 2008

| | | | |
|---|---|---|---|
| BP | 2.48235 | 2.94846 | **-0.4611** |
| GH | 0.23235 | 0.16988 | **0.06247** |
| VI | 4.82353 | 1.82353 | **3** |
| SF | -1.17647 | 3.72374 | **-4.90021** |
| RE | 4.7619 | 1.30404 | **3.45786** |
| MH | 3.44706 | -0.3647 | **3.81176** |

<u>Consumption o f Escape Medication</u> (P. 22 of March report)
- Not mentioned in protocol but is in analysis plan
- Only counted number of days escape medication needed, no attn. paid to amount of daily intake.
- "ITT" population (completer population)
  - 66.3% took no escape medication when on Gabapentin, 62.2% during placebo.
  - 3 had to take escape medication all days when on Gabapentin and 3 when on placebo.
  - 16 patients had fewest days on escape medication during Gabapentin treatment vs. 22 on placebo, not significant (p = 0.9, very large)

<u>Pain / Relief  Scale</u>(P. 23,40 of March report)

**For the question regarding pain relief with treatment with 5 responses, "ITT" POP (completer population) (Completed, marked, moderate, some, no)**

- P-value = 0.29 Note this p-value was probably used with N=98 therefore is most likely not useful.
- Also note that here p-values are with regard to the significance of the number more of patients who responded to Gabapentin treatment than to placebo treatment

<u>8. Mean between-group difference in change of pain score (NRS, VAS) from baseline to pre-defined endpoint by true intention to treat (ITT) –where this was the pre-defined primary endpoint in a trial</u>

<span style="color:blue">This outcome is <u>not meta-analyzable</u> for two reasons.  First of all because the mean between-group difference in change of VAS pain score from baseline to pre-defined endpoint was not the primary efficacy variable, mean pain intensity during the last week of each treatment period was.  Furthermore, this data cannot be meta-analysed because the number of patients used in calculations did not reflect the true ITT population but instead, the completer population.</span>

- The March report states that "*Statistically significantly more patients had, in the opinion of the clinician, improved more during Gabapentin treatment than during placebo treatment*" however, clinicians were not asked to compare the two treatments, they were asked at the end of each period how they felt their patient's pain had improved over the treatment period so the wording is misleading.
- Significantly more people improved more on Gabapentin than on placebo, p = 0.037 but...
- Only 29 / 98 patients (29.6%) improved much or moderately, whereas there was no change 38 / 98 (38.8%).  If you include the 12 who became minimally or moderately worse, we get 50/98 (51.0%) of patients, according to their doctor, saw no improvement or worsened.
13. With regard to PGIC, the March report states that "*Statistically significantly more patients, had in their own opinion improved more during Gabapentin treatment than during placebo treatment*" (p = 0.023).  However…
- Patients were not asked to compare the two treatments, they were asked

| | | | | | |
|---|---|---|---|---|---|
| | | | Note that for the following results the denominator is 98 which does not reflect the true ITT, rather the completer population<br>**Complete**<br>G = 0/98<br>P = 0/98<br>**Marked**<br>G =18/98<br>P = 5/98<br>**Moderate**<br>G = 13/98<br>P = 9/98<br>**Some**<br>G = 13/98<br>P = 14/98<br>**No Pain Relief**<br>G = 54/98<br>P = 70/98<br><br>• The numbers for placebo in table 14 and figure 7 do not add up to 98 for the placebo group<br> o The "some" column for placebo adds up to 14, not 13 as written and demonstrated in figure 7<br> o The no pain relief column for placebo adds up to 70, not 59 as shown in figure 7 and table 14; however, the writing on page 41 says 70.<br> o With the above changes, the placebo group adds up to 98<br>• The analysis plan stated that *"the two-alternative question and the 5-alternative one are analysed in the same way: for each* | Regardless, the results for VAS pain intensity are listed below.<br><br>• Note was assessed on a 100 mm VAS scale (0 = no pain, 100 = worst  possible pain)<br>• Also note that the primary efficacy variable was **not** the change from baseline but was MPIS (mean pain intensity score) during last week of each treatment period (adjusted for baseline score)<br><br><u>MPIS "ITT" (completer population) population</u><br><br>**Treatment Period 1:**<br>Gabapentin-Placebo<br>N: 48<br>Baseline: 52.2 (16.4)<br>Week Five: 45.2 (23.6)<br>Difference: 7.2 (17.8)<br><br>Placebo-Gabapentin<br>N: 50<br>Baseline: 54.1 (15.4)<br>Week Five: 47.1 (22.2)<br>Difference 6.9 (15.5)<br><br>**Treatment Period 2:**<br>Gabapentin-Placebo<br>N: 48<br>Baseline: 50.9 (21.6) | at the end of each treatment period how they felt their pain had improved over the treatment period so the wording is misleading.<br>• 36/98 patients (36.7%) experienced no change on Gabapentin. When you include those patients who felt that their condition worsened you can see that 52/98 (53.1%) felt that they made no change or worsened. Again would you want to take this drug?<br>• With regard to PGIC and CGIC nothing is stated as to whether or not the period was significant.  This seems rather crucial and is left out.<br>14. With regard to adverse effects<br>• Table 20 on page 47 of March report lists the adverse effects and corresponding percentages.  The incorrect N was used for Gabapentin.  The table says N = 120, however, 61 patients had Gabapentin treatment in Treatment 1 while only 52 of the initial 59 randomized to placebo first went on to take Gabapentin.  Therefore N = 113 similarly the table states that N = 120 for placebo however, 59 had placebo during Treatment I and only 52 crossed over to placebo after, therefore N = 111 for placebo.  N = 120 was used throughout the March |

Study No. 8 - PARKE DAVIS/PFIZER 945-271 – Gordh T et al – UNPUBLISHED - NEUROPATHIC PAIN DUE TO NERVE INJURY (Scandinavian trial) – Prepared by     12
K. Innes, B.Sc. June 2008; reviewed by Thomas L. Perry, M.D. – FINAL VERSION, July 23, 2008

| | | | | | |
|---|---|---|---|---|---|
| | | | *patient we check which of the two treatments gave the best relief; and then a sign test is performed.* "However, the March report, states that pain relief was analysed after a transformation (detailed on p.27) and analysis was done with a Mainland-Gart test…different.<br>• The Mainland-Gart test is also used on binary variables in order to determine which was better; it is usually used in crossover trials when asking patients which treatment period they preferred.  This was not asked and instead a data transformation was made in order to change this variable to binary (when there were 5 responses) the transformation done is fairly unclear and I am not sure if this is valid.<br><br>**For the question with two responses to "pain at least half gone"…**<br>(Note that for the following results the denominator is 98 which does not reflect the true ITT, rather the completer population)<br><br>**Half Pain Gone During Treatment (Yes)**<br>G = 22 / 98<br>P = 8 / 98<br>**Half Pain Gone During Treatment (No)**<br>G = 76 / 98<br>P = 90 / 98<br>• According to the March report, statistically significantly more patients reported that the pain had subsided half during Gabapentin treatment (G = 22, P = 8, p = 0.012) | Week Thirteen: 49.9 (24.3)<br>Difference: 0.5 (9.7)<br><br>**Placebo-Gabapentin**<br>N: 50<br>Baseline: 52.6 (21.1)<br>Week Five: 47.2 (25.1)<br>Difference: 5.1 (11.6)<br>ANCOVA shows no difference between the treatments (P = 0.20)<br><br>**9. % of patients achieving "much improved" or "moderately improved"**<br>TLP: % of patients OK for meta-analysis<br><br>• Note here that the denominators have been changed from 98 (as reported in the study) to 113 for the Gabapentin group, and 111 for the placebo group (true ITT populations)<br><br>G = 21/113 (18.58%)<br>P = 8/111 (7.21%)<br><br>**10. Histogram presentation of all PGIC 7-point results**<br><br>• See end of document for histogram. | reports so all the percentages are inaccurate.<br>• N = 39 in the Gabapentin group who experienced Dizziness and Vertigo which was considered as drug-related, n = 9 in placebo group who experienced this effect however 2 of these cases were not considered as drug-related.  Therefore, 39/113 (34.5%) vs. 7/111 (6.3%) experienced this side effect which could have easily caused unblinding<br>• Table 62, **Listing of Adverse Events Leading to Withdrawal from Study** lists, among other things, the 11 patient numbers of those patients who withdrew from the study and the period.  They say in this table that the period is Gabapentin run-in which I think is meant to mean titration.  A run-in is usually a period in which **no** drugs are taken.  This would make sense as according to this table, 7 patients WDAE in a run-in period (G and P) where as the text says 7 patients WDAE during titration periods.<br>• The adverse events for placebo do not add up.  Table 55 on page 70 would imply that there were 145 adverse events on placebo while table 56 (and the rest of the study for that matter) states that there |

| | | | | | |
|---|---|---|---|---|---|
| | | | <u>Clinical Global Impression of Change</u>(P. 23 of March report)<br>**"ITT" Population** (completer population)<br><br>Note that for the following results the denominator is 98 which does not reflect the true ITT, rather the completer population<br>**Much Improved:**<br>G = 7/98<br>P = 2/98<br>**Moderately Improved**<br>G = 22/98<br>P = 11/98<br>**Minimally Improved**<br>G = 19/98<br>P = 14/98<br>**No Change**<br>G = 38/98<br>P = 58/98<br>**Minimally Worse**<br>G = 8/98<br>P = 12/98<br>**Moderately Worse**<br>G = 4/98<br>P = 1/98<br>**Much Worse**<br>G = 0/98<br>P = 0/98<br><br>• See  table on p. 23 of March report<br>• See table 16 and figure 8 on p. 42 of March report (numbers do add up this time) | | were 168 adverse: events for placebo.  Not a big deal overall, but again, is sloppy.<br>• Furthermore, people on Gabapentin were more likely to experience more adverse events (see excel graph at end of document).  Only 29/113 (25.7%) patients taking Gabapentin did not experience any adverse events 48/11 (43%) of those taking placebo experienced no adverse events.<br>• The discussion states that adverse effects were 60/40 Gabapentin/Placebo: however, this is only one, and possibly the best way of looking at it.  If you calculate the average number of AE's experienced by Gabapentin patients you get 241/113 = 2.13, and either 168/111 =1.51 or 145/111 = 1.31 (depending on which number is correct, the report implies both) for placebo.  This implies up to 60% more AEs on Gabapentin than on placebo.  The 60/40 is just a more convenient way to look at it.<br>15. With regard to "Response to Treatment" we do see a significant difference in Placebo and Gabapentin for most of the criteria, however, for all categories more patients seemed to not respond to treatment than did respond to treatment.<br>16. For PGIC and CGIC, patients and |

| | | | | | |
|---|---|---|---|---|---|
| | | | • Statistically significantly more patients had, in the opinion of the clinician, improved more during Gabapentin treatment than during placebo treatment, but see comments.<br><br>**Patient Global Impression of Change**<br>**ITT Population**<br>• Note here that the denominators have been changed from 98 (as reported in the study) to 113 for the Gabapentin group, and 111 for the placebo group to reflect the true ITT population sizes as this efficacy variable was suitable for meta-analysis.<br><br>Much Improved:<br>G = 11/113 (9.73%)<br>P = 2/111 (1.80%)<br>Moderately Improved<br>G = 10/113 (8.85%)<br>P = 6/111 (5.41%)<br>Minimally Improved<br>G = 25/113 (22.12%)<br>P = 14/111 (12.61%)<br>No Change<br>G = 36/113 (31.86%)<br>P = 48/111 (43.35%)<br>Minimally Worse<br>G = 5/113 (4.42%)<br>P = 23/111 (20.72%)<br>Moderately Worse<br>G = 7/113 (6.19%)<br>P = 2/111 (1.80%)<br>Much Worse | | clinicians compared the improvement at the end of each treatment period with the status prior to the study: however, patients/clinicians cannot have been expected to remember exactly how they felt given that at least 15 weeks had passed, further regression to the mean is not taken into account, and order effects are not addressed.  It is preferable in a crossover design to compare baseline with end of treatment 1, and measurement after washout with end of treatment 2.  This is addressed in the discussion (p. 49) however no mention of regression to the mean is made.<br>17. The discussion states that results may have been hampered due to study design.  Crossover designs are more powerful than parallel designs if, as stated, the underlying condition does not change over time and if the washout is adequate (i.e. no carry over effects).<br>• There are no qualms in this study about carry-over effects.  As stated in the conclusion "statistical analysis could not reveal any carry-over effect": in addition, the blood plasma levels of Gabapentin returned to 0.<br>• Taking into account this issue of disease fluctuation, the passage points out that, for the primary efficacy variable, the scores after the washout period were lower than at baseline.  However, for the |

