Study No. 15 - Gabapentin vs. Morphine vs. (Gapabentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION

## STUDY NO. 15 - STUDY DETAIL SUMMARY AND ANALYSIS: GILRON, NEJM 2005

July 27, 2008 – FINAL VERSION

All information in the following document was taken from the article *Morphine, Gabapentin, or Their Combination for Neuropathic Pain,* published by Ian Gilron, M.D., et al in the March 31st, 2005 issue of the New England Journal of Medicine (Volume 352, issue 13).  The PowerPoint slides contain no information which is not already included in the report.

To be included in the efficacy analysis in this study, a patient had to complete at least two rounds of treatment.  Therefore, included in the efficacy analysis were 3 patients who withdrew sometime after completing two treatment periods.

This study did not report a number of important values.
- First of all, what constituted compliance for this particular study is not defined anywhere in this report and the degree of compliance or adherence to the study protocol has not been included.  It is unclear whether or not compliance was even monitored.
- Mortality is not mentioned and neither are serious adverse events.
- The number of withdrawals due to adverse events is also unclear  (see table for details)

Adverse events were only mentioned in this report if they were moderate to severe and had and incidence of greater than 5% for any treatment.
- No definition is given as to what would constitute a moderate to severe adverse event.
- Adverse events were compared only with active placebo (lorazepam) and with the Gabapentin-morphine combination treatment, and, the nature of the significance is unclear (see table for details).

This study employed an active placebo, lorazepam, which has been shown to induce sedation but not analgesia.  This could potentially reduce the period effects seen in other Gabapentin/placebo studies, which were most likely caused by unblinding due to the sedative effects of Gabapentin.   In fact, the statistical analysis in this study demonstrated no significant period effects. Furthermore, during each treatment period, a "blinding" questionnaire was completed by both patients and research nurses in order to gauge which treatments the patients and their research nurses thought they were receiving which is another interesting way to assess the degree of unblinding.  However, although the results of the questionnaire are reported, the paper offers little interpretation.

This study has inappropriately used Standard Error.  The preferred presentation of descriptive statistics in a clinical trial is mean $\pm$ SD; the preferred presentation of an estimate and its precision is mean and 95% confidence interval.  Presenting the estimate and its precision as the mean $\pm$ standard error, as is done in this paper, is discouraged because it is commonly confused with the mean $\pm$ standard deviation but standard error is always smaller (usually substantially so) than the standard deviation and can therefore be misleading.  Since this report is not very clear on the numbers of patients used for specific analyses, it is difficult, if not impossible, to determine the standard deviation from the standard error in this case and therefore difficult to make any comparisons independently.

Numerical values for the baseline pain intensity for each sequence group, or for new baselines at end of treatment phase washouts, are not reported.  They are only represented visually in Figure 2A such that one can estimate them.  This makes it impossible to assess precisely the change in pain intensity from original  baseline or each new post-washout baseline for each treatment sequence group.

Study No. 15 - Gabapentin vs. Morphine vs. (Gapabentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION

Related to the above paragraph, although Table 2 on page 1332 of this report reports the scores of the short-form McGill pain questionnaire (MPQ), the Brief Pain Inventory (BPI), Medical Outcomes Study 36-Item Short Form General Health Survey (SF-36), and Beck Depression Inventory (BDI), the table only provides standard error, and not standard deviation or the number of patients in each assessment. The standard deviation of the differences between baseline and treatment for each patient is also not provided making it impossible to assess the change from baseline.

Extremely odd is the fact that the standard errors reported in Table 2 for MPQ, and BPI are identical for the baseline, active placebo (lorazepam), Gabapentin, morphine, and combination groups; furthermore, for the SF-36. In fact, the standard errors in each row of this table are identical or nearly identical for all treatment groups.

With regard to the titration schedule, for the first three weeks of each five-week treatment period, the dose was escalated towards a maximal tolerated dose or a target ceiling dose, whichever was reached first. The target ceiling dose for Gabapentin treatment alone was 3200 mg / day; however, the mean maximal tolerated dose was 2207 mg / day (SE = 89 mg) which appears to reinforce findings of other studies that Gabapentin is less tolerable at high does (has dose-dependent toxicity).

The dosing schedule may artificially discriminate against morphine (at least for efficacy) insofar as the relative reduction in target/ceiling dose is more for morphine than for Gabapentin in older patients (> half of those randomized) and during the combination (M + G) phases of crossover treatment. The reduced mean dose of morphine used in the (M + G) combination group may be at least partly an artefact of the trial design, which allowed 50% lower ceiling doses of morphine in this arm.

The report does not provide any information on the age of completers, so it is not possible to know whether older patients responded differently to any treatment than younger ones, or how doses compared in younger vs. older patients.

Careful inspection of the red or azure curves for week-by-week pain scores in Figure 2A suggests that at least in 2/4 sequence groups including 23/43 of the completing patients, gabapentin had no analgesic effect. A new figure created at the end of this document attempts to compare the treatment groups more directly by combining imputed pain score measurements (obtained by interpolation from Figure 2A) for all patients in the "completer" analysis who were exposed to each treatment. This provides an alternative way of looking at the data, which may clarify the relative effects on pain of active placebo (lorazepam), gabapentin, morphine, and (morphine + gabapentin) in this experiment.

Study No. 15 - Gabapentin vs. Morphine vs. (Gabapentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION

| Study / Design / Dates | Inclusion Criteria / Baseline Characteristics | Intervention(s), Experimental Design, N of Subjects Randomized (ITT) / N Who Completed Study | Predefined Outcomes / Issues in Statistical Analysis | Outcomes Hierarchy (Cochrane, investigators: primary / secondary) | Comments / Conclusions of Kelsey Innes/ TL Perry, M.D. |
|---|---|---|---|---|---|
| **Published:**<br>Gilron I, Bailey JM et al. Morphine, Gabapentin, or their Combination for Neuropathic Pain. N Engl J Med 2005; 352:1324 – 34.<br><br>**Support:** Independent, Canadian Institutes of Health Research. Pfizer supplied Gabapentin (Neurontin) but had no other input to study.  Lead author and 1 other author report membership on Pfizer paid advisory board or research support from Pfizer.<br><br>**Study Design:**<br>Randomized, double-blind, active placebo-controlled, four-period crossover trial.<br><br>**Study Duration:** 5 weeks.<br>Patients received daily active placebo, lorazepam, (P), | **PDPN and PHN**<br><br>**Baseline Characteristics:**<br>• See page 1325<br><br>**DPN:**<br>• Distal symmetric, sensory diabetic polyneuropathy as determined on the basis of their medical history and…<br>• Either an unequivocal decrease in response to pinprick, temperature, or vibration **or** absent ankle jerk reflexes.<br><br>**PHN:**<br>• Had had an eruption of herpes zoster rash not more recently than six months before enrolment. | **Patient Flow**<br>Figure 1: Enrolment, Randomization, Withdrawals, and Completion of the Four Treatment Periods (P. 1329)<br><br><br><br>• 86 were screened, 29 excluded, 57 randomized and 16 withdrew during treatment periods<br>　o 13 before completing second treatment period (B)<br>　o 3 due to AEs but after completing at least 2 treatment periods.<br>　o 41 completed the trial<br>**Design:**<br>• Balanced Latin-square design (see table below) | **Analysis**<br>• 40 patients for 80% power to detect a 2-sided alpha of 0.05 a mean difference in pain intensity at week 4 among the treatments that was equivalent to 1 point on a scale from 0 – 10.<br>• Was estimated that if 58 enrolled, 40 would complete all 4 treatment periods.<br>• Had to complete at least two treatment periods to be included in efficacy analysis<br>• Linear mixed model with drug regimen, sequence, treatment period, and first-order carryover effect were fitted with pain intensity data.<br><br>**Sensitivity analysis (by each treatment period):**<br>*"The level of change in the intensity of pain during each treatment period was calculated as the difference between the score for pain at baseline (mean of last 3 days before period A or ? last 3 days of washout periods) and the scores for pain during treatment (mean of last 3 days at maximum tolerated dose)"…% change = change in pain score/baseline pain score x 100%.  NB: The intent/purpose of this "sensitivity analysis" is not further described, but no difference was found between groups except for combination vs. active placebo (lorazepam) (see below and p. 1328, p. 1330 discussion).* | **1. Mortality:** not reported<br><br>**2. Serious Adverse Events:** not reported<br><br>**3. Withdrawals Due to Adverse Events:**<br>• 3 patients WDAE in total<br>• 2 assigned to the sequence G, M, GM, P withdrew after completing two treatment periods so assume withdrew during combination treatment (in period C)<br>• 1 assigned to the sequence M P, G, GM withdrew after completing three periods, so again, assume withdrawal during combination treatment.<br>• Most common adverse events included Constipation, Sedation and Dry Mouth.<br>• Note that figure 1, p. 1329 suggests that there were 14 withdrawals before the end of Treatment Period B but states at p. 1328 text that 13 withdrew during the same period<br><br>**4. Total Withdrawals (see pt. flow diagram, p. 1329)**<br><br>Total Withdrawals: 16<br>• Active placebo (lorazepam): 1 of 44 (2.27%) who started active placebo | 1. Design of trial with disproportionally reduced target/ceiling dose of morphine vs. Gabapentin (50% less for M, 25% less for G) for older patients (> half of all patients – Table 1 median age, p. 1330) and disproportionately reduced target/ceiling morphine dose (50% less for M vs. 25% less for G) for combination therapy produced (not-unexpectedly) the lower mean doses of M and G used in combination group, and may have reduced the apparent efficacy of M (or MG combination) groups vs. active placebo (lorazepam). Clinical significance of AE from morphine-induced constipation hard to weight against other AE. Combining M with G (MG) appears to increase some AE vs. G or M alone.<br><br>2. Trial employed use of an active placebo, lorazepam. This was intended to reduce |

Study No. 15 - Gabapentin vs. Morphine vs. (Gapabentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION

sustained-release morphine (M), Gabapentin (G), or a combination of Gabapentin and Morphine (GM), not necessarily in that order, each given orally for 5 weeks.

**Study Number: N/A (independent)**

Protocol approved by an institutional ethics review board.

Patients recruited between February 2001 and November 2003.

**Test of unblinding: YES**

## Inclusion Criteria

- Daily moderate pain for three months or more
- Age of 18-89 years
- Serum alanine aminotransferase or aspartate aminotransferase level less than 1.2 times the normal level
- Creatinine level less than 1.5 times the upper limit of the normal range
- Sufficient language skills to communicate with research staff

## Exclusion Criteria

- Hypersensitivity to study medications
- Another painful condition as severe as the DPN/PHN
- Any recent myocardial infarction (doesn't specify how recent)
- Unstable angina or

| M | P | G | GM |
|----|----|----|----|
| P | GM | M | G |
| G | M | GM | P |
| GM | G | P | M |

- Notice that you have one of each of M, P, G and GM in each row and column
- Latin Square (LS) designs make it possible to assign the order of the treatments to subjects to avoid confounding treatment conditions with order
- LS designs also enable the independent assessment of condition and order.
- P. 1325-26 describes random allocation of patients to treatment order.

## Treatment Regimen

- Medication placed in blue and grey capsules, blue capsules twice daily, grey capsules 3X daily. See table below and p. 1326.

| $T_x$ | Blue | Grey |
|----|----|----|
| M | 30 mg, SR morphine | Lactose placebo |
| GM | 15 mg SR morphine | 300 mg Gabapentin |
| G | Lactose placebo | 400 mg Gabapentin |
| P | 0.2 mg lorazepam | 0.1 mg lorazepam |

- Target daily dose ceilings (see p. 1326

## Primary Outcome Measure

### Mean Daily Pain Intensity (PI) in Patients Receiving a Maximal Tolerated Dose:

- Figure 2A Mean Weekly Pain shows weekly mean scores for daily pain intensity throughout the trial for each of the four treatment sequences. It was too large for this column and is therefore found at the end of this document.
- Another figure was created using figure 2A which combines all of the treatment periods. (See appendix 1).
- Mean intensity of pain on a scale from 0 – 10.
  - 0 = no pain, 10 = worst pain ever
  - Ratings averaged over 7 days in which the patients were receiving the maximal tolerated dose of the study drug.
- P. 1333 in discussion notes surprise that Gabapentin did not produce significantly better results than active placebo (lorazepam) with regard to this primary outcome. (See new figure plotted by K. Innes summarizing effects for all patients by treatment, shown separately at end of this table after original Figure 2(A) from Gilron)
- Note: "mean pain intensity" is analogous to "NRS pain scale" in other studies

**Active placebo (lorazepam)**
Mean PI at Week 4: 5.72

(lorazepam) treatment.
  - During Treatment period B
- Gabapentin: 4 of 48 (8.33%) who began treatment with Gabapentin
  - 3 during treatment period A
  - 1 during Treatment period B
- Morphine: 5 of 49 (10.20%) of those who began treatment with morphine.
  - 4 in treatment period A
  - 1 in treatment period B
- Gabapentin-Morphine: 6 of 47 (12.77%) who began the combination treatment.
  - 4 in treatment period A
  - 1 in treatment period C
  - 1 in treatment period D

### 5. Total Adverse Events: not reported

- Table 3 on p. 1333 lists adverse events in percentages with no associated numbers for each group. Since it is not specified where during a given treatment period a specific patient dropped out, it is difficult to determine the numbers associated with each percentage

### Gabapentin:

**Dose Titration (Weeks 1-3)**
The following adverse events occurred for those taking Gabapentin during titration and were significantly less compared to

the potential period effects which have occurred in other studies, by preventing unblinding. This drug also employed a blinding questionnaire to assess which treatments the patients and the research nurse thought the patients were receiving and was completed by both patients and the nurse when the patients were taking the maximal tolerated dose of the assigned study drug. It is less clear how to interpret the findings regarding blinding/unblinding.

3. This study inappropriately used Standard Error for presentation of descriptive statistics, except in Table 1 (baseline characteristics). The preferred presentation of the descriptive statistics is mean $\pm$ SD. The preferred presentation of an estimate and its precision is mean and 95% CI. The standard error is **smaller** than the SD always and is therefore misleading. Presenting an estimate and its precision as

Study No. 15 - Gabapentin vs. Morphine vs. (Gapabentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION

---

congestive heart failure
- Any central neurologic disorder (including seizures)
- A serious mood disorder
- A history of serious drug or alcohol abuse
- Pregnancy
- Lactation
- Lack of a primary care physician.

Excluded / Permitted Medication
- Non-opioid drugs other than Gabapentin permitted at steady dose throughout trial
- Procedural pain therapies forbidden.
- Patients were given docusate sodium (100 – 300 mg per day) as prophylaxis against constipation.
- Sennosides were

---

or table below)
  o Certain adjustments made for those over 60 and those weighing less than 60 kg (see p. 1326)

| $T_x$ | Target Daily Dose Ceiling |
|---|---|
| M | 120 mg |
| GM | Morphine: 60 mg Gabapentin: 2400 mg |
| G | 3200 mg |
| P | Lorazepam: 1.6 mg |

- For mean tolerated doses and SEs see page 1328.
- **NB: the design virtually guarantees that patients in combination phases will take a lower mean dose of M and G than during M and G phases** – results at p. 1328 and Figure 2 (C) are pre-determined, not experimental outcomes. (TLP)**Titration / Treatment / Washout**
- For first three of five weeks dose escalated towards max. tolerated dose / target ceiling dose (whichever hit first)
  o See comments
  o For details on how max. tolerated dose was determined see p. 1326 / 1327
- **4th week pt. received maximal** tolerated dose for particular treatment
- 5th week – 4-day dose tapering and three-day complete washout.

---

SE : 0.23

**Gabapentin:**
Mean PI at Week 4: 4.49
SE: 0.34

**Morphine:**
Mean PI at Week 4: 3.70
SE: 0.34

**Gabapentin-Morphine:**
Mean PI at Week 4: 3.06
SE: 0.33

- Pain treated with GM combination was lower than with morphine alone (P = 0.04)
- Pain treated with GM combination was lower than with Gabapentin alone (P < 0.001) or active placebo (P < 0.001)
- No additional p-values are reported.

Figure 2B Mean Daily Pain (P. 1331)



- The above figure shows the mean ($\pm$ SE) daily pain scores during week 4 at the maximal tolerated dose of each regimen.

---

the Gabapentin morphine combination treatment. (p < 0.05)
- Constipation 4.2% (20.9% for GM)
- Sedation 10.4%, (20.9% for GM)
- Dry Mouth 8.3% (20.9% for GM)

Significantly less compared to active placebo (lorazepam) (p < 0.05)
- Insomnia (4.2%), (25.6% for active placebo)
- Vomiting (0%) – note that this makes no sense since vomiting for placebo was also 0%

**At Maximal Tolerated Dose, Week 4**
The following adverse events occurred for those taking Gabapentin during week 4 at maximal tolerated dose and were significant compared to the Gabapentin morphine combination treatment.
- Constipation 2.1 % (20.9% for GM)
- Edema 0% (9.3 % for GM)

**Morphine:**
Dose Titration (Weeks 1-3)
The following adverse events occurred for those taking morphine during titration and were significantly less compared to active placebo (lorazepam) treatment. (p < 0.05)
- Constipation, 43.2% versus 4.7% for active placebo (lorazepam).

**At Maximal Tolerated Dose, Week 4**

---

the mean $\pm$ SE, as is done in this paper, is usually discouraged because it is commonly confused with the mean $\pm$ SD. Furthermore, mean $\pm$ SE is **not** a 95% confidence interval as is almost inferred here.
- This is particularly frustrating in this paper as sample sizes for efficacy variables (e.g., MPQ, BPI, etc.) are not given and it cannot be assumed that all patients were assessed for each of these variables due to inconsistencies in the sample sizes in for other endpoints (e.g. blinding questionnaire, see below)

4. With regard to the titration, for the first 3 weeks of each 5-week period, the dose was escalated toward a maximal tolerated dose or the target ceiling dose, whichever was reached first. This would seemingly allow patients to maintain only a dose they were comfortable with,

Study No. 15 - Gabapentin vs. Morphine vs. (Gapabentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION

| | | given (17 – 34 mg twice daily) to those who developed constipation. | | **Secondary Outcomes:** ... | The following adverse events occurred for those taking morphine during week 4 at maximal tolerated dose and were significant compared to the Gabapentin morphine combination treatment. | which would minimize adverse effects. This is closer to good clinical practice, as opposed to the forced titration used in most other studies. |

## Secondary Outcomes:
Table 2 from page 1332



Table 2. Mean (±SE) Scores on the Short-Form McGill Pain Questionnaire, Brief Pain Inventory, Medical Outcomes Study 36-Item Short-Form General Health Survey (SF-36 Health Survey), and Beck Depression Inventory.*

| Measure | Baseline | Placebo | Gabapentin | Morphine | Gabapentin and Morphine |
|---|---|---|---|---|---|
| Score on Short-Form McGill Pain Questionnaire | | | | | |
| Sensory | 14.7±1.0 | 11.1±1.0 | 8.7±1.0† | 8.1±1.0† | 6.0±1.0† |
| Affective | 4.2±0.4 | 3.3±0.4 | 2.0±0.4† | 2.6±0.4† | 1.5±0.4† |
| Total | 18.9±1.3 | 14.4±1.3 | 10.7±1.3† | 10.7±1.3† | 7.5±1.3† |
| 10-cm visual-analogue scale | 5.0±0.4 | 3.9±0.4 | 3.5±0.4† | 3.3±0.4 | 2.6±0.4† |
| Present pain intensity | 2.40±0.16 | 2.07±0.16 | 1.64±0.16†‡ | 1.57±0.16† | 1.22±0.16† |
| Score on Brief Pain Inventory | | | | | |
| General activity | 4.7±0.4 | 4.5±0.4 | 3.0±0.4† | 3.1±0.4† | 2.9±0.4† |
| Mood | 3.9±0.4 | 3.3±0.4 | 1.8±0.4† | 2.5±0.4†‡ | 1.7±0.4† |
| Walking | 4.4±0.5 | 4.3±0.5 | 2.9±0.5† | 3.2±0.5 | 2.8±0.5† |
| Normal work | 3.9±0.4 | 3.6±0.4 | 2.3±0.4† | 2.3±0.4† | 2.1±0.4† |
| Social relations | 2.7±0.3 | 2.2±0.3 | 1.5±0.3 | 1.6±0.3 | 1.4±0.3† |
| Sleep | 4.2±0.4 | 3.4±0.4 | 1.5±0.4† | 1.6±0.4† | 1.1±0.4† |
| Enjoyment of life | 5.4±0.5 | 4.1±0.5 | 2.6±0.5† | 2.5±0.5† | 2.2±0.5† |
| Score on the SF-36 Health Survey | | | | | |
| Physical functioning | 51.7±3.5 | 56.0±4.0 | 61.1±4.0† | 57.8±4.0 | 62.4±4.0† |
| Role-physical | 48.2±6.7 | 42.1±6.3 | 63.1±6.2† | 58.7±6.3† | 63.1±6.4† |
| Bodily pain | 52.1±2.7 | 56.0±3.0 | 69.6±2.9† | 64.4±2.9† | 70.4±3.0† |
| General health | 61.5±3.3 | 64.4±3.4 | 66.5±3.4 | 63.1±3.4 | 64.1±3.4 |
| Vitality | 49.5±2.9 | 47.7±3.2 | 56.1±3.2† | 51.5±3.2† | 58.1±3.2† |
| Social functioning | 70.3±3.6 | 72.3±3.7 | 80.5±3.7† | 75.9±3.7† | 84.2±3.8† |
| Role-emotional | 69.3±6.4 | 58.0±5.9 | 75.1±5.9† | 66.9±5.8 | 75.8±6.0† |
| Mental health | 76.7±2.5 | 73.4±2.6 | 80.9±2.6† | 78.0±2.6† | 81.0±2.6† |
| Score on Beck Depression Inventory | 10.3±1.1 | 8.5±1.0 | 4.4±1.0† | 6.7±1.0† | 6.0±1.0† |

## Pain (rated according to MPQ)
- Scale of 0 – 45 with higher numbers indicating more severe pain
- Total scores for GM were lower than…
  - P (P < 0.05)
  - G (P < 0.05)
  - M (P < 0.05)

## Adverse Effects
- GM had a higher frequency of constipation than Gabapentin (P = 0.006) but not morphine
- GM higher incidence of dry mouth than morphine (p = 0.03) but not Gabapentin
- See table 3 on page 1333 for more details

The following adverse events occurred for those taking morphine during week 4 at maximal tolerated dose and were significant compared to the Gabapentin morphine combination treatment.
- Dry mouth 4.6% versus 20.9 % for GM

Significant compared to active placebo (lorazepam) (P < 0.05)
- Constipation 38.6% versus 4.7% for active placebo (lorazepam).

## Gabapentin-Morphine:
### Dose Titration (Weeks 1-3)
The following adverse events occurred for those taking the Gabapentin-Morphine combination during titration and were significantly less compared to active placebo (lorazepam) treatment. (p < 0.05)
- Constipation, 44.2% compared to 4.7% on active placebo (lorazepam).
- Dry mouth, 32.6% versus 2.3 % on active placebo (lorazepam).
- Insomnia 2.3% versus 25.6% on active placebo (lorazepam).

### At Maximal Tolerated Dose, Week 4
The following adverse events occurred for those taking the Gabapentin-morphine combination during week 4 at maximal tolerated dose and were significant compared to active placebo (lorazepam)

which would minimize adverse effects. This is closer to good clinical practice, as opposed to the forced titration used in most other studies.

5. The secondary outcome measure **Global Pain Relief**, which was assessed in response to questions from the research nurse on the following scale: pain worse, no relief, slight relief, moderate relief, a lot of relief, complete relief. This scale seems skewed towards relief and, it patients experienced worse pain, the degree of "worsening" would not be captured, in comparison with the conventional 7-point PGIC reported in most other studies.

6. Table 2 (p. 1332 ) reports, among other things, the scores on the SF-36 QoL questionnaire. They have only provided standard error, not standard deviation. It is also impossible to determine the number of patients on which

Study No. 15 - Gabapentin vs. Morphine vs. (Gapabentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION

| | | | | | |
|---|---|---|---|---|---|
| | | | o It is difficult to see trends in table 3; therefore, I have made excel tables included at the end of this document to make it easier to understand.<br><br>**Maximal Tolerated Dosages**<br>• See page 1328<br>• Mean maximal tolerated dose (MTD) for each drug, including active placebo (lorazepam), listed below with Standard Error in brackets<br>• See comments in column 2 of this table: maximum tolerated doses were obligatorily lower for G and M in GM combination group than in G or M groups, due to experimental design.<br><br>**Active placebo (lorazepam)**<br>MTD: 1.38 (0.05) mg<br><br>**Morphine**<br>MTD: 45.3 (3.9) mg<br><br>**Gabapentin**<br>MTD: 2207 (89) mg<br><br>**Gabapentin-Morphine**<br>MTD Morphine: 34.4 (2.6) mg<br>MTD Gabapentin: 1705 (83) mg<br><br>• P-value for morphine in combination less than vs. morphine alone was < 0.05<br>• P-value for Gabapentin alone vs. | (P < 0.05)<br>• Constipation 20.9% vs. 4.7% on active placebo (lorazepam)<br>• Dry mouth 20.9% versus 0% for active placebo (lorazepam)<br>•<br><br>**6. Validated measures of improvement in global function including return to work, study, activities of daily living:**<br><br>• None reported for this study.<br><br>**7. > 50% reduction in pain score (NRS, VRS) from baseline to endpoint:**<br><br>• Not reported for this study.<br><br>**8. Mean between-group difference in change of pain score (NRS, VRS) from baseline to pre-defined endpoint by ITT-LOCF –where this was the pre-defined primary endpoint in trial**<br><br>• Change from baseline was not assessed in this study.<br>• This is not true ITT, nor ITT-LOCF as only patients who completed two rounds of treatment were included in the efficacy analysis.<br>• The primary outcome was mean daily pain intensity for those patients receiving the maximal tolerated dose. | the SE is based and therefore, no confidence interval can be created. The SD of the difference is also not provided making it impossible to double check the p-values.<br>• Also not that in Table 2 the standard errors reported for MPQ, and BPI are identical for the baseline, placebo, Gabapentin, morphine, and combination groups; furthermore, for the SF-36, the standard errors for Gabapentin and Morphine are identical and nearly identical are the other groups. Lastly, all treatment groups have a standard error of 1.0 for BDI and baseline has a standard error of 1.1.<br>7. All patients did not complete the **Blinding Questionnaire**, P. 1327 states that *'A 'blinding' questionnaire to assess which treatments the patients and the research nurse thought the patients* |

Study No. 15 - Gabapentin vs. Morphine vs. (Gapabentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION



Gabapentin in combination was < 0.05

Figure 2C Maximal Tolerated Dose (P. 1331)



- The above figure shows the mean ($\pm$ SE) maximal tolerated doses of Gabapentin and morphine administered as single agents as compared with them in combination.

Mood
- Assessed according to Beck Depression Inventory on a scale from 0 – 63
  - Higher numbers indicating more severe depression
- When receiving Gm lower than
  - P ($P < 0.001$)
  - M ($P = 0.03$)

Quality of Life / Health Status
- Assessed according to medical outcomes study, SF-36
- Higher numbers indicate better health-related QoL.
- Results in Table 2 of page 1332.
- GM higher scores for **vitality** and **social functioning** than active placebo (lorazepam) ($P = 0.007$ and $p = 0.004$

- Mean intensity of pain on a scale from 0 – 10.
  - 0 = no pain, 10 = worst pain ever

Mean Pain Intensity at week 4 at the maximum tolerated dosage was as follows for each treatment group.  Note that baseline pain intensity is included in Figure 2B as a comparison only and was not used in efficacy analysis. It is impossible to determine the precise values for baseline pain scores for each treatment group (sequence) from this paper (see figure 2A, p. 1331).  The paper does state that the baseline pain intensity for patients with diabetic neuropathy was 5.8 (SE = 1.8) and 5.6 (SE = 1.6) for patients with post-herpetic neuralgia (Table 1, p. 1330).  The mean PI for all patients at baseline is given below.

