**Expert Consultant Report**

Prepared by:

Brian Alldredge, PharmD

Professor of Clinical Pharmacy
Associate Dean, Academic Affairs
School of Pharmacy

Health Sciences Clinical Professor of Neurology
School of Medicine

University of California, San Francisco
521 Parnassus Ave., C-152
San Francisco, CA 94143-0622

_____
Brian Alldredge, PharmD

Executive Summary

Gabapentin (Neurontin) was initially approved for the treatment of epilepsy (1993) and subsequently approved for the treatment of postherpetic neuralgia (2002). Randomized, controlled trials of gabapentin were conducted and submitted to the U.S. Food & Drug Administration (FDA) to support these indications. Many of these randomized controlled trials compared the efficacy of gabapentin at two or more dosages in order to establish a dose-response relationship. Knowledge of a drug's dose-response relationship can be used to establish the drug dosage (or dosage range) that provides the optimal balance between therapeutic effect (improvement of the medical condition) and adverse effects. There are particular study designs that are most suitable for establishing a scientifically valid relationship between dosage and efficacy. Randomized, double-blind, controlled trials that compare fixed doses of a drug (for a sufficient time that the endpoint is clearly evident) provide the highest quality of evidence for a dose-response relationship.  Study designs that usually provide evidence of lesser quality include open-label studies (with the potential for introduction of bias), studies with non-random assignment to different dosages, and studies during which dosage is adjusted in a fixed-titration or optional-titration manner. Gabapentin was studied using all of these study designs. The highest quality evidence failed to establish a dose-related effect (i.e., continued improvement in efficacy) at dosages above 1800 mg/day. This assertion is supported by my report, and by FDA rulings.

Despite the lack of scientifically valid evidence to support a dose-related effect of gabapentin at dosages above 1800 mg/day, Parke-Davis/Pfizer embarked on a marketing

campaign that advocated the use of dosages up to (and above) 3600 mg/day. This "higher dosage / higher efficacy" message was strategically discussed in Parke-Davis planning documents and it was promoted via company-sponsored publications, continuing medical education programs and materials, and via presentations/lectures that targeted Neurontin prescribers. The "higher dosage / higher efficacy" message was incomplete and misleading. It relied on lower quality evidence at the exclusion or minimization of higher quality evidence. The effect was to increase Neurontin sales, to increase Parke-Davis/Pfizer profits, and to increase the expenditures of payors (including patients).

Background/qualifications of Dr. Alldredge

My name is Brian Alldredge. I am Professor of Clinical Pharmacy and Associate Dean for Academic Affairs at the University of California, San Francisco (UCSF) School of Pharmacy. I am also a Health Sciences Clinical Professor of Neurology at the UCSF School of Medicine. My principal areas of research include: 1) the clinical pharmacology and clinical use of drugs for the treatment of epilepsy; 2) pharmacogenomics; and, 3) the safe and effective use of medications in the general population. I am a licensed pharmacist.

I received a Bachelor's degree from UCLA in 1980 and a PharmD degree from UCSF in 1984. I completed a residency in clinical pharmacy practice at Long Beach Memorial Hospital (California) in 1985. I have been a member of the faculty at UCSF for 23 years. I was a Lecturer from 1985 to 1987; an Assistant Professor from 1987 to 1990; an Associate Professor from 1990 to 1996; and, was promoted to the rank of Professor in 1996. A list of my publications is attached as Appendix A.

I have conducted research on a variety of topics related to the clinical use and clinical pharmacology of drugs for the treatment of epilepsy and for a catastrophic epilepsy-related condition known as status epilepticus. These studies include the use of phenytoin for the treatment of alcohol withdrawal seizures, the pharmacokinetics of fosphenytoin in patients with kidney and liver disease, and the use of lorazepam and diazepam for the out-of-hospital treatment of status epilepticus. I have published numerous peer reviewed journal articles, including two papers in *The New England Journal of Medicine* (one

review and one primary research article) – which is considered one of the most respected journals in medicine.  I have published numerous book chapters, and I am an editor of *Applied Therapeutics: The Clinical Use of Drugs* – a well-regarded textbook in pharmacy/clinical pharmacology education. I am also an Associate Editor for *AHRQ Web M&M: Morbidity & Mortality Rounds on the Web*.

I have served on many professional committees and task forces. Currently, I serve as a consultant for an NIH-funded study of field administration of stroke treatment-magnesium (the "FAST-MAG" study) and I serve on two National Institutes of Health, Data Safety & Monitoring Boards (to review the safety and data integrity of NIH-sponsored clinical studies). I am currently on the Executive Committee and a member of the Professional Advisory Board for the Epilepsy Foundation (formerly, the Epilepsy Foundation of America). I am a past president of the Epilepsy Society of San Francisco.

I am being compensated at a rate of $400 per hour for time spent on this work. I have not testified at trial or via deposition as an expert witness for any other case in the past four years. In preparing this report, I have relied upon my knowledge of the literature in epilepsy and clinical pharmacology, PubMed (www.pubmed.gov) searches for high quality clinical studies of gabapentin in epilepsy and pain conditions, and documents provided to me by Greene & Hoffman (Appendix C).

Introduction

I have been asked to render opinions on two primary questions:

> Is there reliable evidence to demonstrate enhanced efficacy of gabapentin (Neurontin) at doses above 1800 mg per day?

> Were marketing materials/practices used by Parke-Davis and Pfizer truthful and scientifically valid with regard to the efficacy of gabapentin (Neurontin) at doses above 1800 mg/day?

In addressing the first question above, I have focused on randomized, controlled clinical trials of gabapentin for epilepsy and neuropathic pain conditions - including post-herpetic neuralgia and diabetic peripheral neuropathy - as well as open-label studies that are extensions of randomized, controlled trials, and studies highlighted in Neurontin marketing materials used by the Parke-Davis/Pfizer to support the efficacy of doses above 1800 mg/day.

**Section 1. Is there reliable evidence to demonstrate enhanced efficacy of gabapentin (Neurontin) at doses above 1800 mg per day?**

<u>Establishing a dose-response relationship</u>

Dose-response information describes the relationship between the amount of a drug that is given to a person and the clinical effects of that drug on the individual. These "clinical effects" can be therapeutic (i.e., an improvement in a medical condition) or toxic (i.e., adverse effects of the medication). Understanding the dose-response relationship of a given medication is often of paramount importance in determining the safety and effectiveness of a drug. For drugs that are shown to be safe and effective, prescribers (e.g., physicians) rely on dose-response information to determine the optimal dosages for use by their patients – that is, the dosage that is most likely to benefit the individual and least likely to cause unacceptable adverse effects.

Regulatory bodies, such as the United States Food & Drug Administration (FDA), rely on data provided by a drug's sponsor in order to guide a drug product's labeling (i.e., the "package insert"), where information on optimal dosing is given.  In its document, "Guidance for Industry / Exposure-Response Relationships: Study Design, Data Analysis, and Regulatory Applications," the FDA states "[t]he more critical a role that exposure-response information is to play in the establishment of efficacy, the more critical it is that it be derived from an adequate and well-controlled study..."  This guideline document goes on to recommend that critical dose-response studies: "(1) have prospectively defined hypothesis/objectives, (2) use an appropriate control group, (3) use

randomization to ensure comparability of treatment groups and to minimize bias, (4) use well-defined and reliable methods for assessing response variables, and (5) use other techniques to minimize bias."[1] Thus, the standards for establishing a scientifically valid dose-response relationship are quite high. In this regard, data derived from randomized, double-blind, controlled clinical trials in which subjects are assigned to receive various fixed doses of a drug ("fixed dose, parallel group studies") are often of greatest value in establishing a scientifically valid dose-response relationship. In general, open-label studies, non-randomized studies, and studies that do not employ fixed doses are of much lesser value in establishing a true dose-response relationship.

Gabapentin is a drug for which dose-response information is of value in guiding its clinical use. If one assumes that some of the evidence for gabapentin efficacy (in epilepsy and post-herpetic neuralgia) is valid, it appears that the drug is useful over a range of doses – and, like most drugs, gabapentin can cause adverse effects. Understanding the dose-response relationship for gabapentin would be expected to lead to improvements in clinical care. For example, adverse effects might be minimized or avoided, clinical efficacy might be improved, the time required to obtain an optimal response might be shortened (providing faster relief from the medical condition being treated; or minimizing the time required to determine that the drug is ineffective), and costs might be minimized (e.g., unnecessary upward and downward dose titration could be avoided if the drug's beneficial effects were known to plateau at a certain dosage).

When a new drug is initially evaluated for efficacy and safety (in Phase III and some Phase II trials), it is important that the drug doses to be studied are chosen carefully. Doses used in these trials are determined by the drug's sponsor – that is, they are not mandated or separately determined by an external regulatory agency (such as the FDA). Sponsors select the doses for study after careful consideration of pharmacokinetic and tolerability data derived from Phase I or Phase IIa human studies. Clearly, study sponsors strive to choose the doses that will represent the optimal balance between efficacy and tolerability. Using data collected from high quality clinical studies, a dose-response relationship can be explored – and if determined, this information should be incorporated into the product label (under the jurisdiction of FDA) and made available to prescribers (via product labeling, publications, marketing materials, education sessions, etc.). Section 1 of this report evaluates the dose-response relationship of gabapentin at dosages of 1800 mg/day and above. Section 2 of this report evaluates the marketing practices of Parke-Davis/Pfizer as it relates to dose-response issues addressed in Section 1.

<u>Randomized, double-blind studies that evaluate gabapentin at doses of 1800 mg/day or greater</u>

<u>Epilepsy</u>

In this section, I have restricted my analysis to randomized, double-blind trials of gabapentin, used at dosages of 1800 mg/day or higher, for the treatment of epilepsy. The relevant trials are:

- 945-05

- 945-77

- 945-82

- 945-88

Table 1 includes a summary of the primary study design features and outcomes of the studies cited above. Three of the four trials evaluated the efficacy and safety of gabapentin for the treatment of medically-refractory (intractable) epilepsy (945-05, 945-82, and 945-88); among these three trials, gabapentin was used as adjunctive therapy in one (945-05), and as monotherapy in two (945-77 and 945-88).  One of the four trials evaluated the efficacy and safety of gabapentin monotherapy in patients with newly diagnosed epilepsy (945-77).

**945-05** [Research report 720-02801] – This 12-week, double-blind study compared the efficacy of gabapentin 1200 mg/day to placebo in patients with medically refractory partial seizures (a type of epileptic seizure that arises from a localized area of the brain). In addition, the dose-response characteristics of

gabapentin were explored by comparing responses among the 1200 mg/day gabapentin group and smaller groups of subjects that were randomly assigned to review 600 mg/day gabapentin or 1800 mg/day gabapentin. All gabapentin doses were given as a TID (three times daily) dosing regimen. Gabapentin 1200 mg/day was superior to placebo with regard to the reduction in partial seizures measured by the "response ratio[2]" in the "intent to treat[3]" population.  The "responder rate" – defined as the percentage of patients with a reduction in seizure frequency of $\geq$ 50% - favored gabapentin 1200 mg/day over placebo, but the difference was not statistically significant. In the dose-response analysis for this trial, the response ratios and responder rates were determined for each of the three gabapentin dosage groups. The results demonstrated that the 600 mg/day and 1800 mg/day groups had greater reductions in partial seizures as compared to the 1200 mg/day group. Thus, a consistent dose-response relationship for gabapentin (i.e., increasing efficacy with increasing dosage) was not demonstrated in this study. However, this trial did not evaluate gabapentin dosages above 1800 mg/day; therefore, the question of gabapentin efficacy at doses above 1800 mg/day cannot be addressed from these results.

**945-77** [RR 720-03779] – This randomized, double-blind study compared three doses of gabapentin (300, 900, and 1800 mg/day) and open-label carbamazepine in patients with newly diagnosed epilepsy. Carbamazepine is an antiepileptic drug that is commonly used for the treatment of epilepsy (specifically, partial and secondarily generalized tonic-clonic seizures - the same types of seizures that are

treated by gabapentin). The primary efficacy criterion used to determine the success or failure of gabapentin was "time to exit" after beginning study treatment. In this design, patients are maintained on study treatment until they experience one or more of the pre-specified "exit" criteria that indicate drug failure. Examples of exit criteria include status epilepticus (a life-threatening condition characterized by prolonged or repeated epileptic seizures), and occurrence of three or more partial seizures.  Thus, the more effective an antiepileptic drug is, the longer a patient will remain on study treatment – and, the longer the "time to exit" interval. Results showed that the "time to exit" was significantly longer for the 900 mg/day and 1800 mg/day gabapentin groups as compared to the 300 mg/day gabapentin group. Thus, 900 mg/day and 1800 mg/day gabapentin were demonstrated to be effective. In the study analysis, the 900 mg/day and 1800 mg/day gabapentin groups were not directly compared with regard to the "time to exit" criterion. However, Figure 1 (Appendix B - Kaplan-Meier Estimate of Time to Exit: ITT Population, Gabapentin Dosage Groups Only) shows that, at any one point in time during the study, patients in the 1800 mg/day group were either equally or more likely to exit the study due to an exit (i.e., "treatment failure") event. Because this trial did not include gabapentin dosages above 1800 mg/day, the efficacy of the drug above this dosage limit cannot be addressed.

**945-82** [RR 720-03495] – This randomized, double-blind, "dose-controlled" (a given drug dosage serves as a control, as opposed to a placebo group control)

study evaluated the efficacy of gabapentin monotherapy at doses of 600, 1200 and 2400 mg/day in patients with intractable partial-onset seizures. Subjects were taking 1 or 2 marketed antiepileptic medications at the time of randomization, when gabapentin was added to their regimen. Then, "baseline" antiepileptic medications were gradually tapered and discontinued, after which patients remained on 16 weeks of treatment with gabapentin monotherapy (either 600, 1200 or 2400 mg/day). Patients exited the trial early if they experienced one of the pre-specified treatment failure events (e.g., an episode of status epilepticus or a pre-specified increase in the severity or frequency of seizures). Thus, the primary efficacy endpoint was "time to exit" (similar to 945-77 discussed above). Unlike the studies discussed above, a direct comparison between the various gabapentin dosage groups was included in the primary analysis plan. Results of the trial were that there were no differences between the 600, 1200 and 2400 mg/day gabapentin groups with regard to the primary efficacy outcome measure, "time to exit". The percentage of patients in each group who completed the study without a failure event (a secondary outcome endpoint of the trial) was 15% in the 600 mg/day group, 26% in the 1200 mg/day group, and 19% in the 2400 mg/day group. Thus, the lowest and highest dosage groups had the lowest success rates, and the intermediate dose had the highest success rate. Overall, this trial did not demonstrate efficacy of gabapentin as monotherapy in this population; nor, did it demonstrate a dose-response relationship for the drug. In this trial, gabapentin blood levels were measured; a 3-fold difference between the different dosage groups was found. Analysis of concentration-response data is often an important

aspect of the evaluation of a dose-response relationship – particularly for drugs that display significant inter-individual variability in blood concentrations at a fixed dose. For example, one might fail to detect the effect of a given drug/dose combination if many of the study subjects were "poor absorbers" of the medication.  In study 945-82, a 3-fold difference in gabapentin concentrations between groups was not sufficient to detect a difference in the study endpoint.

