UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
ALL PRODUCTS LIABILITY CASES :
:
---------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S MOTION TO DISMISS PLAINTIFFS' FRAUD CLAIMS BASED UPON ALLEGEDLY IMPROPER MARKETING**

In connection with the pending motion by Defendants Pfizer Inc., and Warner-Lambert Company LLC to dismiss Products Liability Plaintiffs' fraud claims based on allegedly improper off-label promotion in the Track One cases, ECF Doc. # 1232, Products Liability Plaintiffs respectfully submit for the Court's consideration a copy of the Memorandum and Order of Honorable Ronald L. Buckwalter, S.J., in *Knipe v. Smithkline Beecham d/b/a Glaxosmithkline*, Civil Action No. 06-3024 (E.D. Pa. Sep. 30, 2008).  This filing is intended to ensure that the Court and all counsel have ready access to the Memorandum and Order in preparation for the hearing on this matter scheduled for October 20, 2008.  A true and correct copy of the Memorandum and Order is attached hereto as Exhibit A.

Plaintiffs believe that the Memorandum will assist the Court in its deliberations, and is relevant to the issue under consideration in this matter, namely, the viability of Plaintiffs' fraud

2

claims based upon allegedly improper off-label marketing of Neurontin. *See* Memorandum and Order, pp. 23-34.

Dated: October 8, 2008                               Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:     **/s/ Andrew G. Finkelstein**
           Andrew G. Finkelstein, Esquire
           Finkelstein & Partners, LLP
           1279 Route 300, P.O. Box 1111
           Newburgh, NY  12551

By:     **/s/ Jack W. London**
           Jack W. London, Esquire
           Law Offices of Jack W. London
             & Associates
           106 E. 6th Street, Suite 700
           Austin, TX  78701

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 8, 2008.

           **/s/ Andrew G. Finkelstein**
           Andrew G. Finkelstein, Esquire

2