UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| *Leroy Anderson, et al v. Pfizer, Inc.*<br>*Mary Cooper, et al v. Pfizer, Inc.*<br>*Jessie Allen, et al v. Pfizer, Inc.* | Individual Case No.: 1:05CV-10835-PBS<br>Individual Case No.: 1:05-CV-10834-PBS<br>Individual Case No.: 1:07-CV-11795-PBS |

**PLAINTIFFS' SUBMISSION PURSUANT TO
THE SEPTEMBER 9, 2008 ORDER (LEAVE TO FILE GRANTED ON OCTOBER 3, 2008)**

COMES NOW, Plaintiffs, by and through counsel of record and file this submission pursuant to the September 9, 2008 Order and states:

1. On September 9, 2008 this Court ordered Plaintiffs Counsel to file a master list that identifies each individual plaintiff the firm represents, organized by the individual action number which would inform the court whether a certification, stipulation of dismissal, or motion to withdraw has been filed; the filing date; and the docket number of the filing made.

2. On August 19, 2008, Plaintiffs counsel filed attorney certifications for 302 plaintiffs. On August 20, 2008 attorney certifications were filed for 3 plaintiffs. The names of these plaintiffs are listed in Exhibit A of Plaintiffs' master list by individual civil action number, indicating the filing date and docket number of the attorney certification.

3. On September 29, 2008, Plaintiffs discovered that attorney certifications for 13 Plaintiffs who are members of the class in *Jessie Allen et al v. Pfizer, Inc.*; Individual Case No.: 1:07-CV-11795-PBS (*Jessie Allen*), were not electronically transferred/received by Pacer. Plaintiffs'

Attorney Certifications Part XX contained the attorney certifications of these 13 Plaintiffs. On August 19, 2008, Plaintiffs' counsel's paralegal, to the best of her knowledge and belief, filed Part XX in much of the same manner and respect as Plaintiffs' Attorney Certifications Parts I-XIX and XXI- XXVI; however, Part XX was not received. The Plaintiffs whose attorney certifications were in Part XX are listed in Exhibit B of Plaintiffs' master list.

4. On September 29, 2008, Stipulations of Dismissals for 35 Plaintiffs were prepared and forwarded to opposing counsel for execution. The names of these Plaintiffs are listed in Exhibit C, Part I of Plaintiffs' master list. Stipulations of Dismissals are being prepared for an additional 31 Plaintiffs. These Plaintiffs are listed in master list Exhibit C, Part II.

RESPECTFULLY SUBMITTED, this the 8th, day of October, 2008.

/s/ Levi Boone, III