Page 1

**Master List**

**Exhibit "A"**

**Attorney Certifications Pursuant to September 9, 2008 Court Order**

Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74; MDL No.: 1629; Master File No.: 04-10981

| Plaintiff's Name | Civil Action Number | Filing Date | Doc. No. |
|---|---|---|---|
| 1) Adams, Mary | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1381 |
| 2) Adams, Nathan | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 3) Aldridge, Linda | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1381 |
| 4) Allen, Jessie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1381 |
| 5) Allen, Vivian | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1381 |
| 6) Applewhite, Mary | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1400 |
| 7) Ashford, Mary | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1381 |
| 8) Banks, Terry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1381 |
| 9) Barbee, Jimmie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1381 |
| 10) Barnes, Robert | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 11) Bass, Teresser | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1381 |
| 12) Beckum, Martha | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1388 |
| 13) Bennett, Vannila | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1388 |
| 14) Benson, Casssandra | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1381 |
| 15) Benton, Ledora | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1381 |
| 16) Berry, Audrey | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1381 |
| 17) Bland, Elizabeth | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1381 |
| 18) Booker-Meeks, Helen | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1408 |
| 19) Bouie, Frances | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1406 |
| 20) Bowyer, Carol | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1381 |
| 21) Bratcher, John | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 22) Brinkley, Carl | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1405 |
| 23) Brooks, Darrell | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1390 |
| 24) Broome, Betty | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 25) Brown, Jessie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 26) Brown, Thomas Jefferson | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 27) Bryson, Bobbie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 28) Campbell, Minni | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 29) Cannon, Lillie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 30) Carson, Corine | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1388 |
| 31) Castellane, Mary | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |

Page 2

**Master List**

**Exhibit "A"**

**Attorney Certifications Pursuant to September 9, 2008 Court Order**

Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74; MDL No.: 1629; Master File No.: 04-10981

| Plaintiff's Name | Civil Action Number | Filing Date | Doc. No. |
|---|---|---|---|
| 32) Christman, Kathy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1405 |
| 33) Clark, Emma | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1403 |
| 34) Clarke, George | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 35) Collier, Sr., Claiborne Leon | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 36) Collins, Everlernn | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1398 |
| 37) Conn, Donald | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |
| 38) Craig, Katie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 39) Crapps, Ruby | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 40) Criss, Lynette | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 41) Crumble, Cora L. | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1398 |
| 42) Crystian, Jr., Theodore | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 43) Cunningham, Linda | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 44) Darby, Alford | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 45) Darling, Jimmy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1405 |
| 46) Davis, Carolyn | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1405 |
| 47) Davis, Levi | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1395 |
| 48) Delotta, Serboya | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1398 |
| 49) Dillon, Alton | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1390 |
| 50) Dillon, Marshall | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1389 |
| 51) Duvall, Catherine | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1395 |
| 52) Edmonds, Mary Jane | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1388 |
| 53) Edwards, Annie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1395 |
| 54) Edwards, Parlee | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 55) Ellis, Pamela | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 56) Ellis, Samuel W. | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 57) Epps, Clara | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1382 |
| 58) Evans, Lillie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1400 |
| 59) Everett, Gregory Linn | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1388 |
| 60) Fields, Texcellar | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1400 |
| 61) Fincher, Inez | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1400 |
| 62) Fisher, Michael | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |

|  | Master List |  | Page 3 |
|---|---|---|---|
|  | Exhibit "A" |  |  |
|  | Attorney Certifications Pursuant to September 9, 2008 Court Order |  |  |
|  | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74; MDL No.: 1629; Master File No.: 04-10981 |  |  |
| **Plaintiff's Name** | **Civil Action Number** | **Filing Date** | **Doc. No.** |
| 63) Fleming, Ethel | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |
| 64) Forbes, Glen | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |
| 65) Ford-Patterson, Essie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |
| 66) Garrett, Alice | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1400 |
| 67) Gibson, Andrew Frederick | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1406 |
| 68) Gildon, Beneal | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1400 |
| 69) Gilmer, Walter | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 70) Givens, Jamie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |
| 71) Givens, Narie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |
| 72) Glass, Shannon | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1400 |
| 73) Glenn, Frances | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1400 |
| 74) Green, Estate of L.G. | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |
| 75) Greer, Claudette | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 76) Hales, Linda | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1400 |
| 77) Hamilton, Cora | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 78) Hammarstrom, Eric | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |
| 79) Haney, Jerry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/20/2008 | 1413 |
| 80) Haney, Margaret | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1402 |
| 81) Hannah, Robert | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1402 |
| 82) Hardy, Tommy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1389 |
| 83) Harkins, Billie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |
| 84) Harris, Christine | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1400 |
| 85) Harris, Clarence | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |
| 86) Harris, Freddie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 87) Harrison, Doyle | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1389 |
| 88) Harveston, Linda | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1407 |
| 89) Haslet, Gregory | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |
| 90) Hasselbach, Lavurne | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 91) Havard, Belinda | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |
| 92) Hayes, Estate of Florence | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 93) Head, Mark | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |

