**Master List**
**Exhibit "B"**

**Allen vs. Pfizer Attorney Certifications (Part XX)**

| Plaintiff's Name | Civil Action Number | Filing Date | Doc. No. |
|---|---|---|---|
| 1) Blaylock, Joe | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | Unknown |
| 2) Creswell, Memye | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | Unknown |
| 3) Gregory, Emma | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | Unknown |
| 4) Grinston, Fannie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | Unknown |
| 5) Hicks, Shawand | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | Unknown |
| 6) Jackson, Patsy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | Unknown |
| 7) Mitchell, Prince | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | Unknown |
| 8) Neal, Debra | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | Unknown |
| 9) Odom, Tommie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | Unknown |
| 10) Patton, Curtis | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | Unknown |
| 11) Pearson, Annie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | Unknown |
| 12) Williams, Taylor | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | 8/19/2008 | Unknown |