**Master List**      Page 1

**Exhibit "C"**

**Part I- Stipulations of Dismissal Submitted to Defense for Execution**

Jessie Allen et al v. Pfizer, Inc., Case No. 4:07cv74; MDL No.: 1629; Master File No.: 04-10981

| Plaintiff's Name | Civil Action Number | Status |
|---|---|---|
| 1) Batte, Irene | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 2) Brinson, Tamara | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 3) Calogero, Lisa | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 4) Conguista, Johnny | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 5) Dicus, Tony | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 6) Fiffer, Sallie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 7) Gardner, Alma | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 8) Hall, Jr., Willie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 9) Hammarstrom, Holly | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 10) Haney, Jerry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| | | (Originally Certified on 8/20/2008; Dock No. 1413) |
| 11) Henry, Wade | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 12) Hill, Leona | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 13) Hirsch, Linda | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 14) Hodges, Tony | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 15) Jones, Sherita | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 16) Lipsey, Minnie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 17) Miles, Osby | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 18) Mosley, Lashondra | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 19) O'Braint, Doris | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 20) O"Bryant, Helen | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| | | (Originally Certified on 8/19/2008; Dock No. 1406) |
| 21) O'Neal, Louis | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 22) Pigron, Junaker | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 23) Potts, William | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 24) Sample, Deloise | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 25) Sampson, Samuel | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 26) Smith, Retha | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 27) Starks, Barbara | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| | | (Originally Certified on 8/19/2008; Dock No. 1404) |

Page 2

## Master List
## Exhibit "C"

### Part I- Stipulations of Dismissal Submitted to Defense for Execution

Jessie Allen et al v. Pifzer, Inc., Case No. 4:07cv74; MDL No.: 1629; Master File No.: 04-10981

| Plaintiff's Name | Civil Action Number | Status |
|---|---|---|
| 28) Summers, Thomas Charles | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 29) Terry, Lanelle | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 30) Wade, Lula Belle | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 31) Wasson, Annie Helen | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 32) Whitehall, Richard | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 33) Williams, Bobbie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 34) Williams, Eugie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |
| 35) Wilson, Cynthia | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | submitted to defense counsel for execution |

### Part II- Stipulations To Be Submitted to Defense Counsel for Execution

#### Plaintiff's Not Certified/ Weak Case

| Plaintiff's Name | Civil Action Number |
|---|---|
| 1) Abron, Angela | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 |
| 2) Lee, Beatrice | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 |
| 3) Lofton, Bobby | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 |
| 4) Rankins, Cheryl | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 |
| 5) Cartwright, Keba | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 |
| 6) Cole, Contessa | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 |
| 7) Dotson, Brenda | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 |
| 8) Green, Larry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 |
| 9) Griffin, Estate of Linda | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 |
| 10) Hentz, Daisy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 |
| 11) Hilton, Alma | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 |
| 12) Jackson, Irma | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 |
| 13) Jackson, Patsy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 |

| Part II- Stipulations To Be Submitted to Defense Counsel for Execution | | Page 3 |
|---|---|---|
| **Plaintiff's Not Certified/ Weak Case** | | |
| **Plaintiff's Name** | **Civil Action Number** | |
| 14) Jackson, Shonda | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 15) Johnson, Lakesha | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 16) Jones, Henry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 17) Lofton, Bobby | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | |
| 18) Lott, Dorothy | Leroy Anderson, et al v. Pfizer, Inc., Case No. 4:04cv275 | |
| 19) Martin, Shirley Torry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 20) Mitchell, Blanchie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 21) Moore, Jacilet | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 22) Otto, Lazarus | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 23) Pearson, Annie | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 24) Pinkton, J.T. | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 25) Shaw, Kennedy | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 26) Taylor, Lorene | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 27) Thomas, Brenda | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 28) Thomas, Cynthia | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 29) Walker, Phillip | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 30) Whittington, Wendell | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |
| 31) Wilburn, Barbara Larry | Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74 | |