UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                            )
IN RE:  NEURONTIN MARKETING, SALES     )
PRACTICES, AND PRODUCT LIABILITY          )
LITIGATION                                                )
                                                            )        MDL Docket No. 1629
                                                            )        Master File No. 04-10981
_____)

                                                            Judge Patti B. Saris
                                                            Mag. Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:

*Leroy Anderson, et al v. Pfizer, Inc*.          Individual Case No.: 1:05CV-10835-PBS
*Mary Cooper, et al v. Pfizer, Inc*.             Individual Case No.: 1:05-CV-10834-PBS
*Jessie Allen, et al v. Pfizer, Inc*.              Individual Case No.: 1:07-CV-11795-PBS

---

**PLAINTIFFS' RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS THE CLAIMS
OF CERTAIN PLAINTIFFS REPRESENTED BY THE LEVI BOONE LAW
FIRM, P.A. FOR FAILURE TO COMPLY WITH THE COURT'S CERTIFCATION ORDERS**

---

COMES NOW, Plaintiffs, by and through, Attorney, Levi Boone, III, of **Boone Law Firm, P.A.**,

and files this *Plaintiffs' Response to Defendants' Motion to Dismiss the Claims of Certain Plaintiffs*

*Represented by the Levi Boone Law Firm, P.A. for Failure to Comply with the Court's Certification*

*Orders* and states:

1.   Plaintiffs have substantially complied with all of the Court's Certification Orders and the

      Defendants' Motion to dismiss should be denied on the grounds set forth in the

      accompanying Memorandum of Law.

2.   In support of this Response Plaintiffs submit a Memorandum of Law .

WHEREFORE, premises considered, Plaintiffs respectfully request that Defendants' Motion to

Dismiss be denied.

          This,  the 14th, day of October, 2008.

                                                            /s/ Levi Boone, III