# EXHIBIT 7

Graham, Thomas, MD  10/3/2008  12:00:00 PM

**1**

```
1
2           COURT OF COMMON PLEAS
            PHILADELPHIA COUNTY
3
4
5   GREGORY CLARK and      JUNE TERM, 2004
    LINDA MEASHEY, et al,
6
        Plaintiffs,
7
8       vs.
9   PFIZER, INC. and
    WARNER-LAMBERT, LLC,
10
        Defendant.    NO. 1819
11
12
13          - - -
14      FRIDAY, OCTOBER 3, 2008
15          - - -
16
17      TRANSCRIPT OF VIDEOTAPED
    DEPOSITION OF THOMAS GRAHAM, M.D., taken by and
18  before NANNETTE S. O'BRIKIS, Court Reporter and
    Notary Public, held at THE DESMOND HOTEL AND
19  CONFERENCE CENTER, 1 Liberty Boulevard, Third
    Floor, Malvern, Pennsylvania, on the above
20  date, commencing at 2:00 p.m.
21
22
            - - -
23
24
25
```

**2**

```
1
2   APPEARANCES:
3
    SACKS & WESTON
4   BY:  JOHN K. WESTON, ESQUIRE
         114 Old York Road
5        Jenkintown, PA  19046
         (215) 925-8200
6        Jweston@sackslaw.com
         Counsel for the Plaintiffs
7
8
    DAVIS, POLK & WARDWELL
9   BY:  PAUL S. MISHKIN, ESQUIRE
         450 Lexington Avenue
10       New York, NY  10017
         (212) 450-4000
11       Paul.mishkin@dpw.com
         Counsel for the Defendants
12
13
14
15
16
17
18
    ALSO PRESENT:
19
    Robert Kowalchik, Videographer
20
21
22
23
24
25
```

**3**

```
1
2           INDEX
3
    Testimony of:  THOMAS H. GRAHAM, M.D.
4
5
            DR   CR   RD   RC
6
    By Mr. Mishkin     6        70
7   By Mr. Weston           29        74
8
9
10
            EXHIBITS
11
12  NUMBER      DESCRIPTION          PAGE
13          No exhibits marked
14
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
1
2       DEPOSITION SUPPORT INDEX
3
    INSTRUCTION NOT TO ANSWER:
4
    Page  Line
5
6       (none)
7
8
    REQUEST FOR PRODUCTION OF DOCUMENTS:
9
    Page  Line
10
11      (none)
12
13
    STIPULATIONS:
14
    Page  Line
15
16      (none)
17
18
    QUESTION MARKED:
19
    Page  Line
20
21      (none)
22
23
24
25
```

Graham, Thomas, MD  10/3/2008  12:00:00 PM

---

**5**

1
2          THE VIDEOGRAPHER:  We're on the
3    record.  The time is 2:00 p.m..  My name
4    is Robert Kowalchik of Veritext Corporate
5    Services.  The date today is October 3,
6    2008.
7          This deposition is being held in
8    the Desmond Hotel and Conference Center,
9    located at One Liberty Boulevard,
10   Malvern, Pennsylvania.
11         The caption of this case is
12   Gregory Clark and Linda Meashey, et al
13   versus Pfizer, Inc. and Warner-Lambert,
14   LLC, in the Commonwealth of Pennsylvania,
15   County of Philadelphia, Court of Common
16   Pleas, June Term, 2004, Number 1819.
17         The name of the witness is Dr.
18   Thomas Graham.
19         At this time, the attorneys will
20   identify themselves and the parties they
21   represent, after which our court
22   reporter, Nannette O'Brikis of Veritext
23   Corporate Services, will swear in the
24   witness and we can proceed.
25         MR. MISHKIN:  Paul Mishkin from

---

**6**

1          THOMAS H. GRAHAM, M.D.
2    Davis, Polk and Wardwell for the
3    defendants, Pfizer and Warner-Lambert.
4          MR. WESTON:  And John Weston
5    from Sacks and Weston representing the
6    plaintiff class.
7                 - - -
8          THOMAS H. GRAHAM, M.D., having
9          been duly sworn, was examined and
10         testified as follows...
11                - - -
12         DIRECT EXAMINATION
13                - - -
14   BY MR. MISHKIN:
15   Q.     Good afternoon, Dr. Graham.
16   A.     Afternoon.
17   Q.     Thank you for taking the time to
18   do this.  Let me just give you a little bit of
19   background about what it is we're doing here
20   today.
21         As you just heard, I represent
22   the defendants in this case, Pfizer and
23   Warner-Lambert.
24         Plaintiffs have filed a
25   class-action lawsuit against the defendants

---

**7**

1          THOMAS H. GRAHAM, M.D.
2    regarding the marketing of the drug, Neurontin,
3    and as you heard, Mr. Weston represents the
4    plaintiffs.
5          I'm going to be focusing with
6    you on your general experience prescribing
7    Neurontin, and more specifically your
8    experience with Neurontin for off-label uses.
9          Let me just give a few notes of
10   clarification about that.
11         I'm not going to ask you about
12   any of your specific patients, and I don't want
13   to hear any details about your specific
14   patients, no names or any identifying
15   information like that.  I just want to make
16   sure that that's clear at the outset.
17   A.     Okay.
18   Q.     So I'm going to be instead
19   focusing on your general experience with
20   Neurontin.
21         A note on terminology, when I
22   use the term Neurontin, it would be great if,
23   just for simplicity, you could understand me to
24   be referring both to branded Neurontin and also
25   generic gabapentin.

---

**8**

1          THOMAS H. GRAHAM, M.D.
2          In other words, I'm not trying
3    to distinguish between the two of those when I
4    use the term Neurontin.  Is that okay?
5    A.     Fair enough.
6    Q.     Great.  And then another note on
7    terminology, just to be clear, when I use the
8    term off-label use, I imagine that's a term
9    you're very familiar with, but just to be
10   totally clear, when I'm referring to an
11   off-label use of a drug, I'm going to be --
12   what I mean is a use that has not been
13   specifically approved of by the FDA.  Is that
14   clear?
15   A.     That's clear.
16   Q.     Great.  I think before I
17   continue, Mr. Weston has a statement that he'd
18   like to make.
19         MR. WESTON:  He does.  Actually,
20   he has an objection that he would like to
21   make.
22         Rather than tie up the flow of
23   this deposition, the plaintiffs object to
24   Dr. Graham's deposition, and to all of
25   the questions that will be asked of Dr.

---

Graham, Thomas, MD  10/3/2008  12:00:00 PM

9

THOMAS H. GRAHAM, M.D.
1
2       Graham in the deposition because Dr.
3       Graham has not been designated as an
4       expert.
5              We have no report from Dr.
6       Graham on the opinions that he's going to
7       offer in this case, and consequently the
8       plaintiffs object to his testimony and to
9       every part of it.
10             MR. MISHKIN:  Defendants
11      obviously disagree with that.
12             Our position is that the
13      deposition is permissible, that it's
14      expressly permitted by the judge's order,
15      and I'll also note for the record we are
16      not offering Dr. Graham as retained
17      expert witness.
18      BY MR. MISHKIN:
19      Q.      Dr. Graham, just a couple more
20      preliminaries before we get started.
21             Let me just go over quickly some
22      basic deposition rules, which you may already
23      be familiar with.
24             Let's do our best not to speak
25      at the same time for the benefit of the court

10

THOMAS H. GRAHAM, M.D.
1
2       reporter.  Is that all right?
3       A.      That's all right.
4       Q.      And if you need a break at any
5       time, just let me know that and we can
6       accommodate you.
7       A.      Okay.
8       Q.      And if there's any question I ask
9       that you don't understand, let me know and I'll
10      do my best to rephrase it.  Is that all right?
11      A.      Okay.
12      Q.      And a note on objections you
13      might hear over the course of the -- over the
14      course of the deposition, objections being made
15      by Mr. Weston or myself, possibly even some
16      back and forth between Mr. Weston and myself.
17             Unless you're instructed not to
18      answer a question, however, you should still go
19      ahead and answer the question even if an
20      objection has been made.
21      A.      Fine.
22      Q.      Fair enough?  Great.  Doctor,
23      let's just start with a little bit of
24      background about yourself.  Could you state
25      your full name?

