# EXHIBIT 8

**Page 1**

```
 1      IN THE COURT OF COMMON PLEAS
        OF PHILADELPHIA COUNTY, PENNSYLVANIA
 2              CIVIL DIVISION
                    - - -
 3    GREGORY CLARK and LINDA  : Civil Action
      MEASHEY, et al.,         :
 4         Plaintiffs,         :
                               :
 5         vs.                 :
                               :
 6    PFIZER, INC., and        : JUNE TERM, 2004
      WARNER-LAMBERT, LLC,     :
 7         Defendants.         : No. 1819
 8                  - - -
 9           Tuesday, October 7, 2008
10                  - - -
11          Videotaped deposition of
12    KENNETH D. HOELLEIN, M.D., taken at the law
13    offices of Dechert LLP, Cira Centre, 21st
14    Floor, 2929 Arch Street, Philadelphia,
15    Pennsylvania, commencing at 9:26 a.m., before
16    Jennifer S. Walker, a Federally Approved
17    Registered Professional Reporter and Notary
18    Public.
19
20
21                  - - -
22
23
24
                    - - -
25
```

**Page 2**

```
 1   APPEARANCES:
 2
         SACKS & WESTON
 3       BY:  JOHN K. WESTON, ESQUIRE
         BY:  CHARLES E. MANGAN, ESQUIRE
 4       114 Old York Road
         Jenkintown, Pennsylvania  19046
 5       (215) 925-8200
         jweston@sackslaw.com
 6       cmangan@sackslaw.com
         Representing the Plaintiffs
 7
 8
         DAVIS POLK & WARDWELL
 9       BY:  PAUL S. MISHKIN, ESQUIRE
         450 Lexington Avenue
10       New York, New York  10017
         (212) 450-4000
11       paul.mishkin@dpw.com
         Representing the Defendants
12
13
     ALSO PRESENT:  RYAN PENNY, Video Specialist
14
                    - - -
15
```

**Page 3**

```
 1                  - - -
 2                I N D E X
 3                  - - -
 4    Testimony of: KENNETH D. HOELLEIN, M.D.
 5    By Mr. Mishkin ......................5, 46
 6    By Mr. Weston ......................17, 47
 7                  - - -
 8               E X H I B I T S
 9                  - - -
10    EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED
11
12           (None marked.)
13
14                  - - -
```

**Page 4**

```
 1         KENNETH D. HOELLEIN, M.D.
 2         VIDEO SPECIALIST:  My name is
 3    Ryan Penny of Veritext.  The date
 4    today is October 7th, 2008.  And the
 5    time is approximately 9:26 a.m.
 6         This deposition is being taken
 7    at the law office of Dechert LLP
 8    located at 2929 Arch Street in
 9    Philadelphia, Pennsylvania.
10         The caption of this case is
11    "Clark, et al., vs. Pfizer,
12    Incorporated, et al."  It's filed in
13    the Court of Common Pleas of
14    Philadelphia, Pennsylvania, June Term,
15    2004, Number 1819.
16         The name of the witness is
17    Dr. Kenneth D. Hoellein, M.D.
18         At this time, the attorneys
19    will identify themselves and the
20    parties they represent, after which
21    our court reporter, Jennifer Walker of
22    Veritext, will swear in the witness,
23    and we may proceed.
24         MR. MISHKIN:  Paul Mishkin from
25    Davis Polk & Wardwell for the
```

Hoellein, Kenneth, MD  10/7/2008  12:00:00 PM

**Page 5**

```
 1        KENNETH D. HOELLEIN, M.D.
 2   defendants Pfizer and Warner-Lambert.
 3        MR. WESTON:  John Weston and
 4   Charles Mangan from Sacks & Weston
 5   representing the plaintiff class.
 6             - - -
 7        KENNETH D. HOELLEIN, M.D.,
 8   having been first duly sworn, was
 9   examined and testified as follows:
10             - - -
11             EXAMINATION
12             - - -
13   BY MR. MISHKIN:
14        Q.    Good morning, Doctor.
15        A.    Good morning.
16        Q.    Thank you for taking the time
17   to be here.  Let me give you a little bit of
18   background before we start just to let you
19   know what we're doing here today.
20        As you heard, my name is
21   Paul Mishkin.  I represent the defendants in
22   this case.  The plaintiffs have filed a
23   class-action lawsuit regarding the marketing
24   of the drug Neurontin.  And as you just heard,
25   Mr. Weston and Mr. Mangan represent the
```

**Page 6**

```
 1        KENNETH D. HOELLEIN, M.D.
 2   plaintiffs.
 3        I'm going to be focusing with
 4   you on your general experience using
 5   Neurontin, more specifically, your experience
 6   using Neurontin to treat off-label conditions.
 7        And let me just go over a
 8   couple more points before we begin.  I'm not
 9   going to be asking you any questions about
10   specific patients.  I'm not looking for any
11   information about specific patients, just your
12   general experience.
13        A note on what I mean by
14   Neurontin, I'm going to be using that in a
15   broad sense.  And it would be great if you
16   could understand, when I use "Neurontin,"
17   understand me to be referring both to branded
18   Neurontin and also generic gabapentin.  I'm
19   not trying to draw any distinction between
20   those two when I use the term "Neurontin."  Is
21   that okay?
22        A.    That is okay.
23        Q.    Great.
24        And then why don't we just go
25   over briefly the definition of "off-label
```

