# EXHIBIT 10
# PART I

National P & T Committee
Executive Summary



**Topic:** Antiepileptic Drugs

**Background:** This class of drugs has always been on the formulary and never been reviewed by the P&T Committee.

**Salient Points:**

- Medications available generically: phenobarbital, phenytoin, ethosuximide, clonazepam, clorazepate, diazepam, primidone, valproic acid, and carbamazepine.
- Medications available only by brand name: Peganone (ethotoin), Celontin (methsuximide), Zonegran (zonisamide), Tridione (trimethadione), Felbatol (felbamate), Neurontin (gabapentin), Lamictal (lamotrigine), Keppra (levetiracetam), Gabitril (tiagabine), Topamax (topiramate), Depakote (valproate), Trileptal (oxcarbazepine). These brands are being evaluated for non-formulary, highest copay status.
- Monotherapy is recommended for the initial treatment of patients with newly diagnosed epilepsy. Only if monotherapies have failed are adjunctive therapies considered. Half the people who fail monotherapy gain acceptable control of seizures with 2 or 3 drugs. The choice agent depends on type of seizure, characteristics of the patient, and features of the drug.
- Seizures are classified based on onset of electrical disturbance and spread of electrical discharge: Simple partial seizures, complex partial seizures, generalized tonic-clonic, absence, myoclonic, and atonic seizures.
- Clinical trials have not demonstrated that the newer antiepileptic agents are more effective than the older agents.
- Listed below are general recommendations for first-line monotherapy and adjunctive therapies.
    (1) Simple and Complex partial seizures
        First-line monotherapies: carbamazepine, oxcarbazepine, phenytoin, valproate
        Adjunctive agents that may be employed as monotherapy: lamotrigine, topiramate
        Adjunctive agents: levetiracetam, zonisamide, tiagabine, gabapentin

    (2) Generalized tonic-clonic seizures
        First-line monotherapies: phenytoin, valproate, carbamazepine, oxcarbazepine
        Adjunctive agents: topiramate, zonisamide

    (3) Myoclonic, atonic, and akinetic seizures
        First-line monotherapies: valproate, clonazepam
        Adjunctive agents: Lamotrigine, topiramate

    (4) Absence seizures
        First-line monotherapies: Ethosuximide, valproate
        Second-line/adjuncts: clonazepam, zonisamide
- Agents that are effective but have a high risk of toxicity are felbamate, phenobarbital, primidone, and clonazepam.
- Gabapentin, topiramate, tiagabine, levetiracetam, oxcarbazepine, and zonisamide have the least amount of adverse reactions and do not require routine laboratory monitoring.
- Gabapentin is used for many mood-stabilizing disorders and has a labeled indication for post-herpetic neuralgia. It also is the only antiepileptic to have an unlabeled indication for diabetic peripheral neuropathy.
- Zonisamide is the only antiepileptic with the unlabeled indication for progressive myoclonus epilepsy. No agents have the labeled indication.

CONFIDENTIAL   AETNA 001882

## National P&T Committee Recommendations:

Before a decision is made on the products' formulary status, the antiepileptics should be reviewed to determine if the products are considered for a niche indication.

1. Rankings as in chart below.

## Clinical Ranking Recommendation:

| Generic name | Brand name / Generic availability | Formulary Status | Previous Ranking | New Ranking | Rationale | Formulary Action 2005 |
|---|---|---|---|---|---|---|
| Felbamate | Felbatol | F | -- | III | Black box warnings for aplastic anemia and acute hepatic failure | NF |
| Gabapentin | Neurontin | F | -- | II+ | Adjunctive agent for simple and complex partial seizures. Low incidence of adverse reactions and does not require routine laboratory monitoring. Generics tentatively approved by FDA 2002. Lawsuits pending. | NF, QL |
| | Generic | -- | | | | Not available |
| Lamotrigine | Lamictal | F | -- | II | Adjunctive agent for myoclonic, atonic, and akinetic seizures. | N1F |
| Tiagabine | Gabitril | F | -- | II+ | Low incidence of adverse reactions and does not require routine laboratory monitoring. Adjunctive agent for simple and complex partial seizures. Adjunctive agent for simple and complex partial seizures. | NF |
| Topiramate | Topamax | F | -- | II+ | Adjunctive agent for generalized tonic-clonic seizures; myoclonic, atonic, and akinetic seizures. Low incidence of adverse reactions and does not require routine laboratory monitoring. Generic by Mylan tentatively approved by FDA 4-23-03 | NF |
| | generic | -- | | | | Not available |
| Valproic acid | Depakene | NFB | -- | I | First-line monotherapy for simple and complex partial seizures; generalized tonic-clonic seizures; myoclonic, atonic, and akinetic seizures; refractory, atypical absence, or when other seizure types are present. Reports of life-threatening pancreatitis and hepatic failure. | F |
| | Generic | F | | | | F |
| Divalproex | Depakote | F | -- | I | First-line monotherapy for | F |

