UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

)
IN RE:  NEURONTIN MARKETING, SALES     )
PRACTICES AND PRODUCT LIABILITY        )
LITIGATION                             )
                                       )      MDL Docket No. 1629
                                       )      Master File No. 04-10981
_____)

                                              Judge Patti B. Saris
                                              Mag. Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:

*Jessie Allen, et al v. Pfizer, Inc*.              Individual Case No.: 1:07-CV-11795-PBS

_____

PLAINTIFFS' MOTION FOR LEAVE TO FILE
NINE (9) ATTORNEY CERTIFICATIONS OUT OF TIME

_____

COMES NOW, Plaintiffs, by and through counsel of record and file this motion to file attorney

certifications pursuant to the Discovery Order 26 and states:

1.   On August 19, 2008 Plaintiffs filed attorney certifications for 302 Plaintiffs pursuant to

     Discovery Order 26. Of those 302 Plaintiffs, 266 were members of the class *in Jessie Allen et*

     *al. v. Pfizer, Inc.,* Individual Case No. 1:07-CV-11795-PBS.  The attorney certifications for

     these 266 Plaintiffs were filed in *Allen v. Pfizer* Attorney Certifications Parts I-XIX and XXI

     –XXVI.

2.   On August 19, 2008, Plaintiffs' counsel also filed attorney certifications for an additional 12

     Plaintiffs as *Allen v. Pfizer* Attorney Certifications Part XX; however, the Pacer/ECF filing

     system notated no record of these certifications.  Plaintiffs' counsel's paralegal, to the best of

     her knowledge and belief, filed the attorney certifications for these 12 Plaintiffs as Part XX in

     the same manner and respect as the attorney certifications listed in Parts I-XIX and XXI –

     XXVI for the 302 Plaintiffs that were successfully filed.  These 12 Plaintiffs are listed in

     Plaintiffs' master list Exhibit B.  (Exhibit A)

3. These 12 Plaintiffs were originally certified as members of the class in *Jessie Allen et al. v. Pfizer*; Individual Case No. 1:07-CV-11795-PBS on December 18, 2007. For each of these Plaintiffs, counsel has previously submitted pharmacy records and relevant available medical records that establish that Neurontin was prescribed for an off-label use.

4. Plaintiffs' counsel, in good faith, attempted to electronically file the requisite attorney certifications for the 12 aforementioned Plaintiffs in the manner as the other Plaintiffs. Counsel now requests leave to file the attorney certifications for nine of these 12 Plaintiffs: Joe Blaylock, Memye Creswell, Emma Gregory, Fannie Grinston, Shawand Hicks, Prince Mitchell, Debra Neal, Tommie Odom, and Curtis Patton.

5. The medical records submitted by these nine Plaintiffs do establish that Neurontin was prescribed to them for an "off label use" and caused injury.

6. No prejudice will occur to Defendants should this Court allow certifications of Joe Blaylock, Memye Creswell, Emma Gregory, Fannie Grinston, Shawand Hicks, Prince Mitchell, Debra Neal, Tommie Odom, and Curtis Patton because the records supporting these certifications have already been submitted to Defendants.

WHEREFORE PREMISES CONSIDERED, Counsel respectfully requests leave to file the attorney certifications for 9 Plaintiffs out of time.

This, the 14th, day of October, 2008.

/s/ Levi Boone, III