UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| | ) |
| IN RE NEURONTIN MARKETING, SALES | ) |
| PRACTICES, AND PRODUCTS LIABILITY | ) |
| LITIGATION | ) MDL Docket No. 1629 |
| _____) | ) Master File No. 04-10981 |
| | ) |
| THIS MOTION RELATES TO | ) Judge Patti B. Saris |
| | ) Mag. Judge Leo T. Sorokin |
| *Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS* | ) |
| *Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS* | ) |
| *Cooper, et al. v. Pfizer Inc. et al., 1:05-cv-10834-PBS* | ) |
| _____) | |

**MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE CLAIMS OF CERTAIN
PLAINTIFFS REPRESENTED BY THE LEVI BOONE LAW FIRM PA
FOR FAILURE TO COMPLY WITH THE COURT'S CERTIFICATION ORDERS**

Defendants Pfizer Inc. and Warner-Lambert Company LLC ,("Defendants") respectfully move for leave to file a reply in support of their motion to dismiss the claims of certain plaintiffs represented by the Boone Law Firm PA ("the Boone Law Firm") for failure to comply with the Court's certification orders.   The grounds for this motion are:

1.    On October 14, 2008 the Levi Boone Firm Law Firm PA filed an Opposition to Defendants' Motion to Dismiss.

2.    Defendants' proposed reply, which is attached hereto as Exhibit 1, will demonstrate that the Opposition fails to address the points raised in Defendants' Motion to Dismiss.

3.    Defendants believe that their proposed reply will assist the Court in its consideration of the pending motion to dismiss.

WHEREFORE, Defendants respectfully request leave to file the attached response.

3177082v1

Dated: October 17, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:     /s/Scott W. Sayler
        Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

     -and-

HARE & CHAFFIN

By:     /s/David B. Chaffin
        David B. Chaffin

(BBO # 549245)
160 Federal Street
Boston, MA 02110
Tel:  (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and*
*Warner-Lambert Company LLC*

3177082v1

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1, I certify that counsel have attempted to confer in good faith to resolve or narrow the issues presented in this motion, but have been unable to do so.

/s/David B. Chaffin

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 17, 2008.

/s/ David B. Chaffin

3177082v1