UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUECROSS/BLUESHIELD OF LOUISIANA; UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>PFIZER INC. and WARNER-LAMBERT COMPANY,<br>        Defendants. | |

**CLASS PLAINTIFFS' ASSENTED TO EMERGENCY MOTION TO EXTEND
DEADLINE FOR SUPPLEMENTATION OF INTERROGATORY RESPONSES**

On October 3, 2008, the Court ordered the third-party payer class plaintiffs

("Plaintiffs")[1] to supplement their responses to Defendants' second set of interrogatories by

---

[1] Harden Manufacturing Corporation, Louisiana Health Services Indemnity Company, and ASEA/AFSCME Local 52 Health Benefits Trust.

783450.3

October 20, 2008, and set November 7, 2008 as the deadline for Defendants' expert witness disclosures. *See* Electronic Order (Oct. 3, 2008). Plaintiffs had requested until this date to provide their supplemental responses, believing in good faith that they would be able to do so. Declaration of Barry Himmelstein in Support of Class Plaintiffs' Assented to Emergency Motion to Extend Deadline for Supplementation of Interrogatory Responses ¶ 2. Unfortunately, as explained below, the task has proven far more time-consuming than Plaintiffs had anticipated, owing to the large number of drugs and required steps in the process. *Id.*

In consultation with their experts, Plaintiffs have identified a number of drugs responsive to one or more of the Interrogatories. *Id.* ¶ 3. To determine which of these drugs were prescribed to Plaintiffs' members who were prescribed Neurontin, it was first necessary to obtain the full range of 11-digit NDC codes associated with each medication, each of which must be manually queried at the website, http://www.fda.gov/cder/ndc/database/docs/queryndcai.htm and cut-and-pasted into a spreadsheet. *Id.* Plaintiffs have had up to *six* paralegals working on this aspect of the project simultaneously since September 23, 2008. The project required the manual compilation of *over 33,000 individual NDC codes*, and was not completed until October 16, 2008. *Id.*

The next step of the project is to run those codes against the prescription databases of Plaintiffs or their pharmacy benefits managers. *Id.* ¶ 4. BCBSLA must process the data through two separate mainframe computer systems (covering different time periods). *Id.* Given the size of these databases, the complexity of the operation, and the computer time necessary to process the over 33,000 NDC codes, Plaintiffs have no choice but to request an extension of three weeks, until November 10, 2008, to provide their supplemental responses to the Interrogatories. *Id.*

Defendants do not oppose this request, so long as they are given an extension until December 15, 2008 to provide their expert witness disclosures. Accordingly, subject to the Court's approval, the parties have entered into the scheduling agreement set forth below.

**CERTIFICATION OF CONSULTATION**

I certify that on October 16-17, 2008, I and Plaintiffs' counsel Edward Notargiacomo conferred telephonically and by email with Defendants' counsel, Edmund Polubinski III, concerning the relief requested in this motion. Defendants assent to the relief requested in this motion so long as the Court enters an order extending Defendants' deadline to serve all their expert reports in the class and coordinated cases until December 15, 2008. On October 17-20, 2008, Plaintiffs consulted with plaintiffs in the coordinated cases, who do no object to this condition, provided that the same schedule applies to them.

Dated: October 20, 2008                                             /s/ Barry R. Himmelstein

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 20, 2008.

                                                                    /s/ Barry R. Himmelstein