UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUECROSS/BLUESHIELD OF LOUISIANA; UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>PFIZER INC. and WARNER-LAMBERT COMPANY,<br>       Defendants. | |

**DECLARATION OF BARRY HIMMELSTEIN IN SUPPORT OF
CLASS PLAINTIFFS' ASSENTED TO EMERGENCY MOTION TO EXTEND
DEADLINE FOR SUPPLEMENTATION OF INTERROGATORY RESPONSES**

786365.1

I, BARRY HIMMELSTEIN, declare and state:

1. I am a member in good standing of the California State Bar, and a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, appointed co-lead counsel for the class plaintiffs in this multidistrict litigation proceeding. I have personal knowledge of the matters set forth herein, and could and would testify thereto if called upon to do so.

2. Plaintiffs requested 30 days to provide supplemental responses to Defendants' Second Set of Interrogatories in the good faith belief that they would be able to do so. Unfortunately, as explained below, the task has proven far more time-consuming than Plaintiffs had anticipated, owing to the large number of drugs and required steps in the process.

3. In consultation with their experts, Plaintiffs have identified a number of drugs responsive to one or more of the Interrogatories. To determine which of these drugs were prescribed to Plaintiffs' members who were prescribed Neurontin, it was first necessary to obtain the full range of 11-digit NDC codes associated with each medication, each of which must be manually queried at the website, http://www.fda.gov/cder/ndc/database/docs/queryndcai.htm and cut-and-pasted into a spreadsheet. Plaintiffs have had up to *six* paralegals working on this aspect of the project simultaneously since September 23, 2008. The project required the manual compilation of *over 33,000 individual NDC codes*, and was not completed until October 16, 2008.

4. The next step of the project is to run those codes against the prescription databases of Plaintiffs or their pharmacy benefits managers. Based on information provided by Blue Cross Blue Shield of Louisiana ("BCBSLA"), BCBSLA must process the data through two separate mainframe computer systems (covering different time periods). Given the size of these databases, the complexity of the operation, and the computer time necessary to process the over

33,000 NDC codes, Plaintiffs have no choice but to request an extension of three weeks, until November 10, 2008, to provide their supplemental responses to the Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of October, 2008 at Oakland, California.

        /s/ Barry Himmelstein
        Barry Himmelstein

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 20, 2008.

        /s/ Barry Himmelstein