UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
:
In re: NEURONTIN MARKETING, SALES PRACTICES, :
AND PRODUCTS LIABILITY LITIGATION : MDL Docket No. 1629
:
------------------------------------------------------------- x Master File No. 04-10981
:
THIS DOCUMENT RELATES TO: :
: Judge Patti B. Saris
:
------------------------------------------------------------- x
: Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION; : Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, :
dba BLUECROSS/BLUESHIELD OF LOUISIANA; : LEAVE TO FILE
INTERNATIONAL UNION OF OPERATING ENGINEERS, : GRANTED OCTOBER
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL : 21, 2008
52 HEALTH BENEFITS TRUST; GERALD SMITH; and :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY. :
:
------------------------------------------------------------- x

## DECLARATION OF MATTHEW B. ROWLAND

MATTHEW B. ROWLAND declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Supplemental Reply in Opposition to the Class Plaintiffs' Second Motion for Class Certification, filed on October 14, 2008.

3. Attached as Exhibit 1 is a true and correct copy of the deposition of Meredith B. Rosenthal, Ph.D., taken in the case *Clark v. Pfizer Inc.*, No. 1819 (Pa. Ct. Com. Pls., June Term 2004), on July 9, 2008.

4. Attached as Exhibit 2 is a true and correct copy of the deposition of Dr. Douglass Barrett, taken in the case *Santullo v. Pfizer, Inc.*, No. D-0101-CV-200301377 (1st J. Dist. Ct., County of Santa Fe, N.M.), on December 4, 2004.

5. Attached as Exhibit 3 is a true and correct copy of the deposition of Dr. Richard J. Brown, taken in the case *Clark v. Pfizer Inc.*, No. 1819 (Pa. Ct. Com. Pls., Phila. County, June Term 2004), on August 18, 2005.

6. Attached as Exhibit 4 is a true and correct copy of the deposition of Dr. E. Michael Okin, taken in the case *Clark v. Pfizer Inc.*, No. 1819 (Pa. Ct. Com. Pls., Phila. County, June Term 2004), on August 30, 2005.

7. Attached as Exhibit 5 is a true and correct copy of the transcript of the deposition of Dr. Amy Fitzsimmons, taken in the case *Clark v. Pfizer Inc.*, No. 1819 (Pa. Ct. Com. Pls., Phila. County, June Term 2004), on September 22, 2008.

8. Attached as Exhibit 6 is a true and correct copy of the deposition of Dr. Brian Ahlstrom, taken in the case *Clark v. Pfizer Inc.*, No. 1819 (Pa. Ct. Com. Pls., Phila. County, June Term 2004), on September 30, 2008.

9. Attached as Exhibit 7 is a true and correct copy of the transcript of the deposition of Dr. Thomas Graham, taken in the case *Clark v. Pfizer Inc.*, No. 1819 (Pa. Ct. Com. Pls., Phila. County, June Term 2004), on October 3, 2008.

10. Attached as Exhibit 8 is a true and correct copy of the deposition of Dr. Kenneth Hoellein, taken in the case *Clark v. Pfizer Inc.*, No. 1819 (Pa. Ct. Com. Pls., Phila. County, June Term 2004), on October 7, 2008.

11. Attached as Exhibit 9 is a true and correct copy of the deposition of Dr. William A. Crotwell, III, taken in the case *Owens v. Pfizer Inc.*, 05-cv-11017-PBS (D. Mass.), on May 1, 2007.

12. Attached as Exhibit 10 is a true and correct copy of a document titled National P & T Committee Executive Summary, bearing the bates range AETNA 001882–1913.

October 14, 2008

/s/ Matthew B. Rowland
Matthew B. Rowland

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 21, 2008.

/s/ David B. Chaffin
David B. Chaffin