# EXHIBIT 10
# PART II

| Drug | | Protein binding (%) | Metabolism/Excretion | t½(hrs) |
|---|---|---|---|---|
| | Phensuximide | nd | Urine, bile | 8 (active metabolite) |
| **Benzodiazepines** | Clonazepam | 50-85 | 5 metabolites identified; urine is major excretion route | 18-60 |
| | Clorazepate | 97 | Hydrolyzed in stomach to desmethyldiazepam (active); metabolized in liver, renally excreted | 30-100 |
| | Diazepam | 97-99 | Liver, active metabolites | 20-50 |
| | Lamotrigine | ≈55 | Glucuronic acid conjugation to inactive metabolites;94% excreted in urine, 2% in feces. | ≈33[5] |
| **Adjuncts to Antiepileptics** | Carbamazepine | ≈75 | Liver to active 10, 11-epoxide. 72% excreted in urine, 28% in feces | 18-54 (initial)10-20[3]≈ 6 (10, 11-epoxide) |
| | Felbamate[6] | 22-25 | 40% to 50%unchanged in urine, 40% as uniden-tified metabolites and conjugates | 20-23 |
| | Gabapentin | < 3 | Not appreciably metabo-lized; excreted in urine unchanged | 5-7 |
| | Primidone | 20-25 | Metabolized to PB and PEMA, both active | 5-15 (primidone)10-18 (PEMA) 53-140 (PB) |
| | Valproic acid | 80-94 | Liver; excreted in urine | 5-20 |
| **Sulfonamides** | zonisamide | 40 | excreted primarily in urine as parent drug and as the glucuronide of a metabolite. | 105 |

[1]Other barbiturates are also used as Antiepileptics.
[2]Exhibits dose-dependent, nonlinear pharmacokinetics.
[3]Below 8 mcg/ml; > 8 mcg/ml, t½ not defined due to dose-dependent, nonlinear pharmacokinetics.
[4]Recommended for adjunctive use.
[5]Following multiple administrations (150 mg twice daily) to normal volunteers taking no other medications, lamotrigine induced its own metabolism, resulting in a 25% decrease in half-life compared to values obtained in the same volunteers following a single dose. Evidence gathered from other sources suggests that self-induction may not occur when lamotrigine is given as adjunctive therapy in patients receiving enzyme-inducing antiepileptic drugs (EIAEDs).
[6]Because of cases of aplastic anemia, it has been recommended that the use of this drug be discontinued unless, in the judgment of the physician, continued therapy is warranted. Refer to the specific monograph.

## Pharmacology [4]

**Phenytoin (Dilantin)**
Phenytoin blocks sodium channels, exerts some calcium blockage, and may block NMDA responses and increase GABA concentrations.

**Phenobarbital, Primidone (Mysoline)**
Phenobarbital enhances GABA-evoked chloride currents, reduces calcium currents.

**Zonisamide (Zonegran)**
Zonisamide blocks sodium and calcium channels and increases brain dopamine.

CONFIDENTIAL   AETNA 001892

**Benzodiazepines**
Benzodiazepines appear to potentiate the effects of gamma-aminobutyrate (GABA).

**Carbamazepine (Tegretol), oxcarbazepine (Trileptal)**
They block sodium channels, increase 5-HT release, and block

**Felbamate (Felbatol)**
Felbamate blocks NMDA current, enhances GABA neurotransmission, and limits sodium firing.

**Gabapentin (Neurontin)**
The mechanism by which gabapentin exerts its anticonvulsant action is unknown. It may increase GABA synthesis and release and may act at L-type calcium channels.

**Lamotrigine (Lamictal)**
Lamotrigine blocks sodium channels, increases GABA concentrations, and decreases glutamate release.

**Topiramate (Topamax)**
Topiramate blocks sodium channels, increases GABA concentrations, enhances GABA neurotransmission, and blocks AMPA-glutamate receptor subtype.

**Tiagabine (Gabitril)**
Tiagabine inhibits GABA reuptake.

**Levetiracetam (Keppra)**
Levetiracetam's mechanism of action is unknown. The mechanism is unrelated to known excitatory or inhibitory neurotransmitter effects.

