# EXHIBIT 10 PART III

| drug | Object drug | | Description |
|---|---|---|---|
| Isoniazid | Primidone | ↑ | primidone concentrations may be increased. |
| Nicotinamide | Primidone | ↑ | The clearance rate of primidone may be decreased. |
| Succinimides | Primidone | ↓ | Coadministration may result in lower primidone and phenobarbital concentrations |
| Barbiturates | Carbamazepine | ↑ | Concomitant primidone and carbamazepine may result in decreased primidone, phenobarbital and higher carbamazepine serum concentrations, possibly caused by an alteration in hepatic metabolism. |
| Carbamazepine | Barbiturates | ↓ | |
| Charcoal | Carbamazepine | ↓ | Charcoal may decrease the GI absorption of carbamazepine. See Overdosage. |
| Cimetidine | Carbamazepine | ↑ | carbamazepine plasma levels may increase, toxicity may result. Interaction appears to be of greater clinical importance when cimetidine is added to carbamazepine during the first 4 weeks of therapy. |
| Danazol | Carbamazepine | ↑ | carbamazepine levels increased 38% to 123% within 30 days of danazol administration in two patients. Avoid concomitant administration if possible. |
| Diltiazem | Carbamazepine | ↑ | Serum carbamazepine concentrations may be increased; carbamazepine toxicity may result. Monitor serum carbamazepine levels and observe the patient. |
| Felbamate | Carbamazepine | ↓ | Serum levels of either agent may be decreased. An average decrease in carbamazepine levels of 25% has been reported. |
| Carbamazepine | Felbamate | ↓ | |
| Hydantoins | Carbamazepine | ↓ | Both increased and decreased hydantoin plasma levels as well as decreased carbamazepine plasma levels have occurred during coadministration. |
| Carbamazepine | Hydantoins | ↔ | |
| Isoniazid | Carbamazepine | ↑ | carbamazepine toxicity, isoniazid hepatotoxicity or both may result. Isoniazid is suspected to inhibit carbamazepine metabolism and carbamazepine may increase isoniazid degradation to hepatotoxic metabolites. |
| Carbamazepine | Isoniazid | | |
| Lamotrigine | Carbamazepine | ↑ | Lamotrigine levels may be reduced by 40%; half-life was reported to be reduced 1.7 hours per 100 mg of carbamazepine. Also, serum levels of the active epoxide carbamazepine metabolite may be elevated. |
| Carbamazepine | Lamotrigine | ↓ | |
| Macrolide antibiotics (eg, clarithromycin, erythromycin, troleandomycin) | Carbamazepine | ↑ | carbamazepine toxicity has occurred shortly after initiation of erythromycin; adding troleandomycin (8 to 33 mg/kg/day) caused acute toxicity within 24 to 48 hours; addition of clarithromycin 250 mg twice daily for 10 days increased carbamazepine levels 60% despite a 22% reduction in carbamazepine dose. |
| Propoxyphene | Carbamazepine | ↑ | Increases in carbamazepine levels between 45% and 77% have been reported. Decreased carbamazepine clearance as a result of propoxyphene inhibition of hepatic metabolism has been proposed. |
| SSRIs Fluoxetine Fluvoxamine | Carbamazepine | ↑ | carbamazepine levels may be increased, producing possible toxicity. |
| Tricyclic antidepressants | Carbamazepine | ↑ | carbamazepine toxicity was reported in one patient on concomitant desipramine. Lower imipramine, desipramine, amitryptyline and doxepin levels have been reported with coadministration. A 60% reduction in nortriptyline levels requiring a doubling of the nortriptyline dose to achieve therapeutic levels was also reported after addition of carbamazepine. |
| Carbamazepine | Tricyclic antidepressants | ↓ | |

