UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 |
| THIS ORDER RELATES TO: <br><br> Fenelon v. Pfizer, Inc., et al., CA No. 06-11581 | Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

ORDER RE: JAMIE FENELON

October 22, 2008

SOROKIN, M.J.

Pursuant to Judge Saris's Electronic Order dated October 17, 2008, plaintiff Jamie Fenelon's case has not been dismissed. However, the Finkelstein firm has been allowed to withdraw as his counsel.

Plaintiff Fenelon shall, within thirty (30) days of the date of this Order, either: (1) retain new counsel and cause a notice of appearance to be filed by that counsel; or (2) submit a statement to the Court indicating that he wishes to represent himself. Such statement must also include Mr. Fenelon's current mailing address, telephone number, and email address.

Mr. Fenelon is reminded that if he chooses to represent himself, he will be responsible for adhering to the requirements and deadlines imposed by the Court for this litigation. Failure to comply could result in sanctions or the dismissal of this lawsuit.

/s/ Leo T. Sorokin
_____
United States Magistrate Judge