UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                             :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                 :
        SALES PRACTICES AND                                  :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                        :
                                                             :    Judge Patti B. Saris
-------------------------------------------------------------x
                                                             :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                    :
                                                             :
ALL PRODUCTS LIABILITY CASES                                 :
                                                             :
-------------------------------------------------------------x
```

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF FILING OF
PLAINTIFFS' POWERPOINT SLIDE PRESENTATION FOR THE
<u>SUMMARY JUDGMENT HEARING ON OCTOBER 20, 2008</u>**

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Products Liability Plaintiffs file herewith Plaintiffs' Powerpoint slide presentation for the summary judgment hearing on October 20, 2008, attached as Exhibit A.

Dated: October 27, 2008            Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:  <u>**/s/ Andrew G. Finkelstein**</u>
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By:   **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
 & Associates
106 E. 6th Street, Suite 700
Austin, TX  78701

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 27, 2008.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire