# EXHIBIT A

# *In Re* Neurontin Sales, Marketing and Products Liability Litigation

Oral Argument

October 20, 2008

# Defendants' Motion Should Be Denied

- No Preemption of Plaintiffs' Claims

- Defendants Failed to Warn of Suicidality

- Gabapentin causes suicidality

# FDA Would NOT Preempt Plaintiffs' Claims

- Defendants' Supplemental Authority, 10/16/2008

- FDA Written Statement For The Record, 5/14/08



## Defendants' own Supplemental Authority
## Proves NO Preemption

- Defendants' Supplemental Authority, 10/16/2008
- FDA' Written Statement For The Record, 5/14/08



"Of course, if a plaintiff claims to have been harmed by a sponsor's *failure* to meet the conditions of FDA's approval for a drug . . ., then state-law liability on that basis would not interfere with Federal Law and manufacturers would get no protection from such claims."

# Defendants' own Supplemental Authority Proves NO Preemption



**PLAINTIFFS  PASS  THE FDA  TEST!**

Defendants "*failed*  to meet conditions" for Neurontin's approval  by FDA.

- ☑ **21 C.F.R. 314.80**
- ☑ **21 C.F.R. 201**
- ☑ **21 C.F.R. 314.70**
- ☑ **Form 356H Certification**

# Defendants' own Supplemental Authority Proves NO Preemption

- Plaintiffs claim that Defendants failed to meet conditions for a drug's approval by FDA.

  - Form 356 H Certification.

  - Failure to comply may result in withdrawal of the drug's approval.

  - Certification is a condition of the application approval.

  - Conditions are continuing for approval.



I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications including, but not limited to the following: . . . . 3. Labeling regulations in 21 CFR Parts 201 . . . . . 6. Regulations on Reports in 21 CFR 314.80 . . . .The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.

## No Preemption: No approval for off-label uses

- Guilty Plea: Introduction of an unapproved new drug into interstate commerce - 21 U.S.C. 355.

- Defendants cannot claim protection via preemption when they never sought approval in the first place: they cant claim they didn't fail conditions that they never sought to pass.

- FDA has never opined that Neurontin is safe and effective in any off-label population.

# No Preemption

There is a "basic presumption against pre-emption" because preemption upsets the balance of power between the federal government and the states as independent sovereigns.

*Bates v. Dow Agrosciences LLC*, 544 U.S. 431, 439, 125 S. Ct. 1788 (2005).

The analysis of preemption of prescription drug claims begins with the strong presumption against preemption.

*Caraker v. Sandoz Pharm. Corp.,* 172 F. Supp. 2d 1018 (S.D. Ill. 2001).

# No Preemption

- **No Express Preemption**

- **No Field Preemption**

- **<u>No Conflict Preemption</u>**

# No Preemption

- **No Express Preemption of Prescription Drug Claims**

    *See Riegel v. Medtronic*, 552 U.S. ___ (2008)(recognizing express preemption of medical device claims, but not regarding prescription drugs).

    – "If, as the dissent believes, the preemption clause permits tort lawsuits for medical devices just as they are (by hypothesis) permitted for drugs and additives; and if, as the dissent believes, Congress wanted the two regimes to be alike; Congress could have applied the pre-emption clause to the entire FDCA.  **It did not do so, but instead wrote a pre-emption clause that applies only to medical devices**." (emphasis added) (Judge Scalia)

# No Preemption

**FDCA Provides for Direct Conflict Preemption Only.**

"[n]othing in this section shall be construed to modify or otherwise affect any action or the liability of any person under the product liability law of any State." 21 U.S.C. 379(e).

"Nothing in the amendments . . . Shall be construed as invalidating any provision of State law . . . Unless there is a **direct and positive conflict** between such amendments and such provision of State law." Drug Amendments of 1962 (Harris Kefauver Act), Pub.L.No.87-781, s 202, 76 Stat. 780, 793 (1962) (emphasis added).

# No Preemption

## **No Conflict Preemption**

- Is it impossible for Defendants to comply with state and federal requirements?

- Do Plaintiffs' claims stand as an obstacle to FDCA requirements?



**NO**

**NO**

# No Preemption

## **No Conflict Preemption**

- **There is no direct and positive conflict between Plaintiffs' claims and FDCA.**
  - State claims compliment and advance purpose of FDCA;
  - FDA never concluded that neurontin is safe and effective for any off-label uses;

# No Preemption:

## **Plaintiffs' Claims Parallel and Compliment FDA Regulations**

- Plaintiffs are not seeking to enforce the FDA regulations.

