UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) MDL Docket No. 1629 <br> THIS DOCUMENT RELATES TO: ) Master File No. 04-10981 <br> ) Judge Patti B. Saris <br> ALL MARKETING AND ) Mag. Judge Leo T. Sorokin <br> SALES PRACTICES ACTIONS ) <br> ) | |

**CLASS PLAINTIFFS' SUBMISSION REGARDING A DATE FOR FURTHER ORAL ARGUMENT ON PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFCIATION**

Pursuant to the Court's direction to the parties at a conference held during oral argument on summary judgment motions in the products liability cases on Monday, October 20, 2008, Class Plaintiffs and Defendants in the Marketing and Sales Practices Actions have conferred on a date for oral argument with respect to Plaintiffs' Renewed Motion for Class Certification [Docket No. 1016]. The parties were not able to come to a consensus and have agreed to file separately.

For their part, Class Plaintiffs suggest that because all expert reports will be completed by the end of January 2009,[1] the Court should schedule a hearing on class certification the week of February 9, 2009 or as soon thereafter as meets the Court's schedule.

---

[1] Pursuant to the Order of Magistrate Sorokin dated October 22, 2008, the parties are due to submit a proposed order governing the rest of the case schedule with the Court this Friday, October 31, 2008. Defendants' expert reports are due to be served on December 15, 2008 and Plaintiffs expect to request six weeks after receipt of Defendants' expert reports to serve rebuttal reports.

1

2

Dated: October 27, 2008                    Respectfully Submitted,

By:    **/s/ Thomas M. Sobol**
Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By:    **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
33 Broad Street, 5th Floor
Boston, MA 02110

By:    **/s/Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By:    **/s/Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:    **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:    **/s/James Dugan**
James R. Dugan, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on October 27, 2008.

                                               /s/ Thomas M. Sobol