# EXHIBIT A

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | |
|---|---|
| [7:20] - [8:18] | 3/7/2008    Lautenbach, Peter (Woolum) |

• LabelRead

```
page 7
20      Q    Do you subscribe to the PDR?
21      A    Yes, we do.
22      Q    Do you review it when it comes out for drugs
23 that you prescribe?
24      A    Yes.  I mean, I don't read it word for word,
25 but we review.
page 8
 1      Q    Do you review it before prescribing a new
 2 drug?
 3      A    Yes.
 4      Q    Do you also regularly consult with other
 5 physicians about drugs that you prescribe?
 6      A    Yes.
 7      Q    Is there any regular way in which that
 8 information is shared amongst physicians?
 9      A    There's multiple ways if you're interested.
10      Q    Such as?
11      A    One is the pharmaceutical reps bring you
12 medicine with the information, the research; two is
13 specialists that I work with who help me treat the
14 patients for various conditions; three is the Internet
15 and services like UpToDate.com; and four is just
16 journals and meetings you go to where, you know,
17 subjects and medicines will be discussed, especially the
18 new ones.
```

| | |
|---|---|
| [40:21] - [40:24] | 3/7/2008    Lautenbach, Peter (Woolum) |

• Materiality

```
page 40
21      Q    Would you think that it's important to know
22 whether Neurontin would worsen depression and/or lead to
23 suicide or suicide attempt?
24      A    Sure.
```

| | |
|---|---|
| [41:24] - [42:24] | 3/7/2008    Lautenbach, Peter (Woolum) |

• LabelRead
• Reliance

```
page 41
24      Q    (By Mr. Borrero) Would -- if you had known of
25 any statistical reviews or any reviews done by the FDA
page 42
 1 on Neurontin prior to its release and approval, if it
 2 had any information regarding the worsening of
 3 depression or the possibility of it leading to suicide
 4 attempts, would that have had an impact --
 5      A    Yes.
 6      Q    -- on any decisions you made in prescribing it
 7 to a patient?
 8      A    Always.  Because there are many medicines that
 9 can do that and it's important.
10      Q    And at the very least, you would have
11 discussed that issue with the individual who was seeking
12 to have Neurontin prescribed to them?
13      A    You know, as previously stated, I try to go
14 over medicines and their side effects.  If you look at
15 the PDR, there's an enormous number of side effects, so
16 what I try to do is cover the more common ones.
17           With Neurontin, the big three are dizzy,
18 edema, and sedation.  You know, depression is less
```

```
                                    19  frequent and nearly not as common, but we do try to tell
                                    20  people that there may be problems with medicines; and if
                                    21  you're having an issue, please let me know.  We'll often
                                    22  tell people that we're putting poisons in your body that
                                    23  are geared to do certain things, but I'm not sure what
                                    24  other things they're going to do.
```

| [44:10] - [45:1] | 3/7/2008     Lautenbach, Peter (Woolum) |

• Supression

```
                                    page 44
                                    10       Q    (By Mr. Borrero) Is it fair to say, Doctor,
                                    11  that you've never known how many people may or may not
                                    12  have dropped out of clinical trials in regard to
                                    13  Neurontin?
                                    14       A    Yes.
                                    15       Q    Is it fair to say that you've never known how
                                    16  many people dropped out of the clinical trials because
                                    17  of any psychobiological effects?
                                    18       A    Yes.
                                    19       Q    Is it fair to say that you have never known
                                    20  how many people developed treatment emergent
                                    21  depression --
                                    22       A    Correct.
                                    23       Q    -- that was considered associated with
                                    24  Neurontin?
                                    25       A    I know it was very infrequent but I can't give
                                    page 45
                                     1  you an exact number.
```

| [47:3] - [47:24] | 3/7/2008     Lautenbach, Peter (Woolum) |

• Reliance

```
                                    page 47
                                     3       Q    (By Mr. Borrero) In regard to the
                                     4  risk-benefit analysis that you just mentioned, is it
                                     5  your practice to do, depending on what the clients are
                                     6  coming in for -- what the patients are coming in for,
                                     7  to do a risk-benefit analysis irregardless of whether
                                     8  it's Neurontin or some other medication?
                                     9       A    Always.  Always.  Because I have to tell the
                                    10  patients, look, there's downsides to everything I do.
                                    11  You have to understand, we're trying to give you the
                                    12  most upside and the least downside, and you've got to
                                    13  work with me on things.
                                    14       Q    And the one visit that you had with
                                    15  Miss Woolum when she was -- again, I think it was your
                                    16  words, she was -- you were assuming that these facts
                                    17  were correct, based on the history that she was giving
                                    18  you, did you, in part of your discussion with
                                    19  Miss Woolum, do a risk-benefit analysis, even though she
                                    20  had listed she was taking Neurontin at the time?
                                    21       A    Knowing my practice pattern, yes.  Because I
                                    22  tend to be very conscientious on these things.  You
                                    23  know, I don't want to cause -- you know, part of our
                                    24  oath is "cause no harm."
```

