# EXHIBIT B

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

[12:21] - [14:16]        3/28/2008     Ramirez, Peter MD (Woolum)
- LabelRead
- Reliance

```
page 12
21  Q.              Good.  Thank you.  And do you subscribe to
22                  the PDR?
23  A.              Yes, I do.
24  Q.              What is the PDR?
page 13
 1  A.              It's a -- PDR stands for Physician's Desk
 2                  Reference.  It is a compilation of all
 3                  medications available for prescriptions.
 4  Q.              Okay.  And do you refer to this before
 5                  prescribing a new medication?
 6  A.              I will if I'm not familiar with the
 7                  medication, yes.
 8  Q.              Okay.  And do you refer to it annually for
 9                  the medications that you prescribe?
10  A.              I would not say on a regular basis.  If
11                  there's anything new, new information that
12                  I'm aware of through the normal course of
13                  my continuing medical education, then I
14                  would look it up.  But I wouldn't say I
15                  review it every year on a regular basis.
16  Q.              Like to ask you a couple questions about
17                  package inserts, physician package inserts.
18                  Do you review those before you prescribe
19                  any medications?
20  A.              For a new medication, yes.
21  Q.              And, are, is information in package inserts
22                  summarized in a PDR?
23  A.              Yes.
24  Q.              In fact, is it verbatim in the PDR?
page 14
 1  A.              I believe, I believe most of them are,
 2                  yeah.
 3  Q.              Okay.  When you look at a package insert,
 4                  and you're trying to determine is this an
 5                  appropriate medication for the patient, do
 6                  you look at the adverse reaction section?
 7  A.              Yes.
 8  Q.              Okay.  First of all, why don't you tell me
 9                  what the adverse reaction section, what
10                  type of information that contains?
11  A.              My understanding there are any reactions
12                  during the course of the evaluation of the
13                  medication as to whether, listing what
14                  reactions patients had during clinical
15                  trials or that have been discovered since
16                  the drug has been out.
```

[19:21] - [20:7]         3/28/2008     Ramirez, Peter MD (Woolum)
- Reliance

```
page 19
21  Q.              Now, would you agree that you only
22                  prescribe the medications for a patient
23                  after you satisfied yourself that the
24                  benefits outweigh the risks?
page 20
 1  A.              Yes.
 2  Q.              Okay.  If you later determined that the
 3                  risk outweighs the benefit, what would your
 4                  course of action be?
 5  A.              I would take the patient off the
```

```
                                 6              medication, and put them on an alternative
                                 7              one.

[30:3] - [30:7]         3/28/2008       Ramirez, Peter MD (Woolum)
                        • LabelRead
                        page 30
                          3  Q.            And in your experience in prescribing
                          4                Neurontin, did you ever develop an
                          5                understanding of the medication's safety
                          6                profile?
                          7  A.            Yes.

[52:14] - [52:17]       3/28/2008       Ramirez, Peter MD (Woolum)
                        • Reliance
                        page 52
                         14  Q.            Doctor, before prescribing Neurontin to Ms.
                         15                Woolum, did you discuss with her the
                         16                potential side effects with the medication?
                         17  A.            Yes.

[61:18] - [62:6]        3/28/2008       Ramirez, Peter MD (Woolum)
                        • Supression
                        page 61
                         18  Q.            Were you aware as of 10/14/02, the language
                         19                regarding Neurontin by the, set forth by
                         20                the FDA, "Less common but more serious
                         21                events may limit the drug's widespread
                         22                usefulness.  Depression, while it may not
                         23                be an infrequent occurrence in the
                         24                epileptic population, may become worse and
                        page 62
                          1                require intervention or lead to suicide as
                          2                it resulted in some suicidal events or
                          3                attempts."  Are you aware of that language?
                          4  A.            Not the specific language.  I don't know
                          5                when I become aware of the, of that
                          6                concern, no.

[62:24] - [63:19]       3/28/2008       Ramirez, Peter MD (Woolum)
                        • Materiality
                        • Reliance
                        • Supression
                        page 62
                         24  Q.            And would it be important to know whether
                        page 63
                          1                Neurontin would worsen depression and lead
                          2                to suicide?
                          3  A.            Yes.
                          4  Q.            Is it fair to say that you were unaware of
                          5                this FDA review that we've touched on when
                          6                you treated and prescribed Neurontin to Ms.
                          7                Woolum?
                          8  A.            I would say that is probably accurate, yes.
                          9  Q.            And had you been aware of this information,
                         10                to what extent would it have influenced
                         11                your prescription of Neurontin to Ms.
                         12                Woolum?
                         13  A.            Well, that would have been dependant on
                         14                what the general consensus within the
                         15                psychiatric profession would have been at
                         16                the time.  Whether this was a concern that
                         17                warranted absolute non use or whether it
                         18                was still considered an acceptable use with
                         19                close, closer observations.
```

