# EXHIBIT C

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | | | |
|---|---|---|---|
| [47:12] - [47:19] | 6/6/2007 | Saadeh, Constantine MD (prescriber McGee) | |

• Supression

```
page 47
12       Q.   Yeah.  A third is that depression, while it
13  may not be an infrequent occurrence in the epileptic
14  population, may become worse and require intervention or
15  lead to suicide, as it has resulted in some suicidal
16  attempts.
17            Were you aware that this was in the
18  clinical review by the FDA?
19       A.   No, sir.
```

[49:8] - [49:12]     6/6/2007     Saadeh, Constantine MD (prescriber McGee)

• LabelRead

```
page 49
 8       Q.   Did you -- well, this isn't labeling, all
 9  right?  I would represent to you that none of this is in
10  the label, or was in the label in 2001.
11       A.   I don't remember seeing this in the package
12  insert, --
```

[49:21] - [50:2]     6/6/2007     Saadeh, Constantine MD (prescriber McGee)

• Materiality

```
page 49
21       Q.   Okay?  Now, is this something that you would
22  have at least wanted to know about when you were
23  prescribing this drug to people who had pain?
24            MR. FERGUSON:  Object to form.
25       Q.   (BY MR. ROSENKRANZ)  Chronic pain?
page 50
 1       A.   I would like to know everything about it,
 2  yeah.
```

[50:17] - [52:9]     6/6/2007     Saadeh, Constantine MD (prescriber McGee)

• Materiality
• Reliance
• Supression

```
page 50
17       Q.   And again, I'll read it, and you tell me if
18  I'm reading it correctly.
19            In the total exposed population of the
20  NDA, 78, 5.3 percent, patients reported depression as an
21  adverse event.  This included one subject in a phase one
22  study.  There were seven reports of depression as
23  serious adverse events and nine patients who withdrew
24  from studies because of depression.
25            There may be some underrepresentation of
page 51
 1  certain categories.  For example, in some cases,
 2  depression was reported as a serious adverse event,
 3  particularly if it is -- if it resulted in
 4  hospitalization or was associated with suicidal
 5  ideation.  However, numerous examples were identified
 6  among the CRFs where a patient developed treatment
 7  emergent depression, where pharmacological intervention
 8  was required, and the report of a serious adverse event
 9  was not made.  The actual incidence of treatment
10  emergent depression in which pharmacologic intervention
11  was begun and maintained throughout the course of a
12  study.  The firm has provided the FDA with a breakdown
```

```
                    13  of the patient who reported depression as an adverse
                    14  event, and it is found that of the 78 patients who
                    15  reported depression as an adverse event, 19 had no prior
                    16  history of depression and 22 patients required treatment
                    17  for their symptoms.
                    18              Is that news to you, Doctor?
                    19       A.   Yes, sir.
                    20       Q.   Are you aware that in the clinical studies
                    21  that they provided to the FDA that, in fact, persons who
                    22  had no prior history of depression became depressed who
                    23  used the -- who prescribed Neurontin or were utilizing
                    24  Neurontin?
                    25              MR. FERGUSON:  Object to form.
                    page 52
                     1       A.   Yes, sir.  I mean, if you're --
                     2       Q.   (BY MR. ROSENKRANZ)  You were not aware of
                     3  that?
                     4       A.   I was not aware of that.
                     5       Q.   Okay.  Is that something you would have
                     6  wanted to know when you were prescribing it to people
                     7  like Pearlie who were on -- who had chronic pain?
                     8       A.    It would be useful information to let the
                     9  patient know.
```

[53:3] - [53:18]         6/6/2007    Saadeh, Constantine MD (prescriber McGee)

• Materiality
• Supression

```
                    page 53
                     3       Q.   Seven cases of depression with suicidal
                     4  ideation reported in SU-2, text page 45.  This group
                     5  also includes patients with mild or no depression on
                     6  recruitment who required intervention with one or more
                     7  antidepressant drugs while on treatment with gabapentin.
                     8  These patients appear to have fallen through the cracks.
                     9  And this includes depression with suicidal ideation.
                    10              Were you aware of any of that?
                    11       A.   No, sir.
                    12       Q.   Is that something that, when you were
                    13  prescribing Neurontin to persons with chronic pain, who
                    14  might have been depressed or had a depressive indication
                    15  along with their chronic pain, it's something that you
                    16  would have wanted to know about to perhaps discuss with
                    17  the patients?
                    18       A.   It would be helpful, yes.
```

