EXHIBIT D

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | | |
|---|---|---|
| [17:4] - [17:7] | 7/9/2007 | Barley, Peter (Vercillo) |

• Reliance

```
page 17
 4       Q.    In exercising your independent medical
 5   judgment.  Do you weigh the potential benefits against
 6   the potential risks of any given prescription medication?
 7       A.    Yes, always.
```

| | | |
|---|---|---|
| [17:23] - [18:8] | 7/9/2007 | Barley, Peter (Vercillo) |

• Reliance

```
page 17
23       Q.    In your dealings with those medical students
24   do you ever discuss prescription medication practices?
25       A.    Yes.  All the time, yes.
page 18
 1                    Peter Barley, M.D.                     18
 2       Q.    Can you give me some examples?
 3       A.    Yes.  Same thing, if we're seeing a patient
 4   for depression, we might discuss the various options for
 5   treating depression.  Obviously going over the side
 6   effects and what symptoms would be best treated with a
 7   certain medication.  Whether it's for depression,
 8   diabetes, high blood pressure, just to name a few.
```

| | | |
|---|---|---|
| [26:12] - [26:20] | 7/9/2007 | Barley, Peter (Vercillo) |

• Reliance

```
page 26
12       Q.    What is your typical practice when you're
13   prescribing off label for a patient?
14       A.    I'll tell them what it's usually used for and
15   the indication -- for the example of the Topamax, I'll
16   tell them this is initially a seizure type medication but
17   we use it more nowadays for depression or for migraine
18   headaches.
19       Q.    Would you say that you always do that?
20       A.    Yes, I would say.
```

| | | |
|---|---|---|
| [27:15] - [27:18] | 7/9/2007 | Barley, Peter (Vercillo) |

• OtherContact

```
page 27
15       Q.    Do you take into account anecdotal reports you
16   get from other physicians?
17       A.    Yes; always.  Yes, pharmaceutical reps would
18   be another one.
```

| | | |
|---|---|---|
| [30:4] - [30:8] | 7/9/2007 | Barley, Peter (Vercillo) |

• LabelRead

```
page 30
 4       Q.    Have you ever read the Neurontin label?
 5       A.    Yes, I did.
 6       Q.    Do you know when you first encountered
 7   Neurontin?
 8       A.    No, I don't.  I'm guessing late 1990s.
```

| | | |
|---|---|---|
| [33:17] - [34:2] | 7/9/2007 | Barley, Peter (Vercillo) |

• Reliance

```
page 33
```

```
                         17      Q.   Have you -- is it your practice to explain to
                         18  your patients when you're prescribing Neurontin off
                         19  label?
                         20      A.   Yes.
                         21      Q.   Do you know what you tell your patients when
                         22  you prescribe them Neurontin off label?
                         23      A.   It would be similar to what I said before.
                         24  It's primarily a seizure medication but there's been
                         25  cases of effectiveness in a certain disorder I'm treating
                         page 34
                          1                   Peter Barley, M.D.                        34
                          2  for that patient.
```

[67:23] - [68:3]         7/9/2007     Barley, Peter (Vercillo)

                         • Reliance

```
                         page 67
                         23      Q.   When you refill medications that have been
                         24  prescribed by another physician, are you still exercising
                         25  your independent medical judgment in providing the refill
                         page 68
                          1                   Peter Barley, M.D.                        68
                          2  prescription?
                          3      A.   Yes.
```

[85:20] - [85:25]        7/9/2007     Barley, Peter (Vercillo)

                         • Reliance

```
                         page 85
                         20      Q.   You said earlier you generally explain to your
                         21  patients about off-label prescribing?
                         22      A.   Yes, always.
                         23      Q.   Do you recall discussing with Mr. Vercillo the
                         24  risks and benefits of Neurontin?
                         25      A.   Not specifically but I probably did.
```

[93:4] - [93:13]         7/9/2007     Barley, Peter (Vercillo)

                         • Reliance

```
                         page 93
                          4      Q.   Can you tell me, is there any difference in
                          5  your practice and procedure in terms of prescribing
                          6  medications as a family practitioner between when you are
                          7  the person who originally prescribes the medication and
                          8  when you, for your patients, continue a prescription that
                          9  another medical provider wrote for the first time?
                         10      A.   No, not as long as we're comfortable with the
                         11  medication and the indication and that the dosage, we
                         12  will prescribe other physicians, whether it's blood
                         13  pressure medicine or whatever.
```

[95:15] - [95:17]        7/9/2007     Barley, Peter (Vercillo)

                         • LabelRead

```
                         page 95
                         15      Q.   Have you at any point read the package insert,
                         16  the medication instructions for Neurontin?
                         17      A.   Yes.
```

[97:12] - [99:21]        7/9/2007     Barley, Peter (Vercillo)

                         • OffLabelPromotion
                         • Reliance
                         • Supression

```
                         page 97
                         12      Q.   Do you have any recollection of ever having
                         13  any contact with a representative, sales representative
```

```
14  with regard to the medication Neurontin?
15       A.   Yes.
16       Q.   What context can you remember specifically
17  that had to do with Neurontin?
18       A.   I believe this would have been years ago.  I
19  think when they first started promoting it more for the
20  PHN, and just basically a quick detail on that with using
21  it for neuropathy, especially with PHN, but I don't
22  recall any other discussion about possible suicide,
23  suicidal ideation with it.
24       Q.   As part of that contact do you remember any
25  discussion of any psychiatric uses for Neurontin?
page 98
 1                     Peter Barley, M.D.                    98
 2       A.   Not specifically.
 3       Q.   As part of whenever that conversation took
 4  place, do you recall -- you used the word "neuropathy."
 5  Do you recall any discussion of using Neurontin for
 6  treatment of pain conditions other than specifically
 7  postherpetic neuralgia?
 8       A.   Yes, yes.
 9       Q.   Do you recall what other types of pain
10  conditions were discussed?
11       A.   Yes.  Probably like a diabetic neuropathy or
12  just something called RSD, regional pain syndrome, or a
13  chronic back pain.
14       Q.   RSD is something other than regional pain
15  syndrome, correct?
16       A.   That's another name for it, yeah.  RSD stands
17  for reflex sympathetic dystrophy which people call
18  regional pain syndrome now I believe.
19       Q.   You mentioned several different possible uses
20  for medication, correct?  You mentioned reflex
21  sympathetic dystrophy or what's called regional pain
22  syndrome now?
23       A.   Yes.
24       Q.   You mentioned chronic back pain?
25       A.   Yes, that's -- Neurontin is very popular in
page 99
 1                     Peter Barley, M.D.                    99
 2  what they call the pain centers around town.
 3       Q.   Do you remember anything that the -- that the
 4  sales representative told you about the use of Neurontin
 5  for those indications, indications other than
 6  postherpetic neuralgia?
 7       A.   No.  We might have discussed, excuse me,
 8  specifics for dosaging but I don't remember any other
 9  major side effects they might have mentioned.
10       Q.   Hey, I'm not talking about side effects,
11  Doctor.  I'm just wondering, did -- first of all, do you
12  recall being advised in any way by the sales
13  representative that Neurontin could be used to treat
14  those various conditions?
15       A.   Yeah.  I can't say for sure but if they did,
16  they probably would say it's not -- like we said here,
17  it's not a labeled indication but a lot of doctors are
18  using it to treat these conditions that we mentioned.
19  They would probably put it in some context like that
20  since they're not really supposed to tell off-label
21  indications for it, yeah.
```