EXHIBIT E

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | | |
|---|---|---|
| [18:22] - [19:2] | 5/22/2007 | Maltese, Thomas MD (Vercillo prescriber) |

• Reliance

```
page 18
 22                Q.   In exercising your independent medical
 23           judgment, do you weigh the potential benefits against
 24           the potential risks of any given prescription
 25           medication?
page 19
  1                     THOMAS MALTESE, M.D.
 19
  2                A.   Absolutely.
```

| | | |
|---|---|---|
| [29:25] - [30:12] | 5/22/2007 | Maltese, Thomas MD (Vercillo prescriber) |

• Reliance

```
page 29
 25                Q.   When you say collaborative, how much of a
page 30
  1                     THOMAS MALTESE, M.D.
 30
  2           dialogue is there between you and a patient about their
  3           medications?
  4                A.   Quite a bit.  I think they tend to get
  5           surprised at times because I will go into this spiel I
  6           have outlining the risks versus benefits and sometimes
  7           I think that their eyes glaze over because they think
  8           I'm just talking to talk, but in the end I ask them
  9           what do they think; it's like a deer in headlights, you
 10           know, because I guess there their experience has not
 11           been one of what do you think, but here, take this.
 12           You know, in general I don't work that way.
```

| | | |
|---|---|---|
| [41:11] - [42:3] | 5/22/2007 | Maltese, Thomas MD (Vercillo prescriber) |

• LabelRead

```
page 41
 11                Q.   Does the label appear in the PDR?
 12                A.   I would imagine it does, certainly, um-hmm.
 13                Q.   Do you believe that in the past you've read
 14           the Neurontin label when prescribing it?
 15                A.   I would imagine, it usually is a, you know,
 16           habit when a drug first comes out, I'll have read it at
 17           least once.
 18                Q.   What parts of the label do you tend to read?
 19                A.   Well, since that one did not have any real
 20           indication for psychiatry I did not go through it line
 21           by line and kind of read the -- again, guessing, but I
 22           would imagine in general what I would do is read the
 23           mechanism of action and side effects.
```

```
                         24              Q.   And side effects?
                         25              A.   Um-hmm.
                         page 42
                          1                   THOMAS MALTESE, M.D.
                         42
                          2              Q.   Adverse events?
                          3              A.   Right, and dosing.
```

[59:10] - [59:16]        5/22/2007    Maltese, Thomas MD (Vercillo prescriber)

                         • Reliance

```
                         page 59
                         10              Q.   You knew at that time that you were
                         11         prescribing Neurontin for an off-label use, namely
                         12         anxiety?
                         13              A.   Yes.
                         14              Q.   And it says at the top of the page 28:
                         15         Common side effects and onset of action of this
                         agent
                         16         were explained to and understood by the client.
```

[61:10] - [61:16]        5/22/2007    Maltese, Thomas MD (Vercillo prescriber)

                         • LabelRead
                         • Reliance

```
                         page 61
                         10              Q.   What is your understanding of the safety
                         11         profile of Neurontin?
                         12              A.   My understanding is that it is a fairly
                         safe
                         13         drug.
                         14              Q.   And what is that understanding based on?
                         15              A.   Mostly from what I've heard and from
                         probably
                         16         at the time what I read in the package insert.
```

[102:25] - [103:10]      5/22/2007    Maltese, Thomas MD (Vercillo prescriber)

                         • OffLabelPromotion

```
                         page 102
                         25              Q.   Do you recall ever being detailed for
                         page 103
                          1                   THOMAS MALTESE, M.D.
                         103
                          2         Neurontin?
                          3              A.   No.  Not by Pfizer.  At one point, I
                         don't
                          4         recall the exact year, might have been earlier when
                         it
                          5         was a Parke-Davis product, one -- I think once, one
                         or
                          6         two guys came and spoke about it.  I don't recall
                         the
                          7         details.
                          8                   I guess very shortly after they got their
                          9         hands slapped for calling on psychiatrists which
                         they
                         10         weren't supposed to do.  They never came back.
```

[131:7] - [131:13]       5/22/2007    Maltese, Thomas MD (Vercillo prescriber)

                         • Reliance
                         • Supression

```
                         page 131
                          7              Q.   Did you ever see that in a labeling for
                          8         Neurontin?
                          9              A.   No, not that I recall.
                         10              Q.   Is that information you would have wanted
```

```
                             to
                          11 know before you were prescribing it to depressed
                          12 patients?
                          13      A.   Sure.
```

