EXHIBIT F

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | |
|---|---|
| [30:14] - [30:24] | 3/25/2008     Arias, Bernardo MD (Valentine) |

• Materiality

```
page 30
14        Q.   Okay.  Knowing that she was on
15   Neurontin, though, and knowing that she had
16   experienced a suicide attempt, if the Neurontin
17   label had included a warning about suicide, would
18   the fact that the Neurontin label had a suicide
19   warning raised a red flag for you and made you
20   think, Gee, I better take Deborah Valentine off
21   this product?
22             MR. FROMSON:  Objection.  Form.
23        A.   Yes, of course that would be a
24   possibility.
```

| | |
|---|---|
| [81:6] - [81:23] | 3/25/2008     Arias, Bernardo MD (Valentine) |

• Reliance

```
page 81
 6        Q.   Okay.  I saw throughout your records
 7   some indication that you had discussed risks and
 8   benefits of medications with Deborah Valentine.
 9             Is it your practice to discuss risks
10   and benefits and adverse -- possible adverse
11   events of medications?
12        A.   With the patients?
13        Q.   Yes.
14        A.   Of course.  Absolutely.
15        Q.   Okay.  And did you --
16             Is it your recollection that you did
17   have those conversations with Deborah Valentine
18   about various medications that this office was
19   prescribing, including Seroquel, including
20   Trileptal, including Lamictal?  I think all of
21   those medications at some point were prescribed.
22        A.   At some point later on, yes, of
23   course.  Absolutely.
```

| | |
|---|---|
| [118:14] - [118:18] | 3/25/2008     Arias, Bernardo MD (Valentine) |

• OffLabelPromotion

```
page 118
14        Q.   Okay.  Has any Pfizer or
15   Warner-Lambert or Parke-Davis sales
16   representative ever detailed you on Neurontin?
17        A.   They probably did.  I never really
18   paid too much attention to them.
```

| | |
|---|---|
| [121:11] - [121:23] | 3/25/2008     Arias, Bernardo MD (Valentine) |

• OffLabelPromotion

```
page 121
11        Q.   Okay.  Has any Pfizer rep ever
12   detailed Neurontin off label to you personally?
13             MR. FROMSON:  Objection as to form.
14             Go ahead and answer.
15        A.   There was a -- there was a period of
16   time that there was, you know, a lot of
17   physicians talking and a lot of people talking;
18   and there was probably a couple times that a
19   couple of -- of -- of -- of drug reps says
20   off --
21             You know, off -- off -- off the
22   record, you know, they say, This and this and
```

```
                          23  this and that.  That's about it, but --

[124:10] - [125:11]       3/25/2008    Arias, Bernardo MD (Valentine)

                          • OffLabelPromotion

                          page 124
                          10       Q.    All right.  And so when you say, in
                          11  sum and substance, that representatives from the
                          12  defendants would come in here and say something
                          13  off the record or hush-hush, what do you mean by
                          14  that?
                          15             MS. SEATON:  Objection.  Form.
                          16       A.    I can -- I can give you more or less
                          17  the -- as much recollection as I have.
                          18       Q.    Thank you.
                          19       A.    As much recollection as I have would
                          20  probably be not where everybody is at, not at --
                          21  where they're serving the food or anything like
                          22  that, but kind of like in the medication area as
                          23  I'm signing, going, By the way, so-and-so, you
                          24  know, that they're using this, and that this is
                          25  happening, and there's some -- you know, this
                          page 125
                           1  might be good for this and that, something like
                           2  that.
                           3       Q.    And though -- And when you -- And
                           4  in -- And when you're referencing those comments,
                           5  those comments pertain to uses for Neurontin that
                           6  are not approved by the FDA?
                           7             MS. SEATON:  Objection.
                           8       A.    Yeah, that will be correct; that
                           9  they would not come here marketing --
                          10             You know, they would come here, you
                          11  know, for, uhm, other medications.

[159:3] - [159:23]        3/25/2008    Arias, Bernardo MD (Valentine)

                          • OffLabelPromotion

                          page 159
                           3       Q.    All right.  When a -- when a sales
                           4  representative would come to your office, you
                           5  know, in the 2003 time frame, what was the
                           6  discussion or detail, if any, that was provided
                           7  to your office that would pertain to your
                           8  patients?
                           9             MS. SEATON:  Objection.
                          10             Go ahead.
                          11       A.    It's just like we discussed before.
                          12  It was, uhm, you know, By the way, you know,
                          13  they're using this for this and that; and
                          14  so-and-so has reported that he's gotten positive
                          15  benefits from this and that.  That's about it.
                          16       Q.    When you say "this and that," you're
                          17  referring to the off-label indications.  Yes?
                          18       A.    That is correct.
                          19       Q.    All right.  What I want to know is,
                          20  did they ever come here and detail you for
                          21  Neurontin for any of the approved indications,
                          22  for the epilepsy or the postherpetic neuralgia?
                          23       A.    No.

[165:2] - [165:18]        3/25/2008    Arias, Bernardo MD (Valentine)

                          • Reliance

                          page 165
                           2       Q.    Okay.  Now, the decision to increase
                           3  or decrease a prescription, does it take with it,
                           4  in your mind, the same responsibilities of the
                           5  provider to consider the risks and benefits of
```

```
                         6  doing so?
                         7       A.   Yes, of course.
                         8       Q.   All right.  Would there be anything
                         9  that's different in the analysis between writing
                        10  the script for the first time where you take
                        11  those risks and benefits into consideration as
                        12  compared to when you're increasing or decreasing
                        13  a dosage, or can we basically say it's the same
                        14  type of analysis?
                        15       A.   You -- You -- It -- It's basically
                        16  the same type of analysis.  You need to -- you
                        17  need to take every- -- everything, every little
                        18  bit and piece into consideration.
```

