# EXHIBIT G

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | |
|---|---|
| [30:15] - [30:20] | 3/26/2008    Seshadri, Sash MD (Valentine) |

• LabelRead

```
page 30
15       Q.    Okay.  Before you start prescribing
16  a new drug, how do you make yourself familiar
17  with the -- the labeling, then?  Do you look at
18  the actual label that comes with the product?
19       A.    I look at -- look at the product
20  literature.
```

| | |
|---|---|
| [34:12] - [34:14] | 3/26/2008    Seshadri, Sash MD (Valentine) |

• Samples

```
page 34
12       Q.    Okay.  And samples -- Are samples
13  accompanied by package inserts?
14       A.    Yes.
```

| | |
|---|---|
| [34:15] - [34:18] | 3/26/2008    Seshadri, Sash MD (Valentine) |

• Reliance

```
page 34
15       Q.    Okay.  Is it -- Was it your practice
16  to discuss risks and benefits of medication with
17  patients prior to prescribing a -- a particular
18  drug?
```

| | |
|---|---|
| [37:23] - [38:7] | 3/26/2008    Seshadri, Sash MD (Valentine) |

• Reliance

```
page 37
23       Q.    Okay.  Is it true to say that you
24  only prescribe prescription medications for a
25  patient after you have satisfied yourself that
page 38
 1  the benefits outweigh the risks for a particular
 2  patient?
 3       A.    Yes.
 4       Q.    And is it also true to say that if
 5  at any time you determine that the risks outweigh
 6  the benefits, you would stop prescribing the drug
 7  to your current patients?
```

| | |
|---|---|
| [100:19] - [101:2] | 3/26/2008    Seshadri, Sash MD (Valentine) |

• Reliance

```
page 100
19       Q.    Okay.  But my question was, did you
20  have any conversations with Deborah Valentine
21  about Neurontin and any adverse effects?
22             MR. FROMSON:  Objection as to form.
23       A.    I had an initial conversation about
24  the general problems associated with the
25  medicine.  I do not recall any specific things
page 101
 1  that I discussed after her visit from the Mayo
 2  Clinic.
```

| | |
|---|---|
| [112:11] - [112:17] | 3/26/2008    Seshadri, Sash MD (Valentine) |

• Materiality

```
page 112
```

```
                          11        Q.    In 2002, if the Neurontin label had
                          12   had a warning about an increased risk of suicide
                          13   or suicide behavior or suicide attempt, would you
                          14   have -- would that have changed your prescribing
                          15   deci- -- decision for Deborah Valentine?
                          16        A.    I would have taken that into
                          17   consideration in my treatment.
```

[120:23] - [121:3]        3/26/2008    Seshadri, Sash MD (Valentine)

• LabelRead

```
page 120
 23        Q.    Okay.  Other than what would be
 24   considered the package insert; correct?
 25              I'll withdraw the question.
page 121
  1        A.    I can't remember if I got the
  2   package insert from the representative or I
  3   looked it up in the P- -- in the PDA [sic].
```

[124:21] - [125:15]       3/26/2008    Seshadri, Sash MD (Valentine)

• Supression

```
page 124
 21        Q.    Warner-Lambert, Parke-Davis, and
 22   Pfizer.
 23        A.    Ah, not -- No, not that I can
 24   recollect.
 25        Q.    Did the defendants in this case ever
page 125
  1   inform you as to whether there was an association
  2   with Neurontin and suicidal ideation?
  3        A.    I do not recall -- recollect that.
  4        Q.    Did the defendants in this case ever
  5   inform you as to whether there was an association
  6   between Neurontin and suicide attempts?
  7        A.    I do not recollect that.
  8        Q.    Did the defendants in this case ever
  9   inform you as to whether there was an association
 10   between Neurontin and completed suicides?
 11        A.    I do not recall that.
 12        Q.    Did the defendants in this case
 13   ever inform you as to whether there was any
 14   association between Neurontin and depression?
 15        A.    I do not recall that.
```

[128:24] - [129:14]       3/26/2008    Seshadri, Sash MD (Valentine)

• Materiality

```
page 128
 24        Q.    Okay.  Miss Seaton had asked you
 25   some questions about what your prescribing
page 129
  1   practices would have been if hypothetically there
  2   was some type of suicide warning in the -- in the
  3   labeling language for Neurontin.
  4              Notwithstanding your answer --
  5   whatever you said you said -- assuming that any
  6   such suicide warning existed in the package
  7   insert during the time frame that you were
  8   prescribing Neurontin to Ms. Valentine, would
  9   you have shared the information with
 10   Ms. Valentine?
 11              MS. SEATON:  Object to form.
 12        A.    I would have shared that if that was
 13   a serious concern or a serious side effect of the
 14   medicine.
```