# EXHIBIT H

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | |
|---|---|
| [27:9] - [27:15] | 7/18/2007    Burris, Richard (Roberson) |

• Reliance

```
page 27
 9       Q    When you have prescribed the medications that
10   you've listed, such as Amitriptyline, Klonopin, Darvocet, for
11   restless leg, is it because you determined that for -- and
12   Neurontin as well -- is it because you determined for those
13   patients that the benefits for those patients outweighed the
14   potential risks?
15       A    Yes.
```

| | |
|---|---|
| [30:17] - [31:9] | 7/18/2007    Burris, Richard (Roberson) |

• LabelRead

```
page 30
17       Q    And what were your sources of information that you
18   used to learn about Neurontin?
19       A    It's hard to remember specifically, but typically
20   what I'll do is I'll review -- when a new drug comes out I'll
21   review the package insert, mainly for the major risks and
22   indications and also dosages, of course.
23       Q    And do you review the actual package insert or do
24   you review the PDR?
25       A    Usually the PDR.  Pardon me.
page 31
 1            Since Hippocrates became available, and I believe
 2   that was in about 2000, 2001, that's a good resource to look
 3   for major contraindications, drug interactions and side
 4   effects.  It's used as a drug interaction program where you
 5   put in the person's drugs very quickly and see which drugs
 6   interact.  We use that quite a lot on the fly.
 7            We don't use it anymore because we have the
 8   computers in the room that do that.  But it was a very big
 9   step forward to be able to do that in the patients' rooms.
```

| | |
|---|---|
| [32:6] - [33:13] | 7/18/2007    Burris, Richard (Roberson) |

• OffLabelPromotion

```
page 32
 6       Q    Did any of the information that you obtained about
 7   Neurontin come from sales representatives for either
 8   Parke-Davis, Warner-Lambert or Pfizer?
 9       A    The availability, indications, dosing, I'm sure.  I
10   can't remember any specific interaction with them, but I'm
11   sure they came to the office.
12            We've limited drug rep access to our office for
13   several years.  I can't remember exactly when we started.  I
14   think it was after 2001.  But we've limited it to basically
15   three drug rep interactions per week because we're such a
16   busy practice, and we found with the HIPAA laws having them
17   around our office where patient care was occurring was too
18   big of a concern for us.
19            I'm sure I was detailed on Neurontin.  I can't
20   recall any specifics other than how to titrate it, how much
21   it cost at the time, which I can't remember from back in the
22   '90s.
23       Q    As you sit here today, do you have any specific
24   recollection of any discussion with any sales representatives
25   from Pfizer or Warner-Lambert, Parke-Davis?
page 33
 1       A    The biggest discussion I remember having with drug
 2   reps about Neurontin was the titration schedule, because one
 3   of the reasons we don't use it much anymore is because there
 4   are drugs that are comparable in price that are much easier
 5   to titrate.  It has a very wide dosage range and you have to
```

|  |  |
|---|---|
|  | 6  adjust it and it was cumbersome to use.  I remember<br>7  discussing those things.<br>8            Cost is always an issue.  I remember discussing if<br>9  you're going to give somebody something two or three times a<br>10 day with many different strengths what's the most economical<br>11 way to give it to them once they reach steady state.<br>12           I don't remember any specific discussions about<br>13 indications. |
| [38:20] - [39:4] | 7/18/2007    Burris, Richard (Roberson)<br><br>• LabelRead<br><br>page 38<br>20    Q    Have you ever read any product information that<br>21 Pfizer or Parke-Davis or Warner-Lambert may have prepared<br>22 regarding Neurontin, to your knowledge?<br>23    A    The product information piece that's approved by<br>24 the FDA, I'm sure I've seen those.<br>25    Q    What's in the PDR or the package insert?<br>page 39<br>1     A    Well, the package insert but also the FDA approves<br>2  educational material that drug reps carry around.  I'm sure<br>3  I've seen one of those.  I don't recall a specific one but<br>4  I'm sure I've seen one. |
| [39:17] - [39:20] | 7/18/2007    Burris, Richard (Roberson)<br><br>• Samples<br><br>page 39<br>17    Q    Do you have any specific memory of ever being<br>18 provided any samples of any Neurontin from any reps?<br>19    A    I'm sure we were provided samples of Neurontin.<br>20 I'm almost positive we were. |
| [76:13] - [77:4] | 7/18/2007    Burris, Richard (Roberson)<br><br>• LabelRead<br><br>page 76<br>13    Q    (By Mr. Maddock) Doctor, I'm showing you what's<br>14 been marked as Exhibit 4, which is the 2001 PDR entry for<br>15 Neurontin.  Does this look familiar?<br>16    A    It looks like a PDR entry and it is for Neurontin.<br>17    Q    Would you have reviewed the warnings and adverse<br>18 reactions at some point before you prescribed it for Mr.<br>19 Robertson?<br>20    A    Before prescribing it probably initially.<br>21    Q    And you're aware, Doctor, that during the time that<br>22 you were prescribing Neurontin -- strike that.<br>23           During the time that you were prescribing<br>24 Neurontin, were you aware that the PDR entry that you have<br>25 before you was the FDA approved information, prescribing<br>page 77<br>1  information for Neurontin?<br>2     A    We would have had the PDR available every year in<br>3  our office, and that's what we would refer to.  I would have<br>4  referred to it before prescribing it. |
| [81:4] - [83:11] | 7/18/2007    Burris, Richard (Roberson)<br><br>• Reliance<br><br>page 81<br>4     Q    Did you believe, Doctor, from reviewing the<br>5  labeling for Neurontin that it provided you the proper<br>6  risk/benefit analysis with respect to prescribing Neurontin<br>7  for Mr. Robertson?<br>8     A    Yes, I did.<br>9     Q    And has your practice and your patient's experience<br>10 and all of your review from the medical literature about |

```
11  Neurontin, has all that been consistent with what the label
12  has reported?
13      A   From what I've seen, yes.
14      Q   Have you seen anything in your practice or heard
15  things in your practice that you have not seen in the
16  labeling?
17      A   No.
18      Q   Would you have discussed with Mr. Robertson that
19  you were prescribing Neurontin for him for an off-label use?
20      A   Yes, I would have.
21      Q   Do you have a specific recollection of what you
22  told him in that regard?
23      A   Specific recollection, no.  I have to tell people
24  with neuropathy and restless leg syndrome at this time that
25  we don't have any drug approved for use in these conditions
page 82
 1  but this is what other experts have used and this is what we
 2  can try and these are the side effects of these different
 3  medicines.
 4          In his case I would have said we don't want to use
 5  these three because of what you're taking and what your
 6  problems are.
 7          I could have chosen another antiseizure medication
 8  but I didn't have any particular experience with another type
 9  for this particular problem, and I was more concerned about
10  side effects for him.
11      Q   Based on your standard practice, what do you tell
12  patients generally about Neurontin when you place them on the
13  drug?
14      A   I usually tell them it's going to most likely make
15  you either sleepy or a little off balance or may cause some
16  temporary problems in remembering things most likely and that
17  we have to titrate it fairly slowly so that that is
18  minimized.
19          If it's an elderly person and they have confusion,
20  I usually tell a caregiver we have to stop it.
21          I will tell them it's going to take a while to
22  provide pain relief most likely, and we may have to adjust it
23  and we may have to adjust it several times because the pain
24  relief may wear off over time.
25          And that generally speaking we don't know how it
page 83
 1  works but it's helped some of my patients with problems
 2  similar to theirs.
 3      Q   Would you have told Mr. Robertson to report to you
 4  any adverse events he felt like he was experiencing while he
 5  was taking Neurontin?
 6      A   It's just like the Paxil and Serzone.  We say if
 7  something's going wrong, call us.
 8          We usually have these people follow up within a
 9  very short period of time, within a matter of weeks or days,
10  and we tell them you come back if you're better, you call if
11  you're not better.
```

