EXHIBIT I

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

[18:14] - [18:18]       6/6/2007       Smith, Robert MD (Roberson prescriber)

• Reliance

```
page 18
14       Q.  Okay.  Do you agree that each time that you
15  prescribe Neurontin for neualgia or chronic pain, that
16  you determined that the benefits of using the drug
17  outweighed the risk?
18       A.  Yes.
```

[43:20] - [43:24]       6/6/2007       Smith, Robert MD (Roberson prescriber)

• Reliance

```
page 43
20       Q.  And you said that the best one.  Did you make a
21  determination that the benefits to Mr. Roberson from
22  treatment with Neurontin outweighed any potential risk
23  with the medication?
24       A.  Yes, as I would with any medication.
```

[44:10] - [44:17]       6/6/2007       Smith, Robert MD (Roberson prescriber)

• LabelRead

```
page 44
10       Q.  You mentioned earlier that you were not -- you
11  could not recall if you had actually read the package
12  insert.  Can you be more definitive?  Do you think in,
13  through the present date, that you have ever looked at
14  the package insert or the PDR entry for Neurontin?
15       A.  I'm certain that I've looked at the PDR entry
16  for Neurontin.  I don't know about the package insert,
17  but PDR, yes.
```

[46:2] - [46:7]       6/6/2007       Smith, Robert MD (Roberson prescriber)

• LabelRead

```
page 46
2       Q.  Do you think -- do you recall looking at the
3  warnings, the precautions, the adverse events section?
4       A.  No, I don't recall that.
5       Q.  Do you believe that you would have read those
6  sections?
7       A.  Yes.
```

[46:18] - [46:20]       6/6/2007       Smith, Robert MD (Roberson prescriber)

• Reliance

```
page 46
18       Q.  And did you also recognize that not all that
19  data can be put into a label?
20       A.  I would assume.
```

[48:12] - [48:21]       6/6/2007       Smith, Robert MD (Roberson prescriber)

• LabelRead
• Supression

```
page 48
12       Q.  And would these have been -- would you have read
13  this section, when you had reviewed the PDR entry for
14  Neurontin?
15       A.  Probably.
16       Q.  So would it be a fair statement that at the time
17  you prescribed Neurontin to Mr. Roberson, you were aware
```

```
18  that what had been reported in clinical trials included
19  suicide and suicidal gesture?
20      A.  I don't know.  I can't recall that specific, you
21  know, thinking about that specifically.
```

[49:13] - [49:17]          6/6/2007     Smith, Robert MD (Roberson prescriber)

• Reliance

```
page 49
13      Q.  Did you believe from reviewing the labeling for
14  Neurontin that it provided you the information that you
15  needed to make a proper risk benefit analysis with
16  respect to prescribing the medication to Mr. Roberson?
17      A.  Yes.
```

[122:24] - [123:9]          6/6/2007     Smith, Robert MD (Roberson prescriber)

• Supression

```
page 122
24      Q.  At the time you were providing care and
25  treatment to Mr. Roberson, were you aware of that
page 123
1  concern, as expressed in this document by the FDA?
2          MR. HEGARTY:  Objection to the form.
3      A.  No, I was not aware.
4      Q.  To your knowledge, did any -- anyone on behalf
5  of Parke-Davis, Warner-Lambert or Pfizer, in any way
6  communicate any concern or communicate the FDA's concern
7  about that issue to you?
8          MR. HEGARTY:  Objection to the form.
9      A.  Not that I recall.
```

[125:19] - [128:6]          6/6/2007     Smith, Robert MD (Roberson prescriber)

