EXHIBIT J

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | | |
|---|---|---|
| [15:15] - [15:23] | 5/8/2007 | Hartenstein, Kenneth (Bentley) |

• Supression

```
page 15
15       A.   "A third is that depression, while it may be not an
16  infrequent occurrence in the epileptic population, may become
17  worse and require intervention or lead to suicide, as it has
18  resulted in some suicidal attempts."
19       Q.   Were you aware that the FDA had voiced such concern
20  in 2002?
21            MS. SCHULTZ:  Object to the form.
22            THE WITNESS:  I have no recollection of being aware
23  of that.
```

| | | |
|---|---|---|
| [15:25] - [16:25] | 5/8/2007 | Hartenstein, Kenneth (Bentley) |

• Materiality

```
page 15
25       Q.   If the FDA has outlined one of five concerns being
page 16
 1  what you just read, is that material to you as a potential
 2  prescribing physician?
 3            MS. SCHULTZ:  Object to the form.
 4            THE WITNESS:  It's certainly something to consider.
 5  BY MR. FINKELSTEIN:
 6       Q.   You would incorporate it into your thought process?
 7       A.   Yes.
 8       Q.   And evaluation of prescribing the drug?
 9       A.   Yes.
10       Q.   Is this information some of the kind that you would
11  have liked to have known that related to this drug?
12            MS. SCHULTZ:  Object to the form.
13            THE WITNESS:  Is the impression here that I
14  prescribed the drug?
15  BY MR. FINKELSTEIN:
16       Q.   No.  I know you have not prescribed it.  Again,
17  Doctor, I mentioned we're not going to keep you here too long,
18  we'll get to your specific records.  We understand you did not
19  prescribe the drug.  I simply want to know, as a physician who
20  you said has prescribed Neurontin, not with respect to
21  Mr. Bentley but in general, is this information material
22  information that you would find valuable?
23            MS. SCHULTZ:  Object to the form.
24            THE WITNESS:  It's somewhat valuable.
25  //
```

| | | |
|---|---|---|
| [20:17] - [21:1] | 5/8/2007 | Hartenstein, Kenneth (Bentley) |

• Materiality

```
page 20
17       Q.   Is it material to know that a portion of the
18  patients in the original Neurontin clinical trials developed
19  treatment emergent depression that had no prior report of
20  depression?
21            MS. SCHULTZ:  Object to the form.
22            THE WITNESS:  Yes.
23  BY MR. FINKELSTEIN:
24       Q.   That's information you find material?
25            MS. SCHULTZ:  Object to the form.
page 21
 1            THE WITNESS:  Yes.
```

| | | |
|---|---|---|
| [24:1] - [24:7] | 5/8/2007 | Hartenstein, Kenneth (Bentley) |

• Supression

```
                              page 24
                               1       Q.   I'm going to ask you the same question, Doctor, were
                               2  you familiar in 2001 and 2002 that patients with a history of
                               3  psychotic illness upon commencing Neurontin therapy reported
                               4  psychotic episodes?
                               5            MS. SCHULTZ:  Object to the form.
                               6            THE WITNESS:  Again, I don't have any recollection
                               7  of that.
```

[24:9] - [24:19]        5/8/2007        Hartenstein, Kenneth (Bentley)

• Materiality

```
                              page 24
                               9       Q.   Is that information material to you as a physician,
                              10  the information specifically that related to the mood and
                              11  behavioral disturbances?
                              12            MS. SCHULTZ:  Object to the form.
                              13            THE WITNESS:  Yes.
                              14  BY MR. FINKELSTEIN:
                              15       Q.   And is it material information related to taking a
                              16  history of psychotic illness before initiating Neurontin
                              17  therapy?
                              18            MS. SCHULTZ:  Object to the form.
                              19            THE WITNESS:  Yes.
```

[36:7] - [36:10]        5/8/2007        Hartenstein, Kenneth (Bentley)

• Materiality

```
                              page 36
                               7       Q.   Would it be important for you to know as a
                               8  prescribing physician whether or not a particular drug alters
                               9  the production of serotonin?
                              10       A.   Yes.
```

[38:18] - [38:23]        5/8/2007        Hartenstein, Kenneth (Bentley)

• Reliance

```
                              page 38
                              18       Q.   Ultimately, do you believe it's for the patient to
                              19  make that determination or you as the physician or you
                              20  together with the patient?
                              21       A.   Well, that is my job to discuss risks and benefits
                              22  of medication.  Ultimately, the patient is the one who
                              23  ultimately takes the medication.
```

[49:11] - [50:12]       5/8/2007        Hartenstein, Kenneth (Bentley)

• Problem

```
                              page 49
                              11       Q.   Regarding the treatment of his depression and you
                              12  had noted, I'm sorry, on the previous date, October 5th, 2001
                              13  that he had been treating with a psychiatrist, were you
                              14  actively treating him at this point --
                              15       A.   No.
                              16       Q.   -- related to any emotional disturbances that he
                              17  had?
                              18       A.   No.  Dr. Rasiah was doing all the prescribing for
                              19  him.
                              20       Q.   Did you discuss on October 5th, 2001 when you
                              21  learned that Steve Bentley had been prescribed Neurontin, did
                              22  you discuss that prescription at all with him?
                              23       A.   Only the fact that he was taking it.
                              24       Q.   If you were aware of the changes in the brain
                              25  chemistry that Neurontin causes and it alarmed you, would you
                              page 50
                               1  have said anything at that time?
                               2            MS. SCHULTZ:  Object to the form.
                               3            THE WITNESS:  I must say the reason I sent him to
```

```
 4  the specialist in the field was because he needed to see a
 5  specialist in the field.  I don't usually secondguess the
 6  specialist's decision on drug therapy in any field of
 7  medicine.  I mean, if I thought there was some obvious wrong
 8  combination of drugs I guess I would mention that, of course,
 9  but, you know, the specialists often use medications in ways
10  -- the reason I send the patient to them is to get their
11  expertise and have them take over the case and treat the
12  patient appropriately.
```

[57:5] - [57:16]     5/8/2007     Hartenstein, Kenneth (Bentley)

- LabelRead
- Reliance

```
page 57
 5       Q.   When you prescribe Neurontin for your patients, do
 6  you discuss with those patients the risks and benefits of
 7  Neurontin?
 8       A.   Yes, adverse effects, things to watch for starting
 9  out.
10       Q.   What information do you rely upon in determining
11  what risks and adverse effects you would discuss with your
12  patients that you're prescribing Neurontin to?
13       A.   Well, again, perhaps the PDR, although it is getting
14  less -- it's too big to carry.  Current Therapy, Medical
15  Letter, those are the kinds of literature and sources that I
16  might refer to.
```