# EXHIBIT K

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | |
|---|---|
| [47:16] - [48:12] | 5/8/2007     Rasiah, Lakshman (Bentley) |

• Materiality

```
page 47
16      Q.   Strike that.  Would you want to know whether
17  the innovator Warner-Lambert at the time had
18  internal documentation about its efficacy for
19  treatment of psychiatric indications?
20           MR. DIAMOND:  Again, when you say --
21           MS. SCHULTZ:  Object to form.
22           MR. FINKELSTEIN:  I always limit it.
23           THE WITNESS:  Yes, I would want to.
24      Q.   And would it be material if Warner-Lambert
25  had conducted internal studies and they did not
page 48
 1  disclose the outcome of those if they were negative?
 2           MR. DIAMOND:  When you say would it be
 3  material --
 4  BY MR. FINKELSTEIN:
 5      Q.   Would you want to know?
 6      A.   Yes, I would.
 7      Q.   As a prescribing psychiatrist, is it
 8  important to know the true mechanisms of action of a
 9  drug and how it alters brain chemistry before you
10  start prescribing it?  Is that something you want to
11  know?
12      A.   Yes.
```

| | |
|---|---|
| [66:6] - [66:15] | 5/8/2007     Rasiah, Lakshman (Bentley) |

• LabelRead
• Reliance

```
page 66
 6      Q.   Specifically with respect to Steve Bentley,
 7  did you describe the risks and benefits -- we're
 8  going to go through the specific medications -- but
 9  all the various medications you prescribed?
10      A.   Yes.
11      Q.   Doctor, before you prescribed Neurontin to
12  Steve Bentley, did you read the actual product
13  label?
14      A.   I usually refer to the PDR which to all
15  intents and purposes amounts to a product label.
```

| | |
|---|---|
| [72:22] - [73:10] | 5/8/2007     Rasiah, Lakshman (Bentley) |

• OtherContact

```
page 72
22      Q.   I'm marking as Plaintiff's 8 a study that
23  appeared in the Journal of Clinical
24  Psychopharmacology.  I'd like to know if you've ever
25  seen that before.
page 73
 1      A.   I believe I have but I can't say for
 2  certain.
 3      Q.   Do you know any of the authors contained in
 4  this article?
 5      A.   Some of the names are quite well known.  Dr.
 6  Post, for example.
 7      Q.   Do you know what that article says?
 8      A.   I can look at it.
 9      Q.   Because you said you believe you saw it?
10      A.   I believe I saw it.
```

| | |
|---|---|
| [80:20] - [81:3] | 5/8/2007     Rasiah, Lakshman (Bentley) |

|  |  |
|---|---|
|  | • LabelRead |
|  | • Reliance |
|  | ```
page 80
 20     Q.   At this time did you prescribe Neurontin for
 21  the first time?
 22     A.   Yes, for him.
 23     Q.   And did you discuss with Steve the risks and
 24  benefits of Neurontin?
 25     A.   In the manner that I described earlier which
page 81
  1  is to -- to refer to the PDR -- to refer to the PDR
  2  and its content at the time and also that other book
  3  that I had in my hand.
``` |
| [83:4] - [83:11] | 5/8/2007     Rasiah, Lakshman (Bentley) |
|  | • Reliance |
|  | ```
page 83
  4          THE WITNESS:  Had I known that it
  5  exacerbated -- if it does as you have mentioned
  6  exacerbated depression or caused suicidal
  7  ideation --
  8          MR. DIAMOND:  He's just asking if you would
  9  have talked with him about that.
 10          THE WITNESS:  I would have shared that with
 11  him, yes.
``` |
| [95:4] - [95:17] | 5/8/2007     Rasiah, Lakshman (Bentley) |
|  | • Materiality |
|  | ```
page 95
  4     Q.   The special warnings and precautions for use
  5  that -- where it states plaintiffs taking Neurontin
  6  can be the subject of mood and behavioral
  7  disturbances, is that of significance?
  8     A.   Yes.
  9          MS. SCHULTZ:  Object to the form.
 10  BY MR. FINKELSTEIN:
 11     Q.   And caution is recommended in patients with
 12  a history of psychotic illness.  Is that the type of
 13  information you would have provided?
 14          MS. SCHULTZ:  Object to form.
 15          THE WITNESS:  That is important information.
 16  It didn't apply to him but it's important
 17  information.
``` |
| [126:15] - [127:6] | 5/8/2007     Rasiah, Lakshman (Bentley) |
|  | • LabelRead |
|  | • Reliance |
|  | ```
page 126
 15     Q.   Doctor, I'm going to hand you what has been
 16  marked as Deposition Exhibit 12 which is the 2001
 17  PDR.
 18     A.   Right.
 19     Q.   You indicated that you made it a practice of
 20  reviewing the PDR information prior to prescribing
 21  drugs; is that correct?
 22     A.   And also sharing it with the patient those
 23  portions that would apply to informed consent.
 24          MR. DIAMOND:  Did she ask you that?
 25          THE WITNESS:  No.
page 127
  1  BY MS. SCHULTZ:
  2     Q.   What portions of the PDR would you share
  3  with the patient?
  4          MR. DIAMOND:  There you go.
  5          THE WITNESS:  Side effects mainly,
``` |

6   **contraindications.**