EXHIBIT L

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | |
|---|---|
| [101:16] - [102:13] | 3/27/2008    Sullivan, Daniel MD (Shearer) |

• Materiality

```
page 101
16       Q.    Okay.  And you would factor that
17  into, if you're aware of this alert, you would
18  factor that into your decision with regard to
19  the risks and benefits of prescribing Neurontin
20  to patients?
21            MS. SCHULTZ:  Object to the form.
22       A.    As of today, looking at this piece
23  of paper, if I was to prescribe Neurontin
24  myself, initiate the therapy of Neurontin for
25  someone in the condition where I occasionally
page 102
 1  use it which is postherpetic neuralgia, I would
 2  certainly take this into account.
 3       Q.    Okay.  What about similarly if you
 4  were prescribing Neurontin off label, you would
 5  also take that into account, wouldn't you?
 6            MS. SCHULTZ:  Object to the form.
 7       A.    I'm not aware where I've ever
 8  initiated the therapy for Neurontin off label.
 9       Q.    If you're refilling a prescription
10  for off-label use of Neurontin, would you
11  consider this?
12            MS. SCHULTZ:  Object to the form.
13       A.    Today I would.
```

| | |
|---|---|
| [103:7] - [103:16] | 3/27/2008    Sullivan, Daniel MD (Shearer) |

• Materiality

```
page 103
 7       Q.    Would you have ignored a
 8  statistically significant increased risk of
 9  suicide in placebo controlled randomized trials
10  in your decision to prescribe Neurontin in
11  2001?
12            MS. SCHULTZ:  Object to the form.
13       A.    I -- I don't ignore information,
14  but data that is presented to me, on a given
15  day in a given situation, would be factored
16  into a decision process.
```