EXHIBIT M

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

[6:21] - [8:24]          6/29/2007    Cato, James (Smith)

                         • LabelRead

```
page 6
21 Q.       Okay.  And we had some discussions prior
22 to the start of the deposition regarding whether
23 or not Neurontin is a medication that you,
24 yourself, prescribe for Mr. Smith.  Did you
25 prescribe Neurontin for Mr. Smith?
page 7
 1 A.       Looking back -- I didn't remember, but,
 2 no, I never did.  But we did note that he took it
 3 at one point --
 4 Q.       Okay.
 5 A.       -- and -- and -- at one point during his
 6 care he was taking it from somebody.
 7 Q.       And in terms of your review of Neurontin
 8 product information, what exactly did you review?
 9 A.       I looked at indications.  I knew before
10 that Neurontin is used for a lot of neuropathic
11 pain.  I didn't -- I probably did know it was off
12 label for that, but, you know, it's kind of
13 standard of care.  It's used a lot for neuropathic
14 pain.
15 Q.       It's a medication you prescribe yourself?
16 A.       Yes.
17 Q.       And when you -- when you went and looked
18 at product information, what -- what in particular
19 were you looking for?
20 A.       I was mainly looking for side effects.
21 And, you know, when you -- when you look at
22 product information, there are always thousands of
23 side effects that are listed.  I didn't find out
24 anything I didn't know already.
25 Q.       Okay.  And did you -- where did you go to
page 8
 1 look for that information?
 2 A.       I looked at the PDR, and also I have an
 3 online medical library called Up-To-Date that has
 4 drug information.  It's -- it's fairly similar to
 5 the PDR, probably not quite as -- doesn't list as
 6 much information, but -- but it's comparable.
 7 Q.       And -- and you would have looked at the --
 8 when you said the PDR, is that the Physician's
 9 Desk Reference?
10 A.       Exactly.
11 Q.       Okay.  What -- what is that document -- or
12 that book?
13 A.       It is a compendium of drug information, I
14 presume put together by the various pharmaceutical
15 companies because it's -- it's brand name drugs
16 and -- and all of the information about a drug
17 is -- that doctors need -- need to know is in
18 there.
19 Q.       Okay.  And you understand that to be a
20 document that -- that contains information
21 regarding indications and warnings, precautions,
22 side effects of particular prescription
23 medications?
24 A.       Yes.
```