# EXHIBIT N

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | | |
|---|---|---|
| [10:11] - [10:23] | 6/8/2007 | Krancer, Pamela APN (Smith prescriber) |

• Reliance

```
page 10
11 Q.      Okay.  When the drug reps come to you, I
12 assume they're coming because they want to detail
13 you or tell you details about their drugs and
14 their products so that you know what you've got to
15 help with your patients; is that fair?
16 A.      That's fair.
17 Q.      And I assume that's something that you
18 and -- much like the doctors we've talked to so
19 far, rely on?
20 A.      Uh-huh.
21 Q.      And I don't mean to be rude, but uh-huh is
22 yes?
23 A.      Oh, I'm sorry, yes.
```

| | | |
|---|---|---|
| [12:7] - [13:15] | 6/8/2007 | Krancer, Pamela APN (Smith prescriber) |

• Supression

```
page 12
 7 Q.      Okay.  Now, did the reps ever tell you
 8 that Neurontin was associated with reduction in --
 9 well, let's start with serotonin.  Did they ever
10 tell you that?
11 A.      Not that I remember.
12 Q.      Do you remember them ever telling you
13 Neurontin was associated with a reduction in
14 norepinephrine?
15 A.      Not that I remember.
16 Q.      Do you remember them ever telling you
17 that, long before they visited with you, in fact,
18 before they started selling the drug, the FDA had
19 written them up saying that an increase in
20 depression and an increase in suicides are some of
21 the concerns that need to be addressed with the
22 drug?
23              MR. FERGUSON:  Excuse me, object to
24 form.
25              You may go.
page 13
 1              THE WITNESS:  Not that I remember.
 2 BY MR. LANIER:
 3 Q.      Okay.  And that was in 1992 that the FDA
 4 did that, I'll represent to you.
 5              In 2002, the FDA approved the drug for
 6 another usage, and in the process, said that
 7 they're -- other than the problems that had
 8 already been pointed out, 1992, there hadn't been
 9 any other problems.  But even in 2002, did they
10 tell you about these earlier problems?
11              MR. FERGUSON:  Object to the
12 narrative.  I'm sorry.  Excuse me.
13              THE WITNESS:  No, that's fine.
14              MR. FERGUSON:  Okay.
15              THE WITNESS:  Not that I remember.
```

| | | |
|---|---|---|
| [14:2] - [15:5] | 6/8/2007 | Krancer, Pamela APN (Smith prescriber) |

• Materiality
• Reliance

```
page 14
 2 Q.      Okay.  If you had known about the side
 3 effects that I've discussed, if it had been
```

```
 4  brought to your attention that this drug is
 5  associated with increases in depression and
 6  suicide, would you have taken into account that
 7  information before you prescribed this drug?
 8            MR. FERGUSON:  Object to form.
 9            THE WITNESS:  I guess being -- not
10  being a psychiatrist or a psychologist or even a
11  psychiatric nurse, I have to be honest in the fact
12  that I -- I always consider any drug that I give
13  somebody that I feel is truly depressed, but I
14  don't -- you know, I probably would have thought
15  about it a little bit harder.
16  BY MR. LANIER:
17  Q.     Might have at least thought about giving
18  some warnings or some information about, hey, if
19  you think this is causing you to be more depressed
20  or something, would you please contact someone,
21  some medical help?
22            MR. FERGUSON:  Object to form.
23  BY MR. LANIER:
24  Q.     Is that fair to say?
25  A.     I probably would have added it to my
page 15
 1  education, yes, sir.
 2  Q.     And by education, is that what you tell
 3  patients when you give them drugs?
 4  A.     I try to educate them on side effects of
 5  medication before I give it to them, yes, sir.
```

[27:22] - [28:25]   6/8/2007   Krancer, Pamela APN (Smith prescriber)

- LabelRead
- Reliance

```
page 27
22  Q.     And he asked you what you would do if
23  there were such a -- if the scientific evidence
24  said there was not such an association, you might
25  do things differently than what you told him?
page 28
 1  A.     Hindsight is always 20/20.
 2  Q.     I understand.  The PDR or the package
 3  insert, is that something you read before you
 4  prescribe medications for patients?
 5  A.     I usually don't read the entire package
 6  insert.  But we have books that are available to
 7  us, and there's always blurbs in our journals
 8  about new medication, and, you know, we try to at
 9  least read all that so we can at least educate
10  people as much as we can on side effects.
11  Q.     And is it fair to say that these notation,
12  the package inserts, the PDR references, have long
13  lists of adverse events that have occurred either
14  postmarketing or in clinical trials?
15  A.     Yes, sir.
16  Q.     And is that fair to say, that when you
17  prescribe a medication to a patient, you don't go
18  through every adverse event that's listed?
19  A.     No, sir, I don't.
20  Q.     You couldn't do that, could you?
21  A.     No, sir.
22  Q.     But you may go through what the FDA and
23  the company have determined is appropriate to --
24  to warn or give precautions about, correct?
25  A.     Yes, sir.
```