EXHIBIT O

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | |
|---|---|
| [26:22] - [27:11] | 5/23/2007     Mackey, Edward MD (Smith prescriber) |

• Reliance

```
page 26
22  Q.      Do you rely upon the drug companies to
23  be honest and forthright with you?
24              MR. FERGUSON:  Object to form.
25  A.      Yes.
page 27
 1  Q.      (By Mr. Lanier)  Do you rely on the
 2  drug companies to tell you both the, the good
 3  and the bad and the ugly about their drugs, be
 4  honest about it?
 5  A.      Yes.
 6  Q.      Don't doctors like you, who are busy
 7  treating people, have to rely upon drug
 8  companies to tell you the truth?  I mean would
 9  you have time to go out and, and do major
10  medical research on every drug you prescribe?
11  A.      No.
```

| | |
|---|---|
| [28:5] - [28:8] | 5/23/2007     Mackey, Edward MD (Smith prescriber) |

• Samples

```
page 28
 5  Q.      I would assume, we've got a chance to
 6  look at -- the Pfizer folks were putting a lot
 7  of samples in your office of this drug?
 8  A.      Yes.
```

| | |
|---|---|
| [28:24] - [29:12] | 5/23/2007     Mackey, Edward MD (Smith prescriber) |

• OffLabelPromotion

```
page 28
24  Q.      So when the Pfizer people were making
25  sales calls on them for Neurontin and giving
page 29
 1  them Neurontin, by definition they're not doing
 2  it for the label reasons, they're not doing it
 3  for shingles or, or epilepsy, are they?
 4              MR. FERGUSON:  Object to form.
 5  A.      Certainly neither Clendenin nor Nichols
 6  treat seizures.
 7  Q.      Okay.
 8  A.      They may have had an occasion to treat
 9  postherpetic neuralgia.
10  Q.      Okay.
11  A.      But clearly not the dominant reason
12  they prescribed it.
```

| | |
|---|---|
| [29:13] - [30:21] | 5/23/2007     Mackey, Edward MD (Smith prescriber) |

• OffLabelPromotion
• Reliance

```
page 29
13  Q.      (By Mr. Lanier)  Right.  And I assume
14  you would interact with these folks enough to
15  know if, if they're being told that Neurontin's
16  effective for pain and the samples are being
17  given, would that be one of the places where
18  you would have gotten some of your knowledge
19  about possibly using it?
20              MR. FERGUSON:  Object to form.
21  A.      Yeah, the rule -- the sort of the setup
22  in our office, the PM&R guys handle
```

```
                        23  non-operative back and pain.  I'm a spine
                        24  surgeon, and I do a lot of the operative, but
                        25  clearly I have patients who have pain issues,
                      page 30
                         1  either operative or non-operative, that I rely
                         2  on them to some extent to guide me.
                         3  Q.      Okay.  I guess what I'm driving at is,
                         4  I don't show that the Pfizer people directly
                         5  went to you and said, Here, use Neurontin for
                         6  pain.  I see that they went to your partners
                         7  that are the pain specialists in the clinic,
                         8  and, and I'm trying to figure out if, if that
                         9  would have had an influence on your
                        10  prescription writing when you're writing
                        11  something for pain before you do a surgery to
                        12  see if conservative treatment would work.
                        13              MR. FERGUSON:  Object to form.
                        14  Q.      (By Mr. Lanier)  Would it have any
                        15  bearing on you?
                        16  A.      I definitely interact with Clendenin
                        17  and Nichols on a regular basis.
                        18  Q.      Great.
                        19  A.      And the issues of pain management come
                        20  up regularly, my asking them for input advice,
                        21  not just on this but other issues than that.
```

[33:1] - [33:5]          5/23/2007    Mackey, Edward MD (Smith prescriber)

• Supression

```
page 33
 1  Q.      (By Mr. Lanier)  Doctor, did anyone
 2  ever tell you or did you know that taking
 3  Neurontin reduces the serotonin in the brain?
 4              MR. FERGUSON:  Object to form.
 5  A.      No.
```

[33:14] - [34:4]         5/23/2007    Mackey, Edward MD (Smith prescriber)

• Supression

```
page 33
14  Q.      (By Mr. Lanier)  All right.  Would
15  you -- did -- did you know before you
16  prescribed it that the FDA, before they
17  approved the drug for the very limited purposes
18  they approved it for, that the FDA specifically
19  said to ultimately Pfizer that a serious event
20  might limit the drug's widespread usefulness,
21  several of them actually, the third being
22  depression, specifically.  While it may not be
23  an infrequent occurrence in the epileptic
24  population, depression may become worse and
25  require intervention or lead to suicide as it's
page 34
 1  resulted in some suicidal attempts.
 2              Did you know about that concern
 3  on this drug before you prescribed it?
 4  A.      No.
```

