# EXHIBIT P

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | | |
|---|---|---|
| [10:17] - [11:2] | 6/8/2007 | McCombs III, Paul MD (Smith prescriber) |

• Reliance

```
page 10
17  Q.      Okay.  And is it important that drug
18  companies tell you everything they know about
19  their drugs and possible side effects that they
20  suspect might be caused by their drugs?
21  A.      I don't know what the standard of care in
22  the community is in that regard.  I do know that I
23  like my detail reps to come talk to me about what
24  the indications for uses are and potential side
25  effects.  In terms of telling me all that they
page 11
 1  know, I don't know what -- what's appropriate
 2  there.
```

| | | |
|---|---|---|
| [11:3] - [11:19] | 6/8/2007 | McCombs III, Paul MD (Smith prescriber) |

• Materiality
• Supression

```
page 11
 3  Q.      Okay.  Let me ask it to you this way, did
 4  you know that Neurontin was a drug that the FDA at
 5  least had considered might lead to suicides?
 6  A.      No.
 7              MR. FERGUSON:  Object to form.
 8  BY MR. LANIER:
 9  Q.      Did you know that Neurontin was a drug
10  where there was concern within the -- the -- the
11  drug company and the FDA about whether it
12  increased depression?
13              MR. FERGUSON:  Object to form.
14              THE WITNESS:  No.
15  BY MR. LANIER:
16  Q.      Is that the kind of information you'd like
17  to know?
18  A.      If it is considered a significant risk,
19  then, yes, I do.
```

| | | |
|---|---|---|
| [13:9] - [13:23] | 6/8/2007 | McCombs III, Paul MD (Smith prescriber) |

• Reliance

```
page 13
 9  Q.      And by perhaps, would you have considered
10  trying other drugs first?
11  A.      I would go over his medication list and
12  try to pick the best possible choice to alleviate
13  his pain.  If I had known it was associated with
14  depression, knowing him, I would be very careful
15  with it --
16  Q.      Yeah.  If --
17  A.      -- if I decided to use it.
18  Q.      So if you decided to use it, would you at
19  least have given him some significant warnings and
20  his family and made sure everybody was tuned in to
21  the fact that if his depression seemed to be
22  getting worse, that he needs to contact someone?
23  A.      I would.
```

| | | |
|---|---|---|
| [27:10] - [28:19] | 6/8/2007 | McCombs III, Paul MD (Smith prescriber) |

• Materiality

```
page 27
10  Q.      So if the FDA has told Pfizer that less
```

```
11   common but more serious events may limit the
12   drug's widespread usefulness, and the third one
13   that they listed was depression, while it may not
14   be an infrequent occurrence in the epileptic
15   population, may become worse and require
16   intervention or lead to suicide, as this drug has
17   resulted in some suicidal attempts, is that
18   significant enough for you to want to know about
19   it?
20            MR. FERGUSON:  Object to form.
21            THE WITNESS:  Can I see this, please?
22            MR. LANIER:  And for the jury and
23   court's sake, I'm looking at the FDA documents for
24   the Neurontin new drug approval memorandum that --
25   dated from July of 1994.
page 28
 1            THE WITNESS:  This document is
 2   written by who to who?
 3   BY MR. LANIER:
 4   Q.       It's written by the FDA to the drug
 5   manufacturer.
 6            MR. FERGUSON:  I believe the date
 7   was '92, though, Mr. Lanier.
 8            MR. LANIER:  '92 instead of '94?
 9   It's even worse than I thought.  Okay.
10            MR. FERGUSON:  Object to the sidebar
11   comment.  Go ahead.
12   BY MR. LANIER:
13   Q.       It's signed off by Russell Katz, M.D. with
14   the division of neuropharmacological drug
15   products.  It's a supervisory overview of safety
16   and efficacy data for Neurontin as a drug
17   submitted by Parke-Davis, now Pfizer.
18   A.       I think this is a -- would be of
19   significance, yes, sir.
```