EXHIBIT Q

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | |
|---|---|
| [16:17] - [17:13] | 3/25/2008     Crognale, Dino MD (Bulger) |

• LabelRead

```
page 16
17      Q.   Do you subscribe to the PDR?
18      A.   Yes.
19      Q.   Personally, or the office?
20      A.   The office.
21      Q.   And do you review it when it comes out
22   for drugs you prescribe?
23      A.   I review, I review drugs as they come
24   up.
page 17
 1      Q.   And what do you mean by "as they come
 2   up"?
 3      A.   So if there are drugs that have a new
 4   indication or a new warning, then I'll review
 5   those at that time.  But I don't certainly read
 6   the PDR from cover to cover.
 7      Q.   Each year?
 8      A.   Each year.
 9      Q.   It's a big book.
10           Do you refer to it before you
11   prescribe a new drug that you haven't prescribed
12   before?
13      A.   Yes.
```

| | |
|---|---|
| [37:3] - [37:18] | 3/25/2008     Crognale, Dino MD (Bulger) |

• Reliance

```
page 37
 3      Q.   When you -- do you have a regular
 4   practice with your patients when you're
 5   prescribing them a new prescription drug with
 6   side effects of discussing with them all of the
 7   potential side effects that are listed in the
 8   PDR, for example?
 9           MR. BELLO:  Objection.
10           You may answer.
11      A.   I -- my practice is to pick a handful
12   of the most common side effects that are listed
13   in the PDR, or ones that are specifically
14   relevant to them.
15           BY MR. CHAFFIN:
16      Q.   Okay.  And you discuss those with the
17   patient?
18      A.   Yes.
```

| | |
|---|---|
| [38:16] - [38:24] | 3/25/2008     Crognale, Dino MD (Bulger) |

• Reliance

```
page 38
16      Q.   Let me rephrase the question.
17           Do you do a risk/benefit analysis,
18   Doctor?  Is that your general practice?
19      A.   Yes.
20      Q.   Yes.
21           Now, the information that you consider
22   when you're doing that risk/benefit analysis
23   include the information in the PDR?
24      A.   Yes.
```

| | |
|---|---|
| [40:13] - [41:1] | 3/25/2008     Crognale, Dino MD (Bulger) |

• Reliance

```
                          page 40
                          13      Q.   Is it fair to say that you only will
                          14 prescribe a drug for a patient when you've
                          15 satisfied yourself that the potential benefits
                          16 of the drug outweigh the potential risks?
                          17      A.   Yes.
                          18           MR. BELLO:  Note my objection.
                          19           BY MR. CHAFFIN:
                          20      Q.   And if that balance changes, i.e. it's
                          21 appearing that the risks are becoming greater
                          22 than the potential benefits or the benefits, you
                          23 just take the patient off the drug?
                          24           MR. BELLO:  Objection as well.
                          page 41
                           1      A.   Yes.
```

[47:11] - [47:15]         3/25/2008    Crognale, Dino MD (Bulger)

                          • Reliance

```
                          page 47
                          11      Q.   When you use a drug on an off-label
                          12 situation, do you use that same calculus you
                          13 described before, that you do the -- you weigh
                          14 the risks against the potential benefits?
                          15      A.   Yes.
```

[166:24] - [167:11]       3/25/2008    Crognale, Dino MD (Bulger)

                          • OffLabelPromotion

```
                          page 166
                          24      Q.   Did you receive -- do you recall
                          page 167
                           1 receiving any information directly from any
                           2 representative of Warner-Lambert, Parke-Davis or
                           3 Pfizer about Neurontin?
                           4      A.   Yes.
                           5      Q.   Could you describe what the
                           6 information was and how you got it?
                           7      A.   The only recollection I have of any
                           8 information from a drug representative directly
                           9 is in a conversation with a drug rep who
                          10 mentioned that the side effect of sedation
                          11 improves with increasing doses.
```

[173:18] - [173:21]       3/25/2008    Crognale, Dino MD (Bulger)

