# EXHIBIT R

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | |
|---|---|
| [35:7] - [35:18] | 4/22/2008    Goldman, Richard MD (Bulger) |

• Reliance

```
page 35
 7       Q.   Would it be fair to say that when you
 8  prescribe a drug for a patient the first time
 9  that you would analyze, take into account the
10  available information to determine whether the
11  benefits of the drug outweigh the risk?
12       A.   I would say that my practice is
13  usually that that would be the case.  I would
14  make a decision, I would not put a patient on a
15  medication unless I felt that the benefit of the
16  medication outweighed the risk.  But I can't
17  comment specifically about every drug and every
18  prescription I've ever written.
```

| | |
|---|---|
| [122:18] - [122:24] | 4/22/2008    Goldman, Richard MD (Bulger) |

• Reliance

```
page 122
18       Q.   Doctor, you were carefully monitoring
19  her medications and the effects they were having
20  on her, right?
21       A.   Again, that's my policy, is to usually
22  monitor and talk to patients about the
23  medications they're on and any problems that
24  they're having.
```

| | |
|---|---|
| [178:12] - [178:19] | 4/22/2008    Goldman, Richard MD (Bulger) |

• Materiality

```
page 178
12       Q.   If the company knew that Neurontin
13  decreased serotonin in the human brain, is that
14  information you would have liked to have known
15  as a prescribing physician?
16            MR. CHAFFIN:  Objection.
17       A.   I like to have any information I can
18  about drugs and how they work just for my own
19  use.
```

| | |
|---|---|
| [182:8] - [184:5] | 4/22/2008    Goldman, Richard MD (Bulger) |

• Materiality

```
page 182
 8       Q.   And would you have liked to have known
 9  if there were suicide attempts during clinical
10  trials of Neurontin?
11            MR. CHAFFIN:  Objection.
12       A.   Again, I like to have as much
13  information as possible about medication that
14  I'm prescribing for patients.
15            BY MR. FINKELSTEIN:
16       Q.   And why do you want to have as much
17  information as possible?
18       A.   In general, when you prescribe
19  medication for patients you like to know, you
20  know, benefits and risks of a particular drug
21  that are common and things that you need, you
22  know, to think about when you're making an
23  assessment.  As I said, with any medicine I
24  prescribe you'd determine if it's something
page 183
 1  that's going to help the patient or not, and so
```

```
 2  all information would necessarily be useful.
 3       Q.   And does it impact on what you
 4  communicate to patients?
 5            MR. CHAFFIN:  Objection.
 6       A.   Is what?
 7            BY MR. FINKELSTEIN:
 8       Q.   When you say you would like to have
 9  all information.
10       A.   I didn't say all information, I said
11  as much as information as possible that is
12  relevant and is, you know, germane to using it.
13       Q.   If a drug is known to have the
14  potential to increase depression, is that the
15  type of information you would like to know?
16            MR. CHAFFIN:  Objection.
17       A.   I can't say specifically what kind of
18  information I'd want to know.  But as I said, I
19  would want to know relevant significant
20  information about any drug that I prescribe for
21  a patient.
22            BY MR. FINKELSTEIN:
23       Q.   Is a drug's capacity to increase
24  depression relevant information to you as a
page 184
 1  physician?
 2            MR. CHAFFIN:  Objection.
 3       A.   It's relevant, again depending on
 4  whether or not it's significant or if it's a
 5  rare occurrence.
```