# EXHIBIT S

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | |
|---|---|
| [16:8] - [16:17] | 6/5/2008   Mengel, Mark (Bulger) |
| | • LabelRead |

```
page 16
 8        Q    And what is the PDR?
 9        A    Well, the PDR is just a big book that lists all the
10   indications, contraindication, side effects, dosing information
11   about all the drugs that are available.
12        Q    Do you review it when it comes out for the
13   medications that you prescribe?
14        A    Yes.
15        Q    Do you also refer to it before you prescribe a new
16   medication to a patient?
17        A    If I need to get some information out of it, yes.
```

| | |
|---|---|
| [25:14] - [25:16] | 6/5/2008   Mengel, Mark (Bulger) |
| | • LabelRead |

```
page 25
14        Q    So in prescribing Neurontin, did you become familiar
15   with its -- what's called its safety profile?
16        A    Yes.
```

| | |
|---|---|
| [30:19] - [31:3] | 6/5/2008   Mengel, Mark (Bulger) |
| | • Reliance |

```
page 30
19        Q    And when you prescribe a drug and you analyze the --
20   do you analyze the information that's available to you to
21   determine whether the benefits of the drug outweigh the risk?
22        A    Yes, that's the central question.
23        Q    And the type of information that you rely on, would
24   that include information in the PDR?
25        A    Yes.  Again, to get some perspective, you know, on
page 31
 1   the side effects and how commonly they occur and whether they're
 2   really important in the risk-benefit calculation, I also rely on
 3   the continuing medical education that I go to and my colleagues.
```

| | |
|---|---|
| [39:11] - [39:14] | 6/5/2008   Mengel, Mark (Bulger) |
| | • Reliance |

```
page 39
11        Q    And the bottom line is whether you're prescribing a
12   medication for a patient for an on-label use or an off-label
13   use, are you still applying that risk-benefit analysis?
14        A    Yes.
```