EXHIBIT T

**Annotations Report [Neurontin Track One (Plaintiff / Prescriber / Expert Depos)]**

| | | |
|---|---|---|
| [15:8] - [15:18] | 5/1/2007 | Crotwell III, Williams (Owens) |

• Reliance

```
page 15
 8   Q        -- would you expect that sales
 9   representative to provide you with accurate
10   information about the drug he's discussing
11   with you?
12   A        In general in any drug?  Yes.
13   Q        Okay.  Specifically with respect
14   to Neurontin, would you have expected the
15   sales representative who came to you to
16   discuss Neurontin to provide you with
17   accurate information?
18   A        Yes.
```

| | | |
|---|---|---|
| [42:5] - [42:22] | 5/1/2007 | Crotwell III, Williams (Owens) |

• Supression

```
page 42
 5   Q        And can we agree you didn't know
 6   this when you were prescribing the drug to
 7   Mr. Owens, right?
 8   A        That's true.
 9   Q        And would you agree with me that
10   this is not in the PDR to the best of your
11   knowledge as of the time you were
12   prescribing the drug to Mr. Owens, right?
13   A        Right.  I don't think it was in
14   the PDR.
15   Q        And to the extent that you were
16   looking out for your patient's best
17   interests, you would not have had this
18   commentary to evaluate at the time you were
19   prescribing the drug to Mr. Owens.  Would
20   you agree with that?
21   A        Well, I did not have it at that
22   time, no.
```

| | | |
|---|---|---|
| [43:10] - [43:16] | 5/1/2007 | Crotwell III, Williams (Owens) |

• Materiality

```
page 43
10   Q        Would you agree it would be a
11   factor you'd consider as far as the
12   risk/benefit analysis approach to determine
13   whether to prescribe the drug in the first
14   place?
15   A        Yeah.  That's one approach that's
16   good, yes.
```

| | | |
|---|---|---|
| [44:9] - [44:13] | 5/1/2007 | Crotwell III, Williams (Owens) |

• Materiality

```
page 44
 9   Q        Would that information have been
10   important to you to know as one factor in
11   applying a risk/benefit --
12   A        Yeah.  That would have been one
13   of many things if you were doing it, yes.
```

| | | |
|---|---|---|
| [44:14] - [44:19] | 5/1/2007 | Crotwell III, Williams (Owens) |

• Supression

```
                         page 44
                         14  Q         Okay.  And would you agree
                         15  there's no reference to that statement in
                         16  the labeling for Neurontin as it existed to
                         17  the best of your knowledge as of the time
                         18  you were prescribing the drug to Mr. Owens?
                         19  A         That's true.
```

[49:5] - [49:12]         5/1/2007    Crotwell III, Williams (Owens)

• Supression

```
                         page 49
                          5  Q         Did you know as of the time you
                          6  were prescribing Neurontin to Mr. Owens that
                          7  the labeling in the United Kingdom or rather
                          8  what they call the Summary of Product
                          9  Characteristics had a specific special
                         10  warnings and precautions for use regarding
                         11  lewd and behavioral disturbances?
                         12  A         No.
```

[51:9] - [51:14]         5/1/2007    Crotwell III, Williams (Owens)

• LabelRead

```
                         page 51
                          9  Q         Well, before you prescribed
                         10  Neurontin to Mr. Owens, is it fair to say at
                         11  some point in time you reviewed the PDR or
                         12  the package insert?
                         13  A         Yeah, the PDR, you know,
                         14  basically.  You already presented that.
```

[54:24] - [55:13]        5/1/2007    Crotwell III, Williams (Owens)

• Supression

```
                         page 54
                         24  Q         Basically I'd submit to you that
                         25  the learned intermediary doctrine is
                         page 55
                          1  essentially when the pharmaceutical company
                          2  discharges its duty of care to the patient
                          3  by providing adequate warnings to the
                          4  prescribing physician.
                          5            And in this case, can you tell me
                          6  what, if any, warnings or precautions for
                          7  use Pfizer provided to you regarding the
                          8  unapproved use for which you prescribed the
                          9  drug?
                         10  A         Well, the only ones I had was --
                         11  I think you've already pointed out was the
                         12  PDR which was the limited amount that we've
                         13  already gone over in the PDR.
```

[55:14] - [55:19]        5/1/2007    Crotwell III, Williams (Owens)

• Reliance

```
                         page 55
                         14  Q         Did you have anything else from
                         15  Pfizer, Parke-Davis or Warner Lambert
                         16  regarding warnings or precautions for use
                         17  that pertained to the indications for which
                         18  you prescribed Neurontin to Mr. Owens?
                         19  A         No.
```

[60:4] - [60:14]         5/1/2007    Crotwell III, Williams (Owens)

• Materiality

```
                        page 60
                         4  Q         (By Mr. Fromson) Doctor, going
                         5  back to the line of questioning about the
                         6  reduction of neurotransmitter release, in
                         7  general, would -- if it was given to you in
                         8  understandable terms, would you want to know
                         9  whether Neurontin had the capacity to reduce
                        10  the release of excitatory neurotransmitters
                        11  as part of your risk/benefit approach to
                        12  determining whether to prescribe Neurontin
                        13  in the first place?
                        14  A         In general, yes, it would be.
```

[60:15] - [60:23]        5/1/2007    Crotwell III, Williams (Owens)

• Reliance

```
                        page 60
                        15  Q         Okay.  And knowing what you know
                        16  about the effects of the reduction of the
                        17  release of certain excitatory
                        18  neurotransmitters, would that have been
                        19  something as part of your risk/benefit
                        20  approach to determine whether to prescribe
                        21  the drug that you would have shared with
                        22  Mr. Owens?
                        23  A         Yes.
```

[73:25] - [75:4]         5/1/2007    Crotwell III, Williams (Owens)

• LabelRead
• Reliance

```
                        page 73
                        25  Q         I think you were asked this
                        page 74
                         1  earlier, but I want to clarify it for the
                         2  record.  Do you recall any specific
                         3  information about Neurontin provided to you
                         4  by any source at either Pfizer, Parke-Davis
                         5  or Warner Lambert other than the
                         6  FDA-approved information in the PDR and in
                         7  the package insert?
                         8  A         Like I said, no, never.
                         9  Q         Did you discuss the risks and
                        10  benefits with Mr. Owens of taking any
                        11  medication you prescribed with him?
                        12  A         Right.  You tell them that any
                        13  medication can make you sick or nauseated or
                        14  have allergic reaction to it.  And I told
                        15  him the primary ones that I'd seen and what
                        16  I knew about and -- was CNS, mainly the
                        17  sleepiness, making you sleepy, you know.
                        18  Crazy-headedness is what we're talking about
                        19  as CNS symptoms, went over the major ones
                        20  like that with him.  I don't think I went
                        21  over every one with him.  Don't go over
                        22  every one that's listed in the PDR because
                        23  that's usually three or four pages, what
                        24  they list.
                        25  Q         While you may not read the entire
                        page 75
                         1  PDR with them, you do analyze yourself what
                         2  risks and benefits are worthy of discussion
                         3  with your patients.
                         4  A         Correct.  The major ones, yes.
```