UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE NEURONTIN MARKETING, SALES            )
PRACTICES, AND PRODUCTS LIABILITY           )
LITIGATION                                  )    MDL Docket No. 1629
_____)    Master File No. 04-10981
                                            )
THIS ORDER RELATES TO:                      )    Judge Patti B. Saris
                                            )     Mag. Judge Leo T. Sorokin
ALL SALES AND MARKETING ACTIONS             )
_____)

REVISED SCHEDULING ORDER

November 4, 2008

SOROKIN, M.J.

The Court has considered the parties' respective submissions proposing revisions to the schedule governing the Sales and Marketing side of the MDL. After careful consideration and consultation with Judge Saris, the schedule is revised as set forth below.

| | |
|---|---|
| Defendants' expert reports served by: | 12/15/08 |
| <u>All</u> expert depositions completed by: | 1/31/09 (with no expert rebuttals) |
| Motions for Summary Judgment filed by: | 3/2/09 |
| Oppositions due: | 4/1/09 |
| Replies due: | 4/15/09 |
| Sur-replies due: | 4/22/09 |

SO ORDERED.

/s/ Leo T. Sorokin
_____
United States Magistrate Judge