# EXHIBIT A

Page 107

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                       )
NEURONTIN MARKETING, SALES PRACTICES ) CA No. 04-10981-PBS
AND PRODUCTS LIABILITY LITIGATION    ) Pages 107 - 360

DAUBERT HEARING - DAY TWO

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE
and
JUSTICE MARCY S. FRIEDMAN
NEW YORK SUPREME COURT

United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
June 20, 2008, 9:10 a.m.

LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA  02210
(617)345-6787

1  on at this time, your Honors, Dr. Robert Gibbons, who's a
2  biostatistician and conducts meta-analyses much like the FDA
3  meta-analyses.  And that was our plan, but we want to do what
4  you want to do, and so we also have here today Dr. Charles
5  Taylor, who obviously, as has been mentioned by the
6  plaintiffs' experts, spent his lifetime working on the
7  mechanism of action of gabapentin, so --
8              JUDGE SARIS:  Where's Dr. Gibbons from?
9              MS. McGRODER:  Dr. Gibbons is from Chicago, the
10 University of Chicago Illinois.
11             JUDGE SARIS:  And where's Dr. Taylor from?
12             MS. McGRODER:  Dr. Taylor is from Michigan.
13             JUDGE SARIS:  Well, let's try and get the two of
14 them if it's possible.
15             MS. McGRODER:  I don't think it's possible to do
16 both.  I would be very surprised if we got through both
17 today, so we can start with wherever you want to start.
18             JUDGE SARIS:  Whatever, but with Dr. Gibbons, I
19 gave permission for his report only with respect to the FDA
20 alert.  The motion to strike the other portions was
21 well-taken.
22             MS. McGRODER:  He's going to talk about the FDA
23 alert.
24             JUDGE SARIS:  I didn't allow a general report, so
25 the only opinion he's going to be allowed to give is with

1   respect to the FDA alert.
2              MS. McGRODER:  And that's what he's prepared to
3   talk about today.
4              JUDGE SARIS:  And at some point, I'm confused as
5   well.  I don't even think that judge Friedman got them both.
6   I got two reports.  I read the first one, and then I refused
7   to read the second one.
8              MS. McGRODER:  Let me explain that briefly.  You
9   had not ruled yet that we could submit a report.  We moved
10  for leave to submit a report for Dr. Gibbons, and you hadn't
11  ruled yet.  So at the time that we filed our Daubert motion,
12  we submitted a declaration from him.  Subsequently you ruled
13  that he would be allowed to submit a report and that we
14  should submit the report to you.  So following the Daubert
15  briefing, we submitted his report to you.  So one is a
16  declaration, and the other is his full report.
17             MR. FROMSON:  I disagree.  It's legal argument, not
18  proper for today, unless you want to entertain oral argument.
19             JUDGE SARIS:  Right now I don't want to take the
20  time, but one thing I'm crystal clear on, at least -- I only
21  read the first one for the second time.  One was, of course,
22  three times as long, but at least with respect to the first
23  one, there were at least three opinions in there which were
24  not related to the FDA alert, and the motion to strike is
25  allowed.  Only the FDA alert.  Let's go.