Judge Patti B. Saris
Mag. Judge Leo T. Sorokin
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: Fenelon v. Pfizer, Inc., et al., CA No. 06- 11581
    MDL Docket No. 1629
    Master File No. 04- 10981

I am writing the court to inform you that I have not yet been able to hire a new lawyer to represent me in this matter. At this time, I wish to represent myself. My contact information is as follows:  Ms. Jamie K. Fenelon
                                3064 E Street
                                Philadelphia, PA 19134
                                (267) 912- 8034
                                E-mail: Mey730.@comcast.net