UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Leroy Anderson, et al v. Pfizer, Inc*. | Individual Case No.: 1:05CV-10835-PBS |
| *Mary Cooper, et al v. Pfizer, Inc*. | Individual Case No.: 1:05-CV-10834-PBS |
| *Jessie Allen, et al v. Pfizer, Inc*. | Individual Case No.: 1:07-CV-11795-PBS |

**PLAINTIFFS' MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**

COME NOW, Plaintiffs, by and through, Attorney, Levi Boone, III, of **Boone Law Firm, P.A.**, and files this motion and state:

1. Plaintiffs' counsel requests to appear telephonically at the hearing on *Defendant's Motion To Dismiss The Claims of Certain Plaintiffs Represented By The Levi Boone Law Firm, PA For Failure to Comply With The Court's Certification Orders* scheduled for December 11, 2008 at 2:30p.m. , in Courtroom 14 before Magistrate Judge Leo T. Sorokin.

2. Plaintiffs' counsel has conferred with defendant's counsel, and defendant's counsel interposes no objection to plaintiffs' counsel appearing telephonically.

WHEREFORE PREMISESES CONSIDERED, Plaintiffs request that Plaintiffs Counsel be granted leave to appear telephonically.

RESPECTFULLY SUBMITTED, this the 4th of December, 2008.

      **BY:**    <u>**/s/ Levi Boone, III**</u>

      Levi Boone, III, MSB #3686
**BOONE LAW FIRM, P.A**.
401 West Sunflower Avenue
Post Office Box 1772
Cleveland, MS 38732
TEL: 662-843-7946
FAX: 662-843-7950