UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2008 DEC -3  A 8 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, ) | MDL Docket No. |
| SALES PRACTICES AND ) | Master File No. 04-10981 |
| PRODUCTS LIABILITY LITIGATION ) |  |
| ) | Judge Patti B. Saris |

STATE OF NEW YORK )
                  ) ss
COUNTY OF NASSAU  )

I, KEITH L. ALTMAN, ESQ., being duly sworn, deposes and says:

That I am currently in good standing as an attorney to practice before the highest court of the State of California.

KEITH L. ALTMAN

Sworn to before me this
24 day of November, 2008

NOTARY PUBLIC

PATRICIA P. VOTA
Notary Public, State of New York
No. 01VO6035558
Qualified in Nassau County
Commission Expires January 3, 2010

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

MEMBER SERVICES CENTER

TELEPHONE: 888-800-3400

FILED
IN CLERKS OFFICE

2008 DEC -3  A 8: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 19, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KEITH L. ALTMAN, #257309 was admitted to the practice of law in this state by the Supreme Court of California on August 25, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records