UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE NEURONTIN MARKETING, SALES            )
PRACTICES, AND PRODUCTS LIABILITY           )
LITIGATION                                  )   MDL Docket No. 1629
_____)   Master File No. 04-10981
                                            )
THIS MOTION RELATES TO                      )   Judge Patti B. Saris
                                            )   Mag. Judge Leo T. Sorokin
*Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS*       )
*Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS*   )
*Cooper, et al. v. Pfizer Inc. et al., 1:05-cv-10834-PBS*     )
_____)

**MOTION FOR LEAVE TO FILE REPORT ON CURRENT
STATUS OF FAILURE OF THE LEVI BOONE LAW FIRM PA TO
<u>COMPLY WITH THE COURT'S CERTIFICATION ORDERS</u>**

Defendants Pfizer Inc. and Warner-Lambert Company LLC ("Defendants") respectfully move for leave to file a report on the current status of the claims that are subject to dismissal based on the failure of the Levi Boone Law Firm PA (the "Boone Law Firm") to comply with the Court's certification order. The grounds for motion are:

1. On October 14, 2008, the Levi Boone Firm Law Firm PA filed an Opposition to Defendants' Motion to Dismiss.

2. Since the Boone Law Firm's filing of its Opposition, stipulations of dismissal with prejudice have been executed by the parties and additional records have been received and reviewed by Defendants.

3. Defendants believe that their proposed report, which is attached hereto as Exhibit 1, will assist the Court in its consideration of the pending motion to dismiss. Exhibit 1 includes an updated, categorized listing of the plaintiffs whose claims defendants contend should be dismissed for failure to comply with this Court's Certification Orders.

- 2 -

WHEREFORE, Defendants respectfully request leave to file the attached report.

| | |
|---|---|
| Dated: December 9, 2008 | Respectfully submitted, |

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
        James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By:   /s/Scott W. Sayler
        Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

        -and-

HARE & CHAFFIN

By:   /s/David B. Chaffin
        David B. Chaffin

(BBO # 549245)
160 Federal Street
Boston, MA 02110
Tel:  (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

- 3 -

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, I certify that counsel have attempted to confer in good faith to resolve or narrow the issues presented in this motion, but have been unable to do so.

/s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 9, 2008.

/s/ David B. Chaffin

3234770v1