UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                   )
IN RE NEURONTIN MARKETING, SALES            )
PRACTICES, AND PRODUCTS LIABILITY           )
LITIGATION                                                   )   MDL Docket No. 1629
_____)   Master File No. 04-10981
                                                                   )
THIS MOTION RELATES TO                              )   Judge Patti B. Saris
                                                                   )   Mag. Judge Leo T. Sorokin
*Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS*   )
*Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS*   )
*Cooper, et al. v. Pfizer Inc. et al., 1:05-cv-10834-PBS*   )
_____)

**PROPOSED REPORT ON CURRENT STATUS
OF FAILURE OF THE LEVI BOONE LAW FIRM PA TO
COMPLY WITH THE COURT'S CERTIFICATION ORDERS**

Defendants Pfizer Inc. and Warner-Lambert Company LLC (together, "Defendants") respectfully submit this report on the current status of the claims that should be dismissed based on the failure of the Levi Boone Law Firm PA (the "Boone Law Firm") to comply with the Court's certification orders.

At the time Defendants' filed their Motion to Dismiss the Claims of Certain Plaintiffs Represented by the Levi Boone Law Firm PA for Failure to Comply With the Court's Certification Orders, Defendants were seeking the dismissal of 359 individual plaintiffs. Since the Boone Law Firm's filing of its Opposition on October 14, 2008, numerous stipulations of dismissal with prejudice have been executed by the parties and additional records have been provided to and reviewed by Defendants.

The arguments previously asserted in support of Defendants' Motion to Dismiss the Claims of Certain Plaintiffs Represented by the Levi Boone Law Firm PA for Failure to Comply With the Court's Certification Orders remain unchanged. However, as a result of the execution

3234999v1

of stipulations of dismissal with prejudice and additional records being received and reviewed, the plaintiffs whose claims are subject to dismissal have changed.

The categories are as follows: (1) 65 plaintiffs with executed stipulations of dismissal (See. Ex. A); (2) 49 plaintiffs failed to meet the Court's certification requirements because the purported certifications were based solely on pharmacy records and a complete absence of medical records (See Ex. B); and (3) 229 plaintiffs' purported certifications were based on medical records making no reference to the injuries alleged in plaintiffs' complaints (See Ex. C).

Thus, 278 plaintiffs remain subject to Defendants' Motion to Dismiss the Claims of Certain Plaintiffs Represented by the Levi Boone Law Firm PA for Failure to Comply With the Court's Certification Orders.

Dated: December 9, 2008

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
       James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000


SHOOK, HARDY & BACON L.L.P.


By:  /s/ Scott W. Sayler
       Scott W. Sayler

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

-and-

HARE & CHAFFIN

By:  /s/ David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company*