| **Plaintiffs With Executed Stipulations of Dismissal With Prejudice** | | |
| --- | --- | --- |
| *Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS* | | |
| Abron, Angela | Hodges, Tony | Potts, William |
| Batte, Irene | Jackson, Irma | Rankins, Cheryl |
| Brinson, Tamara | Jackson, Patsy | Sample, Delouise |
| Calogero, Lisa | Jackson, Shonda | Sampson, Samuel |
| Cartwright, Keba | Johnson, Lakesha | Shaw, Kennedy |
| Cole, Contessa | Jones, Henry | Smith, Retha |
| Conguista, Johnnie | Jones, Sherita | Starks, Barbara |
| Dicus, Tony | Lee, Beatrice | Summers, Thomas Charles |
| Dotson, Brenda | Lipsey, Minnie | Taylor, Lorene |
| Fiffer, Sallie | Lofton, Bobby | Terry, Lanelle |
| Gardner, Alma | Miles, Osby | Thomas, Brenda |
| Green, Larry | Mitchell, Blanchie | Thomas, Cynthia |
| Griffin, Estate of Linda | Moore, Jacilet | Wade, Lula |
| Hall, Willie | Mosley, Lashundria | Walker, Phillip |
| Hammarstrom, Holly | O'Braint, Doris | Wasson, Annie Helen |
| Haney, Jerry | O'Bryant, Helen | Whitehall, Richard |
| Henry, Wade | O'Neal, Jr., Louis | Whittington, Wendell |
| Hentz, Daisy | Otto, Lazarus | Wilburn, Barbara Larry |
| Hill, Leona | Pearson, Annie | Williams, Bobbie |
| Hilton, Alma | Pigron, Junaker | Williams, Eugie |
| Hirsch, Linda | Pinkton, J.T. | Wilson, Cynthia |
| *Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS* | | |
| Lott, Dorothy | Martin, Shirley Torry | |

3237066v1