| **Pharmacy Records Only** | | |
|---|---|---|
| *Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS* | | |
| Banks, Terry | Johnson, Doris | Steele, Bobby |
| Carson, Corine | Johnson, Margaret Pat | Steverson, Carl |
| Christman, Kathy | Lee, Diann | Taylor, Dorian |
| Creswell, Memye* | Lott, Lula | Thomas, Chester |
| Crumble, Cora | Lucas, Jannie | Thomas, Dixie |
| Delotta, Serboya | Mills, Tommie | Thomas, Erestia |
| Evans, Lillie | Odom, Tommie* | Thompson, Martha |
| Fincher, Inez | Poindexter, Annie | Tollison, Lanelle |
| Gibson, Andrew Frederick | Readus, Barbara | Townsend, Dan |
| Gregory, Emma* | Scott, Clarissa (Estate) | Tutor, Benjamin |
| Hales, Linda | Smith, Eugene | Walters, Shirley A. |
| Hannah, Robert | Smith, Ronnie | Watson, Joyce |
| Harris, Christina | Stagg, Jerry | |
| Hoover, Ruby | Stampley, Darlene | |
| Hunter, Lillie | Staten, John | |
| *Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS* | | |
| Barber, Marie | Plant, Rodney | |
| Drennan, Shirley | Smith, Louisa | |
| *Cooper, et al. v. Pfizer Inc. et al., 1:05-cv-10834-PBS* | | |
| Cooper, Mary | Haynes, Charles | Smith, Jannie Mae |

\* Plaintiff is subject to pending Motion for Leave to File Nine (9) Attorney Certifications Out of Time.