**No Reference to Alleged Injury**

*Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS*

| | | |
|---|---|---|
| Adams, Mary | Harveston, Linda | Neal, Debra* |
| Adams, Nathan | Haslett, Gregory | Newsome, Maybelle |
| Aldridge, Linda | Hasselbach, Lavurne | Norman, Martha |
| Allen, Jessie | Havard, Belinda | Norwood, Mary |
| Allen, Vivian | Hayes, Florence (Estate) | Patterson, Essie Ford |
| Applewhite, Mary | Head, Mark | Patton Curtis* |
| Ashford, Mary | Hendon, Rufus | Perez, Sharon |
| Barbee, Jimmie | Henry, Carl | Phillips, Kathy |
| Barnes, Robert | Hernandez, Earnest | Posey, Jacqueline |
| Bass, Teresser | Hester, Mae | Potts, Larry |
| Beckum, Martha | Hicks, Shawand* | Price, Hershel Jack |
| Benson, Cassandra | Hollingsworth, Karen | Price, Jerry |
| Benton, Ledora | Holmes, Evia | Primer, Janice |
| Berry, Audrey | Holt, Evelyn | Quimby, Cynthia |
| Bland, Elizabeth* | Hony, William | Ray, Vera |
| Blaylock, Joe | Hoover, Frank | Roberts, Kathy |
| Bouie, Frances | Howard, Emma | Robinson, Tara |
| Bowyer, Carol | Howard, Ethel Mae | Rochelle, Wayne |
| Bratcher, John | Ingram, Charles | Rose, Mary |
| Brinkley, Carl | Jackson, Bettye | Sanders, Cherry |
| Brooks, Darrell | Jackson, Josephine | Sashfras, Shirley |
| Broome, Betty | Jackson, Mattie D. | Sayles, Jimmy |
| Brown, Jessie | James, Cassandra D. | Scott, Vanessa |
| Brown, Thomas | Jeffcoat, James | Self, Sean |
| Bryson, Bobbie | Jefferson, Macatherine | Shepherd, Debra |
| Campbell, Minnie C. | Johnson, Cheryl | Shields, Bridgette |
| Cannon, Lillie | Johnson, Debra Ann | Shields, Pam |
| Castellane, Mary Ann | Johnson, Nikisha | Shields, Sara |
| Clark, Emma | Johnson, Robert | Sims, Aaron |
| Clarke, George | Johnson, Velma | Singletary, Fletcher |
| Collier, Claiborne | Jones, Rosie | Skinner, Lashonda |
| Collins, Everlernn | Jordan, Edward | Smiley, Tony B |
| Conn, Donald | Kendrick, Jacqueline | Smith, Lillie |
| Craig, Katie | Keyes, Johnny | Smith, Rosa |
| Crapps, Ruby | Knight, Falisha | Smith, Ruby Maxine |
| Criss, Lynette | Kyle, Christopher | Spencer, Bennie |
| Cunningham, Linda | Lacey, Ellaweise | Theodore, Jennifer |
| Darling, Jimmie | Landrum, Henry | Thomas, Bertha (Estate) |
| Davis, Levi | Langdon, Birdie | Thomas, Magnolia |
| Dillon, Marshall | Lawson, Mary | Thornton, Beatrice |
| Duvall, Catherine | Lawson, Robert | Toler, Ella Mae |
| Edmonds, Mary Jane | Lepard, Dawn | Townsend, Morris Edwin |
| Edwards, Annie | Lesure, Frank | Toy, Doris |

| No Reference to Alleged Injury cont'd | | |
|---|---|---|
| *Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS* | | |
| Edwards, Parlee | Lewis, Cornelius (Estate) | Turner, Monnie |
| Ellis, Pamela | Lewis, Jackie | Vail, Eddie (Larry) |
| Ellis, Samuel | Livingston, Mickey | Walls, Joann |
| Epps, Clara | Logan, Chris | Walterine, Wildee |
| Everett, Gregory Linn | Longino, Sylvia | Warfield, Connie |
| Fields, Texcellar (Estate) | Maggett, Bobbie | Warfield, Katherine (Est.) |
| Fisher, Michael | Martinson, Dorothea | Washington, Della |
| Fleming, Ethel | McAdory, Joyce | Washington, Rosa |
| Forbes, Glen | McBeath, Patricia | Watson, Deborah |
| Garrett, Alice | McCardle, Casey | Weathersby, Michaelon |
| Gilmer, Walter | McClendon, Charlie | White, Clifton |
| Givens, Jamie | McConnell, Franklin | White, Edneatha |
| Givens, Narie | McCoy, Marquita | Williams, Carole |
| Green, L.G. (Estate) | McCullar, Grady | Williams, Helen |
| Greer, Claudette | McDonald, Sherman, Jr. | Williams, Nolan |
| Grinston, Fannie* | McGowan, Lorraine | Williams, O.C., Sr. |
| Hamilton, Cora | Meeks, Virgine | Williams, Sanders, Jr. |
| Hammarstrom, Eric | Mitchell, Ava | Williams, Taylor |
| Haney, Margaret | Mitchell, Prince* | Wilson, Lakeisha |
| Hardy, Tommy | Moore, Mattie | Womack, Francis |
| Harkins, Billie | Morgan, Helen | Woods, Bobby |
| Harris, Freddie | Morrison, Sara | Young, Barbara |
| Harrison, Doyle | Murphy, Brandy | |
| Harrison, Gloria | Murray, Linda | |
| *Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS* | | |
| Adams, Lois | Haley, Lee | Prince, Mark A. |
| Anderson, Leroy | Harris, Melvin | Rhodes, Patricia |
| Bearden, Jerrell M. | Hunter, James | Smith, Frank |
| Beckum, Sue | Jenkins, Charlotte | Suber, Gregory |
| Carroll, Roy | Knight, Elizabeth | Thomas, Carlene |
| Ford, Faith | Lowe, Jerry | Young, Reshedia |
| Gatewood, Annie | Nance, Warren | |
| Green, Kenneth | Pierce, Donna | |
| *Cooper, et al. v. Pfizer Inc. et al., 1:05-cv-10834-PBS* | | |
| Ford, Glinda | Newsome, Betty | Smith, Andrew |
| Maddox, Pearlie | Pearson, Ethel | Webb, William |
| Myers, Lolita | Rice, Roger | |

\* Plaintiff is subject to pending Motion for Leave to File Nine (9) Attorney Certifications Out of Time.

3144819v2