Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, II (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Nancy Y. Morgan (NY, NJ & PA)

Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Julio E. Urrutia (NY)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)

Steven P. Shultz (NY & MA)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)

Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)
Keith L. Altman (CA)

*Of Counsel*
Michael Feldman (NY & NJ)
Michael Finkelstein (NY)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Kenneth Cohen (NJ)
Linda Armatti-Epstein (NY)

John F. Dowd (NY & CT)
David Akerib (NY)
Frances M. Bova (NY & NJ)
Mark B. Hudoba (NY)
Kenneth G. Bartlett (CT & NJ)
Gustavo W. Alzugaray (NY & NJ)
Sharon A. Scanlan (NY & CT)
Robert E. Borrero (NY)
Marc S. Becker (NY)
Ernest S. Buonocore (NY)
Ari Kresch (NY & MI)
Jeffrey A. Brown, M.D. (NY & NJ)
Dennis G. Ellis (NY)
Gail Koff, P.C. (NY)
Joel Bossom (NY)
Eric L. Horn (NY, CT & MA)
Michael O. Gittelsohn (NY)

# Finkelstein & Partners, LLP
## THE INJURY ATTORNEYS

REFER TO OUR FILE #: 200599          December 9, 2008

Clerk of the Court
United States District Court
John Moakley United States Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

    Re: In re: Neurontin Marketing, Sales Practices
        and Products Liability Litigation
        MDL-1629
        Master File No. 04-10981
        Judge Patti B. Saris

Dear Clerk of the Court:

      This letter is written to request that the following attorney be admitted pro hac vice, pursuant to Section III, Subsection E of the Corrected Case Management Order, in the above-referenced matter:

      Keith L. Altman, Esq.
      Finkelstein & Partners, LLP
      1279 Route 300
      Newburgh, N.Y. 12551

      The certificate of good standing on behalf of the above attorney, along with our firm's check in the amount of $50.00.

      Thank you for your consideration in this matter.

                  Very truly yours,

                  FINKELSTEIN & PARTNERS. LLP

                  */s/ Kenneth B. Fromson*
                  Kenneth B. Fromson, ESQ.
                  On behalf of the Products Liability Steering Committee

Encl.

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy

1279 ROUTE 300, P.O. BOX 1111
NEWBURGH, NY 12551      Phone: (845) 562-0203      Fax: (845) 562-3492      www.lawampm.com      101 WHITNEY AVENUE
NEW HAVEN, CT 06510

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2008 DEC -3 A 8 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK )
) ss
COUNTY OF NASSAU )

I, KEITH L. ALTMAN, ESQ., being duly sworn, deposes and says:

That I am currently in good standing as an attorney to practice before the highest court of the State of California.

KEITH L. ALTMAN

Sworn to before me this
24 day of November, 2008

NOTARY PUBLIC

PATRICIA P. VOTA
Notary Public, State of New York
No. 01VO6035558
Qualified in Nassau County
Commission Expires January 3, 2010



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

MEMBER SERVICES CENTER

TELEPHONE: 888-800-3400

FILED
IN CLERKS OFFICE

2008 DEC -3 A 8: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 19, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KEITH L. ALTMAN, #257309 was admitted to the practice of law in this state by the Supreme Court of California on August 25, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records