UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS MOTION RELATES TO | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| *Allen, et al. v. Pfizer, Inc. et al, 1:07-cv-11795-PBS*<br>*Anderson et al. v. Pfizer, Inc. et al., 1:05-cv-10835-PBS*<br>*Cooper, et al. v. Pfizer Inc. et al., 1:05-cv-10834-PBS* | LEAVE TO FILE GRANTED<br>DECEMBER 11, 2008 |

**REPORT ON CURRENT STATUS
OF FAILURE OF THE LEVI BOONE LAW FIRM PA TO
COMPLY WITH THE COURT'S CERTIFICATION ORDERS**

Defendants Pfizer Inc. and Warner-Lambert Company LLC (together, "Defendants") respectfully submit this proposed case dismissal update in support of their motion to dismiss the claims of certain plaintiffs represented by the Boone Law Firm PA ("the Boone Law Firm") for failure to comply with the Court's certification orders.

At the time Defendants' filed their Motion to Dismiss the Claims of Certain Plaintiffs Represented by the Levi Boone Law Firm PA for Failure to Comply With the Court's Certification Orders, Defendants were seeking the dismissal of 359 individual plaintiffs. Since the Boone Law Firm's filing of its Opposition on October 14, 2008, numerous stipulations of dismissal with prejudice have been executed by the parties and additional records have been provided to and reviewed by Defendants.

The arguments previously asserted in support of Defendants' Motion to Dismiss the Claims of Certain Plaintiffs Represented by the Levi Boone Law Firm PA for Failure to Comply With the Court's Certification Orders remain unchanged. However, as a result of the execution

3234999v1

- 2 -

of stipulations of dismissal with prejudice and additional records being received and reviewed, the plaintiffs whose claims are subject to dismissal have changed.

The categories are as follows: (1) 65 plaintiffs with executed stipulations of dismissal (See. Ex. A); (2) 49 plaintiffs failed to meet the Court's certification requirements because the purported certifications were based solely on pharmacy records and a complete absence of medical records (See Ex. B); and (3) 229 plaintiffs' purported certifications were based on medical records making no reference to the injuries alleged in plaintiffs' complaints (See Ex. C).

Thus, 278 plaintiffs remain subject to Defendants' Motion to Dismiss the Claims of Certain Plaintiffs Represented by the Levi Boone Law Firm PA for Failure to Comply With the Court's Certification Orders.

Dated:  December 11, 2008				DAVIS POLK & WARDWELL


						By:  /s/ James P. Rouhandeh
						       James P. Rouhandeh

						450 Lexington Avenue
						New York, New York 10017
						(212) 450-4000


						SHOOK, HARDY & BACON L.L.P.


						By:  /s/ Scott W. Sayler
						       Scott W. Sayler

						2555 Grand Boulevard
						Kansas City, Missouri 64108
						(816) 474-6550

- 3 -

              -and-

              HARE & CHAFFIN

              By:  /s/ David B. Chaffin

              160 Federal Street
              Boston, Massachusetts 02110
              (617) 330-5000

              *Attorneys for Defendants Pfizer Inc and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 11, 2008.

              /s/David B. Chaffin

- 3 -