UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| *Jessie Allen, et al v. Pfizer, Inc.* | Individual Case No.: 1:07-CV-11795-PBS |

**STIPULATION OF DISMISSAL RE (LISTED PLAINTIFFS)**

IT IS STIPULATED, by all parties to this action, through their counsel of record, that this action is dismissed with prejudice as to the Plaintiffs Angela Abron, Beatrice Lee, Bobby Lofton, Cheryl Rankins, Keba Cartwright, Contessa Cole, Brenda Dotson, Larry Green, Estate of Linda Griffin, Daisy Hentz, Alma Hilton, Irma Jackson, Patsy Jackson, Shonda Jackson, Lakesha Johnson, Henry Jones, Blanchie Mitchell, Jacilet Moore, Helen O'Bryant, Lazarus Otto, Annie Pearson, J.T. Pinkton, Kennedy Shaw, Lorene Taylor, Brenda Thomas, Cynthia Thomas, Phillip Walker, Wendell Whittington, and Barbara Larry Wilburn, each party bear its own costs.

Dated: October 17, 2008

BOONE LAW FIRM, P.A.
Attorney for Plaintiffs

By: _____
Levi Boone, III
401 West Sunflower Avenue
P.O. Box 1772
Cleveland, MS 38732
(662) 843-7946

DAVIS POLK & WARDWELL
Attorneys for Defendants

By: _____
James P. Rouhandeh
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 12, 2008.

/s/ David B. Chaffin
David B. Chaffin