UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>) MDL Docket No. 1629<br>) Master File No. 04-10981 |

Judge Patti B. Saris
Mag. Judge Leo T. Sorokin

**THIS DOCUMENT RELATES TO:**

*Jessie Allen, et al v. Pfizer, Inc.*     Individual Case No.: 1:07-CV-11795-PBS

**STIPULATON OF DISMISSAL RE (LISTED PLAINTIFFS)**

IT IS STIPULATED, by all parties to this action, through their counsel of record, that this action is dismissed with prejudice as to the Plaintiffs:

1. Batte, Irene
2. Brinson, Tamara
3. Calogero, Lisa
4. Conguista, Johnny
5. Dicus, Tony
6. Fiffer, Sallie
7. Gardner, Alma
8. Hall, Willie
9. Hammarstrom, Holly
10. Haney, Jerry
11. Henry, Wade
12. Hill, Leona
13. Hirsch, Linda
14. Hodges, Tony
15. Jones, Sherita
16. Lipsey, Minnie

17. Miles, Osby

18. Mosley, Lashondra

19. O'Braint, Doris

20. O'Bryant

21. O'Neal, Louise

22. Pigron, Junaker

23. Potts, William

24. Sample, Deloise

25. Sampson, Samuel

26. Smith, Retha

27. Starks, Barbara

28. Summers, Charles

29. Terry, Lanelle

30. Wade, Lula Belle

31. Wasson, Annie Helen

32. Whitehall, Richard

33. Williams, Bobbie

34. Williams, Eugie

35. Wilson, Cynthia, and each party bear its own costs.

Dated: September 29, 2008

BOONE LAW FIRM, P.A.
Attorney for Plaintiffs

By: _____
Levi Boone, III
401 West Sunflower Avenue
P.O. Box 1772
Cleveland, MS 38732
(662) 843- 7946

DAVIS POLK & WARDWELL
Attorneys for Defendants

By: _____
James P. Rouhandeh
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 12, 2008.

/s/ David B. Chaffin
David B. Chaffin