UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>Joe Blaylock<br>*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* | : Judge Patti B. Saris<br>:<br>: Magistrate Judge Leo T. Sorokin<br>:<br>: LEAVE TO FILE GRANTED<br>: DECEMBER 11, 2008 |

**PLAINTIFF JOE BLAYLOCK'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Joe Blaylock, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
*Attorneys for Plaintiff(s)*

So Certified, this the 12th day of December, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>Memye Creswell<br>*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* | : Judge Patti B. Saris<br>:<br>: Magistrate Judge Leo T. Sorokin<br>:<br>: LEAVE TO FILE GRANTED<br>: DECEMBER 11, 2008 |

**PLAINTIFF MEMYE CRESWELL'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Memye Creswell, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: *<u>/s/ Levi Boone, III, Esq.</u>*
*Attorneys for Plaintiff(s)*

So Certified, this the 12th day of December, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>Emma Eiland Gregory<br>*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* | : Judge Patti B. Saris<br>:<br>: Magistrate Judge Leo T. Sorokin<br>:<br>: LEAVE TO FILE GRANTED<br>: DECEMBER 11, 2008 |

**PLAINTIFF EMMA EILAND GREGORY'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Emma Eiland Gregory, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: *<u>/s/ Levi Boone, III, Esq.</u>*
*Attorneys for Plaintiff(s)*

So Certified, this the 12th day of December, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>Fannie Grinston<br>*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* | : Judge Patti B. Saris<br>:<br>: Magistrate Judge Leo T. Sorokin<br>:<br>: LEAVE TO FILE GRANTED<br>: DECEMBER 11, 2008 |

**PLAINTIFF FANNIE GRINSTON'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Fannie Grinston, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: /s/ Levi Boone, III, Esq.
*Attorneys for Plaintiff(s)*

So Certified, this the 12th day of December, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>Shawand Hicks<br>*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* | : Judge Patti B. Saris<br>:<br>: Magistrate Judge Leo T. Sorokin<br>:<br>: LEAVE TO FILE GRANTED<br>: DECEMBER 11, 2008 |

**PLAINTIFF SHAWAND HICKS' CERTIFICATION PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Shawand Hicks, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
*Attorneys for Plaintiff(s)*

So Certified, this the 12th day of December, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>Prince Mitchell<br>*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* | : Judge Patti B. Saris<br>:<br>: Magistrate Judge Leo T. Sorokin<br>:<br>: LEAVE TO FILE GRANTED<br>: DECEMBER 11, 2008 |

**PLAINTIFF PRINCE MITCHELL'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Prince Mitchell, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: /s/ Levi Boone, III, Esq.
*Attorneys for Plaintiff(s)*

So Certified, this the 12th day of December, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>Debra Neal<br>*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* | : Judge Patti B. Saris<br>:<br>: Magistrate Judge Leo T. Sorokin<br>:<br>: LEAVE TO FILE GRANTED<br>: DECEMBER 11, 2008 |

**PLAINTIFF DEBRA NEAL'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Debra Neal, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
*Attorneys for Plaintiff(s)*

So Certified, this the 12th day of December, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>Tommie Odom<br>*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* | : Judge Patti B. Saris<br>:<br>: Magistrate Judge Leo T. Sorokin<br>:<br>: LEAVE TO FILE GRANTED<br>: DECEMBER 11, 2008 |

**PLAINTIFF TOMMIE ODOM'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Tommie Odom, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
*Attorneys for Plaintiff(s)*

So Certified, this the 12th day of December, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>Curtis Patton<br>*Jessie Allen, et al v. Pfizer, Inc., Case No. 4:07cv74* | : Judge Patti B. Saris<br>:<br>: Magistrate Judge Leo T. Sorokin<br>:<br>: LEAVE TO FILE GRANTED<br>: DECEMBER 11, 2008 |

**PLAINTIFF CURTIS PATTON'S CERTIFICATION PER NOVEMBER 9, 2007 ORDER**

COMES NOW Plaintiff Curtis Patton, by and through his/her attorney of record, and pursuant to United States Magistrate Judge Leo T. Sorokin's Order of November 9, 2007 certifies as follows:

1. My name is Levi Boone, III, Esq. I am an attorney with the law firm of Boone Law Firm, P.A., counsel for Plaintiff in the above entitled action.

2. I have conferred with Plaintiff per the November 9, 2007 Order of United States Magistrate Judge Leo T. Sorokin.

3. Plaintiff intends to proceed with the litigation in the above entitled action.

4. I have reviewed the available medical records and the allegations of the Complaint.

5. I believe pursuit of the action is warranted.

Respectfully submitted,

BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By: *<u>/s/ Levi Boone, III, Esq.</u>*
*Attorneys for Plaintiff(s)*

So Certified, this the 12th day of December, 2008.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686