UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Leroy Anderson, et al v. Pfizer, Inc.* | Individual Case No.: 1:05CV-10835-PBS |
| *Mary Cooper, et al v. Pfizer, Inc.* | Individual Case No.: 1:05-CV-10834-PBS |
| *Jessie Allen, et al v. Pfizer, Inc.* | Individual Case No.: 1:07-CV-11795-PBS |

## PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO SUBMIT ATTORNEY CERTIFICATIONS FOR 49 PLAINTIFFS

COME NOW, Plaintiffs, by and through, Attorney, Levi Boone, III, of **Boone Law Firm, P.A.**, and file *Plaintiffs' Motion to Withdraw Plaintiffs' Motion For Additional Time to Submit Attorney Certifications for 49 Plaintiffs* and state:

1. Plaintiffs now seek to withdraw *Plaintiffs Motion for Additional Time to Submit Attorney Certifications for 49 Plaintiffs* as the matter has been addressed in the December 11, 2008 Report and Recommendation on Motion to Dismiss the Claims of Certain Plaintiffs Represented By the Levi Boone Law Firm, P.A. of Magistrate Judge Leo T. Sorokin and is now moot.

WHEREFORE PREMISES CONSIDERED, Plaintiffs respectfully request that Plaintiffs' Motion for Additional Time to Submit Attorney Certification for 49 Plaintiffs be withdrawn.

This the 12th day of December, 2008.

BY: /s/ Levi Boone, III

    Levi Boone, III, MSB #3686
**BOONE LAW FIRM, P.A.**
401 West Sunflower Avenue
Post Office Box 1772
Cleveland, MS 38732
TEL: 662-843-7946
FAX: 662-843-7950