```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
```

```
                                        )
IN RE NEURONTIN MARKETING AND           )
SALES PRACTICES LITIGATION              )
                                        ) MDL DOCKET NO. 1629
                                        ) CIVIL ACTION NO. 04-10981
THIS DOCUMENT RELATES TO:               )
 ALL ACTIONS                            )
                                        )
```

### ORDER

December 16, 2008

SARIS, U.S.D.J.

After hearing, the Court hereby orders:

(1) All attorneys shall read and comply with Local Rule 5.3 (Personal Data Identifiers) of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rule 5.3"), with respect to all future filings.

(2) Each attorney shall, by December 19, 2008, file a certification (a) stating that he has read Local Rule 5.3 and has reviewed all past filings in this litigation to determine whether they contain any personal data identifiers in violation of Local Rule 5.3, and (b) identifying, in a sealed attachment, by docket number, any document which he has filed in violation of Local Rule 5.3.  Public access to any documents filed in violation of Local Rule 5.3 shall be blocked.  A redacted version of the document shall be filed.

(3) Attorney Boone shall contact in writing each of his

clients whose personal information was, at any time, improperly posted and inform him or her of the posting and the Court's actions.  Attorney Boone shall certify to this Court that he has complied by December 19, 2008.

    (4) Attorney Boone shall explain why he filed the social security numbers and other private information on the public site, and why he should not be sanctioned.  I will refer the matter of sanctions to Magistrate Judge Sorokin.

                                         **S/PATTI B. SARIS**
                                         United States District Judge