UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br>     ALL ACTIONS ) <br> _____) | MDL No. 1629 <br> C.A. No. 04-10981 |

## CERTIFICATION OF ADAM M. STEWART

I, Adam M. Stewart, hereby submit this certification, pursuant to the Court's Order of December 16, 2008 (Doc. No. 1519).

1. I am an associate with the firm of Shapiro Haber & Urmy LLP, which serves as local counsel for Plaintiffs The Guardian Life Insurance Company of America, Kaiser Foundation Health Plans, Inc., and Kaiser Foundation Hospitals in this litigation;

2. I have read and am familiar with Local Rule 5.3 of the Local Rules of the United States District Court for the District of Massachusetts;

3. I have not filed any pleadings in this litigation other than my notice of appearance; and

4. I have not filed any documents in this litigation in violation of Local Rule 5.3.

Dated: December 17, 2008          Respectfully submitted,

                                             **/s/ Adam M. Stewart**
                                             Adam M. Stewart (BBO#661090)
                                             Shapiro Haber & Urmy LLP
                                             53 State Street
                                             Boston, MA 02109
                                             Telephone: (617) 439-3939
                                             Facsimile: (617) 439-0134
                                             astewart@shulaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 17, 2008.

                                      **/s/ Adam M. Stewart**
                                      Adam M. Stewart