UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ) | Master File No. 04-10981 |
| *Blue Cross & Blue Shield of Alabama, et. al.* ) <br> *v. Pfizer, Inc., et. al.*, 1:06-CV-12295-PBS ) | Judge Patti B. Saris |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3

I, Paul W. Shaw, certify that I have read Local Rule 5.3 for the U.S. District Court for the District of Massachusetts and have reviewed all past filings in this case to determine whether they contain any personal data identifiers in violation of Local Rule 5.3. I have determined that none of my past filings in this case contain personal data identifiers.

Respectfully submitted,

____/s/ Paul W. Shaw_____

Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Tel: 617-856-8200
Fax: 617-856-8201
Email: pshaw@brownrudnick.com

## CERTIFICATE OF SERVICE

      I, Paul W. Shaw, hereby certify that this document will be filed through the ECF system for the U.S. District Court for the District of Massachusetts and will be sent to all counsel of record as identified on the Notice of Electronic Filing, including Plaintiffs' Counsel and Counsel for Defendant Pfizer, Inc. in *Blue Cross & Blue Shield of Alabama, et. al. v. Pfizer, Inc., et. al.*, 1:06-CV-12995-PBS.

Dated December 17, 2008

/s/ Paul W. Shaw
Paul W. Shaw

# 1620889 v1