UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No.: 1629 |
| | Master File No. 04-10981 (PS) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## CERTIFICATION OF LINDA P. NUSSBAUM

I, Linda P. Nussbaum, hereby submit this certification pursuant to the Court's Order of

December 16, 2008 (Doc. No. 1519).

1.      I am a Partner of the firm of Kaplan, Fox & Kilsheimer LLP, which serves as

counsel for plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals, Inc.

in this litigation.

2.      I have read and am familiar with Local Rule 5.3 of the Local Rules of the United

States District Court of Massachusetts.

3.      I have not filed any documents in this litigation in violation of Local Rule 5.3.

Dated:  December 17, 2008

Respectfully Submitted,

KAPLAN FOX & KILSHEIMER LLP

By:_ _/s/ Linda P. Nussbaum____ _____
        Linda P. Nussbaum
850 Third Avenue, 14th Floor
New York, NY  10022
Tel:  (212) 687-1980
Fax:  (212) 687-7714
E-mail: lnussbaum@kaplanfox.com