UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) | |
| SALES PRACTICES LITIGATION ) | MDL Docket No. 1629 |
| ) | |
| _____ ) | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | Judge Patti B. Saris |

**CERTIFICATION OF COMPLIANCE**

COMES NOW, Elizabeth V. Heller and Goldenberg, Heller, Antognoli & Rowland, P.C., counsel for Plaintiffs *Brenda Straddeck et al. v. Pfizer, Inc.* et al., in Civil Action No. 04-4106, and in response to the Court's Order entered December 16, 2008, hereby states as follows:

1. Counsel has read Local Rule 5.3.

2. Counsel has reviewed all of her past filings in this litigation and has determined that no personal data identifier was disclosed in any filings.

3. Counsel has not filed any documents in violation of Local Rule 5.3.

Respectfully submitted,

**GOLDENBERG, HELLER, ANTOGNOLI & ROWLAND, P.C.**

/s/ Elizabeth V. Heller
Elizabeth V. Heller
2227 S. State Route 157
Edwardsville, IL  62025
Phone:        (618) 656-5150
Facsimile:   (618) 656-6230

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 17, 2008, a copy of the foregoing document was electronically filed with the United States District Court for the District of Massachusetts and that copies were electronically sent to all counsel of record.

                                                                                          /s/ Elizabeth V. Heller