UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO CLASS PLAINTIFFS' MOTION FOR LEAVE TO SERVE SUPPLEMENTAL EXPERT REPORTS**

Class Plaintiffs hereby respectfully move for leave to file a memorandum in reply to Defendants' Opposition To Class Plaintiffs' Motion For Leave To Serve Supplemental Expert Reports (Docket No. 1517). In support thereof, Class Plaintiffs state as follows:

1. Class Plaintiffs believe that a brief memorandum in response to the Defendants' opposition would assist the Court's consideration of the pending motion.

2. In their Opposition, Defendants' mischaracterize how the evidence of suppression of the negative evidence regarding mood disorders revealed in the epilepsy clinical trials relates to the Plaintiffs' claims that the Defendants made false and misleading marketing statements regarding Neurontin's efficacy for the treatment of mood disorders. A brief reply memorandum is necessary to show how the supplemental reports are relevant to the Class Plaintiffs' claim.

3. Defendants do not properly state the standards for considering whether supplementation is permissible under Fed. R. Civ. P. 37(c)(1), nor do they properly review all of

the factors that the Court must consider in applying the Rule. Class Plaintiffs believe their reply memorandum will assist the Court in applying the relevant facts to the legal principles.

4. A copy of the proposed reply memorandum is attached hereto as <u>Exhibit A</u>.

WHEREFORE, for the reasons set forth herein, Class Plaintiffs respectfully request leave to file a reply memorandum in response to Defendants' Opposition To Class Plaintiffs' Motion For Leave To Serve Supplemental Expert Reports (Docket No. 1517).

Dated: December 17, 2008

*Members of the Class Plaintiffs' Steering Committee*

By: /s/ Thomas Greene
Thomas Greene
Greene & Hoffman, P.C.
33 Broad Street, 5th Floor
Boston, MA 02109

By: /s/ Don Barrett
Don Barrett
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: /s/ Barry Himmelstein
Barry Himmelstein
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: /s/ James Dugan
James Dugan
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

|  |  |
|---|---|
| By: | */s/ Thomas M. Sobol* |
|  | Thomas M. Sobol |
|  | Edward Notargiacomo |
|  | Hagens Berman Sobol Shapiro LLP |
|  | One Main Street, 4th Floor |
|  | Cambridge, MA 02142 |
| By: | */s/ Daniel Becnel* |
|  | Daniel Becnel, Jr. |
|  | Law Offices of Daniel Becnel, Jr. |
|  | 106 W. Seventh Street |
|  | P.O. Drawer H |
|  | Reserve, LA 70084 |

## CERTIFICATION PURSUANT TO L.R. 7.1

The undersigned counsel for Class Plaintiffs in the above-referenced matter hereby certifies that, on December 17, 2008, he conferred telephonically with Matt Rowland, counsel for Defendants, concerning the foregoing motion in a good faith attempt to narrow or resolve the issue.

/s/ Thomas M. Greene
Thomas M. Greene

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on December 17, 2008.

/s/Ilyas J. Rona
Ilyas J. Rona