# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>   ALL ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## CERTIFICATION OF W. SCOTT SIMMER

I, W. Scott Simmer, hereby submit this certification pursuant to the Court's Order of December 16, 2008 (Doc. No. 1519).

1. I am a Partner of the firm of Blank Rome LLP, which serves as counsel for consolidated plaintiff Assurant Health, Inc., et al in this litigation.

2. I have read and am familiar with Local Rule 5.3 of the Local Rules of the United States District Court of Massachusetts.

3. I have not filed any documents in this litigation in violation of Local Rule 5.3.

Dated:  December 17, 2008

Respectfully Submitted,

By:  __/s/ W. Scott Simmer_____
W. Scott Simmer
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Suite 1200
Washington, D.C. 20037
Tel. (202) 772-5967
Fax (202) 572-8412
Email:  Simmer@BlankRome.com

*Attorney for Consolidated Plaintiff Assurant Health, Inc. et al*

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 17, 2008.

                   __/s/ W. Scott Simmer_____
                   W. Scott Simmer