UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION _____ THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

## CERTIFICATION OF THOMAS J. POULIN

I, Thomas J. Poulin, hereby submit this certification pursuant to the Court's Order of December 16, 2008 (Doc. No. 1519).

1. I am Of Counsel with the firm of Blank Rome LLP, which serves as counsel for the Third Party Payor Plaintiffs in this litigation.

2. I have read and am familiar with Local Rule 5.3 of the Local Rules of the United States District Court of Massachusetts.

3. I have not filed any documents in this litigation in violation of Local Rule 5.3.

Dated:  December 17, 2008

Respectfully Submitted,

By: __/s/ Thomas J. Poulin_____
Thomas J. Poulin
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Suite 1200
Washington, D.C. 20037
Tel. (202) 772-5986
Fax (202) 572-8432
Email:  Poulin@BlankRome.com

*Attorney for Third Party Payor Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 17, 2008.

                                                  /s/ Thomas J. Poulin
                                                  Thomas J. Poulin