UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN MARKETING AND )
SALES PRACTICES LITIGATION )
) MDL DOCKET NO. 1629
) CIVIL ACTION NO. 04-10981
THIS DOCUMENT RELATES TO: )
)
ALL ACTIONS )
AND )
IRENE BARLOW VS. PFIZER )

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3
## JACK W. LONDON

To the Honorable Court:

1. My name is Jack W. London.

2. I am attorney of record in this litigation for Irene Barlow, am a member of the Plaintiffs Products Liability Steering Committee, and am of counsel to various attorneys in this litigation who are themselves lead counsel for other individual plaintiffs.

3. I certify that I have read Local Rule 5.3 of the Local Rules of the United States District Courts for the District of Massachusetts.

4. I have reviewed the pleadings filed in this litigation on behalf of Irene Barlow and on behalf of the Steering Committee. None of the documents I have filed on behalf of Irene Barlow in this litigation violate Local Rule 5.3 of the Local Rules and none of the documents I have filed for the Steering Committee in this litigation violate Local Rule 5.3

of the Local Rules. I have not filed any documents on behalf of any other individual plaintiffs.

Respectfully submitted,

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London, Esq.
State Bar No. 12512500

PRODUCTS LIABILITY STEERING COMMITTEE

AND ATTORNEY FOR PLAINTIFF
IRENE BARLOW

CERTIFICATE OF SERVICE

I certify that this document filed through the ECF systems has been served pursuant to Case Management Order No. 3 on the 17th day of December, 2008.

_____
Jack W. London, Esq.