IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>FRIEDA BURROUGHS, as Executor of the Estate of EMORY M. BURROUGHS, Deceased | MDL DOCKET NO. 1629<br><br>CIVIL ACTION NO. 04-10981<br><br>JUDGE PATTIE B. SARIS<br><br>MAGISTRATE JUDGE LEO T. SOROKIN |

**PLAINTIFF FRIEDA BURROUGHS'**
**CERTIFICATION PER DECEMBER 16, 2008 ORDER**

COMES NOW Plaintiff, Frieda Burroughs, as Executor of the Estate of Emory M. Burroughs, deceased, by and through her attorney of record, and pursuant to United States District Judge Patti B. Saris' Order of December 16, 2008, certifies as follows:

1. My name is Silas G. Cross, Jr. I am counsel of record for Plaintiff, Frieda Burroughs, as Executor of the Estate of Emory M. Burroughs, deceased.

2. I have read and will comply with respect to all future filings to Local Rule 5.3 of the Local Rules of the United States District Court for the District of Massachusetts per the December 16, 2008 Order of United States District Judge Patti B. Saris.

3. I have reviewed all past filings in this litigation to determine whether they contain any personal data identifiers in violation of Local Rule 5.3 and determined that there are not any such documents filed by Plaintiff.

Respectfully submitted,

CROSS, POOLE, GOLDASICH & FISCHER, L.L.C.
1416 Greensboro Avenue
Tuscaloosa, AL 35401
(205) 391-9932 (telephone)
(205) 391-9557 (facsimile)

By: s/Silas G. Cross, Jr.
    Silas G. Cross, Jr.
    State Bar No. ASB-0417-C39S
    Attorney for Plaintiff Frieda Burroughs, as Executor of
    the Estate of Emory M. Burroughs, deceased

## CERTIFICATE OF SERVICE

    I certify that on December 17, 2008, a true copy of the foregoing document was served upon counsel of record by the Electronic Court Filing System of the United States District Court for the District of Massachusetts.

    s/Silas G. Cross, Jr.
    Silas G. Cross, Jr.