UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: NEURONTIN MARKETING AND
SALES PRACTICES LITIGATION

-----------------------------------------------------------

MDL Docket No. 1629
Civil Action Number No. 04-10981

THIS DOCUMENT RELATES TO:
NEURONTIN MARKETING AND
SALES PRACTICES LITIGATION

-----------------------------------------------------------

## DECLARATION OF COMPLIANCE WITH LOCAL RULE 5.3

Pursuant to the Court's Order of December 16, 2008, undersigned counsel hereby certifies that he has read Local Rule 5.3 of the Local Rules of the United States District Court for the District of Massachusetts, has reviewed all of his firms past court filing in this litigation and they are in compliance with Local Rule 5.3.

Respectfully Submitted,

FREIDIN & DOBRINSKY, P.A.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3100
Miami, FL 33131
Telephone: (305) 371-3666
Facsimile: (305) 371-6725

BY: /s/ T. OMAR MALONE
     T. OMAR MALONE

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of December, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

BY: /s/ T. OMAR MALONE
T. OMAR MALONE