IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------------X
:
In re: NEURONTIN MARKETING,                :MDL Docket No. 1629
      SALES PRACTICES AND PROCEDURES     :
      LIABILITY LITIGATION                :Master File No. 04-10981

-----------------------------------------------------------------------X Judge Patti B. Saris

THIS DOCUMENT RELATES TO:                  :
                                              :
PRODUCT LIABILITY ACTIONS                  : Magistrate Judge Leo T.
                                              : Sorokin

CERTIFICATION OF COUNSEL OF COMPLIANCE WITH LOCAL RULE 5.3

      COME NOW Eugene C. Brooks, Plaintiff Counsel, and certifies that he has read Local Rule 5.3 of the United States District Court for the District of Massachusetts.   Counsel further certifies that he has reviewed all documents filed with the Court in Counsel's Neurontin cases and has determined that no personal identifiers are contained in any such filings.

      THIS, the   17th   day of  December  , 2008.

                                                     s/ Eugene C. Brooks, IV
                                                  EUGENE C. BROOKS, IV
                                                  State Bar No. 084750
                                                  Attorney for Plaintiffs

Eugene C. Brooks, IV, P.C.
PO Box 9545
313 W. York Street
Savannah, GA  31412
T: 912/233-9696
F: 912-232-8620
gbrooks@brooks-law.com

CERTIFICATE OF SERVICE

      I hereby certify that on <u>     December 17,  2008</u>, I electronically filed Counsel's Certification of Compliance with Local Rule 5.3 with the Clerk of Court using the CM/ECF system.

                                           s/ Eugene C. Brooks, IV
                                           EUGENE C. BROOKS, IV
                                           Attorney for Plaintiff
                                           State Bar No: 084750

BROOKS LAW FIRM
313 W. York Street
P.O. Box 9545
Savannah, GA  31412
912/233-9696
Telephone No.: 912-233-9696
E-Mail: gbrooks@brooks-law.com

X:\USERS\Active\Product Liability\Reeves, Jack C\Certification of Counsel.wpd