IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) Master File No. 04-10981 ) ) Judge Patti B. Sari |

### CERTIFICATION OF DEREK T. BRASLOW

I, Derek T. Braslow, hereby submit this certification pursuant to the Court's Order of December 16, 2008 (Doc. No. 1519) and certify that I have read Local Rule 5.3 for the U.S. District Court for the District of Massachusetts and have reviewed all past filings in those cases in which I have entered an appearance and are pending in the above MDL to determine whether they contain any personal data identifiers in violation of Local Rule 5.3 and have determined that none of my past filings in said cases contain personal data identifiers.

Respectfully submitted,

/s/ Derek T. Braslow
Pogust, Braslow, & Millrood, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Tel: (610) 941-4204
Fax: (610) 941-4245
dbraslow@pbmattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON December 17, 2008, I electronically filed a true and accurate copy of the foregoing *Attorney Certification* with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day upon all attorneys who have completed ECF registration.

Dated:  December 17, 2008  By: _____
Sharon Tolton/Paralegal
POGUST, BRASLOW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA  19428
Telephone:  (610) 941-4204
Facsimile:  (610) 941-4245