UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x
                                                                        :
In re:  NEURONTIN MARKETING, SALES                                      :
        PRACTICES AND PRODUCTS                                          :
        LIABILITY LITIGATION                                            :   MDL Docket No. 1629
------------------------------------------------------------------------x
                                                                        :   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                               :
                                                                        :   Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al.,                         :
06-10912-PBS                                                            :   Magistrate Judge Leo T. Sorokin
                                                                        :
VIRGIL L. ANDERSON et al. v. PFIZER INC et al.,                         :
06-11024-PBS                                                            :
                                                                        :
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al.,                      :
06-11022-PBS                                                            :
                                                                        :
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al.,                    :
06-11023-PBS                                                            :
------------------------------------------------------------------------x

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3**

     COMES NOW, Newton B. Schwartz, Sr. counsel for Plaintiffs *Martha Accettullo, et al., Virgil L. Anderson, et al., Kamaliha Y. Brewster, et al.,* and *Charles D. Girard, et al.* in response to the Court's Order entered December 16, 2008, hereby states as follows:

     1. Counsel has read Local Rule 5.3.

     2. Counsel has reviewed all of the past filings in this litigation and has determined that no personal data identifier was disclosed in any filings.

     3. Counsel has not filed any documents in violation of Local Rule 5.3.

     Respectfully submitted,

     s/Newton B. Schwartz, Sr.
     Newton B. Schwartz, Sr.
     Texas State Bar 17869000

                    LAW OFFICES OF NEWTON B. SCHWARTZ, SR.
                    1911 Southwest Freeway
                    Houston, TX 77098
                    Telephone: 713-630-0708
                    Facsimile:  713-630-0789
                    Email: nbs@nbslawyers.com

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 17, 2008.

                    s/Newton B. Schwartz, Sr.
                    Newton B. Schwartz, Sr.