UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | C.A. No. 04-10981 |

PLEASE TAKE NOTICE that the law firm Bernstein Liebhard & Lifshitz, LLP, Counsel for Plaintiff Lorraine Kopa in the above captioned matter, has changed its name to Bernstein Liebhard LLP.

The office address, and telephone and facsimile numbers, will remain the same.

Dated: December 17, 2008

Respectfully submitted,

**BERNSTEIN LIEBHARD LLP**

By: /s/ RONALD J. ARANOFF
      Ronald J. Aranoff

10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: aranoff@bernlieb.com

*Attorneys for Plaintiff Lorraine Kopa*
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I Ronald J. Aranoff, hereby certify on this 17th day of December 2008, I caused true and accurate copies of Bernstein Liebhard LLP's Notice of Firm Name Change to be served upon all counsel of record via ECF.

/s/ RONALD J. ARANOFF
Ronald J. Aranoff