UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | C.A. No. 04-10981 |

**CERTIFICATION OF RONALD J. ARANOFF**

I, Ronald J. Aranoff, hereby submit this certification, pursuant to the Court's Order of December 16, 2008 (Doc. No. 1519).

1. I am counsel to the firm of Bernstein Liebhard LLP, which serves as counsel for Plaintiff Lorraine Kopa in this litigation;

2. I have read and am familiar with Local Rule 5.3 of the Local Rules of the United States District Court for the District of Massachusetts;

3. To the best of my memory, I have not filed any pleadings in this litigation other than a *Pro Hac Vice* application and my notice of appearance; and

4. I have not filed any documents in this litigation in violation of Local Rule 5.3.

Dated:  December 17, 2008                    Respectfully submitted,


                                             *s/ Ronald J. Aranoff*

                                             Ronald J. Aranoff
                                             Bernstein Liebhard LLP
                                             10 East 40th Street
                                             New York, NY  10016
                                             T:  (212) 779-1414
                                             aranoff@bernlieb.com

## CERTIFICATE OF SERVICE

I, Ronald J. Aranoff, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (ECF) on December 17, 2008.

*s/ Ronald J. Aranoff*
Ronald J. Aranoff