UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                             )
IN RE NEURONTIN MARKETING, SALES    )
PRACTICES, AND PRODUCTS LIABILITY  )
LITIGATION                                       )
_____)  MDL Docket No. 1629
                                                             )  Master File No. 04-10981
THIS DOCUMENT RELATES TO:            )  Judge Patti B. Saris
                                                             )  Mag. Judge Leo T. Sorokin
ALL MARKETING AND SALES               )
PRACTICE ACTIONS                             )
_____)

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

**To:  Attorney Admission Clerk and All Other Parties**

Pursuant to the Electronic Filing Policy and Procedures, please take notice of the following attorney information change(s) for:  Jason J. Thompson

**Name:** From:  _____  To:  _____

**Law Firm/Government Agency Association:**

    New Law Firm Name:  Sommers Schwartz, P.C.

☐ **I am no longer counsel of record on the above entitled case; please terminate my association to this case.**

**Address:**  2000 Town Center, Suite 900, Southfield, MI  48075

**Telephone Number:**  248-355-0300

**Primary E-Mail Address:**  jthompson@sommerspc.com

**Secondary E-Mail Address:**  dnichols@sommerspc.com

Dated:  December 18, 2008
                                   Signature:         s/ Jason J. Thompson
                                   Bar No.           P47184
                                   Firm Name:      Sommers Schwartz, P.C.
                                   Address:         2000 Town Center, Suite 900
                                   City, State, Zip Code: Southfield, MI  48075
                                   Telephone No.    248-355-0300
                                   Primary E-mail Address:    jthompson@sommerspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record via notice of electronic filing.

                                      s/ Jason J. Thompson
                                      Sommers Schwartz, P.C.
                                      2000 Town Center, Suite 900
                                      Southfield, MI  48075
                                      248-355-0300
                                      jthompson@sommerspc.com
                                      P47184