UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

IN RE: NEURONTIN MARKETING AND
SALES PRACTICES LITIGATION
_____     MDL DOCKET NO.   1629
                                        CIVIL ACTION NO.   04-10981

THIS DOCUMENT RELATES TO:

    ALL ACTIONS
_____


# CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3
# ROBERT J. BONSIGNORE

To the Honorable Court:

1. My name is Robert J. Bonsignore.

2. I am attorney of record in this litigation. My individually filed putative class action was absorbed by the consolidated Plaintiffs Class Action Complaint.

3. I certify that I have read Local Rule 5.3 of the Local Rules of the United States District Courts for the District of Massachusetts.

4. I have reviewed all the pleadings I filed in this litigation on behalf of my who were formally putative class representatives but are now not named. None of the documents I have filed on their behalf in this litigation violate Local Rule 5.3 of the Local Rules. I have not filed any documents on behalf of any other individual plaintiffs.

1

        Respectfully submitted,

/s/ Robert J. Bonsignore
Robert J. Bonsignore, Esq.
BBO: 547880
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
781-350-0000 (Telephone)
781-391-9496 (Facsimile)
rbonsignore@class-actions.us

## CERTIFICATE OF SERVICE

    I certify that this document filed through the ECF systems has been served pursuant to Case Management Order No. 3 on the 18th day of December, 2008.

/s/ Robert J. Bonsignore
Robert J. Bonsignore, Esq.