UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :
In re: NEURONTIN MARKETING, SALES PRACTICES,                :
       AND PRODUCTS LIABILITY LITIGATION                    :
                                                            :
------------------------------------------------------------x
                                                            :
THIS DOCUMENT RELATES TO:                                   :
                                                            : MDL Docket No. 1629
                                                            : Master File No. 04-10981
MARTHA ACCETTULLO et al v. PFIZER INC. et al.,              :
06-10912-pbs                                                : Judge Patti B. Saris
                                                            :
VIRGIL L. ANDERSON et al. v. PFIZER INC. et al.,            : Magistrate Judge Leo T.
06-11024-PBS                                                :  Sorokin
                                                            :
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al.,          :
06-11-22-PBS                                                :
                                                            :
CHARLES D. GIRARD, Sr. et al v. PFIZER INC. et al.,         :
06-11023-PBS                                                :
------------------------------------------------------------x
```

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3**

     COMES NOW, Mark M. Sandmann, counsel for Coordinated Plaintiff, Guardian Life Insurance Company of America, Inc. in response to the Court's Order entered December 16, 2008, hereby states as follows:

     1.     Counsel has read Local Rule 5.3.

     2.     Counsel has reviewed all of the past filings in this litigation and has determined that no personal data identifier was disclosed in any filings.

     3.     Counsel has not filed any documents in violation of Local Rule 5.3.

     Respectfully submitted,

/s/Mark M. Sandmann
Mark M. Sandmann
RAWLINGS & ASSOCIATES PLLC
One Eden Parkway
LaGrange, KY 40031
(502) 814-2157
(502) 584-8580  (Fax No.)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 18, 2008.

/s/Mark M. Sandmann
Mark M. Sandmann