UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO: | § § § | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| PRODUCTS LIABILITY ACTIONS | § | |

### ATTORNEY'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3

COMES NOW, Christopher E. Fitzgerald, counsel for Plaintiff, Andria Blackwell, and certifies that he has read Local Rule 5.3 of the United States District Court for the District of Massachusetts. Counsel further certifies that he has reviewed all documents filed with the Court in Counsel's Neurontin cases and has determined that no personal identifiers are contained in such filings.

This the 17th day of December, 2008.

Respectfully submitted,

By: __/s/ Christopher E. Fitzgerald__
Christopher F. Fitzgerald
State Bar No. 10668

FITZGERALD & ASSOCIATES, PLLC
Post Office Box 1500
Ocean Springs, MS 39566-1500
Telephone: (228) 875-9072
Facsimile: (228) 818-2877
cfitz1965@bellsouth.net

## CERTIFICATE OF SERVICE

I, Christopher E. Fitzgerald, certify that I electronically filed Counsel's Certification of Compliance with Local Rule 5.3 with the Clerk of the Court using the CM/EFC system on December 17, 2008.

By:    */s/ Christopher E. Fitzgerald*
        Christopher E. Fitzgerald

Christopher E. Fitzgerald, MS Bar # 10668
FITZGERALD & ASSOCIATES, PLLC
Post Office Box 1500
Ocean Springs, MS  39566-1500
Telephone: (228) 875-9072
Facsimile: (228) 818-2877