UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------- x
:
In re: NEURONTIN MARKETING,            : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS           :
LIABILITY LITIGATION                   : Master File No. 04-10981
                                       :
---------------------------------------- x Judge Patti B. Saris
                                       : Magistrate Judge Leo T.
THIS DOCUMENT RELATES TO:              : Sorokin
                                       :
MARY P. DORSEY, Individually and as    : Individual Case No. 05-
Administrator of the Estate of James Dorsey : 11022
                                       :
                                       :
---------------------------------------- x

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3

NOW COMES Timothy J. Perry, counsel for Plaintiff Mary P. Dorsey, Individually and as Administrator of the Estate of James Dorsey, in response to the Court's Order entered December 16, 2008, and hereby states as follows:

1. Counsel has read and is familiar with Local Rule 5.3 of this Court.

2. Counsel has reviewed all of the past filings in this litigation and has determined that no personal data identifier was disclosed in any filings by this office.

3. Counsel has not filed any documents in violation of Local Rule 5.3.

      PERRY, KRUMSIEK & JACK LLP,
      Attorneys for Plaintiff,

  By: /s/Timothy J. Perry
     Timothy J. Perry (BBO#631397)
     PERRY, KRUMSIEK, & JACK LLP
     One McKinley Square
     Boston, MA 02109
     TEL (617) 720-4300

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the above document was served upon counsel of record by the Electronic Court Filing system of the United States District Court for the District of Massachusetts.

Dated:  December 18, 2008         /s/ Timothy J. Perry
                                  Timothy J. Perry