UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PROCEDURES LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: PRODUCT LIABILITY ACTIONS | Magistrate Judge Leo T. Sarokin |

## CERTIFICATION OF COUNSEL OF COMPLIANCE WITH LOCAL RULE 5.3

COME NOW, Dewitt M. Lovelace, Plaintiff Counsel, and certifies that he has read Local Rule 5.3 of the United States District Court for the District of Massachusetts. Counsel further certifies that he has reviewed all documents filed with the Court in Counsel's Neurontin cases and has determined that no personal identifiers are contained in any such filings.

THIS, the 18th day of December, 2008.

/s/ *Dewitt M. Lovelace*
Dewitt M. Lovelace (FL Bar #0872326)
LOVELACE LAW FIRM, P.A.
The Lovelace Building, Suite 200
12870 U.S. Highway 98 West
Miramar Beach, FL 32550
Phone: 850-837-6020
Fax: 850-837-4093
Email: dml@lovelacelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2008, I electronically filed Counsel's Certification of Compliance with Local Rule 5.3 with the Clerk of Court using the CM/ECF system, and that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (ECF).

/s/ *Dewitt M. Lovelace*
Dewitt M. Lovelace (FL Bar #0872326)
LOVELACE LAW FIRM, P.A.
The Lovelace Building, Suite 200
12870 U.S. Highway 98 West
Miramar Beach, FL 32550
Phone: 850-837-6020
Fax:  850-837-4093
Email:  dml@lovelacelaw.com