UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) | MDL DOCKET NO. 1629 |
| PRACTICES, AND PRODUCTS LIABILITY ) | Master File No. 04-10981 |
| LITIGATION ) | |
| ) | |
| THIS ORDER RELATES TO: ) | Judge Patti B. Saris |
| ) | Mag. Judge Leo T. Sorokin |
| PRODUCTS LIABILITY ACTIONS ) | |

### ATTORNEY'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3

COMES NOW, Walter L. Boyaki, counsel for Plaintiff Gloria Telles, Individually and as Next Friend of Jacob Telles, a minor, and certifies that he has read Local Rule 5.3 of the United States District Court for the District of Massachusetts.  Counsel further certifies that he has reviewed all past filings in this litigation and has determined that no personal identifiers are contained in such filing.

Respectfully submitted,

**MIRANDA & BOYAKI**
Attorneys at Law
4621 Pershing Drive
El Paso, Texas  79903
Tel.:  (915) 566-8688
Fax :  (915) 566-5906

By:   /s/ Walter L. Boyaki
**WALTER L. BOYAKI**
Attorney for Plaintiff
State Bar No. 02759500

## CERTIFICATE OF SERVICE

      I hereby certify that on this date a true copy of the above document was served upon counsel of record by using the CM/EFC system on December 18, 2008.

/s/ Walter L. Boyaki
**WALTER L. BOYAKI**
