UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)   MDL Docket No. 1629<br>)   Master File No. 04-10981<br>)<br>    Judge Patti B. Saris<br>    Mag. Judge Leo T. Sorokin |

**THIS DOCUMENT RELATES TO:**

*Leroy Anderson, et al v. Pfizer, Inc*.      Individual Case No.: 1:05CV-10835-PBS
*Mary Cooper, et al v. Pfizer, Inc*.         Individual Case No.: 1:05-CV-10834-PBS
*Jessie Allen, et al v. Pfizer, Inc*.        Individual Case No.: 1:07-CV-11795-PBS

**CERTIFICATION RELATING TO LOCAL RULE 5.3**

TO THE HONORABLE COURT:

1. My name is Levi Boone, III, I am attorney for the Plaintiffs in the above referenced cases.

2. I certify that I have read Local Rule 5.3 of the Local Rules of the United States District Courts for the District of Massachusetts.

3. I have reviewed all past filings in this litigation to determine whether they contain any personal data identifiers.

4. That in a sealed attachment, I shall identify by docket number, any documents filed in violation of Local Rule 5.3.

> Respectfully submitted,
> BOONE LAW FIRM, P.A.
> 401 West Sunflower Ave.
> Cleveland, MS 38732
> 662-843-7946 (telephone)
> 662-843-7950 (facsimile)

By: */s/ Levi Boone, III, Esq.*
*Attorneys for Plaintiff(s)*

So Certified, this the 18th day of December, 2008.

*/s/ Levi Boone, III*_____
Levi Boone, III, Esq., MSB# 3686

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 18, 2008.

*/s/ Levi Boone, III*_____
Levi Boone, III, Esq., MSB# 3686