## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)  **MDL Docket No. 1629**<br>)  **Master File No. 04-10981**<br>)<br>**Judge Patti B. Saris**<br>**Mag. Judge Leo T. Sorokin** |

**THIS DOCUMENT RELATES TO:**

*Leroy Anderson, et al v. Pfizer, Inc*.       Individual Case No.: 1:05CV-10835-PBS
*Mary Cooper, et al v. Pfizer, Inc*.          Individual Case No.: 1:05-CV-10834-PBS
*Jessie Allen, et al v. Pfizer, Inc*.          Individual Case No.: 1:07-CV-11795-PBS

### CERTIFICATION RELATING TO DOCUMENTS FILED UNDER SEAL

TO THE HONORABLE COURT:

1. My name is Levi Boone, III, I am attorney for the Plaintiffs in the above referenced cases.

2. Pursuant to this Court's Order of December 16, 2008, I certify that documents filed in violation of Local Rule 5.3 by Boone Law Firm, P.A., are identified, by docket numbers, in Exhibit A, in a sealed attachment per this Court Order.

> Respectfully submitted,
> BOONE LAW FIRM, P.A.
> 401 West Sunflower Ave.
> Cleveland, MS 38732
> 662-843-7946 (telephone)
> 662-843-7950 (facsimile)
>
> By:  */s/ Levi Boone, III, Esq.*
>       *Attorneys for Plaintiff(s)*

So Certified, this the 18<u>th</u> day of December, 2008.

*/s/ Levi Boone, III*_____
Levi Boone, III, Esq., MSB# 3686

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 18, 2008.

*/s/ Levi Boone, III*_____
Levi Boone, III, Esq., MSB# 3686