### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

_____

**IN RE:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION**

)
)
)
)
)
)
)

**MDL Docket No. 1629**
**Master File No. 04-10981**

_____

**Judge Patti B. Saris**
**Mag. Judge Leo T. Sorokin**

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Leroy Anderson, et al v. Pfizer, Inc.* | Individual Case No.: 1:05CV-10835-PBS |
| *Mary Cooper, et al v. Pfizer, Inc.* | Individual Case No.: 1:05-CV-10834-PBS |
| *Jessie Allen, et al v. Pfizer, Inc.* | Individual Case No.: 1:07-CV-11795-PBS |

---

### CERTIFICATION OF LEVI BOONE, III
### PURSUANT TO DECEMBER 16, 2008 ORDER

---

TO THE HONORABLE COURT:

1.   My name is Levi Boone, III, I am attorney for the Plaintiffs in the above referenced cases.

2.   I certify that I have mailed a letter to each of the Plaintiffs in the above referenced cases whose personal information was, at any time, improperly posted and I informed the Plaintiffs in the letters of the improper posting and the Court's actions taken in response thereto.

Respectfully submitted,
BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
662-843-7950 (facsimile)

By:  */s/ Levi Boone, III, Esq.*
     *Attorneys for Plaintiff(s)*

So Certified, this the 19<u>th</u> day of December, 2008.

<u>/s/ Levi Boone, III</u> ___

Levi Boone, III, Esq., MSB# 3686

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 19, 2008.

<u>/s/ Levi Boone, III</u> ___

Levi Boone, III, Esq., MSB# 3686