UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETS

```
------------------------------------------------ )   MDL Docket No: 1629
In re: NEURONTIN MARKETING,                      )
       SALES PRACTICES AND PRODUCTS              )
       LIABILITY LITIGTION                       )   Master File  No: 04-10981
------------------------------------------------ )
                                                 )   Judge Patti B. Saris
THIS DOCUMENT RELATES  TO:                       )
       ALL CASES                                 )   Magistrate Judge Leo T.
                                                 )   Sorokin
```

## CERTIFICATION OF RICARDO A. GARCIA

I, Ricardo A. Garcia, hereby submit this certification pursuant to the Court's Order of December 16, 2008 (Doc. No. 1519) and certify that I have read Local Rule 5.3 for the U.S. District of Massachusetts and have reviewed all past filings in those cases in which I have entered an appearance and are pending in the above MDL to determine whether they contain any personal data identifiers in violation of Local Rule 5.3 and have determined that none of my past filings in said cases contain personal data identifiers.

Respectfully submitted,

**GARCIA & KARAM, L.L.P.**

By:  /s/ Ricardo A. Garcia
     RICARDO A. GARCIA
     STATE BAR NO. 07643200
     Federal ID No. 1095
     AIZAR J. KARAM, JR.
     STATE BAR NO. 00796860
     820 South Main Street
     McAllen, Texas 78501
     956/630-2882 - Telephone
     956/630-5393 - Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON December 18, 2008, I electronically filed a true and accurate copy of the foregoing Attorney Certification with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day upon all attorneys who have completed ECF registration.


**Dated: December 18, 2008**          By:   /s/ Ricardo A. Garcia
                                              RICARDO A. GARCIA