UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS ORDER RELATES TO: | § § | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |
| PRODUCTS LIABILITY ACTIONS | § | |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3

I, William L. Bross, hereby submit this certification, pursuant to the Court's Order of December 16, 2008.

1. I am an attorney with the firm of Heninger Garrison Davis, LLC. I am counsel for individual plaintiffs: Sheila Agee, Meicki Baker, Charles Brown, Troy Chappell as Administrator of the Estate of Glenda Sue Chappell, Leisa Eaddy, Odessa Grissom, Marsha Holloway, Pauline Huff as Administratrix of the Estate of Rickie Huff, Jacqueline Poole, Joyce Reach, Jessica Southern, and Jessica Whitten.

2. I certify that I have read Local Rule 5.3 of the Local Rules of the United States District Courts for the District of Massachusetts.

3. I have not filed any documents in this litigation in violation of Local Rule 5.3.

Dated: December 19, 2008.

Respectfully submitted,

HENINGER GARRISON DAVIS, LLC

By: */s/ William L. Bross*
William L. Bross

> W. Lewis Garrison, Jr.
> William L. Bross
> HENINGER GARRISON DAVIS, LLC
> 2224 First Avenue North
> Birmingham, AL 35203
> Telephone: (205) 326-3336
> Facsimile: (205) 326-3332
> wlbross@hgdlawfirm.com

**CERTIFICATE OF SERVICE**

    I, William L. Bross, certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 19, 2008.

> _/s/ William L. Bross_____
> William L. Bross