UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) | MDL DOCKET NO. 1629 |
| | ) | CIVIL ACTION NO. 04-10981 |
| | ) | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) | District Judge Patti B. Saris Magistrate Judge Leo T. Sorokin |
| | ) | |

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3

In compliance with this Court's Order dated December 16, 2008, concerning Rule 5.3 of the Local Rules of the United States District Court of the District of Massachusetts ("Local Rule 5.3") regarding Personal Data Identifiers, I, Kimberly R. West, counsel for Blue Cross and Blue Shield of Alabama, hereby certify that I have reviewed Local Rule 5.3 and have reviewed all documents I have filed in this litigation to determine whether they contain any Personal Data Identifiers in violation of Local Rule 5.3, and have determined that they do not.

Dated: December 19, 2008

/s/    *Kimberly R. West*
Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, L.L.C.
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Telephone:   (205) 874-0352
Facsimile :   (205) 871-7534
Email:           kwest@wallacejordan.com

*Counsel for Blue Cross and Blue Shield of Alabama*

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 19, 2008.

/s/     *Kimberly R. West*
Kimberly R. West