UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>C.A. No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### CERTIFICATION OF PETER A. PEASE

I, Peter A. Pease, hereby submit this certification, pursuant to the Court's Order of December 16, 2008 (Doc. No. 1519).

1. I am a partner with the firm of Berman DeValerio Pease Tabacco Burt & Pucillo, which serves as local counsel for Plaintiff Aetna, Inc.;

2. I have read and am familiar with Local Rule 5.3 of the Local Rules of the United States District Court for the District of Massachusetts; and

3. I have reviewed all past filings I have made in this litigation and have determined that none contain any person data identifiers.

Dated: December 19, 2008            Respectfully submitted,

**BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO**

     /s/ Peter A. Pease
Peter A. Pease, Esq. (BBO # 392880)
One Liberty Square
Boston, MA 02109
(617) 542-8300