UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

**CERTIFICATION OF THOMAS M. GREENE**

I, Thomas M. Greene, hereby submit this certification pursuant to the Court's order dated December 16, 2008 ("Order") (Docket No. 1519):

1. I am a partner at the law firm Greene & Hoffman, P.C. and am duly admitted to practice law in the Commonwealth of Massachusetts and to appear before the United States District Court for the District of Massachusetts.

2. I certify that I have read Local Rule 5.3 and have reviewed all past filings in this litigation to determine whether they contain any personal data identifiers in violation of Local Rule 5.3.

3. I hereby certify that there are no documents that need to be identified pursuant to paragraph 2(b) of the Order.

Respectfully submitted,

Dated: December 19, 2008

/s/ Thomas M. Greene, Esq
Thomas M. Greene, Esq. (BBO#210020)
Greene & Hoffman, P.C.
33 Broad Street, 5th Floor
Boston, MA 02109
Tel: (617) 261-0040

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on December 19, 2008.

                                        /s/Ilyas J. Rona
                                        Ilyas J. Rona