UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ) | Master File No. 04-10981 |
| ) | Judge Patti B. Saris |
| ALL MARKETING AND SALES PRACTICES ACTIONS ) ) ) | Mag. Judge Leo T. Sorokin |

## CERTIFICATION OF ILYAS J. RONA

I, Ilyas J. Rona, hereby submit this certification pursuant to the Court's order dated December 16, 2008 ("Order") (Docket No. 1519):

1. I am an attorney at the law firm Greene & Hoffman, P.C. and am duly admitted to practice law in the Commonwealth of Massachusetts and to appear before the United States District Court for the District of Massachusetts.

2. I certify that I have read Local Rule 5.3 and have reviewed all past filings in this litigation to determine whether they contain any personal data identifiers in violation of Local Rule 5.3.

3. I hereby identify, in the sealed attachment hereto, any documents required to be identified pursuant to paragraph 2(b) of the Order.

Respectfully submitted,

Dated: December 19, 2008

/s/ Ilyas J. Rona
Ilyas J. Rona, Esq. (BBO #642964)
Greene & Hoffman, P.C.
33 Broad Street, 5th Floor
Boston, MA 02109
Tel: (617) 261-0040

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on December 19, 2008.

                                          /s/Ilyas J. Rona
                                          Ilyas J. Rona