UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| ) THIS DOCUMENT RELATES TO: ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

## SEALED ATTACHMENT

## TO CERTIFICATION OF ILYAS J. RONA

(Filed under seal pursuant to Court's

Order dated December 16, 2008

(Docket No. 1519))

Respectfully submitted,

Dated: December 19, 2008

/s/ Ilyas J. Rona
Ilyas J. Rona, Esq. (BBO #642964)
Greene & Hoffman, P.C.
33 Broad Street, 5th Floor
Boston, MA 02109
Tel: (617) 261-0040