UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>ALL MARKETING AND<br>SALES PRACTICES ACTIONS | )<br>)<br>)<br>)<br>)<br>) |

MDL Docket No. 1629
Master File No. 04-10981
Judge Patti B. Saris
Mag. Judge Leo T. Sorokin

## CERTIFICATION OF MICHAEL TABB

I, Michael Tabb, hereby submit this certification pursuant to the Court's order dated December 16, 2008 ("Order") (Docket No. 1519):

1. I am an attorney at the law firm Greene & Hoffman, P.C. and am duly admitted to practice law in the Commonwealth of Massachusetts and to appear before the United States District Court for the District of Massachusetts.

2. I certify that I have read Local Rule 5.3 and have reviewed all past filings in this litigation to determine whether they contain any personal data identifiers in violation of Local Rule 5.3.

3. I hereby certify that there are no documents that need to be identified pursuant to paragraph 2(b) of the Order.

Respectfully submitted,

Dated: December 19, 2008

/s/ Michael Tabb
Michael Tabb, Esq. (BBO #491310)
Greene & Hoffman, P.C.
33 Broad Street, 5th Floor
Boston, MA 02109
Tel: (617) 261-0040

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on December 19, 2008.

                                                /s/Ilyas J. Rona  
                                                Ilyas J. Rona