UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                         :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS     :
        LIABILITY LITIGATION                              :   Judge Patti B. Saris
---------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                                             :
THIS DOCUMENT RELATES TO:                        :
        ALL ACTIONS                                              :
---------------------------------------------------------------x

**CERTIFICATION OF ANDREW G. FINKELSTEIN IN RESPONSE
TO ORDER CONCERNING PERSONAL DATA IDENTIFIERS**

I, Andrew G. Finkelstein, a partner with the law firm of Finkelstein & Partners, LLP, counsel for 82 individual Products Liability Plaintiffs in this litigation, and a member of the Products Liability Plaintiffs' Steering Committee, hereby certify pursuant to the Order dated December 16, 2008, ECF Doc. # 1519, as follows:

1. I have read and shall comply with Local Rule 5.3 (Personal Data Identifiers) of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rule 5.3"), with respect to all future filings.

2. I have read Local Rule 5.3 and have caused to be reviewed all past filings in this litigation in which Finkelstein & Partners represent the 82 individual Products Liability Plaintiffs, to determine whether they contain any personal data identifiers in violation of Local Rule 5.3.

3. I have also caused to be reviewed all past filings in this litigation on behalf of the Products Liability Plaintiffs' Steering Committee, to determine whether they contain any personal data identifiers in violation of Local Rule 5.3.

4. Upon review, we have found no documents filed in violation of Local Rule 5.3, other than those identified in the sealed Attachments A-C, redacted versions of which are being filed with the Court.

Dated: December 19, 2008                                        Respectfully submitted,

>                             /s/ Andrew G. Finkelstein
>                             Andrew G. Finkelstein
>                             *Member of Products Liability*
>                             *Plaintiffs' Steering Committee*
>                             FINKELSTEIN & PARTNERS, LLP
>                             Attorneys for Products Liability Plaintiffs
>                             1279 Route 300, P.O. Box 1111
>                             Newburgh, NY  12551
>                             Tel.:  845-562-0203
>                             Fax:  845-562-3492

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 19, 2008.

>                              /s/ Andrew G. Finkelstein
>                              Andrew G. Finkelstein