UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                  :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                      :   Master File No. 04-10981
        SALES PRACTICES AND PRODUCTS              :
        LIABILITY LITIGATION                      :   Judge Patti B. Saris
-------------------------------------------------------------x   Magistrate Judge Leo T. Sorokin
                                                  :
THIS DOCUMENT RELATES TO:                         :
        ALL ACTIONS                               :
-------------------------------------------------------------x
```

**CERTIFICATION OF KENNETH B. FROMSON IN RESPONSE
TO ORDER CONCERNING PERSONAL DATA IDENTIFIERS**

I, Kenneth B. Fromson, hereby certify pursuant to the Order dated December 16, 2008, ECF Doc. # 1519, as follows:

1. I have read and shall comply with Local Rule 5.3 (Personal Data Identifiers) of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rule 5.3"), with respect to all future filings.

2. I have read Local Rule 5.3 and have reviewed all past filings in this litigation under my signature, to determine whether they contain any personal data identifiers in violation of Local Rule 5.3.

3. Upon review, I have found no documents filed in violation of Local Rule 5.3.

Dated:  December 19, 2008                     Respectfully submitted,

                                              **/s/ Kenneth B. Fromson**
                                              Kenneth B. Fromson
                                              FINKELSTEIN & PARTNERS, LLP
                                              Attorneys for Products Liability Plaintiffs
                                              1279 Route 300, P.O. Box 1111
                                              Newburgh, NY  12551
                                              Tel.:  845-562-0203
                                              Fax:  845-562-3492

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 19, 2008.

                                                  **/s/ Kenneth B. Fromson**
                                                    Kenneth B. Fromson