# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) ) ) | MDL DOCKET NO. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ) ) EDWARD REOTT ) ) ) | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

## CERTIFICATION

The undersigned counsel for the Plaintiffs, Edward Reott and Carol Reott, his wife, hereby certifies that:

1. Pursuant to this Court's Order of December 16, 2008 I have read Local rule 5.3.

2. I have reviewed all of my past filings in this litigation to determine whether the information therein violates Local Rule 5.3.

3. After this review, I have determined that these filings do not contain any personal data identifiers in violation of Local Rule 5.3.

Respectfully submitted:

EGAN & JAMIOLKOWSKI

Date: December 19, 2008

By: _____
Alexander J. Jamiolkowski, Esquire
PA I.D. #34599
1801 Lawyers Building
428 Forbes Avenue
Pittsburgh, PA 15219
(412) 765-2120

ATTORNEYS FOR THE PLAINTIFFS

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>EDWARD REOTT | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Certification on behalf of Plaintiffs, Edward Reott and Carol Reott, has been served by U.S. First Class Mail on this 19th day of December, 2008 to:

### ATTORNEYS FOR DEFENDANTS

James P. Rouhandeh, Esquire
Davis, Polk and Wardwell
450 Lexington Avenue
New York, NY 10017

David B. Chaffin, Esquire
Hare & Chaffin
160 Federal Street
Boston, MA 02110

Angela M. Seaton, Esquire
Shook, Hardy and Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613

John W. Frazier, IV, Esquire
John E. Caruso, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker and Rhoads
123 South Broad Street
Philadelphia, PA 19109-1099

### ATTORNEYS FROM PLAINTIFFS' STEERING COMMITTEE

Jack London, Esquire
Jack London & Associates, P.C.
3701 Bee Cave Road, Suite 200
Austin, TX 78746

Kenneth Fromson, Esquire
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550

all other parties have been served by electronic mail on this date.

Date:   December 19, 2008

_____
Alexander J. Jamiolkowski, Esquire
Attorney for Edward and Carol Reott