# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION )))))  )  )))) )) ))))) | MDL No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Leo T. Sorokin |
| THIS RELATES TO:<br>  ALL ACTIONS | |

## CERTIFICATION OF IRWIN B. LEVIN

I, Irwin B. Levin, hereby submit this certification pursuant to the Court's Order of December 16, 2008 (Doc. No. 1519).

1. I am a partner with the law firm of Cohen & Malad, LLP, which serves as counsel for Plaintiff Gerald E. Smith in this litigation.

2. I have read and am familiar with Local Rule 5.3 of the Local Rules of the United States District Court of Massachusetts.

3. I have not filed any documents in this litigation in violation of Local Rule 5.3.

Dated: December 18, 2008

                                          Respectfully submitted,

                                    By:   /s/ Irwin B. Levin
                                                Irwin B. Levin, #8786-49
                                                Cohen & Malad, LLP
                                                One Indiana Square, Suite 1400
                                                Indianapolis, IN  46204
                                                Telephone:  (317) 636-6481
                                                Facsimile:  (317) 636-2593
                                                Email:  ilevin@cohenandmalad.com
                                                *Attorney for Plaintiff Gerald E. Smith*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 18, 2008.

                                          /s/ Irwin B. Levin
                                                Irwin B. Levin