UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,  :
SALES PRACTICES AND  :   Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION  :
------------------------------------------------------------- x   Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:  :
:
ALL ACTIONS  :
:
:
------------------------------------------------------------- x

## CERTIFICATION OF NICHOLAS P. MIZELL

I, Nicholas P. Mizell, certify that I have read Local Rule 5.3, that I have reviewed all of my past filings in this litigation to determine whether they contain any personal data identifiers in violation of Local Rule 5.3, and that I have not filed any documents that contain personal identifiers.

Dated:  December 19, 2008

/s/ Nicholas P. Mizell
Nicholas P. Mizell

SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 19, 2008.

/s/ David B. Chaffin
David B. Chaffin