UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

------------------------------------------------x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris

## CERTIFICATION OF MATTHEW B. ROWLAND

I, Matthew B. Rowland, certify that I have read Local Rule 5.3, that I have reviewed all of my past filings in this litigation to determine whether they contain any personal data identifiers in violation of Local Rule 5.3, and that I have not filed any documents that contain personal data identifiers.

Dated: December 19, 2008

/s/ Matthew B. Rowland
Matthew B. Rowland

DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 19, 2008.

/s/ David B. Chaffin
David B. Chaffin