UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------- x
                                                  :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                      :
        SALES PRACTICES AND                       :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION             :
------------------------------------------------- x   Judge Patti B. Saris
                                                  :
THIS DOCUMENT RELATES TO:                         :
                                                  :
    ALL ACTIONS                                   :
                                                  :
                                                  :
------------------------------------------------- x
```

### CERTIFICATION OF DAVID B. CHAFFIN

I, David B. Chaffin, certify that I have read Local Rule 5.3; that I have reviewed all of my past filings in this litigation to determine whether they contain any personal data identifiers in violation of Local Rule 5.3; and that the sealed attachment to this certification identifies, by docket number, each document that I know to contain personal data identifiers.

Dated:  December 19, 2008         /s/ David B. Chaffin
                                  David B. Chaffin

                                  BBO # 549245
                                  HARE & CHAFFIN
                                  160 Federal Street
                                  Boston, Massachusetts 02110
                                  (617) 330-5000

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 19, 2008.

/s/ David B. Chaffin
David B. Chaffin