# EXHIBIT

# Attachment to Certification of David B. Chaffin

# FILED UNDER SEAL
# December 19, 2008