UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629 |
| THIS RELATES TO: ALL ACTIONS | Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Leo T. Sorokin |

### CERTIFICATION OF RICHARD E. SHEVITZ

I, Richard E. Shevitz, hereby submit this certification pursuant to the Court's Order of December 16, 2008 (Doc. No. 1519).

1. I am a partner with the law firm of Cohen & Malad, LLP, which serves as counsel for Plaintiff Gerald E. Smith in this litigation.

2. I have read and am familiar with Local Rule 5.3 of the Local Rules of the United States District Court of Massachusetts.

3. I have not filed any documents in this litigation in violation of Local Rule 5.3.

Dated: December 18, 2008

Respectfully submitted,

By:   /s/ Richard E. Shevitz
     Richard E. Shevitz, #12007-49
     Cohen & Malad, LLP
     One Indiana Square, Suite 1400
     Indianapolis, IN  46204
     Telephone:  (317) 636-6481
     Facsimile:  (317) 636-2593
     Email:  ilevin@cohenandmalad.com
     *Attorney for Plaintiff Gerald E. Smith*

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 18, 2008.

               /s/Richard E. Shevitz
               Richard E. Shevitz