UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS ORDER RELATES TO: | | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |
| PRODUCTS LIABILITY ACTIONS | | |

**ATTORNEYS' CERTIFICATION OF COMPLIANCE WITH LOCAL RULS 5.5**

COMES NOW, J. Christopher Kervick, Counsel for Plaintiff, Louisa Wilson and Robert Wilson, and certifies that he has read Local Rule 5.3 of the United States District Court for the District of Massachusetts. Counsel further certifies that he has reviewed all documents filed with the Court in this matter and has determined that no personal identifiers are contained in such filings.

This the 19th day of December, 2008.

Respectfully submitted,

By  /s/ J. Christopher Kervick
_____
J. Christopher Kervick
Juris No. 403266

J. CHRISTOPHER KERVICK
576 Elm Street
P.O. Box 875
Windsor Locks, CT  06096
Telephone.: (860) 627-0151
Facsimile:  (860) 627-8536
chriskervick@cox.net

**CERTIFICATE OF SERVICE**

      I, J. Christopher Kervick, certify that I electronically filed Counsel's Certificate of Compliance with Local Rule 5.3 with the Clerk of the Court using the CM/EFC system on December 19, 2008.

                                By /s/   J. Christopher Kervick

J. Christopher Kervick, CT Juris No. 403266  
576 Elm Street  
P.O. Box 875  
Windsor Locks, CT  06096  
Telephone:  (860) 627-0151  
Facsimile:   (860) 627-8536