IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | Magistrate Judge Leo T. Sorokin |
| SANDRA LEIENDECKER, et al. | |

### CERTIFICATION OF ASSAAD M. STEPHAN

I, Assaad M. Stephan, hereby submit this certification pursuant to the Court's order of December 16, 2008 (Doc. No. 1519) and certify that I have read Local Rule 5.3 for the U.S. District Court for the District of Massachusetts and have reviewed all past filings in those case in which my office has entered an appearance and are pending in the above MDL to determine whether they contain any personal data identifiers in violation of Local Rule 5.3, and have determined that one of my past filings in said case contains personal data identifiers in violation of Local Rule 5.3. The electronic document number of said document is 1023, and the document is entitled, "Certification Regarding Plaintiffs Sandra Leiendecker, et al." The date of filing for said document was December 18, 2007, in the United States District Court District of Massachusetts. I have redacted the personal identifiers in said filing and am resubmitting said document for compliance with Local Rule 5.3.

DATED: December 19, 2008

LAW OFFICE OF MICHAEL D. LIBERTY

By: /s/ Assaad M. Stephan
Assaad M. Stephan
State Bar No. 246183
Attorney for Plaintiffs

LAW OFFICE OF MICHAEL D. LIBERTY
1290 Howard Avenue, Suite 303
Burlingame, CA 94010
Tel: (650) 685-8085
Fax: (650) 685-8086
mdlaw@pacbell.net

## CERTIFICATE OF SERVICE

I certify that on December 19, 2008, a true copy of the foregoing document was served upon counsel of record by the Electronic Court Filing System of the United States District Court for the District of Massachusetts.