UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
IN RE NEURONTIN MARKETING, SALES :
PRACTICES, AND PRODUCTS LIABILITY :
LITIGATION :
---------------------------------------------------------------------x  MDL Docket No. 1629
THIS DOCUMENT RELATES TO: : Master File No. 04-10981
 :
LOUISIANA HEALTH SERVICE INDEMNITY : Judge Patti B. Saris
COMPANY, D\B\A BLUECROSS/BLUESHIELD :
OF LOUISIANA, v. PFIZER, INC., et al. : Mag. Judge Leo T. Sorokin
---------------------------------------------------------------------x

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3**

COMES NOW, Douglas R. Plymale, Counsel for Class Plaintiff Louisiana Health Service Indemnity Company, d\b\a BlueCross/BlueShield of Louisiana ("Louisiana Health"), in response to the Court's Order entered December 16, 2008, hereby states as follows:

1. Counsel has read Local Rule 5.3.

2. Counsel has reviewed all of the past filings in this litigation and has determined that no personal data identifier was disclosed in any filings.

3. Counsel has not filed any documents in violation of Local Rule 5.3.

Respectfully Submitted,

/s/Douglas R. Plymale
Douglas R. Plymale
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA   70130
Phone: 504-648-0180
Fax: 504-648-0181

<-</a>
<-</a>
<-</a>
<-</a>
<-</a>

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 19, 2008.

/s/Douglas R. Plymale
Douglas R. Plymale