UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>SANDRA LEIENDECKER, individually and as Guardian Ad Litem for: J.L., a minor child; C.L., a minor child, and T.L., a minor child | Magistrate Judge Leo T. Sorokin |

## FIRST AMENDED CERTIFICATION REGARDING PLAINTIFFS SANDRA LEIENDECKER, et al.

I, Michael D. Liberty, counsel for Plaintiffs SANDRA LEIENDECKER, individually and as Guardian Ad Litem for: J.L., a minor child; C.L., a minor child, and T.L., a minor child in the above-entitled action, certify pursuant to the Products Liability Case Management Order Dated November 9, 2007, ECF Doc. #949, as follows:

1. I have conferred with Plaintiff SANDRA LEIENDECKER,
2. Plaintiffs intend to proceed with the litigation.
3. I have reviewed the relevant medical records and allegations of the Complaint.
4. I believe pursuit of the action is warranted.

Dated: December 19, 2008

LAW OFFICE OF MICHAEL D. LIBERTY

By: _____
Michael D. Liberty
Attorney for Plaintiffs
1290 Howard Avenue, Suite 303
Burlingame, CA 94010

## CERTIFICATE OF SERVICE

I certify that on December 19, 2008, a true copy of the foregoing document was served upon counsel of record by the Electronic Court Filing System of the United States District Court for the District of Massachusetts.

_____