# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

----------------------------------------x

In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

----------------------------------------x

THIS CERTIFICATION RELATES TO:

SANDRA GAUDIO and GERARD
GAUDIO

----------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## CERTIFICATION OF ADAM M. SLATER, ESQ.

I, Adam M. Slater, hereby submit this certification pursuant to the Court's Order of December 16, 2008 (Doc. No. 1519) and certify that I have read Local Rule 5.3 for the U.S. District Court for the District of Massachusetts and have reviewed all past filings in those cases in which I have entered an appearance and are pending in the above MDL to determine whether they contain any personal data identifiers in violation of Local Rule 5.3 and have determined that none of my past filings in said cases contain personal data identifiers.

Respectfully submitted,

/s/ Adam M. Slater
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey  07068
Tel:  (973) 228-9898
Fax: (973) 228-0303
aslater@mskf.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON December 19, 2008, I electronically filed a true and accurate copy of the foregoing *Attorney Certification* with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day upon all attorneys who have completed ECF registration.

/s/ Adam M. Slater
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
Tel: (973) 228-9898
Fax: (973) 228-0303
aslater@mskf.net

Dated: December 19, 2008

H:\AMS\Gaudio\AMS Cert 12-19-08.doc