UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
                                              :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :
        SALES PRACTICES AND                   :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION         :
-------------------------------------------------------x    Judge Patti B. Saris
                                              :
THIS DOCUMENT RELATES TO:                     :
                                              :
        ALL ACTIONS                           :
                                              :
-------------------------------------------------------x
```

## CERTIFICATION OF U GWYN WILLIAMS

I, U. Gwyn Williams, certify that I have read Local Rule 5.3, that I have reviewed all of my past filings in this litigation to determine whether they contain any personal data identifiers in violation of Local Rule 5.3, and that I have not filed any documents that contain personal data identifiers.

Dated: December 19, 2008          /s/ U. Gwyn Williams
                                  U. Gwyn Williams

                                  GOODWIN PROCTER LLP
                                  Exchange Place
                                  Boston, MA   02109
                                  (617) 570-1000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 19, 2008.

                                  /s/ U. Gwyn Williams
                                  U. Gwyn Williams