UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUECROSS/BLUESHIELD OF LOUISIANA; UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>PFIZER INC. and WARNER-LAMBERT COMPANY,<br>       Defendants. | |

**CERTIFICATION OF BARRY R. HIMMELSTEIN**

I, Barry R. Himmelstein, hereby submit this certification pursuant to the Court's order dated December 16, 2008 ("Order") (Docket No. 1519):

1. I am an attorney at the law firm Lieff Cabraser Heimann & Bernstein LLP, Co-Lead Counsel for the Class Plaintiffs in this action.

793965.1

   2.  I certify that I have read Local Rule 5.3 and have reviewed all past filings in this litigation to determine whether they contain any personal data identifiers in violation of Local Rule 5.3.

Dated:  December 19, 2008      LIEFF, CABRASER, HEIMANN
                 & BERNSTEIN, LLP


              By: /s/ Barry R. Himmelstein
                Barry R. Himmelstein, Esq.
                275 Battery Street, 30th Floor
                San Francisco, CA  94111-3339


### CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on December 19, 2008.

                /s/ Barry R. Himmelstein