UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No.: 1629<br><br>Master File No. 04-10981 (PS) |
| THIS DOCUMENT RELATES TO:<br>        ALL CASES | |

## CERTIFICATION OF ELANA KATCHER

I, Elana Katcher, hereby submit this certification pursuant to the Court's Order of December 16, 2008 (Doc. No. 1519).

1. I am an associate of the firm of Kaplan, Fox & Kilsheimer LLP, which serves as counsel for plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals, Inc. in this litigation.

2. I have read and am familiar with Local Rule 5.3 of the Local Rules of the United States District Court of Massachusetts.

3. I have not filed any documents in this litigation in violation of Local Rule 5.3.

Dated:  December 19, 2008

Respectfully Submitted,

KAPLAN FOX & KILSHEIMER LLP

By:   /s/ Elana Katcher          
        Elana Katcher
850 Third Avenue, 14th Floor
New York, NY  10022
Tel:  (212) 687-1980
Fax:  (212) 687-7714
E-mail: ekatcher@kaplanfox.com