UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> ) MDL DOCKET NO. 1629 <br> ) CIVIL ACTION NO. 04-10981 <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> ) | |

**CERTIFICATION OF JOSHUA J. WRIGHT OF COMPLIANCE WITH LOCAL RULE 5.3**

In compliance with this Court's Order dated December 16, 2008, concerning Rule 5.3 of the Local Rules of the United States District Court of the District of Massachusetts ("Local Rule 5.3") regarding Personal Data Identifiers, I, Joshua J. Wright, counsel for Blue Cross and Blue Shield of Alabama, hereby certify that I have reviewed Local Rule 5.3 and have reviewed all documents I have filed in this litigation to determine whether they contain any Personal Data Identifiers in violation of Local Rule 5.3, and have determined that they do not.

/s/ *Joshua J. Wright*
JOSHUA J. WRIGHT (WRI-045)
HOLLIS, WRIGHT & HARRINGTON, P.C.
Suite 1500 The Financial Center
505 20th Street North
Birmingham, Alabama 35203
Telephone:   (205) 324-3600
Facsimile:   (205) 324-3636
Email:   joshw@hollis-wright.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON December 19, 2008, I electronically filed a true and accurate copy of the foregoing Attorney Certification with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day upon all attorneys who have completed ECF registration.

    /s/    *Joshua J. Wright*
JOSHUA J. WRIGHT (WRI-045)
HOLLIS, WRIGHT & HARRINGTON, P.C.
Suite 1500 The Financial Center
505 20th Street North
Birmingham, Alabama 35203
Telephone:    (205) 324-3600
Facsimile:    (205) 324-3636
Email:    joshw@hollis-wright.com

Dated: December 19, 2008