UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PROCEDURES LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sarokin |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3

I, Jeffrey M. Schwartz, hereby submit this certification, pursuant to the Court's Order of December 16, 2008 (Doc. No. 1519).

1. I am an associate with the Law Offices of Manuel H. Miller which represents Melissa Johnson, guardian ad litem for W.J., a minor.

2. I have read and am familiar with Local Rule 5.3 of the United States District Court for the District of Massachusetts.

3. I have reviewed all past filings I have made in this litigation and have determined that the original complaint contained the minor's full name. However, the complaint was not filed in this jurisdiction and, to the best of my knowledge, is not before this Multijurisdictional Litigation Panel.

4. No other documents filed in this case would violate Local Rule 5.3.

Executed this 19th day of December, 2008.

/s/ Jeffrey M. Schwartz
Jeffrey M. Schwartz, Esq. California Bar # 254916
Law Offices of Manuel H. Miller, P.C.
20750 Ventura Blvd. Suite 440
Woodland Hills, CA 91364
Telephone: (818) 710-9993
Facsimile:  (818) 710-1938
Email: miller4law@msn.com

**CERTIFICATION OF SERVICE**

      I, Jeffrey M. Schwartz, hereby certify that on December 19, 2008, I electronically filed this CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3 with the Clerk of the Court using the CM/ECF system.

/s/ Jeffrey M. Schwartz