UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, SALES PRACTICES, :
AND PRODUCTS LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------------------- x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
ALL MARKETING AND SALES PRACTICES ACTIONS : Sorokin
:
------------------------------------------------------------- X

## DEFENDANTS' EMERGENCY MOTION TO COMPEL COMPLIANCE WITH AUGUST 2008 SUBPOENAS FOR EXPERT RELIANCE MATERIALS

Defendants Pfizer Inc. and Warner-Lambert Company respectfully move, on an emergency basis, to compel compliance with subpoenas that were served in August and that seek the production of documents on which Class Plaintiffs' and Coordinated Plaintiffs' experts relied, or that they considered, in forming their opinions (collectively the "Subpoenas").

The grounds for this motion, and the basis for defendants' request for emergency treatment of this motion, are set forth in the memorandum submitted in support of this motion.

Also submitted in support of this motion is a Declaration of Edmund Polubinski III.

WHEREFORE, defendants respectfully request that the Court address this motion on an emergency basis and that it issue an order compelling compliance with the Subpoenas.

Dated: December 23, 2008

Respectfully submitted,

DAVIS POLK & WARDWELL

By: /s/James P. Rouhandeh
     James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

-and-

HARE & CHAFFIN

By: /s/David B. Chaffin
     David B. Chaffin

BBO # 549245
160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF COMPLIANCE

I certify that defendants have complied with Local Rules 7.1 and 37.1. On December 12, 2008, Edmund Polubinski, III, co-counsel for defendants, wrote plaintiffs' counsel, requesting a conference pursuant to Local Rule 37.1. Plaintiffs' counsel has not responded to the request.

/s/ David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 23, 2008.

/s/ David B. Chaffin
David B. Chaffin