# EXHIBIT D

# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212-450-4000

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

PAUL S. MISHKIN
212 450 4292
paul.mishkin@dpw.com

October 21, 2008

Re: **In re Neurontin Marketing, Sales Practices, and Products Liability Litigation, MDL No. 1629**

Ed Notargiacomo, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Dear Ed:

I am writing in regard to expert discovery. We continue to be concerned that significant additional materials related to your experts' reports have not yet been produced, even though all such material should have been produced at the latest by August 22 in response to our August 13 subpoenas. To date, you have provided what appears to be a highly selective set of materials that permit our experts at most simply to reproduce the very final versions of the analyses presented in your experts' reports. As we have repeatedly discussed, we are entitled to more than that narrow set of materials. Additional responsive documents reflecting earlier stages of your experts' work almost certainly exist given the unlikelihood that your experts conducted the bulk of their work in their heads. Your failure to respond fully to our subpoenas, now more than eight weeks after the deadline, is inexcusable and continues to prejudice defendants.

Please provide all materials responsive to our August subpoenas as soon as possible, but by no later than the end of this week, Friday, October 24.

Sincerely,

*Paul Mishkin*
Paul S. Mishkin

By Email PDF & Mail