# EXHIBIT E

# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

EDMUND POLUBINSKI III
212 450 4695
POLUBINSKI@DPW.COM

December 12, 2008

Re:   In re Neurontin Marketing, Sales Practices, and Products Liability
      Litigation, MDL No. 1629

Edward Notargiacomo, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, Massachusetts 02142

Dear Ed:

Enclosed please find a deposition notice and subpoenas for each of plaintiffs' expert witnesses. We are serving the subpoenas on you, consistent with your agreement to accept service of defendants' prior subpoenas to plaintiffs' experts.

As you will see, the dates of Professor Rosenthal's deposition are December 22 and 23, 2008 in Boston, as we agreed by e-mail on December 1, 2008. Because plaintiffs have failed to provide dates for depositions of their remaining experts in spite of our repeated requests over the past five weeks, we have been forced to choose dates ourselves for the other witnesses in order to ensure that we are able to complete these depositions by January 31, 2009, the deadline for completion of expert depositions in the Court's Revised Scheduling Order dated November 4, 2008.

As you well know, you proposed in late October that plaintiffs would provide defendants promptly with possible dates for plaintiffs' experts' depositions in the interest of reaching agreement and scheduling them promptly. After the Court's November 4 Revised Scheduling Order, you and I spoke by phone, and I reiterated the need for plaintiffs to provide defendants with possible deposition dates as soon as possible. I asked you at that time to consider dates prior to the December 15, 2008 deadline for defendants' expert reports because of the number of depositions to be completed before January 31. You told me that plaintiffs would request dates from their experts and propose them to defendants.

Edward Notargiacomo, Esq.  2  December 12, 2008

On November 24, 2008, you provided me with a single set of dates for the deposition of Professor Rosenthal, which we accepted on December 1, 2008, but no dates for any of the other experts. In my e-mail confirming the dates for Professor Rosenthal's deposition, I explained to you:

> Also, as we requested of you last month, please let us know dates for plaintiffs' other experts as soon possible. The more time passes without dates on the calendar, the more difficult it will be for us to complete these depositions on the schedule set by the Court.

To date, you have not responded. Because of the looming deadline and plaintiffs' unwillingness to cooperate in providing dates, defendants can no longer wait and have therefore selected dates in order to permit the parties to complete expert depositions on time.

Although each of the depositions is noticed for Boston, we would be willing to discuss conducting the depositions of Drs. Abramson, Dickersin, Kessler, and Jewell in Menlo Park, California and the remainder of the witnesses in New York.

Finally, as we have discussed on multiple occasions, plaintiffs have failed to produce the vast majority of material called for by defendants' subpoenas dated August 13, 2008. Plaintiffs' failure to produce this material – now nearly four months after the due date in the subpoenas and on the eve of service of defendants' expert reports – has substantially prejudiced defendants and is sanctionable. Please immediately provide your availability for a conference under Local Rule 37.1 to discuss plaintiffs' failure to comply with the August 13 subpoenas.

Very truly yours,

Edmund Polubinski III

cc: David B. Chaffin, Esq.
    Thomas Greene, Esq.
    Barry Himmelstein, Esq.
    Linda Nussbaum, Esq.
    Gerald Lawrence, Esq.
    Mark M. Sandmann, Esq.