UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| IN RE NEURONTIN MARKETING, SALES | ) | |
| PRACTICES, AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL Docket No. 1629 |
| | ) | Master File No. 04-10981 |
| | ) | |
| THIS ORDER RELATES TO: | ) | Judge Patti B. Saris |
| | ) | Mag. Judge Leo T. Sorokin |
| LEVI BOONE AND ALL ACTIONS | ) | |
| HE HAS FILED | ) | |
| | ) | |

ORDER

December 24, 2008

SOROKIN, M.J.

On January 28, 2009 at 2:30 p.m., the Court will hold hearing to determine whether to

impose sanctions on Attorney Levi Boone, III and, if so, the appropriate sanction for making

public his clients' social security numbers and other personal information in violation of Local

Rule 5.3.  Attorney Boone shall appear at this hearing in person.

Any person whose personal information was filed with the Court in violation of Local

Rule 5.3 (and thus available for public viewing) may appear at the hearing in person on January

28, 2009 and/or file by January 23, 2009, a written statement for the Court's consideration.  Any

such written statements shall be addressed to:

Maria Simeone
Re: Levi Boone III
Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02210

1

The Court hereby ORDERS Attorney Boone to explain (a) the circumstances resulting in the filing of each of the documents he filed in violation of Local Rule 5.3; and (b) the specific measures, such as training, policies or procedures, he has implemented to insure that no further violations of Local Rule 5.3 occur. Attorney Boone shall also file a certification with the Court satisfying the requirements of Local Rule 83.5.3(b)(1)-(3). Both the report and certification shall be filed no later than **January 5, 2009**.

Attorney Boone shall inform in writing each of his clients' whose personal information was, at any time, improperly posted that the information was improperly posted, that the information was available for public viewing and the specific information posted (e.g. social security number, date of birth, medical information etc.). In addition, Attorney Boone shall provide to each such client copies of this Order, Boone's report and Boone's certification, by first class mail postage prepaid. By **January 7, 2009**, Attorney Boone shall file a certification with the Court that he has complied with this Order.

    /s / Leo T. Sorokin           
UNITED STATES MAGISTRATE JUDGE
