# WILLIAM EDWARD CONNER, LLM
### Attorney and Counselor at Law

13019 W. Desert Cove Road
El Mirage, AZ 85335-9752
williameconner@cox.net
LLM in Taxation

Phone 623.341.7515
Fax    623.478.2593
Georgia Bar Lic. 182020
Arizona Bar Lic. 026179

### December 15, 2008
*This communication is protected by all applicable Work-Product and Attorney-Client privileges as afforded by law*

The Hon. District Judge Patti Saris
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

**IN RE:  Sanutti v Pfizer, Ind. Individual Case No. 05-11702**
**Individual Case no.  05-11750**

Dear Judge Saris;

In reference to the above captioned case, I have been retained by the family of Grace Sanutti to represent her in the aforementioned matter. My client suffers from certain disabilities that render her legally incompetent to make decisions about her own representation.

I have made several phone calls to the Court to ascertain whether or not Ms. Sanutti has been certified and included as a member of the class of plaintiffs in this matter.  I have been unable to receive a return phone call from anyone on the courthouse staff as of yet, and this leaves corresponding with you via letter as my only option to obtain a status update in this matter.

If you have a law clerk assigned to your division, I would be happy to discuss this matter with them, or any member of your staff.  At this time I am seeking to know whether she indeed has been included as a member of the plaintiffs' class and exactly where the case rests procedurally.  Any help you can render in this matter is greatly appreciated.  I look forward to hearing from you at your earliest convenience.

Sincerely,

*William E. Conner*
William E. Conner, Esq.
Counsel for Plaintiff Grace Sanutti
WEC/ms
CC: MSS