UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- X
In re: NEURONTIN MARKETING AND : MDL Docket No. 1629
SALES PRACTICES LITIGATION. :
: Master File No. 04-10981PBS.
:
X Judge Patti B. Saris.
:
THIS DOCUMENT RELATES TO: : Magistrate Judge Leo T.
: Sorokin.
ALLAN M. HUBERMAN vs. PFIZER, INC. and :
PARKE-DAVIS, DIVISION OF WARNER-LAMBERT : Individual Case No.
COMPANY, : 07CA11336PBS.
No. 07-CA-11336-PBS. :
---------------------------------------------------------------- X

## CERTIFICATION OF COMPLIANCE WITH RULE 5.3.

I, Paul S. Hughes, attorney for Plaintiff, in response to the Court's Order dated December 16, 2008, hereby state:

(1) I have read Rule 5.3;

(2) I have reviewed the Plaintiff's filings, and I have not filed any documents in the federal action that contains personal identifiers.

(3) I have not filed any documents in violation of Local Rule 5.3.

Date: December 19, 2008.

/s/ Paul S. Hughes
Attorney for Plaintiff
Paul S. Hughes, Esq.
B.B.O. No. 243780
2120 Commonwealth Avenue,
Ste. 200
Newton, Massachusetts 02466
(617) 244-5620.