UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )        MDL Docket No. 1629
In re: NEURONTIN MARKETING,             )
SALES PRACTICES AND PRODUCTS            )        Master File No. 04-10981
LIABILITY LITIGATION                    )
_____)             Judge Patti B. Saris
                                        )
THIS DOCUMENT RELATES TO:               )        Magistrate Judge Leo T. Sorokin
                                        )
      GRACE D. SANUTTI                   )
      C.A. No. 05-11702-PBS             )
      C.A. No. 05-11750-PBS             )
_____)

ORDER

December 29, 2008

SOROKIN, M.J.

On December 15, 2008, William E. Conner, Esq. sent a letter to the Court requesting

information on the status of plaintiff Grace Sanutti, whom he purports to represent in this

litigation at the request of her family.  However, the Court notes that on May 5, 2008, it received

notice from Ms. Sanutti that it was her intention to proceed on a *pro se* basis.  See Docket #

1280.  Although Attorney Conner claims that Ms. Sanutti's family has retained him because Ms.

Sanutti is "legally incompetent to make decisions regarding her representation," the Court is not

aware of any ruling that has declared Ms. Sanutti incompetent as a matter of law, or appointed

her family as guardians.

If such a determination has been made by the proper authority, Attorney Conner must file

a notice of appearance along with the commensurate filing fee.  Counsel may contact Andrew

Finkelstein, Esq. and/or Jack London, Esq., representatives from the Products Liability Plaintiffs'

Steering Committee, to obtain information about the status of the case.

                            SO ORDERED.

                            /s/ Leo T. Sorokin

                            _____

                            UNITED STATES MAGISTRATE JUDGE