UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
|  | Master File No. 04-10981 |
|  | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL MARKETING AND SALES PRACTICES ACTIONS | Magistrate Judge Leo T. Sorokin |

DECLARATION OF EDWARD NOTARGIACOMO IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' EMERGENCY
MOTION TO COMPEL COMPLIANCE WITH AUGUST 2008
SUBPEONA FOR EXPERT RELIANCE MATERIALS

EDWARD NOTARGIACOMO declares upon penalty of perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, counsel for class plaintiffs in this litigation.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Emergency Motion to Compel Compliance with August 2008 Subpoenas for Expert Reliance Materials.

3. Attached as Exhibit 1 is a true and correct copy of a letter I sent to Ted Polubinski, counsel for Defendants, dated August 14, 2008 enclosing backup materials related to the reports of Drs. Rosenthal and Hartman.

      4.      Attached as Exhibit 2 is a true and correct copy of an e-mail from Ilyas Rona to Ted Polubinski, dated August 18, 2008 enclosing backup material related to Drs. McCrory, Jewell and Perry.

      5.      Attached as Exhibit 3 is a true and correct copy of an e-mail exchange between myself and Paul Mishkin, counsel for Defendants, dated August 27, 2008 and letter I sent to Paul Mishkin dated September 5, 2008 enclosing additional data as well as a memorandum outlining information needed to understand and replicate Dr. Rosenthal's econometric analysis.

      6.      Attached as Exhibit 4 is a true and correct copy of two e-mails I sent to Paul Mishkin dated September 23, 2008 supplementing production related to Drs. McCrory and Jewel.

      7.      Attached as Exhibit 5 is a true and correct copy of an e-mail I sent to Ted Polubinski dated October 6, 2008 following up on a telephone conference related to backup materials from Dr. Perry.

      8.      Attached as Exhibit 6 is a true and correct copy of the list of reliance materials listed in each of Plaintiffs' expert reports in this matter.

Dated: Boston, Massachusetts
       December 29, 2008

                                    /s/ Edward Notargiacomo
                                    Edward Notargiacomo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 29, 2008.

                                    /s/ Edward Notargiacomo
                                    Edward Notargiacomo