# EXHIBIT 1



Edward Notargiacomo
(617) 482-3700
Ed@hbsslaw.com

HAGENS BERMAN
SOBOL SHAPIRO LLP

August 14, 2008

**_Via UPS_**

Edmund Polubinski, III
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re:    _In re Neurontin Marketing and Sales Practices Litigation_; MDL No. 1629

Dear Ted:

Pursuant to our conversation on Wednesday, August 13, 2008, enclosed are three compact disks. Two of the disks contain the backup material for Dr. Rosenthal's recent report. The third disk contains the backup material for Dr. Hartman's recent report.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Edward Notargiacomo

HM
Enclosure

# EXHIBIT 2

**Edward Notargiacomo**

| | |
|---|---|
| **From:** | Polubinski III, Edmund [edmund.polubinski@dpw.com] |
| **Sent:** | Friday, August 22, 2008 12:15 PM |
| **To:** | Ilyas Rona |
| **Cc:** | Edward Notargiacomo |
| **Subject:** | RE: Neurontin |

Ilyas,

 Could you please confirm that the ZIP file you attached to your e-mail below contains
everything that Drs. McCrory, Jewell, and Perry used for their analyses.

 Thanks.

Ted

------------------------------------------

From: Ilyas Rona [mailto:irona@greenehoffman.com]
Sent: Monday, August 18, 2008 5:15 PM
To: Polubinski III, Edmund
Cc: Edward Notargiacomo
Subject: Neurontin

Ted,

With respect to the expert reports of Drs. McCrory, Jewell and Perry, attached are several
data sets that were used in their analyses.

If you have any questions, please feel free to let me know.

Regards,

Ilyas J. Rona
Greene & Hoffman
33 Broad Street, 5th Floor
Boston, MA 02109
(617) 261-0040
_____

This e-mail message and any attachments are confidential and may be privileged.  If you
are not the intended recipient, please notify Greene & Hoffman immediately -- by replying
to this message or by sending an e-mail to mailto:office@greenehoffman.com -- and destroy
all copies of this message and any attachments. Thank you.

# EXHIBIT 3

**Edward Notargiacomo**

| | |
|---|---|
| **From:** | Edward Notargiacomo |
| **Sent:** | Wednesday, August 27, 2008 3:47 PM |
| **To:** | 'paul.mishkin@dpw.com' |
| **Subject:** | Re: Missing Rosenthal backup |

I will look into it ASAP and let you know.  Likely tommorrow morning.

----- Original Message -----
From: Mishkin, Paul S. <paul.mishkin@dpw.com>
To: Edward Notargiacomo
Cc: irona@greenehoffman.com <irona@greenehoffman.com>; Polubinski III, Edmund
<edmund.polubinski@dpw.com>
Sent: Wed Aug 27 11:59:20 2008
Subject: Missing Rosenthal backup

Dear Ed,


Following up on our conversation regarding the Rosenthal/Hartman backup material, it
appears that the backup disk for Professor Rosenthal's report omits at least 4 files
necessary to replicate her analysis.  I understand the missing files consist of two "SAS"
programs and two SAS-created datasets.  Here are the exact file names:


"combine ndti signa data.sas"

"read icd categories.sas"

"neurontin_ndx_trx"

"generic_ndx_trx".


Obviously we need these files as soon as possible.  Thanks for your prompt attention to
this.



Sincerely,


Paul S. Mishkin

Davis Polk & Wardwell

450 Lexington Avenue

New York, NY 10017

Tel: 212-450-4292

Fax: 212-450-3292

email: paul.mishkin@dpw.com

**Edward Notargiacomo**

| | |
|---|---|
| **From:** | Mishkin, Paul S. [paul.mishkin@dpw.com] |
| **Sent:** | Wednesday, August 27, 2008 2:59 PM |
| **To:** | Edward Notargiacomo |
| **Cc:** | irona@greenehoffman.com; Polubinski III, Edmund |
| **Subject:** | Missing Rosenthal backup |

Dear Ed,

Following up on our conversation regarding the Rosenthal/Hartman backup material, it appears that the backup disk for Professor Rosenthal's report omits at least 4 files necessary to replicate her analysis.  I understand the missing files consist of two "SAS" programs and two SAS-created datasets.  Here are the exact file names:

"combine ndti signa data.sas"
"read icd categories.sas"
"neurontin_ndx_trx"
"generic_ndx_trx".

Obviously we need these files as soon as possible.  Thanks for your prompt attention to this.


