# EXHIBIT 6

# RELIANCE MATERIALS LISTED IN EXPERT REPORT OF DAVID A. KESSLER, M.D.

## APPENDIX B

PFIZER_AGARRITY_0002142
PFIZER_AGARRITY_0002490
PFIZER_AGARRITY_0002499
PFIZER_AGARRITY_0003834
PFIZER_AGARRITY_0005558
PFIZER_AGARRITY_0010045
PFIZER_LCASTRO_0001212
PFIZER_LCASTRO_0003662
PFIZER_LCASTRO_0005072
PFIZER_LCASTRO_0005618
PFIZER_LCASTRO_0006149
PFIZER_LCASTRO_0006580
PFIZER_LCASTRO_0007272
PFIZER_LCASTRO_0008052
PFIZER_LCASTRO_0008368
PFIZER_LCASTRO_0008371
PFIZER_LCASTRO_0010377
PFIZER_LCASTRO_0010557
PFIZER_LCASTRO_0011563
PFIZER_LCASTRO_0012132
PFIZER_LCASTRO_0011868
PFIZER_LCASTRO_0073127
PFIZER_LCASTRO_0085964
PFIZER_LESLIETIVE_0013555

PFIZER_LKNAPP_0009569
PFIZER_LKNAPP_0009645
PFIZER_LKNAPP_0009830
PFIZER_LKNAPP_0013491
PFIZER_LKNAPP_0023060
PFIZER_LKNAPP_0023078
PFIZER_LKNAPP_0024958
PFIZER_LKNAPP_0047459
PFIZER_LKNAPP_0047504
PFIZER_LKNAPP_0070705
PFIZER_MBROWN_0000374
PFIZER_MPATEL_0077867
PFIZER_MPATEL_0202485
PFIZER_MPATEL_0203692
PFIZER_MYODER_0000920
PFIZER_RGLANZMAN_0054596
WLC_CBU_041537
WLC_CBU_057865
WLC_FRANKLIN_0000039559
WLC_FRANKLIN_0000039956
WLC_FRANKLIN_0000039959
WLC_FRANKLIN_0000041545
WLC_FRANKLIN_0000151674

# RELIANCE MATERIALS LISTED IN EXPERT REPORT OF BRIAN ALLDREDGE, PHARMD

**Appendix C – List of documents reviewed and provided by Greene & Hoffman**

**Research Reports**

1.  4192-00446
2.  430-00124
3.  720-02801
4.  720-02816
5.  720-03495
6.  720-03497
7.  720-03675
8.  720-03779
9.  720-03849
10. 720-04130
11. 720-30154
12. 724-00134
13. 995-00057
14. PFIZER_LKNAPP_0062214

**Marketing Documents**

1.  Janeth Turner-Depo Ex. 22
2.  Janeth Turner-Depo Ex. 43
3.  Janeth Turner-Depo Ex. 44
4.  MAC_E_0020200
5.  MAC_E_0026142
6.  MAC_E_0026142
7.  MAC_E_0026749
8.  MAC_E_0026749
9.  MAC_E_0030072
10. MCLEAN 0003873
11. MCLEAN 0010168
12. MCLEAN 0010647
13. MCLEAN 0012404
14. MCLEAN 0012596
15. MCLEAN_0003873
16. MCLEAN_0010168
17. MCLEAN_0010647
18. MCLEAN_0012404
19. MCLEAN_0012596
20. MDL_VENDORS_057666
21. MDL_VENDORS_057687
22. MDL_VENDORS_064551
23. MDL_VENDORS_079295
24. MDL_VENDORS_084471
25. MDL_VENDORS_094765
26. MDL_VENDORS_114015
27. MDL_VENDORS_114068
28. MOSES0711-MOSES0744
29. PFIZER_AGARRITY_0002142
30. PFIZER_AMISHRA_0002767
31. PFIZER_AMISHRA_0003997
32. PFIZER_AZEUSCHER_0003320
33. PFIZER_BPARSONS_0089829
34. PFIZER_BPARSONS_0089829
35. PFIZER_BPARSONS_0096598

| 36. | PFIZER_BPARSONS_0096598 |
| 37. | PFIZER_BPARSONS_0133840 |
| 38. | PFIZER_CGLOVER_00001291 |
| 39. | PFIZER_DPROBERT_0000206 |
| 40. | PFIZER_DPROBERT_0000206 |
| 41. | PFIZER_DPROBERT_0014874 |
| 42. | PFIZER_DPROBERT_0014874 |
| 43. | PFIZER_JSU_0018730 |
| 44. | PFIZER_JSU_0018730 |
| 45. | PFIZER_JSU_0032011 |
| 46. | PFIZER_LALPHS_0013849 |
| 47. | PFIZER_LALPHS_0013849 |
| 48. | PFIZER_LALPHS_0014014 |
| 49. | PFIZER_LALPHS_0014014 |
| 50. | PFIZER_LALPHS_0059706 |
| 51. | PFIZER_LCASTRO_0001527 |
| 52. | PFIZER_LCASTRO_0004053 |
| 53. | PFIZER_LCASTRO_0004053 |
| 54. | PFIZER_LCASTRO_0005618 |
| 55. | PFIZER_LCASTRO_0005618 |
| 56. | PFIZER_LCASTRO_0006149 |
| 57. | PFIZER_LCASTRO_0006580 |
| 58. | PFIZER_LCASTRO_0011563 |
| 59. | PFIZER_LCASTRO_0011772 |
| 60. | PFIZER_LCASTRO_0012537 |
| 61. | PFIZER_LCASTRO_0039757 |
| 62. | PFIZER_LCASTRO_0078470 |
| 63. | PFIZER_LCASTRO_0085964 |
| 64. | PFIZER_LESLIETIVE_0014606 |
| 65. | PFIZER_LESLIETIVE_0038508 |
| 66. | PFIZER_LKNAPP_0009569 |
| 67. | PFIZER_LKNAPP_0023329 |
| 68. | PFIZER_LKNAPP_0023329 |
| 69. | PFIZER_LKNAPP_0023336 |
| 70. | PFIZER_LKNAPP_0023646 |
| 71. | PFIZER_LKNAPP_0023646 |
| 72. | PFIZER_LKNAPP_0026472 |
| 73. | PFIZER_LKNAPP_0036007 |
| 74. | PFIZER_LKNAPP_0036007 |
| 75. | PFIZER_LKNAPP_0048180 |
| 76. | PFIZER_LKNAPP_0048180 |
| 77. | PFIZER_LKNAPP_0068394 |
| 78. | PFIZER_LLAMOREAUX_0000682 |
| 79. | PFIZER_LLAMOREAUX_0000682 |
| 80. | PFIZER_MPATEL_0146433 |
| 81. | PFIZER_MYODER_0000652 |
| 82. | PFIZER_MYODER_0000814 |
| 83. | PFIZER_MYODER_0000985 |
| 84. | PFIZER_MYODER_0001022 |
| 85. | PFIZER_RGLANZMAN_0096016 |
| 86. | PFIZER_RGLANZMAN_0096016 |
| 87. | PFIZER_RGLANZMAN_0096071 |
| 88. | PFIZER_RGLANZMAN_0096071 |
| 89. | PFIZER_RGLANZMAN_0133526 |
| 90. | PFIZER_RGLANZMAN_0157387 |
| 91. | PFIZER_RGLANZMAN_0157387 |

| | |
|---|---|
| 92. | RELATOR01594 |
| 93. | SH_0036543 |
| 94. | SH_0064559.0093275 |
| 95. | SH_0064559.0093289 |
| 96. | WLC_CBU_004837 |
| 97. | WLC_CBU_012963 |
| 98. | WLC_CBU_012963 |
| 99. | WLC_CBU_076620 |
| 100. | WLC_CBU_079302 |
| 101. | WLC_CBU_086362 |
| 102. | WLC_CBU_092879 |
| 103. | WLC_CBU_115481 |
| 104. | WLC_CBU_164376 |
| 105. | WLC_CBU_164409 |
| 106. | WLC_CBU_164507 |
| 107. | WLC_CBU_175606 |
| 108. | WLC_CBU_175623 |
| 109. | WLC_CBU_175636 |
| 110. | WLC_FRANKLIN_0000033115 |
| 111. | WLC_FRANKLIN_0000036620 |
| 112. | WLC_FRANKLIN_0000038571 |
| 113. | WLC_FRANKLIN_0000039745 |
| 114. | WLC_FRANKLIN_0000041545 |
| 115. | WLC_FRANKLIN_0000041586 |
| 116. | WLC_FRANKLIN_0000052175 |
| 117. | WLC_FRANKLIN_0000056145 |
| 118. | WLC_FRANKLIN_0000056218 |
| 119. | WLC_FRANKLIN_0000060466 |
| 120. | WLC_FRANKLIN_0000067667 |
| 121. | WLC_FRANKLIN_0000068461 |
| 122. | WLC_FRANKLIN_0000069350 |
| 123. | WLC_FRANKLIN_0000069499 |
| 124. | WLC_FRANKLIN_0000071334 |
| 125. | WLC_FRANKLIN_0000071334 |
| 126. | WLC_FRANKLIN_0000071419 |
| 127. | WLC_FRANKLIN_0000080451 |
| 128. | WLC_FRANKLIN_0000080451 |
| 129. | WLC_FRANKLIN_0000080480 |
| 130. | WLC_FRANKLIN_0000082575 |
| 131. | WLC_FRANKLIN_0000093580 |
| 132. | WLC_FRANKLIN_0000095650 |
| 133. | WLC_FRANKLIN_0000112204 |
| 134. | WLC_FRANKLIN_0000130292 |
| 135. | WLC_FRANKLIN_0000158566 |
| 136. | WLC_FRANKLIN_0000164694 |
| 137. | WLC_FRANKLIN_0000170453 |
| 138. | WLC_FRANKLIN_0000174950 |
| 139. | WLC_FRANKLIN_0000177155 |
| 140. | WLC_FRANKLIN_0000177446 |

# RELIANCE MATERIALS LISTED IN EXPERT REPORT OF JEFFREY S. BARKIN, M.D.

# **List of Documents Reviewed**

## **Publications**

1. Altshuler LL, Keck PE Jr, McElroy SL.  Gabapentin in the acute treatment of refractory bipolar disorder.  *Bipolar Disord*.  1999; 1: 61-65.
2. Bennett J, Goldman WT, Suppes T.  Gabapentin for Treatment of Bipolar and Schizoaffective Disorders.  Letter to the Editor.  *J Clin Psychopharmacology*. 1997 17: 140-2.
3. Botts SR, Raskind J.  Gabapentin and lamotrigine in bipolar disorder.  *Am J Health-Syst Pharm*.  1999; 56: 1939-44.
4. Cabras PL, Hardoy JM, Hardoy MC et al.  Clinical Experience With Gabapentin in Patients with Bipolar or Schizoaffective Disorder : Results of an Open-Label Study.  *J Clin Psychiatry*.  1999; 60(4): 245-48.
5. Carey TS, Williams JW, Oldham JM et al Gabapentin in the treatment of mental illness: "The echo chamber of the case series." *J Psychiatric Practice* 2008; 14 (suppl 1): 15-27.
6. Carta MG, Hardoy MC, Dessi I et al.  Adjunctive gabapentin in patients with intellectual disability and bipolar spectrum disorders.  *Jour of Intellectual Disability Research*.  2001; 45(2): 139-45.
7. Carta MG, Hardoy MC, Hardoy MJ et al.  The clinical use of gabapentin in bipolar spectrum disorders.  *J Affect Disord*.  2003; 75: 83-91.
8. Dimond KC, Pande AC, LaMoreaux L et al. Effect of Gabapentin (Neurontonin) on Mood and Well-Being in Patients with Epilepsy.  *Progressive Neuro-Psychopharmocology & Biological Psychiatry*.  1996; 20: 407-417.
9. Erfurth A, Kammerer C, Grunze H et al.  An open label study of gabapentin in the treatment of acute mania.  *Jour Psychiatric Research*. 1998; 32: 261-264.
10. Ferrier I.N.  Lamotrigine and Gabapentin Alternatives in the Treatment of Bipolar Disorder.  *Neuropsychobiology*.  1998; 38: 192-197.
11. Fletcher RW, Fletcher SW Clinical Epidemiology The Essentials 4th ed. Lippincott Williams & Wilkins 2005.
12. Frye MA, Ketter TA, Kimbrell TA et al. A Placebo controlled study of lamotrigine and gabapentin monotherapy in refractory mood disorders *J Clin Psychopharmacology* 2000 Dec; 20(6)607-614
13. Ghaemi SN, Katzow JJ, Desai SP et al.  Gabapentin Treatment of Mood Disorders: A Preliminary Study.  *Jour Clin Psychiatry*.  1998; 59: 426-429.
14. Guille C. "Gabapentin versus placebo as adjunctive treatment for acute mania and mixed states in bipolar disorders." American Psychiatric Association, Annual Meeting 1999; NRIO:63.
15. Harden CL, Goldstein MA.  Mood Disorders in Patients with Epilepsy.  *CNS Drugs*. 2002; 16(5): 291-302.
16. Knoll J, Stegman K, Suppes T.  Clinical experience using gabapentin adjunctively in patients with a hostory of mania or hypomania.  [Preliminary Communication].  *Jour Affective Disorders*. 1998; 49: 229-233.
17. Marcotte D.  Use of topiramate, a new anti-epileptic as a mood stabilizer.  *Journal of Affective Disorders*.  1998; 50: 245-51.

