UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------- x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, SALES PRACTICES, :
AND PRODUCTS LIABILITY LITIGATION : Master File No. 04-10981
----------------------------------------------------------- x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
:
ALL MARKETING AND SALES PRACTICES ACTIONS : Magistrate Judge Leo T.
: Sorokin
:
----------------------------------------------------------- X

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO COMPEL COMPLIANCE WITH AUGUST 2008 SUBPOENAS FOR EXPERT RELIANCE MATERIALS

Defendants Pfizer Inc. and Warner-Lambert Company respectfully move for leave to file a three-page reply memorandum in further support of their emergency motion to compel compliance with subpoenas that were served in August and that seek the production of documents on which Class Plaintiffs' and Coordinated Plaintiffs' experts relied, or that they considered, in forming their opinions (collectively the "Subpoenas").

The grounds for this motion are:

1.      Plaintiffs' opposition, while failing to deny that plaintiffs have not produced materials that clearly are responsive to the Subpoenas or to offer an excuse for their delay, muddies the waters by suggesting, incorrectly, that defendants' motion was unnecessary and implying, incorrectly, that they have produced all but a small quantity of insignificant materials.

2. Of equal concern, plaintiffs hedge on their plans with respect to the materials they admit they have withheld: One minute, they promise production on January 2, 2008. The next, they say the week of January 5th.

3. The reply memorandum will assist the Court in its consideration of defendants' emergency motion by clarifying points that plaintiffs have obscured and pointing out where plaintiffs have hedged.

4. The reply memorandum, a copy of which is attached hereto as Exhibit 1, is only three pages in length, including the caption and signature block.

WHEREFORE, defendants respectfully request leave to file the attached reply memorandum.

Dated: December 30, 2008

Respectfully submitted,

DAVIS POLK & WARDWELL

By: /s/James P. Rouhandeh
James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

-and-

HARE & CHAFFIN

By: /s/David B. Chaffin
David B. Chaffin

BBO # 549245
160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

I certify that counsel for defendants attempted to confer with counsel for plaintiffs concerning the issue presented by this motion but were unable to do so.

/s/ David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 30, 2008.

/s/ David B. Chaffin
David B. Chaffin