UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                   :
        SALES PRACTICES AND                                    :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                          :
                                                               :    Judge Patti B. Saris
---------------------------------------------------------------x
                                                               :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                      :
                                                               :
ALL PRODUCTS LIABILITY CASES                                   :
                                                               :
---------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF ADDITIONAL
SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS
PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S MOTION
TO EXCLUDE THE TESTIMONY OF DOCTORS TRIMBLE,
KRUSZEWSKI AND BLUME ON THE ISSUE OF GENERAL CAUSATION**

In connection with the pending motion by Defendants Pfizer Inc., and Warner-Lambert Company LLC to exclude the testimony of Doctors Trimble, Kruszewski and Blume on the issue of general causation, ECF Doc. # 1157, Products Liability Plaintiffs respectfully submit for the Court's consideration, copies of the attached documents, Exhibits A-F, which were made public by the United States Food and Drug Administration on or about December 16, 2008, and are available on the following FDA webpages:

http://www.fda.gov/cder/drug/infopage/antiepileptics/default.htm

http://www.fda.gov/cder/drug/podcast/antiepileptics_full.htm

| | | |
|---|---|---|
| | Exhibit A | FDA ALERT [1/31/2008, Updated 12/16/20080] - "Suicidal Behavior and Ideation and Antiepileptic Drugs" |
| | Exhibit B | FDA Information for Healthcare Professionals – "Suicidal Behavior and Ideation and Epileptic Drugs" |

| | |
|---|---|
| Exhibit C | FDA Public Health Advisory – "Suicidal Thoughts and Behavior Antiepileptic Drugs" |
| Exhibit D | FDA News – "FDA Requires Warnings About Risk of Suicidal Thoughts and Behavior for Antiepileptic Medications" |
| Exhibit E | FDA Template Letter to Sponsors |
| Exhibit F | FDA Drug Safety Podcasts – "Suicidal Thoughts and Behavior: Antiepileptic Drugs" – Transcript |

In summary, the FDA has decided to require all manufacturers of antiepileptic or anticonvulsant drugs, including the Pfizer Defendants' drug Gabapentin (marketed as Neurontin), to include a Warning in their labeling and develop a Medication Guide to be provided to patients prescribed these drugs to inform them of the risks of suicidal thoughts or actions and the signs and symptoms to look for.

This filing is intended to ensure that the Court and all counsel have ready access to all evidence relevant and material to Defendants' motion to exclude Plaintiffs' experts.

Dated:  January 5, 2009                          Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*


By:     **/s/ Andrew G. Finkelstein**
          Andrew G. Finkelstein, Esquire
          Finkelstein & Partners, LLP
          436 Robinson Avenue
          Newburgh, NY  12550


By:     **/s/ Jack W. London**
          Jack W. London, Esquire
          Law Offices of Jack W. London
            & Associates
          106 E. 6th Street, Suite 700
          Austin, TX  78701

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 5, 2009.

                                                  **/s/ Andrew G. Finkelstein**
                                                   Andrew G. Finkelstein, Esquire