# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

_____

**THIS DOCUMENT RELATES TO:**

*Leroy Anderson, et al v. Pfizer, Inc*.    Individual Case No.: 1:05CV-10835-PBS
*Mary Cooper, et al v. Pfizer, Inc*.        Individual Case No.: 1:05-CV-10834-PBS
*Jessie Allen, et al v. Pfizer, Inc*.         Individual Case No.: 1:07-CV-11795-PBS

## CERTIFICATE OF COMPLIANCE AS TO INFORMING CLIENTS

TO THE HONORABLE COURT:

1. My name is Levi Boone, III, I am attorney for the Plaintiffs in the above referenced cases.

2. I certify that I have informed in writing each of clients in the above reference cases whose personal information was, at any time, improperly posted that the information was improperly posted and that the information was available for public viewing and of the specific information posted.

3. I have provided each such client a copy the Court's Order dated December 24, 2008. I have also provided the clients with a copy of Boone's Explanation/Report and a copy of Boone's Certification of Compliance with Local Rule 83.5.3(b)(1)-(3).

>*/s/ Levi Boone, III, Esq.*
>Levi Boone, III, MSB# 3686
>BOONE LAW FIRM, P.A.
>401 West Sunflower Ave.
>Cleveland, MS 38732
>662-843-7946 (telephone)
>LBoone@BooneLawFirm.com

So Certified, this the 31st day of December, 2008.

>*/s/ Levi Boone, III*_____
>Levi Boone, III, Esq., MSB# 3686

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 31, 2008.

>*/s/ Levi Boone, III*_____
>Levi Boone, III, Esq., MSB# 3686