UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**THIS DOCUMENT RELATES TO:**

*Leroy Anderson, et al v. Pfizer, Inc.*    Individual Case No.: 1:05CV-10835-PBS
*Mary Cooper, et al v. Pfizer, Inc.*    Individual Case No.: 1:05-CV-10834-PBS
*Jessie Allen, et al v. Pfizer, Inc.*    Individual Case No.: 1:07-CV-11795-PBS

---

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 83.5.3(B)(1)-(3)**

---

TO THE HONORABLE COURT:

1. My name is Levi Boone, III, I am attorney for the Plaintiffs in the above referenced cases.

2. I hereby certify that I am a member of the bar in good standing in the State of Mississippi; there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3. Clarification has been sought from the Court regarding the provision relating to a local attorney's entry of appearance and application.

>*/s/ Levi Boone, III, Esq.*
>Levi Boone, III, MSB# 3686
>BOONE LAW FIRM, P.A.
>401 West Sunflower Ave.
>Cleveland, MS 38732
>662-843-7946 (telephone)
>LBoone@BooneLawFirm.com

So Certified, this the 31st day of December, 2008.

>*/s/ Levi Boone, III*_____
>Levi Boone, III, Esq., MSB# 3686

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 31, 2008.

>*/s/ Levi Boone, III*_____
>Levi Boone, III, Esq., MSB# 3686