**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

IN RE:  NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCT LIABILITY
LITIGATION

)
)
)
)
)
)
)

**MDL Docket No. 1629**
**Master File No. 04-10981**

_____

**Judge Patti B. Saris**
**Mag. Judge Leo T. Sorokin**

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| _Leroy Anderson, et al v. Pfizer, Inc._ | Individual Case No.: 1:05CV-10835-PBS |
| _Mary Cooper, et al v. Pfizer, Inc._ | Individual Case No.: 1:05-CV-10834-PBS |
| _Jessie Allen, et al v. Pfizer, Inc._ | Individual Case No.: 1:07-CV-11795-PBS |

---

**CERTIFICATE OF COMPLIANCE AS TO INFORMING CLIENTS**

---

TO THE HONORABLE COURT:

1.   My name is Levi Boone, III, I am attorney for the Plaintiffs in the above referenced cases.

2.   I certify that I have informed in writing each of clients in the above reference cases whose personal information was, at any time, improperly posted that the information was improperly posted and that the information was available for public viewing and of the specific information posted.

3.   I have provided each such client a copy the Court's Order dated December 24, 2008.  I have also provided the clients with a copy of Boone's Explanation/Report and a copy of Boone's Certification of Compliance with Local Rule 83.5.3(b)(1)-(3).

*/s/ Levi Boone, III, Esq.*
Levi Boone, III, MSB# 3686
BOONE LAW FIRM, P.A.
401 West Sunflower Ave.
Cleveland, MS 38732
662-843-7946 (telephone)
LBoone@BooneLawFirm.com


So Certified, this the 31st day of December, 2008.

*/s/ Levi Boone, III_____*
Levi Boone, III, Esq., MSB# 3686


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 31, 2008.

*/s/ Levi Boone, III_____*
Levi Boone, III, Esq., MSB# 3686