UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
In re: NEURONTIN MARKETING,
: MDL Docket No. 1629
SALES PRACTICES AND
: Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION
:
---------------------------------------------------------------- x Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: : Magistrate Judge Leo T.
: Sorokin
ALL ACTIONS
:
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants, Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC.

Dated: December 19, 2008

_____
Daniel F. Schubert
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4029

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served pursuant to Case Management Order

/s/David B. Chaffin