UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING,                : MDL Docket No. 1629
        SALES PRACTICES AND                 :
        PRODUCTS LIABILITY LITIGATION       : Master File No. 04-10981
                                            :
------------------------------------------------------------x  Judge Patti B. Saris
                                            :
THIS DOCUMENT RELATES TO:                   : Magistrate Judge Leo T.
                                            : Sorokin
    ALL ACTIONS                             :
                                            :
                                            :
                                            :
                                            :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants, Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC.

Dated: December 19, 2008

/s/ Kimberley D. Harris
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4859

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served pursuant to Case Management Order No. 3.

/s/David B. Chaffin

DISTRICT OF MASS.
U.S. DISTRICT COURT
2008 DEC 23 P 2:56
IN CLERKS OFFICE
FILED