```
                                        FILED
                                   IN CLERKS OFFICE

                                   2008 DEC 24  A 11: 26

                                   U.S. DISTRICT COURT
                                   DISTRICT OF MASS.
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | *<br>*<br>*<br>*  MDL DOCKET NO. 1629<br>*  CIVIL ACTION NO. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | *<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ATTORNEY CERTIFICATION

**NOW INTO COURT**, comes Paul E. Mayeaux, who certifies that: (1) He has read Local Rule 5.3 and has reviewed all past filings in this litigation to determine whether they contain any personal data identifiers in violation of Local Rule 5.3, and (2) Identifying, in a sealed attachment, by docket number, any document which he has filed in violation of Local Rule 5.3.

ROBERT L. MANARD, PLC

_____
**PAUL E. MAYEAUX**
Louisiana Bar No. 21750
**ROBERT L. MANARD**
Louisiana Bar No. 9076
1100 Poydras Street
Entergy Centre, Suite 2610
New Orleans, LA 70163
Telephone: (504) 585-7777
Facsimile: (504) 585-7715
paul@manardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2008, I electronically filed the foregoing with the Clerk of Court by used the CM/ECF system, which will send a notice of electronic filing to each of the attorneys of record in the above-captioned matter.

_____
**PAUL E. MAYEAUX**