# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

## ENTRY OF APPEARANCE

To the Clerk of Court:

Kindly Enter my Appearance on behalf of the non-class third party payor plaintiffs[1] that were transferred to the above-captioned action from *Assurant Health et al v. Pfizer Inc. et al*, Civil Action No. 2:05-cv-0095 (MCA) (D.N.J).

Respectfully submitted,

_____/s/_____
Craig L. Hymowitz
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103-6998
Tel. (215) 569-5345
Fax (215) 832-5345

DATED: January 8, 2009

---

[1] The non-class third party payor plaintiffs consist of the following health benefit providers: American Medical Security, Assurant Health, Blue Cross Blue Shield of Massachusetts, Blue Cross Blue Shield of Minnesota, Blue Cross and Blue Shield of Nebraska, CareFirst, Excellus Health Plan, Inc., Group Health Service of Oklahoma, d/b/a Blue Cross Blue Shield of Oklahoma; Hawaii Medical Service Association, d/b/a Blue Cross Blue Shield of Hawaii, Health Care Service Corporation (Blues of Illinois, Texas and New Mexico), Horizon Health Care Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey; Humana Inc., Louisiana Health Service and Indemnity Co "d/b/a Blue Cross and Blue Shield of Louisiana; Medmutual of Ohio; Mutual of Omaha Insurance Company, Offord Health Plans, LLC; The Regence Group; Wellmark, Inc., d/b/a Wellmark Blue Cross Blue Shield of Iowa and Wellmark South Dakota, d/b/a Blue Cross and Blue Shield of South Dakota.

**CERTIFICATE OF SERVICE**

      I, W. Scott Simmer, hereby certify this Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to this indicated as non-registered participants on this date.

DATED:  January 8, 2009                  /s/
                                            W. Scott Simmer
                                            BLANK ROME LLP
                                            600 New Hampshire Avenue, N.W.
                                            Washington, D.C. 20037
                                            Tel:  (202) 772-5967
                                            Fax: (202) 772-5858