UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------x
                                                   :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                       :
        SALES PRACTICES AND                        :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION              :
---------------------------------------------------x   Judge Patti B. Saris
                                                   :
THIS DOCUMENT RELATES TO:                          :   Magistrate Judge Leo T. Sorokin
                                                   :
        DENISE McLENDON,                           :
                                                   :        D. Mass. Case No.
                        Plaintiff,                 :        08-12034-PBS
                                                   :
        v.                                         :        S.D.N.Y. Case No.
                                                   :        08-7843-JSR
        PFIZER INC.,                               :
        PARKE-DAVIS, a Division of                 :
        Warner-Lambert Company and                 :
        Warner-Lambert Company LLC,                :
        WARNER-LAMBERT COMPANY,                    :
        WARNER-LAMBERT COMPANY LLC,                :
        TEVA PHARMACEUTICALS USA,                  :
        INC. and IVAX                              :
        PHARMACEUTICALS, INC.,                     :
                                                   :
                        Defendants.                :
                                                   :
---------------------------------------------------x
```

## STIPULATION TO ADJOURN DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S TIME TO RESPOND TO THE COMPLAINT AND TO CONTINUE ANTICIPATED MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, as follows. Defendant TEVA PHARMACEUTICALS USA, INC. ("Teva") having been served with the Summons and Complaint in the above-captioned action, intends to move this Court at a future date to dismiss the action as to it, on the grounds

that the instant action is barred by the doctrine of federal preemption, pursuant to the

Supremacy Clause of the United States Constitution.  Plaintiff and Teva agree that said

Motion to Dismiss, and Plaintiff's Opposition thereto, as well as any further briefing and

hearing of said Motions, be continued to follow the resolution of dispositive motions filed

on similar grounds on behalf of the Pfizer Defendants herein or in MDL No. 1629, or

until such time as the parties may agree otherwise, or may be directed otherwise by the

Court.  Teva's time to respond to the Complaint in the above-captioned action shall be

stayed accordingly.

Dated:   January 1, 2009

FINKELSTEIN & PARTNERS, LLP                  GOODWIN PROCTER LLP

Attorneys for Plaintiff                                      Attorneys for Defendant
Denise McLendon                                          Teva Pharmaceuticals USA, Inc.

By: _____               By: _____
      Eleanor L. Polimeni                                      J. Gwyn Williams
1279 Route 300, P.O. Box 1111                        (BBO#565181)
Newburgh, NY 12551                                      Exchange Place
(845) 562-0203                                               Boston, MA 02109-2881
                                                                     (617) 570-1000

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 9, 2009.

/s/ U. Gwyn Williams