UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL  Docket No.  1629<br><br>Master File No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | |

### NOTICE OF CHANGE OF FIRM NAME AND OFFICE ADDRESS

PLEASE TAKE NOTICE that effective January 1, 2009, Berman DeValerio Pease Tabacco Burt & Pucillo will change its name to Berman DeValerio.

The firm's address, telephone and facsimile numbers will remain the same for the office in Boston.

The firm's address, telephone and facsimile numbers will remain the same for the office in San Francisco, with the exception that the suite number will be changed to 2100.

The office located in West Palm Beach will be located at:

4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL  33410
Tel:  (561) 835-9400
Fax: (561) 835-0322

Dated: January 14, 2009                                        Respectfully submitted,

**BERMAN DEVALERIO**

    /s/  Peter A. Pease
Peter A. Pease
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | |

## CERTIFICATE OF SERVICE

I, Peter A. Pease, hereby certify that the Notice of Change of Firm Name and Office Address filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 14, 2009.

/s/    Peter A. Pease
Peter A. Pease