UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
In re:  NEURONTIN MARKETING,            : MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS    :
        LIABILITY LITIGATION            : Master File No. 04-10981
---------------------------------------------x
                                        : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:               :
                                        : Magistrate Judge Leo T.
                                        : Sorokin
IRENE BARLOW                            :
                                        :
                                        :

## PLAINTIFF IRENE BARLOW'S CERTIFICATION OF COMPLIANCE
## PER DECEMBER 16, 2008 ORDER

COMES NOW Plaintiff Irene Barlow, by and through her attorneys of record, and pursuant to the Court's Order of December 16, 2008, 2007 hereby states as follows:

1. Counsel has read Local Rule 5.3.

2. Counsel has reviewed all past filings in this litigation and has determined that bno personal data identified was disclosed in any filings.

3. Counsel has not filed any documents in violation of Local Rule 5.3..

                Respectfully submitted,

                LAW OFFICES OF JACK W. LONDON
                106 E. 6th, Suite 700
                Austin, Texas   78701
                (512) 478-5858 (telephone)
                (512) 478-1120 (facsimile)

By: _____
     Jack W. London
     State Bar No. 12512500

WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701
(512) 476-4600 (telephone)
(512) 476-5382 (facsimile)

By: _____
Archie Carl Pierce
State Bar No. 15991500

ATTORNEYS FOR PLAINTIFF
IRENE BARLOW

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was electronically filed with the United States District Court for the District of Massachusetts and that copies were electronically sent to all counsel of record on Jan. 14, 2009

_____
Jack W. London