UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned, Eric Fikry, hereby enters his appearance in this matter as counsel for the non-class third party payor plaintiffs[1] that were transferred to the above-captioned action from *Assurant Health et al v. Pfizer Inc. et al*, Civil Action No. 2:05-cv-0095 (MCA) (D.N.J.). I hereby certify to the Court that I am admitted to the Supreme Court of New Jersey, the Supreme Court of Pennsylvania, the U.S. District Court for the District of New Jersey, the U.S. District Court for the Eastern District of Pennsylvania, and the U.S. Court of Appeals for the Third Circuit, and that my admission is in good standing.

---

[1] The non-class third party payor plaintiffs consist of the following health benefit providers: American Medical Security, Assurant Health, Blue Cross Blue Shield of Massachusetts, Blue Cross Blue Shield of Minnesota, Blue Cross and Blue Shield of Nebraska, CareFirst, Excellus Health Plan, Inc., Group Health Service of Oklahoma, d/b/a Blue Cross Blue Shield of Oklahoma; Hawaii Medical Service Association, d/b/a Blue Cross Blue Shield of Hawaii, Health Care Service Corporation (Blues of Illinois, Texas and New Mexico), Horizon Health Care Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey; Humana Inc., Louisiana Health Service and Indemnity Co "d/b/a Blue Cross and Blue Shield of Louisiana; Medmutual of Ohio; Mutual of Omaha Insurance Company, Oxford Health Plans, LLC; The Regence Group; Wellmark, Inc., d/b/a Wellmark Blue Cross Blue Shield of Iowa and Wellmark South Dakota, d/b/a Blue Cross and Blue Shield of South Dakota.

2

DATED:  January 21, 2009         Respectfully submitted,

_____/s/_____
Eric Fikry
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania  19103-6998
Tel. (215) 569-5345
Fax (215) 832-5345

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| ALL ACTIONS | Judge Patti B. Saris |

CERTIFICATE OF SERVICE

I, W. Scott Simmer, hereby certify this Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to this indicated as non-registered participants on this date.

DATED:  January 21, 2009                    /s/
W. Scott Simmer
BLANK ROME LLP
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Tel:  (202) 772-5967
Fax: (202) 772-5858

3

129889.00601/35898776v.1