UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- x
In re:  NEURONTIN MARKETING,                               :  MDL Docket No. 1629
        SALES PRACTICES AND PRODUCTS           :
        LIABILITY LITIGATION                    :  Master File No. 04-10981
                                                :
                                                :  Judge Patti B. Saris
---------------------------------------------------------- x
                                                           :  Magistrate Judge Leo T.
THIS DOCUMENT RELATES TO:                                  :  Sorokin
                                                           :
                                                           :
PRODUCTS LIABILITY ACTIONS                                 :
                                                           :
                                                           :
---------------------------------------------------------- x

### DECLARATION OF DAVID B. CHAFFIN IN SUPPORT OF MOTION FOR PROTECTIVE ORDER WITH RESPECT TO DISCOVERY OF CO-AUTHORS OF UNPUBLISHED MANUSCRIPT ON ANTI-EPILEPTIC DRUGS

I, David B. Chaffin, declare, under the penalties of perjury, as follows:

1. I am a member of the bar of this Court. I am co-counsel for defendants Pfizer Inc. and Warner-Lambert Company.

2. On January 13, 2009, I spoke by telephone with Kenneth Fromson, co-counsel for plaintiffs, concerning the subpoenas plaintiffs had issued to Dr. Robert Gibbons' co-authors on the unpublished manuscript on the relationship between 11 anti-epileptic drugs (including Neurontin) and suicide attempt in bipolar patients.

3. In summary, Mr. Fromson indicated that plaintiffs (1) insist on the depositions of the co-authors; (2) while agreeing that they cannot force the co-authors to provide opinions, admitted that they will ask them for their opinions; (3) declined to depose the co-authors only if Dr. Gibbons were unable to testify fully as to the factual basis for the opinions he has expressed

in this action; and (4) indicated that they want (or hope) to obtain from Dr. Gibbons' co-authors opinions and information that they can use to impeach Dr. Gibbons.

SIGNED UNDER THE PENALTIES OF<br>PERJURY THIS 22ND DAY OF JANUARY 2009

/s/David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 22, 2009.

/s/ David B. Chaffin
David B. Chaffin