UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING,
       SALES PRACTICES AND PRODUCTS
       LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

    PRODUCTS LIABILITY ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF DR. C. HENDRICKS BROWN

I, C. Hendricks Brown, declare:

      1.     I am a resident of Pinellas County_, Florida.  I am over 21 years of age.  I have personal knowledge of all the facts set forth in this declaration, except where indicated otherwise.

      2.     I am a Professor of Epidemiology and Biostatistics at the College of Public Health, University of South Florida.  In addition to my teaching and research duties, I also direct the Prevention Science and Methodology Group at the College of Public Health and lead a national network of methodologists who are working on the design of preventive field trials and their analyses.  This work includes collaboration on the design and analysis of many federally funded randomized trials in the prevention of mental disorders and drug abuse.

3.      I also hold adjunct professor positions in the Department of Biostatistics and the Department of Mental Health at the Johns Hopkins Bloomberg School of Public Health at Johns Hopkins University.  My principal responsibilities include collaborating with ongoing biostatistical research at the University, particularly in the areas of mental health service research and prevention.

4.      In addition, I am a Senior Research Scholar at the American Institute for Research in Washington, D.C.  I focus my research on developing expertise in conducting randomized field trials in school settings.  I am also the Co-Director of the multi-site Center for Integrating Education and Prevention Research in Schools, housed at the American Institute for Research, which currently is conducting a third large-scale randomized field trial in Baltimore

5.      I am also a Collaborating Senior Scientist at the Oregon Center for Research to Practice in Eugene, Oregon.  I collaborate with researchers in developing randomized trials for prevention services for youth in the child services system, the mental health system, and the foster care system.

6.      In addition, I am a member of a sitting Institute of Medicine committee on prevention, which is producing a large book to be published by the National Academy of Sciences.

7.      I have published over 70 peer reviewed journal articles, 16 chapters in books and numerous other publications concerning the various areas of my research and work.

8.      I am a co-author, with Drs. Robert Gibbons, J. John Mann and Kwan Hur, of a manuscript entitled "The Relationship Between Antiepileptics and Suicide Attempts" (the "Manuscript").  Dr. Gibbons is the lead author on the Manuscript.

9.      The Manuscript has not been published.  It currently is in the peer review process.  Needless to say, it may or may not be published.

10.     I received a subpoena from the attorneys for the plaintiffs in this litigation that directs me to appear on January 29, 2009, for a deposition concerning the Manuscript and to produce "all documents" concerning the Manuscript.  I am not available on that date and have so advised the attorney for plaintiffs, Mr. Altman.

11.     I have not been named as an expert witness in litigation involving Neurontin, and I do not wish to provide a professional opinion concerning any matter at issue in this litigation.  I have had no involvement with any aspect of this litigation, and I have no knowledge concerning the details of plaintiffs' allegations or any expert issues in this litigation.  I have never been asked to form, and have not formed, any opinions concerning any of the allegations made by the plaintiffs.  I certainly have no knowledge of any facts or events purporting to support any specific claims made by either party in the litigation.

12.     I do not wish to be deposed by any party to this litigation.  I object both to being asked to testify concerning the unpublished Manuscript and to providing my personal records relating to the Manuscript.  Many of the documents I compiled in my work on the Manuscript I consider to be of a confidential nature.  In particular, I object to producing or testifying about any communications made during the confidential peer review process.  I additionally object to producing or testifying about any correspondence

or communications among the authors of the Manuscript which I also regard as confidential.

13.     It would be a substantial burden for me to comply with plaintiffs' subpoena as it relates to documents and appearance for deposition. It would take me away from other very pressing work. For example, I am directing a large center application to be submitted to the National Institute on Drug Abuse on February 26, 2009. As director of this project involving more than 120 participants and subcontracts with six research institutions, I will be working continually on this application, and it would be an extreme hardship to schedule this deposition now. I have also delayed a number of research trips that I planned to take until the completion of this application. Consequently, I have scheduled meetings that I will be attending in St. Louis, Chapel Hill, and Lisbon, Portugal in early March. Soon thereafter, the Centers for Disease Control and Prevention is expected to release their 2006 data on suicides to me, and because of the urgent need for this work to be published, I will be directing my immediate attention to the analysis and interpretation of these data as soon as it is available.

14.     Based on my work with Dr. Gibbons in connection with the preparation of the Manuscript, I believe that, as the lead author, Dr. Gibbons is fully able to testify as to all aspects of the Manuscript, including the design of the study, specific data sets that were analyzed, the methodology utilized to analyze the data, the findings that resulted, and the conclusions that were drawn from the analyses.

15.     I do not have any information or possess any knowledge concerning either the Manuscript or any of the records supporting the Manuscript that is not equally (if not more) available to and within Dr. Gibbons' knowledge.

16.     I do not have any information or possess any knowledge concerning Dr. Gibbons' supplemental expert report submitted in this litigation.  In fact, I have never seen his supplemental report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration this 21 day of January, 2009 in  Pinellas, Florida.


_____
C. Hendricks Brown, Ph.D.


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 22, 2009.

/s/ David B. Chaffin
David B. Chaffin