UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                   :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                       :
        SALES PRACTICES AND                        :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION              :
                                                   :    Judge Patti B. Saris
------------------------------------------------------------x
                                                   :    Magistrate Judge Leo T. Sorokin
Bulger v. Pfizer Inc., et al., 07-CV-11426-PBS     :
                                                   :
Smith v. Pfizer Inc., et al., 05-CV-11515-PBS      :
                                                   :
------------------------------------------------------------x
```

**PRODUCTS LIABILITY PLAINTIFFS' MOTION TO**
**<u>EXCLUDE THE TESTIMONY OF SHEILA WEISS SMITH, Ph.D.</u>**

Product Liability Plaintiffs hereby move pursuant to the standards of expert evidence enunciated in *Daubert* and its progeny and Rule 702 of the Federal Rules of Evidence, for an Order excluding the testimony of Pfizer Defendants' expert witness Sheila Weiss Smith, Ph.D.

This Motion is supported by the Memorandum in Support, and the Declaration of Kenneth B. Fromson, Esq., and attached Exhibits, submitted herewith.

Dated:  January 23, 2009                   Respectfully submitted,

                                           *Members of Products Liability*
                                           *Plaintiffs' Steering Committee*


                                    By:    **/s/ Andrew G. Finkelstein**
                                           Andrew G. Finkelstein, Esquire
                                           Finkelstein & Partners, LLP
                                           1279 Route 300, P.O. Box 1111
                                           Newburgh, NY  12551


                                    By:    **/s/ Jack W. London**
                                           Jack W. London, Esquire
                                           Law Offices of Jack W. London
                                             & Associates
                                           3701 Bee Cave Road, Suite 200
                                           Austin-Westlake, TX  78746


## CERTIFICATE OF SERVICE

        I certify that this document filed through the ECF system has been served pursuant to
Case Management Order No. 3 on January 23, 2009.

Dated:  January 23, 2009


                                           **/s/ Andrew G. Finkelstein**
                                           Andrew G. Finkelstein