UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629 : : Master File No. 04-10981 : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

: Magistrate Judge Leo T.
: Sorokin

*Smith v. Pfizer Inc., et al.,* 1:05-cv-11515-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S
MOTION TO EXCLUDE THE SPECIFIC CAUSATION TESTIMONY OF
DR. RONALD W. MARIS AND PROFESSOR MICHAEL TRIMBLE**

Defendants Pfizer Inc. and Warner-Lambert Company LLC respectfully move to exclude

the specific causation testimony of Dr. Ronald W. Maris and Professor Michael Trimble.

The grounds for this motion are set forth in the accompanying memorandum of law.

Also submitted in support of this motion is a Declaration of Scott W. Sayler in Support of

Motion to Exclude.

WHEREFORE, defendants respectfully request that the Court exclude the specific

causation testimony of Dr. Maris and Professor Trimble.

**REQUEST FOR ORAL ARGUMENT**

Defendants believe that oral argument will assist the Court, and the wish to be heard.

Accordingly, they respectfully request oral argument on this motion.

Dated: January 23, 2009     Respectfully submitted,

         DAVIS POLK & WARDWELL

         By:  /s/ James P. Rouhandeh
             James P. Rouhandeh

         450 Lexington Avenue
         New York, NY 10017
         Tel:  (212) 450-4000

           -and-

         SHOOK, HARDY & BACON L.L.P.

         By:  /s/ Scott W. Sayler
             Scott W. Sayler

         2555 Grand Blvd.
         Kansas City, MO 64108-2613
         Tel:  (816) 474-6550

           -and-

         HARE & CHAFFIN

         By:  /s/ David B. Chaffin
             David B. Chaffin

         160 Federal Street
         Boston, MA 02110
         Tel:  (617) 330-5000

         *Attorneys for Defendants Pfizer Inc. and*
         *Warner-Lambert Company LLC*

## <u>CERTIFICATE OF CONSULTATION</u>

  I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

         /s/ David B. Chaffin
         David B. Chaffin

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 23, 2009.

/s/ David B. Chaffin