UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                            :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                :
        SALES PRACTICES AND                 :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION       :
                                            :    Judge Patti B. Saris
-------------------------------------------------------------x
                                            :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                   :
                                            :
Bulger v. Pfizer Inc., et al., 07-CV-11426-PBS   :
                                            :
Smith v. Pfizer Inc., et al., 05-CV-11515-PBS    :
                                            :
-------------------------------------------------------------x
```

**DECLARATION OF KENNETH B. FROMSON, ESQ. IN
SUPPORT OF PRODUCTS LIABILITY PLAINTIFFS' MOTION
TO EXCLUDE THE TESTIMONY OF SHEILA WEISS SMITH, Ph.D**

I, Kenneth B. Fromson, declare under penalty of perjury as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the

majority of the Products Liability Plaintiffs in this matter, including Plaintiffs Bulger and Smith

in the above-entitled individual actions.

2.      This declaration is submitted in support of the motion by Products Liability

Plaintiffs, pursuant to the standards of  expert evidence enunciated in *Daubert* and its progeny

and Rule 702 of the Federal Rules of Evidence, for an Order excluding the testimony of Pfizer

Defendants' expert witness Sheila Weiss Smith, Ph.D.

3.      The following documents are attached hereto in support of this motion:

Exhibit A -  Initial Expert Report of Sheila Weiss Smith, Ph.D.

Exhibit B - Supplemental Report of Sheila Weiss Smith, Ph.D.

Exhibit C – Excerpts from Transcript of January 9, 2008 deposition of Sheila Weiss
         Smith, Ph.D.

Exhibit D - Transcript of December 22, 2008 deposition of Sheila Weiss Smith, Ph.D.

Exhibit E - Guidance for Pharmacovigilance

Exhibit F - Chart from the Altman Affidavit

Exhibit G - FDA Alert

Exhibit H - O'Connell, et al., "Isotretinoin (Accutane) and serious psychiatric adverse
         events," Journal of the American College of Dermatology, Feb. 2003, pt 1,
         48:20

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 23, 2009

                                        **/s/ Kenneth B. Fromson**
                                        Kenneth B. Fromson
                                        Finkelstein & Partners, LLP
                                        1279 Route 300, P.O. Box 1111
                                        Newburgh, NY  12551
                                        (800) 634-1212

                                        *Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

     I certify that this document filed through the ECF system has been served pursuant to
Case Management Order No. 3 on January 23, 2009.

Dated:  January 23, 2009

                                        **/s/ Kenneth B. Fromson**
                                        Kenneth B. Fromson