UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,   :
        SALES PRACTICES AND   :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION   :
:   Judge Patti B. Saris
------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
:
*Bulger v. Pfizer Inc., et al.*, 07-CV-11426-PBS   :
:
*Smith v. Pfizer Inc., et al.*, 05-CV-11515-PBS   :
:
------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' MOTION TO COMPEL THE
PRODUCTION OF, OR REASONABLE ACCESS TO, THE UNDERLYING
ELECTRONIC DATA UPON WHICH DR. WEISS-SMITH RELIED
IN FORMING HER EXPERT OPINIONS, OR TO PRECLUDE
<u>ANY OPINIONS BASED UPON THE UNDERLYING DATA</u>**

Product Liability Plaintiffs hereby move pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an order (1) compelling Defendants to provide Plaintiffs, within 30 days of this Court's Order, with (a) all data via the Qscan software utilized by Dr. Weiss-Smith, or (b) access to the data via Qscan software in the same online-internet manner that Dr. Weiss-Smith utilized, and (2) precluding any of Dr. Weiss-Smith's opinions that were based upon any of her work with software for which the raw data or analyses were not saved by her and not provided to Plaintiffs.

This Motion is supported by the Memorandum in Support, and the Declaration of Kenneth B. Fromson, Esq., and attached Exhibits, submitted herewith.

Dated:  January 23, 2009 	Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By:   **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
 & Associates
3701 Bee Cave Road, Suite 200
Austin-Westlake, TX  78746

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  January 23, 2009

 **/s/ Kenneth B. Fromson**
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 23, 2009.

Dated:  January 23, 2009

 **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein