UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ------------------------------------------------------------x : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING,          : SALES PRACTICES AND            : PRODUCTS LIABILITY LITIGATION  : : | Master File No. 04-10981 Judge Patti B. Saris |
| ------------------------------------------------------------x : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:           : : *Bulger v. Pfizer Inc., et al.*, 07-CV-11426-PBS  : : *Smith v. Pfizer Inc., et al.*, 05-CV-11515-PBS  : : ------------------------------------------------------------x |  |

**DECLARATION OF KENNETH B. FROMSON, ESQ. IN
SUPPORT OF PRODUCTS LIABILITY PLAINTIFFS' MOTION
TO COMPEL THE PRODUCTION OF, OR REASONABLE
ACCESS TO, THE UNDERLYING ELECTRONIC DATA UPON WHICH
DR. WEISS SMITH RELIED IN FORMING HER EXPERT OPINIONS, OR
TO PRECLUDE ANY OPINIONS BASED UPON THE UNDERLYING DATA**

I, Kenneth B. Fromson, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, including Plaintiffs Bulger and Smith in the above-entitled individual actions.

2. This declaration is submitted in support of the motion by Products Liability Plaintiffs, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an Order (1) compelling Defendants to provide Plaintiffs, within 30 days of this Court's Order, with (a) all data via the Qscan software utilized by Dr. Weiss Smith, or (b) access to the data via Qscan software in the same online-internet manner that Dr. Weiss Smith utilized, and (2) precluding

any of Dr. Weiss Smith's opinions that were based upon any of her work with Qscan software for which the raw data or analyses were destroyed by her and not provided to Plaintiffs.

3.  The following documents are attached hereto in support of this motion:

Exhibit A - Defendants' Expert Disclosure of November 10, 2008

Exhibit B - Supplemental Report of Dr. Weiss Smith

Exhibit C - Initial Report of Dr. Weiss Smith

Exhibit D - Notice of Deposition of Dr. Weiss Smith.

Exhibit E - Excerpts from Transcript of Jan. 9, 2008 Deposition of Dr. Weiss Smith

Exhibit F - Plaintiffs' January 10, 2008 Letter

Exhibit G - Excerpts from Transcript of Dec. 22, 2008 Deposition of Dr. Weiss Smith

Exhibit H - Plaintiffs January 5, 2009 Letter

Exhibit I - Defendants' January 15, 2009 Letter

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2009

    /s/ Kenneth B. Fromson
Kenneth B. Fromson
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551
(800) 634-1212
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 23, 2009.

Dated: January 23, 2009

    /s/ Kenneth B. Fromson
Kenneth B. Fromson