# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------- x
:
In re:  NEURONTIN MARKETING,          :   MDL Docket No. 1629
        SALES PRACTICES AND            :
        PRODUCTS LIABILITY LITIGATION  :   Master File No. 04-10981
                                        :
------------------------------------------------------- x   Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:               :   Magistrate Judge Leo T.
                                        :   Sorokin
  *Bulger v. Pfizer Inc., et al.*, 1:07-cv-11426-PBS  :
                                        :
  *Smith v. Pfizer Inc., et al.*, 1:05-cv-11515-PBS   :
                                        :
------------------------------------------------------- x

**DEFENDANTS PFIZER INC.'S AND WARNER-LAMBERT COMPANY LLC'S
DESIGNATION OF EXPERT WITNESSES**

Defendants Pfizer Inc. and Warner-Lambert Company, LLC (collectively referred to hereinafter as "Defendants"), by and through their undersigned counsel, pursuant to Fed R. Civ. P 26(a)(2) and Magistrate Sorokin's September 17, 2008 Electronic Order Granting the Parties' Motion for Extension of Time, hereby designate the following experts who may be called at trial to present expert testimony in *Smith v. Pfizer Inc., at al.*, CA No 05-11515-PBS, and *Bulger v. Pfizer Inc., et al.*, CA No 07-11426-PBS.

For each designated expert, Defendants provide: (1) Rule 26 reports and/or supplemental reports containing a complete statement of the opinions and the basis and reasons for the report or supplemental report; (2) a list containing the data or information considered by the experts; (3) curriculum vitae containing the experts' qualifications, including a list of publications authored in the previous ten years; (4) a list of the experts' deposition and trial testimony for the previous four years; and (5) a statement of the compensation paid.

As we previously agreed during our conference with Mr. Ken Fromson of September 15, 2008, and by correspondence with him dated September 26 and 29, 2008, we will serve expert reports in response to Brock and King on November 18, 2008.

1. Arrowsmith-Lowe, Janet, M.D., F.A.C.P.
   President, Arrowsmith-Lowe Consulting Group
   184 Eagle Creek Canyon
   P.O. Box 3148
   Ruidoso, New Mexico 88355
   Phone: 505-336-7821
   Fax: 505-336-7920

2. Boyer, Edward W., M.D., Ph.D (*Bulger v. Pfizer, et al*)
   Professor of Pharmacology, University of Massachusetts Medical School
   93 Martin Street
   West Roxbury, Massachusetts 02132
   Phone: 508-856-4101
   Fax: 508-421-1490

3. Brenner, Gary J., M.D., Ph.D (*Bulger v. Pfizer, et al*)
   Assistant Professor of Anesthesiology, Harvard Medical School
   Department of Anesthesia and Critical Care, Clinics 309
   Massachusetts General Hospital
   55 Fruit street
   Boston, Massachusetts 02114-2698
   Phone: 617-726-5533
   Fax: 617-724-3632

4. Donofrio, Peter D., M.D. (*Smith v. Pfizer, et al*)
   Professor of Neurology
   Vanderbilt University School of Medicine
   A0118 Medical Center North, AA0204B
   Nashville, Tennessee 37232
   Phone: 615-936-5766
   Fax: 615-936-1263

5. Gibbons, Robert D., Ph.D
   Professor of Biostatistics and Psychiatry, University of Illinois at Chicago
   University of Illinois, Center for Health Statistics
   Rooms 455-457
   1601 W. Taylor
   Chicago, Illinois 60612
   Phone: 312-413-7755

6.     Granacher, Robert P., M.D. (*Smith v. Pfizer, et al*)
Private Practice, Psychiatry
Lexington Forensic Institute
St. Joseph Office Park
1401 Harrodsburg Road, Suite A-400
Lexington, Kentucky 40504-3795
Phone: 859-277-7423
Fax: 859-278-9252

7.     Jacobs, Douglas G., M.D. (*Bulger v. Pfizer, et al; Smith v. Pfizer, et al*)
Associate Clinical Professor of Psychiatry, Harvard Medical School
Professional Psychiatry Associates
One Washington Street - Suite 304
Wellesley Hills, Massachusetts 02481-1706
Phone: 781-239-0071
Fax: 781-235-6390

8.     Rothschild, Anthony J., M.D. (*Bulger v. Pfizer, et al*)
Director, Center for Psychopharmacologic Treatment
& Research, UMass Memorial Medical Center
UMASS Memorial Medical Center
361 Plantation Street
Worchester, Massachusetts 01605
Phone: 508-856-5928

9.     Ruggieri, Alexander, M.D.
46040 Center Oak Plaza, Suite 100
Sterling, VA 20166
Phone: 703-421-6720

10.     Sanacora, Gerard, M.D. PhD.
Director, Yale Depression Research Program
Associate Professor, Yale University School of Medicine
34 Park Street
New Haven, Connecticut 06519
Phone: 203-974-7535
Fax: 203-974-7662

11.     Taylor, Charles P., Ph.D.
CP Taylor Consulting
7560 Lake Shore Drive
Chelsea, MI 48118
Phone: 734-475-2172
Fax: 734-476-8456

12. Weiss-Smith, Sheila, Ph.D.
    Department of Pharmaceutical Health Services Research
    University of Maryland School of Pharmacy
    220 Arch Street, 12th Floor
    Baltimore, MD 21201
    Phone: 410-706-6989
    Fax: 410-706-5394

Dated: <u>November 10, 2008</u>

                SHOOK, HARDY & BACON, LLP

                By:    /s/ Lori C. McGroder
                       Lori C. McGroder
                       2555 Grand Blvd.
                       Kansas City, Missouri 64108-2613
                       Tel: (816) 474-6550
                       Fax: (816) 421-5547

              David B. Chaffin
              HARE & CHAFFIN
              160 Federal Street
              Boston, MA 02110
              Tel: (617) 330-5000
              Fax: (617) 330-1996

              ATTORNEYS FOR DEFENDANTS
              PFIZER INC. AND WARNER-LAMBERT
              COMPANY LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of November, 2008, I caused to be served a true and correct copy of the foregoing document via facsimile and/or electronic mail to:

Andrew G. Finkelstein, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550
T: 845-562-0203
F: 845-562-3492

Jack W. London, Esq.
Law Offices of Jack London & Associates, P.C.
3701 Bee Caves Road
Suite 200
Austin, TX 78701
T: 512-478-5858
F: 512-479-5934

*Members of the Products Liability Plaintiffs' Steering Committee*

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
T: 617-482-3700
F: 617-482-3003

                                                          /s/ Lori C. McGroder
                                                          ATTORNEY FOR DEFENDANTS
                                                          PFIZER INC. AND WARNER-LAMBERT
                                                          COMPANY LLC