**Opinion 6.  Plaintiffs' interpretation of the postmarketing adverse event data is flawed and deviates from generally accepted concepts in pharmacoepidemiology.**

Evaluation of spontaneous reports needs to be conducted within the context of the number of patients being treated by the drug and how it is being used.  It is not appropriate to tally the number of events at a time point and not consider the population exposed.  The plaintiff's experts listed counts and percentages of some adverse event terms without any comparative analyses or accounting for changes in the patterns of drug use and adverse event reporting.  They state that their interpretation of the AERS data is somehow validated by the mere presence of similar tables in New Drug Applications (NDA's) that are submitted to the FDA for review. (Blume Declaration 2008 para 10)

While such descriptive statistics are often provided as context or background within NDA's and other regulatory submissions, they do not provide any evidence of an association.  To argue that the mere inclusion of similar data tables within NDA's or Integrated Safety Summary reports as evidence that they are a valid method to evaluate risk of a particular adverse event is without any scientific merit.  Indeed, in an evaluation of trends in the reporting of suicidal thoughts and behaviors among children and adolescents, FDA experts Drs. Mosholder and Palmer concluded that the evaluation of suicidal thoughts and behaviors reported in AERS were not "scientifically rigorous" due to many external factors that influence reporting. (Mosholder AD and Palmer 2006) Thus, raw counts and percentages of such events from spontaneous reports are not meaningful for the purposes of determining increases or decreases in risk with a drug exposure.

Dr. Blume states that analysis of "anecdotal case reports" can "support the existence of a causal link between patients who take Neurontin and suicidality."  (Blume Declaration 2008, para 23)  Mr. Altman states that PRR analysis can generate a "signal of a safety problem that, when combined with other information, supports the conclusion that Neurontin has the biological capacity to cause patients who take it to commit or attempt suicide." (Altman Declaration 2008, para 27)  Both are incorrect.  Data mining of spontaneous adverse event reports is used to generate an alert or signal of disproportional reporting (SDR).  These terms were selected very carefully, to make it clear that a statistical elevation in reporting rates for a particular drug-event combination is not the same as a "signal", which in pharmacovigilance implies clinical relevance. (Bates A and Edwards IR. 2006)  The mere finding of an SDR does not support the conclusion that a drug has the "biological capacity" to cause an event.  Nor does it, by itself, support the conclusion that a signal exists.  It merely identifies things that are reported at higher rates than expected but without any clinical context or meaning.  The finding of an SDR presents, at most, a hypothesis of a "signal" that requires expert clinical case review and interpretation before it can be deemed a signal.

Mr. Altman presents a graph (Altman Declaration 2008. Exhibit C) which compares the proportion of adverse event reports with at least one event within the HLT category "Suicide and self-injurious behavior" as a proportion of something undefined. As he states (Altman Declaration 2008 para 36) the chart shows variation in proportions, with the highest proportion of this HLT category among those who reportedly took the drug for "psychiatric indications." His work clearly illustrates the importance of considering confounding by indication. Suicidal behavior is expected to be higher among patients who are being treated for psychiatric conditions than epilepsy and other indications (e.g. neuroleptic pain), though all have elevated rates of suicide compared to the general population. (Pfizer_Mpatel_0039743, Christensen et al. 2007, Tondo L. et al. 2003)

Mr. Altman compares the number of completed suicide events reported from 1997-2002 (n=8) with the number reported during the first half of 2003 (n=17), which he states a 20-fold increase in the reporting rate of suicide (Altman Declaration 2008 para 21). An increase in reports, in itself, is meaningless. Mr. Altman's methods are unscientific and not appropriate, as he fails to put his numbers within the context of reporting trends during this time period. Thus, his statement without any such context is misleading. While the absolute numbers may be correct, there are a number of flaws in his interpretation.

One flaw in Mr. Altman's comparison is the assumption that the reporting rate for gabapentin was constant during 2003. It actually increased almost 50% from the first to second half of the year. His interpretation of the data is also flawed. For example, reporting rates for any one event are typically calculated as a proportion of all reports for that same drug to correct for changes in reporting volume. Report volume has increased substantially for the AERS database overall and is highly variable for individual drugs. So this "20-fold" or 200% increase in suicide reports must be interpreted within the context of a 360% increase (from 803 to 2896) in adverse event reports that mentioned gabapentin from 1997 to 2003, a 615% increase (from 2.6 to 16 million) in gabapentin prescriptions, and a 174% increase (from 212,978 to 370,898 reports in 1997 and 2003, respectively) in total postmarketing adverse event reports submitted to the FDA during the same period. Thus, a 20-fold increase in the absolute number of suicide reports is less than would be expected within the context of gabapentin adverse event reporting rates. The percentage of reports in which gabapentin was noted as a suspect drug by the reporter remained stable at about one-third (34.4% in 1997 and 34.4% in 2003) of reports which noted the patient had used gapabentin. This suggests that increased number of reports in which the patient used gabapentin tracks with the increased use of the drug over time.

Using published signal detection methods on the FOI-AERS postmarketing database I was able to confirm that Pfizer's conclusions regarding the absence of a signal of suicide for Neurontin were appropriate (Pfizer_Regulatory_001621). Mr. Altman and Dr. Blume did not establish a signal for Neurontin, as they employed methods and interpretations that pharmacoepidemiology experts do not except as reliable or valid.

Mr. Altman declares that there was no notoriety bias in reporting of suicides based solely on the timing of his involvement and the involvement of his law firm. (Altman Declaration 2008, para 30) This ignores the fact that there are many other people and entities reporting events to the FDA. Indeed, the evidence suggests that there was significant "notoriety bias" surrounding the reporting of suicide-related adverse events during the period in question.



Figure 3. Reports of suicide in AERS for all drugs and for gabapentin

As shown in Figure 3, the number of suicides (completed suicides) reported to the FDA regardless of drug more than doubled from 1027 in 2002 to 2119 reports in 2003, while suicide reports mentioning gabapentin increased 2.3-fold from 40 in 2002 to 92 in 2003. The reporting of completed suicides (all drugs) appears to have peaked in 2005 at 2899 reports. Also during this same time period both the FDA and European regulators issued warnings about a possible link between SSRI antidepressants and suicidal behaviors in children and adolescents in 2003 and FDA held an advisory committee meeting on this subject in early (February 3rd) 2004. Such events are known to stimulate reporting. (FDA Drug Safety Newsletter 2008) Mr. Altman's "analysis" does not account for this increase in the reporting of suicides in the AERS database.

These data are consistent with data recently published by Bridge, et al. (Bridges et al. 2008) In this paper, the authors evaluated data on deaths for which suicide was listed as the underlying cause of death among 10-19 year olds in the National Vital Statistics Systems. They found that although the overall rate of suicide decreased by 5.3% between 2004 and 2005, the rate of suicide during these years was significantly greater than expected based on the 1999-2003 trend. (See Figure 4) Thus, there was a significant increase in suicide rates between 2003 and 2004, at the same time as the increase in overall reports of suicide in AERS (for all drugs).



