EXHIBIT D

**Finkelstein & Partners** LLP
**THE INJURY ATTORNEYS**™

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, II (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LL.M (NY & PA)
Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Nancy Y. Morgan (NY, NJ & PA)

Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Julio E. Urrutia (NY)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)

Steven P. Shultz (NY & MA)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)

Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)
Keith L. Altman (CA)

*Of Counsel*
Michael Feldman (NY & NJ)
Michael Finkelstein (NY)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Kenneth Cohen (NJ)
Linda Armatti-Epstein (NY)

John F. Dowd (NY & CT)
David Akerib (NY)
Frances M. Bova (NY & NJ)
Mark B. Hudoba (NY)
Kenneth G. Bartlett (CT & NJ)
Gustavo W. Alzugaray (NY & NJ)
Sharon A. Scanlan (NY & CT)
Robert E. Borrero (NY)
Marc S. Becker (NY)
Ernest S. Buonocore (NY)
Ari Kresch (NY & MI)
Jeffrey A. Brown, M.D. (NY & NJ)
Dennis G. Ellis (NY)
Gail Koff, P.C. (NY)
Joel Bossom (NY)
Eric L. Horn (NY, CT & MA)
Michael O. Gittelsohn (NY)

REFER TO OUR FILE #: 200599

December 12, 2008

Hare & Chaffin
160 Federal Street, 23rd Floor
Boston, MA 02110
Attn: David B. Chaffin

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: James Rouhandeh, Esq.

Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Attn: Scott Sayler, Esq.

Re:   In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Dear Counsel,

Attached please find an Amended Notice of Deposition of defense expert Sheila Weiss Smith, Ph.D. Please do not hesitate to contact me with any questions.

Very truly,

Kenneth B. Fromson

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy

1279 ROUTE 300, P.O. BOX 1111
NEWBURGH, NY 12551     Phone: (845) 562-0203     Fax: (845) 562-3492     www.lawampm.com     101 WHITNEY AVENUE
NEW HAVEN, CT 06510

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 1629
Master File No. 04-10981

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris
Magistrate Leo T. Sorokin

Bulger v. Pfizer, et. al.
07-11426-PBS

Smith v. Pfizer, et. al.
05-CV-11515-PBS

-----------------------------------------------------------------x

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal rules of Civil Procedure, Product Liability Plaintiffs, by and through their counsel, will take the deposition upon oral examination of Defendants' expert, Sheila Weiss-Smith, Ph.D., before a person authorized to administer oaths at the offices of Goodell, Devries, Leech & Dann, LLP, One South Street, 20th Floor, Baltimore, MD 21202, beginning on December 22, 2008, beginning at 9 a.m. and ending no later than 6 p.m. The testimony shall be recorded by sound-and-visual and by stenographic means by Veritext, LLC, 1 Penn Plaza, Suite 1706, New York, NY 10119. The parties are provided notice that such deposition may be used at the time of trial.

Pursuant to the provisions of the Stipulated Document Notice (Exhibit A), Sheila Weiss-Smith, Ph.D , is required to produce at his deposition or before the records, documents and tangible items set forth in the attached Exhibit A.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure.

Dated: December 12, 2008
Newburgh, NY

Kenneth B. Fromson
FINKELSTEIN & PARTNERS
*Attorneys for Products Liability Plaintiffs*
1279 Rte. 300
Box 1111
Newburgh, NY 12551
(845) 562-0203 x 2755

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2008, I caused to be served a true and correct copy of the foregoing Amended Notice of Deposition of Sheila Weiss-Smith, Ph.D., by first class U.S. Mail, postage prepaid to:

David B. Chaffin
Hare & Chaffin
160 Federal Street, 23rd Floor
Boston, MA 02110

*Liaison Counsel for MDL Defendants*

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: James Rouhandeh, Esq.

Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Attn: Scott Sayler, Esq.

