EXHIBIT G

1    IN THE UNITED STATES DISTRICT COURT
2       FOR THE DISTRICT OF MASSACHUSETTS
3
4    In re:  NEURONTIN MARKETING,
5    SALES PRACTICES AND PRODUCTS
6    LIABILITY LITIGATION
7    _____/
8    THIS DOCUMENT RELATES TO:   MDL Docket No. 1629
9    Bulger v. Pfizer, et al.    Master File No. 04-10981
10   07-11426-PBS
11
12   Smith v. Pfizer, et al.
13   05-CV-11515-PBS
14   Crone v. California State Court
15   _____/
16
17        The videotaped deposition of SHEILA WEISS
18   SMITH, PH.D. was held on Monday, December 22, 2008,
19   commencing at 9:17 A.M., at the Law Offices of Goodell,
20   DeVries, Leech & Dann, LLP, 20th Floor Commerce Place,
21   One South Street, Baltimore, Maryland  21202,
22   before Ronda J. Thomas, a Notary Public.
23
24   Job No.: 183061
25   REPORTED BY:  Ronda J. Thomas, RPR, CLR

---

1   APPEARANCES:
2
3      ON BEHALF OF THE PLAINTIFFS, PRODUCTS LIABILITY
4      STEERING COMMITTE AND CRONE:
5         KEITH ALTMAN, ESQUIRE
6         Finkelstein & Partners
7         436 Robinson Avenue
8         Newburgh, New York 12550
9         Telephone:  845.562.0203
10        Facsimile:  845.562.3492
11        Email:  Kaltman@lawampmmt.com
12
13     ON BEHALF OF PFIZER AND MDL:
14        RICHARD M. BARNES, ESQUIRE
15        MICHAEL J. WASICKO, ESQUIRE
16        Goodell, DeVries, Leech & Dann, LLP
17        One South Street, 20th Floor
18        Baltimore, Maryland  21202
19        Telephone:  410.783.4000
20        Facsimile:  410.783.4040
21        Email:  Rmb@gdldlaw.com, mjw@gdldlaw.com
22
23
24
25   (APPEARANCES continued on next page.)

---

1   (APPEARANCES continued.)
2
3        ON BEHALF OF RAYMOND JENNINGS, M.D.:
4           ELANA GOLD, ESQUIRE (via teleconference)
5           Law Offices of Steven D. Hillyard, APC
6           345 California Street, Suite 1770
7           San Francisco, California 94104
8           Telephone:  415.334.6880
9           Facsimile:  415.334.6967
10          Email:  Egold@hdmlaw.com
11
12   ALSO PRESENT:  Robert Kowalchik, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25

---

1                    INDEX
2        Deposition of SHEILA WEISS SMITH, Ph.D.
3             December 22, 2008
4
5   EXAMINATION BY:                              PAGE
6   Mr. Altman                                     6
7   Mr. Barnes                                   329
8   Mr. Altman                                   331
9
10  EXHIBIT NUMBER:                            MARKED
11  18    Supplemental Report                      5
12  19    Materials considered                     5
13  20    Current CV                               5
14  21    Materials relied on by Dr. Weiss Smith   5
15  22    Gabapentin Related Clinical Study Cases 155
16  23    Statement by Janet Woodcock, M.D.       195
17  24    3 page document Pfizer_MHauben_0000123-125  210
18  25    Cumulative Percentage Reports of
19        Suicidal and Self-Injurious Behavior    228
20  26    FDA letter                              265
21  27    Chart - Percentage of Serious Reports   280
22  28    Invoices                                328
23  29-32 CD's (retained)                         332
24
25

