# EXHIBIT 2
# (PART I)


# Practice Guideline

## for the

## Assessment and

## Treatment of Patients

## With Suicidal Behaviors





American Psychiatric Association

**American Psychiatric Association Practice Guidelines**

# Practice Guideline for the Assessment and Treatment of Patients With Suicidal Behaviors

## Work Group on Suicidal Behaviors

Douglas G. Jacobs, M.D., Chair

Ross J. Baldessarini, M.D.

Yeates Conwell, M.D.

Jan A. Fawcett, M.D.

Leslie Horton, M.D., Ph.D.

Herbert Meltzer, M.D.

Cynthia R. Pfeffer, M.D.

Robert I. Simon, M.D.

## Steering Committee on Practice Guidelines

John S. McIntyre, M.D., Chair

Sara C. Charles, M.D., Vice-Chair

Kenneth Altshuler, M.D.

Ian Cook, M.D.

C. Deborah Cross, M.D.

Barry J. Landau, M.D.

Louis Alan Moench, M.D.

Grayson Norquist, M.D.

Stuart W. Twemlow, M.D.

Sherwyn Woods, M.D., Ph.D.

Joel Yager, M.D.

## Consultants and Liaisons

Sheila Hafter Gray, M.D. (Liaison)

Andrew J. Kolodny, M.D. (Liaison)

Robert Johnston, M.D. (Area I)

James Nininger, M.D. (Area II)

Roger Peele, M.D. (Area III)

Daniel J. Anzia, M.D. (Area IV)

R. Scott Benson, M.D. (Area V)

Lawrence Lurie, M.D. (Area VI)

R. Dale Walker, M.D. (Area VII)

## Staff

Robert Kunkle, M.A., Senior Program Manager

Althea Simpson, M.B.A., Project Coordinator

Laura J. Fochtmann, M.D., Practice Guidelines Medical Editor

Claudia Hart, Director, Department of Quality Improvement and Psychiatric Services

Darrel Regier, M.D., M.P.H., Director, Division of Research

Developed under the auspices of the Steering Committee on Practice Guidelines. Successive drafts reviewed by APA components and members, as well as other interested individuals and organizations (see p. 97) and two members of the editorial board of *The American Journal of Psychiatry*. Approved by the APA Board of Trustees in June 2003 and published in November 2003.

Part A received by *The American Journal of Psychiatry* July 3, 2003; accepted July 28, 2003.

Copyright © 2003 American Psychiatric Association. ALL RIGHTS RESERVED. No part of this Practice Guideline may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, or by any information storage or retrieval system, without permission in writing from the publisher.

der. Thus, clozapine treatment should be given serious consideration for psychotic patients with frequent suicidal ideation, attempts, or both [I]. However, the benefits of clozapine treatment need to be weighed against the risk of adverse effects, including potentially fatal agranulocytosis and myocarditis, which has generally led clozapine to be reserved for use when psychotic symptoms have not responded to other antipsychotic medications. If treatment is indicated with an antipsychotic other than clozapine, the other second-generation antipsychotics (e.g., risperidone, olanzapine, quetiapine, ziprasidone, aripiprazole) are preferred over the first-generation antipsychotic agents [I].

ECT has established efficacy in patients with severe depressive illness, with or without psychotic features. Since ECT is associated with a rapid and robust antidepressant response as well as a rapid diminution in associated suicidal thoughts, ECT may be recommended as a treatment for severe episodes of major depression that are accompanied by suicidal thoughts or behaviors [I]. Under certain clinical circumstances, ECT may also be used to treat suicidal patients with schizophrenia, schizoaffective disorder, or mixed or manic episodes of bipolar disorder [II]. Regardless of diagnosis, ECT is especially indicated for patients with catatonic features or for whom a delay in treatment response is considered life threatening [I]. ECT may also be indicated for suicidal individuals during pregnancy and for those who have already failed to tolerate or respond to trials of medication [II]. Since there is no evidence of a long-term reduction of suicide risk with ECT, continuation or maintenance treatment with pharmacotherapy or with ECT is recommended after an acute ECT course [I].

