# EXHIBIT 2
# (PART II)

Table 4. Factors Associated With an Increased Risk for Suicide

Suicidal thoughts/behaviors
  Suicidal ideas (current or previous)
  Suicidal plans (current or previous)
  Suicide attempts (including aborted or interrupted attempts)
  Lethality of suicidal plans or attempts
  Suicidal intent
Psychiatric diagnoses
  Major depressive disorder
  Bipolar disorder (primarily in depressive or mixed episodes)
  Schizophrenia
  Anorexia nervosa
  Alcohol use disorder
  Other substance use disorders
  Cluster B personality disorders (particularly borderline personality disorder)
  Comorbidity of axis I and/or axis II disorders
Physical illnesses
  Diseases of the nervous system
    Multiple sclerosis
    Huntington's disease
    Brain and spinal cord injury
    Seizure disorders
  Malignant neoplasms
  HIV/AIDS
  Peptic ulcer disease
  Chronic obstructive pulmonary disease, especially in men
  Chronic hemodialysis-treated renal failure
  Systemic lupus erythematosus
  Pain syndromes
  Functional impairment
Psychosocial features
  Recent lack of social support (including living alone)
  Unemployment
  Drop in socioeconomic status
  Poor relationship with family[a]
  Domestic partner violence[b]
  Recent stressful life event
Childhood traumas
  Sexual abuse
  Physical abuse
Genetic and familial effects
  Family history of suicide (particularly in first-degree relatives)
  Family history of mental illness, including substance use disorders
Psychological features
  Hopelessness
  Psychic pain[a]
  Severe or unremitting anxiety
  Panic attacks
  Shame or humiliation[a]
  Psychological turmoil[a]
  Decreased self-esteem[a]
  Extreme narcissistic vulnerability[a]
Behavioral features
  Impulsiveness
  Aggression, including violence against others
  Agitation
Cognitive features
  Loss of executive function[b]
  Thought constriction (tunnel vision)
  Polarized thinking
  Closed-mindedness

Table 4. (continued)

Demographic features
  Male gender[c]
  Widowed, divorced, or single marital status, particularly for men
  Elderly age group (age group with greatest proportionate risk for suicide)
  Adolescent and young adult age groups (age groups with highest numbers of suicides)
  White race
  Gay, lesbian, or bisexual orientation[b]
Additional features
  Access to firearms
  Substance intoxication (in the absence of a formal substance use disorder diagnosis)
  Unstable or poor therapeutic relationship[a]

[a]Association with increased rate of suicide is based on clinical experience rather than formal research evidence.
[b]Associated with increased rate of suicide attempts, but no evidence is available on suicide rates per se.
[c]For suicide attempts, females have increased risk, compared with males.

Table 5. Factors Associated With Protective Effects for Suicide

Children in the home[a]
Sense of responsibility to family[b]
Pregnancy
Religiosity
Life satisfaction
Reality testing ability[b]
Positive coping skills[b]
Positive problem-solving skills[b]
Positive social support
Positive therapeutic relationship[b]

[a]Except among those with postpartum psychosis or mood disorder.
[b]Association with decreased rate of suicide is based on clinical experience rather than formal research evidence.

dysfunctional relationships, can increase the likelihood of suicide attempts as well as increase the risk of suicide. At the same time, it is important to note that life events have different meanings for different individuals. Thus, in determining whether a particular stressor may confer risk for suicidal behavior, it is necessary to consider the perceived importance and meaning of the life event for the individual patient.

As the final component of the multiaxial diagnosis, the patient's baseline and current levels of functioning are important to assess (axis V). Also, the clinician should assess the relative change in the patient's level of functioning and the patient's view of and feelings about his or her functioning. Although suicidal ideation and/or suicide attempts are reflected in the Global Assessment of Functioning (GAF) scoring recommendations, it should be noted that there is no agreed-on correlation between a GAF score and level of suicide risk.

