# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEURONTIN MARKETING, SALES )
PRACTICES AND PRODUCTS LIABILITY )
LITIGATION )
)
)
)
)
)
) CASE NO.
) 04-10981
THIS DOCUMENT RELATES TO: )
)
RUTH SMITH, Individually and as )
Widow for the use and benefit of )
herself and the next of kin of )
Richard Smith, deceased. )
)
05-CV-11515 )
)

VIDEOTAPED DEPOSITION OF

JAMES R. CATO, M.D.

Taken on Behalf of the Defendant

June 29, 2006

Page 2

```
 1 APPEARANCES:
 2 For the Plaintiff:
 3     KENNETH S. SOH
       Lanier Law Firm
 4     6810 F.M. 1960 West
       Houston, Texas 77069
 5     713.659.5200
       713.659.6416
 6     wml@lanierlawfirm.com
       kss@lanierlawfirm.com
 7
 8 For the Defendant:
 9     CEDRIC E. EVANS
       Clark, Thomas & Winters
10     P.O. Box 1148
       Austin, Texas 78767
11     512.472.8800
       512.474.1129
12     kjf@ctw.com
       cee@ctw.com
13
14 Also Present:  Sheldon Singh, Videographer
                  Wes Henry, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1           I N D E X
 2 WITNESS: JAMES R. CATO
 3         INDEX OF EXAMINATIONS
 4                   Page/Line
 5 By Mr. Evans .................   5   10
 6 By Mr. Soh ...................  70    9
 7 By Mr. Evans .................  84   23
 8         INDEX OF EXHIBITS
 9                   Page/Line
10 No. 1 ........................  21   10
11 No. 2 Late Filed .............  85   17
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2        The videotaped deposition of JAMES R.
 3 CATO, M.D., taken on behalf of the Defendant, on
 4 the 29th day of June, 2007, in the offices of
 5 Heritage Medical Associates, 2325 Crestmoor Road,
 6 Nashville, Tennessee, for all purposes under the
 7 Federal Rules of Civil Procedure.
 8        The formalities as to notice,
 9 caption, certificate, et cetera, are waived.  All
10 objections, except as to the form of the
11 questions, are reserved to the hearing.
12        It is agreed that Elisabeth A.
13 Miller, being a Notary Public and Court Reporter
14 for the State of Tennessee, may swear the witness,
15 and that the reading and signing of the completed
16 deposition by the witness are waived.
17
18
19
20            * * *
21
22
23
24
25
```

Page 5

```
 1         P R O C E E D I N G S
 2        THE VIDEOGRAPHER:  This marks the
 3 beginning of Tape 1, Volume 1 in the video
 4 deposition of Dr. James Cato.  Time on the video
 5 monitor is 1314 on June 29, 2007.
 6        JAMES R. CATO, M.D.,
 7 was called as a witness, and after having been
 8 first duly sworn, testified as follows:
 9         E X A M I N A T I O N
10 BY MR. EVANS:
11 Q.    Dr. Cato, my name is Cedric Evans, and I
12 represent Pfizer and some related entities in a
13 lawsuit that's been filed by a former patient of
14 yours, Richard Smith.
15       I'm here today to take your deposition, to
16 ask you questions about your care and treatment of
17 Mr. Smith.  Do you understand that?
18 A.    Yes.
19 Q.    Have you ever been deposed before?
20 A.    Yes.
21 Q.    Approximately how many times?
22 A.    Five.
23 Q.    Okay.  All right.  So you understand how
24 this process works?
25 A.    Yes.
```

2 (Pages 2 to 5)

**Page 22**

1  adult -- adult illness and wellness. We don't do
2  surgery. We don't do children. We basically
3  treat all adult illness that's not kids and not
4  surgery.
5  Q.   And are there --
6  A.   We would be called -- I mean, a lot of
7  people would call us a family doctor. We don't
8  deliver babies, but we do all adult illness.
9  Q.   Okay. And you probably don't refer out as
10 many patients for specialized treatment as a
11 family practice doctor?
12 A.   Having never been one, I don't know, but I
13 don't -- my general impression is we probably
14 don't.
15 Q.   For example, if you had a patient who --
16 who had hypertension, that's something you would
17 treat yourself as opposed to referring to a
18 cardiologist?
19 A.   That's exactly right. Exactly.
20 Q.   Now, obviously there are instances where
21 you -- where you do refer a patient out for
22 specialized treatment?
23 A.   Yes.
24 Q.   All right, Doctor. I want to talk about
25 your -- your medical records as they relate to --

