# EXHIBIT 5
# (PART I)

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
2

3    IN RE:                          Videotape
     NEURONTIN MARKETING, SALES  :   Deposition of:
4    PRACTICES AND PRODUCTS       :
     LIABILITY LITIGATION         :   MICHAEL TRIMBLE
5                                 :

     ----------------------------
6    THIS DOCUMENT RELATES TO:

7.   Smith, et al. v Pfizer, et al.

8    Case No. 05-cv-11515-PBS

9

10

11          TRANSCRIPT of testimony as taken by and

12   before PATRICIA A. SANDS, a Shorthand Reporter

13   and Notary Public of the States of New York and

14   New Jersey, at the offices of Lanier Law Firm,

15   126 East 56th Street, New York, New York, on

16   Tuesday, September 2, 2008, commencing at 9:15

17   in the forenoon.

18

19

20          REPORTING SERVICES ARRANGED THROUGH:
              VERITEXT/NEW JERSEY REPORTING COMPANY
21                25B Vreeland Road, Suite 301
                 Florham Park, New Jersey 07932
22   Phone: (973) 410-4040     Fax: (973) 410-1313

23

24

25

**Page 2**

1  APPEARANCES:
2
3  FINKELSTEIN & PARTNERS
   436 Robinson Avenue
4  Newburgh, New York 12550
   BY: ANDREW G. FINKELSTEIN, ESQ.
5  For the Plaintiff
   800 634-1212
6
7  THE LANIER LAW FIRM
   Tower 56
8  126 East 56th Street, 6th Floor
   New York, New York 10022
9  BY: KENNETH SOH, ESQ.
   For the Plaintiff
10  212 421-2800
11
   SHOOK, HARDY & BACON, LLP
12  2555 Grand Boulevard
   Kansas City, Missouri 64108-2613
13  BY: LORI CONNORS McGRODER, ESQ.
   For the Defendant
14  816 474-6550
15
16  ALSO PRESENT:
17   Adam DiCola, Videographer
18
19
20
21
22
23
24
25

**Page 3**

1
2                    I N D E X
3
4  WITNESS                    DIRECT
5  PROFESSOR MICHAEL TRIMBLE
6
7   Ms. McGroder              6
8
9              E X H I B I T S
10
11  NUMBER     DESCRIPTION              PAGE
12  TRIMBLE
13
14  Exhibit 1     Declaration           37
15  Exhibit 2     Aid memoir            37
16  Exhibit 3     Fromson letter        40
17  Exhibit 4     Table 15 & pg 37 of report   89
18  Exhibit 5     Table 7.20            95
19  Exhibit 6     Graphic               97
20  Exhibit 7     Article              112
21  Exhibit 8     Literature           113
22  Exhibit 9     Notes                117
23
24
25

**Page 4**

1         E X H I B I T S, continued.
2
3  NUMBER     DESCRIPTION              PAGE
4  TRIMBLE
5
6  Exhibit 10    Expert reports       128
7  Exhibit 11    Gabapentin papers    129
8  Exhibit 12    Questionaire         130
9  Exhibit 13    Re GABA receptors    132
10  Exhibit 14    PubMed article      134
11  Exhibit 15    Questionaire        140
12  Exhibit 16    APA Guidelines      214
13  Exhibit 17    Cato's medical records  286
14  Exhibit 18    McComb's records    311
15
16
17
18
19
20
21
22
23
24
25

**Page 5**

1  PROF. MICHAEL TRIMBLE,
2  Institute of Neurology
   Queen Square
3  London WCIN3CB,
   having been sworn, was examined
4  and testified as follows:
5
6
7       THE VIDEO OPERATOR:  Please standby.
8  We are on the record.  My name is
9  Adam DiCola of Veritext Services.  The
10  date today is September 2, 2008, and the
11  time is approximately 9:15 a.m.
12       This deposition is being held in the
13  office of Lanier Law Firm, located at 126
14  East 56th Street, New York, New York.
15       The caption of this case is Smith et
16  al., versus Pfizer, et al., in the United
17  States District Court, District of
18  Massachusetts.  Case number
19  05-cv-11515-PBS.
20       The name of the witness is Michael
21  Trimble.
22       At this time the attorneys will
23  identify themselves and the parties they
24  represent, after which our court reporter,
25  Patricia Sands, will swear in the witness

