# EXHIBIT 5
# (PART II)

A Much less than in the United States.
Q The treatment is more geared toward pharmacologics?
MR. FINKELSTEIN: Objection.
THE WITNESS: That's correct.
BY MS. McGRODER:
Q Have you ever conducted a suicide assessment of a patient with active suicidality?
A Yes.
Q When was the last time you did that?
A Maybe, five, five or six years ago, when I was in the National Health Service practice.
Q What percentage of your patient population when you were treating patients had a diagnosis of depression?
A Probably about 40 percent, I would think.
Q Do you know what percent of patients who complete suicide have a diagnosable mental disorder?
A Not off the top of my head, no.
Q Do you know the percentage of patients who are actually diagnosed and treated



appropriately -- well, let me restate that.
Do you know the percentage of patients who are suicidal who are actually diagnosed with depression or another mental disorder and who get treatment for it?
MR. FINKELSTEIN: Where? Just if you can define the geography. Worldwide? New York?
MS. McGRODER: It's United States.
MR. FINKELSTEIN: Only because he has made reference to London and Europe.
MS. McGRODER: Right.
MR. FINKELSTEIN: That's the only reason why.
MS. McGRODER: That's a good question.
A Then the answer is in the United States, no.
Q Do you know what percentage of people among the general population make contact with their primary care providers within the week prior to suicide?
A No.
Q Would it surprise you that only about half of individuals who complete suicide



actually received a diagnosis and were treated?
A Not at all.
Q Do you know what percentage of people among the general population make contact with their primary care providers within the month prior to suicide?
A This is United States data, I have no idea at all.
Q Well, Professor Trimble, you're offering an opinion in a United States case about whether a drug caused suicide in a United States citizen, have you looked at the literature on the prevalence of suicide in the United States?
A I have looked at the literature on the prevalence of suicide in the United States.
Q Let's say -- I want you to assume that the percentage of people who make contact with a primary care provider within the month prior to suicide is about 40 percent.
Do you know whether that percentage is higher or lower among the elderly?
A No.
Q Are you aware that 70 percent of older people visit their doctor within the



month prior to their suicide, and have unrecognized suicide risk by their treating physician?
A No.
Q Does that surprise you?
A That it's unrecognized?
Q Right.
A Well, it's obvious, I suppose. If it was recognized, then prevention would be -- prevention measures would be put in action.
Q Why do you think the elderly often have unrecognized depression or risk of suicide?
A They have greater chance of risk factors for suicide, perhaps.
Q You don't know for sure?
A Well, I think the situation is changing, you see. I think that in the last few years many more younger people, particularly teenagers, are committing suicide. So I think the picture is changing.
Q Yeah, and just setting aside who the group is, just thinking only about the elderly, do you know why it is that the elderly are less often diagnosed with suicide risk compared to

Page 166

any other populations of people?
MR. FINKELSTEIN: Objection.
THE WITNESS: I think I could only respond in the United Kingdon that elderly people tend to be less attractive for physicians to spend time with.
BY MS. McGRODER:
Q Do you agree that under detection and under treatment of depression in older people is considered a major public health problem?
A Yes.
Q Do you agree that untreated or inadequately treated depression in primary care plays a role in the suicide of older people?
A I suspect it does.
Q Do you agree that suicidality is complex to recognize in older persons, because of comorbidities and infrequency of contact with mental health specialists?
A May I ask you to break that down into one question at a time.
Q Sure. Fair. Do you agree that suicidality is complex to recognize in older persons because of their comorbidities?
A Possibly.

Page 167

Q Do you agree that suicidality is complex to recognize in older persons because of the infrequency of contact with mental health specialists?
A Yes.
Q Do you think a large percentage of elderly people are somewhat resistant to psychiatric treatment?
A Certainly an older generation at this point in time who have grown-up with different ethics, the answer would be yes.
Q And does Mr. Smith fit that category?
A I suspect so, yes.
Q You agree that chronic illnesses increase the likelihood of depression and suicide?
A Could we have one question at a time, please.
Q Sure. Do you agree that chronic illnesses increase the likelihood of suicide?
A Chronic illness, in and of itself, is not a risk factor for suicide.
Q And you're referring back to the literature that you identified in Exhibit 8 for that statement?

