# EXHIBIT 5
# (PART III)

Page 198

1   Q   -- in connection with suicide in the
2   elderly, did you do a search that was different
3   to just look at the literature on suicides in
4   the elderly?
5       Did you do a PubMed search to look at
6   information on suicides in the elderly?
7   A   Yes.
8   Q   Okay.
9   A   Yes, I did.
10  Q   And do any of the articles that
11  comprise Exhibit 8 pertain to suicide in the
12  elderly?
13  A   Yes.
14  Q   Okay.  Is having access to firearms a
15  risk factor for suicide?
16  A   Yes.
17  Q   What percentages -- I'm sorry.  What
18  percentage of suicides occurred by firearm in
19  the US general population?
20  A   I don't know.
21  Q   Do you agree that men are more likely
22  than women to use a violent method of suicide,
23  like firearms?
24  A   Yes.
25  Q   Do you know what percentage of men

Page 199

1   who complete suicide use firearms?
2   A   No.
3   Q   Are firearms the weapon of choice for
4   older suicides?
5   A   I have no idea.
6   Q   I'm going to rephrase that question,
7   just because I don't like it.
8       Are firearms the weapon of choice for
9   suicides by elderly individuals?
10  A   That I just don't know.  I don't
11  know.  I mean, presumably worldwide, are we
12  talking about?  Or within certain populations?
13  Q   Do you know one way or another?
14  A   Well, in the United Kingdom people
15  don't have firearms, so it wouldn't be the
16  case.
17  Q   Okay, what about the US?
18  A   That I don't know.
19  Q   Do you agree that the presence of a
20  gun in the home is highly predictive of its use
21  for completed suicide?
22  A   The presence of a gun in the home, in
23  and of itself, is not a risk factor for
24  suicide.
25  Q   I think you might have misunderstood

Page 200

1   my question.
2   A   Okay.
3   Q   I'm not asking about a risk factor.
4   The question is:  Do you agree that presence of
5   a gun in the home is predictive of use of a gun
6   for a completed suicide?
7   A   I don't know.
8   Q   Is a recent stressful life event a
9   risk factor for suicide?
10  A   Yes.
11  Q   Is it possible for a person to have a
12  number of suicide risk factors and never commit
13  suicide?
14  A   Yes.
15  Q   What about the converse, do some
16  patients with very few risk factors attempt or
17  commit suicide?
18  A   Yes.
19  Q   Do you agree that while risk factors
20  for suicide can be additive, they can also be
21  synergistic?
22  A   Would you please explain the
23  distinction between "additive" and
24  "synergistic."
25  Q   Well, "additive" would be one risk

Page 201

1   factor plus one risk factor, means two risk
2   factors.
3       "Synergy" would be one risk factor and
4   another risk factor elevate your risk by
5   greater than 2.
6   A   I instinctively would say that's
7   probably correct.
8   Q   What are the recognized risk factors
9   for suicide that Mr. Smith had?
10  A   Would you like me to list them?
11  Q   Yes.
12  A   In my opinion?
13  Q   Yes, in your opinion.  Are they set
14  out in your report?
15  A   The risk factors -- I feel the best
16  way to do this is to refer to a list of risk
17  factors, and then see how many Mr. Smith had.
18  Which I hope is appropriate.
19  Q   Okay, so what list are you --
20  A   The list I'm taking is from a report
21  by Dr. Jacobs, and the date of the report is
22  December the 20th, 2007.
23      And to answer your question, if I may read
24  what Dr. Jacobs says, and then we'll see how
25  many Mr. Smith has.

51 (Pages 198 to 201)

Page 210

1    A    No.
2    Q    -- diagnosis" appear in this report?
3    A    Not exactly in those terms.
4    Q    Well, not at all; correct?  The words
5  "differential diagnosis" do not appear in this
6  report; correct?
7    A    Correct.
8    Q    On page 11, where you discuss people
9  at higher risk of suicide.
10   A    Uhm hmm.
11   Q    You state:  "Those at higher risk
12  are, one, people who live alone; two, those
13  with alcohol or drug dependence; three, those
14  with known severe psychiatric disorders, such
15  as major depressive disorder or schizophrenia;
16  and four, those who have had previous attempts
17  to harm themselves, so-called parasuicide."
18   A    Correct.
19   Q    Then you state:  "None of these
20  features are present in the past history of
21  Richard Smith"; correct?
22   A    Correct.
23   Q    You list four risk factors on
24  page 11; correct?
25   A    Correct. Correct.

