# EXHIBIT 5
# (PART V)

Page 513

1    A   I have no evidence that Mr. Smith
2  said he was tired of hurting.
3    Q   Not in those words in any event?
4    A   In those words, that's correct.
5    Q   And you're pointing to?
6    A   Oh, I'm not pointing to anything.
7  I'm sorry.
8    Q   Okay, the suicide note is before you;
9  correct?
10    A   The suicide note is in front of me,
11  but I wasn't deliberately pointing to it for
12  that question. I'm sorry.
13    Q   And the words in the suicide note
14  "Pain has taken over my mind and body", to you,
15  that does not demonstrate that Mr. Smith was
16  tired of hurting? Is that your testimony?
17    A   He does not say "I am tired of
18  hurting".
19    Q   And to you, in your opinion, when
20  Mr. Smith writes in his suicide note "I cannot
21  go on like this" in your view, that does not
22  demonstrate that Mr. Smith was tired of
23  hurting?
24    A   He does not say "I am tired of
25  hurting".

Page 514

1    Q   Did you rule out, as part of your
2  differential diagnosis, that Mr. Smith
3  committed suicide as a result of severe and
4  chronic pain that has taken over his mind and
5  body? Did you rule that out as a risk factor?
6    A   I rule out that chronic pain, in and
7  of itself, was not sufficient cause for
8  Mr. Smith to kill himself.
9    Q   Well, I didn't ask you if chronic
10  pain is sufficient cause, in and of itself.
11  I asked you, when you made your list of
12  reasons why or explanations for
13  Mr. Smith's suicide, did you put chronic and
14  severe pain on the list?
15    A   Mr. Smith suffered from chronic pain
16  and he was in chronic pain at the time he died.
17  That was a factor that related to his death.
18    Q   Okay, and so you put it on your list
19  of possible causes for Mr. Smith's suicide;
20  right?
21    A   Yes.
22    Q   In your differential diagnosis,
23  chronic pain -- excuse me.
24  In your differential diagnosis, was
25  chronic pain on your list?

Page 515

1    A   In terms of a cause, it was something
2  which had to be obliviously taken into
3  consideration, and was done by myself.
4    Q   And then after you put it on your
5  list, did you rule it out as a cause of
6  Mr. Smith's suicide?
7    A   I did not rule it out as being
8  implicated.
9    Q   My question was about cause. Did you
10  rule it out as a possible cause of Mr. Smith's
11  suicide?
12    A   I do not believe that chronic pain
13  with Mr. Smith, in and of itself, was a cause
14  of his suicide.
15    Q   So you did rule it out?
16    A   Chronic pain, in and of itself, as a
17  cause of his suicide is ruled out.
18    Q   By you?
19    A   Correct.
20    Q   So the answer to my question did you
21  rule out chronic pain as a cause of Mr. Smith's
22  suicide is yes?
23      MR. FINKELSTEIN: Objection.
24      THE WITNESS: As the cause of
25  Mr. Smith's suicide, yes.

Page 516

1  BY MS. McGRODER:
2    Q   How about as a cause of Mr. Smith's
3  suicide?
4    A   Well, events such as suicide are
5  multicausal. And chronic pain fed into those
6  causes.
7    Q   So chronic pain is a cause of
8  Mr. Smith's suicide in your opinion?
9    A   It is a part of causality, but not
10  the cause.
11    Q   Okay. Is the same true for
12  hopelessness -- did you identify hopelessness
13  as a possible cause of Mr. Smith's suicide, and
14  rule it out in your differential diagnosis?
15    A   It's the same response, that a part
16  of the causality of the final event was a
17  despair that Mr. Smith had. It was one of
18  multiple factors that contributed to the
19  eventual suicidal act.
20    Q   So despair and hopelessness --
21  withdrawn.
22  In other words, you did not rule out
23  despair and hopelessness as possible causes of
24  Mr. Smith's suicide?
25    A   Not as the causes, but interlinked

45 (Pages 513 to 516)

Page 517

1  with other causes in determining the final act,
2  Mr. Smith clearly had a state of mind which was
3  disturbed.
4      Q  My question was very simple,
5  Professor Trimble. It was: Did you rule out
6  hopelessness and despair as a cause on your
7  list of possible causes of Mr. Smith's suicide?
8  Is the answer yes or no?
9      A  It is a -- it is a link in a causal
10  chain.
11      Q  And so you did not rule out -- excuse
12  me -- yes. And so you did not rule out despair
13  and hopelessness as possible causes in
14  Mr. Smith's suicide?
15      A  I did not rule them out entirely as
16  part of a causal chain in Mr. Smith's suicide.
17      Q  Did you consider the absence of
18  mental health treatment at the time of
19  Mr. Smith's suicide as a factor in your
20  differential diagnosis that could have
21  contributed to a suicide?
22      A  I'm sorry, the absence of -- the fact
23  that he was not seeing a psychiatrist do you
24  mean?
25      Q  Correct. And not receiving an

Page 518

1  antidepressant. Did you consider those as a
2  possible explanation for Mr. Smith's suicide?
3      A  Not very strongly. Uhm, not really,
4  no.
5      Q  Can you rule out the absence of
6  treatment for depression and anxiety as a
7  possible cause for Mr. Smith's suicide?
8      A  I personally think you can.
9      Q  But that's something you didn't
10  consider?
11      A  I did consider. It's in my
12  differential diagnosis.
13      Q  You considered the lack of mental
14  health treatment?
15      A  No, the presence -- I'm sorry, your
16  last question was the presence of anxiety and
17  depression?
18      Q  No, my question was the lack of
19  mental health treatment for depression. My
20  question relates to whether he was receiving
21  treatment for depression or not at the time of
22  his suicide.
23      And I understand your answer to be you
24  didn't consider that?
25      A  Consider it relevant.