| | | | | | |
|---|---|---|---|---|---|
| | | | G = 4/113 (3.54%)<br>P = 3/111 (2.70%)<br>**Missing:**<br>G = 15/113 (13.27%)<br>P = 13/111 (11.71%)<br><br>• See table on p. 23 of March report<br>• Statistically significantly many patients believed they improved more during Gabapentin treatment than during placebo treatment p = 0.023, but again assume p-value uses the non-ITT sample size of 98 for this calculation.<br><br>Response to Treatment(p. 44)<br>**"ITT" Population** (completer population)<br><br>Note that for the following results the denominator is 98 which does not reflect the true ITT, rather the completer population<br><br>Also note that here p-values are with regard to the significance of the number more of patients who responded to Gabapentin treatment than to placebo treatment and were also most likely calculated with N = 98, the value for the completer population not the true ITT population and are therefore less useful.<br><br>> 50% Pain Reduction<br>G = 13/98<br>P = 9/98<br>P-value = 0.29<br>> 30% Pain Reduction | | Gabapentin-Placebo arm the score at baseline was 52.2 (SD =16.4) while the score at week 8 was 50.9 (21.6), a difference of 1.3 mm. For the Placebo-Gabapentin arm the baseline score was 54.1 (15.4) while at week at the scores were 52.6(21.1), a difference of 1.5 mm. These differences are so small, much lower than the MCID.<br>• The discussion then goes on to note that the placebo effect was greater in the first treatment period (6.9 mm) than in the second (0.5 mm) where as the Gabapentin effects were of the same magnitude (7.20 mm during first period, 5.09 during the second period).  This seems to be a sign of unblinding i.e. those who received Gabapentin in the first period, due to side effects such as vertigo etc., knew they were on placebo in the second treatment period.<br>18.  The last statement in the discussion of the March report states that "this study indicates that Gabapentin may be of benefit for patients with neuropathic pain" however no evidence is given here. Furthermore, there was no improvement in the primary variable: and although the improvements in certain other variables were statistically significant compared with placebo, they study, in my opinion, |

| | | | | | |
|---|---|---|---|---|---|
| | | | G = 29/98<br>P = 19/98<br>P-Value = 0.04<br>**At Least Marked Pain Relief**<br>G = 18/98<br>P = 5/98<br>P-value = 0.007<br>**At Least Moderate Pain Relief**<br>G = 31/98<br>P = 14/98<br>P = 0.003<br>• This is called responders in analysis plan and the definition has changed slightly (in analysis plan the definition for one indicator is at least 25% pain relief, here it is 30).<br>  o With regard to marked and moderate pain relief, the analysis says that this was measured on a 5-alternative question; the report doesn't mention this…same 5-alternative question from Pain Relief Scale?<br>  o These changes are not mentioned in any amendments to the study.<br><br><u>Plasma sampling (concentration of Gabapentin)</u><br>• See p. 25, 46 of March report for details<br>• Table 19 displays details but serum concentration of Gabapentin was slightly lower during the second treatment period (i.e. in patients in Placebo-Gabapentin arm) as compared with those who were treated with the active drug in the first treatment | | failed to demonstrate that Gabapentin had any marked improvements.  All the "significant" improvements were extremely small. |

| | | | | | |
|---|---|---|---|---|---|
| | | | period, a paired t test I did on my own showed that this difference was not significant.<br><br>The serum concentrations (µmol/L) of Gabapentin by treatment period and Study population mean are listed below ("ITT" or completer population), standard deviations are in brackets.<br><br>**Gabapentin-Placebo Arm:**<br>Titration I: 40.3 (20.4)<br>Treatment I:38.7 (23.7)<br>Washout: 0<br>Titration II: 0<br>Treatment II: 0<br>**Placebo-Gabapentin Arm:**<br>Titration I: 0<br>Treatment I: 0<br>Washout: 0<br>Titration II: 38.0 (20.77)<br>Treatment II:34.3 (20.73)<br><br>**General Physical Exam**<br>• At visit 1 and 7 or termination visit<br>• Weight, height, vital signs<br><br>**Brief Neurological Exams**<br>• At visit 1 and 7 or termination visit<br>• Reflexes and gait<br>• Sensibility in pain area also evaluated as compared to contralateral side at visit 1 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | <u>Additional Variables:</u><br><br>**Pain during other parts of treatment period**<br><br>**Analysis of carry-over effects and Analysis of period effects**<br>• It is stated in the analysis plan that an analysis of period effects and an analysis of carry-over effects would be performed however, I can find nothing in the March report that says anything about this analysis besides that there were not carry-over effects but there were period effects…what were they?<br><br><u>Subgroup analysis by duration of pain</u><br>• See p. 44 of March report<br>• No difference in treatment effect could be seen when time since diagnosis was taken into consideration | | |

Study No. 8 - PARKE DAVIS/PFIZER 945-271 – Gordh T et al – UNPUBLISHED - NEUROPATHIC PAIN DUE TO NERVE INJURY (Scandinavian trial) – Prepared by     19
K. Innes, B.Sc. June 2008; reviewed by Thomas L. Perry, M.D. – FINAL VERSION, July 23, 2008



Gabapentin project study summary - Study No. 9 - 945-295 - RICE PHN(Pain 2001) –
prepared by Kelsey Innes and Dr. Tom Perry - FINAL - July 27, 2008                    1

# STUDY NO. 9 - STUDY DETAIL SUMMARY AND ANALYSIS: RICE
# STUDY NUMBER 945-295 – POST HERPETIC NEURALGIA – FINAL – JULY 27, 2008

Summary:

Information taken from:

a) Rice A.S.C., Maton S., Postherpetic Neuralgia Study Group.  Gabapentin in postherpetic neuralgia: a
randomized, double-blind, placebo controlled study.  Pain, 2001; 94: 215-224.  Referred to as the **Pain
report**

b) Parke-Davis research report number RR-430-00124 dated April 3rd, 2000, referred to as the **unpublished
report**.

The exclusion criteria for this study lead to enrichment bias.  See table for details.

The **Pain report** describes the primary outcome as the change in average daily pain score from the baseline
week to the final study week.  However, the report states the **study protocol** (83 of 1357 of unpublished report) states that
the primary outcome will be the mean weekly pain score.  The **Inferential Analysis Plan** states (193 of
1357, unpublished report) that the primary objective is to compare the mean pain scores from the final week
of the daily pain diary for each dose of Gabapentin compared with placebo.  **Furthermore, the "Main
Model" section of the October 30th, 1998 final protocol (87 of 1357 of unpublished report) and the
"Inferential Analysis Plan" (193 of 1357 of unpublished report) clearly show that the predefined
outcome was not to change from baseline and that the change from baseline was 'not to be subjected
to statistical analysis' (p. 193 of 1357).**

According to page 17 (22 of 1357) of the unpublished report, "The study was analysed on an intention to
treat basis, therefore no patients were excluded from the analysis population.  Other than diary assessments
made after the cessation of study medication no individual visits or assessments were excluded".  In fact,
an ITT-LOCF was used to analyse certain endpoints.  ITT without excluding or dropping patients should
show the same sample sizes for assessments of each treatment group (placebo, Gabapentin 1800 mg/day,
and Gabapentin 2400 mg/day) as at randomization:

• The number of patients randomized to placebo, Gabapentin 1800 mg/day, and Gabapentin 2400
  mg/day) was 111, 115, and 108 respectively.
• For sleep interference score, page 17 (22 of 1357) states that 'One of these patients could not be
  included in the analysis of sleep diaries as there were no baseline sleep entries' this patient I
  assume was in the placebo group as the baseline numbers (Table 9, p. 26, 31 of 1357) state that N
  = 110, not 111 for the placebo group.  However, this table indicates that at the end of study, N =
  111 for the placebo group.  One wonders how this could have occurred.
• The number of patients analysed for the patient global impression of change (PGIC) efficacy
  variable were 105, 107, and 98 for the placebo, Gabapentin 1800 mg/day, and Gabapentin 2400
  mg/day groups

This study involves a number of dependent comparisons but no correction is made.  This is acknowledged
in both the protocol and the statistical analysis plan.  **A correction should have been made if statistical
significance is to be claimed.**

The **Pain report** did state the mean duration of treatment for each treatment group of this study.  From the
**unpublished report** it is clear that patients assigned to gabapentin took the medication for less time.
However standard deviations for these results cannot be located in the **unpublished report** making it hard
to assess statistical significance.  Reported duration of treatment:

• 46.0 days for placebo
• 43.3 days for Gabapentin 1800 mg/day
• 43.7 days for Gabapentin 2400 mg/day

The **Pain report and the unpublished report** both seem to contain no information regarding the statistical
significance for difference between placebo vs. gabapentin (1800 mg/d or 2400 mg/d) of adverse effects or
withdrawals.  As in other studies, adverse events and withdrawals appear much more common in the
gabapentin treatment groups.

P. 222 of the **Pain report** states (in the discussion) that 'The study was not set up to show equivalence
between the 2 doses and no statistical comparison was made between them.  A visual inspection of the data
suggests no difference between the 1800 and 2400 mg groups'.  It is peculiar to design a trial using two
dose groups and then not compare them.  The raw data suggest that G2400 mg/d is not superior to G1800
mg/d, but may cause more AE.  This adds to evidence from other studies that benefits from gabapentin are
not dose-dependent, whereas harms are.

Gabapentin project study summary – Study No. 9 - 945-295 - RICE PHN(Pain 2001) – prepared by Kelsey Innes and Dr. Tom Perry - FINAL - July 27, 2008                    2

"Responder" analysis appears to include patients with ≥ 50% reduction in weekly pain score, even if they dropped out due to AE. **In this sense, a "response" is not necessarily beneficial.** This is common to other "responder" analyses in the similar P-D/Pfizer trials.

Examination of Figure 2 of the **Pain report** (Change from baseline in average daily pain scores, p. 219), suggests that for ITT-LOCF observations, a group mean difference from placebo is discernible within the first week, whereas both gabapentin group curves then follow placebo quite closely for the remainder of the trial. This observation is mirrored in the graph of mean daily sleep scores (see appendix C of unpublished report for details). Week 1 pain scores are the average of patient pain or sleep ratings during a week when the starting dose was lower than the final Day 7 dose, indicating that any effect discernible by patients from gabapentin may occur before the end of Week 1. This phenomenon was observed by Dr. Jewell, UC Berkley statistician, while analyzing the Backonja trial, and was also observed for the Gilron data. Patient unblinding due to obvious effects of gabapentin (at least in some patients) may cause this initial drop in the pain score. This experiment strengthens the evidence that gabapentin effects typically are discernible early, and at lower daily doses, both for benefits and harms.

Gabapentin project study summary – Study No. 9 -  945-295 - RICE PHN(Pain 2001) – prepared by Kelsey Innes and Dr. Tom Perry - FINAL - July 27, 2008                3

| Study / Design / Dates | Inclusion Criteria / Baseline Characteristics | Intervention(s), Experimental Design, N of Subjects Randomized (ITT) / N Who Completed Study | Predefined Outcomes / Issues in Statistical Analysis | Outcomes Hierarchy (Cochrane, investigators: primary / secondary) | Comments / Conclusions of Kelsey Innes/Dr. TL Perry |
|---|---|---|---|---|---|
| Study Number: 945-295

Study Design: Multicentre, double blind, randomized, placebo controlled study (UK and Ireland), consultant anaesthetists' outpatient pain clinics and "specialist research GP practices) (p.

Study manager: ImroTramarko Ltd. For Parke-Davis UK, "study advisor" Dr. Andrew Rice

Protocol finalized October 30, 1998

Investigators meeting February 27, 1999

Study Duration:  7 weeks

Medication Dosage: | Postherpetic neuralgia

Inclusion Criteria:
• At least 18 years of age
• Pain present for more than 3 months after the healing of the acute herpes zoster rash
• Average pain scores of 4 or more based on an 11-point Likert scale on the week before commencing study medication.
  o Note that according to the unpublished report 13 patients were randomised to treatment despite having a mean baseline pain score less than 4
  o 11of these cases the mean score was greater than 3.5.

Exclusion Criteria | Patient Flow:
• Number of patients screened: 411
• Number of patients randomized: 334
• Number of patients randomized to placebo: 111
• Number of patients randomized to Gabapentin 1800 mg/day: 115
• Number of patients randomized to Gabapentin 2400 mg/day: 108
• See figure 1 from page 218 of Pain report – patient flow diagram.



Study Design:
• 1 week baseline
• After baseline patients randomized to either Gabapentin or placebo
• Week 1: 4-day forced titration to 1200 mg/d then 3 days stable dose
• Start of week 2: dose increment to 1500 | Predefined Outcomes:

Primary Efficacy Variable: average daily pain score from final study week (p. 193/1357 unpublished report).
• Evaluated from daily pain diary for Week 7 or LOCF
• 11-point Likert Scale with 0 as no pain and 10 as worst possible pain.
• Baseline score consisted of the mean of the last seven pain diary entries preceding randomisation
• The final weekly mean pain score was defined as the mean pain score from the last 7 days preceding the final visit or the last 7 days on the study medication for patients who did not complete the study (LOCF)
• The author's performed a percent change transformation on the data however, the raw data is included in Table 8 (29 of 1357 of the unpublished report), and this table has been included at the end of this document.

NB: Pain report (Rice 2001) reports the primary outcome as the CHANGE from baseline (comparison of means for each group); whereas both the "Main Model" in the final protocol of October 30, 1998 (at p. 87/1357) and the inferential analysis plan (part of experimental protocol) at p. | 1. Mortality (Table 3 on P. 221 of Pain Report):

Placebo: 0 / 111
Gabapentin 1800 mg/day: 0/115
Gabapentin 2400 mg/day: 1/108

• The patient in the Gabapentin 2400 mg/day group, who died, died outside the 1 month follow-up after study completion.  Death was recoded as other causes and not related to the adverse events ongoing at the time.
  o See Table 15, p. 39/1357 of unpublished report at end of document
• For details regarding this patient see end of document, although it is unlikely that Gabapentin treatment caused the death of this patient, few details surrounding his death are given in the unpublished and published reports.