**Mean pain score (Pain Intensity),  all subjects at baseline (randomization), N=57:**
Mean PI baseline: 5.72,  SE : 0.23 (p. 1328)

For PDPN: 5.8 (1.8); for PHN: 5.6 (1.6) (SD in parentheses)

**Mean pain score (Pain Intensity) At week 4 (completers, baseline mean pain scores for these patients are not reported and baseline for entire group**

*were receiving was completed by both patients and the nurse when the patients were taking the maximal tolerated dose of the assigned study drug"* By counting patients who completed each drug in each period (not those who dropped out during a given treatment period) one should theoretically get the upper bound of the  number of people who completed each blinding questionnaire. Therefore, referring to Table 1 (p. 1329) we see that 43 completed Active placebo (lorazepam) treatment, 44 completed Gabapentin treatment, 44 completed morphine treatment, and 41 completed the Gabapentin morphine combination treatment.  Looking at one example, it states that 25 (66%) of those who completed active placebo (lorazepam) treatment guessed that they were on placebo.  However, 25 / 43 is 58% meaning that the number used was smaller than 43 (most likely n used

Study No. 15 - Gabapentin vs. Morphine vs. (Gapabentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION

| | | | respectively)<br>• GM higher scores than morphine for vitality and social functioning (P = 0.03, P = 0.04 respectively)<br><br>Pain related interference:<br>• Assessed according to Brief Pain Inventory<br>  ○ Scale from 0 – 10<br>  ○ 0 = no interference, 10 = complete interference<br>• See page 1328 for results as well as Table 2 on page 1332<br>• Gabapentin-morphine combination scores for pain interference with mood lower than active placebo (lorazepam) (P < 0.001) or morphine (P = 0.03)<br>• Scores for pain-related interference with general activity, normal work, sleep, and enjoyment of life were significantly lower when patients were receiving any of the active treatments.<br><br>Mental Status:<br>• See page 1329<br>• Mini-mental state examination (scale from 0 – 30, lower numbers indicating impaired mental status)<br><br>Active placebo (lorazepam)<br>Score ± SE: 28.9 ± 0.3<br>Gabapentin<br>Score ± SE: 28.8 ± 0.3<br>Morphine | was not used in efficacy analysis, therefore changes from baseline are not meaningful) – week 4 scores, (SE) from p. 1328:<br><br>Active placebo (lorazepam) (N=?): 4.49 (0.34)<br><br>Gabapentin: 4.15 (0.33)<br>Morphine: 3.70 (0.34)<br><br>Gabapentin-Morphine: 3.06 (0.33)<br>• Pain score for GM combination < M alone (p= 0.04),Pain score for GM combination < G alone (p < 0.001)<br>• Pain score for GM combination < active placebo (lorazepam) (p < 0.001)<br><br>9. % of patients achieving "much improved" or "moderately improved"<br>• The global pain relief scale employed in this study differs from the more commonly used PGIC 7-point scale and was a 6-point scale as follows:<br>  ○ Pain worse<br>  ○ No relief<br>  ○ Slight relief<br>  ○ Moderate Relief<br>  ○ A lot of relief<br>  ○ Complete relief<br><br>The only data reported for this indicator | was 38. The other percentages for this variable similarly prove that not all possible patients completed this efficacy assessment and therefore it is likely that certain patients did not complete the other efficacy assessments (e.g. MPQ, BPI etc.) and actual number of assessments completed for each of these efficacy variables are not reported.<br>8. Compliance is not mentioned in this report making it impossible to determine the degree to which patients adhered to the protocol.<br>9. P. 1328, states that *"16 withdrew during the treatment periods —13 before completing the second treatment period (period B), and 3 because of adverse effects but after completing at least two treatment periods"*<br>• It is assumed then that 3 patients WDAE<br>• Reasons for the withdrawal of the other 13 are unclear. Fruthermore, the patient |

Study No. 15 - Gabapentin vs. Morphine vs. (Gapabentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION

| | | | | | |
|---|---|---|---|---|---|
| | | | Score $\pm$ SE: 29.0 $\pm$ 0.2<br>**Gabapentin-Morphine**<br>Score $\pm$ SE: 29.0 $\pm$ 0.3<br><br>**Global Pain Relief**<br>• See page 1329<br>• Assessed by research nurse on following scale (see comments)<br>   o Pain Worse<br>   o No Relief<br>   o Slight relief<br>   o Moderate Relief<br>   o A lot of Relief<br>   o Complete Relief<br><br>**Active placebo (lorazepam)**<br>N of patients who reported at least moderate pain relief: 13/43 (31%) * note that a calculation for this number yields 30% not 31% as reported by the paper.<br><br>P-value: < 0.05 for the comparison with all treatments.<br><br>**Gabapentin**<br>N of patients who reported at least moderate pain relief: 27/44 (61%)<br><br>P-value: not reported<br><br>**Morphine:**<br><br>N of patients who reported at least moderate pain relief: 35/44 (80%) | was the number of patients who achieved at least moderate pain relief, the results as reported in the paper are as follows:<br><br>Active placebo (lorazepam): 13/43 (30%)<br>Gabapentin: 27/44 (61%)<br>Morphine: 35/44 (80%)<br>Gabapentin-Morphine: 32/41 (78%)<br><br>However, these denominators only account for the number of patients who **completed** a given treatment. Using the number of patients who began a given treatment (ITT analysis for patients starting treatment with any of P, G, M, GM):<br><br>Active placebo (lorazepam): 13/44 (29.55%)<br>Gabapentin: 27/48 (56.25%)<br>Morphine: 35/49 (71.43%)<br>Gabapentin-Morphine: 32/47 (68.1%)<br><br>• These results **cannot be included in meta-analysis** because the grouped category "at least moderate pain relief" may be equivalent (as it comprises the best 3 of 6 possible categorical scores) with a "much or moderately better" grouped category which includes only the best 2 of 7 categorical scores in the usual PGIC.<br><br>**10. Histogram presentation of all PGIC** | flow diagram would imply 14, not 13 withdrew before the end of treatment period B.<br>• In addition, adverse effects are only reported if they were "moderate to severe" and had and incidence of greater than 5% for any treatment.<br>10. No comparisons of the adverse events are reported except for the comparison with active placebo (lorazepam) and the comparison with the G-M combination. Furthermore, certain comparisons make no sense: during the titration, Gabapentin was listed as having P < 0.05 when compared with active placebo (lorazepam) in terms of vomiting, however, according to the chart 0% of Gabapentin patients and 0% of active placebo (lorazepam) patients experienced vomiting during titration. |

Study No. 15 - Gabapentin vs. Morphine vs. (Gapabentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION

| | | | | |
|---|---|---|---|---|
| | | | P-value: not reported<br><br>**Gabapentin-Morphine:**<br>N of patients who reported at least moderate pain relief: 32/41 (78%)<br>P-value: not reported<br><br>However, these denominators only account for the number of patients who completed a given treatment.  When we include the number of patients who began a given treatment (Figure 1, p. 1329, patients starting Treatment Periods A-D), we see slightly different results:<br><br>**Active placebo (lorazepam):** 13/44 (29.55%)<br>**Gabapentin:** 27/48 (56.25%)<br>**Morphine:** 35/49 (71.43%)<br>**Gabapentin-Morphine:** 32/47 (68.1%)<br><br>TLP comment: These figures corrected for true denominators appear to be closer to an ITT analysis and could be used if we were to attempt to use these figures in meta-analysis.<br><br><u>Blinding Questionnaire:</u><br>• Number of correct guesses of **patients** with respect to  treatment assignment (p. 1329)<br><br>**Active placebo (lorazepam):** 25 (66%)<br>**Gabapentin:** 16 (42%)<br>**Morphine:** 16 (44%)<br>**Gabapentin – Morphine:** 8 (25%) | <u>**7-point results**</u><br><br>• It is impossible to create the specified histogram for this study as the number of patients in each category for PGIC is not reported. | |

Study No. 15 - Gabapentin vs. Morphine vs. (Gapabentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION

| | | | | | |
|---|---|---|---|---|---|
| | | | • Number of correct guesses of **research nurses** with regard to a patients' treatment were (p. 1330)<br><br>**Active placebo (lorazepam):** 29 (71%)<br>**Gabapentin:** 18 (43%)<br>**Morphine:** 14 (33%)<br>**Gabapentin-Morphine:** 21 (53%) | | |

Study No. 15 - Gabapentin vs. Morphine vs. (Gapabentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION



Figure 2A – Mean Weekly Pain (p. 1331)

Study No. 15 - Gabapentin vs. Morphine vs. (Gapabentin + Morphine) vs. Placebo for PDPN and PHN - Gilron Study Detailed Summary –K. Innes, TL Perry, M.D., July 27, 2008 – FINAL VERSION

### APPENDIX 1: MEAN WEEKLY PAIN SCORE BY TREATMENT GROUP – POOLED RESULTS (BY TREATMENT) FROM TREATMENT SEQUENCE GROUPS

The figure below t was derived using Figure 2A.  The justification for the creation of this figure is that no period or sequence effects were observed throughout this trial and therefore, it seemed reasonable to combine treatment periods by extracting periods on each drug (or combination) from each of the 4 sequence groups.   Measurements for average pain score (at baseline, week 1, week 2, week 3, week 4, and week 5/washout) for each treatment group (Placebo, Gabapentin, Morphine, Gabapentin-Morphine Combination) during each treatment period (A, B, C, D) were extrapolated as precisely as possible by inspection of figure 2A.  For each week (and baseline) of each treatment period, these averages for a given treatment were multiplied by the number of patients assigned to that treatment, for that treatment period.  These products were then totalled for each of baseline, and weeks 1, 2, 3, 4, 5/washout  For example,  the Gabapentin total for week 1 was (mean score pain score for Gabapentin treatment week 1, period A)*(number of patients assigned to Gabapentin in treatment period A) + (mean score pain score for Gabapentin treatment week 1, period B)*(number of patients assigned to Gabapentin in treatment period B) +  (mean score pain score for Gabapentin treatment week 1, period C)*(number of patients assigned to Gabapentin in treatment period C) +  (mean score pain score for Gabapentin treatment week 1, period D)*(number of patients assigned to Gabapentin in treatment period D).  The totals were then divided by the total number of patients who were, at some point in the study, assigned to the treatment in question in order to produce the graph below.  Note that for subsequent treatments of a given sequence, the end of washout (week 5) value for mean pain score of the immediately preceding treatment period became the baseline mean pain score for the subsequent treatment period, except for the final washout.

Notice that the Gabapentin treatment group has a lower baseline compared with the active placebo (lorazepam) treatment group but parallels almost exactly the progress of the active placebo, indicating no major difference between the two groups.  (The difference between these two groups remains the same throughout the course of 5 weeks).  While Gilron et al report that the combination group (M + G) is significantly superior to other treatments, the azure curve (M + G) below diverges markedly from the yellow morphine treatment curve only in week 1 and then seems to parallel the morphine treatment group, until regressing to a lower new baseline at end of the final washout.



**PFIZER 945-1008  - Study No. 16 - UNPUBLISHED TRIAL – SUMMARY – FINAL – July 15, 2008**

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Study No. 16 Pfizer Protocol 945-1008 Phase IV A 15 week, multi-center DBRCT of gabapentin for efficacy and quality of life in patients with painful diabetic peripheral neuropathy UNPUBLISHED, 63 pages April 4, 2002 – November 11, 2003 Report date March 24, 2005 Pfizer_LKnapp_0062222 (June 2, 2005 Clinical Study Synopsis is identical) Sponsor's signatories: Bruce Parsons, M.D., Ph.D., Guy Cohen, Ph.D.<br><br>NB: Original protocol of December 4, 2001 and amendments of May 2, 2002 and August 7, 2002 are not available but are referred to at pp 37-38 of report.  Statistical analysis plan (SAP) original of | Painful diabetic peripheral neuropathy (PDPN):<br><br>Inclusion:<br><br>• Type 1 or 2 DM under stable Rx<br>• Painful distal polyneuropathy due to DM for ≥ 3 months<br>• No prior treatment with gabapentin ("enrichment bias")<br>• No chronic kidney disease (Cr clearance ≥ 60 mL/min predicted (violated for some patients)<br>• Pain score (Likert) ≥4  and pain score (VAS) ≥ 4 at baseline<br><br>Exclusion: | Study design: 15 week randomized, double-blind, placebo-controlled, parallel-group, 43 "centre" trial of gabapentin<br>• Screened: 724<br>• 1 week placebo lead-in prior to determination of eligibility at baseline, randomization<br>• randomization: G=200, P=189<br>• 2 week forced titration phase: Day 1 G=300 mg/d; Day 2 600 mg/d; Day 3 900 mg/d; Day 7 1800 mg/d; end of week 2 3600 mg/d (appears to be step change on each day)<br>• subjects who could not tolerate medication during titration could decrease to 1800 mg/d, but if still intolerant were withdrawn from study and were to have final "end of study" assessment done within 1 week | Predefined outcomes:<br><br>**Primary:**<br><br>Pain score (Likert 0-10 score) as group mean of individual means from patients' last 7 available scores while on study medication (up to end of Week 12) from daily diary records of previous 24 hours (LOCF for noncompleters).<br><br>Analysis by ANCOVA with treatment and center as fixed effects and baseline mean score as covariate (p. 31)<br><br>NB: Patients who took study drug for only 2-7 days (P=2; G=4) apparently were not evaluated at all for outcomes and are dropped from "ITT analysis". Patients who took study drug for 8-14 days (P=9, G=20) may have completed first post-treatment efficacy assessments at start of week 3 (visit 3) – not clearly | Mortality (p. 40): P = 1/189 (0.5%) ; G = 1/200(0.5%)<br><br>Serious Adverse Events (p. 53): P = 15/189 7.9%); G = 15/200 (7.5%)<br><br>Total Withdrawals (p. 40/63): P=54/189 (29%); G=64/200 (32%)<br><br>Withdrawal Due to Adverse Events (p. 55): Permanent (true WDAE): P = 17/189 (9.0%); G = 25/200 (12.5%) Temporary/dose reduction: P = 9/189 (4.8%); G=28/200 (14%)<br><br>Total Withdrawals: not reported in main report (apparently shown in Table 13.4.1, see p. 10/63 of paper version of study report (24 March 2005).<br><br>Total patients with AE's: P = 126/189 (67%); G = 159/200 (80%)<br><br>Total AE's (patients may have > 1): P=326; G=521 | 1.  Enrichment bias by exclusion of patients who previously did not tolerate gabapentin or failed to benefit at high dose.<br><br>2. Toxicity (AE) findings are similar to other studies. Exclusion of patients with creatinine clearance < 60 mL/min biases study in favour of gabapentin, vs.  more frequent AE expected in clinical practice.<br><br>3. Claimed significance for primary endpoint using very high dose gabapentin is based on non-ITT analysis which excludes early dropouts, and LOCF analysis of later dropouts.  Sensitivity analysis using BOCF for the later dropouts (still missing Week 1 dropouts) renders primary outcome trivial and not significant. |

| | | | | |
|---|---|---|---|---|
| June 10, 2003, updated March 16, 2004 also not available.<br><br>This trial appears to be primarily a "marketing trial" insofar as it is labeled "Phase IV" and as the "centers" appear to be primary care physicians ("PCP's") and no institutional review boards nor ethics committees were involved (see page 14 of report). | • Intolerant to gabapentin or failed previously to achieve pain relief from gabapentin @ ≥1800 mg/d<br>• Exposed to gabapentin within 30 days<br>• Severe pain from other causes<br>• Creatinine clearance < 60 mL/min<br>• Plantar ulcers within 3 months<br><br>NB: This creates "enrichment bias"<br><br>Allowable drugs: ASA, aceteminophen, NSAID's including coxibs, SSRI's<br>Excluded drugs: "mediations commonly used for neuropathic pain, hypnotics, analgesics, antiepileptics, certain antidepressants, antacids"<br><br>**Baseline characteristics:** see next column.  Details | • 12 weeks at steady dose of G or P<br>• outcome evaluations at baseline, weeks 2, 6, 10, 14<br><br>**Patient flow: (no flow diagram available)**<br>• Screened: 724 patients (43 centers)<br>• Randomized: 389<br>• Gabapentin 200: completed 136 (68%); discontinued 64 (32%)<br>• Placebo 189: completed 135(71%); discontinued 54 (29%)<br><br>**Analysis:** (protocol not available, so analysis plan taken from final report, p. 30)<br>• "ITT" population defined as subjects who took at least one dose of study medicine and had at least 1 post-treatment efficacy measurement – this excludes patients who could not tolerate titration phase and did not reach week 2 first assessment **(not true ITT, nor ITT-LOCF)** – see p. 30 | stated in text as no numbers are shown in report for patient assessments at each week from Week 3 onwards. (p. 44)  A "sensitivity analysis" is described (p 34) to impute BOCF for missing scores, but this may apply only to the Week 1 dropouts???<br><br>**Secondary:**<br>NB: all secondary outcomes are <u>dependent,</u> not independent of primary outcome, as they all measure various aspects of the same thing (pain relief).<br>• Weekly mean pain scores<br>• "responders" analysis: compared by CMH test between treatment groups for proportion of patients with ≥ 50% or ≥ 30% reduction in individual pain score at "endpoint" vs baseline<br>• weekly mean sleep-interference scores<br>• CGIC and PGIC at final visit, compared by CMH test between treatment group for proportion "very much improved or much improved", etc. | NB: As for other studies, gabapentin caused more nervous system AE in particular.  Patients experiencing > 1 AE per body system were counted as if they had 1 AE for that body system, i.e. "dizziness" and "somnolence" in the same person would count only as 1 event (p. 37).  Excerpted results:<br>• Nervous system (all): P = 19.6% ; G=39.5% (p. 55)<br>• Nervous system (all) counted from table at p. 56: P=33/189 (17%)<br>• Dizziness: P=15/189 (7.9%); G=38/200 (19%)<br>• Somnolence: P=8/189 (4.2%); G=31/200 (16%)<br>• Aesthenia: P=8/189 (4.2%); G=22/200 (11%)<br>• Peripheral edema: P=7/189 (3.7%); G=33/200 (17%)<br>"Treatment related AE" (p 57) showed a similar pattern: P=58/189 (31%); G=98/200 (49%).<br>While the report does not cite statistical significance, the above figures are comparable to all other studies, i.e. NNH is about 4-5 for the most typical AE such as dizziness/somnolence/asthenia, etc.<br><br>**Weight:** (mean, or mean change, by group) | 4. Dichotomous outcome from responder analysis is consistent with some other studies which report this outcome, e.g. difference in 50% pain reduction is:<br><br>P=45/189 (24%): G=75/200 (38%): Difference = 14%; p=0.002 NNT = 7<br><br>e.g. difference in PCIC for patients reporting "very much improved or much improved" is:<br><br>P=50/189 (26%): G=85/200 (43%): Difference = 17% p=0.0003 NNT = 6<br><br>5. Details of analysis are not available as appendices to this report not available.<br><br>6. Publication of this trial with much larger numbers than Backonja trial would have reduced the  estimate of apparent group difference |

| | of baseline outcome scores are not presented. | • "evaluable" population includes patients who could tolerate > 1800 mg/d G for > 4 weeks fixed dose – this eliminates patients who did not like gabapentin and will not be considered further here<br>• safety population is all patients<br>• "Sensitivity Analysis" (see p. 51) imputes BOCF (baseline observation carried forward) to P=52, G=60 patients who discontinued after Week 1, but not to the P=2, G=4 patients who discontinued during Week 1<br><br>**Randomization:** "subjects were assigned at the site, in the order in which they were enrolled into the study, to receive their allocated treatment sequence, in a 1:1 manner, according to a computer-generated randomization scheme prepared by Pfizer prior to the start of the study" (p. 24)<br><br>**Blinding:** medications prepared as matching capsules by Pfizer; no | • SF-MPQ<br>• Treatment Outcomes in Pain Survey (TOPS)<br>• Hospital Anxiety and Depression Scale (HADS)<br><br>**Safety:** all patients randomized who took 1 dose of study drug | Not reported in complete report (? Appendices)<br><br>**Primary outcome:**<br>Group mean pain scores at "endpoint"– not ITT and "endpoint" = last observation carried forward as if all endpoints were at 12 weeks (p. 45):<br>N: P=186/189; G=195/200<br>Baseline: P=6.51 +/- 0.10 (SE): G=6.28 +/- 0.11 (SE)<br>Endpoint: P=4.82 +/- 0.17 (SE): G = 3.94 +/- 0.17 (SE)<br>LSM adjusted endpoint from ANCOVA: P=4.78 =/-0.18 (SE): G = 4.01 +/- 0.17 (SE)<br>Difference = -0.765 (-1.21, -0.32): p = 0.0008 (favours G)<br><br>**"Sensitivity analysis" renders group mean differences non-significant (pp 50-51):**<br>NB: Week one dropouts are not accounted for (P=2, G=4). Sensitivity analysis using baseline observation carried forward (BOCF) values for the other early dropouts (P=52, G=60) but not including P=2, G=4 who dropped out during week 1, nor 1 other subject from each group reduces LSM adjusted differences from baseline: | between placebo and gabapentin, increased evidence that higher dose gabapentin is not more efficacious for pain, and reinforced evidence that toxicity generally outweighs benefit as NNH=4-5 for neurological adverse effects vs. NNT = 6-7 for patient's global impression of moderate or greater improvement in pain or $\geq$ 50% reduction in NRS pain score. |

| | | | | | |
|---|---|---|---|---|---|
| | | test of blinding described; blind broken for one placebo-treated patient who had cardiac arrest. | | $P_{baseline}$= 6.51 +/- 0.10  (SE) – (N=186/189)<br>$P_{endpoint}$ = 5.07 +/- ? (SE)<br>$P_{endpoint}$ = 5.11 +/- ? (SE) - LSM adjustment from ANCOVA:<br><br>$G_{baseline}$= 6.28 +/- 0.11  (SE) – (N=195/200)<br>$G_{endpoint}$ = 4.56 +/- ? (SE)<br>$G_{endpoint}$=  4.54 +/- ? (SE) - LSM adjustment from ANCOVA:<br><br>**Baseline vs LSM adjusted endpoint:**<br>P=-1.40 +/- 0.17 (SE): G=-1.74 +/- 0.16 (SE)<br>Difference = -0.34 (-0.77, 0.09): p=0.12<br><br>This more conservative analysis, which still omits P=3, G=5 patients, renders the difference on primary outcome of group mean pain score at endpoint both trivial and non-significant.<br><br>Given the non-ITT analysis of subjects randomized who dropped out early, this "BOCF sensitivity analysis" is more suitable to use for Cochrane meta-analysis, since it is more conservative and likely to be closer to the results of a true ITT analysis. | |

| | | | | Weekly mean pain scores are referred to (p. 45) but not shown in report. |  |
|---|---|---|---|---|---|
| | | | | **Secondary outcomes:** | |
| | | | | **"Responder" analysis** (expressed here by Dr. T. L. Perry as closer to true ITT by using the "responder" numerators presented at p. 46 but correcting for complete ITT denominators; this is still "ITT-LOCF" rather than true ITT because "endpoint" for some patients is still at dropout prior to 12 weeks, including more early dropouts from G group than from P group.): | |
| | | | | **≥50% reduction in pain score:** P=45/189 (24%): G=75/200 (38%): p=0.002 | |
| | | | | **≥30% reduction in pain score:** P=76/189 (40%): G=110/200 (55%): p=0.002 | |
| | | | | **PGIC "very much improved or much improved"** (expressed here by Dr. T.L. Perry as closer to true ITT by using the numerators provided at p. 48 but correcting for complete ITT denominators: this is still "ITT-LOCF" rather than true ITT because "endpoint" for some patients is still at dropout prior to 12 weeks, including more early | |

| | | | | dropouts from G group than from P group.): P=50/189 (26%); G=85/200 (43%); p=0.0003 | |
|---|---|---|---|---|---|
| | | | | **Other secondary outcomes:** No difference claimed for SF-MPQ, Treatment Outomes in Pain Survey (TOPS), Hospital Anxiety and Depression "Scale (HADS). | |
| | | | | **Does a larger dose have a greater effect?:** At p. 52 endpoint mean pain scores are presented "for subjects who titrated to a maximum dose of 3600 mg/d", referring to N=186 for P and N=169 for G, whereas a "Duration of Treatment" chart at p. 44 suggests N= 178 for P and N=176 patients for G continued beyond 2 weeks.  (This may reflect titration to 3600 mg/day BEFORE 2 weeks, something not discernable without reference to experimental protocol.) Amongst patients titrated to 3600 mg/day, the putative LSM (ANCOVA) group mean difference was -0.957 ("p=0.001") favouringgabapentin.   This is interpreted by the authors as a "slightly larger difference" between the treatment groups" (i.e. vs.  -0.765 in the non-ITT analysis of all patients).  While this result is intrinsically uninterpretable, | |

PFIZER 945-1008 – Study No. 16 - UNPUBLISHED TRIAL SUMMARY –Prepared by Thomas L. Perry, M.D., FINAL – July 25, 2008          7

| | | | | like other data it is not consistent with a clinically useful dose-response effect insofar as even if true, the group mean effect would be less than the clinical threshold for utility. | |
| | | | | **NB: Report does not discuss correction of multiple statistical tests for multiple comparisons.** | |

Case 1:04-cv-10981-PBS    Document 1457-15    Filed 10/06/08    Page 22 of 106

Study No. 17 - CHANDRA 2006 – GABAPENTIN vs. NORTRIPTYLINE FOR PHN – DBRCT (PUBLISHED VERSION ONLY) – final -  Dr. Thomas L. Perry, July 19, 2008          1

**Study No. 17 - CHANDRA 2006 – GABAPENTIN vs. NORTRIPTYLINE FOR PHN – DBRCT (Published) - SUMMARY**

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| **Study No. 17**<br>Chandra K, Shafiq N et al.<br>Gabapentin versus Nortriptyline in post-herpetic neuralgia patients: a randomized, double-blind clinical trial – The GONIP trial. International Journal of Clinical Pharmacology & Therapeutics 2006: 44: 358-63<br><br>Support: Pfizer India Ltd.<br><br>Trial design: *"The study was partly funded by Pfizer who had no role in protocol design, data analysis or manuscript preparation."*<br><br>DBRCT, 9 weeks including 1 week run-in, comparing gabapentin (G) with nortriptyline  (NT) – to final doses (depending on patient | Post-herpetic neuralgia (PHN)<br><br>Inclusion:<br>• $\geq$ 18 years old<br>• PHN pain $\geq$ 8 weeks after healing of rash<br>• Pain intensity > 4 (VAS) at screening and randomization<br>• Mean pain score (Likert 0-10) > 4 during baseline week<br>• Muscle relaxants, anticonvulsants, topical analgesics, antivirals stopped $\geq$ 1 week before screening<br>Exclusion:<br>• Prior treatment with or hypersensitivity to  NT, G | **Study design:** 9 week "double blind" (see comments re description of randomization), parallel group RCT comparing NT with G – without placebo control<br><br>**Patient flow** (Fig 1, p 362):<br>• Sceened: 110<br>• 1 week run-in period (not described further)<br>• Excluded: 34 (22 due to low baseline pain scores)<br>• Randomized: NT=38, G=38<br>• "ITT" (?ITT-LOCF – Fig 1 and text do not clarify whether patients completed or simply provided at least 1 post-baseline evaluation): NT=36, G=34<br>• "Lost to follow up": NT=2, G=3<br><br>TLP: we will consider this an ITT-LOCF analysis in absence of evidence that NT=36, G=34 completed 8 week treatment. | **Predefined outcomes:**<br><br>**Primary:**<br><br>Difference in mean Likert 11-point NRS pain score from baseline to end of study period. (TLP: we will assume LOCF for noncompleters as this is not discussed.).<br><br>**Secondary** (all compared at endpoint vs. baseline):<br>NB: all secondary outcomes are <u>dependent,</u> not independent of primary outcome, as they all measure various aspects of the same thing (pain relief).<br>• SF-MPQ<br>• 5-category pain score using words (e.g. "no pain" … "excruciating pain")<br>• sleep (VAS)<br>• disability rated categorically "no, mild, moderate, severe disability" where *"mild disability implied pain that* | **Mortality:** Not reported<br><br>**Serious Adverse Events** (Not reported in standard fashion, but surmisable from text (p. 361): NT = 1/38 (severe urinary retention); G = not reported<br><br>**Withdrawal Due to Adverse Events:** Not reported<br><br>**Total patients with AE's** (p. 361 text, and p. 362, Table 3): NT=21/38 (55%, ITT); G= not reported<br><br>**Most important AE's** (Table 3): Dry mouth: NT=18 patients; G=0<br>Postural hypotension: NT=12 patients; G=0<br>Constipation: NT=8; G=0<br>Sleepiness: NT=6; G=4<br><br>**Total AE's** (patients may have > 1 as total exceeds total patients | 1. This study does not claim any difference in outcomes and has no placebo group.  The NRS pain rating change attributed to both drugs is somewhat larger than what is claimed in most studies, and is LOCF with no indication of the number of patients contributing to the scores.  Given the lack of a placebo group, and the lack of information on sample size (LOCF) the reported NRS pain score changes can not be pooled with other studies in a meta-analysis.<br><br>2. The determination of patients with AE and total AE is not described in sufficient detail to pool in meta-analysis.<br><br>3. The main lesson one can learn from this trial is that it is at least reasonable in principle to assess "disability"; however without a placebo group in a condition where most patients improve rapidly (especially at this mean |

Study No. 17 - CHANDRA 2006 – GABAPENTIN vs. NORTRIPTYLINE FOR PHN – DBRCT (PUBLISHED VERSION ONLY) – final -  Dr. Thomas L. Perry, July 19, 2008          2

| | | | | | |
|---|---|---|---|---|---|
| response) of:<br>NT = 150 mg/d<br>G= 2700 mg/d<br><br>**No placebo comparator arm.**<br><br>*"Drugs placed in identical capsules to achieve blinding."* (p. 359)<br><br>Patients screened and enrolled between January 2002 – January 2005 (p. 360)<br><br>Randomization: *"Consecutive eligible patients were randomized to either NT or G in a 1:1 computer-generated random number table. The randomization code was supplied in sealed envelopes which was opened by the investigator only at the time of enrolment…. The pharmacist, the person involved in randomization allocation, the investigator evaluating the outcome and the trial subject were blinded to the treatment."* (p. 359) – | • "Hepatic or renal insufficiency"<br><br>NB: This creates "enrichment bias"favouring both NT and G<br><br>Allowable drugs: non-opioid analgesics not further specified<br><br>**Baseline characteristics:**<br>Mean age: NT 52.5, G 55.6<br>Daily pain score (Likert): NT 5.8 (1.4), G 5.6 (1.1)<br><br>No apparent differences from Table 1, p. 361. | **Drug doses:**<br>• initial dose x 2 weeks, both in divided doses:<br>NT=50 mg/d, G=900 mg/d<br>• optionaltitration up if drug well tolerated at 2 weeks:<br>NT=75 mg/d, G=1800 mg/d:<br>• titration up if drug well tolerated at 4 weeks:<br>NT=150 mg/d, G=2700 mg/d<br><br>**Analysis:** (p. 360)<br>*"Assuming a SD of 1.5 and normally distributed responses … sample size of 25 pts/group was calculated to provide 90% poerwo detect a difference of 1.25 in primary endpoint (a change in the pain intensity score on 11-point scale from baseline to …week 8 … Each treatment arm was assessed by comparing the week 8 results to the baseline results using repeated measures ANOVA. Between-groups comparison was done by using ANCOVA. Global impression of therapy was analysed using Chi-square test.."* | *interfered only with some activities such as exercise, moderate disability implied pain significantly interfered with or prefented ADL such as dressing, wearing clothes, eating, cleaning or shopping, severe disability implied patient was in bed with pain for part or all of the day."* (p. 360)<br>• "Clinical effectiveness" rated categorically as "excellent, good, improved but unsatisfactory or unchanged." (see p. 360)<br>• self reported adverse effects and adverse effects ("side effects", not = adverse events) from checklist | with AE):<br>NT=47; G=9<br><br>**Primary outcome:**<br>Change from baseline to endpoint (presumably LOCF), NRS pain scale:<br><br>NT = 2.18 (1.9); G = 1.97 (1.68): p=0.62<br><br>The number of patients assessed, and the timing of assessments, is not reported (LOCF rather than 8 week f/u probable, but not stated) NB: from Table 2, p. 361 – and text it is impossible to tell how many patients contributed to outcome assessment for each group, except that it is < the number randomized for each group – subsequent discussion concerning secondary outcomes suggests that at least for categorical "clinical effectiveness" rating, NT=4/36=11.1% and G=4/34=11.7% patients had no data available such that the total numerators for many observations were always < or << the number of patients randomized.) | age, the figures are meaningless .<br><br>4. An interesting observation is that at least 21/38 patients randomized to nortriptyline experienced dry mouth, confirming that this drug has potent anticholinergic effects. (Some experiments comparing NT with amitriptyline have claimed less frequent anticholinergic effects.) |

Case 1:04-cv-10981-PBS   Document 1457-15   Filed 10/06/08   Page 24 of 106

Study No. 17 - CHANDRA 2006 – GABAPENTIN vs. NORTRIPTYLINE FOR PHN – DBRCT (PUBLISHED VERSION ONLY) – final -  Dr. Thomas L. Perry, July 19, 2008        3

| Comment: were the investigators blind? | | | | Disability rating (NB numbers of patients rated is not reported: "improved": NT 42%; G 40% "same": NT 50%; G 52% "worsened": NT 9%; G 8% (numbers rounded to nearest integer)<br><br>> 50% reduction in NRS pain score at endpoint vs. baseline (NOT a pre-specified outcome, expressed here as patients reported as achieving endpoint over number randomized/group):<br><br>NT: 9/38 (24%): G: 7/38 (18%)<br><br>"Clinical Effectiveness" rating" (corrected to show numbers derivable from percentages at p. 361 divided by original randomized denominators, assuming dropouts and patients for which "no data were available" should be classified as unchanged): Unchanged: NT=12 G=14 Improved but not satisfactory: NT=10: G=8 Good: NT=12: G=8 Excellent: NT=4; G=8<br><br>NB: Report does not discuss | |

Study No. 17 - CHANDRA 2006 – GABAPENTIN vs. NORTRIPTYLINE FOR PHN – DBRCT (PUBLISHED VERSION ONLY) – final -  Dr. Thomas L. Perry, July 19, 2008          4

| | | | | | |
|---|---|---|---|---|---|
| | | | | correction of multiple statistical tests for multiple comparisons, but claims no statistical significance for any comparison. | |
| | | | | | |

RAO 2007 – Study No. 18 - GABAPENTIN FOR CANCER CHEMOTHERAPY-INDUCED PERIPHERAL NEUROPATHY – DBR CROSSOVER TRIAL (PUBLISHED VERSION ONLY) – final -  Dr. Thomas L. Perry, July 23, 2008

**RAO 2007 – Study No. 18 -  GABAPENTIN  FOR CANCER CHEMOTHERAPY-INDUCED PERIPHERAL NEUROPATHY – DBR CROSSOVER TRIAL (Published) - SUMMARY**

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design,<br>N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Study No. 18<br>Rao RD, Michalak JC. Efficacy of Gabapentin in the Management of Chemotherapy-induced Peripheral Neuropathy: A Phase 3 Randomized, Double-Blind, Placebo-controlled, Crossover Trial (N00C3). Cancer 2007; 110: 2110-8<br><br>Support: U.S. Public Health Service, North Central Cancer Treatment Group (IRB approval) and Mayo Clinic.<br><br>Trial design: independent<br><br>DBRCT, 14weeks .  After randomization (no run-in), 6 weeks comparing gabapentin (G) with | Cancer chemotherapy-induced (painful) peripheral neuropathy (CIPN)<br><br>Inclusion:<br>• Adults with symptomatic (painful) CIPN > 1 month due to neurotoxic chemotherapy<br>• "Average pain at baseline: >4 on 11-point numerical rating scale (NRS), OR score >1 on Eastern Cooperative Oncology Group 4-point neuropathy scale at screening and randomization<br>• Creatinine (serum) < 1.5 x ULN<br>• Life expectancy estimated > 6 months<br>• Muscle relaxants, anticonvulsants, topical analgesics, antivirals stopped > | Study design: 14 week double blind crossover trial RCT gabapentin (target dose 2700 mg/d) with placebo as 2 arms: G/P x 6 weeks each with 2 week washout between treatments vs P/G x 6 weeks, each with 2 week washout between treatments.<br><br>Patient flow (Fig 2, p 2113):<br>• Screened: 115<br>• Excluded: 0<br>• Randomized: 115 as G/P=57, P/G=58<br>• Completed crossover: 68/115 as:<br>  G/P = 32/57 (56%)<br>  P/G = 36/58 (62%)<br>• Withdrawn from treatments: G = 21/100 exposed to G<br>  P = 22/99 exposed to P<br>(derived from Figure 2, p. 2113)<br><br>TLP: Results presented in | Predefined outcomes:<br><br>Primary:<br><br>Average pain assessed by 10-point NRS and 4-point ENS over 1 "particular" day, assessed weekly, compared at 6 weeks (end of first phase) and at 14 weeks (end of second phase) – NB: analysis appears to be of completers only, not ITT-LOCF and not ITT.<br><br>Secondary (all compared at both 6 weeks and 14 weeks  for completers vs. baseline):<br>NB: all secondary outcomes are dependent, not independent of primary outcome, as they all measure various aspects of the same thing (pain relief). | TLP: I don't think we can meta-analyse any of these results with any credibility.  It is better to present this study on its own, as a negative study.<br><br>Mortality: Not reported<br><br>Serious Adverse Events:Not reported<br><br>Withdrawal Due to Adverse Events: Not reported<br><br>Total patients with AE's: not reported<br><br>Total AE: reported for completers only (Table 3, p. 2116 reports only AE "attributed to therapy", whereas Table 2, p. 2114 reports AE, grade > 2 (not further defined) for completers.  By adding those from the relevant phases of G/P and P/G groups and dividing by the number completing in each group, one can | 1. This study does not claim any difference in outcomes and concludes that "this trial failed to demonstrate any benefit to using gabapentin to treat symptoms caused by CIPN". (p. 2110, abstract)<br><br>2. The description of patient flow and presentation of statistics is inadequate, but suggests that the report concerns only completers, i.e. 78/115 patients at 6 week parallel comparison (phase 1 prior to crossover) and 68/115 patients at end of second 6 week parallel comparison.  It is not clear how the crossover design is analysed in a complex and mysterious statistical analysis.<br><br>3. Presentation of safety data is inadequate and the methods section does not discuss how |