**945-88** [RR 720-03675] – This randomized, double-blind, study evaluated the effectiveness of gabapentin monotherapy in patients with medically refractory partial epilepsy who were hospitalized and who had their previous antiepileptic drug therapy removed. Patients were randomly assigned to receive either 300 mg/day or 3600 mg/day gabapentin and they were followed for an 8-day study period. The primary efficacy criterion was "time to exit" (similar to 945-77 and 945-82). Patients who received 3600 mg/day gabapentin remained on monotherapy significantly longer than those who received 300 mg/day. Thus, the study demonstrated efficacy of gabapentin as monotherapy in this short inpatient trial. The significance of these results with regard to supporting a claim of efficacy for gabapentin monotherapy in refractory epilepsy has been questioned because of the unusually short duration of the trial. Whether these short-term results can be generalized to the chronic treatment of epilepsy is unknown. This concern was voiced in Dr. Paul Leber's (Director, Division of Neuropharmacological Drug Products, Office of Drug Evaluation, Center for Drug Effectiveness and Research, FDA) review of these study results..."[w]hile

Study 945-088 does provide 'proof of principle' support for a conclusion that Neurontin has some capacity to reduce the incidence of partial seizures in patients with chronic recidivistic epilepsy, the time interval investigated (i.e., 8 days) is so short that the finding has little, if any, relevance to the proposed condition of use of the marketed product either in chronic or newly diagnosed patients." [WLC_FRANKLIN_0000090129] Study 945-88 also does not illuminate the issue of a dose-response relationship for gabapentin at doses greater than 1800 mg/day, since 3600 mg/day was the only gabapentin dosage shown to be effective in this trial.

Neuropathic Pain Conditions

In this section, I have restricted my analysis to randomized, double-blind trials of gabapentin, used at dosages of 1800 mg/day or higher, for the treatment of neuropathic pain conditions.  The relevant trials are:

- 945-210

- 945-211

- 945-224

- 945-295

- 945-306

- A945-1008

Table 1 includes a summary of the primary study design features and outcomes of the studies cited above. Three of these trials evaluate the efficacy of gabapentin in the treatment of diabetic peripheral neuropathy (945-224, 945-210, and A945-1008); two

trials evaluate the efficacy of gabapentin in post-herpetic neuralgia (945-211 and 945-295); and one trial evaluated the efficacy of gabapentin for neuropathic pain from various causes (945-306).

**945-210** [RR 720-03908] – This 12-week, randomized, double-blind study compared the efficacy of gabapentin (900 to 3600 mg/day) to placebo in patients with painful diabetic peripheral neuropathy. During the first 4 weeks of double-blind treatment, gabapentin (or matching placebo) was titrated from 900 mg/day to 1800, 2400, and then 3600 mg/day (given as a three times daily regimen). If adverse effects occurred, the dose of gabapentin (or placebo) was reduced. Thus, gabapentin was titrated to the maximum well tolerated dosage based on tolerability (not based on efficacy).[4] During the second 4-week period of double-blind treatment, the maximum well tolerated dosage of gabapentin was maintained. The primary efficacy parameter was the mean pain score from daily pain diaries at endpoint (the last 7 daily entries while on study medication). The pain score was derived from an 11-point Likert scale in which 0 represented "no pain" and 10 represented the "worst pain possible." The published report of this study, by Backonja, et al.,[5] reported a significant improvement in mean daily pain score at study endpoint in the gabapentin group compared to the placebo group (intent-to-treat analysis; p<0001). However, the validity of the primary study results appear to have been compromised by unblinding of study patients and investigators related to medication adverse effects (a critical issue in studies of pain, a subjective endpoint). Although the study authors performed additional analyses to address this limitation, their techniques have been criticized

and the expert consultant report prepared by Dr. Nicholas Jewell[6] criticizes the
original study analyses and, upon a more thorough independent reanalysis, finds that
the treatment effect seen in this study disappears when data after the occurrence of
central nervous system adverse effects are eliminated. Nevertheless, if one assumes
that the study was able to determine the efficacy of gabapentin in this population, the
dose-response relationship of gabapentin in this condition could not be addressed as a
single dose of gabapentin (3600 mg/day) was used. The study sponsors acknowledge
this limitation in minutes of a meeting between Parke-Davis representatives and the
French Drug Agency (June 18, 1998)..."[t]here was only one dosage of Neurontin in
this trial, it is thus difficult to analyze the impact of the dosage on the efficacy."
[PFIZER_LLAMOREAUX_0009058] Thus, the study design of 945-210 is adequate
to gain experience with gabapentin at higher doses, but it is not sufficient for
establishing a dose-response relationship.

**945-211** [RR 995-00070] – This 8-week randomized, double-blind study compared
the efficacy of gabapentin to placebo for the treatment of post-herpetic neuralgia. As
in study 945-210, gabapentin (or matching placebo) was sequentially titrated through
a range of dosages (900, 1800, 2400 mg/day) until a dosage of 3600 mg/day was
reached, or the highest well tolerated dosage below 3600 mg/day. This "forced-
titration" phase was 4-weeks in duration. During the second 4-week period of double-
blind treatment, the maximum well tolerated dosage of gabapentin was maintained.
As mentioned previously, this forced-titration design – to a single gabapentin dosage,
or to the next highest dosage based on tolerability – is insufficient to establish a dose-

response relationship for the drug.  The primary efficacy measurement was the change from baseline in the average daily pain rating scores (similar to 945-210). The pain score was derived from an 11-point Likert scale in which 0 represented "no pain" and 10 represented the "worst pain possible."  Results showed that gabapentin-treated patients experienced a statistically significant reduction in the mean pain score from baseline relative to placebo-treated patients (p=0.001). However, as for study 945-210, the study design was insufficient to determine the dose-response relationship of gabapentin since a single final dosage (3600 mg/day) was used in the trial. Thus, this study does not provide substantial evidence of increased efficacy of gabapentin for post-herpetic neuralgia at doses above 1800 mg/day.

**945-224** [RR 720-04130]– This 7-week randomized, double-blind trial compared the efficacy of gabapentin 600 mg/day, 1200 mg/day, and 2400 mg/day to placebo for the treatment of painful diabetic peripheral neuropathy. The study consisted of a 3-week dose titration period, followed by a 4-week fixed-dose period during which gabapentin (at 600, 1200 or 2400 mg/day) or placebo was maintained. The primary efficacy measurement was the change from baseline in the average daily pain rating scores. The pain score was derived from an 11-point Likert scale in which 0 represented "no pain" and 10 represented the "worst pain possible."   Results demonstrated no statistically significant difference between any of the gabapentin dosage groups and the placebo group for the primary efficacy parameter (p>0.05 when comparing each dose group to placebo). To the extent that some of the secondary study endpoints demonstrated a difference between gabapentin groups and

placebo, there was no consistent dose-related effect noted (i.e., 1200 mg/day gabapentin performed better than placebo on some selected measures, but for no secondary endpoint was 2400 mg/day shown to be superior to 1200 mg/day. The "fixed-dose parallel group" design of this trial is appropriate to gather information to inform the dose-response effect of gabapentin. However, the results of this trial clearly demonstrate that gabapentin was not effective. Thus no dose-response effect was seen, and this study does not provide substantial evidence of increased efficacy of gabapentin for painful diabetic peripheral neuropathy at doses above 1800 mg/day.

**945-295** [RR 430-00124] – This 7-week randomized, double-blind trial compared the efficacy of gabapentin 1800 mg/day, and 2400 mg/day to placebo for the treatment of post-herpetic neuralgia. The "fixed-dose parallel group" design of this trial was employed to gather data regarding the dose-response effect of gabapentin. The primary efficacy measurement was the change from baseline in the average daily pain rating scores. The pain score was derived from an 11-point Likert scale in which 0 represented "no pain" and 10 represented the "worst pain possible." Results showed that gabapentin-treated patients experienced a statistically significant reduction in the mean pain score from baseline ($p<0.01$) relative to placebo-treated patients for both the 1800 mg/day and 2400 mg/day groups. The mean reduction in pain score from baseline was -34.5% in the 1800 mg/day gabapentin group, and -34.4% in the 2400 mg/day gabapentin group. Thus, the two dosage groups (while not compared statistically for difference) are clearly similar. Comparing the two gabapentin dosage groups with regard to the clinically relevant "responder rate" (the percentage of

patients with a reduction in mean pain score of $\geq$ 50%) also shows that responses were similar for the 1800 mg/day (32% responder rate) and 2400 mg/day (34% responder rate) groups. Thus, no dose-response effect for gabapentin was found, and this study does not provide substantial evidence of increased efficacy of gabapentin for post-herpetic neuralgia at doses above 1800 mg/day.

**945-306** [RR 430-00125] – This 8-week randomized, double-blind study compared the efficacy of gabapentin to placebo for the treatment of neuropathic pain. After a 1-week screening interval, eligible patients were given 900 mg/day gabapentin (or matching placebo). Over a 5-week titration period, patients who did not demonstrate 50% or greater pain reduction were increased to 1800 mg/day – and again, to 2400 mg/day if necessary. Thus, gabapentin dosage adjustment was optional and covered a range of 900 to 2400 mg/day. Overall, double-blind therapy was received for a total of 8 weeks (5 weeks titration period; 3 weeks post-titration period). The primary efficacy measurement was the change from baseline in the average daily pain rating scores (similar to 945-210 and 945-211). The pain score was derived from an 11-point Likert scale in which 0 represented "no pain" and 10 represented the "worst pain possible." Results showed that gabapentin was superior to placebo with regard to the primary efficacy endpoint (p=0.048). Comparing week-to-week mean pain scores between the two groups, gabapentin was superior to placebo during Weeks 1, 3, 4, 5 and 6 – but, there was no significant difference between groups during Weeks 2, 7 and 8. The "optional dose titration" design of this study precludes any conclusions regarding gabapentin dose-response relationship. This point also was

acknowledged in the manuscript by Serpell, et al., (2002),[7] which states... "[d]ue to the design of the study, it is not possible to draw any conclusions regarding a dose-response effect of gabapentin." Thus, this study does not provide substantial evidence of increased efficacy of gabapentin for neuropathic pain at doses above 1800 mg/day.

**A945-1008** [PFIZER_LKNAPP_0062214 and PFIZER_LCASTRO_0008182] – This 15-week randomized, double-blind trial compared the efficacy of gabapentin to placebo for efficacy, quality of life, and safety in painful diabetic peripheral neuropathy. After a 1-week placebo "lead-in" phase, subjects were randomly assigned to gabapentin 3600 mg/day or placebo. During a 14-day dose titration phase, the dosage of gabapentin (or matching placebo) was increased to 3600 mg/day. No dosage adjustments were allowed and subjects who could not tolerate the study medication were withdrawn. Subjects were followed for 12 weeks during a double-blind maintenance treatment phase. The primary efficacy parameter was the mean pain score from daily pain diaries at endpoint (the last 7 daily entries while on study medication).  In the analysis by the study sponsor, gabapentin was superior to placebo with regard to the primary efficacy parameter (p=0.0008). The inclusion of a single gabapentin dosage and "forced dose titration" design of this study precludes any conclusions regarding gabapentin dose-response relationship. Thus, this study does not provide substantial evidence of increased efficacy of gabapentin for neuropathic pain at doses above 1800 mg/day.

<u>Open-label studies that evaluate gabapentin at doses of 1800 mg/day or greater</u>

<u>Epilepsy</u>

In this section, I restrict my analysis to selected open-label trials of gabapentin, used at dosages of 1800 mg/day or higher, for the treatment of epilepsy. The studies reviewed are:

- 945-05 (open-label extension of 945-05)

- 945-83 (open-label extension of 945-82)

- 945-193 and 945-200 (also known as the Neurontin "STEPS" study)

945-05 (open-label extension) and 945-83 are included because they were open-label continuations of randomized controlled trials summarized above; 945-193 and 945-200 are included because, as the "Neurontin STEPS" study, they were used extensively in gabapentin marketing. Another open-label study of gabapentin used for marketing purposes was the NEON study. This study was not provided to me and it was not reviewed.

In general, open-label studies are subject to the introduction of bias related to the lack of randomization, and to the patient's and investigator's knowledge of treatment assignment. These limitations reduce the capacity of such studies to establish a "true" dose-response relationship.

**945-05 (open-label extension)** [RR 720-02816] – This was a 12-week open-label (unblinded) continuation of 945-05 in which all study subjects were given an

opportunity to continue or begin treatment with gabapentin. In this optional open-label phase, patients were titrated to 1200 mg/day gabapentin and subsequent dosage adjustments were made at the discretion of the investigator (treating physician) in the range of 600 to 2400 mg/day. Thus, the doses of gabapentin were not titrated to any explicit fixed endpoint either related to daily dosage or to a specific clinical outcome. As in 945-05, the primary efficacy endpoint was reduction in partial seizures from baseline to treatment. Results demonstrated that patients originally assigned to placebo in the double-blind phase and treated with open-label gabapentin in the open-label phase experienced a reduction in seizures as measured by response ratio and responder rate. In those patients who received one of three gabapentin dosages (600, 1200 or 1800 mg/day) in the double-blind phase and were then treated with 600 to 2400 mg/day gabapentin in the open-label phase, the response ratio[2] values were similar (-0.139 in the double-blind phase and -0.136 in open-label phase; where a more negative value indicates greater reduction in seizures. In this same group of patients (gabapentin in both double-blind and open-label phases), responder rates were also similar between the two phases (19% in the double-blind phase and 20% in the open-label phase). These results do not inform the dose-response relationship for gabapentin at doses above 1800 mg/day. In addition to the limitations of the study design identified above (lack of randomization, introduction of bias), patients were neither titrated to fixed doses of gabapentin nor were they titrated to a pre-specified clinical endpoint.