Master List
Exhibit "A"
Attorney Certifications Pursuant to September 9, 2008 Court Order
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74; MDL No.: 1629; Master File No.: 04-10981

Page 4

| Plaintiff's Name | Civil Action Number | Filing Date | Doc. No. |
|---|---|---|---|
| 94) Hendon, Rufus | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1383 |
| 95) Henry, Carl | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 96) Hernandez, Ernest | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1384 |
| 97) Hester, Mae Catherine | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1395 |
| 98) Hollingsworth, Karen | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1384 |
| 99) Holmes, Evia | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 100) Holt, Evelyn | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1384 |
| 101) Hony, William | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1402 |
| 102) Hoover, Frank | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1384 |
| 103) Hoover, Ruby | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1405 |
| 104) Howard, Emma | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1389 |
| 105) Howard, Ethel Mae | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 106) Hunter, Lillie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1405 |
| 107) Ingram, Charles | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1406 |
| 108) Jackson, Bettye | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 109) Jackson, Josephine | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1384 |
| 110) Jackson, Mattie D. | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 111) Jackson, Shonda | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1395 |
| 112) James, Cassandra | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1384 |
| 113) Jeffcoat, James | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1384 |
| 114) Jefferson, Macatherine | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1404 |
| 115) Johnson, Cheryl | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1393 |
| 116) Johnson, Debra | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1384 |
| 117) Johnson, Doris | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1384 |
| 118) Johnson, Lena | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1404 |
| 119) Johnson, Margaret | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1402 |
| 120) Johnson, Nikisha | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1384 |
| 121) Johnson, Ollie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1396 |
| 122) Johnson, Robert | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1384 |
| 123) Johnson, Velma | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1402 |
| 124) Jones, Rose | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1394 |

|  |  | Master List |  | Page 5 |
|---|---|---|---|---|
|  |  | Exhibit "A" |  |  |
|  |  | **Attorney Certifications Pursuant to September 9, 2008 Court Order** |  |  |
|  |  | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74; MDL No.: 1629; Master File No.: 04-10981 |  |  |
| **Plaintiff's Name** | **Civil Action Number** | **Filing Date** | **Doc. No.** |
| 125) Jordon, Edward | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1394 |
| 126) Kendrick, Jacqueline | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1384 |
| 127) Keys, Johnny | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |
| 128) Knight, Falisha | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1394 |
| 129) Kyle, Christopher | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1404 |
| 130) Lacy, Ellaweise | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |
| 131) Lacy, Shanetta | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |
| 132) Landrum, Henry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1404 |
| 133) Langdon, Birdie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1394 |
| 134) Latham-Harrison, Gloria | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1398 |
| 135) Lawson, Mary | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1398 |
| 136) Lawson, Robert | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1389 |
| 137) Lee, Diane | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1404 |
| 138) Lepard, Dawn | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1407 |
| 139) Lesure, Frank | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1394 |
| 140) Lewis, Estate of Cornelius | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |
| 141) Lewis, Jackie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1388 |
| 142) Lindley-Miller, Betsy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1402 |
| 143) Livingston, Mickey | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |
| 144) Logan, Chris A. | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |
| 145) Longino, Sylvia | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |
| 146) Lott, Lula | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1404 |
| 147) Lucas, Jannie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1404 |
| 148) Maggett, Bobbie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1394 |
| 149) Martinson, Dorothea | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1394 |
| 150) Mason, Elton | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1405 |
| 151) McAdory, Joyce | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |
| 152) McBeath, Patricia | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1402 |
| 153) McCardle, Casey | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |
| 154) McClendon, Charlie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1405 |
| 155) McConnell, Franklin | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |

Page 6

**Master List**
**Exhibit "A"**
**Attorney Certifications Pursuant to September 9, 2008 Court Order**
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74; MDL No.: 1629; Master File No.: 04-10981