11

THOMAS H. GRAHAM, M.D.
1
2       A.      Thomas Hild Graham.
3       Q.      And you're a medical doctor.  Is
4       that correct?
5       A.      I'm an M.D., a medical doctor.
6       Q.      Where is your practice located?
7       A.      In Paoli, Pennsylvania.
8       Q.      And how long have you practiced
9       in Paoli?
10      A.      Since 1982.
11      Q.      What is the general nature of
12      your practice?
13      A.      I'm a board-certified
14      neurologist.
15      Q.      How many patients, roughly, would
16      you say that you see in a typical week?
17      A.      Typical week?  Between inpatients
18      and outpatients, over 100, plus or minus.
19      Q.      Fair enough.  You mentioned
20      inpatients.  Is there a particular hospital
21      that you are affiliated with?
22      A.      Principally at Paoli Hospital.
23      I'm chief of neurology for all of Main Line
24      Health, which includes Lankenau, Bryn Mawr, and
25      Paoli.

12

THOMAS H. GRAHAM, M.D.
1
2       I cover call also at Bryn Mawr
3       Hospital, but I'm principally at Paoli.
4       Q.      As part of your practice, do you
5       write prescriptions?
6       A.      I do.
7       Q.      Are some of those prescriptions
8       that you write for off-label uses?
9       A.      Yes.
10      Q.      Would you say that it's common
11      for doctors, as a general matter, to prescribe
12      certain medications for off-label uses; that
13      is, indications that are not approved by the
14      FDA?
15      A.      Probably every day.
16      Q.      Great.  Let's do a little bit
17      more background about you.  Where did you
18      attend medical school?
19      A.      The Hershey Medical College of
20      Penn State University.
21      Q.      Now, did part of that education
22      include training that qualifies you to
23      prescribe medications?
24      A.      Yes, it did.
25      Q.      After medical school, did you do

Graham, Thomas, MD  10/3/2008  12:00:00 PM

13

1          THOMAS H. GRAHAM, M.D.
2    a residency or an internship or something like
3    that?
4          A.    Yes, I did.
5          Q.    Could you tell me a little bit
6    about that?
7          A.    I did a year of general internal
8    medicine at the University of Pennsylvania.
9    Then I did three years of neurology residency
10   at the University of Pennsylvania.
11            Then I completed a fellowship in
12   cerebral metabolism and cerebral vascular
13   disease at the University of Pennsylvania.
14         Q.    Now, did that training that you
15   described after medical school, did that also
16   relate to the prescription of medications, at
17   least some of it?
18         A.    Yes, it did.
19         Q.    You may have mentioned this
20   already, but could you remind me?  What board
21   certifications do you have?
22         A.    I'm certified in neurology.
23         Q.    Okay.  And roughly, in total, how
24   long have you been practicing medicine?
25         A.    I've been in the private practice

14

1          THOMAS H. GRAHAM, M.D.
2    of neurology since 1983.
3          Q.    So if I'm doing the math right, I
4    guess that would be about 25 years you've been
5    in practice?
6          A.    Thereabouts.
7          Q.    Let's return to the topic of
8    off-label prescribing.
9            Do you personally commonly
10   prescribe medications off label?
11         A.    Again, it all relates to what you
12   mean by commonly.  As I said, I mean probably
13   -- probably every day there's an off-label use
14   of something.
15         Q.    Every day you personally, more or
16   less, would be prescribing off label, as a
17   rough approximation?
18         A.    Something, probably something,
19   somewhere, someplace, for whatever reason,
20   every day.
21         Q.    Fair enough.  In general terms,
22   why would you prescribe a drug for an off-label
23   use?
24         A.    Typically because it's effective.
25   The better answer I suppose is that there are

15

1          THOMAS H. GRAHAM, M.D.
2    many uses of drugs that have scientific basis
3    outlined in the literature, well defined and
4    accepted by neurologists and my cohorts and
5    physicians in general, and which are not --
6    have not gone through the regulatory process of
7    getting FDA approval, so it's accepted
8    scientifically as acceptable, but not
9    necessarily FDA-approved.
10         Q.    Doctor, let me ask you sort of a
11   general question about how you approach your
12   practice.
13            Would you say that you have an
14   obligation as a doctor to exercise your own
15   independent medical judgment in treating
16   patients?
17         A.    Yes, I do.
18         Q.    And is that something that you do
19   in your practice?
20         A.    I believe I'm obliged to.
21         Q.    And more specifically, do you
22   exercise your own independent medical judgment
23   in prescribing medications for your patients?
24         A.    Yes, I do.
25         Q.    And in exercising that

16

1          THOMAS H. GRAHAM, M.D.
2    independent medical judgment with respect to
3    prescriptions that you're writing, do you weigh
4    the potential benefits of a medication against
5    its potential risks?
6          A.    All the -- all the time.
7          Q.    Let's turn now to Neurontin more
8    specifically.  You prescribe Neurontin.  Is
9    that correct?
10         A.    I do.
11         Q.    You understand that Neurontin has
12   been approved for adjunctive treatment of
13   epilepsy and postherpetic neuralgia?
14         A.    I do.
15         Q.    Do you prescribe Neurontin for
16   any off-label uses?
17         A.    I do.
18         Q.    Could you tell me which ones?
19         A.    Broadly, principally, for the
20   peripheral neuropathy, and more specifically,
21   the neuralgic pain in that setting, and
22   sometimes for tremor.
23            MR. WESTON:  Sometimes for what?
24            THE WITNESS:  Tremor.
25   BY MR. MISHKIN:

Graham, Thomas, MD  10/3/2008  12:00:00 PM

17

THOMAS H. GRAHAM, M.D.

1
2   Q.   Okay.  Are there any other
3   off-label uses for --
4   A.   Sometimes headache.
5   Q.   -- which you prescribe Neurontin?
6   A.   Sometimes headache.
7   Q.   Okay.  Let's talk about those
8   categories one at a time.  The first category I
9   think you referred to, peripheral neuropathy.
10          If I use the term neuropathic
11  pain, is that a fair description of this first
12  category?
13  A.   Broadly.
14  Q.   Okay.
15  A.   It includes a lot of territory.
16  Q.   Let's use that as a label, but if
17  I have it wrong at some point, please feel free
18  to correct me.
19  A.   Okay.
20  Q.   Have you found Neurontin to be an
21  effective treatment for neuropathic pain in
22  some of your patients?
23  A.   Yes.
24  Q.   Do you recall when the first time
25  would have been that you prescribed Neurontin

18

THOMAS H. GRAHAM, M.D.

1
2   for neuropathic pain?
3   A.   I'd have to guess to say even
4   close to when that was.
5          If it followed in the fashion
6   that would be typical of anticonvulsants in
7   general, given that there is a long history for
8   using anticonvulsant-class medicines,
9   antiseizure-type medicines for the treatment of
10  pain, which goes back the whole time I've been
11  a doctor, there's a tendency, particularly with
12  pain which can be frustrating, to treat with
13  medicines that are side-effect prone to fairly
14  quickly use antiseizure medicines for treatment
15  of pain, particularly neuralgic pain.
16          So I would imagine it was not
17  too long after the drug was available and I had
18  used it in seizures and was comfortable with
19  its side effect profile and had used it for
20  its, you know, approved use, as it were, first,
21  and then somewhere after that.
22  Q.   Fair enough.  And maybe to
23  ballpark it a little bit, would you say it's
24  been more than 10 years ago that you've --
25  since you've --

19

THOMAS H. GRAHAM, M.D.

1
2   A.   I would think.  I -- I -- to be
3   honest, I haven't even done any research on
4   this.  I'm not sure when Neurontin first came
5   out.
6          But when it was first available
7   to write at all, but it would be, I would
8   think, within the year after that.
9   Q.   Okay.  Do you recall what led you
10  to prescribe Neurontin for neuropathic pain for
11  the first time?
12  A.   Not specifically, no.  Again, I
13  alluded to where neurologists' heads are with
14  this.  And just for general purposes, Dilantin,
15  Tegretol -- these are trade names of other
16  seizure drugs -- have all been used for
17  neuropathic pain in a variety of pain
18  conditions for decades, and not everyone
19  responds to them.
20          They are potentially side-effect
21  prone, and so we're always looking for an
22  easier, better, more effective, not so
23  side-effect prone alternative for pain in
24  patients who don't respond, or where it's just
25  easier to use something else.

20

THOMAS H. GRAHAM, M.D.

1
2          So the reason to use it is
3   because we had a -- we meaning neurologists in
4   general, had some familiarity with it.
5          Now, specifically whether a
6   friend of mine used it first and told me about
7   it or somebody had said, you know, I've done
8   this, have you ever tried that, I can't speak
9   to that specifically.
10  Q.   Fair enough.  Just a note of
11  clarification here which I should have made
12  earlier.
13          When we're speaking about
14  neuropathic pain of the sort that you've used
15  Neurontin to treat, we're talking about a
16  neuropathic pain that would go beyond
17  postherpetic neuralgia.  Is that correct?
18  A.   Oh, mostly beyond postherpetic
19  neuralgia.
20  Q.   Do you continue to prescribe
21  Neurontin for neuropathic pain?
22  A.   I do.
23  Q.   Why do you continue to -- use
24  Neurontin for neuropathic pain in your
25  patients?