**Page 7**

```
 1        KENNETH D. HOELLEIN, M.D.
 2   use."  I imagine that's a very familiar term
 3   to you, but just to be clear, when I refer to
 4   an off-label use, I'm talking about a use of a
 5   drug that hasn't been specifically approved of
 6   by the FDA.
 7        Mr. Weston, I think, may want
 8   to state something at this point.
 9        MR. WESTON:  Right.  As we have
10   done with this entire series of
11   depositions so far, I make my
12   objection at the beginning of the
13   deposition, and that objection
14   basically is that this doctor has not
15   been identified as an expert in
16   interrogatories or otherwise.
17        I have no report from the
18   doctor.  He is expressing expert
19   opinions -- or he will, I expect --
20   and I object to this deposition and to
21   all of the questions in it on that
22   basis.
23        MR. MISHKIN:  Defendants have
24   already explained on other occasions
25   why they don't agree with that
```

**Page 8**

```
 1        KENNETH D. HOELLEIN, M.D.
 2   briefly.  We think that this
 3   deposition is permissible, that it's
 4   been expressly permitted by the judge.
 5   And I'd also note that we're not
 6   offering the doctor as a retained
 7   expert witness.
 8   BY MR. MISHKIN:
 9        Q.    Doctor, just a couple more
10   preliminaries before we get into this.  Have
11   you ever been deposed before?
12        A.    Yes.
13        Q.    Let me just go over some basic
14   rules which may already be familiar to you.  I
15   think a basic one is that we should just do
16   our best not to speak at the same time so that
17   the court reporter can take down fully what
18   we're both saying.  Is that okay?
19        A.    Yes.
20        Q.    Great.  And if I ask a
21   question, and it doesn't make sense to you, if
22   you need any kind of clarification, just let
23   me know that, and I'll rephrase the question.
24   If you need a break at any time, just let me
25   know that, and we can certainly accommodate
```

Hoellein, Kenneth, MD  10/7/2008  12:00:00 PM

9

1      KENNETH D. HOELLEIN, M.D.
2      that.
3              And I think the final thing
4      I'll mention is, that you may hear some
5      objections over the course -- over the course
6      of the deposition, but, generally speaking,
7      you should still go ahead and answer the
8      question.  The objections generally are just
9      for the record, and you should still go ahead
10     and give a response.
11             Let's start with some
12     background about you.  Could you just state
13     for the record your full name, please?
14     A.     Kenneth Donald Hoellein.
15     Q.     And you're a medical doctor.
16     Is that correct?
17     A.     Yes, sir.
18     Q.     Where is your practice located?
19     A.     Northeast Philadelphia.
20     Q.     And how long has your practice
21     been in Northeast Philadelphia?
22     A.     1981.
23     Q.     Since 1981, it's been there?
24     A.     Yes.  July 1st, 1981.
25     Q.     Can you tell me what the

10

1      KENNETH D. HOELLEIN, M.D.
2      general nature of your practice is?
3      A.     Primary care internal medicine.
4      Q.     And if you were going to
5      describe your specialty, how would you do
6      that?
7      A.     Well, primary care, so we take
8      care of the adult population with all their
9      medical problems.
10     Q.     How many patients do you see in
11     a typical week?
12     A.     250 outpatients and about 50 to
13     60 inpatients.
14     Q.     By "inpatients," you're
15     referring, I assume, to patients in hospitals?
16     A.     In a hospital.
17     Q.     Is there a particular hospital
18     or set of hospitals that you're affiliated
19     with?
20     A.     Currently, I'm admitting to
21     Albert Einstein Medical Center in north
22     Philadelphia and Chestnut Hill Hospital in
23     northwest Philadelphia.
24     Q.     As part of your practice,
25     Doctor, you write prescriptions, I take it?

11

1      KENNETH D. HOELLEIN, M.D.
2      A.     Yes.
3      Q.     Are some of the prescriptions
4      that you write for off-label uses?
5      A.     Yes.
6      Q.     Is that a common practice for
7      doctors to prescribe certain medications for
8      indications that have not been approved of by
9      the FDA?
10     A.     Yes.
11     Q.     Let's go back now and do a
12     little bit more of your own background.  Where
13     did you attend medical school?
14     A.     Thomas Jefferson University.
15     Q.     Did part of that education
16     include training that qualifies you to
17     prescribe medications?
18     A.     Yes.
19     Q.     And after medical school, did
20     you do a residency or an internship?
21     A.     Yes.
22     Q.     Tell me a little bit about
23     that.
24     A.     Three years internal medicine
25     resident Pennsylvania Hospital.

12

1      KENNETH D. HOELLEIN, M.D.
2      Q.     And did part of the training
3      that you received as a resident also relate to
4      the prescription of medications?
5      A.     Yes, sir.
6      Q.     Do you have any particular
7      board certifications?
8      A.     Internal medicine.
9      Q.     And if you could approximate it
10     for me, about how long have you been
11     practicing medicine in total?
12     A.     Graduated medical school in
13     '78, opened my practice -- did three years of
14     residency, and then have been in practice
15     since 1981.
16     Q.     If I'm doing the math
17     correctly, maybe about 27 years?
18     A.     As a primary-care physician,
19     yes.
20     Q.     Okay.  Let's talk a bit more
21     about off-label prescribing -- you mentioned
22     that you do prescribe drugs off label?
23     A.     Yes.
24     Q.     Could you tell me approximately
25     how frequently you would prescribe a drug off

Page 13

1  KENNETH D. HOELLEIN, M.D.
2  label in your practice?
3      A.   Every day.
4      Q.   And why, as a general matter,
5  would you prescribe a drug off label?
6      A.   Expect benefit to the patient.
7      Q.   A general question, Doctor:
8  Would you say that you have an obligation, as
9  a doctor, to exercise your own independent
10 medical judgment in treating your patients?
11     A.   Yes.
12     Q.   And that's something you do in
13 your practice?
14     A.   Yes.
15     Q.   A little more specifically, do
16 you exercise your own independent medical
17 judgment in prescribing medications for your
18 patients?
19     A.   Yes.
20     Q.   And when you're exercising that
21 independent medical judgment in deciding what
22 to prescribe, would you -- or do you weigh the
23 potential benefits of a particular treatment
24 against the potential risks of that treatment?
25     A.   The decision is made every day,