CONFIDENTIAL   AETNA 001883

| Generic name | Brand name / Generic availability | Formulary Status | Previous Ranking | New Ranking | Rationale | Formulary Action 2005 |
|---|---|---|---|---|---|---|
| | Depakote sprinkles | F | -- | I | simple and complex partial seizures; generalized tonic-clonic seizures; myoclonic, atonic, and akinetic seizures; refractory, atypical absence, or when other seizure types are present. Reports of life-threatening pancreatitis and hepatic failure. | F |
| | Depakote ER | F | | II | Depakote ER indicated for migraine prophylaxis ONLY. | F |
| Levetiracetam | Keppra | F | -- | II+ | Low incidence of adverse reactions and does not require routine laboratory monitoring. Adjunctive agent for simple and complex partial seizures. | F |
| Phenytoin | Dilantin Infatab/susp | NFB | -- | II+ | First-line monotherapy for simple and complex partial seizures and generalized tonic-clonic seizures. | NFB |
| | Generic | F | | | | F |
| Phenytoin ER | Dilantin Kapseals | NFB | | II+ | | NFB |
| | Phenytek | NFB | | | | NFB |
| | Generic | F | | | | F |
| Ethotoin | Peganone | NF | -- | II | | NF |
| Methsuximide | Celontin | F | -- | II | | F |
| Zonisamide | Zonegran | F | -- | II+ | Low incidence of adverse reactions and does not require routine laboratory monitoring. Adjunctive agent for simple and complex partial seizures; generalized tonic-clonic seizures. | NF |
| Ethosuximide | Zarontin | F | -- | II | Preferred for absence seizures when no other seizure types are present. | NFB |
| | Generic | F | -- | | | F |
| Primidone | Mysoline | NFB | -- | II | High risk of toxicity although effective for simple and complex partial seizures; generalized tonic-clonic seizures; and myoclonic, atonic, and akinetic | NFB |
| | generic | F | | | | F |
| Phenobarbital | generic | F | -- | II | High risk of toxicity although effective for simple and complex partial seizures; generalized tonic-clonic seizures; and myoclonic, atonic, and akinetic | F |
| Oxcarbazepine | Trileptal | F | -- | II+ | First-line monotherapy for simple and complex partial seizures and generalized tonic-clonic seizures. Low incidence of adverse reactions and does not require routine | F |

CONFIDENTIAL   AETNA 001884

| Generic name | Brand name / Generic availability | Formulary Status | Previous Ranking | New Ranking | Rationale | Formulary Action 2005 |
|---|---|---|---|---|---|---|
| | | | | | laboratory monitoring. | |
| Trimethadione | Tridione | F | -- | II | | F |
| Carbamazepine | Tegretol | NFB | -- | | First-line monotherapy for simple and complex partial seizures and generalized tonic-clonic seizures. | NFB |
| | generic | F | | II+ | | F |
| | Tegretol-XR | NF | -- | II+ | | NF |
| | Carbatrol | NF | -- | II+ | | NF |
| Clonazepam | Klonopin | NFB | -- | | First-line for myoclonic, atonic, and akinetic seizures. | NFB |
| | generic | F | | II+ | | F |
| Clorazepate | Tranxene-T | NFB | -- | | | NFB |
| | Tranxene-SD | NFB | | II | | NFB |
| | generic | F | | | | F |
| Diazepam | Valium | NFB | -- | | Adjunct for all types of seizures. IV route used for status epilepticus. | NFB |
| | generic | F | | II | | F |
| Acetazolamide | Diamox | NFB | -- | | | NFB |
| | generic | F | | II | | F |