**Valproate (Depakene), divalproex sodium (Depakote/ER)**
Valproate blocks sodium channels and T-type calcium channels and increases GABA activity.


IV.     **Dosing information**


Table 4. Dosing information of Antiepileptics [1]

| Drug | Adult Dose | Pediatric Dose | Comments |
|---|---|---|---|
| Phenobarbital | 60-100mg/day | 3-6mg/kg/day | |
| Ethotoin | Maintenance:  2-3g/day in 4-6 divided doses | Maintenance:  500mg-1g/day in 4-6 divided doses | |
| Phenytoin | 100mg TID initially, individualize dose<br>Maintenance:  300-400mg/day up to 600mg/d | Initially 5mg/kg/day in 2-3 divided doses individualize to max 300mg/day<br>Maintenance:  4-8mg/kg/day | If adult patients have an adequate response with 100mg TID then 300mg once daily extended-release phenytoin can be used.<br>Phenytoin sodium contains 92% phenytoin. |
| Ethosuximide | Adults and children 6+: 500mg/day<br>Maintenance:  individualize ↑ by 250mg q 4-7 days | Children 3-6: 250mg/day<br>Optimal dose: 20mg/kg/day | |
| Methsuximide | Determine optimal dose by trial; 300mg/day 1st week ↑ at weekly intervals by 300mg/day for 3 | | |

CONFIDENTIAL    AETNA 001893

| Drug | Adult Dose | Pediatric Dose | Comments |
|------|-----------|----------------|----------|
| | weeks up to 1.25g/day | | |
| Zonisamide | Initially: 100mg/day for 2 weeks ↑ to 200mg/day for 2 weeks up to 300-400mg/day QD-BID | | |
| Clonazepam | Initially up to 1.5mg/day in 3 divided doses, ↑ by 0.5-1mg q 3 days up to 20mg/day | Children up to 10yrs or 30kg: Initial:  0.01-0.03mg/kg/day in 2-3 divided doses max 0.05mg/kg/day ↑ by 0.25-0.5 mg q 3 days to a maintenance dose of 0.1-0.2mg/kg | |
| Clorazepate | Max initial dose 7.5mg TID ↑ by ≤ 7.5mg q week max 90mg/day | Children 9-12 yrs:  max initial 7.5mg BID, ↑ by ≤ 7.5mg q week max 60mg/day | |
| Diazepam | 2-10mg 2-4 times daily | Children ≥ 6 months: 1-2.5mg 3-4 times daily ↑ prn | Elderly:  2-2.5mg QD-BID Rectal:  0.2-0.5mg/kg depending on age |
| Felbamate | ≥ 14 yrs: Monotherapy:  Initial 1200mg/day in 3-4 divided doses ↑ by 600mg q 2 weeks to 2400mg/day up to 3600mg/day Conversion to monotherapy: Initial 1200mg/day 3-4 times daily, ↓ other AED by ⅓, Week 2: ↑ to 2400mg/day while ↓ other AED up to an additional ⅓ of their original dosage Week 3:  ↑ to 3600mg/day and continue to ↓ other AED as indicated Adjunctive tx:  1200mg/day 3-4 times daily; ↓ other AED by 20% ↑ dose by 1200mg/day at weekly intervals up to 3600mg/day | Adjunctive tx: 15mg/kg/day 3-4 times daily; ↓ other AED by 20% ↑ weekly by 15mg/kg/day to 45mg/kg/day | |
| Gabapentin | 900-1500mg/day (divided TID); Initial, 300mg TID increase up to 1800mg/d | Start:  10-15mg/kg/day divided TID, ↑ dose over 3 days Maintenance: Children 5+:  25-35mg/kg/day Children 3-4 yrs: 40mg/kg/day | |
| Lamotrigine | With Valproic acid: Wk1&2-25mg QOD Wk3&4-25mg QD Maintenance:  100-400mg/day in 1-2 divided doses  Without Valproic acid: Wk1&2-50mg/day Wk 3&4-100mg/day in 2 divided doses Maintenance:  300-500mg/day | Children 2-12 yrs: With Valproic acid: wk1&2-0.15mg/kg/d in 1-2 divided doses Wk3&4-0.3mg/kg/d Maintenance:  1-5mg/kg/day max 200mg/day  Without Valproic acid: Wk1&2- 0.6mg/kg/d in | |