CONFIDENTIAL   AETNA 001903

| drug | Object drug | | Description |
|---|---|---|---|
| Valproic acid | Carbamazepine | ↑ | Decreased valproic acid levels with possible loss of seizure control. Variable changes in carbamazepine levels. Monitor serum levels and observe for ≥1 month after starting or stopping either drug. |
| Carbamazepine | Valproic acid | ↓ | |
| Verapamil | Carbamazepine | ↑ | Concomitant therapy has resulted in symptoms of carbamazepine toxicity within 36 to 96 hours. Mean increases in total and free plasma carbamazepine levels were 46% and 33%, respectively. |
| Carbamazepine | Acetaminophen | ↓ | carbamazepine may increase the metabolism of acetaminophen, increasing the risk of acetaminophen-induced hepatotoxicity or decreasing its effectiveness. |
| Carbamazepine | Anticoagulants | ↓ | carbamazepine may increase the metabolism of these agents due to induction of hepatic microsomal enzyme induction. Hypoprothrombinemic effect of the anticoagulants may be decreased. |
| Carbamazipine | Bupropion | ↓ | carbamazepine increases the hepatic P450 3A4 metabolism of bupropion and has been reported to decrease bupropion peaks by 87% and AUC by 90%. |
| Carbamazepine | Contraceptives, oral | ↓ | Decrease in OC effectiveness, possibly leading to unintended pregnancy. The AUC for an ethinyl estradiol/levonorgestrel OC was reduced. Alternative contraceptive methods are recommended if coadministered. |
| Carbamazepine | Cyclosporine | ↓ | Cyclosporine levels may be decreased. Carbamazepine may induce the hepatic metabolism of cyclosporine. Monitor cyclosporine levels and observe the patient for signs of rejection or toxicity if carbamazepine is added or discontinued, respectively. |
| Carbamazepine | Doxycycline | ↓ | Doxycycline half-life may be reduced. |
| Carbamazepine | Felodipine | ↓ | The pharmacologic effects of felodipine may be decreased. Patients receiving long-term concomitant therapy may require higher doses of felodipine to achieve therapeutic plasma levels. |
| Carbamazepine | Haloperidol | ↓ | Haloperidol serum levels and efficacy may be decreased by carbamazepine. A 60% decrease in levels has been reported. |
| Carbamazepine | Lithium | ↑ | Increased CNS toxicity may occur during concomitant therapy. |
| Carbamazepine | Nondepolarizing neuromuscular blockers | ↓ | Nondepolorizing muscle relaxants may have shorter than expected duration or be less effective. Reported pancuronium and atracurium postoperative recovery times were 42% to 70% faster. |
| Clonazepam | Phenytoin | ↓↑ | Plasma levels of clonazepam or phenytoin may be decreased with concomitant use, or phenytoin toxicity may occur. |
| Phenytoin | Clonazepam | ↓ | |
| Corticosteroid | Phenytoin | ↓ | Corticosteroid use may mask systemic manifestations of phenytoin hypersensitivity reactions. |
| Phenytoin | Dopamine | ↓ | Five critically ill patients requiring dopamine to maintain blood pressure developed severe hypotension when IV phenytoin was administered. |
| Phenytoin | Lithium | ↑ | Lithium toxicity may be increased by coadministration of phenytoin. Marked neurologic symptoms were reported despite normal serum levels of lithium. |
| Phenytoin | Meperidine | ↑ | Meperidine's analgesic effectiveness may be decreased, while the toxic effects could be increased by phenytoin. The hepatic metabolism of meperidine is increased, but the formation of normeperidine, a potentially toxic metabolite, is increased. |
| Phenytoin | Primidone | ↑ | Primidone's pharmacologic effects may be increased by phenytoin administration; toxicity has occurred. The metabolic conversion of primidone to phenobarbital and phenylethylmalonamide (PEMA) may |

CONFIDENTIAL   AETNA 001904

| drug | Object drug | | Description |
|---|---|---|---|
| | | | also be increased. Monitor serum concentrations of primidone and primidone metabolites following alterations in hydantoin therapy. |
| Phenytoin | Warfarin | ↑ | Warfarin may be displaced by phenytoin; in one report, a patient died of bleeding complications. |
| Phenytoin Carbamazepine | Cisatracurium Besylate | ↓ | Resistance to the neuromuscular blocking action of nondepolarizing agents has been demonstrated in patients chronically administered phenytoin or carbamazepine. Slightly shorter durations of neuromuscular block may be anticipated and infusion rate requirements may be higher. |