- Plaintiffs are asserting claims premised on state common law negligence and/or state statutory law.

- Defendants' failure of their common law duty runs parallel with their failure to comply with 21 C.F.R. 314.80, 314.70c, and 201.57(e).

# No Preemption
# No FDA review for off-label uses

## **FDA Preamble**

- **"FDA believes that State laws conflict with and stand as an obstacle . . .when they purport to compel a firm to include in [drug] labeling or advertising a statement that FDA has considered and found scientifically unsubstantiated."**

Preamble to *Requirements on Content and Format of Labeling for Humans Prescription Drug and Biological Products*, 71 Fed. Reg. 3922, 3935 (Jan. 24, 2006) (emphasis added).

# No Preemption

- FDA's review limited to the Approved Indication only.

"Gabapentin is safe for use and effective in use as an adjunct for the management of partial and secondary generalized tonic clonic seizures [and] is approvable provided that Neurontin is marketed under the conditions of use described. . ."

Case 1:04-cv-10981-PBS   Document 1167-12   Filed 03/07/2008   Page 2 of 8

Memorandum        Department of Health and Human Services
                                    Public Health Service
                              Food and Drug Administration
                          Center for Drug Evaluation and Research

DATE:        December 13, 1993

FROM:       Paul Leber, M.D.
                 Director,
                 Division of Neuropharmacological Drug Products
                 HFD-120

SUBJECT:   Approvable Action Memorandum
                 NDA 20-235: Neurontin™, Warner Lambert brand of gabapentin

TO:           File NDA 20-235
                          &
                 Robert Temple, M. D.
                 Director,
                 Office of Drug Evaluation I
                 HFD-100

The Division's review of NDA 20-235 has been completed. The review team, headed by Dr. Russell Katz, has concluded that the evidence submitted to the NDA supports the conclusion that gabapentin is safe for use and effective in use as an adjunct for the management of partial and secondary generalized tonic clonic seizures. Accordingly, the Division recommends that NDA 20-235 for Neurontin®, Warner Lambert's brand of gabapentin, be declared approvable provided that Neurontin is marketed under the conditions of use described in the draft labeling attached to the approvable action letter being forwarded to the Office for signature.

I have some comments to offer about the basis for the Division's recommendations.

Effectiveness:

Results of 3 randomized, placebo controlled, 'add-on,' clinical investigations' (877-210, 945-5 and 945-6) provide 'substantial' evidence of gabapentin's effectiveness as an antiepileptic agent when it is administered, in combination with other antiepileptic drug products (AEDs), to patients with partial seizures at daily doses of between 600 and 1800 mg. The results also provide support for the claim that

Refractory Partial Epilepsy Review 1993

# No Preemption

Q. Now, do you have any reason to believe that Pfizer provided any information regarding the efficacy of gabapentin in relation to indications that were not proposed, in particular those that would pertain to psychiatric indications, as part of its post-herpetic neuralgia submission?

A. I do not believe that those data were included in that submission, that is correct.

- FDA's review limited to the Approved Indication
  - Deposition of Lloyd Knapp (Pfizer's 30(b)6 witness on Labeling).

Post Herpetic Neuralgia Approval 2002

514

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

1
2
3
4 IN RE NEURONTIN MARKETING   : MDL DOCKET NO. 1629
AND SALES PRACTICES       : Master File No. 04-10981
5 LITIGATION             : Judge Patti B. Saris

1  review was done, and new information in the section
2  "Clinical Pharmacology: Mechanism of Action" was
3  referenced, would you have any reason to disagree that
4  such information was provided to the FDA?
5      A. It's a long question. I actually had a
6  little difficulty following all of the parts of it,
7  but I believe in principle, yes, what you say is
8  agreeable.
9      Q. And if the pharmacology review regarding the
10  Clinical Pharmacology Section: Mechanism of Action
11  portion of the label addressed the efficacy of
12  gabapentin in relation to the proposed indication, you
13  would have no reason to disagree that that, in fact,
14  was discussed and then evaluated by the FDA?
15      A. Yes.
16      Q. Now, do you have any reason to believe that
17  Pfizer provided any information regarding the efficacy
18  of gabapentin in relation to indications that were not
19  proposed, in particular those that would pertain to
20  psychiatric indications, as part of its post-herpetic
21  neuralgia submission?
22      A. I do not believe that those data were
23  included in that submission, that is correct.
24      Q. Now I need to take you back a decade, over a
25  decade, back to the time frame where the epilepsy

# No Preemption

- FDA did not review, consider or reject warnings Plaintiffs seek for Neurontin.