| [48:6] - [48:17] | 3/7/2008     Lautenbach, Peter (Woolum) |

• Materiality

```
                                    page 48
                                     6       Q    And I don't believe this is -- I believe this
                                     7  is no longer the case, and Lori can tell me better, but
                                     8  there was labeling at the time before it came into
                                     9  challenge, the British labeling, and again I'm reading
                                    10  from a part of the record in this case, "Patients taking
                                    11  Neurontin can be the subject of mood and behavioral
                                    12  disturbances.  Such reports have been noted in patients
                                    13  on Neurontin, although a causal link has not been
```

```
                        14  established."  Would that have been important for you to
                        15  be aware of?
                        16          MS. SCHULTZ:  Object to the form.
                        17          THE WITNESS:  Yes.  Obviously, yes.
```

[48:18] - [49:1]        3/7/2008     Lautenbach, Peter (Woolum)

• Supression

```
page 48
 18     Q    (By Mr. Borrero) At the time that you were
 19  prescribing Neurontin to Miss Woolum, are you aware of
 20  language in any of the labeling or in any of the
 21  educational materials, PDR, or what have you,
 22  indicating such cautions?
 23     A    Well, I know there were some cautions on the
 24  depression side of that; but again, it was thought to be
 25  a -- more a minor issue, not a major issue, with a low
page 49
  1  incidence.
```

[56:14] - [56:22]       3/7/2008     Lautenbach, Peter (Woolum)

• Materiality

```
page 56
 14     Q    And what significance, if any, would you
 15  attach to the following statement, presuming it was
 16  evidence in this case:  Neurontin reduces the release
 17  and production of dopamine, noradrenaline, or serotonin?
 18          MS. SCHULTZ:  Object to the form.
 19          THE WITNESS:  It's significance?  It's
 20      important.  Because the assumption again is is
 21      reductions in those chemicals then can make people
 22      more depressed.  Or can cause depression, I guess.
```

[60:7] - [61:1]         3/7/2008     Lautenbach, Peter (Woolum)

• OffLabelPromotion
• OtherContact

```
page 60
  7     Q    Have you ever attended any, to the best of
  8  your recollection, any continuing medical education
  9  seminars, talks that specifically dealt with Neurontin?
 10     A    Yes.
 11     Q    And when were those?
 12     A    When Neurontin first came out, and I can't
 13  remember how long ago that was.
 14     Q    Any other CME seminars that you might have
 15  gone to -- or withdrawn.  Was that the only seminar you
 16  went in regard to Neurontin?
 17     A    I think there were actually probably several,
 18  and they're not specifically on Neurontin.  What they
 19  are on is the subject matter, like seizure disorders or
 20  neuropathy and new treatment options available, you
 21  know.
 22          And though the lecturers are not supposed to
 23  talk off-label because the pharmaceutical industry holds
 24  them to a new standard, back when Neurontin came out, I
 25  don't think the Pharma guidelines were in place with the
page 61
  1  speakers and their necessity to stay on-label.
```

[65:17] - [66:6]        3/7/2008     Lautenbach, Peter (Woolum)

• Reliance

```
page 65
 17     Q    Any information upon which you would make that
 18  statement would have been information included in the
 19  product information label?
```

```
20     A    Mm-hmm, yes.  I've used a lot of Neurontin
21  because I really thought that the benefits outweighed
22  the negatives.  But again, as stated, you know,
23  everything has a downside as well and you've just got to
24  make the people informed to what to watch for.  I did --
25  the biggest symptoms were dizziness, edema, and
page 66
 1  sedation, that's the big three I would give people and
 2  say, look -- but, you know, I probably, some of the
 3  patients, not all of them, also said, look, if you get a
 4  little more depressed or a little more down in the
 5  dumps, let me know.  It just wasn't a big issue, I
 6  didn't see it.
```