| | | |
|---|---|---|
| [64:12] - [64:16] | 3/28/2008 | Ramirez, Peter MD (Woolum) |

• Reliance

```
page 64
 12  Q.           Can we agree at the very least, if you'd
 13               been aware of these issues that you would
 14               have discussed the issues with the
 15               plaintiff?
 16  A.           Yes.
```

| | | |
|---|---|---|
| [64:17] - [66:9] | 3/28/2008 | Ramirez, Peter MD (Woolum) |

• Materiality
• Reliance
• Supression

```
page 64
 17  Q.           Referring again to page 117 of the combined
 18               Medical Statistical Review, which is the
 19               second tag from the back, Doctor.  If I
 20               could just find the -- as of 10/14/02, were
 21               you aware of the following language set
 22               forth by the FDA regarding Neurontin for
 23               its approval to market.  "Gabbatendent has
 24               a risk profile that is uncertain.  Five
page 65
  1              groups have reported adverse events that
  2              have not yet been fully characterized.
  3              Specifically, seizure exacerbation,
  4              carcinogenicity, clinically important
  5              depression, renal failure, and
  6              teratogenicity.  Accumulated long range
  7              safety data are limited by the excessive
  8              attrition due to apparent lack of sustained
  9              efficacy."  Were you are aware of that as
 10              of 10/14/02.
 11  A.          I don't believe so.
 12  Q.          So it's correct to state that you were
 13              unaware of this statement from the FDA when
 14              you treated and prescribed Neurontin to Ms.
 15              Woolum?
 16  A.          I'm sorry, what?
 17  Q.          You were unaware of this statement from the
 18              FDA when you treated and prescribed
 19              Neurontin to Ms. Woolum?
 20  A.          That's true.
 21  Q.          And had you been aware of this information
 22              to what extent, if any, would it have
 23              influenced your prescription of Neurontin
 24              to Ms. Woolum?
page 66
  1  MR. GUNTER: Objection.
  2  A.          I think as I mentioned before, it would
  3              have, it would have had, it would have been
  4              something I would have had to discuss with
  5              the patient if that was a concern.  And I
  6              would have been dependant as to whether I
  7              use it or not on, again, as to what the
  8              consensus of the, of what the profession
  9              was at the time.
```

| | | |
|---|---|---|
| [66:15] - [67:10] | 3/28/2008 | Ramirez, Peter MD (Woolum) |

• Supression

```
page 66
 15  Q.          Is it fair to say, that you've never known
 16              how many people dropped out of the clinical
 17              trials?
 18  A.          That's true.
 19  Q.          Is it fair to say that you've never known
```

```
                              20                the reasons why patients dropped out of
                              21                clinical trials?
                              22  A.            That's true.
                              23  Q.            Is it fair to say that you've never known
                              24                how many people dropped out of clinical
                              page 67
                               1                trials because of psychobiologic adverse
                               2                events?
                               3  MR. GUNTER:   Objection.
                               4  A.            Can you restate that?
                               5  Q.            Is it fair to say that you have never known
                               6                how many people dropped out of the clinical
                               7                trials because of psychobiologic adverse
                               8                events?
                               9  MR. GUNTER:   Objection.
                              10  A.            Yes.
```

[73:19] - [73:24]             3/28/2008    Ramirez, Peter MD (Woolum)

• Materiality

```
                              page 73
                              19  Q.            Can we agree at the time that you
                              20                prescribed Neurontin to Ms. Woolum that it
                              21                would have been important to know the
                              22                contents of this statistical review?
                              23  MR. GUNTER:   Note my objection.
                              24  A.            I think it would be important, yes.
```

[101:2] - [101:18]            3/28/2008    Ramirez, Peter MD (Woolum)