[53:19] - [54:7]         6/6/2007    Saadeh, Constantine MD (prescriber McGee)

• Materiality
• Supression

```
                    page 53
                    19       Q.   Okay.  And finally, I want you to go forward
                    20  to page 84.  And you see adverse events associated with
                    21  dropout?
                    22              And were you aware, Doctor, if you go
                    23  down that list, that the ninth most significant reason
                    24  for dropping out of the clinical trials was depression
                    25  and suicide ideation?
                    page 54
                     1       A.   No, sir.
                     2       Q.   Is that something that perhaps you would have
                     3  liked the company to advise you of?
                     4              MR. FERGUSON:  Object to form.
                     5       A.   Well, at that time, you know, the indication
                     6  was off label, so I would like to know the data to
                     7  discuss it with the patient.
```

[58:3] - [58:5]          6/6/2007    Saadeh, Constantine MD (prescriber McGee)

|  |  |
|---|---|
|  | • Supression |
|  | ```
page 58
 3      Q.   Okay.  Well, does it indicate in here attempt
 4 or actual suicide as an adverse event?
 5      A.   It doesn't say it.
``` |
| [61:6] - [62:5] | 6/6/2007      Saadeh, Constantine MD (prescriber McGee) |
|  | • Materiality |
|  | • Supression |
|  | ```
page 61
 6      Q.   Now, is a suicide attempt more serious than
 7 suicidal or suicidal gesture?
 8      A.   Definitely, yes.
 9      Q.   And go down to the last word under the
10 adverse events.  And what does it say?
11      A.   Suicide.
12      Q.   Okay.  Is that more serious than a gesture or
13 a suicidal thought?
14      A.   Yes, sir.
15      Q.   That's the completed act?
16      A.   Yes, sir.
17      Q.   All right.  Now they're referring back to the
18 '92 clinical trials, yet it wasn't in the 2001 label
19 that you utilized to prescribe this drug to Pearlie
20 McGee, but in 2006, after a letter from the FDA, we
21 suddenly find this suicide attempt and suicide in the
22 label.
23           Is that something that you would have
24 wanted to know about in the label at the time that you
25 prescribed it to Pearlie?
page 62
 1           MR. FERGUSON:  Object to form.
 2      A.   It would be something to inform the patient.
 3 You know, --
 4      Q.   Okay.
 5      A.   -- something to inform the patient.
``` |
| [63:6] - [63:21] | 6/6/2007      Saadeh, Constantine MD (prescriber McGee) |
|  | • Materiality |
|  | ```
page 63
 6      Q.   Okay.  Now, if I were to tell you that there
 7 is evidence or will be evidence at the trial that during
 8 clinical trials, there was found to be positive
 9 challenge, dechallenge and rechallenge in certain
10 individuals who reported suicidal ideation while taking
11 Neurontin, would you attach any significance to that
12 when deciding whether or not to prescribe Neurontin to a
13 patient who is suffering from chronic pain?
14           MR. FERGUSON:  Object to form.
15      A.   It would be something you have to tell the
16 patient about, yes.
17      Q.   (BY MR. ROSENKRANZ)  Okay.  Something you
18 would want to -- it might not alter your prescribing
19 it -- it might not alter your deciding to prescribe it,
20 but it would be something that you would at least --
21      A.   Tell the patient.
``` |
| [63:25] - [64:13] | 6/6/2007      Saadeh, Constantine MD (prescriber McGee) |
|  | • Materiality |
|  | • Supression |
|  | ```
page 63
25      Q.   Okay.  Was this something that you knew about
page 64
 1 at the time that you prescribed Neurontin to Pearlie
 2 McGee?
``` |

```
 3      A.   No, sir.
 4      Q.   Okay.  So far, the things that I've discussed
 5 with you, are these things that you were aware of that
 6 you -- at the time that you prescribed it -- Neurontin
 7 to Pearlie McGee?
 8      A.   No, sir.
 9      Q.   Okay.  And these are all things that you
10 would have wanted to know to at least discuss it with
11 her?
12      A.   It would be helpful to know these things,
13 yes.
```

[66:18] - [67:17]    6/6/2007    Saadeh, Constantine MD (prescriber McGee)