[134:9] - [134:23]    5/22/2007    Maltese, Thomas MD (Vercillo prescriber)

• Supression

```
page 134
 9             Q.   Okay.  "Where pharmacological intervention
10        was required and the report of a serious adverse event
11        was not made.  The actual incidence of treatment of
12        emergent depression in which pharmacological
13        intervention was begun and maintained throughout the
14        course of study," and then it says, "The firm has
15        provided the FDA with a breakdown of the patients who
16        reported depression as an adverse event, and has found
17        out of the 78 patients who reported depression as an
18        adverse event, 19 had no prior history of depression,
19        22 patients required treatment for their symptoms."
20             Were you aware of any of that information?
21        A.   No.
22        Q.   Did you ever see that in any labels?
23        A.   No.
```

[134:24] - [135:7]    5/22/2007    Maltese, Thomas MD (Vercillo prescriber)

• Materiality
• Reliance

```
page 134
24             Q.   Is it any kind of information that you would
25        have wanted to at least discuss with patients that you
page 135
 1                  THOMAS MALTESE, M.D.                    135
 2        were prescribing Neurontin to?
 3        A.   Sure.
 4        Q.   Okay.  Can I assume that was not one of the
 5        things, since you didn't know it, that was not one of
 6        the things you discussed with Mr. Vercillo?
 7        A.   Right.
```

[135:14] - [136:8]    5/22/2007    Maltese, Thomas MD (Vercillo prescriber)

• Materiality
• Reliance
• Supression

```
page 135
14             Q.   On the bottom under footnote number 3, it
15        says seven cases -- again, I'm reading it, you correct
16        me if I'm wrong, "Seven cases of depression with
17        suicidal ideation were reported in SU-2, text page 45.
18        This group also includes patients with mild or no
19        depression on recruitment who required intervention
```

```
                    20            with one or more anti-depressant drugs while on
                    21            treatment with gabapentin.  These patients appear
to
                    22            have fallen through the cracks."  And this includes
                    23            only depression with suicidal ideation, some of
them.
                    24                    Were you aware of any of that?
                    25            A.      Not at the time.
                    page 136
                     1                          THOMAS MALTESE, M.D.
136
                     2            Q.      Is that something that you would have
wanted
                     3            to discuss with Mr. Vercillo?
                     4            A.      Sure.
                     5            Q.      Is that something you considered to be
                     6            potential side effects of a negative, of a negative
                     7            nature?
                     8            A.      Of course.
```

[139:24] - [140:7]      5/22/2007     Maltese, Thomas MD (Vercillo prescriber)

• LabelRead

```
page 139
24                    Q.      Okay.  And this is a label that you're
25                    familiar with?
page 140
 1                            THOMAS MALTESE, M.D.
140
 2                    A.      To some extent, yeah.
 3                    Q.      When you say to some extent, do you have
a
 4                    specific recollection of having read the label in
its
 5                    entirety?
 6                    A.      Not a specific.  Like I say
conscientiously I
 7                    do at some point, but no specific --
```

[141:5] - [141:22]      5/22/2007     Maltese, Thomas MD (Vercillo prescriber)

• Reliance
• Supression

```
page 141
 5                    Q.      Well, does that -- does suicidal mean
 6                    suicidal gesture, I think about it, I've tried it,
I
 7                    don't like it, I haven't tried it; what does it
mean,
 8                    suicidal?
 9                    A.      I don't know.
10                    Q.      You're a doctor.
11                    A.      I know.
12                    Q.      You're a psychiatrist?
13                    A.      Yes, I am.
14                    Q.      You don't know what that means?
15                    A.      I don't know whether, it's not specific
16                    enough.
17                    Q.      When you talk to a patient, do you tell
him
18                    by the way, this drug can cause suicidal?
19                    A.      Cause suicidal, no.
20                    Q.      If you don't understand it, do you expect
a
21                    patient to understand what it means?
22                    A.      No.
```

[144:22] - [145:2]      5/22/2007     Maltese, Thomas MD (Vercillo prescriber)

• Materiality

```
page 144
 22                    Q.   Something that you would have wanted to know
 23              about when you were prescribing it to somebody like
 24              Mr. Vercillo with his background?
 25                         MR. ZISSU:  Objection.
page 145
  1                         THOMAS MALTESE, M.D.                145
  2                    A.   Anyone.
```

[147:13] - [148:2]    5/22/2007    Maltese, Thomas MD (Vercillo prescriber)