[170:22] - [171:21]       3/25/2008     Arias, Bernardo MD (Valentine)

• Supression

```
page 170
22       Q.   Okay.  She --
23            If there had been any type of
24  language -- Let me withdraw the question.
25            Did the defendants in this case
page 171
 1  ever inform you as to whether there was any
 2  association between suicidal behavior and
 3  Neurontin?
 4       A.   Did -- did anybody tell me that?
 5       Q.   Did the defendants in this case ever
 6  inform you in any way, shape, or form whether
 7  Neurontin was associated with suicidal behavior?
 8       A.   No.
 9       Q.   Did the defendants in this case in
10  any way, shape, or form, ever inform you that
11  Neurontin was associated with suicidal ideation?
12       A.   No.
13       Q.   Did the defendants in this case ever
14  inform you as to whether Neurontin was associated
15  with suicide attempts?
16       A.   No.
17       Q.   Okay.  Did the defendants in this
18  case ever inform you in any way, shape, or form
19  as to whether Neurontin was associated with any
20  mood or behavioral disturbances?
21       A.   No.
```

[171:22] - [172:23]       3/25/2008     Arias, Bernardo MD (Valentine)

• Materiality

```
page 171
22       Q.   If you had an understanding as a
23  treating psychiatrist that Neurontin did have an
24  association with suicidal behavior, how, if at
25  all, would it affect your prescribing practices
page 172
 1  of that drug?
 2       A.   If it really did --
 3            You know, there's a lot of
 4  medication, there's a lot of hype, and there's a
 5  lot of stuff, and there's a lot of confusion
 6  going on, okay? and there's a lot of big
 7  questions; and because there's questions, all
 8  this stuff is going around.
 9            If it was, you know, real hard data,
10  factual data, like, for example, Reserpine or
11  other older antihypertensive medications or other
12  kinds of medications that clearly cause
13  depression -- for example, interferon or any of
14  those medications that they use to treat
15  hepatitis C or to treat many different things
```

```
                          16  like MS or stuff like that -- if there's any hard
                          17  data where really it's known, then, of course,
                          18  absolutely.  And, you know --
                          19            But, you know, there's all this talk
                          20  about -- You know, there's a lot of different
                          21  factors involved that make these -- these things
                          22  extremely questionable, at least in my mind,
                          23  and -- and --
```

[173:1] - [173:16]        3/25/2008    Arias, Bernardo MD (Valentine)

                              • Materiality
                              • Reliance

```
                          page 173
                           1      Q.     All right.  And my next question
                           2  along those same lines is, in the event you did
                           3  determine that there was information of
                           4  importance related to whether Neurontin was
                           5  associated with suicidal behavior, even if you
                           6  still decided to prescribe such a drug, would you
                           7  inform the patient?
                           8            MS. SEATON:  Objection.
                           9            Go ahead.
                          10      A.     If it was information that -- that
                          11  showed me such hard data, uhm, absolutely.
                          12            And nowadays, because of all this is
                          13  going on, even a little bit of data, if it's news
                          14  and people are making a hype about it, I would
                          15  definitely be very cautious because there's all
                          16  this hype about it and people need money.
```

[175:8] - [175:20]        3/25/2008    Arias, Bernardo MD (Valentine)

                              • LabelRead

```
                          page 175
                           8      Q.     And as a part of your practice back
                           9  in the 2003 time frame --
                          10            And I'm focusing my attention to
                          11  that because that's the time frame leading up to
                          12  Ms. Valentine's suicide attempt.
                          13            -- did you have a practice, a habit,
                          14  a protocol of going to the Physicians' Desk
                          15  Reference to learn about a medication and to
                          16  understand how it worked, what the benefits were,
                          17  and the indications for which it could be
                          18  prescribed?
                          19      A.     If I had some question, ah, or
                          20  something new or something like that, yeah.
```

[178:17] - [179:18]       3/25/2008    Arias, Bernardo MD (Valentine)

                              • LabelRead

```
                          page 178
                          17      Q.     During his examination, Mr. Fromson
                          18  talked to you about, you know, a list of,
                          19  Wouldn't you want to -- Would-you-have-wanted-
                          20  to-know questions with regard to whether
                          21  Neurontin is associated with suicidal behavior.
                          22            As we sit here today, do -- do you
                          23  know whether Neurontin is associated with any
                          24  kind of suicidal behavior?
                          25      A.     To be honest with you, I just
                          page 179
                           1  learned about it today.
                           2      Q.     Okay.
                           3      A.     The only thing that I knew was
                           4  that -- and this I also got from them -- was
                           5  that, just like everybody else, there was all
                           6  this hype about it, and particularly in the -- in
```

```
 7   the pediatric where all these children --
 8   children with -- with -- with, you know, impulse
 9   behavior and -- and things like that, they
10   started using it in that group to see if they
11   can control some of that kind of behavior; and
12   actually, uhm, they -- they found out that
13   actually it -- it did the opposite in that group.
14   And that's as much as I knew; that it could cause
15   some disinhibition and mild, ah, on -- on -- on
16   children from 3 to 12, as is in the PDR; and that
17   I learned a few years ago from -- from
18   Massachusetts General Hospital and Harvard.
```