[110:6] - [111:9]    7/18/2007    Burris, Richard (Roberson)

• Supression

```
page 110
 6      Q   Are you -- well, back when you were treating Tommy
 7  Robertson, were you aware that in the FDA's clinical review
 8  with regard to Neurontin the FDA expressed a concern about
 9  depression?
10      A   Uh-hum.
11      Q   And that people taking Neurontin might experience
12  depression which might become worse and might require
13  intervention or lead to suicide?
14          MR. MADDOCK:  Object to form.
15      A   No, I would not have seen that particular
16  information.
17      Q   When you were treating Tommy Robertson were you
```

```
                            18  aware that the FDA had also expressed a concern in its
                            19  clinical review that patients taking Neurontin might try
                            20  suicidal attempts during clinical trials, that they had
                            21  actually observed suicidal attempts during clinical trials
                            22  involving Neurontin?
                            23          MR. MADDOCK:  Objection to form.
                            24      A   I would not have had that information, no.
                            25          MR. MADDOCK:  Objection.
                            page 111
                             1      Q   (By Mr. Richer) When you were treating Tommy
                             2  Robertson were you aware that the FDA had expressed a concern
                             3  in its clinical review regarding Neurontin regarding
                             4  clinically important depression seen in clinical trials of
                             5  Neurontin?
                             6          MR. MADDOCK:  Objection to form.
                             7      A   Again, unless they send us notification or put it
                             8  on their Website or put it in the PDR, no, I would not have
                             9  received any of that information.
```

[114:16] - [115:14]         7/18/2007    Burris, Richard (Roberson)

  • Materiality

```
page 114
 16     Q   If a drug in a -- hypothetically speaking, if a
 17  medication might have the effect of decreasing brain
 18  serotonin levels, would you think that would be clinically
 19  important to know if you were treating a patient like Tommy
 20  Robertson?
 21         MR. MADDOCK:  Object to form.
 22     A   There are some medicines that may decrease
 23  serotonin levels that may increase other levels that are
 24  actually used in depression.  Wellbutrin for one.
 25         But if it -- if you're saying if it interferes with
page 115
 1  the action of a serotonin reuptake inhibiter would that be
 2  important to know?  Yes it would.
 3     Q   At the time you were treating Tommy Robertson, had
 4  you ever been advised from any source that Neurontin might
 5  have the effect of decreasing brain serotonin levels?
 6         MR. MADDOCK:  Object to form.  Lacks foundation.
 7     A   Not that I recall.
 8     Q   If Warner-Lambert or Pfizer or Parke-Davis, for
 9  that matter, had been in possession of such information, is
 10 that information you would have wanted to have when you were
 11 treating Tommy Robertson?
 12        MR. MADDOCK:  Object to form.
 13    A   If it was confirmed I would want to know that so I
 14 could adjust medication dosages.
```

[122:11] - [122:13]         7/18/2007    Burris, Richard (Roberson)

  • LabelRead

```
page 122
 11     Q   And you've also looked at the 2001 PDR entry for
 12  Neurontin, correct?
 13     A   Yes.
```