• Materiality
• Reliance
• Supression

```
page 125
19      Q.  In this paragraph it states, quote, In its
20  clinical database of 2,048 patients, Gabapentin has a
21  risk profile that is uncertain with five groups of
22  important adverse events that have not yet been fully
23  characterized.  Specifically, seizure exacerbation,
24  carcinogenicity, clinically important depression, renal
25  failure and teratogenicity.  Accumulated long-range
page 126
1  safety data are eliminated -- are limited by the
2  excessive attrition due to apparent lack of sustained
3  efficacy".  Was this information communicated to you by
4  anyone at any point during the period of time you were
5  treating Mr. Roberson or prior to that period of time?
6          MR. HEGARTY:  Objection to the form.
7      A.  Not that I can recall.
8      Q.  Were you aware of, in general, the clinical
9  review that's been marked Exhibit 18, prior to or during
10  your treatment of Mr. Roberson?
11      A.  No.
12          MR. HEGARTY:  Objection to the form.
13      A.  I was not aware.
14      Q.  Had you been aware of the existence of this
15  document, would you have wanted to read it or review it,
16  prior to prescribing Neurontin for your patients?
17          MR. HEGARTY:  Objection to form.  Calls for
18  speculation.
19      A.  Yes, perhaps.
20      Q.  Looking at the information that's set forth in
21  the third paragraph on page 117, specifically the
22  sentence that states, "A third is that depression, while
```

```
23  it may not be an infrequent occurrence in the epileptic
24  population, may become worse and require intervention or
25  lead to suicide, as it has resulted in some suicidal
page 127
 1  attempts.
 2          Is this information that you would have wanted
 3  to know, prior to subscribing Neurontin for your
 4  patients?
 5          MR. HEGARTY:  Objection to form.  Also calls for
 6  speculation.
 7      A.  It's important information to know.
 8      Q.  Looking at the information set forth in the last
 9  paragraph of page 117, and I'm not going to read the
10  entire paragraph, is this information that you would have
11  wanted to know prior to prescribing Neurontin for your
12  patients?
13          MR. HEGARTY:  Objection to the form.  Also asked
14  and answered.
15      A.  Yes.
16      Q.  Would you have considered the fact that the FDA
17  was concerned that Neurontin and Gabapentin had a
18  important adverse event described as clinically important
19  depression, would you have wanted to know that, prior to
20  prescribing Neurontin for your patients?
21          MR. HEGARTY:  Objection to the form.  Also asked
22  and answered.  Calls for speculation.
23      A.  I would consider it but, you know, would still
24  consider prescribing the medication.
25      Q.  Would that be information, however, that you
page 128
 1  would want to take into account, in terms of the process
 2  you go through in making a decision about prescribing a
 3  medication?
 4      A.  Yes.
 5          MR. HEGARTY:  Same objection.
 6      A.  When weighing benefits and risks, yes.
```

[128:20] - [129:17]        6/6/2007      Smith, Robert MD (Roberson prescriber)

• Materiality
• Reliance
• Supression

```
page 128
20      Q.  Would you have liked to know about the FDA's
21  concern about clinically important depression associated
22  with the use of Neurontin, prior to prescribing Neurontin
23  for Mr. Roberson?
24          MR. HEGARTY:  Objection to the form.  Also asked
25  and answered at least twice.  Calls for speculation.
page 129
 1      A.  Yes, not just for Mr. Roberson, though.  For any
 2  patient.
 3      Q.  Is this concern, that is, the concern about
 4  clinically important depression, is this something that
 5  you would discuss with patients prior to prescribing
 6  Neurontin for them, if you had been aware of it?
 7          MR. HEGARTY:  Objection to the form. You're
 8  talking about discussing what's referenced in Exhibit
 9  No. 19?
10          MR. RICHER:  19?  I think we're -- yes, 19.
11  That's correct.
12      Q.  Had you been aware of these concerns as set
13  forth on page 117, would these have been something that
14  you would discuss with patients prior to prescribing
15  Neurontin for them?
16          MR. HEGARTY:  Objection to the form.
17      A.  Yes.
```

[131:1] - [131:22]        6/6/2007      Smith, Robert MD (Roberson prescriber)