[34:19] - [35:17]        5/23/2007    Mackey, Edward MD (Smith prescriber)

• Materiality
• Supression

```
page 34
19  Q.      All right.  On page 117 it talks about
20  problems with suicide.  It talks about -- let
21  me show you the --
22  A.      I'm looking at it.
23              MR. FERGUSON:  It's the third
24      paragraph?
```

```
                          25             MR. LANIER:  Yes, third
                     page 35
                       1     paragraph has got the suicide, and then the
                       2     bottom paragraph has got the reference to
                       3     clinically important depression.
                       4  Q.     No one ever told you about that, did
                       5  they?
                       6             MR. FERGUSON:  Object to form.
                       7  A.     No.
                       8  Q.     (By Mr. Lanier)  Am I correct, no one
                       9  ever told you about that?
                      10  A.     No.
                      11  Q.     No, as in no, they did not tell you?
                      12  A.     No, they did not tell me.
                      13  Q.     All right.  Is that the kind of thing
                      14  that would be important to know before you
                      15  start prescribing a drug?
                      16             MR. FERGUSON:  Object to form.
                      17  A.     Yes.
```

[35:18] - [36:8]          5/23/2007     Mackey, Edward MD (Smith prescriber)

• Materiality

```
                     page 35
                      18  Q.     (By Mr. Lanier)  All right.  Because if
                      19  you're going -- if you have got a drug that,
                      20  that may cause suicide, clinically significant
                      21  depression, you probably had other optional
                      22  drugs you could have given Mr. Smith that, that
                      23  don't seem to have that side effect; true?
                      24             MR. FERGUSON:  Object to form.
                      25  A.     Potentially, yes.
                     page 36
                       1  Q.     (By Mr. Lanier)  And, and at least if
                       2  you're going to prescribe a drug that might
                       3  have those side effects, if you know about them
                       4  ahead of time, you would be able to warn the
                       5  patient, --
                       6  A.     Yes.
                       7  Q.     -- wouldn't you?
                       8  A.     Yes.
```

[36:9] - [36:19]          5/23/2007     Mackey, Edward MD (Smith prescriber)

• Supression

```
                     page 36
                       9  Q.     Now, did anybody at either Pfizer or
                      10  Warner-Lambert or any of your partners or
                      11  anybody out there tell you about some of the
                      12  testing that was done on this drug by the
                      13  company where the testing itself showed pretty
                      14  clearly that this drug leads to suicide?
                      15             MR. FERGUSON:  Object to form.
                      16  Q.     (By Mr. Lanier)  Do you know about any
                      17  of those tests?
                      18             MR. FERGUSON:  Same objection.
                      19  A.     I'm not aware of any of those tests.
```

[41:13]                   5/23/2007     Mackey, Edward MD (Smith prescriber)

```
                     page 41
                      13             MR. FERGUSON:  Object to form.
```

[41:17] - [41:25]         5/23/2007     Mackey, Edward MD (Smith prescriber)

• Reliance

```
                     page 41
                      17  Q.     (By Mr. Lanier)  Now if you had been
                      18  told either in the labeling information or
```

```
                          19  through sales reps or, Dr. Mackey, through your
                          20  partners, if you had been told that Neurontin
                          21  was a drug with some of the problems we've
                          22  talked about so far today, would it have
                          23  changed the way you treated Mr. Smith?
                          24           MR. FERGUSON:  Object to form.
                          25  A.   Possibly.  Probably.
```

[42:1] - [42:9]           5/23/2007      Mackey, Edward MD (Smith prescriber)

        • Reliance

```
                          page 42
                           1  Q.   (By Mr. Lanier)  Probably.  And by
                           2  probably, would it have meant you would have
                           3  either tried another drug first, or would you
                           4  have at least put out some warnings and some
                           5  safeties and precautions and told them what to
                           6  be observant about?
                           7           MR. FERGUSON:  Object to form.
                           8  A.   Certainly I would have done the
                           9  latter.
```

[63:4] - [63:25]          5/23/2007      Mackey, Edward MD (Smith prescriber)

        • Reliance

```
                          page 63
                           4  Q.   Do you have a normal practice in that
                           5  regard, if you're prescribing a new medication
                           6  for a patient, as to what discussion if any --
                           7  A.   Yeah.
                           8  Q.   -- takes place?
                           9       What's your normal practice?
                          10  A.   Well, --
                          11           MR. LANIER:  Now or then?
                          12           MR. FERGUSON:  Yeah, sure.
                          13  Q.   (By Mr. Ferguson)  What was your normal
                          14  practice back in March of 2004?
                          15  A.   2004?  If it's new medicine, I tell
                          16  them why I'm prescribing it, and what the
                          17  potential side effects are, and what to watch
                          18  for.  And if it doesn't help, stop, stop taking
                          19  it.  Call us with any problems.
                          20  Q.   And is there any reason to believe that
                          21  you didn't follow that practice when you
                          22  prescribed, assuming you prescribed, Neurontin
                          23  for Mr. Smith back in March 9th of 2004?
                          24  A.   No, there is no reason to believe I
                          25  didn't go through that.
```