                          • LabelRead

```
                          page 173
                          18      Q.   When you were prescribing Neurontin
                          19 for Mrs. Bulger, were you aware of the risks
                          20 associated with it?
                          21      A.   I was aware of many of the risks.
```

[191:11] - [191:17]       3/25/2008    Crognale, Dino MD (Bulger)

                          • Materiality

```
                          page 191
                          11      Q.   Would you have liked to have known
                          12 that there were suicidal attempts in the
                          13 clinical trials of Neurontin?
                          14           MR. CHAFFIN:  Objection.
                          15           MR. BELLO:  Objection as well.
                          16           You may answer.
                          17      A.   That would have been helpful.
```

[195:12] - [196:6]        3/25/2008    Crognale, Dino MD (Bulger)

                          • Materiality

```
                         page 195
                          12      Q.    When you prescribe a medication, do
                          13   you want to know what the affect that medication
                          14   has on the neurochemistry?
                          15      A.    I do.
                          16      Q.    And if Neurontin is known to deplete
                          17   serotonin, is that something you would want to
                          18   know?
                          19             MR. CHAFFIN:  Objection.
                          20             MR. BELLO:  Objection.
                          21      A.    Yes.
                          22             BY MR. FINKELSTEIN:
                          23      Q.    And why would you want to know that?
                          24             MR. CHAFFIN:  Objection.
                         page 196
                          1       A.    Because although I may not be able to
                          2    tell you exactly what the molecule is, the
                          3    biochemistry does make a difference in how it
                          4    will affect people, and so I would want to know
                          5    that, and interactions with other medications as
                          6    well.
```

[197:4] - [197:21]       3/25/2008    Crognale, Dino MD (Bulger)

• Supression

```
                         page 197
                          4       Q.    Did you know that 5.3 percent of the
                          5    population in the original clinical trials of
                          6    Neurontin reported depression as an adverse
                          7    event?
                          8             MR. CHAFFIN:  Objection.
                          9       A.    No, I did not know that.
                          10             BY MR. FINKELSTEIN:
                          11      Q.    Did you know that of the 5.3 percent,
                          12   equated to 78 people, that 19 of them had no
                          13   prior history of depression?
                          14             MR. CHAFFIN:  Objection.
                          15      A.    I did not know that.
                          16             BY MR. FINKELSTEIN:
                          17      Q.    And did you know that 22 of the
                          18   patients required pharmacological treatment for
                          19   their depression during the clinical trials?
                          20             MR. CHAFFIN:  Objection.
                          21      A.    No.
```

[197:23] - [198:2]       3/25/2008    Crognale, Dino MD (Bulger)

• Materiality

```
                         page 197
                          23      Q.    Is that information you would have
                          24   liked to have known?
                         page 198
                          1              MR. CHAFFIN:  Objection.
                          2       A.    Yes.
```

[200:5] - [200:14]       3/25/2008    Crognale, Dino MD (Bulger)

• Materiality
• Supression

```
                         page 200
                          5       Q.    If the drug company that manufactures
                          6    Neurontin was warning physicians in the United
                          7    Kingdom that Neurontin can be the subject of
                          8    mood and behavioral disturbances, would you have
                          9    wanted to know that?
                          10             MR. CHAFFIN:  Objection.
                          11      A.    Yes.
                          12             BY MR. FINKELSTEIN:
                          13      Q.    Did you know that?
```

```
                       14      A.   No.

[215:6] - [215:15]     3/25/2008    Crognale, Dino MD (Bulger)
                       • Reliance
                       page 215
                        6      Q.   And when you -- strike that.
                        7           When you first prescribed Neurontin to
                        8  her, what warnings, if any, did you give her?
                        9      A.   I would have given her warnings about
                       10  sedation, about dizziness, about GI upset side
                       11  effects of diarrhea and such, and I would have
                       12  given her specifically, because of the other
                       13  medications she was on, specific instructions
                       14  about not operating certain types of machinery
                       15  until we knew how she was going to respond.
```