Sincerely,

Paul S. Mishkin
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Tel: 212-450-4292
Fax: 212-450-3292
email: paul.mishkin@dpw.com

**Edward Notargiacomo**

| | |
|---|---|
| **From:** | Edward Notargiacomo |
| **Sent:** | Friday, August 29, 2008 7:41 AM |
| **To:** | 'paul.mishkin@dpw.com' |
| **Subject:** | Re: Additional Rosenthal backup issue |

Will look into it this morning

----- Original Message -----
From: Mishkin, Paul S. <paul.mishkin@dpw.com>
To: Edward Notargiacomo
Cc: irona@greenehoffman.com <irona@greenehoffman.com>; Polubinski III, Edmund
<edmund.polubinski@dpw.com>
Sent: Thu Aug 28 17:42:22 2008
Subject: Additional Rosenthal backup issue

Ed,


Our experts have discovered another apparent issue with the Rosenthal backup.  The version
of the regression input file "regdata.csv" included on the Rosenthal disk does not match
the version generated by the backup programs that are supposed to generate that file.
Specifically, I understand that when those backup programs are run, there are
discrepancies in the regdata.csv file with respect to the following variables:


pct_Other_On_Label

pct_Other_Off_Pain_Neuro

pct_Other_Off_Pain_Nocic

ndx_bipolar ndx_migraine

ndx_neuro

ndx_nocic ndx_on_label

subp_Psych_Bipolar

subc_Psych_Bipolar

sub_migraine sub_bipolar.


I'm told this explanation should be sufficient to communicate the issue to your experts,
but if it is not, please let me know right away.  As before, it's obviously important we
get this issue resolved ASAP, as we are still not able to replicate Prof. Rosenthal's
analysis due to apparent additional problems with the backup.


Thanks,



Paul S. Mishkin

1

Davis Polk & Wardwell

450 Lexington Avenue

New York, NY 10017

Tel: 212-450-4292

Fax: 212-450-3292

email: paul.mishkin@dpw.com



EDWARD NOTARGIACOMO
(617) 482-3700
Ed@HBSSLAW.COM

HAGENS BERMAN
SOBOL SHAPIRO LLP

September 5, 2008

***Via UPS***

Paul Mishkin
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

     Re:    *In re Neurontin Marketing and Sales Practices Litigation*; MDL No. 1629

Dear Paul:

    Enclosed please find the Neurontin MDL Replication Memo which I forwarded to you today via e-mail as well as the CD referenced in the memo.

    If you have any questions, please do not hesitate to contact me.

                Sincerely,

                Edward Notargiacomo

EN:cr
Enclosures

9/4/2008

## Neurontin MDL Replication Memo

**I.**

Previously produced code inadvertently included incorrect versions of some SAS programs. This memo accompanies a CD containing data, correct programs and documentation that reproduce the `regdata.csv` file. Attached to this memo is a listing of all data and programs and a listing of the sequence that the programs need to be run. At a minimum each program now has additional documentation in the header, so in general, each program on the CD has been changed relative to what has been previously produced, and in some cases the programs have been renamed. The attached listing also identifies the inputs (i.e., prerequisites) and outputs (i.e., creates) for each program.

**II.**

The substantive changes to the original programs necessary to replicate the `regdata.csv` file are identified below. These changes have been incorporated into the programs included on the CD.

### (0) Pathnames and Libnames

(a) The NEU libname should be changed to NEUPA in the following programs:
```
Combine_NDTI_signa_data.sas
Read_ICD_Catagories.sas (sic)
       i.e., libname neupa "&neupadata",
       all references to neu.* should be changed to neupa.*.
```
(b) Change the libname from NEU to NEUPA on line 14 of:
```
Analyze_IMS_Promo_Data.sas
       create table /*neu.*/ neupa.ips_1994_2007_agg as
```
(c) Make dataset permanent in libname NEU on line 161 of
```
Read_in_NDTI_archived_rev.sas
       neu.ndti archive 92_01
```
(d) In all programs comment out:
```
"proc datasets lib=work kill!"
"%let neu="
"%let neupa=", etc.
```
(e) Rename Price_Index_Macro_MDL.sas to Price_Index_Macro.sas

### (1) Read_in_NDTI_substitute_data_phn.sas

(a) Correct the selection query in line 218:
From:
```
proc sql;
       create table neu.top_drugs_by_indication as
       select
               drug,
               final_category,
               drank,
               sum(drug_use)  as drug_use
       from neu.ndti_sub_list_by_indication
       where (final_category="ON-Label All Indications" and drank<=6)
       or  (final_category="OFF-Label Pain Neuropathic" and drank<=6)
       or (final_category ne "OFF-Label Pain Neuropathic" and drank<=5)
       or upcase(drug) in ("NEURONTIN","GABAPENTIN")
       group by 1,2,3
       order by 1,2,3;
quit;
```