18. Maurer I, Volz HP, Sauer H.  Gabapentin Leads to Remission of Somatoform Pain Disorder with Major Depression.  [Case Report].  *Pharmacopsychiatry.* 1999; 32: 255-57.

19. Mauri MC, Laini V, Scalvini ME et al.  Gabapentin and the Prophylaxis of Bipolar Disorders in Patients Intolerant to Lithium.  *Clin Drug Invest.* 2001; 21(3): 169-74.

20. McElroy SL, Keck PE Jr.  Pharmacologic Agents for the Treatment of Acute Bipolar Mania.  *Biol Psychiatry.* 2000; 48: 539-57.

21. McElroy SL, Soutullo CA, Keck Jr. PE et al.  A Pilot Trial of Adjunctive Gabapentin in the Treatment of Bipolar Disorder.  *Annals of Clinical Psychiatry.* 1997; 9(2): 99-103.

22. Obrocea GV, Dunn RM, Frye MA et al. Clinical Predictors of Response to lamotrigine and gabapentin monotherapy in refractory affective disorders. *Biol Psychiatry* 2002;51:253-60.

23. Pande AC, Crockett JG, Janney CA et al. Gabapentin in Bipolar Disorder: A Placebo-Controlled trial of adjunctive therapy *Bipolar Disord* 2000;2:249-255

24. Perugi G, Toni C, Ruffolo G et al.  Clinical Experience Using Adjunctive Gabapentin in Treatment-Resistant Bipolar Mixed States.  *Pharmacopsychiatry.* 1999; 32: 136-41.

25. Pollack MH, Scott EL.  Gabapentin and Lamotrigine: Novel Treatments for Mood and Anxiety Disorders.  *CNS Spectrums.* 1997; 2(10): 56-61.

26. Post RM, Ketter TA, Denicoff K et al.  The place of anticonvulsant therapy in bipolar illness.  *Psychopharmacology* 1996; 128: 115-129.

27. Rosenberg KP.  Gabapentin for chronic insomnia.  [Letter to the Editor].  *Am J Addict.* 2003; 12(3): 273-4.

28. Ryback R, Ryback L.  Gabapentin for Behavioral Dyscontrol.  [Letter to the Editor].  *Amer Jour Psychiatry* 1995; 15: 1399.

29. Ryback RS, Brodsky L, Munasifi F et al.  Gabapentin in Bipolar Disorder.  [Letter].  *The Journal of Neuropsychiatry and Clinical Neurosciences.* 1997;9: 301.

30. Sachs GS, Printz DJ, Kahn DA et al.  The expert consensus guideline series: medication treatment of bipolar disorder 2000.  *Postgrad Med.*  [Special Report].  2000(April): 1-104.

31. Schaffer CB, Schaffer LC.  Gabapentin in the Treatment of Bipolar Disorder.  [Letter to the Editor].  *Amer Jour Psych.* 1997; 154: 291.

32. Sokolski KN, Green C, Maris DE et al.  Gabapentin as an Adjunct to Standard Mood Stabilizers in Outpatients with Mixed Bipolar Symptomatology.  *Annals of Clinical Psychiatry.* 1999; 11(4): 217-22.

33. Stanton SP, Keck Jr. PE, Mcelroy SL.  Treatment of Acute Mania With Gabapentin.  [Letter to the Editor].  *Amer Jour Psych.* 1997; 154: 287.

34. Sussman N.  Gabapentin and Lamotrigine : Alternative Agents for the Treatment of Bipolar Disorder.  *Primary Psychiatry.* 1997; Aug: 25-42.

35. Taylor CP, Gee NS, Su TZ et al.  "A summary of mechanistic hypotheses of gabapentin pharmacology."  *Epilepsy Research* 1998 29: 233-49.

36. Vieta E, Goikolea JM, Martinez-Aran A et al. A Double-Blind, Randomized, Placebo-Controlled, Prophylaxis Study of Adjunctive Gabapentin for Bipolar Disorder *J Clin Psychiatry* 2006;67:473-477

37. Vieta E, Martinez-Aran A, Nieto E et al.  Adjunctive gabapentin treatment of bipolar disorder.  *Eur Psychiatry.* 2000; 15: 433-7.

38. Wang PW, Santosa C, Schumacher M et al.  Gabapentin augmentation therapy in bipolar depression.  *Bipolar Disord.* 2002; 4: 296-301.

39. Yasmin S, Carpenter LL, Leon Z et al.  Adjunctive gabapentin in treatment-resistant depression: a retrospective chart review.  *J Affect Disord.*  2001; 63: 243-247.

## Research Reports

1. 720-04174
2. Protocol 945-421-291

## Web Pages

1. http://mrw.interscience.wiley.com/cochrane/clsysrev/articles/CD003379/frame.html
2. http://www.cnsspectrums.com/aspx/AuthorGuidelines.aspx

## Pfizer Documents

1. CME 0478
2. CME 0542
3. CME0027-CME0034
4. CME0038-CME0057
5. CME0101-CME0108
6. CME0589-CME0658
7. CME1478-CME1748
8. MDL_VENDORS_054931
9. MDL_VENDORS_054931
10. MDL_VENDORS_055236
11. MDL_VENDORS_111010
12. MDL_VENDORS_111131
13. PFIZER_APANDE_0003413
14. PFIZER_APANDE_0005005
15. PFIZER_APANDE_0005027
16. PFIZER_APANDE_0005031
17. PFIZER_APANDE_0005049
18. PFIZER_APANDE_0005053
19. PFIZER_BPARSONS_0030122
20. PFIZER_BPARSONS_0098666
21. PFIZER_CTAYLOR_0004655
22. PFIZER_EDUKES_0000057
23. PFIZER_JSU_00022639
24. PFIZER_JSU_0012780
25. PFIZER_JSU_0022591
26. PFIZER_LKNAPP_0026006
27. PFIZER_LKNAPP_0071019
28. PFIZER_LKNAPP_0071188
29. PFIZER_LKNAPP_0071199
30. PFIZER_LKNAPP_0071575
31. PFIZER_LKNAPP_0072109
32. PFIZER_LKNAPP_0104674
33. PFIZER_LKNAPP_0107849
34. PFIZER_LKNAPP_0112244

35. PFIZER_LKNAPP_0112829
36. PFIZER_LKNAPP_0115499
37. PFIZER_LKNAPP_0115557
38. PFIZER_LKNAPP_0116131
39. PFIZER_LKNAPP_0138244
40. PFIZER_LKNAPP_0142441
41. PFIZER_MDANA_0001157
42. PFIZER_MDL_0000452
43. PFIZER_NMANCINI_0011631
44. PFIZER_TMARTIN_0001736
45. PFIZER_TMARTIN_0001795
46. SH_0011442
47. SH_0064555.0012057
48. VOX034448
49. VOX035086
50. WLC_CBU_012274
51. WLC_CBU_012564
52. WLC_CBU_028064
53. WLC_CBU_028929
54. WLC_CBU_030410
55. WLC_CBU_037489
56. WLC_CBU_072207
57. WLC_CBU_074388
58. WLC_CBU_108957
59. WLC_CBU_134928
60. WLC_CBU_167738
61. WLC_CBU_170490
62. WLC_CBU_175353
63. WLC_CBU_180343
64. WLC_FRANKLIN_0000036437
65. WLC_FRANKLIN_0000047735
66. WLC_FRANKLIN_0000052703
67. WLC_FRANKLIN_0000080002
68. WLC_FRANKLIN_0000081633
69. WLC_FRANKLIN_0000081633
70. WLC_FRANKLIN_0000098315
71. WLC_FRANKLIN_0000170736
72. WLC_FRANKLIN_0000171583
73. WLC_FRANKLIN_0000199743
74. WLC_FRANKLIN_0000199997
75. Excerpts of Deposition Transcripts of Atul Pande and select exhibits

27

# RELIANCE MATERIALS LISTED IN EXPERT REPORT OF
# DOUGLAS C. MCCRORY, M.D., MHS

Le Henanff A, Giraudeau B, Baron G, Ravaud P. Quality of reporting of noninferiority and equivalence randomized trials. JAMA. 2006 Mar 8;295(10):1147-51.

Mathew NT, Rapoport A, Saper J, Magnus L, Klapper J, Ramadan N, et al. Efficacy of gabapentin in migraine prophylaxis. Headache. 2001 Feb;41(2):119-28.
behavioral treatment trials. Headache. 2005 May;45(5):507-12.

Ramadan NM, Silberstein SD, Freitag F, Gilbert TT, Frishberg B, for the US Headache Consortium. Evidence-Based Guidelines for Migraine Headache in the Primary Care Setting: Pharmacological Management for Prevention of Migraine. *US Headache Consortium, 2000. Available at www.aan.com. Accessed 3 Feb 2008.*

Rasmussen BK, Jensen R, Olesen J. Impact of headache on sickness absence and utilisation of medical services: a Danish population study. J Epidemiol Community Health. 1992 Aug;46(4):443-6.

Tfelt-Hansen P, Block G, Dahlof C, Diener HC, Ferrari MD, Goadsby PJ, et al. Guidelines for controlled trials of drugs in migraine: second edition. Cephalalgia. 2000 Nov;20(9):765-86.

Wessely P, Baumgartner C, Klingler D, Kreczi J, Meyerson M, Sailer L, et al. Preliminary results of a double-blind study with the new migraine prophylactic drug Gabapentin. Cephalalgia. 1987;7(Suppl 6):477-8.

## LIST OF DOCUMENTS REVIEWED

### Publications

1.  Di Trapani G, Mei D, Marra C, Mazza S, Capuano A. Gabapentin in the prophylaxis of migraine: a double-blind randomized placebo-controlled study. Clin Ter. 2000 May-Jun;151(3):145-8.

2.  Jimenez-Hernandez MD, Torrecillas Narvaez MD, Friera Acebal G. [Effectiveness and safety of gabapentin in the preventive treatment of migraine]. [Spanish] Rev Neurol. 2002 Oct 1-15;35(7):603-6.

3.  Mathew NT, Rapoport A, Saper J, Magnus L, Klapper J, Ramadan N, et al. Efficacy of gabapentin in migraine prophylaxis. Headache. 2001 Feb;41(2):119-28.

4.  Wessely P, Baumgartner C, Klingler D, Kreczi J, Meyerson M, Sailer L, et al. Preliminary results of a double-blind study with the new migraine prophylactic drug Gabapentin. Cephalalgia. 1987;7(Suppl 6):477-8.