Figure 4.  National Trends in suicide from 1996 through 2005.  (Bridge JAMA 2005)

The failure of Mr. Altman or Dr. Blume to put any of their "looks" at AER reports for Neurontin within the context of overall reporting trends and national trends in suicide demonstrates the incomplete nature of their analysis and the fallacy of using such data to infer a causal relationship between Neurontin and suicidality.

Mr. Altman further notes (paragraph 29) that the percentage of serious adverse events "exploded" by the 4th quarter of 2002, when "off-label use of Neurontin is at its peaks (sic)." In addition to not defining the term "exploded" in this context he fails to mention that the percentage of serious adverse event reports increased for the entire AERS database, not just Neurontin. Mr. Altman bases his opinion on a flawed interpretation of an increase in serious reports for Neurontin, which is meaningless when looked at properly, within the context of changes to the entire AERS database. This occurred because of a number of processes and policies implemented by FDA beginning in November 1997 with the implementation of the AERS system. This included an abrupt drop in the entering of individual case reports for nonserious events received as periodic reports from manufacturers into AERS and the initiation of a waiver program by which companies could receive waivers from the requirement to submit such individual reports under 21 CFR 314.90.

Mr. Altman does mention the waiver program later in his declaration (Altman 2008 para 38.c.). Based on FDA's Office of Drug Safety's 2002 Annual Report, by September 2002 over 2700 NDA and ANDA's from more than 70 companies had such waivers. (FDA. 2004). Neurontin was one of the drugs which had a waiver. (Confirmed by Counsel upon my inquiry.)

These two factors resulted in a large and rapid drop in individual manufacturer's periodic reports entered into the AERS database, from 73.7% of reports received by FDA in 1997 to 31.1% of reports received in 2003. The proportion of expedited reports, which by their definition are serious, rose from 18.0% of reports in 1997 to 55.4% in 2003. By 2006, the proportion of expedited to periodic reports had almost completed reversed as the FOI-AERS database contained 62.9% expedited reports, 28.7% periodic and 8.3% direct reports. Thus, an increase in the proportion of serious reports for Neurontin mirrors what was happening in the entire AERS database. It can be linked to an intentional process initiated by the FDA to increase the proportion of serious adverse events. Thus, Mr. Altman's assertion that the percentage of serious adverse events "exploded" by the 4th quarter of 2002 is misleading and inaccurate.

Mr. Altman and Dr. Blume conclude that increases in serious adverse event reports in the 4th quarter 2002 were due to off-label uses and is therefore evidence of a link between Neurontin and suicidality. This ignores that the total prescriptions for Neurontin were also increasing during this time period and that reporting of all events and particularly serious adverse events to the FDA were also increasing during this same time period. Also, if there was an increase in the use of this drug for the off-label indication that is associated with an elevated risk of suicidal thoughts and behaviors, such as bipolar disease, then there should be an increase in the reporting of these same events because they are increasing in the background. This is an example of confounding by indication. If it were scientifically valid to jump to the same conclusions that Mr. Altman and Dr. Blume did upon their review of spontaneous reporting trends, then surely the FDA would not have had to spend upwards of three years to conduct a secondary analysis of randomized clinical trial data for 11 antiepileptic drugs and convene an advisory committee meeting to help them interpret the meaning of such analysis. In fact, FDA decided to analyze only randomized placebo-controlled clinical trial ("RCT") data in its analysis of suicidality and AEDs. FDA concluded that post-marketing spontaneous adverse event data were inappropriate for a study of suicidality in the population of patients taking AEDs, as such patients have a high background rate of suicide. As Russell Katz of FDA pointed out at the July 10, 2008 FDA Advisory Committee meeting,

> *"...we had long ago decided that postmarketing data are not the right data to look at, or we don't believe that these sorts of things where there is a high background rate of suicidality so defined in these populations, I think that we have concluded that postmarketing data is uninterpretable, and that is why we went to placebo-controlled trials."* (FDA Transcript 2008, Dr. Katz. Page 103)

31

**Opinion 7.  There is no evidence that there are subpopulations at increased risk for suicidality with Neurontin use.**

As stated in my initial report, and in this report, Neurontin has been prescribed for conditions that have elevated rates of suicide compared to the general population.  In paragraph 36 and Exhibit C of his declaration, Mr. Altman presents data that he purports to show that there is a higher percentage of serious reports for events coded with the HLT "Suicidal and Self-Injurious Behavior" for patients taking Neurontin for psychiatric indications, compared to those taking Neurontin for "anti-epileptic," "other," "unspecified," and "all indications."  (Altman K. Declaration 2008, Exhibit C)  Once again, Mr. Altman merely presents crude percentage counts and infers that the data show an increased risk for suicide in those patients taking Neurontin for psychiatric indications.  Such an inference may not be made from these data. (FDA Drug Safety Newsletter 2008)

Because of the increased risk of suicide among patients for whom Neurontin is generally prescribed, uncontrolled trials and spontaneous reporting data is of no use in making causal inferences or comparisons.

> *"FDA suggests that a comparison of two or more reporting rates be viewed with extreme caution and generally considered exploratory or hypothesis-generating. Reporting rates can by no means be considered incidence rates, for either absolute or comparative purposes*."  (FDA Guidance Pharmacovigilance and Pharmacoepidemiology 2008, page 11)

Therefore, the comparisons that Mr. Altman made (Altman, K. Declaration. Para 36 and Exhibit C) provide no evidence of differential risk.  They merely show reporting rates of one MedDRA category by the "indication" for which the reporter said that Neurontin was being prescribed.   The high proportion of suicidal events is most likely reflecting the elevated risk of suicide and suicidal thoughts among patients with psychiatric conditions.  This is called confounding by indication and is a widely recognized problem in the design of pharmacoepidemiology research studies. (Strom BL and Melmon KL. 2005)

> *For any individual case report, it is rarely possible to know with a high level of certainty whether the event was caused by the product. To date, there are no internationally agreed upon standards or criteria for assessing causality in individual cases, especially for events that often occur spontaneously (e.g. stroke, pulmonary embolism). Rigorous pharmacoepidemiologic studies, such as case-control studies and cohort studies with appropriate follow-up, are usually employed to further examine the potential association between a product and an adverse event.*  (FDA Guidance Pharmacovigilance and pharmacoepidemiology 2005, page 7)

This helps explain why the FDA did not rely on evaluations of spontaneous reports and asked sponsors to submit only randomized controlled clinical trials to examine the

hypothesis the antiepileptic drugs are associated with suicidal risk.  FDA did an analysis by trial indications, the shortcomings of which I discussed earlier. (Opinion 1, section C) Even if you ignore the shortcomings of the FDA analysis, there is no elevated odds ratio for suicidality in any trials except those with an epilepsy indication. (Levenson M. 2008. Figure 8, page 33)

Submitted:


_Sheila Weiss Smith, Ph.D._

Date: 11 / 0 7 / 0 8

EXHIBIT 2: CURRENT CV

**Sheila Weiss Smith, Ph.D., FISPE**

Department of Pharmaceutical Health Services Research
University of Maryland School of Pharmacy
220 Arch Street, 12th Floor
Baltimore, MD 21201

Telephone: (410) 706-6989   FAX: (410) 706-5394
e-mail:  *sweiss@rx.umaryland.edu*

## EDUCATION

Postdoctoral fellowship in Pharmacoepidemiology and Regulatory Sciences – 1994-1996

> United States Food and Drug Administration, Rockville, Maryland and
> University of Maryland Schools of Medicine and Pharmacy, Baltimore, Maryland

Ph.D. in Epidemiology - 1996

> The Johns Hopkins University, Baltimore, Maryland
> *Dissertation*: Apolipoproteins and premature cardiovascular disease among
> middle-aged adults undergoing coronary angiography.
> *Dissertation advisor*: Professor Terri Beaty, Director, Genetic Epidemiology
> Division, Epidemiology Department, School of Hygiene and Public Health, the Johns
> Hopkins University, Baltimore, MD.