*Attorneys for Defendants Pfizer, Inc., Warner-Lambert, LLC, et. al.*

Dated: December 12, 2008
Newburgh, NY

Kenneth B. Fromson
FINKELSTEIN & PARTNERS
*Attorneys for Products Liability Plaintiffs*
1279 Rte. 300
Box 1111
Newburgh, NY 12551
(845) 562-0203 x 2755

## *EXHIBIT A*

### DEFINITIONS

1. "Plaintiffs" mean any and all products liability plaintiffs in this litigation, and their representatives, agents or attorneys.

2. "Defendants" mean any and all of the following entities: Pfizer Inc., Warner-Lambert Company LLC, Warner-Lambert Company, and Parke-Davis.

3. "You or your" means Sheila Weiss-Smith, Ph.D., and her representatives, agents or attorneys.

4. The term "document" is used in its broadest sense and means the original and any non-identical copy, which is within the scope of the Federal Rules of Civil Procedure. The term "document" includes, but is not limited to writings, drawings, graphs, charts, photographs, and phonographic or recorded records and other data compilations.

5. The term "including" shall be interpreted so as to expand the meaning or interpretation of a term or question and shall not be interpreted in a restrictive manner.

### DOCUMENTS THE DEPONENT IS REQUIRED TO PRODUCE

1. All correspondence to or from you regarding this litigation.

2. All documents relating to monies paid or agreed to be paid to you in this litigation, including copies of any fee agreements or other agreements you have with counsel for Plaintiffs, and copies of your billings for work undertaken, time spent, activity, and amount billed.

3. All documents, notes, records and materials in your possession relating to Plaintiffs and/or to this litigation, including any notes you created or received, your complete file regarding this litigation, any photographs, audiotapes or videotapes related to this litigation.

4. All correspondence between you and Defendants or their attorneys, agents, or representatives, and all documents provided to you by counsel for Plaintiffs.

5. Any correspondence and any other written communication between you and any other person concerning Plaintiffs, and/or this litigation.

6. All notes, records, reports, medical or scientific literature, data of any kind, or other material you reviewed or relied upon regarding your conclusions, opinions, and the causes of the alleged injuries of Plaintiffs.

7. All written studies, reports, records, opinions, notes and calculations or other documentation prepared or reviewed by you in connection with this litigation.

8. All writings, documents, notes, or other materials reflecting or relating to contacts between you and any medical health care professionals, consulting or testifying expert witnesses, their agents, or any other persons with whom you have had contact for purposes of conferring about the subjects of Neurontin® and the claims in this litigation, including any alleged adverse events such as suicidal ideation or behavior.

9. All documents and other materials in your possession, custody or control that were obtained from, provided by or authored by Defendants related to Neurontin, or any documents or materials reflecting communications between you and Defendants or Defendants' current or former employees.

10. All advertisements or other communications regarding your availability as a consultant or expert witness distributed or caused to be distributed by you or by any expert, consulting or witness referral service acting on your behalf.

11. All documents which reflect your relationship with any expert, consulting or witness referral service, company, database or directories, including documents reflecting arrangements for income sharing, fee-splitting or other remunerative arrangements.

12. All correspondence and memoranda recording, reflecting or regarding any meetings, telephone conversations, or other contacts between you and any governmental regulatory body relating to Defendants or Neurontin®.

13. All notes, slides, overheads, presentation materials, handouts, summaries, materials, outlines, publications and other documents and things which contain information regarding any class, course, seminar or other presentation taught or presented by you on the subjects of Neurontin®, and/or any alleged adverse events, including suicidal ideation or behavior, related to Neurontin.

14. All writings, documents, notes, reports, summaries, raw data, or other materials reflecting or relating to analyses, calculations, evaluation of any adverse event data or databases conducted and/or considered by you or your agents, or anyone working for counsel for plaintiffs, that you have reviewed or relied on in forming your opinions in this case, along with any database used for such analyses and the applicable software to conduct the data analyses.