12/22/2008 Weiss-Smith, Sheila

**Page 133**

```
1    Q    Correct.  You didn't use the same tool, you
2  used a different tool than what Dr. Blume used,
3  correct?
4    A    I believe so, yes.
5    Q    And if Q Scan did some things one way that
6  was different than what Dr. Blume requested, you could
7  see different results that may be because of the method
8  that was used and having nothing to do with the
9  accuracy of the computation, shall we say; is that
10 correct?
11   A    No, that's not correct.
12   Q    Okay.  How is that not correct?
13   A    I did data mining.  Dr. Blume didn't do
14 data mining.
15   Q    Let me give you a different example.
16        We talked about the date issue before.
17 What date to attribute to a particular report and you
18 were not aware how Q Scan dealt with the multiple
19 versions of a report; is that correct?
20   A    They do the last best case for the data,
21 but all the data is retained.
22   Q    I understand that, but when you do data
23 mining, you only want to use one -- you only want to
24 count a report one time, correct?
25   A    That's correct.  That's why they do that
```

**Page 135**

```
1    Q    Understood.  But if you did the same thing
2  and you used different ways of assigning the date, you
3  could see different results without either one of them
4  being wrong, it's just the convention that was
5  selected; is that correct?
6        MR. BARNES:  Objection.  Vague.  If you can
7  answer that.
8    A    In the hypothetical situation that we
9  actually both did the same thing, which we didn't do,
10 any change in protocol or use of different data could
11 get different results.
12   Q    Okay.  Have you ever designed a clinical
13 trial?
14   A    No.
15   Q    Have you ever done the power
16 calculations -- are you aware what power calculations
17 are typically done with the design of a clinical trial?
18        MR. BARNES:  We covered this in some
19 significant detail last year.  So with Dr. Weiss and
20 Mr. Fromson and you, so you should ask a new question.
21 That was covered in great detail a year ago.
22        MR. ALTMAN:  I'm sorry.  It was 10 months
23 ago and I have some questions that are relevant to this
24 and she rendered some new opinions so.
25        MR. BARNES:  Ask a different question and
```

**Page 134**

```
1  last best case so each report is only counted one time.
2    Q    But if the last best case was six years
3  after the FDA actually learned about a particular term;
4  isn't that not accurate?
5    A    I don't believe that they used the last
6  date.  I believe they used the first date of the
7  report.  But I would have to go back and verify that.
8  I thought I did that earlier.
9    Q    I'm sorry.  If the first date of the report
10 didn't contain the term and it only showed up in the
11 last best case, wouldn't that also be inaccurate?
12   A    Not necessarily.
13   Q    But it could be.  You wouldn't know, right?
14   A    Such as the nature of data mining.
15   Q    Correct.  So you don't know what influence
16 that might have on the report, correct?
17   A    These are all such hypotheticals.  It's
18 hard to put this into any meaningful context.
19   Q    What I'm getting at is if Q Scan used one
20 mechanism for attributing the date, which was different
21 than what Dr. Blume used, you could see different
22 results based upon that, correct?  Without either one
23 of them being wrong?
24   A    That's assuming that we did the same thing,
25 which we did not do.
```

**Page 136**

```
1  we'll go forward.  She was asked for probably an hour's
2  worth of questions on power calculations last time.
3        MR. ALTMAN:  Are you going to instruct her
4  not to answer?
5        MR. BARNES:  That last question was asked
6  and answered.  You can ask another question.
7        MR. ALTMAN:  I'm asking that question.
8        MR. BARNES:  Ask it again.  What's the
9  question?
10   Q    Are you aware that power calculations is
11 typically done with the design of a clinical trial?
12        MR. BARNES:  Answer that question.
13   A    Yes, I am aware that they typically do
14 clinical trial power calculations.
15   Q    What is the purpose of doing those power
16 calculations?
17   A    The purpose is to estimate how many people
18 they will need to enroll to complete the study.
19   Q    Is that -- to complete the study but to see
20 or not see a particular effect, correct?
21   A    That's the whole -- whatever the purpose of
22 doing the study is.
23   Q    And the study that's not adequately powered
24 may fail to see an effect even though it actually
25 exists, correct?
```