## 2. Psychosocial interventions

Psychotherapies and other psychosocial interventions play an important role in the treatment of individuals with suicidal thoughts and behaviors [II]. A substantial body of evidence supports the efficacy of psychotherapy in the treatment of specific disorders, such as nonpsychotic major depressive disorder and borderline personality disorder, which are associated with increased suicide risk. For example, interpersonal psychotherapy and cognitive behavior therapy have been found to be effective in clinical trials for the treatment of depression. Therefore, psychotherapies such as interpersonal psychotherapy and cognitive behavior therapy may be considered appropriate treatments for suicidal behavior, particularly when it occurs in the context of depression [II]. In addition, cognitive behavior therapy may be used to decrease two important risk factors for suicide: hopelessness [II] and suicide attempts in depressed outpatients [III]. For patients with a diagnosis of borderline personality disorder, psychodynamic therapy and dialectical behavior therapy may be appropriate treatments for suicidal behaviors [II], because modest evidence has shown these therapies to be associated with decreased self-injurious behaviors, including suicide attempts. Although not targeted specifically to suicide or suicidal behaviors, other psychosocial treatments may also be helpful in reducing symptoms and improving functioning in individuals with psychotic disorders and in treating alcohol and other substance use disorders that are themselves associated with increased rates of suicide and suicidal behaviors [II]. For patients who have attempted suicide or engaged in self-harming behaviors without suicidal intent, specific psychosocial interventions such as rapid intervention; follow-up outreach; problem-solving therapy; brief psychological treatment; or family, couples, or group therapies may be useful despite limited evidence for their efficacy [III].

## II. Assessment of Patients With Suicidal Behaviors

### A. Overview

The assessment of the suicidal patient is an ongoing process that comprises many interconnected elements (Table 1). In addition, there are a number of points during patients' evaluation and treatment at which a suicide assessment may be indicated (Table 2).

The ability of the psychiatrist to connect with the patient, establish rapport, and demonstrate empathy is an important ingredient of the assessment process. For suicidal patients who are followed on an ongoing basis, the doctor-patient relationship will provide the base from which risk and protective factors continue to be identified and from which therapeutic interventions, such as psychotherapies and pharmacotherapies, are offered.

At the core of the suicide assessment, the psychiatric evaluation will provide information about the patient's history, current circumstances, and mental state and will include direct questioning about suicidal thinking and behaviors. This evaluation, in turn, will enable the psychiatrist to identify specific factors and features that may increase or decrease the potential risk for suicide or other suicidal behaviors. These factors and features may include developmental, biomedical, psychopathologic, psychodynamic, and psychosocial aspects of the patient's current presentation and history, all of which may serve as modifiable targets for both acute and ongoing interventions. Such information will also be important in addressing the patient's immediate safety, determining the most appropriate setting for treatment, and developing a multiaxial differential diagnosis that will further guide the planning of treatment.

Although the approach to the suicidal patient is common to all individuals regardless of diagnosis or clinical

SUICIDAL BEHAVIORS

Table 2. Circumstances in Which a Suicide Assessment May Be Indicated Clinically

Emergency department or crisis evaluation

Intake evaluation (on either an inpatient or an outpatient basis)

Before a change in observation status or treatment setting (e.g., discontinuation of one-to-one observation, discharge from inpatient setting)

Abrupt change in clinical presentation (either precipitous worsening or sudden, dramatic improvement)

Lack of improvement or gradual worsening despite treatment

Anticipation or experience of a significant interpersonal loss or psychosocial stressor (e.g., divorce, financial loss, legal problems, personal shame or humiliation)