### E. Estimate Suicide Risk

The goal of the suicide risk assessment is to identify factors that may increase or decrease a patient's level of suicide risk, to estimate an overall level of suicide risk, and to develop a treatment plan that addresses patient safety and modifiable contributors to suicide risk. The assessment is comprehensive in scope, integrating knowledge of the patient's specific risk factors; clinical history, including psychopathological development; and interaction with the clinician. The estimation of suicide risk, at the culmination of the suicide assessment, is the quintessential clinical judgment, since no study has identified one specific risk factor or set of risk factors as specifically predictive of suicide or other suicidal behavior.

Copyright © 2003 American Psychiatric Association



Figure 1. Number and Rate of Deaths by Suicide in Males and Females in the United States in 2000, by Age Group[a]

[a] Includes deaths by suicide injury (ICD-10 codes X60–X84, Y87.0). From the Web-Based Injury Statistics Query and Reporting System, National Center for Injury Prevention and Control, Centers for Disease Control and Prevention (11).

Table 4 provides a list of factors that have been associated with increased suicide risk, and Table 5 lists factors that have been associated with protective effects. While risk factors are typically additive (i.e., the patient's level of risk increases with the number of risk factors), they may also interact in a synergistic fashion. For example, the combined risk associated with comorbid depression and physical illness may be greater than the sum of the risk associated with each in isolation. At the same time, certain risk factors, such as a recent suicide attempt (especially one of high lethality), access to a firearm, and the presence of a suicide note, should be considered serious in and of themselves, regardless of whether other risk factors are present.

The effect on suicide risk of some risk factors, such as particular life events or psychological strengths and vulnerabilities, will vary on an individual basis. Risk factors must also be assessed in context, as certain risk factors are more applicable to particular diagnostic groups, while others carry more general risk. Finally, it should be kept in mind that, because of the low rate of suicide in the population, only a small fraction of individuals with a particular risk factor will die from suicide.

Risk factors for suicide attempts, which overlap with but are not identical to risk factors for suicide, will also be identified in the assessment process. These factors should also be addressed in the treatment planning process, since suicide attempts themselves are associated with morbidity in addition to the added risk that they confer for suicide.

### 1. Demographic factors

In epidemiologic studies, a number of demographic factors have been associated with increased rates of suicide. However, these demographic characteristics apply to a very broad population of people and cannot be considered alone. Instead, such demographic parameters must be considered within the context of other interacting factors that may influence individual risk.

a) **Age.** Suicide rates differ dramatically by age. In addition, age-related psychosocial stressors and family or developmental issues may influence suicide risk. The age of the patient can also be of relevance to psychiatric diagnosis, since specific disorders vary in their typical ages of onset.

Between age 10 and 24 years, suicide rates in the general population of the United States rise sharply to approximately 13 per 100,000 in the 20- to 24-year-old age group before essentially plateauing through midlife. After age 70, rates again rise to a high of almost 20 per 100,000 in those over age 80 (Figure 1). These overall figures can be misleading, however, since the age distribution of suicide rates varies as a function of gender as well as with race and ethnicity. For example, among male African Americans and American Indians/Alaska Natives, suicide rates rise dramatically during adolescence, peak in young adult-

hood, and then fall through mid- and later life. Thus, in adolescence and young adulthood, the suicide rates of African American men are comparable with those of white men, although overall, African American males are half as likely to die from suicide as white males. While suicide rates in many age groups have remained relatively stable over the last 50 years, the rate among adolescents and young adults has increased dramatically, and the rate among the elderly has decreased. Among the 14- to 25-year-old age group, suicide is now the third leading cause of death, with rates that are triple those in the 1950s (12).

Suicide rates are higher in older adults than at any other point in the life course. In 2000 in the United States there were approximately 5,300 suicides among individuals over age 65, a rate of 15.3 per 100,000. Whereas older adults made up 12.6% of the population, they accounted for 18.1% of suicides. In addition, the high suicide rate in those over age 65 is largely a reflection of the high suicide rate in white men, which reaches almost 60 per 100,000 by age 85. While rates in Asian men also increase after age 65 and rates in Asian women increase dramatically after age 80, the rate for all other women is generally flat in late life.