**Page 23**

1  to Mr. Smith. Now, you were Mr. Smith's primary
2  care physician from about 1989 --
3  A.   Yes.
4  Q.   -- until the time of his death in May of
5  2004?
6  A.   Yes.
7  Q.   And do you have a specific recollection of
8  Mr. Smith as you sit here today?
9  A.   Yeah, I know him well. I saw him I don't
10 know how many times but a lot of times over the
11 years. He was a, you know, good guy, nice guy,
12 good patient.
13 Q.   Now, did you have a -- you didn't have any
14 sort of a personal relationship with him beyond
15 your physician-patient relationship?
16 A.   No.
17 Q.   Now, would it be fair to say -- and this,
18 you know, unfortunately that Mr. Smith suffered
19 from a number of debilitating and painful joint,
20 back, and prostate problems during the time that
21 you treated him?
22 A.   Yes.
23 Q.   And you, in addition to treating him
24 yourself, referred him to other physicians;
25 orthopedic surgeons, neurologists, urologists to

**Page 24**

1  assist you with treating those problems?
2  A.   Yes.
3  Q.   Now, one of the problems that you treated
4  Mr. Smith for in 1989 was his pelvic pain?
5  A.   Yes, I remember that.
6        MR. SOH: You said '89?
7        MR. EVANS: 1989, yeah.
8        MR. SOH: Okay.
9        THE WITNESS: I did not remember it
10 until I reviewed the record.
11 BY MR. EVANS:
12 Q.   And what was the nature of his pelvic pain
13 at that time? And that would have been in
14 November of 1989, right?
15 A.   Yes. He had prostatitis at that point,
16 November 8, 1989.
17 Q.   And what is prostatitis?
18 A.   Infection of the prostate gland.
19 Q.   And was he in any discomfort due to
20 that -- his prostate problems?
21 A.   I'm sorry?
22 Q.   Was he in any discomfort due to --
23 A.   Yes, he had -- he had discomfort with
24 pelvic pain, some trouble emptying his bladder.
25 And also a month later in December had kind of

**Page 25**

1  some pain over his pubic bone.
2  Q.   And was that separate and distinct from
3  the prostatitis?
4  A.   Well, it was not -- it wasn't absolutely
5  clear. It wasn't absolutely clear. We did a bone
6  scan thinking, well, does he have something going
7  on with the bone in his pelvis, and the bone scan
8  was negative, so we presumed there wasn't anything
9  to do with the bone.
10 Q.   And did you -- what did you do to treat
11 him for the prostatitis?
12 A.   Gave him antibiotics. And then eventually
13 he ended up seeing a urologist and had surgery.
14 Q.   Which neurologist was -- urologist --
15 A.   Urologist.
16 Q.   -- was that?
17 A.   I think it was a doctor named Dr. Tom
18 Nesbitt.
19 Q.   And that prostate surgery, was that in
20 January of 1990?
21 A.   Yes. I don't think I referred him. I
22 think he had either seen him previously or
23 self-referred. I'm not -- I don't -- I don't
24 recollect, and it's not clear in the chart.
25 Q.   Now -- and -- and that -- that prostate

**Page 54**

1 went to see Dr. McCombs on his own.
2 Q. Okay. And did Dr. McCombs have a
3 different treatment plan for him than Dr. Hampf
4 had proposed?
5 A. I presume so, but I -- I couldn't speak to
6 the neurosurgical part.
7 Q. Oh, that's fine.
8    In terms of what information was
9 communicated to you by Dr. McCombs in that
10 March 10th, 2003, letter, what -- what did he have
11 to say with respect to the problems that Mr. Smith
12 was having and his -- his treatment plan?
13 A. You know, you're right, he did see him
14 March 3rd. This was out of order. He'd saw him
15 March 3rd, thought he ought -- wanted to put him
16 on Vioxx and try steroid injections in his back.
17 That did not work after a week. And he went ahead
18 and decided to operate on him on the 10th.
19 Q. And what was the operation he was going to
20 do?
21 A. He said a decompressive lumbar laminectomy
22 and fusion.
23 Q. Just in layman's terms, what is that?
24 A. That means cutting away some of the bone
25 around the spine and then freeing up the nerves.

**Page 55**

1 Q. Is -- is that a pretty significant
2 surgery?
3 A. It's a significant surgery.
4 Q. Okay. And that -- that's a surgery that's
5 generally done under general anesthesia?
6 A. General anesthesia.
7 Q. And looking at -- there's a March 11,
8 2003, telephone record.
9 A. Okay. Let's see. March --
10 Q. March 11th.
11 A. Let's see. I have a March 12th.
12 Q. Well, maybe -- well, you don't see
13 March 11th, huh?
14 A. What is it?
15 Q. It says, "Patient calling regarding
16 scheduled -- scheduling his surgery."
17 A. Let's see. No, I don't have that one, if
18 you can show it to me.
19 Q. All right. Let me see if I can find it.
20 A. People have been --
21 Q. That's the problem with your -- your file
22 has been copied two times now --
23 A. Yeah.
24 Q. -- and actually things are not quite in
25 the order they're supposed to be at.