Page 6

1   and we can proceed.
2        MR. FINKELSTEIN: Andrew Finkelstein,
3   Finkelstein & Partners, on behalf of the
4   Smith family.
5        MR. SOH:  Ken Soh, from the Lanier
6   Law Firm on behalf of the plaintiffs.
7        MS. McGRODER:  Lori McGroder, of
8   Shook, Hardy & Bacon, on behalf of Pfizer.
9        MS. STEVENSON:  Jennifer Stevenson,
10  of Shook, Hardy & Bacon on behalf of
11  Pfizer.
12            - - -
13         Witness sworn
14            - - -
15  DIRECT EXAMINATION
16  BY MS. McGRODER:
17    Q    Professor Trimble, good morning.
18    A    Good morning.
19    Q    We've met before; correct?
20    A    Twice.
21    Q    Good to see you.
22    A    Thanks.
23    Q    Thanks for being here.
24    I understand your opinion in this case to
25  be that -- and these are your words not mine:

Page 7

1        "In the absence of a recognizable
2   psychiatric disorder, the spontaneous and
3   impulsive nature of Richard Smith's suicide
4   requires explanation.  As outlined in my
5   concurrent report, Gabapentin is associated
6   with changes of brain chemistry, which I find
7   with a reasonable degree of scientific and
8   medical probability, leads to impulsive
9   suicidal acts.  It is, therefore, my opinion
10  that it is more likely than not, Gabapentin was
11  a substantial factor in Mr. Smith committing
12  suicide."
13    As we sit here today, do you stand by that
14  opinion?
15    A    I do.
16    Q    Please define for me what you mean by
17  "spontaneous and impulsive" in nature.
18        MR. FINKELSTEIN:  Objection as to
19  form.
20        THE WITNESS:  If something is
21  impulsive, it arises unexpectedly and
22  quite quickly.  And impulsive acts often
23  have disastrous consequences.  So, uhm,
24  also aggressive acts lead to personal,
25  interpersonal damage.

Page 8

1        So there's sudden spontaneous events
2   that, to a large extent, are unpredicted
3   and not perhaps predictable by a third
4   person.  That was the impulsive part.
5        The first part was spontaneous, which
6   means happens out of the blue.
7        Spontaneous.
8   BY MS. McGRODER:
9    Q    So it's your opinion that Mr. Smith's
10  suicide happened out of the blue?
11        MR. FINKELSTEIN:  Objection.
12        THE WITNESS:   It is my opinion that
13  Mr. Smith's suicide happened out of the
14  blue.
15  BY MS. McGRODER:
16    Q   Is there any peer reviewed published
17  literature in the world demonstrating that
18  Neurontin causes impulsive suicide behavior?
19  In other words, suicide that happened out of
20  the blue?
21        MR. FINKELSTEIN:  Objection.
22        THE WITNESS:  Could you just rephrase
23  that, because there were two questions
24  embedded into one.
25        MS. McGRODER:  Well, I don't think

Page 9

1   so, but sure, I'll --
2        THE WITNESS:  Well, the one related
3   to suicidal behavior, and the other
4   related to impulsivity in the same
5   sentence.
6   BY MS. McGRODER:
7    Q   Well, is it your opinion that Mr.
8   Smith's suicidal behavior was impulsive?
9    A    Yes.
10    Q    Okay, so my question is:  Is there
11  any peer reviewed published literature in the
12  world that demonstrates or states that
13  Neurontin causes impulsive suicidal behavior?
14    A    Yes.
15    Q    And can you please identify for me
16  what literature you're referring to?
17    A    If you look in my report, I cite
18  several references that have to do with
19  impulsive aggressive behavior in patients
20  receiving Gabapentin.
21    Q    And did those patients commit suicide
22  in the literature to which you are referring?
23    A    Those patients committed aggressive
24  acts.  I haven't read those reports recently, I
25  don't believe they related directly to suicide,

3 (Pages 6 to 9)