Page 168

A That would be correct. Yes.
Q Okay. Do you agree that chronic illnesses increase the likelihood of depression?
A Yes.
Q Do you agree that chronic illnesses make it harder to diagnose depression, especially in the elderly?
A I think that's the case, yes.
Q Do you know the overall prevalence of suicide in the United States?
A I have a figure written down, it's something like ten, 100,000. Around.
Q Do you have a figure written down with you here today?
A Well, it's in these reference books here.
Q Okay.
A Those kind of figures I don't bother my head with.
Q Okay. I take it, then, you would not be able to tell me the overall prevalence of suicide ideation in the United States?
A Whatever figure you have would be guesswork.

Page 169

Q Okay. Have you looked at that specifically?
A I have a figure. I have a figure, it's 10 times greater than those that commit the acts. But I'm afraid people just don't tell you about these things, even if you ask them.
Q So suicide ideation may be even higher than ten times greater --
A Correct.
Q -- than actually suicides?
A Correct.
Q What is the rate of suicide in patients with chronic pain?
A I don't know.
Q Do you know the rate of suicide in patients with low back pain?
A The rate of suicide in people with only low back pain, I would, I don't know exactly, but there is so much low back pain in the world that I would think it's utterly negligible.
Q So you don't think there's an increased risk of suicide in patients with low back pain?

Page 170

A Low back pain, in and of itself, does not increase the risk of suicide.
Q And that's your opinion today?
A That's correct.
Q And what do you rely on for that opinion?
A The fact that low back pain is one of the commonest physical problems that orthopedic surgeons and others deal with. And suicide, in and of itself, is rare. So there can be no direct relationship.
However, within the papers that I have brought with me, again, low back pain does not feature as a risk factor for suicide.
Q Have you studied the literature on low back pain in suicide?
A I have just done that in the last two weeks to make sure that I understand the relationship between low back pain and suicide.
Q So it's your opinion that low back pain does not have a higher rate of suicide than the general population?
A Low back pain, in and of itself, is not a risk factor for suicide.
Q Okay, my question was a little

Page 171

different. Is it your opinion that low back pain does not have a higher rate of suicide than in the general population?
A People would complain of low back pain do not have an increased risk of suicide solely on account of low back pain.
Q But you don't know the rate of suicide in individuals with low back pain, as reported in the peer reviewed literature?
A I couldn't give you a figure.
Q Okay. And so you don't know whether it's higher than in the general population?
A I -- no.
Q Are there risk factors associated with suicide as recognized by the APA, the America Psychiatric Association?
A The risk -- there may well be risk factors associated with suicide in the APA literature.
Q Have you looked at the APA guidelines for the risk factors associated with suicide identified there?
A Not in the guidelines, which have more to do with prevention, but I will refer you to the textbook of Dr. Simon, which is the

Page 172

APA textbook of psychiatry. Which is 2007.
Q And do you have that chapter with you from Dr. Simon?
A Well, it's in the list.
Q In Exhibit 8?
A In the bundle that you have.
Q Okay. And is that it that you're looking at right now?
A Yeah. And he lists suicide risks associated with various mental and physical disorders. And you will not find low back pain in that list.
Q Oh, okay. My question was: Have you looked at the risk factors for suicide apart from physical illnesses -- is that list physical illnesses from Simon's chapter?
A Correct.
Q Okay, may I see that for one second?
A Yes.
Q My question was more general.
A Well, it was about APA, if I may say so.
Q Right. My question was: Have you looked at the APA guidelines on the risk factors for suicide, generally?

Page 173

A Not specifically for this. They were published 2005, I think. I have gone to the expert, and the latest publication I could find.
Q Just so I'm clear: So you did look at the APA guidelines for the treatment and assessment of suicide?
A Previously, but not specifically in relationship to this deposition.
Q Okay. When is the last time you looked at those?
A Oh, probably when I was doing the original report for Mr. Smith.
Q So sometime before October of 2007?
A Correct.
Q Okay. Now the Simon article that you showed me, or this chapter in the APA textbook, this was in response to your query whether there are certain physical illnesses that increase the risk of suicide?
A Correct.
Q Okay. We'll take a closer look at this. Put it back in the stack. Thank you.
Is depression a risk factor for suicide?
A It is.