Page 211

1    Q    Are those the only four risk factors
2  that you ruled out in your differential
3  diagnosis at the time that you wrote this
4  report?
5    A    Those are the risk factors which are
6  perpetually repeated in review articles.  These
7  are the highest risk factors.
8    Q    So living alone is the highest risk
9  factor for suicide in the literature?
10   A    Well, not in order, I don't think I
11  put them in order of severity, actually.
12   Q    Well, you said these are the highest
13  risk factors in the literature.
14   A    Yes.
15   Q    So all four of these --
16   A    Yes.
17   Q    -- in your opinion are the highest
18  risk factors for suicide?
19   A    Yes, but not in order as given.
20   Q    Okay, so these are the top four?
21   A    Yes.
22   Q    What order would you attribute to
23  these?
24   A    Probably -- well, let me be more
25  specific.  Previous attempts would go at the

Page 212

1  top of the list.
2    Q    So that's number one?
3    A    Yes.  And then major psychiatric
4  disorder, number two; alcohol, drug dependence,
5  three; and then loneliness and living alone,
6  four.
7    Q    I just don't remember if you answered
8  my question, I apologize.
9       And so, at the time that you wrote this
10  report, at some point prior to October of 2007,
11  did you look at and consider and rule out any
12  risk factors other than these top four?
13   A    If you turn to my differential
14  diagnosis on the next page, I rule out a number
15  of other risk -- medical and psychiatric risk
16  factors.
17   Q    And tell me, give me the list of
18  exactly what you ruled out.
19   A    Okay, I rule out --
20   Q    Are we talking on page 12?
21   A    I rule out prior psychiatric
22  disorder, previous history of suicide, alcohol
23  and drug abuse, dementia, ah, head injury --
24  well, cerebral vascular disease, because it was
25  said he had some hypertension.  And then

Page 213

1  depression.  I have already stated that I don't
2  think there's enough evidence to consider that
3  Mr. Smith suffered a depressive illness, as
4  would be classified by DSM4 criteria.
5    Q    Have we now talked about all of the
6  risk factors that you've identified and ruled
7  out in your --
8    A    Yes.
9    Q    -- differential diagnosis of
10  Mr. Smith?
11   A    Correct.
12       MR. FINKELSTEIN:  Page 12?
13       MS. McGRODER:  No, in his analysis.
14       MR. FINKELSTEIN:  Oh, I'm sorry, I
15  thought you said now on page 12, can you
16  tell me.
17       MS. McGRODER:  No, I was just talking
18  in general about his opinions, and I think
19  that's what he was answering.
20  BY MS. McGRODER:
21   Q    Is that right, Professor Trimble?
22   A    That's correct, yes.
23   Q    Okay, so we have now talked about all
24  of the risk factors that you identified in your
25  opinion that you believe are risk factors that

54 (Pages 210 to 213)

Page 214

1  you identified and ruled out --
2     A   Correct.
3     Q   -- in your differential diagnosis of
4  Mr. Smith?
5     A   In my differential diagnosis of
6  Mr. Smith, correct.
7         (Exhibit 16 marked for
8  identification.)
9  BY MS. McGRODER:
10    Q   I'm handing you, Professor Trimble
11 the APA guidelines --
12    A   Thank you.
13    Q   -- marked as Exhibit 16. And those
14 are just the relevant pages, because as you
15 know, the guidelines are rather voluminous.
16    A   Correct.
17    Q   Those are the pages I wanted to ask
18 you about. You understood on page 12, do you
19 understand these -- under table 4 -- these to
20 be the independent risk factors identified by
21 the APA for increased risk of suicide?
22    A   Yes, I accept that.
23    Q   Okay. And there's just a few I want
24 to ask you about. If you look on the left-hand
25 column under "physical illness."

Page 215

1     A   Yes.
2     Q   Do you see pain syndromes?
3     A   Yes.
4     Q   Pain syndromes, in and of themselves,
5  increase the risk of suicide according to the
6  APA guidelines; correct?
7     A   It says factors associated with
8  increased risk of suicide. My statement is
9  that pain syndromes, in and of themselves, do
10 not increase the risk of suicide. Pain
11 syndromes are so common that you cannot claim
12 pain syndromes, in and of themselves, are
13 related to suicide. But it is on the list, of
14 course.
15    Q   Do you understand that the APA list
16 of factors associated with an increased risk
17 for suicide, as represented in table 4, are
18 risk factors that independently, in and of
19 themselves, increase the risk for suicide --
20 that's how they made the list; do you
21 understand that?
22    A   No, I don't understand that. Could I
23 have the full text, so I can understand how
24 this list was, ah --
25    Q   (Handing over document.)