Page 519

1      Q  You didn't consider it as part of
2  your differential diagnosis?
3      A  Just I didn't quite understand the
4  difficult nature of this question.
5      Q  It's probably me. Did you think
6  about, when you were thinking about the
7  possible causes for Mr. Smith's suicide, did
8  you consider whether the absence of treatment
9  for depression at the time of Mr. Smith's
10  suicide was a factor in causing his suicide?
11      A  Yes.
12      Q  And do you discuss that anywhere in
13  your report?
14      A  Yes.
15      Q  Where is that in your report?
16      A  In my differential diagnosis I
17  discuss whether or not he suffered from -- I
18  discuss whether he suffers from a depressive
19  illness. And I'm unconvinced that depression,
20  as a DSM4 psychiatric diagnosis, was a relevant
21  factor at that time. I am personally
22  unconvinced of that.
23      Q  So did you rule out depression as a
24  possible cause of Mr. Smith's illness? I mean,
25  of Mr. Smith's suicide?

Page 520

1      A  The -- well, yes, I did is the
2  answer.
3      Q  Did you look up -- well, first how
4  long before Mr. Smith considered suicide had he
5  been taking hydrocodone?
6      A  On and off he had been taking that
7  medication for years, and in one form or
8  another. And I can't give you times and dates,
9  but it was a drug which was familiar to him and
10  one which he had taken for a long time.
11      Q  Did you look up the side effects of
12  hydrocodone, the potential side effects?
13      A  I am aware of the side effects of
14  hydrocodone.
15      Q  Are you aware that the PDR for
16  hydrocodone suggests that adverse reactions
17  might be mental clouding, lethargy, impairment
18  of mental and physical performance, anxiety,
19  fear, dysphoria, psychic dependence, mood
20  changes -- were you aware of those?
21      A  I am.
22      Q  Did you consider the potential side
23  effects of hydrocodone as a possible factor in
24  causing Mr. Smith's suicide?
25      A  Yes.

46 (Pages 517 to 520)

Page 521

1    Q    Where is that in your report?
2    A    Well, it's not a factor. I mean,
3 it's not a -- I considered it, but it's not a
4 factor that's relevant.
5    Q    Are there factors that you considered
6 as possible causes for Mr. Smith's suicide that
7 are not contained in your report?
8    A    There are -- we've discussed multiple
9 factors that may lead to suicide that aren't
10 laid out directly in my report. This is a
11 clinical report dealing with psychiatric
12 issues.
13    Q    What's a clinical report?
14    A    It's not a suicide autopsy, for
15 example, as other people might do. It's not as
16 I report on the importance on brain chemistry
17 changes in relationship to this.
18    Q    Well, you understand, Professor
19 Trimble, that I need to know all of the
20 opinions that you have today.
21    And as part of that, I need to know
22 everything that you considered as a possible
23 cause of Mr. Smith's suicide, whether you ruled
24 it in or out is a different question, but in
25 the beginning I have to know what you put on

Page 522

1 the list, okay.
2    A    Okay.
3    Q    Is there anything we have talked
4 about -- is there anything we have not talked
5 about in this deposition as a possible factor
6 for Mr. Smith's suicide that you considered
7 when you came to the conclusion that it was
8 Neurontin that caused his suicide?
9    A    Well, the possible factor was, of
10 course, Neurontin. Or as I prefer to call it,
11 Gabapentin. And the intervening variable that
12 one sees in this man's life a few weeks before
13 he kills himself, is the prescription of
14 Gabapentin. So that has to be put down as an
15 opinion of mine as to why this man killed
16 himself when he did.
17    Q    All right. And of course, that is in
18 your report, and we have talked about that.
19    My question relates: Are there any
20 factors that you considered as possible causes
21 for Mr. Smith's suicide that we have not talked
22 about at this deposition or that don't appear
23 in your report?
24    A    Or that we haven't covered already in
25 this deposition.

Page 523

1    Q    Right.
2    A    I don't think so.
3    Q    On page 12 of your notes --
4    A    On my notes?
5    Q    Right. You have a list of
6 differential diagnosis. I think we touched on
7 this morning.
8    A    Uh hum, yes.
9    Q    I hope I'm not asking you the same
10 question twice. I'm sure Mr. Finkelstein will
11 tell me if I am.
12    MR. FINKELSTEIN: Asked and answered.
13 BY MS. McGRODER:
14    Q    Some of the -- some of the factors
15 that we had discussed in this deposition are
16 not on this list of differential diagnosis;
17 correct?
18    A    Yes, this is just my shorthand for
19 the purpose of reminding myself of things that
20 I considered, but these are --
21    Q    Well, are these --
22    A    These are considered within the
23 differential diagnosis here.
24    Q    In your report?
25    A    I believe so.