TLP recommendation: since we cannot interpret this and the authors report it as death in gabapentin group, we should record it in meta-analysis as shown | 1.   The exclusion criteria cause a marked "enrichment bias" This would artificially reduce the number of patients enrolled who are unlikely to respond to Gabapentin as well as the number of adverse events suffered during this trial.

2.   In this study Intent-to-Treat is defined properly; however, ITT-LOCF is used, which does not account fully for all patients. The graphs from Pain report and unpublished report do not display the numbers reporting at each week.

3.   This study involves a number of dependent comparisons, and multiple statistical comparisons but no correction is made.  This is acknowledged in both the protocol and the statistical analysis plan. Specifically, the analysis plan states on page 195 of the unpublished report that "there are a large number of inferential analyses of various assessments of pain. As stated in the protocol no adjustment will be made for these. The nomination of a |

1800 mg/day, 2400 mg/day

**Patients Randomized:** 334

**Randomization Procedure:** computer-generated randomization list in blocks of 6 (p. 216 of published report)

**Number of Study Centers:** 48 hospital outpatient clinics and three general practices.

**Study Dates:** April 1999 – December 1999

**Study Approval:** The South and West Multicentre Research Ethics Committee as well as each centre's Local Research Ethics Committees

**PUBLISHED:** Rice A.S.C., Maton S., Postherpetic Neuralgia Study Group. Gabapentin in

---

- Failure to respond to previous treatment with Gabapentin at $\geq$ 1200 mg/day
- Failure to respond to Gabapentin at any dose level due to side effects
- Contraindications to Gabapentin treatment

<u>Concomitant Medications:</u>
- The following medications were permissible at a stable dose prior to and during study (could not be initiated during study)
  - Antidepressants
  - Mild opiates (e.g. aspirin, codeine)
  - NSAIDS

---

mg/d x 1 day, then 1800 mg/d
- Start of week 3: increment to 2100 mg/d x 1 day for those patients randomized to the 2400 mg/day group
- then placebo, G 1800 mg/d or G 2400 mg/d stable x final 4 weeks
- For details see page 216-217
- See Figure 1 from page 4 (9 of 1357) of unpublished report.

Figure 1 – Study Design



<u>Study Power</u>
- Study was estimated to have a 90% power to detect a difference of 1.0 on the pain diary scale as statistically significant (P < 0.05, 2 sided)
- The observed power was 95% to detect the specified difference

<u>Study Populations:</u>

The intent-to-treat population was defined as patients who, once randomized, received at least one dose of study medication.

<u>Statistical Analysis</u>

- ANCOVA was employed to assess between group (P vs. G1800/d vs.

---

193/1357 clearly shows that the predefined outcome was NOT the change from baseline, and that change from baseline but was "not to be subjected to statistical analysis"! (p. 198/1357) The final protocol appears to distinguish weekly pain scores and change from baseline to endpoint in group mean scores as "supplemental analyses", but does not make clear how these were to be regulated, other than to state that no adjustments were to be made for multiple comparisons, but that some comparisons would appear significant by chance alone.

Secondary Efficacy Variables:
- Mean weekly pain and sleep interference score (11-point Likert scale)
- Short Form-McGill Pain Questionnaire (SF-MPQ)
- Clinician Global Impression of Change (CGIC) assessed on a 7-point scale at study endpoint (LOCF)
- Patient Global Impression of Change (PGIC) assessed on a 7-point scale at study endpoint (LOCF)
- Quality of Life (QoL) using the Short Form-36 (SF-36) Health Survey
- Percentage of patients achieving a 50% or greater reduction in pain
  - Note that this is not specified as a secondary efficacy variable in the protocol but rather as an additional analysis.  P. 193 of the unpublished report (in the analysis plan) does specify this as a secondary objective.

---

by authors.

**2. Serious Adverse Events (Table 3 on P. 221 of Pain Report):**

- Placebo: 1/111 (0.90%)
  - Depression
- Gabapentin 1800 mg: 3/115 (2.61%)
  - Fever
  - Infection
  - Retinal vein thrombosis and haemoptysis
- Gabapentin 2400 mg: 1/108 (0.93%)
  - Congestive heart failure

**3. Withdrawals Due to Adverse Events (Table 3 on P. 221 of Pain Report):**

- Placebo:  7/111 (6.31%)
- Gabapentin 1800 mg: 15/115 (13.04%)
- Gabapentin 2400 mg/day: 19/108 (17.59%)
See Appendix B.2 (P. 167 of 1357) of unpublished report for narratives and details relating to withdrawals.

**4. Total Withdrawals (p. 217 of Pain report,)**
*Also see unpublished report, page 17 (22 of 1357)

Total of patients who withdrew: 62

---

primary efficacy parameter (mean pain scores from the final week of the daily pain diary) ensures the overall type I error rate for the whole study is controlled at 5%. However, due to the large number of secondary analyses being performed, some significant results are expected to occur by chance alone. Undue consideration will not be given to any particular significant difference: rather, interpretation of the results will be based on patterns of significant differences." A correction should have been made, and the pre-defined primary efficacy test is in fact NOT reported as the primary efficacy outcome.

4. A test called Dunnett's test to correct for the multiplicity of comparing two doses of Gabapentin with 1 dose of placebo was made.  This was not stated in the protocol but was in the inferential analysis plan, specifically, the analysis plan states on page 196 that "Although not stated in the protocol adjustment will be made in the primary efficacy analysis for multiplicity involved in comparing 2 doses of Gabapentin with placebo. In order to control the overall probability of claiming a

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 89 of 116

Gabapentin project study summary – Study No. 9 - 945-295 - RICE PHN(Pain 2001) – prepared by Kelsey Innes and Dr. Tom Perry - FINAL - July 27, 2008          5

postherpetic neuralgia: a randomized, double-blind, placebo controlled study.  Pain, 2001; 94: 215-224.

**Final study report (unpublished):**
Parke-Davis research report number RR-430-00124 dated April 3rd, 2000.  PD Authors include, Sarah-Jane Bibby, Steve Maton, & Dr Jan Paul Rosen

---

G2400/d) changes in pain and sleep scores.  Group mean change from baseline to be tabulated, but not analysed statistically. (p.
- CMH chi-square for 50% "responders", repeated comparison of G1800 mg/d vs. placebo, G2400 mg/d vs. placebo: patients withdrawing due to lack of efficacy to be regarded as non-responders, whereas WDAE may qualify as responders if NRS pain score declines sufficiently prior to withdrawal (see p. 197/1357)
- PGIC/CGIC to be analysed by modified ridit transformation and CMH procedure
- See pp. 193-200/1357 of unpublished report for details.

---

==Average Daily Pain Score== (p. 218-19 of published report)



Fig. 2. Change from baseline in average daily pain scores. *P < 0.01 vs. placebo (Mantel Haenszel).

Above is Figure 2 from page 219 of the Pain report showing weekly average daily pain scores, below are the average daily pain scores for the week at baseline and week 7 along with Standard Deviations.

**Placebo:**
Baseline: 6.4 (SD = 1.6)
Week Seven:5.3 (SD = 2.4)
Week Seven-LOCF: 5.3 (SD = 2.3)
Change in Average Daily Pain Score: -1.1
Percent Change: ==-15.7%==

**Gabapentin 1800 mg/day:**
Baseline: 6.5 (SD = 1.7)
Week Seven: 4.1 (SD = 2.5)
Week Seven – LOCF :4.3 (SD = 2.5)
Change in Average Daily Pain Score:-2.2
Percent Change: ==-34.5%==

**Gabapentin 2400 mg/day**
Baseline: 6.5 (SD = 1.6)
Week Seven:4.2 (SD = 2.0)
Week Seven – LOCF: 4.2 (SD = 2.1)
Change in Average Daily Pain Score:-2.3
Percent Change: ==-34.4%==

---

Placebo: 17/111 (15.32%)
Gabapentin 1800 mg: 22/115 (19.13%)
Gabapentin 2400 mg/day: 23 /108 (21.30%)

The reasons listed for withdrawal were:
- Lack of Compliance:
  - Placebo: 3/111 (2.70%)
  - Gabapentin 1800 mg: 2/115 (1.74%)
  - Gabapentin 2400 mg: 1/108 (0.93%)
- Lack of Efficacy
  - Placebo: 4/111 (3.60%)
  - Gabapentin 1800 mg: 2/115 (1.74%)
  - Gabapentin 2400 mg: 1/108 (0.93%)
- Adverse Event
  - Placebo: 7/111 (6.31%)
  - Gabapentin 1800 mg: 15/115 (13.04%)
  - Gabapentin 2400 mg: 19/108 (17.59%)
- Other
  - Placebo: 3/111(2.70%)
  - Gabapentin 1800 mg: 3/115 (2.61%)
  - Gabapentin 2400 mg: 2/108 (1.85%)

**5. Total Adverse Events:**

**Number of patients** in each group

---

significant advantage of Gabapentin over placebo comparisons with placebo for the primary efficacy analyses will be made using Dunnett's procedure." It is not clear whether this is an appropriate post-hoc statistical approach.

5. An interesting observation, although not a predefined outcome, was the mean duration of treatment during the study.  It was 46.0 days for placebo, 43.3 days for Gabapentin 1800 mg/day, and 43.7 days for Gabapentin 2400 mg/day.  Clearly those on Gabapentin took the medication for less time - likely reflecting earlier dropouts. However: standard deviations for these results cannot be located in the Pain report nor in the unpublished report making it impossible to assess statistical significance.

6. ==According to page 18 of the unpublished report,== "Four patients were entered into the study with less than 4 days sleep diary although all had sufficient pain diary data. One of these patients could not be included in the analysis of sleep diaries as there were no baseline sleep entries. All other patients have been included

Difference between Gabapentin 1800 mg and placebo: 18.8%, P < 0.01

Difference between Gabapentin 2400 mg and placebo: 18.7%, P < 0.01

- I have highlighted the percent changes  in red because they are not the values obtained when using the normal formula for percent change (i.e. (week 7 – baseline)/baseline)  those values are then
  o Placebo: -17.2%
  o Gabapentin 1800 mg/day: -33.8%
  o Gabapentin 2400 mg/day: -35.4%
- This discrepancy is because data were percent change transformed due to non-normality
  o Note that percent change from baseline was not a prespecified outcome.

Mean Sleep Interference Score:
- The author's report that for the last week the difference between placebo and Gabapentin 1800 mg was 0.9, P < 0.01. However, the LOCF changes from baseline for mean sleep interference score for placebo and Gabapentin 1800 mg/day were -0.9 and -1.7 respectively, an absolute difference of 0.8.
- The authors report that the difference between placebo and Gabapentin 2400 mg was 1.1, P < 0.01.  However, the LOCF changes from baseline for mean sleep interference score for placebo and

who experienced adverse events
- Placebo: 55/111 (49.55%)
- Gabapentin 1800 mg: 81/115 (70.43%)
- Gabapentin 2400 mg/day: 81/108 (75%)

Total adverse events were
- Placebo: 112
  o Mild:57
  o Moderate:47
  o Severe:8
- Gabapentin 1800 mg/d: 180
  o Mild: 89
  o Moderate: 67
  o Severe: 24
- Gabapentin 2400 mg/d: 206
  o Mild:96
  o Moderate:80
  o Severe: 30

Note that table 3 on page 221 of Pain report lists the Adverse Events Occurring in > 5% …
- Dizziness
  o Placebo: 11/111 (9.91%)
  o Gabapentin 1800 mg: 36/115 (31.30%)
  o Gabapentin 2400 mg: 36/108 (33.33%)
- Somnolence
  o Placebo: 7/111 (6.31%)
  o Gabapentin 1800 mg: 20/115 (17.39%)
  o Gabapentin 2400 mg: 22/108 (20.37%)

in the analysis… The initial SF-36 questionnaires in 5 patients at one centre were administered after the start of treatment. These patients have been excluded from the analysis of SF-36." – However, the sample sizes do not add up!  They are all different for the efficacy analysis and baseline numbers for SF-36 = same as number randomized?

7. The Pain report states that "Three hundred and twenty-one patients completed the SF-36 questionnaire at baseline and 289 had evaluable SF-36 results from the treatment period." What does this mean?  What is evaluable?

8. The Pain report and the unpublished report both seem to contain no test of statistical significance for adverse effects in each group.  As in other studies adverse events are much more common in the Gabapentin groups.