RAO 2007 – Study No. 18 - GABAPENTIN FOR CANCER CHEMOTHERAPY-INDUCED PERIPHERAL NEUROPATHY – DBR CROSSOVER TRIAL (PUBLISHED VERSION ONLY) – final -  Dr. Thomas L. Perry, July 23, 2008          2

| | | | | | |
|---|---|---|---|---|---|
| placebo (P)– to target dose of G=2700 mg/d regardless of efficacy at lower doses; then 2-week washout, followed by crossover to the alternative arm for 6 weeks.<br><br>Drugs in identical capsules (p. 2112).<br><br>Patients screened and enrolled between March 2002 2002 – December 2003 (p. 2113)<br><br>Randomization: *"Randomization was performed by using a dynamic allocation procedure that balanced marginal distributions of stratification factors between treatment groups."* (p. 2112)<br><br>Dose selection based on Backonja trial (JAMA 1998) and Gilron trial (NEJM 2005) - see p. 2112 – the latter reference may | Exclusion:<br>• Other causes of symptomatic neuropathy<br>• Patients using antidepressants, opioids, anticonvulsants, clonazepam, mexiltine, topical analgesics, etc.<br><br>Allowable drugs: above drugs could be started during experiment, along with NSAIDs.<br><br>**Baseline characteristics:**<br><br>G/P arm: N=57<br>P/G arm: N=58<br>Mean age: 59<br>Age range: 25-84<br><br>**Pain characteristics:**<br><br>NB: No SD are reported for any numerical values (Table 2, p. 2114)<br><br>NRS 'average pain', ENS rating:<br><br>G/P arm: NRS=4.3; ENS=1.9<br>P/G arm: NRS=3.6; ENS=2.0 | Table 2, p. 2114 appear to be a "completers-6 week and completers-14 week" analysis, judging by the N's at the top row of Table 2, i.e. patients who completed first 6 weeks of G or P are compared at 6 weeks, and patients who completed first 6 weeks AND completed crossover 6 weeks are compared at 14 weeks. See "statistical analysis" below.<br><br>**Drug doses/titration (p. 2112):**<br>*Titration schedule not detailed. "Gabapentin incrementally escalated over 3 weeks to target dose of 2700 mg/d … If toxic events occurred, the dose was reduced to a previously well-tolerated dose level.  After treatment with the maximal dose for 3 weeks, patients were weaned from the drug …"* (? Washout period) … Placebo was handled in a "similar manner"<br><br>**Statistical Analysis:** (p. 2112-13)<br>*Unusually complicated* | See report p. 2112 for details.  Only outcomes relevant to Cochrane meta-analysis (TLP et al) are described below:<br><br>(Disability outcome)<br>WHO classification scale for neuropathy-related symptoms, 5-point categorical scale where:<br>0=none<br>1=paresthesias and/or decreased tendon reflexes<br>2=severe paresthesias and/or mild weakness<br>3=intolerable paresthesias and/or marked motor loss<br>4=paralysis<br><br>**Subject global impression of change:**<br>7-point categorical scale which appears identical to PGIC used in other studies. However, these are reported only as mean outcomes (mean of ordinal scale values). | derive these results, which apply to completers only and for AE, "> grade 2":<br>G = 75 AE 74 patients<br>P = 79 AE in 71 patients<br><br>**NB: These are not ITT, nor ITT-LOCF and CANNOT be used in meta-analysis for safety outcomes (they would almost certainly underestimate AE) – note this is a sick population compared with other studies, and many AE are likely to be unrelated to G, P.**<br><br>**Most important AE's** (Table 3): Not reported except for "AE attributed to therapy", therefore not shown here<br><br>**Primary outcome:**<br>NRS, ENS pain scores at 6 weeks, 14 weeks (for completers only) compared with baseline:<br>**For average pain NRS:**<br><br>G/P group:<br>baseline = 4.3 (no SD): 6 weeks (treatment with G) = 3.3, 14 weeks (treatment with P) = 3.1<br><br>P/G group: | safety was assessed.<br><br>4. The report claims to have found that gabapentin was *"remarkably well tolerated"* (p. 2116) and suggests that the median maximum dose of gabapentin achieved was 2700 mg/d, which seems implausible given the results of other studies in less sick patients.<br><br>TLP: I don't think we can meta-analyse any of these results with any credibility.  It is better to present this study on its own, as a negative study. |

| | | | | | |
|---|---|---|---|---|---|
| refer to Gilron's protocol, since Gilron was in progress as of February 2001. | NB: NRS "average pain" at baseline could be < 4 for group (or individuals) because some patients could enter trial on basis of Eastern Cooperative Oncology Group ENS scale criterion.  Groups appear balanced given likely substantial SD's and p=0.06 at baseline for NRS  average pain, p=0.7 for ENS average pain<br><br>WHO neuropathy scale (see column 4, this table):<br>G/P = 1.5<br>P/G = 1.5<br><br>No apparent differences from Table 1, p. 2113 | description.  Power calculation toprovide 80% power to detect differences in average pain scores of 0.63 SD via Student t test with 2.5% Type 1 error rate with Bonferroni correction for 2 primary endpoints. *"Missing data were handled in a number of ways to assess the robustness or results obtained, relative to missing data… Results that used all available data without imputation are presented here.* Otherwise see original report. | | Baseline – 3.6 (no SD): 6 weeks (treatment with P) = 3.0: 14 weeks (treatment with G) = 2.5<br><br>**Comparisons from statistical model:**<br>G/P vs. P/G NRS at baseline: p=0.06<br>G/P vs P/G NRS at 6 weeks: p=0.8<br>G/P vs. P/G NRS at 14 weeks: p=0.2<br>No difference is claimed.<br><br>Graphs of time course of pain in completers are shown after end of this table.<br><br>"Disability"(WHO neuropathy score):<br><br>No difference is claimed (see Table 2, p. 2114)<br><br>SGIC (PGIC equivalent): Reported only as means in Table 2, p. 2114<br>(+ change = improvement)<br>G/P at 6 weeks: +0.3 (no SD)<br>G/P at 14 weeks: +0.5:<br>P/G at 6 weeks: +0.2<br>P/G at 14 weeks: +0.1<br>For G/P vs P/G at 6 weeks, p=0.7<br>For G/P vs. P/G at 14 weeks, p=0.3<br>**NO DIFFERENCE IS CLAIMED** | |

RAO 2007 – Study No. 18 - GABAPENTIN FOR CANCER CHEMOTHERAPY-INDUCED PERIPHERAL NEUROPATHY – DBR CROSSOVER TRIAL (PUBLISHED VERSION    4
ONLY) – final -  Dr. Thomas L. Perry, July 23, 2008

**Notes: This is a negative trial which found no benefit from gabapentin for CIPN.  However, the methodology and loss of patients make it impossible to include the results in a meta-analysis of outcomes**

Rintala et al, 2007 (PUBLISHED) trial summary – Study No. 19 –Prepared by Thomas L. Perry M.D., – FINAL, July 23, 2008          1

| | Study No. 19 RINTALA ET AL, 2007 – PUBLISHED TRIAL SUMMARY | | | | |
|---|---|---|---|---|---|
| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
| Study No. 19 Publication: Rintala DH, Holmes SA et al. Comparison of the Effectiveness of Amitriptyline and Gabapentin on Chronic Neuropathic Pain in Persons with Spinal Cord Injury.  Arch Phys Med Rehabil 2007; 88: 1547-60 | Pain from spinal cord  (SCI) at any level ("neuropathic pain" associated with or below spinal level)  Inclusion: • Patients age 18-70 with SCI ≥ 12 months prior • Pain score (Likert) ≥5 when first recruited Exclusion: • Safety issues (e.g. cardiac) • "renal insufficiency" (not defined)  No enrichment bias  Allowable drugs: no analgesics except oxycodone 5 mg/acetaminophen 325 mg supplied up to 8 tablets/day for breakthrough pain | Study design: 31 week study with 1 week baseline run-in (no study drug) followed by 3 10-week periods during which patients started with diphenhydramine (D, active placebo), amitriptyline (A), or gabapentin (G)and crossed over to the other 2 drugs in 6 different permutations.  Drug was titrated towards target dose during first 4 weeks, then maintained (or reduced, if not tolerated) for 4 weeks, then tapered during Week 9, then stopped for washout during Week 10. • Screened: 50 • Randomized: 38 patients were randomized in sets of 6 consecutive patients to 6 sequences (e.g. GAD, GDA, AGD, ADG, DGA, | Predefined outcomes:  Primary:  Pain score (Likert 0-10 score) as group mean of individual means from patients' last 7 available scores while on study medication (up to end of Week 12) from daily diary records of previous 24 hours (LOCF for noncompleters).  Analysis by ANCOVA with treatment and center as fixed effects and baseline mean score as covariate (p. 31)  NB: Patients who took study drug for only 2-7 | Mortality: not reported  SAE: not reported  WDAE (shown as WDAE divided by number of patients who started each treatment, i.e. WDAE over number who received drug and were therefore eligible to withdraw, ITT for each drug):  Diphenhydramine: 2/31 Amitriptyline: 4/34 Gabapentin: 5/32  This can be used for meta-analysis of WDAE for amitriptyline vs. gabapentin, but not for placebo, since diphenhydramine is active placebo with its own AE. Withdrawals (total -shown | 1.  Small study which is hard to interpret.  2. Adverse events cannot be compared with other studies.  3. Gabapentin not more effective than diphenhydramine. Amitriptyline may be effective also as antidepressant, according to author's sub-analyses by "depressive" status of patients.  4. Authors' literature review notes survey studies |

1

| | | | | | |
|---|---|---|---|---|---|
| **Independent study sponsored by US Veterans Affairs (VHARHDS grant)**<br><br>November 2001 – April 2004 | **Baseline characteristics:**supplied for study completers (all 3 periods) vs non-completers (< 3 periods)<br><br>Completers (N=22): mean pain intensity 5.6 +/- 2.2(VAS 10 pt scale); median 6, range 0.4-9.6; breakthrough tablets during baseline week = 16.9 =/- 17 Non-completers (N=16): mean pain intensity 6.6 +/- 2.3; median 6, range 3-10; breakthrough tablets during baseline week = 22.3 +/- 17.2 | DAG) using a table of random numbers for each set, varied from set to set<br>• Patients starting with D=13, A=12, G=13<br>• Gradual titration over 4 weeks toD=75 mg/day, A=150 mg/day, G=3600 mg/day, all in 3 divided doses<br>• Subjects could take lower doses if experiencing "unacceptable side effects" or if pain relief achieved<br>• Subjects could cross over early to next scheduled group after 1 week washout, if they could not tolerate AE<br>• 4 weeks at steady dose if achieved/tolerated<br>• outcome evaluations at clinic or home at baseline, weeks 2, 4 6 (for some participants), 8, 10 during each phase plus telephone contact 1-2 times/week throughout each 10 week phase | **days (P=2; G=4) apparently were not evaluated at all for outcomes and are dropped from "ITT analysis". Patients who took study drug for 8-14 days (P=9, G=20) may have completed first post-treatment efficacy assessments at start of week 3 (visit 3) – not clearly stated in text as no numbers are shown in report for patient assessments at each week from Week 3 onwards. (p. 44)  A "sensitivity analysis" is described (p 34) to impute BOCF for missing scores, but this may apply only to the Week 1 dropouts???**<br><br>**Secondary:**<br>**NB: all secondary outcomes are <u>dependent,</u> not independent of primary** | as withdrawals divided by number of patients who started each treatment, i.e. withdrawals over number who received drug and were therefore eligible to withdraw, [not including 1 w/d from A who "withdrew from study after completing all of this arm due to moving out of state" – not attributable to any group]) - ITT for each drug)):<br><br>Diphenhydramine: 3/31<br>Amitriptyline: 6/34<br>Gabapentin: 6/32<br><br>**Adverse Events:**<br><br>**Patients with AE:**<br>not reported<br><br>**Total AE:**<br>not reported in a manner which is interpretable<br><br><br>**<u>Validated measures of improvement in global</u>** | of patients with pain from spinal cord injury suggesting that neither amitriptyline nor gabapentin are very effective. |

| | | **Patient flow: (complex – see diagram p. 1551)**<br>• Randomized: 38<br>• Completed all 3 crossover groups: 22/38<br>• Did not complete all 3 groups: 16/38<br>• Started D: 31/38<br>• Started A: 34/38<br>• Started G: 32/38<br>• Completed D: 25/31<br>• Completed A: 28/34<br>• Completed G: 26/32<br><br>**Analysis:** complex – see publication for details.  Patients were analysed as a group, by completers vs. non-completers, by "depressive symptomatology group" at baseline (more depressed vs. less depressed patients by a depression score), etc.<br><br>**Randomization:**see above and p. 1548<br><br>**Blinding:** medications prepared as matching capsules by | **outcome, as they all measure various aspects of the same thing (pain relief).**<br>• Weekly mean pain scores<br>• "responders" analysis: compared by CMH test between treatment groups for proportion of patients with $\geq$ 50% or $\geq$ 30% reduction in individual pain score at "endpoint" vs baseline<br>• weekly mean sleep–interference scores<br>• CGIC and PGIC at final visit, compared by CMH test between treatment group for proportion "very much improved or much improved", etc. | **function including return to work, study, activities of daily living**<br><br>Not reported.<br><br>**"Responder" analysis $\geq$ 50% reduction in pain from baseline:**<br><br>Not reported<br><br>**Primary outcome (endpoint):**<br><br>**Not meta-analysable.**<br><br>**The study reports on average week 8 final pain ratings for completers only, with no ITT nor ITT-LOCF analysis for non-completers – the outcome is not comparable to other studies.**<br><br>The authors report mean VAS ratings for pain during week 8 for 22 completers (of 38 patients randomized) as: | |

Case 1:04-cv-10981-PBS   Document 1457-15   Filed 10/06/08   Page 33 of 106

Rintala et al, 2007 (PUBLISHED) trial summary – Study No. 19 –Prepared by Thomas L. Perry, M.D., – FINAL, July 23, 2008                4

| | | commercial compounding pharmacy; no test of blinding described | • SF-MPQ<br>• Treatment Outcomes in Pain Survey (TOPS)<br>• Hospital Anxiety and Depression Scale (HADS)<br><br>**Safety:** all patients randomized who took 1 dose of study drug | D: 5.11 (2.54)<br>A: 3.46 (2.09)<br>G: 4.85 (2.86)<br><br>*"Repeated measures ANOVA indicated a main effect of medication (F=4.61, P=.016) … Follow-up paired t tests with Bonferroni adjustment … indicated that average pain intensity in week 8 with amitriptyline therapy was significantly lower than with gabapentin therapy (t=2.32, P=.03; effect size, Cohen d=.55) , or with diphenhydramine therapy (t=2.76, P=.012; Cohen d=.71)."*<br><br>**Patient Global Impression of Change at endpoint(PGIC):**<br>Not reported. | |
|---|---|---|---|---|---|

Notes:  This is a negative study which concluded: "… Gabapentin was no more effective than diphenhydramine (p=0.97)….Amitriptyline is more efficacious in relieving neuropathic pain than diphenhydramine at or below the level of spinal cord injury in people who have considerable depressive symptomatology."  The reporting is by completers and by groups depression scoreBecause of the large number of withdrawals and the analysis by completers rather than ITT or even ITT-LOCF, the analysis cannot be compared in meta-analysis with other trials.

**Study No. 20 - Pfizer 0945-00S-P02 – GABAPENTIN FOR HIV-ASSOCIATED PAINFUL NEUROPATHY (PUBLISHED VERSION ONLY) – SUMMARY prepared by Dr. 1 TL Perry – FINAL – July 27, 2008**

**Study No. 20 - Pfizer 0945-00S-P02 – GABAPENTIN FOR HIV-ASSOCIATED PAINFUL NEUROPATHY (PUBLISHED VERSION ONLY) – SUMMARY prepared by Dr. TL Perry – FINAL – July 27, 2008**

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Study No. 20<br>Pfizer, apparently<br>Protocol 0945-00S-P02<br>Hahn K, Arendt G, et al. A placebo-controlled trial of gabapentin for painful HIV-associated sensory neuropathies. J. Neurol 2004; 251 : 1260-6<br><br>**Support:** Pfizer grant, apparently protocol.<br><br>**Dates:** not identified, apparently prior to MS submission of August 14, 2003<br><br>**Design:** 5 week multicentre German outpatient DBRCT parallel group study of gabapentin vs. placebo. 1 week screening phase, 4 weeks double blind therapy, then 2 weeks open. (not summarized | HIV-associated sensory neuropathy<br>(HIV-SN)<br>(HIV-associated distal-symmetric polyneuropathy)<br><br>Inclusion:<br>• ≥ age 18<br>• painful HIV -SN<br>• completion of baseline pain diary for 1 week<br>• no apparent minimum pain score (range of medians: 1.5/10 - 9.3/10, see below!<br><br>Exclusion:<br>• taking tricyclic/tetracyclic antidepressant or other anticonvulsant, central analgesics (opioids), etc.<br>• other causes of painful neuropathy | **Study design:** 5 week multicentre outpatient DBRCT parallel group study of gabapentin vs. placebo. 1 week screening phase, 4 weeks double blind therapy, then 2 weeks open.<br><br>Gabapentin titrated from baseline as 400 mg/d (3 divided doses), then increased as tolerated every 4 days to 1200 mg/d by end of week 2, then increased for pain to maximum of 2400 mg/d.<br><br>**Patient flow:**<br>• Screened: not reported<br>• Randomized: 26; P=11; G=15<br>• Withdrawals: P=1, G=1<br>• Dose attained: G1200 mg/d 4, G2400 mg/d 10<br>• Completed: P=10, G=14<br><br>**Analysis:** (p. 1262)<br>Primary efficacy parameter – change in median pain score from baseline to 4th treatment week, evaluated by daily pain diaries. Score determined by calculating median pain score for baseline and week 4. Sleep interference calculated in same | Predefined outcomes:<br><br>NB: Although this appears to be a Pfizer protocol (0945-00S-P02) the protocol and pre-defined outcomes and statistical analysis plan is not available. No other Pfizer protocol proposed analysis of median pain scores instead of mean pain scores – <u>this may be a post-hoc analysis different from the original planned analysis.</u><br><br>Primary:<br><br>Pain score (VAS 100 mm scale) from SF-MPZ recorded in a diary by patients twice daily. | **Doses attained:** G400 mg/d: 1/15 (WDAE); G1200 mg/d: 4/15; G2400 mg/d: 10/15<br><br>**Mortality:** not reported<br><br>**Serious Adverse Events:** not formally reported (1 patient discontinued G for "severe dizziness and somnolence" 2 days after treatment with 400 mg/day is shown below as SAE)<br>P = 0/11 (0%)  G = 1/15 (7%)<br><br>**Withdrawal Due to Adverse Events:**<br>P=0/11; G=1/15<br><br>**Total Withdrawals:**<br>P=1/11; G=1/15<br><br>**Total patients with AE's:**<br>Not reported<br><br>**Total AE's (patients may have > 1):**<br>Not reported<br><br>**Specific AE:**<br>Somnolence: P=2/11; G=12/15<br>Dizziness: P=5/11; G=9/15<br>Ataxia: P=3/11; G=7/15 | 1.  Unusual trial insofar as it reports a very unusual analysis of "median" pain scores and enrolled patients of whom some had very low pain scores at baseline.<br><br>2. Toxicity (AE) findings are similar to other studies.<br><br>3. Claimed significance for primary endpoint is very doubtful, and it is impossible to tell whether the analysis was pre-planned or post-hoc.<br><br>4. Authors' claim that "gabapentin was more effective in reducing the pain and the sleep interference score … than placebo" is not |

**Study No. 20 - Pfizer 0945-00S-P02 – GABAPENTIN FOR HIV-ASSOCIATED PAINFUL NEUROPATHY (PUBLISHED VERSION ONLY) – SUMMARY prepared by Dr. TL Perry – FINAL – July 27, 2008**

| | | | | | |
|---|---|---|---|---|---|
| in this table)<br><br>**Randomization:** not described in detail<br><br>**Concealment:** identically appearing capsules<br><br>**Test of blinding:** not reported | • "chronic renal insufficiency"<br><br>**Allowable drugs:** NSAIDs – opioids not allowed<br><br>**Baseline characteristics**<br><br>Age as median (range):<br>P:  44 (35-61)<br>G: 46 (27-59)<br>Duration of painful neuropathy as median (range):<br>P: 28 weeks (4-240)<br>G: 48 weeks (2-384)<br>Pain score at baseline as median (range):<br>P: 4.7 (1.5-9.3)<br>G: 5.1 (1.7-8.7) | manner. Difference in change from baseline to endpoint analysed by Wilcoxon test. See text for other analyses.<br><br>TLP cannot tell whether the summary statistics presented are:<br><br>a) the group <u>mean</u> for P or G of weekly <u>median</u> pain scores for patients in those groups;<br><br>b) the group <u>median</u> for P or G of weekly <u>median</u> pain scores for patients in those groups<br><br>**Randomization:** *"… by producing a randomization schedule that assigned each patient to G or a matching placebo … Patients were sequentially assigned to a patient number"* (p. 1262)<br><br>**Concealment:** *"identically appearing capsules"*<br><br>**Blinding:** not tested | Primary outcome is reported in publication as the difference between weekly median pain score at week 4 endpoint, vs. baseline week.<br><br>ITT or ITT-LOCF not specified, but only 1 dropout from each group.<br><br>Secondary:<br>Median weekly mean sleep-interference scores | Functional improvement: not reported<br><br>≥50% reduction in pain score:<br>not reported<br><br><u>Primary outcome:</u><br>There is no indication whether analysis is ITT-LOCF reported as apparent ITT with all patients reported.  As reported in publication (p. 1263), median pain score reduction from baseline to week 4:<br><br>P (N=11) change of medians: 4.7-3.3 = 1.4 (p=0.646 for comparison of endpoint with baseline)<br><br>G (N=15) change of medians: 5.1-2.85 = 2.25 (p<0.05 for comparison of endpoint with baseline)<br><br>NB: the P, G group "median" pain scores are almost identical at endpoint (P=3.3/10; G=2.85/10) and TLP cannot tell whether these are the group means or group medians of individual patient median weekly pain scores.<br><br>The authors report the differences from baseline to endpoint as "% reduction in pain".<br><br><u>These results are not suitable for meta-analysis.</u><br><br><u>Secondary outcomes:</u><br>As above, but for sleep interference, a non-independent outcome.<br>PGIC: not reported | really supported by the data.<br><br>5. Details of analysis are not available as unpublished Pfizer report not available. |

**Study No. 21 – Arnold 2007 – GABAPENTIN FOR FIBROMYALGIA (PUBLISHED) – SUMMARY prepared by Dr. TL Perry – FINAL – July 27, 2008**                    1

**Study No. 21- Arnold 2007 – GABAPENTIN FOR FIBROMYALGIA (PUBLISHED) – SUMMARY prepared by Dr. TL Perry – FINAL – July 27, 2008**

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| **Study No. 21** <br> Arnold LM, Goldenberg DL et al. Gabapentin in the Treatment of Fibromyalgia : A Randomized, Double-Blind, Placebo-Controlled Multicenter Trial. Arthritis & Rheumatism. 2007 : 56 : 1336-44 <br><br> **Support::** U.S. National Institute of Arthritis and Musculoskeletal and Skin Diseases grant N01-AR-1-2264.  Lead author and one other author consult for Pfizer. <br><br> **Dates:**  September 2003 - January 2006 <br><br> **Design:** 12 week 3-center U.S. outpatient DBRCT parallel group study of gabapentin vs. placebo. 7-60 day screening phase, then 12 weeks double blind therapy, then 1 week dose tapering phase. | Fibromyalgia <br><br> Inclusion: <br> • age 18 <br> • ACR criteria for fibromyalgia <br> • Average Brief Pain Inventory (BPI) score $\geq$ 4 (11 point scale 0-10) at screening and randomization (baseline) <br> Exclusion: <br> • Pain from other arthritic causes, etc. (opioids), <br> • Unstable medical or psychiatric illness, or history of psychosis, mania, risk of suicide, etc. <br> • Recent substance | **Study design:**  12 week 3-center U.S. outpatient DBRCT parallel group study of gabapentin vs. placebo.  7-60 day screening phase, then 12 weeks double blind therapy, then 1 week dose tapering phase. <br><br> **Dose titration:** <br> Gabapentin titrated from baseline as 300 mg/d (bedtime dose) for  week 1, then 300 mg b.i.d. and 600 mg h.s. (1200 mg/d) for weeks 2-3, then divided doses as 1800 mg/d for weeks 4-5, then 2400 mg/d (divided doses, 1200 mg at bedtime) for remainder of study from week 6 on.  If not tolerated, dose reduced to 1200 mg/d as divided doses.  Doses stable for last 4 weeks of therapy, then tapered by 300 mg/d until discontinuation. <br><br> **Patient flow:** (Figure 1, p. 1338) <br> • Screened: 252 <br> • Excluded: 102 <br> • Randomized: 150;  P=75; G=75 <br> • Withdrawals: P=13/75, G=18/75 <br> • Completed: P=62/75, G=57/75 <br> • Total of 1077/1200 possible | **Predefined outcomes:** <br><br> Primary (BPI, 11—point pain scale from 0-10): Primary analysis of BPI which measures pain severity during the past 24 hours was recorded at baseline (week 0) and weeks 1, 2, 4, 6, 8,10, 12; *"Longitudinal analysis of rate of change of BPI pain score during treatment between groups."* <br><br> **Secondary analysis** *"changes from baseline to endpoint (ITT-LOCF)"* <br><br> **Response to treatment:** defined as $\geq$ 30% reduction | **Doses attained:** median dose of G=1800 mg/d (interquartile range 1200-2400 mg/d) <br><br> **Mortality:** not reported <br><br> **Serious Adverse Events:** not reported <br><br> **Withdrawal Due to Adverse Events:** P=7/75 (9%); G=12/75 (16%) <br><br> **Total Withdrawals:** P=13/75; G=18/75 <br><br> **Total patients with AE's:** Not reported <br><br> **Total AE's (patients may have > 1):** Not reported <br><br> **Specific AE:** Somnolence: P=6/75 (8%); G=14/75 (19%) Sedation: P=3/75 (4%); G=18/75 (24%) TLP: we will conservatively use "sedation" for meta-analysis, since we cannot combine the 2 categories, which probably overlap. <br><br> Dizziness: P=7/75 (9%); G=19/75 (25%) Lightheadedness: P=1/75 (1%); G=11/75 (15%) | 1.  Trial reporting is hard to understand in terms of the statistical analysis. <br><br> 2. Toxicity (AE) findings are similar to other studies. <br><br> 3. Claimed significance for primary endpoint is uncertain, as multiple analyses were applied and Figure 2 does not show tests of significance at any point. <br><br> 4. A secondary analysis (see original report at p. 1341 and 1342) assessing only adherent patients showed a slightly lower effect of |

Case 1:04-cv-10981-PBS    Document 1457-15    Filed 10/06/08    Page 37 of 106

**Study No. 21 – Arnold 2007 – GABAPENTIN FOR FIBROMYALGIA (PUBLISHED) – SUMMARY prepared by Dr. TL Perry – FINAL – July 27, 2008**                2

| | | | | | |
|---|---|---|---|---|---|
| **Randomization:** not described in detail<br><br>**Concealment:** "matching"<br><br>**Test of blinding:** not reported | abuse<br>• "treatment refractory" in opinion of investigator<br>• prior treatment with gabapentin or pregabalin<br>• drugs with CNS effects except for occasional use of sedating antihistamines<br>• analgesics other than OTC<br><br>**Allowable drugs:** acetaminophen or OTC NSAIDs<br><br>**Baseline characteristics**<br><br>**Age (mean):**<br>P: 47<br>G: 49<br><br>**BPI pain score at baseline as mean (SD):**<br>P: 6.0 (1.5)<br>G: 5.7 (1.4) | study visits of which P=541/600: G=533/600 (from Figure 2), 989 visits while on study medication **(numbers for P, G not reported and not calculable from Figure 2 for each experimental group as timing of dropouts from therapy is not shown)**<br>• Numbers persisting are generally similar over 12 weeks from Figure 2 (p. 1340) although gabapentin patients drop out more near end of experiment)<br><br>**Analysis:** (p. 1338 et seq)<br>Power calculation for 90% power to detect 0.60 effect size difference for gabapentin. BPI average pain severity score chosen a priori as primary outcome measure. Type 1 error of p=0.05 set. Secondary measures "intended to confirm the findings of the primary measure"; no adjustment for multiple comparisons performed. For continuous variables (primary outcome = BPI) longitudinal analysis of rate of change of outcome between groups, estimated by "random regression models as described elsewhere" … using all observations from all time points …(see text, p. 1339) As a secondary analysis, changes from baseline to end point (ITT-LOCF) were analysed using an ANOVA | in pain severity by BPI from baseline to endpoint<br><br>**Secondary:**<br>• Overall impact of fibromyalgia FIQ scale (0-80)<br>• Tender point assessment by "dolorimeter"<br>• Clinical Global Impression of Severity (CGIS; 7-point scale)<br>• Patient Global Impression of Improvement (PGII, equivalent to PGIC: 7 point scale where 1=very much better … | **TLP:** we will use "sedation" for meta-analysis, since we cannot combine the 2 categories, which probably overlap. "Dizziness" is the more common term in other studies, and the ARI is similar for both.<br><br>Edema: P=6/75 (8%): G=12/75 (16%)<br>Aesthenia: P=5/75 (7%): G=6/75 (8%)<br>Weight gain: P=0/75 (0%): G=6/75 (8%)<br><br>**Functional improvement:** not reported<br><br>**≥50% reduction in pain score:**<br>not reported (authors report ≥ 30% reduction in BPI at endpoint vs. baseline as:<br>P=23/75 (31%): G=38/75 (51%): p=0.014<br><br>**Primary outcome (BPI 11-point pain scale, over time):**<br>**Primary analysis:** Table 2 reports "Observed values and model-based estimates", not ITT or ITT-LOCF for the time course. Figure 2 reports what appears to be ITT-LOCF, which is not shown as significantly different at any time point, although number of patients assessed for G, P, is shown.<br><br>**Secondary analysis:** from text (p. 1340):<br>N for each group is not specified for ITT-LOCF although P=62/75, G=57/75 completed. Numerical values for each group shown in text at p. 1340 are different from numerical values for completers shown in Table 2 (table text does not clarify this).<br><br>Baseline BPI: P=6.0 (1.5); G=5.7 (1.4) | gabapentin in this model, which does not make pharmacologic sense.<br>5. The reporting of "responder" analysis and PGIC is not compatible with other studies and therefore cannot be meta-analysed.<br><br>6. Although the authors claim improvement on functional scales such as an 8.4 point difference favouring G over P on an 80—point "Fibromyalgia Impact Questionnaire", they do not adduce evidence of substantive functional improvement. |

| | | model.  Primary analysis for response to treatment and participant ratings of global improvement was CMH test for end point values, using LOCF of all subjects who had at least one post-baseline assessment.<br><br>**Randomization:** *"… randomly assigned to 1 of 2 treatment groups … in a 1:1 ratio"* (p. 1337)<br><br>**Concealment:** *"Gabapentin or matching placebo"*<br><br>**Blinding:** not tested | 7=very much worse)<br>• Medical Outcomes Study sleep measure<br>• Montgomery Asberg Depression Rating Scale<br>• MOS Short Form 36 (SF-36)<br><br>**NB:** authors note they did not apply correction for multiple tests of statistical significance. | Endpoint BPI (LOCF): P=5.0 (2.6); G=3.8 (2.2)<br>Difference (baseline – endpoint):<br>P=1.0 (? SD); G=1.9 (? SD)<br><br>"Estimated difference between groups": -0.95 (95% CI: -1.68, -0.23); p=0.010<br><br><u>TLP: It is not clear how to use these "secondary analysis" results for meta-analysis.  Since they appear to be ITT-LOCF similar to other studies, it may be reasonable to include them.  The multiple tests of statistical significance are problematic but this would give an optimistic estimate of the overall pain effect of gabapentin which is at least comparable in time to other studies.</u><br><br><u>Secondary outcomes:</u><br>See original report for secondary outcomes other than PGIC (pp. 1340-1).  The "Medical Outcomes Study Sleep Problems Index Score" showed a relatively larger change favouring G over P, compared with the pain score, which authors interpret as evidence that gabapentin improved sleep, etc.<br><br>PGIC: not reported by individual categories of 7-point scale, nor by best 2 categories.  Figure 3 shows only bar graphs for "worse", "no change", or "better": the "better" category comprises 3 categories and is not comparable to 2-category groupings used in other studies.  No histogram can be generated. | |
|---|---|---|---|---|