**945-83** [RR 720-03497] - This was an open-label extension of gabapentin trial 945-82. In this open-label extension phase, patients who had achieved monotherapy in the double-blind phase were titrated to a "maximum well-tolerated dose" of gabapentin in the range of 600 to 3600 mg/day. Patients who did not achieve monotherapy in the double-blind phase were eligible to receive open-label gabapentin as an adjunct to their current 1 or 2 antiseizure drugs and were then titrated to a maximum well-tolerated gabapentin dosage in the range of 600 to 3600 mg/day; baseline antiepileptic drugs were then tapered with the goal of achieving gabapentin monotherapy.  For all patients, further upward dosage adjustments could be made after 12 weeks at 3600 mg/day; at the discretion of the investigator, gabapentin dosages could be increased to 4800 mg/day. In this study, the majority of monotherapy exposure was at a dosage of 3600 mg/day or above. The study design – in which investigators were instructed to titrate gabapentin to the highest dosage that did not cause unacceptable side effects – is sufficient to gain clinical experience at higher doses – and, to some extent, to inform the tolerability of gabapentin at higher doses. However, it is not sufficient to illuminate the dose-response relationship for gabapentin as it relates to efficacy. The potential for introduction of bias, lack of titration to a fixed dose based on a pre-specified efficacy criterion, non-standardized length of follow-up on final dosage, and non-random assignment to treatment all serve to limit the conclusions that might be drawn from this study. The design of trial 945-82 (the double-blind phase) was much stronger in its ability to draw conclusions regarding a dose-response relationship – and, as discussed above, this trial found no significant differences between dosage groups in the primary efficacy parameter, time to exit.

**945-193 and 945-200** (STEPS study) [RR 995-00057] – This 16-week open-label, Phase IV, postmarketing study evaluated the safety and tolerability of gabapentin as adjunctive treatment of medically intractable partial seizures. In a subset of patients, the effect of gabapentin on quality-of-life was evaluated and, in a subset of patients, the relationship between gabapentin dosage and serum concentration (blood level) was also evaluated. Open-label treatment with gabapentin was initiated at 900 mg/day (after a 3-day titration), and thereafter, the gabapentin dosage was increased to 1800, 2400 and 3600 mg/day if the patient experienced any seizures at least 2 days after reaching the previous dosage, or if the investigator thought it was necessary. Thus, this was an "optional dose titration" design. Descriptive statistics were used in all analyses. The total number of patients enrolled was 2806; 281 patients were available for inclusion in the primary safety analysis, which was  adverse effects at gabapentin doses $\leq$ 1800 mg/day and > 1800 mg/day. Results showed that treatment emergent adverse effects occurred in 32% of patients who received $\leq$ 1800 mg/day and 28% of patients who received > 1800 mg/day. Seizure analyses were performed on 1064 patients; 60.1% of patients had a reduction in seizures from baseline. Quality of life (as measured by the QOLIE-31 instrument) improved from baseline. A number of other analyses were performed. Given the open-label design, single treatment, non-randomized assignment to different dosages, and optional dose titration features of this study, it does not meet criteria for contributing valid/unbiased data regarding the dose-response relationship of gabapentin. Thus, this study does not provide substantial evidence of increased efficacy of gabapentin for epilepsy at doses above

1800 mg/day. It is interesting to note that the percentage change in seizure frequency in the gabapentin $\leq$ 1800 mg/day population (-71%) was less than the percentage change in seizure frequency in the gabapentin > 1800 mg/day population (-49%) [page 007050 of RR 995-00057]. This comparison of $\leq$1800 mg/day and > 1800 mg/day groups parallels the prespecified group comparisons used for the adverse effects analyses.

Pain Conditions

In this section, I restrict my analysis to one open-label trial of gabapentin, used at dosages of 1800 mg/day or higher, for the treatment of neuropathic pain. The study reviewed is:

- 945-411

**945-411** [RR 720-30154] – This randomized, open-label study evaluated the efficacy of gabapentin at two dosages for the treatment of pain from diabetic peripheral neuropathy. Patients were randomly assigned to receive either 900 mg/day gabapentin as a fixed dose ("fixed dose group") for 7 weeks, or optional titration of gabapentin to dosages up to 3600 mg/day ("titration group"). In the latter group, investigators increased gabapentin dosages over 4 weeks until a 50% or greater reduction in pain was achieved, or the maximal dose of 3600 mg/day was reached. This final dosage was them maintained for at least 3 weeks. As in all other epilepsy and pain studies cited above, gabapentin was given on a three times daily (TID) schedule. The primary efficacy measurement was the percent change from baseline in the mean daily pain

rating scores at study endpoint. The pain score was derived from an 11-point Likert scale in which 0 represented "no pain" and 10 represented the "worst pain possible." Results demonstrated that the mean pain scores at endpoint (from baseline; intent-to-treat population) showed greater improvement in the gabapentin "titration group" than in the gabapentin "fixed dose" group (p<0.001). The open-label design of this trial, as well as the dosing comparisons ("optional titration" vs. "fixed-dose" control group), is not adequate for establishing a dose-response effect for gabapentin at dosages above 900 mg/day. Thus, this study does not provide substantial evidence of increased efficacy of gabapentin for neuropathic pain at doses above 1800 mg/day. This study (also known as the Latin American Diabetic Peripheral Neuropathy [LADPN] study), was written for publication by Medical Action Communications, a private company hired by Pfizer to draft the manuscript. In an e-mail message (dated 10/31/2001) from Dr. Lloyd Knapp (Pfizer) to Dr. Elizabeth Mutisya (Pfizer) regarding the study 945-411 manuscript, Dr. Knapp recommends that Pfizer "*select*" (emphasis added) Dr. Francisco Gomez-Perez as lead author as he is the "head of the most famous Diabetic Clinic in the country, and in an Institution as Institito Nacional De Ciencia Medicas y Nutricion that is a high respected Institution for the Quality of the Medical Staff..."; "[a]lso Dr. Gomez Perez is a well known an [sic] respected Diabetologist. This will help with the commercial aspect of the indication." [Pfizer_LKnapp_26472]  In her response, Dr. Elizabeth Mutisya (Pfizer) states, "[w]e are all in agreement that Francisco Gomez Perez should be the lead author." The manuscript was subsequently published in the British Journal of Diabetes and Vascular Disease (2004).[8]

<u>Summary of randomized, double-blind studies and open-label studies that evaluate</u>

<u>gabapentin at doses of 1800 mg/day or greater</u>

As they relate to the determination of a dose-response relationship for gabapentin, the studies reviewed above fall into one of three general categories:

- *Fixed-dose, parallel group studies* – in which patients are randomly assigned to several fixed dose groups, and followed in parallel (i.e., they do not "cross over" to another fixed dose at some other time during the trial).

- *Forced titration studies* – in which patients move through a series of escalating doses.

- *Optional titration studies* – in which patients are titrated, at the discretion of the investigator, until an endpoint is reached.

While there are other study designs that can be used to establish a dose-response relationship, these are the study designs used by Parke-Davis/Pfizer in the clinical evaluation of gabapentin (at dosages of 1800 mg/day or higher) for the treatment of epilepsy and neuropathic pain conditions. Of the three designs employed here, the fixed-dose, parallel group study is the most appropriate design to establish a dose-response effect.[9] Studies 945-05, 945-77, 945-82, 945-88, 945-224, and 945-295 are

examples of this study design. As can be seen from Table 1, only 4 of these studies used doses above 1800 mg/day (945-82, 945-88, 945-224 and 945-295). Results of all four of these studies fail to support a dose-response relationship for gabapentin at dosages above 1800 mg/day. Furthermore, two of the four studies failed to demonstrate efficacy of gabapentin, at any dosage, for the condition studied (945-82 and 945-224).

Forced titration study designs are a suboptimal choice for establishing a dose-response relationship.[9] Studies 945-210, 945-211 and A945-1008 are examples of this design. In some instances, this design can provide an initial estimate of dose-response *if there is no carryover effect* (i.e., the effect of Dose A doesn't "carry over" to the time when Dose B is begun). However, for all of the conditions studied here (epilepsy, neuropathic pain conditions), the clinical endpoints of seizure reduction, or pain reduction, are not obtained immediately (as it might be in a trial measuring drug effects on blood pressure, for example). Instead, one needs to wait for an interval of weeks (at a minimum) to establish the effect of an individual dosage (as is done in the fixed-dose, parallel-group studies mentioned above). Since the forced titration study design used above requires upward dosage adjustments at intervals of days (e.g., every week), they cannot provide useful dose-response information at doses "along the way" to the dosage titration endpoint. Thus, studies 945-210, 945-211, and A945-1008 do not provide useful information for establishing a dose-response relationship for gabapentin at dosages above 1800 mg/day.

Optional titration studies are also a poor choice for establishing a dose-response relationship. Studies 945-306 and 945-411, and all open-label studies cited above, are examples of this design. Like forced titration study designs, this type of study has the potential to provide some dose-response information (albeit, of lesser quality than fixed-dose parallel group studies) *if there is no carryover effect*. But, as discussed above, there is the potential for significant carryover effect when doses are adjusted at short intervals (e.g., 7 days or less) for the treatment of epilepsy or pain conditions. In these conditions, weeks of treatment at a stable dosage are necessary to establish the clinically relevant effects of seizure or pain reduction. Thus, studies 945-310, 945-411, and all open-label studies (which have the added limitation of the potential for introduction of bias) do not provide useful information for establishing a dose-response relationship for gabapentin at dosages above 1800 mg/day.


FDA Analyses

Parke-Davis/Pfizer made at least two attempts to revise the product labeling of Neurontin in order to increase the effective dosage range of gabapentin to 3600 mg/day – for the epilepsy indication in 1997, [WLC_FRANKLIN_0000090128] and for the pain indication in 2002 [Pfizer_LCastro_0078505]. In both instances, the FDA denied the request. In his letter of 8/26/97 to Parke-Davis, Dr. Paul Leber (Director, Division of Neuropharmacological Drug Products, FDA) states "the evidence from controlled trials fails to provide evidence that higher doses of Neurontin are more effective than those recommended" (which was 900-1800 mg/day for epilepsy – the only approved indication for gabapentin at that time). In the FDA document, "HFD-

- 29 -

120 Labeling Version #2 dated May 16, 2002" [Pfizer_MYoder_0000843], the agency inserts the statement, "[a]dditional benefit of using doses greater than 1800 mg/day was not demonstrated" – in reference to controlled trial data to support the indication of post-herpetic neuralgia. As is clearly evident from correspondence between the FDA and Parke-Davis/Pfizer, the agency relied upon high-quality, randomized controlled trials to support claims of dose-related efficacy for gabapentin. Clearly, the claim of increased efficacy for gabapentin at doses above 1800 mg/day was not supportable by the available evidence.

Conclusion

There is insufficient evidence to demonstrate enhanced efficacy of gabapentin (Neurontin) at doses above 1800 mg per day.

**Table 1. Summary of key gabapentin trials: design and outcomes**

| Study Number (author) | Condition Treated | Study Design | Groups-Target Doses (mg/d) | Results* | Evidence Level** | Dose-response relationship demonstrated at doses > 1800 mg/day? |
|---|---|---|---|---|---|---|
| 945-05 (US GBP Study Group No.5, 1993)[10] | Epilepsy (adjunctive treatment of intractable partial seizures) | Randomized, double-blind; fixed dose, parallel group. | PLC GBP-600 GBP-1200 GBP-1800 | GBP-1200 superior to PLC in response ratio, responder rate and % reduction in seizure rate from baseline (P). Dose-response evaluation: GBP-600 and GBP-1800 more effective than GBP-1200 | A | No (in addition, dose-response relationship not demonstrated between 600 and 1800 mg/d) |
| 945-05 – OL extension | Epilepsy (same as 945-05) | OL extension of 945-05; discretionary titration of GBP to doses of 600-2400; optional dose titration. | GBP- 600 to 2400 | Seizure frequency improved in patients switched from PLC to GBP; Seizure frequency unchanged in GBP-GBP group (where DB dose was 1200 and OL dose ranged from 600-2400) | C | No (OL design did not detect consistent improvements when prescribers were given the discretion of using GBP-2400 [vs. GBP-1200 in DB trial]) |
| 945-77 (Chadwick, 1998)[11] | Epilepsy (newly diagnosed partial seizures) | Randomized, double-blind (included OL CBZ arm); fixed dose, parallel group. | GBP-300 GBP-900 GBP-1800 (OL CBZ-600 | GBP-900 and GBP-1800 superior to GBP-300 in time to exit (P) | A | No (GBP-900 not directly compared to GBP-1800 but no clear differences seen) |
| 945-82 (Beydoun, 1997)[12] | Epilepsy (uncontrolled CP, SGTC) | Randomized, double-blind, dose-response; conversion to monotherapy; fixed dose, parallel group. | GBP-600 GBP-1200 GBP-2400 | No differences between groups in time to exit (P); GBP-1200 group had higher success rate (26%) than GBP-600 (15%) and GBP-2400 (19%) (S; non-significant) | A | No (3-fold difference in blood concentrations found; but, no differences in efficacy endpoints) |
| 945-83 | Epilepsy (same as 945-82) | OL extension of 945-82; GBP titrated to "maximum well-tolerated dose"; optional dose titration. | GBP-up to 3600 or 4800 | Majority of monotherapy exposure days (57%) were at dosages of 3600 mg/d or above. GBP safe and well-tolerated at doses up to 4800 mg/d | C | No (titration design ["to maximum well-tolerated dose"] does not allow for comparison of efficacy between different GBP doses) |
| 945-88 (Bergey, 1997)[13] | Epilepsy (refractory partial seizures) | Randomized, double-blind; inpatient monotherapy; fixed dose, parallel group. | GBP-300 GBP-3600 | GBP-3600 superior to GBP-300 in mean time to exit (P) and in percentage of patients who completed the 8-day study (S) | A | No |