| Plaintiff's Name | Civil Action Number | Filing Date | Doc. No. |
|---|---|---|---|
| 156) McCoy, Marquitia | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1394 |
| 157) McCullar, Grady | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1394 |
| 158) McDonald, Sherman | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1402 |
| 159) McGowan, Lorraine | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1402 |
| 160) McIntee-Nelson, Martha | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1408 |
| 161) Meeks, Virgine | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1398 |
| 162) Melvin, Laperial | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1394 |
| 163) Mills, Tommie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1395 |
| 164) Mitchell, Ava | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1394 |
| 165) Moore, Mattie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |
| 166) Morgan, Helen | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |
| 167) Morrison, Sara | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1389 |
| 168) Murphy, Brandy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1385 |
| 169) Murray, Linda | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1394 |
| 170) Newsome, Maybelle | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1394 |
| 171) Norman, Martha | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1386 |
| 172) Norwood, Mary | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/16/2008 | 1380 |
| 173) O'Bryant, Helen | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1406 |
| 174) Parks, Helen | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1402 |
| 175) Perez, Sharon | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1386 |
| 176) Phillips, Kathy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1396 |
| 177) Poindexter, Annie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1403 |
| 178) Posey, Jacquelyn | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1402 |
| 179) Potts, Larry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1386 |
| 180) Powell, Delories | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1402 |
| 181) Price, Hershel Jack | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1388 |
| 182) Price, Jerry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1398 |
| 183) Primer, Janice | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1386 |
| 184) Quimby, Cynthia | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1407 |
| 185) Ray, Vera | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1398 |
| 186) Readus, Barbara | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1408 |

Master List — Page 7
Exhibit "A"
Attorney Certifications Pursuant to September 9, 2008 Court Order
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74; MDL No.: 1629; Master File No.: 04-10981

| Plaintiff's Name | Civil Action Number | Filing Date | Doc. No. |
|---|---|---|---|
| 187) Rippy, Sallie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1390 |
| 188) Roberts, Kathy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1398 |
| 189) Robinson, R.C. | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1406 |
| 190) Robinson, Tara | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1386 |
| 191) Rochelle, Wayne | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1386 |
| 192) Rose, Mary | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1396 |
| 193) Sanders, Cherry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1398 |
| 194) Sashfras, Shirley | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1386 |
| 195) Sayles, Jimmy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1396 |
| 196) Scott, Estate of Clarissa | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1400 |
| 197) Scott, Grace | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1403 |
| 198) Scott, Vanessa | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1396 |
| 199) Self, Sean | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1387 |
| 200) Shepherd, Debra | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1396 |
| 201) Shields, Bridgette | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1387 |
| 202) Shields, Pam | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1387 |
| 203) Shields, Sara | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1396 |
| 204) Shoemaker, Jr. Jack | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1387 |
| 205) Sims, Aaron | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1396 |
| 206) Singletary, Fletcher | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1406 |
| 207) Skinner, Lashonda | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1397 |
| 208) Smiley, Tony B. | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1397 |
| 209) Smith, Eugene | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1395 |
| 210) Smith, Lillie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1387 |
| 211) Smith, Ronnie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1395 |
| 212) Smith, Rosa W. | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1387 |
| 213) Smith, Ruby Maxine | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1400 |
| 214) Spencer, Bennie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1386 |
| 215) Stagg, Jerry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1404 |
| 216) Stampley, Darlene | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1404 |
| 217) Starks, Barbara | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1404 |

Page 8

## Master List
### Exhibit "A"
### Attorney Certifications Pursuant to September 9, 2008 Court Order
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74; MDL No.: 1629; Master File No.: 04-10981

| Plaintiff's Name | Civil Action Number | Filing Date | Doc. No. |
|---|---|---|---|
| 218) Staten, John | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1403 |
| 219) Steele, Bobby Jean | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1404 |
| 220) Steverson, Carl | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1404 |
| 221) Sullivan, Debbie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1397 |
| 222) Taylor, Cecil | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1386 |
| 223) Taylor, Dorian | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1403 |
| 224) Theodore, Jennifer | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1386 |
| 225) Thomas, Chester | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1407 |
| 226) Thomas, Dixie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1405 |
| 227) Thomas, Erestia | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1407 |
| 228) Thomas, Estate of Bertha | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1408 |
| 229) Thomas, Magnolia | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1386 |
| 230) Thompson, Martha | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1403 |
| 231) Thornton, Bernice | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1386 |
| 232) Toler, Ella Mae | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1389 |
| 233) Tollison, Lanelle | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1403 |
| 234) Tolliver, Dorothy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1397 |
| 235) Townsend, Dan | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1403 |
| 236) Townsend, Morris Edwin | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1398 |
| 237) Toy, Doris | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1387 |
| 238) Trim, Mike | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1403 |
| 239) Turner, Monnie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1387 |
| 240) Tutor, Benjamin | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1406 |
| 241) Vail, Larry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1389 |
| 242) Walls, Joann | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1387 |
| 243) Walters, Shirley Ann | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1405 |
| 244) Warfield, Connie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1387 |
| 245) Warfield, Estate of Katherine | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1395 |
| 246) Washington, Della | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1405 |
| 247) Washington, Rosa | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1397 |
| 248) Watson, Debra | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1387 |