21

```
1           THOMAS H. GRAHAM, M.D.
2      A.    It's reasonably safe and it
3  works.
4      Q.    A general question here, when you
5  prescribe Neurontin, how long -- for
6  neuropathic pain, how long do your patients
7  typically stay on Neurontin?
8      A.    That depends on its efficacy,
9  particularly with pain.
10          Some people respond to it and
11 some people don't, which is part of the nature
12 of the problem why we're always looking for
13 something to use.
14          So some people are too sedated
15 by it.  Some people, it doesn't work.  So for
16 those people, they may not be on it for very
17 long at all.  I have people who have been on it
18 for years.
19     Q.    And do you find that you need to
20 prescribe refills of Neurontin for at least
21 some people to continue seeing the efficacy in
22 those patients?
23     A.    Certainly.
24     Q.    I take it it's not surprising
25 that you would see Neurontin working for some
```

22

```
1           THOMAS H. GRAHAM, M.D.
2  patients and not for others.
3      A.    Not surprising at all.
4      Q.    I take it it's typical of -- of
5  prescription medications that they would work
6  for some people and not for other people.
7      A.    If everything worked for
8  everybody, we wouldn't need more than one of
9  any class.
10     Q.    Fair enough.  Since you started
11 prescribing Neurontin for neuropathic pain, can
12 you estimate for me roughly the number of
13 patients to whom you've prescribed Neurontin
14 for neuropathic pain?
15     A.    I mean, frankly, almost too
16 numerous to count.
17     Q.    Well, let me -- we just can do it
18 roughly.
19     A.    More -- more than a hundred, less
20 than a thousand.  I would say it was probably
21 in the hundreds, over a decade of time.
22     Q.    Sure.  And after you first began
23 prescribing Neurontin for neuropathic pain to
24 your patients, was your observation of its
25 performance with prior patients a basis for
```

23

```
1           THOMAS H. GRAHAM, M.D.
2  your -- your future decisions to prescribe
3  Neurontin for neuropathic pain?
4      A.    Yes.
5      Q.    And when you prescribe Neurontin
6  for neuropathic pain today, is that -- and
7  throughout your time prescribing Neurontin for
8  neuropathic pain, has that always been based on
9  your independent medical judgment that it was
10 or that it could be an appropriate treatment?
11     A.    That, and such things as appeared
12 in the literature.
13     Q.    And do you continue to believe
14 that Neurontin can be a safe and effective
15 treatment for neuropathic pain?
16     A.    I not only believe it, it is.
17     Q.    Let's talk about a couple of the
18 other uses that you -- you mentioned.  I think
19 you mentioned tremor.  Is that correct?
20     A.    Yes.
21     Q.    Have you found that Neurontin can
22 be an effective treatment for -- for tremor in
23 some of your patients?
24     A.    It can be.
25     Q.    And do you recall what led you to
```

24

```
1           THOMAS H. GRAHAM, M.D.
2  prescribe Neurontin for tremor for the first
3  time, and when roughly that might have been?
4      A.    It's been more recent.  I'd say
5  probably the past five years maybe.
6          And again, my recollection is
7  that I -- I either saw a paper to that effect
8  or I saw it used by a movement disorders
9  person, someone who specializes in tremor or
10 someone who included it even on a list of
11 considerations of medicines one might use for
12 tremor.
13          And this is particularly for
14 essential tremor, which is the tremor Katherine
15 Hepburn has, or had.
16          This isn't a Parkinsonian
17 tremor.  It's a particular kind of tremor which
18 can be, again, somewhat difficult to treat and
19 not everybody responds, so again, you're always
20 looking for an alternative.
21          So when you've been through the
22 usual things that you would ordinarily try
23 first, what do you do for an encore, what's
24 left?
25          You're always looking for
```

25

THOMAS H. GRAHAM, M.D.

2  something else, so it would have been in that
3  circumstance.
4      Q.    And you found that, at least in
5  some cases, patients whose tremors have not
6  responded to other medications do respond
7  positively to Neurontin?
8      A.    Yes.
9      Q.    And would you say that your
10  experience using Neurontin for tremor in some
11  of your patients, that that's been a basis for
12  future prescribing decisions, to use Neurontin
13  for tremor in other patients?
14      A.    Yes.
15      Q.    And your decisions to prescribe
16  Neurontin for tremor, are those based on your
17  independent medical judgment?
18      A.    Yes.
19      Q.    And you continue to believe that
20  Neurontin can be a safe and effective treatment
21  for tremor in some patients?
22      A.    Yes, in some patients.
23      Q.    I think you also mentioned
24  headaches.  Is that right?
25      A.    Yes.

27

THOMAS H. GRAHAM, M.D.

1  one who sort of brought it to my attention.
2      Q.    And his bringing that to your
3  attention, that was based on his own clinical
4  experience of Neurontin's efficacy for treating
5  some people's headaches.
6      A.    Well, that, and he was really
7  newly minted in training, so had just come out
8  of Penn, so my understanding was that he had
9  picked up on that from a headache person at
10  Penn.
11      Q.    And since that time, you've --
12  well, withdrawn.
13          Your current decisions, let's
14  say, to use Neurontin to treat headaches, those
15  are based on your past -- your own past
16  clinical experience seeing it to be effective
17  for some patients?
18      A.    Right.  Yeah.  I mean, basically
19  with something like that, again, when you have
20  frustrating patients and it works, particularly
21  when it works when lots of other things didn't,
22  that's the usual marker that, well, there's
23  something here, and so you pursue it.
24      Q.    And just to be clear, you have

26

THOMAS H. GRAHAM, M.D.

1      Q.    Have you found that Neurontin can
2  be an effective treatment for headache in some
3  patients?
4      A.    Yes.
5      Q.    And when, approximately, did you
6  first prescribe Neurontin for -- for headaches?
7      A.    Actually, it had come with a new
8  associate in a partnership I had been in at the
9  time, which would be -- be four or five years
10  ago.
11          We had taken on a fourth man for
12  a short time who had been just newly out of
13  Penn, and he actually had been using it from
14  his experience at Penn in headache, which for
15  whatever reason, hadn't particularly come to --
16  to my recollection, and he was using it.
17          Again, unfortunately in
18  neurology we see patients who have
19  very-difficult-to-control headache, and these
20  people where nothing else works and you're
21  always looking for something else.
22          And so, again, clearly, first
23  off used it in some of those people.  And that
24  I do recall, because I remember that he was the

28

THOMAS H. GRAHAM, M.D.

1  seen occasions where you have patients with
2  headaches that have not responded to other
3  medications, but who do respond positively to
4  Neurontin?
5      A.    Yes.
6      Q.    And you prescribe Neurontin for
7  headaches based on your own independent medical
8  judgment that in certain cases that's
9  appropriate?
10      A.    Yes.
11      Q.    And you continue to believe that
12  Neurontin can be a safe and effective treatment
13  for headaches in some patients?
14      A.    Yes, I do.
15      Q.    Let me ask you just some more
16  general questions about your experience with
17  Neurontin.
18          Would you say, as a general
19  matter, your knowledge of Neurontin and its
20  efficacy have grown over the years?
21      A.    Yes.
22      Q.    So to be more specific, you know
23  more about Neurontin and its efficacy today
24  than you would have 10 or more years ago when

Graham, Thomas, MD  10/3/2008  12:00:00 PM

---

29

1          THOMAS H. GRAHAM, M.D.
2    you began prescribing it?
3          A.    If only level of experience, and
4    also literature.
5          Q.    Okay.  A couple final questions,
6    Doctor.  Have you ever been detailed by Pfizer
7    or Warner-Lambert sales representatives
8    regarding Neurontin?
9          A.    Yes.
10         Q.    Did any of that detailing on
11   Neurontin address off-label uses?
12         A.    No.
13              MR. MISHKIN:  Doctor, thank you.
14   That's all I have for you.
15              - - -
16              CROSS-EXAMINATION
17              - - -
18   BY MR. WESTON:
19         Q.    Hi, Doctor.  I'm John Weston.
20         A.    Good afternoon.
21         Q.    I have some questions to ask you.
22   Did you speak to Mr. Mishkin or any other
23   lawyer from Pfizer before today?
24         A.    Yes, I did.
25         Q.    Could you tell me something about

---

30

1          THOMAS H. GRAHAM, M.D.
2    that?  When did you first speak to him?
3          A.    Three weeks ago perhaps, two,
4    three.
5          Q.    Did you call them or did they
6    call you?
7          A.    They called me.
8          Q.    What did they say?
9          A.    They asked me if I used
10   Neurontin.
11         Q.    Okay.  Do you know how they
12   selected you to make that call to?
13         A.    I don't.
14         Q.    Did they tell you?
15         A.    No.
16         Q.    Are you being paid for today or
17   are you doing this for free?
18         A.    I'm being recompensed for the
19   time that I would have otherwise been paid for
20   seeing patients.
21         Q.    Okay.
22         A.    I'm not charging my usual expert
23   or legal fee.
24         Q.    Do you have a usual expert or
25   legal fee?