Page 14

1  KENNETH D. HOELLEIN, M.D.
2  yes.
3      Q.   Let's turn now to Neurontin.
4  Am I correct that you prescribe Neurontin?
5      A.   Yes, I do.
6      Q.   You understand that Neurontin
7  has been approved for adjunctive treatment of
8  epilepsy and also for treatment of
9  postherpetic neuralgia?
10     A.   Yes, I do.
11     Q.   Do you prescribe Neurontin for
12 any off-label uses?
13     A.   Yes.
14     Q.   Can you tell me what those are?
15     A.   Mainly diabetic peripheral
16 neuropathy and other causes of neuropathic
17 pain.
18     Q.   Does it work if I refer
19 generally to that category, that is,
20 neuropathic pain?
21     A.   Yes.
22     Q.   Have you found that Neurontin
23 can be an effective treatment for neuropathic
24 pain?
25     A.   Yes, I have.

Page 15

1  KENNETH D. HOELLEIN, M.D.
2      Q.   Do you recall approximately
3  when the first time would have been that you
4  prescribed Neurontin for neuropathic pain?
5      A.   No, I'm sorry, I don't exactly
6  know how long it's been.
7      Q.   If you could ballpark it for
8  me, would it have been, for example, before --
9  you know, before the drug went generic or any
10 other --
11     A.   Well, before the drug went
12 generic, yes.
13     Q.   And a note of clarification
14 here, when we're talking about neuropathic
15 pain for which you've used Neurontin, that
16 would include neuropathic pain other than
17 postherpetic neuralgia?
18     A.   Yes, sir.
19     Q.   Do you recall, in general
20 terms, what led you originally to prescribe
21 Neurontin for neuropathic pain?
22     A.   The success with postherpetic
23 neuralgia and, therefore, the same
24 pathophysiology and other neuropathic pain
25 syndromes.

Page 16

1  KENNETH D. HOELLEIN, M.D.
2      Q.   You continue today to prescribe
3  Neurontin for neuropathic pain?
4      A.   Yes.
5      Q.   And why is that?
6      A.   There's benefit to the patient.
7      Q.   Let me ask you, Doctor:  Since
8  you've started prescribing Neurontin for
9  neuropathic pain -- well, withdrawn.  Let me
10 just ask it more simply.
11          About how many patients have
12 you prescribed Neurontin for neuropathic pain?
13     A.   That's hard to say.  Hundreds
14 and hundreds probably.
15     Q.   And after you first began
16 prescribing Neurontin for neuropathic pain,
17 was your observation of Neurontin's
18 performance with prior patients a basis on
19 which you evaluated it going forward for
20 future prescriptions?
21     A.   Yes.
22     Q.   And if Neurontin hadn't been
23 effective at all for neuropathic pain in your
24 prior patients, would you continue to
25 prescribe it for neuropathic pain?

Hoellein, Kenneth, MD  10/7/2008  12:00:00 PM

**17**

1  KENNETH D. HOELLEIN, M.D.
2     A.   Absolutely not.
3     Q.   When you prescribe Neurontin
4  for neuropathic pain, is that based on your
5  independent medical judgment that it's an
6  appropriate treatment for neuropathic pain?
7     A.   Yes.
8     Q.   And you continue to believe
9  that Neurontin can be a safe and effective
10 treatment for neuropathic pain?
11    A.   Yes.
12    Q.   Doctor, just a couple more
13 questions.
14         If you recall, have you ever
15 been detailed by Pfizer or Warner-Lambert's
16 sales representatives regarding Neurontin?
17    A.   Yes.
18    Q.   And did any of that detailing
19 focus on off-label uses?
20    A.   Never.
21         MR. MISHKIN:  Doctor, that's
22    all I'm going to have for you at this
23    point.
24 BY MR. WESTON:
25    Q.   Hi, Doctor, I'm John Weston.

**18**

1  KENNETH D. HOELLEIN, M.D.
2         Did you speak to any of the
3  lawyers from Pfizer before today?
4     A.   Yes.
5     Q.   Tell me something about that.
6  How did you -- when did they first call you
7  about this deposition?
8     A.   When?  I don't recall.  A month
9  or so, six weeks maybe.
10    Q.   All right.  And do you remember
11 who it was who called you?
12    A.   Yes.  I have a message in my
13 office.  I don't remember the exact name.
14 Maybe Roche.  Does that sound familiar?
15    Q.   Chris Roche.
16         And you spoke to Mr. Roche?
17    A.   On the phone.
18    Q.   And what did he say?
19    A.   He just asked me some general
20 questions about my use of Neurontin.
21    Q.   What kind of questions?
22    A.   Do I use it, do I have
23 experience with it, have I used it for
24 off-label reasons.
25    Q.   And you responded to his

**19**

1  KENNETH D. HOELLEIN, M.D.
2  questions?
3     A.   Yes.
4     Q.   And then he asked you if you
5  would like to do a deposition?
6     A.   He asked me if I would do a
7  deposition, and I agreed.
8     Q.   All right.  And, now, are you
9  doing this deposition for free?
10    A.   Yes, I am.
11    Q.   You're not getting paid for
12 this?
13    A.   No, I am not.
14    Q.   You're not being compensated in
15 any way for doing this deposition?
16    A.   No, I am not.
17    Q.   Why are you doing it for free?
18    A.   Because I believe in the drug.
19    Q.   And so because you believe in
20 the drug, you have devoted your time today to
21 this deposition?
22    A.   I haven't thought about all my
23 motivations.  I just agreed to do it.
24    Q.   You're not going to be
25 compensated for the time that you've lost at