**KEY:**
**F** = formulary
**NF, EX** = non-formulary, excluded in closed benefits    **NF** = non-formulary but **not** excluded
**NFB** = Nonformulary Brand with generic  **P** = precertificatio   **SE** = step-edit   **QL** = quantity limits
**NDTO** = New Drug TurnOff

**Category I:**
Important therapeutic advance:
Provides effective therapy for a disease not adequately treated by any marketed drug, or improved effectiveness or safety.
Products in this category will be included on formulary, regardless of cost factors. Precertification may or may not be recommended.

**Category II:**
Therapeutically similar to other available products. Clinical differences are not significant, or appear be counterbalanced between products.

**Category II+:**
Therapeutically similar to other available products but with more clinical advantages (clinical efficacy, adverse effects, drug interactions, etc) to others in the category. When such counterbalancing factors are present, a (+) ranking will be assigned, with a brief explanation of the factor(s) at issue

**Category II-:**
Therapeutically similar to other available products but has some clinical disadvantages (clinical efficacy, adverse effects, drug interactions, etc) to others in the category. When such counterbalancing factors are present, a (-) ranking will be assigned, with a brief explanation of the factor(s) at issue.

**Category IIn:**
Some products do not warrant I categorization and may have an important role for certain patient populations or as second- or third-line alternatives (sometimes known as "niche" products). At a minimum, these products must be available through precertification or step-edit for these uses.

**Categories II, II+, II-, IIn above:**

CONFIDENTIAL   AETNA 001885

Products assigned to any of the category II's above that have counterbalancing factors will require particular clinical scrutiny by the National P & T Committee. This is due to the subjective nature of the weighting of these factors. Products that remain in any of the category II designations after the National P & T decision will be assigned a formulary status based upon financial considerations. All, some or none of the products in these categories may be added to formulary.

Precertification may or may not be recommended.

Also, within each therapeutic class, there may be sub-groupings of drugs that are clinically similar to each other but not necessarily to all of the other drugs in the class. Within these subgroupings, at least one of the category II products will be selected for formulary.

**Category III:**
Not appropriate for formulary:
Has significant disadvantages in safety or efficacy in comparison to other available self-administered products.
Products in this category <u>will not be added to formulary</u>, regardless of cost factors.

| Date | Status |
|---|---|
| 7-30-2003 | Discussed at National Pharmacy Quality Advisory Committee (PQAC) |
| 8-05-2003 | Discussed at National Pharmacy & Therapeutics Committee (P&T) |