CONFIDENTIAL   AETNA 001894

| Drug | Adult Dose | Pediatric Dose | Comments |
|------|------------|----------------|----------|
| | | 2 divided doses<br>Wk 3&4- 1.2mg/kg/d<br>Maintenance: 5-15mg/kg/day max 400mg/day | |
| Levetiracetam | Initial: 500mg BID,<br>↑ by 1000mg daily q 2wk to max daily dose of 3000mg | | |
| Primidone | Adults & children 8+:<br>Days1-3-100mg-125mg/d<br>Days4-6-100-125mg BID<br>Days7-9-100-125mg TID<br>Days10+-250 mg TID-QID | Children ‹8 yrs:<br>Days1-3-50mg daily<br>Days4-6-50mg BID<br>Days7-9-100mg BID<br>Days10+-125-250mg TID or 10-25mg/kg/day | Patients already taking Antiepileptics initiate at 100-125mg at bedtime. Increase dose and decrease other AED.  Switch to primidone occurs over 2 wks |
| Tiagabine | Initial: 4mg/day, ↑ weekly by 4-8mg/day to max 56mg/day | Children 12-18 yrs:<br>Initial:  4mg/day, ↑ by 4mg/day after one week then ↑ by 4-8mg weekly to max 32mg/day | |
| Topiramate | Adults ≥ 17yrs:<br>Initial:  25-50mg/day, ↑ by 25-50mg increments/wk<br>Maintenance: 400mg/day in 2 divided doses | Children 2-16 yrs:<br>Initial: ≤25mg, 1-3mg/kg/day for 1st week then titrate every 1-2 weeks by 1-3mg/kg/day<br>Maintenance: 5-9mg/kg/day in 2 divided doses | |
| Valproic acid/divalproex | Adults & children:<br>10-15mg/kg/day divided QD-TID, max 60mg/kg/d,<br>↑ by 5-10mg/kg/day q7d | | |
| Carbamazepine | Adults & children 12+:<br>Initial:  200mg BID, ↑ weekly by ≤200mg/d divided 3-4 times daily (BID w/extended-release)<br>Maintenane:  800-1200mg daily<br>Max 1000mg ages 12-15<br>Max 1200mg ages >15 | Children 6-12 yrs:<br>Initial:  100mg BID, ↑ weekly by ≤100mg/day divided 3-4 times daily (BID w/extended-release)<br>Maintenance:  400-800mg daily (20-30mg/kg/day) max 1000mg<br><br>Children <6 yrs:<br>Initial:  10-20mg/kg/d divided 2-3 times daily, ↑ weekly to optimal response<br>Maintenance: <35mg/kg | Give suspension QID instead |
| Acetazolamide | 8-30mg/kg/day in divided doses<br>Optimum range:  375-1000mg daily<br>Start with 250mg daily with other AED | | |
| Oxcarbazepine | Initial:  300mg BID, ↑ by max | Children 4-16 yrs: | |

CONFIDENTIAL    AETNA 001895

| Drug | Adult Dose | Pediatric Dose | Comments |
|------|-----------|----------------|----------|
|  | 600mg/day weekly Recommended daily dose: 1200mg/day | Initial:  8-10mg/kg/day BID max 600mg/day Target maintenance: 20-29kg=900mg/day 29.1-39kg=1200mg/day >39kg=1800mg/day |  |

## V.   Comparative adverse effects

Adverse effects account for at least 20 percent of patients discontinuing their antiepileptic drug. Gabapentin, topiramate, tiagabine, levetiracetam, oxcarbazepine, zonisamide have the lowest incidence of adverse reactions and do not require routine laboratory monitoring. The traditional antiepileptic drugs – carbamazepine, phenytoin, phenobarbital, primidone, valproic acid, and ethosuximide – produce a range of cognitive and behavioral problems. [29]  Unlike some of the other antiepileptic drugs, body weight is stable while patients are on lamotrigine. [13] Topiramate may cause significant weight loss. [10]