**Key:**
⇧=Object drug increased;      ⇩ = Object drug decreased;      ⇔=Variable/undetermined clinical effects

VIII.   **Pertinent clinical efficacy comparisons**

Prior to selection of therapy, the diagnosis must be confirmed, the type of seizure identified, and the risk of another seizure determined. Seizures are classified as (1) partial (focal or local) seizures – simple, complex, or secondarily generalized, (2) generalized (convulsive and non-convulsive) seizures – tonic-clonic, absence, myoclonic, or atonic, and (3) unclassified. An antiepileptic drug is selected based on the type of seizure, characteristics of the patient, and features of the agents considered. [10, 11, 17] Prior to the introduction of the newer agents, 25 to 30 percent of patients continued to have seizures despite optimal therapy. [6] Table 8 gives recommendations based on seizure type.

Table 8. Preferred drugs based on seizure type [4, 8, 17, 22]

| Seizure Type | First-line Monotherapies | Alternative Drugs |
|---|---|---|
| Partial (simple, complex, secondarily generalized) | Carbamazepine, oxcarbazepine, phenytoin, valproate | Lamotrigine, topiramate<br>Adjunctive agents: levetiracetam, zonisamide, tiagabine, gabapentin |
| Generalized tonic-clonic seizures | Phenytoin, valproate, carbamazepine, oxcarbazepine | Adjunctive agents: topiramate, zonisamide |
| Absence | Valproate, ethosuximide (absence only) | Adjunctive agents: clonazepam, zonisamide |
| Myoclonic | Valproate, Clonazepam | Adjunctive agents: lamotrigine, topiramate |
| Atonic | Valproate | Adjunctive agents: lamotrigine, topiramate |
| Status epilepticus | IV lorazepam or diazepam | For prolonged control: IV phenytoin, fosphenytoin<br>Refractory status: IV phenobarbital |

National Institute for Clinical Excellence (NICE) reviewed randomized clinical trials of the newer antiepileptic drugs for adults [31] and children [30]. For newly diagnosed adult patients, their review of clinical trials found insufficient evidence to determine that the newer agents were more effective than the older ones. There was some limited evidence that supported the use of oxcarbazepine though. For adjunctive therapy in adults, their review found insufficient evidence to support the use of any of the newer antiepileptic drugs over the older ones. Some limited evidence for lamotrigine and gabapentin suggested a benefit on behavior in people with learning disabilities. NICE reviewed 20 clinical trials in children. Fifteen compared the agents to placebo and five to other agents. Evidence from the placebo-controlled trials showed the agents of value in the treatment of epilepsy but no evidence they were superior to active controls. Therefore, NICE stated there is no evidence to suggest that the newer agents should be considered as a first choice treatment in any form of epilepsy in children. NICE identified several ongoing randomized head-to-head clinical trials. Perhaps these trials will help differentiate the agents.

Table 9 reviews some of the major clinical trials for the antiepileptic drugs. Review articles cited discuss some

CONFIDENTIAL   AETNA 001905

of the studies, the drugs side effects, and/or drug interactions. [6, 10-12, 21, 29] The number of clinical trials is extensive and all of them are not included in the therapeutic review.