  - *Colacicco v. Apotex, Inc.,* 521 F.3d 253 (3d Cir., Apr. 8, 2008)
  - "our holding is limited to circumstances in which the FDA publicly rejected the need for a warning that plaintiffs argue state law requires."

# No Preemption

- FDA did not review, consider or reject warnings Plaintiffs seek for Neurontin.

- Defendants' Supplemental Authority (Doc. 1470-2), Mason v. Smithkline Beecham (Illinois Dist. Ct., April 2008) is distinguishable.

"Furthermore, the FDA has clarified that "the basis for federal preemption is not the [labeling] guidelines themselves…, but rather FDA's repeated determinations prior to October 2003 that there was insufficient scientific evidence . . . ."

# No Preemption

- Preamble Not Entitled to Deference
  - It does not have the force of law by virtue of being a preamble and not the actual rule; it is advisory.
  - It does not have *the power to persuade* when factors are applied:
    - thoroughness, validity, consistency

# No Preemption
## Plaintiffs Not Claiming Fraud on FDA

- *Buckman  Co. v. Plaintiffs Legal Comm.,* 531 U.S. 341 (2001)
  - *Buckman* does not apply because Plaintiffs are not claiming a fraud on the FDA.
  - *Buckman involved fraud claims that existed "solely by virtue of the FDCA disclosure requirements."*
  - Here, Plaintiffs' claims are grounded in common law and state fraud statutes that parallel FDCA.

# Defendants Failed to Warn

# Defendants Failed to Warn

## **Defendants Breached Duty of Pharmacovigilance**

- 21 C.F.R. 314.80 (b)
- Defendants failed to **review** all adverse drug experience information.
- Defendants failed to develop adequate written procedures for the **surveillance**, receipt, **evaluation**, and reporting of postmarketing adverse drug experiences to FDA.

# Defendants' Safety Surveilance: Too Little, Too Late

Implementing this Data Capture Aid will help to ensure an accurate and timely characterization of the reported adverse events including the relative contributions of potential etiological factors to the occurrence of the selected adverse events.

Suicidality often occurs in the setting of underlying psychiatric illness, whether diagnosed at the time of the event or afterwards. Furthermore, review of many cases of suicidality reveals existence of medical and/or psychiatric comorbidities as well as concomitant medications. This makes it difficult to determine the causality of the adverse events reported. The following adverse events were selected for intensive surveillance either due to the intrinsic seriousness of the event, the incidence of the event in the clinical development program, or due to possible concerns on the part of Pfizer and/or the regulatory authorities.

## ABOUT THIS DATA CAPTURE AID – PURPOSE AND RATIONALE

**Purpose**
The purpose of the Gabapentin Data Capture Aid is to systematically collect and assemble all available information for AEM Report Forms involving adverse events of special interest. A complete list of selected adverse events appears on pages 3-4 of this Data Capture Aid ("Triggers for Using this Data Capture Aid").

The Gabapentin Data Capture Aid provides additional lines of inquiry designed to gather supplementary data for certain blocks on the AEM Report Form. The Gabapentin Data Capture Aid is not part of the AEM Report Form and should not be used as source documentation.

Implementing this Data Capture Aid will help to ensure an accurate and timely characterization of the reported adverse events including the relative contributions of potential etiological factors to the occurrence of the selected adverse events.

**Rationale**
Suicidality often occurs in the setting of underlying psychiatric illness, whether diagnosed at the time of the event or afterwards. Furthermore, review of many cases of suicidality reveals existence of medical and/or psychiatric comorbidities as well as concomitant medications. This makes it difficult to determine the causality of the adverse events reported. The following adverse events were selected for intensive surveillance either due to the intrinsic seriousness of the event, the incidence of the event in the clinical development program, or due to possible concerns on the part of Pfizer and/or the regulatory authorities.

## GABAPENTIN

### DATA CAPTURE AID

## 2006

# Defendants Failed to Warn

**<u>FDA Regulations Allow Defendants to Change Label Without Prior FDA Approval.</u>**

- 21 C.F.R. 314.70( c ) (6).  This option includes changes "[t]o add or strengthen a contraindication, warning, precaution, or adverse reaction."