• LabelRead
• Reliance

```
                              page 101
                               2  Q.            When considering the use of Neurontin for a
                               3                use that was off label, did you investigate
                               4                the risks and the benefits?
                               5  A.            Investigate?
                               6  Q.            (Nodding head up and down.)
                               7  A.            Well, I was aware of the risks and the
                               8                benefits and it's kind of a mental process
                               9                that a physician does when deciding to
                              10                prescribe a medications during a visit, and
                              11                that's what I did.
                              12  Q.            Is it fair to assume that you cannot
                              13                specifically recall what steps, if any,
                              14                that you took with Ms. Woolum to discuss
                              15                any risks or benefits of Neurontin?
                              16  A.            I would have reviewed them, but what
                              17                specifically I said I don't recall at that
                              18                particular time.
```

[102:4] - [102:20]            3/28/2008    Ramirez, Peter MD (Woolum)

• LabelRead
• Reliance

```
                              page 102
                               4  Q.            What reliance, if any, on the Neurontin
                               5                label did you place in prescribing
                               6                Neurontin to Ms. Woolum given that you were
                               7                not prescribing it for an FDA approved
                               8                indication?
                               9  A.            Well, I don't know how to quantify that or
                              10                qualify that.  That was certainly a factor,
                              11                and I cover the more likely side effects
                              12                with a patient.  I don't list everything in
                              13                the PDR to them.  You would be there all
                              14                day, but I cover the more likely potential
                              15                side effects.
```

```
                                        16  Q.           Can you recall specifically doing that with
                                        17               Ms. Woolum?
                                        18  A.           I don't recall specifically doing that with
                                        19               them, but I do it with every patient.  So
                                        20               I'm pretty sure I did.
```

[103:17] - [104:3]      3/28/2008   Ramirez, Peter MD (Woolum)

• LabelRead
• Reliance

```
page 103
 17  Q.           And we can agree, based on your prior
 18               testimony, that you rely on outside sources
 19               for when considering prescribing drugs,
 20               package inserts, medical journals, labels,
 21               conferences CME classes, etcetera, PDRs?
 22  A.           Yes.
 23  Q.           And as of October 14th of '02, was it your
 24               custom to rely in part on outside sources
page 104
  1               for information about drugs that you
  2               intended to prescribe to patients?
  3  A.           Yes.
```

[110:16] - [110:22]     3/28/2008   Ramirez, Peter MD (Woolum)

• LabelRead

```
page 110
 16  Q.           As of the time you were treating the
 17               plaintiff, were you aware of any language
 18               in the PDR that explained Neurontin use to
 19               be appropriate for anxiety?
 20  A.           As far as I know there was nothing that
 21               specifically stated it was usable for
 22               anxiety.
```

[111:9] - [112:7]       3/28/2008   Ramirez, Peter MD (Woolum)

• Materiality
• Supression

```
page 111
  9  Q.           We have gone through the, more or less, the
 10               clinical review, the criminal complaint
 11               information in regard to Warner-Lambert.
 12               Had you known then, and I mean October 14th
 13               of '02, when you first prescribed Neurontin
 14               to Ms. Woolum, what you know now, would you
 15               agree that your knowledge at the time would
 16               have been different?
 17  MR. GUNTER:  Objection.
 18  A.           I'm aware of some things about Neurontin
 19               now that I was not then.
 20  Q.           Would this knowledge have changed or
 21               altered your risk assessment of Neurontin
 22               at the time you prescribed it to Ms.
 23               Woolum?
 24  A.           That is difficult for me to say, because I
page 112
  1               don't know.  I don't know how I would have
  2               used that in that situation.  I would have
  3               probably needed to evaluate her a little
  4               bit differently, but I don't know
  5               specifically whether it would have made a
  6               difference in terms of whether I used it or
  7               not.
```

[112:8] - [112:20]      3/28/2008   Ramirez, Peter MD (Woolum)

- Materiality

```
page 112
  8  Q.              Okay.  Had you known what you know now,
  9                  would you have advised your patient, Ms.
 10                  Woolum, that people taking Neurontin have
 11                  been the subject of mood and behavioral
 12                  disturbance, and I'm going to get a big
 13                  objection here, but specifically in regard
 14                  to the former UK warning?
 15  MR. GUNTER:     Objection.
 16  A.              Well, I, I don't know about the former UK
 17                  warning, but I would have, if that
 18                  information was out there, then yes, I
 19                  would have reviewed that with her as I do
 20                  now.
```