• Materiality
• Supression

```
page 66
18      Q.   The last two paragraphs -- now, this is what
19 doctors had in England the same year that you were
20 prescribing --
21      A.   Yes, sir.
22      Q.        -- Neurontin to Pearlie.  Patients taking
23 Neurontin can be the subject of mood and behavioral
24 disturbances.  Such reports have been noted in patients
25 on Neurontin, although a causal link has not been
page 67
 1 established.  Caution is recommended in patients with a
 2 history of psychotic illness.  On commencing Neurontin
 3 therapy, psychotic episodes have been reported in some
 4 patients with, and rarely without, a history of
 5 psychotic illness.  Most of these events resolved when
 6 Neurontin was discontinued or the dosage was reduced.
 7           Have you ever seen that in the United
 8 States label?
 9      A.   No, sir.
10      Q.   Is that something that you would have been
11 interested in knowing about at the time that you were
12 prescribing Neurontin to persons with chronic pain who
13 might have -- may have had a depressive component in
14 their -- in their -- as part of what was wrong with
15 them?
16           MR. FERGUSON:  Object to form.
17      A.   It would be helpful to know this.
```

[71:14] - [73:13]    6/6/2007    Saadeh, Constantine MD (prescriber McGee)

• Materiality
• Reliance
• Supression

```
page 71
14      Q.   Okay.  Now, let me ask you this:  If you had
15 this in the label, and you had known all of the things
16 that we've been discussing so far today, would you have
17 either told Pearlie or members of her family, like her
18 husband, to look out for these type of things so that
19 they could report it to you?
20           MR. FERGUSON:  Object to form.
21      A.   If it was something that was detailed to me,
22 yes, I would --
23      Q.   (BY MR. ROSENKRANZ)  Okay.
24      A.   I would mention it, yes.
25      Q.   All right.  Perhaps you misunderstood my
page 72
 1 question, so I'll ask it again.
 2           What I'm saying to you is, we've gone
 3 over a lot of things today --
 4      A.   Yes, sir.
 5      Q.   -- that you've indicated to me you weren't
 6 aware of.  Is that correct?
```

```
 7    A.   That is correct, yes, sir.
 8    Q.   Okay.  If you had been aware of all of these
 9 things, that Neurontin could cause behavioral changes or
10 mood swings or emotional lability or thinking abnormal
11 or any of these things that we've been discussing, at
12 the time -- if you knew it at the time that you
13 prescribed it to Pearlie, would you have mentioned to
14 her or said to her or her family that if you see these
15 things or you observe these things, please report it to
16 me?
17    A.   I would have mentioned to her that if
18 there's -- if you see something different, feel
19 something different, let me know, yes.
20    Q.   Okay.
21    A.   Yes.
22    Q.   Would you have asked her family to please --
23 I'm giving her this drug, these are the potential side
24 effects; would you please, you know, monitor her or let
25 me know if something like that occurs?
page 73
 1    A.   At least, you know, maybe I would have
 2 informed her --
 3    Q.   Okay.
 4    A.   -- that it was possible, these things do
 5 happen.
 6    Q.   Okay.  But you didn't -- you weren't aware of
 7 these things?
 8    A.   No, sir.
 9    Q.   So you did not discuss this with her?
10    A.   No, I did not --
11    Q.   Okay.
12    A.   -- discuss this with her.
13    Q.   Okay.  Thank you.
```

[86:7] - [86:16]     6/6/2007     Saadeh, Constantine MD (prescriber McGee)

• Materiality

```
page 86
 7    Q.   Would you ordinarily want to prescribe a drug
 8 to somebody who had depression or was depressed if you
 9 knew that the drug would further reduce serotonin and
10 norepinephrine?
11    A.   If I have that knowledge, maybe I would tell
12 the patient that it is possibility, so, you know, be
13 careful, but at the same time, it's not going to say --
14 it's not going to make me not to prescribe it; it's just
15 going to make me mention it to the patient, that this is
16 a possibility and we have to watch for that.
```

[101:21] - [103:23]     6/6/2007     Saadeh, Constantine MD (prescriber McGee)