• Materiality
• Reliance

```
page 147
 13                    Q.   Okay.  If I were to tell you as we sit here
 14              now that there will be evidence at the trial that
 15              during the clinical trials there was found to be
 16              positive challenge, de-challenge, and re-challenge in
 17              certain individuals who reported suicidal ideation
 18              while taking Neurontin, would you attach any
 19              significance to that when deciding to prescribe
 20              Neurontin to a person like Mr. Vercillo?
 21                    A.   Yes.
 22                    Q.   Okay.
 23                    A.   Anyone.
 24                    Q.   Would you have discussed something like that
 25              with Mr. Vercillo if you were aware of it?
page 148
  1                         THOMAS MALTESE, M.D.                148
  2                    A.   Yes.
```

[150:24] - [151:16]    5/22/2007    Maltese, Thomas MD (Vercillo prescriber)

• Materiality
• Reliance

```
page 150
 24                    Q.   Well, if you knew what was in this British
 25              label about Neurontin --
page 151
  1                         THOMAS MALTESE, M.D.                151
  2                    A.   Um-hmm.
  3                    Q.   -- and it had been in the US label or you
  4              knew about it through the manufacturer, would this have
  5              been -- would it have affected your prescription of
  6              Neurontin to Mr. Vercillo?
  7                         MR. ZISSU:  Objection.
  8                    A.   Possibly.  I mean, it would have -- again,
  9              the way I work is collaborative.  It probably would
 10              have been information I would have shared with him.
 11                    Q.   Okay.  So you don't know if you would have
 12              not prescribed it?
 13                    A.   Correct.
 14                    Q.   But you would have certainly discussed it
 15              with Mr. Vercillo?
 16                    A.   Yes.
```

| | | |
|---|---|---|
| [152:16] - [153:9] | 5/22/2007 | Maltese, Thomas MD (Vercillo prescriber) |

• Materiality
• Reliance
• Supression

```
page 152
 16                  Q.   And under Psychiatric Disorders, it says:
 17             "Common:  Hostility, confusion, emotional lability,
 18             depression, anxiety, nervousness, thinking abnormal."
 19                       Did you discuss all of those things with
 20             Mr. Vercillo?
 21                  A.   No.
 22                  Q.   Would you have liked to have known that that
 23             was something that is considered to be frequent --
 24                  A.   Yes.
 25                  Q.   -- as a side effect of Neurontin?
page 153
  1                            THOMAS MALTESE, M.D.               153
  2                  A.   Um-hmm.
  3                  Q.   Okay.  Something that at the very least you
  4             would have wanted to tell Mr. Vercillo?
  5                  A.   Yes.
  6                  Q.   Something that you might have considered in
  7             deciding whether you wanted to prescribe that drug or
  8             not altogether?
  9                  A.   Yes.
```

| | | |
|---|---|---|
| [169:10] - [170:2] | 5/22/2007 | Maltese, Thomas MD (Vercillo prescriber) |

• Materiality

```
page 169
 10                  Q.   Now, if I were to tell you that the
 11             manufacturer of Neurontin considered putting in their
 12             label that Neurontin would actually decrease the
 13             monoamines, serotonin would drop, it was inhibitory to
 14             serotonin, to noradrenaline, to dopamine, would that be
 15             something you would want to know about?
 16                       MR. ZISSU:  Objection.
 17                  A.   Well, inhibitory in what way?
 18                  Q.   It dropped, in other words, it decreased,
 19             decreased the flow of serotonin, decreased the flow of
 20             noradrenaline?
 21                  A.   You mean the neurotransmitters themselves.
 22                       MR. ZISSU:  Objection.
 23                  Q.   Yes?
 24                  A.   Yes.
 25                  Q.   That's something you would want to know?
page 170
  1                            THOMAS MALTESE, M.D.               170
  2                  A.   Yes.
```

| | | |
|---|---|---|
| [172:19] - [173:21] | 5/22/2007 | Maltese, Thomas MD (Vercillo prescriber) |