• Supression

page 131

1      Q.  To your knowledge, does the concern as set forth
2  in Exhibit 19 at page 117, that is, clinically important
3  depression associated with Neurontin, is that a concern
4  that appears anywhere in the Physicians' Desk Reference
5  information with regard to Neurontin?
6          MR. HEGARTY:  Let me object to the form.  I
7  think it mischaracterizes what the document says and I
8  ask the doctor to look at the PDR and see if there's a
9  reference to depression in there.
10         MR. RICHER:  Well, that's not my question.  You
11 can certainly do that on --
12         MR. HEGARTY:  I think the doctor should be
13 allowed to look at a PDR without having him assume he
14 knows everything in it.
15         MR. RICHER:  You can certainly ask questions on
16 follow up with that.  And I'm sure that will be one of
17 them.  I'm asking the doctor, if to his knowledge the
18 concern of clinically important depression appears in the
19 PDR information with regard to Neurontin.
20         MR. HEGARTY:  I'm going to object to the form.
21 I think the doctor should be allowed to look at the PDR.
22     A.  I don't have a specific recollection of that.

[132:14] - [132:21]      6/6/2007      Smith, Robert MD (Roberson prescriber)

• Supression

page 132

14     Q.  Yes.  Do you see any reference to clinically
15 important depression in that PDR listing?
16     A.  Uhm, what I see under adverse reaction would be
17 common side effects.  And under nervous system,
18 dizziness, headache, drowsiness, sleep disturbance,
19 fatigue, weakness, tremors, twitching, but I'm not seeing
20 a reference to clinically important depression under
21 common side effects.

[134:10] - [134:23]      6/6/2007      Smith, Robert MD (Roberson prescriber)

• Materiality
• Supression

page 134

10     Q.  I want you to assume that before Neurontin was
11 approved by the FDA --
12     A.  Uh-huh (affirmative).
13     Q.  -- clinical trials of the drug revealed suicidal
14 ideation and suicide attempts in people who did not have
15 any prior psychiatric history.  Would you find that to be
16 a medically significant fact, assuming it to be true?
17         MR. HEGARTY:  Objection to the form.  Same
18 objection.
19     A.  Yes.
20     Q.  And as you sit here today, you don't have any
21 personal knowledge about whether that's true or not;
22 corrects?
23     A.  That's correct.

[135:1] - [135:5]      6/6/2007      Smith, Robert MD (Roberson prescriber)

• Materiality

page 135

1      Q.  Is that something which, if it was true, you
2  would have wanted to know before you prescribed Neurontin
3  for any of your patients?
4          MR. HEGARTY:  Objection to the form.
5      A.  Yes.

[141:3] - [142:1]         6/6/2007     Smith, Robert MD (Roberson prescriber)

• Materiality
• Supression

page 141
3      Q.  I want you to assume for the purposes of my
4  question that at the time you were prescribing Paxil for
5  Mr. Roberson, there was clinical evidence available
6  indicating that Neurontin would actually decrease the
7  amount of serotonin available in the brain of someone
8  taking it.  Assuming that to be true, would you have
9  wanted to know that, prior to prescribing either
10  Neurontin or Paxil for Mr. Roberson?
11          MR. HEGARTY:  Objection to the form.  Assumes
12  facts not in evidence.  Calls for speculation.
13      A.  All information like that is important when
14  making decisions.  So sure, yes.
15      Q.  At the time you were prescribing Neurontin for
16  Mr. Roberson, did you -- were you aware in any way that
17  Neurontin might act in a fashion contrary to the intended
18  mechanism of action of Paxil?
19          MR. HEGARTY:  Objection to the form.
20      A.  I was not.
21      Q.  And assuming that to be true, would you have
22  wanted to know that, prior to prescribing Neurontin for
23  Mr. Roberson?
24          MR. HEGARTY:  Objection to the form.  Lacks
25  foundation, calls for speculation.
page 142
1      A.  Yes.