[74:11] - [75:1]          5/23/2007      Mackey, Edward MD (Smith prescriber)

        • OffLabelPromotion
        • Samples

```
                          page 74
                          11  Q.   To your knowledge, you don't recall any
                          12  detail person or sales representative from
                          13  Pfizer during the 2002-2003 time period coming
                          14  to talk to you about Neurontin?
                          15  A.   I'm pretty sure I've spoken to some
                          16  people in my office regarding it.  I know I had
                          17  samples in my office during the time.  So I
                          18  don't know why there's no signature there other
                          19  than Dr. Anderson shares the same pod with me
                          20  and there is the chance that he just wound up
                          21  signing for it instead of me.  So --
                          22  Q.   Signing for the samples?
                          23  A.   Yes.
                          24  Q.   Because a physician has to sign for
                          25  samples; correct?
```

|  |  |
|---|---|
|  | ```
page 75
 1  A.      That is correct.
``` |
| [77:8] - [77:12] | 5/23/2007    Mackey, Edward MD (Smith prescriber) |
|  | • Samples |
|  | ```
page 77
 8  Q.      And those samples are always
 9  accompanied by their product labeling, aren't
10  they?
11  A.      I believe so.  I think each box comes
12  with one.
``` |
| [78:20] - [79:1] | 5/23/2007    Mackey, Edward MD (Smith prescriber) |
|  | • LabelRead |
|  | ```
page 78
20  Q.      And I think Mr. Lanier asked you this,
21  but I can't recall exactly what your answer
22  was.  With regard to the PDR information, the
23  labeling information regarding Neurontin, had
24  you reviewed that at some point prior to
25  prescribing for Mr. Smith?
page 79
 1  A.      A long time ago, probably.
``` |
| [97:19] - [98:10] | 5/23/2007    Mackey, Edward MD (Smith prescriber) |
|  | • Materiality |
|  | • Reliance |
|  | ```
page 97
19  Q.      But, sir, would it be fair to say when
20  it comes to Neurontin, you're only able to them
21  what you know?
22  A.      Sure.  Yes.
23  Q.      You weren't an insider who had secret
24  inside information from the drug company, were
25  you?
page 98
 1  A.      No.
 2  Q.      Okay.  If you had known that it was a
 3  drug that the scientists were concerned might
 4  lead to suicide with some people, would you
 5  have warned them about it?
 6              MR. FERGUSON:  Object to form.
 7  A.      I think that's a significant enough
 8  complication, concern, that at least in -- if
 9  it got to that point, with this particular
10  patient, you would talk to them.
``` |
| [101:8] - [102:22] | 5/23/2007    Mackey, Edward MD (Smith prescriber) |
|  | • OffLabelPromotion |
|  | ```
page 101
 8  Q.      (By Mr. Lanier)  Let me reask that
 9  question because that form objection may bite
10  me later.
11              Sir, the very same concerns that
12  were being filed by the government against
13  these folks back in '95 and '96, are they also
14  addressed in 2003 by your partners who are
15  being called on by the drug company to use
16  Neurontin for pain?
17              MR. FERGUSON:  Object to form.
18  A.      The information in front of me details
19  a rep, Ashley Pippin, meeting with Robert
20  Clendenin and detailing him for Neurontin use,
21  and in all likelihood it's for chronic pain or
``` |

```
 22  pain management.
 23  Q.     (By Mr. Lanier)  Okay.  So best of your
 24  recollection and, and knowledge looking here at
 25  the Pfizer records, was Pfizer detailing your
page 102
  1  partners, or selling their drug for pain
  2  purposes --
  3             MR. FERGUSON:  Object to form.
  4  Q.     (By Mr. Lanier)  -- in 2003?
  5  A.     Um, again it's, it's Pfizer or whatever
  6  company they're talking about, these are
  7  records where they detailed Dr. Anderson and
  8  Dr. Clendenin on Neurontin.
  9  Q.     (By Mr. Lanier)  And these are pain
 10  doctors they're detailing, that's what they do,
 11  is they deal with pain; right?
 12  A.     Dr. Anderson, no.  Dr. Clendenin and
 13  Dr. Nichols are physical medicine rehab
 14  doctors, and part of their practice is dealing
 15  with pain issues.
 16  Q.     All right.  So at least two of these
 17  three doctors that are being detailed here are
 18  doctors that have a portion of their practice
 19  dedicated to pain relief?
 20  A.     That's --
 21  Q.     Is that fair?
 22  A.     Fair.
```