*Privileged and Confidential*

9/4/2008

To:

```
proc sql;
        create table neu.top_drugs_by_indication as
        select
                drug,
                final_category,
                avg(drank)                as drank,  ←
                sum(drug_use)  as drug_use  ←
        from ndti_sub_list_by_indication2  ←
        where (final_category="ON-Label All Indications" and drank<=6)
        or  (final_category="OFF-Label Pain Neuropathic" and drank<=6)
        or (final_category ne "OFF-Label Pain Neuropathic" and drank<6)  ←
        or upcase(drug) in ("NEURONTIN","GABAPENTIN")
        group by 1,2  ←
        order by 1,2;  ←
quit;
```

(b) Add the following code after line 207 (preceding the query in (a))

```
        data ndti_sub_list_by_indication2;
                set neu.ndti_sub_list_by_indication;
                if final_category="OFF-Label Bipolar Deprs" then do;
                        final_category="OFF-Label Bipolar";
                        drank=drank+.5;
                end;
        run;
```

## (2) Prepare_Fisher_Ideal_Price_Index_gaba_trx.sas (produced 8/28/08)
(a) delete or comment out the following at line 78.

```
        proc sql;
                create table generic_ndx_trx as
                select
                        cat_label,
                        input(put(date,yyq6.),yyq6.) as date format=yyq6.,
                        avg(fishpchain) as gfishpchain_trx label="Generic NDX TRx"
                from generic_ndx_trx_m
                group by 1,2
                order by 1,2;
        quit;
```

(b) Add in the following after line 78:
```
        data neupa.generic_ndx_trx;
                set generic_ndx_trx_m;
        run;
```

## (3) Prepare_Fisher_Ideal_Price_Index_trx_mdl.sas (produced 8/28/08)
(a) delete or comment out the following at line 78.

```
        proc sql;
                create table neurontin_ndx_trx as
                select
                        cat_label,
                        input(put(date,yyq6.),yyq6.) as date format=yyq6.,
                        avg(fishpchain) as nfishpchain_trx label="Neurontin NDX
TRx"
                from neurontin_ndx_trx_m
                group by 1,2
                order by 1,2;
        quit;
```

(b) Add in the following after line 78:
```
        data neupa.neurontin_ndx_trx;
                set neurontin_ndx_trx_m;
        run;
```

*Privileged and Confidential*

*Page 2 of 3*

9/4/2008

**(4) Read_specialty_Categories.sas**
    (a) Add the following code:

```
libname neupa "&neupadata";

proc import datafile="&rawdata\WK_Xponent_NDTI_Specialties_EDITED_v2.xls"
       out=neupa.ndti_phys_specialties_def(where=(category ne ""))
       dbms=Excel2000 replace;
       range="NDTI_Phys_Specialties$A3:B31";
       dbsaslabel=none;
run;

proc sort data=neupa.ndti_phys_specialties_def ;
    by phys_specialty;
run;
```

**(5) Fisher_Ideal_Price_Index_for_Substitutes.sas**
    (a) Remove reference to NEU libname in line 154:
```
from /* neu.*/ VONA_Substitutes a, key_list b
```

**(6) Prepare_Regression_data_mdl.sas**
    (a) Add the following code after line 485.
```
proc sql;
       create table neurontin_ndx as
       select
              cat_label,
              input(put(date,yyq6.),yyq6.)  as date format=yyq6.,
              avg(fishpchain) as nfishpchain_trx label="Neurontin NDX
TRx"
       from neupa.neurontin_ndx_trx
       group by 1,2
       order by 1,2;
quit;
proc sql;
       create table generic_ndx as
       select
              cat_label,
              input(put(date,yyq6.),yyq6.)  as date format=yyq6.,
              avg(fishpchain) as gfishpchain_trx label="Generic NDX TRx"
       from neupa.generic_ndx_trx
       group by 1,2
       order by 1,2;
quit;
```