**Research Reports**
1.    Research Report 4301-00066
2.    Research Report 995-00074
3.    Research Report 995-00085

**Documents**
1.    CDM0022376
2.    CDM0022376
3.    FAL_0000737
4.    FAL_0000737
5.    FAL_0008374
6.    FAL_0008374
7.    MDL_VENDORS_008413
8.    MDL_VENDORS_008413
9.    MDL_VENDORS_008516
10.   MDL_VENDORS_008516
11.   MDL_VENDORS_008551
12.   MDL_VENDORS_008551
13.   MDL_VENDORS_026372
14.   MDL_VENDORS_026372
15.   MDL_VENDORS_052600
16.   MDL_VENDORS_052600
17.   MDL_VENDORS_055236
18.   MDL_VENDORS_055236
19.   MDL_VENDORS_056827
20.   MDL_VENDORS_056827
21.   MDL_VENDORS_057687
22.   MDL_VENDORS_057687
23.   MDL_VENDORS_094765
24.   MDL_VENDORS_094765
25.   PFIZER_AFANNON_0012222
26.   PFIZER_CPACELLA_0039845

27.   PFIZER_CPACELLA_0039845

28.   PFIZER_JSU_0030135

29.   PFIZER_JSU_0030135

30.   PFIZER_LKNAPP_0066911

31.   PFIZER_LKNAPP_0066911

32.   PFIZER_LKNAPP_0091620

33.   PFIZER_LKNAPP_0091620

34.   PFIZER_MCLAUSSEN_0010242

35.   PFIZER_MCLAUSSEN_0010242

36.   PFIZER_NMANCINI_0024603

37.   PFIZER_NMANCINI_0024603

38.   PFIZER_RGLANZMAN_0140655

39.   RELATOR02281

40.   RELATOR02281

41.   SH_0029837

42.   SH_0029837

43.   SH_0064559.0092830

44.   SH_0064559.0092830

45.   SH_0064559.0092883

46.   SH_0064559.0092883

47.   SH_0064559.0092950

48.   SH_0064559.0092950

49.   SH_0064559.0093317

50.   SH_0064559.0093317

51.   SH_0064559.0096785

52.   SH_0064559.0096785

53.   SH_0064793.0105014

54.   SH_0064793.0105014

55.   WLC_CBU_008134

56.   WLC_CBU_008134

57.   WLC_CBU_013057

34

58.     WLC_CBU_013057
59.     WLC_CBU_013059
60.     WLC_CBU_013059
61.     WLC_CBU_013073
62.     WLC_CBU_013073
63.     WLC_CBU_014199
64.     WLC_CBU_014199
65.     WLC_CBU_018725
66.     WLC_CBU_018725
67.     WLC_CBU_018759
68.     WLC_CBU_018759
69.     WLC_CBU_018761
70.     WLC_CBU_018761
71.     WLC_CBU_030392
72.     WLC_CBU_030392
73.     WLC_CBU_107310
74.     WLC_CBU_107310
75.     WLC_CBU_157309
76.     WLC_CBU_157309
77.     WLC_CBU_164376
78.     WLC_CBU_164376
79.     WLC_CBU_164409
80.     WLC_CBU_164409
81.     WLC_CBU_175636
82.     WLC_CBU_175636
83.     WLC_CBU_179585
84.     WLC_CBU_179585
85.     WLC_CBU_180735
86.     WLC_CBU_180735
87.     WLC_FRANKLIN_0000015468
88.     WLC_FRANKLIN_0000015468

35

89.   WLC_FRANKLIN_0000015522

90.   WLC_FRANKLIN_0000015522

91.   WLC_FRANKLIN_0000015627

92.   WLC_FRANKLIN_0000015627

93.   WLC_FRANKLIN_0000016148

94.   WLC_FRANKLIN_0000016148

95.   WLC_FRANKLIN_0000032920

96.   WLC_FRANKLIN_0000032920

97.   WLC_FRANKLIN_0000035651

98.   WLC_FRANKLIN_0000035651

99.   WLC_FRANKLIN_0000036427

100.  WLC_FRANKLIN_0000036427

101.  WLC_FRANKLIN_0000039559

102.  WLC_FRANKLIN_0000041545

103.  WLC_FRANKLIN_0000041545

104.  WLC_FRANKLIN_0000064068

105.  WLC_FRANKLIN_0000064068

106.  WLC_FRANKLIN_0000064326

107.  WLC_FRANKLIN_0000064326

108.  WLC_FRANKLIN_0000064358

109.  WLC_FRANKLIN_0000064358

110.  WLC_FRANKLIN_0000066770

111.  WLC_FRANKLIN_0000066770

112.  WLC_FRANKLIN_0000066773

113.  WLC_FRANKLIN_0000066773

114.  WLC_FRANKLIN_0000066779

115.  WLC_FRANKLIN_0000066779

116.  WLC_FRANKLIN_0000066782

117.  WLC_FRANKLIN_0000066782

118.  WLC_FRANKLIN_0000066789

119.  WLC_FRANKLIN_0000066789

120.   WLC_FRANKLIN_0000067667
121.   WLC_FRANKLIN_0000067667
122.   WLC_FRANKLIN_0000068798
123.   WLC_FRANKLIN_0000068798
124.   WLC_FRANKLIN_0000073828
125.   WLC_FRANKLIN_0000073828
126.   WLC_FRANKLIN_0000081254
127.   WLC_FRANKLIN_0000087284
128.   WLC_FRANKLIN_0000087284
129.   WLC_FRANKLIN_0000096359
130.   WLC_FRANKLIN_0000096359
131.   WLC_FRANKLIN_0000107015
132.   WLC_FRANKLIN_0000107015
133.   WLC_FRANKLIN_0000107123
134.   WLC_FRANKLIN_0000107123
135.   WLC_FRANKLIN_0000107231
136.   WLC_FRANKLIN_0000107231
137.   WLC_FRANKLIN_0000111053
138.   WLC_FRANKLIN_0000111053
139.   WLC_FRANKLIN_0000116885
140.   WLC_FRANKLIN_0000116885
141.   WLC_FRANKLIN_000016386
142.   WLC_FRANKLIN_0000163868
143.   WLC_FRANKLIN_0000179044
144.   WLC_FRANKLIN_0000179044
145.   WLC_FRANKLIN_0000179062
146.   WLC_FRANKLIN_0000179062
147.   WLC_FRANKLIN_0000179172
148.   WLC_FRANKLIN_0000179172
149.   WLC_FRANKLIN_0000201316
150.   WLC_FRANKLIN_0000201316

151.    Expert Report of Alan Rapoport, M.D.

# RELIANCE MATERIALS LISTED IN EXPERT REPORT OF
# THOMAS L. PERRY, M.D., FRCPC

# List of Documents Reviewed

Documents

1.  CDM0022270
2.  MDL_VENDORS_046284
3.  MDL_VENDORS_056827
4.  MDL_VENDORS_057666
5.  MDL_VENDORS_085846
6.  MDL_VENDORS_085867
7.  MDL_VENDORS_086643
8.  MDL_VENDORS_094765
9.  PFIZER_AFANNON_0008126
10. PFIZER_BPARSONS_0000073
11. PFIZER_BPARSONS_0001128
12. PFIZER_JMARINO_0002157
13. PFIZER_JMARINO_0002191
14. PFIZER_LCASTRO_0027113
15. PFIZER_LCASTRO_0043325
16. PFIZER_LESLIETIVE_0002581
17. PFIZER_LESLIETIVE_0002824
18. PFIZER_LESLIETIVE_0013555
19. PFIZER_LESLIETIVE_0034253
20. PFIZER_LESLIETIVE_0042341
21. PFIZER_LESLIETIVE_0049975
22. PFIZER_LESLIETIVE_0074344
23. PFIZER_LKNAPP_0006623
24. PFIZER_LKNAPP_0009569
25. PFIZER_LKNAPP_0009830

26. PFIZER_LKNAPP_0013491

27. PFIZER_LKNAPP_0024958

28. PFIZER_LKNAPP_0050385

29. PFIZER_LKNAPP_0055357

30. PFIZER_LKNAPP_0060187

31. PFIZER_LKNAPP_0070537

32. PFIZER_LKNAPP_0070545

33. PFIZER_LKNAPP_0070547

34. PFIZER_LKNAPP_0083148

35. PFIZER_MYODER_0002471

36. PFIZER_NMANCINI_0024603

37. PFIZER_RGLANZMAN_0049084

38. PFIZER_RGLANZMAN_0053265

39. PFIZER_RGLANZMAN_0059497

40. PFIZER_RGLANZMAN_0149235

41. PFIZER_TMARTIN_0001736

42. PFIZER_TMARTIN_0002022

43. PFIZER_TMARTIN_0002200

44. SH_0006934

45. SH_0012453

46. SH_0030111

47. SH_0036543

48. SH_0044640

49. SH_0044769

50. SH_0045500

51. SH_0064559.0072317

52. SH_0064559.0076474

53. SH_0064559.0093275

| | |
|---|---|
| 54. | SH_0064559.0093290 |
| 55. | SH_0064559.0096673 |
| 56. | SH_0064559.0096785 |
| 57. | WLC_CBU_000221 |
| 58. | WLC_CBU_013197 |
| 59. | WLC_CBU_028461 |
| 60. | WLC_CBU_028473 |
| 61. | WLC_CBU_072249 |
| 62. | WLC_CBU_076620 |
| 63. | WLC_CBU_079302 |
| 64. | WLC_CBU_092879 |
| 65. | WLC_CBU_093708 |
| 66. | WLC_CBU_123550 |
| 67. | WLC_CBU_164376 |
| 68. | WLC_CBU_164409 |
| 69. | WLC_CBU_175636 |
| 70. | WLC_CBU_180727 |
| 71. | WLC_CBU_180735 |
| 72. | WLC_FRANKLIN_0000015522 |
| 73. | WLC_FRANKLIN_0000035723 |
| 74. | WLC_FRANKLIN_0000035726 |
| 75. | WLC_FRANKLIN_0000035728 |
| 76. | WLC_FRANKLIN_0000035747 |
| 77. | WLC_FRANKLIN_0000035750 |
| 78. | WLC_FRANKLIN_0000035751 |
| 79. | WLC_FRANKLIN_0000050304 |
| 80. | WLC_FRANKLIN_0000066844 |
| 81. | WLC_FRANKLIN_0000073645 |

82.     WLC_FRANKLIN_0000080451

83.     WLC_FRANKLIN_0000082494

84.     WLC_FRANKLIN_0000090053

85.     WLC_FRANKLIN_0000090214

86.     WLC_FRANKLIN_0000090215

87.     WLC_FRANKLIN_0000090220

88.     WLC_FRANKLIN_0000092698

89.     WLC_FRANKLIN_0000098315

90.     WLC_FRANKLIN_0000098352

91.     WLC_FRANKLIN_0000100273

92.     WLC_FRANKLIN_0000166608

93.     WLC_FRANKLIN_0000199743

94.     WLC_FRANKLIN_0000199997

95.     VOX027405

96.     Additionally, please the documents referred to in the Report and Appendices

Publications

1.     Catherine Arnst, "Conquering Pain: New Discoveries and Treatments Offer Hope", Business Week, March 1, 1999.

2.     Dubinsky RM et al. Practice parameter: treatment of postherpetic neuralgia: an evidence-based report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2004; 63: 959-65.