M.S. in Exercise sciences – 1986

> Northeastern University, Boston, Massachusetts
> *Dissertation:* A comparison of arm ergometery with the treadmill for exercise testing
> of swimmers. May 1986.
> *Dissertation advisor*: Professor Jay Gillespie, Chairman, Cardiovascular Sciences
> Department, Northeastern University, Boston, MA.

B.S. in Biology – 1981

> University of Maine, Orono, Maine

## CURRENT APPOINTMENTS

**Visiting Scientist.** National Cancer Institute, National Institutes for Health, Rockville, MD. (August 08- August 09)

**Professor.** Department of Pharmaceutical Health Services Research, School of Pharmacy. University of Maryland at Baltimore, Baltimore, MD.

**Professor,** Secondary Appointment. Department of Epidemiology and Preventive Medicine, School of Medicine, University of Maryland at Baltimore, Baltimore, MD

**Affiliate Faculty.** Gerontology Doctoral Program, University of Maryland, Baltimore and University of Maryland Baltimore County.

**Visiting Professor.** Department of Epidemiology, Johns Hopkins Bloomberg School of Public Health, Baltimore, MD (Summer appointment, renewed annually since 2005)

**Research Associate.** Veteran's Administration, Maryland Healthcare System. Baltimore, MD

## EMPLOYMENT

| | |
|---|---|
| 2008- | **Professor** Department of Pharmaceutical Health Services Research, School of Pharmacy, Secondary appointment: Department of Epidemiology and Preventive Medicine, School of Medicine, University of Maryland, Baltimore, MD |
| 2002-2008 | **Associate Professor** Department of Pharmaceutical Health Services Research, School of Pharmacy, Secondary appointment: Department of Epidemiology and Preventive Medicine, School of Medicine, University of Maryland, Baltimore, MD |
| 1997-2002 | **Assistant Professor** Department of Pharmacy Practice and Science, School of Pharmacy, Secondary appointment: Department of Epidemiology and Preventive Medicine, School of Medicine, University of Maryland at Baltimore, Baltimore, MD |
| 1996-1997 | **Epidemiologist/Statistician** Epidemiology Branch, Office of Epidemiology and Biostatistics, Center for Drug Evaluation and Research, Food and Drug Administration, Rockville, MD |
| 1994-1996 | **Post-doctoral fellow in pharmacoepidemiology** Epidemiology Branch, EB/CDER/FDA, Rockville, MD, Department of Epidemiology and Preventive Medicine, School of Medicine, University of Maryland, Baltimore, MD, and the Department of Pharmacy Practice and Science, School of Pharmacy, University of Maryland, Baltimore, MD |
| 1993-95 | **Project Director** JH-CAD Follow-up Study. Lipid Research Unit, Johns Hopkins Medical Institutions, Baltimore, MD |
| 1991-93 | **Statistical programmer** Johns Hopkins Medicine Institutions, Baltimore, MD |
| 1992-93 | **Consultant epidemiologist** Drug Safety/Epidemiology Division, Hoffman-La Roche AG Basel, Switzerland (Full & part-time) |

| 1989-90 | **Senior Research Associate** New England Research Institute, Inc., Watertown, MA |
| 1986-89 | **Senior Research Associate** (1988-1989) Research Associate (1987-1988) Senior Research Assistant (1986) American Institutes for Research, Cambridge Research Center, Cambridge, MA |
| 1985-86 | **Program Coordinator** Cardiovascular Rehabilitation Exercise Program. Northeastern University, Boston, MA |
| 1983-86 | **Exercise Test Technician** Cardiovascular Sciences Division, Department of Physical Education, Northeastern University, Boston, MA |
| 1981-83 | **Quality Control Chemist** Amicon Corporation (a division of W.R. Grace), Beverly, MA |

## PUBLICATIONS

1. Weiss Smith S.  The author responds.  New Engl J Med 2007;375(24)2521-2522. (letter).

2. Weiss Smith S. Sidelining safety – The FDA's inadequate response to the IOM report.  New Engl J Med 2007;357:960-963.

3. Oliveira, RS, Weiss Smith S, dos Anjos Carneiro Leão, AM. Radiopharmaceuticals: Drug Interactions. Anals de Academia Brasileira de Ciências. Forthcoming.

4. Bollinger ME, Weiss Smith, S, LoCasale R, Blaisdell, C.  Transition to Managed Care Impacts Health Care Service Utilization by Children Insured by Medicaid. Journal of Asthma. 2007 Nov;44(9):717-22.

5. Weiss Smith S.  Chapter Title: Pharmacoepidemiology.  In: *Encyclopedia of Epidemiology*. Editor: Boslaugh S. Publisher: Sage Publications Inc.  October 2007.

6. McPherson ML, Weiss Smith SR, Powers A, Zuckerman IH. Patient's knowledge about medications is associated with diabetes control.  J Res Soc Admin Pharmacy.  2008;4:37-45.

7. Blaisdell CJ, Weiss SR, LoCasale R, Gu A. Risk Areas for Pediatric Acute Care. Health in Place. 2007;13:404-416.

8. Weiss Smith S.   Summary of Issues: January 17, 2006 IOM Workshop. Commissioned by the IOM Committee on the Assessment of the US Drug Safety System.   In: The Future of Drug Safety: Promoting and Protecting the Health of the Public.  Editors: Baciu A, Stratton K, Burke SP: National Academies Press. 2006. Available at: http://www.nap.edu/catalog/11750.html

9. Lee E, Maneno MK, Smith L, Weiss SR, Zuckerman IH, Wutoh AK. National Patterns of Medication Use during Pregnancy. Pharmacoepidemiol Drug Safety. 2006;15(8):537-545.

10. Hirshorn JM. Weiss SR, LoCasale R, Levine E, Blaisdell CJ. Looking beyond urabn/rural differences: Emergency department utilization by asthmatic children. J. Asthma 2006;43(4):301-6.

11. Koro CE, Bowlin SJ, Weiss SR. Antidiabetic therapy and the risk of heart failure in type 2 diabetic patients: an independent effect or confounding by indication. Pharmacoepidemiol Drug Safety. 2005;14:1-7.

12. Cluxton RJ, Li A, Heaton PC, Weiss SR, Zuckerman IH, Moomaw CJ, Hsu VD, Rodriguez EM. Impact of labeled hepatic enzyme monitoring for troglitazone and rosiglitazone: Findings from the Ohio State Medicaid program. Pharmacoepidemiol Drug Safety. 2005;14:1-9.