12/22/2008 Weiss-Smith, Sheila   12/22/2008 Weiss-Smith, Sheila

1 okay is run your data mining and simply put your stuff
2 on the shelf --
3         MR. BARNES:  If you have an opinion.
4     A     I can't make an opinion like that because
5 you're talking in general and things are evolving even
6 as we speak on how data mining is best used.
7         So things are evolving now and that's a
8 good question that I don't think we have been able to
9 answer yet as an industry on how to deal with data
10 mining.
11     Q     For your -- when you access Q Scan, is that
12 through a web site?  Do you go into your log-in and you
13 can run your analyses?
14     A     That's correct.
15     Q     And you can download some of that data or
16 computations or whatever that it produces?
17     A     It's an application.  It has software on it
18 to do statistics, that's all it is.
19     Q     How is the output given to you?
20     A     It depends on what you're looking at.
21     Q     The first time you provided us some Excel
22 spreadsheets of data that formed part of the basis of
23 your report, do you recall that?
24     A     I believe I gave you the raw counts that
25 were used to calculate the PRRs, yes.

321

12/22/2008 Weiss-Smith, Sheila

1     Q     Did you generate charts similar to that
2 when you did your analyses in your supplemental report?
3     A     Did I for here?  No.
4     Q     For your supplemental report?
5     A     No, I didn't.  Raw data.
6     Q     How did you actually -- the charts that are
7 in your supplemental report, did those come straight
8 from Q Scan or do you actually have to make those
9 charts?  I'm talking about ones on the PRR?
10     A     Which -- give me an example, which one?
11     Q     Your supplemental report.  Let's take on
12 page 22?
13     A     Figure 1?
14     Q     Figure 1, yes.
15     A     So I get the statistic, the PRR statistic,
16 and I put it in an Excel spreadsheet and I plotted it
17 in Excel.
18     Q     I mean, did you hand write that stuff from
19 Q Scan or did you download a chart or something?
20     A     I believe I downloaded a delimited file to
21 a data file.
22     Q     Do you still have those files?
23     A     Probably not.  They're raw files.  I would
24 just recalculate it.
25     Q     Okay.  Did you write out a formal protocol

322

1 when you did these analyses?
2     A     I put the protocol in my report.  So yes, I
3 decided beforehand what I was going to do.
4     Q     Do you know whether Dr. Blume did a similar
5 thing before she had analyses run?
6     A     Based on the number of tables and runs that
7 you did that were available on the CD that I reviewed,
8 I suspect not.
9     Q     Do you know if Dr. Blume said to run all
10 adverse event terms at all MedDra levels?
11     A     That's what it looks like to me that was
12 done.
13     Q     Is there something wrong with doing that,
14 running all adverse event terms on all MedDra levels?
15     A     Depends on what context.
16     Q     Well, in this context here you make the
17 suggestion that -- frankly, I think you make the
18 suggestion that there's something wrong with doing
19 that.
20         If the practice is to run every single
21 adverse event term that actually occurs at all four
22 MedDra levels, is there something fundamentally wrong
23 with doing every possible term and generating those
24 data?
25     A     But what you -- you can look at whatever

323

12/22/2008 Weiss-Smith, Sheila

1 you want to look at.  But what is the intent and if
2 you're going to do statistical analysis, you have to
3 predefine what is your threshold.
4         I don't think it's a legitimate exercise to
5 do the analysis and then afterwards to say, okay,
6 here's my cut off.  I like this cut off because this
7 gives me what I want.  You have to define your cut off
8 threshold, algorithm statistic ahead of time.
9     Q     Do you know whether Dr. Blume did that or
10 not?
11     A     She mentioned nothing about any statistic,
12 any threshold, any significance level.  I saw nothing
13 in any report.
14     Q     But that doesn't mean that she didn't do
15 that, correct?
16         MR. BARNES:  Objection.
17     A     If I saw nothing in all the pages of all of
18 these reports that she put together, she didn't bother
19 to mention that and she mentioned everything else, I
20 would assume that she didn't do it.
21     Q     Did you put your thresholds in here?
22     A     Yes, I did.
23     Q     Where are they?  Is that what you used on
24 page 21?
25         MR. BARNES:  Take your time.  Maybe in your

324