Onset of a physical illness (particularly if life threatening, disfiguring, or associated with severe pain or loss of executive functioning)

presentation, the breadth and depth of the psychiatric evaluation will vary with the setting of the assessment; the ability or willingness of the patient to provide information; and the availability of information from previous contacts with the patient or from other sources, including other mental health professionals, medical records, and family members. Since the approach to assessment does vary to some degree in the assessment of suicidal children and adolescents, the psychiatrist who evaluates youths may wish to review the American Academy of Child and Adolescent Psychiatry's *Practice Parameter for the Assessment and Treatment of Children and Adolescents With Suicidal Behavior* (4). In some circumstances, the urgency of the situation or the presence of substance intoxication may necessitate making a decision to facilitate patient safety (e.g., instituting hospitalization or one-to-one observation) before all relevant information has been obtained. Furthermore, when working with a team of other professionals, the psychiatrist may not obtain all information him- or herself but will need to provide leadership for the assessment process so that necessary information is obtained and integrated into a final assessment. Since the patient may minimize the severity or even the existence of his or her difficulties, other individuals may be valuable resources for the psychiatrist in providing information about the patient's current mental state, activities, and psychosocial crises. Such individuals may include the patient's family members and friends but may also include other physicians, other medical or mental health professionals, teachers or other school personnel, members of the patient's military command, and staff from supervised housing programs or other settings where the patient resides.

## B. Conduct a Thorough Psychiatric Evaluation

The psychiatric evaluation is the core element of the suicide risk assessment. This section provides an overview of the key aspects of the psychiatric evaluation as they relate to the assessment of patients with suicidal behaviors. Although the factors that are associated with an increased or decreased risk of suicide differ from the factors associated with an increased or decreased risk of suicide attempts, it is important to identify factors modulating the

risk of any suicidal behaviors. Additional details on specific risk factors that should be identified during the assessment are discussed in Sections II.E, "Estimate Suicide Risk" (p. 12), and III.H, "Reassess Safety and Suicide Risk" (p. 35). For further discussion of other aspects of the psychiatric evaluation, the psychiatrist is referred to the American Psychiatric Association's *Practice Guideline for Psychiatric Evaluation of Adults* (5). Additional information on details of the suicide assessment process is reviewed elsewhere (6, 7).

### 1. Identify specific psychiatric signs and symptoms

It is important to identify specific psychiatric signs and symptoms that are correlated with an increased risk of suicide or other suicidal behaviors. Symptoms that have been associated with suicide attempts or with suicide include aggression, violence toward others, impulsiveness, hopelessness, and agitation. Psychic anxiety, which has been defined as subjective feelings of anxiety, fearfulness, or apprehension whether or not focused on specific concerns, has also been associated with an increased risk of suicide, as have anhedonia, global insomnia, and panic attacks. In addition, identifying other psychiatric signs and symptoms (e.g., psychosis, depression) will aid in determining whether the patient has a psychiatric syndrome that should also be a focus of treatment.

### 2. Assess past suicidal behavior, including intent of self-injurious acts

A history of past suicide attempts is one of the most significant risk factors for suicide, and this risk may be increased by more serious, more frequent, or more recent attempts. Therefore, it is important for the psychiatrist to inquire about past suicide attempts and self-destructive behaviors, including specific questioning about aborted suicide attempts. Examples of the latter would include putting a gun to one's head but not firing it, driving to a bridge but not jumping, or creating a noose but not using it. For each attempt or aborted attempt, the psychiatrist should try to obtain details about the precipitants, timing, intent, and consequences as well as the attempt's medical severity. The patient's consumption of alcohol and drugs before the attempt should also be ascertained, since intoxication can facilitate impulsive suicide attempts but can also be a component of a more serious suicidal plan. In understanding the issues that culminated in the suicide attempt, interpersonal aspects of the attempt should also be delineated. Examples might include the dynamic or interpersonal issues leading up to the attempt, significant persons present at the time of the attempt, persons to whom the attempt was communicated, and how the attempt was averted. It is also important to determine the patient's thoughts about the attempt, such as his or her own perception of the chosen method's lethality, ambivalence toward living, visualization of death, degree of premeditation, persistence of suicidal ideation, and reaction to the attempt. It is also helpful to inquire about past risk-taking

*Copyright © 2003 American Psychiatric Association*

behaviors such as unsafe sexual practices and reckless driving.

### 3. Review past treatment history and treatment relationships

A review of the patient's treatment history is another crucial element of the suicide risk assessment. A thorough treatment history can serve as a systematic method for gaining information on comorbid diagnoses, prior hospitalizations, suicidal ideation, or previous suicide attempts. Obtaining a history of medical treatment can help in identifying medically serious suicide attempts as well as in identifying past or current medical diagnoses that may be associated with augmented suicide risk.