Thoughts of death are also more common in older than in younger adults, but paradoxically, as people age they are less likely to endorse suicidal ideation per se (13). Attempted suicide is also less frequent among persons in later life than among younger age groups (14). Whereas the ratio of attempted suicides to suicides in adolescents may be as high as 200:1, there are as few as one to four attempts for each suicide in later life (15). However, the self-destructive acts that do occur in older people are more lethal. This greater lethality is a function of several factors, including reduced physical resilience (greater physical illness burden), greater social isolation (diminished likelihood of rescue), and a greater determination to die (15). Suicidal elders give fewer warnings to others of their plans, use more violent and potentially deadly methods, and apply those methods with greater planning and resolve (15, 16). Therefore, compared with a suicide attempt in a younger person, a suicide attempt in an older person confers a higher level of future suicide risk.

b) **Gender.** In virtually all countries that report suicide statistics to the World Health Organization, suicide risk increases with age in both sexes, and rates for men in older adulthood are generally higher than those for women (17). One exception is China, where the suicide rate of women is much greater than that of men (18). In the United States, death by suicide is more frequent in men than in women, with the suicide rate in males approximately four times that in females (Figure 1). In the psychiatric population, these gender differences are also present but are less prominent. In terms of murder-suicide, the male predominance is more pronounced, with identified typologies including young men with prominent sexual jealousy and elderly men with ailing spouses (19, 20). From age 65 on, there are progressive increases in suicide rates for white men and for Asian men as well as for men overall. With the exception of high suicide rates in Asian women over age 80, women in the United States are at highest risk in midlife (11).

A number of factors may contribute to these gender differences in suicide risk (21). Men who are depressed are more likely to have comorbid alcohol and/or substance abuse problems than women, which places the men at higher risk. Men are also less likely to seek and accept help or treatment. Women, meanwhile, have factors that protect them against suicide. In addition to their lower rates of alcohol and substance abuse, women are less impulsive, more socially embedded, and more willing to seek help. Among African American women, rates of suicide are remarkably low, a fact that has been attributed to the protective factors of religion and extended kin networks (22). At the same time, women have higher rates of depression (23) and respond to unemployment with greater and longer-lasting increases in suicide rates than do men (24).

Overall, for women in the general population, pregnancy is a time of significantly reduced suicide risk (25). Women with young children in the home are also less likely to kill themselves (26). Nonetheless, women with a history of depression or suicide attempts are at greater risk for poor outcomes postpartum. Although suicide is most likely to occur in the first month after delivery, risk continues throughout the postpartum period. Teenagers, women of lower socioeconomic status, and women hospitalized with postpartum psychiatric disorders may be at particularly increased risk postpartum (27, 28).

Women tend to choose less lethal suicide methods than men do (e.g., overdose or wrist cutting versus firearms or hanging). Such differences may in part account for the reversal in the gender ratio for suicide attempters, with women being reported to attempt suicide three times as often as men (29). This female predominance among suicide attempters varies with age, however, and in older adults the ratio of women to men among suicide attempters approaches 1:1 (11, 30). Rates of suicidal ideation and attempts are also increased in individuals with borderline personality disorder and in those with a history of domestic violence or physical and/or sexual abuse, all of which are more common among women (31–36). In addition, the likelihood of suicide attempts may vary with the phase of the menstrual cycle (37, 38).

c) **Race, ethnicity, and culture.** Variations in suicide rates across racial and ethnic groups have been mentioned earlier in the discussion of the influences of age and gender on suicide risk. Overall, however, in the United States, age-adjusted rates for suicide in whites and in non-Hispanic Native Americans are approximately double those observed in Hispanics, non-Hispanic African Americans, and Asian-Pacific Islanders (12.1 and 13.6 per 100,000 versus 6.1, 5.8, and 6.0 per 100,000, respectively) (11). For immigrant groups, in general, suicide rates tend to mirror the

rates in the country of origin and converge toward the rate in the host country over time (39–41).