**Page 56**

1    MR. EVANS: Doctor, can we take a
2 quick break so I can see if I can find this note,
3 and maybe we can look through your file -- file a
4 little bit and see if it's in there.
5    THE VIDEOGRAPHER: Going off the
6 record on Tape No. 1, time on the monitor is 1416.
7    (Brief recess observed.)
8    THE VIDEOGRAPHER: We're coming back
9 onto the record on Tape No. 1. Time on the
10 monitor is 1422.
11    You may proceed, Counselor.
12 BY MR. EVANS:
13 Q. All right. Doctor, I think what we've --
14 at least I've determined is that that March 11,
15 2003, telephone record is not your record. You --
16 you can't find it in -- in your records, and I
17 don't see it in mine, so we're going to move on
18 from there.
19    Mr. Smith came to see you on May the 15th
20 of 2003, correct?
21 A. Correct.
22 Q. And it looks like you note the chief
23 complaint on that day as anxiety/depression?
24 A. Yeah, he was still having a lot of pain.
25 I thought he was probably depressed afterwards.

**Page 57**

1 Q. Do you have any specific recollection of
2 what would have -- you would have noted in him
3 that would have allowed you to come to the
4 conclusion that he was depressed?
5 A. Oh, I don't specifically recall this
6 visit, but I would suspect his general demeanor.
7 Q. Okay.
8 A. He noted he was still having -- he was
9 having pain in his knee and ankles, having a lot
10 of pain still, and I think it was probably just
11 the general impression.
12 Q. And --
13    MR. SOH: What date are we talking?
14 I'm sorry.
15    MR. EVANS: Sorry, it's May 15, 2003.
16 BY MR. EVANS:
17 Q. And, Doctor, what -- what was his -- what
18 was Mr. Smith's general demeanor when he had come
19 to see you?
20 A. You mean this particular visit?
21 Q. No, just -- no, when -- before this visit.
22 I'm trying -- trying to figure out what you would
23 have seen him in that was different from the
24 previous visits in terms of his -- his overall
25 demeanor.

15 (Pages 54 to 57)

**Page 58**

A. Oh, Mr. Smith was a really nice man, congenial guy. He was probably a little bit on the pessimistic side. Not -- that's not anything bad against him. It's -- people have their personalities. And if I had to say anything, it was probably he was a little on the pessimistic side as opposed to the optimistic side.

Q. And so on this visit, would it be fair to say that he was -- he was even, you know, more toward pessimism than he was on -- on his -- in his normal sort of mood?

A. Well, again, I don't -- I don't recollect the exact visit. But the fact that I thought he had some depression, I -- and I use this A/D as -- as kind of my shorthand for depression, anxiety/depression. We don't often put that in the record because sometimes that's held against people when records are copied.

Q. Right.

A. So I use that as shorthand. But the fact that I put him on Lexapro and a little bit -- a low dose of desipramine, which is a tricyclic, to help him sleep and to help with pain, the fact that I put him on those two drugs makes me think I really thought he was depressed.

**Page 59**

Q. Right. You didn't just make an observation that he appeared to be depressed; you actually made a diagnosis of -- of depression?

A. Correct.

Q. Okay. And you prescribed medications that were intended to treat that depression?

A. Correct.

Q. Okay. You note here -- then this is after he had undergone the back surgery that we talked about a little earlier, correct?

A. Right. My notes say he had had it April 1st.

Q. And he was still having, quote, a lot of pain related to that?

A. Correct.

Q. And he also noted some pain in his knees and -- and his ankles?

A. Right.

Q. And you used the words knees, plural, and ankles, plural. Would that mean that he was having knees -- having pain in both knees and in both ankles?

A. Correct.

Q. And you note here in the impression, postlaminectomy syndrome. What is that?

**Page 60**

A. I'm not sure if that's a real disease category, but it's my way of saying, there's a certain percentage of people who have back surgery, the laminectomy meaning the surgery, that don't do well.

Q. All right.

A. Don't do well in the sense of continuing to have pain.

Q. And as we -- we had discussed earlier, and just to make sure we clarify here, this is this May -- May 15, 2003, is where your -- your records indicate that Mr. Smith was -- was on Neurontin?

A. My records -- again, I didn't prescribe it, but I note -- we have a medication list of current medications, and my nurse noted that he was on Neurontin, 600 milligrams. She put PRN. I don't know how many times a day that would have been.

Q. PRN is as needed?

A. As needed.

Q. And -- all right. But you're -- you're -- obviously your office note from May 15, 2003, doesn't reflect a prescription for Neurontin, correct?

A. Correct.

**Page 61**

Q. Okay. And you --

A. And we don't note it on our office note. We had this special sheet that we -- it's kind of a flow sheet that we noted medicines.