Page 22

1    Q   Has the FDA ever stated anywhere, in
2   conjunction with the statistical review, or in
3   conjunction with the advisory committee
4   hearing, has the FDA ever stated that Neurontin
5   causes impulsive suicidal acts?
6       Now my question is specific to
7   impulsivity.
8          MR. FINKELSTEIN: Objection.
9   BY MS. McGRODER:
10      Q   Has the FDA ever stated that
11  Neurontin causes impulsive suicidal acts?
12         MR. FINKELSTEIN: Objection.
13         THE WITNESS: Do I answer --
14         MS. McGRODER: I'm sorry? Were you
15     talking to the camera?
16         THE WITNESS: I wasn't certain
17     whether the objection meant I was to
18     answer or not to answer.
19         MS. McGRODER: Of course you are to
20     answer.
21         THE WITNESS: My understanding is
22     that the FDA embraced all suicidal acts in
23     their analysis, which included thoughts,
24     actions, and completed suicides.
25

Page 23

1   BY MS. McGRODER:
2       Q   Doctor Trimble --
3       A   I do not know whether they looked at
4   what you're calling "impulsive suicide acts,"
5   but the majority of suicide acts are impulsive.
6       Q   Are there any suicide acts that are
7   not impulsive?
8       A   There are some suicide acts that are
9   planned carefully over a period of time. But
10  the majority of suicide acts, including what's
11  called parasuicide -- taking overdoses,
12  cutting, these kinds of things -- these are
13  largely impulsive.
14      Q   Are you a suicidologist, Dr. Trimble?
15      A   In the United Kingdom we do not have
16  such a specialty, so I cannot be a
17  suicidologist. I'm not a suicidologist.
18      Q   You are, in fact, not a suicidologist
19  in the United Kingdom or anywhere; are you?
20      A   That's correct.
21      Q   Going back to my question about the
22  FDA.
23      A   Uhm hmm.
24      Q   Please answer this specific question.
25      Has the FDA stated anywhere that Neurontin

Page 24

1   causes impulsive suicidal acts?
2       A   The FDA has only stated that
3   Neurontin causes suicide.
4       .Q   And in your opinion, the FDA has
5   stated that Neurontin specifically causes
6   suicide?
7          MR. FINKELSTEIN: Objection.
8          THE WITNESS: In my opinion, the
9      evidence that I have read, Dr. Katz, for
10     example, of the FDA, has stated that these
11     anti-epileptic drugs, which are listed in
12     their review, cause suicide.
13  BY MS. McGRODER:
14      Q   And when Dr. Katz stated that
15  anti-epileptic drugs, in his personal opinion,
16  caused suicide, was he referring specifically
17  to Neurontin, alone?
18         MR. FINKELSTEIN: Objection.
19         THE WITNESS: He was referring to the
20     group of anti-epileptic drugs, in
21     particular falling to the right side of
22     the tree diagram that you have just put in
23     front of me. Which includes Gabapentin.
24      Q   Do you understand, Dr. Trimble, that
25  all odds ratios that fall to the right side of

Page 25

1   the knoll are not statistically significant?
2       Let me rephrase that. Withdrawn.
3       Do you understand, Dr. Trimble, that all
4   odds ratios reported to the right side of the
5   knoll, are not necessarily statistically
6   significant odds ratios? Do you understand
7   that as a statistical principle?
8          MR. FINKELSTEIN: Objection.
9          THE WITNESS: In a metra-analysis,
10     which is what was conducted, you cannot
11     cherry pick individual moments from the
12     overall metra-analysis.
13     So I don't know whether each
14     individual one was or was not significant.
15     What I do know is the result of the
16     metra-analysis. You cannot cherry pick in
17     a metra-analysis, this is not an
18     acceptable statistical technique.
19  BY MS. McGRODER:
20      Q   And again, you are not a
21  statistician; are you?
22      A   Correct.
23      Q   You are not a biostatistician; are
24  you?
25      A   Correct.

7 (Pages 22 to 25)

Page 50

1    I just need to think back in time.
2        Q    And so when you prepared this report
3    you had some materials related to the Smith
4    case I presume?
5        A    That is correct.
6        Q    And who provided those materials to
7    you?
8        A    The office of Mr. Finkelstein.
9        Q    Okay. After the office of
10   Mr. Finkelstein provided materials to you for
11   your review in the Smith matter, did you
12   request any additional materials?
13       A    No.
14       Q    So subsequent to the time that you
15   prepared this report, sometime before October
16   of 2007, have you reviewed any additional
17   materials in connection with this Smith matter?
18       A    I have.
19       Q    What have you reviewed?
20       A    A large number of depositions.
21       Q    And who sent those to you?
22       A    I was given them by the offices of
23   Mr. Finkelstein.
24            MR. FINKELSTEIN:  Right here, if you
25       want.