Page 174

Q Do you know what percentage of patients with depressive disorders have thoughts of suicide?
A Very high.
Q More than half?
A Oh, undoubtedly, yes.
Q And do you know what percentage of patients with depressive disorders will die by suicide?
A Much less. A small, a relatively small percentage of people with depressive disorders, specifically, will die of, by suicide.
Q What about people with depressive symptoms, are people with depressive symptoms at an increased risk of suicide?
A Probably. Well, again, it's a matter of the definition of "depressive symptoms". I don't know that that's ever been looked at it, it may well be. But we're really talking about DSM4 for depressive illness.
Q Did you do an analysis to determine whether Mr. Smith fit any DSM4 diagnostic category for mood disorder?
A The number of depressive symptoms

Page 175

reported in Mr. Smith's records would not provide me with evidence to retrospectively make a diagnosis of depression.
Q Do you think it would be unreliable to make a diagnosis of depression based on a retrospective review of Mr. Smith's medical records?
A Yes.
Q So you made no effort to do that?
A No, I did. But there is not enough information there to come to any conclusion.
Q And, therefore, you have not concluded that Mr. Smith suffered from any DSM4 disorder?
MR. FINKELSTEIN: Objection.
THE WITNESS: If you read my report, you will see I have done a differential diagnosis, and I exclude evidence that Mr. Smith had a depressive illness in the time immediately preceding his suicidal act.
BY MS. McGRODER:
Q And what time frame are you ascribing to "immediately preceding"?
A Well, in the two or three months

Page 176

before.
Q So back to February of 2004?
MR. FINKELSTEIN: Objection.
BY MS. McGRODER:
Q Approximately?
MS. McGRODER: What's your objection to form?
MR. FINKELSTEIN: As to the time frame.
MS. McGRODER: I think you're right.
MR. FINKELSTEIN: You haven't established the date of death, I mean.
BY MS. McGRODER:
Q You excluded that Mr. Smith had a depressive illness in the two to three months before his suicide on May --
A Yes.
Q -- 13th, 2004.
A Let me be even clearer, to settle this for you.
Q Sure.
A I don't believe Mr. Smith ever suffered from the psychiatric DSM4 classifiable diagnosis of a mood disorder. Ever.
Q And what, what have you done to come

Page 177

to the conclusion to support the opinion that Mr. Smith never suffered from DSM4 diagnosable mood disorder?
A Well, I've been through the medical records, and I have been through all of the depositions.
Q For what period of time did you go through the records, you know, in Mr. Smith's medical history? Where did you start, where did you stop?
A Well, we have them here, you've got them in front of you to view.
Q So go ahead and look at them and tell me where you started, in terms of Mr. Smith's medical records, what was the earliest record you reviewed and what's the last record you reviewed? Just give me that time frame.
A Well, it's all in my report, but, uhm --
Q You can refer to your report, if you prefer.
A Sorry, I need the bundle of records.
Q Exhibit 12.
A But uhm, you know, my understanding of these medical records is that there

is information here going back to when he had his appendix removed in 1939.

Q You have records from 1939?

A No.

MR. FINKELSTEIN: He said information.

A There's information in these records.

Q Oh, reported medical history?

A Yes.

Q Okay.

A Going back to 1939.

Q My question is different. I would like to know what are the span of records that you actually reviewed.

What's the earliest record -- what's the date of the earliest record you reviewed and what's the date of the last record you reviewed?

A Well, I would need some time to go through these records, so as not to give you false information. But the -- simply because getting the dates sorted out is a bit complicated, but I can do that if you want me to.

Q Okay, let's come back to it.



Do you think you reviewed records before 2003 in Mr. Smith's medical history?

A I think probably not. These extant records probably date from about that time.

Q Okay, and so the references in your report to medical history that preceded approximately 2003, you, you obtained that information by the medical histories in this set of records that comprises Exhibit 12?

A That is correct.

Q Okay. You didn't actually review records prior to 2003?

A That is correct.

Q Do you think Mr. Smith suffered from any -- well, let's put it this way:

Did Mr. Smith suffer from depression that may not have classified under the cookbook criteria of a DSM4?

MR. FINKELSTEIN: Objection.

THE WITNESS: By definition he wouldn't, therefore, have suffered from depression. Because in this country, to suffer from depression, you have to have a DSM4 diagnosis. So if he didn't fulfill the DSM4 criteria, by definition he didn't



have depression.

BY MS. McGRODER:

Q Now recognizing you are not a psychiatrist in the US, and you're not qualified to practice psychiatry in the US; correct?