Page 216

1     A   And I need some time to read.
2     Q   Sure.
3     A   If you don't mind.
4     Q   Take as long as you need.
5     A   But it's a long time since I looked
6  at these. So it's dealing with page 12.
7  (Reviewing document.) Am I allowed to mark
8  this?
9     Q   Sure.
10    A   Okay. (Reviewing document.) All
11 right.
12       Okay, so to answer your question, these
13 are not set out in tablets of stone. It's made
14 clear by use of the terms such as "may," so
15 "these factors may be associated," not "are
16 associated," so that leaves the issue open.
17       The text also says that:
18       "In determining whether a particular
19 stressor may confer risk for suicidal behavior,
20 it is necessary to consider the perceived
21 importance and meaning of life event for the
22 individual patient."
23       And it says on page 12, which you've
24 handed me:
25       "It is the quintessential clinical

Page 217

1  judgment, since no study has identified one
2  specific risk factor or set of factors as
3  specifically predictive of suicide or other
4  suicidal behavior."
5       That is a summary of my view on the
6  relationship between the factors you've asked
7  me about, and suicide. And I will just repeat
8  it so that it's clear.
9     Q   No, it's clear. Let me ask you a
10 couple of follow-up questions --
11    A   "No study --"
12    Q   -- so we can move on.
13    A   Okay. All right.
14    Q   Professor Trimble, if you look on
15 page 13, the paragraph that describes table 4.
16    A   Yes.
17    Q   Do you see the first paragraph there?
18    A   Yes.
19    Q   Table 4, which is the risk factors
20 we've been discussing, provides a list of
21 factors that have been associated with
22 increased suicide risk. Do you see that?
23    A   Yes.
24    Q   And do you know, Doctor, or Professor
25 Trimble, that the factors identified on table

55 (Pages 214 to 217)

VERITEXT CORPORATE SERVICES (800) 567-8658

Page 218

1  have been associated with increased suicide
2  risk through epidemiologic data and evidence?
3      A    That I don't know.
4      Q    You don't know that?
5      A    The paragraph before says:
6      "No study has identified one specific risk
7  factor or set of risk factors as specifically
8  predictive of suicide or other suicidal
9  behavior."
10     Q    And in --
11     A    No study has identified it.
12     Q    In your opinion, that means -- is it
13  your testimony, Professor Trimble, that the
14  statement that no study has identified a
15  particular risk factor or a set of risk factors
16  that are predictive of suicide, is it your
17  testimony that that means the risk factors that
18  appear on table 4 are not independent risk
19  factors for suicide?
20     A    That is one conclusion that I draw.
21     Q    That's your conclusion from this
22  statement?
23     A    That is -- my conclusion in this
24  statement is that there is no one study. It
25  says no study that has identified one specific

Page 219

1  risk factor, for example, physical illness, but
2  further than that --
3      Q    Well, wait, that is specifically --
4      A    -- a set of risk factors.
5      Q    That are specifically predictive of
6  suicide?
7      A    Exactly.
8      Q    Correct?
9      A    Exactly.
10     Q    Does this statement suggest that the
11  factors identified in table 4 on the same page
12  are not a list of factors that have been
13  associated by epidemiologic evidence with the
14  increased risk of suicide?
15     A    That's not what the paragraph that I
16  just read you on page 12 says.
17     Q    So, so it's your opinion that the
18  statement that since there is no study that
19  identifies one risk factor or a set of risk
20  factors that are predictive of suicide, the
21  factors identified on table 4 that have been
22  associated independently with increased suicide
23  risk, do not, are not factors that, in fact,
24  independently increase the risk of suicide?
25  That's your testimony?

Page 220

1      A    That is what the paper you put in
2  front of me states.
3      Q    Let's to go table 4.
4      A    Yes.
5      Q    Is it your opinion, based on table 4
6  that -- well, let's put it this way.
7      You disagree with the APA and table 4 in
8  Exhibit 16, which states that pain syndromes
9  increase the risk of suicide in and of
10  themselves?
11     A    In and of themselves, but to be fair
12  to me, pain syndromes is a very nebulous
13  concept. I do not know that pain syndrome is
14  in DSM4. Well, there is, but it's complicated.
15  But anyway.
16     Q    So pain syndrome is in DSM4?
17     A    As a psychological construct, chronic
18  pain.
19     Q    Okay.
20     A    Not as a physical construct.
21     Q    Okay.
22     A    So this is a confusion. Since --
23     Q    So do you agree or disagree, pain
24  syndrome, in and of itself -- let's use, let's
25  use the scientific words.

Page 221

1      A    In and of itself.
2      Q    Pain syndrome, pain syndrome is an
3  independent risk factor for suicide, agree or
4  disagree?
5      A    I have to disagree with that, based
6  upon what I've just read you on page 12.
7      Q    And I think if you look under
8  psychological features --
9      A    Yes.
10     Q    Hopelessness?
11     A.   Yes.
12     Q    Agree that hopelessness is an
13  independent risk factor for suicide?
14     A    It is in the same as pain syndromes,
15  I've discussed it before, it is a factor which
16  is listed here.
17     Q    And you see at the top of the
18  right-hand column?
19     A    Males.
20     Q    Demographic features, male, elderly,
21  white race. Agree or disagree, each of
22  those --
23     A    Correct.
24     Q    -- is an independent risk factor that
25  increases the risk of suicide?