Page 524

1    Q    Okay, so what is listed on page 12 of
2 your notes is differential diagnosis, dementia,
3 depression, drug abuse and personality
4 disorder?
5    A    Yeah.
6    Q    Are those the same factors you put on
7 the list in your report that you talked about
8 yesterday that were the top 4 highest risk
9 factors, in you view?
10    A    Oh, these aren't the top 4, but the
11 question is whether this man, whether Mr. Smith
12 had a personality change due to the development
13 of Alzheimer's disease, which I -- and cerebral
14 vascular disease, which I uncover. Whether or
15 not he has a depressive disorder, whether he
16 has a dementia.
17    The only drug that I consider relevant is
18 Neurontin. And you asked about the oxycodone,
19 which he took for many years and as far as we
20 know, had no side effects from it previously.
21    MS. McGRODER: Object and move to
22    strike, nonresponsive.
23 BY MS. McGRODER:
24    Q    My question is the list that you have
25 on page 12 of your notes --

47 (Pages 521 to 524)

Page 525

1    A   Yes.
2    Q   Does not appear to be the same list
3  that you have on page 11 of your report.
4    A   Well, it's shorthand.
5    Q   And the list that you, you told me
6  yesterday on page 11 of your report, that list
7  contains those factors you considered the
8  highest risk factors for suicide when you did
9  your differential diagnosis.
10   My question is --
11   A   Yes.
12   Q   What is this list in your notes on
13  page 12?
14   A   Just a shorthand to remind me if I'm
15  asked about differential diagnosis, did I have
16  these things written down.  But this is not
17  relevant to this report, it's a shorthand
18  memento.
19   Q   What is it relevant to?
20   A   To my brain.
21   Q   Was this prepared for the Smith case?
22   A   These were jottings that I made in
23  the airplane and in the park.
24   Q   Is there a reason why these jottings
25  are different from those in your report?

Page 526

1    A   Well, because --
2    Q   For purposes of your differential
3  diagnosis?
4    A   When I made these jottings I hadn't
5  got my report side by side.  But this are just
6  an aid memoir for myself, it has no relevance
7  to this report.
8    Q   Oh, so in the plane did you say you
9  prepared these notes on page 12 in the plane on
10  the way over here?
11   A   Some were prepared in the airplane,
12  some were prepared in London before I came
13  here, some were prepared in New York.
14   Q   The notes on page 12, were these all
15  prepared at one time?  Just this page.
16   A   I use different pens, so I just can't
17  tell you why didn't I have the same pen.  I
18  don't know.  Maybe I dropped it.  I don't know.
19  But I can't --
20   Q   When did you prepare this list on
21  page 12?
22   A   This was done when I was in New York.
23   Q   This was done when you got here for
24  this deposition?
25   A   Well, I --

Page 527

1    Q   Two days ago?
2    A   This particular list was done prior
3  to these discussions.
4    Q   Prior to your deposition?
5    A   Yeah, prior to our deposition, just
6  for me to have, as I got down here, a list of
7  all of the other things that Mr. Smith went
8  through.
9    Q   Well, we are not talking about those
10  now, we're talking about page 12.  And all I
11  want to know is:
12   Why did you create this list?  That's the
13  first thing I want to know.
14   And the second thing I would like to know
15  is why is this list different from the list on
16  page 11 of your report?
17   A   No reason at all.
18   Q   Did you not have your report with you
19  when you created the list on page 12?
20   A   That is correct.
21   Q   So were you creating this list of
22  differential diagnosis on page 12 just out of
23  memory?
24   A   Just out of jottings, but it's
25  actually an incomplete one.  But you can go

Page 528

1  through it, if you like.
2    Q   Well, I'm just trying to understand
3  why the lists are different, because I really
4  need to know what you did for purposes of your
5  differential diagnosis in this case.
6    A   Well, I think --
7    Q   So should I, should I understand that
8  your differential diagnosis is as set forth in
9  your report?
10   A   Correct.
11   Q   And nothing else?
12   A   Correct.
13   Q   So the list you created on page 12
14  does not contain any opinions that you have in
15  the Smith case in terms of what should or
16  shouldn't go on the differential diagnosis
17  list?
18   A   Correct.
19   Q   And is there a reason why you put
20  dementia on this list on page 12, but you did
21  not put dementia on your list in your report at
22  page 11?
23   A   Dementia is clearly in my report.
24   Q   Not on page 11.
25   A   Well, maybe you should turn to

48 (Pages 525 to 528)

Page 529

1  page 12.
2  · Q   Well, we are talking about page 11.
3  On page 11 of your report, if you recall
4  yesterday you told me that this is how you did
5  your differential diagnosis, and these are the
6  4 highest risk factors for suicide.
7  A   Well, the differential diagnosis is
8  on page 12. And we went through that
9  yesterday.
10  Q   Okay, so --
11  A   And at the top is dementia.
12  Q   Okay. So you considered dementia as
13  part of your differential diagnosis?
14  A   I did.
15  Q   You just don't consider dementia as
16  one of the top four highest risk factors --
17  So you considered dementia in terms of
18  your differential diagnosis?
19  A   Correct.
20  Q   But you did not consider dementia one
21  of the top 4 highest risk factor for suicide as
22  represented on page 11 of your report?
23  A   Correct.
24  Q   Okay, I'm with you now.
25  A   That's correct.