9. P. 222 of the Pain report (discussion) states "*The study was not set up to show equivalence between the 2 doses and no statistical comparison was made between them.  A visual inspection of the data suggests no difference between the 1800 and*

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 91 of 116

Gabapentin project study summary – Study No. 9 -  945-295 - RICE PHN(Pain 2001) – prepared by Kelsey Innes and Dr. Tom Perry - FINAL - July 27, 2008                    7

Gabapentin 2400 mg/day were -0.9 and -2.1 respectively, an absolute difference of 1.2

Placebo:
Baseline: 4.0 (SD = 2.6)
Week Seven: 3.2 (SD = 2.6)
Week Seven-LOCF: 3.1 (SD = 2.6)
Change in Daily Sleep Interference Score: -0.9

Gabapentin 1800 mg/day:
Baseline: 4.0 (SD = 2.8)
Week Seven: 2.0 (SD = 2.5)
Week Seven – LOCF : 2.3 (SD = 2.6)
Change in Daily Sleep Interference Score: -1.7

Gabapentin 2400 mg/day
Baseline: 4.4 (SD = 2.7)
Week Seven: 2.1 (SD = 2.5)
Week Seven – LOCF: 2.3 (SD = 2.6)
Change in Daily Sleep Interference Score: -2.1

SF-MPQ (Page 219 of Pain Report)
- The pain report states that *"The SF-MPQ showed improvements in all parameters during treatment with greater improvements in Gabapentin treated patients. The difference between Gabapentin and placebo was statistically significant (P < 0.05) for the sensory score (both doses); total score (both doses); and visual analogue scale of pain*

- Peripheral oedema
  - Placebo: 0/111 (0%)
  - Gabapentin 1800 mg: 6/115 (5.22%)
  - Gabapentin 2400 mg: 12/108 (11.11%)
- Asthenia
  - Placebo: 4/111 (3.60%)
  - Gabapentin 1800 mg: 7/115 (6.09%)
  - Gabapentin 2400 mg: 6/108 (5.56%)
- Dry Mouth
  - Placebo: 1/111 (0.90%)
  - Gabapentin 1800 mg: 7/115 (6.09%)
  - Gabapentin 2400 mg: 5/108 (4.63%)
- Diarrhoea
  - Placebo: 1/111 (0.90%)
  - Gabapentin 1800 mg: 7/115 (6.09%)
  - Gabapentin 2400 mg: 5/108 (4.63%)

NB: For all positive outcomes (e.g., Average Daily Pain Score, Mean Sleep Interference Score, etc.) significance testing has been performed and is reported. However, for adverse events, no statistical significance is reported; the raw data suggest that significantly more adverse events (serious, severe, moderate and mild) occurred in

*2400 mg groups"* It is odd to establish two dose groups without comparing them.  The reasonable inference is that there is no efficacy advantage to the larger dose, as appears in the raw statistics.

10. This study suggests like other studies that separation of NRS score (LOCF) occurs at week 1 for Gabapentin vs. placebo, and then levels off.  A longer time does not appear necessary to discern this effect.

11. Note patients who dropped out due to adverse effects could qualify as "responders" in 50% responder analysis.  This means that even if pain response benefit occurred in a patient experiencing intolerable AE, the patient could count as a "responder", i.e. "response" is not necessarily desirable.

12. One of the inclusion criteria was that the average pain scores of 4 or more based on an 11-point Likert scale on the week before commencing study medication, yet according to page 18 (23 of 1,357) of the unpublished report 13 patients were randomised to treatment despite having a mean baseline pain score less than 4

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 92 of 116

Gabapentin project study summary – Study No. 9 -  945-295 - RICE PHN(Pain 2001) – prepared by Kelsey Innes and Dr. Tom Perry - FINAL - July 27, 2008          8

| | | | | *during the previous week (2400 mg only)."* | the Gabapentin groups as compared with placebo | |
|---|---|---|---|---|---|---|

*during the previous week (2400 mg only)."*

<mark>Patient Global Impression of Change (P. 219 of Pain report)</mark>

- The Pain report only gives the data for much improved/very much improved
- Table 12 from the unpublished report (p. 35/1357) summarizes the data for PGIC and has been included at the end of this document
- The unpublished report and the Pain report state the sample sizes for this outcome as Placebo = 105, Gabapentin 1800 mg = 107, and Gabapentin 2400 mg = 98 this can bee seen from Table 12 of the unpublished report on page 35 of 1357.
- The table below uses for the denominators the actual number of patients randomized to each group i.e. Placebo = 111, Gabapentin 1800 mg = 115, and Gabapentin 2400 mg = 108 therefore the percentages are smaller than those indicated in either report.

| | Placebo N=111 | Gabapentin 1800 mg N=115 | Gabapentin 2400 mg N=108 |
|---|---|---|---|
| Very Much Improved | 7/111 (6.31%) | 18/115 (15.65%) | 12/108 (11.11%) |
| Much Improved | 17/111 (15.32%) | 26/115 (22.61%) | 30/108 (27.78%) |
| Minimally Improved | 23/111 (20.72%) | 22/115 (19.13%) | 21/108 (19.44%) |
| No change | 45/111 (40.54%) | 34/115 (29.57%) | 27/108 (25.00%) |
| Minimally | 7/111 | 3/115 | 3/108 |

Right column:

the Gabapentin groups as compared with placebo

<u>6. Validated measures of improvement in global function including return to work, study, activities of daily living</u>

- None reported in this study

<u>7. > 50% reduction in pain score (NRS, VRS) from baseline to endpoint</u>

Placebo: 16/111 (14%)
Gabapentin 1800 mg/day 37/115 (32%)
Gabapentin 2400 mg/day: 37/108 (34%)

- Proportion of patients showing a 50% or greater reduction in mean pain score between baseline and end of treatment was significantly higher in both the Gabapentin groups ($P = 0.001$)
- Note patients who dropped out due to adverse effects could qualify as "responders" in above analysis, i.e. "response" is not necessarily desirable.

<u>8. Mean between-group</u>

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 93 of 116

Gabapentin project study summary – Study No. 9 -  945-295 - RICE PHN(Pain 2001) – prepared by Kelsey Innes and Dr. Tom Perry - FINAL - July 27, 2008          9

| | Placebo | Gabapentin 1800 mg | Gabapentin 2400 mg |
|---|---|---|---|
| Worse | (6.31%) | (2.61%) | (2.78%) |
| Much Worse | 3/111 (2.70%) | 3/115 (2.61%) | 5/108 (4.63%) |
| Very much worse | 3/111 (2.70%) | 1/115 (0.87%) | 0/108 (0%) |
| Missing observation | 6/111 (5.41%) | 8/115 (6.96%) | 10/108 (9.26%) |
| Mean (SD) Median | 3.5 (1.3) no change | 2.9 (1.3) minimally improved | 2.9 (1.3) minimally improved |

## Clinical Global Impression of Change (P. 219-20 of Pain report)

- The Pain report only gives the data for much improved/very much improved
- Table 13 (36/1357) of the unpublished report summarizes the data for CGIC and has been included at the end of this document.
- The unpublished report and the pain report state the sample sizes for this outcome as Placebo = 107, Gabapentin 1800 mg = 108, and Gabapentin 2400 mg = 103, while the number of patients randomized to each group was Placebo = 111, Gabapentin 1800 mg = 115, and Gabapentin 2400 mg = 108
- The table below reflects the true ITT sample sizes and therefore the percentages listed are smaller than those in either of the reports.

| | Placebo N =111 | Gabapentin 1800 mg N = 115 | Gabapentin 2400 mg N = 108 |
|---|---|---|---|
| Very Much Improved | 6/111 (5.41%) | 14/115 (12.17%) | 12/108 (11.11%) |
| Much Improved | 14/111 (12.61%) | 34/115 (29.57%) | 33/108 (30.56%) |
| Minimally Improved | 30/111 (27.03%) | 16/115 (13.91%) | 26/108 (24.07%) |
| No change | 46/111 (41.44%) | 37/115 (32.17%) | 25/108 (23.15%) |

difference in change of pain score (NRS, VRS) from baseline to pre-defined endpoint by ITT-LOCF :

NB: the group differences from baseline were NOT the pre-defined primary endpoint (see column to left). The difference from baseline appears to be a post-hoc secondary analysis, although it is common to other studies. TLP concludes it is reasonable to meta-analyze the comparison of group mean changes from baseline to LOCF endpoint. as shown below:

Placebo (N=111):
Baseline: 6.4 (SD = 1.6)
Week 7: 5.3 (SD = 2.4)
Week 7-LOCF: 5.3 (SD = 2.3)
Change in Average Daily Pain Score (LOCF): -1.1

Gabapentin 1800 mg/day (N=115):
Baseline: 6.5 (SD = 1.7)
Week 7: 4.1 (SD = 2.5)
Week 7–LOCF :4.3 (SD = 2.5)
Change in Average Daily Pain Score: (LOCF) - 2.2

Gabapentin 2400 mg/day(N=108):
Baseline: 6.5 (SD = 1.6)
Week 7: 4.2 (SD = 2.0)
Week 7–LOCF: 4.2 (SD = 2.1)

| | | | |
|---|---|---|---|
| Minimally Worse | 8/111 (7.21%) | 5/115 (4.35%) | 4/108 (3.70%) |
| Much Worse | 3/111 (2.70%) | 1/115 (0.87%) | 3/108 (2.78%) |
| Very Much Worse | 0/111 (0%) | 1/115 (0.87%) | 0/108 (0%) |
| Missing | 4/111 (3.60%) | 7/115 (6.09%) | 5/108 (4.63%) |
| Mean (SD) Median | 3.4 (1.1) No Change | 2.9 (1.3) Minimally Improved | 2.9 (1.2) Minimally Improved |

**Quality of Life Questionnaire (p. 220 of Pain report):**

- *The pain report states that "Three hundred and twenty-one patients completed the SF-36 questionnaire at baseline and 289 had evaluable SF-36 results from the treatment period." What does this mean? What is evaluable?*
- The Pain report states the number of patients to complete the questionnaire in each group as
  - Placebo: 106
  - Gabapentin 1800 mg/day: 105
  - Gabapentin 2400 mg/day: 95
- According to the Pain report...
  - Patients receiving either dose of Gabapentin experienced significantly greater improvements in mean score for the vitality scale (P < 0.05)
  - Patients receiving the 1800 mg dose of Gabapentin also showed significantly greater improvements in mean score for scales of bodily pain (P < 0.01) and mental health (P < 0.05) than those receiving placebo

Figure 3: Summary of changes in domains of the SF-36 (P. 220 of published report)

Change in Average Daily Pain Score (LOCF): -2.3

- **Difference between Gabapentin 1800 mg and placebo:** show numerically P < 0.01 indicate statistical technique (? ANCOVA)

- **Difference between Gabapentin 2400 mg and placebo:** show numerically P < 0.01 indicate statistical technique (? ANCOVA)

<u>9. PGIC, % of patients achieving "much improved" or "moderately improved" (equivalent to PGIC in US studies, but expressed with similar but different words in UK/Ireland):</u>

- Note that in this report, the scale used to assess PGIC was as follows: 1=very much improved: 2=much improved; 3=minimally improved: 4=no change: 5=minimally worse: 6=much worse: 7=very much worse.
  - The scales employed in other studies have generally been as follows: 1 = much improved, 2 = moderately improved, 3 =



**Proportion of Patients Achieving at Least 50% Pain Reduction**

Placebo: 16/111 (14%)
Gabapentin 1800 mg/day 37/115 (32%)
Gabapentin 2400 mg/day: 37/108 (34%)

- Proportion of patients showing a 50% or greater reduction in mean pain score between baseline and end of treatment was significantly higher  in both the Gabapentin groups (P = 0.001)
- Note patients who dropped out due to adverse effects could qualify as "responders" in above analysis, i.e. "response" is not necessarily desirable.
- See page 26 of 1357 of unpublished report and page 219 of Pain report.
- It should also be noted that the achievement of 50% reduction in mean pain scores was not listed as a secondary outcome
  o It is listed on page 89 or 1357 of the unpublished report (Section 9.1.1.5 of the protocol) as a supplementary analysis
  o *"To compare the percentage of patients achieving a 50% reduction*

minimally improved, 4 = no change, 5 = minimally worse, 6 = moderately worse, 7 = much worse
o The scales are clearly analogous and therefore, for this study we analysed the percentage of patients achieving "very much improved" or "much improved"

According to page 219 of Pain report, the percentage of patients achieving "very much improved" or "much improved" were:
- Placebo: 24/105 (23%) of patients
- Gabapentin 1800 mg: 44/107 (41%)
- Gabapentin 2400 mg: 42/98 (43%)

These are more conservatively and appropriately shown as:

Placebo: 24/111 (22%)
Gabapentin 1800 mg/d: 44/115 (38%)
Gabapentin 2400 mg/d: 42/108 (39%)

TLP:  we should consistently use the ITT denominator for all such % calculations.

| | | | | | |
|---|---|---|---|---|---|
| | | | *in mean pain scores from the daily pain diaries for each dose of Gabapentin with that for placebo."* Is also listed on page 193 of 1357 of the unpublished report (in the statistical analysis plan) as a secondary objective. | **10. Histogram presentation of all PGIC 7-point results**<br><br>• See histograms at end of document.<br>• Note that in the denominator I have used the total number of patients randomized to each group, **NOT** the numbers given as denominators in the Pain/unpublished reports.<br>• Also notice that upon observation the groups do not look so significantly different. | |

Gabapentin project study summary – Study No. 9 -  945-295 - RICE PHN(Pain 2001) – prepared by Kelsey Innes and Dr. Tom Perry - FINAL - July 27, 2008          13