**Study No. 22- Kimos 2007 – GABAPENTIN FOR CHRONIC MASTICATORY MUSCLE PAIN (PUBLISHED) – SUMMARY prepared by Dr. TL Perry – FINAL – July 27,   1
2008**

**Study No. 22- Kimos 2007 – GABAPENTIN FOR CHRONIC MASTICATORY MUSCLE PAIN (PUBLISHED) – SUMMARY prepared by Dr. TL Perry – FINAL – July 27,
2008**

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| **Study No. 22** Kimos P, Biggs C et al. Analgesic action of gabapentin on chronic pain in the masticatory muscles : A randomized controlled trial. Pain 2007: 107: 151-60  **Support::** University of Alberta Fund for Dentistry (Grant No. 2003-01), Pharmascience (donated gabapentin and placebo)  **Dates:**  ? 2003 grant, recruitment over 10 months, completed before September 2005 (submission of MS)  **Design:** Independent. 12 week 1-center Canadian outpatient DBRCT parallel group study of gabapentin vs. placebo.  Screening not described, variable washout based on half-life of prior drugs, as needed. 12 weeks double blind therapy. | Chronic Masticatory Muscle pain (CMM)  Inclusion:  • Masticatory muscle pain ≥ 6 months • No traumatic, infectious, inflammatory cause • Baseline pain score ≥ 50 mm on 100 mm VAS scale • Pain on palpation in ≥ 3 of 6 possible points in temporalis or masseter muscles Exclusion:  • Inflammatory TMD • Epilepsy, cardiac, renal, | **Study design:**  12 week 1-center Canadian outpatient DBRCT parallel group study of gabapentin vs. placebo. Screening not described. 12 weeks double blind therapy. Assessments by one investigator at baseline, week 4, week 8, and week 12.  **Dose titration:** Gabapentin titrated from baseline as 300 mg/d, increased every 3 days until pain control with no adverse effects to a maximum of 4200 mg/d.  Titration by telephone call from pharmacy research assistant  (? Unblinded – see p. 152 and 154)  **Patient flow:** (Figure 1, p. 155) • Screened: 79 • Excluded: 29 • Randomized: 50;  P=25; G=25 • Withdrawals: P=8/25, G=6/25 • Completed: P=17/25, G=19/25 • Assessed despite dropout at endpoint (ITT): P=20/25, G=24/25 • Early withdrawals with no follow- | **Predefined outcomes:**  **Primary** (VAS 10 cm pain scale): Reported at baseline and each of 3 post-baseline visits for the previous week (no mention of pain score diaries).  *"A pain reduction of 30% would be considered clinically significant."*  **Secondary:** "Palpation index" (see text, p. 153)  VAS-function ('*patients were trained to understand that one end of the scale* | **Doses attained:** not reported, although some subjects in G group reached 4200 mg/d, *achieving "partial pain control or no pain control at all"*.  **Mortality:** not reported  **Serious Adverse Events:** not reported  **Withdrawal Due to Adverse Events:** Not reported  **Total Withdrawals:** P=8/25;  G=6/25  **Total patients with AE's:** Not reported  **Total AE's** (patients may have > 1): Not reported  **Specific AE:** Drowsiness (somnolence): P=5/25 (20%); G=7/25 (28%) Dizziness: P=2/25 (8%); G=7/25 (28%) Memory & cognitive impairment: P=1/25 (4%); G=4/25 (16%) Ataxia: P=0/25 (0%); G=1/25 (4%) Weight gain: P=0/25 (0%); G=1/25 (4%) TLP: these outcomes are meta-analysable. | 1. Trial reporting is hard to understand in terms of the statistical analysis.  2. Claimed significance for primary and secondary endpoints is not reasonable, as multiple tests were performed.  The graphical presentation does not allow comparison of the original numerical data.  3. Although the study makes a good effort to present patient flow, it's claim that it performs true ITT analysis |

**Study No. 22- Kimos 2007 – GABAPENTIN FOR CHRONIC MASTICATORY MUSCLE PAIN (PUBLISHED) – SUMMARY prepared by Dr. TL Perry – FINAL – July 27, 2008**

| | | | | | |
|---|---|---|---|---|---|
| **Randomization/Concealment:** *"a computer-generated randomization code list was utilized to randomly allocate patients in two study groups. For double-blinding purposes, concealed randomization and the according allocation were implemented by a research assistant. Neither the patients nor the main investigator was aware of the random group allocation."* (p. 152)<br><br>**Concealment:** *"identical looking capsules"* (p. 152)<br><br>**Test of blinding:** not reported: *"subjects in this study received a weekly follow-up phone call by a pharmacy research assistant in order to help them reach their minimum effective dose and monitor for possible side effects. Follow-up phone calls were directed to both study groups … in order to keep patient's blinding uncompromised."* (TLP: suggests blinding may have been compromised by phone calls) | hepatic disorders<br>• Dental/periodontal disease, neuropathic facial pain, etc.<br>• Recent split users<br>• Users of opioids, acetaminophen /opioid combinations, muscle relaxants<br><br>**Allowable drugs:** TCA's, SSRI's, benzodiazepines if previously udsed regularly<br><br>**Baseline characteristics** Not described in conventional style or adequately. | up observation: P=5/25; G=1/25<br>•<br>**Analysis:** (p. 154)<br>See original article. No power calculation.<br><br>**Randomization:** *"a computer-generated randomization code list was utilized to randomly allocate patients in two study groups.."*. (p. 152)<br><br>**Concealment:** *"identical looking capsules"*<br><br>**Blinding:** not tested: doubtful (from description of pharmacist contacts with patients) | *represented no impact at all and the other end was representative of extreme or severe impact, reflecting disability."*)<br><br>NB: no discussion of correction for multiple tests | **Functional improvement:** not reported (not an outcome)<br><br>**≥50% reduction in pain score:** not reported  (not an outcome)<br><br>**Primary outcome (VAS 10 cm pain scale, baseline vs. 4, 8, 12 weeks):**<br>Reported as significant at 12 weeks (NOT ITT-LOCF, appears to be observed cases at 12 weeks)<br>Report is only as Figure 2 (p. 156) which does ot provide baseline nor week 4, 8, 12 scores, only SD's (scores are shown graphically). As repeated tests of statistical significance are performed and SD's at week 12 (P: 2.67; G: 2.37) appear to overlap more than the separation of graphed VAS pain scores, the difference does not appear to be statistically significant as claimed *("week 12, P=0.026")*<br><br>This VAS pain score outcome is not suitable for meta-analysis.<br><br>Secondary outcomes:<br>See original article. Not interpretable and not comparable to other studies.<br><br>PGIC: not reported (not an outcome) | is incorrect, as only 44/50 patients are accounted for at the end of study.<br><br>4. Blinding almost certainly broken for gabapentin patients.<br><br>5. Overall, this study is uninterpretable and not suitable for meta-analysis except for safety outcomes. |

Study No. 23 – McCleane 2001 – GABAPENTIN FOR LOW BACK PAIN (PUBLISHED) – SUMMARY prepared by Dr. TL Perry – FINAL – August 6, 2008    1

Study No. 23 – McCleane 2001 – GABAPENTIN FOR LOW BACK PAIN (PUBLISHED) – SUMMARY prepared by Dr. TL Perry – FINAL – August 6, 2008

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| **Study No. 23** McCleane GJ.  Does gabapentin have an analgesic effect on background, movement and referred pain ? A randomized, double-blind, placebo controlled study.  The Pain Clinic 2001; 13: 103-07.<br><br>**Support:** Not reported.  Appears to be independent, approved by Regional Research Ethical Committee and U.K. Medicines Control Committee (non-approved use of gabapentin).<br><br>**Dates:**  ? 2000 or earlier (reported 2001)<br><br>**Design:** 8 week single centre Northern Ireland outpatient DBRCT parallel group study of gabapentin vs. placebo.  2 week run-in, then 3 weeks dose escalation, then 3 weeks stable dose. | **Low back pain (lumbar and associated leg pain)**<br><br>Inclusion:<br>• Adults attending a hospital-based pain clinic<br>• Paravertebral lumbar tenderness at 1 vertebral level and pain worse on extension of back<br>Exclusion:<br>• "Features of neuropathic pain" (shooting pain, paresthesia, numbness, allodynia)<br>• adequate pain control from NSAIDs or codeine-based analgesics<br>• previously treated with gabapentin or "known to be sensitive to it"<br>• expected to change medication during study period or unable to complete forms | **Study design:**  8 week single centre Northern Ireland outpatient DBRCT parallel group study of gabapentin vs. placebo.  2 week run-in, then 3 weeks dose escalation, then 3 weeks stable dose.<br><br>**Dose titration:**<br>Gabapentin titrated from baseline as 300 mg/d for  week 1; then 300 mg b.i.d. for week 2; then 300 mg t.i.d. for week 3; then 300 mg q.i.d. (1200 mg/day) during weeks 4-6.<br><br>**Patient flow:** not described clearly nor shown as figure; deduced from text.<br>• Screened: not reported<br>• Excluded: not reported<br>• Randomized: 80;  P=40; G=40<br>• Withdrawals: not reported<br>• Completed: P=34/40, G=31/40<br><br>**Analysis:** (p. 104)<br>No discussion of pre-specified statistical approach.  "Average pain scores were calculated and differences between study groups compared using Student's t-test. | **Predefined outcomes:**<br><br>**Primary (NRS, 11—point pain scale from 0-10):**<br>Not discussed conventionally in Method section.  From text and Table II (p. 104, 105) the primary outcome appears to be the difference between mean NRS pain score for each patient for daily observations made during week 8 (final week of treatment) vs. mean NRS pain score for 2-week baseline period – for back pain at rest, back pain on movement, and leg pain.<br><br>**Secondary:**<br>Not discussed conventionally in Method section.  From text (p. 104, 105) the secondary outcomes appear to be: | **Doses attained:** not reported; apparently 1200 mg/d for gabapentin completers (P=34/40, G=31/40)<br><br>**Mortality:** not reported<br><br>**Serious Adverse Events:** not reported<br><br>**Withdrawal Due to Adverse Events:** not reported<br><br>**Total Withdrawals:**<br>not reported (8 patients "failed to attend for end of study review" but they are not reported by treatment group)<br><br>**Total patients with AE's:**<br>Not reported<br><br>**Total AE's (patients may have > 1):**<br>P=13; G=19<br><br>**Specific AE:**<br>Reporting is different from other studies and does not clarify whether the numbers cited in Table III (p. 106) refer to the number of patients or the number of events.  See original paper for details.<br><br>**TLP: The above are not adequately reported and therefore not suitable for meta-analysis** | **1. Reporting of methodology and statistical analysis is relatively incomplete.**<br><br>**2. Potential "enrichment" bias by exclusion of patients who had been treated previously with gabapentin or were "known to be sensitive to it".**<br><br>**3. Back pain at rest appears to be the outcome most comparable to overall NRS pain score used in other studies, but recording may have been at different times of day (intended to be consistent for each patient) – most** |

| | | | | | |
|---|---|---|---|---|---|
| **Randomization:** not described in detail<br><br>**Concealment:** "identical appearance" (capsules)<br><br>**Test of blinding:** not reported | **Allowable drugs:** usual medications; no changes<br><br>**Baseline characteristics**<br><br>**Age (mean):**<br>P: 47.8 (11.7)<br>G: 41.3 (13.1)<br><br>**Duration of pain (months):**<br>P: 74.5 (82)<br>G: 63.1 (45.3)<br><br>**11-point NRS pain score (back pain at rest) at baseline as mean (SD):**<br>P: 6.51 (1.90)<br>G: 6.82 (2.08) | Regression analysis was used to assess relationships between duration of pain, age, sex and changes in pain scores. P values < 0.05 were considered statistically significant." No correction for multiple tests.<br><br>**Randomization:** "… randomly assigned in equal numbers to two groups, A and B using a computer generated random number list." (p. 104)<br><br>**Concealment:** "Both study drugs were of identical appearance, and neither investigator nor study subject were aware of the identify of the study capsule." (p. 104)<br><br>**Blinding:** Not tested. "… the blinding codes were broken at the end of the study period …" (p. 105) | a) the difference between mean 11-point NRS back mobility score for each patient for daily observations made during week 8 (final week of treatment) vs. mean NRS pain score for 2-week baseline period, where a larger number reflected better mobility;<br>b) daily consumption of concomitant analgesic as number of tablets taken per day.<br><br>Note: While the discussion is inadequate compared with many other studies, the method using daily NRS scale "at the same time of day" for pain assessment for the previous 24 hours is similar to most studies, except that the time of day may not be on first morning arising, which is used in most other studies. | **Functional improvement:** not reported<br><br>**≥50% reduction in pain score:** not reported (not an outcome)<br><br>**Primary outcome (NRS 11-point pain scale, endpoint vs. baseline):** from Table II and text, p. 105<br><br>a) Back pain at rest, mean (SD):<br>Baseline mean: P=6.51 (1.90); G=6.82 (2.08)<br>Endpoint: P=6.52 (2.06); G=6.31 (2.07)<br>Difference: P=+0.01 (1.98); G=-0.51 (2.07); "not significant"*<br>(SD for differences calculated as mean of SDbaseline + SDendpoint)<br><br>b) Back pain with movement, mean (SD):<br>Baseline mean: P=7.33 (1.64); G=7.48 (1.60)<br>Endpoint: P=7.34 (1.52); G=7.01 (1.82)<br>Difference: P=+0.01 (1.58); G=-0.47 (1.71); "p<0.05"*<br>(SD for differences calculated as mean of SDbaseline + SDendpoint)<br><br>a) Leg pain, mean (SD):<br>Baseline mean: P=6.57 (2.32); G=6.37 (2.27)<br>Endpoint: P=6.33 (2.39); G=5.92 (2.61)<br>Difference: P=-0.24 (2.35); G=-0.45 (2.44); "p<0.05"*<br>(SD for differences calculated as mean of SDbaseline + SDendpoint)<br><br>*It is unclear due to imprecision in method section what comparisons the p-values apply to.<br><br>**TLP:** For meta-analysis of NRS pain scores we have used for back pain at rest (closest to overall NRS pain score reported in other studies) the raw numbers and SDs for the within group (placebo, gabapentin) differences from | other studies asked for recording of pain scores upon morning awakening from sleep. If pain scores were recorded at other times, any soporific effect of gabapentin may be less obvious.<br><br>4. Claimed statistical significance favouring gabapentin for outcomes of back pain with movement or leg pain (? Difference from baseline for gabapentin groups) is impossible to assess without more detail of statistical method, and there is no correction for multiple comparisons.<br><br>5. Reduction of |

| | | | | baseline to endpoint. This does not require us to interpret the statistical analysis further.<br><br><br>**Secondary outcomes:**<br><br>a) Average mobility scores (11-point NRS): *"there was no significant change in average mobility scores in either group during the treatment period"* (p. 105; not reported further)<br><br>b) Consumption of concomitant analgesics:<br>P: not reported (*"There was a small but statistically insignificant increase in analgesic consumption in the placebo group."*<br>G: Baseline=4.72 (2.83) doses/day; Endpoint=4.27 (3.15) doses/day; difference=0.45 doses/day (2.89); "p=0.05"<br><br>**PGIC:** not reported (not an outcome)<br><br>**Additional outcome reported:**<br>At end of study unblinding, patients were offered the chance to continue their study medication. Of 40 patients initially randomized to gabapentin, 13/40 chose to continue open label gabapentin, self-titrated to $\leq$ 3600 mg/day. After a further 2 months, 5/13 (5/40 initially randomized to gabapentin) wished to continue gabapentin. The report does not state whether any patients randomized to placebo later took gabapentin. | analgesic consumption in gabapentin group, although claimed to be "statistically significant" is not considered clinically significant by author. (p. 106)<br><br>**6.** Author questions overall clinical benefit of gabapentin. |

Study No. 24 – SMITH 2005 – GABAPENTIN FOR CHRONIC PHANTOM LIMB & RESIDUAL LIMB PAIN – DBR CROSSOVER TRIAL (published) – FINAL                1
Dr. Thomas L. Perry, August 7, 2008

Study No. 24 – SMITH 2005 – GABAPENTIN FOR CHRONIC PHANTOM LIMB & RESIDUAL LIMB PAIN – DBR CROSSOVER TRIAL (published) – FINAL

| Study/Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| **Study No. 24** Smith DG, Ehde DM et al. **Efficacy of gabapentin in treating chronic phantom limb and residual limb pain. J Rehab Research & Development 2005; 42: 645-654**  **Support**: private donor support to Harborview Medical Center for Limb Loss Research and National Institute of Child Health and Human Development and National Institute of Neurological Disorders and Stroke grant PO1 HD/NS33988  **Dates**: 1999-2003 (p. 653)  **Trial design:** Independent.  DBR Crossover Trial, 18 weeks including 2 treatment periods of 6 weeks (plus week 7 dose-tapering after first phase) separated by 5 week washout, comparing gabapentin (G) with placebo to final | Chronic post-amputation phantom limb pain (PLP) or residual limb pain (RLP)  Inclusion: • ≥ 18 years • ≥ 6 months post-amputation (lower or upper limb) • average pain rating ≥ 3 on 11-point NRS scale during last month Exclusion: • anticonvulsant medication • > 2 alcoholic drinks/day • history of kidney disease or *"low estimated creatinine clearance"* (cutoff not specified)  **Allowable drugs:** not | **Study design:** DBR Crossover Trial, 18 weeks including 2 treatment periods of 6 weeks (plus week 7 dose tapering after first phase) separated by 5 week washout, comparing gabapentin (G) with placebo to final dose of G≤3600 mg/d.  **Patient flow (p. 646-7):** • Wide recruitment (p. 646) • Screened: 78 • Ineligible (insufficient pain, abnormal kidney function): 25 • Declined to participate (most common reasons - prior negative experience with gabapentin or not wanting to take it): 29 • Total exclusions: 54 • Randomized: 24 P/G=13 G/P=11 • Completed crossover: 24/24 (interpreted from text, p. 648, *"All participants received 6 weeks of therapy with gabapentin and 6 weeks of* | **Predefined outcomes:**  **Primary:** NRS (0-10 point) pain rating for last 24 hours for PLP and RLP. This was assessed 3 times for average pain and worst pain during prior 24 hours during week prior to Phase I, week 6 of Phase 1, week 5 of washout prior to Phase 2, and week 6 of Phase 2 by telephone interview conducted by research study nurse. Mean of 3 pain ratings (average, worst) for PLP, RLP were used as weekly pain scores for baseline/endpoing in each phase. (p. 647-9) | **Dose achieved:** not reported  **Mortality:** Not reported  **Serious Adverse Events:** Not reported  **Withdrawal Due to Adverse Events:** Interpreted from text at p. 656-7 (see patient flow) P=0/24; G=0/24  **Total withdrawals:** P=0/24; G=0/24 Interpreted from text at p. 656-7 (see patient flow)  **These appear suitable for meta-analysis**  **Total patients with AE's:** Not reported  **Most important AE's:** Not reported  **Total AE's (patients may have > 1 as total exceeds total patients with AE):** Not reported  **Disability:** Not reported (data on "Functional Independence Measure" and Craig Handicap Assessment and Reporting Technique" appear to have been collected at pre-treatment baselines and at week 6 for each phase (p. 648) but are not reported in this publication. | 1. The reporting of this study is somewhat unusual and it is not clear why subtracting the mean endpoint scores from mean baseline scores produces a different result than the "Pre-Post" differences shown in Table 3, p. 651.  2. This study found a numerically small but statistically non-significant larger effect of gabapentin than placebo on phantom limb and residual limb mean pain score difference from baseline to endpoint.  The mean PLP pain score difference appears to be the most suitable value for meta- |

Study No. 24 – SMITH 2005 – GABAPENTIN FOR CHRONIC PHANTOM LIMB & RESIDUAL LIMB PAIN – DBR CROSSOVER TRIAL (published) – FINAL    2
Dr. Thomas L. Perry, August 7, 2008

| | | | | | |
|---|---|---|---|---|---|
| dose of G≤3600 mg/d<br><br>**Concealment:** identical placebo capsules<br><br>**Randomization:** *"the study pharmacist conducted the randomization technique using computer-generated random numbers."* (p. 648)<br><br>**Test of blinding:** patients asked to guess therapy at end of each treatment phase | specified<br><br>**Baseline characteristics:**<br>• Mean age: 52.1 (range 25-76)<br>• Mostly transfemoral, transtibial (3/24 patients upper limb)<br>• Mostly injury/infection related amputations<br>• 21/24 patients had phantom limb pain; mean rating (SD) = 4.38 (2.57)<br>• 20/24 patients had residual limb pain; mean rating (SD) = 3.96 (2.73) | *therapy with placebo (lactose) in random order"* and from percentage calculations of unblinding at p. 649)<br>• Exposed to drug: P=24, G=24<br>• Completed assigned treatments: apparently P=24/24, G=24/24<br>• Withdrawn from treatments: apparently P=0/24; G=0/24; not adequately reported<br><br>**Drug doses/titration** (p. 648): Titration from G=300 mg/d increased as tolerated or to achievement of pain intensity rating =0 by 300 mg/d every 2-3 days to maximum of 3600 mg/d, with matching approach for placebo capsules.<br><br>**Statistical Analysis:** (p. 649) Unusually complicated description with multiple paired samples t-tests.  See original report. | Secondary (p. 647-8):<br>• "Meaningfulness of change in pain" on a 5-point scale from 1="pain decreased to a meaningful extent" … 3= "no change in pain" … 5="pain increased to a meaningful extent"<br>• "Overall benefit" on a 6-point scale from 1="benefits far outweighed negative side effects" …4="although both benefits and side effects, they were about equal"… 6="negative side effects far outweighed benefits"…<br>**(This is analogous to, but not comparable to PGIC used in other** | > 50% reduction in NRS pain score at endpoint vs. baseline:  not reported (not an outcome)<br><br>**Primary outcome NRS pain score:**<br>NS = not statistically significant<br><br>a) Average phantom limb pain, mean (SD):<br>Baseline: P=4.09 (2.44); G=4.38 (2.57)<br>Endpoint: P=3.60 (2.67); G=3.43 (2.45)<br>Difference: P=-0.49 (2.20); G=-0.94 (1.98), NS<br>(Authors state "effect size" of 0.31 without explaining how this is calculated.  Difference G-P appears to = -0.45 but is not significant.)<br><br>b) Average residual limb pain, mean (SD):<br>Baseline: P=3.21 (2.43); G=3.63 (2.75)<br>Endpoint: P=2.79 (2.28); G=2.26 (1.94)<br>Difference: P=-0.74 (1.94); G=-1.22 (2.56), NS<br>(Authors stated "effect size" of 0.36 without explaining further how this is calculated.  Difference cited in Table 3, p. 651 differs numerically from the simple difference of the Baseline-Endpoint for both placebo and gabapentin, but this is not explained in text.)<br><br>**For meta-analysis of mean pain score difference from baseline, we considered using the differences cited above for mean PLP and mean RLP.  We chose mean PLP as the most comparable outcome for meta-analysis with NRS pain scores from other studies because it represents a mean pain score during 1 week at baseline and endpoint and because baseline NRS PLP scores were > 4 for both placebo and gabapentin phases,** | analysis with other NRS pain score differences.  The numerical difference for G-P is almost identical to that for RLP, so the choice is immaterial to the results of meta-analysis.<br><br>3. The larger percentage of patients reporting the secondary outcome, "my pain decreased to a meaningful extent" favoured gabapentin at P<0.05 but there is no adjustment for multiple comparisons.  Along with numerical excess of side effect complaint in gabapentin group, this may be analogous to PGIC reports from other studies, but is not suitable for meta-analysis.<br><br>4. The authors conclude that "The findings suggest that, on average, gabapentin |

| | | | studies.) <br> • "Pain interference" with 7 daily acgtivities <br> • SF-MPQ <br> • Depressive symptoms on "CES-D" 20-item scale <br> • "Functional Independence Measure" 18-item measure of disability <br> • "Satisfaction with Life Scale" <br> • "Craig Handicap Assessment and Reporting Technique", 27-item measure of disability <br> • Temporal pattern of PLP (constant, variable intensity, some pain-free periods) | making this the closest comparator to other studies which require NRS mean pain $\geq 4$ at baseline. <br><br> **c) Worst phantom limb pain, mean (SD):** <br> Baseline: P=5.59 (2.98); G=5.91 (3.15) <br> Endpoint: P=4.82 (3.22); G=4.65 (3.05) <br> Difference: P=-0.58 (2.86); G=-1.15 (2.41), NS <br> (Authors stated "effect size" of 0.35 without explaining further how this is calculated.  Difference cited in Table 3, p. 651 differs numerically from the simple difference of the Baseline-Endpoint for both placebo and gabapentin, but this is not explained in text.) <br><br> **d) Worst residual limb pain, mean (SD):** <br> Baseline: P=4.71 (3.00); G=4.71 (3.26) <br> Endpoint: P=4.21 (3.23); G=3.35 (2.93) <br> Difference: P=-0.65 (3.05); G=-1.22 (3.32) <br> (Authors stated "effect size" of 0.32 without explaining further how this is calculated.  Difference cited in Table 3, p. 651 differs numerically from the simple difference of the Baseline-Endpoint for both placebo and gabapentin, but this is not explained in text.) <br><br><br> **Secondary outcomes:** <br> No significant differences were found for secondary endpoints except for the "meaningfulness of change in pain": P=5/24 (20.8%) vs. G=13/24 (54.2%) reported at end of treatment phase that "my pain decreased to a meaningful extent"; p<0.05 by chi-square but no correction for multiple comparisons.  The analogous statement "Treatment benefits outweighed side effects" is a composite of 2/6 possible answers and difference favouring gabapentin is non | does not provide strong pain relief for these chronic pain conditions." |

Case 1:04-cv-10981-PBS   Document 1457-15   Filed 10/06/08   Page 47 of 106

Study No. 24 – SMITH 2005 – GABAPENTIN FOR CHRONIC PHANTOM LIMB & RESIDUAL LIMB PAIN – DBR CROSSOVER TRIAL (published) – FINAL                    4
Dr. Thomas L. Perry, August 7, 2008

| | | | | | |
|---|---|---|---|---|---|
| | | | NB: none of these scores except for SF-MPQ are comparable with commonly used scales from other gabapentin DBRCT.<br><br>**Test of blinding:**<br>15/21 patients who answered question guessed gabapentin after gabapentin phase;. 12/20 patients who answered question after placebo phase guessed placebo. (p=0.44) Authors consider patients were not unblended. | significant.  A similar 2/6 statements composite "Treatment side effects outweighed benefits" favoured placebo but was non-significant.  See original report pp. 649-52.<br><br>**PGIC:** not reported | |

Study No. 25 – Nikolajsen 2006 – GABAPENTIN FOR POST-AMPUTATION PAIN (PUBLISHED) – SUMMARY prepared by Dr. TL Perry – FINAL – August 6, 2008   1

Study No. 25 – Nikolajsen 2006 – GABAPENTIN FOR POST-AMPUTATION PAIN (PUBLISHED) – SUMMARY prepared by Dr. TL Perry – FINAL August 6, 2008

| Study/ Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| **Study No. 24 Nikolajsen L, Finnerup NB et al. A Randomized Study of the Effects of Gabapentin on Postamputation Pain. Anesthesiology 2006 ; 105 : 1008-15.**<br><br>**Support:** Pfizer-Pharmacia, Denmark; gabapentin plus salary for research nurse. Apparently independent design; protocol approved by Regional Ethics Committee, Danish National Board of Health, Danish Data Protection Agency, and monitored by Unit of Good Clinical Practice, University of Aarhus.<br><br>**Dates:** enrolment period May 13, 2002 – May 24, 2005<br><br>**Design:** 30 day single hospital Danish | **Post-amputation pain after lower limb amputation for peripheral vascular disease**<br><br>Inclusion:<br>● > 18 undergoing amputation for PVD<br>Exclusion:<br>● ipsilateral re-amputation or foot/toes only<br>● dementia, psychiatric disease, inability to answer detailed pain questionnaire<br>● severe cardiac, pulmonary, or liver disease<br>● creatinine clearance ≤ 30 mL/min<br>● alcohol or drug abuse<br>● known allergy to gabapentin<br>● treatment with anticonvulsant or TCA<br><br>**Allowable drugs**: initial epidural analgesia, oral | **Study design:** 30 day single hospital Danish inpatient/outpatient DBRCT parallel group study of gabapentin vs. placebo. Randomization after amputation. Titration as tolerated from 300 mg/d on first post-operative day to 1200 or 2400 mg/d depending on kidney function; treatment to day 30.<br><br>**Dose titration:**<br>Titration as tolerated from 300 mg on day 1; 900 mg/d on days 2-4; 1200 mg/d on days 5-6; 1500 mg/d on days 7-8; 1800 mg/d on days 9-10; 2100 mg/d on days 11-12; 2400 mg/d on days 13-30. Patients with creatinine clearance ≥ 30 mL/min but ≤ 60 mL/min received maximum 1200 mg/d. Patients who could not tolerate 1200/2400 mg/d could stay on lower tolerated dose, but patients who did not tolerate at least 900 mg/d were withdrawn from study.<br><br>**Patient flow:** (p. 1011)<br>● Screened: 55<br>● Excluded: 9 did not consent<br>● Randomized: 46; P=23/46; G=23/46 | **Predefined outcomes:**<br><br>**NB:** Not ITT; partial ITT-LOCF but only for 41/46 patients who completed 1 week of treatment and tolerated ≥ 900 mg gabapentin were included in data analysis – however no patients withdrawn due dose constraint (p. 1010-11). P=3/23 and G=2/23 patients are excluded from ITT-LOCF analysis due to week 1 drop out.<br><br>**Primary (NRS, 11—point pain scale from 0-10):**<br><br>a) Incidence (rates) of phantom pain at end of 30 day treatment period (calculated as a mean of | **Doses attained:** median dose of placebo = 8 capsules (N=20), median dose of gabapentin = 7 capsules/2100 mg/d, range 900-2400 mg/d (N=21)<br><br>**Mortality:** not reported<br><br>**Serious Adverse Events:** not reported<br><br>**Withdrawal Due to Adverse Events:** P=2/23, G=2/23<br><br>**Total Withdrawals:** P=5/23, G=7/23<br><br>**Total patients with AE's:** P=8/23, G=9/23<br><br>**Total AE's (patients may have > 1):** Not reported<br><br>**Specific AE:** Reporting is different from other studies. See original paper for details.<br><br>**TLP:** WDAE, total withdrawals, and patients experiencing AE are suitable for meta-analysis.<br><br>**Functional improvement:** not reported | 1. This is an entirely negative study.<br><br>2. Reporting of median pain scores does not allow meta-analysis with mean pain scores reported by most studies.<br><br>3. Adverse events reporting is not compatible with meta-analysis.<br><br>4. Follow-up assessment of patients is hard to follow, as N's vary for different assessments and times.<br><br>5. Gabapentin not only had no demonstrable analgesic effect, but also did not prevent phantom or stump pain in this DBRCT. |

| | | | | | |
|---|---|---|---|---|---|
| inpatient/outpatient DBRCT parallel group study of gabapentin vs. placebo.  Randomization after amputation.  Titration as tolerated from 300 mg/d to 2400 mg/d.<br><br>**Randomization:** computer-generated randomization list in block sizes of 8 and 10<br><br>**Concealment:** identical-appearing capsules prepared by the hospital pharmacy in identical containers marked with consecutive patient numbers<br><br>**Test of blinding:** not reported | opioids, acetaminophen (paracetamol) – NSAIDs not used routinely<br><br>**Baseline characteristics**<br><br>**Age - mean (SD):**<br>P:  69.8 (8.5)<br>G: 70.8 (11.9)<br><br>**Preoperative pain intensity on 11-point NRS score – median (range):**<br>P: 8 (1-10)<br>G: 8 (2-10)<br><br>**Daily preoperative opioid consumption as mg/d of "morphine equivalents" – median (range):**<br>P:  50 mg/d (0-270)<br>G: 55 mg/d (0-280)<br><br>**Patients with diabetes:**<br>P=7/20<br>G=2/21; (P=0.07) | • Withdrawals: P=5/23; G=7/23<br>• Completed: P=18/23; G=16/23<br><br>**Analysis:** (p. 1010)<br>Pre-specified goal to reduce incidence (risk) of post-amputation phantom pain from expected 70% to 30% (40% absolute risk reduction) and to reduce intensity of stump and phantom pain by 2 points on 11-point NRS scale.  Phantom pain considered present if > 0 on NRS scale. Power calculation estimated sample sizes of 18 patients/group to detect at beta=0.2, alpha = 0.05.<br><br>**Randomization:** *computer-generated randomization list in block sizes of 8 and 10" (p. 1009)*<br><br>**Concealment:** *"identical-appearing capsules … in identical containers marked with the name of the project and consecutive patient numbers." (p. 1009)*<br><br>**Blinding:** Patient and examiner asked whether patient was taking placebo or gabapentin at 30 days (last day on drug). | the last 7 daily pain scores) and at 6 months (prevention);<br><br>b) Intensity of stump and phantom pain, recorded every evening and summarized as the mean for previous 7 days at 7, 14, 21, and 30 days post-amputation.<br><br>5 major post-operative interviews performed at 7, 14, 30 days (treatment phase) and 3 and 6 months (follow-up phase relevant to prevention of pain)<br><br>**Secondary:**<br><br>• Frequency, duration and intensity of phantom pain attacks<br>• Descriptions of pain<br>• Consumption of opioids at day 30 and at 6 months | **≥50% reduction in pain score:**<br>not reported (not an outcome)<br><br>**Primary outcome (NRS 11-point pain scale, endpoint vs. baseline):** not reported as group means as in similar studies, **therefore not suitable for meta-analysis.**<br><br>Pre-specified primary outcomes for this study:<br><br>a) incidence of phantom pain (by group) among 41 completers:<br>P=52.6%; G=55.0% at 30 days; p=0.88 (total N=39)<br>P=50.0%; G=58.8% at 6 months; p=0.59 (total N=37)<br><br>b) intensity of phantom and stump pain (by group median) among 41 completers at 30 days:<br>Phantom pain:<br>P=1.2 (range 0-6.6); G=1.5 (range 0-9.0); p=0.60 (total N=33)<br>Stump pain:<br>P=1.0 (range 0-5.4); G=0.85 (range 0-8.2); p=0.68 (total N=33)<br><br>The authors note no difference between gabapentin and placebo.<br><br>**Secondary outcomes:**<br>See publication for details.<br>The authors note no difference between gabapentin and placebo for any secondary pain outcome, nor for post-operative opioid consumption.<br>G: Baseline=4.72 (2.83) doses/day; Endpoint=4.27 (3.15) | |

| | | | | doses/day; difference=0.45 doses/day (2.89); "p=0.05" | |
|---|---|---|---|---|---|
| | | | | **PGIC:** not reported (not an outcome) | |
| | | | | **Test of blinding:**<br>After 30 days of treatment, 10/39 patients correctly identified treatment. | |
| | | | | **TLP: because pain scores are reported as medians only, they are not suitable for meta-analysis.** | |

3

# UNPUBLISHED
### STUDY DETAIL SUMMARY AND ANALYSIS: DESJARDINS
### PROTOCOL NUMBER 1032-001, RESEARCH REPORT 720-04378
### POST-OPERATIVE DENTAL PAIN

**Summary of Dr. T. L. Perry:**

**Study conducted from 05/14/99 – 08/02/99; report dated 02/17/00**

The study authors state that "Better analgesia was demonstrated for 2 of the GBP/NPN combinations, GBP250/NPN250 and GBP125/NPN250, compared with their NPN component, GBP250, and with placebo." However, in terms of the primary pain efficacy variable, SPID6, these combination treatments were only slightly numerically superior, not statistically significant. For example, the p-value for the comparison of GBP250/NPN250 with NPN 250 was 0.0946 and the p-value for the comparison between GBP125/NPN250 and NPN250 was 0.0646, neither significant (let alone amongst <u>multiple</u> dependant comparisons). Furthermore, they are clinically meaningless as NPN550 produced a better SPID6 score. This does not, as the authors would have it, suggest the ability of Gabapentin to potentiate the analgesic effect of Naproxen.