| Study Number (author) | Condition Treated | Study Design | Groups-Target Doses (mg/d) | Results* | Evidence Level** | Dose-response relationship demonstrated at doses > 1800 mg/day? |
|---|---|---|---|---|---|---|
| 945-193 and 945-200 (McLean, 1999)[14] | Epilepsy (adjunctive treatment; refractory partial seizures) | Open-label study of safety and tolerability; optional dose titration. | Optional dose titration of GBP up to 3600 mg/day | 32% patients who received GBP≤1800 and 28% patients who received GBP>1800 experienced treatment emergent adverse effects. Seizure frequency declined from baseline in 60% patients. Percentage change in seizure frequency from baseline was lower in the GBP≤1800 (-71%) group than in the GBP>1800 group (-49%). Only descriptive statistics were used. | C | No (design does not allow efficacy comparisons between various GBP dosages) |
| 945-210 (Backonja, 1998)[5] | DPN | Randomized, double-blind, placebo-controlled trial; forced dose titration. | PLC GBP-900 to 3600 (max. tolerated dose) | GBP superior to PLC in mean weekly pain score @ Week 8 (P), in sleep interference scores (S), and in other secondary endpoints | A | No (trial design does not allow efficacy comparison between various GBP dosages) |
| 945-211 (Rowbo-tham, 1998)[15] | PHN | Randomized, double-blind, placebo-controlled trial; forced dose titration. | PLC GBP-up to 3600 | GBP superior to PLC in change from baseline in average daily pain rating score (P) | A | No (trial design does not all for efficacy comparisons between various GBP dosages) |
| 945-224 | DPN | Randomized, double-blind, placebo-controlled trial; fixed dose, parallel group. | PLC GBP-600 GBP-1200 GBP-2400 | No difference between PLC and any of the three GBP treatment groups in mean pain score @ week 7 (P) | A | No (some GBP arms showed superiority over placebo for a selected minority of secondary outcomes, but no dose-effect was apparent) |
| 945-295 (Rice, 2001)[16] | PHN | Randomized, double-blind, placebo-controlled trial; fixed dose, parallel group. | PLC GBP-1800 GBP-2400 | GBP superior to PLC in percentage improvements (from baseline) for mean weekly pain score @ Week 7 (P); PLC (-15.7%) vs. GBP-1800 (-34.5%) and GBP-2400 (-34.4%) | A | No (comparisons of GBP-1800 to GBP-2400 were not made with respect to primary or secondary endpoints; GBP-1800 and GBP-2400 appear to equally effective |
| 945-306 (Serpell, 2002)[17] | Neuropathic pain | Randomized, double-blind, placebo-controlled trial; optional dose titration | PLC GBP-900 to 2400 (doses increased if pain persisted) | GBP superior to PLC in change of mean pain score from baseline to Week 8 (p=0.048); week-by-week analysis showed inconsistent differences between GBP and PLC | A | No ("Due to the design of the study, it is not possible to draw any conclusions regarding a dose-response effect of gabapentin" – Serpell, 2002) |

| Study Number (author) | Condition Treated | Study Design | Groups-Target Doses (mg/d) | Results* | Evidence Level** | Dose-response relationship demonstrated at doses > 1800 mg/day? |
|---|---|---|---|---|---|---|
| 945-411 (Gomez-Perez, 2004)[8] | DPN | Randomized, open-label study; optional dose titration | GBP-900 GBP-up to 3600 | GBP-3600 superior to GBP-900 in reduction of final mean weekly pain score compared to baseline (P) | B | No (trial design does not all for efficacy comparisons between various GBP dosages) |
| A945-1008 | DPN | Randomized, double-blind study; forced dose titration | PLC GBP-3600 | GBP superior to PLC in reduction of final mean weekly pain score compared to baseline (P) | A | No (use of a single GBP dosage and forced dose titration design do not allow for establishment of a dose-response effect) |

* Entries reflect primary efficacy outcomes and outcomes that relate to dose-related differences between groups; P-primary endpoint; S-secondary endpoint; N-not a prespecified analysis

** A-randomized, double-blind, placebo-controlled trial of good design; B-Cohort study of good design, and randomized, placebo-controlled trials with mild to moderate design flaws; C-comparative studies, case series, poor-quality cohort studies, and randomized controlled trials with major design flaws

OL-open label; GBP-gabapentin; PLC-placebo; CBZ-carbamazepine; PHN-post-herpetic neuralgia; DPN-diabetic peripheral neuropathy

**Section 2. Were marketing materials/practices used by Parke-Davis/Pfizer truthful and scientifically valid with regard to the efficacy of gabapentin (Neurontin) at doses above 1800 mg/day?**

In this section of the report, I comment upon documents provided to me by Greene & Hoffman. A list of the documents is contained in Appendix C. For the purposes of organization and clarity, I have organized the information into one of several categories:

- Planning documents – speak to marketing messages or strategies that are discussed internally by Parke-Davis/Pfizer or are planned for possible future action

- STEPS – information related to studies 945-193 and 945-200, which were Phase IV, post-marketing studies used extensively for promotional purposes and a prominent vehicle to deliver the high-dose message

- Advisory board meetings – meetings of health care professionals where information on gabapentin was presented by company representatives and by physicians from outside of the company (most often, faculty from academic institutions)

- Continuing medical education programs and materials – including monographs

- Manuscripts / publications – including draft manuscripts and published reports

- Other materials

In some cases, information may have been appropriate for more than a single category. In those instances, I selected the heading that seemed to be most relevant to the marketing activity.

Planning documents

Internal documents from Parke-Davis/Pfizer indicate that key messages to be delivered via the Neurontin marketing campaign were: advocacy for high dose therapy, creating the impression of enhanced efficacy with doses above 1800 mg/day, and that dose titration to clinical effect constituted a therapeutic trial (i.e., using doses lower than the maximum tolerated dosage was to reduce the likelihood of therapeutic success). I refer to this as the "higher dosage / higher efficacy" message. Aggressive sales targets for Neurontin were promoted and it is clear that promoting the "higher dosage / higher efficacy" message was a key strategy in meeting sales targets. The prescribing patterns (including number of prescriptions, and average dose prescribed) of primary care physicians, neurologists, and anethesiologists/pain specialists were tracked -  both, in general and in response to exposure of these prescribers to the marketing message.
[WLC_FRANKLIN_0000036641 and Pfizer_MYoder_0001022]

In 1995, it was recognized that "[p]hysicians are not titrating to effect", [WLC_FRANKLIN_0000036636] and that they were using a "current average daily dosage [of] 1140 mg/day." [WLC_FRANKLIN_0000036641] Under the title, "AED Advisory Board Presentations" (11/8/95), a summary of slides and key messages were presented for use in Northeastern area advisory board meetings. A presentation by John Krukar included the promotional message, "[p]ush the dose!" (this statement was later crossed out and replaced with "titrate to clinical effect"). The typed summary of this presentation includes the following statements: "[l]abeling recommended too low a dose

to see efficacy" (this statement is then crossed out); "Average dosage in the U.S. was 1100mg, efficacy usually starts at 1800mg." (this statement was later crossed out); and "Most patients controlled on dose between 2400-3600mg" (handwritten). In the dialog to accompany this slide, the following statements appear, "[w]e recognized that many physicians did not think Neurontin was very efficacious. After investigating why. [sic] It because obvious that they were under dosing Neurontin" and "[w]e therefore went on an aggressive campaign to try to convince the doctors to push the dose of Neurontin up into the 2400 to 3600mg range." [WLC_Franklin_0000071342] Performance goals based on increasing sales, total prescriptions and total prescription share are presented in a separate document. [WLC_FRANKLIN_0000036652] In 1995, as discussions of the "higher dosage / higher efficacy" message were prominent, the Neurontin marketing team also recognized that another key issue was managing product price as the average dose of gabapentin increases. [WLC_FRANKLIN_0000036672]

The 1996 Epilepsy Business Plan – identified "perceived lack of efficacy for Neurontin" and "average dose is 1200mg (not titrating)" [WLC_FRANKLIN_0000069527] as barriers to attaining sales targets. An overview of the 1996 marketing objectives identified strategy #1 as focusing the "promotional message on titration to higher doses." [WLC_FRANKLIN_0000038581] This report emphasized the success of this strategy with the statement: "the campaign is working" and "neurologists are changing the way they approach the use of Neurontin' and "[p]hysicians are now titrating to higher doses with 1800mg/day a commonly used dose compared to 1200mg/day a year ago." [WLC_FRANKLIN_0000038581]

In 1997, the strategy to enhance the prescribing of higher doses appeared to become more direct. The 1997 Neurontin Tactical Plan includes mention of "[h]igh dose meetings" where the objective is to "[e]ncourage titration to higher doses through peer-to-peer influence" by drawing upon local speakers to "discuss their personal experience in using high doses of Neurontin." [WLC_FRANKLIN_0000112207]

Advocacy for high dose gabapentin therapy remained a marketing focus for many years. A meeting held on April 4, 2001 in Puerto Rico included a presentation titled, "Dosing Messages for Improved Efficacy in Pain and Epilepsy: review of the publications and clinical data supporting "Start fast, go high" [Pfizer_LKnapp_0023336] presented by Angela Crespo (Senior Marketing Manager, Major Markets), David Probert (Marketing, Major Markets) and Robert Glanzman, MD (Medical Director, Neurontin). The perception was that Neurontin was a safe but ineffective drug for epilepsy and that "[c]onfusion over how to dose is partly responsible ('starting too slow, stopping too low')." [Pfizer_LKnapp_0023339] The key marketing dosage messages included "[t]itrate up to 3600 mg/day for greater efficacy" for pain [Pfizer_LKnapp_0023399]; and "[t]itrate up to 3600 mg/day for greater efficacy" for epilepsy [Pfizer_LKnapp_0023401]

Thus, promoting the use of doses up to 3600 mg/day was a primary goal of the marketing campaign. As is outlined in Section 1 of this report, this message is in direct conflict with the highest quality evidence, both in epilepsy and in pain conditions, regarding the dose-

response effect of gabapentin. Pfizer also recognized the uphill battle it faced with regard to proposed labeling changes that would emphasize the use of gabapentin doses up to 3600 mg/day. In an e-mail from Drusilla L. Scott, Ph.D. (Worldwide Regulatory Affairs, Pfizer) to Pfizer representatives participating in an upcoming meeting with the FDA regarding Neurontin labeling, Dr. Scott identified "dose response (or perceived lack thereof)" (note, this is Pfizer wording) as a "big ticket" item. In the message, Dr. Scott goes on to ask, "[i]s there any way to get an efficacy-related statement re 3600 mg? [FDA has allowed a safety statement and has not removed anything from the preclinical section on 3600 mg/day as the maximum dose]." [Pfizer_MYoder_0000655]  As is discussed in Section 1 of this report, the FDA denied any mention of improved efficacy with gabapentin at dosages above 1800 mg/day.

In summary, the fundamental marketing message – that, higher doses (above 1800 mg/day) are necessary for greater efficacy – was misleading (it advocated a dose-response relationship for which there was no strong, scientifically sound, evidence) and incomplete (it de-emphasized randomized controlled trial data that did not support the message, as well as FDA judgment regarding the lack of increasing efficacy above 1800 mg/day).

STEPS

The Neurontin STEPS study, described in Section 1, was used in at least two unique and separate ways as a promotion vehicle for Neurontin: 1) the study itself was used as a technique to increase physician prescribing of Neurontin in their clinical practices, and to

reward them financially for doing so; and 2) the results of the study were used very broadly to promote several Neurontin marketing messages – primary among them the message of enhanced efficacy with higher doses (above 1800 mg/day). The marketing intent of the study is suggested by the statement "[t]he purpose of the STEPS trial is to give neurologists the opportunity to titrate to higher doses (>1800 mg) when needed." [WLC_FRANKLIN_0000052176] Of course, neurologists already had the opportunity to use a wide range of Neurontin doses because the drug had been introduced to the U.S. market prior to the STEPS study. Physicians were paid $300 per enrolled subject (payable upon receipt of completed study documents) [WLC_FRANKLIN_0000093580] and selected centers were "offered" larger or smaller numbers of enrollments, apparently based on their influence in their local area. For example, document WLC_FRANKLIN_0000069350 lists specific centers/physicians who, it is suggested, be "offered 50 patients for $15,000.00 trial". This document lists Dr. Linda Brown as a potential participant whose "influnece [sic] is vast" and who is "also influenced by these kinds of studies." [WLC_FRANKLIN_0000069352] An additional $50 was offered to physicians for each patient who continued on Neurontin at the end of the 16-week study (and for whom follow-up data were provided). [WLC_FRANKLIN_0000093580] Physicians who were exposed to STEPS study discussions and the higher dosage titration message were tracked with regard to their Neurontin prescribing practices (pre-exposure and post-exposure to the message). There was "a 38% increase in the number of prescriptions written in May by the 418 doctors, when compared to February prescriptions written by the same group of physicians when compared to February prescriptions written by the same group of physicians" and "[a] 10% increase in the

average milligrams per day written by the 418 physicians."

[WLC_FRANKLIN_0000039745]


Although the primary outcome parameters of the STEPS study were related to safety and tolerability, it was the efficacy and putative dose-response outcomes that often received attention in presentations, slides, publications and monographs. The Autumn 1997 issue of STEPS NEWSline [WLC_FRANKLIN_0000130292] highlights the efficacy analysis of the STEPS study on the front page (bold, large font). Safety and tolerability analyses are presented on subsequent pages. Efficacy responses included "**% Seizure-Free: 46.35%**", and "**50% Responder Rate:   76.05%**"). As an epilepsy specialist, I do not know of any high-quality antiepileptic drug trials, used in subjects with medically refractory partial-onset seizures, that have approached the seizure free and responder rates quoted in this report. Thus, it is highly likely that these results were of interest to prescribers. The limitations of the STEPS study design for determining efficacy (open-label design, lack of a control group, non-random assignment to different gabapentin dosage levels) are not addressed in this report. The relationship between Neurontin dose and efficacy was also highlighted on the first page of STEPS NEWSline – increasing cumulative seizure free rates and percent responder rates are shown with increasing Neurontin dosage from ≤900 to ≤1200 to ≤1800 to ≤2400 to ≤3600 mg/day.  There are numerous speakers bureau lectures and trainings that include similar "higher dosage / higher efficacy" messages (see WLC_CBU_164418 and MDL-Vendors_064554).