Page 9

Master List
Exhibit "A"
Attorney Certifications Pursuant to September 9, 2008 Court Order
Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74; MDL No.: 1629; Master File No.: 04-10981

| Plaintiff's Name | Civil Action Number | Filing Date | Doc. No. |
|---|---|---|---|
| 249) Watson, Joyce | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1408 |
| 250) Weathersby, minor, Michaelon | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1387 |
| 251) White, Clifton | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1387 |
| 252) White, Edneatha | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1389 |
| 253) Wilburn, Barbara Larry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/20/2008 | 1413 |
| 254) Wildee, Walterine | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1388 |
| 255) Williams, Carole | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1388 |
| 256) Williams, Daisy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1388 |
| 257) Williams, Eloise | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1405 |
| 258) Williams, Helen | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1389 |
| 259) Williams, Jr., Sanders | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1389 |
| 260) Williams, Nolan | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1397 |
| 261) Williams, Sr., O.C. | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1388 |
| 262) Williams, Taylor | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1408 |
| 263) Wilson, Lakeisha | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1408 |
| 264) Womack, Francis | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1390 |
| 265) Woods, Bobby | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/18/2008 | 1388 |
| 266) Young, Barbara | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | 1397 |

Page 10

**Master List**
**Exhibit "A"**
**Attorney Certifications Pursuant to September 9, 2008 Court Order**
Leroy Anderson, et at v. Pfizer, Inc., Case No. 4:04cv275; MDL No.: 1629; Master File No.: 04-10981

| Plaintiff's Name | Civil Action Number | Filing Date | Doc. No. |
|---|---|---|---|
| 1) Adams, Loise | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 2) Anderson, Leroy | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 3) Barber, Marie | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1410 |
| 4) Bearden, Jerrell | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1401 |
| 5) Beckum, Sue | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 6) Carroll, Roy | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 7) Drennan, Shirley | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1410 |
| 8) Ford, Faith | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 9) Gatewood, Annie | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 10) Green, Kenneth | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 11) Haley, Lee | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 12) Harris, Melvin | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 13) Hunter, James | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 14) Jenkins, Charlotte | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 15) Knight, Elizabeth | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1410 |
| 16) Lott, Dorothy | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/20/2008 | 1412 |
| 17) Lowe, Jerry | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 18) Nance, Warren | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1410 |
| 19) Pierce, Donna | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1410 |
| 20) Plant, Rodney | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1410 |
| 21) Prince, Mark | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 22) Rhodes, Patricia | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1410 |
| 23) Smith, Frank | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 24) Smith, Louisia | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1410 |
| 25) Suber, Gregory | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 26) Thomas, Carlene | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1391 |
| 27) Young, minor, Re'Shedia | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | 8/19/2008 | 1410 |

|  | Master List |  | Page 11 |
|---|---|---|---|
|  | Exhibit "A" |  |  |
|  | Attorney Certifications Pursuant to September 9, 2008 Court Order |  |  |
|  | Mary Cooper, et al v. Pfizer, Inc., Case No.: 2:04cv255; MDL No.: 1629; Master File No.: 04-10981 |  |  |
| **Plaintiff's Name** | **Civil Action Number** | **Filing Date** | **Doc. No.** |
| 1) Cooper, Mary | Mary Cooper, et al v. Pfizer, Inc., Case No. 2:04cv255 | 8/19/2008 | 1409 |
| 2) Ford, Glinda | Mary Cooper, et al v. Pfizer, Inc., Case No. 2:04cv255 | 8/19/2008 | 1392 |
| 3) Haynes, Charles B. | Mary Cooper, et al v. Pfizer, Inc., Case No. 2:04cv255 | 8/19/2008 | 1409 |
| 4) Maddox, Pearlie | Mary Cooper, et al v. Pfizer, Inc., Case No. 2:04cv255 | 8/19/2008 | 1392 |
| 5) Myers, Lolita | Mary Cooper, et al v. Pfizer, Inc., Case No. 2:04cv255 | 8/19/2008 | 1392 |
| 6) Newson, Betty | Mary Cooper, et al v. Pfizer, Inc., Case No. 2:04cv255 | 8/19/2008 | 1399 |
| 7) Pearson, Ethel | Mary Cooper, et al v. Pfizer, Inc., Case No. 2:04cv255 | 8/19/2008 | 1392 |
| 8) Rice, Rodger | Mary Cooper, et al v. Pfizer, Inc., Case No. 2:04cv255 | 8/19/2008 | 1392 |
| 9) Smith, Andrew | Mary Cooper, et al v. Pfizer, Inc., Case No. 2:04cv255 | 8/19/2008 | 1409 |
| 10) Smith, Jannie | Mary Cooper, et al v. Pfizer, Inc., Case No. 2:04cv255 | 8/19/2008 | 1411 |
| 11) Webb, William | Mary Cooper, et al v. Pfizer, Inc., Case No. 2:04cv255 | 8/19/2008 | 1392 |