---

31

1          THOMAS H. GRAHAM, M.D.
2          A.    I do.
3          Q.    What is it?
4          A.    $350 an hour.
5          Q.    What are you charging for today?
6          A.    I think it ended up being about
7    $200, $225 an hour.
8          Q.    So you have testified before?
9          A.    For?
10         Q.    At all.
11         A.    Any purpose?  Yes, sir.
12         Q.    Okay.  Have you testified before
13   for plaintiffs, defendants or both?
14         A.    Both.
15         Q.    Okay.  Have you ever testified
16   for a pharmaceutical company before?
17         A.    Not -- not that I can recall.
18         Q.    All right.  Other than the first
19   phone call that you've just alluded to, have
20   you spoken to any of Pfizer's lawyers on other
21   occasions than today's deposition?
22         A.    No.
23         Q.    Just the one time?
24         A.    They spoke with my office manager
25   about setting up this meeting, but I didn't

---

32

1          THOMAS H. GRAHAM, M.D.
2    speak to them.
3          Q.    How long did the first phone call
4    last do you suppose?
5          A.    10 minutes tops.
6          Q.    If we can, let's talk a little
7    bit about how Neurontin works.  Do you know
8    what the term mechanism of action means?
9          A.    I do.
10         Q.    What's it mean?
11         A.    It means a lot of things, but
12   typically it means what the biochemistry of
13   something is and the way that it affects the
14   tissue and how it does what it does.
15         Q.    All right.  The mechanism of
16   action of Neurontin to this day is not known.
17   Is that correct?
18         A.    That's my understanding is that
19   its full actions are not known.
20         Q.    So when -- when you first started
21   to prescribe Neurontin, correct me if I'm
22   wrong, but the thought process that you went
23   through was Neurontin is an antiepileptic drug.
24              We know that other antiepileptic
25   drugs have worked for these off-label

---

33

THOMAS H. GRAHAM, M.D.

2  conditions, and so we will try Neurontin on the
3  assumption that it might work, too.  Is that
4  correct?
5      A.    That's not how I used it first.
6  My first use was in epilepsy.
7      Q.    It was?
8      A.    Right.
9      Q.    Okay.  Now, it was approved
10  for -- well, okay.  And before we move into the
11  epilepsy, after you used it for epilepsy, is
12  the rationale that I just went through
13  accurate, an accurate representation of the
14  thought process you went through?
15      A.    More or less as I recall you
16  saying it, yes.
17      Q.    The FDA approved Neurontin for
18  use in treating epilepsy under what
19  circumstances?
20          MR. MISHKIN:  Objection.
21          MR. WESTON:  What's the
22  objection?
23          MR. MISHKIN:  I think it's
24  vague, and I don't think that there's a
25  foundation for it.

34

THOMAS H. GRAHAM, M.D.

2  BY MR. WESTON:
3      Q.    Do you understand the question,
4  Doctor?
5          MR. MISHKIN:  If you do, go
6  ahead and answer.
7          THE WITNESS:  I believe I do.
8  Again, I'm trying to recall the original
9  indication, but I believe the original
10  indication was as -- as add-on therapy as
11  most anticonvulsants usually are
12  released.
13  BY MR. WESTON:
14      Q.    Now, add-on you mean for use in
15  conjunction with something else?
16      A.    Correct.
17      Q.    Okay.
18      A.    So that you would be adding it on
19  to another antiseizure drug.
20      Q.    Was that the way that you used it
21  when you first prescribed it for epilepsy?
22      A.    Probably first out, yes.
23      Q.    Did you later use it as -- what's
24  the term?  Monotherapy.  That is to say, just
25  by itself in treating epilepsy.

35

THOMAS H. GRAHAM, M.D.

2      A.    Yes.
3      Q.    Now, that would itself be an
4  off-label use, wouldn't it?
5      A.    Again, I'm not certain if it is
6  currently, but at one time it probably would
7  have been.  I can't speak to it in certain
8  detail.
9      Q.    Mr. Mishkin asked you on a number
10  of occasions if you had utilized your
11  independent medical judgment in deciding to
12  prescribe Neurontin for different conditions,
13  and I'm sure that you did, but I want to know
14  what goes into your independent medical
15  judgment, what you base that on.
16          You don't conduct your own
17  double-blind placebo-controlled studies on a
18  drug before you use it, do you?
19      A.    No.
20      Q.    So you base your decision to use
21  it on other information.  Is that right?
22      A.    Sometimes.
23      Q.    What times don't you?
24      A.    Well, sometimes there is no other
25  information to be had.

36

THOMAS H. GRAHAM, M.D.

2          It's just what I said,
3  particularly for neuropathic pain, for example,
4  it's that it makes some sense that it could be
5  effective with a patient that you're otherwise
6  frustrated as a physician in trying to find an
7  answer for.
8      Q.    You have no other choices so
9  you're going to try this just to see if it
10  works?
11      A.    Because it's sensible in somebody
12  in pain.
13      Q.    And Neurontin has very few side
14  effects.  Is that correct?
15      A.    Relative to other choices.  I
16  mean, it has side effects to be sure, but --
17  and also easier to use in terms of monitoring
18  with blood tests and things of that sort.
19      Q.    All right.  So it's comparatively
20  easy to prescribe.  Is that right?
21      A.    Comparatively.
22      Q.    But getting back to the question
23  of what you base your judgment on, ordinarily
24  you would pick Neurontin as opposed to
25  ibuprofen because you've read somewhere that

37

```
1              THOMAS H. GRAHAM, M.D.
2    Neurontin can be used to treat these conditions
3    or because someone has told you that you could
4    use it to treat these conditions.  Is that
5    right?
6        A.    No.
7        Q.    Okay.
8        A.    Not -- not necessarily.  I mean,
9    clearly, that's sometimes true, but that's not
10   necessarily true.
11       Q.    All right.  Well then, why would
12   you pick Neurontin out of all other drugs?
13       A.    Well --
14       Q.    If no one had told you that it
15   worked and you had not read that it worked?
16       A.    For the reasons I said, which
17   are, again, there are certain neuralgic pains
18   that, by their nature, by the way the patient
19   describes it, you can be reasonably confident,
20   as confident as you can when anybody's giving
21   you a subjective complaint, that the nature of
22   their pain is coming from nerve malfunction,
23   from nerves that are hurt.
24             Neuralgic pain can be among the
25   most horrible pain there can be, so when you've
```

38

```
1              THOMAS H. GRAHAM, M.D.
2    gone through other things that it either --
3    untoward side effect, so the people are
4    stupefied by the drug or you've given them
5    Tegretol which worked really, really well, but
6    their liver enzymes went up or their white
7    count went down or they got a terrible,
8    horrible rash from Dilantin and you're stuck
9    because you have someone in pain and there
10   aren't lots of other anticonvulsants to pick
11   from because, after all, when Neurontin first
12   came out, it was one of the newest
13   anticonvulsants in 20 years, and so you say,
14   well, gosh, you know, where am I going here,
15   got nowhere else to go, does -- is it not
16   sensible that this might be effective.
17       Q.    I think that that's my point.  As
18   you just said, you're picking it because it's
19   an AED, an antiepileptic drug.
20       A.    Your point was that I had read it
21   somewhere or been told somewhere, and that's
22   not necessarily so.
23             Sometimes -- I mean, with
24   Neurontin, I don't have any recollection of
25   having necessarily read somewhere or being told
```

39

```
1              THOMAS H. GRAHAM, M.D.
2    by anybody that that's what I was to use or
3    could use or should use or might use.
4             I frankly don't recall anymore
5    where exactly my notion for it came from.
6             It's sensible that one might use
7    another anticonvulsant when we've used almost
8    every other available anticonvulsant up until
9    that time for -- for treatment of neuropathic
10   pain.
11       Q.    All right.
12       A.    So this was -- this was a new
13   one, geez --
14       Q.    This was a new --
15       A.    -- terrible pain.  Gosh, you
16   know, seems to be even safer than the other
17   ones.  Why not?
18       Q.    Okay.
19       A.    Because this guy's in pain.
20       Q.    All right.  Well then, do I
21   understand correctly that you did not -- maybe
22   it's an easier way to approach it.
23             You did not choose Neurontin to
24   prescribe to people with neuropathic pain
25   because of studies that you had read.
```