**20**

1  KENNETH D. HOELLEIN, M.D.
2  your practice?
3     A.   Not to my knowledge.
4     Q.   Other than Mr. Roche's first
5  phone call, did you speak to anyone from
6  Pfizer after that about this deposition?
7     A.   No.  The only contact I've had
8  was with Mr. Roche.
9     Q.   Do you happen to own stock in
10 either Pfizer or the old Warner-Lambert?
11    A.   Not to my knowledge.
12    Q.   Now, if I understood your
13 testimony correctly, you first prescribed
14 Neurontin for an off-label use because you had
15 prescribed it for postherpetic neuralgia.  Is
16 that correct?
17    A.   That is correct.
18    Q.   Did you prescribe it for
19 postherpetic neuralgia that first time after
20 the FDA had approved it for that indication
21 or -- I mean, for that condition or before the
22 FDA had approved it for that condition?
23    A.   It would have been after the
24 FDA approved it.
25    Q.   Do you remember when it was

Hoellein, Kenneth, MD  10/7/2008  12:00:00 PM

**Page 21**

1    KENNETH D. HOELLEIN, M.D.
2    that the FDA approved it?
3    A.    No, I do not know exactly.
4    Q.    But since that date, you have
5    prescribed it to hundreds and hundreds of
6    patients?
7    A.    Yes.
8    Q.    Would you tell us what your
9    thought process was that would make you
10   believe that Neurontin would be effective for
11   off-label conditions other than postherpetic
12   neuralgia?
13   A.    Same pathophysiology.  For
14   instance, diabetic peripheral neuropathy.
15   Q.    I'm sorry?
16   A.    The same pathophysiology of
17   nerve damage.  So, for instance, postherpetic
18   neuralgia being the nerve being damaged by the
19   zoster virus.  And in diabetes, the nerve
20   being damaged by the diabetic state.  The
21   pathophysiologies are very similar.
22   Q.    All right.  Mr. Mishkin this
23   morning asked you about your independent
24   medical judgment, and I'd like to go into that
25   just a little bit.

**Page 22**

1    KENNETH D. HOELLEIN, M.D.
2        Before you prescribed Neurontin
3    the first time, you did it for an off-label
4    use other than -- well, for an off-label use.
5    You did not conduct your own double-blind
6    placebo-controlled study to see if it would
7    work for an off-label use, did you?
8    A.    No, I did not.
9    Q.    Did you read any studies or
10   other literature about how Neurontin could be
11   effective for off-label use?
12   A.    Specifically, I can't answer
13   that.  I don't remember that.  Generally,
14   there's lots of articles, lots of journal
15   articles, so there's a good chance that I did.
16   Q.    But you don't remember whether
17   you did?
18   A.    I don't remember specifically.
19   It would have been a while ago.
20   Q.    Did one -- did one of your
21   colleagues recommend Neurontin to you even for
22   the postherpetic neuralgia, which was not an
23   off-label use at the time?
24   A.    I don't recall.  I probably
25   made an independent medical judgment.

**Page 23**

1    KENNETH D. HOELLEIN, M.D.
2    Q.    Well, that's -- that's what
3    we're talking about, is what goes into your
4    independent medical judgment.
5    A.    Multiple things.
6    Q.    Tell me what they are.
7    A.    Could be discussions with
8    specialists, could be journals, could be my
9    own experience.  I'm sure all three apply
10   here.  But if you're asking me that far long
11   ago which one was the most important at that
12   time, I do not recall.
13   Q.    Have you kept up with
14   the literature on Neurontin since that time?
15   A.    I hope so.
16   Q.    Well, have you or haven't you?
17   A.    Yes.
18   Q.    What have you read?
19   A.    Well, the main -- the most
20   recent thing was actually Lyrica versus
21   Neurontin when Lyrica was being approved as a
22   seizure drug, postherpetic neuralgia drug and
23   a diabetic peripheral neuropathy drug.  So
24   that's the most recent thing that I've kept up
25   with, Lyrica versus Neurontin head-to-head

**Page 24**

1    KENNETH D. HOELLEIN, M.D.
2    data.
3    Q.    What studies are you aware of
4    that have shown that Neurontin is effective
5    for neuropathic pain as opposed to what
6    studies showed it's not effective for
7    neuropathic pain?
8    A.    I don't know --
9        MR. MISHKIN:  Objection.
10       You can answer the question if
11   you understand it.
12       THE WITNESS:  Yeah, I don't
13   know which -- any specific studies
14   saying that.
15   BY MR. WESTON:
16   Q.    So you don't remember either
17   type of study?
18   A.    No.
19   Q.    Have you heard about the FDA's
20   consideration of the suicide side effects of
21   AEDs?
22       MR. MISHKIN:  Objection.
23       Go ahead.
24       THE WITNESS:  Not specifically,
25   no.

Hoellein, Kenneth, MD  10/7/2008  12:00:00 PM

### Page 25

1   KENNETH D. HOELLEIN, M.D.
2   BY MR. WESTON:
3   Q. Now, no one knows the mechanism
4   of action of Neurontin. Is that correct?
5   A. I'm not sure I would agree with
6   that.
7   Q. Isn't it true that the label
8   insert that comes with Neurontin now
9   explicitly says that the mechanism of action
10  is unknown?
11  A. Yes, but I think common sense
12  would tell you it would work similar to
13  Lyrica, and I think we know how Lyrica works.
14  Q. Well, they should change the
15  label, then, probably.
16  MR. MISHKIN: Objection.
17  BY MR. WESTON:
18  Q. You have been detailed, you
19  testified, by salespeople from either
20  Warner-Lambert or Pfizer on Neurontin. Is
21  that right?
22  A. Yes, many years ago.
23  Q. Tell us about that. Did you
24  meet with the salesmen?
25  A. Generally, you do. I don't