CONFIDENTIAL   AETNA 001886

Therapeutic Class Review:
Antiepileptics

I. AHFS Category: 28:12:04, 28:12:08, 28:12:12, 28:12:16, 28:12:20, 28:12:92

Table 1. Currently Available Products

| Generic name | Brand name / Generic availability | Manufacturer(s) | Dosage forms available |
|---|---|---|---|
| Phenobarbital | Phenobarbital Generic | Various | 15, 30, 60, 90, 100mg tablets 20mg/5ml syrup; 15mg/5ml syrup |
| Ethotoin | Peganone | Ovation | 250mg tablet |
| Phenytoin | Dilantin Infatab | | 50mg chewable |
| | Dilantin-125 susp | Pfizer | 125mg/5ml |
| | Generic | various | |
| Phenytoin Sodium ER | Dilantin Kapseal | Pfizer | 30, 100mg capsules |
| | Generic | Various | 100mg capsule |
| | Phenytek | Bertek | 200, 300mg capsules |
| Ethosuximide | Zarontin | Pfizer | 250mg capsule, 250mg/5ml syrup |
| | Generic | various | |
| Methsuximide | Celontin | Pfizer | 150, 300mg capsules |
| Zonisamide | Zonegran | Elan | 100mg capsule |
| Clonazepam | Klonopin | Roche | 0.5, 1, 2mg tablets |
| | Generic | Various | |
| Clorazepate | Tranxene-T | Ovation | 3.75, 7.5, 15mg tablets |
| | Generic | Various | |
| | Tranxene-SD | Ovation | 22.5mg tablets |
| Diazepam | Valium | Roche | 2, 5, 10mg tablets |
| | Generic | Various | |
| | Diazepam Solution | Roxane | 1mg/ml |
| | Diazepam Intensol | Roxane | 5mg/ml |
| | Diastat | Elan | 2.5, 10, 15, 20mg rectal gel |
| Felbamate | Felbatol | Wallace | 400, 600mg tablets 600mg/5ml susp |
| Gabapentin | Neurontin | Pfizer | 100, 300, 400mg caps 600, 800mg tablets 250mg/5ml solution |
| Lamotrigine | Lamictal | GlaxoSmithKline | 25, 100, 150,200mg tab 2, 5, 25mg chewables |
| Levetiracetam | Keppra | UCB Pharma | 250, 500, 750mg tabs 750mg/7.5 ml solution |
| Primidone | Mysoline | Xcel | 50, 250mg tablets 250mg/5ml susp |
| | Generic | Lannett | 50, 250mg tablets |
| Trimethadione | Tridione | Abbott | 150 mg chewable tab 300 mg cap |
| Tiagabine | Gabitril | Cephalon | 2, 4, 12, 16mg tabs |

CONFIDENTIAL   AETNA 001887

| Generic name | Brand name / Generic availability | Manufacturer(s) | Dosage forms available |
|---|---|---|---|
| Phenobarbital | Phenobarbital Generic | Various | 15, 30, 60, 90, 100mg tablets 20mg/5ml syrup; 15mg/5ml syrup |
| Topiramate | Topamax | McNeil | 25, 100, 200mg tabs 15, 25mg sprinkle caps |
| Valproic acid | Depakene | Abbott | 250mg caps 250mg/5ml syrup |
| | Generic | Various | |
| Divalproex Sodium | Depakote | Abbott | 125, 250, 500mg delayed-release tabs; 125mg sprinkle caps |
| | Depakote ER | | 250, 500mg extended-release tablets |
| Carbamazepine | Tegretol | Novartis | 200mg tab 100mg chewable 100mg/5ml susp |
| | Generic | Various | |
| | Tegretol-XR | Novartis | 100, 200, 400mg extended-release tabs |
| | Carbatrol | Shire | 200, 300mg extended-release capsules |
| Acetazolamide | Diamox | Wyeth-Ayerst | 125, 250mg tablets |
| | Generic | Various | |
| Oxcarbazepine | Trileptal | Novartis | 150, 300, 600mg tabs 300mg/5ml susp |

II. Indications

Table 2. FDA labeled and unlabeled indications [3]

| Indications | Phenobarbital | Ethotoin | Phenytoin | Ethosuximide | Methsuximide | Zonisamide | Clonazepam | Clorazepate | Diazepam | Felbamate | Gabapentin | Lamotrigine | Levetiracetam | Primidone | Tiagabine | Topiramate | Valproic Acid | Divalproex | Carbamazepin | Acetazolamide | Oxcarbazepine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agitation, dementia related | | | | | | | | | | | | | | | | | | | U | | |
| Alcohol withdrawal | | | U | | | | | X | X | | | | | | | | U | U | | | |
| Alprazolam withdrawal | | | | | | | U | | | | | | | | | | | | | | |
| Anesthesia, adjunct | | | | | | | | | U | | | | | | | | | | | | |
| Anxiety | | | | | | | X | X | | | | | | | | | | | | | |
| Arthritis, rheumatoid | | | U | | | | | | | | | | | | | | | | | | |
| Ataxia, periodic | | | | | | | | | | | | | | | | | | | | U | |
| Bipolar disorder | | | | | | | | | X | | | | | | | | | U | | | |
| Bipolar disorder, adjunctive | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL   AETNA 001888