### Table 5. Adverse effects of the Antiepileptics [4]

| Drug | CNS Depression Effects | Dose Related | Idiopathic | Laboratory Monitoring |
|------|------------------------|--------------|------------|-----------------------|
| Phenobarbital/ primidone | Moderate to severe – somnolence, confusion, cognitive impairment | Respiratory depression, hypotension, coma | Hyperactivity in children, impaired calcium metabolism | Baseline and annual CBC with differential; baseline and annual LFTs; periodic serum calcium and bone scans for osteoporosis |
| Phenytoin | Mild to moderate – nystagmus, ataxia, diplopia | Nausea, vomiting, constipation. | Hirsuitism, gingival hypertrophy, aggravation of acne, cardiac arrhythmias, Stevens-Johnson syndrome, alteration of vitamin D metabolism, risk of osteoporosis with long-term use | CBC with differential at baseline, then every 6-12 months; albumin annually; LFTs – annually; calcium – monitor for osteoporosis;  PHT level – 2 weeks after dose change or introduction of interacting drug |
| Carbamazepine | Mild to moderate – ataxia, diplopia, dowsiness | Nausea, vomiting, headache | Blood dyscrasias (aplastic anemia, leukopenia), hyponatremia, drug rashes, cholestatic jaundice | CBC with differential, platelets at baseline, monthly for 3 months, then every 6-12 months. Discontinue if WBC is <3000 or absolute neutrophils <1500; LFTs every 6-12 months, CBZ level 4-6 wks after dose change. |
| Valproate | Mild to moderate – tremor, somnolence | Nausea, vomiting, weight gain, reversible thrombocytopenia, alopecia | Hepatotoxicity (usually in children <10 yrs), idiopathic thrombocytopenia, pancreatitis, drug rashes | CBC with differential and platelets every 6-12 months; LFTs – baseline then annually; plasma VPA levels 5-7 days |

CONFIDENTIAL   AETNA 001896

| Drug | CNS Depression Effects | Dose Related | Idiopathic | Laboratory Monitoring |
|------|------------------------|--------------|------------|-----------------------|
| | | | | after dosage change or introduction of interacting drug. |
| Ethosuximide | Mild – drowsiness, fatigue | Anorexia, weight loss, GI upset, abdominal cramps | Leukopenia, eosinophilia, psychiatric, sleep disturbances, aggression | |
| Benzodiazepines | Moderate to severe – drowsiness, ataxia | Respiratory suppression, physical dependence | Disinhibition (excitation, aggression) | |
| Felbamate | Mild – dizziness, ataxia | Headache, insomnia, nausea, anorexia, vomiting | Hematologic: black box warning for aplastic anemia. Hepatic: black box warning for acute hepatic failure | CBC with differential at baseline and every 2-4 weeks; LFTs including AST, ALT, bilirubin every 1-2 weeks for duration of therapy |
| Gabapentin | Mild to moderate – somnolence, fatigue, ataxia | Weight gain | | |
| Lamotrigine | Moderate – dizziness, ataxia, blurred vision | Benign, self-limited rash; nausea, vomiting | Systemic, life-threatening rash; hepatic failure | Close periodic assessment for dermatologic side effects |
| Topiramate | Moderate to severe – significant cognitive impairment (with rapid titration and high doses) | Nausea, dyspepsia, weight loss | Kidney stones, decreased sweating and hyperthermia especially in children | |
| Tiagabine | Mild – somnolence, weakness, tremor | headache | | |
| Levetiracetam | Mild – drowsiness, ataxia | Nausea, headache | Cognitive and mood changes (irritability) | |
| Oxcarbazepine | Mild to moderate – drowsiness, ataxia, diplopia | Nausea, vomiting, headache | Hyponatremia, rare blood dyscrasias | Periodic electrolyte panel for sodium levels |
| Zonisamide | Mild to moderate – drowsiness, dizziness, confusion, tremor | Nausea, vomiting, weight loss, paresthesias | Hypersensitivity reactions in individuals with sulfa allergy | |

VI.    **Pediatric/Pregnancy/Senior Considerations (or other special populations)**

Nulman [9] reviews the treatment of epilepsy in pregnancy.