Table 9. Selected clinical trials of the antiepileptic drugs

| Reference, Design, n, Length of therapy | Drug Regimens | End Points | Results/Comments |
|---|---|---|---|
| [5] Marson 1996 Meta-analysis N=3883 **Refractory partial seizures** | Gabapentin 600, 900, 1200, or 1800 mg/d N=750<br><br>Lamotrigine up 500 mg/day, n=1044<br><br>Tiagabine 16, 30, 32, or 56 mg, n=769<br><br>Topiramate 200, 400, 600, 800 or 1000 mg/day; N=534<br><br>Vigabatrin 1000, 2000, 3000, 6000 mg/day N=495<br><br>Zonisamide 500 mg/day N=291 | Proportion of patients who showed 50% or greater reduction in frequency of seizures | Gabapentin: Odds ratio 2.29 (1.53 to 3.43)<br><br>Lamotrigine: Odds ratio 2.32 (1.47 to 3.68)<br><br>Tiagabine: Odds ratio 3.03 (2.01 to 4.58)<br><br>Topiramate: Odds ratio 4.22 (2.80 to 6.35)<br><br>Vigabatrin: Odds ratio 3.68 (2.45 to 5.51)<br><br>Zonisamide: Odds ratio 2.47 (1.36 to 4.47) |
| [7] Motte 1997 DB, PC, continued other seizure meds N=169, 16 week **Generalized seizures assoc w/Lennox-Gastaut syndrome** | Lamotrigine 100-200 mg/d if on valproate 300-400 mg if not on valproate | Proportion of patients who had a reduction in frequency of seizures | Lamotrigine Baseline 16.4 to 9.9 seizures/week<br><br>Placebo Baseline 13.5 to 14.2 seizures/week (p=0.002) |
| [8] Treiman 1998 DB, n=384 5 year **Status epilepticus** | Diazepam 0.15 mg/kg followed by Phenytoin (18 mg/kg, Lorazepam 0.1 mg/kg, Phenobarbital (15 mg/kg), or phenytoin 18 mg/kg IV | Clinical and electrical evidence of seizure activity stopped within 20 minutes after the start of the infusion and did not recur during the period from 20 to 60 min after start of treatment. | Success: Lorazepam 64.9% patients Phenobarbital 58.2% Diazepam and phenytoin 55.8% Phenytoin 43.6% No difference among treatment groups in an intention-to-treat analysis |
| [14] Cereghino 2000 DB, R, PC, n=268 38 week | Levetiracetam 500 or 1500 mg BID adjunct therapy | Mean number of partial seizures per week over 14 week period and 50% responder rate | LEV 500   LEV 1500   PLA<br>32.5%     37.1%      6.8%<br>reduction from baseline (p<0.001) |

CONFIDENTIAL   AETNA 001906

| Reference, Design, n, Length of therapy | Drug Regimens | End Points | Results/Comments |
|---|---|---|---|
| Partial seizures | Placebo + adjunct therapy | | 33.0%   39.8%   10.8% 50% responder rate (p<0.001) |
| [15] Schachter 1999 DB, R, PC, n=102 10 days **Partial seizures** | Oxcarbazepine 1500 on day 1, then 2400 mg 2-10 days, Monotherapy<br><br>Placebo | Time to meet one of the exit criteria. Secondary - % patients who met one of exit criteria. | Time: p=0.0001 in favor of oxcarbazepine. Odds 5 times greater for placebo.<br><br>% patients: p=0.0001 in favor of oxcarbazepine. Odds 7 times greater for placebo. |
| [16] Fisher 2001 R, DB, PG, n=574 7 day. **Rapid initiation for Partial seizures** | Gabapentin slow titration (300 mg – day 1, 600 mg- day 2, 900 mg/day) Or Rapid titration 900 mg/day | Incidence of adverse events | First day – no differences in tolerability for fatigue, ataxia, or somnolence. Dizziness occurred more frequently for the rapid titration group. |
| [18] Appleton 2001 open label, n=237 24 week **Add-on for refractory partial seizures** | Gabapentin 24-70 mg/kg/day | Percent change in seizure frequency and responder rate – greater than 50% reduction in seizure frequency | Change in seizure frequency –34% Responder rate 34% |
| [19] Crawford 2001 DB, PC, XO N=88 **Adjunctive tx partial seizures** | Tiagabine<br><br>Placebo | greater than 50% reduction in seizure frequency | 38% of tiagabine experienced >50% reduction if seizure frequency. 50% experienced greater reductions compared with placebo. (p<0.01) |
| [20] Biraben 2001 open label, n=347 12 week **Adjunct tx partial seizures** | Tiagabine 175 mg tid and 172 mg bid | Number of patients completing the titration period, number of responders | Completing titration period: tid group 81.4% versus bid group 73.1% Responders similar in both groups. More patients completed therapy on tid vs bid. |
| [22] Alldredge 2001 R, DB, n=205 **Status epilepticus** | IV diazepam 5 mg IV lorazepam 2 mg Placebo | Termination of status epileptius (SE) by time arrived at ER | SE terminated: Lorazepam 59%, diazepam 43%, placebo 21% |
| [23] Sachdeo 2001 R, DB, PG N=143 **Partial seizures** | Oxcarbazepine 2400 mg/d and 300 mg/day as monotherapy. Tapered off carbamazepine | Time to meet exit criterion | Median time to exit was 68 days for oxcarbazepine 2400 mg/day and 28 days for oxcarbazepine 300 mg/day (p=0.0001). Headache, dizziness, and nausea most common ADRs. |
| [24] Elterman 2001 R, single-masked, open-label, dose-ranging study, n=142, 2 week **Infantile spasms** | Vigabatrin Low-dose (18-36 mg/kg/day) or high-dose (100-148 mg/kg/day) | Treatment responders – Proportion of patients in each tx group who were free of infantile spasms for 7 consecutive days | Low-dose: 8/75 High-dose: 24/67 (p<0.001) Most common ADRs: sedation, insomnia, irritability |
| [25] Faught 2001 R, DB, PC | Zonisamide increasing up | Median percentage reduction in seizure | Median reduction in frequency of all seizures: 40.5% zonisamide vs 9% |