# Defendants Failed to Warn

## **FDA Regulations Require Defendants to Change Label - Duty to Warn**

- 21 C.F.R. 201.57e(2005) - Defendant was obligated to "include a warning as soon as there [was] reasonable evidence of an association of a serious hazard . . . .**a causal relationship need not have been proved**."

# Causation Not Required for Label Revision

"That section states that **causation need not have been "definitely established"** for a warning to be required to appear in labeling, but rather that **there need only be "reasonable" evidence of a causal association with the drug, a standard that could be met by a wide range of evidence.** A CBE submission may be made when the evidence meets the standard set forth in this rule, **even if that evidence would not also support a higher evidentiary standard**, such as a finding that there is a "preponderance" of evidence that a product actually causes a particular kind of adverse event."

# Label Revision Can Be Based on New Analyses of Old Information

to the January 2008 proposed rule:

The definition of "newly acquired information" has been revised to clarify that data, whether derived from new clinical studies, reports of adverse events, or new analyses of previously submitted data (e.g., meta-analyses) needs to be of a "different type or greater severity or frequency than previously included in submissions to FDA". The codified section of the January 2008 proposed rule suggested that this limitation applied only to data derived from reports of adverse events. Instead, it applies to data derived from new clinical studies, reports of adverse events, and new analyses of previously submitted data.

In addition, FDA has made one

# Defendants Admit the Label is Inadequate

- Guilty Plea: Misbranded Drug - Inadequate Directions for Use - 21 U.S.C 352(a).

- Guilty Plea: Introduction of an unapproved new drug into interstate commerce - 21 U.S.C. 355.

# Failure to Warn:
# Issue of Material Fact Exists

Whether a product is misbranded is a decision to be made by a jury.

> *See Bates v. Dow Agrosciences LLC*, 544 U.S. 431, 452, 125 S. Ct. 1788 (2005).

Plaintiffs claim Neurontin was misbranded (e.g., directions were inadequate for off-label population who Defendants intended to have use Neurontin).

# Defendants Failed to Warn

- Defendants' Obligation to warn about off-label uses:
  - Not Misbranding
  - *See* Gabitril, an anticonvulsant, where  the FDA allowed a label actively discouraging the use of the drug in off label populations.

# Defendants Failed to Warn of Suicidality

- Animal Data - In vitro studies
- Human Data - Clinical Trials
- Epidemiology
- Case Reports
- Published Journals

## Defendants Ignored Red Flags: Failed to Warn Doctors and Consumers



Dechallenge/ Rechallenge

Biological Plausibility

Patients excluded from trials

P R R Analysis

Clinical Trial Withdrawals

2008 FDA Alert

1993 FDA epilepsy review: "lead to suicide"

Post-Marketing Case Reports

# Defendants Failed to Warn

- Defendants knew that Acute Severe Depression and Suicidal Ideation were expected adverse events possibly associated with Neurontin.



# Gabapentin = ⬇ Serotonin

**C O N F I D E N T I A L**

**PFIZER GLOBAL RESEARCH & DEVELOPMENT**
**ANN ARBOR LABORATORIES**
**ANN ARBOR, MICHIGAN**

**RESEARCH REPORT NO.: RR-REG** 740-03550

**PGRD AUTHOR(S):**
Reviewed by: Taylor CP, Donevan SD

**DATE ISSUED:** July 19, 2001

**INVESTIGATOR(S):**

**PERIODS COVERED:** 12/28/81 to 06/21/01

**ANALYST(S):**

inhibition of neurotransmitter release by gabapentin

serotonin was also reduced

Gabapentin inhibits the release of serotonin

# Defendants Failed to Warn

". . . positive dechallenge and rechallenge can make isolated reports conclusive as to a product - event association"





Ex. 93

# Defendants Failed to Warn

- Dechallenge/Rechallenge during Clinical Trials. (Ex. 93).

- Depression and Suicidal Ideation "probably related to Gabapentin therapy."



RR-REG 720-02957     00732
Gabapentin
Capsules

APPENDIX C.3.
(Page 54 of 85)

Narrative Summaries and Tabular Data for Study Participants
Who Withdrew Due to Adverse Events

treatment by the investigator.  Gabapentin treatment was tapered
beginning on Day 85 and temporarily stopped on Day 111.  Depression and
suicidal ideation resolved by Day 111.  The patient was rechallenged
with gabapentin on Study Day 267.  Depression reoccurred on Study
Day 271, and became severe on Study Day 295.  The event was considered
probably related to gabapentin therapy, and the patient was withdrawn
from the study.  The last dose of gabapentin was given on Study Day 300.
Depression, diplopia, and nystagmus were continuing at the last visit.
The patient was receiving carbamazepine as concurrent AED therapy.