• Materiality
• Reliance
• Supression

```
page 101
21    Q.   (BY MR. ROSENKRANZ)  Okay.  Now, when you
22 prescribed Neurontin to Pearlie, do you recall what, if
23 anything, you said to her about Neurontin?
24    A.   I told her that this is a drug that is --
25 although it's not reflected in my records, but I did
page 102
 1 mention to her, it's not approved for this type of
 2 situation, but it is noted to be effective in helping
 3 patients with pain as an adjunct treatment when
 4 everything else fails, that the trials are all
 5 anecdotal, we cannot -- I cannot tell you that it is
 6 something truly scientific, but it does seem to work;
 7 maybe we can try it at the low dose, which is what I
 8 tried her on, 300 milligrams twice a day, and see if
```

```
 9  it's going to help with your chronic pain situation.
10       Q.   Now, when you prescribe a drug to a patient,
11  do you discuss the risks and benefits with them?
12       A.   Yes, I do.
13       Q.   And did you discuss with her what the risks
14  and benefits were that were on the label for Neurontin
15  for this indication, the indication for which you
16  prescribed it?
17       A.   I told her that rarely, it can affect the
18  liver and the kidneys, and we're monitoring that because
19  you're on Mobic as well --
20            THE COURT REPORTER:  I'm sorry, you're on
21  what?
22       A.   Mobic, which -- M-o-b-i-c, which is an
23  anti-inflammatory drug that can affect the liver and
24  kidney as well and can rarely cause allergic reaction,
25  like rash or anything like that, and it might make you a
page 103
 1  little bit tired if -- you know, but that's all I
 2  discussed with her.  These are the things I discussed
 3  with her.
 4       Q.   (BY MR. ROSENKRANZ)  Now, in fact, on the
 5  label, in 2001, when you prescribed Neurontin to her,
 6  would you agree that there were no listed risks and
 7  benefits of Neurontin for the off-label indication for
 8  which you prescribed it, for pain?
 9       A.   Can you rephrase the question, please.
10       Q.   Yes.  You were prescribing it off label?
11       A.   Yes, I did mention that to her.
12       Q.   So therefore, there would be no listed
13  on-label benefits or adverse effects with respect to
14  that indication because it wasn't on the label?
15       A.   That is true, yes.
16       Q.   Okay.  Did you -- when you prescribed it to
17  her, did you tell her that it might cause emotional
18  lability, that it might cause depression, that it might
19  cause mood changes, that it might cause hostility or
20  anger?
21       A.   No, sir.
22       Q.   Okay.  Did you know it then?
23       A.   No, I didn't.
```

[107:21] - [108:1]    6/6/2007    Saadeh, Constantine MD (prescriber McGee)

• OffLabelPromotion

```
page 107
21       Q.   Did they discuss it for any uses other than
22  shingles with you?
23       A.   No.  Not -- at that time, no.  Maybe later,
24  it was mentioned in passing that it does help pain with
25  a conversation with one of the detailers, but that's all
page 108
 1  it was.
```

[113:18] - [113:24]    6/6/2007    Saadeh, Constantine MD (prescriber McGee)

• Supression

```
page 113
18       Q.   Let me put it this way:  Was any of this --
19  the information I gave you today, was it in the label in
20  2001?
21       A.   Just the ones you showed me, but I didn't
22  have -- you know -- no.
23       Q.   Okay.
24       A.   The answer is no.
```

[114:4] - [114:9]    6/6/2007    Saadeh, Constantine MD (prescriber McGee)

• Reliance

```
                        page 114
                         4      Q.    Did you file a MedWatch report saying that
                         5 this lady was on Neurontin when she committed suicide?
                         6      A.    No, sir.
                         7      Q.    Why not?
                         8      A.    I didn't know that there is any connection at
                         9 the time.
```

[123:4] - [124:8]     6/6/2007      Saadeh, Constantine MD (prescriber McGee)

• Materiality

```
                        page 123
                         4      Q.    (BY MR. ROSENKRANZ)  Doctor, I want you to
                         5 listen to my last question very carefully.  All right?
                         6 If you knew everything in 2001, April of 2001, when you
                         7 first prescribed Neurontin to Pearlie McGee, that you
                         8 know today, at this moment, after reviewing all of the
                         9 documents and -- in other words, we're comparing your
                        10 information right now to what you knew back in April of
                        11 2001, would you have done anything differently with
                        12 respect to your prescribing of Neurontin to Pearlie
                        13 McGee back then?
                        14            MR. FERGUSON:  Object to form.  Go ahead.
                        15      A.    I probably may have mentioned something about
                        16 depression, --
                        17      Q.    (BY MR. ROSENKRANZ)  Okay.
                        18      A.    -- although, I would have said that this is
                        19 data from seizure patients.
                        20      Q.    Okay.
                        21      A.    And that's maybe -- maybe a possibility I
                        22 would have done that, yes.
                        23      Q.    Okay.  All right.  Would you have mentioned
                        24 to her things about possible behavioral changes or
                        25 possible mood swings or that she should let you know if
                        page 124
                         1 she was finding that she was going through that?
                         2      A.    Possible.
                         3      Q.    Okay.  Would you have tried -- now, her
                         4 daughter worked for you.  Would you have made mention to
                         5 her daughter that if you or your dad notice changes in
                         6 her behavior or mood swings or sudden fits of anxiety or
                         7 anger or depression, please let me know about it?
                         8      A.    I might have done that, yes.
```