• Reliance

```
page 172
 19                  Q.   If I told you that they chose to remove it
```

```
                        20             and take it out of the label so that you could
                  never
                        21             read that, would that impact on your thought
                  process as
                        22             to whether you prescribe Neurontin or at least
                  discuss
                        23             Neurontin with your patients?
                        24                  A.   Yes.
                        25                            MR. ZISSU:  Objection.
                  page 173
                         1                            THOMAS MALTESE, M.D.
                  173
                         2             Q.   So whatever thoughts you might personally
                         3        have as to whether serotonin and gabapentin whether
                         4        they are increased or decreased, whatever, the
                         5        manufacturer themselves said that gabapentin drops
                         6        serotonin?
                         7             A.   Right.
                         8                            MR. ZISSU:  Objection.
                         9             Q.   Is that something you would have wanted
                  to
                        10        discuss with Mr. Vercillo?
                        11             A.   Yeah, it doesn't say serotonin here.  It
                  says
                        12        norepinephrine.
                        13             Q.   Noradrenaline, I'm sorry.  But you said
                        14        noradrenaline works the same way as serotonin?
                        15             A.   No, I said it was another factor in
                        16        depression; didn't say it works the same way.
                        17             Q.   Does it affect depression?
                        18             A.   Yes.
                        19             Q.   Okay.  When it drops, does depression
                        20        increase?
                        21             A.   It could.
```

[174:21] - [175:2]     5/22/2007   Maltese, Thomas MD (Vercillo prescriber)

• Materiality

```
                  page 174
                        21             Q.   Okay.  If you had all of the information
                  then
                        22        that you now have as you sit here today?
                        23             A.   Would have been a discussion.
                        24             Q.   Do you think you would have discussed
                  that
                        25        possibility with Mr. Vercillo?
                  page 175
                         1                            THOMAS MALTESE, M.D.
                  175
                         2             A.   Yes.
```

[204:9] - [204:22]     5/22/2007   Maltese, Thomas MD (Vercillo prescriber)

• Materiality

```
                  page 204
                         9             Q.   So if an infrequent adverse event on the
                        10        label of Neurontin said suicidal at one point in
                  time
                        11        and later it was changed to suicide attempt at a
                  later
                        12        point in time, would a patient of yours be aware of
                        13        that change?
                        14             A.   Would they be; probably not.
                        15             Q.   Would you make them aware of that change?
                        16             A.   If I knew about it, probably, yes.
                        17             Q.   You would, even though those events are
                        18        listed under infrequent, under the adverse events
                        19        section?
                        20                            MR. ROSENKRANZ:  Objection,
```

```
                     21                            argumentative.
                     22             A.    It's infrequent, but it's serious.

[219:21] - [221:17]  5/22/2007    Maltese, Thomas MD (Vercillo prescriber)
                     • Materiality
                     • Reliance
                     • Supression
                     page 219
                      21             Q.    Do you think as you sit here today that you
                      22     knew everything you needed to know about this drug when
                      23     you prescribed it to Mr. Vercillo?
                      24             A.    No.
                      25                         MR. ZISSU:   Objection.
                     page 220
                       1                        THOMAS MALTESE, M.D.                  220
                       2             Q.    Do you think that their defense that they
                       3     gave you all the information that was out there that
                       4     they knew, to give to you, that you had that
                       5     information when you prescribed this drug to
                       6     Mr. Vercillo?
                       7                         MR. ZISSU:   Objection.
                       8             A.    It appears I did not have it.
                       9             Q.    Okay.   Had you known when you prescribed a
                      10     drug to Mr. Vercillo what you know now, would you agree
                      11     that your knowledge would be different --
                      12             A.    Yes.
                      13             Q.    -- than it was then?
                      14             A.    Um-hmm.
                      15                         MR. ZISSU:   Objection.
                      16             Q.    Would your knowledge have changed or altered
                      17     your risk assessment of Neurontin for Mr. Vercillo?
                      18             A.    The risk assessment, yes.
                      19             Q.    Okay.   And if your risk assessment was
                      20     altered regarding Neurontin, would it have affected
                      21     your prescribing practice with Mr. Vercillo?
                      22             A.    It could very well have.
                      23             Q.    Okay.   If you knew then what you know now,
                      24     what if anything different would you have done
                      25     regarding the treatment of Mr. Vercillo?
                     page 221
                       1                        THOMAS MALTESE, M.D.                  221
                       2                         MR. ZISSU:   Objection.
                       3             A.    I may not have done anything different.
                       4             Q.    Okay.
                       5             A.    It would have changed the risk assessments
                       6     and if he was agreeable to after hearing the revised
                       7     risk assessment, we might have proceeded the same way.
                       8             Q.    You would have given him more information?
                       9             A.    Yes.
                      10             Q.    You would have told him more?
                      11             A.    Yes.
                      12             Q.    Would you have told him to monitor himself or
                      13     you monitored him more or have family members monitor
                      14     him if there were mood changes?
```

```
15                A.    Yes.
16                Q.    Or increased anxiety or increased
depression?
17                A.    Yes.
```