*Privileged and Confidential*

*Page 3 of 3*

*Program Listing*

*Privileged and Confidential*

| Obs | program |
|---|---|
| 1 | Analyze_IMS_Promo_Data.sas |
| 2 | Assign_Final_ICD_Categories_NDTI_mdl_rev.sas |
| 3 | Combine_NDTI_data_mdl.sas |
| 4 | Combine_NDTI_signa_data.sas |
| 5 | Creating Regression Instruments Dataset.sas |
| 6 | Fisher_Ideal_Price_Index_for_Substitutes.sas |
| 7 | Identify_Top_ICD9_by_Indication.sas |
| 8 | ifdelete.sas |
| 9 | Import_Verispan_VONA_Data.sas |
| 10 | Import_Verispan_VONA_Data_Gabapentin.sas |
| 11 | Prepare_Butfor_Detailing_Cost_mdl.sas |
| 12 | Prepare_Fisher_Ideal_Price_Index_gaba.sas |
| 13 | Prepare_Fisher_Ideal_Price_Index_gaba_trx.sas |
| 14 | Prepare_Fisher_Ideal_Price_Index_mdl.sas |
| 15 | Prepare_Fisher_Ideal_Price_Index_trx_mdl.sas |
| 16 | Prepare_Fisher_Ideal_Price_Index_v2.sas |
| 17 | Prepare_NDTI_Signa_Data_for_Regression_mdl.sas |
| 18 | Prepare_Quarterly_Regression_Data_deflated.sas |
| 19 | Prepare_Regression_Data_deflated.sas |
| 20 | Prepare_Regression_data_mdl.sas |
| 21 | Price_Index_Macro.sas |
| 22 | Read_ICD_Categories.sas |
| 23 | Read_IMS_Promo_archived_Data.sas |
| 24 | Read_IMS_Promo_Data.sas |
| 25 | Read_in_IPS.sas |
| 26 | Read_in_NDTI_archived_rev.sas |
| 27 | Read_in_NDTI_mdl.sas |

2

*Program Listing*

*Privileged and Confidential*

| Obs | program |
|-----|---------|
| 28 | Read_in_NDTI_signa_archived_data.sas |
| 29 | Read_in_NDTI_signa_data.sas |
| 30 | Read_in_NDTI_substitute_data_phn.sas |
| 31 | Read_in_Verispan_Substitute_Data.sas |
| 32 | Read_specialty_Categories.sas |

3

**Program Sequence**

| Obs | program | group | order |
|---|---|---|---|
| 1 | Price_Index_Macro.sas | 1 | 1 |
| 2 | ifdelete.sas | 1 | 2 |
| 3 | Creating Regression Instruments Dataset.sas | 2 | 3 |
| 4 | Import_Verispan_VONA_Data.sas | 2 | 4 |
| 5 | Import_Verispan_VONA_Data_Gabapentin.sas | 2 | 5 |
| 6 | Prepare_Fisher_Ideal_Price_Index_gaba.sas | 2 | 6 |
| 7 | Prepare_Fisher_Ideal_Price_Index_gaba_trx.sas | 2 | 7 |
| 8 | Prepare_Fisher_Ideal_Price_Index_mdl.sas | 2 | 8 |
| 9 | Prepare_Fisher_Ideal_Price_Index_trx_mdl.sas | 2 | 9 |
| 10 | Prepare_Fisher_Ideal_Price_Index_v2.sas | 2 | 10 |
| 11 | Read_ICD_Categories.sas | 2 | 11 |
| 12 | Read_IMS_Promo_Data.sas | 2 | 12 |
| 13 | Read_IMS_Promo_archived_Data.sas | 2 | 13 |
| 14 | Read_in_NDTI_archived_rev.sas | 2 | 14 |
| 15 | Read_in_NDTI_mdl.sas | 2 | 15 |
| 16 | Read_in_NDTI_signa_archived_data.sas | 2 | 16 |
| 17 | Read_in_NDTI_signa_data.sas | 2 | 17 |
| 18 | Read_specialty_Categories.sas | 2 | 18 |
| 19 | Analyze_IMS_Promo_Data.sas | 3 | 19 |
| 20 | Combine_NDTI_data_mdl.sas | 3 | 20 |
| 21 | Combine_NDTI_signa_data.sas | 3 | 21 |
| 22 | Prepare_NDTI_Signa_Data_for_Regression_mdl.sas | 3 | 22 |
| 23 | Prepare_Regression_Data_deflated.sas | 3 | 23 |
| 24 | Assign_Final_ICD_Categories_NDTI_mdl_rev.sas | 4 | 24 |
| 25 | Identify_Top_ICD9_by_Indication.sas | 4 | 25 |
| 26 | Prepare_Butfor_Detailing_Cost_mdl.sas | 4 | 26 |
| 27 | Prepare_Quarterly_Regression_Data_deflated.sas | 4 | 27 |