3.     Dyck PJ et al. The prevalence by staged severity of various types of diabetic neuropathy, retinopathy, and nephropathy in a population-based cohort: the Rochester Diabetic Neuropathy Study. Neurology 1993; 43: 817-24; Boulton A. Management of Diabetic Peripheral Neuropathy. Clinical Diabetes 2005; 23: 9-15

4.     Helgason S et al. Prevalence of postherpetic neuralgia after a first episode of herpes zoster: prospective study with long term follow up. BMJ 2000; 321: 794-6

5.     Opstelten W et al. Herpes zoster and postherpetic neuralgia: incidence and risk indicators using a general practice research database. Fam Pract 2002; 19: 471-475

6.     Wong MC, Chung JWY, and Wong TKS. Effects of treatment for symptoms of painful diabetic neuropathy: systematic review. BMJ 2007;335:87

7.   McCleane GJ.  Does gabapentin have an analgesic effect on background, movement and
     referred pain? A randomized, double-blind, placebo controlled study.  The Pain Clinic
     2001;13:103

8.   de Jong RH.  Neurontin: Pie in the Sky or Pie on the Plate?  Pain Digest 1996; 6:143-4

9.   Additionally, please see the references to published articles in the Report and Appendices

Websites

1.   Evidence-based recommendations for medical management of chronic non-malignant
     pain: chapter 7. Neuropathic pain, College of Physicians and Surgeons. Nov 2000.
     http://www.cpso.on.ca/publications/pain.PDF, accessed July 18, 2008.

2.   http://www.depomedinc.com/view.cfm/1285/Our-Pipeline

3.   http://www.painstudy.ru/10wcp/anticonvulsants.htm

4.   http://www.clinicalstudyresults.org/documents/company-study_1926_0.pdf

5.   Additionally, please see the websites referred to in the Report and Appendices

Research Reports

1.   430-00124

2.   430-00125

3.   720-03908

4.   720-04130

5.   720-04378

6.   720-04455

7.   720-04471

8.   720-04479

9.   720-04481

10.  720-04483

11.  720-30044

12.  720-30049

13. 744-00664

14. 744-00669

15. 995-00070

16. Research Report for Study 945-210

17. Research Report for Study 945-211

18. Research Report for Study 945-220

19. Research Report for Study 945-224

20. Research Report for Study 945-224

21. Research Report for Study 945-306

22. Research Report for Study 945-306

23. Research Report for Study 945-371

24. Research Report for Study 945-430

25. Additionally, please the research reports referred to in the Report and Appendices

# RELIANCE MATERIALS LISTED IN EXPERT REPORT OF KAY DICKERSIN, MA, PH.D.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

5.      References cited

Als-Nielsen B, Chen W, Gluud C et al. Association of funding and conclusions in randomized drug trials: A reflection of treatment effects or adverse events? *JAMA* 2003; 290 (7):921-928.

Antes G, Chalmers I.  Under-reporting of clinical trials is unethical. *Lancet* 2003; 361:978-1979.

Barnes, DE, Bero LA. Why review articles on the health effects of passive smoking reach different conslusions. *JAMA* 1998; 279 (19):1566-1570.

Bero LA, Rennie D. Influences on the quality of published drug studies.  *Int J Technol Assess Health Care* 1996;12:209-237.

Chalmers I. Underreporting research is scientific misconduct. *JAMA* 1990; 263:1405-1408.

Chan AW, Krleža-Jerić K, Schmid I, Altman D. Outcome reporting bias in randomized trials funded by the Canadian Institutes of Health Research. *CMAJ* 2004;171:735-40.

Chan AW, Hróbjartsson A, Haahr MT, Gøtzsche PC, Altman DG. Empirical Evidence for selective reporting of outcomes in randomized trials. Comparison of protocols to published articles. *JAMA* 2004; 291:2457-65.

Cho MK, Bero LA. The quality of drug studies published in symposium proceedings. *Ann Intern Med* 1996;124:485–489.

Chokkalingham A, Scherer R, Dickersin K.  Agreement of data in abstracts compared to full publications.  *Controlled Clin Trials* 19:61S-62S, 1998.

Davidson RA. Source of funding and outcome of clinical trials. *J Gen Intern Med* 1986;1:155–158.

DeAngelis CD, Fontanarosa PB. Impugning the integrity of medical science, the adverse effects of industry influence. *JAMA*. 2008 299:1833.

Dickersin K. How important is publication bias?  A synthesis of available data. *AIDS Educ Prev* 1997; 9(1 Suppl):15-21.

Dickersin K, Olson CM, Rennie D, Cook D, Flanagin A, Zhu Q, Reiling J, Pace B.  Association between time interval to publication and statistical significance. *JAMA* 2002; 287:2829-2831.

Dickersin K.  Publication bias: Recognizing the problem, understanding its origins and scope, and preventing harm.  In: Rothstein H, Sutton A, Borenstein M (eds). *Publication Bias in Meta-analysis: Prevention, Assessment, and Adjustments*.  London: John Wiley and Sons, Ltd. 2005.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

Directives for Human Experimentation: Nuremberg Code. 1949, (available at: http://ohsr.od.nih.gov/nuremberg.php3)

Drazen JM, Morrissey S, Curfman GD. Rosiglitazone--continued uncertainty about safety. N Engl J Med. 2007; 357:63-4.

Easterbrook PJ, Berlin JA, Gopalan R, Matthews DR. Publication bias in clinical research. *Lancet* 1991; 337:867-872.

Egger M, Zellweger-Zahner T, Schneider M, Junker C, Lengeler C, Antes G. Language bias in randomised controlled trials published in English and German. *Lancet* 1997; 350:326–329.

Egger M, Smith GD, Altman D (eds). *Systematic Reviews in Health Care: Meta-analysis in Context.* London: BMJ Publishing Group, 1995, 2001.

Federal Policy for the Protection of Human Subjects, 45 CFR 46, Subpart A (2001). (available at: http://ohrp.osophs.dhhs.gov/humansubjects/guidance/45cfr46.htm)

Fergusson D, Glass KC, Hutton B, Shapiro S. Randomized controlled trials of aprotinin in cardiac surgery: Could clinical equipoise have stopped the bleeding? *Clin Trials* 2005; 2:218-29.

Friedman LM, Furberg CM, DeMets DL. Chapter 16. Issues in Data Analysis. *Fundamentals of Clinical Trials.* 3rd Edition 1999; New York: Springer.

Godlee F, Dickersin K. Bias, subjectivity, chance, and conflict of interest in editorial decisions. In: Godlee F, Jefferson T (eds). *Peer Review in Health Sciences.* London: BMJ Books, 2nd Edition, 2003.

Gøtzsche, PC. Believability of relative risks and odds ratios in abstracts: cross sectional study. *BMJ* 2006; 333:231-234.

Gøtzsche PC, Hrobjartsson A, Johanseen HK et al. Ghost authorship in industry-initiated randomised trials. *PloS Medicine* 2007; 4 (1):47-52.

Gøtzsche PC. Reference bias in reports of drug trials. *Br Med J* (Clin Res Ed) 1987; 195:654-56.

Grégoire G, Derderian F, Le Lorier J. Selecting the language of the publications included in a meta-analysis: is there a Tower of Babel bias? *J Clin Epidemiol* 1995; 48:159–163.

Healy D, Cattell D. Interface between authorship, industry and science in the domain of therapeutics. *Br J Psychiatry* 2003; 183:22-27.

08-10-08

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

Healy D. Did regulators fail over selective serotonin reuptake inhibitors? *BMJ* 2006; 333:92-95.

Hemminki E. Study of information submitted by drug companies to licensing authorities. *Br Med J* 1980; 280:833–836.

Higgins JP, Green S (eds). Cochrane Handbook for Systematic Reviews of Interventions, Version 5.0.0 (updated February 2008). The Cochrane Collaboration, 2008. Available from www.cochrane-handbook.org).

Hopewell S, Clarke M, Askie L. Reporting of trials presented in conference abstracts needs to be improved. *J Clin Epidemiol* 2006; 59:681-684.

Hopewell S, McDonald S, Clarke M, Egger M. Grey literature in meta-analyses of randomized trials of health care interventions. *Cochrane Database of Systematic Reviews* 2007, Issue 2. Art. No.: MR000010. DOI: 10.1002/14651858.MR000010.pub3.

Hopewell S, Clarke M, Stewart L, Tierney J. Time to publication for results of clinical trials. *Cochrane Database of Systematic Reviews* 2007, Issue 2. Art. No.: MR000011. DOI: 10.1002/14651858.MR000011.pub2.

Institute of Medicine (IOM) Committee on Reviewing Evidence to Identify Highly Effective Clinical Services. *Knowing what Works in Health Care. A Roadmap for the Nation.* 2008; Washington, DC: The National Academies Press.

ICMJE. Uniform Requirements for Manuscripts Submitted to Biomedical Journals: Writing and Editing for Biomedical Publication. Publication Ethics: Sponsorship, Authorship, and Accountability. Updated October 2007. http://www.icmje.org/ accessed July 13, 2008.

Ioannidis JP. Effect of the statistical significance of results on the time to completion and publication of randomized efficacy trials. *JAMA* 1998; 279:281-286.

Ioannidis JPA, Cappelleri JC, Sacks HS, Lau J. The relationship between study design, results, and reporting of randomized clinical trials of HIV infection. *Controlled Clin Trials* 1997; 18:431-444.

Kjaergard LL, Gluud C. Citation bias of hepato-biliary randomized clinical trials. *J Clin Epidemiol* 2002; 55:407-410.

Korn D, Ehringhaus S. Principles for strengthening the integrity of clinical research. *PloS Clinical Trials* 2006; 1:1-4.

Lexchin J, Bero LA, Djulbegovic B, Clark O. Pharmaceutical industry sponsorship and research outcome and quality: systematic review. *BMJ* 2003; 326:1-10.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

Melander H, Ahlqvist-Rastad J, Meijer G, Beermann B. Evidence-b(i)ased medicine – selective reporting from studies sponsored by pharmaceutical industry: review of studies in new drug applications. *BMJ* 2003; 326:1171-3.

Misakian AL, Bero LA. Publication bias and research on passive smoking. Comparison of published and unpublished studies. *JAMA* 1998; 280:250-253.

The National Commission for the Protection of Human Subjects of Biomedical and Behavioral Research. The Belmont Report: Ethical Principles and Guidelines for the Protection of Human Subjects of Research, Washington, DC: DHHS, 1979. (availalbe at: http://ohrp.osophs.dhhs.gov/humansubjects/guidance/belmont.htm)

Nieminen P, Rucker G, Miettunen J, Carpenter J, Schumacher M.  Statistically significant papers in psychiatry were cited more often than others. *J Clin Epidemiol* 2007; 60:939-946.

Okike K, Kocher MS, Mehlman CT, Heckman JD, Bhadhari M. Publication bias in orthopaedic research: An analysis of scientific factors associated with publication in *The Journal of Bone and Joint Surgery (American Volume)*. *J Bone Joint Surg* 2008; 90:595-601.

Olson CM, Rennie D, Cook D, Dickersin K, Flanagin A, Hogan J, Zhu Q, Reiling J, Pace B. Publication bias in editorial decision making. *JAMA* 2002; 287:2825-2828.

Pham B, Klassen TP, Lawson ML, Moher D. Language of publication restrictions in systematic reviews gave different results depending on whether the intervention was conventional or complementary. *J Clin Epidemiol* 2005; 58:769-776.

Ravnskov U. Frequency of citation and outcome of cholesterol lowering trials. *BMJ* 1992; 305 (6855):717.

Ravnskov U. Quotation bias in reviews of the diet heart idea. *J Cin Epidemiol* 1995;48:713-719.

Rochon PA, Gurwitz JH, Simms RW, Fortin PR, Felson DT, Minaker KL, Chalmers TC.  A study of manufacturer supported trials of non-steroidal anti-inflammatory drugs in the treatment of arthritis. *Arch Intern Med* 1994; 154:157-163.

Sackett D, Straus S, Richardson WS, Rosenberg W, Hayes RB. *Evidence-based Medicine, How to Practice and Teach EBM*. 2000; Philadephia: Churchill Livingstone.

Scherer RW, Langenberg P, Von Elm.  Full publication of results initially presented in abstracts (Cochrane Methodology Review).  In: *The Cochrane Library*, 2007, Issue 2. Art. No.: MR000005. DOI: 10.1002/14651858.MR000005.pub3

Schmidt LM, Gøtzsche PC Of mites and men: reference bias in narrative review articles: a systematic review. *J Fam Practice* 2005; 54: 334-8.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

Sismondo S. Ghost management: How much of the medical literature is shaped behind the scenes by the pharmaceutical industry? *PloS Medicine* 2007;4 (9):1429-1433.