13. Zuckerman IH, Weiss SR, McNally D, Layne B, Mullins CD, Wang J. Impact of an educational intervention for secondary prevention of myocardial infarction on Medicaid drug use and cost. Am J Managed Care. 2004;10:493-500.

14. Kimes D, Ullah A, Levine E, Nelson R, Timmins S, Weiss SR, Bollinger ME, Blaisdell C. Relationships between pediatric asthma and socioeconomic/urban variables in Baltimore, Maryland. Health & Place. 2004;10:141-152.

15. Kimes D, Levine S, Timmins S, Weiss SR, Bollinger ME, Blaisdell C. Temporal dynamics of emergency deparment and hospital admission of pediatric asthmatics. Environmental Research 2004;94:7-17.

16. Kimes D, Nelson R, Levine E, Timmins S, Weiss S., Bollinger ME, Blaisdell C. Predicting paediatric asthma hospital admissions and ED visits. Neural Comput & Applic 2003;12:10-17.

17. Pradel FG, Weiss SR, Magder LS, Tsoukleris M, Fahlman C, Bollinger ME. Preliminary validation of the Inhalation device skill assessment tool. J Soc Admin Pharm. 2003;20:18-24.

18. Amr S, Bollinger ME, Myers M, Hamilton RG, Weiss SR, Rossman M, Osborne L, Timmins S, Kimes DS, Levine ER, Blaisdell CJ. Environmental allergens and asthma in urban elementary schools. Ann Allergy, Asthma, Immunol. 2003;Jan;90(1):34-40.

19. Moore TJ, Weiss SR, Kaplan S, Blaisdell C. Reported adverse drug events in infants and children under 2 years of age. Pediatrics 2002;Nov;110(5):e53.

20. Koro CE, Fedder D, L'Italien GJ, Weiss SR, Magder LS, Kreyenbuhl, J, Revicki, D, Buchanan, RW. Assessment of the independent effect of Olanzapine and Risperidone exposure on the risk of hyperlipidemia in schizophrenia patients. Arch Gen Psychiatry 2002;Nov;59:1021-1026.

21. Lee E, Zuckerman IH, Weiss SR. Patterns of Pharmacotherapy and counseling for osteoporosis management in visits to United States Ambulatory Care physicians by women. Arch Intern Med 2002; Nov 11;162 (20):2362-2366.

22. Blaisdell C, Weiss SR, Kimes DS, Levine ER, Myers M, Timmins S, Bollinger MB. Using seasonal variations in asthma hospitalizations in children to predict hospitalization

frequency. J Asthma. 2002; Oct;39(7):567-75.

23. Koro CE, Fedder D, L'Italien GJ, Weiss SR, Magder, LS, Kreyenbuhl, J, Revicki Dam Buchanan RW.   An assessment of the independent effect of Olanzapine and Rispersidone on the relative risk of diabetes in schizophrenic patients. BMJ. 2002;325: (7358):243.

24. Weiss SR, Zuckerman I, Hsu V, Huang X.  Factors influencing use and compliance with estrogen replacement therapy.  J Womens Health Gender-based Med. 2001;10 (8):811.

25. Manson JM, McFarland B, Weiss S. Evaluation of markers for early detection of pregnancy in an automated database.  Am J Epidemiol 2001;Jul 15;154(2):180-7.

26. Zuckerman IH, Stuart B, Magder L, Bollinger ME, Weiss SR.  Adherence to asthma treatment guidelines among children in Maryland Medicaid.  Curr Ther Res Clin Exp 2000;61:912-924.

27. Weiss SR. Prescription medication use in pregnancy.  Medscape Pharmacotherapy November 15, 2000. Available at: http://www.medscape.com/Medscape/pharmacology/journal/2000/v02.n06/mp7387.weis/mp7387.weis.html

28. Weiss, SR, Cooke CE, Bradley LR, Manson JM. A Pharmacist's Guide to Pregnancy Registry Studies. J Am Pharm Assoc 1999;39:830-4.

29. Weiss SR, McFarland B, Burkhart G and Ho PTC. Cancer recurrences and second primary cancers after use of prescription antihistamines or antidepressants. Clin Pharmacol Ther 1998;63(6):594-9.

30. Weiss, SR, Bachorik PS, Becker LC, Moy TF, and Becker DM.  Lipoprotein(A) and coronary heart disease in a racially mixed population: The Johns Hopkins Sibling Study. Ethn Dis. 1998;8(1):60-72.

31. Burkhart G, Brown N, Griffin M, Ray W, and Weiss, SR.  Angiotensin-converting enzyme inhibitor-associated angioedema: Higher risk in blacks than whites. Pharmacoepidemiology and Drug Safety 1996;5:49-154.

32. Brambilla DJ, McKinlay SM, McKinlay JB, Weiss, SR, Johannes CB, Crawford SL and Longcope C. Does collecting repeated blood samples from each subject improve the precision of estimating steroid hormone levels? J Clin Epidemiol 1996;49:345-350.

33. Washburn RA, Smith KW, Goldfield (Weiss) SRW, and McKinlay JB. Reliability and physiologic correlates of the Harvard Alumni Activity Survey in a general population.  J Clin Epidemiol 1991;44(12):1319-26.

34. Longcope C, Goldfield (Weiss) SRW, Brambilla DJ and McKinlay JB. Androgens, estrogens and sex hormone-binding globulin in middle-aged men.  J Clin Endocrinol Metab 1990;71:1442-1446.

35. Longcope C, Herbert PN, McKinlay SM and Goldfield (Weiss) SRW. The relationship of total and free estrogens and sex hormone-binding globulin with lipoproteins in women. J Clin Endocrinol Metab 1990;71:67-72.

36. Washburn RA, Goldfield (Weiss) SRW, Smith KW and McKinlay JB. The validity of self-reported exercise-induced sweating as a measure of physical activity. Am J Epidemiol 1990;132:107-13.


**GUIDANCE, TECHNICAL REPORTS, AND NEWSLETTER ARTICLES**

Shoemarker SJ, Jordan H,Luce K, Kumin Y, Fitzpatrick A, Fredericks K, Weiss S. Evaluation of AHRQ's Pharmaceutical Outcomes Portfolio: Final Report. Agency for Healthcare Research and Quality, Rockville, MD AHRQ 08-M014-EF. December 2007. Available at: http://www.ahrq.gov/about/evaluations/pharmportfolio/pharmportfolio.pdf

Weiss Smith, S, Reynolds R, Tilson H. Who are the next generation of pharmacoepidemiologists? ISPE Scribe. November/December 2007.

Weiss Smith S, Donovan M. Perinatal session at the 21st ICPE. Scribe. 2005;8(5):5.

Weiss Smith S. Jones T. A New Training Option at the University of Maryland. Scribe 2004;7(2):5.

Weiss SR  A flawed example. J Am Pharm Assoc 2000;40(5):580-581. (Letter)

Weiss SR, Palumbo FB. The University of Maryland's Center on Drugs and Public Policy. J Managed Care Pharmacy. 2000;6(2):184-185. (Invited)

Manson JE, Weiss SR. Industry guidance document: Pregnancy Registries. (Principle draft) Pregnancy labeling taskforce technical report. Food and Drug Administration. 1999.