Many patients who are being assessed for suicidality will already be in treatment, either with other psychiatrists or mental health professionals or with primary care physicians or medical specialists. Contacts with such caregivers can provide a great deal of relevant information and help in determining a setting and/or plan for treatment. With patients who are currently in treatment, it is also important to gauge the strength and stability of the therapeutic relationships, because a positive therapeutic alliance has been suggested to be protective against suicidal behaviors. On the other hand, a patient with a suicide attempt or suicidal ideation who does not have a reliable therapeutic alliance may represent an increased risk for suicide, which would need to be addressed accordingly.

### 4. Identify family history of suicide, mental illness, and dysfunction

Identifying family history is particularly important during the psychiatric evaluation. The psychiatrist should specifically inquire about the presence of suicide and suicide attempts as well as a family history of any psychiatric hospitalizations or mental illness, including substance use disorders. When suicides have occurred in first-degree relatives, it is often helpful to learn more about the circumstances, including the patient's involvement and the patient's and relative's ages at the time of the suicide.

The patient's childhood and current family milieu are also relevant, since many aspects of family dysfunction may be linked to self-destructive behaviors. Such factors include a history of family conflict or separation, parental legal trouble, family substance use, domestic violence, and physical and/or sexual abuse.

### 5. Identify current psychosocial situation and nature of crisis

An assessment of the patient's current psychosocial situation is important to detect acute psychosocial crises or chronic psychosocial stressors that may augment suicide risk (e.g., financial or legal difficulties; interpersonal conflicts or losses; stressors in gay, lesbian, or bisexual youths; housing problems; job loss; educational failure). Other significant precipitants may include perceived losses or recent or impending humiliation. An understanding of the patient's psychosocial situation is also essential in helping the patient to mobilize external supports, which can have a protective influence on suicide risk.

### 6. Appreciate psychological strengths and vulnerabilities of the individual patient

In estimating suicide risk and formulating a treatment plan, the clinician needs to appreciate the strengths and vulnerabilities of the individual patient. Particular strengths and vulnerabilities may include such factors as coping skills, personality traits, thinking style, and developmental and psychological needs. For example, in addition to serving as state-dependent symptoms, hopelessness, aggression, and impulsivity may also constitute traits, greater degrees of which may be associated with an increased risk for suicidal behaviors. Increased suicide risk has also been seen in individuals who exhibit thought constriction or polarized (either-or) thinking as well in individuals with closed-mindedness (i.e., a narrowed scope and intensity of interests). Perfectionism with excessively high self-expectation is another factor that has been noted in clinical practice to be a possible contributor to suicide risk. In weighing the strengths and vulnerabilities of the individual patient, it is also helpful to determine the patient's tendency to engage in risk-taking behaviors as well as the patient's past responses to stress, including the capacity for reality testing and the ability to tolerate rejection, subjective loneliness, or psychological pain when his or her unique psychological needs are not met.

## C. Specifically Inquire About Suicidal Thoughts, Plans, and Behaviors

In general, the more an individual has thought about suicide, has made specific plans for suicide, and intends to act on those plans, the greater will be his or her risk. Thus, as part of the suicide assessment it is essential to inquire specifically about the patient's suicidal thoughts, plans, behaviors, and intent. Although such questions will often flow naturally from discussion of the patient's current situation, this will not invariably be true. The exact wording of questions and the extent of questioning will also differ with the clinical situation. Examples of issues that the psychiatrist may wish to address in this portion of the suicide assessment are given in Table 3.

### 1. Elicit the presence or absence of suicidal ideation

Inquiring about suicidal ideation is an essential component of the suicide assessment. Although some fear that raising the topic of suicide will "plant" the issue in the patient's mind, this is not the case. In fact, broaching the issue of suicidal ideation may be a relief for the suicidal patient by opening an avenue for discussion and giving him or her an opportunity to feel understood.

In asking about suicidal ideas, it is often helpful to begin with questions that address the patient's feelings about living, such as, "How does life seem to you at this point?"

Copyright © 2003 American Psychiatric Association