In the United States, racial and ethnic differences are also seen in the rates of suicide across the lifespan, with the highest suicide rates occurring in those over age 65 among non-Hispanic whites, Hispanics, and Asian-Pacific Islanders (11). In contrast, among Native Americans and African Americans, the highest suicide rates occur during adolescence and young adulthood (11). Such figures may be deceptive, however, since each of these groups exhibits a striking degree of heterogeneity that is rarely addressed in compilations of suicide rates.

Racial and ethnic differences in culture, religious beliefs, and societal position may influence not only the actual rates of suicide but also the views of death and suicide held by members of a particular group. For some groups, suicide can be considered a traditionally accepted way of dealing with shame, distress, and/or physical illness (42). In addition, cultural values about conveying suicidal ideas may differ; in some cultures, for example, suicidal ideation may be considered a disgraceful or private matter that should be denied. Cultural differences, particularly in immigrants and in Native Americans and Alaska Natives, may generate acculturative stresses that in turn may contribute to suicidality (43, 44). Thus, knowledge of and sensitivity to common contributors to suicide in different racial and ethnic groups as well as cultural differences in beliefs about death and views of suicide are important when making clinical estimates of suicide risk and implementing plans to address suicide risk.

d) **Marital status.** Suicide risk also varies with marital status, with the suicide rate of single persons being twice that of those who are married. Divorced, separated, or widowed individuals have rates four to five times higher than married individuals (45, 46). Variations in suicide rates with marital status may reflect differing rates of baseline psychiatric illness but may also be associated with psychological or health variations. The presence of another person in the household may also serve as a protective factor by decreasing social isolation, engendering a sense of responsibility toward others, and increasing the likelihood of discovery after a suicide attempt. For women, the presence of children in the home may provide an additional protective effect (26, 47). It is also important to note that although married adults have lower rates of suicide overall, young married couples may have increased risk, and the presence of a high-conflict or violent marriage can be a precipitant rather than a protective factor for suicide.

e) **Sexual orientation.** Although no studies have examined rates of suicide among gay, lesbian, and bisexual individuals, available evidence suggests that they may have an increased risk for suicidal behaviors. Many recent studies involving diverse sample populations and research methods have consistently found that gay, lesbian, and bisexual youths have a higher risk of suicide attempts than matched heterosexual comparison groups (48–53). The female-to-male ratio for reported suicide attempts in the general population is reversed in lesbian and gay youths, with more males than females attempting suicide (48). While some risk factors leading to suicide, such as psychiatric and substance use disorders, are shared by both gay, lesbian, and bisexual youths and heterosexual youths, others are unique to being gay, lesbian, or bisexual (e.g., disclosure of sexual orientation to friends and family, experience of homophobia and harassment, and gender nonconformity). Aggressive treatment of psychiatric and substance use disorders, open and nonjudgmental support, and promotion of healthy psychosocial adjustment may help to decrease the risk for suicide in gay, lesbian, and bisexual youths and adults.

f) **Occupation.** Occupational groups differ in a number of factors contributing to suicide risk. These factors include demographics (e.g., race, gender, socioeconomic class, marital status), occupational stress (54, 55), psychiatric morbidity (56), and occupationally associated opportunities for suicide (56, 57). Physicians have been consistently found to be at higher risk for suicide than persons in other occupations including professionals (57, 58). After basic demographic correlates of suicide across 32 occupations were controlled, risk was found to be highest among dentists and physicians (with multivariate logistic regression odds ratios of 5.43 and 2.31, respectively) and was also increased among nurses, social workers, artists, mathematicians, and scientists (54). Although evidence is more varied, farmers may be at somewhat higher risk, whereas risk in police officers generally does not appear to differ from that of age- and sex-matched comparison subjects (54, 57).

### 2. Major psychiatric syndromes

The presence of a psychiatric disorder is probably the most significant risk factor for suicide. Psychological autopsy studies have consistently shown that more than 90% of persons who die from suicide satisfy the criteria for one or more psychiatric disorders (59, 60). The psychological autopsy method involves a retrospective investigation of the deceased person, within several months of death, and uses psychological information gathered from personal documents; police, medical, and coroner records; and interviews with family members, friends, co-workers, school associates, and health care providers to classify equivocal deaths or establish diagnoses that were likely present at the time of suicide (61–63).