Q. All right. So as we sit here right now, you do not believe you prescribed Neurontin for Mr. Smith?

A. And we also have another sheet where we put down all prescriptions that we write, and I find no evidence that we wrote any prescriptions for that.

Q. So you do not believe that you prescribed Neurontin?

A. No, I do not.

Q. All right. He came to see you again on June the 27th of 2003?

A. Correct.

Q. And, again, you note anxiety/depression?

A. Yeah, and I -- but I also said he was doing --

Q. Right.

A. -- doing well. Overall improved.

Q. Now, were you -- were you referring to the overall improved in terms of his -- his ongoing pain or with respect to the anxiety/depression?

62

1  A.   You know, I didn't note that, but I think
2  it's probably more related to the depression.
3  Q.   Okay. And you noted that he was off
4  Lexapro at that time?
5  A.   Yeah, because I had given him samples, and
6  he ran out.
7  Q.   But you still noted that you thought he
8  was suffering from a postlaminectomy syndrome?
9  A.   Yes. But I also noted that he had
10 improved.
11 Q.   All right. He came to -- to see you on --
12 switching to your computer?
13 A.   Switching to the computer.
14 Q.   Okay. All right. January 20th of 2004?
15 A.   Correct.
16 Q.   And he was there for an evaluation, a
17 follow-up evaluation. Was he continuing to
18 complain of pain in his back?
19 A.   Yes.
20 Q.   He was also complaining of pain in his
21 ankles?
22 A.   Correct, from his back to his ankles.
23 Q.   From his back to his ankles? Okay. And
24 also he was complaining of some -- some -- it
25 says, "Having problems with pricking, and back

63

1 knees and ankles hurt." What is that -- pricking,
2 what does that mean?
3  A.   I presume -- I presume that's a form of
4 pain like pins sticking you. I don't remember
5 specifically. That's probably how he described
6 it.
7  Q.   Oh, and let me just ask you this, other
8 than what be -- what would be noted in your chart
9 in terms of Mr. Smith being on Neurontin, do you
10 have any other information about any other times
11 that Mr. Smith would have been taking Neurontin?
12 A.   No.
13 Q.   Okay. All right. What did you do to --
14 to treat him for the -- the problems that he
15 complained about when you saw him on January 20,
16 2004?
17 A.   I said -- I -- the diagnosis was
18 postlaminectomy lumbar, which is the ICD9 code,
19 which is just the disease code. Every disease has
20 a code, but that was my impression. Still having
21 some leg problems, maybe arthritic. Prescribed
22 Bextra, which is a COX-2 inhibitor, which has also
23 been taken off the market.
24 Q.   All right. Looking at your February 23rd,
25 2004, note, it looks like here the chief

64

1 complaints were hypertension, chest tightness.
2  A.   Right.
3  Q.   Left shoulder pain.
4  A.   Right.
5  Q.   He noted, it looks like, in your -- in
6 your history of present illness that, quote, it
7 hurts to move?
8  A.   Right.
9  Q.   Was it your understanding that it -- did
10 that -- did that relate to his shoulder pain?
11 A.   Correct.
12 Q.   Okay. And you also note that he was still
13 having a lot of pain in his back and legs?
14 A.   Right.
15 Q.   And he was actually getting a second
16 opinion. He saw a Dr. Shell and a Dr. Mackey for
17 a second opinion?
18 A.   Correct.
19 Q.   Do you know what the -- what the nature of
20 the second opinion was?
21 A.   Well, I think it was related to the fact
22 that he was still having a lot of problems. He
23 noted he had a myelogram but had not -- didn't
24 have the results of that yet.
25 Q.   Okay. And as I asked you -- I think I

65

1 asked you this about the -- the continued left
2 knee pain. Do -- do you have any recollection of
3 Mr. Smith ever expressing any frustration over the
4 fact that he had undergone back surgery, but yet
5 he was continuing to have back pain and pain
6 radiating down to his legs and ankles?
7  A.   I don't recall specifically. I -- I think
8 the likelihood is he did complain of that, but I
9 don't specifically recall a conversation.
10 Q.   Okay. All right.
11      Now, the -- the hypertension, that was
12 a -- a new complaint?
13 A.   Correct.
14 Q.   Okay. And your note says, "New onset.
15 Some of this is stress related over his," and then
16 it stops.
17 A.   Yeah, I know. I think -- I think I forgot
18 to type back, but I presume -- I can only guess
19 that was related to his back pain. I noted the
20 same thing. And started him on a low dose of
21 antihypertensive because his blood pressure had
22 been up a little bit, first time ever.
23 Q.   And the last time you saw Mr. Smith would
24 have been, what, March 16, 2004?
25 A.   Let's see. Correct.

17 (Pages 62 to 65)