Page 51

1        A    And I was going to say there are some
2    right here, because I spent all this time
3    yesterday reading them.
4        Q    Okay. So you read these deposition
5    transcripts yesterday?
6        A    Correct.
7        Q    And at any time before yesterday had
8    you reviewed deposition transcripts from the
9    Smith matter?
10       A    At the time I did the report I had
11   read the deposition of Ruth Smith.
12       I think in addition to that there is the
13   report of the suicidologist, Dr. Maris, which I
14   received maybe 10 days ago with an accompanying
15   suicide -- what's it called -- didn't he have
16   some special system for the suicide postmortem
17   or something?
18       Q    Psychological autopsy?
19       A    Yes, that's the kind of thing. Not a
20   physical autopsy, a psychological autopsy.
21       So I received that, those depositions and
22   the Maris reports. I don't believe I have seen
23   anything else specifically related to the Smith
24   case.
25       Q    Okay. And the materials you received

Page 52

1    after the time that you wrote your report and
2    it was produced to us, those are materials that
3    were sent by the Finkelstein law firm to you?
4        A    That which we just discussed?
5        Q    Right.
6        A    Yes, that's correct.
7        Q    Did you request any other materials,
8    any additional materials?
9        A    No.
10       Q    There is now, sitting before us, a
11   notebook. A binder that contains the
12   depositions that you have reviewed; is that
13   correct?
14       A    That's correct.
15       Q    You read every single one of these
16   depositions?
17       A    I'm sorry to say I did.
18       Q    Okay.
19       A    I say that because it was a lot of
20   time. And, ah, lawyers ask interesting
21   questions.
22       Q    Are there any depositions that were
23   taken in the Smith matter that you have not
24   reviewed?
25       A    I do not know.

Page 53

1        Q    Apart from reviewing the report of
2    Dr. Maris and the psychological autopsy that he
3    prepared about 10 days ago, and the binder of
4    depositions which you reviewed yesterday, and
5    the materials that are identified in your
6    report, are there any other materials you have
7    reviewed in connection with the Smith case?
8        A    I do not believe so.
9        Q    Did you do anything to update your
10   report on the basis of your review of these
11   materials received at the time your report was
12   prepared?
13       A    It is not possible, because I, I
14   explained, I spent yesterday reading through
15   those depositions and I have not been asked to
16   update my report. I would be happy to do if
17   requested.
18       Q    Exhibit 1, which is your report, does
19   it contain all of the opinions that you plan to
20   offer in the Smith matter?
21       A    Yes.
22       Q    You were not asked to give opinions
23   in any other Neurontin individual case; is that
24   correct?
25       A    I have not been asked to give

14 (Pages 50 to 53)

Page 90

1    MR. FINKELSTEIN:  It says it right on
2    there.  Research report, that's what it --
3    RR 720.
4    MS. McGRODER:  Right.  I'm asking
5    Dr. Trimble.
6    MR. FINKELSTEIN:  Sorry.
7    A    Oh, well, if you to go my original
8    deposition, Mr. Hooper questioned me about
9    this, and you will find the precise
10   documentation there.
11   Q    Okay.  Is that a single study, or is
12   that an analysis of multiple studies,
13   randomized controlled studies for Gabapentin,
14   do you know?
15   A    The one you're looking at?
16   (Reporter clarification.)
17   A    That's correct.  If you read the
18   heading, it is placebo controlled studies
19   looking at the effect of dose on side effect.
20   Q    Do you know whether this research
21   report relates to studies in epilepsy or
22   studies in pain?
23   A    My understanding is the majority of
24   those trials are in epilepsy, but they do
25   include some pain.