A Correct.

Q So you couldn't treat patients in the US; correct?

A Correct.

Q Recognizing that, are there patients in the US who are treated for depression who do not have a DSM4 diagnosis?

A I have no idea.

Q Can patients be prescribed antidepressants, notwithstanding the lack of a DSM4 diagnosis?

A Antidepressants are prescribed in many conditions other than depression.

Q That would be off-label use; right?

MR. FINKELSTEIN: Objection.

THE WITNESS: No -- well, I don't know the guidelines in this country, but amitryptyline, for example, is often used to treat, say, migraine.



BY MS. McGRODER:

Q Is amitryptyline approved for the use of migraine?

A In your -- in this, in America, I don't know.

Q Let's say it's not.

A Okay.

Q Let's say it's not.

A Okay.

Q So amitryptyline used often for the treatment of migraine is an off-label use; correct?

MR. FINKELSTEIN: Objection.

THE WITNESS: I can't answer that.

BY MS. McGRODER:

Q Just assume with me. Assume with me that amitryptyline is not approved by the FDA for the treatment of migraine. It's a tricyclic antidepressant being used off-label to treat migraine; is that correct?

MR. FINKELSTEIN: Objection.

THE WITNESS: Well, I'm referring to the United Kingdom.

BY MS. McGRODER:

Q Okay, well, let's pretend like we're

Page 182

in the United States, since we are.
(Reporter clarification.)
THE WITNESS: My answer is I can only refer to the United kingdom. I don't know about the United States. But let me give you a clearer example, the SSRIs are used to treat obsessive compulsive disorder.
BY MS. McGRODER:
Q But some SSRIs --
A Not off-label.
Q Right. Because some SSRIs are approved for the treatment of obsessive compulsive disorder; correct?
A But they are referred to as antidepressants.
Q Okay, my question is different. Assume with me, if you will, that there are certain SSRIs that are not approved for obsessive compulsive disorder, okay? Assume that?
A Um hum.
Q And that a physician nevertheless prescribes an SSRI for obsessive compulsive disorder. Are you with me?
A Yes.

Page 183

Q That would be off-label use; correct? Using a drug in a circumstance for which it is not FDA approved is off-label use; correct? You know this, right?
A Could you repeat the question.
Q Sure. If you assume that an SSRI is not approved for obsessive compulsive disorder, and yet a physician prescribes it to a patient for obsessive compulsive disorder, the physician is using that antidepressant off-label; correct?
A I believe all of the SSRIs are approved.
Q I want you to assume they are not.
MR. FINKELSTEIN: She's just asking you a hypothetical question.
BY MS. McGRODER:
Q It's a hypothetical question.
A Well --
MR. FINKELSTEIN: A hypothetical question for which the foundation is truthful.
A If physician is prescribing a drug for a condition that is not approved, that is called off-label prescribing.

Page 184

Q Sure. That's all I'm asking, right. And there is nothing wrong with that; correct?
MR. FINKELSTEIN: Objection.
THE WITNESS: Nothing wrong with off-label prescribing?
MS. McGRODER: Right.
THE WITNESS: I think there are legal requirements that hang around prescribing on and off-label, but it does alter from country to country.
BY MS. McGRODER:
Q In the United States, since that's where this case is pending, is there any prohibition of a physician to prescribe a drug for an off-label use? Is there any? Is there any?
A I suspect he does so at his peril that if something goes wrong, there will be some comeuppance.
Q Okay. My question is: Is there any prohibition to physician in the United States prescribing a drug off-label -- and let me tell you this, I know you don't practice in the United States, so if you don't know, you don't know -- but I still put the question to you, is

Page 185

there any prohibition?
A I say I don't know.
Q Is hopelessness a risk factor for suicide?
A Well, one of the papers that you have to read at your leisure there will say that hopelessness is a long-term risk factor of a suicide, but not a short-term. In other words, hopelessness preceding the act is not the predictor. The predictor is long-term hopelessness. So it does vary in terms of time before the act.
Q And to what are you -- strike that. What are you relying on for your opinion that hopelessness is a long-term but not a short-term risk factor?
A One of the papers that is in the bundle that you have -- where is the bundle? There's the bundle. And the relevant author of that is, uhm (Reviewing document.) The Fawcett paper. F-A-W-C-E-T-T.
Q May I see it, please. Thanks. And that's "Time Related Predictors of Suicide in Major Affective Disorder" by Jan Fawcett in the American Journal of Psychiatry, September 1990.