Page 222

1    A   I agree with what is listed here.
2  And I don't think I have disagreed with this,
3  that elderly white males are more in a group
4  who commit suicide.
5    Q   Being male, being elderly, and being
6  white, those are indent risk factors for
7  suicide, do you agree or disagree?
8    A   Independently, they are not, in and
9  of themselves, predictive of suicide.
10   Q   Now, again, when you're using the
11 word "predictive," do you mean risk factor?
12   A   No study has identified a specific
13 risk factor or set of risk factors as
14 specifically predictive of suicide or other
15 suicidal behavior.
16   Q   Right. And we --
17   A   I have to accept that statement.
18   Q   And you've already testified,
19 Professor Trimble, that you can't predict
20 suicide; correct?
21   A   That's what the statement says.
22   Q   Right. And prediction is different
23 from what is an established risk factor in
24 epidemiologic data, do you agree with that?
25   A   That's correct.

Page 223

1    Q   So my question relates to
2  epidemiologic data.
3    A   Uhm hmm.
4    Q   Male gender, elderly age, white race,
5  independent risk factors for suicide, based on
6  the epidemiologic data, agree or disagree?
7    A   That's accepted.
8    Q   You agree then?
9    A   Elderly males are more likely to
10 commit suicide, that is correct.
11   Q   Elderly white males?
12   A   Okay, if you want to say white males.
13   Q   And under additional features, you
14 see access to firearms there, correct?
15   A   Well, of course. I mean, it's like
16 saying people who own a motor car are more
17 likely to have traffic accidents or something.
18 That isn't a psychological or medical risk
19 factors.
20   Q   Access to firearms --
21   A   It's not medical.
22   Q   -- based on epidemiologic data, is an
23 independent risk factor for suicide?
24   A   Well, you can't shoot yourself if you
25 don't have access to a firearm.

Page 224

1    Q   Do you agree or disagree with my
2  question, my question is:  Do you agree with
3  the APA that access to firearms is an
4  independent risk factor for suicide?
5    A   It is an independent factor for
6  suicide.
7    Q   Okay, if you turn the page to 13.
8    A   Uhm hmm.
9    Q   After the sentence that says "Table 4
10 provides a list of factors that have been
11 associated with increased suicide risk."
12   A   Yes.
13   Q   Do you see the sentence, the next
14 sentence, which says:  "While risk factors are
15 typically additive, i.e., the patient's level
16 of risk increases with the number of risk
17 factors, they may also interact in a
18 synergistic fashion."
19   A   Yes.
20   Q   You agree with that, right?
21   A   Correct.
22   Q   "For example, the combined risk
23 associated with co-morbid depression and
24 physical illness may be greater than the sum of
25 the risk associated with each in isolation or

Page 225

1  each independently"; correct?
2    A   Correct.
3    Q   "At the same time, certain risk
4  factors, such as a recent suicide attempt,
5  especially one of high lethality, access to a
6  firearm, and the presence of a suicide note
7  should be considered serious, in and of
8  themselves, regardless of whether other risk
9  factors are present"; correct?
10   A   That's correct.
11   Q   Do you agree with that?
12   A   Yes.
13   Q   Mr. Smith had access to a firearm;
14 correct?
15   A   Obviously, correct.
16   Q   Mr. Smith left a suicide note;
17 correct?
18   A   Yes, that's correct.
19       THE WITNESS:  Do you want to just --
20       MR. FINKELSTEIN:  She'll ask the
21 questions.
22       THE WITNESS:  Okay, the risk factors
23 here --
24 BY MS. McGRODER:
25   Q   Agree or disagree, Mr. Smith had a

Page 226

1   history of depression?
2       A   I can't agree with that, but I'm
3   prepared to accept that the records are not
4   sufficient for anybody to retrospectively make
5   a DSM4 diagnosis.
6       Q   Yes, and I think you said it would be
7   unreliable to do that?
8       A   It would be unreliable to do that.
9       Q   Okay.  Agree or disagree, Mr. Smith
10  had a history of suicidal thinking?
11      A   In the days before he killed himself,
12  that's correct.
13      Q   Agree or disagree, Mr. Smith had a
14  history of suicidal thinking before March 9,
15  2004?
16      A   Before March 9, 2004.  Can you -- I'm
17  not quite sure of the chronology.  Can you help
18  me with what you're referring to?
19      Q   Did you know that Mr. Smith was
20  prescribed Neurontin on March 9, 2004?
21      A   Yes, but why are you asking me before
22  March 9, 2004?
23      Q   Because I want to know if you agree
24  or disagree that he had a history of suicidal
25  thinking before he ever took Neurontin.