Page 530

1  Q   Looking at the risk factors that you
2  put in your report on page 11.
3  A   Yes.
4  Q   I want to ask you, Professor Trimble,
5  is living alone a higher risk factor for
6  suicide than saying I wish I could die because
7  of pain?
8  MR. FINKELSTEIN: Objection.
9  THE WITNESS: I have no idea if
10  anybody has done a comparative study.
11  BY MS. McGRODER:
12  Q   Okay. Let me ask it this way: Is
13  living alone a higher risk factor for suicide
14  than suicidal ideation?
15  A   I do not know if anybody has done a
16  study to look at the different frequencies of
17  those two.
18  Q   In the suicide literature, is suicide
19  ideation a risk factor for suicide?
20  A   It is.
21  Q   And is it addressed more often than
22  living alone?
23  A   Addressed by whom?
24  Q   In the literature, is it addressed
25  more often as a high risk factor for suicide

Page 531

1  than it is living alone?
2  A   It would be, yes.
3  Q   Is living alone a higher risk factor
4  for suicide than hopelessness?
5  A   I do not know.
6  Q   Is living alone a higher risk factor
7  for suicide than severe chronic pain?
8  A   I do not know.
9  Q   Is living alone a higher risk factor
10  for suicide than a prior diagnosis of
11  depression with suicidal ideation?
12  A   I do not know.
13  Q   Do you think it would be?
14  A   I prefer not to guess.
15  Q   Well, does the literature discuss
16  depression as the highest risk factor for
17  suicide?
18  A   It is depression, with -- I think you
19  said depression with suicidal ideation.
20  Q   Yes.
21  A   So I would accept that as probably
22  greater on the list than living alone.
23  Q   There is no evidence in this case, is
24  there, Professor Trimble, that Mr. Smith had a
25  history of aggressive behavior?

Page 532

1  A   Correct.
2  Q   There is no evidence in this case
3  that Mr. Smith had a history of becoming
4  involved in physical altercations or fights;
5  correct?
6  A   Correct.
7  Q   How many times total did a physician
8  suggest to the Smith family or Mr. Smith, that
9  he be evaluated by a psychiatrist?
10  A   To my knowledge, only once.
11  Q   You're aware, Professor Trimble, that
12  once on May 2nd, 2003 Dr. McCombs office
13  received a phone call from Mr. Smith's family
14  stating that -- this is from his daughter --
15  A   Yes.
16  Q   Stating that he wished he could die
17  because of the pain. Do you recall that --
18  A   That's correct.
19  Q   -- instance?
20  A   That's correct.
21  Q   And the doctor's office suggested
22  that he go to an ER to be evaluated by a
23  psychiatrist?
24  A   That's correct.
25  Q   Do you recall that?

49 (Pages 529 to 532)

Page 533

1    A    That's correct.
2    Q    Separately on March 9, 2004 you
3    recall that -- do you recall that Dr. Mackey
4    told Mr. Smith's daughter that he ought to go
5    for a psychiatric evaluation, because she
6    reported other issues going on.
7        Do you recall that?
8    A    Yes.
9    Q    So that's two times; right?
10   A    Could you repeat your first question.
11   Q    Sure. The original question was how
12   many times has he been -- how many times has
13   the Smith family or Mr. Smith been told by a
14   physician that Mr. Smith should receive a
15   psychiatric evaluation?
16   A    The answer then is two.
17   Q    Okay, thank you. And do you know,
18   Dr. Trimble, what those two events have in
19   common?
20   A    The family?
21   Q    The family reporting problems related
22   either to suicide ideation, or some other kind
23   of thinking or behavioral problem?
24       MR. FINKELSTEIN: Objection.
25       THE WITNESS: Dementia was a worry.

Page 534

1    BY MS. McGRODER:
2    Q    Okay, and that's a cognitive
3    disorder?
4    A    That's a cognitive disorder, yes.
5    Q    And again, has mood and behavioral
6    changes associated with it; correct?
7    A    That's correct.
8    Q    We've already gone over that; right?
9    A    That's correct.
10   Q    So that's one. And the other type of
11   problem reported was suicidal ideation; right?
12       MR. FINKLESTEIN: Objection.
13       THE WITNESS: It's not clear from the
14   moments that you've just mentioned that
15   suicidal ideation is what led the doctors
16   to suggest the ER. If you could read the
17   full notation, but it's not clear from
18   what you've said.
19   BY MS. McGRODER:
20   Q    That's fair. I'll find it. I was
21   just trying to shortcut it. And this is from
22   Exhibit 18.
23   A    Okay.
24   Q    Dr. McCombs records. "Spoke with
25   patient's daughter, states patient wishes he

Page 535

1    could die because of pain and depression.
2    Advised to take patient to ER for psych
3    evaluation and treatment".
4    A    I understood that. I accept that it
5    could be interpreted in the way that you're
6    suggesting.
7    Q    Okay.
8    A    On the other hand is the term
9    somebody wanting to die is somewhat of a
10   euphemism as well.
11   Q    Okay, so one thing that these two
12   events have in common is that the family's
13   reporting either that Mr. Smith wishes he could
14   die because of pain, or that there is some kind
15   of other issue going on that is some sort of
16   cognitive or behavioral problem; agree?
17   A    Correct.
18   Q    What's another thing that these two
19   events have in common; do you know?
20       MR. FINKELSTEIN: Objection.
21       THE WITNESS: Tell me.
22   BY MS. McGRODER:
23   Q    Would you agree with me that in both
24   instances, Mr. Smith or his family contacted
25   the doctor's office because he was in severe

Page 536

1    pain?
2    A    That's correct.
3    Q    And there is a third commonality
4    between these two events. Do you know what it
5    is?
6    A    Tell me.
7    Q    In both instances Mr. Smith was not
8    taking Neurontin. Will you agree with me?
9    A    From the dates, of course you know he
10   was not taking the Neurontin.
11   Q    Is there any evidence in the record
12   that Mr. Smith was able to deal with his pain
13   by ignoring it?
14   A    I don't believe so.
15   Q    Is there any evidence in the record
16   that Mr. Smith was able to divert his attention
17   away from his pain?
18   A    I don't believe so.
19   Q    When Mr. Smith experienced severe
20   pain between January of 2003 and his suicide
21   and May 13, 2004, did he typically increase his
22   activities or decrease them?
23       MR. FINKELSTEIN: Objection.
24       THE WITNESS: I think that's too long
25   a time span, because he had an operation.