Table 8 – Daily Pain Diary (raw data)

| | Placebo | Gabapentin 1800 mg | Gabapentin 2400 mg |
|---|---|---|---|
| Baseline, N | 111 | 115 | 108 |
| Mean (SD) | 6.4 (1.6) | 6.5 (1.7) | 6.5 (1.6) |
| P-value vs. placebo* | | Not sig. | Not sig. |
| Week 1, N | 109 | 113 | 106 |
| Mean (SD) | 5.9 (2.0) | 5.1 (2.2) | 5.3 (2.0) |
| P-value vs. placebo* | | <0.01 | <0.01 |
| Week 2, N | 107 | 106 | 98 |
| Mean (SD) | 5.8 (2.0) | 4.7 (2.3) | 4.7 (2.1) |
| P-value vs. placebo* | | <0.01 | <0.01 |
| Week 4, N | 103 | 103 | 95 |
| Mean (SD) | 5.5 (2.2) | 4.4 (2.4) | 4.4 (2.1) |
| P-value vs. placebo* | | <0.01 | <0.01 |
| Week 4, N | 99 | 95 | 92 |
| Mean (SD) | 5.6 (2.1) | 4.4 (2.5) | 4.4 (2.5) |
| P-value vs. placebo* | | <0.01 | <0.01 |
| Week 5, N | 96 | 94 | 88 |
| Mean (SD) | 5.3 (2.3) | 4.2 (2.4) | 4.3 (2.3) |
| P-value vs. placebo* | | <0.01 | <0.01 |
| Week 6, N | 95 | 94 | 88 |
| Mean (SD) | 5.3 (2.3) | 4.3 (2.5) | 4.3 (2.4) |
| P-value vs. placebo* | | <0.01 | <0.01 |
| Week 7, N | 91 | 92 | 85 |
| Mean (SD) | 5.3 (2.4) | 4.1 (2.5) | 4.2 (2.6) |
| P-value vs. placebo* | | <0.01 | <0.01 |
| End of study (LOCF), N | 111 | 115 | 108 |
| Mean (SD) | 5.3 (2.3) | 4.3 (2.5) | 4.2 (2.6) |
| P-value vs. placebo* | | <0.01 | <0.01 |

*Based on Dunnet's test

Table 8 from page 29 of 1357 of the unpublished report

Table 9 – Daily Sleep Interference Diary

| | Placebo | Gabapentin 1800 mg | Gabapentin 2400 mg |
|---|---|---|---|
| Baseline, N | 110 | 115 | 108 |
| Mean (SD) | 4.0 (2.6) | 4.0 (2.8) | 4.4 (2.7) |
| P-value vs. placebo* | | Not sig | Not sig |
| Week 1, N | 109 | 113 | 106 |
| Mean (SD) | 3.6 (2.5) | 2.9 (2.5) | 2.9 (2.5) |
| P-value vs. placebo* | | P=0.01 | P=0.05 |
| Week 2, N | 107 | 103 | 98 |
| Mean (SD) | 3.3 (2.6) | 2.6 (2.5) | 2.4 (2.4) |
| P-value vs. placebo* | | P<0.05 | P<0.01 |
| Week 4, N | 103 | 99 | 95 |
| Mean (SD) | 3.1 (2.5) | 2.4 (2.6) | 2.1 (2.4) |
| P-value vs. placebo* | | P<0.05 | P<0.01 |
| Week 4, N | 99 | 95 | 92 |
| Mean (SD) | 3.1 (2.5) | 2.2 (2.4) | 2.1 (2.5) |
| P-value vs. placebo* | | P<0.05 | P<0.01 |
| Week 5, N | 96 | 94 | 88 |
| Mean (SD) | 3.1 (2.5) | 2.2 (2.4) | 2.2 (2.5) |
| P-value vs. placebo* | | P<0.05 | P<0.01 |
| Week 6, N | 95 | 94 | 88 |
| Mean (SD) | 3.1 (2.6) | 2.1 (2.4) | 2.1 (2.6) |
| P-value vs. placebo* | | P<0.05 | P<0.01 |
| Week 7, N | 91 | 92 | 85 |
| Mean (SD) | 3.2 (2.6) | 2.0 (2.5) | 2.1 (2.5) |
| P-value vs. placebo* | | P<0.01 | P<0.01 |
| End of study (LOCF), N | 111 | 115 | 108 |
| Mean (SD) | 3.1 (2.6) | 2.3 (2.6) | 2.3 (2.6) |
| P-value vs. placebo* | | P<0.01 | P<0.01 |

*based on Dunnet's test

Table 9 from page 31 of 1357 of the unpublished report

Table 12: Summary of Patient Global Impression of Change, from page 35 of 1357 of unpublished report.

**Table 12   Summary of Patient Global Impression of Change**

[Number (%) of Patients]

| | Placebo N=105 | Gabapentin 1800 mg N=107 | Gabapentin 2400 mg N=103 |
|---|---|---|---|
| Very much improved | 7 (7) | 18 (17) | 12 (12) |
| Much improved | 17 (16) | 26 (24) | 30 (31) |
| Minimally improved | 23 (22) | 21 (20) | 25 (24) |
| No Change | 45 (43) | 34 (32) | 27 (28) |
| Minimally worse | 7 (7) | 3 (3) | 3 (3) |
| Much worse | 3 (3) | 3 (3) | 5 (5) |
| Very much worse | 3 (3) | 1 (1) | 0 (0) |
| Mean (SD) * | 3.5 (1.3) | 2.9 (1.3) | 2.9 (1.3) |
| Median | No change | Minimally improved | Minimally improved |

* Based on 1=very much improved, 2=much improved, 3=minimally improved, 4=no change, 5=minimally worse, 6=much worse, 7=very much worse.

Table 13: Summary of Clinical Global Impression of Change, from page 36 of 1357 of unpublished report

**Table 13   Summary of Clinical Global Impression of Change**

[Number (%) of Patients]

| | Placebo N=107 | Gabapentin 1800 mg N=108 | Gabapentin 2400 mg N=103 |
|---|---|---|---|
| Very much improved | 6 (6) | 14 (13) | 12 (12) |
| Much improved | 14 (13) | 34 (31) | 33 (32) |
| Minimally improved | 30 (28) | 16 (15) | 26 (25) |
| No Change | 46 (43) | 37 (34) | 25 (24) |
| Minimally worse | 8 (7) | 5 (5) | 4 (4) |
| Much worse | 3 (3) | 1 (1) | 3 (3) |
| Very much worse | 0 (0) | 1 (1) | 0 (0) |
| Mean (SD) * | 3.4 (1.1) | 2.9 (1.3) | 2.9 (1.2) |
| Median | No change | Minimally improved | Minimally improved |

* Based on 1=very much improved, 2=much improved, 3=minimally improved, 4=no change, 5=minimally worse, 6=much worse, 7=very much worse.

Gabapentin project study summary - Study No. 9 - 945-295 - RICE PHN(Pain 2001) – prepared by
Kelsey Innes and Dr. Tom Perry - FINAL - July 27, 2008                                        15

Table 15: Overview of Adverse Events (AEs)

[Number (%) of patients if not otherwise indicated]

| | Placebo N=111 | Gabapentin 1800 mg N=115 | Gabapentin 2400 mg N=108 |
|---|---|---|---|
| Patients with AEs | | | |
| All AEs | 55 (49.5) | 81 (70.4) | 81 (75.0) |
| Associated [a] AEs | 31 (27.9) | 65 (56.5) | 65 (60.2) |
| Patients with AEs by Maximum Intensity | | | |
| All AEs | 112 | 180 | 206 |
| Mild | 57 | 89 | 96 |
| Moderate | 47 | 67 | 80 |
| Severe | 8 | 24 | 30 |
| Number of Deaths [b] | 0 | 0 | 1 (0.9) |
| Patients with Serious Non-fatal AEs [c] | 1 (0.9) | 3 (2.6) | 1 (0.9) |
| Patients Withdrawn due to AEs | | | |
| All AEs | 7 (6.3) | 15 (13.0) | 19 (17.6) |
| Associated AEs | 5 (4.5) | 14 (12.2) | 15 (13.9) |

[a] Considered by the investigator to be possibly, probably or definitely related to study drug, or as insufficient information.
[b] All events were considered by the investigator as unrelated to study drug.
[c] One patient died outside the one month follow-up after study completion. Death was recorded as 'other cause' and not related to the AEs ongoing at the time.

Table 15: Overview of Adverse Events, page 39 of 1357 of unpublished report.



Unpublished report, Appendix C: 1a: Mean Weekly Pain Score, ITT-LOCF (181 of 1357)



Unpublished report, Appendix C: 1b: Mean Weekly Sleep Diary Scores, ITT-LOCF (182 of 1357)

15 of 15

Gabapentin project study summary – Study No. 9 – 945-295 – RICE PHN(Pain 2001) – prepared by
Kelsey Innes and Dr. Tom Perry – FINAL – July 27, 2008

16

Changes from baseline in mean pain scores will be tabulated but will not be subjected to statistical analysis.

The above is taken from 198 of 1357 of the unpublished report (Inferential Analysis Plan).

### 9.1.1.3.    Main Model

The primary analysis will compare the final weekly mean pain score between the treatment groups of the studied population using analysis of covariance (ANCOVA) with treatment (fixed effect) and cluster (fixed effect) in the model and the screening mean pain score as covariate[11].

The above is taken from 88 of 1357 of the unpublished report (The Protocol)

### 9.1.1.5.    Supplemental Analyses

Supplemental analyses of weekly mean pain score will be:

- Analysis of mean pain score for each week separately.

- Change of weekly mean pain score from baseline at end point and at each week separately.

These supplemental analyses will include the same model as the main model.

In addition, age, duration of pain and use of tricyclic antidepressants will be investigated for their effect on the conclusions.

- The percentage of patients achieving a 50% reduction in mean pain scores will be analysed.

The above is taken from 89 of 1357 of the unpublished report (The Protocol)

Gabapentin project study summary – Study No. 9 - 945-295 - RICE PHN(Pain 2001) – prepared by
Kelsey Innes and Dr. Tom Perry - FINAL - July 27, 2008                                                    17

**Deceased Patient: Supplemental Information:**

The patient who died was an 88-year-old male born December 22nd, 1910.  His patient number was 46 (centre 17),
initials BCW and was randomized to the Gabapentin 2400 mg/day treatment group (p. 485 of 1357).  According to
page 1135 of 1357 he was screened at centre 17 on April 22nd, 1999 and the date of his first visit, as well as the date
that he started his dose was April 19th, 2999.  his last dose was on June 16th, 1999.  According to appendix E.13 he
had no elective surgeries during the study.  At study day -7, which one assumes is at the beginning of baseline or
one-week prior to treatment, his vital signs were as follows (p. 523 of 1357):

- Weight: 58 (assume 58 kg, although units not specified)
- Sitting heart rate: 88
- Sitting Blood Pressure: 110/70
- Standing Heart Rate: 90
- Standing Blood Pressure: 106/68

At study day 50, which one can assume, is following 7 weeks of treatment, his vitals were as follows (p. 523 of 1357):

- Weight: 60 (assume 60 kg, although units not specified)
- Sitting heart rate: 84
- Sitting Blood Pressure: 136/80
- Standing Heart Rate: 86
- Standing Blood Pressure: 130/76

According to page 1153 of 1357 the medications he was taking concurrently were:

- Becolide
- Co-amilofruse (Frumil)
- Nifedipine
- Quinine
- Ventolin Salbutamol
- Salazopyrin

His Significant Medical/Surgical History / Concurrent Illnesses were as follows (p. 556-57 of 1357):

| Condition | Start Date | End Date |
|---|---|---|
| Ulcerative Colitis | 80 | Continuing |
| Airflow Obstruction | 91 | Continuing |
| Cardiac Failure | 91 | Continuing |
| Iron Deficiency / Anemia | 91 | Continuing |
| Herpes Zoster | 92 | 92 |
| Intermittent Claudication: Leg Cramps at Night | 94 | Continuing |
| Prostatectomy | 94 | 94 |
| Hernia Repair | 96 | 96 |
| Vertigo | 98 | Continuing |
| Septal Perforation-Nasal | 99 | Continuing |

From his pain score data (p. 731-32 of 1357) patient 46 submitted pain and sleep scores for the entirety of the study.
Furthermore, according to p. 1095 of 1357 he was listed as compliant at all three visits: no capsules are listed as
returned.  He completed the study on day 49 and was seen on day 50 (p. 1118 of 1357).  No data is listed for PGIC
or CGIC for this patient (p. 1125 of 1357).



**Patient 46: Daily Pain and Sleep Scores**

According to 1301-02 of 1357

- The patient suffered a single episode of peripheral oedema (ankle swelling) on day 43 for which the duration is listed as 50 (unknown whether or not this 50 is 50 day duration or the oedema resolved itself on day 50 of the study); the severity was deemed moderate and the investigator deemed this event unlikely related to the study drug.
- On day 19 he suffered a single episode of back pain, duration 75, severely moderate, deemed unlikely related to the study drug
- On day 2 he suffered dizziness (bouts of giddiness) and ataxia (off balance) both of continuous duration. Both were deemed mild and possibly related to the study drug.
- All the above adverse events were treatment emergent.

No comments for this patient are listed in appendix E.16. No narratives regarding his death are listed in appendix b. There is no information given pertaining to cause of death except for that the investigator deemed this death unrelated to the study drug.