**Conclusion:**

**Single-dose Gabapentin does not add to the analgesic efficacy of Naproxen for post-operative dental pain.**

NB: GBP = Gabapentin, NPN = Naproxen.

**Gabapentin project study summary, Protocol 1032-001 - Postoperative Dental Pain – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry - July 30, 2008**

2

| Study / Design / Dates | Inclusion Criteria / Baseline Characteristics | Intervention(s), Experimental Design, N of Subjects Randomized (ITT) / N Who Completed Study | Predefined Outcomes / Issues in Statistical Analysis | Outcomes Hierarchy (Cochrane, investigators: primary / secondary) | Comments / Conclusions of Authors (see Discussion / Conclusion, pp. 58-59 of 437)  NB: Recorded for interest only and are not necessarily the opinion of Dr. T.L. Perry |
|---|---|---|---|---|---|
| **Protocol Number:** 1032-001  **Protocol Date:** March 30th, 1999 (report dated February 17th, 2000).  **Research Report No:** RR720-04378  **Study Design:** Single dose, double-blind, placebo-controlled, comparative efficacy study of Gabapentin in Combination with Naproxen Sodium in patients with post-operative dental pain.  **Study Duration:** single dose.  **Investigator:** Daniels S, Desjardins P  **Medication Dosage (dependant):** 1. Placebo | Postoperative Dental Pain  **Inclusion Criteria:** • If female, negative pregnancy test (at Screening and, if different, predose on Study Day 1) and use of a reliable form of contraception; • Age between 18 and 65 years (inclusive); • Negative alcohol breath test on day of surgery prior to surgery; • Understanding the nature of the study; • Written informed consent; • Reliable, cooperative, and in the opinion of the investigator, able to understand the | <u>Patient Flow:</u>  **Number of Patients Screened:** 563  **Number of Patients Randomized:** 483  **Number randomized to each treatment group:** 1. Placebo: n=52 2. Gabapentin 250 mg: n = 50 3. Gabapentin 125 mg and Naproxen Sodium 125 mg: n = 50 4. Gabapentin 250 mg and Naproxen Sodium 125 mg: n = 52 5. Gabapentin 125 mg and Naproxen Sodium 250 mg: n=50 6. Gabapentin 250 mg and Naproxen Sodium 250 mg: n = 50 7. Naproxen Sodium 125 mg: n=50 8. Naproxen Sodium 250 mg: n=50 9. Naproxen Sodium 550 mg: n=79 | <u>Predefined Outcomes:</u>  **Primary Efficacy Variable (more than 1):** According to the protocol (p.68 of 437) the primary efficacy variables are as follows: • Time to onset of analgesia • Duration of analgesia • Pain Intensity Difference (PID) ○ PI measured on 4-point scale (0=none, 1 = mild, 2= moderate, 3 = severe) ○ At baseline only, PI measured on a 10 cm VAS ○ PID = difference between baseline pain intensity and the pain intensity at some other time point (negative indicates that PI higher at time point than at baseline) • Pain Relief (PR) ○ 5-point categorical scale: None = 0, a little = 1, moderate = 2, a lot = 3, complete = 4 • Pain Relief Intensity Difference (PRID) time-effect curves. ○ PRID = PID + PR at a given time point. | <u>1. Mortality</u>  • No patient deaths occurred during this study (p. 56 of 437)  <u>2. Serious Adverse Events</u>  • No serious adverse events were reported during this study (p.57 of 437)  <u>3. Withdrawals Due to Adverse Events</u>  • No patients withdrew from this study due to an adverse event (p. 57 of 437)  <u>4. Total Withdrawals (p. 217 of Pain report.)</u>  • 2 patients did not complete this study because they left prior to the end of the 12-hour evaluation period. • 1 of these patients was in the Gabapentin 250mg group, the other was in the Naproxen Sodium 125 mg group.  <u>5. Total Adverse Events:</u>  Placebo: 23/52 (44.2%) GBP250: 25/50 (50.0%) GBP125/NPN125: 24/50 (48%) GBP250/NPN125: 23/52 (44%) GBP125/NPN250: 24/50 (48%) GBP250/NPN250: 17/50 (34%) | 1. In the current study, better analgesia was demonstrated for 2 of the GBP/NPN combinations, GBP125/NPN250 and GBP125/NPN250, compared with their NPN component, GBP250, and with placebo.  2. The active comparator, NPN550, provided significantly better pain relief compared with placebo on the summed pain intensity difference over 6 hours (SPID6, p <0.001) and on the individual PI and PR evaluations at all time points (p <0.001).  3. The distribution of mean SPID6 scores across the 9 treatment arms appears to be consistent with and within the random variability inherent in the model. In addition, a dose response was demonstrated between |

**Gabapentin project study summary, Protocol 1032-001 - Postoperative Dental Pain – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry - July 30, 2008**                                                                                    3

| | | |
|---|---|---|

2.  Gabapentin 250 mg (GBP250)
3.  Gabapentin 125 mg and Naproxen Sodium 125 mg (GBP125/NPN125)
4.  Gabapentin 250 mg and Naproxen Sodium 125 mg (GBP250/NPN125)
5.  Gabapentin 125 mg and Naproxen Sodium 250 mg (GBP125/NPN250)
6.  Gabapentin 250 mg and Naproxen Sodium 250 mg (GBP250/NPN250)
7.  Naproxen Sodium 125 mg (NPN125)
8.  Naproxen Sodium 250 mg (NPN250)
9.  Naproxen Sodium 550 mg (NPN550)

**Patients Randomized:** 483

**Study Center(s):** Clinical Research Center of Scirex Corporation, Austin Texas.

**Study Dates:** 05/14/99 – 08/02/99

**Study Approval:**  The

pain information required:
- Self-rated postoperative pain intensity on a 4-point categorical scale of moderate or severe; and
- Self-rated postoperative pain intensity on a 100-mm VAS of $^{3}$45 mm.

**Exclusion Criteria**
- History or clinical evidence of renal disease;
- Surgery complication;
- Patient was a woman who was breastfeeding;
- History of serious adverse reaction to any analgesic agent or any medication to be used in the operative procedure or postoperative period;
- History of any bleeding disorder;
- Patient gabapentin

**Study Design:**



Figure 1: Gabapentin and Naproxen Sodium Dose combinations used in study (p. 15 of 437).



Table on pp. 6-11 of 437 of unpublished report.

**Secondary Efficacy Variables (according to protocol):**
- Patient global impression of the medication
  - 1=poor, 2 = fair, 3 = good, 4 = very good, 5 = excellent

According to the report (p. 7 of 437,p. 20 of 437) as well as the analysis plan, p.333 of 437 (no date on analysis plan)

The **primary efficacy measure** was the summed pain intensity difference over the first 6 hours post dose (SPID6).

**Secondary measures**
- Pain intensity difference (PID) from baseline
- Pain relief (PR),
- Summed pain relief and pain-intensity difference (PRID)
- Time-to-analgesia by 2 stopwatch procedure (T_ANALG),
- Time-to rescue medication (T_REMED), and
- Overall assessment of study medication (responder analysis).

NPN125: 20/50 (40%)
NPN250: 20/50 (40%)
NPN550: 30/79 (38%)

Note that not all of these values were reported and had to be inferred from Figure 12 (p. 51 of 437) and Table 17 (p.52 of 437).  The report specifies total AE's in the groups placebo, GBP 250, all GBP/NPN combinations, NPN components, NPN 550.

6. Validated measures of improvement in global function including return to work, study, activities of daily living

- None reported in this study

7. > 50% reduction in pain score (NRS, VRS) from baseline to endpoint

- Not a predefined endpoint for this study.

8. Mean between-group difference in change of pain score (NRS, VRS) from baseline to pre-defined endpoint by ITT-LOCF –where this was the pre-defined primary endpoint in trial
- VAS/NRS NOT defined as primary outcome,
- Primary efficacy variable was SPID6

SPID-6 Results (appendix C.08, pp.208-211 of 437)

Placebo: n=52
Mean: 0.04
SD: 4.52
Gabapentin 250 mg: n = 50
Mean: 1.63
SD:6.05

250 and 550 mg NPN.

4.  Of the baseline factors used to test the generalizability of the ANCOVA model, those that significantly influenced the SPID6 outcome were baseline pain intensity, race, age, and gender.

5.  Results of this initial study strongly suggest that gabapentin may potentiate the analgesic efficacy of naproxen sodium. This potentiation is most apparent from 2 hours after dosing and persists through the 12-hour evaluation period. A BID dosing regime seems feasible in view of the persistence of the effect.

6.  The results of this study also indicate that the interaction between gabapentin and nonsteroidal anti-inflammatory agents warrants further investigation. Potentiation was indicated at both the 125 and 250 mg doses of GBP, but no dose response was demonstrated. However, the use of NPN doses lower than 250 mg (ie, 125 mg) is not supported

| | | | | | |
|---|---|---|---|---|---|
| duly constituted institutional review board of the Clinical Research Center.<br><br>PUBLISHED:  N/a<br><br>Final study report (unpublished):<br>Parke-Davis Research Report Number RR 720-04378 dated February 17th, 2000.<br>Authors include Giordani AB, Buroker Kilgore M, Mundel T, Yan C. | use within the past 6 months:<br>• Patient participated in Study 1032-001 earlier; or<br>• Patient was taking or took an investigational agent or participated in another research protocol within the previous 60 days (amended from 120 to 60 days).<br><br>This is protocol Number 1032-001, why would a patient be excluded if they had participated in this study? | | | Gabapentin 125 mg and Naproxen Sodium 125 mg: n = 50<br>Mean: 3.76<br>SD: 5.27<br>Gabapentin 250 mg and Naproxen Sodium 125 mg: n = 52<br>Mean: 4.25<br>SD: 5.19<br>Gabapentin 125 mg and Naproxen Sodium 250 mg: n=50<br>Mean: 6.85<br>SD: 4.65<br>Gabapentin 250 mg and Naproxen Sodium 250 mg: n = 50<br>Mean:  6.60<br>SD: 5.25<br>Naproxen Sodium 125 mg: n=50<br>Mean: 4.82<br>SD: 4.88<br>Naproxen Sodium 250 mg: n=50<br>Mean: 5.10<br>SD: 4.76<br>Naproxen Sodium 550 mg: n=79<br>Mean: 7.42<br>SD: 5.48<br><br>*Note that the above means differ slightly from the least squares means found by ANCOVA which are reported in Appendix D.2 and figure 4.<br><br><br>Figure 4: SPID6 Results by Treatment Group (Least Squares Means)<br>Figure 4 – p. 37 of 437 | by this data.<br><br>7.  In general, the single doses of study medications were well-tolerated.<br><br>8.  Overall, CNS and digestive system adverse events were not statistically different from the placebo group for any treatment group. The absolute rates observed were also numerically no worse in the combination groups compared with the component groups in the combination.<br><br>9.  In patients with pain resulting from dental surgery, this study demonstrated statistically significantly better analgesic effects (SPID6) of the GBP250/NPN250 and GBP125/NPN250 combinations compared with placebo and GBP250, and numerically superior effects compared with NPN250. In addition, efficacy was detected on PI, PIR, and PRID scales at times ranging between 3 and 6 hours postdose. The orally administered, single-dose combination therapy was |

**Gabapentin project study summary, Protocol 1032-001 - Postoperative Dental Pain – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry - July 30, 2008**

5

| | | | | SPID6 least squares means and pairwise comparisons for the treatment groups can be found in Appendix D.2 (pp.338-339 of 437). Note that in the Tables below (pulled from Appendix D.2) A = Naproxen 125 mg, B = Gabapentin 125 mg, and C = Naproxen 550 mg.<br><br>Lsmeans of SPID6<br><br>| Treatment Group | Lsmean | 95% CI Lower | 95% CI Upper |<br>| Placebo | 0.07438585 | -1.2129 | 1.3617 |<br>| 2B | 1.58035556 | 0.2676 | 2.8931 |<br>| A+B | 3.79275510 | 2.4800 | 5.1055 |<br>| 2A+B | 6.80045457 | 5.4877 | 8.1132 |<br>| A+2B | 4.20669398 | 2.9194 | 5.4940 |<br>| 2A+2B | 6.63275510 | 5.3200 | 7.9455 |<br>| A | 4.85278510 | 3.5400 | 6.1655 |<br>| 2A | 5.05035556 | 3.7376 | 6.3631 |<br>| C | 7.46097786 | 6.4166 | 8.5054 |<br><br>*Note that the LS means listed below have been rounded to 4 decimal places.<br>**Placebo:**<br>LSMean: 0.0744<br>95% CI: (-1.2129, 1.3617)<br>**GBP250:**<br>LSMean: 1.5804<br>95% CI: (0.2676, 2.8931)<br>**GBP125/NPN125:**<br>LSMean: 3.7928<br>95% CI: (2.4800, 5.1055)<br>**GBP125/NPN250:**<br>LSMean: 6.8005<br>95% CI: (5.4877, 8.1132)<br>**GBP250/NPN125:**<br>LSMean: 4.2067<br>95%CI: (2.9194, 5.4940)<br>**GBP250/NPN250:**<br>LSMean: 6.6328<br>95% CI: (5.3200, 7.9455)<br>**NPN125:**<br>LSMean: 4.8528<br>95% CI: (3.5400, 6.1655) | well-tolerated with no remarkable adverse effects. |

**Gabapentin project study summary, Protocol 1032-001 - Postoperative Dental Pain – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry - July 30, 2008**

6

NPN250:
LSMean: 5.0504
95% CI: (3.7376, 6.3631)
NPN550:
LSMean: 7.4610
95% CI: (6.4166, 8.5054)



Tables 11 and 12 from the report also contain certain pairwise comparisons.

Table 11.   P-Values and Min-Test[a] Results for SPID6
Endpoint: All GBP/NPN Combinations

| Comparators | Combinations | | | |
|---|---|---|---|---|
| | GBP125/ NPN125 | GBP250/ NPN125 | GBP125/ NPN250 | GBP250/ NPN250 |
| PBO | 0.0001[b] | 0.0001[b] | 0.0001[b] | 0.0001[b] |
| GBP250 | 0.0196[b] | 0.0652[b] | 0.0001[b] | 0.0001[b] |
| NPN125 | 0.2625 | | 0.4902 | |
| NPN250 | | | 0.0646 | 0.9946 |
| Min-Test Result | negative | negative | negative | negative |

[a]   The min-test procedure indicates a statistically significant difference if the p-values of all J simple comparisons are <0.05.
[b]   Statistically significant difference

Table 11 (pp. 38 of 437)

Table 12. SPID6 Endpoint: P-Values for Simple Comparisons

| Comparators | Combinations | | | | | | |
|---|---|---|---|---|---|---|---|
| | GBP125/ NPN125 | GBP250/ NPN125 | GBP125/ NPN250 | GBP250/ NPN250 | Placebo | NPN125 | NPN250 |
| NPN125 | | | | | 0.0001[*a] | | |
| NPN250 | | | | | 0.0001[*a] | | |
| NPN550 | 0.0001[*] | 0.0001[*] | 0.4395 | 0.3325 | 0.0001[*] | 0.0024[*a] | 0.0049[*a] |

[*] Statistically significant difference
[a] Ad-hoc analysis

Table 12 – p.39 of 437

Gabapentin project study summary, Protocol 1032-001 - Postoperative Dental Pain – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry - July 30, 2008

7

|  |  |  |  | • All 3 NPN treatment groups were significantly different from placebo<br>　○ (p = 0.0001 for all 3 NPN groups compared to placebo)<br>• dose response was demonstrated for NPN:<br>　○ NPN125 and NPN250 were both significantly different from NPN550<br>　○ NPN125 to NPN550 p = 0.0024<br>　○ NPN250 to NPN550 p = 0.0049)<br><br>GBP250/NPN250:<br>• Significantly different from placebo (p = 0.0001)<br>• Significantly different from GBP250 (p = 0.0001)<br>• **Not significantly different from NPN250** (p = 0.0946) but numerically superior<br><br>GBP125/NPN250:<br>• Significantly different from placebo (p = 0.0001)<br>• Significantly different from GBP250 (p = 0.0001)<br>• **Not significantly different from NPN250** (p = 0.0646) but numerically superior<br><br>GBP125/NPN125:<br>• Significantly different from placebo (p = 0.0001)<br>• Significantly different from GBP250 (p = 0.0196)<br><br>GBP250/NPN125:<br>• Significantly different from placebo (p = 0.0001)<br>• Significantly different from GBP250 (p = 0.0052)<br>• See Figure 4 (p.37 of 437), Table 11 (p.38 of 437) and Table 12 (p.39 of 437),  for details<br><br>**<u>9. % of patients achieving "much improved" or "moderately improved"</u>**<br><br>• Was not an outcome, global impression of change was assessed on a scale in which patients rated their medication |  |
|---|---|---|---|---|---|

**Gabapentin project study summary, Protocol 1032-001 - Postoperative Dental Pain – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry - July 30, 2008**

8

|  |  |  |  | from 1=poor to 5 = excellent <ul><li>Not a predefined outcome of this study how we have defined it but there **was** a responder analysis</li><li>Responders were defined as patients who, at 12 hours postdose or at the time of rescue medication, evaluated their study medication as "good," "very good," or "excellent" overall. The analysis used all available data for the ITT population.</li><li>The proportion of responders (patients who rated their study medication overall as "good," "very good," or "excellent") in all 4 combination treatment groups was statistically significantly different from that of placebo and GBP250.</li><li>The proportion of responders in the GBP125/NPN250 and GBP250/NPN250 groups was not significantly different from that of NPN250 or NPN550.</li><li>No min-test comparisons of the responder analyses were significant for any GBP/NPN combination.</li></ul> |  |

Table16. P-Values for the CMH Analysis of Responders

| | Combinations | | | |
|---|---|---|---|---|
| Comparator | GBP125 NPN125 | GBP250 NPN125 | GBP125 NPN250 | GBP250 NPN250 |
| PBO | 0.001* | 0.001* | 0.001* | 0.001* |
| GBP250 | 0.022* | 0.007* | 0.001* | 0.001* |
| NPN125 | 0.550 | 0.841 | | |
| NPN250 | | | 0.401 | 0.401 |
| NPN550 | 0.001* | 0.001* | 0.348 | 0.348 |

*Statistically significant difference

Table 16 – p-values for responder analysis (p. 49 of 437)

**10. Histogram presentation of all PGIC 7-point results**

- N/A

**Gabapentin project study summary, Protocol 1032-002 – Acute Osteoarthritis Pain of the Knee – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc.    1
reviewed by Dr. Thomas L. Perry, July 30, 2008**

# UNPUBLISHED
### STUDY DETAIL SUMMARY AND ANALYSIS: SUNSHINE & KATZ
### PROTOCOL NUMBER 1032-002, RESEARCH REPORT 720-04479
### ACUTE OSTEOARTHRITIS PAIN OF THE KNEE

**Summary of Dr. T. L. Perry:**

**Study conducted from 12/20/99 – 6/19/00; unpublished report dated 10/31/00.**

The authors state that "No conclusions regarding the performance of GBP125/NPN250 as an acute analgesic were possible due to the failure, in this multicenter implementation, of the OA flare pain model to separate active treatments from placebo." This can be seen by examining the 95% confidence intervals for the least squares means of the treatment groups for the primary efficacy variable, SPDI6, and noticing that they all overlap with the 95% confidence interval for placebo. There are also no significant p-values in the 2-way comparisons for the SPID6 least squares means.  The authors assert that for patients with osteoarthritis of the knee, GBP125/NPN250 provided pain relief and performed on other outcome measures significantly better than placebo.  However, GBP125/NPN250 was not statistically different from NPN550 on most Study Phase 2 measures.

**Conclusion:**

**Single-dose Gabapentin at 125 mg was not efficacious for 6-hour acute pain relief in osteoarthritis.  Twice daily Gabapentin at 250 mg/d was not efficacious for relief of osteoarthritis pain over 27 days, but numerically increased adverse events (37% of gabapentin patients vs. 25% for placebo and 29% for naproxen) and was associated with numerically increased incidence of edema, dizziness, somnolence, and asthenia (the typical adverse events known to be caused by gabapentin).  This suggests that even low-dose Gabapentin causes neurological adverse events and edema.**

NB: GBP = Gabapentin, NPN = Naproxen.

**Gabapentin project study summary, Protocol 1032-002 – Acute Osteoarthritis Pain of the Knee – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc. reviewed by Dr. Thomas L. Perry, July 30, 2008**    2

| Study / Design / Dates | Inclusion Criteria / Baseline Characteristics | Intervention(s), Experimental Design, N of Subjects Randomized (ITT) / N Who Completed Study | Predefined Outcomes / Issues in Statistical Analysis | Outcomes Hierarchy (Cochrane, investigators: primary / secondary) | Comments / Conclusions of Authors (See Discussion and Conclusion pp. 69-70 of 580)<br><br>NB: Recorded for interest only and are not necessarily the opinion of Dr. T.L. Perry |
|---|---|---|---|---|---|
| Protocol Number: 1032-002<br><br>Protocol Date: August 5th, 1999 (Research Report dated October 31st, 2000)<br><br>Research Report No: RR720-04479<br><br>Sub-Studies:<br>• Protocol 1032-003 (RR720-30044)<br>  o A long-term, open-label, multicenter, safety study of Gabapentin in Combination with Naproxen Sodium (CI-1032) in Patients with osteoarthritis of the knee.<br>• Protocol 1032-004 | Acute Osteoarthritis (OA) of the knee<br><br>Inclusion Criteria:<br>• OA of the knee, specifically:<br>  o Knee pain rated on a 5-point categorical scale as mild, moderate, or severe in intensity when walking on a flat surface. (Patients who rated their pain as extreme or none were excluded.):<br>  o Knee pain present for at least 15 of the preceding 30 days;<br>  o Grade 2, 3, or 4 OA by x-ray criteria as defined by the Kellgren and Lawrence Grading System of OA, 9 | Patient Flow:<br>Number of Patients Screened: 441<br>Number of Patients Randomized: 262<br>Number randomized to each treatment group:<br><br>Placebo: n = 53<br>GBP125/NPN250 for entire study: n = 52<br>GBP 125 for dose 1, GBP125/NPN250 for phase 2: n = 51<br>NPN250 for dose 1 and GBP125/NPN250 for phase 2: n = 54<br>NPN550 for entire study: n = 52<br><br>Table occurring on pp.7-13 of Research Report.<br><br>Study Populations/ Statistical Analysis | Predefined Outcomes:<br><br>According to the initial study protocol, dated August 5th, 1999 (p.82 of 580):<br><br>The primary efficacy variable:<br>• Summed pain intensity difference over the 6 hours of clinic evaluation on Day 1 (SPID-6) post dose.<br><br>Secondary Efficacy Variables for Stage I (Day 1):<br>• Pain intensity (PI)<br>• Pain intensity difference (PID)<br>• Pain relief (PR) time-effect curves over 6 hours<br>• Total Pain Relief over the 6 hours of clinic evaluation (TOTPAR6)<br>• PID and PR at 12 hours post dose<br>• Percent of patients rescuing with acetaminophen<br>• Time to Rescue | 1. Mortality<br><br>• No patients died during this study<br><br>2. Serious Adverse Events<br><br>• Two male patients in the GBP125/NPN250 group, aged 74 and 73 years, experienced serious adverse events during the study (Table 18, p.67 of 580).<br>  o Patient 007003 was hospitalized and found to have a duodenal ulcer with gastric erosion (duodenal ulcer) considered associated with treatment.<br>  o Patient 008009 was diagnosed with a stenosis of the carotid artery (peripheral vascular disorder) considered unrelated to treatment and underwent a carotid endarterectomy during the study.<br><br>3. Withdrawals Due to Adverse Events<br><br>• A total of 7 patients WDAE<br><br>Table 19 (p. 68 of 580) a summary of treatment emergent adverse | 1. The data from the second (4 week) phase of this study demonstrate that gabapentin in combination with naproxen sodium has potential for subacute or chronic treatment of OA.<br>2. The active comparator, NPN550, was reliably separated from placebo across most Study Phase 2 endpoints.<br>3. Statistical separation of GBP125/NPN250 from placebo was also observed during most of Study Phase 2, however significance levels in comparisons with placebo were generally higher for NPN550 than for GBP125/NPN250.<br>4. **GBP125/NPN250 was not statistically different from NPN550 on most Study Phase 2 measures.**<br>5. No separation of active treatments from placebo was demonstrated during |

2 of 2

**Gabapentin project study summary, Protocol 1032-002 – Acute Osteoarthritis Pain of the Knee – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc. reviewed by Dr. Thomas L. Perry, July 30, 2008**   3

---

(RR720-04481)
- A 1-week, randomized, double-blind, Placebo- and Positive-controlled, parallel-group study of the protective effects of Gabapentin on Naproxen Sodium-induced upper gastrointestinal mucosal injury in volunteers.

**Study Design:**
Randomized, Double-Blind, Placebo- and Positive- Controlled, Parallel-Group, Multicentre Study

**Study Country:** US

**Study Duration:** 4 weeks.

**Investigators:**
Moskowitz R, Sunshine A, Schnitzer T, et al.

**Medication Dosage (dependant):**

---

documented with a report from an x-ray of the study joint taken either at Screening or within 1 year prior to Screening.
- Men or women of any race or ethnic group (women had to be postmenopausal, surgically sterilized, or using a method of contraception acceptable to the investigator):
- At least 45 years of age;
- Able (sufficient visual and auditory acuity with glasses or hearing aid) to complete the required assessment questionnaires, tests, and evaluations;
- In good health (other than the signs and symptoms associated with diagnosed OA) and capable of ambulating continuously without assistance (a cane was the only allowable ambulation aid) for at least 5 minutes;
- Concurrent diseases

---

- The analysis set was the intent-to-treat (ITT) population, defined as all patients randomized to treatment who received at least one dose of study medication.
- All Study Phase 2 efficacy analyses and comparisons included only the patients who were originally randomized to GBP125/NPN250, placebo, or NPN550.
- Only safety data were used for these patients for Study Phase 2.
- Study Phase 2 data imputation used the last observation carried forward method for missing efficacy data.

**List of Investigators:**

Table 1: Table 1. List of Investigators

| Center (RR720-04481) | Investigators | Institution/City/State | Number of Patients |
| | | | Entered Study | Completed Study |
|---|---|---|---|---|
| 4001 | Roland Moskowitz, MD | University of Cleveland Cleveland, OH | 14 | 14 |
| 4002 | Abraham Sunshine, MD | Analgesic Development, Ltd. New York, NY | 14 | 14 |
| 4003 | Thomas Schnitzer, MD, PhD | Northwestern University Chicago, IL | 10 | 10 |
| 4004 | James Tobias, MD | Midwest Arthritis Center Kalamazoo, MI | 8 | 8 |
| 4005 | Alan Kivitz, MD | Altoona Center for Clinical Research Duncansville, PA | 12 | 07 |
| 4007 | David Gold, MD and Robin Strugala, MD | Health Research Corporations Decatur, GA | 8 | 5 |
| 4008 | Eldon Sorensohl, MD | Advance in Medicine Rancho Mirage, CA | 14 | 14 |
| 4009 | Jacques Caldwell, MD | Radiant Clinical Research Institute Daytona Beach, FL | 10 | 10 |
| 4010 | Stanely Cohen, MD and Roy Fleischmann, MD | Metroplex Clinical Research Center Dallas, TX | 28 | 28 |
| 4011 | John Ervin, MD | Center for Pharmaceutical Research Kansas City, MO | 11 | 10 |
| 4012 | Robert Levin, MD | Tampa Bay Medical Research Inc Clearwater, FL | 14 | 14 |
| 4013 | Walter Chase, MD, PA | Private Practice Austin, TX | 10 | 17 |
| 4014 | Charles Birbara, MD | Clinical Pharmacology Study Group Worcester, MA | 21 | 14 |

Table 1: p.17 of 580.

---

- Secondary Efficacy Variables for Stage 2 (Days 2-7):
  - Average acetaminophen usage
  - The change scores from baseline in the average daily pain scores and quality of sleep scores
  - The change scores from baseline in day 7 in the Patient and Clinical Global Assessments of OA (osteoarthritis)
  - Subscores on Western Ontario and McMaster University (WOMAC) subscales

- Secondary Efficacy Variables for Stage 3 (Days 2-28):
  - Same endpoints as in Stage 2
  - SF-36

The analysis plan is dated December 22, 1999 and contains some amendments made at the investigator's meeting (see pp.175-208 of 580)

**The primary efficacy variable (according to analysis plan):**
- Summed pain intensity difference over the first 6 hours (SPID6)

---

events that led to withdrawal.