One particular analysis of efficacy that was included on page 7,050 of the STEPS research report [RR 995-00057] – but was not highlighted in STEPS NEWSline report, or any other promotional materials that I reviewed - was the comparison between the ≤1800 mg/day and >1800 mg/day groups in the STEPS study. The percentage change in seizure frequency from baseline was higher in the lower dosage group (-71%) as compared to the higher dosage group (-49%). No statistical comparison was made. Of course, it may be that patients who had more refractory epilepsy (and more frequent seizures) were those who were titrated to higher doses of Neurontin via the "optional dose titration" design; but, the fact that this outcome (which paralleled the ≤1800 mg/day and >1800 mg/day comparisons made in the safety and tolerability analyses) was not highlighted, demonstrates the biased approach to selective outcome reporting that was commonplace throughout the years that the STEPS study was used as a marketing vehicle.

In 2001, Pfizer was notified by the FDA that a regulatory review had uncovered misleading claims for Neurontin related to another open-label study (the NEON study) that highlighted quality-of-life (QOL) outcomes. The FDA's objection to the claims of improved quality of life was that "NEON is not considered to be substantial evidence for claims of QOL improvements because it is not a controlled study." The FDA recommended immediate discontinuation of this message. [Pfizer_LCastro_0039757] While this violation of the Federal Food, Drug and Cosmetic Act and applicable regulations was unrelated to the STEPS study, the parallels between NEON and STEPS are obvious and were acknowledged promptly by Pfizer in an internal document. [Pfizer_LCastro_0006583 and Pfizer_LCastro_0006584] The claims of enhanced

efficacy with higher dosages of Neurontin from the STEPS study - made by Dr. McLean and others in numerous advisory board meetings, CME programs, and publications (as will be shown below) - were: 1) not included in the product labeling (and, indeed, were explicitly forbidden); 2) not supported by randomized controlled trials; and 3) not supportable by the STEPS study design. In an email message from Lucy Castro (Pfizer) to John Wolleben (Pfizer) it is stated (in the context of a discussion of the FDA's Notice of Violation cited above, '[m]aterial currently being used contain information (QoL, efficacy & tolerability) based on another open label study – STEPS (this is data Andrea and I spoke to you about several months). We feel it presents the same risk as the use of NEON data and would like to remove the data from the next POA materials – particularly the QoL and efficacy data. Unfortunately, all of our promotional materials are based on these two studies. Without these data, we only have the pivotal data for promotion and that data is weak." [Pfizer_AGarrity_0002142]  An e-mail message from Rick Birch, Senior Vice President (Pfizer) to the RON Specialty Sales Force ask individuals to "destroy any promotion materials containing reference to NEON or STEPS QOL data, including....[the] STEPS Slide lecture kit." [Pfizer_LCastro_0006149]

Advisory board meetings

The reviewed documents suggest that professional advisory board meetings, held frequently from 1995 to 2000, were intended as a promotional vehicle for gabapentin and that guest speakers from academic medical centers delivered the "higher dosage / higher efficacy" message that was prioritized by the Neurontin marketing team. Statements

made by Dr. Michael McLean with regard to dosages above 1800 mg/day consistently reference small case series, uncontrolled studies, and clinical experience:

- "Handforth and Treiman (1994) reported gradual achievement of complete seizure control with up to 2400 mg of GBP per day in 5 of 6 patients over 12-18 months. Thus, control may improve as a function of time on a given dose" (December 15-17, 1995 / New York). [WLC_FRANKLIN_0000164772]

- "[T]he STEPS study data also demonstrate that efficacy increased as the dosage of Neurontin increased, without signs of a plateau" [WLC_FRANKLIN_0000177167] (May 15-19, 1998 / Ritz-Carleton Hotel, Montreal)

- "In terms of efficacy as add-on therapy, as you go to higher doses, you get better results, especially up at 3600mg/day." [WLC_CBU_175609] and "[t]itrate to effect up to 3600mg/day (tolerable and safe) or until limiting side effects appear." (April 12, 2000 / Houston, Texas) [WLC_CBU_175610]

- "The usual dose range is about 900-4800 mg/day" [MDL_Vendors_057669] "Low doses lead to low efficacy". (April 13, 2000 / St. Louis, Missouri) [MDL_Vendors_057668]

- "You must titrate to effect on an individual basis". "What is an adequate trial to make gabapentin work? Titrate to effect. Go up to at least 3600 mg/day or find the limiting side effect." (April 13, 2000 / St. Louis, Missouri) [MDL_Vendors_057672]

- "When to stop? You should stop when it doesn't work after you conduct an adequate trial up to 3600 mg/day without achieving desired efficacy." (April 13, 2000 / St. Louis, Missouri) [MDL_Vendors_057672]

In other advisory board meetings, Dr. Ahmad Beydoun also delivered the "higher dosage / higher efficacy" message:

- The "[u]sual range for refractory patients is 1800-4800 mg." (12/1/99, Houston Texas) [WLC_CBU_175638]

- "I started out way too low a while ago, but am now comfortable with 3600-4800 mg." and "[f]or epilepsy add-on therapy, I use 1800-7200 mg depending on tolerance; in pain, 200-8000 or 10,000 per day. There's no average dose." (3/15/2000, Denver Colorado – during a question & answer session) [WLC_CBU_164380]

Thus, the clear and unambiguous message is that there is enhanced efficacy as dosages are increased above 1800 mg/day. However, no randomized, controlled studies support this message and no high quality (e.g., fixed-dose) dose-response studies were conducted to directly address differences in efficacy for dosages between 1800 mg/day and 3600 mg/day. Thus, the message is incomplete and misleading.

Continuing medical education programs and materials

Many continuing medical education (CME) events were sponsored by Parke-Davis/Pfizer with a focus on Neurontin usage. One such education program was "Management of

Neuropathic Pain Syndromes" – a continuing medical education program published as a supplement to *Neurology Reviews*, and sponsored through an unrestricted educational grant from Parke-Davis. [WLC_CBU_076620] In the monograph titled, Postherpetic Neuralgia, Dr. Charles E. Argoff (who discloses grant or research support from Parke-Davis and participation on the speakers bureau for Parke-Davis [among other affiliations]), writes "[i]t is important not to underdose gabapentin when managing PHN; the average maximally effective dose in the recently published controlled trial was 3,600 mg (with an average participant age of over 70). In practice, I have seen many patients who were told to stop gabapentin due to apparent lack of efficacy at doses of 1,800 mg or less. The available data strongly suggests that this is not appropriate, absent significant side effect." Dr. Argoff references this last statement with the published study of Rowbotham, et al.[15] (945-211), which was a placebo-controlled study that compared a single dosage of gabapentin (3600 mg/day, via a forced titration design) against placebo. As the study could not establish the efficacy of gabapentin at any dosage lower than 3600 mg/day, these statements from the monograph are incorrect (the Rowbotham paper does not demonstrate that 1800 mg/day is less effective than 3600 mg/day), and misleading (the implication is that one must titrate to 3600 mg/day for maximal efficacy).

Teleconferences, in which a guest speaker presented information on a Neurontin-related topic, appear to have been a significant part of the CME/marketing strategy. I reviewed the post meeting summary reports for 8 teleconferences held in the Northeastern area from January 11-21, 1999 that focused on the NEON and STEPS studies. Four CME teleconferences were delivered by Dr. Ahmad Beydoun; four were delivered by Dr. Jack

Pellock. The post meeting summary reports emphasized the importance of the "higher dosage / higher efficacy" message to the company, evaluated the speaker's success at delivering this message effectively, and commented upon the audience members' responses to the message:

- The audience "were impressed with the % patients who became seizure free" and "[a]lso were impressed that Neurontin could be given at a higher dose (supported by Dr. Pellock)." [WLC_CBU_012964] A major message conveyed during the teleconference was how it was "important to give adequate does [sic] (>1800mg)." [WLC_CBU_012965]  Dr. Pellock's comments related to Neurontin dosage were summarized as "should go to at least 3600 or I do not feel you have given the patient an adequate trial... [n]eed to push the dose." (1/11/99 teleconference) [WLC_CBU_012966]

- "The one take away seemed to be that they could dose at a higher range than they were dosing to date." In the report author's opinion, Dr Beydoun was felt to be a "[v]ery good speaker and "there was general commitment to use Neurontin at higher doses." (1/14/98 teleconference – note: the date appears to have been 1/14/98, but "1/14/98" was typed on the summary report) [WLC_CBU_012968]

- Similar statements regarding the use of high-dose Neurontin therapy are included in CME teleconference summaries from 1/18/99 [WLC_CBU_012970], 1/19/99 [WLC_CBU_012972], 1/19/99 [WLC_CBU_012974], 1/20/99 [WLC_CBU_012975], and 1/21/99. [WLC_CBU_012977]

In summary, continuing medical education events and materials were used to promote and reinforce increased efficacy of Neurontin at dosages above 1800 mg/day. This message is misleading as it is not supported by high quality evidence. In the case of the written CME monograph cited above (Postherpetic Neuralgia by Dr. Argoff), the statement implying that randomized controlled trial data support increasing efficacy with gabapentin dosages above 1800 mg/day is false. In the case of the teleconference summary reports, speakers used data from STEPS and NEON (post-marketing, uncontrolled studies not designed to establish a dose-response relationship) to give participants the impression that efficacy increases as gabapentin dosages are increased beyond than 1800 mg/day – when high quality trial data and product labeling did not support such claims. Thus, the message was misleading and incomplete.

Manuscripts / publications

The publications reviewed in Sections 1 and 2 of this report include those cited in the text and Table 1 (above), as well as selected draft manuscripts and publications provided by Greene & Hoffman (cited in Appendix C). Of the manuscripts/publications reviewed, the ones highlighted here are those that deliver misleading and/or incomplete messages related to the efficacy of gabapentin at doses above 1800 mg/day.

The International Congress and Symposium Series (#241 - Royal Society of Medicine Press) published the proceedings of a symposium sponsored by Parke-Davis in Montreaux, Switzerland (4 June 1999). Dr. Michael McLean's paper, titled "Management of convulsive disorders with the newer antiepileptic drugs: current review" (pages 5-22)

reviews the results of meta-analytic studies comparing the efficacy results of randomized, placebo-controlled trials with various antiepileptic drugs. However, he also states that '[t]he studies that led to gabapentin's approval were performed at doses that are now considered to be too low" and "[h]owever, in the hands of physicians willing to use high doses - $\geq$3600 mg, well described in the literature – greater efficacy can be obtained." [MCLEAN 0003882]

In a draft version of a chapter authored by Dr. McLean for Elaine Wylie's epilepsy textbook (labeled Wyllie Chapter 290200) [MCLEAN 0012596], there are no less than 8 mentions of higher dose gabapentin therapy, including:

- "In the open-label extension, 3600 mg/day or more was necessary to sustain success as monotherapy" [MCLEAN 0012610] *It is noteworthy that the randomized, double-blind portion of this trial (945-82) demonstrated no significant difference between 600, 1200 and 2400 mg/day. Thus, this statement is misleading as the open-label design and the dosing strategy employed ("titrated to a maximum tolerated dosage within the range of 600 to 3600 mg/day" [RR720-04397]) were insufficient to demonstrate this point.*

- "Doses up to 3600 mg/day may be required to benefit patients with seizures refractory to one to three antiepileptics..." [MCLEAN 0012615]

- "Achieving maximal efficacy may require trying doses of 3600-4800 mg/day in divided doses" [MCLEAN 0012616]

- "The package insert includes 3600 mg/day as effective and tolerable in short term use". [MCLEAN 0012616]

These statements are misleading, as they are not supported by high-quality dose-response studies, and they neglect any mention of the following statement from the Neurontin package labeling: "[a]dditional benefit of using doses greater than 1800 mg/day was not demonstrated". [Pfizer_MYoder_0000843]

Parke-Davis/Pfizer appears to have played a significant role in the development of specific publications to promote the use of higher doses of Neurontin. Two such manuscripts - published in the journal, *Clinical Therapeutics* - were developed in collaboration with Medical Action Communications – a medical writing firm employed by Parke-Davis/Pfizer. In an e-mail exchange (August 2001) between Stephen Valerio (Medical Action Communications), Angela Crespo (Senior Marketing Manager, Neurontin, Major Markets), and Allison Fannon (Pfizer) potential authors for "both dosing papers" are discussed.  Dr. Michael McLean is mentioned as a potential author along with statements:

- "he is so pro-Neurontin perhaps he can do it"
- "[i] am sure he will support out claim" (Angela Crespo, Pfizer)
- "I know Dr. McLean is an advocate of higher doses, and he is able to deliver a good message on why and how Neurontin should be used at higher doses" (Stephen Valerio, MAC). [Pfizer_RGlanzman_0133529]

However, there appears to be some hesitancy to use Dr. McLean because of his close relationship to Pfizer... "I understand your concern about Dr. McLean and how much he speaks for us" and "I would also like to limit Dr. McLean as he does a lot of speaking/papers for Neurontin." [Pfizer_RGlanzman_0133528]

In documents provided to me, it is clear that the marketing messages related to Neurontin were placed front-and-center (literally and figuratively) in draft publications that were prepared by Medical Action Communications and sent to "authors" for vetting. For example, page one of a draft manuscript titled "Neuropathic Pain Dosing Review" lists the "author" as "Miroslav Backonja (to be confirmed)" and highlights the "key messages" including: "[g]abapentin doses up to 3600 mg/d have been proven well tolerated and effective in clinical studies" and "3600 mg/d is the recommended dose for patients with neuropathic pain." [Pfizer_LKnapp_0023329] The draft contains a number of statements that are false:

- "3600 mg/d (most effective for the majority of patients)" in Table 2 [Pfizer_LKnapp_0023333]

- A heading titled, "[h]igher gabapentin doses were more efficacious" followed by mention of 3600 mg/d as the "dose...most effective for reducing seizure frequency in patients with epilepsy". [Pfizer_LKnapp_0023335]

These statements are not supported by well controlled trials. Furthermore, well-controlled trials and FDA opinion (in addition to the conclusion of Section 1 of this report) contradict these marketing messages by demonstrating (or opining, in the case of the FDA) no greater efficacy in epilepsy and pain at doses greater than 1800 mg/day. It appears that some of these messages were toned down in subsequent drafts. The published neuropathic pain dosing manuscript appeared in Clinical Therapeutics (2003)[18] – and it did include mention of the only randomized, controlled study that generated efficacy data from groups assigned 1800 mg/d or more in a fixed-dose trial design for

neuropathic pain (945-295). As shown in Section 1 of this report, this trial found essentially identical responder rates for gabapentin 1800 mg/day and 2400 mg/day (32% and 34%, respectively; no statistical comparison performed). Nonetheless, the neuropathic pain dosing paper recommends that gabapentin be increased to 1800 mg/day, and "titrated up to 3600 mg/d as required over the following weeks to achieve a maximal response with good tolerability." The association of "3600 mg/day" with "maximal response" is misleading; as is the implication that response improves throughout the 1800 to 3600 mg/day range of gabapentin dosages.