40

```
1              THOMAS H. GRAHAM, M.D.
2        A.    Once again, I unfortunately can't
3    remember when I first used it for neuropathic
4    pain.  It's been too long ago and too many
5    patients.
6             But the answer is, I don't
7    remember.  I don't think so.  I don't remember
8    that.
9        Q.    Do you recall any of the studies
10   that you read regarding Neurontin's use for any
11   off-label purpose?
12       A.    Not back then.  I don't recall
13   from back then.
14       Q.    Do you recall from now?
15       A.    Oh, gosh, it's been any number of
16   reports of Neurontin's use in neuropathic pain
17   of various lists.
18       Q.    Okay.  Have you read those
19   reports?
20       A.    Yeah.
21       Q.    You've read those in the medical
22   literature?
23       A.    Yes.
24       Q.    Have you attended continuing
25   medical education courses?
```

41

1          THOMAS H. GRAHAM, M.D.
2      A.    Yes.
3      Q.    Those continuing medical
4  education courses, have you ever been informed
5  about Neurontin as an effective treatment for
6  off-label uses?
7      A.    I would think so.
8      Q.    Do you know?
9      A.    Not with absolute certainty under
10  pledge of oath of truth.  I would think so.
11  That's my sense of it.  Yes.
12      Q.    Do you --
13      A.    Actually, I can say yes.  I have
14  been to a CME course where I know for a fact
15  that that was yes.  That's true.  Yes.
16      Q.    Okay.  So you have a present
17  recollection of that.  Where was it, the
18  course?
19      A.    I think it was one of the
20  American Academy of Neurology meetings.
21      Q.    Do you remember where it was
22  held?
23      A.    I don't.
24      Q.    Do you remember how long ago it
25  was?

42

1          THOMAS H. GRAHAM, M.D.
2      A.    I don't.
3      Q.    Do you know what a speakers
4  bureau is?
5      A.    Yes.
6      Q.    What is it?
7      A.    People who -- usually people who
8  are physicians who, in this setting, speak for
9  a drug company in favor or about drugs that
10  that company is interested in.
11      Q.    Have you ever been to one of
12  those?
13      A.    Yes.
14      Q.    Have you ever been to one put on
15  by Warner-Lambert or Pfizer?
16      A.    Yes.
17      Q.    Have you ever been to one that
18  discussed Neurontin?
19      A.    I've been to one that wasn't
20  sponsored by Pfizer that discussed Neurontin.
21  That was about neuropathic pain, but I can't
22  recall being to a Neurontin.  I just don't
23  remember.  I don't recall being to one about
24  that.  No.
25      Q.    But you could have been?

43

1          THOMAS H. GRAHAM, M.D.
2      A.    Could have been.
3      Q.    Have you ever been a speaker at a
4  speakers bureau?
5      A.    Yes, I have.
6      Q.    Have you ever been a speaker on
7  behalf of either Warner-Lambert or Pfizer?
8      A.    Yes.
9      Q.    What -- what drug were you
10  speaking about?
11      A.    Principally for Pfizer I have
12  spoken principally about Aricept.  I have
13  spoken about Neurontin.
14      Q.    You have?
15      A.    I have.
16      Q.    Okay.  When --
17      A.    Twice.
18      Q.    Well, why don't you tell me about
19  that?  When was it that you spoke about
20  Neurontin and where did you speak?
21      A.    Once Neurontin had obtained the
22  postherpetic neuralgia indication, I was
23  trained in it in Washington, D.C. at a
24  conference as part of someone who would become
25  a member of that speakers bureau, and again, I

44

1          THOMAS H. GRAHAM, M.D.
2  spoke twice.
3          It was some time after that
4  approval.  I haven't -- it's been years ago.  I
5  haven't spoken recently about Neurontin.
6          So it was two times.  I think
7  one was a lunch meeting with some other
8  physicians and one was a dinner meeting and
9  there was something on that order.
10      Q.    Was that here in the western main
11  line area?
12      A.    Yes.
13      Q.    How were you trained to be a
14  speaker by Pfizer or Warner-Lambert, whichever
15  one it was?
16      A.    I'm pretty sure it was Pfizer.
17  The drug representative said this is a new
18  indication for Neurontin, are you interested in
19  being trained in this and speaking for it.  I
20  said yes.  I went and was trained.
21      Q.    What was -- what did the training
22  consist of?
23      A.    Sessions relating to postherpetic
24  neuralgia and of the use of the Neurontin and
25  other drugs in postherpetic neuralgia.

45

THOMAS H. GRAHAM, M.D.

1
2     Q.    I'm a basic kind of person, so
3  you have to explain things to me on an
4  elementary level.
5         Did you sit down in a room with
6  someone from Pfizer who gave you materials to
7  read?
8     A.    No.  This was, again, in
9  Washington, D.C.  There were multiple
10  physicians there.  This was more classroom
11  style.
12     Q.    Okay.
13     A.    And the presentations were
14  principally by physicians familiar with the
15  use.
16     Q.    How long -- was it just a one-day
17  session?
18     A.    That's my recollection.
19     Q.    You went to Washington and
20  attended this session at Pfizer's expense?
21     A.    Yes.
22     Q.    Do you recall how much Pfizer
23  paid its speakers to give the talks that you
24  gave?
25     A.    Not with certainty.  I could

46

THOMAS H. GRAHAM, M.D.

1
2  guess.  It would be a speculation, but I could
3  guess.
4         MR. MISHKIN:  I'm going to
5     object to any speculation, but go ahead.
6  BY MR. WESTON:
7     Q.    He's objected and --
8     A.    It was around -- it was probably
9  between five and $800.
10     Q.    Okay.  For each time that you
11  spoke?
12     A.    For each time I did it.
13     Q.    Now, what other drugs have you
14  been a speaker for?
15     A.    In general?
16     Q.    Total.  Yeah.
17     A.    I've spoken on, again, on Aricept
18  for Pfizer.  I've spoken on Betaseron, which is
19  an MS drug.
20     Q.    Can you spell that both for the
21  court reporter and me?
22     A.    Betaseron?
23     Q.    Yeah.
24     A.    B-e-t-a-s-e-r-o-n, which is an
25  interferon beta agent for multiple sclerosis.

47

THOMAS H. GRAHAM, M.D.

1
2  I've spoken on Keppra, a seizure drug,
3  K-e-p-p-r-a, and I have spoken on Lamictal, a
4  seizure drug, L-a-m-i-c-t-a-l, and I have
5  spoken on what is now Razadyne, a dementia
6  drug, R-a-z-a-d-y-n-e, but at the time it was
7  still called Reminyl, R-a-m-i-n-y-l (sic),
8  although that was actually not the physicians.
9  It was to pharmaceutical people.
10     Q.    Let me stop you just there and
11  we'll come back to it.
12         When you spoke to pharmaceutical
13  people, do you mean pharmaceutical sales
14  people?
15     A.    It was a mixture is my
16  understanding.
17     Q.    Okay.  Continue with the other
18  drugs that you've been a speaker for.
19     A.    Beyond that goes far back enough
20  in my memory that I don't remember any more.
21     Q.    Other than Pfizer, what other
22  drug companies have you been a speaker for?
23     A.    Again, I know this sounds
24  foolish, but I really don't keep close track of
25  it.

48

THOMAS H. GRAHAM, M.D.