### Page 26

1   KENNETH D. HOELLEIN, M.D.
2   know if you know how primary-care offices
3   work. We meet with sales representatives, but
4   basically it's a fairly short interaction.
5   "Here's my medication. Here's the study
6   showing the efficacy and FDA approval. Here's
7   the -- in this day and age, here's the most
8   important concept, is it covered on the
9   prescription plans."
10  That's pretty much it. If
11  that's what you mean by "tell you about it," I
12  don't know if that answers your question.
13  Q. That's a good start.
14  Do you remember having such
15  meetings with Pfizer or Warner-Lambert
16  salespeople regarding Neurontin?
17  A. I don't remember specifically.
18  It's been many years. I haven't detailed
19  Neurontin for quite a while.
20  Q. Would this have been before or
21  after Neurontin -- the first such sales call,
22  would it have been before or after Neurontin
23  was approved for postherpetic neuralgia?
24  A. I don't recall specifically.
25  Q. You also testified that the

### Page 27

1   KENNETH D. HOELLEIN, M.D.
2   salespeople did not say -- well, they did not
3   detail you on off-label uses of Neurontin. Is
4   that accurate?
5   A. That is accurate.
6   Q. Did you ever ask them about
7   off-label uses of Neurontin?
8   A. No, I did not. My experience
9   with salespeople is, they're taught to stick
10  to the FDA approval. That has been my
11  experience.
12  Q. Did you ever have questions for
13  them about off-label use?
14  A. No, nor would I ask them. I
15  would find that out and deal with that myself.
16  Q. How would you deal with it if
17  you had questions?
18  A. Medical inquiry, look it up.
19  Q. You say a "medical inquiry."
20  What would that be?
21  A. In this day and age, you can go
22  to UpToDate and look for references.
23  Q. You mean on a computer search,
24  for example?
25  A. Yes.

### Page 28

1   KENNETH D. HOELLEIN, M.D.
2   Q. All right. Do you know what
3   a -- are you familiar with the term "medical
4   liaison"?
5   A. Yes.
6   Q. What is a medical liaison?
7   A. Are you referring to
8   specifically pharmaceutical companies?
9   Q. Yes, I am.
10  A. Generally, they're
11  scientific-based trained and -- or is a
12  liaison between the physician and sales
13  representatives with more detailed and
14  scientific explanations of certain medication.
15  Q. And they are employed by the
16  pharmaceutical companies to answer questions
17  that physicians such as yourself might have
18  about a drug's use --
19  A. Yes, they are.
20  Q. -- is that accurate?
21  A. Yes, they are.
22  Q. Have you ever consulted with a
23  pharmaceutical company's medical liaison?
24  A. Yes.
25  Q. Have you ever consulted with

Hoellein, Kenneth, MD  10/7/2008  12:00:00 PM

**29**

1    KENNETH D. HOELLEIN, M.D.
2    either Warner-Lambert or Pfizer's medical
3    liaisons?
4        A.   No, I have not.
5        Q.   So you have not consulted a
6    medical liaison regarding Neurontin.  Right?
7        A.   No, I have not.
8        Q.   Have you ever had any questions
9    about Neurontin that you can recall that you
10   needed to consult someone or something else
11   about?
12       A.   No.  I have a great deal of
13   experience with the drug.
14       Q.   And just so that my
15   understanding is clear, your experience with
16   the drug is based solely on the fact that you
17   used it for an approved use and deduced that
18   it could successfully be used for similar
19   unapproved uses.  Is that right?
20           MR. MISHKIN:  Objection.
21           THE WITNESS:  If you mean it's
22       based on my clinical experience, is
23       that what you're --
24           MR. WESTON:  No, no.
25           THE WITNESS:  Yes, it is based

**30**

1    KENNETH D. HOELLEIN, M.D.
2       on my clinical experience.
3           MR. WESTON:  That's not the
4       question I'm asking you.
5    BY MR. WESTON:
6        Q.   The first time that you
7    prescribed Neurontin, you prescribed it for an
8    approved use, diabetic neuropathy?
9        A.   Postherpetic neuralgia.
10       Q.   Postherpetic neuralgia, I'm
11   sorry.  That was an approved use when you
12   prescribed it?
13       A.   That's correct.
14       Q.   You decided after that that you
15   could prescribe it for off-label unapproved
16   uses?
17       A.   That's correct.
18       Q.   And that was based, as I
19   understood your testimony, solely upon the
20   fact that it worked, it was efficacious for
21   that first patient?
22       A.   Well, you're asking me to
23   remember many, many, many years ago, but it
24   could have been based for other reasons as
25   well; speaking with other physicians or for

**31**

1    KENNETH D. HOELLEIN, M.D.
2    certain studies it may have been.  I can't
3    give you exact details.  You're asking me to
4    remember a fairly long time ago.
5        Q.   I am, but that's, I guess, my
6    point.  It could have been one of those other
7    things?
8        A.   It could have been, yes.
9        Q.   It could have been more than
10   one of those other things?
11       A.   That's correct.
12       Q.   All right.
13           Do you know what a speaker's
14   bureau is?
15       A.   Yes.
16       Q.   What is it?
17       A.   You -- a speaker's bureau is
18   when you get signed by pharmaceutical
19   companies to speak for a certain product after
20   training.
21       Q.   Have you ever been a speaker?
22       A.   Oh, yes, I have.
23       Q.   Have you?  Have you ever been a
24   speaker for Warner-Lambert or Pfizer?
25       A.   Yes.