| Indications | Phenobarbital | Ethotoin | Phenytoin | Ethosuximide | Methsuximide | Zonisamide | Clonazepam | Clorazepate | Diazepam | Felbamate | Gabapentin | Lamotrigine | Levetiracetam | Primidone | Tiagabine | Topiramate | Valproic Acid | Divalproex | Carbamazepin | Acetazolamide | Oxcarbazepine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cerebrovascular reserve determination | | | | | | | | | | | | | | | | | | | | U | |
| Diabetic peripheral neuropathy | | | | | | | | | | | U | | | | | | | | | | |
| Dyskinesia, tardive | | | | | | | | | | | | | | | | | | | | U | |
| Eclampsia, pre-eclampsia | | | U | | | | | | | | | | | | | | | | | | |
| Edema | | | | | | | | | | | | | | | | | | | | X | |
| Epidermolysis bullosa | | | U | | | | | | | | | | | | | | | | | | |
| Glaucoma | | | | | | | | | | | | | | | | | | | | X | |
| Glutethimide withdrawal | U | | | | | | | | | | | | | | | | | | | | |
| Headache, migraine | | | | | | | | | | | | | | | | | X | X | | | |
| Hydrocephalus | | | | | | | | | | | | | | | | | | | | U | |
| Hypnotic | X | | | | | | | | U | | | | | | | | | | | | |
| Lennox-Gastaut syndrome | | | | | | | X | | | X* | | X | | | | X | | | | | |
| Liver function testing | | | | | | | | | | | | | | | | | | | | | |
| Macular edema | | | | | | | | | | | | | | | | | | | | U | |
| Mania | | | | | | | U | | | | | | | | | | X | X | | | |
| Meniere's disease | | | | | | | | | | | | | | | | | | | | U | |
| Mountain sickness, acute | | | | | | | | | | | | | | | | | | | | X | |
| Muscle spasm | | | | | | | | | X | | | | | | | | | | | | |
| Nelson's syndrome | | | | | | | | | | | | | | | | | U | U | | | |
| Neonatal jaundice evaluation | U | | | | | | | | | | | | | | | | | | | | |
| Neonatal narcotic withdrawal symptoms | U | | | | | | | | | | | | | | | | | | | | |
| Neuralgia, glossopharyngeal | | | | | | | | | | | | | | | | | | | X | | |
| Neuralgia, post-herpetic | | | | | | | | | | | X | | | | | | | | | U | |
| Neuralgia, Trigeminal | | | | | | | | | | | | U | | | | | | | X | | |
| Pain, chronic | | | U | | | | | | | | U | | | | | | | | | | |
| Panic disorder | | | | | | | X | | | | U | | | | | | | | | | |
| Parkinson's disease, iopathic | | | | | | | | | | | | U | | | | | | | | | |
| Progressive myoclonus epilepsy | | | | | | U | | | | | | | | | | | | | | | |
| Pseudotumor cerebri | | | | | | | | | | | | | | | | | | | | U | |
| Psychotic | | | | | | | | | | | | | | | | | | | U | | |