**Table 6. Special Populations [1-3]**

CONFIDENTIAL   AETNA 001897

| Drug name | Pediatric | Pregnancy / Lactation | Renal Impairment | Hepatic Impairment | Others (elderly) |
|---|---|---|---|---|---|
| Phenytoin (Dilantin) | Used in children | FDA Pregnancy Category C | | Reduce dosage. | Reduce dosage. |
| Felbamate (Felbatol) | Safety and efficacy in children, other than those with Lennox-Gastaut syndrome, have not been established. | FDA Pregnancy Category C | | Cases of acute hepatic failure | Start at the low end of the dosing range |
| Gabapentin (Neurontin) | Recommended for add-on therapy in patients 3 years of age and older. | FDA Pregnancy Category C | Adjust dose based on renal impairment | | Clearance of gabapentin decreased as age increased |
| Lamotrigine (Lamictal) | Down to age 2 years | FDA Pregnancy Category C | Use with caution in patients with significant renal function impairment. | Reduce doses by approximately 50% in patients with moderate (Child-Pugh Grade B) and 75% in patients with severe (Child-Pugh Grade C) hepatic impairment. Adjust based on clinical response. | Start at the low end of the dosing range |
| Tiagabine (Gabitril) | Safety and efficacy in children < 12 years old have not been established. | FDA Pregnancy Category C | | Dosage reduction or longer dosing intervals may be necessary | |
| Topiramate (Topamax) | Pediatric patients > 2 years of age | FDA Pregnancy Category C | Reduce 50% the usual dose in patients with moderate or severe renal impairment | Clearance may be decreased. | Decrease based on renal function |
| Valproate (Depakene) Divalproex (Depakote/ER) | Minimum recommended age varies depends on its use. | FDA Pregnancy Category D. | | Use caution in patients who have a history of hepatic disease. Children under 2 years of age are at increased risk of developing | A reduced starting dose is recommended. For starting doses lower than 500 use divalproex sodium |

CONFIDENTIAL   AETNA 001898

| Drug name | Pediatric | Pregnancy / Lactation | Renal Impairment | Hepatic Impairment | Others (elderly) |
|---|---|---|---|---|---|
| | | | | fatal hepatotoxicity | delayed-release tablets. |
| Levetiracetam (Keppra) | Safety and efficacy in patients < 16 years of age have not been established. | FDA Pregnancy Category C | Adjust dose based on renal function. | No dose adjustment is needed | Lower dose based on renal function |
| Ethotoin (Peganone) | Used in children | FDA Pregnancy Category C | | Reduce dosage. | Reduce dosage. |
| Methsuximide (Celontin) and Ethosuximide (Zarontin) | Used in children | Problems in humans have not been documented | Monitor renal function and adjust dose as necessary | Monitor hepatic function and adjust dose as necessary | |
| Zonisamide (Zonegran) | Use in pediatric patients under 16 years of age has not been established. | FDA Pregnancy Category C | Do not use in patients with estimated GFR less than 50 mL/min. | | Start at the low end of the dosing range |
| Primidone (Mysoline) | Used in children | Unknown. Symptoms similar to fetal hydantoin syndrome have occurred. | | | Reduce dosage. |
| Phenobarbital | Used in children and infants | FDA Pregnancy Category D | Reduce dosage. | Reduce dosage. | Reduce dosage. |
| Oxcarbazepine (Trileptal) | Used in children down to age 4 years | FDA Pregnancy Category C | Initiate therapy at one-half the usual starting dose (300mg/day). | Does not require a dosage adjustment | Based on renal function |
| Carbamazepine (Tegretol) | Used in children and infants. Studied down to 6 months | FDA Pregnancy Category D | | | |