| Reference, Design, n, Length of therapy | Drug Regimens | End Points | Results/Comments |
|---|---|---|---|
| N=203, 12 weeks **Refractory partial-onset seizures** | to 400 mg/day | frequency from the 4-week, single-blind placebo baseline period. Responder rate | placebo (p=0.0009) Responder rate: 43% on zonisamide, 22% placebo (p=0.014) Comon ADRs: dizziness, somnolence, anorexia, ataxia, confusion, and abnormal thinking. |
| [26] Deckers 2001 DB, R, n=130 12 months **mono- vs polytherapy** | Carbamazepine 400 mg/day Or Carbamazepine 200 mg/day And valproate 300 mg/day | Seizure counts, systemic toxicity, neurotoxicity | No significant differences. |
| [27] Duchowny 2002 open-label continuation phase, n=252 144 weeks **Variety of seizures** | lamotrigine | Long-term tolerability and efficacy as adjunctive or monotherapy | Common ADRs: dizziness, somnolence, nausea, vomiting, and headache. Lamotrigine well-tolerated and effective long-term. |
| [28] Brodie 2002 R, DB, n=309 24 week maintenance phase **newly diagnosed epilepsy** | Gabapentin 1200 to 3600 mg/day Or Lamotrigine up 300 mg/day | Time to exit (efficacy and tolerability) | Time to exit: Gabapentin: 69 days Lamotrigine 48 days. Withdrawal because of ADRs: gabapentin 8.9% and lamotrigine 9.9% |

Study design abbreviations: DB = double-blind, R = randomized trial, PC = placebo-controlled, PG = parallel-group, XO = crossover.

IX. **HMO Utilization factors**

Table 10. Aetna HMO Utilization Data (1st quarter 2003)

| Generic Name | Label Name | Total # of Rxs | Total Quantity | Avg Qty/Rx | % Total |
|---|---|---|---|---|---|
| carbamazepine | CARBAMAZEPINE 100MG TAB CHW | 869 | 95133 | 109 | |
| | CARBAMAZEPINE 100MG/5ML SUS | 152 | 79060 | 520 | |
| | CARBAMAZEPINE 200MG TABLET | 3712 | 419537 | 113 | |
| | EPITOL 200MG TABLET | 306 | 28175 | 92 | |
| | TEGRETOL 100MG TABLET CHEW | 372 | 58679 | 158 | |
| | TEGRETOL 100MG/5ML SUSP | 210 | 118155 | 563 | |
| | TEGRETOL 200MG TABLET | 1642 | 227044 | 138 | 4.99 |
| carbamazepine ER | CARBATROL 200MG CAPSULE SA | 906 | 97447 | 108 | 3.61 |