RESPIRATORY SYSTEM

Clinical Pharmacology Studies:
Participant Receiving Other or No Medication

Subject 8 (Study 945-12-0), a 21-year-old white male, received a single
300-mg oral dose of gabapentin on Day 1.  The subject experienced an
upper respiratory infection (flu-like symptoms) and was withdrawn from
the study on Study Day 4.  Neutrophilia observed on Study Day 2
supported the diagnosis of a viral infection that was considered
moderate intensity and definitely not related to study medication.  The
subject was treated with doxycycline, pseudoephedrine hydrochloride, and
acetaminophen.

U:\MDA\CI-945\CLC171AA.APP
11/00/91 - 7:06

# Health Canada Causally Relates Suicide Attempt FAILURE TO WARN

- Post-Marketing Dechallenge/Rechallenge.

- May 2005

From:       Maribeth Lazzaro [maribeth_lazzaro@hc-sc.gc.ca]
Sent:       Friday, May 13, 2005 1:54 PM
To:         Carriero, Tina
Cc:         Cathy Petersen; Maribeth Lazzaro; Nick McCandie Glustien; Veronica Yip; Marcin Boruk
Subject:    NEURONTIN NC Control No 096755 PSUR review

Clarifax/Email Correspondence
Re:  Neurontin Notifiable Change
     Control Number 096755
     Review of PSURs
                                        May
13,
2005

Dear Ms. Carriero,

Regarding your Notifiable Change for Neurontin (Control no. 096755), the
CNS Division has continued the review of the Neurontin PSURs provided
for
the 2003-2004 and 2004-2005 reporting periods.

In the 2004-2005 PSUR, it is reported that there are 17 cases of
completed
suicide and 10 suicide attempts, corresponding to 1.1% (completed

a more likely contributing factor to the suicide or suicide attempt.

**One**
**suicide attempt was found to have positive dechallenge/rechallenge,**
**indicating that this event was related to gabapentin.**

Number 052-0945-M0000000).  The CNS Division finds there were 3 cases of
completed suicide and 1 case of suicide attempt in this report for which
an
association with gabapentin treatment should not be excluded.  Although
concurrent medical conditions or concomitant medications may have been
present in each case, these cases should not be considered unrelated to
gabapentin because of the time interval between the events and
initiation
of gabapentin treatment or dosage increase.  These cases include AER
Numbers: 061-0945-970044, 2003023631, 001-0945-940300, 2003009454.

At this time, the CNS Division is making recommendations to update the
Neurontin Product Monograph:
1.  In the current Neurontin Product Monograph "suicide gesture" is a

                                        1

idential                                              Pfizer_LKnapp_0062000



MIL Ex. 97

# Defendants Failed to Warn

Even the limited Clinical Trial Data Reflected a 1.57 Odds Ratio.

Neurontin has a 57% greater risk of suicidality.





| Drug | | OR (95% CI) [Sample Sizes]* |
|---|---|---|
| Carbamazepine | | 0.65 (0.08, 4.42) [2/252 3/250] |
| Divalproex | | 0.72 (0.29, 1.84) [11/1327 9/992] |
| Felbamate | | ND. (ND., ND.) [0/170 0/170] |
| Gabapentin | | 1.57 (0.12, 47.66) [2/2903 1/2029] |
| Lamotrigine | | 2.08 (1.03, 4.40) [27/2865 11/2070] |
| Levetiracetam | | 2.75 (0.82, 19.36) [8/2554 2/1549] |
| Oxcarbazepine | | 1.91 (0.15, 56.33) [2/1342 1/827] |
| Pregabalin | | 1.88 (0.41, 13.58) [7/7201 2/3125] |
| Tiagabine | | inf (0.20, inf) [2/835 0/608] |
| Topiramate | | 2.53 (1.21, 5.85) [40/7742 8/3971] |
| Zonisamide | | 2.52 (0.26, 67.94) [3/672 1/438] |
| | | |
| Overall | | 1.80 (1.24, 2.66) [104/27863 38/16029] |

Odds Ratio: 0.1  0.3  1  3.2  10

*[Treat. Events/Treat. n   Plac. Events/Placebo n]

Figure 2: Suicidal Behavior or Ideation Odds Ratio Estimates, Placebo-Controlled Trials.