[151:18] - [151:23]     6/6/2007      Saadeh, Constantine MD (prescriber McGee)

• Reliance

```
                        page 151
                        18      Q.    And in the case of prescribing Neurontin for
                        19 patients, including Ms. McGee, you determined for those
                        20 patients that the benefits or potential benefits
                        21 outweighed the potential risks?
                        22      A.    That is correct.  Otherwise, we wouldn't
                        23 prescribe it.
```

[186:8] - [186:19]     6/6/2007      Saadeh, Constantine MD (prescriber McGee)

• Materiality

```
                        page 186
                         8      Q.    Okay.  If it was enough for the FDA clinical
                         9 advisor who did the study and reviewed all of the
                        10 records to put into her recommendation that it should be
                        11 limited to a specific population because of the increase
                        12 of depression and the attempted suicides and the
                        13 suicides -- all right?  If it was important enough for
                        14 her to note that, do you think that you would have
                        15 wanted to know that to note it in the adverse -- that it
                        16 should have been in the adverse events, something that
                        17 you might have considered talking to your patients
```

```
                                       18   about?
                                       19     A.    I would, yes.

[187:1] - [187:10]     6/6/2007        Saadeh, Constantine MD (prescriber McGee)

                       • Supression

                       page 187
                        1     Q.    You saw suicidal and suicidal gesture.  We
                        2   agree that that's not the same as an attempt or an
                        3   actual suicide.  Now, nothing changed except they added
                        4   those two terms in the 2006 label.  Do you agree to
                        5   that?
                        6     A.    They added those terms, yes.
                        7     Q.    Okay.  And suicide and attempted suicide,
                        8   would you agree that that's more serious than a suicidal
                        9   or a suicidal gesture?
                       10     A.    I would agree with that.

[190:16] - [191:2]     6/6/2007        Saadeh, Constantine MD (prescriber McGee)

                       • Materiality
                       • Reliance
                       • supression

                       page 190
                       16     Q.    Because, agreed, many of these events are
                       17   infrequent at best.  But you like to talk to the
                       18   patients and give them a full picture of the risks and
                       19   benefits; --
                       20     A.    That's correct.
                       21     Q.    -- is that correct?
                       22     A.    Yes, yes.
                       23     Q.    The risks that you're aware of?
                       24     A.    The risks that I'm aware of, yes.
                       25     Q.    Okay.  If you're not aware of the risks, then
                       page 191
                        1   you can't talk about them, can you?
                        2     A.    No.

[191:8] - [191:24]     6/6/2007        Saadeh, Constantine MD (prescriber McGee)

                       • Materiality

                       page 191
                        8     Q.    (BY MR. ROSENKRANZ)  Doctor, let me ask you
                        9   this:  If you were prescribing Neurontin tomorrow to a
                       10   patient with chronic pain, do you think that at this
                       11   moment in time, or tomorrow, when you prescribe it, that
                       12   you'd be in a position to give that patient more
                       13   information about Neurontin than you were able to give
                       14   Pearlie McGee back in 2001?
                       15            MR. FERGUSON:  Object to form.
                       16     A.    I probably would.  I probably would mention
                       17   that there has been infrequent report -- adverse events,
                       18   and the science behind it has not been proven.
                       19     Q.    (BY MR. ROSENKRANZ)  Okay.  But you would
                       20   inform them of that?
                       21     A.    Yes.
                       22     Q.    Okay.
                       23     A.    Probably would, yeah.  More information the
                       24   better, you know.

[213:20] - [214:8]     6/6/2007        Saadeh, Constantine MD (prescriber McGee)

                       • Materiality

                       page 213
                       20     Q.    Well, what if I were to tell you that that
                       21   same investigator initially found it related; that the
                       22   attempted suicide was related, but that the company then
                       23   changed its guidelines, and after they changed their
```

```
24  guidelines, he then reversed himself and indicated that
25  it was not related?
page 214
 1                  MR. FERGUSON:  Object to form.
 2       Q.    (BY MR. ROSENKRANZ)  How would you feel about
 3  that, Doctor?
 4       A.    That's not good, but, I mean, --
 5       Q.    Okay.
 6       A.    -- if you have this --
 7       Q.    Thank you.
 8       A.    -- information.  I mean --
```