*Privileged and Confidential*

*Program Sequence*

| Obs | program | group | order |
|---|---|---|---|
| 28 | Read_in_NDTI_substitute_data_phn.sas | 4 | 28 |
| 29 | Read_in_Verispan_Substitute_Data.sas | 4 | 29 |
| 30 | Fisher_Ideal_Price_Index_for_Substitutes.sas | 5 | 30 |
| 31 | Read_in_IPS.sas | 5 | 31 |
| 32 | Prepare_Regression_data_mdl.sas | 6 | 32 |

*Privileged and Confidential*

*Program Inputs and Outputs*

| order | program | type | iofile | createdby |
|---|---|---|---|---|
| 1 | Price_Index_Macro.sas | | | |
| 2 | ifdelete.sas | | | |
| 3 | Creating Regression Instruments Dataset.sas | input | BLS CPI PPI.xls | |
| | | | BLS Wage data for import.txt | |
| | | | monthly PPI for pharmaceutical preparations.csv | |
| | | output | neupa.instruments | |
| 4 | Import_Verispan_VONA_Data.sas | input | VONA_Neurontin.txt | |
| | | output | neupa.vona_neur | |
| 5 | Import_Verispan_VONA_Data_Gabapentin.sas | input | VONA_gabapentin.txt | |
| | | output | neupa.vona_gabapentin | |
| 6 | Prepare_Fisher_Ideal_Price_Index_gaba.sas | input | neupa.vona_gabapentin | Import_Verispan_VONA_Data_Gabapentin.sas |
| | | output | neupa.generic_ndx | |
| 7 | Prepare_Fisher_Ideal_Price_Index_gaba_trx.sas | input | neupa.vona_gabapentin | Import_Verispan_VONA_Data_Gabapentin.sas |
| | | output | neupa.generic_ndx_trx | |
| 8 | Prepare_Fisher_Ideal_Price_Index_mdl.sas | input | neupa.vona_neur | Import_Verispan_VONA_Data.sas |
| | | output | neupa.neurontin_ndx | |
| 9 | Prepare_Fisher_Ideal_Price_Index_trx_mdl.sas | input | neupa.vona_neur | Import_Verispan_VONA_Data.sas |
| | | output | neupa.neurontin_ndx_trx | |
| 10 | Prepare_Fisher_Ideal_Price_Index_v2.sas | input | neupa.vona_gabapentin | Import_Verispan_VONA_Data_Gabapentin.sas |
| | | | neupa.vona_neur | Import_Verispan_VONA_Data.sas |
| | | output | neupa.neurontin_ndx_v2 | |
| 11 | Read_ICD_Categories.sas | input | Neurontin_ICD_Indications_final.xls | |
| | | output | neupa.ndi_icd_cat | |
| 12 | Read_IMS_Promo_Data.sas | input | 2002-2007.xls | |
| | | | JAN2002.xls | |
| | | output | neupa.ips_2002_2007 | |
| 13 | Read_IMS_Promo_archived_Data.sas | input | 1994-2001.xls | |
| | | | 1996JRNL.xls | |

*Privileged and Confidential*

5

*Program Inputs and Outputs*

| order | program | type | iofile | createdby |
|---|---|---|---|---|
| | | | neupa.ips_2002_2007 | Read_IMS_Promo_Data.sas |
| | | output | neupa.ips_1994_1996 | |
| | | | neupa.ips_1994_2007 | |
| | | | neupa.ips_1997 | |
| | | | neupa.ips_1998_2001 | |
| 14 | Read_in_NDTI_archived_rev.sas | input | Prj#099-92_01.xls | |
| | | output | neu.ndti_archive_92_01 | |
| 15 | Read_in_NDTI_mdl.sas | input | HBSS0207.xls | |
| | | output | neu.neurontin_ndti | |
| 16 | Read_in_NDTI_signa_archived_data.sas | input | Prj #249-07Neurontin.xls | |
| | | output | neupa.ndti_signa_archived | |
| 17 | Read_in_NDTI_signa_data.sas | input | neurontin.xls | |
| | | output | neupa.ndti_signa | |
| 18 | Read_specialty_Categories.sas | input | Physician_Specialty_Categories_071608.xls | |
| | | | WK_Xponent_NDTI_Specialties_EDITED_v2.xls | |
| | | output | neu.ndti_phys_specialties_phn | |
| | | | neupa.ndti_phys_specialties_def | |
| 19 | Analyze_IMS_Promo_Data.sas | input | neupa.ips_1994_2007 | Read_IMS_Promo_archived_Data.sas |
| | | output | neupa.ips_1994_2007_agg | |
| | | | neupa.ips_1994_2007_spec_agg | |
| 20 | Combine_NDTI_data_mdl.sas | input | neu.ndti_archive_92_01 | Read_in_NDTI_archived_rev.sas |
| | | | neu.neurontin_ndti | Read_in_NDTI_mdl.sas |
| | | output | neu.ndti_detail_cat | |
| 21 | Combine_NDTI_signa_data.sas | input | NDTI_signa_dosages_edited.xls | |
| | | | neupa.ndti_signa | Read_in_NDTI_signa_data.sas |
| | | | neupa.ndti_signa_archived | Read_in_NDTI_signa_archived_data.sas |
| | | output | neupa.ndti_signa_final | |
| 22 | Prepare_NDTI_Signa_Data_for_Regression_mdl.sas | input | neupa.ndti_icd_cat | Read_ICD_Categories.sas |