Sismondo, S. Pharmaceutical company funding and its consequences: A qualitative systematic review. *Contemp Clin Trials* 2008; 29:109-113.

Stern JM, Simes RJ. Publication bias: evidence of delayed publication in a cohort study of clinical research projects. *BMJ* 1997; 315):640-5.

Sterne J, Egger M, Moher D on behalf of the Cochrane Bias Methods Group (eds). Chapter 10. Addressing Reporting Biases.  In: Higgins JPT, Green S (eds). *Cochrane Handbook for Systematic Reviews of Interventions.*  Version 5.0.0 [updated February 2008]. The Cochrane Collaboration, 2008. Available from www.cochrane-handbook.org.

Timmer A, Hilsden RJ, Cole J, Hailey D, Sutherland LR.  Publication bias in gastroenterological research – a retrospective cohort study based on abstracts submitted to a scientific meeting.  *BMC Med Res Methodol* 2002; 2: 7

Toma M, McAlister FA, Bialy L, Adams D, Vandermeer B, Armstrong PW. Transition from meeting abstract to full-length journal article for randomized controlled trials. *JAMA* 2006; 295:1281-7.

Tramèr M, Reynolds DJ, Moore RA, McQuay HJ. Impact of covert duplicate publication on meta-analysis: A case study.  *BMJ* 1997; 315:635-40.

Turner EH, Matthews AM, Linardatos E, Tell RA, Rosenthal R. Selective publication of antidepressant trials and its influence on apparent efficacy. *N Engl J Med* 2008; 358:252-60.

Von Elm E, Poglia G, Walder B, Tramèr MR.  Different patterns of duplicate publication. An analysis of articles used in systematic reviews. *JAMA* 2004; 291:974-980.

The World Association of Medical Editors (WAME) Publication Ethics Policies for Medical Journals (http://www.wame.org/resources/publication-ethics-policies-for-medical-journals#orig Accessed June, 29 2008).

World Medical Association. Declaration of Helsinki: Ethical Principles for Medical Research Involving Human Subjects, Helsinki, Finland: World Medical Association, 1964, 2004. (available at: http://www.wma.net/e/policy/b3.htm)

Yank V, Rennie D, Bero LA. Financial ties and concordance between results and conclusions in meta-analyses: retrospective cohort study. *BMJ* 2007; 1202-05.

# RELIANCE MATERIALS LISTED IN EXPERT REPORT OF JOHN ABRAMSON, M.D.

Exhibit 3

List of Documents Reviewed

Publications

1.  Radley DC, Finklestein SN, Stafford RS, Off-label Prescribing Among Office-Based Physicians, *Archives of Internal Medicine,* 2006;166:1021-26.

2.  Harrison RV, The Uncertain Future of Continuing Medical Education: Commercialism and Shifts in Funding, *Journal of Continuing Education in the Health Professions,* 2003;23:198-209.

3.  Sackett DL, Rosenberg WMC, Gray JAM, et al, Evidence based medicine: what it is and what it isn't: It's about integrating individual clinical expertise and the best external evidence. *British Medical Journal,*1996;312:71-72, accessed from the Center for Evidence-Based Medicine, http://www.cebm.net/?o=1014 , July 13, 2008.

4.  Holmer AF. Industry strongly supports continuing medical education. *Journal of the American Medical Association.* 2001;285:2012-2014.

5.  Scott Hensley, "As Drug-Sales Teams Multiply, Doctors Start to Tune Them Out, *Wall Street Journal,* June 13, 2003.

6.  Moynihan R. Who Pays for the Pizza? Redefining the Relationships Between Doctors and Drug Companies. 1: Entanglement. *British Medical Journal.* 2003;326:1189-92.

7.  Ferguson RP, Rhim E, Belizaire W, et al, Encounters with Pharmaceutical Representatives among Practicing Internists, *Am J Med,* 1999;107:149-152.

8.  Bodenheimer T. Uneasy alliance – clinical investigators and the pharmaceutical industry. *New England Journal of Medicine.* 2000;342:1539-1544.

9.  Bodenheimer T. Uneasy alliance – clinical investigators and the pharmaceutical industry. *New England Journal of Medicine.* 2000;342:1539-1544.

10. Steinbrook R, Gag Clauses in Clinical-Trial Agreements, *NEJM,* 2005; 352: 2160-62.

11. Patsopoulos NA, Ionnidis JPA, Analatos AA, Origin and funding ofthe most frequently cited papers in medicine: database analysis, *BMJ,* 2006;332:1061-1064.

12. Mello MM, Clarridge BR, Studdert DM, Academic medical centers' standards for clinical-trial agreements with industry, *N Engl J Med,* 2005;352:2202-10.

13. Knox RA, Boston Globe, March 30, 1999.

14. Davidoff F, DeAngelis DC, Drazen JM, et al. Sponsorship, Authorship, and Accountability, *N Engl J Med,* 2001; 345: 825-7.

15. Smith R, Medical Journals Are an Extension of the Marketing Arm of Pharmaceutical Companies, *PLOS Medicine,* 2005; 2(5):e138 DOI: 10.1371/journal.pmed.0020138

16. Als-Neilsen B, Chen W, Gluud C, Kiaergard LL, Association of Funding and Conclusions in Randomized Drug Trails, *JAMA*, 2003; 290:921-928.

17. Landefeld CS, Commercial Support and Bias in Pharmaceutical Research, *Am J Med*, 2004;117:876-8.

18. Curfman GD, Morrissey S, Drazen JM, Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Refecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000;343:1520-8. *NEJM*, 2005;353:2813-4.

19. Bombardier C, Laine L, Burgos-Vargas R, et al, Response to Expression of Concern Regarding VIGOR Study, *NEJM*,2006;354:1196-8.

20. Curfman Gd, Morrisey S, Drazen JM, Expression of Concern Reaffirmed, N Eng J Med, 2006;354:1193.

21. Perlis RH, Perlis CS, Wu Y, et al, Industry Sponsorship and Financial Conflict of Interest in the Reporting of Clinical Trials in Psychiatry, *Am J Psychiatry,* 2005;162:1957-1060.

22. Mathews A W, Martinez B, E-Mails Suggest Merck Knew Vioxx's Dangers at Early Stage, *Wall Street Journal,* November 1, 2004. Page 1.

23. Ebell MH, Siwek J, Weiss BD, et al, Strength of Recommendation Taxonomy (SORT): A Patient-Centered Approach to Grading Evidence in the Medical Literature, *American Family Physician,* 2004;69:548-56.

24. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med* 2000;343:1520-8.

25. Curfman GD, Morrissey S, Drazen JM, Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 200, 343:1520-8, 2005; 353:2813-4.

26. Healy D, Cattell D, Interface between authorship, industry and science in the domain of therapeutics, *Br J Psych,* 2003; 183:22-27.

27. Turner EH, Matthews AM, Linardatos E, et al, Selective Publication of Antidepressant Trials and Its Influence on Apparent Efficacy, *New England Journal of Medicine,* 2008;358:252-60.

28. Altman LK, For Science's Gatekeepers, A Credibility Gap, *New York Times,* May 2, 2006.

29. Jefferson T, Alderson P, Wagner E, Davidoff F, Effects of Iditorial Peer Review, *JAMA,* 2002;287:2784-86.

30. Brody H, Hooked: Ethics, the Medical Profession, and the Pharmaceutical Industry, New York: Rowman & Littlefield Publishers, Inc. 2007.

31. Jorgensen A W, Hilden J, Gotzsche PC, Cochrane reviews compared with industry supported meta-analyses and other meta-analyses of the same drugs: systematic review, *Br Med J,* 2006 Oct 14;333(7572):782. Epub 2006 Oct 6. Review.

32. Harrison RV, The Uncertain Future of Continuing Medical Education: Commercialism and Shifts in Funding, *Journal of Continuing Education in the Health Professions,* 2003;23:198-209.

33. Hensley S, When Doctors Go to Class, Industry Often Foots the Bill, *Wall Street Journal,* December 4, 2002.

34. Ross JS, Lurie P, Wolfe SM, Medical Education Services: A Threat to Physician Education, July 19, 2000. http://www.citizen.org/publications/release.cfm?ID=7142 Accessed July 13, 2008.

35. Hensley S, When Doctors Go to Class, Industry Often Foots the Bill, *Wall Street Journal,* December 4, 2002.

36. Relman A, Industry Sponsorship of Continuing Medical Education Reply to Letters, *JAMA,* 2003;290:1150.

37. Croasdale M, More dollars flow into continuing medical education, American Medical News (American Medical Association), August 21, 2006. http://www.ama-assn.org/amednews/site/free/prsb0821.htm#s1 accessed 12/24/06.

38. Brennan TA, Rothman DJ, Blank L, et al, Health Industry Practices that Create Conflicts of Interest: A Policy Proposal for Academic Medical Centers, *JAMA,* 2006;295:429-433.

39. Wazana A. Physicians and the pharmaceutical industry. *JAMA,* 2000;283:373-380.

40. Chren M-M, Landefield CS, Physicians' Behavior and Their Interactions With Drug Companies: A Controlled Study of Physicians Who Requested Additions To a Hospital Drug Formulary, *JAMA,* 1994;271:684-689.

41. Finucane TE, Boult CE, Pharmaceutical Research at a Meeting of a Medical Professional Society, *Am J Med,* 2004;117:842–845.

42. Dana J, Loewenstein G, "A Social Science Perspective on Gifts to Physicians from Industry," *Journal of the American Medical Association* 290:252, 2003.

43. Radley DC, Finklestein SN, Stafford RS, Off-label Prescribing Among Office-Based Physicians, *Archives of Internal Medicine,* 2006;166:1021-26.

44. Lenzer J. Spin Doctors Soft Pedal Data on Antihypertensives. *British Medical Journal.* 2000;326:170.

45. Stryer D, Bero LA, Characteristics of Materials Distributed by Drug Companies: An Evaluation of Appropriateness, *Journal of General Internal Medicine,* 1996;11:575-583.

46. Wazana A, Physicians and the Pharmaceutical Industry: Is a Gift Ever Just a Gift? *Journal of the American Medical Association,* 2000;283:373-80.

47. Backonja M., Glanzman R.  Gabapentin dosing for neuropathic pain: Evidence from randomized, placebo-controlled clinical trials. *Clinical Therapeutics* 2003; **25**(1): 81-104.

48. Morello CM, Leckband SG, Stoner CP, et al, Randomized Double-blind Study Comarping the Efficacy of Gabapentin with Amitriptyline on Diabetc Peripheral Neuropathy Pain, *Arch Intern Med,* 1999; 159:1931-7.

49. Gorson KC. et al.  Gabapentin in the treatment of painful diabetic neuropathy: a placebo controlled, double blind, crossover trial. *Journal of Neurology, Neurosurgery & Psychiatry* 1999; **66**(2): 251-2.

50. Backonja M, Beydoun A, Edwards KR, et al, Gabapentin for the symptomatic treatment of painful neuropathy in patients with Diabetes Mellitus. *Journal of the American Medical Association,* 1998;280:1831-6.

51. Miller RG, Moore D, Young LA, et al, Placebo-controlled trial of gabapentin in patients with amyotrophic lateral sclerosis, *Neurology,* 1996;47:1383-88.

52. Low PA, Dotson RM, Editorial: The Treatment of Painful Neuropathy, *J Am Med Assoc,* 1998;280:1863-4.

53. Gilron I, Bailey JM, Dongsheng T, et al, Porphine, Gabapentin, or Their Combination for Neuropathic Pain, *NEJM,* 2005;352:1324-34.

54. Attal N, Chronic Neuropathic Pain: Mechanisms and Treatment, *Clinical Journal of Pain,* 2000;16:S118-S130.

55. Dallocchio C.et al  Gabapentin vs. amitriptyline in painful diabetic neuropathy: an open-label pilot study. *Journal of Pain and Symptom Management* 2000:20:280-5.