Weiss SR, Merchant S. Federal databases for pharmaceutical research. Technical Report. Research Monitoring Review 1997;1(3)1-13.

Weiss SR, Vega A, McCloskey C, McFarland BE, Corelle C, Maynard C.  Prescription drug use during pregnancy among women in KPNW, 1993-1994.  Epidemiology Branch/CDER Technical report. Food and Drug Administration. 1997.

Anthony, M, Weiss SR, and Burkhart G.  Reviewers' Guidance Document. Human pregnancy data: Pregnancy Registries.  (Principle draft)  Pregnancy labeling taskforce technical report. Food and Drug Administration. 1996.

**PRESENTATIONS - invited**

1. Weiss S.R, Gogolak V, Chung S., Deshpande G. Assessing data mining approaches to drug safety. In: Best Practices in Data Mining Think Tank Meeting. Shady Grove, MD. June 2008.

2. Weiss S.R. Data Mining in Post Approval Studies to Detect Signals Early. In: Drug Safety & Risk Management: Innovative strategies for mitigating risk in a post-approval era. National Harbor, MD. May 2008.

3. Weiss S.R. and Gogolak V. Assessing the Value of Data Mining. SETS: Joint Industry-Government working group on data mining and pharmacovigilance. Via webex. September 12, 2007.

4. Weiss S.R. Pharmacovigilance and Data Mining. In: Introduction to Epidemiology. Yale University School of Public Health. New Haven, CT. February 20, 2007.

5. Weiss S.R. Improving the U.S. Drug Safety System: Data Mining for Adverse Events. Bloomberg School of Public Health, Johns Hopkins University. Baltimore, MD. February 12, 2007.

6. Weiss SR. Introduction to Risk Management. In: 4th Annual Conference on Risk Management. Philadelphia, PA. October 24-25 2005. (Chairperson).

7. Weiss S.R. Impact of targeted pharmaceutical risk management efforts. In: Risk Communication RiskMAP Workshop. Washington D.C. May 2-4, 2005.

8. Weiss S.R. Cohort studies in pharmacoepidemiology: Exposure-based registries. In: Introduction to Epidemiology. Yale University School of Public Health. New Haven, CT. February 15, 2005.

9. Weiss S.R. Use of registries and other observational studies to investigate safety signals. In: 4th annual workshop for contemporary pharmacovigilance and risk management strategies. Drug Information Association. Washington DC. January 23-27, 2005.

10. Weiss S.R. Approaches to quantifying the risk:benefit balance. FDA Visiting Lecture. Rockville, MD. January 11, 2005.

11. Weiss S.R. Assessing benefits and risks: Vioxx. In: Vioxx: What went wrong? What went right? Drug and Device Dialogue. November 10, 2004.

12. Weiss SR. Quantitative approaches to benefit-risk assessment. In: Assessing benefit, risk and a benefit-risk balance conference. Philadelphia, PA. October 2004.

13. Weiss SR, Burkhart GA. Person-time case control study design. International Society of Pharmacoepidemiology annual meeting. Philadelphia, PA. August 2003.

14. Weiss SR. Strategies for the postmarketing environment. Henry Stuart Conference. Washington DC. May 22, 2003.

15. Weiss SR. Use of antidiabetic therapy and the risk of health failure among type 2 diabetics University of Maryland School of Medicine Visiting Lecture Series, Department of Epidemiology and Preventive Medicine, Baltimore, MD. April 3, 2003.

16. Weiss SR. Cohort studies in Pharmacoepidemiology: Exposure-based registries. "Introduction to Pharmacoepidemiology" Course, Yale University School of Medicine, Department of Epidemiology and Public Health. New Haven, CT. February 18, 2003.

17. Weiss SR. Postmarketing surveillance of drug use in pregnancy. "Meeting FDA, EPA, OECD and ICH Regulatory Requirements for Reproductive Toxicology Data Submissions" Henry Stuart Conference. Washington DC. May 10, 2002.

18. Weiss SR. Cohort studies in Pharmacoepidemiology: Exposure-based registries. "Introduction to Pharmacoepidemiology" Course, Yale University School of Medicine, Department of Epidemiology and Public Health. New Haven, CT. February 13, 2001.

19. Weiss SR. Registries and observational designs: An overview. Drug Information Association Workshop on Adverse Experience: Post Marketing Surveillance in the New Millennium. Washington DC. Jan 8-10, 2001.

20. Weiss SR and Zuckerman I. Childhood asthma in Maryland Medicaid. Regional Asthma Surveillance Workshop. Baltimore, MD. September 19, 2000.

21. Weiss SR. Introduction to pregnancy registries. International Society of Pharmacoepidemiology Annual Meeting. Barcelona, Spain. August 2000.

22. Weiss SR. Evaluating the safety of pharmaceuticals in pregnancy. Organization of Teratogen Services/Teratology Society Joint Annual Meeting. West Palm Beach, FL. June 2000.

23. Weiss, SR. Phase IV studies: Registries and other forms of active surveillance. Drug Information Association Annual Meeting, San Diego, CA. June 14, 2000.

24. Weiss SR. The uses and importance of the National Ambulatory Medical Care Survey (NAMCS) Data. United States Census Bureau Training Conference for NAMCS and NHAMCS program staff. Arlington, VA. September 1999.

25. Weiss SR. Postmarketing Risk Assessment: Registries and other forms of active surveillance. DCTDA Training Seminar Series, CBER, Food and Drug Administration. Rockville, MD July 1999.

26. Weiss SR, Zuckerman I, Cooke CE, Hsu VD, Huang, X. Estrogen replacement therapy use in Maryland Medicaid. American Association of Colleges of Pharmacy Annual Meeting, Boston, MA July 1999. (Poster) *This poster was also presented at the Aging Research Poster Day sponsored by the University of Maryland Center for Research on Aging,*

*February 2000.*

27. Weiss SR, Zito J, and Qi, S. Treating women with depression in ambulatory care. University of Maryland School of Medicine Visiting Lecture Series, Department of Epidemiology and Preventive Medicine, Baltimore, MD. 1998.

28. Weiss SR. Use of administrative databases for monitoring drug effects during pregnancy, Drug Information Association Annual Meeting, Boston, MA 1998.

29. Weiss SR. Adjusting for co-morbidities in outcomes research. ESAS Research Roundtable, APhA Annual meeting, Miami Beach, FL. 1998.

30. Weiss SR, McFarland BE, Vega A, McCloskey C, and Correlle C. Prescription drug use in pregnancy in KPNW, 1993-1994. Staff College Seminar Program, FDA, Rockville, MD 1998.

31. Weiss SR. Pharmacoepidemiology and adverse drug events. Study Tour in Hospital Formulary Development & Drug Utilization Review, as part of the Rational Pharmaceutical Management Project of the Health Financing and Sustainability Project. Baltimore, MD 1997.

32. Weiss SR. Could cigarette smoking explain racial differences in lipoprotein(a) concentration? Clinical Pharmacology Seminar, Uniformed Services Health Sciences University, Bethesda, MD. 1996.

33. Weiss SR and Burkhart GA. Angiotensin-converting enzyme inhibitor-associated angioedema: Higher risk in blacks than whites. University of Maryland School of Medicine, Department of Epidemiology and Preventive Medicine Visiting Lecture Series, Baltimore, MD. 1996.