In addition to there being high rates of psychiatric disorder among persons who die by suicide, almost all psychiatric disorders with the exception of mental retardation have been shown to increase suicide risk as measured by standardized mortality ratios (SMRs) (64) (Table 6). An SMR reflects the relative mortality from suicide in individuals with a particular risk factor, compared with the general population. Thus, the SMR will be equal to 1.0 when the number of observed suicide deaths is equivalent to the

Table 6. Risk of Suicide in Persons With Previous Suicide Attempts and Psychiatric Disorders[a]

| Condition | Number of Studies | Standardized Mortality Ratio (SMR)[b] | Annual Suicide Rate (%) | Estimated Lifetime Suicide Rate (%) |
|---|---|---|---|---|
| Previous suicide attempts | 9 | 38.4 | 0.549 | 27.5 |
| Psychiatric disorders | | | | |
| Eating disorders | 15 | 23.1 | | |
| Major depression | 23 | 20.4 | 0.292 | 14.6 |
| Sedative abuse | 3 | 20.3 | | |
| Mixed drug abuse | 4 | 19.2 | 0.275 | 14.7 |
| Bipolar disorder | 15 | 15.0 | 0.310 | 15.5 |
| Opioid abuse | 10 | 14.0 | | |
| Dysthymia | 9 | 12.1 | 0.173 | 8.6 |
| Obsessive-compulsive disorder | 3 | 11.5 | 0.143 | 8.2 |
| Panic disorder | 9 | 10.0 | 0.160 | 7.2 |
| Schizophrenia | 38 | 8.45 | 0.121 | 6.0 |
| Personality disorders | 5 | 7.08 | 0.101 | 5.1 |
| Alcohol abuse | 35 | 5.86 | 0.084 | 4.2 |
| Pediatric psychiatric disorders | 11 | 4.73 | | |
| Cannabis abuse | 1 | 3.85 | | |
| Neuroses | 8 | 3.72 | | |
| Mental retardation | 5 | 0.88 | | |

[a]Based on a meta-analysis by Harris and Barraclough (64) of 249 reports published between 1966 and 1993. Table adapted with permission.
[b]The SMR is the ratio of the observed mortality to the expected mortality and approximates the risk of mortality resulting from suicide in the presence of a particular condition. For the general population, the value of the SMR is 1.0, with an annual suicide rate of 0.014% per year and a lifetime rate of 0.72%.

number of expected deaths by suicide in an age- and sex-matched group in the general population. Values of the SMR for suicide that are greater than 1.0 indicate an increased risk of suicide, whereas values less than 1.0 indicate a decreased risk (i.e., a protective effect). It is also important to note that SMRs do not correspond precisely to the incidence or prevalence of suicide and may vary in their reliability depending on the number of suicides in the sample, the time period of the study, and the representativeness of the study population. Thus, SMRs should be viewed as estimates of relative risk and not as reflections of absolute risk for individuals with a particular disorder. It is equally necessary to appreciate distinctions in risk across disorders and variations in risk at differing points in the illness course in the effort to differentiate high-risk patients within an overall at-risk population identified in terms of standardized mortality.

a) **Mood disorders.** Study after study has confirmed that the presence of a major mood disorder is a significant risk factor for suicide. Not surprisingly, mood disorders, primarily in depressive phases, are the diagnoses most often found in suicide deaths (59, 65–67). Although most suicides in individuals with bipolar disorder occur during depressive episodes, mixed episodes are also associated with increased risk (68–70). Suicidal ideation and attempts are also more common during mixed episodes than in mania (71).

When viewed from the standpoint of lifetime risk, mood disorders are associated with an increased risk of mortality that has been estimated to range from a 12-fold increase in risk with dysthymia to a 20-fold increase in risk with major depression (64). Lifetime suicide risk in bipolar disorder has generally been found to be similar to that in unipolar major depression (69, 72). However, several longitudinal studies of patients followed after an index hospitalization have demonstrated suicide risks in patients with major depressive disorder that are greater than those in patients with either bipolar I disorder or bipolar II disorder (73–75).