Page 91

1    Q    Do you happen to know the date of
2    this document?
3    A    This is all to do with the generic
4    case, and I haven't come here to answer the
5    generic case.  You have all of the --
6    MR. FINKELSTEIN:  She just wants to
7    know do you know the date of that.
8    A    No.
9    MR. FINKELSTEIN:  That's all, just
10   answer her question.
11   Q    Well, Professor Trimble, you brought
12   this with you here today; right?
13   A    Uhm --
14   Q    Let's just -- let's just be clear on
15   the record, this is something you brought with
16   you here today that you said had significance
17   to your Smith opinion.  So does it or doesn't
18   it?
19   A    And I want to make something clear.
20   I have pointed out that that was here
21   already, although I did select it out from some
22   other materials, because I wanted just to
23   remember some things.  And in case you asked me
24   about causality, I wanted to point out that
25   there is a causal dose effect relationship

Page 92

1    between taking Gabapentin and the emergence of
2    a psychiatric disorder, depression.
3    And that is very relevant to the issue of
4    causality, generally.
5    Now, how does that relate to the Smith
6    case?  We're dealing here with a single case,
7    so if we have an established generic case, then
8    that obviously has bearing on the Smith case,
9    as an individual within the overall context of
10   the effects of Gabapentin.
11   Q    Did Mr. Smith have depression?
12   MR. FINKELSTEIN:  When?
13   BY MS. McGRODER:
14   Q    Ever?
15   A    My belief is it's possible, but I do
16   not know.  I do not know.
17   Q    At any time after March 9, 2004 was
18   Mr. Smith diagnosed with depression?
19   A    Well, I don't wish to be obscure
20   about this.  The reports are quite varied, and
21   some people, I read yesterday, in these --
22   Do we have some music?
23   MS. McGRODER:  Let's go off the
24   record.
25   THE VIDEO OPERATOR:  We are going off

Page 93

1    the record, the time is 11:04 a.m.
2    (Off the record.)
3    THE VIDEO OPERATOR:  Please standby.
4    We are back on the record, the time
5    is 11:13 a.m.
6    BY MS. McGRODER:
7    Q    Professor Trimble, before we were
8    interrupted and took a break, we were
9    discussing your opinion about dose response
10   relationship as part of your general causation
11   opinion; correct?
12   A    Correct.
13   Q    Other than the fact that that is
14   information that you use to come to the
15   conclusion that Neurontin is capable of causing
16   suicide, in your opinion, does that information
17   have particular relevance to the Smith matter?
18   A    No.
19   Q    Are you aware, Dr. Trimble, that
20   depression was reported as higher on placebo
21   than Gabapentin in the combined data from all
22   randomized controlled studies on Gabapentin?
23   A    This has to do with the generic case,
24   and I'm not prepared to go back over those
25   data, because I haven't reviewed them recently.

24 (Pages 90 to 93)

Page 146

1    Q   At least at this time in February
2  of 2003 he marks "part-time retired"; right?
3    A   That's correct.
4    Q   So he wasn't working full-time in
5  2003?
6    A   At that point it's clear he wasn't.
7    Q   Okay. It's true, Professor Trimble,
8  that you have no formal education or training
9  in the area of suicidology?
10       MR. FINKELSTEIN: Objection.
11       Asked and answered.
12       THE WITNESS: I have no formal
13       training in suicidology.
14  BY MS. McGRODER:
15    Q   And you have not performed any
16  research in the area of suicidology?
17    A   I have performed research into the
18  effects of antiepileptic drugs on the mood and
19  behavior of patients taking those drugs, which
20  includes mood disorders, such as depression and
21  suicide attempts and acts. Acts of self harm.
22    Q   And what research are you referring
23  to?
24    A   A research which goes back for, ah,
25  over 20 years on the effects of antiepileptic

Page 147

1  drugs on the mental state and behavior.
2    Q   Well, are you --
3    A   We have recently published data on
4  this very matter.
5    Q   And are those clinical studies?
6    A   Correct.
7    Q   And what pharmacologic agents are
8  those studies using?
9    A   We've looked at the majority of
10  antiepileptic drugs over time.
11    Q   Oh, I'm sorry, I think I
12  misunderstood you.
13    A   The majority of antiepileptic drugs
14  have been examined by me over time.
15    Q   You have not -- I think I
16  misunderstood your original answer.
17       Have you or have you not done research on
18  antidepressant drugs?
19    A   Oh, sorry. I thought you said
20  antiepileptic -- yeah, antiepileptic drugs.
21       MR. FINKELSTEIN: Why don't you start
22       again.
23       MS. McGRODER: Yeah, I'm sorry.
24  BY MS. McGRODER:
25    Q   You have not done research on