Page 186

Q Is there anything else that you rely on for your opinion that hopelessness is not a short-term risk factor?
A Hopelessness, in and of itself, is not a short-term risk factor for suicide.
Q And my question is: Other than this paper as part of Exhibit 8, is there anything else that you rely on for that opinion?
A No, I rely on that paper.
Q Okay, thank you. In general, do you agree that patients with high levels of hopelessness have an increased risk for future suicide?
A The paper you've just referred to does refer to future suicide; namely, as a long-term risk factor rather than as a short-term risk factor.
Q Does hopelessness predict suicide ideation better than depression?
A I don't know.
Q Did you look at the literature on that?
A No.
Q Do you agree that for patients with depression, hopelessness has been suggested to

Page 187

be the factor that explains why some patients choose suicide whereas others do not?
A Again, could you break it down in two questions, please.
Q No, I can't. Do you agree that for patients with depression, hopelessness is suggested as the factor that explains why some patients choose suicide and others do not?
A I would accept that, yes.
Q Do you agree that hopelessness often occurs in concert with depression as a state dependent characteristic?
A Yes.
Q Do you agree that some individuals experience hopelessness on a primary and more enduring basis?
A Yes.
Q Do you agree that hopelessness represents a distinct phenomenon that can arise separately from mood disorders and occurs across psychiatric diagnoses?
A Yes.
Q Do you agree that problematic coping skills are common among those who die by suicide?

Page 188

A Can you just say that again. Or read that back.
Q Do you agree that problematic coping skills are common among those who die by suicide?
A May I ask you what you mean by "problematic"?
Q Difficulty coping.
A Difficultly coping, probably yes.
Q It would be more likely than not; correct?
A Suicide suggests that, yes.
Q Is low self-esteem a risk factor for suicide?
A Not to my knowledge.
Q Did you look at the literature on that?
A Well, it may relate more to the younger suicides really than the older suicides, but I did not specifically look at the literature on that.
Q Is unemployment a risk factor for suicide?
A Yes.
Q Is chronic pain a risk factor for

Page 189

suicide?
MR. FINKELSTEIN: Objection. Asked and answered.
THE WITNESS: Unemployment, in and of itself, is not a risk factor for suicide. And chronic pain, in and of itself, is not a risk factor for suicide.
BY MS. McGRODER:
Q Did you look at the literature on unemployment and suicide in order for you to give the opinion that unemployment is not, in and of itself, a risk factor for suicide?
A I looked at the literature on risk factors for suicide.
Q And employment is not listed?
A Unemployment, in and of itself, does not emerge as a risk factor for suicide.
Q And that's your opinion also about chronic pain, chronic pain is not, in and of itself, a risk factor for suicide?
A I will repeat. Chronic pain, in and of itself, is not a risk factor for suicide.
Q Are you aware that consistent psychological themes emerge in suicide notes?
A Themes?

Page 190

Q Yes.
A Yes.
Q Are you aware that the clearest of these themes is "I can't stand the pain any longer"?
A No.
Q Does that surprise you?
A Well, do you think that's referring to physical pain or to mental pain?
Q Do you know?
A No.
Q Is being an elderly white male a risk factor for suicide?
A In and of itself, being an elderly white male is not a risk factor for suicide.
Q And you know that how?
A There are a large number of elderly white males alive and well, and not going to commit suicide in the United States.
Q Have you looked at the APA guidelines on a risk factors for suicide with respect to demographic characteristics like elderly white male?
A I'm aware of that.
Q So do you disagree that elderly white males are at an increased risk of suicide?

Page 191

A Being an elderly white male, in and of itself, does not increase the risk of suicide.
Q Is the suicide rate for elderly males higher or lower than other age groups?
A It's actually higher, but this picture may be changing, as I've already emphasized. But it is higher.
MR. FINKELSTEIN: I'm not cutting you off, it's just that we're going an hour, if you only have a few more, because we're going to break for lunch -- I just see a big stack in front of you.
MS. McGRODER: Yeah, let's go ahead and break.
THE VIDEO OPERATOR: Please standby. We are going off the record, the time is 1:13 p.m. This concludes videotape number 3.
(Lunch recess.)
THE VIDEO OPERATOR: Standby. We are back on the record, the time is now 2:07 p.m. This is the beginning of tape number 4.