Page 227

1       A   He, as far as I know, did not have a
2   history of suicidal thinking before March 9.
3       Q   Agree or disagree, Mr. Smith, before
4   he ever ingested Neurontin, had a history of
5   severe chronic pain?
6       A   That's correct.
7       Q   Agree his pain was severe?
8       A   That's correct.
9       Q   Do you agree that his perception of
10  his pain was that it was severe?
11      A   That's correct.
12      Q   Do you agree that he perceived severe
13  pain starting in January of 2004?
14      A   He had severe pain before January
15  of 2004.
16      Q   Okay, what is the earliest that
17  Mr. Smith had severe pain, to your knowledge?
18      A   Well, before he went on to have his
19  operation he was suffering from severe pain.
20      Q   Okay, so he had severe pain back to,
21  what, January of 2003?
22      A   Correct.
23      Q   Agree that prior to March 9, 2004,
24  when he was first prescribed Neurontin, he had
25  a loss of functioning ability to do things he

Page 228

1   enjoyed based on his physical condition?
2       A   I suspect that he had had some loss
3   of functions, but I'm not quite sure what
4   you're exactly referring to.
5       Q   Well, I just want to know, do you
6   know, to your knowledge, before Mr. Smith
7   ingested Neurontin, do you agree that he had a
8   loss of functioning?
9       In other words, did he lose the ability to
10  do things that he enjoyed because of his
11  physical condition?
12      A   I do not know whether that's the
13  case.  In other words, what -- from the date
14  you give me, what alteration of function you're
15  referring to.  So I don't have any evidence of
16  that.
17      Q   Did you look for that?
18      A   Well, in the sense -- well, in the
19  medical notes and reading the depositions, it
20  is unclear that he underwent any significant
21  alteration in his activities through that
22  period of time.
23      Q   And when you say "through that period
24  of time", what time period are you referring
25  to?

Page 229

1       A   Well, 2004, really.  So yeah, 2004.
2       Q   So let me make sure I understand your
3   answer.  Is your testimony that he did or did
4   not have a loss of functional abilities between
5   January and March of 2004?
6       A   I do not have evidence that any
7   specific functional ability arose during that
8   time period.
9       Q   Okay, what about between January of
10  2004 and his death on May 13th, 2004?
11      A   Again, it depends on the term
12  "functional."
13      Q   Well, were there things that
14  Mr. Smith enjoyed doing that he could no longer
15  do because of his pain?
16      A   Not as far as I know.
17      Q   Now you said you used a differential
18  diagnosis to arrive at your opinion that
19  Neurontin caused Mr. Smith's suicide; correct?
20      A   Correct.
21      Q   Do you agree, Professor Trimble, that
22  in order to do a differential diagnosis, you
23  identify a list of all generally accepted and
24  reliable possible causes -- strike that.
25      Do you agree, Professor Trimble, that in

Page 230

1  order to conduct a differential diagnosis, you
2  create a list of all of the generally accepted
3  and reliable, scientifically reliable, possible
4  causes and then you exclude items on the list?
5      MR. FINKELSTEIN: Objection.
6      THE WITNESS: Correct.
7  BY MS. McGRODER:
8      Q   And then you arrive at what you
9  decide is the remaining factor?
10     A   Correct.
11     Q   So basically you are identifying all
12 of the alternative explanations that could be a
13 substantial factor in the suicide; correct?
14     A   Substantial diagnosis.
15     Q   Okay, so your list of possible causes
16 that you had to rule out, which we've already
17 covered, those are substantial diagnosis? I
18 don't understand your answer.
19     A   Well, with a differential diagnosis,
20 you go through the potential diagnoses. I want
21 to make it clear we are talking about medical
22 diagnoses. You used the term "factor," I was
23 talking about diagnoses.
24     Q   When conducting a differential
25 diagnosis with respect to suicide, do you,

Page 231

1  yourself, identify risk factors for suicide on
2  your list of possible causes?
3      A   Yes.
4      Q   Okay. And so sometimes those risk
5  factors are not necessarily diagnoses; right?
6      A   Correct.
7      Q   Okay. So in order to conduct a
8  differential diagnosis in this case, did you
9  put Neurontin on the list of scientifically
10 reliable and generally accepted possible causes
11 of suicide?
12     A   I did.
13     Q   And I take it the basis for your
14 inclusion of Neurontin on the overall list of
15 possible causes, is your theory of biological
16 plausibility?
17     MR. FINKELSTEIN: Objection.
18     THE WITNESS: That is one reason to
19 include this anti-epileptic drug in the
20 list of possibilities as to why Mr. Smith
21 killed himself, correct.
22 BY MS. McGRODER:
23     Q   And are there other reasons that you
24 would put Neurontin on the list of possible
25 causes?