Page 537

1   BY MS. McGRODER:
2       Q   That's fair.
3       A   And so I think it's just too long a
4   time span.
5       Q   Let me cut it down. Between January
6   of 2004 and his suicide on May 13 2004 when
7   Mr. Smith experienced severe pain, did he
8   typically increase his activities or decrease
9   them?
10          MR. FINKELSTEIN: Objection.
11          THE WITNESS: The evidence from the
12      family is that he carried on much as he
13      had done before.
14          There is evidence that we had gone
15      through today that suggests that he
16      fluctuating intensity of his symptoms, and
17      was able to do some things at sometimes
18      and not well at others. And so there is a
19      fluctuation. But the family's evidence is
20      that he was battling on as he had done.
21  BY MS. McGRODER:
22      Q   Did Ruth Smith testify that Mr. Smith
23  in April and May of 2004 was lying around a lot
24  to try to keep himself out of pain?
25      A   She did.

Page 538

1       Q   And would you say that's a decrease
2   in activity?
3       A   I think it could well be, but I mean,
4   I accept that.
5       Q   Is there any evidence in the record
6   that when Mr. Smith experienced severe pain, he
7   used methods such as relaxation or meditation
8   to alleviate his pain?
9       A   I don't believe so.
10      Q   Is there any evidence in the record
11  that Mr. Smith told his medical providers
12  things such as I can manage my pain?
13      A   I have no evidence about that.
14      Q   Did Mr. Smith ever tell anyone, to
15  your knowledge, I can live with this pain?
16      A   Not to my knowledge.
17      Q   Would you agree that Mr. Smith tended
18  to worry about his pain?
19      A   He worried about his pain.
20      Q   Would you agree that Mr. Smith tended
21  to ruminate about his pain?
22      A   Correct.
23      Q   Did you review a letter from
24  Mr. Woods to the Smith family describing his
25  visit with Mr. Smith on May 10, 2004?

Page 539

1       A   I did.
2           MS. McGRODER: I'm handing you that
3       letter, which we are marking Exhibit 27 to
4       your deposition.
5           (Exhibit 27 marked for
6       identification.)
7           THE WITNESS: Thank you.
8   BY MS. McGRODER:
9       Q   In the beginning of the second
10  paragraph of this letter, it says: "Mr. Smith
11  was still troubled by back pain, and
12  immediately told me that an end to his pain
13  seemed to be hopeless".
14      A   That's correct.
15      Q   Did you consider the fact that
16  Mr. Smith reported that an end to his pain
17  seemed to be hopeless at the time that you
18  formed your causation opinion in this case?
19      A   I did.
20      Q   And hopelessness, you agree, was a
21  factor in Mr. Smith's suicide?
22      A   We have, I have agreed to that.
23      Q   Was it a substantial factor in
24  Mr. Smith's suicide?
25      A   It was a factor.

Page 540

1       Q   Well, was it a big factor or a small
2   factor?
3           MR. FINKELSTEIN: Objection.
4   BY MS. McGRODER:
5       Q   How about this, was it an important
6   factor?
7       A   It was one of a number of
8   contributing factors in Mr. Smith's suicide.
9       Q   Was it an important factor in your
10  opinion?
11      A   It was relevant. It was relevant.
12  But the word "important" is difficult, because
13  there are lots of important factors. So if it
14  was important, it was one of several important
15  factors.
16      Q   The next sentence says: "Mr. Smith
17  mentioned trying to get second opinions, but
18  each orthopaedic physician he saw seemed to
19  tune him out after hearing he already had
20  surgery. 'it was like they were all protecting
21  each other.'" End quote.
22          Do you see that?
23      A   I do.
24      Q   In your opinion, did Mr. Smith
25  perceive his pain and physical problems at this

Page 541

1    time as substantial?
2      A    Yes.
3      Q    Finally, Mr. Smith simply said, quote
4    "I wish I had never had the surgery in the
5    first place". End quote.
6      A    Yes, that's correct.
7      Q    In your opinion, did Mr. Smith
8    attribute his present pain to the lumbar
9    surgery that he had in 2003?
10     A    I don't believe so.
11     Q    And so what is your opinion from this
12   statement "I wish I had never had this surgery
13   in the first place"?
14       That's a bad question, withdrawn.
15       Mr. Smith goes on to say: "I cannot cut
16   the grass, work on cars. You know, I used to
17   like to I used to like you do all of the
18   time --" In any event. "Now I am almost
19   useless".
20       Did you consider the fact that Mr. Smith
21   had these functional limitations as a factor
22   that increases risk for suicide?
23     A    Well, I accept that that is a factor,
24   like other factors. This really goes into the
25   hopelessness that we've already discussed the

Page 542

1    paragraph about.
2      Q    And what about the statement "Now I
3    am almost useless"?
4      A    I think that's what I mean.
5      Q    Okay, is uselessness an indication of
6    low self esteem?
7      A    Oh, it can be, yes. This, of course,
8    is a reporting by somebody else as well as what
9    he says.
10     Q    Yes, let me ask you that. Do you
11   discount the information in this letter because
12   it's reported by Mr. Word?
13     A    Well, it's not direct information,
14   it's reported information.
15     Q    And so does that, in your view does
16   that affect its reliability in some way?
17     A    With regards to the use of
18   adjectives, like we are talking about,
19   hopelessness, this kind of thing. I mean, we
20   tend to have an idiosyncratic use of
21   adjectives.
22     Q    And so even though the word "useless"
23   is in quotes, I mean, we still tend to -- I
24   forget how you said it.
25     A    Idiosyncratic.