**Study No. 10 PARKE DAVIS/PFIZER 945-430-306 (MIXED NEUROPATHIC PAIN), Serpell et al 2002 – PUBLISHED (2002) AND UNPUBLISHED (2000) TRIAL SUMMARY - Thomas L. Perry, M.D. – FINAL – July 26, 2008**

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Study No. 10 Published Serpell, MG, Neuropathic Pain Study Group. Gabapentin in neuropathic pain syndromes: a randomized, double-blind, placebo-controlled trial. Pain 2002; 99: 557-66<br><br>Unpublished Parke-Davis (Eastleigh, UK) 945-430-306 Research Report No. RR 430-00135, | Mixed neuropathic pain (including complex regional pain syndrome, PHN, radiculoparhy, postlaminectomy, etc.):<br><br>Inclusion:<br>• Various characteristics of neuropathic pain<br>• Pain score (Likert) ≥4 on daily pain diary before | (from final study report, p. 84/1358) Placebo vs. gabapentin (3 x/day) titrated over first 3 days to 900 mg/d, then held at 900 mg/d until end of week 2. At "visit 2" (end of week 2) increase to 1200 mg/d-1800 mg/d further titration, if target 50% NRS mean pain reduction not reached. At "visit | Predefined outcomes:<br><br>Primary:<br><br>("Main model", from p. 74/1358, final study report):<br><br>NRS pain score (Likert 0-10 scale) as group mean of individual means from patients' last 7 available scores while on study medication (up to end of Week 8) from daily diary records of previous 24 hours, compared with baseline. Endpoint for non-completers of 8 week trial is LOCF.<br><br>Supplemental analysis is | Mortality:<br>P = 2, G = 0 (final study report, p. 36/1358)<br>P = 0; G = 0 (calculated by TLP)*<br>* p. 36/1358 states "Two patients died within one month of receiving their last dose of placebo medication, one due to ischemic heart disease and one due to heart failure. Full narratives are provided in Appendix B.1." Appendix B.1. (148/1358) clarifies that it does not seem reasonable to attribute these deaths to placebo, and the published report makes no mention of them (p. 562).<br><br>Serious Adverse Events (non-fatal) (pp. 35-36/1358):<br>NB: TLP cannot tell how these numbers are derived in final report. They are not reported in the publication (Serpell, 2002). Appendix B.1. shows that for P=2, G=2 SAE, the event arose before, or well after the end of the trial and is not plausibly related … for patient 06-417, the event arose after open-label gabapentin was prescribed to a patient who had taken placebo as study drug.<br><br>Patients experiencing SAE (non-fatal):<br>P = 2/152 (final report): 2/152 (TLP calculation)<br>G = 4/153 (final report): 2/153 (TLP calculation) | 1. "Enrichment" by excluding patients who had failed to respond to gabapentin at ≥ 900 mg/d or had not tolerated it. Many potentially eligible patients may have been exposed prior to commencement of study in June 1999, due to publication of JAMA articles in December 1998 and promotion of gabapentin even earlier. Published report (2002) refers to N=351 "eligible patients" (i.e. not gabapentin "failures", whereas final study report (2000) refers to N=351 as screened. Neither reports N of patients rejected for prior gabapentin "failure". |

Study No. 10 - PARKE DAVIS/PFIZER 945-430-306 (MIXED NEUROPATHIC PAIN), Serpell et al 2002 – PUBLISHED (2002) AND UNPUBLISHED (2000) TRIAL   2
SUMMARY –Thomas L. Perry, M.D. – FINAL – July 26, 2008

| | | | | | |
|---|---|---|---|---|---|
| May 5, 2000<br><br>8 week DBRCT June 17, 1999 – February 8, 2000<br><br>UK and Ireland<br><br>Final Protocol: February 3, 1999, amended July 7, 1999 (p. 8/1358)<br><br>Investigators meeting:May 7,1999 Investigators were UK and Irish consultant anesthetists who run outpatient chronic pain clinics. (p. 8/1358 of final study report). Dr. Michael Serpell (Glasgow, Scotland) was "study advisor".<br><br>Randomization: Central randomization sequentially to assignment to G or P in block sizes of 4<br><br>Data analysis: | randomization Exclusion:<br>• Failure to respond to gabapentin at ≥900 mg/day or failure to tolerate any dose of gabapentin ("enrichment bias")<br>• nown chronic kidney disease or Cr clearance ≤ 60 mL/min<br><br>Screened: 351<br><br>Randomized: 307 (ITT = 305 - 2 patients withdrew prior to receiving drug)<br><br>P = 152 (152 reported for safety analysis,148 reported for responder analysis, varying numbers for LOCF for primary | 3" (end of week 4), increase to 2100mg/d-2400 mg/d if target 50% NRS mean pain score reduction not reached (or maintain at 900 mg/d or 1800 mg/d) for "responders" to end of study (end of week 8) or early drop out. | weekly mean pain scores from baseline to week 8 or dropout (LOCF).<br><br>ANCOVA for these analyses was problematic, so "a decision was made to perform a rank based analysis of the data …" (p. 19/1358 and elsewhere).<br><br>"Responder" analysis: because a 50% reduction in mean pain score at end of week 2 (visit 2) and end of week 4 (visit 3) was a criterion for titration decisions, and this is specified in the experimental protocol, it is reasonable to accept this as a pre-specified outcome (unclear in other study reports). Percentage responders analysed by Manetel-Haenzel Chi-square test adjusting for cluster (groups of trial centres with few patients each). Patients withdrawing early due to lack of efficacy were classed as "non-responders". It appears that patients who "responded" (achieved mean NRS pain score ≤ 50% of baseline) but withdrew due to adverse events or other | Total SAE (non-fatal): NR<br>Calculated from Appendix B.1. SAE narratives and patient assignments Appendix:<br>P = 2 (TLP calculation)<br>G = 2 (TLP calculation)<br>TLP recommendation: I suggest we use for mortality P=0, G=0, and either NOT include these non-fatal SAE in Cochrane meta-analysis, or alternatively we use the recalculated total non-fatal SAE (2 in each group).<br><br>Withdrawal Due to Adverse Events (WDAE, p. 30/1358):<br>P = 25/152<br>G = 24/153<br><br>Total withdrawals:<br>P=41/152<br>G=32/153<br><br>Total patients with Adverse Events (p. 30/1358):<br>P = 103/152<br>G = 117/153<br><br>Total Adverse Events:<br>P = 223<br>G = 336<br><br>Specific AE:<br>Dizziness: P=12/152 (7.9%): G=37/153 (24.2%)<br>Somnolence: P=8/152 (5.3%): G=22/153 (14.4%)<br>Infection: P=19/152 (12.5%): G=14/153 (9.2%)<br>Headache: P=21/152 (13.8%): G=14/153 (9.2%) | 2. The primary outcome (difference from baseline in group mean NRS pain scores at study week 8 endpoint) was not significantly different: change for P = -1.3, for G = -1.6; difference = -0.3 points, p=0.31, nor for LOCF-endpoint: change for P = -1.0, for G = -1.5; difference = -0.5 points, p=0.046, or p=0.57, or p=0.06 (variously reported). If the LOCF difference were statistically significant, there is no meaningful clinical difference to a 0.5 point mean difference between treatment with P and G. The weekly (LOCF) plot of group mean change from baseline (Figure 3 in Serpell 2002, p. 171/1358 in final report) indicates that any separation of groups occurred DURING FIRST WEEK, at G = 900 mg/d, whereas separation of groups was no longer apparent at end of trial … THIS SUGGESTS THAT EFFICACY (IF ANY) IS NOT DOSE-DEPENDENT ABOVE 900 mg/d.<br><br>3. A pre-defined aspect of the |
| Exclusion:<br>Mean pain score (Likert NRS, 0-10):<br>P (152/152): 7.3 (SD 1.5)<br>G (152/153): 7.1 (SD 1.6)<br><br>Groups appear generally similar (Table 1, | | | | | |

Baseline characteristics:

Study No. 10 - PARKE DAVIS/PFIZER 945-430-306 (MIXED NEUROPATHIC PAIN), Serpell et al 2002 – PUBLISHED (2002) AND UNPUBLISHED (2000) TRIAL   3
SUMMARY –Thomas L. Perry, M.D. – FINAL – July 26, 2008

| | | | | | |
|---|---|---|---|---|---|
| Parke Davis Biometrics Group, Eastleigh handled data entry and analysis (/ 4/1358, final report) | publication), but neither publication nor final report gives breakdown by type of pain condition, so one cannot tell if groups are balanced for type (e.g. CPRS) without manually calculating from appendices.<br><br>Median age = 57 | endpoint, 112 completed trial)<br><br>G = 153(153 reported for safety analysis, 150 for responder analysis, varying numbers for LOCF for primary endpoint, 122 completed trial)<br><br>**This study appears NOT to be true ITT-LOCF as P=4, G=3 patients patients randomized appear NOT to have been reported for efficacy. It does not report on all patients at true endpoint.** | reasons would be classified as "responders", even though this does not make clinical sense as a good outcome.<br><br>Secondary:<br>NB: all secondary outcomes are <u>dependent</u>, not independent of primary outcome, as they all measure various aspects of the same thing (pain relief). The study made no adjustments for multiple comparisons.<br>• Individual pain symptoms<br>• SF-MPQ<br>• PGIC, CGIC<br>• SF-36 QOL survey<br>• Safety<br><br>Since most of the dependent secondary outcomes are not part of systematic review, only PGIC and safety will be discussed further. | <u>Primary outcome, difference from baseline at endpoint:</u><br><br>Baseline N, final scores (SD)<br>P (152/152): 7.3 (1.5)<br>G (152/153): 7.1 (1.6)<br><br>Week 8 N, final scores(SD), difference (SD):<br>P (111/152): 6.0 (2.8), difference -1.3<br>G (120/153): 5.4 (2.6), difference -1.6: p=0.31<br><br>Endpoint (LOCF) N, final scores: (SD), difference (SD):<br>P (148/152): 6.3 (2.6), difference -1.0<br>G (150/153): 5.6 (2.6), difference -1.5: p=0.048 (0.057) or p=0.06<br>(Appendix C.2, p. 176/1358 vs. p. 27/1358 in final study report: published report Serpell 2002 reports "p=0.048, rank-based ANCOVA")<br><br>This difference does not appear to be significant according to the pre-specified protocol (presentation of statistics confusing).<br>TLP suggests we use the LOCF endpoint N's for consistency in Cochrane meta-analysis, with understanding they are LOCF, not true ITT endpoints.<br><br>**Responder rate (≥50% reduction in NRS at LOCF endpoint – appears to include WDAE if they achieved >50% reduction):**<br><br>P = 22/152 (14%)<br>G = 32/153 (21%): p=0.16<br><br>(p. 561 publication, p. 28/1358 final report; these are reported by both published and unpublished report to show P=22/148, G=32/150, whereas TLP has adjusted above | primary outcome, which was a determinant of titration strategy, the % of patients achieving > 50% reduction from baseline on weekly NRS pain scale is not significantly different:<br><br>P = 22/152 (14%)<br>G = 32/153 (21%); p=0.16<br><br>4. For PGIC, a secondary outcome, the claimed statistical significance of the apparent difference between "very much or much improved" categories, favouring gabapentin, is doubtful. The statistical analysis does not appear to specify this comparison, which is one of multiple comparisons not appropriately tested. (see detailed notes and references in adjacent column.) Accepting the numbers of patients achieving this outcome (LOCF) expressed with the ITT denominators, as in adjacent column, seems appropriate for Cochrane meta-analysis which |

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 106 of 116

Study No. 10 - PARKE DAVIS/PFIZER 945-430-306 (MIXED NEUROPATHIC PAIN), Serpell et al 2002 – PUBLISHED (2002) AND UNPUBLISHED (2000) TRIAL   4
SUMMARY –Thomas L. Perry, M.D. – FINAL – July 26, 2008

| | | | | to show true ITT denominators for each group.  The  rounded % are identical to those in the published and final study reports.) | also shows all other categories – i.e. achieving a pre-specified meta-analytic outcome for all trials where suitable pre-specified PGIC data are available. |
| | | | | Patient Global Impression of Change at endpoint(PGIC): | 5. The published report's conclusions are not justified by the data presented. |
| | | | | (p. 197/1358 statistical analysis plan suggests that "Objective G" (PGIC and CGIC) will be analysed by CMH ridit transformation, but does not-prespecify grouping by any categories – the following table from p. 31/1358) shows the original presentation of data.   Grouping of categories 1 and 2 ("very much or much improved", similar to "much improved or moderately improved" in other PGIC scales) appears to be a post-hoc comparison.) | |
| | | | | As a conservative assumption, it may be more reasonable to report percentages as the number reporting the outcome divided by the ITT denominator: | |
| | | | | "Very much or much improved": | |
| | | | | P = 22/152 (14%)<br>G = 48/153 (31%)<br>(This does not appear to be statistically significant, as not a pre-defined outcome) | |
| | | | | NB: both the published report (Serpell 2002 and the final study report (p. 31/1358) state these data as:<br>P = 22/138 (16%)<br>G = 48/141 (34%) "p=0.03, Mantel-Haenszel"<br>However, there is no correction for multiple tests of significance and this is of doubtful statistical significance, as the statistical analysis document (p. 193/1358 notes that given the number of secondary analyses, some apparently "significant" results will occur by chance alone, in the absence of correction. | |

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 107 of 116

Study No. 10 - PARKE DAVIS/PFIZER 945-430-306 (MIXED NEUROPATHIC PAIN), Serpell et al 2002 – PUBLISHED (2002) AND UNPUBLISHED (2000) TRIAL                5
SUMMARY –Thomas L. Perry, M.D. – FINAL – July 26, 2008

The summary statistics in the original table show that the mean change is similar between groups:
P (N=138/152): 3.6 (1.2)
G (N=141/153): 3.2 (1.4)
No claim is made for an overall difference between groups in the PGIC

**Table 10 - Summary of Patient Global Impression of Change**

[Number (%) of Patients]

|  | Placebo N=138 | Gabapentin N=141 |
|---|---|---|
| Very much improved | 9 (7) | 18 (13) |
| Much improved | 13 (9) | 30 (21) |
| Minimally improved | 31 (22) | 21 (15) |
| No Change | 63 (46) | 55 (39) |
| Minimally worse | 13 (9) | 8 (6) |
| Much worse | 6 (4) | 6 (4) |
| Very much worse | 3 (2) | 3 (2) |
| Mean (SD) * | 3.6 (1.2) | 3.2 (1.4) |
| Median | No change | Minimally improved |

* Based on 1=very much improved; 2=much improved; 3=minimally improved; 4=no change; 5=minimally worse; 6=much worse; 7=very much worse.