Placebo: 2/53 patients (3.8%)
- Headache
- Rash

GBP125/NPN250: 3/157 (1.9%)
- Abdominal Pain, Metroorrhagia
- Dizziness
- Duodenal Ulcer

NPN550: 2/52 (3.8%)
- Headache
- Vomiting

**4. Total Withdrawals:**

**Study Phase I (Day 1):**
GBP125/NPN250:  1/52 (1.9%)
- Adverse event
NPN250: 1/54 (1.9%)
- Adverse event
NPN550: 1/52 (1.9%)
- other
(3 total withdrawals in phase I)

**Study Phase II (Days 2 – 28)**

Placebo: 11 / 53 (20.75%)
- Lack of efficacy: 6/53 (11.3%)
- Adverse Event: 2/53 (3.8%)
- Other: 3/53 (5.7%)

GBP125/NPN250: 13/157 (8.3%) (or 13 of the 155 who entered phase II, unsure which denominators to use, paper has used 157)
- Lack of efficacy: 5/157 (3.2%)

---

the single-dose evaluation, Study Phase 1. Thus the question of whether there is a therapeutic interaction between GBP and NPN that might permit the use of GBP125/NPN250 in the more acute flare setting was not answered.

6. The generalizability analysis showed a strong treatment by center interaction. An examination of the characteristics of the centers that demonstrated assay sensitivity indicated that they had prior experience in acute analgesic trial methodology, enrolled large numbers of patients, or participated in a methodology training program.

7. For patients with OA of the knee, GBP125/NPN250 provided pain relief and performed on other outcome measures significantly better than placebo and not substantially differently from NPN550 during the 4-week portion of this study.

8. No conclusions regarding the performance of GBP125/NPN250 as an acute analgesic were possible due to the failure, in

---

**Gabapentin project study summary, Protocol 1032-002 – Acute Osteoarthritis Pain of the Knee – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc.**      4
**reviewed by Dr. Thomas L. Perry, July 30, 2008**

| | | | | | |
|---|---|---|---|---|---|
| In phase 1 (day 1), patients were randomized to receive a single dose of one of the following<br>1. Placebo<br>2. Gabapentin 125 mg and Naproxen Sodium 250 mg (GBP125/NPN250)<br>3. Gabapentin 125mg (GBP125)<br>4. Naproxen Sodium 250 mg (NPN250)<br>5. Naproxen Sodium 550 mg (NPN550)<br><br>For the study phase (II) (days 2 – 28) patients were treated BID with study medication. Patients who received GBP125 or NPN250 in phase I were treated with GBP125/NPN250 in phase II.<br><br>**Number of Study Centers:** 13 centers in the US<br><br>**Investigator's Meeting:** October 29th, 30th, 1999<br><br>**Study Dates:** First patient randomized on | (e.g., coronary artery disease, diabetes, hypertension) under good control as determined by the investigator;<br>• OA symptoms clearly less severe in joints other than the knee joint of interest:<br><br>**Exclusion Criteria:**<br>• Women who were pregnant or lactating;<br>• Evidence of a clinically significant or unstable comorbid condition in addition to OA;<br>• Anticipated need for surgery during the washout or double-blind treatment phase;<br>• Current evidence, or history within 6 months prior to Screening, of myocardial infarction (MI), angioplasty, or coronary bypass;<br>• Blood pressure >180 mm Hg systolic or >100 mm Hg diastolic, upon 3 repeated measures;<br>• Clinically significant abnormal ECG (in the opinion of the investigator); | | The secondary efficacy variables (according to the analysis plan)<br>• PID at 0.5, 1,2,3,4,5,6,9 and 12 hrs<br>   o for scale see p.26 of 580<br>• PR at 0.5, 1,2,3,4,5,6,9 and 12 hrs<br>   o See p.27 of 580 for scale.<br>• PRID at 0.5, 1,2,3,4,5,6,9 and 12 hrs<br>• SPID6 and SPID12<br>• TOTPAR6 and TOTPAR12<br>• SPRID6 and SPRID12<br>• Time to rescue medication<br>• Daily Quality Sleep score<br>• Daily pain scores<br>   o P. 28 of 580<br>• Patient and Clinician Global Assessment of Osteoarthritis at baseline, Week 1 and Week 4<br>   o P.28 of 580 (patient)<br>   o P.30 of 580 (clinical)<br>• Patient Global Assessment of Study Medication at Week1, Week 2 and Week 4<br>   o P. 28 of 580<br>• WOMAC Osteoarthritis index at Baseline, Week 1 and Week 4<br>   o P. 29 of 580<br>• SF 36 Quality of Life at | • Adverse Event: 3/157 (1.9%)<br>• Other: 5/157 (3.2%)<br><br>NPN550: 5/52 (9.6%)(same problem with denominators since 51 entered phase 2 in this group)<br>• Lack of efficacy: 2/52 (3.8%)<br>• Adverse Event: 2/52 (3.8%)<br>• Other: 1/52 (1.9%)<br><br>For more details, see Table 8, p. 45 of 580<br><br><u>5. Total Adverse Events:</u><br><br>Placebo: 14/53 (26.4%)<br>• Mild: 8/53 (15.1%)<br>• Moderate: 5/53 (9.4%)<br>• Severe: 1/53 (1.9%)<br>GBP125/NPN250: 65/157 (41.4%)<br>• Mild: 29/157 (18.5%)<br>• Moderate: 30/157 (19.1%)<br>• Severe: 6/157 (3.8%)<br>NPN550: 16/52 (30.8%)<br>• Mild: 9/52 (17.3%)<br>• Moderate: 7/52 (13.5%)<br>• Severe: 0/52 (0.0%)<br><br>**Total During Study Phase I**<br>15 patients experienced adverse events in phase 1, headache and dizziness were the only adverse events reported by more than 1 patient.<br><br>Placebo: 2/53 (3.8%)<br>GBP125/NPN250: 7/52 (13.5%)<br>GBP125: 3/51 (5.9%)<br>NPN250: 1/54 (1.9%)<br>NPN550: 2/52 (3.8%) | this multicenter implementation, of the OA flare pain model to separate active treatments from placebo.<br>9. GBP125/NPN250 was well-tolerated over a 4-week course of treatment. |

**Gabapentin project study summary, Protocol 1032-002 – Acute Osteoarthritis Pain of the Knee – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc.   5
reviewed by Dr. Thomas L. Perry, July 30, 2008**

| | | | | | |
|---|---|---|---|---|---|
| December 20th, 1999 last patient ended double-blind treatment on June 19th, 2000. The randomization code was broken on June 19th, 2000.<br><br>**Study Approval:**<br><br>PUBLISHED: N/a<br><br>Final study report (unpublished): Parke-Davis Research Report Number RR 720-04479 dated October 31st, 2000. Authors include Buroker Kilgore M, Diaz F, Giordani AB, Mundel T, Sesti AM, Ventura AY | • Serum creatinine greater than 1.5 times the upper limit of normal (ULN);<br>• Liver function tests greater than 2 times the ULN; or<br>• Any laboratory value outside normal limits and considered clinically significant by the investigator. | | Baseline and Week 4<br>○ P. 30 of 580<br><br>The research report makes no reference to stages, only Phase 1 (Day 1) and Phase 2 (Days 2-28). I cannot find anything in the amendments that reconciles this. According to the research report:<br><br>**The primary efficacy variable (according to research report):**<br>• The summed pain intensity difference over the first 6 hours (SPID6) postdose<br><br>**Secondary Study Phase 1 measures of Efficacy (according to research report):**<br>• Included pain intensity difference (PID);<br>• pain relief (PR);<br>• pain relief intensity difference (PRID);<br>• summed pain intensity difference over 12 hours (SPID12);<br>• total pain relief over the first 6 and 12 hours (TOTPAR6 and TOTPAR12);<br>• summed pain relief intensity difference over first 6 and 12 hours (SPRID6 and SPRID12);<br>• percentage of patients | See table 16 on p. 65 of 580 for details.<br><br>[table image]<br><br>**Total During Study Phase II:**<br><br>Placebo: 13/53 (24.5%)<br>GBP125/NPN250: 58/157 (36.9%)<br>NPN550: 15/52 (28.8%)<br><br>See table 17 on p. 66 of 580 for details including most common side effects in phase 2.<br><br>[table image]<br><br>**6. Validated measures of improvement in global function including return to work, study, activities of daily living**<br><br>• None reported in this study.<br><br>**7. > 50% reduction in pain score (NRS, VRS) from baseline to endpoint**<br><br>• Not a predefined outcome. | |

Gabapentin project study summary, Protocol 1032-002 – Acute Osteoarthritis Pain of the Knee – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc. reviewed by Dr. Thomas L. Perry, July 30, 2008                                                                                    6

| | | | rescuing:<br>• time-to-rescue;<br>• Proportion of responders from Patient Global Assessment of Study Medication at Hour 12.<br><br>Study Phase 2 efficacy measures included (according to research report):<br>• Weekly average acetaminophen use;<br>• Change from Baseline (Day 1) in mean (averaged by week) pain scores and quality sleep scores;<br>• Change from Baseline (Day 1) in the Patient<br>• and Clinician Global Assessments of OA at Days 7 and 28;<br>• change from Baseline (Day 1) in Western Ontario and McMaster Universities Likert Version 3.1 (WOMACLK3.1) Osteoarthritis Index subscale scores at Days 7 and 28;<br>• Change from Baseline (Day 1) in SF-36 Health Survey subscale scores at Day 28;<br>• Proportion of responders from Patient Global Assessment of Study Medication at Days 7, 14, and 28. | <u>8. Mean between-group difference in change of pain score (NRS, VRS) from baseline to pre-defined endpoint by ITT-LOCF –where this was the pre-defined primary endpoint in trial</u><br>• SPID6 was the predefined primary efficacy variable<br><br>SPID-6 Results (Appendix C.2.04, p.291 of 580)<br><br>Placebo: n = 53<br>Mean: 6.37<br>SD: 4.26<br>GBP125/NPN250: n = 52<br>Mean: 6.06<br>SD: 3.98<br>GBP 125: n = 51<br>Mean: 5.58<br>SD: 4.44<br>NPN250:n = 54<br>Mean: 6.28<br>SD: 3.32<br>NPN550 for entire study: n = 52<br>Mean: 6.09<br>SD: 3.58<br>*Note that the means reported above differ slightly from the least squares means reported in Appendix D.2 (p. 450 of 580) and in Figure 2 (below)<br><br><br><br>Figure 2 – p.47 of 580<br><br>Least Squares Means (Appendix D.2, p.450 of 580): | |

Gabapentin project study summary, Protocol 1032-002 – Acute Osteoarthritis Pain of the Knee – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc. reviewed by Dr. Thomas L. Perry, July 30, 2008

7

| | | | | |
|---|---|---|---|---|
| | | | | *Note that here, lsmeans have been rounded to 4 decimal places<br><br>**Placebo:** n = 53<br>LSMean: 6.3101<br>95% CI: (5.3899, 7.2304)<br>**GBP125/NPN250:** n = 52<br>LSMean: 6.1376<br>95% CI: (5.2208, 7.0543)<br>**GBP 125:** n = 51<br>LSMean: 5.5830<br>95% CI: (4.6476, 6.5184)<br>**NPN250:**n = 54<br>LSMean: 6.2868<br>95% CI: (5.3821, 7.1915)<br>**NPN550 for entire study:** n = 52<br>LSMean: 6.3063<br>95% CI: (5.3896, 7.2229)<br><br>**P-Values and Effect Sizes (Appendix D.2, p.451 of 580)**<br>*Note that both the effect sizes and the p-values have been rounded to 2 decimal places.<br><br>**GBP125 – NPN250:**<br>Estimate: -0.70<br>P-Value: 0.27<br>**GBP 125 – NPN550:**<br>Estimate: -0.72<br>P-Value: 0.26<br>**GBP 125 – Placebo:**<br>Estimate: -0.73<br>P-Value: 0.26<br>**GBP 125/NPN250 - GBP125:**<br>Estimate: 0.55<br>P-Value: 0.39<br>**GBP 125/NPN250 – NPN250:**<br>Estimate: -0.15<br>P-Value: 0.82<br>**GBP 125/NPN250 – NPN550:** | |

**Gabapentin project study summary, Protocol 1032-002 – Acute Osteoarthritis Pain of the Knee – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc.    8**
**reviewed by Dr. Thomas L. Perry, July 30, 2008**

Estimate: -0.17
P-Value: 0.79
**GBP 125/NPN250 – Placebo:**
Estimate: -0.17
P-Value: 0.78
**NPN250 – NPN550:**
Estimate: -0.02
P-Value: 0.98
**NPN250 – Placebo:**
Estimate: -0.02
P-Value: 0.97
**NPN550 – Placebo:**
Estimate: -0.00
P-Value: 0.9952

- No significant difference between GBP125/NPN250 and placebo, GBP125, or NPN250 was observed on the SPID-6

See table 9 (p.48 of 580) for details:



Table 9. Treatment Group Comparisons (p-values) for Analysis of SPID6, α = 0.01

| Comparison | GBP125/NPN250 | GBP125 | NPN250 | NPN550 |
|---|---|---|---|---|
| Placebo | 0.7889ᵃ | 0.2862 | 0.9707 | 0.9952 |
| GBP125 | 0.3054ᵇ | -- | -- | -- |
| NPN250 | 0.8215ᵃᵇ | 0.2737 | -- | -- |
| NPN550 | 0.7851 | 0.2847 | 0.9757 | -- |

ᵃ One of the 3 comparisons comprising the min-test defined in the primary efficacy determination
ᵇ Min-test p-values

- Was a significant centre effect on SPID

**9. % of patients achieving "much improved" or "moderately improved"**

- The study admits that the Likert scales were often mislabelled (see sections 4.5.1.5 and 4.5.1.8)
  - At Screening, Days 1, 7, and 28, or at time of Early Termination, patients were asked: "Considering all the ways your arthritis affects you, how has your arthritis been during the past 24 hours?"
  - The patient's response on a numeric Likert scale (0 = None, 1 = Mild, 2 = Moderate, 3 = Severe, or 4 =

Gabapentin project study summary, Protocol 1032-002 – Acute Osteoarthritis Pain of the Knee – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc. reviewed by Dr. Thomas L. Perry, July 30, 2008

9

Extremely Severe) was recorded
- o For most patients at some visits the Likert scale was mislabelled (0 = Very Good, 1 = Good, 2 = Fair, 3 = Poor, or 4 = Very Poor).
- o The descriptors had the same inherent order on both versions of the scale; however, no attempt was made to test whether both sets of descriptors elicited the same numerical responses from patients.
- Due to frequently mislabelled liker scales the validity of these assessment data is uncertain
- Again the PGIC were significantly different for GBP125/NPN250 and NPN550 compared with placebo by week 1 and differences continued to week 4,
  - o no difference between GBP125/NPN250 and NPN550
- See appendix C.2.10 for details.

See table 13 (60/58) for details, however, suggest not using data due to aforementioned problems.



- Responder analysis was patient global assessment of study medication
  - o Responders were those who rated their medication as good, very good, or excellent
  - o According to p.51 of 580, no difference in the proportion of responders among treatment groups were observed.
  - o See appendix C.2.12, and C.2.13 for details.

10. Histogram presentation of all PGIC 7-point results
- N/a
- Data not on 7-point scale and also not usable due to mislabelled scales, see above for details.

**Gabapentin project study summary, Protocol 1035-001, RR 720-04455 - Postoperative Dental Pain – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc.,**   1
**reviewed by Dr. Thomas L. Perry – July 30, 2008**

# UNPUBLISHED

### STUDY DETAIL SUMMARY AND ANALYSIS: DESJARDINS
### PROTOCOL NUMBER 1035-001, RESEARCH REPORT 720-04455
### POST-OPERATIVE DENTAL PAIN

**Summary of Dr. T. L. Perry:**

**Study conducted from 12/28/99 – 02/23/000; report dated 06/28/00**

According to the authors, the GPB250/HC10 group provided significantly better pain relief than the placebo and GPB250 groups on most efficacy measures.  This is not surprising since the effect is due to opioid analgesia.

The authors also point out that GBP250/HC10 combination provided analgesic relief more quickly than either of its components, however, the median time-to-analgesia of the GBP250/HC10 group (82 minutes) was statistically significantly longer than the APAP1000/HC10 group (32 minutes).

However, for the primary pain efficacy variable, SPID6, the GPB250/HC10 treatment was not significantly better than HC10 (p-value = 0.0771) and was significantly worse than the APAP1000/HC10 combination treatment  (p-value = 0.0016).  The estimated difference between GBP250/HC10 and APAP1000/HC10 was 2.8 (rounded), favouring APAP1000/HC10, much larger than the numerical difference of 0.6 between GBP250 and placebo (favours Gabapentin, P = 0.49).

**Conclusion:**

**Single-dose Gabapentin did not add to the analgesic efficacy of hydrocodone in post-operative dental pain, and was inferior to acetaminophen.**

NB: GBP = Gabapentin, HC = Hydrocodone.

**Gabapentin project study summary, Protocol 1035-001, RR 720-04455 - Postoperative Dental Pain – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry – July 30, 2008**   2

| Study / Design / Dates | Inclusion Criteria / Baseline Characteristics | Intervention(s), Experimental Design, N of Subjects Randomized (ITT) / N Who Completed Study | Predefined Outcomes / Issues in Statistical Analysis | Outcomes Hierarchy (Cochrane, investigators: primary / secondary) | Comments / Conclusions of Study Authors (see Discussion and Conclusion on pp. 48-50 of 371)<br><br>NB: Recorded for interest only and are not necessarily the opinion of Dr. T. L. Perry |
|---|---|---|---|---|---|
| Protocol Number: 1035-001<br><br>Original Protocol Date: November 15th, 1999<br><br>Research Report No: RR720-04455<br><br>Date of RR720-04455: June 28th, 2000<br><br>Study Design: A single-dose, double-blind, placebo-controlled, comparative efficacy study.<br><br>Study Country: US<br><br>Study Duration: Single Dose | Postoperative Dental Pain<br><br>RR720-04455<br>Note that the inclusion / exclusion criteria for RR720-04483 were the same.<br>Inclusion Criteria:<br>• Age between 18 and 40 years (inclusive);<br>• Scheduled for an outpatient oral surgical procedure to remove 1 to 2 ipsilateral third molars, at least 1 of which was mandibular and fully or partially impacted in bone;<br>• Good health as determined by medical history and physical examination;<br>• Negative alcohol breath test on day of surgery prior to surgery;<br>• Written informed consent; | Table 6: p.32 of 371<br><br>*[table image]*<br><br>Patient Flow:<br><br>Number of Patients Screened: 375<br>Number of Patients Randomized: 325<br>Number randomized to each treatment group:<br><br>Placebo: n=51<br>GBP250/HC10: n=75<br>GBP250: n=77<br>HC10: n=76<br>APAP1000/HC10: n= 46 | According to the protocol (p.58 of 371), the outcomes were as follows:<br><br>Predefined Primary Outcome:<br><br>• The Summed Pain Intensity Difference over the first 6 hours.<br><br>Secondary Outcomes<br><br>• SPID 8<br>• Totpar 6, Totpar 8 (total pain relief at 6 and 8 hours)<br>• SPRID 6, SPRID 8 (Sum of pain relief intensity difference over the first 6 and 8 hours)<br>• PID (Pain intensity difference at 20, 40, and 60 minutes and every hour up to eight hours)<br>• PR (Pain relief at 20, 40, and 60 minutes and every hour up to eight hours)<br>• PRID (Pain relief intensity difference) at 20, 40, and 60 minutes and every hour up to eight hours)<br>• Time to onset | 1. Mortality<br><br>• No patients died during this study (p.48 of 371)<br><br>2. Serious Adverse Events<br><br>• No patients experienced serious adverse events during this study (p.48 of 371).<br><br>3. Withdrawals Due to Adverse Events<br><br>• No patients withdrew due to an adverse event during this study (p.48 of 371).<br><br>4. Total Withdrawals:<br><br>• All patients completed this study (p.8 of 371).<br><br>5. Total Adverse Events:<br><br>• A total of 104 / 325 (32%) patients experienced an adverse event during this study<br>• See table 15 on page 45 of 371 for details. | 1. The GPB250/HC10 group provided significantly better pain relief than the placebo and GPB250 groups on most efficacy measures.<br>2. The GBP250/HC10 significantly outperformed the HC10 group the 3- and 4-hour PID and 4-hour PRID, giving positive min-test results for the combination at these time points.<br>3. The PR, PID, and PRID curves suggest that gabapentin potentiates the analgesic effects of HC10.<br>• The GBP250/HC10 and HC10 curves are comparable for the first 2 hours.<br>• After this time, HC10 |

**Gabapentin project study summary, Protocol 1035-001, RR 720-04455 - Postoperative Dental Pain – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry – July 30, 2008**    3

| | | | | |
|---|---|---|---|---|
| **Investigators:** Desjardins P<br><br>**Medication Dosage (dependant):** In phase 1 (day 1), patients were randomized to receive a single dose of one of the following<br><br>1. Placebo<br>2. Gabapentin 250 mg, hydrocodone 10 mg (GBP250/HC10)<br>3. Gabapentin 250 mg<br>4. Hydrocodone 10 mg (HC10)<br>5. Acetaminophen 1000 mg, hydrocodone 10 mg (APAP1000/HC10)<br><br>**Patients Randomized: Randomization Procedure:**<br><br>**Number of Study Study Dates:** | • Reliable, cooperative, and able to understand the information required in the pain questionnaire;<br>• Self-rated postoperative pain intensity on a 4-point categorical scale as moderate or severe; and<br>• Self-rated postoperative pain intensity on a 100 mm VAS of ≥ 45 mm.<br><br>**Exclusion Criteria:**<br>• History or clinical evidence of renal disease;<br>• Occurrence of oral surgery complication;<br>• History of serious adverse reaction to any analgesic agent or any medication to be used in the operative procedure or postoperative period;<br>• History of any bleeding disorder;<br>• Patient gabapentin use within the past 6 months;<br>• Patient use of any analgesic, centrally acting, or anti-inflammatory medication within 24 hours of surgery;<br>• Prior participation in | • Time to rescue medication<br>• Patient global assessment of study medication was also a secondary efficacy parameter.<br><br>This is mirrored by the research report (p. 7 of 371)<br><br><br><br>Table included on pages 6-9 of 371 of RR720-04455 | **Placebo:** 13/51 (25.5%)<br>• Mild: 1/51 (2.0%)<br>• Moderate: 8/51 (15.7%)<br>• Severe: 4/51 (8%)<br>**GBP250/HC10:** 33/75 (44.0%)<br>• Mild: 7/75 (9.3%)<br>• Moderate: 14/75 (18.7%)<br>• Severe: 12/75 (16.0%)<br>**GBP250:** 14/77 (18.2%)<br>• Mild: 6/77 (7.8%)<br>• Moderate: 5/77 (6.5%)<br>• Severe: 3/77 (3.9%)<br>**HC10:** 30/76 (39.5%)<br>• Mild: 10/76 (13.2%)<br>• Moderate: 10/76 (13.2%)<br>• Severe: 10/76 (13.2%)<br>**APAP1000/HC10:** 14/46 (30.4%)<br>• Mild: 5/46 (10.9%)<br>• Moderate: 4/46 (8.7%)<br>• Severe: 5/46 (10.9%)<br><br>The most common side effects included:<br>• Dizziness<br>• Headache<br>• Nausea<br>• Vomiting<br>• Somnolence<br><br>See Table 16 on page 46 of 371 for all adverse events reported by >4% of patients in any treatment group. | begins losing potency, but GBP250/HC10 retains its potency through 8 hours. In this regard, the pain relief provided by GBP250/HC10 seems to mirror HC10 during the early time course and then GBP250 at later time points, providing more comprehensive pain relief than either component alone.<br>4. The GBP250/HC10 combination provided analgesic relief more quickly than either of its components. Although the median time-to-analgesia of the GBP250/HC10 group (82 minutes) was statistically significantly longer than the APAP1000/HC10 group (32 minutes), the median time-to-remediation was not significantly different between the groups. The latter finding suggests that a TID dosing schedule may be appropriate for |

**Gabapentin project study summary, Protocol 1035-001, RR 720-04455 - Postoperative Dental Pain – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc.,** 4 **reviewed by Dr. Thomas L. Perry – July 30, 2008**

| According to RR720-04455 | Study 1035-001: | | | | GBP250/HC10. |
|---|---|---|---|---|---|

According to RR720-04455
- 12/28/99 – 02/23/000
- Note that RR720-04483 took place between 02/25/00 and 03/15/00

Study Approval:

PUBLISHED: N/a

Final study report (unpublished):

RR720-04455
Parke-Davis Pharmaceutical Research, Divisions of Warner-Lambert Company, Ann Arbor Michigan.  Number RR720-04455.  Dated June 28th, 2000. PD Authors include Diaz F, Dougherty KM, Henry GC, Mundel T. Investigator listed as Desjardins P.

Study 1035-001:
- Patient was taking or took an investigational agent or participated in another research protocol within the past 60 days.

Table 16. All Adverse Events Reported by >4% of Patients in Any Treatment Group [Number (%) of Patients]

| Adverse Event/ Preferred Term | Placebo N = 51 | GBP250/ HC10 N = 75 | GBP250 N = 77 | HC10 N = 76 | APAP1000 HC10 N = 46 |
|---|---|---|---|---|---|
| Dizziness | 4 (7.8) | 21 (28.0) | 7 (9.1) | 13 (17.1) | 6 (13.0) |
| Headache | 8 (15.7) | 9 (12.0) | 4 (5.2) | 5 (6.6) | 1 (2.2) |
| Nausea | 5 (9.8) | 7 (9.3) | 3 (3.9) | 13 (17.1) | 6 (13.0) |
| Vomiting | 1 (2.0) | 6 (8.0) | 1 (1.3) | 5 (6.6) | 3 (6.5) |
| Somnolence | 0 (0.0) | 5 (6.7) | 1 (1.3) | 4 (5.3) | 2 (4.3) |

**6. Validated measures of improvement in global function including return to work, study, activities of daily living**

- None reported in this study.

**7. > 50% reduction in pain score (NRS, VRS) from baseline to endpoint**

- Not a predefined primary endpoint of this study.

**8. Mean between-group difference in change of pain score (NRS, VRS) from baseline to pre-defined endpoint by ITT-LOCF –where this was the pre-defined primary endpoint in trial**
- Not a predefined outcome of this study
- The primary endpoint here was SDID 6.

Summary of SPID6 (Appendix C.2.01, p.211 of 371)

Placebo:
n:51
Mean: 1.30
SD: 4.49

GBP250/HC10:
n=75

GBP250/HC10.
5. The results of this study suggest that while GBP250/HC10 is effective in relieving pain, it is not a Vicodin analog. The SPID6 results and the onset of action profile for the GBP250/HC10 treatment group are reminiscent of the results seen with Tramadol 100 mg in a dental pain model. Thus, the combination may prove to be more analogous to Tramadol 100 mg.
6. Single-dose treatment with GBP250/HC10 was generally well-tolerated. There were no withdrawals due to adverse events or serious adverse events.
7. The most frequent adverse events associated with GBP250/HC10 treatment were dizziness, headache, nausea, vomiting, and somnolence.
   - The incidence of dizziness in this

**Gabapentin project study summary, Protocol 1035-001, RR 720-04455 - Postoperative Dental Pain – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry – July 30, 2008**    5



Mean: 3.76
SD: 5.07

**GBP250:**
n=77
Mean: 1.92
SD: 5.05

**HC10:**
n=76
Mean: 2.44
SD: 5.00

**APAP1000/HC10:**
n= 46
Mean: 6.57
SD: 4.93

See Figure 4, (p.33 of 371) for least squares means of SPID 6 for each treatment group.

Figure 4. SPID6 Results by Treatment Group (Least Squares Means)

Table 7.   p-values and Min-Test[1] Results for SPID6 Endpoints: GBP250/HC10 Combination

| Comparators | GBP250/HC10 Combination |
|---|---|
| Placebo | 0.0044[*] |
| GBP250 | 0.0155[*] |
| HC10 | 0.0771 |
| Min-Test Result | Negative |

[*]  Statistically significant difference, p <0.05.
[1]  The min-test procedure indicates a statistically significant difference if the p-values of all 3 simple comparisons are <0.05.

group was additive of that seen in the GBP250 and HC10 groups.
- Dizziness was the only adverse event seen at a significantly higher rate in the GBP250/HC10 group versus the placebo group.

8. In patients with pain resulting from dental surgery, this study demonstrated statistically significantly better analgesic effects (SPID6) of the GBP250/HC10 group compared with the placebo and GBP250 groups, and numerically better than the HC10 group.
- In addition, efficacy was detected by positive min-test results on the PID at 3 and 4 hours postdose and PRID 4 hours postdose.
- The GBP250/HC10 combination was well-tolerated with no

**Gabapentin project study summary, Protocol 1035-001, RR 720-04455 - Postoperative Dental Pain – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc.,   6
reviewed by Dr. Thomas L. Perry – July 30, 2008**

| | | | | Table 7: p-values and Min-Test results for SPID-6 Endpoints: GBP250/HC10 Combination (p.34 of 371) | remarkable side effects. |
|---|---|---|---|---|---|

Table 8. p-values for Planned SPID6 Comparisons

| Treatment Comparisons | p-values |
|---|---|
| APAP1000/HC10 vs GBP250/HC10 | 0.0016* |
| APAP1000/HC10 vs GBP250 | 0.0001* |
| APAP1000/HC10 vs HC10 | 0.0001* |
| GBP250 vs Placebo | 0.4876 |
| HC10 vs Placebo | 0.2014 |

\* Statistically significant difference, p <0.05.

Table 8: P-values for planned SPID 6 Comparisons (p.34 of 371).