Another draft manuscript prepared by Medical Action Communications was tentatively titled "Epilepsy Dosing Review." Again, the marketing message related to gabapentin dosing appeared on page one: "[t]itrating up to 3600 mg/day is recommended for those able to tolerate this dose, since 3600 mg/day has better efficacy than lower doses." [MAC_E_0026756] Section 3 of this draft is titled "[e]ffective maintenance doses for gabapentin" and it discusses both randomized, controlled trials and open-label uncontrolled trials. The summary points for this section include the statements:

- "[h]igher doses were typically more efficacious than lower doses, as expected from the trend toward increased efficacy with higher gabapentin doses"

- "[d]oses of 3600 mg/day has better efficacy than lower doses..."

These statements are incomplete, and misleading. To elevate observations from open-label, uncontrolled studies (that were never meant to address efficacy via valid, pre-specified study outcomes – e.g., efficacy in the STEPS study) over data from high-quality randomized fixed-dose comparison studies – is to obfuscate the known dose-response

relationship for gabapentin. The published manuscript, which appeared in Clinical Therapeutics (2003)[19] and was authored by Michael McLean and Barry Gidal, omits some of the language in the earlier drafts. However, there are significant inconsistencies with regard to the published dose message (e.g., [t]he effective dosage range is 900 to 3600 mg/d" from Table VI on page 1400) and the Neurontin product labeling ("[t]he effective dose of Neurontin is 900 to 1800 mg/day...").[20]


Other materials

Medi-Fax Express Reports were written materials produced by Medical Education Network and supported by educational grants from Parke-Davis. They were distributed extensively to neurologists. The Medi-Fax Express Report from the May 6-13, 1995 meeting of the American Academy of Neurology included a subheading on page one: "**EFFICACY OF GABAPENTIN IS INCREASED IN DOSES HIGHER THAN 1800 MG/DAY**" (emphasis reproduced from the original document). [WLC_FRANKLIN_0000041588) Under this subheading, statements attributed to Dr. Michael McLean are highlighted. These statements suggest that greater efficacy accompanies the use of gabapentin at doses higher than 1800 mg/day. "It was underdosed in the initial trials," according to Dr. McLean.


The Medi-Fax Express Report from the American Academy of Neurology meeting (March 23-30, 1996) was mailed to 10,000 neurologists in the U.S. [WLC_FRANKLIN_0000067667]. It includes a subheading: "**INCREASED EFFICACY SEEN WITH GABAPENTIN DOSES ABOVE 2400 MG/DAY**"

(emphasis reproduced from the original document) [WLC_FRANKLIN_0000041546]. In this section of the report, it is noted that "previous monotherapy trials revealed no statistical difference in outcome variables in refractory patients randomly assigned to gabapentin at 600, 1200, or 2400 mg/day." Dr. Ahmad Beydoun is quoted as saying "[o]ne of the reasons proposed was that even the 2400 mg/day dose might not be high enough to control seizures adequately in that refractory population." The report goes on to cite seizure reduction rates, and rates of successful conversion to gabapentin monotherapy with doses of 3600 mg/day (presumably, from open-label study results). Thus, the report is misleading in that the clinically relevant interpretation of the double-blind (945-82) trial was omitted (gabapentin was ineffective), and the overall tenor of the report suggests that 2400 mg/day is too low and that success can be achieved with 3600 mg/day. As shown in Section 1 of this report, there are no high-quality data to support a dose-response relationship for gabapentin at dosages above 1800 mg/day.

<u>Summary of marketing materials/practices used by Parke-Davis/Pfizer with regard to the efficacy of gabapentin at doses above 1800 mg/day</u>

From review of the documents cited above, it appears that Parke-Davis/Pfizer and the Neurontin marketing team gave a high priority to the "higher dose / higher efficacy" message - and that they effectively engaged numerous avenues of professional education in order to deliver this message. The intent was to create the impression in the mind of prescribers that there is enhanced efficacy of gabapentin when dosages above 1800 mg/day are used. Dosages as high as 10,000 mg/day were advocated in company-

sponsored sessions. Prescribers were encouraged to titrate the gabapentin dosage to effect and were told that pushing the dosage to 3600 or 4800 mg/day constituted a therapeutic trial (the implication is that, only then, could optimal efficacy be achieved). Evidence used to support these claims came from open-label, uncontrolled studies that were not designed to provide substantial or high-quality evidence of efficacy, or to establish a dose-related effect of gabapentin at dosages above 1800 mg/day. The FDA acknowledged this limitation by: 1) refusing to allow the product labeling to include a claim that dosages of up to 3600 mg/day were effective for epilepsy; and 2) requiring that the Neurontin product label include the statement, "[a]dditional benefit of using doses greater than 1800 mg/day was not demonstrated."

Studies that used gabapentin dosages of 3600 mg/day were either open-label, or were randomized, forced-titration trials in which investigators increased gabapentin to the maximum tolerated dosage (regardless of efficacy endpoints). These trial designs were incapable to demonstrating, with a high degree of certainty, that 3600 mg/day was superior to 1800 mg/day.  Could fixed-dose, parallel group studies using two or more gabapentin groups above 1800 mg/day have been performed in pain and/or epilepsy? Yes.  Were such trials done?  The answer appears to be no. The reasons for this are unclear – but, certainly, the results of 945-77 and 945-82 in epilepsy - and the results of 945-224 and 945-295 in pain conditions - would not have been encouraging as they did not demonstrate a dose-related effect for gabapentin at doses above the minimally effective dose.

Conclusion

The conclusion is that the marketing materials/practices used by Parke-Davis/Pfizer with regard to efficacy claims for gabapentin doses above 1800 mg/day were incomplete and misleading. The studies from which data were presented to support efficacy at doses above 1800 mg/day lacked scientific rigor; and many presentations of these data were not balanced by the inclusion of higher quality evidence that failed to support the "higher dosage / higher efficacy" message. Evidence from the medical literature suggests that exposure to industry-sponsored conferences can change prescribing behavior in ways that favor the sponsor's products. Thus, the likely effect of the marketing practices/materials cited above was to increase Neurontin sales, increase Parke-Davis/Pfizer profits, and to increase the expenditures of payors (including patients).

**References**

1. http://www.fda.gov/Cber/gdlns/exposure.htm, accessed 7/28/08
2. Response ratio is the difference between seizure frequency in the treatment (T) and baseline (B) periods divided by the sum of the two frequencies: $(T - B)/(T + B)$
3. Intent to treat population includes all patients who were randomized to a study treatment and who received at least one dose of study medication.
4. This aspect of the study was also highlighted in a presentation by Neurontin Medical Director, Dr. Robert L. Glazman, in a 2001 marketing meeting – "[p]atients were titrated to 3600 mg/day regardless of whether a therapeutic response was obtained at a lower dose." [Pfizer_LKnapp_0023364]
5. Backonja M, Beydoun A, Edwards KR, et al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus. A randomized controlled trial. JAMA 1998;280:1831-6.
6. Expert report of Nicholas P, Jewell, Ph.D. Provided by Greene & Hoffman [Jewell July 20.pdf]
7. Serpell MG, et al. Gabapentin in neuropathic pain syndromes: a randomized, double-blind, placebo-controlled trial. Pain 2002;99:557-66.
8. Gomez-Perez FJ, Perez-Monteverde A, Nascimento O, et al. Gabapentin for the treatment of painful diabetic neuropathy: dosing to achieve optimal clinical response. Br J Diabetes Vas Dis 2004;4:173-8.
9. International Conference on Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use. ICH Harmonized Tripartite Guideline: Dose-response information to support drug registration/E4; dated 10 March 1994. www.ich.org/LOB/media/MEDIA480.pdf - accessed 7/29/08
10. U.S. Gabapentin Study Group. Gabapentin as add-on therapy in refractory partial epilepsy: a double-blind, placebo-controlled, parallel-group study. Neurology 1993;43:2292-8.
11. Chadwick DW, Anhut H, Greiner MJ, et al. A double-blind trial of gabapentin monotherapy for newly diagnosed partial seizures. Neurology 1998;51:1282-8.
12. Beydoun A, Fischer J, Labar DR, et al. Gabapentin monotherapy: II. A 26-week, double-blind, dose-controlled, multicenter study of conversion from polytherapy in outpatients with refractory complex partial or secondarily generalized seizures. Neurology 1997;49:746-52.
13. Bergey GK, Morris HH, Rosenfeld W, et al. Gabapentin monotherapy: I. An 8-day, double-blind, dose-controlled, multicenter study in hospitalized patients with refractory complex partial or secondarily generalized seizures. Neurology 1997;49:739-45.
14. McLean MJ, Morrell MJ, Willmore LJ, et al. Safety and tolerability of gabapentin as adjunctive therapy in a large, multicenter study. Epilepsia 1999;40:965-72.
15. Rowbotham M, Harden N, Stacey B, et al. JAMA 1998;280:1837-42.
16. Rice AS, Maton S, et al. Gabapentin in postherpetic neuralgia: a randomized, double blind, placebo controlled study. Pain 2001;94:215-24.
17. Serpell MG, et al. Gabapentin in neuropathic pain syndromes: a randomised, double-blind, placebo-controlled trial. Pain 2002;99:557-66.
18. Backonja M, Glanzman RL. Gabapentin dosing for neuropathic pain: evidence from randomized placebo-controlled clinical trials. Clin Ther 2003;25:81-104.
19. McLean MJ, Gidal BE. Gabapentin dosing in the treatment of epilepsy. Clin Ther 2003;25:1382-406.
20. Neurontin package insert. January 2007 http://www.pfizer.com/files/products/uspi_neurontin.pdf (accessed 7/31/08)

**Appendix A – Publications for Brian Alldredge**

**Journal Articles (refereed)**

(1)   Alldredge BK, Lowenstein DH, Simon RP.  Seizures associated with recreational drug abuse. Neurology 1989;39:1037-9.

(2)   Alldredge BK, Lowenstein DH, Simon RP.A placebo-controlled trial of intravenous diphenylhydantoin for short-term treatment of alcohol withdrawal seizures. American Journal of Medicine 1989;87:645-8.

(3)   Chan J, Alldredge BK, Baskin LS.  Perphenazine-induced priapism. DICP Annals of Pharmacotherapy 1990;24:246-249.

(4)   Lowenstein DH, Alldredge BK. Status epilepticus at an urban public hospital in the 1980s. Neurology 1993;43:483-8.

(5)   Harb GE, Alldredge BK, Coleman R, Jacobsen MA. Pharmacoepidemiology of adverse drug reactions in hospitalized patients with human immunodeficiency virus disease. Journal of Acquired Immunodeficiency Syndrome 1993;6:919-26.

(6)   Alldredge BK, Lowenstein DH. Status epilepticus related to alcohol abuse. Epilepsia 1993;34:1033-7.

(7)   Schroeder DJ, Alldredge BK. Status epilepticus. Journal of Pharmacy Practice 1993;6:271-7.

(8)   Alldredge BK, Knutsen AP, Ferriero D. Anticonvulsant hypersensitivity syndrome: *in vitro* and clinical observations.. Pediatric Neurology 1994;10:169-71.

(9)   Garcia PA, Alldredge BK. Drug induced seizures. Neurologic Clinics 1994;12:85-99.

(10)   Alldredge BK, Wall DB, Ferriero DM. Effect of prehospital treatment on the outcome of status epilepticus in children. Pediatric Neurology 1995;12:213-6.

(11)   Gottwald MD, Bainbridge JL, Dowling GA, Aminoff MJ, Alldredge BK. New pharmacotherapy for Parkinson's disease. Annals of Pharmacotherapy 1997;31:1205-17.

(12)   Lowenstein DH, Alldredge BK. Status epilepticus. New England Journal of Medicine 1998;338: 970-6.

(13)   Aweeka FT, Gottwald MD, Gambertoglio JG, Wright TL, Boyer TD, Pollock AS, Eldon MA, Kugler AR, Alldredge BK. Pharmacokinetics of fosphenytoin in patients with hepatic or renal disease. Epilepsia 1999;40:777-82.

(14)   Alldredge BK, Lowenstein DH. Status epilepticus: new concepts. Current Opinion in Neurology 1999;12:183-90.

(15)   Gottwald MD, Akers LC, Liu PK, Orsulak PJ, Corry MD, Bacchetti P, Fields SM, Lowenstein DH, Alldredge BK. The stability of diazepam and lorazepam as used in the pre-hospital setting. American Journal of Emergency Medicine 1999;17:333-7.

(16)   Alldredge BK. Seizure risk associated with psychotropic drugs: clinical and pharmacokinetic considerations. Neurology 1999;53(Suppl 2):S68-S75.

(17)     Burkiewicz JS, Chan JD, Alldredge BK. Eletriptan: serotonin 5-HT$_{1B/1D}$ receptor agonist for the acute treatment of migraine. Formulary 2000;35:129-41.

(18)     Lowenstein DH, Alldredge BK, Allen F, Neuhaus J, Corry M, Gottwald M, O'Neil N, Ulrich SK, Isaacs SM, Gelb AM. The prehospital treatment of status epilepticus (PHTSE) study: design and methodology. Controlled Clinical Trials 2001;22:290-309.

(19)     Bourdet SV, Gidal BE, Alldredge BK. Pharmacologic management of epilepsy in the elderly. Journal of the American Pharmaceutical Association 2001;41:421-36.