1
2     But Serono does Betaseron,
3  S-e-r-o-n-o.  UCB is Keppra, and I'm pretty
4  sure Lamictal is Glaxo, but I'm not sure.
5     Q.    Are you currently a speaker for
6  speakers bureau for any drug?
7     A.    I've spoken on Lyrica once,
8  L-y-r-i-c-a.  And I've --
9     Q.    That's a Pfizer drug, isn't it?
10     A.    Yes.  And I believe I will be
11  speaking on Betaseron again.
12     Q.    How often do you speak?
13     A.    Lately, three or four times a
14  year.
15     Q.    Well, you probably have a good
16  idea of how much Pfizer is paying for a
17  speakers bureau engagements now.
18     A.    It varies but -- it's varied over
19  the years.
20     Q.    How much is it now?
21         MR. MISHKIN:  I'm just going to
22     object.  You can testify, you know, from
23     your own experience.
24  BY MR. WESTON:
25     Q.    From your own personal

Graham, Thomas, MD  10/3/2008  12:00:00 PM

49

1          THOMAS H. GRAHAM, M.D.
2    experience.
3          A.    It's typically $500.
4          Q.    Okay.
5          A.    Yeah.
6          Q.    When you -- have you -- other
7    than the one occasion that you mentioned with
8    Reminyl, also known as Razadyne, when you spoke
9    to pharmaceutical people, do you recall any
10   other occasions when you have spoken to
11   pharmaceutical people rather than to doctors?
12         A.    One other time.
13         Q.    Do you remember what drug that
14   was for?
15         A.    It wasn't really for a drug.
16         Q.    What was it for?
17         A.    I spoke to Wyeth.  They wanted
18   some general information on stroke as it --
19   particularly as it related to estrogen and
20   progesterone.
21         Q.    Okay.  Do you know -- you
22   testified that while you had been detailed by
23   Warner-Lambert or Pfizer salespeople on
24   Neurontin, they had not said anything to you
25   about off-label use.  Is that accurate?

50

1          THOMAS H. GRAHAM, M.D.
2          A.    Again, not as I recall.
3          Q.    Okay.  Did you ever ask them
4    about off-label use about Neurontin?
5          A.    Not as I recall.
6          Q.    Have you ever heard the term
7    medical liaison?
8          A.    I have.
9          Q.    What is it or what is one?
10         A.    I only met maybe two, but my
11   understanding is that they are physicians who
12   are in, not drug representatives roles who are
13   available to provide medical information.
14         Q.    They're employed by drug company.
15   Is that correct?
16         A.    That's my understanding.
17         Q.    To answer questions of
18   physicians, such as yourself, about drugs
19   produced by the company.  Is that right?
20         A.    That's correct.
21         Q.    Have you ever communicated with a
22   medical liaison from any drug company?
23         A.    Again, I can recall two occasions
24   where I've had lunch with one.
25         Q.    Okay.  Was that a Warner-Lambert

51

1          THOMAS H. GRAHAM, M.D.
2    or a Pfizer medical liaison?
3          A.    I don't think so, but I don't
4    know.
5          Q.    Do you -- do you remember whether
6    you discussed Neurontin with that person?
7          A.    Almost certain I didn't.
8          Q.    How long ago would that have
9    been?
10         A.    Years.
11         Q.    Do you get or did you ever get
12   samples of Neurontin from Warner-Lambert or
13   Pfizer salespeople?
14         A.    Yes.
15         Q.    Okay.  You give these samples out
16   to your patients.
17         A.    Yes.
18         Q.    It's a service that the drug
19   company performs for doctors.
20         A.    Yes.
21         Q.    Did you happen to see the
22   Dateline show about Neurontin?
23         A.    No.
24         Q.    Have you ever heard about it?
25         A.    I heard about a 60 Minutes one,

52

1          THOMAS H. GRAHAM, M.D.
2    but I --
3          Q.    Okay.  It's probably the same
4    show.
5          A.    Okay.
6          Q.    Dateline, 60 Minutes.  What did
7    you hear about it?
8          A.    I heard about it because the
9    producer called me.
10         Q.    Did he really?
11         A.    She did.  Uh-huh.
12         Q.    She did.  Tell me about that.
13         A.    That particular producer happened
14   to be a female.
15         Q.    Okay.  Tell me about that.  What
16   did she ask you about?
17         A.    She was looking for akin to the
18   same thing we're talking about here.  She was
19   looking for information about whether Neurontin
20   reps had come and spoken to me, and whether
21   they had, you know, pimped me into using
22   Neurontin for off-label uses.
23         Q.    And?
24         A.    And I said no.
25         Q.    What did you tell her?  And so

Unsigned

53

1          THOMAS H. GRAHAM, M.D.
2      she said I'm not interested in you for the
3      show?
4          A.    Yeah.  Which I found really quite
5      fascinating.  I mean, it was clear once there
6      was no dirt to be had, that she was not
7      interested in me at all.
8          Q.    Okay.
9          A.    I didn't get to tell my side of
10     the story at all, not even a little bit.
11         Q.    Now, did she tell you why she
12     picked you?
13         A.    She did not.  I can say it was
14     not too long after that Washington conference.
15     I wondered if she'd gotten ahold of that list.
16         Q.    Was the Washington conference for
17     Neurontin?  I've forgotten.
18         A.    Yes, about postherpetic
19     neuralgia.
20         Q.    Okay.  That's right.  I'm sorry.
21         A.    Which set me off a bit.
22         Q.    Set you off that she --
23         A.    It's just that I thought that --
24     I mean, I know there's a certain amount of
25     gotcha in 60 Minutes, and maybe that's how 60

54

1          THOMAS H. GRAHAM, M.D.
2      Minutes wants it to work, but -- and I didn't
3      see the show, so I suppose I shouldn't say it,
4      but it struck me that there was no interest in
5      my sense of why doctors might use drugs the way
6      doctors use them.
7              There was only interest in, you
8      know, finding information out about, you know,
9      drug reps doing, you know, terrible things, and
10     that once there was another side to the story
11     that that side wasn't of any interest to her.
12         Q.    Okay.  You carry that resentment
13     with you today.
14         A.    Resentment's a strong word.  I
15     don't think I'd use that.  I'd say I carry that
16     sense of lack of fairness.
17         Q.    Okay.
18         A.    Which I don't think is
19     resentment.  I think it's a sense of, gosh, it
20     doesn't seem -- for a news organization, which
21     you would think would want to hold itself out
22     as being fair, it struck me as certainly the
23     attitude with which I was treated was not
24     unfair towards me, but unfair towards the
25     topic.

55

1          THOMAS H. GRAHAM, M.D.
2              It's just how it struck me.
3      Personal opinion.
4              Again, didn't see the
5      production, so for all I know, they gave very
6      fair balance in their production, and it just
7      didn't include me.
8          Q.    Do you know what pharmacology is,
9      Doctor?
10         A.    Yes, I do.
11         Q.    What is it?
12         A.    The words mean the study of
13     drugs.
14         Q.    And how they -- how they interact
15     with?
16         A.    Everything about drugs as I
17     understand pharmacology.
18         Q.    What's your pharmacology
19     training, your formal training?
20         A.    Well, formally I suppose in
21     medical school, maybe a hair, a little bit in
22     college, and then through residency.
23         Q.    Do you keep in touch with your
24     alma mater, Hershey?
25         A.    Some.

56

1          THOMAS H. GRAHAM, M.D.
2          Q.    Do you know Kent Verrano
3      (phonetic) there?
4          A.    I don't.
5          Q.    He's the head of the pharmacology
6      department.  So you had how many courses in med
7      school on pharmacology?
8          A.    Well, again, I think that it's a
9      bit of unfair question.
10             I mean, effectively every course
11     you take in medical school, aside from maybe
12     some of the first year courses that are about
13     anatomy and physiology, but even those deal
14     with pharmacology at some level.
15             I mean, every time when you're
16     studying kidney disease, you're studying about
17     drugs that affect kidney disease.  When you are
18     taking nephrology, which is kidney disease
19     rotation, you learn about the drugs that
20     nephrologists use in taking care of people with
21     kidney disease.
22             So in terms of formal clinical
23     pharmacology, there were two -- Penn State
24     Hershey had a trimester system.  My
25     recollection was that there were two or three

Graham, Thomas, MD  10/3/2008  12:00:00 PM

57

THOMAS H. GRAHAM, M.D.

1
2  trimesters through the course of the second
3  year on clinical pharmacology.
4         So in terms of, you know, formal
5  clinical pharmacology, in terms of only talking
6  about drugs in a formal classroom setting, that
7  would be most of it, but that would speak to --
8  I mean, there was a clinical pharmacologist
9  doing anticonvulsants at Penn during my
10  residency who taught me a fair amount of
11  pharmacology in practical use as a physician,
12  so pharmacology goes through your whole career.
13     Q.    Okay.  But you accurately
14  answered my question, which was your formal
15  training which was a year in your second year
16  of med school.
17     A.    I would dispute that the rest of
18  it wasn't formal training.  It is.
19     Q.    Is there a structure to it?
20     A.    Sure.
21     Q.    What's the structure?
22     A.    Well, as you see in residency
23  there are certain didactic courses which also
24  include pharmacology, but it's also talking to
25  a pharmacologist one on one about drug stuff,

58

THOMAS H. GRAHAM, M.D.