**32**

1    KENNETH D. HOELLEIN, M.D.
2        Q.   How many times have you been a
3    speaker for Warner-Lambert or Pfizer?
4        A.   I don't know how many times.
5    Several.
6        Q.   Would it have been --
7        A.   Are you talking about
8    individual speeches or...?
9        Q.   Individual speeches.
10       A.   Several.
11       Q.   More than 20?
12       A.   I don't know if it's been that
13   many, but I can count it.
14       Q.   Do you remember when you were
15   first retained as a speaker for -- by
16   Neurontin -- I mean, by Warner-Lambert or
17   Pfizer?
18       A.   My first was with probably
19   either Lyrica or Relpax, when those drugs came
20   out.
21       Q.   Were you ever a speaker for
22   Neurontin?
23       A.   No, I was not.
24       Q.   When you were a speaker --
25   well, what other drugs have you been a speaker

**33**

1  KENNETH D. HOELLEIN, M.D.
2  for?
3      A.   Lipitor, Lyrica and Relpax.
4      Q.   Just those three?
5      A.   Yes.
6      Q.   Those are all Pfizer or
7  Warner-Lambert?
8      A.   Yes.
9      Q.   Have you ever been a speaker
10 for another pharmaceutical company?
11     A.   Yes.
12     Q.   Which one?
13     A.   Abbott and, prior to that, Kos.
14 For Niaspan.
15     Q.   Could you spell "Kos"?
16     A.   K-O-S.
17     Q.   And what drugs for those
18 companies?
19     A.   Niaspan.  Niaspan and now
20 SIM -- now SIMCOR.
21     Q.   Now, when you said that you had
22 been a speaker possibly as many as 20 times,
23 does that include when you were a speaker for
24 those pharmaceutical companies?
25     A.   No, it's been much more for

**34**

1  KENNETH D. HOELLEIN, M.D.
2  Niaspan.
3      Q.   How much --
4           REPORTER:  I'm sorry, repeat
5      your answer.
6           THE WITNESS:  I'm sorry?
7           REPORTER:  Repeat your answer.
8           THE WITNESS:  No, it's been
9      many more times for Niaspan than it
10     has been for Pfizer.
11 BY MR. WESTON:
12     Q.   So a hundred times for Niaspan?
13     A.   I don't think that many.
14     Q.   Let's go back to when you were
15 a speaker for Pfizer.  When was the most
16 recent time that you've spoken for Pfizer?
17     A.   Probably about three months
18 ago, for Lyrica.
19     Q.   Where did you speak?
20     A.   I spoke at a restaurant.
21     Q.   In Philadelphia?
22     A.   In Philadelphia, Chestnut Hill.
23     Q.   What sort of training or
24 background information, whatever, does Pfizer
25 give you to be a speaker?

**35**

1  KENNETH D. HOELLEIN, M.D.
2           MR. MISHKIN:  I'm going to
3      object here.  I think we're getting,
4      obviously, away from Neurontin.
5      You're asking about his own experience
6      with training for the other drugs
7      you've spoken of?
8           MR. WESTON:  I am.
9           MR. MISHKIN:  Okay.  I maintain
10     my objection, but go ahead.
11          THE WITNESS:  Generally, you
12     go, and they present all the data.
13 BY MR. WESTON:
14     Q.   Who presents all the data?
15     A.   Usually, two groups of people;
16 the people who did the original studies, the
17 scientific basic research people, and then
18 they bring in clinicians who have either
19 recruited patients or worked with some of the
20 studies.
21     Q.   And clinicians would be
22 physicians such as yourself?
23     A.   Yes.
24     Q.   Primary-care physicians, for
25 example?

**36**

1  KENNETH D. HOELLEIN, M.D.
2      A.   Or specialists depending on
3  what the drug -- the medications.
4      Q.   How long does such a training
5  session typically last?
6           MR. MISHKIN:  Let me just make
7      a general objection, a continuing
8      objection to these questions that
9      don't have to do with Neurontin.
10          Go ahead.
11          THE WITNESS:  Depends on the
12     medication.  If it's a fairly
13     straightforward head-to-head study
14     like Relpax versus Imitrex, for
15     instance, it would be four hours.
16          If it's a more complicated
17     outcome-based, significant
18     outcome-based study like Lipitor, it
19     would be a couple of days.
20 BY MR. WESTON:
21     Q.   This training occurs at
22 Pfizer's office?
23     A.   No.  Most of the training
24 occurs in a hotel setting or conference
25 setting.

### 37

1  KENNETH D. HOELLEIN, M.D.
2  Q.  Pfizer subsequently arranges
3  for your speeches?
4  A.  Yes.
5  Q.  How much do you get paid for
6  those?
7  A.  Generally --
8  MR. MISHKIN:  Another
9  continuing objection.
10  THE WITNESS:  -- $500.
11  BY MR. WESTON:
12  Q.  Per speech?
13  A.  (Nodding.)
14  Q.  What's pharmacology, Doctor?
15  A.  What's pharmacology?  It's the
16  study of pharmacologic substances.
17  Q.  Study of how drugs work.  Would
18  that be accurate?
19  A.  I'm not sure that's an exact
20  definition, but that's as good as the next
21  one.
22  Q.  What's been your formal
23  pharmacological training?
24  A.  Medical school.
25  Q.  How much pharmacology did you

### 38

1  KENNETH D. HOELLEIN, M.D.
2  get in med school?
3  A.  I'm not sure how to answer that
4  question because it's sprinkled throughout the
5  entire training both from a basic science
6  standpoint to a clinical standpoint to the
7  specific etiologies of each disease state,
8  whether it be cardiology, pulmonology.
9  Pharmacology goes throughout the entire...
10  Q.  Did you have a course entitled
11  "Pharmacology"?
12  A.  There was a specific course in
13  pharmacology, but that's why your question's
14  vague because it goes throughout -- it keeps
15  coming back when you talk about a disease
16  state.
17  Q.  The topic of pharmacology comes
18  up frequently.  I understand that.
19  A.  Yes, sir.
20  Q.  My question was:  Basically,
21  how many courses did you have in it?
22  A.  That's not what you asked me,
23  but the -- one course in pharmacology.
24  Q.  Have you had any continuing
25  medical-education courses in pharmacology