| Indications | Phenobarbital | Ethotoin | Phenytoin | Ethosuximide | Methsuximide | Zonisamide | Clonazepam | Clorazepate | Diazepam | Felbamate | Gabapentin | Lamotrigine | Levetiracetam | Primidone | Tiagabine | Topiramate | Valproic Acid | Divalproex | Carbamazepin | Acetazolamide | Oxcarbazepine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| symptoms, augment | | | | | | | | | | | | | | | | | | | | | |
| Restless leg syndrome | | | | | | | U | | | | | | | | | | | | | | |
| Sedation | X | | | | | | | | | | | | | | | | | | | | |
| Sedative-hypnotic dependence, treat withdrawal symptoms in patients | U | | | | | | | | | | | | | | | | | | | | |
| Seizures associated with cerebral malaria, prevents | U | | | | | | | | | | | | | | | | | | | | |
| Seizures, Absence | | | | X | | | | | | | | | | | | | X | X | X | | |
| Seizures, Absence seizures refractory to other drugs | | | | | X | | X | | | | | | | | | | | | | | |
| Seizures, Adjunctive for all forms | | | | | | | | | X | | | | | | | | X | X | | | |
| Seizures, Akinetic & myoclonic | | | | | | | X | | | | | | | | | | U | U | | | |
| Seizures, Centrencephalic | | | | | | | | | | | | | | | | | | | | X | |
| Seizures, Complex partial | | X | X | | | | | | | | | | | X | | | X | X | X | | |
| Seizures, Control bouts of ↑ seizure activity | | | | | | | | | X** | | | | | | | | | | | | |
| Seizures, Conversion to monotherapy in patients receiving tx w/ single enzyme inducing AED (partial) | | | | | | | | | | | | X | | | | | | | | | |
| Seizures, febrile | U | | | | | | | | U | | | | | | | | U | U | | | |
| Seizures, Focal | | | | | | | | | | | | | | | X | | | | | | |
| Seizures, Grand mal (tonic-clonic) | X | X | X | | | | | | X | | | | | X | | X | | | X | | |
| Seizures, Infantile spasms | | | | | | U | | | | | | | | | | | U | U | | | |
| Seizures, Mixed w/absence | | | | | | | | | | | | | | | | | X | X | | | |
| Seizures, Mixed w/o absence | | | | | | | | | | | | | | | | | | | X | | |
| Seizures, myoclonic | | | | | | | | | | | | | | | | | U | U | | | |
| Seizures, neurosurgical prophylaxis to | U | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL    AETNA 001890

| Indications | Phenobarbital | Ethotoin | Phenytoin | Ethosuximide | Methsuximide | Zonisamide | Clonazepam | Clorazepate | Diazepam | Felbamate | Gabapentin | Lamotrigine | Levetiracetam | Primidone | Tiagabine | Topiramate | Valproic Acid | Divalproex | Carbamazepin | Acetazolamide | Oxcarbazepine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| prevent seizures | | | | | | | | | | | | | | | | | | | | | |
| Seizures, Partial | X | | | | | | | | | X* | | | | | | | | | X | | X |
| Seizures, partial adjunctive | | | | | | X | | X | | | X | X | X | | X | X | | | | | X |
| Seizures, status epilepticus | | | | | | | X | | | | | | | | | | U | U | | | |
| Seizures, unlocalized | | | | | | | | | | | | | | | | | | | X | | |
| Social Phobia | | | | | | | | | | U | | | | | | | | | | | |
| Surgery, premedication for anxiety | | | | | | | | | X | | | | | | | | | | | | |
| Surgery, prevent seizures/ tx in neurosurgery | | | X | | | | | | | | | | | | | | | | | | |
| Surgery, reduce post-cataract intraocular pressure | | | | | | | | | | | | | | | | | | | | U | |
| Tetanus, prolong effects of meprobamate and diazepam in patients with tetanus | U | | | | | | | | | | | | | | | | | | | | |
| Tinnitus | | | | | | | | | | | | U | | | U | | | | | | |
| Tremor, essential | | | | | | | | | | | | U | | | | U | | | | | |

Key: **X** = FDA approved indication;  **U** = Unlabeled indication;
* not 1st line agent; only use when benefits outweigh the risks of aplastic anemia; **rectal only

III. **Pharmacokinetics, unique pharmacology**

Table 3. **Various Pharmacokinetic Parameters of Antiepileptics** [1]

| Drug | | Protein binding (%) | Metabolism/Excretion | t½(hrs) |
|---|---|---|---|---|
| **Barbiturates** | Phenobarbital[1] (PB) | 40-60 | Liver; 25%eliminated unchanged in urine | 53-140 |
| **Hydantoins** | Ethotoin | nd | Liver; renal excretion of metabolites | 3-9[3] |
| | Mephenytoin | nd | Liver | 95 (active metabolite) |
| | Phenytoin | ≈90 | Liver; renal excretion. < 5% excreted unchanged | Dose-dependent[2] |
| **Succinimides** | Ethosuximide | 0 | Liver; 25%excreted unchanged in urine | 30 (children7-9 yrs) 40-60 (adults) |
| | Methsuximide | nd | Liver; <1% excreted unchanged in urine | < 2 (40, active metabolite) |

CONFIDENTIAL   AETNA 001891