## VII.    Drug interactions

Table 7 includes a majority of the drug interactions for the antiepileptics.  Levetiracetam is one of the few antiepileptics that does not interact with the CYP-450 enzyme system so interactions are minimal or nonexistent. [21]

In summary, the CYP4503A enzyme-inducers – carbamazepine, phenobarbital/primidone, phenytoin – reduces the levels of the other antiepileptics – carbamazepine, valproate, felbamate, lamotrigine, tiagabine, topiramate, zonisamide, and oxcarbazepine. They reduce INR for patients on warfarin therapy, reduce efficacy of estrogen-containing oral contraceptives, and reduce antihypertensive effect of calcium channel blockers.  The CYP4502D6 enzyme-inducers – carbamazepine, phenytoin, and phenobarbital – reduce levels of tricyclic

CONFIDENTIAL   AETNA 001899

antidepressants and phenothiazines.

The enzyme inhibitor, valproic acid, increases plasma levels of phenobarbital, phenytoin, and carbamazepine, increases the risk of dermatologic adverse effects with lamotrigine, and may potentiate CNS effects of benzodiazepines. Oxcarbazepine, another enzyme inhibitor, may increase phenytoin levels at doses greater than 1200 mg/day and may increase CNS effects of valproate, amitriptyline, diazepam, and topiramate. Finally, felbamate may increase valproate and phenytoin levels.

Protein binding interactions occur when two or more of the following agents are concomitantly used and lead to a higher concentration of the unbound drug: valproate, phenytoin, carbamazepine, tiagabine, aspirin, warfarin, propranolol. [4]

**Table 7. Drug Interactions for Antiepileptics** [1]

| drug | Object drug | | Description |
|------|-------------|---|-------------|
| Carbamazepine | Oxcarbazepine | ↓ | Carbamazepine (400 to 2000mg/day) decreased the mean MHD[1] AUC oxcarbazepine 900mg/day)by 40%. |
| Phenobarbital | Oxcarbazepine | ↓ | Phenobarbital (100 to 150 mg/day) decreased the mean MHD[1] AUC oxcarbazepine 600 to 1800mg/day)by 25%. |
| Phenytoin | Oxcarbazepine | ↓ | Phenytoin (250 to 500 mg/day) decreased the mean MHD[1] AUC oxcarbazepine 600 to 1800mg/day)by 30%. |
| Oxcarbazepine | Felodipine | ↓ | The AUC of felodipine decreased by 28% when repeatedly administered in combination with oxcarbazepine. |
| Oxcarbazepine | Oral contraceptives (ethinyl estradiol, levonorgestrel) | ↓ | The mean AUC of ethinyl estradiol decreased by 48% to 52% when administered in combination with oxcarbazepine. The mean AUC of levonorgestrel decreased by 32% to 52% when administered in combination with oxcarbazepine. |
| Oxcarbazepine | Phenobarbital | ↑ | The mean AUC of phenobarbital (100 to 150 mg/day) was increased by 14% to 15% when given in combination with oxcarbazepine (600 to 1800 mg/day). |
| Oxcarbazepine | Phenytoin | ↑ | The mean AUC of phenytoin (250 to 500 mg/day)was increased by 40% when given with oxcarbazepine at doses > 1200 mg/day. |
| Valproic acid | Oxcarbazepine | ↓ | The mean AUC of oxcarbazepine (600 to 1800 mg/day) was reduced by 18% in combination with valproic acid (400 to 2800mg/day). |
| Verapamil | Oxcarbazepine | ↓ | Verapamil administration resulted in a 20%decrease of oxcarbazepine (MHD) plasma levels. |
| Felbamate | Phenytoin | ↑ | Felbamate causes an increase in steady-state phenytoin levels. To maintain phenytoin levels and achieve felbamate dosages of 3600 mg/day, an ≈40% dose reduction of phenytoin was necessary in some patients. In contrast, phenytoin causes an approximate doubling of felbamate clearance, resulting in an ≈ 45% decrease in steady-state levels. |
| Phenytoin | Felbamate | ↓ | |
| Felbamate | Phenobarbital | ↑ | Coadministration causes an increase in phenobarbital plasma concentrations. Phenobarbital may reduce plasma Felbamate levels. Steady-state plasma Felbamate concentrations were 29% lower than the mean concentrations of a group of newly diagnosed subjects with epilepsy also receiving 2400 mg felbamate a day. |
| Phenobarbital | Felbamate | ↓ | |
| Felbamate | Carbamazepine | ↓ | Felbamate causes a decrease in steady-state carbamazepine levels and an increase in steady-state carbamazepine epoxide (metabolite) levels. In addition, carbamazepine causes an ≈50%increase in clearance, resulting in an ≈40% decrease in steady-state trough levels. |
| Carbamazepine | Felbamate | ↓ | |
| Felbamate | Methsuximide | ↑ | Increased normethsuximide levels requiring methsuximide dose reduction was reported in three patients. |