CONFIDENTIAL   AETNA 001908

| Generic Name | Label Name | Total # of Rxs | Total Quantity | Avg Qty/Rx | % Total |
|---|---|---|---|---|---|
| | CARBATROL 300MG CAPSULE SA | 1050 | 94655 | 90 | |
| | TEGRETOL XR 100MG TABLET SA | 629 | 78033 | 124 | |
| | TEGRETOL XR 200MG TABLET SA | 1709 | 214605 | 126 | |
| | TEGRETOL XR 400MG TABLET SA | 954 | 77745 | 81 | |
| | CLONAZEPAM 0.5MG TABLET | 19459 | 1148383 | 59 | |
| | CLONAZEPAM 1MG TABLET | 10890 | 694018 | 64 | |
| | CLONAZEPAM 2MG TABLET | 2035 | 134227 | 66 | |
| | KLONOPIN 0.5MG TABLET | 1152 | 80618 | 70 | |
| | KLONOPIN 1MG TABLET | 758 | 59325 | 78 | |
| clonazepam | KLONOPIN 2MG TABLET | 175 | 13731 | 78 | 23.67 |
| | DEPAKOTE 125MG SPRINKLE CAP | 1144 | 196490 | 172 | |
| | DEPAKOTE 125MG TABLET EC | 857 | 84158 | 98 | |
| | DEPAKOTE 250MG TABLET EC | 6249 | 616405 | 99 | |
| | DEPAKOTE 500MG TABLET EC | 5116 | 441636 | 86 | |
| | DEPAKOTE ER 250MG TAB SA | 265 | 16850 | 64 | |
| divalproex | DEPAKOTE ER 500MG TAB SA | 5709 | 391103 | 69 | 13.28 |
| | ETHOSUXIMIDE 250MG CAPSULE | 49 | 4386 | 90 | |
| | ETHOSUXIMIDE 250MG/5ML SYRP | 49 | 17615 | 359 | |
| | ZARONTIN 250MG CAPSULE | 151 | 16170 | 107 | |
| ethosuximide | ZARONTIN 250MG/5ML SYRUP | 72 | 28269 | 393 | 0.22 |
| ethotoin | PEGANONE 250MG TABLET | 10 | 2180 | 218 | 0 |
| | FELBATOL 400MG TABLET | 47 | 8111 | 173 | |
| | FELBATOL 600MG TABLET | 62 | 9504 | 153 | |
| felbamate | FELBATOL 600MG/5ML SUSP | 53 | 26204 | 494 | 0.11 |
| | NEURONTIN 100MG CAPSULE | 5882 | 643067 | 109 | |
| | NEURONTIN 250MG/5ML SOLN | 59 | 23761 | 403 | |
| | NEURONTIN 300MG CAPSULE | 17415 | 1868590 | 107 | |
| | NEURONTIN 400MG CAPSULE | 3328 | 404012 | 121 | |
| | NEURONTIN 600MG TABLET | 4725 | 519793 | 110 | |
| gabapentin | NEURONTIN 800MG TABLET | 2084 | 229250 | 110 | 23.01 |
| lamotrigine | LAMICTAL 100MG TABLET | 2929 | 251169 | 86 | 4.62 |
| | LAMICTAL 150MG TABLET | 694 | 48449 | 70 | |
| | LAMICTAL 200MG TABLET | 971 | 72243 | 74 | |
| | LAMICTAL 25MG DISPER TABLET | 137 | 26741 | 195 | |