Causal Relationship Not Required to Strengthen Label

# General Causation: Neurontin Causes Suicidality

| Epidemiology | Mechanism of Action |
|---|---|
| FDA Alert 2008.<br><br>Meta-analysis of anticonvulsant clinical trials demonstrated causation. | Gabapentin reduces serotonin and norepinephrine<br>(e.g., excitatory neurotransmitters). |

# Gabapentin Causes Suicidality
# EPIDEMIOLOGY



Twice the risk of suicidality.

Findings were consistent among all 11 drugs.

FDA votes 20-0-1 on causation.

# May 23, 2008: FDA Confirms Risk of Suicidality

"In conclusion, antiepileptic drugs are associated with increased risk of suicidality relative to placebo in randomized placebo controlled trials. The effect appears consistent among the group of 11 drugs."



U.S. Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research
Office of Translational Sciences
Office of Biostatistics

## STATISTICAL REVIEW AND EVALUATION

### ANTIEPILEPTIC DRUGS AND SUICIDALITY

| | |
|---|---|
| **Drug Class:** | Antiepileptic drugs |
| **Drug Names (NDA Numbers):** | Carbamazepine (21-710) |
| | Divalproex (18-723, 19-680, 21-168) |
| | Felbamate (20-189) |
| | Gabapentin (20-235, 20-882, 21-129, 21-216) |
| | Lamotrigine (20-241, 20-764) |
| | Levetiracetam (21-035, 21-505, 21-872) |
| | Oxcarbazepine (21-014, 21-285) |
| | Pregabalin (21-446) |
| | Tiagabine (20-646) |
| | Topiramate (20-505, 20-844) |
| | Zonisamide (20-789) |
| **Indication(s):** | Epilepsy, psychiatric disorders, other |
| **Date:** | 23 May 2008 |
| **Biometrics Division:** | Division of Biometrics 6 |
| **Statistical Reviewer:** | Mark Levenson, Ph.D. |
| **Statistical Team Leader:** | C. George Rochester, Ph.D., RAC |
| **Medical Division:** | Division of Neurology Products |
| **Clinical Team:** | Evelyn Mentari, MD |
| | Alice Hughes, MD |
| | John Feeney III, MD |
| | Marc Stone, MD |
| **Project Manager:** | Jacqueline Ware, Pharm.D., RAC |

**Keywords:** Epilepsy, psychiatric, bipolar, suicide, suicidality, meta-analysis

# Gabapentin causes Suicidality
# Biologic Plausibility

- Defendants Admit Gabapentin reduces excitatory neurotransmitters (e.g., serotonin).

- ⬇ Serotonin = ⬆ Suicidality

# ⬇ Serotonin = ⬆ Suicidality

- Generally accepted and not novel that "[i]nadequacy of serotonin . . . can induce suicidal thoughts and behavior…" (Ex. 80).



Cover Story

Micropharmacology: Treating Disturbances of Mood, Thought, and Behavior as Specific Neurotransmitter Dysregulations Rather Than as Clinical Syndromes

Andrew Edmund Slaby, MD, PhD, MPH
Laurence R. Tancredi, MD, JD

# Gabapentin = ⬇ Serotonin

**C O N F I D E N T I A L**

**PFIZER GLOBAL RESEARCH & DEVELOPMENT**
**ANN ARBOR LABORATORIES**
**ANN ARBOR, MICHIGAN**

**RESEARCH REPORT NO.: RR-REG** 740-03550

**PGRD AUTHOR(S):**
Reviewed by: Taylor CP, Donevan SD

**DATE ISSUED:** July 19, 2001

**INVESTIGATOR(S):**

**PERIODS COVERED:** 12/28/81 to 06/21/01

**ANALYST(S):**

inhibition of neurotransmitter release by gabapentin

serotonin  was  also  reduced

Gabapentin  inhibits  the  release  of serotonin

# Medical Communications Documents:
## Gabapentin ⬇ Serotonin

"Mechanism of Drug Action"

"reduction in the release of monoamine neurotransmitters"



# Peer Review Medical Journal:
# Gabapentin is Depressogenic



Schmitz, _Epilepsia_ 2006: Effects of Antiepileptic Drugs on Mood and Behavior

# *In Re* Neurontin Sales, Marketing and Products Liability Litigation

Oral Argument

October 20, 2008