*Privileged and Confidential*

*Program Inputs and Outputs*

| order | program | type | iofile | createdby |
|---|---|---|---|---|
| 23 | Prepare_Regression_Data_deflated.sas | | neupa.ndi_phys_specialties_def | Read_specialty_Categories.sas |
| | | | neupa.ndi_sigma_final | Combine_NDTI_sigma_data.sas |
| | | output | neu.ndi_sigma_reg | |
| | | | neupa.ndi_sigma_reg | |
| | | input | neupa.ips_1994_2007_agg | Analyze_IMS_Promo_Data.sas |
| | | | neupa.ips_1994_2007_spec_agg | Analyze_IMS_Promo_Data.sas |
| | | | neupa.neurontin_ndx_v2 | Prepare_Fisher_Ideal_Price_Index_v2.sas |
| | | | neupa.vona_gabapentin | Import_Verispan_VONA_Data_Gabapentin.sas |
| | | | neupa.vona_neur | Import_Verispan_VONA_Data.sas |
| | | output | regression_data_deflated.csv | |
| 24 | Assign_Final_ICD_Categories_NDTI_mdl_rev.sas | input | neu.ndi_detail_cat | Combine_NDTI_data_mdl.sas |
| | | | neupa.ndi_phys_specialties_phn | Read_specialty_Categories.sas |
| | | | neupa.ndi_icd_cat | Read_ICD_Categories.sas |
| | | output | neu.ndi_detail_data_final | |
| | | | neu.ndi_detail_data_gabapentin | |
| 25 | Identify_Top_ICD9_by_Indication.sas | input | neu.ndi_detail_data_final | Assign_Final_ICD_Categories_NDTI_mdl_rev.sas |
| | | | neu.ndi_detail_data_gabapentin | Assign_Final_ICD_Categories_NDTI_mdl_rev.sas |
| | | output | neu.top_icd9_use | |
| 26 | Prepare_Butfor_Detailing_Cost_mdl.sas | input | neu.ndi_detail_data_final | Assign_Final_ICD_Categories_NDTI_mdl_rev.sas |
| | | | neupa.ips_1994_2007 | Read_IMS_Promo_archived_Data.sas |
| | | output | neupa.ips_ndti_qtr | |
| 27 | Prepare_Quarterly_Regression_Data_deflated.sas | input | neupa.instruments | Creating Regression Instruments Dataset.sas |
| | | | neupa.ips_1994_2007_agg | Analyze_IMS_Promo_Data.sas |
| | | | neupa.ips_ndti_qtr | Prepare_Butfor_Detailing_Cost_mdl.sas |
| | | | neupa.ndi_sigma_reg | Prepare_NDTI_Sigma_Data_for_Regression_mdl.sas |
| | | | neupa.neurontin_ndx | Prepare_Fisher_Ideal_Price_Index_mdl.sas |
| | | output | neupa.neurontin_reg_dose_data_rev | |
| | | | regression_dose_data_deflated_rev.csv | |