56. Morello, CM, Leckband SG, Stoner CP, et al. Randomized Double-blind Study Comparing the Efficacy of Gabapentin With Amitriptyline on Diabetic Peripheral Neuropathy Pain, *Arch Intern Med.* 1999;159:1931-1937.

57. Mathew NT, Rapoport A, Saper J, et al. Efficacy of gabapentin in migraine prophylaxis. *Headache,* 2001;41:119-28.

58. National Survey of Physicians *Part II: Doctors and Prescription Drugs,* The Kaiser Family Foundation, March 2002.
http://www.kff.org/rxdrugs/loader.cfm?url=/commonspot/security/getfile.cfm&PageID=13965 accessed 1/8/07

59. Dramatic Growth of Research and Development, Pharmaceutical Research and Manufacturers of America (PhRMA), *Pharmaceutical Industry Profile 2003* (Washington , DC: PhRMA, 2003). http://www.phrma.org/publications/publications/profile02/2003%20CHAPTER%202.pdf accessed 2/14/03.

60. Antidepressant Medications in Children and Adolescents, *Therapeutics Letter,* 2004;Issue 52. http://www.ti.ubc.ca/pages/letter52.htm accessed 1/08/07

61. Grey Healthcare Group. Pathways to success: medical education: Phase V Communications. Available at: http://www.ghgroup.com/pathway/content.asp?A=2&B=3&pg=11 . Downloaded on July 19, 2000.

62. Grey Healthcare Group. Pathways to success: medical education: Phase V Communications: speaker's bureau. Available at: http://www.ghgroup.com/pathway/content.asp?A=2&B=3&C=1    &pg=12. Downloaded on July 19, 2000.

63. Carta, MG, Hardoy MC, Hardoy MJ, et al, The clinical use of gabapentin in bipolar spectrum disorders, *Journal of Affective Disorders,* 2003; 75:83-91.

64. Carey TS, Williams JW, Oldham JM, et al, *Journal of PsychiatricPractice* 2007;14(suppl 1):15–27).

65. Pande AC, Crockatt JG, Janney CA, et al, Gabapentin in Bipolar Disorder: a Placebo-Controlled Trial of Adjunctive Therapy, *Bipolar Disorders,* 2000;2:249-255.

66. Frye MA, Ketter TA, Kimbrell TA et al, A Placebo-Controlled Study of Lamotrigine and Gabapentin Monotherapy in Refractory Mood Disorders, *Journal of Clinical Psychopharmacology,* 2000;20:607-14.

67. Post RM, Denicoff KD, Frye MA, et al, A History of the Use of Anticonvulsants as Mood Stabilizers in the Last Two Decades of the 20th Century, *Neurophsycholbiology,* 1998:152-66.

68. Guille, C., 1999. Gabapentin versus placebo as adjunctive treatment for acute mania and mixed states in Bipolar Disorders. American Psychiatric Association, Annual Meeting, NR10:63.

69. Vieta E, Goikolea JM, Martinez-Aran A, et al, A double-blind randomized, placebo-controlled, prophylaxis study of adjunctive gabapentin for bipolar disorder, *Journal of Clinical Psychiatry,* 2006;67:473-7.

70. Chronicle E, Mulleners W, Anticonvulsant drugs for migraine prophylaxis (Review), *The Cochrane Library,* 2005, Issue 4.

71. Wiffen P, CollinsS, McQuay, et al, Anticonvulsant Drugs for Acute and Chronic Pain (Cochrane Review) , *The Cochrane Library,* Issue 1, 2002.

72. Collins SL, Moore RA, McQuay HJ, Wiffen P, Antidepressants and anticonvulsants for Diabetic Neuropathy and Postherpetic Neuralgia: A Quantitative Systematic Review, *Journal of Pain Symptom Management,* 2000;20:449-58.

73. McQuay HJ, Neuropathic pain: evidence matters, *European Journal of Pain,* 2002; 6 (Suppl. A): 11-18.

74. Edwards JE, McQuay HJ, Moore A, Efficacy and safety of valdecoxib for treatment of osteoarthritis and rheumatoid arthritis: systematic review of randomised controlled trials, *Pain,* 2004;111:286-96.

75. Bass R, Abadie E, Lyons D, Medicinal Products Containing COX-2 Selective Inhibitors, Article 31 Referral, EMEA/H/A-31/503 on Valdecoxib and Parecoxib, EMEA, 2003.

76. Wiffen P, McQuay H, Edwards JE, Moore RA, Gabapentin for acute and chronic pain (Review), *The Cochrane Library,* 2005, Issue 4.

77. Wiffen P, Collins S, McQuay H, et al, Anticonvulsants for acute and chronic pain (Review), *The Cochrane Library,* 2005, Issue 4.

78. Macritchie KA, Geddes JR, Young A, Gabapentin in the treatment of acute affective episodes in bipolar disorder:efficacy and acceptability (Protocol), *The Cochrane Library* 2008, Issue 3 http://www.thecochranelibrary.com.

79. Frye MA, Ketter TA, Kimbrell TA et al, A Placebo-Controlled Study of Lamotrigine and Gabapentin Monotherapy in Refractory Mood Disorders, *Journal of Clinical Psychopharmacology,* 2000;20:607-14.

80. Mack A, Examination of the Evidence for Off-Label Use of Gabapentin, *J Man Care Pharm,* 2003;9:559-68.

81. Di Trapani G, Mei D, Marra C, et al, Gabapentin in the prophylaxis of migraine: a double-blind randomized placebo-controlled study, *La Clinica Terepeutica,* 2000;151:145-8.

82. Adelman JU, Adelman LC, Von Seggern R, Cost-Effectiveness of Antiepileptic Drugs in Migraine Prophylaxis, *Headache,* 2002;42:978-983.

83. Mathew NT, Antiepileptic /drugs in Migraine Prevention, *Headache,* 2001; 41 Suppl 1:S18-24.

84. Pande AC, Crockatt JG, Janney CA, et al, Gabapentin in Bipolar Disorder: a Placebo-Controlled Trial of Adjunctive Therapy, *Bipolar Disorders,* 2000;2:249-255.

85. Pappagallo Marco, Newer Antiepileptic Drugs: Possible Uses in the Treatment of Neuropathic Pain and Migraine, *Clinical Therapeutics,* 2003;;25:2506-38.

86. Backonja M., Glanzman R.  Gabapentin dosing for neuropathic pain: Evidence from randomized, placebo-controlled clinical trials.  *Clinical Therapeutics* 2003; **25**(1): 81-104.

87. Wong M, Chung JW, Wong, Effects of treatments for symptoms of painful diabetic neuropathy: systematic review, *British Medical Journal,* 2007; 335: 87-96.

88. Pande AC, Crockatt JG, Janney CA, et al, Gabapentin in Bipolar Disorder: a Placebo-Controlled Trial of Adjunctive Therapy, *Bipolar Disorders,* 2000;2:249-255.

89. Mathew NT, Gabapentin in migraine prophylaxis, *Cephalalgia,* 1996;16:367.

90. Backonja MM, Gabapentin Monotherapy for the Symptomatic Treatment of Painful Neuropathy: A Multicenter, Double-blind, Placebo-controlled Trial in Patients With Diabetes Mellitus, *Epilepsia,* 4O(Suppl. 6):S57-S59, 1999.

91. Morello CM, Leckband SG, Stoner CP, et al, Randomized Double-blind Stud ytComparing the Efficacy of Gabapentin With Amitriptyline on Diabetic Peripheral Neuropathy Pain, *Archives of Internal Medicine,* 1999; 159:1931-37.

## Research Reports

1. 720-04130

2. 720-03908

3. 995-00074

4. 995-00085

5. 720-04174

6. Protocol 0945-421-291

7. Research Report 945-291 as produced by Pfizer

8. 720-04174

## WebPages

1. http://www.nimh.nih.gov/health/publications/bipolar-disorder/complete-publication.shtml accessed 11/30/07

2. http://www.centerwatch.com/patient/drugs/dru78.html accessed 11/30/07

3. http://www.nbch.org/about/index.cfm accessed June 11, 2008

4. http://www.wpic.pitt.edu/Stanley/3rdbipconf/proceedings.htm accessed 11/29/2007

5. http://www.openepi.com/Menu/OpenEpiMenu.htm accessed 11/25/2007

6. http://www.cochrane.org/reviews/clibintro.htm#library Accessed July 21, 2008

7. http://www.fda.gov/cder/foi/label/2005/20235s029,20882s015,21129s016lbl.pdf accessed July 27, 2008

8. http://www.nimh.nih.gov/health/publications/bipolar-disorder/complete-publication.shtml accessed 11/29/07