34. Weiss SR, Rosa F, Conrad T, Frieman J, and Kweder S. Prescription drug use during pregnancy.  International Society for Pharmacoepidemiology annual meeting, Montreal, Quebec. 1995.

35. Weiss SR, Rosa F, Conrad T, Frieman J, and Kweder S. Prescription drug use during pregnancy in Medicaid: Directions for further research.  Food and Drug Administration, CDER Grand Rounds, Rockville, MD. 1995.

36. Weiss SR, Rosa F, Conrad T, Freiman J, and Kweder S.  Prescription drug use during pregnancy. Pharmacy Graduate Seminar Series, Pharmacy practice and science department, University of Maryland School of Pharmacy, Baltimore, MD. 1994.

**SELECTED PRESENTATIONS – peer-reviewed**

Weiss-Smith S, Chung S, Sturpe DA, Deshpande G, Hayes B, Gogolak, V. Exploring the relationship of a statistical alert and clinical relevance.  Pharmacoepidemiology and Drug Safety, 2008;17:S16.  International Society of Pharmacoepidemiology Annual Meeting, Copenhagen August 2008.

Weiss-Smith, S., Gogolak, V., Deshpande, G., Chung, S., & Mehta, S. Missing data in FDA adverse event reporting system. Pharmacoepidemiology and Drug Safety, 2007;16:S72.  International Society of Pharmacoepidemiology Annual Meeting, Quebec City August 2007.

Gogolak, V., Weiss-Smith, S., Chung, S., & Deshpande, G. (2007). Signal volume: Thresholds and statistics create huge differences. Pharmacoepidemiology and Drug safety, 2007;16:S258. . International Society of Pharmacoepidemiology Annual Meeting, Quebec City August 2007. (Poster)

Deshpande, G., Weiss-Smith, S., Tommasello, A., Simoni-Wastila, L., & Gogolak, V. (2007). Characteristics of adverse event reporting for narcotic and non-narcotic analgesics. Pharmacoepidemiology and Drug safety.  2007;16:S260. . International Society of Pharmacoepidemiology Annual Meeting, Quebec City August 2007. (Poster)

Weiss SR, LoCasale R. Adverse Drug Events among the Elderly. International Society of Pharmacoepidemiology Annual Meeting. Nashville, TN. August 2005. (Poster)

Zuckerman IH, Weiss SR, McNally DL, Layne B, Mullins CD, Wang J. Impact of an Outpatient physician education program on beta-blocker usage for secondary prevention of myocardial infarction.  International Society of Pharmacoepidemiology Annual Meeting. Bordeaux, France. August 2004. (Poster)

SR Weiss, PK Singhal, F Pradel, I Zuckerman, H Rubin, ME Bollinger, C Blaisdell, B Stuart. Environmental Factors and Quality of Life among Poor Children with Asthma.  AAAAI Annual Meeting.  San Francisco, CA. March 2004.

Weiss SR. Gu A, Zuckerman IH, Blaisdell C.  Change in the weather as a trigger for children's asthma attacks: Who is susceptible?  Geomed 03. Baltimore, MD October 2003.

Weiss SR. Summarizing Results of Heart Failure Outcomes Research. In: Mullins CD, Weiss S, Fulda T. Challenges in performing meta-analysis in heart failure outcomes research: Workshop at International Society for Pharmacoeconomics and Outcomes Research Annual Meeting. Arlington, VA. May 2001.

Weiss SR, Doshi, J.  Revisiting the safety of SSRI's in pregnancy: A meta-analysis. International Society of Pharmacoepidemiology Annual Meeting. Barcelona, Spain. August 2000. (Poster)

Weiss SR, Zuckerman, I, Hsu V. The use of gastrointestinal agents in long-term care facilities. International Society of Pharmacoepidemiology Annual Meeting, Boston, MA 1999. (Poster) Pharmacoepidemiology and Drug Safety. 1999;8:S36.

Weiss SR, Zito J, and Qi, S. Changes in the treatment of women with depression in the United States: The National Ambulatory Medical Care Survey, 1992-1996. International Society of Pharmacoepidemiology Annual Meeting, Berlin 1998. Pharmacoepidemiology and Drug Safety. 1998;7:S167.

Weiss SR, McFarland BE, Corelle C, Vega, A and McCloskey C. Patterns of drug use in pregnancy. Sigma Chi Poster Session, FDA Regulatory Science Forum, Bethesda, MD 1997. (Poster)

Weiss SR, McFarland BE, Corelle C, Vega A, and McCloskey. Patterns of drug use in pregnancy. International Society of Pharmacoepidemiology annual meeting, Orlando, FL 1997. Pharmacoepidemiology and Drug Safety. 1997;6:S69.

## SELECTED GRANTS AND CONTRACTS

### Funded-Research

#### *Principal Investigator*

Title:  Development of pharmacoepidemiology research methods for cancer treatment and prevention. (IPA/contract)
Sponsor: National Cancer Institute

Title: A critical evaluation of data mining.
CoPrincipal Investigator: Victor Gogolak
Sponsor: PhRMA

Title: Assessing the Population Impact of Common Pharmaceuticals and Nutraceuticals on the Burden of Cancer
Sponsor:  National Cancer Institute

Title: An assessment of the independent effect of oral antidiabetic agents and insulin exposure on the risk of heart failure in type 2 diabetic patients.
Sponsor: GlaxoSmithKline

Title: A research-training program for pharmacy-school graduates: Medication usage in pregnancy and lactation.
Co-Investigators: Ilene Zuckerman and David Mays
Source: Gustavus and Louis Pfeiffer Research Foundation

Title: Compliance with liver testing guidelines by health care professionals.
Co-Investigators: Ilene Zuckerman
Source: Food and Drug Administration

Title: Estrogen replacement therapy use in Maryland Medicaid.
Co-Investigators: Catherine Cooke, Ilene Zuckerman
Source: New Investigators Program for Pharmacy Faculty, American Association of Colleges of Pharmacy

Title: National trends in the treatment of depression in women
Co-Investigator: Julie Zito
Source: The Women's Health Research Group, School of Medicine, University of Maryland

Title: Prescription drug use during pregnancy in an HMO population.
Co-Investigators: Amarylis Vega, Bentson McFarland
Source: Office of Women's Health, FDA.  Intramural research grant

### *Co-Investigator*

Title: Effect of Practice Guidelines on care of chronic kidney disease in the VHA
Role: Investigator
Principal Investigator: Jeffrey Fink, MD, MS
Role: Investigator
Source: NIH

Title: Outcomes, Quality of Care, and Costs of Chemotherapy in Prostate and Lung Cancer
Role: Investigator
Principal Investigator: C. Daniel Mullins, PhD
Source: Sanofi-Aventis

Title: Use and Outcomes of Novel Chemotherapeutic Agents in Colorectal Cancer
Role: Investigator
Principal Investigator: C. Daniel Mullins, PhD
Source: Sanofi-Aventis

Title: The University of Maryland DeCIDE Center
Role: Director, Methods and Statistics Core
Principal Investigator: Bruce Stuart
Source: AHRQ