Particularly for younger patients, suicides are more likely to occur early in the course of illness (68, 73, 75, 76). Nonetheless, risk persists throughout life in major depressive disorder as well as in bipolar disorder (73, 74). Suicide risk also increases in a graduated fashion with illness severity as reflected by the level of required treatment. Lifetime suicide rates in psychiatric outpatients ranged from 0.7% for those without an affective disorder to 2.2% for those with affective disorders, whereas lifetime suicide rates for individuals requiring hospitalization ranged from 4% for those whose admission for depression was not prompted by suicidal behavior or risk to 8.6% for those whose admission was the result of suicidality (77). Illness severity may also be an indicator of risk for suicide attempts (75, 78).

Among patients with mood disorders, lifetime risk also depends on the presence of other psychiatric symptoms or behaviors, some of which are modifiable with treatment. For example, patients with mood disorders who died by suicide within 1 year of initial evaluation were more likely to have panic attacks, severe psychic anxiety, diminished concentration, global insomnia, moderate alcohol abuse, and severe loss of pleasure or interest in activities (79). At later time points, hopelessness has been associated with increased suicide risk in mood disorder patients (78, 79). Suicidal ideation and a history of suicide attempts also augment risk (74, 79). Comorbid anxiety, alcohol use, and substance use are common in patients with mood disorders and may also increase the risk of suicide and suicide attempts (see Sections II.E.2.f, "Alcohol use disorders" [p. 18], and II.E.2.g, "Other substance use disor-

Case 1:04-cv-10981-PBS   Document 1633-4   Filed 01/23/09   Page 7 of 8

ders" [p. 18]). Although a greater risk for suicide or suicidal behaviors among patients with psychotic mood disorders has been seen in some studies (80–83), this relationship has not been found in other studies (84–88).

**b) Schizophrenia.** Compared to the risk in the general population, the risk of suicide in patients with schizophrenia is estimated to be about 8.5-fold higher (64), with even greater increments in risk in patients who have been hospitalized (89). Although earlier research suggested a 10%–15% lifetime risk of suicide among patients with schizophrenia (90–93), such estimates were likely inflated by biases in the patient populations and length of follow-up. More recent estimates suggest a lifetime risk of suicide in schizophrenia of about 4% (94).

Suicide may occur more frequently during the early years of the illness, with the time immediately after hospital discharge being a period of heightened risk (83, 89, 90, 95–98). However, risk continues throughout life (99, 100) and appears to be increased in those with a chronic illness course (83, 89, 101), multiple psychiatric hospitalizations (89, 95), or a previous suicide attempt (89, 90, 95, 100). Other consistently identified factors that confer an increased risk of suicide in patients with schizophrenia include male sex (83, 89, 90, 95, 102, 103), younger age (<30 years) (83, 90, 102), and social isolation (97, 104).

In individuals with schizophrenia or schizoaffective disorder, psychotic symptoms are often present at the time of a suicide attempt or suicide (105–107). However, command hallucinations seem to account for a relatively small percentage of suicides, and there is limited evidence on whether they increase suicide risk. Nonetheless, they may act as a precipitant to a suicide attempt or to suicide in some individuals (106, 108) (see Section II.E.3.c, "Command hallucinations" [p. 20]). Suicide in patients with schizophrenia may be more likely to occur during periods of improvement after relapse or during periods of depressed mood (83, 89, 90, 95, 100, 109–111), including what has been termed postpsychotic depression (112, 113). Also, patients with schizoaffective disorder appear to be at greater risk for suicide than those with schizophrenia (114).

Suicide risk may paradoxically be increased in those who have insight into the implications of having a schizophrenic illness, particularly if this insight is coupled with a feeling of hopelessness. Suicide risk is also increased in those who recognize a loss of previous abilities and are pessimistic about the benefits of treatment in restoring those abilities (93, 101, 115). This pattern is consistent with the increased risk of suicide observed in individuals with schizophrenia who had a history of good premorbid and intellectual functioning (83, 89, 103) as well as with the decreased risk of suicide in patients with prominent negative symptoms (83, 89, 103, 116).