Page 148

1  antidepressant drugs and suicide; correct?
2    A   Correct.
3    Q   All of your research pertains to
4  antiepileptic drugs?
5    A   I will accept that.
6    Q   Okay. And have you done research
7  specifically to determine whether antiepileptic
8  drugs increase the risk of suicide in humans?
9    A   Antiepileptic drugs?
10    Q   Yes.
11    A   Antiepileptic drugs increase the risk
12  of suicide in humans, correct.
13    Q   You yourself have done research on
14  whether antiepileptic drugs increase the risk
15  of suicide in humans?
16    A   Of suicidal behavior in humans,
17  correct.
18    Q   And what research are you referring
19  to?
20    A   We recently published a paper on
21  Levetaricetam, L-E-V-E-T-A-R-I-C-E-T-A-M, on
22  aggressive hostile behavior following
23  prescription of that drug.
24    Q   Well, now -- well, first, has that
25  research been published?

Page 149

1    A   It was -- it has just been published,
2  yes.
3    Q   Where?
4    A   In, ah, one of the epilepsy journals,
5  "Epilepsy and Behavior", I believe.
6    Q   Are you the first author on this?
7    A   No, Marco Mula, Dr. Mula, M-U-L-A.
8  Dr. Mula.
9    Q   How do you spell it?
10    A   M-U-L-A. He comes from my group,
11  and --
12    Q   Are you listed as an author on this
13  paper?
14    A   I am listed as acknowledgment on this
15  paper.
16    Q   So not as an author?
17    A   Not as a direct author on that
18  particular paper, but the data is data which
19  comes from my group.
20    Q   Well, did you author the article or
21  did you not?
22    A   I did not author that particular
23  article.
24    Q   And you said that the article is on
25  aggressive and hostile behavior; correct?

38 (Pages 146 to 149)

Page 150
1    A  Yes. Yes.
2    Q  Were those the end points that you
3  were looking at?
4    A  Those were the end points that we
5  looked at, yes.
6    Q  And how many patients?
7    A  Well, we had 4 out of -- 4 out of,
8  a -- I haven't got the figures in front of me,
9  maybe 4 out of 300 people who committed quite
10  serious aggressive acts on that particular
11  drug.
12    Q  And was your result statistically
13  significant?
14    A  No, these --
15    Q  Or the result of this paper, since
16  you weren't an author.
17    A  These were four case histories from a
18  larger cohort on which we published papers
19  which I was the author.
20    Q  So this is a case series?
21    A  Correct.
22    Q  Authored by someone else about four
23  cases --
24    A  Correct.
25    Q  -- of aggressive acts with

Page 151
1  Levetaricetam?
2    A  Correct.
3    Q  And were any of those aggressive acts
4  suicide?
5    A  Yes.
6    Q  How many?
7    A  Well, attempts. I don't recall. I
8  don't recall. The paper's just come out. I
9  don't recall. I don't have it in front of me.
10  I just don't recall.
11    Q  Well, it's only four patients,
12  Dr. Trimble, you don't know?
13    A  Well, it's a little difficult
14  sometimes to determine when an aggressive act
15  is a suicidal act. Suicide act.
16    Q  Do the authors of this paper state
17  that Levetaricetam caused suicide in any of
18  these four?
19    A  No, they are not completed suicides.
20  They are aggressive acts of self harm.
21    Q  All four were acts of aggressive self
22  harm?
23    A  Correct.
24    Q  Other than that article, which you
25  did not author, have you, yourself, conducted

Page 152
1  any research on human suicide behavior?
2    Clinical studies?
3    A  Only in relationship to hostility and
4  depression in relationship to antiepileptic
5  drugs.
6    Q  So hostility and depression were the
7  end points you were looking at?
8    A  Correct.
9    Q  And none of those studies deal with
10  Neurontin; correct?
11    A  We have not specifically studied
12  Neurontin.
13    Q  You have not done any research, you,
14  yourself, have not done any clinical research
15  or Neurontin; correct?
16    A  Correct.
17    Q  Have you, Professor Trimble, authored
18  any peer reviewed publications in the
19  specialized area of suicidology?
20    A  No.
21    Q  And you are not a member of the
22  American Association of Suicidology; correct?
23    A  Correct.
24    Q  And you don't attend the
25  association's meetings; correct?