Page 192

BY MS. McGRODER:
Q Professor Trimble, would you agree that individuals with the characteristics of elderly, white and male have a higher rate of suicide than people who do not have those characteristics?
A There is more suicide in elderly white males than in the rest of the population, yes.
Q Do you know what percent of individuals over the age of 65 who complete suicide are male?
A What percentage? Uhm, it's greater than female, that age group. But I don't know the exact percentage.
Q Did you know that 80 percent of those over the age of 65 who commit suicide are male?
A That's probably the figure that I would accept, yes.
Q Do older individuals make more or less suicide attempts per completed suicide?
A They -- than?
Q Than the general population?
A Who don't -- who don't commit suicide. Could you repeat the question.

Page 193

Q Do older individuals make more or less -- well, actually it wouldn't be the general population.
Do older individuals make more or less suicide attempts per completed suicide?
A Than --
Q Than other individuals who make suicide attempts?
A The answer would be yes.
Q And so older individuals have fewer attempts per completed suicide; correct?
A Uhm --
Q Older individuals less often attempt suicide --
A Oh, yes, of course.
Q -- before they complete suicide?
A Yes, of course. Yes.
Q Are older individuals more or less likely to directly communicate their intent to die compared to other age groups?
A No.
Q And so you agree that older individuals are less likely to directly communicate their intent to die?
A Yes.

Page 194

Q Are older individuals more or less likely to use violent and potentially deadly means for suicide?
A Ah --
Q Are there, are --
A I'm sorry, suicide is a deadly event, so I don't understand the question.
Q You don't. Do you understand the differences between or do you see a difference between suicide by overdose, for example, or suicide by gunshot wound to the head?
MR. FINKELSTEIN: Objection as to form.
THE WITNESS: Well, yes. Well, I can see there is a difference. But I don't think that was inherent in the question you asked, as you put it.
BY MS. McGRODER:
Q Is one of those more violent and aggressive than the other?
A It's more violent.
Q Gunshot wound to the head is more violent than an overdose?
A Yes.
Q So are older individuals more or less

Page 195

likely to use violent means than other individuals who complete suicide?
A That is correct.
Q Do you agree that older people who commit suicide give fewer warnings to others of their plans; do you agree?
A Yes.
Q Do you agree that older people who commit suicide use more violent and potentially deadly methods; you agree?
A We just answered that.
Q And so you agree; correct?
A Yes.
Q And do you agree that older individuals apply those more violent methods with greater planning and resolve?
MR. FINKELSTEIN: Objection.
THE WITNESS: I disagree with that.
BY MS. McGRODER:
Q Why do you disagree with that?
A Because it doesn't make any sense.
Q Have you looked at the literature on the, ah -- have you looked at the suicide literature on elderly individuals as a particular category of the population?

Page 196

A At the --
Q As a, have you have looked at the -- have you reviewed the literature on suicide in the elderly as a particular subgroup in a population?
MR. FINKELSTEIN: Objection. Asked and answered.
THE WITNESS: I have.
BY MS. McGRODER:
Q And have you studied whether elderly more often than not plan their suicides?
A That has not been part of the reading that I have come across.
Q So you just haven't looked at it?
A No, I have been reading on suicide in the elderly, but I haven't come across that.
Q Just so I'm clear: Was your search for literature in this subpopulation of elderly people with respect to suicide, was that limited to or focused solely on physical illness in the elderly?
A No.
Q Or was it broader than that?
A Broader than that.
Q So what was it, what was your search?

Page 197

A Do you want me to go back to where we were earlier on this morning?
Q Well, before I asked you generally, now I'm asking you with respect to the elderly in particular.
A Well, I have looked at the major textbook of psychiatry, which is from the American Psychiatric Association published 2007. I have done Medline or PubMed searches specifically in relationship to suicide in the elderly, I have seen textbooks which have been edited or written by people such as Dr. Jacobs. Ah, I have read, uhm, my own file, if you like, on papers on suicide, and you have seen a number of them placed before you. And that's fairly sufficient; isn't it?
Q Well, my question was -- and that's the same answer you gave this morning.
A Precisely.
Q With the exception of one, one small thing, and that is the characterization of your PubMed search. My question is with respect to the subpopulation of elderly people --
A Correct.