Page 232

1      A   You have a definitive time point when
2  Mr. Smith killed himself. You look to see what
3  intervening variable has occurred, what factor
4  new has occurred that may be related to the
5  suicide. And Neurontin is a spectacular
6  intervening variable.
7      Q   Okay, let me ask you this: Before
8  Neurontin can be a spectacular intervening
9  variable on the list, there must be some
10 scientifically reliable evidence that Neurontin
11 should even appear on the list; do you agree
12 with that?
13     A   Yes.
14     Q   Because you have Neurontin on the
15 list as one of the possible causes that you
16 could rule out, potentially; correct?
17     A   Correct.
18     Q   Okay. And we are on the same page
19 then. In order for Neurontin to appear on the
20 list, there has to be some scientifically
21 reliable evidence that it can cause suicide;
22 correct?
23     A   Correct.
24     Q   Okay. What is the scientifically
25 reliable evidence, in your view, that Neurontin

Page 233

1  can cause suicide, other than your theory of
2  biologic plausibility?
3      A   Well, it's the epidemiology.
4      Q   And when you say the epidemiology,
5  you are referring to what? The meta analysis
6  of the FDA of 11 different antiepileptic drugs?
7      A   The fact that the FDA has
8  specifically implicated these anticonvulsant
9  drugs as causal in suicide.
10     MS. McGRODER: Okay, thank you.
11 Let's take a five-minute break.
12     THE VIDEO OPERATOR: Please standby.
13 We are going off the record. The
14 time is now 2:59 p.m.
15     (Recess.)
16     THE VIDEO OPERATOR: We are back on
17 the record, the time is 3:12 p.m. This is
18 the beginning of tape number 5.
19 BY MS. McGRODER:
20     Q   Professor Trimble, apart from what
21 you believe the FDA meta analysis shows in
22 terms of statistical significance, or lack of
23 it, or odds ratio or risk difference related to
24 Neurontin specifically, setting that aside, is
25 it your opinion that Neurontin can appear on

Page 286
1        (Exhibit 17 marked for
2    identification.)
3   BY MS. McGRODER:
4    Q   I'll hand you those.
5    A   Okay, thank you.
6    Q   If you could turn to Bates page --
7        MR. FINKELSTEIN: This is 17?
8        MS. McGRODER: Yes.
9   BY MS. McGRODER:
10    Q   HMA 00142.
11    A   These are -- I'm not sure what you
12   have is similar to mine.
13        MR. FINKELSTEIN: No, I don't think I
14   have it.
15    A   Yeah, this is all -- 6699.
16    Q   Oh, I apologize.
17    A   97.
18    Q   You know what, we put them in
19   chronological order, so they would be easier to
20   find. Which, frankly, doesn't work out so
21   well.
22    A   Oh, okay.
23    Q   So if you could look, uhm, it's
24   about --
25        MR. FINKELSTEIN: They are just not

Page 287
1    in numerical order.
2        MS. McGRODER: Right.
3   BY MS. McGRODER:
4    Q   It's about the fifth page in, it's
5   dated 5/15/03 in the top-right hand corner.
6        MR. FINKELSTEIN: 142 on the bottom.
7    A   Okay, I have that.
8    Q   And 142 on the bottom. I apologize
9   for that.
10    A   Okay.
11    Q   If you look on very top there, this
12   is a medical record of Richard Smith, dated
13   May 15th, 2003.
14        And do you see the highlighting is rather
15   dark, but it says "Chief Complaint" at the top.
16   Do you see where that is?
17    A   I see that, yes.
18    Q   And it says "A/D".
19    A   Correct.
20    Q   "Nerve pricking down".
21    A   That's correct.
22    Q   Do you know what Dr. Cato meant by
23   "Chief Complaint A/D"?
24    A   In his deposition, he says it's a
25   shorthand for anxiety stroke depression.

Page 288
1    Q   Okay. And if you turn the page, you
2   actually end up on HMA064.
3    A   Yes.
4    Q   Down at the bottom where it gives
5   Dr. Cato's impressions of this visit.
6    A   Yes.
7    Q   He writes --
8    A   Excuse me, I'm sorry, say that again.
9    Q   Yes, down at the bottom.
10    A   Oh, "impression". Yes.
11    Q   Yes.
12    A   Yes.
13    Q   He writes "post laminectomy
14   syndrome".
15    A   Yes.
16    Q   "Back pain".
17    A   Yes.
18    Q   "A/D"; correct?
19    A   Yes.
20    Q   And he prescribes Vioxx, Desipramine,
21   and Lexapro. Do you see that?
22    A   I do.
23    Q   And Dr. Cato testified in his
24   deposition that he diagnosed Mr. Smith with
25   anxiety and depression; correct?