Page 543

1      Q    Yes.
2      A    I mean, that might just be a word
3    that is used by Dr. Wood which he uses a lot,
4    and so he puts that in there. But whether the
5    word "useless" was actually used by Mr. Smith,
6    I don't know.
7      Q    You don't know?
8      A    No, I don't know whether it was
9    actually.
10     Q    And that's notwithstanding the fact
11   that it appears in this letter in quotes?
12     A    That's what I mean, quotes. So he is
13   implying that that was the actual word that
14   Mr. Smith used. It may well be.
15     Q    But it may not?
16     A    It may not.
17     Q    And according to this note down at
18   the bottom, Mr. Smith -- or Dr. Wood, the
19   dentist, asks about Donna, and he says:
20   "Mr. Smith paused, quote say a little prayer
21   for Donna. End quote. There was obvious
22   concern in his eyes, and I could tell it was
23   probably of more concern than his own health.
24   Those were his last words to me".
25       Do you see that?

Page 544

1      A    Yes.
2      Q    Have you considered that information
3    before?
4      A    Well, I have seen it, yes.
5      Q    Does that have any relevance to your
6    opinion?
7      A    No.
8      Q    What is your understanding of Donna's
9    illness?
10     A    Well, she, I think she had had
11   carcinoma breast, and this had been diagnosed
12   and she had been in remission. Or was in
13   remission around this time. So that's my
14   understanding.
15     Q    Do you also have an understanding
16   that Mr. Smith was very concerned about Donna
17   at this time on May 10, 2004?
18     A    He was a parent with an unwell
19   daughter. I would think his concern was
20   perfectly acceptable.
21     Q    So you agree he was concerned about
22   Donna?
23     A    I would think so, yes.
24     Q    Did you know that Mrs. Smith told the
25   911 operator: "Our youngest daughter has been

52 (Pages 541 to 544)

Page 545

1  suffering with cancer, and this has been too
2  much". Were you aware of that?
3      A    Too much for whom?
4      Q    That's what she told the 911
5  operator.
6      A    I have no access to that record, as
7  you know, so I have no comment about it.
8      Q    Well, did you ask Mr. Finkelstein and
9  his law firm whether there was a tape of the
10  911 call?
11      A    No.
12      Q    You weren't interested in hearing the
13  tape of the 911 call?
14      A    No.
15      Q    So you don't know that Mrs. Smith
16  told the 911 operator, Mr. Smith -- referring
17  to Mr. Smith: "He says he couldn't face the
18  fact that his daughter had cancer".
19      You weren't aware of that fact?
20      A    No.
21      Q    And does that fact have any relevance
22  to your opinion in terms of why Mr. Smith
23  committed suicide?
24      A    No.
25      MS. McGRODER: Okay, let's go off the

Page 546

1  record for a second.  We need to change
2  the tape.
3      THE VIDEO OPERATOR: Please Standby.
4      We are going of the record, the time
5  is 2:19 p.m.  This concludes tape
6  number 3.
7      (Off the record.)
8      THE VIDEO OPERATOR:  Please standby.
9      We are back on the record, the time
10  is 2:24 p.m.  This is the beginning of
11  tape number 4.
12  BY MS. McGRODER:
13      Q    Professor Trimble, would you agree
14  that Mr. Smith considered his daughter,
15  Donna's, illness a stressful life event?
16      MR. FINKELSTEIN: Objection.
17      THE WITNESS: I would imagine so.
18  BY MS. McGRODER:
19      Q    In the middle of this letter written
20  by Dr. Wood, he says: "You know anything about
21  Neurontin? I shook my head, not really, except
22  it is given for seizures.  He then said he had
23  gone online and looked it up saying it was
24  extremely powerful, with numerous side
25  effects".

Page 547

1      Now using the word "powerful" those are,
2  Dr. Wood's -- that's Dr. Wood's adjective;
3  right?
4      MR. FINKELSTEIN: Objection.
5      THE WITNESS: Yes.
6  BY MS. McGRODER:sashay
7      Q    And then the next sentence says:
8  "Plus it makes me feel weird and it isn't
9  helping me".
10      A    Yes.
11      Q    And the word "weird" that's not in
12  quotes?
13      A    That's not in quotes.
14      Q    And that's Dr. Wood's adjective?
15      A    That's correct.
16      Q    Right?
17      A    Yes.
18      Q    And, and Mr. Smith reports that
19  Neurontin is not helping him; right?
20      A    That's correct.
21      Q    And at this time, has Mr. Smith also
22  reported to his doctors that he doesn't want
23  epidural steroid injections, because they are
24  not helping him; right?
25      A    Correct.