Study No. 11 - BONE 2002 – GABAPENTIN FOR POSTAMPUTATION PHANTOM LIMB PAIN – DBR CROSSOVER TRIAL (PUBLISHED VERSION ONLY) – FINAL -  Dr.      1
Thomas L. Perry, July 23, 2008

**Study No. 11 - BONE 2002 – GABAPENTIN  FOR POSTAMPUTATION PHANTOM LIMB PAIN – DBR CROSSOVER TRIAL (Published) - SUMMARY**

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Study No. 11 Bone M, Critchley P, Buggy DJ.  Gabapentin in Postamputation Phantom Limb Pain: A Randomized, Double-Blind, Placebo-Controlled, Cross-Over Study. Reg Anesth Pain Med 2002; 27: 481-6  Support: Pfizer supplied study medication, Prof. David Rowbotham advised on statistical analysis.  Trial design: independent  DBRCT, 15weeks .  After 1 week run-in, randomization to 6 weeks of placebo (P) or gabapentin (G) – to maximum tolerated dose of G, ceiling of 2400 mg/d; then 1-week washout, followed by crossover to the alternative arm for 6 weeks. | Post-amputation phantom limb pain  Inclusion: • 18-75 years • Phantom limb > 6 months • "Pain score > 40 on a 100 mm VAS" at screening Exclusion: • Epilepsy • "significant hepatic or renal insufficiency", etc.  Allowable drugs: TCA's could be continued, patients *"asked to discontinue muscle relaxants, other anticonvulsants, and topical analgesics".*  Baseline characteristics: | Study design: 14 week double blind crossover trial RCT gabapentin (target dose 2400 mg/d) with placebo as 2 arms: P/G x 6 weeks, each with 1 week washout between treatments; vs G/P x 6 weeks, each with 1 week washout between treatments  Patient flow (Fig 2, p 483): • Sceened: 33 • Excluded: 14 • Randomized: 19 as P/G=9, G/P=10 • Completed crossover: 14/19 as:     P/G = 6/9     G/P = 8/10 • Withdrawn from treatments: NB: the patient flow figure and text do not allow ascertainment of the number of patients who dropped out of each treatment phase/group, nor the timing of drop outs. | Predefined outcomes:  Primary ("endpoint vs. baseline"):  VAS pain intensity difference from baseline to end of each treatment.  "Categorical pain intensity of episodes of phantom pain", documented daily as a 4-point score where  0=none, 1=mild pain, 2-moderate pain, 3=severe pain.  Secondary (all compared at "endpoint vs. baseline"): NB: all secondary outcomes are dependent, not independent of primary outcome, as they all measure various aspects of the same thing (pain relief).  See report p. 482-3 for details. | TLP: for this trial, no outcome is suitable for meta-analysis.  Mortality: Not reported  Serious Adverse Events: Not reported  Withdrawal Due to Adverse Events: Not reported  Total withdrawals: not reported so that treatment group during which withdrawal occurred can be identified - not interpretable  Total patients with AE's: not reported  Total AE: not reported  Most frequently reported AE's, reported as number of patients (Table 5): Somnolence: P=2, G=7 Dizziness: P=1, G=2 Headache: P=1, G=2 | 1. This is a very low quality study which claims a difference in mean change in VAS pain score at 6 weeks vs. baseline, favouring gabapentin. However, this is clearly unsupportable, as there is no ITT analysis, and even the completer numbers are not apparent.  The authors conclusion that *"After 6 weeks, gabapentin monotherapy was better than placebo in relieving postamputation limb pain" is not supported by the experimental report. No other differences are claimed.*  2. The description of patient flow and presentation of statistics is inadequate, but suggests that the report concerns only completers, i.e. 14/19 patients.  It is not clear how the crossover design is analysed in an unusual statistical analysis.  3. Presentation of safety data is inadequate and the methods section |

Study No. 11 - BONE 2002 – GABAPENTIN FOR POSTAMPUTATION PHANTOM LIMB PAIN – DBR CROSSOVER TRIAL (PUBLISHED VERSION ONLY) – FINAL -  Dr.   2
Thomas L. Perry, July 23, 2008

| | | | | | |
|---|---|---|---|---|---|
| Drugs described as "identical tablets" (p. 482) or described alternatively as "gabapentin and placebo capsules" supplied by Pfizer Pharmaceuticals (p. 485).<br><br>Patients screened and enrolled between February 1999-March 2000 (p. 482).<br><br>Randomization: *"The randomization technique was by computer-generated random numbers, which was organized by our hospital pharmacist."* | G/P arm: N=10/19<br>P/G arm: N=9/19<br>Mean age: 56 (17.5)<br>Age range: 24-68<br><br>Pain characteristics:<br><br>VAS weekly mean for screening week:<br><br>These appear to be reported as mean VAS (SD) for the combined groups starting each treatment (e.g. for placebo, P1 and P2 groups) – the N's are not determinable:<br><br>P: 6.7 (1.9)<br>G: 6.1 (1.8) | crossover 6 weeks are<br><br>**Drug doses/titration (p. 484):**<br>Titration schedule not detailed. Median final dose of gabapentin was 2400 mg/d (range 1800-2400 mg/d).<br><br>**Statistical Analysis:** (p. 483)<br>Unusually complicated description. See original report. *"...All analyses were conducted using the intention-to-treat population, defined as all randomized patients who received at least 1 dose of study medication. Patients with no data recorded for a parameter were automatically excluded from the analysis of that parameter..."* **This indicates that the analysis was at best "completer" analysis, and was NOT ITT, nor ITT-LOCF.** | Barthel Index (see text) could be relevant to disability, but the authors claim no difference for gabapentin vs. placebo, and the lack of ITT analysis makes this unsuitable for meta-analysis – therefore not described in detail in this summary table. | Nausea: P=1, G=2<br><br>**Primary outcome(s):**<br>NB: number of patients is << number randomized but not determinable for each treatment group – numbers are noted below but not reliable due to non-ITT and other issues (Table 2, p. 484). No explanation is provided for why average pain is reported for "week 6" whereas categorical pain is reported for "end of therapy":<br>:<br><br>Underline For average pain (100 mm VAS):<br><br>Placebo:<br>Baseline: 6.7 (1.9)<br>Week 6: 5.1 (2.2)<br><br>Gabapentin:<br>Baseline: 6.1 (1.8)<br>Week 6: 2.9 (2.2) – "P=.025" for comparison with placebo at week 6, not further described, multiple comparisons – authors *claim "a significant difference was observed at week 6"* only.<br><br>Underline For categorical pain (4 point scale from 0-3): | does not discuss how safety was assessed.<br><br><br>TLP: I don't think we can meta-analyse any of these results with any credibility.  It is better to present this study on its own, as a negative study. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Placebo:<br>Baseline: 1.8 (0.9)<br>End of therapy: 1.6 (1.2)<br><br>Gabapentin:<br>Baseline: 1.5 (0.9)<br>End of therapy: 1.5 (1.0)<br><br>No difference is claimed for groups.<br><br>**Secondary outcomes:**<br><br>**Barthel index:**<br>See Table 4 (p. 484) for details. No difference is claimed between groups. | |

**Notes:  This is a low quality study, which did not contribute any data to the 2005 Cochrane review, although the review cited it as showing "only a significant difference in pain intensity difference in week 6 of treatment".  It is not suitable for meta-analysis.**

Study No. 12 – Caraceni 2004 -PUBLISHED TRIAL SUMMARY –  NEUROPATHIC CANCER PAIN  –Prepared by Thomas L. Perry, M.D. – FINAL – July 26, 2008                    1

Study No. 12 – CARACENI 2004  – NEUROPATHIC CANCER PAIN (Parke Davis  **945-420-276** – GABAPENTIN VS.  PLACEBO DBRCT -  detailed study summary prepared by Dr. T. L. Perry - FINAL – July 26, 2008

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane safety hierarchy only – open trial) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Study No. 12<br>Parke-Davis 945-420-276<br><br>Caraceni A, Zecca E, et al. Gabapentin for Neuropathic Cancer Pain: A Randomized Controlled Trial From the Gabapentin Cancer Pain Group. J. Clin Oncol 2004; 22: 2909-17<br><br>**Support:**  funded by Pfizer Italy and Pfizer Spain..<br><br>Dates: August 1999-May 2002<br><br>Trial design: 11 (8 Italian, 3 Spanish) palliative care and oncology units during 10-day parallel DBRCT, Italy and Spain.<br><br>Randomization:<br>*"nonstratified block-of-3 randomization list"* to P or G in | Neuropathic cancer pain (infiltration or compression of nervous structures with "neuropathic" characteristics)<br><br>Inclusion:<br>• Age ≥ 18<br>• Pain score ≥ 5 on an 11-point NRS pain scale<br>• Regular opioid therapy without sufficient analgesia<br>• Life expectancy ≥ 30 days and Karnofsky performance score ≥ 40<br>Exclusion:<br>• Creatinine clearance ≤ 60 mL/min<br>• Previous or current gabapentin use<br>• Active chemotherapy or radiotherapy | **Study design:** 10-day, parallel-group multi-centre trial of gabapentin up to 1800 mg/d vs placebo.  Drugs were titrated daily as needed for average 24-hour pain score ≥ 3, if tolerated.<br><br>Patient flow (p. 691):<br>• Screened: 691<br>• Randomized: 121<br>• randomization: P=41, G=79<br>• total withdrawals: P=10, G=21<br>• lost to follow-up before Day 4: P=2/41, G=3/79<br>• completed: P=31, G=58/79<br><br>**Analysis:** (p. 2911)<br>Complex plan with multiple comparisons – see published report. Protocol and final study report not available for comparison.<br><br>**Achieved Doses of Gabapentin:**<br>600 mg/d: 6/79<br>1200 mg/d: 18/79<br>1800 mg/d: 55/79 | **Primary outcome:**<br>Average response to treatment over the whole follow-up period as defined by the average daily pain score from diary.<br><br>**Secondary:**<br>Subcomponents, i.e. various subjective types of pain, and use of as needed analgesics, safety.<br><br>**Statistical analysis:**<br>This study attempted to establish "average" pain scores over time, with imputations for missing scores.  This is not comparable to any other study, and not meta-analysable.  No discussion is offered of | Mortality: P=0: G=1<br><br>NF Serious Adverse Events (number or patients): P=0, G=1<br>(see Table 4, p. 2916)<br><br>**NB:** a patient died after 3 doses of gabapentin from sedation/coma on a background of liver failure.  A second patient developed respiratory depression after taking 1200 mg gabapentin on the second day and required reversal of opioid analgesia.<br><br>Withdrawal Due to Adverse Events:<br>P=3/41: G=6/79<br><br>Total withdrawals:<br>P=10/41<br>G=21/79<br><br>Total patients with AE's:<br>(combines WDAE and other AE)<br>P=10/41<br>G=35/79<br><br>Total AE's (patients may have > 1): | 1.  Unusual study in very sick patients with high morbidity and potentially high mortality.<br><br>2. Gabapentin associated with one early death and one near-death requiring opioid reversal.<br><br>3. Results cannot be meta-analysed.<br><br>4. The study does <u>not</u> provide real evidence in support of gabapentin for palliative care/cancer pain.<br><br>5. The authors' abstract conclusion that *"Gabapentin is effective in improving analgesia in patients with neuropathic cancer pain already treated with opioids"* is not supported by the data, nor by the discussion, which suggests only that *"…Our conclusion is that the association of 300 mg* |

Case 1:04-cv-10981-PBS   Document 1457-14   Filed 10/06/08   Page 112 of 116

Study No. 12 – Caraceni 2004 -PUBLISHED TRIAL SUMMARY –  NEUROPATHIC CANCER PAIN  –Prepared by Thomas L. Perry, M.D. – FINAL – July 26, 2008          2

| | | | | | |
|---|---|---|---|---|---|
| a 1:*2 ratio: "all study participants were blinded to allocation sequence"*<br><br>**Concealment:** identical capsules of 300 mg G or placebo *"allocated in random sequence by the pharmacy department"*<br><br>**Data analysis:** power calculation of sample sizes, analysis of primary and secondary longitudinal efficacy measures by ANCOVA by *"intent to treat … imputing missing longitudinal data with the average of observed data …"* with "modified ITT" for remaining analyses and "sensitivity analysis using LOCF and worst value observed for missing data imputation" … (see report, p. 2911) … strange definitions e.g. "70%" pain response appears to be 23% pain response in conventional terms … | Allowed other analgesic drugs:<br>Multiple<br><br>**Overall group characteristics:**<br>Age (mean): 59<br>Pain score (NRS) at baseline (mean):<br>P: 7.7 (1.3)<br>G: 7.0 (1.4)<br><br>**Morphine dose at baseline (mg/d, mean):**<br>P: 107 (87); N=41<br>G: 117 (118); N=80 | | multiple comparisons in the publication.  An unpublished Pfizer report, if available, might have more discussion. | Not reported<br><br>Specific AE:<br>(combines WDAE and other AE)<br><br>Somnolence/sedation:<br>P=4/41 (9.7%); G=19/79<br><br>Dizziness:<br>P=0/41; G=8/79<br><br>Functional improvement: NR<br><br>≥ 50% reduction in NRS pain at endpoint vs. baseline:<br>NR<br><br>Mean NRS pain score reduction from baseline to endpoint: NR<br><br>PGIC: NR<br><br><u>Outcomes reported:</u><br>See report pp. 2911-5.  These outcomes are totally different from any other study, and there does not appear to be any significant difference between groups, allowing for multiple comparisons and missing data, other than toxicity. | *gabapentin to the opioid drug regimen is usually safe, but in frail patients … a more cautious titration schedule is recommendable…"*<br><br>6. Both senior Italian authors and one other Italian author disclose having received more than $2,000 a year from Pfizer Italy for either of the last 2 years before submission in 2003 or publication in 2004. |