Appendix D.2 (see pages 297, 298 of 371) contains the lsmeans, and 95% CI's for SPID6 as well as the effect sizes, p-values and 95% confidence intervals for all the SPID6 comparisons.(note that estimates and the LS means have been rounded here to 4 decimal places)

| Treatment Group | Lsmean | 95% CI Lower | 95% CI Upper |
|---|---|---|---|
| Placebo | 1.33622132 | 0.0508 | 2.6216 |
| GBP/HC10 | 3.76413333 | 2.7042 | 4.8240 |
| GBP250 | 1.92165293 | 0.8756 | 2.9677 |
| HC10 | 2.41736827 | 1.3644 | 3.4703 |
| APAP1000/HC10 | 6.55316192 | 5.1998 | 7.9066 |

From page 297 of Appendix D.2
**Placebo:**
LSMean: 1.3362
95% CI: (0.0508, 2.6216)
**GBP250/HC10:**
LSMean: 3.7641
95% CI: (2.7042, 4.8240)
**GBP250:**

**Gabapentin project study summary, Protocol 1035-001, RR 720-04455 - Postoperative Dental Pain – Final Study Detail Summary, Prepared by Kelsey Innes, B.Sc.,**   7
**reviewed by Dr. Thomas L. Perry – July 30, 2008**

LSMean: 1.9217
95% CI: (0.8756, 2.9677)
**HC10:**
LSMean:  2.4174
95% CI: (1.3644, 3.4703)
**APAP1000/HC10:**
LSMean: 6.5532
95% CI: (5.1998, 7.9066)

```
                                Analysis of SPID6
                                                       95% CI      95% CI
   Source/Comparison            Estimate    Pvalue     Lower       Upper
   APAP1000/HC10-Placebo        5.21694060  0.0001     3.3504      7.0835
   GBP250-APAP1000/HC10        -4.63153999  0.0001    -6.3420     -2.9210
   GBP250-HC10                 -0.49571534  0.5116    -1.9799      0.9985
   GBP250-Placebo              0.58541051   0.4876    -1.0718      2.2427
   GBP250/HC10-APAP/HC1       -2.78902659   0.0016    -4.5081     -1.0700
   GBP250/HC10-GBP250         1.94249040    0.0185    0.3533      3.5317
   GBP250/HC10-HC10           1.34670506    0.0771    -0.1472     2.8409
   GBP250/HC10-Placebo        1.42791201    0.0344    0.7618      4.0097
   HC10-APAP1000/HC10         -4.12575905   0.0001    -5.8005     -5.4211
   HC10-Placebo               1.08114095    0.2014    -0.5805      2.7428
   Root MSE                   4.06552632          .         .           .
   Treatment Main Effect               .    0.0001         .           .
   Treatment*Baseline                  .    0.9984         .           .
```

P. 298 of Appendix D.2

**APAP1000/HC10 – Placebo:**
Estimate: 5.2169
P-Value: 0.0001
**GBP250 – APAP1000/HC10:**
Estimate: -4.6315
P-Value: 0.0001
**GBP250 – HC10:**
Estimate: -0.4957
P-Value: 0.5116
**GBP250 – Placebo:**
Estimate: 0.5854
P-Value: 0.4876
**GBP250/HC10 – APAP1000/HC10:**
Estimate: -2.7890
P-Value: 0.0016
**GBP250/HC10 – GBP250:**
Estimate: 1.8425

| | | | | P-Value: 0.0155 **GBP250/HC10 – HC10:** Estimate: 1.3468 P-Value: 0.0771 **GBP250/HC10 – Placebo:** Estimate: 2.4279 P-Value: 0.0044 **HC10 - APAP1000/HC10:** Estimate: -4.1358 P-Value: 0.0001 **HC10 – Placebo:** Estimate: 1.0811 P-Value: 0.2014 <br><br>**9. % of patients achieving "much improved" or "moderately improved"** <br><br>• Not a predefined outcome. <br>• Pain relief (PR) was assessed at time 0, at 20 and 40 minutes, and at hours 1 – 8 on a 5-point categorical scale: <br>  ○ 0 = None <br>  ○ 1 = A little <br>  ○ 2 = Moderate <br>  ○ 3 = A lot <br>  ○ 4 = Complete <br>• The GBP250/HC10 curve was significantly better than the placebo group for hours 1-6 and better than the GBP250 group for hours 0.66 (40 minutes) through 3. <br>• The GBP250/HC10 group was not significantly better than HC10 at any point. <br>• At the 5- through 8- hour time points, PR scores | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | | | for the GBP250/HC10 and APAP1000/HC10 groups showed little or no separation from each other.<br>• Mean PR scores over time can be seen in figure 7, p.39 of 371.<br>• See appendix C.2.07, p.217 of 371 for PR measurements<br>• See appendix D.5 (p.310 of 371) for PR comparisons at each time point.<br>• Patients also performed an overall assessment of study medication<br><br>• Patients also performed an overall assessment of study medication at the end of the 8-hour-in-clinic assessment period:<br>    ○ 1 = poor<br>    ○ 2 = fair<br>    ○ 3 = good<br>    ○ 4 = very good<br>    ○ 5 = excellent<br>• Responders were defined as those patients who evaluated their study medication as "excellent," "very good," or "good" on the Patient Global Assessment of Study Medication at 8 hours postdose, or at time of rescue medication.<br>• Significant differences in responder rates were detected among treatment groups.<br>• The GBP250/HC10 group:<br>    ○ Had a significantly better responder rate (45.3%) than the placebo group (25.5%) (p = 0.026)<br>    ○ Was numerically better than the GBP250 group (31.2%) (p = 0.095), | |

|  |  |  |  | <ul><li style="list-style-type:circle">Was no different than the HC10 group (36.8%) (p = 0.323).</li></ul><ul><li>APAP1000/HC10 group had the highest responder rate (76.1%) and was statistically significantly better than all other treatment groups.</li><li>See appendix C.2.04 for a complete summary of the Global Assessment of Study Medication (p.214 of 371)</li><li>See appendix D.14 (p.369 of 371) for analysis.</li></ul><br>**10. Histogram presentation of all PGIC 7-point results**<ul><li>N/A – not a predefined outcome.</li></ul> |  |
|--|--|--|--|--|--|

**Gabapentin project study summary, Protocol 1035-001 Addendum B, RR 720-04483 - Postoperative Dental Pain – Final Study Detail Summary – Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry – July 30, 2008**

1

# UNPUBLISHED

**STUDY DETAIL SUMMARY AND ANALYSIS: DESJARDINS
PROTOCOL NUMBER 1035-001, ADDENDUM B, RESEARCH REPORT 720-04483
POST-OPERATIVE DENTAL PAIN**

**Summary of Dr. T.L. Perry:**

**Initial study conducted from 12/28/99 – 02/23/000; Addendum B conducted from 02/25/2000 – 3/15/2000; report dated 10/31/00**

This "Addendum B" study appears to have been an attempt to salvage statistical significance by adding more subjects, or by increasing the dose of Gabapentin. The results are unchanged.

According to the authors, the GBP/HC combination groups tended to have greater pain relief than placebo! (hydrocodone effect)

No apparent analgesic benefit was obtained by increasing GBP to 500 mg in the combination, and the frequency of adverse effects increased with higher doses of Gabapentin (GBP500 43% vs. placebo 10%, p not given).

**Conclusion:**

**Single-dose Gabapentin is not efficacious for post-operative dental pain, but increases adverse events.**

NB: GBP = Gabapentin, HC = Hydrocodone.

1 of 1

**Gabapentin project study summary, Protocol 1035-001 Addendum B, RR 720-04483 - Postoperative Dental Pain – Final Study Detail Summary –
Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry – July 30, 2008**                                                                2

| Study / Design / Dates | Inclusion Criteria / Baseline Characteristics | Intervention(s), Experimental Design, N of Subjects Randomized (ITT) / N Who Completed Study | Predefined Outcomes / Issues in Statistical Analysis | Outcomes Hierarchy (Cochrane, investigators: primary / secondary) | Comments / Conclusions of Study Authors (see Discussion and Conclusion on pp 34-36 of 245) NB: Recorded for interest only and are not necessarily the opinion of Dr. T. L. Perry |
|---|---|---|---|---|---|
| **Protocol Number:** 1035-001, Addendum B **Original Protocol Date:** November 15th, 1999 Note that addendum B of the protocol (p.127 of 245) explains the extension of the study with 100 more patients. The rationale is given. Addendum B has been copied into this document at the end of the table. This study, Addendum B of Protocol 1035-001, was conducted to collect data for pharmacokinetic / pharmacodynamic | **Postoperative Dental Pain** **RR720-04483** Note that the inclusion / exclusion criteria for RR720-04455 were the same. **Inclusion Criteria:** • Age between 18 and 40 years (inclusive); • Scheduled for an outpatient oral surgical procedure to remove 1 to 2 ipsilateral third molars, at least 1 of which was mandibular and fully or partially impacted in bone; • Good health as determined by medical history and physical examination; • Negative alcohol breath test on day of surgery prior to surgery; | **Patient Flow:** **Number of Patients Screened:** 140 **Number of Patients Randomized:** 101 **Number randomized to each treatment group:** Placebo: n=20 GBP250/HC5: n=20 GBP125/HC10: n=20 GBP500/HC10: n=20 GBP500: n=21 *[table image]* Table 6, p.27 of 245 | According to the Protocol (p.43 of 245) **Predefined Primary Outcome:** • The Summed Pain Intensity Difference over the first 6 hours. **Secondary Outcomes** • SPID 8 • Totpar 6, Totpar 8 (total pain relief at 6 and 8 hours) • SPRID 6, SPRID 8 (Sum of pain relief intensity difference over the first 6 and 8 hours) • PID (Pain intensity difference at 20, 40, and 60 minutes and every hour up to eight hours) • PR (Pain relief at 20, 40, and 60 minutes and every hour up to eight hours) • PRID (Pain relief intensity difference) at 20, 40, and 60 minutes and every hour up to eight hours) • Time to onset • Time to rescue medication | **1. Mortality** • No patients died during this study (p.33 of 245) **2. Serious Adverse Events** • No patients experienced serious adverse events during this study (p.33 of 245) **3. Withdrawals Due to Adverse Events** • No patients withdrew due to an adverse event during this study (p.33 of 245). **4. Total Withdrawals:** • 1/21 patient in the GBP 500 group did not complete the study • See table 6, p. 27 of 245 for details (also included in **Interventions** column. **5. Total Adverse Events:** • A total of 31 patients (31%) in this study | 1. The GBP125/HC10 combination performed numerically better than the GBP250/HC5 and GBP500/HC10 combinations on all efficacy measures, and the GBP500/HC10 combination performed numerically better than the GBP500/HC5 combination. 2. The 1035-01 Main Protocol/Addendum A and Addendum B were conducted at the same center by the same personnel, with Addendum B commencing within 48 hours of the completion of the Main Protocol/Addendum A. 3. The different parts of the study had different |

Gabapentin project study summary, Protocol 1035-001 Addendum B, RR 720-04483 - Postoperative Dental Pain – Final Study Detail Summary – Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry – July 30, 2008                                                            3

modeling of the gabapentin and hydrocodone combination. These data will be used to help determine the optimal doses of gabapentin and hydrocodone for use in future clinical studies. The pharmacokinetic results are summarized in a separate report.

The same efficacy data were collected for Addendum B patients as for patients in the 1035-01 Main Protocol/Addendum A. The small number of patients in each treatment group precluded inferential analyses of these data.

Research Report No: RR720-04483 (Protocol 1035-001, Addendum B).

Date of RR720-04483: October 31st, 2000

- Written informed consent;
- Reliable, cooperative, and able to understand the information required in the pain questionnaire;
- Self-rated postoperative pain intensity on a 4-point categorical scale as moderate or severe; and
- Self-rated postoperative pain intensity on a 100 mm VAS of $\geq$ 45 mm.

Exclusion Criteria:
- History or clinical evidence of renal disease;
- Occurrence of oral surgery complication;
- History of serious adverse reaction to any analgesic agent or any medication to be used in the operative procedure or postoperative period;
- History of any bleeding disorder;
- Patient gabapentin use within the past 6 months;
- Patient use of any analgesic, centrally acting, or anti-inflammatory medication within 24 hours of surgery;

- Patient global assessment of study medication was also a secondary efficacy parameter.

This is mirrored by the research report (p. 7 of 245)

| Name of Company: Warner-Lambert | INDIVIDUAL STUDY TABLE | (For National Authority Use Only) |
|---|---|---|
| Name of Finished Product: CI-1035 | Referring to Part of the Dossier | |
| Name of Active Ingredient: Gabapentin, Hydrocodone | Volume:    Page: | |

Table included on each pages 6-8 of 245 of the Research Report.

experienced at least 1 adverse event
- The percentage of patients who experienced adverse events ranged from 10% of the placebo and GBP250/HC5 groups to 55% of the GBP500/HC10 group.
- Most patients (77%) experienced adverse events that were mild to moderate in intensity.

Placebo: 2/20 (10.0%)
- Mild:  0/20 (0%)
- Moderate: 0/20 (0%)
- Severe: 2/20 (10.0%)
GBP125/HC10: 2/20 (10.0%)
- Mild:  1/20 (5.0%)
- Moderate: 0/20 (0%)
- Severe: 1/20 (5.0%)
GBP250/HC5: 7/20 (35%)
- Mild:  2/20 (10.0%)
- Moderate: 3/20 (15.0%)
- Severe: 2/20 (10.0%)
GBP500/HC10: 11/20 (55.0%)
- Mild:  2/20 (10.0%)
- Moderate: 7/20 (35%)
- Severe: 2/20 (10.0%)
GBP500: 9/21 (42.9%)
- Mild:  3/21 (14.3%)
- Moderate: 6/21 (28.6%)
- Severe: 0/21 (0.0%)

See Table 8 on p. 31 of 245 for more details.

The most common side effects included:
- Dizziness

treatment groups and sample sizes. Within these constraints, the results of 1035-01 Main Protocol/Addendum A and Addendum B were compared.

4. The SPID6 results obtained with GBP125/HC10 treatment appear consistent with those obtained with GBP250/HC10 treatment, 10 suggesting that GBP doses of 125 or 250 mg in combination with HC10 provide comparable pain relief (Table 9, p.35 of 245).
- The pain relief provided by these combinations seems similar over time, as evidenced from plotting the mean PRID scores (Figure 4, p.35 of 245).
- Also, no apparent analgesic benefit was obtained by increasing GBP to 500 mg in the combination (Figure

**Gabapentin project study summary, Protocol 1035-001 Addendum B, RR 720-04483 - Postoperative Dental Pain – Final Study Detail Summary –** 4
**Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry – July 30, 2008**

| | | | | | |
|---|---|---|---|---|---|
| **Study Design:** A single-dose, double-blind, placebo-controlled, comparative efficacy study.<br><br>**Study Country:** US<br><br>**Study Duration:** Single Dose<br><br>**Investigators:** Desjardins P<br><br>**Medication Dosage (dependant):** Patients were randomized to receive one of the following:<br><br>1. Placebo<br>2. Gabapentin 250 mg/Hydrocodone 5 mg (GBP250/HC5)<br>3. Gabapentin 125 mg, Hydrocodone 10 mg (GBP125/HC10)<br>4. Gabapentin 500 mg, Hydrocodone 10 mg (GBP500/HC10)<br>5. Gabapentin 500 mg (GBP 500) | • Prior participation in Study 1035-001;<br>• Patient was taking or took an investigational agent or participated in another research protocol within the past 60 days. | | | • Headache<br>• Nausea<br><br>• The adverse events reported by 2 or more patients per treatment group included dizziness, nausea, and headache.<br>• Dizziness was the most frequent adverse event experienced by patients receiving the GBP/HC combinations.<br>  ○ For the combination treatment groups containing HC10, the incidence of dizziness increased with the amount of GBP in the combination.<br>  ○ The frequency of dizziness was 30% for the GBP125/HC10 group compared with 45% for the GBP500/HC10 group.<br>  ○ The frequency of dizziness for patients treated with GBP125/HC10 was similar to that of patients treated with GBP250/HC10 (28%).<br>• For a detailed overview of adverse events, see Appendix C.3 (p.209 of 245)<br><br><u>6. Validated measures of improvement in global function including return to work, study, activities of daily living</u><br><br>• None reported in this study.<br><br><u>7. > 50% reduction in pain score (NRS, VRS) from baseline to endpoint</u><br><br>• Not a predefined primary endpoint of this study. | 4, p.35 of 245), and increased side effects occurred with the GBP500/HC10 combination.<br>5. The SPID6 results suggest that the HC5 dose in combination with GBP250 is not as effective as the HC10 dose in the combination (Table 9, p.35 of 245). This trend is also observed with the mean PRID scores (Figure 5, p.36 of 245).<br>6. Single-dose treatment with the GBP/HC combinations was generally well-tolerated.<br>  • The frequency of dizziness increased with increasing doses of GBP and HC.<br>7. Based on summary statistics, GBP/HC combination groups tended to have greater pain relief than placebo. The greatest relief was seen in the GBP125/HC10 treatment group. |

**Gabapentin project study summary, Protocol 1035-001 Addendum B, RR 720-04483 - Postoperative Dental Pain – Final Study Detail Summary – Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry – July 30, 2008**                                                   5

| | | | | | |
|---|---|---|---|---|---|
| Patients Randomized:<br>Randomization<br>Procedure:<br><br>Number of Study<br>Study Dates:<br><br>According to RR720-04483<br>• 02/25/2000 – 3/15/2000<br>• Note that RR720-04455 took place over 12/28/99 – 02/23/000<br><br>Study Approval:<br><br>PUBLISHED:  N/a<br><br>Final study report (unpublished):<br><br>RR720-04483<br>Pfizer Global Research & Development Ann Arbor Laboratories, Ann Arbor Michigan. Report Number RR 720-04483 dated October 31st, 2000. Authors include<br>Authors include Diaz F, | | | | <u>8. Mean between-group difference in change of pain score (NRS, VRS) from baseline to pre-defined endpoint by ITT-LOCF –where this was the pre-defined primary endpoint in trial</u><br>• Not a predefined outcome of this study<br>• The primary endpoint here was SPID 6.<br><br>Summary of SPID6 (p.28 or 245)<br><br>Placebo:<br>n:20<br>Mean: 0.78<br>SD: 2.99<br><br>GBP250/HC5:<br>n=20<br>Mean: 2.08<br>SD: 4.51<br><br>GBP125/HC10:<br>n=20<br>Mean: 3.45<br>SD: 4.94<br><br>GBP500/HC10:<br>n=20<br>Mean: 2.30<br>SD: 6.47<br><br>GBP500:<br>n=21<br>Mean: 0.46 | |

| Dougherty KM, Henry GC, Mundel T. Investigator listed as Desjardins P. | | | | SD: 4.68<br>See table 7 (p.28 of 245) | |

Table 7. AUC Efficacy Measures, By Treatment Group (Mean ± SD)

| Efficacy Measure | Placebo<br>N = 20 | GBP250/HC5<br>N = 20 | GBP125/HC10<br>N = 20 | GBP500/HC10<br>N = 20 | GBP500<br>N = 21 |
|---|---|---|---|---|---|
| SPID6 | 0.78 ( 2.99 ) | 2.08 ( 4.51 ) | 3.45 ( 4.94 ) | 2.30 ( 5.47 ) | 0.46 ( 4.68 ) |
| SPID8 | 0.93 ( 4.16 ) | 2.64 ( 6.05 ) | 4.85 ( 6.85 ) | 3.35 ( 9.02 ) | 0.70 ( 6.68 ) |
| SPRID6 | 3.31 ( 6.74 ) | 7.88 (11.10 ) | 10.52 (12.53 ) | 8.70 (13.84 ) | 3.71 ( 9.99 ) |
| SPRID8 | 4.16 ( 9.35 ) | 10.34 (15.39 ) | 14.27 (17.51 ) | 12.35 (19.57 ) | 5.34 (14.60 ) |
| TOTPAR6 | 2.53 ( 4.05 ) | 5.80 ( 6.95 ) | 7.07 ( 7.79 ) | 6.39 ( 7.67 ) | 3.25 ( 5.76 ) |
| TOTPAR8 | 3.23 ( 5.59 ) | 7.71 ( 9.71 ) | 9.62 (10.96 ) | 8.99 (10.95 ) | 4.63 ( 8.50 ) |

SD = Standard deviation.

Table 9. Comparison of SPID6 Results for all 1035-01 Treatment Groups

| Hydrocodone (mg) | Gabapentin (mg) | | | |
|---|---|---|---|---|
| | 0 | 125 | 250 | 500 |
| 0 | 1.30[a]0.78[b] | NA | 1.92[a] | 0.46[b] |
| 5 | NA | NA | 2.08[b] | NA |
| 10 | 2.44[a] | 3.45[b] | 3.76[b] | 2.30[b] |

NA = Not applicable.
[a] Results from 1035-01 Main Protocol/Addendum A
[b] Results from 1035-01 Addendum B

Table 9 (p.35 of 245) contains a comparison of SPID 6 for the first part of the protocol

It would seem that RR720-04483 contains no table analogous to Appendix D.2 on page 298 of 371 of RR720-04455 in which the p-values for all the treatment comparisons for SPID 6 are given.

## 9. % of patients achieving "much improved" or "moderately improved"

- Not a predefined outcome.
- Pain relief (PR) was assessed at time 0, at 20 and 40 minutes, and at hours 1 – 8 on a 5-point categorical scale:
  - 0 = None
  - 1 = A little
  - 2 = Moderate

**Gabapentin project study summary, Protocol 1035-001 Addendum B, RR 720-04483 - Postoperative Dental Pain – Final Study Detail Summary –
Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry – July 30, 2008**                                                                7

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | <ul><li>○ 3 = A lot</li><li>○ 4 = Complete</li></ul><ul><li>The GBP125/HC10 treatment group showed a maximal effect on the PR at 2 hours postdose. The GBP125/HC10 treatment group means at this time point were numerically better than those achieved by any other treatment group at any time point throughout the 8-hour time course. The effects seen for the GBP500/HC10 group were better overall than for the GBP250/HC5 group. The placebo and GBP500 groups had the smallest effect.</li><li>For a full summary of pain relief measurements see Appendix C.2.07 (p.205 of 245)</li><li>The report does not seem to contain information regarding the p-values of PR comparisons.</li></ul><br><ul><li>Patients also performed an overall assessment of study medication at the end of the 8-hour-in-clinic assessment period:<ul><li>○ 1 = poor</li><li>○ 2 = fair</li><li>○ 3 = good</li><li>○ 4 = very good</li><li>○ 5 = excellent</li></ul></li><li>Responders were defined as those patients who evaluated their study medication as "excellent," "very good," or "good" on the Patient Global Assessment of Study Medication at 8 hours postdose, or at the time of rescue medication.</li><li>The percentage of responders was highest for the GBP125/HC10 group (40%), followed by the GBP250/HC5 and GBP500/HC10 groups (35%</li></ul> |  |

8

| | | | | each). The GBP500 and placebo treatment groups had responder rates of 24% and 10%, respectively. <br> • See appendix C.2.04 (p.202 of 245) for all details regarding responder analysis. <br><br> <u>**10. Histogram presentation of all PGIC 7-point results**</u> <br><br> • N/A – not a predefined outcome. | |

**Gabapentin project study summary, Protocol 1035-001 Addendum B, RR 720-04483 - Postoperative Dental Pain – Final Study Detail Summary – Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry – July 30, 2008**

9

Addendum B of Protocol 1035-001 (RR720-04483)

**Gabapentin project study summary, Protocol 1035-001 Addendum B, RR 720-04483 - Postoperative Dental Pain – Final Study Detail Summary – Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry – July 30, 2008**

10

RR 720-04483          127 of 245

Protocol 1035-001
Addendum Issue Date: February 4, 2000

### ADDENDUM B

A Single-Dose, Double-Blind, Placebo-Controlled, Comparative Efficacy Study of Gabapentin and Hydrocodone, Alone or in Combination, in Patients With Postoperative Dental Pain (Protocol 1035-001)

RE: Pharmacokinetic Sampling

The following section of this protocol have been added:

**9.4     Pharmacokinetic/Pharmacodynamic Analysis**

ADDITION: Page 18, new subsection reads,

*"9.4.1  Pharmacokinetic/Pharmacodynamic Analysis Extension*

*This extension will be conducted in 100 new patients who will be added to the main study population. These patients will sign a separate revised informed consent that explains the additional procedures, risks, and benefits of the serial PK sampling. Each of these patients will be randomized to 1 of 5 treatment groups, (placebo, gabapentin 250 mg/hydrocodone 5 mg, gabapentin 125 mg/hydrocodone 10 mg, gabapentin 500 mg/hydrocodone 10 mg, or gabapentin 500 mg), using the identical (moderate or severe pain) stratification criteria used for the main study patients. Twenty patients will be randomized to each treatment arm. Once randomized, these patients will follow the identical main study procedures and have 9 PK sample collections at the following time points: immediately prior to dosing, at 20 minutes, at 40 minutes, and at 1, 2, 3, 4, 6, and 8 hours postdose. Patients participating in Addendum B who require rescue medication will continue to have PK samples drawn according to the fixed schedule."*

*SAFETY: Patients participating in this extension will not be exposed to any additional procedural risks than those participating in the initial phase of the study. Extension patients will undergo the removal of 1 to 2 molars, receive the identical local anesthetics, a single dose of study medication, and have the identical 9 PK samples drawn over an identical 8-hour, follow-up period.*

*Gabapentin is approved as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults with epilepsy. This approval was based on data from 3 multicenter placebo-controlled, double-blind clinical trials that utilized doses ranging from 600 mg/day once a day up to 1200 mg/day 3 times a day. The most commonly observed adverse events associated with the use of gabapentin in combination with other antiepileptic drugs, not seen at an equivalent frequency among placebo-treated patients, were somnolence, dizziness, ataxia, fatigue, and nystagmus.*

DM_FILE/CI-1035 (pjc03200a)          1 of 6

RR 720-04483          128 of 245

Protocol 1035-001
Addendum Issue Date: February 4, 2000

*Approximately 7% of the 2074 individuals who received gabapentin in premarketing clinical trials discontinued treatment because of an adverse event. The adverse events most commonly associated with withdrawal were somnolence (1.2%), ataxia (0.8%), fatigue (0.6%), nausea and/or vomiting (0.6%), and dizziness (0.6%).*

*The single doses of gabapentin to be used in this extension are within the ranges studied cited in the labeling. In addition, gabapentin 600 mg has also been reported to significantly increase pain threshold and tolerance in the cold-pressor test when administered 2 hours after receiving 60 mg of controlled-release oral morphine in healthy normal volunteers.[11] In this randomized, double-blind, placebo-controlled trial, the observed adverse events reported showed no significant difference between gabapentin and placebo compared to placebo alone. Those volunteers receiving morphine and gabapentin exhibited the expected opioid mediated side effects compared to those receiving placebo alone. There was no significant difference reported between those receiving morphine and placebo compared to those receiving morphine and gabapentin. The most frequently observed side effects were sedation, dizziness and nausea.*

*REFRENCE:*

[11]  *Eckhardt K, Ammon S, Hofmann U, Riebe A, et al. Gabapentin enhances the analgesic effect of morphine in healthy volunteers. Unpublished data.*

RATIONALE: (SCIENTIFIC) The PK/PD modeling described in the following paragraphs is anticipated to serve at least 3 purposes: (1) confirm the accuracy of the modeling performed for the doses utilized in the initial phase of the trial, (2) predict the dose with the greatest analgesic effect for future clinical trials thereby reducing the number of patients potentially exposed to the combination during the development process, and (3) prospectively identify the pain relief associated with new combinations of gabapentin and hydrocodone. The type of data (ie, pain relief scores) collected in the present trial has been successfully modeled using a proportional odds model.[1,2] A similar model will be developed to describe the data, and simulation can then be used to predict the effects of both studied and unstudied combinations of gabapentin and hydrocodone. Data from the additional patients recruited under this extension will be used to assess the predictive performance of the model. This approach of utilizing PK data and sophisticated algorithms in the process of dose selection in clinical development programs has been explicitly endorsed by the ICH dose-response review committee.[3] In their published guidelines they state "agencies should also be open to the use of various statistical and pharmacometric techniques such as Bayesian and population methods, modeling, and pharmacokinetic-pharmacodynamic approaches." Parke-Davis, in collaboration with Pharsight Corporation, plans to utilize modeling and simulation to explore PK-PD relationships in the 1035-001 data in order to determine an optimal ratio and dose of gabapentin and hydrocodone to carry forward in future clinical trials.

DM_FILE/CI-1035 (pjc03200a)          2 of 6

10 of 10

**Gabapentin project study summary, Protocol 1035-001 Addendum B, RR 720-04483 - Postoperative Dental Pain – Final Study Detail Summary – Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry – July 30, 2008**

11

RR 720-04483      129 of 245

Protocol 1035-001
Addendum Issue Date: February 4, 2000

A particularly powerful approach to biological modeling is to develop a model based on an initial set of data and then validate the model by predicting results for an additional set of data not including the initial set. In this manner, an initial model can be iteratively refined. Such an approach can be performed internally on the 1035-001 data set by splitting the data into a model generation subset and a validation subset. The main protocol population and the Addendum A patients have been designated the model generation subset. The data derived from this extension using a small subset of the data derived from these previously unexplored doses would provide an excellent validation set for the model and greatly increase confidence in the model predictions. In order for this additional data it should be collected under the same conditions as the main body of data. These conditions include the identical study personnel, clinical setting, and temporal collection of data. In a carefully conducted study, as few as 20 patients at each selected dose combination can provide valuable information regarding the effectiveness of an acute analgesic. The following selections (placebo, gabapentin 250 mg/hydrocodone 5 mg, gabapentin 125 mg/hydrocodone 10 mg, gabapentin 500 mg/hydrocodone 10 mg, or gabapentin 500 mg), were made in order to have a complete characterization of the effect of gabapentin administered with hydrocodone 10 mg. The single low-dose combination (hydrocodone 5 mg with gabapentin 250 mg) is included in the event that the interaction between gabapentin and hydrocodone is even larger than anticipated and the use of lower doses of hydrocodone appear feasible.

## REFERENCES

[1] Sheiner LB. A new approach to the analysis of analgesic drug trials, illustrated with bromfenac data. Clin Pharmacol Ther 1994;56:3098-322.

[2] Mandema JW, Stanski DR. Population pharmacodynamic model for ketorolac analgesia. Clin Pharmacol Ther 1996;60:619-35.

[3] ICH Guidline for Industry: Dose-response information to support drug registration. 59 FR 55972 Nov 9, 1994

## Appendix C    Detailed Study Safety Procedures

ADDITION: Page C-5 new Number 12 reads,

*"12. STUDY MEDICATION DOSING RECORD/PLASMA GABAPENTIN AND HYDROCODONE CONCENTRATION DETERMINATIONS*

*Procedure for Blood Collection in Serial Sampling Group*

*Patients who have consented to serial PK sampling will be randomized by their pain status. For all patients in both strata, a blood sample will be drawn at 0 (immediately*

RR 720-04483      130 of 245

Protocol 1035-001
Addendum Issue Date: February 4, 2000

*prior to study medication administration), at 20 minutes, at 40 minutes, and at 1, 2, 3, 4, 6, and 8 hours postdose for multiple PK sampling. The samples will be drawn immediately following completion of the pain assessments at these time periods. PK sampling should be continued according to the fixed schedule for patients who withdraw from the study before the 8-hour evaluation period.*

*If blood cannot be withdrawn at the sampling time, the heparin lock line should be reflushed and the catheter moved slightly. The time of sample collection is to be recorded. No serial samples are to be collected by venipuncture as this may interfere with the assessment of pain relief. Exceptions will be allowed for the 8-hour collection point, which may be performed from a single venipuncture. Catheters should only be removed after the final sample collection or if they are irritating to the patient. Blood sampling should be attempted at all time periods even if previous samples are missed due to heparin lock line dysfunction.*

*At the time of sample collection 2 mL of venous blood should be withdrawn and discarded. Following this, 5 mL of venous blood should be withdrawn and placed in vacuum blood collection tubes containing 72 USP units of sodium heparin. After each blood withdrawal, the heparin lock line should be flushed initially with 5 mL saline and then 1 mL of heparin. Immediately (within 30 minutes) after the draw, blood samples will be centrifuged for 15 minutes at 3000 rpm, and the resulting plasma divided into 2 sample tubes and stored frozen at -20°C until analyzed for drug concentration. Protocol number, site number, patient number, date, and times of sample withdrawal documenting actual time of draw must be clearly and accurately indicated on tube labels and the appropriate CRF. Quintile Laboratories will provide supplies for the PK blood samples and frozen plasma samples will be shipped on dry ice to Quintiles Laboratories. Gabapentin and hydrocodone plasma concentrations will not be available to the Investigator until completion of the study. EACH sample tube must be labeled with the following information: protocol number, site number, patient number, date, and time sample was collected."*

RATIONALE: Instructions for collection, handling, and shipping instructions for serial PK sampling

**Gabapentin project study summary, Protocol 1035-001 Addendum B, RR 720-04483 - Postoperative Dental Pain – Final Study Detail Summary – Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry – July 30, 2008**

12

RR 720-04483                    131 of 245

Protocol 1035-001
Addendum Issue Date: February 4, 2000

### ADDENDUM B

A Single-Dose, Double-Blind, Placebo-Controlled, Comparative Efficacy Study of
Gabapentin and Hydrocodone, Alone or in Combination, in Patients With
Postoperative Dental Pain (Protocol 1035-001)

This addendum only affects the following sites: 1035-001-001 and becomes effective the
date of IRB approval. Written IRB approval of this addendum must be obtained and
forwarded to Parke-Davis.

**Study Site Approval Signature(s)**

_____        _____
Paul J. Desjardins, DMD, PhD            Date
Investigator

RR 720-04483                    132 of 245

Protocol 1035-001
Addendum Issue Date: February 4, 2000

### ADDENDUM B

A Single-Dose, Double-Blind, Placebo-Controlled, Comparative Efficacy Study of
Gabapentin and Hydrocodone, Alone or in Combination, in Patients With
Postoperative Dental Pain (Protocol 1035-001)

**Parke-Davis Approval Signatures**

Study Manager:          Greg Henry, MS          4 FEB 2000
                        Clinical Scientist       Date
                        CNS/Analgesia

Drug Manager:           Trevor Mundel, MD, PhD   2/4/00
                        Director                  Date
                        CNS/Analgesia

Statistician:           Chongqing Yan, PhD       2/4/2000
                        Statistical Project Manager  Date

Therapeutic Head:       Michael Poole, MD        2/4/2000
                        Senior Director           Date
                        CNS/Analgesia

DM_FILE/CI-1035 (pjc03200a)        5 of 6

DM_FILE/CI-1035(pjc03200a)        6 of 6

12 of 12

# UNPUByLISHED

### STUDY DETAIL SUMMARY AND ANALYSIS: SUNSHINE A, KATZ JA
### PROTOCOL NUMBER 1035-002, RESEARCH REPORT 720-04471
### POST-OPERATIVE PAIN FOLLOWING MAJOR ORTHOPAEDIC SURGERY

## Summary of Dr. T.L. Perry

**Study conducted from 12/03/1999 – 08/25/2000; report dated 12/20/2000**

The authors conclude "250 mg of gabapentin does not appear to substantially potentiate the analgesic efficacy of 10 mg of hydrocodone in this model."

For SPID6, Gabapentin was not superior to placebo.  The GBP250/HC10 group did not significantly outperform the HC10 group on any of the efficacy measures examined.