(20)     Alldredge BK, Gelb AM, Isaacs SM, Corry MD, O'Neil N, Gottwald MD, Ulrich SK, Neuhaus JM, Segal MR, Lowenstein DH. A comparison of lorazepam, diazepam, and placebo for the treatment of out-of-hospital status epilepticus. New England Journal of Medicine 2001;345:631-7. (lead article with editorial)

(21)     Alldredge BK, Venteicher R, Calderwood TS. Stability of diazepam rectal gel in ambulance-like environments. American Journal of Emergency Medicine 2002;20:88-91.

(22)     Lee KC, Finley PR, Alldredge BK. Risk of seizures associated with psychotropic medications: emphasis on new drugs and new findings. Expert Opinion on Drug Safety 2003;2:233-47.

(23)     Chen JT, Garcia PA, Alldredge BK. Zonisamide-induced restless legs syndrome. Neurology 2003;60:147.

(24)     Ma JD, Spalding JR, Lee LS, MacDougall C, Alldredge BK. Pharmacy postdoctoral training programs: are they right for you?  California Pharmacist 2004;Spring:46-9.

(25)     Phillips KA, Liang SY, Haas J, Stebbins M, Alldredge BK. Prescription drug dispensing
limits and patterns. Managed Care Interface 2005;18:41-6.

(26)     Lee KC, Garcia PA, Alldredge BK. Clinical features of status epilepticus in patients with HIV Infection. Neurology 2005;65:314-6.

(27)     Fenn HH, Sommer BR, Ketter TA, Alldredge BK. Safety and tolerability of mood-stabilizing anticonvulsants in the elderly. Expert Opin Drug Saf 2006;5:1-16.

(28)     Issa AM, Phillips KA, Van Bebber SL, Nidamarthy HG, Lasser KE, Alldredge BK, Wachter RM, Bates DW. Drug withdrawals in the United States: a systematic review of the evidence and trends analysis. Curr Drug Safety 2007;2:177-85.

(29)     El-Ibiary SY, Cheng C, Alldredge BK. Potential roles for pharmacists in pharmacogenetics. J Am Pharm Assoc 2008;48:e21-9. (online publication)

(30)     Sehgal NL, Fox M, Vidyarthi A, Sharpe B, Gearhart S, Bookwalter T, Barker J, Alldredge B, Blegen M, Wachter RM. A multidisciplinary teamwork training program: the triad for optimal patient safety (TOPS) experience. J Gen Intern Med (submitted: 11/07)

(31)     Fontaine D, Kilmer J, Alldredge B, Loeser H, Perry D. An exercise in interprofessional education: communication and collaboration for patient safety. (submitted: 3/08)

**Non-Refereed Articles**

(1)    Alldredge BK. Medical treatment of antibiotic colitis. Drug Intelligence and Clinical Pharmacy 1985;19:28.

(2-11)  Alldredge BK. What's New(s). California Journal of Hospital Pharmacy 1989;1:22; 1989;1:22 1989; 1989;1:22; 1990;2:22; 1990;2:24; 1990;2:21; 1990;2:28; 1990;2:26; 1990;2:12;1991;3:36. (a series on new drug approvals and innovations in drug therapy research)

(12)   Alldredge BK. Adverse neurologic effects of drugs. Aidsfile 1993;7:8-9.

(13)   Alldredge BK. Adverse reactions to phenytoin in patients with HIV infection. Aidsfile 1993;7:12.

(14)   Alldredge BK. Pharmacy and neurology in the 1990s: an agenda for cooperation and for change. California Journal of Hospital Pharmacy 1994;6:4.

(15)   Alldredge BK. Guide to parenteral antiepileptic drugs. Pharmacy Practice News 1997;24:18-20. (also published at: www.McMahonMed.com)

(16)   Alldredge BK. Issues in the initiation of treatment for status epilepticus. Profiles in Seizure Management: Pharmacy Series (Princeton Media Associates). 2003;2:5-10.

(17)   Alldredge BK, Koda-Kimble MA. Count and be counted: preparing future pharmacists to promote a culture of safety. AHRQ Web M&M [serial online]. April 2006. Available at: http://www.webmm.ahrq.gov/perspective.aspx?perspectiveID=22.

(18)   Alldredge BK, Koda-Kimble MA. Count and be counted: preparing future pharmacists to promote a culture of safety. Am J Pharm Educ 2006;70:1-3. (republication of article #17 above)

(19)   Alldredge BK. Antiseizure medication disorder – spotlight case with commentary. AHRQ Web M&M [serial online]. May 2007 http://www.webmm.ahrq.gov/case.aspx?caseID=149.


**Books**

(1)    *Applied Therapeutics. The Clinical Use of Drugs.* Edited by Young LY, Koda-Kimble MA, Kradjan WA, Guglielmo BJ, Alldredge BK, Corelli R. Eighth Edition. Lippincott, Williams & Wilkins (2004)

(2)    *Handbook of Applied Therapeutics.* Edited by Young LY, Koda-Kimble MA, Kradjan WA, Guglielmo, Alldredge BK, Corelli R. Ninth Edition. Lippincott, Williams & Wilkins (anticipated publication: Summer 2008)

**Articles and Chapters in Books**

(1)    Alldredge BK. Headache. In: Applied Therapeutics. The Clinical Use of Drugs, Fourth Edition. Koda-Kimble MA, Young LY, eds. Applied Therapeutics; San Francisco, 1988.

(2)    Alldredge BK. Neurology Cases. Workbook to accompany Clinical Pharmacy and Therapeutics, Fourth Edition. Hart LL, Gourley DR, Herfindal ET, eds. Williams & Wilkins: Baltimore, 1988.

(3)     Simon RP, Alldredge BK. Treatment of status epilepticus. In: Pulmonary and
        Critical Care Update. Vol. 4, Lesson 14 (A continuing professional education
        program of the American College of Chest Physicians). George RB, ed. CPEC;
        New Jersey,1989.

(4)     Alldredge BK, Simon RP. Phenytoin treatment of alcohol withdrawal seizures. In:
        Alcohol and Seizures:  Basic Mechanisms and Clinical Concepts. Porter RJ,
        Mattson RA, Kramer JA, Diamond I, eds. F.A. Davis; Philadelphia, 1990.

(5)     Alldredge BK.  Headache. In: Applied Therapeutics.  The Clinical Use of Drugs,
        Fifth Edition. Koda-Kimble MA, Young LY, eds. Applied Therapeutics; San
        Francisco, 1992. (minor revision)

(6)     Alldredge BK, Simon RP. Drugs that can precipitate seizures. In: The Medical
        Treatment of Epilepsy. Resor SR, Kutt H, eds. Marcel Dekker; New York, 1992.

(7)     Alldredge BK. Epilepsy. In: Clinical Pharmacy and Therapeutics, Fifth Edition.
        Herfindal ET, Gourley DR, Hart LL, eds. Williams & Wilkins; Baltimore, 1992.
        (minor revision)

(8)     Alldredge BK. Neurology Cases. In: Workbook to accompany Clinical Pharmacy
        and Therapeutics, Fifth Edition. Hart LL, Gourley DR, Herfindal ET, eds. Williams
        & Wilkins; Baltimore, 1992.

(9)     Alldredge BK. Headache. In: Applied Therapeutics.  The Clinical Use of Drugs,
        Sixth Edition. Koda-Kimble MA, Young LY, eds. Applied Therapeutics; San
        Francisco, 1995. (minor revision)

(10)    Alldredge BK. Epilepsy. In :Textbook of Therapeutics, Sixth Edition. Herfindal ET,
        Gourley DR, eds. Williams & Wilkins; Baltimore, 1996. (minor revision)

(11)    Alldredge BK. Neurology Cases. In: Workbook to accompany Clinical Pharmacy
        and Therapeutics, Sixth Edition. Schroeder DJ, Gourley DR, Herfindal ET, eds.
        Williams & Wilkins; Baltimore, 1996.

(12)    Alldredge BK. Status epilepticus. In: Handbook of Clinical Drug Data, Eighth
        Edition. Anderson PO, Knoben JE, eds. Appleton & Lange; Stamford, CT, 1997.

(13)    Alldredge BK. Anticonvulsant drugs. In: Handbook of Clinical Drug Data, Eighth
        Edition. Anderson PO, Knoben JE, eds. Appleton & Lange; Stamford, CT, 1997.

(14)    Gottwald MD, Alldredge BK. Status epilepticus. In: Pharmacotherapy Self-
        Assessment Program, Third Edition, Module 2, Critical Care. American College
        of Clinical Pharmacy. 1998.

(15)    Alldredge BK. Status epilepticus. In: Handbook of Clinical Drug Data, Ninth
        Edition. Anderson PO, Knoben JE, Troutman WG, eds. Appleton & Lange;
        Stamford, CT, 1999. (minor revision)

(16)    Alldredge BK. Anticonvulsant drugs. In: Handbook of Clinical Drug Data, Ninth
        Edition. Anderson PO, Knoben JE, Troutman WG, eds. Appleton & Lange;
        Stamford, CT, 1999. (major revision)

(17)    Alldredge BK. Epilepsy. In: Textbook of Therapeutics, Seventh Edition. Herfindal
        ET, Gourley DR, eds. Lippincott, Williams & Wilkins; Baltimore, 2000 (minor
        revision)

(18)     Alldredge BK. Headache. In: Applied Therapeutics: The Clinical Use of Drugs, Seventh Edition. Koda-Kimble MA, Young LY, Kradjan WA, Guglielmo BJ, eds. Lippincott, Williams & Wilkins; Baltimore, (2001). (minor revision)

(19)     Alldredge BK. Anticonvulsant drugs. In: Handbook of Clinical Drug Data, Tenth Edition. Anderson PO, Knoben JE, Troutman WG, eds. Appleton & Lange; Stamford, CT, 2002. (minor revision)

(20)     Alldredge BK. Status epilepticus. In: Handbook of Clinical Drug Data, Tenth Edition. Anderson PO, Knoben JE, Troutman WG, eds. Appleton & Lange; Stamford, CT, 2002. (minor revision)

(21)     Garcia PA, Alldredge BK. Medication-associated seizures. In: Seizures: Medical Causes and Management. Delanty N, ed. Humana Press; Philadelphia, 2002.

(22)     Alldredge BK. Treatment of status epilepticus. In: Antiepileptic Drugs, Fifth Edition. Levy RH, Mattson RH, Meldrum BS, Perucca E, eds. Raven Press; New York, NY, 2002.

(23)     Alldredge BK. Headache. In: Applied Therapeutics: The Clinical Use of Drugs, Eighth Edition. Koda-Kimble MA, Young LY, Kradjan WA, Guglielmo BJ, Alldredge BK, Corelli R, eds. Lippincott, Williams & Wilkins; Baltimore, 2004. (minor revision)

(24)     Corelli RL, Kradjan WA, Koda-Kimble MA, Young LY, Guglielmo BJ, Alldredge BK. Assessment of Therapy and Pharmaceutical Care. In: Applied Therapeutics: The Clinical Use of Drugs, Eighth Edition. Koda-Kimble MA, Young LY, Kradjan WA, Guglielmo BJ, Alldredge BK, Corelli R, eds. Lippincott, Williams & Wilkins; Baltimore, 2004. (minor revision)

(25)     Alldredge BK. Benzodiazepines as initial treatment of status epilepticus. In: Status Epilepticus: Mechanisms and Management. Wasterlain C, Trieman D. MIT Press; Cambridge, 2006.  (new chapter)

(26)     Phelps J, Wheless JW, Alldredge BK. Seizure Disorders. In: Textbook of Therapeutics, Eighth Edition. Helms RA, Quan DJ, Herfindal ET, Gourley DR, eds. Lippincott, Williams & Wilkins; Philadelphia, 2006 (minor revision)

(27)     Alldredge BK, Treiman DM, Bleck TP, Shorvon SD. Treatment of Status Epilepticus. In: Epilepsy: A Comprehensive Textbook, Second Edition. Engel J, Pedley TA, eds. Lippincott-Raven (in press). (new chapter)

(28)     Alldredge BK. Headache. In: Applied Therapeutics: The Clinical Use of Drugs, Eighth Edition. Koda-Kimble MA, Young LY, Kradjan WA, Guglielmo BJ, Alldredge BK, Corelli R, eds. Lippincott, Williams & Wilkins; Baltimore, 2008. (minor revision)

**Abstracts**

(1)     Alldredge BK, Lowenstein DH, Simon RP. Seizures associated with recreational drug use. Neurology 1988;38 (Suppl. 1): 301.

(2)     Alldredge BK, Lowenstein DH, Simon RP. The effectiveness of intravenous diphenylhydantoin in the acute treatment of alcohol withdrawal seizures. Epilepsia 1988;29: 496.

(3)     Aweeka F, Alldredge B, Boyer T, Warnock D, Gambertoglio J.  Conversion of
        ACC-9653 to phenytoin in patients with renal or hepatic diseases. Clin
        Pharmacol Ther 1989;45:152.

(4)     Alldredge BK, Lowenstein DH, Simon RP. Clinical features of status epilepticus
        secondary to alcohol withdrawal. Neurology 1989;39 (Suppl. 1):118.

(5)     Alldredge BK, Lowenstein DH, Simon RP. Intravenous phenytoin (PHT) for acute
        treatment of alcohol withdrawal seizures (AWS). Neurology 1989;39 (Suppl.
        1):147.

(6)     Alldredge BK, Lowenstein DH, Simon RP. Status epilepticus in the 1980s:
        etiology, treatment and outcome. Neurology 1990;40 (Suppl. 1):297.

(7)     Alldredge BK, Holt CD, Lowenstein DH.  Etiology of status epilepticus is a
        predictor of response to drug treatment. Neurology 1991;41 (Suppl. 1):365.

(8)     Ferriero D, Alldredge BK, Knutsen AP. Anticonvulsant hypersensitivity syndrome:
        in vitro and clinical observations. Neurology 1991;41 (Suppl. 1):385.

(9)     Schroeder D, Frye J, Alldredge B, Messing R, Flaherty J. Effect of ciprofloxacin
        on serum phenytoin concentrations in epileptic patients.  Pharmacotherapy
        1991;11:275.

(10)    Alldredge BK, Gelb AM, Lowenstein DH.  The effect of pre-hospital treatment of
        status epilepticus (SE) on subsequent patient management. Neurology 1991;42
        (Suppl. 3):400.

(11)    Alldredge BK, Wiehl WO.  Adverse drug reactions to phenytoin in patients with
        human immunodeficiency virus infection. Epilepsia 1992;33 (Suppl. 3):107.