1
2  so that's --
3     Q.    One-on-one talking.  Have you
4  participated in any studies of drugs?
5     A.    Not directly.  I've been -- let
6  me speak more directly.  I'm the chief of
7  neurology for Main Line Health and as -- in
8  that role, we have a stroke program and had an
9  individual who was doing some stroke studies
10  which included -- there was a vitamin treatment
11  protocol, for example, using folic acid in
12  stroke patients.
13         So I've had my name attached to
14  some studies that involved things of that sort,
15  but I really wasn't directly involved in the
16  studies personally.
17     Q.    Okay.  What is Main Line
18  Neurology?  I should ask that.
19     A.    Main Line Health.
20     Q.    Main Line Health.
21     A.    Is a large organization that has
22  multiple arms to it that include principally
23  three acute care hospitals; Lankenau Hospital,
24  Paoli, and Bryn Mawr Hospital Rehabilitation
25  Hospital, Bryn Mawr Rehabilitation Hospital and

59

THOMAS H. GRAHAM, M.D.

1
2  then several other outpatient and home nursing
3  and various other health care pieces.
4     Q.    So it's a corporation that owns
5  those hospitals?
6     A.    That's my understanding.
7     Q.    Okay.
8     A.    I'm not real familiar with the
9  corporate structure.
10     Q.    Do you know what a double-blind
11  placebo-controlled study is?
12     A.    Yes, I do.
13     Q.    What is it?
14     A.    In short form, a disorder is
15  chosen that one wants to study and a medication
16  or medications are chosen which need to be
17  studied in that condition.
18         Individuals with that condition
19  are recruited into the study, consented, and
20  that -- and they are either given the drug or
21  drugs or they are not, but the patients don't
22  know if they're getting drug or not, which is
23  the first blinding, and the physicians who are
24  overseeing the patients who are receiving drug
25  or not don't know who's getting the drug or not

60

THOMAS H. GRAHAM, M.D.

1
2  in making their assessments of whether the drug
3  is thought to work or not.
4     Q.    What's the purpose of going
5  through all of that?
6     A.    To provide evidence based --
7  evidence that something works better than
8  placebo.
9     Q.    You used the term evidence based.
10  Is that as opposed to experience based?
11     A.    It's a formal way of defining.
12  It's one way of knowing whether something
13  works.  It's not the only way of knowing
14  whether something works.
15     Q.    Would you describe your own
16  conclusion that Neurontin works for the
17  off-label uses you prescribe it for as being
18  based on your experience or being based on the
19  evidence produced by studies?
20     A.    Well, that depends where in the
21  process you are.
22     Q.    Tell me.
23     A.    Well, for example, I was using
24  Neurontin for postherpetic neuralgia on my own
25  before it received the approval by virtue of

Graham, Thomas, MD  10/3/2008  12:00:00 PM

---

**61**

1        THOMAS H. GRAHAM, M.D.
2    its value in a placebo-controlled
3    double-blinded trial, which was then proven to,
4    in fact, be so in the double-blind trial.
5        So I've used it both ways, with
6    that knowledge and without it.  Meaning with
7    the advantage of an evidence-based trial and
8    not.
9        Q.   Well, are you saying -- are you
10   saying that you -- pioneered is the wrong word,
11   but that you guessed that it would work long
12   before it was proven by studies to work?
13       A.   Well, again, I would argue with
14   both the words guessed and prudent.
15       Q.   Use your own terms.
16       A.   I've stated before and I'd say it
17   again.  It is rational and logical, not
18   everything rational and logical always works
19   out the way you expect it to, but it was
20   rational and logical to imagine that any new
21   anticonvulsant might be useful for pain
22   control, and in the setting of desperation and
23   trying to control someone's pain where other
24   things hadn't worked or caused side effects,
25   it's a reasonable -- you can call that a guess

---

**62**

1        THOMAS H. GRAHAM, M.D.
2    if you like.  I think that's a loose term.
3        So yeah, I guessed like in
4    certainly not unique, many people did.  I don't
5    think it was special to me.
6        And as I've said before, I don't
7    even know if I'm the one who came up with it.
8        A friend of mine might have
9    mentioned it to me or we might have chatted
10   about it once or who knows where, but --
11       Q.   But it wasn't based on a study
12   that you had read?
13       A.   Not at that time.  Not the first
14   time I used it, to my knowledge.
15       Q.   Doctor, we're going stop for just
16   a moment while they change the tape.
17       THE VIDEOGRAPHER:  We're going
18   off the record.  The time is 2:56 p.m..
19   This is the end of tape number one.
20       (Whereupon, the reporter read
21   back the last question and answer.)
22       THE VIDEOGRAPHER:  We're on the
23   record.  The time is 2:58 p.m..  This is
24   the beginning of tape number two.
25       THE WITNESS:  I would like to

---

**63**

1        THOMAS H. GRAHAM, M.D.
2    finish my answer though.
3    BY MR. WESTON:
4        Q.   Please do.
5        A.   Because, again, only as a matter
6    of personal principal, I had questioned your
7    use of the word guessed and prudent, so you're
8    already given my answer for why I thought it
9    wasn't a guess.
10       Q.   Yes, you have.
11       A.   And again, I think prudence is
12   dependant on reasonable -- reasonableness at
13   the time, and again, particularly with
14   neuropathic pain, when you have -- when you're
15   the guy in the trenches and you're the guy
16   faced with the person with pain, it seems
17   easily more than prudent to give people
18   medication that is logical that it could work
19   and has a side effect profile that is safer
20   than the drugs you've already tried.
21       Q.   There's no real disagreement with
22   you there, Doctor.
23       A.   Good.  Just making it clear.
24       Q.   Yeah.  You try anything that
25   might work.

---

**64**

1        THOMAS H. GRAHAM, M.D.
2        A.   That's sensible and reasonable,
3    rational and prudent.
4        Q.   Okay.  Back to the concept of
5    double-blind placebo-controlled studies.
6        The reason that the studies are
7    double-blind and placebo controlled and they go
8    through rigorous selection of the people who
9    participate in them to make sure that they're
10   comparable is what?
11       A.   Well, principally to avoid
12   placebo effect.  Secondarily to look at side
13   effects, and side effects versus placebo, and
14   things of that sort.
15       Q.   And to rule out other causes that
16   may show an improvement or a change in a
17   physical condition as well.  Is that correct?
18       A.   I'm not sure I'd phrase it that
19   way, but I think that's a rephrase of what I
20   said.
21       Q.   Okay.  When you prescribe
22   Neurontin for off-label use, Doctor, do you
23   tell your patients that it's for an off-label
24   use, that it has not been approved for this by
25   the FDA?

---

65

```
 1          THOMAS H. GRAHAM, M.D.
 2      A.    Not as a matter of course, no.
 3      Q.    Okay.  Do you have any idea what
 4  the placebo effect is for the sorts of
 5  conditions that you prescribe Neurontin for?
 6      A.    I do.
 7      Q.    What is it?
 8      A.    Well, for pain studies in general
 9  usually you see about a 20 percent-ish.  It
10  varies depending on the kind of pain.  It
11  varies depending on the drug.  It varies
12  depending on the study.
13          Placebo effects can be as high
14  as 30 and 40 percent.  It can be as low as 10
15  and 15 percent, but it averages around
16  20 percent in pain studies.
17      Q.    And placebo effect is -- how
18  would you define that?
19      A.    An observation of an apparent
20  benefit of the drug or treatment that is not
21  directly related to the drug or treatment, but
22  either -- well, related to other factors.
23      Q.    Such as the patient thinks that
24  the drug is working if it's not?
25      A.    Well, sometimes it's coincidence
```

66

```
 1          THOMAS H. GRAHAM, M.D.
 2  the patient got better because they were going
 3  to get better anyway.  The patient got better
 4  because they thought they were going to get
 5  better.
 6          In pain studies, it's been shown
 7  that just thinking you're going to get better
 8  helps to release endorphins and a variety of
 9  things that make it clear that the placebo
10  effect is not somehow in your mind or
11  psychological, but that, in fact, it is real,
12  that it comes from your body expecting to be
13  better.
14          It releases things that help to
15  make pain better and so pain is better.
16      Q.    If you suspected that your
17  patients would feel better if you prescribe the
18  placebo for them, you would prescribe it,
19  wouldn't you?
20      A.    Not as a placebo, no.
21      Q.    Well, how would you prescribe it
22  under those conditions?
23      A.    Well, it becomes ethically
24  different -- difficult because the very nature
25  of placebos, and there's a long ethical history
```