### 39

1  KENNETH D. HOELLEIN, M.D.
2  since then?
3  A.  Again, it's a vague question.
4  The continuing medical-education course is not
5  in pharmacology, it's in disease states.  And
6  there's therapeutic interventions that have
7  been looked at and studied.  It's not
8  specifically pharmacology.  I'm not sure
9  that's a fair question.
10  Q.  Have you gone to a course --
11  continuing medical-education course since med
12  school that was entitled "Pharmacology"?
13  A.  No, nor do I think they offer
14  one.
15  Q.  Have you ever conducted a
16  double-blind placebo-controlled study?
17  A.  No.
18  Q.  Have you ever participated in a
19  double-blind placebo-controlled study?
20  A.  With patient recruitment.
21  Q.  What's that?
22  A.  That means you sign up patients
23  for it, but you don't conduct it.
24  Q.  When you sign up patients for a
25  study, do you receive any financial benefit

### 40

1  KENNETH D. HOELLEIN, M.D.
2  from the pharmaceutical company for signing up
3  the patients?
4  A.  Not the couple that I did, no.
5  Q.  Did you see the "Dateline" show
6  on Neurontin?
7  A.  No, I did not.
8  Q.  Have you heard about it?
9  A.  Yes.
10  Q.  What did you hear about it?
11  MR. MISHKIN:  Objection.
12  Go ahead.
13  THE WITNESS:  Is there a
14  problem with Neurontin for other
15  people.
16  BY MR. WESTON:
17  Q.  How did you hear about it?
18  A.  Patients.
19  Q.  What did you respond when they
20  asked you?
21  MR. MISHKIN:  Continuing
22  objection to this line of questioning.
23  Go ahead.
24  THE WITNESS:  My answer is, I
25  have not had that experience, and the

                                                                    41
1       KENNETH D. HOELLEIN, M.D.
2       FDA has not approval -- approval of
3       the drug.
4  BY MR. WESTON:
5       Q.    When you prescribe Neurontin
6  for an off-label use, do you tell your
7  patients that it's an off-label use?
8       A.    Sometimes yes, and sometimes
9  no.
10      Q.    What would -- what would make
11 you do it in one instance and not in another?
12      A.    The interest level of the
13 patient.
14      Q.    Do you know, Doctor, why they
15 have double-blind placebo-controlled studies?
16      A.    Yes.
17      Q.    Why?
18      A.    Prove an outcome.
19      Q.    Okay.  What's the purpose of
20 doing it double-blind and placebo-controlled?
21      A.    No bias.
22      Q.    To filter out other factors
23 that might be causing a positive response?
24      A.    Yes.
25            MR. WESTON:  Let's go off the

                                                                    42
1       KENNETH D. HOELLEIN, M.D.
2  record for just a second.
3            VIDEO SPECIALIST:  The time is
4       9:58.  We're going off the video
5       record.
6            - - -
7            (Recess 9:58-10:04 a.m.)
8            - - -
9            VIDEO SPECIALIST:  One moment,
10      please.  The time is 10:04.  We're
11      back on the video record.
12 BY MR. WESTON:
13      Q.    Doctor, I have just a few very
14 disconnected additional questions to ask you,
15 if I may.
16            You did mention that you had
17 been deposed on other occasions.  Do you
18 recall that?
19      A.    Yes.
20      Q.    How often have you been
21 deposed?
22      A.    Twice.
23      Q.    What were the cases?  Do you
24 recall?
25      A.    Yes.

                                                                    43
1       KENNETH D. HOELLEIN, M.D.
2       Q.    Would you tell us?
3             MR. MISHKIN:  I'm going to
4       object.  I'm not sure of the
5       relevance, but go ahead.
6             THE WITNESS:  Malpractice
7       cases.
8  BY MR. WESTON:
9       Q.    Were they testifying as an
10 expert or as a party?
11      A.    As a party.
12      Q.    Was it yourself that you were
13 defending in those cases?
14      A.    Yes.
15      Q.    Were they in Philadelphia
16 County courts, federal courts or some other
17 courts?
18            MR. MISHKIN:  I'm going to
19      object again.  I really don't see the
20      relevance of this.
21            THE WITNESS:  Philadelphia
22      County.
23 BY MR. WESTON:
24      Q.    How long ago were the
25 depositions?

                                                                    44
1       KENNETH D. HOELLEIN, M.D.
2       A.    One was just recently, and one
3  was about ten years ago.
4       Q.    Is the recent case concluded?
5       A.    No.
6       Q.    Did the one ten years ago
7  conclude?
8       A.    Yes.
9       Q.    You testified throughout this
10 deposition that you prescribed Neurontin for
11 neuropathic pain.  Have you prescribed it for
12 any other off-label use?
13      A.    No.
14      Q.    Have you prescribed it for any
15 approved use?
16      A.    Postherpetic neuralgia.
17      Q.    Besides postherpetic neuralgia.
18      A.    A couple patients who are on it
19 as adjunctive treatment in a seizure disorder.
20      Q.    Which is what it was originally
21 approved for?
22      A.    (Nodding.)
23      Q.    Do you know what doses you
24 prescribed it to those patients at?
25      A.    Which condition?