CONFIDENTIAL   AETNA 001900

| drug | Object drug | | Description |
|------|-------------|---|-------------|
| Felbamate | Valproic acid | ↑ | Felbamate causes an increase in steady-state valproic acid levels. Valproic acid does not appear to affect Felbamate. |
| | Gabapentin | ↓ | Antacids reduced the bioavailability of gabapentin by about 20%. This decrease in bioavailability was about 5% when gabapentin was given 2hours after the antacid. It is recommended that gabapentin be taken at least 2hours following antacid administration. |
| Cimetidine | Gabapentin | ↑ | The mean apparent oral clearance of gabapentin fell by 14% and Ccr fell by 10% with concurrent cimetidine. Thus, cimetidine seemed to alter the renal excretion of gabapentin and creatinine. This small decrease in gabapentin excretion is not expected to be of clinical importance. |
| Hydrocodone | Gabapentin | ↑ | Coadministration increases gabapentin AUC values by 14%. |
| Gabapentin | Hydrocodone | ↓ | Coadministration decreases hydrocodone $C_{max}$ and AUC values in a dose-dependent manner. $C_{max}$ and AUC values were 3% and 4% lower, respectively, after administration of 125 mg gabapentin and 21% to 22% lower, respectively after administration of 500 mg gabapentin. The mechanism for this interaction and the magnitude of interaction at other doses is unknown. |
| Morphine | Gabapentin | ↑ | Coadministration of 60 mg morphine 2 hours prior to administration of 600 mg gabapentin resulted in an increase in gabapentin AUC by 44%. The magnitude of interaction at other doses is unknown. |
| Gabapentin | Contraceptives, oral | ↑ | The $C_{max}$ of norethindrone was 13% higher when coadministered with gabapentin; this interaction is not expected to be of clinical importance. |
| | Valproate | ↔ | Tiagabine causes a slight decrease (≈10%) in steady-state valproate concentrations. Valproate significantly decreased tiagabine binding in vitro from 96.3% to 94.8%, which resulted in an increase of ≈40% in the free tiagabine concentration. The clinical relevance of this in vitro finding is unknown. |
| Valproate | Tiagabine | ↔ | Tiagabine clearance is 60% greater in patients taking carbamazepine, phenobarbital or phenytoin with or without other enzyme-inducing antiepilepsy drugs (AEDs). |
| Carbamazepine | Tiagabine | ↔ | |
| Phenytoin | | | |
| Phenobarbital | | | |
| | Alcohol; CNS depressants | ↑ | Use topiramate with extreme caution because of the potential to cause CNS depression, as well as other cognitive or neuropsychiatric adverse events. |
| Topiramate | Carbonic anhydrase inhibitors (eg, acetazolamide, dichlorphenami de) | ↑ | Concomitant use may increase the risk of renal stone formation and should be avoided (see Precautions). |
| Topiramate | Contraceptives, oral; estrogens | ↓ | The mean total exposure to the estrogenic component decreased by 18%, 21%, and 30% at daily doses of 200, 400, and 800 mg per day, respectively. Efficacy of oral contraceptives and other estrogens may be compromised. |
| Topiramate | Digoxin | ↓ | Serum digoxin AUC is decreased by 12% with concomitant topiramate administration. The clinical relevance of this observation has not been established. |
| | Valproic acid | ↓ | Valproic acid absorption is decreased. |
| Chlorpromazine | Valproic acid | ↑ | Valproate $t_{1/2}$ and trough levels may increase, clearance may decrease. |