CONFIDENTIAL   AETNA 001909

| Generic Name | Label Name | Total # of Rxs | Total Quantity | Avg Qty/Rx | % Total |
|---|---|---|---|---|---|
| | LAMICTAL 25MG TABLET | 1923 | 203624 | 106 | |
| | LAMICTAL 5MG DISPER TABLET | 68 | 9482 | 139 | |
| | KEPPRA 250MG TABLET | 391 | 37408 | 96 | |
| | KEPPRA 500MG TABLET | 1693 | 197281 | 117 | |
| levetiracetam | KEPPRA 750MG TABLET | 222 | 22760 | 103 | 1.58 |
| methsuximide | CELONTIN 300MG KAPSEAL | 16 | 1040 | 65 | 0 |
| | TRILEPTAL 150MG TABLET | 1379 | 119463 | 87 | |
| | TRILEPTAL 300MG TABLET | 3189 | 290103 | 91 | |
| | TRILEPTAL 300MG/5ML SUSP | 230 | 62461 | 272 | |
| oxcarbazepine | TRILEPTAL 600MG TABLET | 1078 | 85788 | 80 | 4.04 |
| | DILANTIN 100MG KAPSEAL | 6318 | 808321 | 128 | |
| | DILANTIN 125MG/5ML SUSP | 70 | 18283 | 261 | |
| | DILANTIN 30MG KAPSEAL | 364 | 22466 | 62 | |
| | DILANTIN 50MG INFATAB | 541 | 45996 | 85 | |
| | PHENYTEK 200MG CAPSULE | 103 | 6410 | 62 | |
| | PHENYTEK 300MG CAPSULE | 172 | 6604 | 38 | |
| | PHENYTOIN 100MG/4ML SUSPENS | 2 | 676 | 338 | |
| | PHENYTOIN 125MG/5ML SUSP | 42 | 11876 | 283 | |
| | PHENYTOIN 125MG/5ML SUSPEN | 104 | 28661 | 276 | |
| | PHENYTOIN SOD 100MG CAPSULE | 36 | 4481 | 124 | |
| phenytoin | PHENYTOIN SOD EXT 100MG CAP | 5597 | 697302 | 125 | 9.17 |
| | GABITRIL 12MG TABLET | 85 | 4350 | 51 | |
| | GABITRIL 16MG FILMTAB | 1 | 30 | 30 | |
| | GABITRIL 16MG TABLET | 34 | 1614 | 47 | |
| | GABITRIL 2MG FILMTAB | 2 | 90 | 45 | |
| | GABITRIL 2MG TABLET | 346 | 27666 | 80 | |
| | GABITRIL 4MG FILMTAB | 14 | 1365 | 98 | |
| tiagabine | GABITRIL 4MG TABLET | 714 | 60146 | 84 | 0.82 |
| | TOPAMAX 100MG TABLET | 5085 | 356135 | 70 | |
| | TOPAMAX 15MG SPRINKLE CAP | 300 | 33206 | 111 | |
| | TOPAMAX 200MG TABLET | 962 | 63365 | 66 | |
| | TOPAMAX 25MG SPRINKLE CAP | 188 | 27573 | 147 | |
| topiromate | TOPAMAX 25MG TABLET | 7392 | 780592 | 106 | 9.57 |
| | DEPAKENE 250MG CAPSULE | 33 | 6300 | 191 | |
| | DEPAKENE 250MG/5ML SYRUP | 93 | 47640 | 512 | |
| | VALPROIC ACID 250MG CAPSULE | 290 | 41760 | 144 | |
| valproic acid | VALPROIC ACID 250MG/5ML SYR | 305 | 151808 | 498 | 0.50 |
| zonisamide | ZONEGRAN 100MG CAPSULE | 1173 | 105332 | 90 | 0.81 |
| | | 145592 | 14054184 | | |

X.  **Marketing Strategy of new product**

Antiepileptics: Therapeutic Class Review
Page 29

CONFIDENTIAL    AETNA 001910

No new products

Prepared by: Sandra Williams, Pharm.D.
Date: August 2003

CONFIDENTIAL   AETNA 001911

**Bibliography for Antiepileptics**

1. Olin BR, editor. eFacts internet site. Facts and Comparisons, St. Louis, MO.

2. McEvoy GK, editor. AHFSfirst; American Hospital Formulary Service Drug Information 2002. Bethesda, MD: The American Society of Health-System Pharmacists, Inc., 2002.

3. The United States Pharmacopeial Convention, Inc. and Micromedex, Inc. USP-DI Desktop Series. Micromedex/USP, Montvale, NJ. 2002.

4. Noel JM. University of Maryland School of Pharmacy. Presented at 2003 Psychiatric Pharmacy Specialty Examination Review Course. Charleston, SC, May 2003.

5. Marson AG, Kadir ZA, and Chadwick DW. New antiepileptic drugs: a systematic review of their efficacy and tolerability. BMJ. 1996;313:1169-74.

6. Dichter MA and Brodie MJ. New antiepileptic drugs. N Engl J Med. 1996;334:1583-90.

7. Motte J, Trevathan E, Aridsson JFV, et al. Lamotrigine for generalized seizures associated with the Lennox-Gastaut Syndrome. N Engl J Med. 1997;337:1807-12

8. Treiman DM, Meyers PD, Walton NY, et al. A comparison of four treatments for generalized convulsive status epilepticus. N Engl J Med. 1998;339:792-8.