*Privileged and Confidential*

*Program Inputs and Outputs*

| order | program | type | iofile | createdby |
|---|---|---|---|---|
| 28 | Read_in_NDTI_substitute_data_phn.sas | input | FLAT - NDTI 78 Diags 070908.xls | |
| | | | neu.top_icd9_use | Identify_Top_ICD9_by_Indication.sas |
| | | output | neu.ndti_sub_list_by_indication | |
| | | | neu.top_drugs_by_indication | |
| 29 | Read_in_Verispan_Substitute_Data.sas | input | EN_VONA_07172008.XLS | |
| | | | neu.ndti_sub_list_by_indication | Read_in_NDTI_substitute_data_phn.sas |
| | | output | neu.VONA_Substitutes | |
| 30 | Fisher_Ideal_Price_Index_for_Substitutes.sas | input | neu.VONA_Substitutes | Read_in_Verispan_Substitute_Data.sas |
| | | | neu.ndti_sub_list_by_indication | Read_in_NDTI_substitute_data_phn.sas |
| | | | neu.top_drugs_by_indication | Read_in_NDTI_substitute_data_phn.sas |
| | | output | ndx.ndx_ndx01 | |
| | | | ndx.ndx_ndx02 | |
| | | | ndx.ndx_ndx03 | |
| | | | ndx.ndx_ndx04 | |
| | | | ndx.ndx_ndx05 | |
| 31 | Read_in_IPS.sas | input | IPS Brands 1994-2002.xls | |
| | | | IPS Brands 2003-07Ads.xls | |
| | | | IPS Brands 2003-2007.xls | |
| | | | neu.ndti_phys_specialties_phn | Read_specialty_Categories.sas |
| | | | neu.ndti_sub_list_by_indication | Read_in_NDTI_substitute_data_phn.sas |
| | | output | ips.ips_0307advs | |
| | | | ips.ips_0307cont | |
| | | | ips.ips_1994 | |
| | | | ips.ips_1995_1996_advs | |
| | | | ips.ips_1995_1996_con | |
| | | | ips.ips_1997_2002 | |
| | | | ips.ips_all | |
| | | | ips.ips_cat_ind | |

*Privileged and Confidential*

8

*Program Inputs and Outputs*

| order | program | type | iofile | createdby |
|---|---|---|---|---|
| 32 | Prepare_Regression_data_mdl.sas | input | ips.ips_cat_ind | Read_in_IPS.sas |
| | | | ndx.ndx_ndx01 | Fisher_Ideal_Price_Index_for_Substitutes.sas |
| | | | ndx.ndx_ndx02 | Fisher_Ideal_Price_Index_for_Substitutes.sas |
| | | | ndx.ndx_ndx03 | Fisher_Ideal_Price_Index_for_Substitutes.sas |
| | | | ndx.ndx_ndx04 | Fisher_Ideal_Price_Index_for_Substitutes.sas |
| | | | ndx.ndx_ndx05 | Fisher_Ideal_Price_Index_for_Substitutes.sas |
| | | | neu.ndti_detail_data_final | Assign_Final_ICD_Categories_NDTI_mdl_rev.sas |
| | | | neu.ndti_detail_data_gabapentin | Assign_Final_ICD_Categories_NDTI_mdl_rev.sas |
| | | | neu.ndti_phys_specialties_phn | Read_specialty_Categories.sas |
| | | | neu.ndti_sigma_reg | Prepare_NDTI_Signa_Data_for_Regression_mdl.sas |
| | | | neupa.generic_ndx | Prepare_Fisher_Ideal_Price_Index_gaba.sas |
| | | | neupa.generic_ndx_trx | Prepare_Fisher_Ideal_Price_Index_gaba_trx.sas |
| | | | neupa.ips_1994_2007_spec_agg | Analyze_IMS_Promo_Data.sas |
| | | | neupa.neurontin_ndx | Prepare_Fisher_Ideal_Price_Index_mdl.sas |
| | | | neupa.neurontin_ndx_trx | Prepare_Fisher_Ideal_Price_Index_trx_mdl.sas |
| | | | neupa.vona_gabapentin | Import_Verispan_VONA_Data_Gabapentin.sas |
| | | | neupa.vona_neur | Import_Verispan_VONA_Data.sas |
| | | output | neu.regdata | |
| | | | regdata.csv | |

*Privileged and Confidential*

10

*Raw Data Listing*

| Obs | rawdata |
|-----|---------|
| 1 | 1994-2001.xls |
| 2 | 1996JRNL.xls |
| 3 | 2002-2007.xls |
| 4 | BLS CPI PPI.xls |
| 5 | BLS Wage data for import.txt |
| 6 | EN_VONA_07172008.XLS |
| 7 | FLAT - NDTI 78 Diags 070908.xls |
| 8 | HBSS0207.xls |
| 9 | IPS Brands 1994-2002.xls |
| 10 | IPS Brands 2003-07ADS.xls |
| 11 | IPS Brands 2003-2007.xls |
| 12 | Jan2002.xls |
| 13 | monthly PPI for pharmaceutical preparations.csv |
| 14 | NDTI_signa_dosages_edited.xls |
| 15 | neurontin.xls |
| 16 | Neurontin_ICD_Indications_final.xls |
| 17 | Physician_Specialty_Categories_071608.xls |
| 18 | Prj #249-07Neurontin.xls |
| 19 | Prj#099-92_01.xls |
| 20 | regdata.csv |
| 21 | regression_data_deflated.csv |
| 22 | regression_dose_data_deflated.csv |
| 23 | VONA_gabapentin.TXT |
| 24 | VONA_Neurontin.TXT |
| 25 | WK_Xponent_NDTI_Specialties_EDITED_v2.xls |