Documents

1. Report of Nicholas Jewell Ph.D.

2. CDM0022376

3. CME0038-CME0057

4. CME0229-CME0230

5. CME0448-CME0464

6. CME0478-CME0512

7. CME0665-CME0666

8. CME1478-CME1748

9. MAC_0003929

10. MAC_0004074

11. MDL_SM_01136

12. MDL_VENDORS_008516

13. MDL_VENDORS_008551

14. MDL_VENDORS_026372

15. MDL_VENDORS_055236

16. MDL_VENDORS_056827

17. MDL_VENDORS_068595

18. MDL_VENDORS_068601

19. MDL_VENDORS_094765

20. MDL_VENDORS_101127

21. PFIZER_AFANNON_0003050

22. PFIZER_AFANNON_0008126

23. PFIZER_AFANNON_0008581

24. PFIZER_AFANNON_0017363

25. PFIZER_AMISHRA_0002324

26. PFIZER_APANDE_0003413

27. PFIZER_APANDE_0005005

28. PFIZER_BPARSONS_0030122

29. PFIZER_BPARSONS_0092302

30. PFIZER_BPARSONS_0098666

31. PFIZER_BPARSONS_0162576

32. PFIZER_BPARSONS_0183188

33. PFIZER_CGROGAN_0005042

34. PFIZER_CGROGAN_0012128

35. PFIZER_CGROGAN_0012131

36. PFIZER_DPROBERT_0007533

37. PFIZER_DPROBERT_0007543

38. PFIZER_DPROBERT_0007548

39. PFIZER_EDUKES_0000057

40. PFIZER_JMARINO_0000088

41. PFIZER_JMARINO_0000094

42. PFIZER_JMARINO_0000159

43. PFIZER_JMARINO_0000185

44. PFIZER_JMARINO_0000687

45. PFIZER_JMARINO_0002350

46. PFIZER_JMARINO_0002486

47. PFIZER_JSU_0022639

48. PFIZER_LALPHS_0013849

49. PFIZER_LALPHS_0013925

50. PFIZER_LCASTRO_0002678

51. PFIZER_LCASTRO_0005155

52. PFIZER_LCASTRO_0005618

53. PFIZER_LCASTRO_0043325

54. PFIZER_LCASTRO_0044830

55. PFIZER_LESLIETIVE_0002824

56. PFIZER_LESLIETIVE_0020631

57. PFIZER_LESLIETIVE_0020834

58. PFIZER_LESLIETIVE_0020835

59. PFIZER_LESLIETIVE_0020840

60. PFIZER_LESLIETIVE_0020880

61. PFIZER_LESLIETIVE_0020922

62. PFIZER_LESLIETIVE_0020949

63. PFIZER_LESLIETIVE_0020985

64. PFIZER_LESLIETIVE_0026462

65. PFIZER_LESLIETIVE_0035819

66. PFIZER_LESLIETIVE_0038508

67. PFIZER_LKNAPP_0023646

68. PFIZER_LKNAPP_0024967

69. PFIZER_LKNAPP_0035901

70. PFIZER_LKNAPP_0035987

71. PFIZER_LKNAPP_0038962

72. PFIZER_LKNAPP_0071019

73. PFIZER_LKNAPP_0104674

74. PFIZER_LKNAPP_0107849

75. PFIZER_LKNAPP_0112829

76. PFIZER_LKNAPP_0115557

77. PFIZER_LKNAPP_0116131

78. PFIZER_LLAMOREAUX_0038148

79. PFIZER_RGLANZMAN_0000650

80. PFIZER_RGLANZMAN_0001383

81. PFIZER_RGLANZMAN_0039917

82. PFIZER_RGLANZMAN_0040034

83. PFIZER_RGLANZMAN_0044632

84. PFIZER_RGLANZMAN_0049084

85. PFIZER_RGLANZMAN_0059497

86. PFIZER_RGLANZMAN_0121206

87. PFIZER_RGLANZMAN_0140655

88. PFIZER_RGLANZMAN_0141301

89. PFIZER_RGLANZMAN_0148325

90. PFIZER_RGLANZMAN_0164617

91. PFIZER_SDOFT_0023144

92. PFIZER_SDOFT_0023146

93. PFIZER_SDOFT_0024532

94. PFIZER_SDOFT_0050277

95. PFIZER_SPIRON_0011527

96. PFIZER_TMF_CRF_015313

97. PFIZER_TMF_CRF_061889

98. PFIZER_TMF_CRF_062490

99. PFIZER_WSIGMUND_0000241

100. RELATOR00131

101. WLC_CBU_000221

102. WLC_CBU_012274

103. WLC_CBU_028064

104. WLC_CBU_028648

105. WLC_CBU_037638

106. WLC_CBU_046363

107. WLC_CBU_092879

108. WLC_CBU_131219

109. WLC_CBU_168005

110. WLC_CBU_168009

111. WLC_FRANKLIN_0000050304

112. WLC_FRANKLIN_0000080341

113. WLC_FRANKLIN_0000081254

114. WLC_FRANKLIN_0000088375

115. WLC_FRANKLIN_0000095662

116. WLC_FRANKLIN_0000100237

117. WLC_FRANKLIN_0000100239

118. WLC_FRANKLIN_0000100272

119. WLC_FRANKLIN_0000166608

120. WLC_FRANKLIN_0000195502

121. WLC_FRANKLIN_0000223121

122. 0900000180114059.doc as produced in the *Merlin* Database

123. 090000018003bd75.doc as produced in the *Merlin* Database

124. 090000018006f819.doc as produced in the *Merlin* Database

125. 090000018014cbf6.doc as produced in the *Merlin* Database

126. 090000018014fc31.doc as produced in the *Merlin* Database

127. 0900000180003ebd.doc as produced in the *Merlin* Database

128. 0900000180110c34.doc as produced in the *Merlin* Database

129. 0900000180141be7.doc as produced in the *Merlin* Database

130. 0900000180111036.doc as produced in the *Merlin* Database

131. 0900000180119020.doc as produced in the *Merlin* Database

132. 0900000180146063.doc as produced in the *Merlin* Database

133. Metadata extracted from the Merlin database

## Other

1. 2002 FDA-approved label for Neurontin.
2. FDA-approved label for Neurontin 1998.
3. 21 U.S.C. §360aaa(b), (c).
4. 21 U.S.C. §360aaa-6.
5. 1998 Gorson Neurology.pdf and Neurontin.mdb produced by Defendants as part of the Neurontin bibliography
6. Exhibit J to Affidavit of James E. Murray in support of Defendants' motion for summary judgment [docket no. 295] filed in US ex rel. Franklin v. Pfizer et al., 96-11651-PBS

# RELIANCE MATERIALS LISTED IN EXPERT REPORT OF KIMBERLY P. MCDONOUGH

**List of Documents Reviewed**

1.    Third Coordinated Amended Complaint filed November 2, 2006

2.    Declaration of Gregory K. Bell, Ph.D. In Opposition to Plaintiff's Renewed Motion for Class Certification

**Table of Pfizer Documents**

| | |
|---|---|
| 1. | Pfizer_AFannon_0003115 – 39 |
| 2. | Pfizer_CGrogan_0002396 – 413 |
| 3. | Pfizer_CGrogan_0005989 – 90 |
| 4. | Pfizer_CGrogan_0005992 – 6002 |
| 5. | Pfizer_CGrogan_0006145 – 60 |
| 6. | Pfizer_CGrogan_0006247 – 52 |
| 7. | Pfizer_CGrogan_0025456 – 73 |
| 8. | Pfizer_LeslieTive_0042389 – 432 |
| 9. | Pfizer_LeslieTive_0074344 – 92 |
| 10. | Pfizer_LeslieTive_0074464 – 76 |
| 11. | Pfizer_LeslieTive_0074477 – 78 |
| 12. | Pfizer_RGlanzman_0000650 – 776 |
| 13. | Pfizer_RGlanzman_0059497 – 607 |
| 14. | Pfizer_RGlanzman_0167341 – 42 |
| 15. | Pfizer_SDoft_0022338 – 53 |
| 16. | Pfizer_SDoft_0022364 – 74 |
| 17. | Pfizer_SDoft_0049843 – 58 |

RESTRICTED HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| 18. | Pfizer_SDoft_0050987 – 1079 |
|-----|------------------------------|
| 19. | Pfizer_SDoft_0052466 – 541 |
| 20. | Pfizer_SDoft_0064383 – 437 |
| 21. | Pfizer_SDoft_0069865 – 82 |
| 22. | Pfizer_SPiron_0010471 – 622 |
| 23. | Pfizer_SPiron_0023653 – 83 |
| 24. | WLC_FRANKLIN_0000177768 – 77 |
| 25. | WLC_FRANKLIN_0000180515 – 36 |

RESTRICTED HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# RELIANCE MATERIALS LISTED IN EXPERT REPORT OF MEREDITH ROSENTHAL, PH.D.

ATTACHMENT B
DOCUMENTS CITED

**Bates Numbered Documents**

CDM 0022270-83

CDM 0022376-98

CME/NEU 00017-36

MAC E 0010731-36

MCLEAN_0002369-76

MDL_Vendors_007480-507

MDL_Vendors_007638-719

MDL_Vendors_056827-68

MDL_Vendors_057667-78

MDL_Vendors_068511-12

MDL_Vendors_087698-700

MDL_Vendors_088614-18

MDL_Vendors_096872-73

MDL_Vendors_111010-14

Pfizer_AFannon_0003058-60

Pfizer_AFannon_0003074-83

Pfizer_AFannon_0008126-74

Pfizer_AMishra_0005645-752

Pfizer_AZeuscher_0001745-813

Pfizer_AZeuscher_0001817-84

Pfizer_AZeuscher_0002031-100

Pfizer_CGrogan_0002396-413

Pfizer_CGrogan_0005992-6002

Pfizer_CGrogan_0006145-60

Pfizer_CGrogan_0028754

Pfizer_DProbert_0001950-54

Pfizer_DProbert_0017097-120

Pfizer_DProbert_0017122-56

Pfizer_DProbert_0017158-82

Pfizer_DProbert_0020457-61

Pfizer_DProbert_0022432-37

Pfizer_DProbert_0022961

Pfizer_DProbert_0022968

Pfizer_ELuczak_0009251

Pfizer_ELuczak_0009496-97

Pfizer_JMarino_0001268-73

Pfizer_JMarino_0001997-2066

Pfizer_JMarino_0002157-209

Pfizer_JMarino_0002350-84

Pfizer_JMarino_0002486-543

Pfizer_JMarino_0004619-21

Pfizer_JSu_0012780-86

Pfizer_KBrett_0003335-48

Pfizer_KBrett_0003645-46

Pfizer_KBrett_0003690

Pfizer_LeslieTive_0013803-35

Pfizer_LeslieTive_0013878

Pfizer_LeslieTive_0013878-95

Pfizer_LeslieTive_0013973-74

Pfizer_LeslieTive_0039802-24

Pfizer_LeslieTiver_0049975-77

Pfizer_LKnapp_0009259-78

Pfizer_LKnapp_0009645-65

Pfizer_LKnapp_0055357-77

Pfizer_MDana_0000315

Pfizer_MDana_0000776-806

Pfizer_MDana_0001157-89

Pfizer_MPatel_0000415-93

Pfizer_NMancini_0011631-65

Pfizer_NMancini_0011819-47

Pfizer_RGlanzman_0000650

Pfizer_RGlanzman_0000699-701

Pfizer_RGlanzman_0038651-55

Pfizer_RGlanzman_0090432-570

Pfizer_RGlanzman_0140551-74

Pfizer_RGlanzman_0164164-223

Pfizer_SDoft_0004482-84

Pfizer_SDoft_0006844

Pfizer_SDoft_0006850

Pfizer_SDoft_0022507

Pfizer_SDoft_0022512-13

Pfizer_SDoft_0029556-626

Pfizer_SDoft_0032542-47

Pfizer_SDoft_0052466-541

Pfizer_SDoft_0069801-11

Pfizer_SPiron_0003951-52

Pfizer_SPiron_0008305-411

Pfizer_SPiron_0018751

Pfizer_SPiron_0018812-14

Pfizer_Spiron_0018830

Pfizer_SPiron_0025940-49

Pfizer-DProbert_0020457-61

SH_0006934-70

SH_0012453-545

SH_0036543-75

SH_0044640-86

SH_0044769-892

SH_0045500-69

SH_0064555.0011897-98

SH_0064559.0071285-86

SH_0064559.0072317-22

SH_0064559.0076474-79

SH_0064559.0092883-85

SH_0064559.0092900-07

SH_0064559.0093275-88

SH_0064559.0093290-95

VOX034448-509

WLC_CBU_000057-111

WLC_CBU_000205-07

WLC_CBU_000213

WLC_CBU_000218-61

WLC_CBU_018725-58

WLC_CBU_028461-63

WLC_CBU_028473-75

WLC_CBU_028648-61

WLC_CBU_030392

WLC_CBU_036796-807

WLC_CBU_037459-64

WLC_CBU_040357-80

WLC_CBU_040534-79

WLC_CBU_040598-612

WLC_CBU_052268-312

WLC_CBU_052390-95

WLC_CBU_052403

WLC_CBU_053080-83

WLC_CBU_061810-13

WLC_CBU_072193-95

WLC_CBU_072246-52

WLC_CBU_072791-812

WLC_CBU_074388-400

WLC_CBU_074593-600

WLC_CBU_078847-67

WLC_CBU_079302-17

WLC_CBU_079796-800

WLC_CBU_079932-41

WLC_CBU_080768-92

WLC_CBU_083783-99

WLC_CBU_089914-18

WLC_CBU_089925-33

WLC_CBU_089985-93

WLC_CBU_092879-934

WLC_CBU_106901-06

WLC_CBU_108953-56

WLC_CBU_121733-45

WLC_CBU_131783-96

WLC_CBU_134930-33

WLC_CBU_136177-90

WLC_CBU_144314-30

WLC_CBU_144335-53

WLC_CBU_144372-85

WLC_CBU_144390-401

WLC_CBU_153223-25

WLC_CBU_158444-45

WLC_CBU_158518-20

WLC_CBU_164377-94

WLC_CBU_164409-32

WLC_CBU_164605-37

WLC_CBU_166434

WLC_CBU_166481-83

WLC_CBU_166654-702

WLC_CBU_166735-38

WLC_CBU_173640

WLC_CBU_173645-47

WLC_CBU_173718-29

WLC_CBU_173730-35

WLC_CBU_174132-33

WLC_CBU_175214-17

WLC_CBU_175636-41

WLC_CBU_175990-92

WLC_CBU_176909-39

WLC_CBU_177104-16

WLC_CBU_178144-49

WLC_CBU_180839-41

WLC_CBU_181063-78

WLC_FRANKLIN_0000033033-43

WLC_FRANKLIN_0000033047-49

WLC_FRANKLIN_0000036042-77

WLC_FRANKLIN_0000040543-87

WLC_FRANKLIN_0000041770-98

WLC_FRANKLIN_0000042255-68

WLC_FRANKLIN_0000052175-85

WLC_FRANKLIN_0000055773

WLC_FRANKLIN_0000056025-93

WLC_FRANKLIN_0000056311-15

WLC_FRANKLIN_0000056596-615

WLC_FRANKLIN_0000056694-704

WLC_FRANKLIN_0000062102-03

WLC_FRANKLIN_0000062105-10

WLC_FRANKLIN_0000062114-17

WLC_FRANKLIN_0000062667-77

WLC_FRANKLIN_0000062679-88

WLC_FRANKLIN_0000073818-19

WLC_FRANKLIN_0000081644-52

WLC_FRANKLIN_0000082605-10

WLC_FRANKLIN_0000082611-17

WLC_FRANKLIN_0000082624-46

WLC_FRANKLIN_0000082652-68

WLC_FRANKLIN_0000082892-98

WLC_FRANKLIN_0000083002-04

WLC_FRANKLIN_0000089977-84

WLC_FRANKLIN_0000097728-35

WLC_FRANKLIN_0000111988-2008

WLC_FRANKLIN_0000112116-21

WLC_FRANKLIN_0000112124-48

WLC_FRANKLIN_0000112785-91

WLC_FRANKLIN_0000113834-54

WLC_FRANKLIN_0000170736-78

WLC_FRANKLIN_0000174728-29

WLC_FRANKLIN_0000174733-34

WLC_FRANKLIN_0000196210-21

WLC_FRANKLIN_0000217845-72

WLC_FRANKLIN_000082618-23


**Electronic Documents**

CMS Medicaid Utilization Data

CMS National Health Estimates Data

ICD9 Code Categorization (provided by counsel).