Title: Identifying environmental correlates of an asthma epidemic in children.
Role: Co-PI
Principal Investigator: Carol Blaisdell (Medicine)
Source: HCFA

Title: Identifying environmental correlates of an asthma epidemic in children.
Role: Investigator
Principal Investigator: Carol Blaisdell (Medicine)
Source: NASA

Title: Annotated bibliography for treatment of congestive heart failure.
Role: Co-PI
Principal Investigator: C. Daniel Mullins
Source: US Pharmacopoeia

Title: Epleronone cost-effectiveness analysis.
Role: Investigator

Weiss Smith, Sheila                    12

Principal Investigator: C. Daniel Mullins
Source: Pharmacia

Title: Alpha-1-Antitrypsin Deficiency cost of illness model.
Role: Investigator
Principal Investigator: C. Daniel Mullins
Source: Alpha One Foundation

Title: Impact of MCO Policy on Quality of Pediatric Asthma Care.
Role: Investigator
Principal Investigator: Bruce Stuart
Source: Agency for Health Care Policy and Research

Title: Maryland Drug Use Review.
Role: Epidemiologist
Principal Investigator: Ilene Zuckerman
Source: Department of Hygiene and Mental Health, State of Maryland

Title: Pennsylvania Drug Use Review.
Role: Epidemiologist
Principal Investigator: Ilene Zuckerman
Source: Department of Health, Commonwealth of Pennsylvania

## DOCTORAL STUDENTS

Sigal Kaplan (2004) Dissertation title: The relationship between blood pressure and bone mineral density.  (Funded by a grant from the Women's Health Research Group, University of Maryland School of Medicine)

Jesse Lee Cooke, Jr. (2005) Dissertation title: Breast cancer patients' preferences for local and systemic therapy and willingness to participate in clinical trials.  (Funded by an individual dissertation training grant from NIH-NCI)

Robert LoCasale (2007) Dissertation title:  Trends and implications of polypharmacy: A case study.  (Funded a individual dissertation training grant from NIH-NIMH)

Meaghan St. Charles (2007) Dissertation title: Gastroenterologists prescribing of infliximab for Crohn's disease: A national survey.

## TEACHING ACTIVITIES – ongoing/recent

*Advanced Topics in Pharmacoepidemiology* (3 credits) – advanced level graduate course co-listed in the Schools of Pharmacy and Medicine, University of Maryland Baltimore.  Taught biannually since 2002.

*Veterinary Pharmacoepidemiology* (2 credits) – co-taught with Professor Laura Hungerford, DVM, PhD, Staff College, Center for Veterinary Medicine, FDA.

*Pharmacoepidemiology* (2 credits) – an introductory graduate level course at the Epidemiology & Biostatistics Summer Institute, Bloomberg School of Public Health, the Johns Hopkins University. Taught annually since 2005.

*Study design & Analysis* (2 credits) – an required introductory course in Epidemiology for health professionals in the School of Pharmacy, University of Maryland.  Taught annual since 2002.

## PROFESSIONAL ORGANIZATIONS/MEMBERSHIPS (current/past)

- American Association of Colleges of Pharmacy
- Drug Information Association
- International Society of Pharmacoepidemiology (Board of Directors 2004-2006, Fellow)
- Kappa Delta Pi (honor society in education)
- Rho Chi (honor society in pharmacy)

## SELECTED SERVICE ACTIVITIES

### *University of Maryland*

School of Pharmacy Representative, Center for the Advancement of Patient Safety, University of Maryland Medical Systems  2007-
Member, Dean of School of Public Health Search Committee 2006-2007
Faculty affairs committee, School of Pharmacy 2004-2006, 2006-2008 (Chair 2005-06)
MPH program steering committee member (School of Medicine) 2004-2005
Chair, Financial Aid Committee, School of Pharmacy (School of Pharmacy), 2002 - 2003
Graduate Council of the University of Maryland Graduate School, 2001-2003 (Chair, Long-Range Planning and New Program Committee 2002-2003)
Executive committee, Women's Health Research Group (School of Medicine), 2000 –2005.

### *External*

AHRQ - CERTS "Think Tank" Creating a national active surveillance network.  Invited member. 2007
International Society of Pharmacoepidemiology – Board of Directors (2004-2006), Academic Council, Representative for North America (1999-2001), Chair of Academic Council (2000-2001), Scientific committee member.
FDA - special government employee (expert) 1994-96, 1997-1999, 2000 – 2004, 2005-
NIH - Pharmacologic working group, Research on women's health for the 21st century, Office of Women's Health, NIH, Bethesda, MD 1997-98 (helped to draft two sections of the final report)
CDC - Review and comment on the data collection forms for the 2001-2004 NAMCS and NHAMCS surveys conducted by the National Center for Health Statistics, 1999
CDC/FDA/NIH – Concepts & Strategies to Actively Monitor the Risks of Medications in Pregnancy: Enhancing Post-Marketing Surveillance. Workshop participant. Nov. 29-30, 2000. Bethesda, MD.
Drug Information Association - Co-chair of poster sessions at annual meetings, 1999-2001
NASA – Goddard Space Flight Center Earth Sciences (GES) Distributed Active Archive Centers (DAAC) Users Working Group Member.  2000-2002

*Review activities*

Editorial board: Research in Social and Administrative Pharmacy, 2004-

Peer Reviews: American Journal of Pharmaceutical Education, British Medical Journal, Drug Safety, Fertility & Sterility, International Clinical Psychopharmacology, Journal of the American Pharmaceutical Association, Journal of General Internal Medicine, Journal of Managed Care Pharmacy, Journal of Research in Social and Administrative Pharmacy, Lancet, Medical Care, Pediatrics, Pharmacoepidemiology and Drug Safety, Reproductive Toxicology.

Grant reviews:
- Agency for Healthcare Research & Quality (AHRQ) – special emphasis panel for evaluation of CERTS proposals - 2007
- European Medicines Agency (EMEA) – extramural grants reviewer 2006
- FDA Intramural grant review committee member, internal 1995, 1997, external 1998, 1999
- WHRG Intramural grant review committee member, 1999-2005

*Consulting*
Goodell, Devries, Leech, and Dan, LLP 2007-, Isotretinoin Scientific Advisory Board 2005-2008 Institutes of Medicine 2005-06, Abt Associates 2005-2006,Fulbright & Jaworski  2002-2006, Covance 2002-2005 , Luvera, Barnett, Brindley, Beninger &  Cunningham, 2000-2002, Robins, Kaplan, Miller & Ciresi LLP, 1999-2002, the Los Angeles Times, 1998-2000, Immune Deficiency Foundation 1998, Parexcel 1998, Medtap Systems, LLC 1997, Hoffman-LaRoche AG 1992-1993 Expert consultant on several NIH/AHQR grants in drug safety/pharmaceutical regulation.

REV.10/2008

EXHIBIT 1: MATERIALS CONSIDERED

21 C.F.R. 201.57.  Specific requirements on content and format of labeling for human prescription drug and biological products described in § 201.56(b)(1).  April 1, 2008 edition.

21 C.F.R. 314.80.  Postmarketing reporting of adverse drug experiences.  April 1, 2008 edition

Ahmad SR, Goetsch RA, Marks NS. Chapter 9. Spontaneous reporting in the United States. In: Pharmacoepidemiology. 4th Edition.  Strom B ed.  Wiley & Sons. England. 2005.