Suicidal ideation and suicide attempts are common among individuals with schizophrenia and need to be identified and addressed in the assessment process. In series of hospitalized or longitudinally followed patients with schizophrenia, 40%–53% reported having suicidal ideation at some point in their lives and 23%–55% reported prior suicide attempts (80, 93, 108, 117). For individuals with schizoaffective disorder, these figures are likely to be even higher (80). Patients often reported that suicide attempts were precipitated by depression, stressors, or psychotic symptoms (108). In addition, suicide attempts among individuals with schizophrenia or schizoaffective disorder were often medically serious and associated with a high degree of intent (108), both of which would confer greater future risk for suicide.

**c) Anxiety disorders.** Although studies of lifetime suicide risk in anxiety disorders are more limited than for mood disorders, evidence suggests anxiety disorders are associated with a six- to 10-fold increase in suicide risk (64, 118, 119). Among persons who die from suicide, rates of anxiety disorders appear to be lower than rates of mood disorders, with one psychological autopsy study identifying an anxiety disorder in only 11% of persons who died from suicide (120). However, the prevalence of anxiety disorders may be underestimated because of the masking of anxiety by affective disorders and by alcohol use (121).

Of the anxiety disorders, panic disorder has been studied in the most detail. In psychological autopsy studies, panic disorder is present in about 1% of persons who die from suicide (120), whereas other studies of panic disorder show an SMR for suicide that is about 10 times that of the general population (64). As with anxiety disorders in general, comorbid depression, alcohol use, or axis II disorders are often present in individuals with panic disorder who die by suicide (122, 123).

Suicidal ideation and suicide attempts are common in individuals with anxiety disorders, but their rates vary with the patient population and with the presence of comorbid diagnoses. In panic disorder, for example, reported rates of prior suicide attempts range from 0% to 42% (124–129). In other anxiety disorders, the relative risks of suicidal ideation and suicide attempts also appear to be increased (118, 130). In addition, in patients with major depression, the presence of a comorbid anxiety disorder appears to increase the risk of suicidal ideation or suicide attempts (131, 132). Less clear, however, is whether anxiety disorders are associated with an increased risk for suicide and other suicidal behaviors in the absence of comorbid diagnoses (130, 132–136) or whether the observed increases in risk can be accounted for solely on the basis of comorbid disorders (127, 137). Nonetheless, suicide risk may be diminished by identifying masked anxiety symptoms and anxiety disorders that are misdiagnosed as medical illness as well as by explicitly assessing and treating comorbid psychiatric diagnoses in individuals with anxiety disorders.

**d) Eating disorders.** Eating disorders, particularly anorexia nervosa, are a likely risk factor for suicide as well as being associated with an increased risk of mortality in general (64, 138, 139). Exact risk is difficult to determine, how-

ever, as data on rates of suicide in eating disorders may be subject to underreporting bias (140). Suicide attempts are also common, particularly in individuals with bingeing and purging behaviors and in those with comorbid mood disorders, aggression, or impulsivity (141, 142). Conversely, suicide attempters may have increased rates of abnormal eating behaviors (142). The role of comorbid diagnoses in increasing the risk of suicidal behaviors remains to be delineated. It is also not clear whether the self-imposed morbidity and mortality associated with severe caloric restriction or bingeing and purging should be viewed as a self-injurious or suicidal behavior. Regardless, clinicians conducting a suicide risk assessment should be attentive to the presence of eating disorders and especially the co-occurrence of eating disorders with behaviors or symptoms such as deliberate self-harm or depression.

e) **Attention deficit hyperactivity disorder.** The relationship between attention deficit hyperactivity disorder (ADHD) and suicidal behavior is unclear, with some studies indicating an association between the diagnosis of ADHD and suicide attempts or completions (143, 144) and other studies indicating no such connection (145, 146). However, individuals with ADHD, combined type, may be at greater risk than those with ADHD, inattentive type, perhaps because of an increased level of impulsivity in the combined type of the disorder (144). In addition, the presence of ADHD may increase suicide risk through comorbidity with conduct disorder, substance abuse, and/or depressive disorder (143).