Page 153
1    A  Correct.
2    Q  Are you familiar with American
3  Psychiatric Association's practice guidelines
4  for the assessment and treatment of patients
5  with suicidal behaviors?
6    A  I have read them.
7    Q  Do you ascribe to the principles set
8  out in the APA guidelines on assessment and
9  treatment of suicide?
10    A  I accept them.
11    Q  Do you use the APA guidelines in your
12  clinical practice?
13    A  No.
14    Q  Do you have any patients currently
15  with active suicidality?
16    A  No.
17    Q  When was the last time you treated a
18  patient who had suicidality?
19    A  Probably when I was working within
20  the National Health Service, so we are talking
21  four or five years ago.
22    Q  And I take it the focus of your
23  practice at the National Health Service was not
24  on patients with active suicidality?
25    A  Well, we had people with epilepsy

39 (Pages 150 to 153)

Page 154

1  with serious psychiatric disorders which are
2  risk factors for suicide.
3      Q   Sure.
4      A   So, well aware of assisting that.
5      Q   Sure, but they're coming -- those
6  patients at the National Health Service came to
7  see you, Professor Trimble, for your expertise
8  in epilepsy; correct?
9      A   Epilepsy and psychiatric disorders
10  combined; correct.
11     Q   If you had a patient with active
12  suicidality, did you typically refer that
13  patient to a psychiatrist?
14     A   No, I had beds, my own beds. I would
15  admit them to the neuropsychiatry ward, which I
16  had access to.
17     Q   So is it like in the US, where you
18  have admitting privileges?
19     A   Correct.
20     Q   And you're admitting them into the,
21  uhm, for lack of a better term, government
22  hospital in England?
23     A   Correct.
24     Q   Okay. And during your years at the
25  National Health Service, did you, was your

Page 155

1  practice solely as an inpatient physician?
2  Where you a hospital doctor?
3      A   I was a hospital doctor with
4  inpatient and outpatient practice.
5      Q   Okay. So when would you refer a
6  patient to a psychiatrist?
7      A   Well, I am personally a psychiatrist
8  as well as a neurologist. So the only time
9  would be if that -- if we were unable to cope,
10  on our ward, with the hostile aggressive or
11  suicidal behavior of a particular patient, then
12  we would refer to a more secure unit.
13     Q   What about in your outpatient
14  practice, I'm not clear on what your outpatient
15  practice was. What was it?
16     A   Assessing people largely with
17  neurological disturbances who had psychiatric
18  comorbidities.
19     Q   In a clinic?
20     A   Correct.
21     Q   A hospital clinic?
22     A   Correct.
23     Q   Okay. So did you have primarily --
24  well, let me say it this way:
25  Unlike a private practice, such as the one

Page 156

1  you have now, patients that would come to the
2  clinic were not, quote unquote, your patients,
3  did you have your own stable of patients that
4  saw you repeatedly for psychiatric care, or
5  were they people who came into a clinic and had
6  a psychiatric disturbance or a neurologic
7  disturbance and they were hospitalized?
8      A   No, I saw and followed up many
9  patients for many years as outpatients.
10     Q   So they would just come back to see
11  you at the clinic?
12     A   Correct.
13     Q   Okay, I see. So were you actively
14  treating patients in psychiatry with
15  psychiatric illness?
16     A   Correct.
17     Q   And diagnosing people with
18  depression?
19     A   Correct.
20     Q   And prescribing antidepressants?
21     A   Correct.
22     Q   And did you use the DSM4 to diagnose
23  depression?
24     A   As a clinician I don't need a
25  cookbook to instruct me how to make a clinical