Page 289
1    A   That's correct.
2    Q   And he did not, as you suggest,
3   prescribe amitryptyline; did he?
4    A   Well, I am confused in the sense that
5   the prescription, and I -- well -- excuse me,
6   the prescription chart says amitryptyline.
7        So when I read his deposition, I was
8   confused as to what it was that had been
9   prescribed.
10        And I -- this here says Desipramine, there
11   is something else which says imipramine, and
12   there's something else that says amitryptyline.
13    Q   And there's something else that says
14   Lexapro. Do you see that?
15    A   Lexapro, yes. I thought that was
16   something to do with an analgesia. But Lexapro
17   is a name which is not familiar to me.
18    Q   Did you look up Lexapro?
19    A   No.
20    Q   Do you know, as you sit here today,
21   whether Lexapro is a CNS psychotropic, as you
22   define it?
23    A   No, I don't. I don't know what
24   Lexapro is.
25    Q   Did you know that Lexapro was used

Page 290

1  for the treatment of depression?
2      A   No.
3      Q   Did you know that Desipramine is used
4  for the treatment of depression?
5      A   Yes.
6      Q   And you weren't aware, based on your
7  review of this record, that Dr. Cato prescribed
8  both Desipramine and Lexapro to Mr. Smith; is
9  that correct?
10     A   That's correct.  And I don't think I
11 have seen this particular page before.
12     Q   You don't?
13     A   No.
14     Q   So in your report where you say that
15 the only CNS psychotropic drug prescribed to
16 Mr. Smith, other than amitryptyline, prior to
17 the time he received Gabapentin --
18     Well, actually, let me restate that.
19     You state in your report on page 6 that he
20 received no other CNS psychotropic drugs, other
21 than amitryptyline, until he got, received
22 Gabapentin on March 9, 2004.  You state that;
23 correct?
24     A   That's correct.
25     Q   That's wrong; isn't it?

Page 291

1      A   It could be wrong.  I'm just not
2  certain whether this Desipramine, imipramine
3  and amitryptyline, I can't imagine somebody
4  prescribing three antidepressants.
5      Q   Well, do you know whether they
6  prescribed -- whether Dr. Cato prescribed
7  amitryptyline at this time in May of 2003?
8      A   He certainly prescribed amitryptyline
9  at some time.
10     Q   Right.  It might not have been May of
11 2003?
12     A   It may not have been, no.  I'm
13 just --
14     Q   Do you know when it was?
15     A   No.  I know he was prescribed an
16 antidepressant, and my understanding was that
17 it was amitryptyline, uhm, but you see that --
18 well.
19     Q   Well, you state --
20     A   May I just --
21     Q   -- in your report on page 6,
22 Professor Trimble, that the Heritage Medical
23 notes comment on June 5, 2001 that he was
24 taking amitryptyline.
25     A   Yeah, 2001.

Page 292

1      Q   All right.  Now we are talking about
2  May 15, 2003.
3      A   Well, so, ah, he takes Desipramine
4  10 milligrams on -- again, I have lost the date
5  of this.
6      Q   It's May 15.
7      A   On the prescription chart.
8      Q   Of 2003.
9      A   So he's given a small dose of, in
10 this case, Desipramine.
11     Q   What is Desipramine?
12     A   It's a tricyclic drug.
13     Q   It's a tricyclic antidepressant;
14 isn't it?
15     A   It's a tricyclic drug which is used
16 in the management of pain syndromes, as is
17 amitryptyline.  The dose is very small.
18     Q   Desipramine is a tricyclic
19 antidepressant; isn't it?
20     A   It's a tricyclic drug.
21     Q   It's a tricyclic antidepressant drug
22 used for the treatment of depression?
23     A   That's correct.
24     Q   That's the primary indication for
25 Desipramine; correct?

Page 293

1      A   I can't answer that.
2      Q   And Lexapro you can't answer, because
3  you didn't look it up; did you?
4      A   I did not know he was receiving
5  Lexapro.
6      Q   So when you state in your report that
7  he had no other CNS psychotropic drugs other
8  than amitryptyline prior to the time he got
9  Neurontin, that's not correct; is it?
10     A   It would appear that he was
11 prescribed a tricyclic drug on this date.
12     Q   And he was newly prescribed the
13 antidepressant, Lexapro?
14     MR. FINKELSTEIN:  Objection.
15     THE WITNESS:  May I --
16     MS. McGRODER:  Correct?
17     THE WITNESS:  May I seek information,
18 please as to what --
19     MS. McGRODER:  On a break.
20     THE WITNESS:  -- Lexapro is.
21     MS. McGRODER:  On a break, you can
22 look it up.
23     THE WITNESS:  Then I would like a
24 break.
25     MS. McGRODER:  You want to break

74 (Pages 290 to 293)