Page 548

1      Q    He doesn't want physical therapy,
2  because it's not helping him?
3      A    Correct.
4      Q    And none of the medications he is
5  taking are helping him; right?
6      A    That seems to be the case; correct.
7      Q    How many pills were left in the pill
8  bottle that the Smith family filled for
9  Neurontin on March 9, 2004?
10      A    I don't know.
11      Q    Were there any?
12      A    I do not know.
13      Q    You don't know one way or the other
14  whether Mr. Smith took the pills in the pill
15  vile that was filled on March 9, 2004?
16      A    My understanding is, again, relying
17  on depositions, that Mr. Smith reliably took
18  the medication he was prescribed.
19      Q    And is your, is the sole basis for
20  your understanding that Mr. Smith took the
21  medications as prescribed the family member
22  depositions in this case?
23      A    And Mr. Smith's own -- well,
24  Mr. Smith himself on several occasions says I
25  am on Neurontin, weird is a term -- at the time

53 (Pages 545 to 548)

Page 549

1  he says it makes him loopy. But he, himself,
2  refers to the fact that he is on Neurontin.
3  And then the family depositions also consider
4  him to have been reliable on taking
5  medications. So I no reason to doubt the fact
6  he was taking Neurontin.
7      Q   Have you looked to see how many pills
8  were in the prescription vile of Neurontin that
9  Mr. Smith left on his dresser at the time of
10 his suicide?
11     A   I have not.
12     Q   So, again, you have no idea whether
13 he completed taking the pills that were
14 prescribed for him? The Neurontin pills that
15 were prescribed for him?
16     A   My understanding is that he had more
17 Neurontin given to him beyond those that were
18 prescribed in a script.
19     Q   Okay.
20     A   That's my understanding.
21     Q   Samples?
22     A   Well, in a sashay, as I believe.
23     Q   Well, we'll get there.
24     A   Okay.
25     Q   Right now the question is you don't

Page 550

1  know one way or the other whether he completed
2  taking the pills that were in the vile that he
3  filled at the pharmacy on March 9, 2004?
4      A   That is correct.
5      Q   And there could be a full vile of
6  pills left over, and that is something you
7  didn't consider?
8      A   That is correct.
9      Q   Do you know the exact number of
10 samples that were in Mr. Smith's possession?
11     A   I do not.
12     Q   Is there any evidence in the record
13 of the exact number of samples that Mr. Smith
14 took?
15     A   Not that I have seen.
16     Q   Do you consider anywhere in your
17 report Donna Smith's illness, her cancer as a
18 factor related to Mr. Smith's suicide?
19     A   I do not consider it a factor
20 relating to his suicide.
21     Q   It's not in your report?
22     A   It is not, and I do not consider it a
23 factor.
24     Q   Is it your opinion in this case that
25 Neurontin caused Mr. Smith's suicide because

Page 551

1  more likely than not his suicide was impulsive?
2      A   It has not so much to do with
3  impulsivity, it has to do with the alteration
4  of his mental state that occurs following the
5  ingestion of Gabapentin or Neurontin.
6      Q   Tell me specifically what evidence
7  you rely on, the factual evidence in the
8  record, that Mr. Smith's suicide was impulsive?
9          MR. FINKELSTEIN: Objection as to
10         form.
11         THE WITNESS: Well, I think I have a
12         difficulty with the term "impulsive". I'm
13         not certain --
14 BY MS. McGRODER:
15     Q   It's in your report?
16     A   Yes, but this was not a carefully
17 planned, documented suicide where everything
18 was put in context, everything was sorted out,
19 saying good-bye to people. This happened
20 suddenly.
21         Now the term "impulsive" is used in a
22 number of ways. I am using it to say that this
23 was not a carefully planned, or even
24 predictable suicide event. It came out of the
25 blue.

Page 552

1      Q   You testified yesterday that it is
2  most likely that at some point before March, or
3  in March, because of his "fiscal" problems he
4  was working part-time.
5      What fiscal problems were you referring
6  to?
7      A   Physical problems? I just didn't get
8  the question.
9      Q   Fiscal problem.
10     A   I wasn't sure whether you said
11 "fiscal" or "physical."
12     Q   Well, the transcript --
13         MR. FINKELSTEIN: They think you
14         said --
15     Q   Of course it's a draft, says
16 "fiscal".
17     A   No, physical.
18     Q   So the word you were using is
19 "physical"?
20     A   Physical, yes.
21     Q   All right. Are you aware of any
22 financial problems that the Smith family had at
23 any time in 2004?
24     A   No.
25     Q   How about 2003?

54 (Pages 549 to 552)

Page 553

1    A    No.
2         MS. McGRODER:  Give us two minutes,
3    if you could gentlemen.
4         THE VIDEO OPERATOR:  Off the record?
5         MS. McGRODER:  Yes.
6         THE VIDEO OPERATOR:  Please standby.
7         Going off the record, the time is
8    2:31 p.m.
9         (Off the record.)
10        THE VIDEO OPERATOR:  Please standby.
11        We are back on the record, the time
12   is now 2:38 p.m.
13   BY MS. McGRODER:
14   Q    Professor Trimble, I think I have
15   about one more question.  You know how that
16   goes.
17   A    About.
18   Q    "About" being the operative word.
19   I'm going to ask you to right now set
20   aside Neurontin.
21   A    Okay.
22   Q    And your opinion about Neurontin.
23   A    Okay.
24   Q    And assume that Mr. Smith was not
25   taking Neurontin in this case.

Page 554

1    A    Okay.
2    Q    Please tell me all of the factors
3    that caused or contributed to Mr. Smith's
4    suicide?
5         MR. FINKELSTEIN:  Objection.
6         THE WITNESS:  Yesterday I went
7    through a list of Dr. Jacobs predictors
8    for suicide.  And without going back to my
9    notes, I believe I identified 3 out of 20
10   or 21 relevant factors with Mr. Smith.
11        In other words, without considering
12   Neurontin, Mr. Smith was a man low, in
13   terms of the weighting for suicide
14   predictors.  Low in the weighting for
15   suicide predictive factors.
16        The main ones were his age.  There
17   are a lot of men of his age.  He's male,
18   half the population are male.  He has a
19   gun.  But these, to me, do not seem like
20   biological factors that are related to
21   suicide.
22        So the only other one that I believe
23   one would put in there was hopelessness,
24   although I can't remember whether that was
25   on Dr. Jacobs list or not.