**Notes:**

Study No. 13 - PFIZER 945-411, LADPN -PUBLISHED/UNPUBLISHED TRIAL SUMMARY – OPEN-LABEL TRIAL, THEREFORE SUMMARIZED ONLY FOR SAFETY    1
OUTCOMES –Prepared by TL Perry, M.D., FINAL – July 26, 2008

**Study No. 13 - PFIZER 945-411 LADPN(2000-2001, FINAL REPORT 2002)–PAINFUL DIABETIC PERIPHERAL NEUROPATHY – SUMMARY – Final – July 26, 2008**

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT) / N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane safety hierarchy only – open trial) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Study No. 13 Pfizer/Parke-Davis Protocol 945-411 "Phase 3" (unpublished report) vs. "Phase IV" (published report)<br><br>A Randomized, Open Label Trial to Determine the Relative efficacy and Safety of a Fixed Dose of Gabapentin Versus Optional Titration to Effect for the Treatment of Painful Diabetic Peripheral Neuropathy<br><br>UNPUBLISHED final report dated November 5, 2002; 492 pages total, TLP has a 74/492 page print version.<br><br>Study dates: February 16, 2000 – December 4, 2001 Report date November 5, 2002 Pfizer_LKnapp_006623 (June 2, 2005 Clinical Study Synopsis is identical) Sponsor's reviewers/Department Approval: RadhiAbdulnabi Ph.D., Thomas J. Purcell, M.S., Lloyd | Painful diabetic peripheral neuropathy (PDPN):<br><br>Inclusion:<br>• Painful DPN<br>• Creatinine clearance $\geq$ 60 mL/min<br>Exclusion:<br>• Previous treatment with gabapentin<br>• Creatinine clearance < 60 mL/min<br><br>Overall group characteristics: Mean age: 56 | Study design: 7-week open, parallel-group, 33 "centre" trial of gabapentin 900 mg/day fixed dose vs. gabapentin titrated over up to 4 weeks to dose necessary to achieve 50% reduction on NRS (11-point Likert score) pain scale, or to a maximum of 3600 mg/day: then steady dose (except reduction for toxicity) for remainder of 7 weeks.<br><br>Safety assessments at each of 5 visits, i.e. 3 post-randomization visits up to and including 7 weeks.<br>• Screened: 421<br>• Randomized: 339 (randomization procedure not described in unpublished main report nor published report)<br>• randomization: $G_{900}$=170, $G_{titrated}$=169<br><br>ITT population for safety appears to be 339/339 patients enrolled (randomized).  No further details presented in published report nor in pp. 1-74/492 page unpublished report. | Because this is an open-label trial, this analysis will only look at safety outcomes – definitions at pp 31-32 of unpublished report appear to be compatible with other gabapentin studies. | NB: analysis is based on pp. 16-17/492 of unpublished final report and published report (Gomez-Perez et al., 2004):<br><br>Mean daily dose per group (published report, details from unpublished not available to TLP): $G_{900}$900 mg/day ;$G_{titrated}$ = 1,936 mg/day<br><br>NB: the mean dose of 900 for $G_{900}$ group appears unlikely, as it would require all 170 patients randomized to have taken exactly 900 mg/day for the full period.<br><br>Mortality (p. 176 published): $G_{900}$ = 0/170 (0%) ;$G_{titrated}$ = 0/169(0%)<br><br>Serious Adverse Events – <u>number of patients</u> experiencing SAE (p. 176 published): $G_{900}$ = 3/170 (1.8%) ;$G_{titrated}$ = 4/169(2.4%)<br><br>Serious Adverse Events – <u>total SAE</u>: not reported<br><br>Withdrawal Due to Adverse Events (pp. 176-7 published): $G_{900}$ = 9/170 (5.3%) ;$G_{titrated}$ = 7/169(4.1%) | 1.  Probable enrichment bias by exclusion of patients previously treated with  gabapentin may reduce chance of observing toxicity.<br><br>2. Toxicity (AE) findings are similar to other studies. Exclusion of patients with creatinine clearance < 60 mL/min and relatively low age biases study in favour of gabapentin, vs.  more frequent AE expected in clinical practice.  It is not possible to comment meaningfully about dose-dependent toxicity, but the absolute numbers and percentages of patients experiencing typical gabapentin-induced AE are slightly higher for titrated dose group than for fixed dose group.<br><br>Appendices to this report not available. |

1

Study No. 13 - PFIZER 945-411, LADPN -PUBLISHED/UNPUBLISHED TRIAL SUMMARY – OPEN-LABEL TRIAL, THEREFORE SUMMARIZED ONLY FOR SAFETY OUTCOMES –Prepared by TL Perry, M.D., FINAL – July 26, 2008                2

| | | | | | |
|---|---|---|---|---|---|
| Knapp, PharmD, K. Chartier, Ph.D., C. Hoseyni, Ph.D., MBA<br><br>PUBLISHED report:<br>Gomez-Perez, Perez-Monteverde, et al.  Gabapentin for the treatment of painful diabetic neuropathy: dosing to achieve optimal clinical response. Br. J. Diabetes Vasc. Dis. 2004; 4: 173-8<br><br>NB: publication specifies (p. 177) that data analysis was conducted by Quasy, a contract research organization and data analysis was conducted by Quasy and Pfizer. (unpublished final report "Statistical Analysis and Safety Report" is submitted by Quasy, Mexico – see p. 18/492).  Authors Mitisya EM and Parsons B of published report are from Pfizer, New York. | | | | **Total patients with AE's:**<br>$G_{900}$ = 82/170 (48%) :$G_{titrated}$ = 85/169(50%)<br><br>**Total AE's (patients may have > 1):**<br>Not reported<br><br>**Characteristic AE for combined groups (N=339) - (p. 17/492 of unpublished report), by number of patients (? Patients may have experienced > 1 AE; if similar to reporting of other studies, the following would be the dominant AE experienced by patient):**<br>For total group (N=339/339)<br>Somnolence: 60/339 (18%)<br>Dizziness: 51/339 (15%)<br><br>For groups by dose:<br>Somnolence:<br>$G_{900}$ = 26/170 (15%) :$G_{titrated}$ = 34/169(20%)<br>Dizziness:<br>$G_{900}$ = 23/170 (14%) :$G_{titrated}$ = 17/169(50%) | |

Study No. 14 - LEVENDOGLU 2004 – GABAPENTIN FOR SPINAL CORD INJURY PAIN – DBR CROSSOVER TRIAL (PUBLISHED VERSION ONLY) – final -  Dr. Thomas L.     1
Perry, July 26, 2008

Study No. 14 – Levendoglu 2004 – GABAPENTIN FOR SPINAL CORD INJURY PAIN  – DBR CROSSOVER TRIAL (published) – FINAL – **July 26, 2008**

| Study/Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Study No. 14 Levendoglu F, Ogun CO., et al.  Gabapentin Is A Firse Line Drug for the Treatment of Neuropathic Pain in Spinal Cord Injury.  Spine 2004; 743-751. <br><br>**Support**: *"No funds were received in supprt of this work. No benefits in any form have been or will be received from a commercial party related dirrectly or indirectly to the subject of this manuscript."*. <br><br>**Dates**: not specified, presumably 2002 or earlier, MS submitted February 2003. <br><br>**Trial design**: Independent. <br><br>DBR Crossover Trial, 18 weeks including 2 treatment periods of 8 weeks separated by 2 week washout, comparing gabapentin (G) with placebo to final dose of | Spinal cord injury "neuropathic" pain <br><br>Inclusion: <br>• 20-65 years <br>• complete traumatic SCI, hospitalized <br>• "neuropathic" pain > 6 months <br>• pain > 4 on 11-point (0-10) neuropathic pain score (NPS) at baseline <br>Exclusion: <br>• severe cognitive impairment <br>• seizure disorder <br>• use of anticonvulsants or antidepressants <br>• major depression or score > 16 on Beck Depression Inventory at baseline <br>• *"hypersensitivity"* to gabapentin: | Study design: 18 week double blind crossover RCT comparing G with P as 2 arms: P/G x 8 weeks with 2 week washout between treatments vs. G/P with 2 week washout between treatments.  Titration during weeks 0-4, stable dose weeks 5-8. <br><br>Patient flow (p. 744) - not described: <br>• Sceened: not reported <br>• Excluded: not reported Randomized: 20: allocation to sequences not described <br>• Completed crossover: 20/20 <br>• Withdrawn from treatments: P=6/56; G=4/53; washout=2/? <br><br>Drug doses/titration (p. 2112): Titration from G=900 mg/d in first week, to 1800 mg/d in week 2, 2400 mg/d in week 3, and 3600 mg/d in week 4, | Predefined outcomes: <br><br>**Primary:** This is not clearly explained. The order of presentation suggests that overall NPS pain may have been the primary outcome, at 4 and/or 8 weeks vs. baseline, but the baseline scores and the qualitative subcomponents are not described sufficiently well to understand what was the pre-specified outcome. <br><br>**Secondary:** Also not described in detail, but appears to be VAS pain scale, and a "LQ" questionnaire (see text, p. 744). | Achieved doses: Mean dose G "without side effects": 2235 mg/d (501), range 900-2700 mg/d Mean maximum tolerated dose 2850 mg/d (751), range 1200-3600 mg/d <br><br>Mortality: Not reported <br><br>Serious Adverse Events: Not reported <br><br>Withdrawal Due to Adverse Events: P=0/20; G=0/20 These appear suitable for meta-analysis <br><br>Total withdrawals: P=0/20; G=0/20 <br><br>Total patients with AE's: P = 5/20 (25%) G = 13/20 (65%) These appear suitable for meta-analysis <br><br>Most important AE's (Table 5): <br><br>Weakness ("asthenia"): P=2/20 (10%); G=5/20 (25%) Vertigo ("dizziness"): P=1/20 (5%); G=3/20 (25%) Sedation (somnolence): P=0/20 (0%), G=3/20 (15%) Edema: P=0/20 (0%); G=3/20 (15%) | 1.  This is an unusual study which is not directly comparable with any other study. Doctors were probably unblinded, and patients were also likely to have been unblinded. <br><br>2.  It is not clear whether the patients had access to any other analgesics. <br><br>3.  The results purported are surprising insofar as: a) no patients dropped out; b) the apparent effects shown graphically are much more dramatic than any other study; c) there is no purported separation from placebo at end of week 2 (1800 mg/d), in contrast |

Study No. 14 - LEVENDOGLU 2004 – GABAPENTIN FOR SPINAL CORD INJURY PAIN – DBR CROSSOVER TRIAL (PUBLISHED VERSION ONLY) – final -  Dr. Thomas L.      2
Perry, July 26, 2008

| | | | | | |
|---|---|---|---|---|---|
| G=3600 mg/d<br><br>**Concealment:** *"identically appearing capsules"* (p. 744)<br><br>**Randomization:** not described (p. 744)<br><br>**Test of blinding:** none mentioned: physicians who were "blinded" assessed patients for "side effects" and adjusted gabapentin dose accordingly.  ? Blinded? | **Allowable drugs:** not described – no opioids ar mentioned<br><br>**Baseline characteristics:**<br><br>**Mean age:** 36 (range 22-62)<br><br>**Baseline VAS, NPS scores:** Not presented for P/G or G/P groups | "regardless of any efficacy achieved at lower doses", decreased one dose step for "intolerable adverse reactions".<br><br>**Statistical Analysis:** (p. 744) No primary outcome or secondary outcome hierarchy is described. Power calculation on basis of Tai study 2002. No description of correction for multiple comparisons. | NB: none of these scores are comparable, or presented so as to be comparable, with any other commonly used scales.<br><br>**Analysis:** the description of statistical plan is inadequate to understand what was done, let alone multiple comparisons.<br><br>**Test of blinding:** Not described.  The description of adverse effects suggests that physician evaluators may not have remained blinded. | These appear suitable for meta-analysis, using "weakness".<br><br>**Total AE's (patients may have > 1 as total exceeds total patients with AE):** P=6; G=17<br><br>**Disability:** not reported<br><br>**> 50% reduction in NRS pain score at endpoint vs. baseline:**  not reported (not an outcome)<br><br>**Primary outcome VAS pain score:** Not comparable to any other study.  Not meta-analysable.  The purported changes (see graphs in original report) are much larger than any other study of gabapentin, whether crossover or parallel group.<br><br>**Secondary outcomes:** See original report.  None are comparable to other studies, nor are clearly clinically meaningful.<br><br>**PGIC:** not reported | with virtually every other study of gabapentin;<br>d) adverse effects are less than most studies<br><br>2. Outcomes other than safety are not suitable for meta-analysis. |