## Conclusions:

**Single-dose Gabapentin 250 mg was not efficacious for treatment of post-operative pain following major orthopaedic surgery.**

NB: GBP = Gabapentin, HC = Hydrocodone

Gabapentin project study summary, Protocol 1035-002 - Post-Operative Pain Following Major Orthopaedic Surgery - Final Study Detail Summary – Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry - July 30, 2008                    2

| Study / Design / Dates | Inclusion Criteria / Baseline Characteristics | Intervention(s), Experimental Design, N of Subjects Randomized (ITT) / N Who Completed Study | Predefined Outcomes / Issues in Statistical Analysis | Outcomes Hierarchy (Cochrane, investigators: primary / secondary) | Comments / Conclusions of Authors (see Discussion and Conclusion, pp. 51-52 of 380) NB: Recorded for interest only and are not necessarily the opinion of Dr. T. L. Perry |
|---|---|---|---|---|---|
| Protocol Number: 1035-002. Original Protocol Date: October 5th, 1999 Research Report No: RR720-04471 Date of Research Report: December 20th, 2000 Study Design: A single-dose, double-blind, placebo-controlled, comparative efficacy study. Study Country: US Study Duration: Single Dose Investigators: Sunshine A, Katz JA Investigator's | Post-Operative Pain Following Major Orthopaedic Surgery. Inclusion Criteria: • Eighteen years of age or older; • Have undergone one of the following major inpatient orthopaedic surgical procedures: ○ Total knee replacement; ○ Total hip replacement; ○ Hip hemiarthroplasty (replacement of femoral head); ○ Total shoulder replacement; ○ Major rotator cuff repair (acute complete tears); ○ Osteotomy (major lower extremities only; Amendment 2 added upper extremities); ○ Open reduction internal fixation (isolated lower extremities without other ○ coexisting major trauma; | Patient Flow: Number of Patients Screened: 238 Number of Patients Randomized: 200 Number randomized to each treatment group: • Placebo: n = 49 • GBP250/HC10: 51 • GBP250: 50 • HC10: 50 [table image] See table 7 (p. 33 of 380) for more details. [table image] This table is contained on pages 6-9 of 380 of the Research Report. | Predefined Outcomes: According to the Study Protocol (p.62 of 380): Primary Efficacy Parameter: • SPID6, the sum of pain intensity difference over the first 6 hours. Secondary Efficacy Parameters: • SPID4 and SPID8 (sum of pain intensity difference over the first 4 and 8 hours) • TOTPAR4, TOTPAR6, and TOPAR8 (total pain relief over the first 4, 6, and 8 hours) • SPRID4, SPRID6, and SPRID8 (sum of pain relief intensity difference over the first 4, 6, and 8 hours) • PID (pain intensity difference at 20, 40, and 60 minutes and 2, 3, 4, 5, 6, 7, and 8 hours) • PR (pain relief at 20, 40, and 60 minutes and 2, 3, 4, 5, 6, 7, and 8 hours) • PRID (pain relief intensity difference at 20, 40, and 60 | 1. Mortality P = 1/49 (2.0%), no other deaths. • One patient died in this study due to cardiac arrest, the patient was in the placebo treatment group. • Patient 002131, Study 1035-002-002, a 73-year-old white male in a CI-1035 study for the treatment of pain due to total knee arthroplasty had a cardiac arrest and died on Study Day 2 (1 day post treatment) ○ History includes hypertension and irregular heartbeat and shortness of breath. ○ Concomitant medication consisted of digoxin, lisinopril and propafenone hydrochloride. ○ One day prior to the study, the patient had the total knee arthroplasty. • On Study Day 1, he was treated with a single dose of the study medication. ○ Following the study period, the patient began treatment with oxycodone hydrochloride for pain. ○ He developed confusion and had the cardiac arrest the following day, Study Day 2. | 1. This study compared the pain relief provided by GBP250/HC10 after orthopedic surgery with that of the active comparator and component of the combination, HC10; the other component of the combination, GBP250; and placebo. 2. The HC10 group consistently outperformed the placebo group on all efficacy measures, demonstrating the validity of the trial. 3. The GBP250/HC10 group provided significantly better pain relief than the placebo and GBP250 groups on the majority of efficacy measures. 4. The GBP250/HC10 group did not significantly outperform the HC10 group on any of the efficacy measures examined. |

**Gabapentin project study summary, Protocol 1035-002 - Post-Operative Pain Following Major Orthopaedic Surgery - Final Study Detail Summary – Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry - July 30, 2008**

3

| | | | | | |
|---|---|---|---|---|---|
| **Meetings:** November 18th, 1999 January 21st, 2000 *note that second meeting occurred after study began. **Medication Dosage (dependant):** Patients were randomly assigned to 1. Placebo 2. Gabapentin 250 mg, hydrocodone 10 mg (GBP250/HC10) 3. Gabapentin 250 mg 4. Hydrocodone 10 mg **Patients Randomized:** 200 **Randomization Procedure:** **Number of Study Centres:** 2 centers recruited patients in the United States. **Study Dates:** 12/03/1999 – 08/25/2000 **Study Approval:** | Amendment 2 added upper extremities); o Spinal fusions; or o Amendment 2 added Triple arthrodesis. • Have no clinically significant illness which would contraindicate the patient's participation in the trial as determined by medical history, physical examination, or laboratory findings as recorded in their hospital chart; • Reliable, cooperative, and able to understand the information required in the pain questionnaire / analgesia diary; • Experiencing self-rated postoperative pain on a 4-point categorical scale as moderate (2 points) or severe (3 points); • Able to take oral medication. **Exclusion Criteria:** • Clinical evidence of renal disease with a serum creatinine level >2.0 mg/dL; • Orthopedic surgery complication, that, in the opinion of the investigator, precluded the patient's participation in the study; • History of serious adverse reaction to, or known allergy to hydrocodone, opioids, or Gabapentin; | Table 1: List of Investigators (Protocol 1035-002) Table 1 (p.11 of 380) contains a list of investigators. | minutes and 2, 3, 4, 5, 6, 7, and 8 hours) • Time-to-Onset (using 1-stopwatch method), • Time-to-Rescue • Patient Global Assessment According to the final research report (pp.17,18 of 380) the primary and secondary efficacy outcomes are the same as defined in the original protocol. | • The investigator considered the fatal event unlikely related to the study medication. o The PGRD medical reviewer considered the labelled event unlikely related to the study medication. • See page 50 of 380 for details. **2. Serious Adverse Events** P = 2/49 (4.1%) • Two patients experienced a serious adverse event during this study (Table 20, p.51 of 380). • Both patients were in the placebo group. Patient 002131 died due to heart arrest o The heart arrest occurred 1 day after study completion. o Patient 002108 had an accidental injury (fractured femur) during physical therapy. The accident, which occurred 1 day after study completion, resulted in surgery and the patient recovered. Table 20: Patients With Serious Adverse Events Table 20, p.51 of 380. **3. Withdrawals Due to Adverse Events** HC10: 6/50 (12.0%) GBP250: 3/50 (6.0%) GBP250/HC10: 1/51 (2.0%) | • The PR, PID, and PRID curves for the GBP250/HC10 group were very similar to the curves for HC10 group. • Pain relieving effects of the active treatments (GBP250/HC10 and HC10) were seen as early as 40 minutes postdose. • These data suggest that 250 mg of gabapentin does not potentiate the effects of 10 mg of hydrocodone in this model. • This is in contrast to the apparent potentiation effects of gabapentin with hydrocodone in a dental pain model, Protocol 1035-001. 5. The study also examined the affect of baseline opiate concentrations and the ability to metabolize hydrocodone on the primary efficacy measure, SPID6. • No significant alteration in SPID6 results was seen when either of these factors was incorporated in the primary ANCOVA model. |

**Gabapentin project study summary, Protocol 1035-002 - Post-Operative Pain Following Major Orthopaedic Surgery - Final Study Detail Summary – Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry - July 30, 2008**                                                                4

| | | | |
|---|---|---|---|
| PUBLISHED:  N/a<br><br>**Final study report (unpublished):**<br>Pfizer Global Research & Development.  Ann Arbor Laboratories, Ann Arbor Michigan.  Report Number RR 720-04471 dated December 20th, 2000.  Authors include Dougherty KM, Henry GC, Mundel T, Yan C. | • History of chronic opioid use or opioid abuse within 6 months prior to study entry;<br>• History of any bleeding disorder;<br>• Prior use of Gabapentin within the past 6 months;<br>• Prior participation in Study 1035-001; and<br>• Patient was taking or took an investigational agent or participated in another research protocol within the past 30 days. | • All 10 withdrawals were due to fever.<br>• None of the cases of fever were considered associated with treatment.<br>• See Appendix B.3 for details (p.191 of 380)<br><br>**4. Total Withdrawals:**<br><br>Total Withdrawals: 11/200 (5.5%)<br><br>**Placebo:** 0/49 (0.0%)<br>**GBP250/HC10:** 1/51 (2.0%)<br>• WDAE – 1/51 (2.0%)<br>**GBP250:** 3/50 (6.0%)<br>• WDAE 3/50 (6.0%)<br>**HC10:** 7/50<br>• WDAE: 6/50 (12.0%)<br>• Other: 1/50 (2.0%)<br><br>*[Table 7. Overall Summary of Patient Disposition]*<br><br>Table 7 – 33/80.<br><br>**5. Total Adverse Events:**<br><br>Placebo: 13/49 (26.5%)<br>• Mild: 7/49 (14.3%) | • The percentage of poor metabolizers of hydrocodone in this study was 8%. This is in close agreement with the 7% estimate of poor metabolizers among Caucasians.<br>6. Single-dose treatment with GBP250/HC10 was generally well-tolerated.<br>7. The most frequent adverse events associated with GBP250/HC10 treatment were somnolence and dizziness. No adverse events were experienced at a significantly higher frequency in the GPB250/HC10 group compared with the placebo group.<br>8. The combination of GBP250/HC10 was significantly better than placebo in relieving postsurgical pain; however, 250 mg of gabapentin does not appear to substantially potentiate the analgesic efficacy of 10 mg of hydrocodone in this model. A single oral dose of GBP250/HC10 was well-tolerated with no remarkable side effects. |

Gabapentin project study summary, Protocol 1035-002 - Post-Operative Pain Following Major Orthopaedic Surgery - Final Study Detail Summary – Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry - July 30, 2008

5

| | | | | | |
|---|---|---|---|---|---|
| | | | | • Moderate: 4/49 (8.2%)<br>• Severe: 2/49 (4.1%)<br>GBP250/HC10: 9/51 (17.6%)<br>• Mild: 5/51 (9.8%)<br>• Moderate: 4/51 (7.8%)<br>• Severe: 0/51 (0.0%)<br>GBP250: 10/50 (20.0<br>• Mild: 3/50 (6.0%)<br>• Moderate: 7/50 (14.0<br>• Severe: 0/50 (0.0%)<br>HC10: 15/50 (30%)<br>• Mild: 7/50 (14.0<br>• Moderate:8/50 (16.0<br>• Severe: 0/50 (0.0%)<br><br>See table 18 (pp.47, 48 of 380) for more details.<br><br><u>6. Validated measures of improvement in global function including return to work, study, activities of daily living</u><br><br>• None listed in this study<br><br><u>7. > 50% reduction in pain score (NRS, VRS) from baseline to endpoint</u><br><br>• Not a predefined efficacy parameter.<br><br><u>8. Mean between-group difference in change of pain score (NRS, VRS) from baseline to pre-defined endpoint by ITT-LOCF –where this was the pre-defined primary endpoint in trial</u><br><br>• The primary efficacy parameter in this study was SPID6, the sum of pain intensity | |

|  |  |  |  | difference over the first 6 hours.<br><br>SPID 6 Results by Treatment Group (See Appendix C.2.01, p.212 of 380)<br><br>**Placebo: n = 49**<br>Mean: -0.16<br>SD: 3.09<br>**GBP250/HC10: n=51**<br>Mean: 2.65<br>SD: 4.08<br>**GBP250:n=50**<br>Mean: 1.03<br>SD: 3.89<br>**HC10: n=50**<br>Mean: 2.53<br>SD: 3.92<br><br>The following are the p-values for the 2-way comparison of each treatment group with regard to SPID6 (see appendix D.2.1, p.276 of 380). Note that below, estimates have been rounded to 4 decimal places.<br><br>**GBP250 - HC10:**<br>Estimate: -1.5888<br>p-value = 0.0198<br>**GBP250 - Placebo:**<br>Estimate: 1.1965<br>p-value =0.0799<br>**GBP250/HC10 - GBP250:**<br>Estimate: 1.6576<br>p-value = 0.0146<br>**GBP250/HC10- HC10:**<br>Estimate: 0.0688<br>p-value = 0.9187<br>**GBP250/HC10 - Placebo:** |  |

Estimate: 2.8540
p-value = 0.0001
**HC10 - Placebo:**
Estimate: 2.7853
p-value = 0.0001

- The GBP250/HC10 group was statistically significantly better than the placebo (p = 0.0001) and GBP250 groups (p = 0.0146) on the SPID6 primary efficacy measure (Table 8, p.35 of 380).
  - The GBP250/HC10 group did not separate from the HC10 group (p = 0.9187)
  - Min-test result was therefore negative.
  - In other planned comparisons, the HC10 group was significantly better than all other treatment groups except GBP250/HC10 (Table 9, p.35 of 380).
- The SPID6 efficacy measure for the GBP250 group was not statistically significantly better than that of the placebo group.

Table 8.    p-Values and Min-Test* Results for SPID6
Endpoints: GBP250/HC10 Combination

| Comparators | vs GBP250/HC10 |
|---|---|
| Placebo | 0.0001[+] |
| GBP250 | 0.0146[+] |
| HC10 | 0.9187 |
| Min-Test Result | Negative |

*  The min-test procedure indicates a statistically significant difference if the p-values of all 3 simple comparisons are <0.05.
[+]  Statistically significant difference, p<0.05

Table 8: p.35 of 380

Table 9. p-values for Planned SPID6 Comparisons

| Treatment Comparisons | p-values |
|---|---|
| HC10 vs Placebo | 0.0001* |
| HC10 vs GBP250 | 0.0198* |
| GBP250 vs Placebo | 0.0799 |

\* Statistically significant difference, p =0.05

Table 9 – p.35 of 380.

### 9. % of patients achieving "much improved" or "moderately improved"

- Not a predefined efficacy outcome
- A nurse observer queried patients regarding pain relief at the following target time points: 0.33 (20 minutes), 0.66 (40 minutes), 1, 2, 3, 4, 5, 6, 7, and 8 hours postdose. If rescue medication was administered, final assessment was made immediately before the dose was taken.
- Pain relief was recorded using a 5-point categorical scale:
  - 0 = none
  - 1 = A little
  - 2 = Moderate
  - 3 = A Lot
  - 4 = Complete
- The time effect curve for the GBP250/HC10 group was very similar to that of the HC10 group.
- Separation between the placebo and GBP250/HC10 groups and the placebo and HC10 groups was observed as early as 40 minutes after administration of study medication.
- The PR time effect curve for the GBP250/HC10 group was statistically significantly better than the placebo group for Hours 0.66 (40 minutes) through 5 and

Gabapentin project study summary, Protocol 1035-002 - Post-Operative Pain Following Major Orthopaedic Surgery - Final Study Detail Summary – Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry - July 30, 2008

9

|  |  |  |  | the GBP250 group for Hours 0.66 (40 minutes) through 4 (Figure 6, p.41 of 380). <br> • The PR time effect curve for the GBP250/HC10 group was not statistically significantly better than the HC10 group at any time point. <br> • See Figure 6  (p.41 of 380) for more details <br> • See Appendix C.2.07 for Summary of Pain Relief (p.218 of 380) <br> • See appendix D.5 for analysis of Pain Relief (p.292 of 380) <br> • Patients also completed a Global Impression of Study Medication <br> • Only patient global impression was global impression of study medication on a 5-point scale, tested at end of 8-hours in clinic <br>    o   1=Poor <br>    o   2=Fair <br>    o   3=Good <br>    o   4=Very Good <br>    o   5=Excellent <br> • Responders were defined as those patients who evaluated their study medication as "excellent," "very good," or "good" on the Patient Global Assessment of Study Medication at 8 hours postdose, or at the time of rescue medication. <br> • See Appendix C.2.04 (215/280) and tables 16, 17 (p.45 of 380) for details. <br><br> Responder rates were as follows: <br> **Placebo:** 9/49 (18.4%) <br> **GBP250/HC10:**  33/51 (64.7%) <br> **GBP250:** 18/50 (36%) <br> **HC10:** 30/50 (60%) |  |
|---|---|---|---|---|---|

**Gabapentin project study summary, Protocol 1035-002 - Post-Operative Pain Following Major Orthopaedic Surgery - Final Study Detail Summary –
Prepared by Kelsey Innes, B.Sc., reviewed by Dr. Thomas L. Perry - July 30, 2008**

10

| | | | | 10. Histogram presentation of all PGIC 7-point results<br><br>• N/A, no 7-point PGIC like in other trials. | |
|---|---|---|---|---|---|

**Acute Study No. 6** – Berry 2005 – Acute herpes zoster pain - DBR CROSSOVER TRIAL (published) – FINAL **– Dr. TL Perry, July 27, 2008**                    1

**Acute Study No. 6** – Berry 2005 – Acute herpes zoster pain - DBR CROSSOVER TRIAL (published) – FINAL **– Dr. TL Perry, July 27, 2008**

| Study/Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Acute Study No. 6 (Berry 2005)

Berry JD, Peterson KL.  A single dose of gabapentin reduces acute pain and allodynia in patients with herpes zoster. Neurology 2005; 65: 444-447

**Support:** Pfizer (investigator-initiated grant)

**Dates:** November 2002 – December 2003

**Trial design:** Independent.

DBR Crossover Trial comparing fixed dose gabapentin 900 mg (G) with placebo (P) for  6 hours, before or after a minimum 24 hour washout.

**Concealment:** identical | Acute herpes zoster ("shingles")

Inclusion:
- Herpes zoster rash onset ≤ 45 days of enrolment
- Average daily pain ≥ 40 mm on a 100-mm visual analog scale (VAS)

Exclusion:
- Current use of gabapentin
- Other untreated pain as severe as HZ pain
- Orthostasis
- Renal insufficiency (not defined)

**Allowable drugs:** stable topical analgesics, oral NSAIDs, | Study design: 6 hour double blind crossover RCT comparing G with P as 2 arms (P/G or G/P), with ≥ 24 hours washout between crossovers (medians: 2 days for each sequence; range: 1-6 days between crossovers).

**Patient flow (Table 1, text):**
- Screened: not reported
- Excluded: not reported
- Randomized: 26 as P/G=13
   G/P=13
- Completed crossover: 26
- **Exposed/completed drug: P=26, G=26**
- Withdrawn from treatments: P=0/13; G=0/13

Drug doses: | Predefined outcomes:

**Primary:** Pain severity (VAS:100 mm scale) at intervals during 6 hours after dose.

Secondary:

- Allodynia area
- Allodynia severity
- SF-MPQ
- Category of pain relief
- AE

**Test of blinding:** not described | Safety outcomes: None of the following is suitable for meta-analysis because of short duration and single dose.

**Mortality:** Not reported

**Serious Adverse Events:** Not reported

**Withdrawal Due to Adverse Events:** P=0/26; G=0/26

**Total withdrawals:** P=0/26; G=0/26

**Total patients with AE's:** not reported comparably to other studies

**Most important AE's (Table 5):** not reported comparably to other studies

NB: Authors note that *"sleepiness, lightheadedness, and unsteady gait were greater after gabapentin, but wer not correlated with reduction in pain severity …"* (insignificant and trivial square of correlation coefficient).   However, they appear to have summed AE for which gabapentin at this dose in similar subjects did not cause any AE, with those AE for which it did (dilution of effect would negate any real correlation of sedation or dizziness with benefit) | 1.  This is an interesting study which is not directly comparable with any other study.  Because it reports median pain scores, where most other studies report means, interpretation is more difficult.  Presentation of both means and medians, and/or presentation of individual curves from patients during phase 1 and phase 2 would have been interesting.  No data are presented on patients' overall preference for P or G phase, which would have been easy to ascertain and report.

2. No outcomes are suitable for meta-analysis.

3.  The most interesting feature of this study is the suggestion that it |

| | | | | | |
|---|---|---|---|---|---|
| placebo<br><br>**Randomization:** *"computer-generated, blocked, stratified on age (≥ 50 or < 50) and time since rash onset (> 14 or ≤ 14 days) was administered by a study pharmacist not otherwise involved in the study."* (p. 444) | acetaminophen, opioids, antidepressants, taken up to 2 hours before experimental medication<br><br>**Baseline characteristics:**<br>Mean age: 58 (range 21-80)<br>Pain scores for P/G group, G/P group reported as medians (not means)<br>See Table 1, p. 445 | Single dose of 900 mg given at baseline (time 0)<br><br>**Statistical Analysis:** (p. 444)<br>Power calculation for sample size based on effect size of 30%, SD: 40%, 2-tailed alpha 0.05, beta 0.2. Test for carry-over planned. See original report. | | Total AE's (patients may have > 1 as total exceeds total patients with AE):<br>Not reported<br><br><span style="color:blue">None of the above is suitable for meta-analysis because of short duration and single dose</span><br><br>**Disability:** not reported<br><br>**> 50% reduction in NRS pain score at endpoint vs. baseline:** not reported (not an outcome)<br><br>Primary outcome VAS pain score:<br>Scores are reported as medians at various time points and are not comparable with other studies, e.g. Gilron 2005.<br>Figure (unnumbered) on p. 446 describing % reduction from baseline suggests curves separate after 1.5 hours and were waning by 6 hours, but reports medians, not means.  (No comparable curve for sedation or dizziness is provided.)<br>The reporting of outcomes is virtually impossible to understand, although the graph looks intriguing in suggesting that if gabapentin has an effect on patients, it is virtually immediate in this model (probably for AE as well as pain reduction).<br><br>Secondary outcomes:<br>See original report.  None are comparable to other studies, nor are clearly clinically meaningful.<br>PGIC: not reported | might be possible to tell after the first dose of gabapentin whether a patient's pain will improve, which is pharmacologically logical and similar to most oral or parenteral analgesics (e.g. acetaminophen, NSAID, opioid) and a notion very familiar to patients seeking symptomatic relief.<br><br>4. The argument that analgesia was not correlated with sedation or dizziness is undermined by the apparent inclusion of AE <u>not associated with gabapentin</u> in the correlation calculation (dilution effect).<br><br>5. Uncertain effect of exclusion of patients currently taking gabapentin. |

TAI 2002 – Excluded study No. 1 - GABAPENTIN vs. PLACEBO FOR NEUROPATHIC PAIN AFTER SPINAL CORD INJURY – DBRCT (PUBLISHED VERSION ONLY) – final -    1
Dr. Thomas L. Perry, July 19, 2008

**TAI 2002 – Excluded Study No. 1 - GABAPENTIN vs. PLACEBO FOR NEUROPATHIC PAIN AFTER SPINAL CORD INJURY – DBR CROSSOVER TRIAL (Published) - SUMMARY**

| Study/Design/dates | Inclusion criteria/baseline characteristics | Intervention(s), experimental design, N of subjects randomized (ITT)/ N who completed study | Predefined outcomes/issues in statistical analysis | Outcomes hierarchy (Cochrane, investigators: primary/secondary) | Comments/conclusions of Dr. Perry |
|---|---|---|---|---|---|
| Excluded Study No. 1 Tai, Q, Kirshblum S, et al. Gabapentin in the Treatment of Neuropathic Pain After Spinal Cord Injury: A prospective, randomized, double-blind, crossover trial.  J. Spinal Cord Medicine 2002; 25: 100-105.<br><br>Support: American Academy of Physical Medicine and Rehabilitation, Eastern Paralyzed Veterans Association.<br><br>Trial design: apparently spontaneous by investigators.<br><br>Small study of 7 ionpatients and outpatients of the UMDNJ-New Jersey Medical School, New Jersey, USA.<br><br>DBR placebo-controlled | Post spinal cord injury Inclusion:<br>• 18-85 years old<br>• "neuropathic pain confirmed by a spinal cord injury physician"<br>• traumatic injury > 30 days old<br>• 11-point "Neuropathic Pain Scale" score > 4 "representing moderate to severe pain"<br>Exclusion:<br>• severe cognitive impairment<br>• major depression or score > 16 on Beck Depression Inventory<br>• creatinine clearance < 60 mL/min<br><br>Allowable drugs: concurrent medications already in use, including anticonvulsant, antidepressant, other analgesics, also new p.r.n. analgesics allowed<br><br>**NB: 3/7 subjects completing trial took continuous release oxycodone, ibuprofen, and** | **Study design:** 10 week double blind crossover RCT comparing G with placebo, with 2 week washout on placebo before crossover.<br><br>**Patient flow(p. 101):**<br>• Sceened: not reported<br>• 3 dayrun-in period (not described further)<br>• Excluded: not reported<br>• Randomized: 14<br>• Withdrew: 7 (1 WDAE, 6 other reaons)<br>• Completed: 7<br><br>**Drug doses:**<br>• Starting dose G=300 mg/d  x 2 days<br>• Then 600 mg/d x 5 days<br>• Then 900 mg/d x 1 week<br>• Then 1200 mg/d x 1 week<br>• Then 1800 mg/d x 1 week (or equivalent placebo capsules, all in t.i.d. divided | Predefined outcomes:<br><br>Primary:<br><br>Not clearly specified in methods section.  As interpreted from "Results" section, primary outcomes appears to be a difference at p < .05 for any of 10 possible sub-scores of "Neuropathic Pain Index".<br><br>No indication is given of consideration for multiple comparisons. | Mortality:Not reported<br><br>Serious Adverse EventsNot reported: (total of 2 or 3 SAE, from text, but not differentiable by group)<br><br>Withdrawal Due to Adverse Events:3/14 (group not identified)<br><br>Total patients with AE's: not reported (at least 3, group not identified)<br><br>Most important AE's: not reported<br><br>Primary Outcome Pain scores: not interpretable, claim of statistically significant difference in "unpleasant feeling" as 1/10 subscores of Neuropathic Pain Scale at p=0.028 by Wilcoxon signed rank test ignores multiple | 1. This study makes no overall claim for efficacy of gabapentin., and the claim of 1 "significantly different" pain score out of 10 possible subscores is not valid statistically because of the tiny study size and multiple comparisons.  Only 7/14 patients enrolled completed the study and the dropouts are not accounted for adequately. The outcome described is very different from other studies, and not suitable for meta-analysis.  The safety data are deficient and not suitable for meta-analysis. 3/7 patients were taking chronic oxycodone, ibuprofen, and amitriptyline simultaneously, and others took oxycodone as needed, but the amounts are not reported.<br><br>2.  We should exclude this study from further analysis because it is too seriously flawed to draw any reasonable conclusions. |

| | | | | |
|---|---|---|---|---|
| crossover trial, totalling 10 weeks, plus 3 day initial run-in.<br><br>Patients randomized to placebo (initial group B) or gabapentin (initial group A) for 4 weeks at initial dose of G=300 mg/d (or placebo), titrated to 1800 mg/d by Day 22, then stable dose until Day 28; then washout x 2 weeks on placebo (? single blind), then treatment with alternative arm, also for 4 weeks.<br>*"Drugs placed in identical capsules to achieve blinding."* (p. 359)<br><br>Patients screened and enrolled before January 2002 (dates not indicated, publication submitted January 16, 2002 – p. 100)<br><br>Randomization: *"Pharmacist used a random distribution table for assignment" to Group A* (initial treatment with G) or Group B (initial placebo control*)* (p. 101)<br><br>Concealment: | amitriptyline during the trial and an unknown number took oxycodone/acetaminophen (pp. 102, 103, 104)<br><br>**Baseline characteristics:**<br>Age (range): 27-48<br>Mostly cervical cord injuries | doses)<br><br>**Analysis:**<br>Comparison of 11 point NRS scores for 10 different "neuropathic pain descriptors" at baseline, end of week 4 for each phase (P, G) – differences between gabapentin-treated vs. placebo-treated groups in either group (A or B) tested by Wilcoxon signed rank test, with significance set at $p < 0.05$. No adjustment for multiple comparisons specified in methods section. (p. 102) | comparisons. | |

TAI 2002 – Excluded study No. 1 - GABAPENTIN vs. PLACEBO FOR NEUROPATHIC PAIN AFTER SPINAL CORD INJURY – DBRCT (PUBLISHED VERSION ONLY) – final -   3
Dr. Thomas L. Perry, July 19, 2008

| | | | | | |
|---|---|---|---|---|---|
| Both drugs in gelatin-coated capsule form with "identical shape and colour" | | | | | |
| | | | | | |

UNKNOWN SPONSOR – Excluded study No. 2 -  Perez HE, Sanchez GF.  Gabapentin Therapy for Diabetic Neuropathic Pain (letter) American J. Medicine 2000; 108: 689 –   1
Prepared by Thomas L. Perry, M.D. – FINAL – July 22, 2008

| Study / Design / Dates | Inclusion Criteria / Baseline Characteristics | Intervention(s), Experimental Design, N of Subjects Randomized (ITT) / N Who Completed Study | Predefined Outcomes / Issues in Statistical Analysis | Outcomes Hierarchy (Cochrane, investigators: primary / secondary) | Comments / Conclusions |
|---|---|---|---|---|---|
| Excluded study 2 Perez HE, Sanchez GF (Department of Medicine, Division of Endocrinology, Instituto Mexicano del Seguro Social, Monterrey, Mexico<br><br>Date of Study: ? – given editing times, substantially prior to June 1, 2000 – NB: the Pfizer/Parke-Davis-sponsored LADPN open-label study was run from February 16 to 4 December 2001; LADPN  published report does not indicate Perez HE or Sanchez GF as investigators for LADPN.<br><br>1 page letter published in American J. Medicine, June 2000:<br><br>Perez HE, Sanchez GF. Gabapentin Therapy for Diabetic Neuropathic | Painful diabetic neuropathy.<br><br>Inclusion Criteria:<br>• Diabetic patients referred for management of neuropathic pain "after conventional treatment failed"<br>• Diagnosis by clinical examination and electrophysiologic study (no details)<br>• Pain score > 60 on 100-point VAS<br><br>Exclusion Criteria:<br>• None reported<br><br>Baseline Characteristics:<br>Mean age 54, duration of diabetes 14 years, HbA1c 9.1% | Study Design:<br><br>Parallel group study described as "double-blind, controlled trial", but no details are provided.<br><br>Flow of Participants:<br>Letter does not state that patients were randomized, although Cochrane review suggests they were, based on unpublished subsequent correspondence with authors. No information is provided about technique of double-blind, concealment, randomization. Two groups are shown in a table:<br>P = 15<br>G = 17<br>Total = 32 patients<br><br>Gabapentin patients were started on 300 mg twice/day and titrated to maximum of 1200 mg/day in successive office visits, based on clinical | Predefined Outcomes:<br><br>Appears to be a reduction of at least 50% in VAS pain score (vs. baseline) at each visit.  ("Our goal was to decrease the self-reported pain score during all examinations by more than half.")<br><br>NO STATISTICAL ANALYSIS PLAN IS DESCRIBED, AND NO METHODS WHATSOEVER ARE REPORTED. | Mortality<br><br>Not reported<br><br>Serious Adverse Events<br><br>Not reported<br><br>Withdrawals Due to Adverse Events:<br><br>Not reported<br><br>Adverse Events:<br><br>Not reported<br><br>Total Patients with Adverse Events:<br><br>Not reported<br><br>Primary outcome (≥ 50% reduction in VAS pain score, from baseline, at all visits):<br><br>Not reported | 1.   This report is so incomplete that it is impossible to determine whether it describes a real experiment or not. There is no description of methods sufficient to determine whether patients were randomized, whether patients or investigators were blinded, whether patients experienced any of the expected adverse effects, or whether observations of patients' self-reported pain score were recorded "during all examinations" as the authors indicate would have been the primary outcome.<br><br>**One cannot reasonably include this report in any meta-analysis, nor consider it valid for any purpose.**  It does not make sense for the Cochrane systematic review (2005) to have included these data, which relate to a "greater than 50% reduction of VAS pain score", not to a "Patient Global Impression of Change/PGIC", and which are also completely disparate from all similar data (Figure 1, p. 16 of Wiffen PJ et al. Cochrane systematic review 2005), yet are included also in Figure 5 of the same review. |

| | | | | | |
|---|---|---|---|---|---|
| Pain (letter) American J. Medicine 2000; 108: 689<br><br>Purportedly a DBRCT but no details provided in report; Cochrane review 2005 (Wiffen PJ et al) states that correspondence with authors clarified randomization, but gives no details. | | symptoms.<br><br>Patients were observed for 3 months with multiple office visits (number and timing not reported).<br><br>Authors state that patients were observed for 3 months but present data only for "pain relief at 1 month" defined as "at least 50% reduction in pain score". | | The authors report only number and % of patients achieving this endpoint at <u>1 month</u>, although they state that patients were observed for 3 months:<br><br>P = 2/15 (13%)<br>G = 14/17 (82%)<br><br>p reported as 0.00012 ("Fisher's exact test or Student's t test")<br><br>**THIS IS NOT A RELIABLE STATISTICAL TEST AS THE OUTCOME REPORTED APPEARS TO BE A POST-HOC ANALYSIS OF A SINGLE TIME POINT, RATHER THAN THE APPARENT PRE-DEFINED PRIMARY ENDPOINT** (assessment of pain at multiple visits) | |