(12)    Wall DB, Alldredge BK, Ferriero DM. The effect of pre-hospital treatment on the
        outcome of status epilepticus in children. Clinical Research 1994;42, 29A.

(13)    Ulrich SK, Allen F, Gelb A, Saunders C, Alldredge B, Lowenstein D. PHTSE: a
        muticenter trial of prehospital treatment of status epilepticus. Journal of
        Emergency Nursing 1994;20:433-34.

(14)    Ferriero DM,  Wall DB, Alldredge BK. The effect of prehospital treatment on the
        outcome of status epilepticus in children. Neurology 1995;45 (Suppl 4):A390.

(15)    Lowenstein D, Alldredge B, Gelb A, Isaacs M, Ulrich SK, Allen F, Segal M,
        Neuhaus J. Prehospital treatment of status epilepticus. Neurology 1995;45
        (Suppl 4):A390.

(16)    Alldredge B, Gelb A, Isaacs M, Ulrich SK, Allen F, Segal M, Neuhaus J,
        Lowenstein D. Evaluation of oOut-of-hospital therapy for status epilepticus.
        Epilepsia 1995;36 (Suppl 4):44.

(17)    Jafari-Fesharaki M, Alldredge BK. Trends in the occurrence of seizures due to
        recreational drugs. Pharmacotherapy 1996;16:138.

(18)    Gottwald MD, Akers LC, Orsulak PJ, Corry MD, Fields SM, Lowenstein DH,
        Alldredge BK. A longitudinal evaluation of the stability of diazepam and
        lorazepam as used for the prehospital treatment of status epilepticus. Epilepsia
        1996;37 (Suppl 5):140.

(19) Bainbridge J, Gottwald M, Alldredge B. Status epilepticus in HIV patients. Epilepsia 1996;37 (Suppl 5):139.

(20) Fischer JH, Allen FH, Runge J, Lagarda S, Alldredge B, Matsuo F, Kugler AR, Basson SM. Fosphenytoin (Cerebyx®) in status epilepticus: safety, tolerance, and pharmacokinetics. Epilepsia 1996;37 (Suppl 5):202.

(21) Gottwald MD, Taylor RM, Garcia PA, Alldredge BK. Changes in seizure patterns during vigabatrin withdrawal in patients with refractory epilepsy. Neurology 1997;48:A37.

(22) Louie C, Devine B, Koda-Kimble MA, Alldredge BK. Training leaders for the new millennium: evolution of the pharmacy administration resident. International Pharmaceutical Abstracts 1997;34:2268.

(23) Alldredge BK, Corry MD, Allen F, O'Neil N, Gottwald MD, Lowenstein DH. Identification and management of out-of-hospital seizures by paramedics. Epilepsia 1998;39 (Suppl 6):70.

(24) Lowenstein DH, Alldredge BK, Gelb AM, Isaacs SM, Corry MD, Allen F, O'Neil N, Gottwald MD, Ulrich SK, Neuhaus JM, Segal MR. Results of a controlled trial of benzodiazepines for the treatment of status epilepticus in the prehospital setting. Epilepsia 1999;40 (Suppl 7):243.

(25) Gidal BE, Sheth RD, Bainbridge J, Ramsay E, Welty TE, Weatherford KJ, Gilliam F, Alldredge BK, Montouris GD, Belden DS, Lenners A. Alternative medicine use in epilepsy: results of a national, multicenter survey. Epilepsia 1999;40 (Suppl 7):107.

(26) Corry M, Parent J, Isaacs M, Alldredge B, Gelb A, O'Neil N, Allen F, Lowenstein D. Prehospital ambulatory EEG monitoring of adult patients in convulsive status epilepticus. Journal of Emergency Medical Systems 2000; March (Suppl):9.

(27) Corry M, Isaacs M, Gelb A, Alldredge B, O'Neil N, Gottwald M, Allen F, Lowenstein D. A comparison of prehospital treatments for status epilepticus on paramedic perception of patient management. Journal of Emergency Medical Systems 2000; March (Suppl):12.

(28) Alldredge BK, Corry MD, Li LZ, Allen F, O'Neil N, Lowenstein DH. When is Ambulance Transport Necessary for Patients with a Single Out-of-Hospital Seizure? Epilepsia 2002;43(Suppl 7):288-9.

(29) Plunkett MV, Klein EW, Alldredge BK. Use of Complementary and Alternative Medicine Products by Persons with Epilepsy. Epilepsia 2004;45(Suppl 7):148.

(30) Kaiboriboon K, Alldredge BK, Barbaro NM, Bollen AW, Austin EA, Nutik SL, Lowenstein DH, Kroetz DL. Cellular Distribution Pattern of P-glycoprotein in Patients with Medically Refractory Mesial Temporal Lobe Epilepsy. Epilepsia 2005;46(Suppl 8):274.

(31) Kaiboriboon K, Alldredge BK, Barbaro NM, Bollen AW, Austin EA, Nutik SL, Lowenstein DH, Kroetz DL. Upregulation of Mitoxantrone Resistance Protein (MXR/ABCG2) in Patients with Medically Refractory Temporal Lobe Epilepsy. Epilepsia 2005;46(Suppl 8):275.

**Reports, Letters, Book Reviews, Editorials and Other Publications**

(1)    Lowenstein DH, Alldredge BK. Managing status epilepticus. (Letter) Lancet 1990;2:1451.

(2)    Alldredge BK (Contributing Author/Editor). The role of phenytoin in the management of alcohol withdrawal syndrome.  (Practice Guideline).  Topics in Addiction Medicine 1995;1:1-9.

(3)    Alldredge BK, Heard SE, Parko K. Is the prescription really for selegiline? (Letter) Am J Hosp Pharm 1994;51,930-1.

(4)    Alldredge BK. Brainstorms: epilepsy in our own words. Personal accounts of living with seizures by Steven Schacter, M.D.. (Book Review) Am J Hosp Pharm 1994;5:1591-2.

(5)    Alldredge BK. Drug-induced seizures: controversies in their identification and management. (Invited Editorial) Pharmacotherapy 1997;17:857-60.

(6)    Alldredge BK, et al. (1 of 7 National Panelists/Expert Contributors). Neurology / Psychiatry Outlook: A stratFOCUS™ Report. Vol. 1, No. 2, 1998.

(7)    Lowenstein DH, Alldredge BK. Status epilepticus. (Response to Letters to the Editor) New England Journal of Medicine 1998;339:409-10.

(8)    Burkiewicz JS, Chan JD, Alldredge BK. Eletriptan's clinical claims questioned. (Response to Letter to the Editor) Formulary 2000;35:612-4.

(9)    The Task Force on the Future of Clinician Scientists (Bikle D [primary author], Alldredge B, Dillon D, Glantz S, Kahn A, Schiller N, Wallhagen M).  UCSF Academic Senate report: The future of clinician scientists. 2001. (http://www.ucsf.edu/senate/0announcements/clinicianscientistreport.html)

(10)   Alldredge BK. Status epilepticus: a clinical perspective. Edited by Drislane FW. (Book Review) Ann Pharmacother 2006;40.

(11)   State of California SCR (Senate Continuing Resolution) 49 Medication Errors Panel report: *"Prescription for Improving Patient Safety: Addressing Medication Errors"*. A 29-page report with policy recommendations to reduce medication errors.  Authors (alphabetical order): Aanestad S, Aghazarian G, Alldredge B, Bauer SK, Calvert D, Castellblanch R, Cotterell C, Friis R, Gallapaga J, Jacobs M, Michelotti C,Negrete MJ, Preston G, Ravnan S, Rice L, Sadana G, Speier J, Spingarn R, Veale D. Published March 2007.

**Appendix B – Page 31 of RR 720-03779**



VLAMP/CLC/012297
DG4/077EXIT

FIGURE 1.  Kaplan-Meier Estimate of Time to Exit:  ITT Population, Gabapentin
Dosage Groups Only

**Appendix C – List of documents reviewed and provided by Greene & Hoffman**

**Research Reports**

1.   4192-00446
2.   430-00124
3.   720-02801
4.   720-02816
5.   720-03495
6.   720-03497
7.   720-03675
8.   720-03779
9.   720-03849
10.  720-04130
11.  720-30154
12.  724-00134
13.  995-00057
14.  PFIZER_LKNAPP_0062214

**Marketing Documents**

1.   Janeth Turner-Depo Ex. 22
2.   Janeth Turner-Depo Ex. 43
3.   Janeth Turner-Depo Ex. 44
4.   MAC_E_0020200
5.   MAC_E_0026142
6.   MAC_E_0026142
7.   MAC_E_0026749
8.   MAC_E_0026749
9.   MAC_E_0030072
10.  MCLEAN 0003873
11.  MCLEAN 0010168
12.  MCLEAN 0010647
13.  MCLEAN 0012404
14.  MCLEAN 0012596
15.  MCLEAN_0003873
16.  MCLEAN_0010168
17.  MCLEAN_0010647
18.  MCLEAN_0012404
19.  MCLEAN_0012596
20.  MDL_VENDORS_057666
21.  MDL_VENDORS_057687
22.  MDL_VENDORS_064551
23.  MDL_VENDORS_079295
24.  MDL_VENDORS_084471
25.  MDL_VENDORS_094765
26.  MDL_VENDORS_114015
27.  MDL_VENDORS_114068
28.  MOSES0711-MOSES0744
29.  PFIZER_AGARRITY_0002142
30.  PFIZER_AMISHRA_0002767
31.  PFIZER_AMISHRA_0003997
32.  PFIZER_AZEUSCHER_0003320
33.  PFIZER_BPARSONS_0089829
34.  PFIZER_BPARSONS_0089829
35.  PFIZER_BPARSONS_0096598

36. PFIZER_BPARSONS_0096598
37. PFIZER_BPARSONS_0133840
38. PFIZER_CGLOVER_00001291
39. PFIZER_DPROBERT_0000206
40. PFIZER_DPROBERT_0000206
41. PFIZER_DPROBERT_0014874
42. PFIZER_DPROBERT_0014874
43. PFIZER_JSU_0018730
44. PFIZER_JSU_0018730
45. PFIZER_JSU_0032011
46. PFIZER_LALPHS_0013849
47. PFIZER_LALPHS_0013849
48. PFIZER_LALPHS_0014014
49. PFIZER_LALPHS_0014014
50. PFIZER_LALPHS_0059706
51. PFIZER_LCASTRO_0001527
52. PFIZER_LCASTRO_0004053
53. PFIZER_LCASTRO_0004053
54. PFIZER_LCASTRO_0005618
55. PFIZER_LCASTRO_0005618
56. PFIZER_LCASTRO_0006149
57. PFIZER_LCASTRO_0006580
58. PFIZER_LCASTRO_0011563
59. PFIZER_LCASTRO_0011772
60. PFIZER_LCASTRO_0012537
61. PFIZER_LCASTRO_0039757
62. PFIZER_LCASTRO_0078470
63. PFIZER_LCASTRO_0085964
64. PFIZER_LESLIETIVE_0014606
65. PFIZER_LESLIETIVE_0038508
66. PFIZER_LKNAPP_0009569
67. PFIZER_LKNAPP_0023329
68. PFIZER_LKNAPP_0023329
69. PFIZER_LKNAPP_0023336
70. PFIZER_LKNAPP_0023646
71. PFIZER_LKNAPP_0023646
72. PFIZER_LKNAPP_0026472
73. PFIZER_LKNAPP_0036007
74. PFIZER_LKNAPP_0036007
75. PFIZER_LKNAPP_0048180
76. PFIZER_LKNAPP_0048180
77. PFIZER_LKNAPP_0068394
78. PFIZER_LLAMOREAUX_0000682
79. PFIZER_LLAMOREAUX_0000682
80. PFIZER_MPATEL_0146433
81. PFIZER_MYODER_0000652
82. PFIZER_MYODER_0000814
83. PFIZER_MYODER_0000985
84. PFIZER_MYODER_0001022
85. PFIZER_RGLANZMAN_0096016
86. PFIZER_RGLANZMAN_0096016
87. PFIZER_RGLANZMAN_0096071
88. PFIZER_RGLANZMAN_0096071
89. PFIZER_RGLANZMAN_0133526
90. PFIZER_RGLANZMAN_0157387
91. PFIZER_RGLANZMAN_0157387

92.   RELATOR01594
93.   SH_0036543
94.   SH_0064559.0093275
95.   SH_0064559.0093289
96.   WLC_CBU_004837
97.   WLC_CBU_012963
98.   WLC_CBU_012963
99.   WLC_CBU_076620
100.  WLC_CBU_079302
101.  WLC_CBU_086362
102.  WLC_CBU_092879
103.  WLC_CBU_115481
104.  WLC_CBU_164376
105.  WLC_CBU_164409
106.  WLC_CBU_164507
107.  WLC_CBU_175606
108.  WLC_CBU_175623
109.  WLC_CBU_175636
110.  WLC_FRANKLIN_0000033115
111.  WLC_FRANKLIN_0000036620
112.  WLC_FRANKLIN_0000038571
113.  WLC_FRANKLIN_0000039745
114.  WLC_FRANKLIN_0000041545
115.  WLC_FRANKLIN_0000041586
116.  WLC_FRANKLIN_0000052175
117.  WLC_FRANKLIN_0000056145
118.  WLC_FRANKLIN_0000056218
119.  WLC_FRANKLIN_0000060466
120.  WLC_FRANKLIN_0000067667
121.  WLC_FRANKLIN_0000068461
122.  WLC_FRANKLIN_0000069350
123.  WLC_FRANKLIN_0000069499
124.  WLC_FRANKLIN_0000071334
125.  WLC_FRANKLIN_0000071334
126.  WLC_FRANKLIN_0000071419
127.  WLC_FRANKLIN_0000080451
128.  WLC_FRANKLIN_0000080451
129.  WLC_FRANKLIN_0000080480
130.  WLC_FRANKLIN_0000082575
131.  WLC_FRANKLIN_0000093580
132.  WLC_FRANKLIN_0000095650
133.  WLC_FRANKLIN_0000112204
134.  WLC_FRANKLIN_0000130292
135.  WLC_FRANKLIN_0000158566
136.  WLC_FRANKLIN_0000164694
137.  WLC_FRANKLIN_0000170453
138.  WLC_FRANKLIN_0000174950
139.  WLC_FRANKLIN_0000177155
140.  WLC_FRANKLIN_0000177446