67

```
 1          THOMAS H. GRAHAM, M.D.
 2  of this in medicine about where -- what role
 3  placebos play.
 4          One of the problems with placebo
 5  effects is that once you show the wizard behind
 6  the curtain, you lose the placebo effect.
 7          So if you give a drug
 8  intentionally as a placebo with the notion that
 9  it's a placebo, you have to do it with the
10  patient not knowing that you believe and you
11  know it to be a placebo, and in that sense they
12  are both not informed and also they are being
13  fooled.
14          And given that I don't fool my
15  patients and I can't live with the dishonesty
16  that comes from telling somebody that, you
17  know, I'm going -- I'm only giving you this
18  solely and entirely because I want you to
19  believe it will make you feel better --
20      Q.    If you tell them that, obviously
21  it won't make them feel better.
22      A.    Clearly, but I also don't do it
23  with any subterfuge.  I don't use sugar pills
24  in my office.
25      Q.    Do you think it's unethical for a
```

68

```
 1          THOMAS H. GRAHAM, M.D.
 2  doctor to do that?
 3      A.    To do what?
 4      Q.    To prescribe a placebo.
 5      A.    I think it's --
 6          MR. MISHKIN:  Objection, but go
 7  ahead.
 8          THE WITNESS:  I think it's
 9  unethical to do it with that intent and
10  with that aforethought, and in the sense
11  of -- I believe it's improper.
12          Unethical is a strong word to
13  use.  It's not something I do, but I
14  think it's improper to fool your
15  patients.
16          Invariably patients find out and
17  they believe you've managed them
18  dishonestly, and I will not be dishonest
19  with my patients.
20  BY MR. WESTON:
21      Q.    Okay.  You prescribe Neurontin
22  for headache you say.  Do you mean migraine
23  headache?
24      A.    Principally.
25      Q.    When you prescribe it for
```

Graham, Thomas, MD  10/3/2008  12:00:00 PM

69

THOMAS H. GRAHAM, M.D.
1
2  migraine headache, how do you tell the patient
3  to take it; once the symptoms hit him, before
4  the symptoms hit him?
5      A.   Most of the use of -- that I've
6  used Neurontin has been as a prophylactic, as a
7  preventative, something that they take, as many
8  migraine preventatives are used, something they
9  take every day whether they have the headache
10  or not to stop it from starting in the first
11  place.
12      Q.   Have you ever tried prescribing
13  Neurontin for reflex sympathy dystrophy?
14      A.   I don't have that many patients
15  in my practice.  I have certainly given it to
16  patients who carry that diagnosis.
17      Q.   You have?
18      A.   I have, but I don't have many of
19  it.
20      Q.   That's another off-label use,
21  isn't it?
22      A.   Yes.
23      Q.   Do you think it works for that?
24      A.   Hard to know because reflex
25  sympathetic dystrophy doesn't respond to much.

70

THOMAS H. GRAHAM, M.D.
1
2      Q.   Have you ever prescribed it for
3  restless leg syndrome?
4      A.   There has been -- that has been
5  bandied about amongst neurologists.  My pat
6  answer is no.
7          It's possible I may have given
8  it once because the patient heard about it, and
9  had been, again, desperate.  It's really not on
10  my list.
11      Q.   Why not?
12      A.   I'm not convinced it works, and
13  typically I can find the standard medicines
14  that work for restless legs given alone or in
15  combination usually work, so I don't usually
16  find myself having to go to things that are
17  less proven.
18          MR. WESTON:  Doctor, believe it
19  or not, I don't have any other questions
20  for you.  Thank you.
21          THE WITNESS:  Very good.
22              - - -
23          REDIRECT EXAMINATION
24              - - -
25  BY MR. MISHKIN:

71

THOMAS H. GRAHAM, M.D.
1
2      Q.   Doctor, I just have a couple
3  questions for you.  The first is a matter of
4  terminology.
5          You've referred to neuralgic
6  pain.  Is that right?
7      A.   Yes.
8      Q.   Is that the same thing as
9  neuropathic pain?
10      A.   For our purposes, yes.
11      Q.   Okay.  So the questions I asked
12  you earlier about your experience with
13  Neurontin and seeing its efficacy in
14  neuropathic pain patients, your answers would
15  be the same regardless whether I was using the
16  term neuropathic pain or neuralgic pain?
17      A.   Yes.
18      Q.   Okay.  You referred, I think, a
19  couple times in response to questions from Mr.
20  Weston to Neurontin's relatively benign side
21  effect profile compared to some other drugs.
22  Is that right?
23      A.   That's correct.
24      Q.   And is that relatively -- let me
25  ask it in a different way.

72

THOMAS H. GRAHAM, M.D.
1
2          Are the comparatively
3  less-severe side effects of Neurontin -- is
4  that one of the basis on which you would decide
5  to prescribe Neurontin for off-label uses to
6  your patients?
7      A.   Oh, absolutely.
8      Q.   Mr. Weston asked you about the
9  placebo effect, and I guess I just -- I want to
10  ask you how likely it is in your mind that the
11  efficacy that you've observed in Neurontin in
12  the hundreds of patients over more than 10
13  years for off-label uses is due solely to the
14  placebo effect.
15      A.   My opinion is that it's probably
16  nil.  I mean, certainly starting out with it,
17  these were patients who had ample opportunity
18  to have placebo effects for multiple other
19  drugs they had tried already, and when a drug
20  works seemingly uniquely when other drugs have
21  not, you have to ask the question, well, again,
22  hardly blinded, not controlled, understood,
23  but, gosh, why did they get the placebo effect
24  from this drug and not from the three others
25  that they took before.

Graham, Thomas, MD  10/3/2008  12:00:00 PM

**73**

THOMAS H. GRAHAM, M.D.

And when that happens over and over again, not uniformly, but over and over again, all due respect to the question about ethics, I mean, you do get to a point when people have pain, where as long as your -- as long as your motives are good, if the patient has less pain and they're happy and they had a lot of pain before, gosh, at some level if that really is a placebo effect and I'm not doing it intentionally on that purpose and I never have.

Let it be very clear. I've never, ever done that and would not and do not and don't believe for a moment when I give people Neurontin or for any other off-label use that I'm doing it for placebo purposes. If their pain is better, I really don't care as long as they're having no side effect.

Q.   I completely understood and I guess just to synthesize about what you said, based on the consistency of positive response that you've seen in Neurontin in your patients for off-label uses, at least in your mind, you don't think that that efficacy is due solely to a placebo effect.

**74**

THOMAS H. GRAHAM, M.D.

A.   That -- that's correct. And the metaphor for that is penicillin.

You know, there's never -- there was never a double-blind controlled trial with penicillin when it came out in 1939, but, you know, it's the funniest thing. People used to die of pneumonia and then when they got penicillin, they didn't die of pneumonia the same way any more. Everybody accepted that.

Granted, it was another time and place. Granted, you know, evidence-based medicine, as it's touted today, was not the -- was not the way it was done.

But sometimes things are fairly apparent, even from experience in practice. Evidence-based medicine is one way to know. It's not the only way to know.

MR. MISHKIN: Doctor, thank you. That's all I've got.

- - -

RECROSS-EXAMINATION

- - -

BY MR. WESTON:

Q.   I got one question that Mr.

**75**

THOMAS H. GRAHAM, M.D.

Mishkin just raised in my mind, Doctor.

You said that -- and you've said this a couple of times, that Neurontin has comparatively few side effects compared to other AEDs, and it made me wonder have you heard about the FDA's recent conclusions on AEDs and suicide?

A.   I have.

Q.   Can you tell us something about that?

A.   There's concern that antiepileptic drugs increase suicide risk.

Q.   Do you know by how much?

MR. MISHKIN: Objection.

THE WITNESS: I can't quote the figure.

MR. WESTON: Thank you, Doctor.

MR. MISHKIN: Defendants have nothing further.

MR. WESTON: We're done.

THE VIDEOGRAPHER: We're going off the record. The time is 3:11 p.m.. This is the end of tape number two. We are concluded.

**76**

- - -

(Whereupon, the witness was excused.)

- - -

(Whereupon, the deposition concluded at 3:11 p.m.)

- - -

Graham, Thomas, MD  10/3/2008  12:00:00 PM

77

```
1
2          C E R T I F I C A T E
3
4
5          I, NANNETTE S. O'BRIKIS, a
6    Notary Public and Court Reporter, do hereby
7    state that the foregoing is a true and accurate
8    transcript of the testimony as taken
9    stenographically by and before me at the time,
10   place, and on the date hereinbefore set forth.
11          I do further state that I am
12   neither a relative, nor employee, nor attorney,
13   nor counsel of any of the parties to this
14   action, and that I am neither a relative, nor
15   employee of such attorney or counsel, and that
16   I am not financially interested in this action.
17
18
19
20
21
22   Nannette S. O'Brikis
     Notary Public
23   My commission expires September 16, 2012
     Date:
24
25
```

Unsigned                                    Page  77