Hoellein, Kenneth, MD  10/7/2008  12:00:00 PM

                                                                45
1        KENNETH D. HOELLEIN, M.D.
2    Q.    The adjunctive use for
3  epileptic seizures.
4    A.    1,800 milligram.
5    Q.    Have you prescribed it for any
6  approved or unapproved use at dosages higher
7  than that?
8    A.    Higher than 1,800 milligram?
9    Q.    Yes.
10   A.    Yes, I have.
11   Q.    Would you tell us for which
12 uses and what dosages?
13   A.    Mainly for the neuralgia, for
14 neuropathic pain cases.  I've gone as high as
15 3,200.
16   Q.    Have your patients shown any
17 side effects at 3,200?
18   A.    No.
19   Q.    Have you ever taken a patient
20 off Neurontin once you've placed him on it,
21 Doctor?
22   A.    Yes.
23   Q.    Why?
24   A.    Usual reasons; economics in
25 this day and age, lack of effectiveness, some

                                                                46
1        KENNETH D. HOELLEIN, M.D.
2  patients complain of some side effects.
3    Q.    Do you still prescribe
4  Neurontin as frequently as you did before
5  Lyrica came out?
6    A.    Unfortunately, yes.
7    Q.    Why is that unfortunate?
8    A.    Because I can't get the
9  coverage for Lyrica.  Keystone Mercy Health
10 Partners.
11       MR. WESTON:  All right.  I
12   don't have any other questions for the
13   doctor.
14       MR. MISHKIN:  Doctor, just --
15   just a couple follow-ups.
16 BY MR. MISHKIN:
17   Q.    You mentioned sometimes
18 prescribing Neurontin at dosages of
19 3,200 milligrams?
20   A.    Yes.
21   Q.    Why would you sometimes
22 prescribe Neurontin at dosages of
23 3,200 milligrams for neuropathic pain?
24   A.    They're better, but not a
25 hundred percent better than 1,800 milligrams,

                                                                47
1        KENNETH D. HOELLEIN, M.D.
2  which is probably my average dose.
3    Q.    Have you found in your
4  experience that, for some patients, it's more
5  appropriate to prescribe in excess of
6  1,800 milligrams a day?
7    A.    Absolutely.  Absolutely.
8    Q.    And those decisions to
9  prescribe in excess of 1,800 milligrams per
10 day, is that based on your past experience
11 seeing, in some cases, increased efficacy
12 above 1,800 milligrams per day?
13   A.    Yes.
14   Q.    And your decision to prescribe
15 in excess of 1,800 milligrams per day are
16 based on your own independent medical
17 judgment?
18   A.    Yes.
19       MR. MISHKIN:  Doctor, thanks.
20   That's all I've got.
21       MR. WESTON:  One more question,
22   if I may, Doctor.
23 BY MR. WESTON:
24   Q.    When you prescribe Neurontin
25 for pain, do you prescribe it as monotherapy

                                                                48
1        KENNETH D. HOELLEIN, M.D.
2  or as adjunctive therapy?
3    A.    That's a hard question to
4  answer.  If you're talking about postherpetic
5  neuralgia or diabetic peripheral neuropathy, I
6  would consider it as monotherapy.  Now, many
7  times, these patients are also on other
8  medications, like nonsteroidals or narcotics.
9  So that's a hard question to answer.
10   Q.    So they're taking more than one
11 drug simultaneously?
12   A.    I'm internal medicine.  All my
13 patients are taking more than one drug.
14       MR. WESTON:  All right.  Thank
15   you, Doctor.
16       MR. MISHKIN:  I think we're
17   done.
18       VIDEO SPECIALIST:  The time is
19   10:10.  That concludes the videotaped
20   deposition of Dr. Kenneth Hoellein.
21          - - -
22       (Witness excused.)
23          - - -
24       (Deposition concluded at 10:10
25   a.m.)

Hoellein, Kenneth, MD  10/7/2008  12:00:00 PM

**49**

1  C E R T I F I C A T E
2  I hereby certify that the witness
3  was duly sworn by me and that the deposition
4  is a true record of the testimony given by the
5  witness.
6
7
8  _____
   Jennifer S. Walker, RPR
9  Dated:  October 7, 2008
10
11  (The foregoing certification of this
12  transcript does not apply to any reproduction
13  of the same by any means, unless under the
14  direct control and/or supervision of the
15  certifying shorthand reporter.)
16
17
18
19
20
21
22
23
24
25

**50**

1  INSTRUCTIONS TO WITNESS
2  Please read your deposition over
3  carefully and make any necessary corrections.
4  You should state the reason in the appropriate
5  space on the errata sheet for any corrections
6  that are made.
7  After doing so, please sign the
8  errata sheet and date it.
9  You are signing same subject to the
10  changes you have noted on the errata sheet,
11  which will be attached to your deposition.
12  It is imperative that you return the
13  original errata sheet to the deposing attorney
14  within thirty (30) days of receipt of the
15  deposition transcript by you.  If you fail to
16  do so, the deposition transcript may be deemed
17  to be accurate and may be used in court.
18
19
20
21
22
23
24
25

**51**

1  - - -
2  E R R A T A
3  - - -
4  PAGE    LINE   CHANGE
5  _____   _____  _____
6  _____   _____  _____
7  _____   _____  _____
8  _____   _____  _____
9  _____   _____  _____
10 _____   _____  _____
11 _____   _____  _____
12 _____   _____  _____
13 _____   _____  _____
14 _____   _____  _____
15 _____   _____  _____
16 _____   _____  _____
17 _____   _____  _____
18 _____   _____  _____
19 _____   _____  _____
20 _____   _____  _____
21 _____   _____  _____
22 _____   _____  _____
23 _____   _____  _____
24
25 _____   _____  _____

**52**

1  ACKNOWLEDGEMENT OF DEPONENT
2  I, KENNETH D. HOELLEIN, M.D., do
3  hereby certify that I have read the foregoing
4  pages _____ to _____ and that the same is a
5  correct transcription of the answers given by
6  me to the questions therein propounded, except
7  for the corrections or changes in form or
8  substance, if any, noted in the attached
9  Errata Sheet.
10 _____    _____
11 DATE              SIGNATURE
12
13 Subscribed and sworn to before me this
14 _____ day of _____, 200__.
15
16 My commission expires: _____
17
18
19
20 _____
21 Notary Public
22
23
24
25