CONFIDENTIAL   AETNA 001901

| drug | Object drug | | Description |
|---|---|---|---|
| Cholestyramine | Valproic acid | ↓ | Serum concentrations and bioavailability of valproic acid may be reduced, resulting in a decrease in therapeutic effects. |
| Cimetidine | Valproic acid | ↑ | Small but potentially significant decrease in valproate clearance and increase in t1/1. |
| Erythromycin | Valproic acid | ↑ | Erythromycin may increase serum valproic acid concentrations, producing valproic acid toxicity. |
| Felbamate | Valproic acid | ↑ | Coadministration revealed a 35% increase in mean peak lvalproate levels. |
| Rifampin | Valproic acid | ↓ | In 1 study, rifampin increased the oral clearance of valproate by 40%. |
| Salicylates (eg, aspirin) | Valproic acid | ↑ | In pediatric patients, protein binding and metabolism of valproate decreased; valproate free fraction was increased. Use caution if coadministered. |
| Valproic acid | Tricyclic antidepressants | ↑ | Plasma concentrations and side effects of the tricyclic antidepressant may be increased. Coadministration resulted in decreased plasma clearance of amitriptyline and a 34% decrease in the net clearance of nortriptyline. |
| Valproic acid | Carbamazepine | ↑ | Variable changes in carbamazepine concentrations with increased levels of the active metabolite; decreased valproic acid levels with possible loss of seizure control may occur. |
| Carbamazepine | Valproic acid | ↓ | |
| Valproic acid | Clonazepam | ↔ | Concomitant use may induce absence status in patients with a history of absence type seizures. |
| Valproic acid | Diazepam | ↑ | Valproate displaces diazepam from its plasma albumin binding sites and inhibits its metabolism. |
| Valproic acid | Ethosuximide | ↑ | Valproate inhibits ethosuximide metabolism;monitor plasma levels of both drugs, especially in the presence of other antiepileptics. |
| Valproic acid | Lamotrigine | ↑ | Valproic acid serum levels may be decreased while lamotrigine levels may be increased. |
| Lamotrigine | Valproic acid | ↓ | |
| Valproic acid | Phenobarbital | ↑ | Valproic acid may decrease hepatic metabolism of phenobarbital. Phenobarbital dosage may need to be decreased in some patients. |
| Valproic acid | Phenytoin | ↑ | Increased action of phenytoin, even at therapeutic levels; increased metabolism of valproic acid with decreased pharmacologic effects may occur. |
| Phenytoin | Valproic acid | ↓ | |
| Valproic acid | Tolbutamide | ↔ | The unbound fraction of tolbutamide may be increased from 20% to 50%. The clinical relevance of this displacement is unknown. |
| Valproic acid | Warfarin | ↑ | The potential exists for valproate to displace warfarin from protein binding sites. Monitor coagulation tests. |
| Valproic acid | Zidovudine | ↑ | Zidovudine clearance was decreased in HIV-seropositive patients. |
| Succinimides | Hydantoins | ↑ | Serum hydantoin levels may be increased. |
| Succinimides | Primidone | ↓ | Lower primidone and phenobarbital levels may occur. |
| Valproic acid | Succinimides | ↔ | Both increases and decreases in succinimide levels have occurred |
| Drugs that induce or inhibit CYP3A4 | Zonisamide | ↓↑ | PYP3A4 inducers and inhibitors will alter serum concentrations of zonisamide. |
| Acetazolamide | Primidone | ↓ | Coadministration may decrease primidone concentrations. |
| Carbamazepine | Primidone | ↓ | Coadministration may result in lower primidone and phenobarbital concentrations and higher carbamazepine concentrations. |
| Primidone | Carbamazepine | ↑ | |
| Hydantoins | Primidone | ↑ | primidone, phenobarbital, and PEMA concentrations may be increased. |

CONFIDENTIAL   AETNA 001902