9. Nulman I, Laslo D and Koren G. Treatment of epilepsy in pregnancy. Drugs. 1999;57:535-44.

10. Feely M. Drug treatment of epilepsy. BMJ. 1999;318:106-9.

11. Devinsky O. Patients with refractory seizures. N Engl J Med. 1999;340:1565-70.

12. Devinsky O. Safety and efficacy of standard and new antiepileptic drugs. Neurology. 2000;55(Suppl 3):S5-10.

13. Devinsky O, Vuong A, Hammer A, Barrett PS. Stable weight during lamotrigine therapy: A review of 32 studies. Neurology. 2000;54:973-5.

14. Cereghino JJ, Biton V, Abou-Khalil B, et al. Levetiracetam for partial seizures. Neurology. 2000;55:236-42.

15. Schachter SC, Vazquez B, Fisher RS. Oxcarbazepine. Double-blind, randomized, placebo-control, monotherapy trial for partial seizures. Neurology. 1999;52:732-7.

16. Fisher RS, Sachdeo RC, Pellock J. Rapid initiation of gabapentin. A randomized, controlled trial. Neurology. 2001;56:743-8.

17. Browne TR and Holmes GL. Epilepsy. N Engl J Med. 2001;344:1145-51.

18. Appleton R. Gabapentin as add-on therapy in chilit with refractory partial seizures: a 24-week, multicenter, open-label study. Dev Med Child Neurol. 2001;43:269-73.

19. Crawford P. Tiagabine: efficacy and safety in adjunctive treatment of partial seizures. Epilepsia. 2001;42:531-8.

20. Biraben A. Comparison of twice- and three times daily tiagabine for the adjunctive treatment of partial seizures in refractory patients with epilepsy: an open label, randomized, parallel-group study. Epileptic Disord. 2001;3:91-100.

21. Nash EM and Sangha KS. Levetiracetam. Am J Health-Syst Pharm. 2001;58:1195-9.

22. Alldredge BK, Gelb AM, Isaacs SM, et al. A comparison of lorazepam, diazepam, and placebo for the treatment of out-of-hospital status epilepticus. N Engl J Med. 2001;345:631-7.

23. Sachdeo R, Beydoun A, Schachter S, et al. Oxcarbazepine (Trileptal) as monotherapy in patients with partial seizures. Neurology. 2001;57:864-71.

24. Elterman RD, Shields WD, Mansfield KA, Nakagawa J and the US Infantile Spasms Vigabatrin Study Group. Randomized trial of vigabatrin in patients with infantile spasms. Neurology. 2001;57:1416-21.

25. Faught E, Ayala R, Montouris GG, Leppik IE and the Zonisamide 922 Trial Group. Randomized controlled trial of zonisamide for the treatment of refractory partial-onset seizures. Neurology. 2001;57:1774-9.

26. Deckers CL. Monotherapy versus polytherapy for epilepsy: a multicenter double-blind randomized study. Epilepsia. 2001;42:1387-94.

CONFIDENTIAL    AETNA 001912

27. Duchowny M. Long-term tolerability and efficacy of lamotrigine in pediatric patients with epilepsy. J Child Neurol. 2002;17:278-85.

28. Brodie MJ. Gabapentin versus lamotrigine monotherapy: a double-blind comparison in newly diagnosed epilepsy. Epilepsia. 2002;43:993-1000.

29. Diaz-Arrastia R, Agostini MA, Van Ness PC. Evolving treatment strategies for epilepsy. JAMA. 2002;287:2917-20.

30. National Institute for Clinical Evidence (NICE), UK. Assessment report: The clinical effectiveness and cost-effectiveness of newer drugs for children with epilepsy. http://www.nice.org.uk/docref.asp?d=76694. 2003

31. National Institute for Clinical Evidence (NICE), UK. Assessment report: A rapid and systematic review of the clinical effectiveness, tolerability and cost effectiveness of newer drugs for epilepsy in adults. http://www.nice.org.uk/docref.asp?d=76399. 2003

CONFIDENTIAL   AETNA 001913