*Privileged and Confidential*

# EXHIBIT 4

**Edward Notargiacomo**

| | |
|---|---|
| **From:** | Edward Notargiacomo |
| **Sent:** | Tuesday, September 23, 2008 10:57 AM |
| **To:** | 'Mishkin, Paul S.' |
| **Subject:** | FW: Missing McCrory and Perry data |

**Attachments:** Data.zz



Data.zz (173 KB)

Paul,

Attached are the backup materials related to McCrory that we just spoke about.  As you can see this file has a nonsensical .zz extension.  That is because my system wont allow me to deal with .zip files.  All you have to do is "Save As" and change the extension back to .zip.  You can then unzip the file from its saved location.

This zip file contains data files specific to the program he used, an Excel spreadsheet of data for metaanalysis, and some word docs with graphs pasted into them.  This constitutes all of the backup to McCrory's analysis.

Let me know if you have questions.  I will be sending the Stata files related to Jewell in a separate e-mail.

I took a look back at your e-mail regarding Perry and it was more specific than I had remembered.  Your specific request stated that it appears no data at all has been produced for the analyses related to mean change in NRS/VAS and 50% reduction in pain score.  We are following up with Perry about this specific issue and I'll let you know as soon as possible what results.

Ed

**Edward Notargiacomo**

| | |
|---|---|
| **From:** | Edward Notargiacomo |
| **Sent:** | Tuesday, September 23, 2008 10:58 AM |
| **To:** | 'Mishkin, Paul S.' |
| **Subject:** | FW: Neurontin |
| **Attachments:** | June28a.smcl; Jul 17a.smcl; Jul 17b.smcl; July 3.smcl; July 7.smcl; July 14.smcl; July 16.smcl; July 17.smcl; July 18.smcl; July 19.smcl; June11.smcl; June27.smcl; June28.smcl |

Paul,

As per our conversation and my last e-mail to you, attached are the 13 Stata log files related to Dr. Jewell's analysis.

Ed

# EXHIBIT 5

## Edward Notargiacomo

| | |
|---|---|
| **From:** | Edward Notargiacomo |
| **Sent:** | Monday, October 06, 2008 3:45 PM |
| **To:** | 'Polubinski III, Edmund'; Mishkin, Paul S. |
| **Subject:** | Neurontin - Perry |

Ted/Paul

I'm following up on our conversation on Thursday about the backup data for Ps expert reports.  Specifically, you indicated that Ds do not have the data to replicate 2 of the 3 analysis done by Perry.  These are  1) mean change in NRS/VAS and 2) 50% reduction in pain score.

As I indicated on our call, that data was already produced in the RevMan file sent to Ted by Ilyas on Aug 18 and that the data is also available in two appendices to his report.  The two appendices are:

Appendix – Gabapentin Project – Summary tables for Forrest plot analysis: gabapentin vs. placebo (p.329 of PDF version)

Appendix – Gabapentin Project – Summary tables for Forrest plot analysis: gabapentin vs. active comparator (p.356 of PDF version)

As I indicated to we would, Plaintiffs have inquired again with Dr. Perry.  He indicates that the .rm4 file that was produced to D's  on August 18, 2008 can be opened with free software avaialble from IMS at http://www.cc-ims.net/RevMan/RevMan5/download/

Once open, the relevant tables are under **Data and Analyses** and then 1.6  (for NRS/VAS) and 1.7 (for >=50% reduction).

I'm hoping this clears up this issue.  If not please let me know as soon as possible.  If not, please be as specific as possible about what Ds do have and can do so I can try to pinpoint the problem.  Seems like this should do it however.

Ed


I'm not really sure what else to suggest at this point.  Perry was quite explicit this morning that the data presented in these two tables is sufficient for someone to thoroughly replicate his work.  If the D's claim that the data in these tables (reproduced in the attached PDFs) and/or the data in the appendices is **not** sufficient, then... I don't know what to suggest.