IMS Health IPS Data

IMS Health NDTI Data

List of physician specialties (provided by counsel).

Neurontin US Market Updates produced by Defendants.

Verispan VONA Data

## Legal Documents

Amended Class Action Co mplaint, *In re Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629, Master File No. 04-10981, United States District Court, District of Massachusetts, February 1, 2005.

Hartman, Raymond, "Declaration of Raymond S. Hartman, Calculation of Damage s for the Neurontin MDL Class Plaintiff s and Coord inated Plain tiffs (Aetna, Guardian and Kaiser)," *In re Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629, Master File No. 04-10981, United States District Court, District of Massachusetts, August 11, 2008.

Plaintiffs' R enewed Mo tion for Cla ss Certificat ion, *In re Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629, Master File No. 04-10981, United States District Court, District of Massachusetts, December 19, 2007.

Rosenthal, Meredith, "Declaration of Meredith Rosenthal: The Econo mics of Off-Label Promotion and Estimation of Impact on the Class of Neurontin Endpayers," In re Neurontin Marketing, Sa les Practices, and Prod ucts Liability Litigation, MDL Docket No. 1629, Master File No. 0 4-10981, United States District Court, District of Massachusetts, August 8, 2005.

Third Corrdinated Amen ded Complaint, *In re Neurontin Marketing and Sales Practices Litigation*, MDL Docket No. 1629, Master File No. 04-10981, November 2, 2006.

## Other Documents

Berndt, Ernst R., Asho ke Bhattacharjya, David N. Mish ol, Almudena Arcelus, and Thomas Lasky, "An Analysis of the Diffusion of New Antidepressants: Variety, Qu ality, and Marketing Efforts," *The Journal of Mental Health Policy and Economics*, 5, 3-19 (2002).

Berndt, Ernst R., Robert S. Pindyck, and Pierre Azoulay, "Consumption Externalities and Diffusion in Pharmaceutical Markets: Antiulcer Drugs," *Journal of Industrial Economics*, vol. 51, no. 2, June 2003, pp. 243-70.

Berndt, Ernst R., Linda Bui, David R. Reiley and Glen L. Urban, "Information, Marketing and Pricing in the U.S. Anti-Ulcer Drug Market," *American Economic Review*, Vol. 85, No. 2, pp. 100-105, May 1995.

Diewert, W. Erwin, "Exa ct and Supe rlative Index Numbers," *Journal of Econometrics*, 4, 1976, reprin ted in W.E. Diewert and A.O. Nak amura (eds.), *Essays in Index Number Theory*, North Holland Press, 1993.

Diewert, W. Erwin, "Superlative Index Numbers and Consistency in Aggregation," *Econometrica*, 46, 1978, reprinted in W.E. Diewert and A.O. Nakamura (eds.), *Essays in Index Number Theory*, North Holland Press, 1993.

Diewert, W. Erwin, "The Consumer Price Index and Index Number Purpose," *Journal of Economic and Social Measurement*, 27, 2001.

Donohue, Julie M., Ernst R. Berndt, Meredith B. Rosenthal, Arnold M. Epstein, Richard G. Frank, "Effects of Pharmaceutical Promotion on Adherence to Guideline Treatment of Depression," *Medical Care*, 2004.

Gonul, Fusun F., Franklin Carter, Elina Petrova, and Kannan Srinivasan, "Promotion of Prescription Drugs and Its Impact on Physician Choice Behavior," *Journal of Marketing*, 65:3, pp. 79-90, 2001.

Hamilton, J.D. *Time Series Analysis*, Princeton, New Jersey: Princeton University Press, 1994.

Jazairi, N.T., "Fisher Ideal Index Numbers Formula: A Note," *Applied Statistics*, 21(1), 1972.

King, III, Charles, "Marketing, Product Differentiation and Competition in the Market for Antiulcer Drugs," Boston MA:  Harvard Business School Working Paper No. 01-014, 2000.

Ling, Davina C., Ernst R. Berndt and Margaret K. Kyle, "Deregulating Direct-to-Consumer Marketing of Prescription Drugs: Effects on Prescription and Over-the-Counter Product Sales," *Journal of Law and Economics*, 45(3), October 2002, pp. 691-723.

Mello, Michelle M., Meredith B. Rosenthal, Peter J. Neumann, "Direct-to-Consumer Advertising and Shared Liability for Pharmaceutical Manufacturers," *The Journal of the American Medical Association*, Vol. 289(4): 477-81, January 22, 2003.

Rizzo, John A., "Advertising and Competition in the Ethical Pharmaceutical Industry: The Case of Antihypertensive Drugs," *Journal of Law and Economics*, 42:1, pp. 89-116, 1999.

Rosenthal, Meredith B., Ernst R. Berndt, Julie M. Donohue, Arnold M. Epstein, Richard G. Frank, "Demand Effects of Recent Changes in Prescription Drug Promotion," *Frontiers in Health Policy Research*, Vol. 6, D. M. Cutler and A.M. Garber, editors, MIT Press, June 2003.

Rosenthal, Meredith B., Ernst R. Berndt, Julie M. Donohue, Richard G. Frank, Arnold M. Epstein, "Promotion of Prescription Drugs to Consumers," *New England Journal of Medicine*, Vol. 346(7):498-505, February 2002.

Triplett, Jack E., "Economic Theory and BEA's Alternative Quantity and Price Indexes," U.S. Department of Commerce, BEA, *Survey of Current Business*, April 1992.

# RELIANCE MATERIALS LISTED IN EXPERT REPORT OF RAYMOND S. HARTMAN, PH.D.

ATTACHMENT C

MATERIALS CITED

**Bates Numbered Documents**

Aetna 00051-83

Aetna 000647-49

**Data Sources**

Aetna Neurontin Claims Disk 1 and Disk 2

Guardian Neurontin 1994-2007.xls

Kaiser Data File 1 (July 31, 2008)

"Neurontin U.S. Market Updates," provided by Defendants.

Verispan VONA data

**Legal Documents**

Hartman, Raymond S., "Estimation of Class-wide Damages, Declaration of Raymond S. Hartman," In re: Neurontin Marketing and Sales Practices Litigation, MDL Docket No. 1629, Master File No. 04-10981, United States District Court, District of Massachusetts, August 8, 2005.

Plaintiffs' Renewed Motion for Class Certification, *In re Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629, Master File No. 04-10981, United States District Court, District of Massachusetts, December 19, 2007.

Rosenthal, Meredith, "Estimate of Units Paid for by Neurontin Endpayers that Resulted from Alleged Fraudulent Marketing by Defendants, Declaration of Meredith Rosenthal," *In re Neurontin Marketing, Sales Practices, and Products Liability Litigation*, MDL Docket No. 1629, Master File No. 04-10981, United States District Court, District of Massachusetts, August 11, 2008.

Third Coordinated Amended Complaint, *In re Neurontin Marketing and Sales Practices Litigation*, MDL Docket No. 1629, Master File No. 04-10981, November 2, 2006.

**Other Documents**

Board of Governors of the Federal Reserve System, "Prime Rate data," <http://www.federalreserve.gov/Releases/H15/data/Annual/H15_PRIME_NA.txt>, accessed July 31, 2008.

Board of Governors of the Federal Reserve System, "Treasury Bill Rate Data," <http://www.federalreserve.gov/Releases/H15/data/Annual/H15_TCMNOM_Y1.txt>, accessed July 31, 2008.

Centers for Medicare and Medicaid, "State Drug Utilization Data," <http://www.cms.hhs.gov/MedicaidDrugRebateProgram/SDUD/list.asp>, accessed July 25, 2008.

Congressional Budget Office, *Prescription Drug Pricing in the Private Sector*, January 2007.

Federal Trade Commission, *Pharmacy Benefit Managers: Ownership of Mail-Order Pharmacies*, August 2005.

Kaiser Family Foundation, Employer Health Benefits 2003 Annual Survey.

Kaiser Family Foundation, Employer Health Benefits 2004 Annual Survey.

Kaiser Family Foundation, Employer Health Benefits 2006 Annual Survey.

Kaiser Family Foundation, Prepared by Mathematica Policy Research, Inc., *The Role of PBMs in Managing Drug Costs: Implications for a Medicare Drug Benefit*, January 2000.

Kreling, David H., "Cost Control for Prescription Drug Programs: Pharmacy Benefit Manager (PBM) Efforts, Effects, and Implications, A background report prepared for the Department of Health and Human Services Conference on Pharmaceutical Pricing Practices, Utilization and Costs," August 8-9, 2000, Georgetown University, Washington, DC available at http://aspe.hhs.gov/health/reports/Drug-papers/Kreling-Final.htm, accessed August 1, 2008.

Novartis, Pharmacy Benefit Report – Facts and Figures, 1997 Edition.

Novartis, Pharmacy Benefit Report – Facts and Figures, 1998 Edition.

Novartis, Pharmacy Benefit Report – Facts and Figures, 1999 Edition.

Novartis, Pharmacy Benefit Report – Facts and Figures, 2000 Edition.

PBMI, Prescription Drug Benefit Cost and Plan Design Online Report, 2007 Edition.

PBMI, The Prescription Drug Benefit Cost and Plan Design Survey Report, 2006 Edition.

RedBook, Medical Economics Company, Inc., Montvale, NJ 07645-1742, 1997.

RedBook, Medical Economics Company, Inc., Montvale, NJ 07645-1742, 1998.

RedBook, Medical Economics Company, Inc., Montvale, NJ 07645-1742, 1999.

RedBook, Medical Economics Company, Inc., Montvale, NJ 07645-1742, 2000.

RedBook, Medical Economics Company, Inc., Montvale, NJ 07645-1742, 2001.

RedBook, Thomson Medical Economics, Montvale, NJ 07645-1742, 2002.

RedBook, Thomson PDR, Montvale, NJ 07645-1742, 2003.

RedBook, Thomson PDR, Montvale, NJ 07645-1742, 2004.

RedBook, Thomson PDR, Montvale, NJ 07645-1742, 2005.

U.S. Census Bureau, "Population, Population Change and Estimated Components of Population Change: April 1, 2000 to July 1, 2007 (NST-EST2007-alldata),"

<http://www.census.gov/popest/national/files/NST-EST2007-alldata.csv>, accessed July 18, 2008.

U.S. Census Bureau, "Time Series of Intercensal Estimates by County," <http://www.census.gov/popest/archives/2000s/vintage_2001/CO-EST2001-12/>, accessed July 18, 2008.