Altman CD-ROM, Exhibit 7 from Blume deposition 11/12/07

Altman K. Declaration of Keith Altman in support of the Plaintiffs' opposition. Document 1197-144 April 4, 2008.

Berlin JA and Kim CJ. Chapter 44. The use of meta-analysis in pharmacoepidemiology. In: Pharmacoepidemiology. 4th Edition.  Strom B ed.  Wiley & Sons. England.  2005. (electronic version)

Blume C. Declaration of Cheryl Blume in support of Plaintiffs' opposition. Document 1197-120 April 4, 2008.

Blume C. Deposition in NEURONTIN MARKETING, SALES MDL DOCKET NO: 1629 PRACTICES, AND PRODUCTS LIABILITY LITIGATION. November 12, 2007.

Bradburn MJ, Deeks JJ, Berlin JA, Localio AR. Much ado about nothing: a comparison of the performance of meta-analytical methods with rare events. Statist Med 2007;26-53-77.

Bridges et al. Suicide Trends Among Youths Aged 10 to 19 Years in the United States, 1996 – 2005. JAMA 2008;300:1025 – 6.

Christensen, et al., Epilepsy and risk of suicide: population-based case-control study. Lancet 2007;6:693 – 698.

Druglogic®.  Qscan® 3.2 User's Guide.  User Manual. Version 3.2 .2006. Druglogic. Reston,VA.

Eisai Inc. Zonegran (zonisamide) Package Insert. 2007.

FDA.   FDA Drug Safety Newsletter Fact Sheet.  FDA Drug Safety Newsletter.  Updated June 19, 2008.  at: http://www.fda.gov/cder/dsn/factsheet.htm

35

FDA. Information for Health Professionals Suicidality and Antiepileptic Drugs. January 31, 2008. At: http://www.fda.gov/cder/drug/InfoSheets/HCP/antiepilepticsHCP.htm

FDA. Joint Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee and the Psychopharmacologic Drugs Advisory Committee July 10, 2008. *Questions 2008-437b-01-FDA-Katz.pdf* At: http://www.fda.gov/ohrms/dockets/ac/08/questions/2008-4372q1.pdf

FDA.  Office of Drug Safety Annual Report: 2002.  April 9, 2004. available at: http://www.fda.gov/cder/Offices/ODS/AnnRep2002/default.htm

FDA. The FDA Guidance to Industry, Good Pharmacovigilance Practices and Pharmacoepidemiology Assessment, March 2005 Available at: - http://www.fda.gov/Cder/Guidance/6359OCC.pdf

Gabapentin Data Capture Aid. (Version 1.0)  Doc 1197-123 Filed 4/4/2008 and Blume Declaration 2008, Exhibit G.

Gibbons Daubert Hearing, June 20, 2008, direct examination of Dr. Robert Gibbons.

GlaxoSmithKline. Lamictal (lamotrigine) tablets prescribing information. September 2006.

Greenland, S. Can Meta-analysis Be Salvaged? Am. J. *Epidemiol.* 1994;140: 783-787.

Greenland S. EXPERT REPORT OF SANDER GREENLAND, M.A., M.S., Dr.P.H. Regarding the Epidemiology of Neurontin® (gabapentin) and Suicidal Behavior October 19, 2007

Hauben M. Zhou X. Quantitative methods in Pharmacovigilance Focus on signal detection. Drug Safety. 2003;26:159-186.

Joint Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee and the Psychopharmacologic Drugs Advisory Committee July 10, 2008. Transcript. 2008-4372t1-pdf At: http://www.fda.gov/ohrms/dockets/ac/08/transcripts/2008-4372t1.pdf

Katz R. Memorandum. Briefing Document for the July 10, 2008 FDA Advisory Committee Meeting to Discuss Antiepileptic Drugs (AEDs) and Suicidality. June 12, 2008.

Knowles, et al., Can. J. Clin. Pharmacol. 9:149 – 153 (2002)

Levenson, M. Rochester CG, Mentari E et al.  FDA Report.  Statistical review and evaluation: Antiepileptic drugs and suicidality. May 23, 2008.

MedDRA Release Archive.  At: http://meddramsso.com/Translations/release_archive.htm

MedDRA Term Selection:  Points to Consider. Release 3.10 (Based on MedDRA Version 11.0.  April 1, 2008.  At: http://www.meddramsso.com/MSSOWeb/Document_Library/DatRetPTC_R1.5.pdf

MedWatch forms for completed suicides from Pfizer ARISg database

Morse R. Search script for the COSTART Thesaurus of Adverse Reaction Jan 1994. Available at: http://hedwig.mgh.harvard.edu/biostatistics/node/17)

Mosholder AD, Palmer CA. J Child Adolesc Psychopharmacol. 2006;15:33-6.

ORTHO-McNeil Neurologics, Inc. Topamax (Topiramate) Product Label. December 2006.

Pfizer_MPatel_0039743

Pfizer_Regulatory_001621

Plaintiffs' Opposition to Defendant's Daubert brief, 2008

Posner K, Oquendo MA, Gould M, Stanley B, Davies M. Columbia Classification Algorithm of Suicide Assessment (C-CASA): Classification of Suicidal Events in the FDA's Pediatric Suicidal Risk Analysis of Antidepressants. American Journal of Psychiatry 2007; 164(7):1035-1043.

Rothman, Greenland & Lash *Modern Epidemiology, 3rd Edition*.  Lippincott Williams & Wilkins. 2008. Philadelphia, PA.

Strom BL. Chapter 2. Study designs available for pharmacoepidemiology studies. In: Pharmacoepidemiology. 4th Edition.  Strom B ed.  Wiley & Sons. England.  2005. (electronic version)

Strom B and Melmon KL.  Chapter 40. The use of pharmacoepidemiology to study beneficial drug effects.  In: Pharmacoepidemiology. 4th Edition.  Strom B ed.  Wiley & Sons. England.  2005 (electronic version).

Thompson SG. Systematic Review: Why sources of heterogeneity in meta-analysis should be investigated. BMJ 1994;309:1351-1355.

Tondo L. et al.  Suicidal Behaviour in Bipolar Disorder: Risk and Prevention.  CNS Drugs 2003;17:491-511.

UCB, Inc. Keppra (levetiracetam) Tablets Oral Solution Prescribing Information. 2006.

Weiss S.R, Gogolak V, Chung S., Deshpande G. Assessing data mining approaches to drug safety.  In: Best Practices in Data Mining Think Tank Meeting.  Shady Grove, MD. June 2008.  At: http://www.unmaryland.edu/datamining.html

Woodcock J. STATEMENT BY JANET WOODCOCK, M.D.
DIRECTOR, CENTER FOR DRUG EVALUATION AND RESEARCH FOOD AND DRUG ADMINISTRATION BEFORE THE
SUBCOMMITTEE ON OVERSIGHT AND INVESTIGATIONS COMMITTEE ON ENERGY AND COMMERCE U.S. HOUSE OF REPRESENTATIVES. DECEMBER 11, 2002.  At: **http://www.fda.gov/ola/2002/accutane1211.html**