f) **Alcohol use disorders.** Alcoholism is associated with an increased risk for suicide, with suicide mortality rates for alcoholics that are approximately six times those of the general population (64, 94). In fact, abuse of substances including alcohol may be the second most frequent psychiatric precursor to suicide (147). Although suicide rates among alcoholics are higher in Europe and older literature indicated a lifetime risk for suicide in the 11%–15% range, recent literature suggests the lifetime risk of suicide among alcoholics in the United States is as low as 3.4% (148). In addition, in psychological autopsy studies, alcohol abuse or dependence is present in 25%–50% of those who died by suicide (59, 149–151).

Several factors, including recent or impending interpersonal losses and comorbid psychiatric disorders, have been specifically linked to suicide in alcoholic individuals. The loss or disruption of a close interpersonal relationship or the threatened loss of such a relationship may be both a consequence of alcohol-related behavior and a precipitant to suicide (110, 152–154). Suicide is also more likely to occur among alcoholics who suffer from depressive episodes than in persons with major depression or alcoholism alone. In addition, studies have found major depressive episodes in half to three-fourths of alcoholics who die by suicide (67, 120, 149, 152, 155–157). As a result, psychiatrists should systematically rule out the presence of a co-morbid depressive disorder and not simply assume that depressive symptoms result from alcohol use or its psychosocial consequences.

Whereas full-time employment appears to be a protective factor in alcoholics, factors that increase suicide risk include communications of suicidal intent, prior suicide attempts, continued or heavier drinking, recent unemployment, living alone, poor social support, legal and financial difficulties, serious medical illness, other psychiatric disorders, personality disturbance, and other substance use (64, 149, 152, 154, 156, 158, 159). In terms of gender, alcoholic men are more likely to die by suicide, but female alcoholics appear to have a greater standardized mortality due to suicide than men (64), indicating an increased risk of suicide in alcoholics regardless of gender. While the likelihood of a suicidal outcome increases with the total number of risk factors (149, 160), not all of these factors suggest an immediate risk. In fact, in contrast to suicide in depressed and schizophrenic patients, suicide in alcoholics appears to be a relatively late sequela of the disease (161), with communications of suicidal intent usually being of several years' duration and health, economic, and social functioning showing a gradual deterioration (149).

In addition to being associated with an increased risk of suicide, alcohol use disorders are associated with a greater likelihood of suicide attempts (162, 163). For suicide attempts among alcoholics, greater rates are associated with female sex, younger age, lower economic status, early onset of heavy drinking and alcohol-related problems, consumption of greater amounts of alcohol when drinking, and having a first- or second-degree relative who abused alcohol (164–167). The risk of suicide attempts among alcoholics is also increased by the presence of a comorbid psychiatric diagnosis, particularly major depression, other substance use disorders, antisocial personality disorder, or an anxiety disorder (165–171).

Thus, individuals with alcohol use disorders are at increased risk for suicide attempts as well as for suicide. Family histories of alcoholism and comorbid psychiatric disorders, particularly mood disorders and other substance use disorders, are frequent in alcoholics who die by suicide and who attempt suicide. Interpersonal loss and other adverse life events are commonly noted to precede suicide in alcoholics. These factors may act as precipitants, or, conversely, alcohol use disorders may have a deteriorating effect on the lives of alcoholics and culminate in suicide. Together, however, these findings suggest the need to identify and address comorbid psychiatric diagnoses, family history, and psychosocial factors, including recent interpersonal losses, as part of the suicide assessment of persons with alcohol use disorders.

g) **Other substance use disorders.** Although the role of alcoholism in suicide has been widely studied and recognized, abuse of other substances is also associated with increased rates of suicide (172). Substance use disorders are particularly common among adolescents and young

*Copyright © 2003 American Psychiatric Association*