Page 157

1  diagnosis.
2      Q   So in your view the DSM4 is a bit of
3  a cookbook?
4      A   It is a cookbook.
5      Q   And clinicians -- is it your view
6  that clinicians don't typically rely on the
7  DSM4 in diagnosing mood disorders such as
8  depression?
9      A   In the United kingdom they do not
10  rely on an American diagnostic manual.
11     Q   So you, yourself, have never used the
12  DSM4 in terms of diagnosing patients with
13  depression?
14     A   Well, I have, but I prefer not to.
15     Q   Well, when have you?
16     A   Uhm, many settings -- well, a few --
17  the courts in England have got quite, uhm, ah,
18  tied into DSM4. So one is often asked for a
19  DSM4 diagnosis. So I would use a DSM4
20  diagnosis.
21     Q   So you use a DSM4 diagnosis only when
22  you're preparing to testify in court?
23     A   No, no, but sometimes insurance
24  companies want it, sometimes other agencies
25  want it. But, again, just to be very clear, in

40 (Pages 154 to 157)

Page 158

1  Europe it's the International Classification of
2  Diseases, the ICD 10, which is favored. Which
3  is usually used.
4      Q    And does it, like the DSM4, have
5  certain criteria that need to be satisfied in
6  order to, for example, diagnose --
7      A    That's correct.
8      Q    -- somebody with major depression?
9      A    That's correct.
10     Q    Okay. Is the ICD 10 a cookbook?
11     A    Correct.
12     Q    Do you question the validity or
13 reliability of either the DSM4 or the ICD 10?
14     A    Yes.
15     Q    Both?
16     A    No, DSM4 has reliability, but very
17 little validity, since you've asked the
18 question. DSM4 has reliability, but little
19 validity. V-A-L, validity.
20     Q    Is the same true of the ICD 10?
21     A    Correct.
22     Q    Can a person be clinically depressed
23 and, for a number of different reasons, say,
24 lack of psychiatric care, not be diagnosed with
25 a DSM4 mood disorder?

Page 159

1      A    Could you repeat the question.
2      Q    Sure. Can a person be clinically
3  depressed, and for a number of different
4  reasons -- well, you can think of them, as well
5  as I -- they might not be diagnosed with a DSM4
6  mood disorder?
7      A    Correct.
8      Q    Which antidepressants do you
9  prescribe in your clinical practice?
10     A    Mainly -- are you familiar with the
11 terminology? Mainly SSRIs.
12     Q    Yes.
13     A    Is that acceptable?
14     Q    Yes.
15     A    And we use a drug, I think it's
16 called Effexor, in this country, but
17 Venlafaxine. Effexor, I think in this country
18 is Venlafaxine.
19     Q    Yes.
20     A    E-F-F-E-X-O-R. And the company, the
21 chemical name is Venlafaxine,
22 V-E-N-L-A-F-A-X-I-N-E.
23     Q    Is Effexor a tricyclic?
24     A    No, it's a variant of an SSRI.
25     Q    Is it an SNRI?

Page 160

1      A    Correct. You have the terminology
2  correct. It's SNRI. Capital S, capital N,
3  capital R, capital I.
4      Q    What other antidepressants do you
5  prescribe?
6      A    Well, not many, because with the
7  neurological population there are certain
8  limits to the antidepressants that can be used
9  securely or safely.
10     Q    And are you referring there to
11 suicide risk?
12     A    No.
13     Q    What are you referring to?
14     A    Seizure risk.
15     Q    So the risk of seizure in epileptic
16 patients limits the kinds of antidepressants
17 you can use?
18     A    We tend to avoid tricyclic agents.
19     Q    Is the same concept true for pain --
20 obviously not with respect to seizures -- but
21 are there certain pain medications that are not
22 appropriate for certain patient populations,
23 because they, for example, increase the risk of
24 addiction?
25     A    Pain medications used by people with

Page 161

1  pain?
2      Q    Right.
3      A    Ah, that's not an area of my
4  speciality so I can't answer that.
5      Q    You don't typically treat people in
6  chronic pain?
7      A    I have mentioned that I did, but I no
8  longer have a chronic pain clinic.
9      Q    Did you treat individuals with
10 osteoarthritis?
11     A    Not specifically.
12     Q    Have you ever provided psychotherapy
13 to a patient?
14     A    Yes.
15     Q    You're smiling. Why are you smiling
16 about that?
17     A    Psychotherapy is not a very well
18 formulated part of English psychiatric
19 practice. It's very well engrained in American
20 psychiatric practice. I came to the Johns
21 Hopkins Hospital in Baltimore as a resident
22 specifically to get my training in
23 psychotherapy.
24     Q    So psychotherapy is not used much in
25 England?

41 (Pages 158 to 161)