Page 294

1  right now?
2      THE WITNESS: I would like to know
3  what Lexapro is.
4      MS. McGRODER: We can take a break.
5      THE VIDEO OPERATOR: Please standby.
6      We are going off the record, the time
7  is 4:26 p.m.
8      (Recess.)
9      THE VIDEO OPERATOR: We are back on
10  the record, the time is 4:30 p.m.
11 BY MS. McGRODER:
12     Q   Professor Trimble, did you have the
13 opportunity to look up Lexapro on the Internet?
14     A   I did.
15     Q   Are you now aware that Lexapro is
16 indicated for the treatment of major depressive
17 disorder?
18     A   It is.
19     Q   It's also indicated for the treatment
20 of generalized anxiety disorder; correct?
21     A   It is.
22     Q   On page 12 of your report, when you
23 state that "No physician who had seen Mr. Smith
24 appears to have considered him to have had a
25 major depressive disorder", that's not correct;

Page 295

1  is it?
2      A   It is correct.
3      Q   Well, Dr. Cato believed he had a
4  major depressive disorder; did he not?
5      MR. FINKELSTEIN: Objection.
6      THE WITNESS: Dr. Cato, in the
7  documents you've just given me, ah,
8  diag -- let me just double-check --
9  diagnoses post laminectomy syndrome.
10 BY MS. McGRODER:
11     Q   And he also diagnosis, on the third
12 line down, anxiety and depression?
13     A   He uses A and D secondary, it is, is
14 it is after the operation; hence, the post
15 laminectomy syndrome.
16     Q   You're aware, Professor Trimble, are
17 you not, that Dr. Cato has given testimony
18 about what diagnosis he gave to Mr. Smith?
19     A   Correct.
20     Q   And under oath, Dr. Cato has said:
21 "I put him on those two drugs, it makes me
22 think I really thought he was depressed."
23 Question: "You didn't just make an
24 observation that he appeared to be depressed,
25 you actually made a diagnosis of depression?"

Page 296

1      Answer: "Correct."
2      "And you prescribed him medications that
3  were intended to treat that depression?"
4      Answer: "Correct."
5      Dr. Cato, in fact, diagnosed Mr. Smith
6  with depression --
7      A   Yes.
8      Q   -- in May of 2003; correct?
9      A   Well, that's correct.
10     Q   You can't dispute his testimony;
11 right?
12     A   No, I accepted it. I agree with
13 that.
14     Q   And he gave him an antidepressant
15 medication that is indicated for the treatment
16 of major depressive disorder; is that correct?
17     A   That is correct.
18     Q   Doctor Cato was Mr. Smith's primary
19 practice physician; correct?
20     A   That is my understanding.
21     Q   And he had seen and knew Mr. Smith
22 for approximately a decade, or more, by the
23 time of his evaluation of Mr. Smith for
24 depression in May of 2003; correct?
25     A   He has known him for a long time,

Page 297

1  that's correct.
2      Q   About a decade or longer, if you look
3  at Ruth Smith's deposition testimony; correct?
4      A   That's correct.
5      Q   And when Dr. Cato diagnosed Mr. Smith
6  with depression in May of 2003, Mr. Smith was
7  not taking Neurontin; correct?
8      A   That's correct.
9      Q   And that was a clinical diagnosis not
10 used in the lay sense, you agree with that;
11 correct?
12     A   Yes, I agree.
13     Q   Did you review the -- well, I know
14 you reviewed it, because we marked it as an
15 exhibit -- the February 28, 2003 pain
16 questionnaire that Mr. Smith completed?
17     A   The one that I have already looked
18 at?
19     Q   The one in Exhibit 7.
20     A   (Referring to documents.)
21     Q   Oh, these are copies. Okay, is that
22 your copy?
23     A   These are copies.
24     Q   There you go. Here we go.
25     MR. FINKELSTEIN: These are copies

75 (Pages 294 to 297)

```
 1            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
 2

 3                                     Continued
         IN RE:                        Videotape
 4       NEURONTIN MARKETING, SALES  :  Deposition of:
         PRACTICES AND PRODUCTS       :
 5       LIABILITY LITIGATION         :  MICHAEL TRIMBLE
                                      :
 6       ---------------------------

 7       THIS DOCUMENT RELATES TO:

 8       Smith, et al. v Pfizer, et al.

 9       Case No. 05-cv-11515-PBS

10

11

12

13            TRANSCRIPT of testimony as taken by and

14       before PATRICIA A. SANDS, a Shorthand Reporter

15       and Notary Public of the States of New York and

16       New Jersey, at the offices of Lanier Law Firm,

17       126 East 56th Street, New York, New York, on

18       Wednesday, September 3, 2008, commencing at

19       9:16 in the forenoon.

20

21

22            REPORTING SERVICES ARRANGED THROUGH:
              VERITEXT/NEW JERSEY REPORTING COMPANY
23                 25B Vreeland Road, Suite 301
                 Florham Park, New Jersey 07932
24       Phone: (973) 410-4040    Fax: (973) 410-1313

25
```