Page 555

1    BY MS. McGRODER:
2    Q    It was.
3    A    It was.  I just don't have it in
4    front of me.  But he was a man with a very low
5    weighting for the classical predictors of
6    suicide.
7    Q    So factors that did cause or
8    contribute to his suicide, in terms of risk
9    factors, were he was elderly; agree?
10   A    I did this yesterday, so I don't want
11   to then find out that I'm, that I'm giving you
12   a different list today.  But I might need a
13   minute or two to refer back to it, unless you
14   have the list that I had.
15   Q    Yes, I have the list that you gave
16   yesterday just from my notes.
17   A    It was in Dr. Jacobs — my copy of
18   Dr. Jacobs report.
19   Q    So you're relying on Dr. Jacobs for
20   the identification of risk factors?
21   A    I understand that Dr. Jacobs is an
22   expert in suicidology.  And he listed, to be
23   clear —
24   Q    Yes, you know I don't — just tell me
25   the ones, if you don't mind, that setting side

Page 556

1    Neurontin, you believe caused or contributed to
2    Mr. Smith's suicide?
3         MR. FINKELSTEIN:  Objection.
4         As it's asked and answered.
5         THE WITNESS:  The three factors that
6    may have got him on the bottom ladder or
7    the bottom rung of this list of 21
8    factors, are the hopelessness, advanced
9    age, and the chronic pain.
10   BY MS. McGRODER:
11   Q    And the fact that he is male?
12   A    Well --
13   Q    You just said the fact that he is
14   male?
15   A    Well, actually -- and I asked to go
16   back to Dr. Jacobs list -- male is not included
17   on Dr. Jacobs list.
18   Q    Well, let me backup a second.  There
19   what are identified as, for lack of a better
20   term, state dependent risk factors, like
21   demographics?  You understand that; right?  And
22   those are --
23   A    State dependent.
24   Q    Right, those are, those are
25   demographics like white, elderly male?

55 (Pages 553 to 556)

Page 557

1     A    Yes.
2     Q    Correct?
3     A    Yes.
4     Q    And you agree those risk factors are
5   present in this case?
6     A    Well, he is a white elderly male.
7     Q    Right. And you also agree he had
8   access to firearms, and that's a risk factor
9   for suicide?
10    A    Yes.
11    Q    Okay. And then the other ones that
12  you talked about yesterday were hopelessness;
13  right?
14    A    I talked about the medical facts, the
15  possible biological facts. And I outlined them
16  here.
17    Q    And hopelessness was one of those;
18  correct?
19    A    That's correct.
20    Q    And you had anxiety on your list;
21  correct?
22    A    I don't believe that he has, there
23  was evidence that he had anxiety at the time of
24  his death.
25    Q    Okay. So you wouldn't -- you would

Page 558

1   not put anxiety on the list?
2     A    No.
3     Q    What about chronic pain, would you
4   put that on the list?
5     A    Those were the -- that was on the
6   list.
7     Q    Anything else that you would put on
8   the list?
9     A    Not from the carefully outlined list
10  of Dr. Jacobs.
11    Q    Would you put prior history of
12  depression on the list?
13    A    Prior history of depression might go
14  on the list. I have been unconvinced about
15  that, as you know, and I just told it open as
16  to whether I accept that A and D in the records
17  as a formulated psychiatric diagnosis. I just
18  hold an open opinion about that.
19    Q    Okay. And my only follow-up question
20  to that is: You read Dr. Cato's deposition --
21    A    Yes.
22    Q    -- testimony; right?
23    A    Yes.
24    Q    And you read where he said I, in
25  fact, diagnose Mr. Smith with depression;

Page 559

1   right?
2     A    That's correct.
3     Q    And notwithstanding that, you're
4   still on the fence about whether to include
5   depression on the list?
6     A    As a professional psychiatrist as
7   well as neurologist, it is not clear to me
8   whether this would satisfy what we would call
9   DSM4 criteria for major depressive disorder.
10  So I'm, I would argue that as a possible
11  additional factor, but I'm not -- I'm just
12  ambivalent about it. I don't think the case
13  has been probed.
14    Q    Would the same true about anxiety,
15  you're ambivalent about that?
16    A    I would say the same. Because it's
17  not clear whether he is making two diagnosis,
18  DSM4, major depressive disorder, generalize
19  anxiety disorder. As a psychiatrist, it's
20  difficult.
21    Q    Okay. Anything else that you would
22  put on the list?
23    A    No, not from Dr. Jacob's testimony.
24        MS. McGRODER: I think those are all
25  of the questions I have. Thank you so

Page 560

1   much for your time.
2        THE VIDEO OPERATOR: Any other
3   questions?
4        MR. FINKLESTEIN: No, I don't think
5   so.
6        THE VIDEO OPERATOR: Please standby.
7   This concludes today's deposition,
8   the time is 2:45 p.m. and we are off the
9   record.
10
11       (The deposition was concluded at
12  2:45 p.m.)
13
14       (Exhibits retained by reporter.)
15
16
17
18
19
20
21
22
23
24
25