# EXHIBIT 6
# (PART III)

Page 430

1    Q.   Yeah, that would be great.  Let's just do
2 that.
3    A.   Okay.  Page 4, Jimmy Smith deceased, and
4 I put down how.  And he was a hydrocephalic kid.
5 He had a serious physical condition.
6        Donna is on page 4, item 10.  Donna
7 Carnahan, Smith Carnahan, deceased, and I wrote
8 how.  And then I wrote breast cancer.
9    Q.   Okay.
10   A.   Page 5, the top of the page it says wife,
11 Ruth Smith woke up at 5:01 a.m., went downstairs
12 towards decedent's bedroom.  And I wrote they
13 didn't sleep together, question.
14        Page 6, Michelle Faye wrote firearms,
15 pistol.  And I wrote type; in other words, was it a
16 38 Smith & Wesson; what was it?
17        On page 8 there was an abbreviation of
18 ESI, and I just looked it up to be sure that it was
19 epidural steroid injection.
20        On page 14 under medication involved,
21 question 45, what medications was the decedent
22 taking just before death, and she wrote Neurontin,
23 300 milligrams.  And I wrote when did you start and
24 what -- how many times a day, and I wrote down
25 March 9th, 2004 and 900 milligrams per day.

Page 431

1    Q.   Can I ask you something before you
2 continue?
3    A.   Yeah.
4    Q.   Did you then give those notes back to
5 Michelle Faye and have her make corrections or did
6 you just make corrections?
7    A.   Just made them from my own, because I'm
8 the one that has to defend this.
9    Q.   Okay.
10   A.   Page 15, item 40 — question 48, I made a
11 asterisk in the margin where it said Ruth observed
12 Richard Smith take his Neurontin.  That was one of
13 the questions that was involved in this case.
14        And then on page 16 I highlighted under
15 question 49, Exhibit 8, the statement:  The quote
16 was attributed to Richard Smith to Christopher
17 Wood, the dentist, I'm taking Neurontin, it makes
18 me feel weird and isn't helping me.
19        So I highlighted that because I thought
20 that was significant.
21   Q.   You highlighted other things on that page,
22 too, right?
23   A.   Well, I highlighted a lot of things.  I'm
24 just making changes now, not highlights.
25   Q.   Well, what change did you make to makes me

Page 432

1 feel weird and isn't helping me?
2        Oh, you made a check mark?
3    A.   Yeah.
4    Q.   Okay.
5    A.   I thought that was highly significant,
6 three days before he was saying stuff like that.
7    Q.   So -- so he said the same to Mr. Wood, it
8 makes me feel weird, it isn't helping me, three days
9 before?
10   A.   Yes, that's when he saw his dentist.
11   Q.   Okay.
12   A.   Page 18, 56, were there any photographs
13 taken?  That was left blank.  And I've since gotten
14 four sets of scene photographs of the body and the
15 dresser, and so I added the word yes.
16   Q.   Okay.
17   A.   On page 22, question 61, the question
18 was:  Did the decedent become violent, aggressive,
19 irritable or, quote, snappy, closed quote, after
20 ingesting Neurontin?  And I wrote an additional
21 question, which I'm not really sure right now why I
22 wrote it:  So how about more zombie-like or more
23 hopeless?
24        And I added a couple questions, and I
25 didn't really give the answer here.  But I added

Page 433

1 the question, in addition to 61, the types of
2 examples of behavior changes, I added the question:
3 Did he become zombie-like or did he become more
4 hopeless?
5    Q.   And I've got to ask you one more thing
6 before you move on.  On that page when you added that
7 question, was that after you had already reviewed the
8 Smith medical file or before?
9    A.   It was after.
10   Q.   Okay.
11   A.   Page 23, the top of the page, McCombs
12 5/2/03 office note, patient wishes he could die
13 because of pain and depression.
14   Q.   And what change did you make there?
15   A.   I just highlighted it because there's
16 always been a question as to was he depressed
17 before he started taking Neurontin, and here's one
18 example of it.
19   Q.   And by highlighting it you mean you circled
20 the date?
21   A.   Circled the date.
22   Q.   And what is that other word you circled?
23   A.   Depression and the date.
24   Q.   Okay.
25   A.   Page 27, question -- let's see, it's 75,

32 (Pages 430 to 433)

Page 434

1    3, how about suicide ideation? And the question is
2    list all suicide ideation and date all ideas.
3    And --
4        Q.   Wait, I'm sorry. I'm not with you.
5            Oh, I see it. Okay. Go ahead.
6        A.   Item 3. And Michelle Faye said
7    approximately three weeks prior to his suicide, and
8    I wrote specifically 4/22/04 rather than
9    approximately three weeks.
10       Q.   You wrote specifically 4/22/04?
11       A.   Based on my reading of the record, that
12   was suicide ideation.
13       Q.   And what record did you read for that, do
14   you know?
15       A.   I'll have to look it up, but I did at the
16   time because it was too vague.
17           Page 31 under 7, hopelessness. I just
18   circled hopeless because hopelessness, as you
19   questioned Dr. Trimble, is a better predictor of
20   suicide outcome than mere depression. So I wanted
21   to emphasize any data on hopelessness.
22       Q.   I'm sorry, but your voice is dropping off
23   and I didn't hear what you just said.
24       A.   I circled hopelessness because I think
25   it's a crucial variable in whether or not somebody

Page 435

1    commits suicide. And so I emphasized the fact that
2    the record, according to Michelle Faye, indicated
3    that there was hopelessness just before committing
4    suicide.
5        Q.   Okay. Go ahead.
6        A.   Page 33, section 11, question 76 on
7    Michelle Faye's version.
8        Q.   Page 33, question 11?
9        A.   Yep, section 11, question 76.
10       Q.   Oh, question -- okay, section 11.
11           Okay. I'm with you.
12       A.   The number -- the percentage of risk
13   factors based on my 15 that Richard Smith had was
14   left blank. And I put in 7 at 15 equals . -- 0.47
15   or 5.
16           So in my opinion, apart from the
17   Neurontin, he was at moderate suicide risk based on
18   my risk factors.
19       Q.   Did you write moderate suicide risk --
20       A.   No, I wrote 7 out of 15.
21       Q.   Okay.
22       A.   And moderate I'm adding right now.
23       Q.   Okay.
24       A.   Page 34, the question was -- question --
25   page 34, question 77, No. 4 was about major

Page 436

1    depression. And the fourth criteria is did he have
2    insomnia nearly every day continuously for the last
3    two weeks of his life. And then I put down -- she
4    put down no. And I wrote a big question mark
5    because I don't agree with that.
6        Q.   But you didn't change your answer to yes?
7        A.   No, because I wanted to reexamine it. I
8    think he had significant insomnia. The problem is
9    I couldn't be sure that it was every day for the
10   last two weeks.
11           Then on page 35, question 79 is a summary
12   of his protective factors against suicide. And I
13   -- I was left blank. And based on the above data,
14   I put down 8. I circled the number 8.
15       Q.   Okay. So you just put a circle around 8,
16   right?
17       A.   I did.
18       Q.   Okay.
19       A.   And then page 36, item 80, section I, it
20   says that there was a videotape of his 50th wedding
21   anniversary. And I wrote in parentheses I saw
22   that; in other words, I wanted to remind myself
23   that I actually looked at the wedding anniversary.
24       Q.   All right.
25       A.   I just say -- well, I'm sorry. No, I'm

Page 437

1    sorry, I was going to say she didn't fill out this
2    carefully, but she did bold the correct answers on
3    page 37. Even though they're not circled, she
4    bolded them for the correct answer. So like --
5        Q.   Okay.
6        A.   -- she did answer these.
7        Q.   Okay. If you could go back to page 38.
8        A.   Um-hum.
9        Q.   Did you fill in anything that she left
10   blank there?
11       A.   I did not.
12       Q.   Okay.
13       A.   I did not get his average grades as a
14   student, stuff like that.
15       Q.   Because of his age?
16       A.   Yep.
17       Q.   Right.
18       A.   Okay. Page 39, Church -- 96, 2, Church
19   of Christ minister. And I wrote in the margin 53.4
20   -- I'm sorry, 53 plus 4 -- I think it means 57
21   total years he was a Christian minister. I just
22   wanted to --
23       Q.   Okay.
24       A.   -- add up the years.
25       Q.   All right.

33 (Pages 434 to 437)

Page 438

1      A.  So this was not a usual guise for a guy
2   who was a Christian minister for 57 years.
3      Q.  And where -- from what data did you derive
4   the 53 plus 4?
5      A.  I obviously looked 47 to 204, and I'm not
6   sure where I got the plus 4. I'd have to go back
7   and think about that.
8      Q.  Okay.
9      A.  Page 41, this is Andy Vickery's Puzzling
10  Paradox, which incidentally, admittedly, was made
11  for SSRIs initially. But this is also a question
12  in drug reaction so I kept them in.
13     Q.  And so is it your opinion that the drug
14  reaction questions that Andy Vickery made up for
15  SSRIs would apply to any prescription drug in which
16  you're testifying as an expert against a
17  pharmaceutical company?
18     A.  I think the short answer is no, but I
19  thought there was nothing to be lost from -- lost
20  from getting the information.
21        So probably not. If you pushed me, I
22  would eliminate those.
23     Q.  Okay. And is your testimony that you're not
24  relying on section 17 or you are relying on section
25  17?

Page 439

1      A.  Well, I did get some data and I think the
2   data speaks for itself whether or not it's part of
3   the Puzzling Paradox. I think -- I think it's
4   relevant, yes.
5      Q.  So you're relying on the Puzzling Paradox?
6      A.  Yes.
7      Q.  Okay.
8      A.  And, for example, on page 103 -- I'm
9   sorry, 41, question 103, Ruth said that he thought
10  -- he asked if God would forgive me if I just do
11  away with myself. He had said this three weeks
12  prior to his death. And I cross-referenced that to
13  her deposition, Ruth at 1:45, so I'd have a double
14  citation for that.
15        And then the bottom of page 42, question
16  108, did the decedent commit suicide or homicide,
17  et cetera, within 30 days of ingesting Neurontin?
18  Michelle Faye said yes and it's wrong. So I
19  crossed it off and put no. By my estimate it was
20  67 days.
21        And, of course, I know we'll get to this,
22  there's always a question about did he take it
23  every day? How about the sample boxes? So there's
24  a lot of questions still around this. But I
25  thought rather than yes, it was no, at least in my

Page 440

1   judgment 60-some days.
2      Q.  And so question 108 is really not a matter
3   of signifying whether the ingestion is within
4   30 days. In your view, it's really how long was the
5   ingestion?
6      A.  Yes.
7      Q.  Okay.
8      A.  And I'm taking 3/9/04 as the start date.
9      Q.  All right.
10     A.  Next page, how many pieces of the puzzle
11  did he have? I said on top of page 43, which
12  Michelle Faye left blank, five or six. I couldn't
13  be sure whether he had five or six, but it was not
14  none. It was probably either five or six pieces of
15  the puzzle.
16     Q.  Okay.
17     A.  And then I think that's it.
18     Q.  Okay. If you look on page 44, section 21
19  is blank. I -- I guess -- the question I have about
20  this is if you -- when you gave this form to Mr.
21  Fromson to give to Ms. Faye, who was interviewed to
22  provide this form or did she just look at the records
23  and fill in the form?
24     A.  Just looked at the records. I mean, as
25  you -- as you're probably guessing, usually I

Page 441

1   interview a living person, a witness. And when I
2   get finished with any survey, I say, look, I asked
3   you a lot of questions that I thought were relevant
4   but did I miss something? What do you want to tell
5   me?
6         So that's an open-ended question. She
7   couldn't answer that because she would not have any
8   basis to answer that.
9      Q.  So no member of the Smith family was
10  interviewed for the psychological autopsy?
11     A.  Not directly, only indirectly through
12  deposition and through medical records, but not
13  directly.
14     Q.  Well, not at all, right?
15        I mean, the materials that were relied on
16  to fill out the form came from documents,
17  depositions, and other medical records?
18     A.  True. And indirectly many of those
19  documents were interviews with the family and with
20  the doctors and so on. So it's once removed.
21     Q.  Well -- but where are there interviews of
22  the family in the records that Michelle Faye looked
23  at?
24     A.  Depositions.
25     Q.  Oh, you're calling those interviews?

34 (Pages 438 to 441)

Page 442

1    A.  Yeah, sure.  I mean, they're close.
2    Q.  Okay.  Anything else that constitutes in
3  your mind an interview of the family?
4    A.  No, those would be what I would rely on.
5    Q.  Is the same true in Bulger, that no member
6  of the Bulger family was interviewed for purposes of
7  the psychological autopsy?
8    A.  Yes.
9    Q.  And did Ms. Faye also fill out the Bulger
10  form?
11    A.  Yes.
12    Q.  Anybody else involved in the preparation of
13  the psychological autopsy forms for Smith and Bulger?
14    A.  No.
15    Q.  Did Mr. Fromson fill out any portion of
16  this form or the Bulger form?
17    A.  No.
18    Q.  Did you tell Ms. Faye which depositions to
19  review in order to complete the psychological
20  autopsy?
21    A.  No.
22    Q.  Did Mr. Fromson, to your knowledge?
23    A.  To my knowledge, I don't know.
24    Q.  Do you have a comprehensive list of
25  everything Ms. Faye looked at in order to complete

Page 443

1  the form for Smith and Bulger?
2    A.  The short is answer is no, but we could
3  look at all our citations in the psych autopsy and
4  make a list.
5    Q.  I'll look for this because I'm afraid you
6  won't be able to answer in the abstract, but we were
7  provided an index that I think goes with the
8  psychological autopsy.  Have you ever seen that?
9    A.  No.
10    Q.  Okay.  Is it true that when you -- is it
11  true that when you review for purposes of your
12  psychological autopsy deposition testimony of
13  witnesses involved in litigation, that may introduce
14  some bias into the process of the autopsy?
15    A.  Yes.  But it is the standard procedure.
16  I mean, very seldom do I actually go out and
17  interview the people myself.  And usually both
18  sides object to that because they want to be
19  present.  Both plaintiff and defense tend to object
20  to that.
21    Q.  Do you agree that the potential for bias
22  and distortion in a psychological autopsy is greater
23  when family members who are principal sources of
24  information have a lawsuit?
25    A.  I think -- I think in principle, it could

Page 444

1  be biased, yes.
2    Q.  Well, do you recall testifying in the Giles
3  case that you agreed with that?
4    A.  I just said yes.
5    Q.  Did you co-edit a text entitled Assessment
6  and Prediction of Suicide?
7    A.  You mean the book in 1992?
8    Q.  Sure, a text called Assessment and
9  Prediction of Suicide?
10    A.  Well, I didn't really think of it as a
11  text, but I did --
12      MR. SOH:  Objection, vague.
13    A.  I was the primary originator and chief
14  editor and wrote several sections and chapters of
15  that book, yes.
16    Q.  Did you write Chapter 8 on assessment in
17  absentia, the value of the psychological autopsy
18  method for studying antecedents of suicide in
19  predicting future suicide?
20    A.  No, David Clark of the University of
21  Chicago wrote that chapter, along with one of his
22  graduate students.
23    Q.  And then you would have edited it?
24    A.  Yeah, I read everything over.  In fact, I
25  insisted.  He left some of my own stuff out, and I

Page 445

1  made him put it in.
2    Q.  And so you consider that text or that book,
3  as you call it, a reliable source of information on
4  the psychological autopsy?
5    A.  Sure.  Does that mean I agree a hundred
6  percent with David Clark?  No.  And I think it's
7  certainly something that I read and edited and
8  published, but David Clark wrote it.
9    Q.  Okay.  Agree or disagree that the hallmark
10  of a psychological autopsy method is the use of
11  structured face-to-face interviews with knowledgeable
12  informants within several months of death to gather
13  data and that studies not employing this method
14  should be called something other than psychological
15  autopsy studies?
16    A.  I certainly don't agree with that.  I
17  think that practically speaking, I would say almost
18  never in a legal case, let's say the 200 that I've
19  had, do I actually do face-to-face interviews.
20  It's prohibitively expensive.  It's difficult to
21  arrange.  Most of the time the lawyers take the
22  depositions, not me.  And so it's impractical.
23      In a research situation, I would almost
24  always do face-to-face interviews.
25    Q.  So in order to publish something that

35 (Pages 442 to 445)

Page 446

1 produces results that you would hope would be
2 sufficiently reliable to be published, you would
3 actually conduct a face-to-face interview?
4     A. I would certainly prefer to.
5        MR. ROSENKRANZ: Objection.
6     Q. Is it your testimony that you never do
7 face-to-face interviews in the context of a
8 psychological autopsy in litigation?
9     A. No, I -- I do that occasionally. There
10 are times when it seems mandated. But the vast
11 majority of the time it's prohibitively expensive,
12 and there's not enough marginal gain from my doing
13 it versus the attorneys doing it. What I'll often
14 do is write a list of questions for the attorneys
15 to be sure they ask.
16    Q. Well, here no attorney even conducted an
17 interview, correct?
18    A. No, I'm talking about depositions.
19    Q. Okay. Well, I'm talking about interviews,
20 face-to-face interviews.
21    A. No. As far as I know, none of those were
22 done.
23    Q. Okay. What about a telephonic interview,
24 was any sort of telephonic interview done with either
25 the Bulger or the Smith family?

Page 447

1     A. Honestly, I can't remember. I think --
2 I'm pretty sure with Bulger there were none. I
3 vaguely remember talking to the wife once, but I'm
4 not even sure that I did that.
5     Q. You think you talked to Mrs. Smith?
6     A. I think it's possible.
7     Q. And you don't know for sure one way or the
8 other?
9     A. I'd have to go back and look at my
10 records to see if I can determine that.
11    Q. Well, do you have those records here?
12    A. I have my billing. I mean, we can take a
13 minute and look.
14    Q. That would be good.
15    A. I did not talk to Ruth Smith.
16    Q. Okay. Still referring to Chapter 8 of the
17 book Assessment and Prediction of Suicide, the
18 authors note the following: The situation is
19 markedly different when a consulting expert is not
20 contacted until months or years after a death for an
21 opinion about an unfamiliar case. In these
22 situations information available to the expert
23 witness is usually in the form of depositions
24 collected many months or years after the suicide.
25 This kind of data is suspect for scientific purposes

Page 448

1 because of the passage of time and memory decay.
2        Agree or disagree with that?
3     A. I agree with that. I mean, it's the
4 ideal optimum situation that you would do it
5 immediately. For example, when I'm working for the
6 medical examiner, I try to get out there while the
7 body is still in the house. I try to talk to the
8 wife and the kids and so on. But a lot of times
9 it's just not practical because we don't learn
10 about it until many months or years later.
11       So ideally, I would -- I think it's
12 better to get out there as soon as possible.
13    Q. Also in the book Assessment of Prediction
14 of Suicide at Chapter 8, there are identified several
15 problems with relying on depositions for a
16 psychological autopsy, and I just want to ask you
17 about one of those, okay? And the quote is: Fourth
18 and finally, in the deposition process, the
19 consulting clinical expert has few means for
20 assessing bias and censorship in the selection of
21 informants, the questions posed, the forms of those
22 questions, and the information made available or not
23 available for case review. Once again, there are no
24 empirical studies quantifying the degree of
25 distortion introduced by these serious confounds.

Page 449

1        Agree or disagree?
2     A. Well, there's many, many things in there,
3 so it's hard to say.
4     Q. Okay. How about this one --
5        MR. SOH: Do you have a copy of the
6 chapter for Dr. Maris?
7        THE WITNESS: No, I know the chapter by
8 heart.
9        MR. SOH: Okay.
10    Q. Agree or disagree that there's no way to
11 quantify the degree of distortion introduced into the
12 psychological autopsy process by relying on
13 deposition testimony?
14    A. Yes.
15    Q. Thank you.
16       I hope I didn't ask you this already. If I
17 did, I'm sorry. But this psychological autopsy form
18 then was not ever provided to a family member in
19 either the Smith or Bulger case, correct?
20    A. You're correct.
21    Q. Or do you know for sure?
22    A. I know for sure.
23    Q. Okay. Did you tell Ms. Faye not to provide
24 this form to any member of the Smith family?
25    A. No.

36 (Pages 446 to 449)

Page 450

1    Q. How do you know she didn't?
2    A. Because she told me and she cited only
3 exhibits and depositions. She told me she only
4 relied on the evidence cited.
5    Q. You've given testimony that survivors of
6 suicides feel a tremendous sense of guilt; do you
7 recall?
8    A. I don't recall which case it was or which
9 book it was, but I recall saying that.
10    Q. Agree with that?
11    A. I agree with that. Often, I mean, not
12 always.
13    Q. You've also testified in the past that the
14 guilt could be intensified if the survivor treated
15 the decedent badly or felt that they treated the
16 decedent badly.
17    A. Sure.
18    Q. You agree with that?
19    A. I do.
20    Q. Agree that guilt can sometimes overwhelm a
21 survivor and tempt that survivor to affix blame
22 elsewhere?
23    A. I'm tempted to elaborate, yes. But I'm
24 afraid I'll get in trouble if I elaborate that.
25    Q. Agree that litigation brought by a suicide

Page 451

1 survivor can amount to displacement of guilt?
2    MR. SOH: Dr. Maris -- again, do you have
3    the references you're reading from for Dr.
4    Maris?
5    MS. McGRODER: I'm asking a question if
6    he agrees with it or not.
7    A. Is it from a specific reference?
8    Q. It's from your testimony in the Routhier
9 case.
10    A. Oh, okay.
11    MR. SOH: Dr. Maris, if you need to --
12    A. That's important to know.
13    Q. Sure.
14    MR. SOH: -- need that testimony, you can
15    ask for it.
16    A. Well, I'm familiar with Routhier because
17 it's going to be a trial next month. So I'm fairly
18 familiar with that.
19    Q. So can litigation brought by a suicide
20 survivor amount to displacement of guilt, in your
21 opinion?
22    A. It's often -- yes, and it can be a
23 confounder.
24    Q. It is natural to try to avoid grief through
25 activity, whether it's litigation or rallies or

Page 452

1 demonstrations.
2    Agreed?
3    A. It's certainly one possible thing that
4 can happen, yes.
5    Q. Do you think that litigation can postpone
6 or avoid working through loss or grief?
7    A. It can, yes.
8    Q. What about just the effect of surprise, do
9 you think that surprise over a suicide can lead a
10 survivor in a sequence of feelings of betrayal,
11 anger, distrust, blame, and ultimately litigation?
12    MR. SOH: Objection, foundation.
13    Is that the same deposition you're
14    reading from?
15    A. Is that from Routhier?
16    Q. No, it's just a question.
17    A. Oh. No source? No source for your
18 question?
19    Q. Well, I just want you to answer the
20 question, Doctor.
21    MR. SOH: Objection, foundation.
22    A. Okay. But some of the questions have
23 tied to particular documents, and I was just asking
24 you if this was tied to a particular document.
25    Q. What's your answer?

Page 453

1    A. Restate the question, please.
2    MS. McGRODER: Can you read back my
3    question?
4    (THE QUESTION WAS READ BACK.)
5    MR. SOH: Objection, foundation.
6    A. The short answer is yes.
7    Q. Now, Doctor, I want to talk with you about
8 suicide risk factors generally. And to be completely
9 candid, we don't have a lot of time. So I'm going to
10 kind -- I'm going to try to tick through these, okay?
11    A. Really?
12    Q. Is that okay with you?
13    A. Yes.
14    Q. Okay. What's a risk factor?
15    A. Risk factor is an empirically-derived
16 condition which, of course, can be something
17 categorized as age, gender, social, biological,
18 which is elevated in the outcome population, for
19 example, the completed suicide compared to the
20 control population.
21    Q. And empirically derived would indicate that
22 there's some data to back it up, correct?
23    A. Yes.
24    Q. And you would like to see statistically
25 significant association between the event and the

Page 454

1  suicide for it to be a reliable risk factor, correct?
2      A.  Sure. I mean, I'm not interested in the
3  wind velocity in India. It's obviously irrelevant.
4  So I try to review the literature, I try to do
5  original research. And based on that review of
6  peer reviewed literature, my education, training,
7  and experience and my own original research, I try
8  to derive pertinent relevant factors that are risk
9  -- increase the risk for suicide.
10      Q.  Okay. In the 15 risk factors you
11  identified, there is no reference to prescription
12  medications as a risk factor for suicide on your
13  list, correct?
14      A.  Well, certainly you'll notice it's on my
15  general model that I gave you yesterday in my new
16  opinion.
17      Q.  Yeah, and I'm not talking about that. I'm
18  asking about your 15 risk factors.
19      A.  Well, that's one of my --
20      Q.  Are prescription medications identified on
21  your list of 15 risk factors that you've testified
22  are empirically based?
23      A.  Well, certainly I've asked about
24  medications and prescription medications in my
25  psych autopsy, and I published peer reviewed

Page 455

1  articles and books. So yes.
2      Q.  Dr. Maris, did I ask you about your
3  psychological autopsy? I didn't, did I?
4      A.  I'm sorry, you asked me about --
5      Q.  Your 15 risk factors.
6          Do prescription medications appear as a
7  reference on your list of 15 risk factors for
8  suicide?
9      A.  I'm sorry, I wasn't paying attention.
10      Q.  That's okay.
11      A.  Let me just turn to my report. The list
12  is there so I can be sure that I'm not misspeaking.
13      Q.  I think it's on about page 22. Yeah, 22.
14      A.  The short answer is no. But on some of
15  the lists of these, this list is incomplete.
16          If you go back and look at the list in my
17  publications, 13 includes altered serotonergic
18  dysfunction. So that's the closest that comes to
19  it.
20      Q.  And what publication is that; is that
21  Pathways to Suicide?
22      A.  That, and also in the Assessment
23  Prediction, the comprehensive textbook on page 80
24  there's a list which includes low 5-HIAA.
25      Q.  And low 5-HIAA is not prescription

Page 456

1  medications, correct?
2      A.  It's related to it, but it's not directly
3  that.
4          I mean, one of the things that happens
5  with many SSRIs, and I'm arguing with Neurontin, is
6  alteration in serotonergic dysfunction. So it's
7  only obliquely referenced through serotonergic
8  dysfunction. It's not an item on my risk factor.
9          And the reason for that is obvious, is
10  that it's only a small minority of people who are
11  taking medication. I'm looking at general samples
12  of suicides. And most people who are suicidal who
13  are depressed or who have chronic pain are not
14  having drug reactions. It's only in a small
15  vulnerable minority that I claim this happens, so
16  it shouldn't be on my list.
17          MS. McGRODER:  Object and move to strike.
18      Q.  Doctor, do the words prescription
19  medications appear on your list of 15 risk factors --
20          MR. ROSENKRANZ:  Objection.
21      Q.  -- in your report in the Smith case or in
22  any textbook or book that you've authored?
23          MR. ROSENKRANZ:  Objection, asked and
24      answered.
25      A.  No.

Page 457

1      Q.  Agree that persons with suicidal ideas are
2  at a greater risk for suicide?
3      A.  Yes.
4      Q.  Agree that persons who have suicidal plans
5  are at a greater risk of suicide?
6      A.  Yes.
7      Q.  Agree that persons who have attempted
8  suicide are at a greater risk for suicide?
9      A.  Except for older, white males.
10      Q.  Agree that prior suicide attempts are as
11  significant a risk factor for suicide as depression?
12      A.  Only for females.
13      Q.  Aware that a past -- a history of past
14  suicide attempts is one of the most significant risk
15  factors for suicide as reported by the APA
16  guidelines?
17      A.  It's wrong.
18      Q.  So you disagree with that?
19      A.  I disagree with that because it's got to
20  be specified for gender.
21      Q.  Aware that a suicide attempt by any method
22  is associated with a 38-fold increase in suicide
23  risk.
24          Agree with that?
25      A.  What's the context of the citation?

38 (Pages 454 to 457)

Page 458

1  Q.  That's the APA guidelines.
2  A.  I didn't do those calculations, so I have
3  no way of knowing if it's right or wrong.
4  Q.  So you disagree with it?
5  A.  I have no way of knowing.
6  Q.  Agree or disagree that an additional
7  increase in risk may be associated with aborted
8  suicide attempts or repeated suicide attempts?
9  A.  It depends on the population and the
10  gender and age, but I can't give you a categorical
11  yes or no answer.
12  Q.  So you couldn't agree with that generally
13  one way or the other?
14  A.  Not categorically, no.
15  Q.  What about just generally, generally do you
16  agree that there's an additional increase in risk may
17  be associated with aborted suicide attempts or
18  repeated suicide attempts?
19  A.  Generally, I would say no.
20  Q.  Agree or disagree that suicides in the
21  United States are most commonly associated with a
22  diagnosis of mood disorder in adults?
23  A.  Yes.
24  Q.  Agree or disagree that the presence of a
25  psychiatric disorder is probably the most significant

Page 459

1  risk factor for suicide?
2  A.  Certainly the most prevalent.  I don't
3  know what you mean by significant.
4  Q.  Agree or disagree that more than 90 percent
5  of persons who die from suicide satisfy the criteria
6  for one or more psychiatry disorders?
7  A.  Agree.
8  Q.  Agree that the likelihood of a suicide
9  attempt appears to increase with an increased number
10  of comorbid diagnoses?
11  A.  Agree.
12  Q.  Do you know what percentage of people among
13  the general population make contact with their
14  primary care providers within a week prior to
15  suicide?
16  A.  30 percent of people who are older males
17  make contact within 30 days.  There's lots of other
18  studies that specify that.  But for Richard Smith,
19  for example, 75 percent of people in his category,
20  age and gender category would have made a contact
21  with their family physician within 30 days of their
22  suicide.
23  Q.  Agree that many of those elderly
24  individuals who make contact with their primary care
25  physicians are not diagnosed with depression or any

Page 460

1  mood disorder before they commit suicide?
2  A.  Agree.
3  Q.  Agree that there is a stigma toward mental
4  illness that is pervasive in the United States?
5  A.  I think that's -- it's hard for me -- if
6  I were forced, I'd say I agree.  But I think
7  there's lots of qualifications.
8  Q.  Do you agree that the stigma of suicide
9  acts to increase suicide risk because it may prevent
10  people from disclosing to clinicians their suicidal
11  thoughts or plans?
12  A.  Yes.
13  Q.  Do you think that's especially true in
14  elderly men?
15  A.  Yes.
16  Q.  Do depressive symptoms increase the risk of
17  suicide, in your view?
18  A.  Yes.
19  Q.  Agree that more than half of those with
20  depressive disorders have thoughts of suicide?
21  A.  I'd have to know what the context for
22  that quote is because I have found it to be
23  slightly lower than that.
24  Q.  And what do you think it is?
25  A.  I don't -- I don't think it's 50 percent.

Page 461

1  I don't remember the exact percentage.  I know
2  that, you know, you're talking about a specific
3  population.
4  Q.  Right.
5  A.  And, of course, the diagnosis of
6  depression includes suicide ideation.  So one of
7  the nine criteria for being depressed is suicide
8  ideas.  Could be 50 percent.
9  Q.  Okay.  Agree that major depression is
10  associated with a 20-fold increase in risk of
11  mortality?
12  A.  Again, I don't know the context of the
13  question.  What study are you citing?
14  Q.  So you can't agree or disagree?
15  A.  Not unless I know the study.
16  Q.  Do you agree that bipolar disorder is a
17  significant risk factor for suicide?
18  A.  Yes.
19  Q.  Agree that there is a significantly
20  increased rate of alcohol and/or substance use
21  disorders in individuals with bipolar?
22  A.  Yes.
23  Q.  Agree or disagree that the combination of
24  alcohol and substance use disorders in individuals
25  with bipolar further increases their suicide risk?

39 (Pages 458 to 461)

Page 462

1    A.  Yes.
2    Q.  Is that synergistic, in your view?
3    A.  You mean, is it like additive or --
4    Q.  Yes.
5    A.  -- or does it actually geometrically
6  progress more than the sum of the two parts?
7    Q.  I meant added -- well, that's the question.
8  Is it synergistic in terms of being more than just
9  additive?
10   A.  I think so, yes.
11   Q.  Agree that persons with borderline
12 personality disorder are at an increased risk for
13 suicide?
14   A.  Well, most of those are females, but yes.
15   Q.  And agree that borderline personality
16 disorder is one of only two diagnoses in the DSM for
17 which suicidal behavior is listed as a symptom?
18   A.  I had actually written that quote, so
19 yes.
20   Q.  So you agree with that.
21       Agree that -- can I just call it
22 borderline, cut it short, and you'll know I'm talking
23 about borderline personality disorder?
24   A.  You may.
25   Q.  Agree that borderline is a serious mental

Page 463

1  illness characterized by pervasive instability in
2  moods, interpersonal relationship, self-image, and
3  behavior which seriously interferes with functioning?
4    A.  Yes.
5    Q.  Agree there is a significant rate of
6  suicide attempts and completed suicides among those
7  with borderline personality?
8    A.  Yes.
9    Q.  Do you know what the lifetime risk is for
10 individuals with borderline personality disorder,
11 lifetime suicide risk?
12   A.  I've got it down in my books, but I
13 haven't got it memorized.
14   Q.  10 percent sound about right to you?
15   A.  It sounds low to me, but at least 10
16 percent.
17   Q.  You think it's probably higher than that?
18   A.  Probably a little higher than that.
19   Q.  Do you know what percentage of people with
20 borderline have attempted suicide?
21   A.  Not without going back and reading my
22 original sources.  I don't know.  I know it's very
23 high.  Could be a third even.
24   Q.  Do you think individuals with borderline
25 personality disorder have a higher risk of suicide

Page 464

1  than people with bipolar disorder?
2    A.  Probably not.  Most of the people who are
3  -- who are borderline are females who are cutters,
4  and they make a lot of nonfatal attempts.  People
5  that are bipolar are more likely to make a lethal
6  attempt.  So I'd say probably not.
7    Q.  Agree that a history of child abuse or
8  neglect in those with borderline personality increase
9  the risk of suicide?
10   A.  Yes.
11   Q.  Agree that in individuals with borderline
12 personality disorder, suicide risks may be increased
13 by unemployment?
14   A.  Yes.
15   Q.  Agree that it also may be -- suicide risk
16 may be increased in those with financial problems?
17   A.  Less so, but yes.
18   Q.  Okay.  What about family discord, does that
19 increase the risk in individuals with borderline
20 personality?
21   A.  Yes.
22       MR. ROSENKRANZ:  Increase by sitting in a
23   four-day deposition?
24       THE WITNESS:  Somebody's looking in our
25   room like he thinks he's got something.

Page 465

1       (A DISCUSSION WAS HELD OFF THE RECORD.)
2    Q.  Agree that individuals with borderline
3  personality, in particular impulsivity -- that
4  doesn't even make sense.  Withdrawn.
5       Agree that individuals with borderline
6  personality disorder often have impulsivity?
7    A.  Yes.
8    Q.  And does that increase their risk for
9  suicide?
10   A.  Yes.
11   Q.  Are persons who suffer from severe anxiety
12 at a greater risk for suicide?
13   A.  Yes.
14   Q.  Agree that anxiety disorders are associated
15 with a 6 to 10-fold increase in suicide risk?
16   A.  Yes.
17   Q.  What about individuals with posttraumatic
18 stress disorder, are they at an increased risk for
19 suicide?
20   A.  I testified before Congress this year on
21 that, so the answer is yes.
22   Q.  And you said yes?
23   A.  I said yes.
24   Q.  Are you aware that posttraumatic distress
25 disorder has demonstrated the strongest association

40 (Pages 462 to 465)

Page 466

1   with suicidality of any of the other anxiety
2   disorders?
3       A.  It's certainly one of the strongest.  I'm
4   not sure I'm prepared to say it's the strongest.
5       Q.  What other anxiety disorders rate up there
6   with posttraumatic stress disorder, in your view?
7       A.  Well, you know, generalized anxiety
8   disorder.  I mean, one of the things we always say
9   is don't just treat the depression, treat the
10  anxiety.  And it's -- often it's not posttraumatic
11  stress, it's just anxiety unspecified.
12      Q.  Do you believe that posttraumatic stress
13  disorder alters the serotonergic, dopamine, and
14  opioid systems?
15      A.  It may, but I'd have to know what you're
16  quoting.  I don't know if I believe that.
17      Q.  Have you ever looked at the peer reviewed
18  literature on that?
19      A.  Sure.
20      Q.  Have you ever read the IOM book on reducing
21  suicide?
22      A.  I was one of the people that wrote that
23  book, so yes.
24      Q.  And if the IOM book suggests that
25  posttraumatic stress disorder, quote, alters the

Page 467

1   serotonergic, dopamine, and opioid systems, you have
2   no reason to dispute that, correct?
3       A.  Well, I'd like to go back and read that
4   chapter.  Obviously I didn't write that chapter and
5   I don't -- it seems to me a little farfetched.  And
6   I'd like to see the document before I give an
7   opinion.
8       Q.  Do persons with a family -- a family
9   history of mental illness increase their risk of
10  suicide?
11      A.  Yes.
12      Q.  Agree that alcohol use is highly associated
13  with suicide?
14          MR. SOH:  Objection, vague.
15      A.  Yes, I do.
16      Q.  Do you agree that abuse of substances
17  including alcohol may be the second most frequent
18  precursor to suicide?
19      A.  I actually wrote that, so yes.
20      Q.  What do you mean by precursor to suicide?
21      A.  Antecedent risk factor.
22      Q.  So there's nothing that is more significant
23  about a precursor than a plain old risk factor?
24      A.  Well, we're talking about suicide and
25  these are the risk factors.  So yes, those are the

Page 468

1   most important.
2       Q.  I guess my question wasn't very well
3   articulated.  I guess what I mean is do precursors in
4   your view mean the same thing as risk factors?
5       A.  No.
6       Q.  What is the difference?
7       A.  There are all kinds of precursors.  I
8   mean, they could have gone to have a doughnut.
9           I mean, you got to -- when I'm talking
10  about risk factors, I mean -- usually I mean the 15
11  to a hundred that are mentioned in my Assessment
12  Prediction book.
13      Q.  That are empirically based?
14      A.  Yes.
15      Q.  Okay.  And so precursors can often be just
16  things that are antecedent or things that happened
17  before suicide?
18      A.  Sure.  They may not have anything to do
19  with the suicide.
20      Q.  Okay.
21          THE VIDEOGRAPHER:  Five minutes.
22      Q.  Agree that alcohol-dependent females have a
23  20 to 30-fold greater risk of completing suicide?
24      A.  Again, they have a greater risk.  As to
25  whether it's 20 to 30, I'd have to see the citation

Page 469

1   so I can see if I agree with it.
2       Q.  Do you agree that alcohol abuse or
3   substance abuse in combination with a mood disorder
4   is synergistic in terms of risk for suicide?
5       A.  Yes.
6       Q.  Can drug or alcohol relapse after a period
7   of sobriety be a suicide trigger?
8       A.  It could be but, you know, I always, as
9   you know, have multiple factors.  And so it's not
10  just one factor, but it certainly could be a factor
11  of many.
12      Q.  For an addict who is running out of
13  medication or having no access to illicit substances
14  a risk factor for suicide?
15      A.  It certainly could be.  They could go
16  into withdrawal.
17      Q.  Can not having access to prescription
18  medications such as antidepressants for individuals
19  who are depressed, can that increase the risk of
20  suicide?
21      A.  Sure.
22      Q.  And what about underdetection or
23  undertreatment of depression, can that increase the
24  risk of suicide?
25      A.  Yes.

41 (Pages 466 to 469)

Page 470

1    Q.   Can participating in mental health
2 treatment for a mood disorder serve as a protectant
3 factor against suicide?
4    A.   It could, with the caveat that most males
5 who are the typical suicides don't get treatment.
6    Q.   Okay.  So I was going to ask you the
7 converse, is not participating in or seeking out
8 mental health treatment a risk factor in and of
9 itself for suicide?
10    A.   Yes.
11    Q.   And hopelessness is a risk factor for
12 suicide; and you agree with that?
13    A.   Yes.
14    Q.   There are some statements made in the
15 literature that hopelessness is a better or a more
16 significant predictor of suicide than depression.
17    Do you agree with that?
18    A.   I do.
19    Q.   Agree that being an aging white male
20 sometimes contributes to hopelessness, unemployment,
21 chronic pain, recent surgery so to the degree that
22 this configuration of factors, not being able to
23 enjoy hobbies and these other factors, they could
24 contribute to a sense of hopelessness?
25    MR. SOH:  Objection.

Page 471

1    MR. ROSENKRANZ:  Objection --
2    COURT REPORTER:  I'm sorry, one at a time.
3    MR. SOH:  Objection, that question is
4 incomprehensible to me.  But if you can
5 answer, Dr. Maris, go ahead.
6    MR. ROSENKRANZ:  I think you covered all
7 the factors in that one question.
8    A.   Yes, with the caveat that the -- with the
9 caveat that the vast majority of people that have
10 all those traits never commit suicide.
11    Q.   Do you recall your testimony on aging and
12 hopelessness in the Giles case?
13    A.   Not in vivid detail, no.
14    Q.   Do you recall giving this testimony:
15 Particularly being an aging white male sometimes
16 contributes to hopelessness.  His unemployment,
17 chronic pain, recent surgery so to the degree that
18 this configuration of factors, not being able to
19 enjoy his hobbies and these other factors, they could
20 have contributed to a sense of hopelessness?
21    MR. ROSENKRANZ:  Objection without the
22 transcript, without the appropriate question
23 and answer.
24    MS. McGRODER:  You know, objection to
25 form is fine.

Page 472

1    Q.   Did you recall that testimony?
2    A.   I recall that.  And, of course, that was
3 very ad hoc to Giles.  It was -- it was a worker
4 who had back injury.  He was a coal miner.  And
5 that certainly characterized some of his problems.
6    Was it sufficient to cause him to commit
7 suicide?  No.
8    Q.   But you agree those factors contributed to
9 a sense of hopelessness in that case?
10    A.   Sure.  They increased his risk and they
11 increased his hopelessness.
12    Q.   Do you agree that individuals with
13 problematic coping skills are common among those who
14 die by suicide?
15    A.   Yes.
16    Q.   Is low self-esteem a risk factor for
17 suicide?
18    A.   It's one of them, yes.
19    Q.   Agree that people who have been abandoned
20 or neglected as children are at an increased risk for
21 suicide?
22    A.   It's a fairly remote but positive,
23 slightly positive risk factor.
24    Q.   What about individuals who have been
25 physically or emotionally abused, are they at an

Page 473

1 increased risk for suicide?
2    A.   Yes.
3    Q.   And that would include domestic partner
4 abuse?
5    A.   Yes.
6    And I thought we weren't going to talk
7 about Bulger today.
8    Q.   Are marital or relationship problems
9 associated with an increased risk of suicide?
10    A.   Yes.
11    Q.   What about sexual problems, are they
12 associated with an increased risk of suicide?
13    A.   What do you mean; you mean like
14 impotence?
15    Q.   Yes.
16    A.   Yes.
17    Q.   Agree that financial difficulty including
18 filing for bankruptcy may increase the risk of
19 suicide?
20    A.   It could be a minor factor, yes.
21    Q.   Is prostitution a risk factor for suicide?
22    A.   I'm glad you asked me that question
23 because I did a study of 75 call girls in
24 Baltimore.  And it was correlated with --
25    MR. ROSENKRANZ:  I did, too, once.  It was

42 (Pages 470 to 473)

Page 474

1        --
2        MS. McGRODER: I object to hearing about
3    that.
4        THE WITNESS: That's not a study.
5        A. It's correlated with a higher risk of
6    nonfatal attempts. But when I followed them up
7    30 years later, it was not correlated with suicide
8    outcome. So I wrote a paper called -- in 1971,
9    believe it or not, I wrote a paper called Deviance
10   Is Therapy: The Paradox of the Self-Destructive
11   Female, in which I argued that sexually acting out
12   was actually a self defense.
13       Q. So do you think prostitution increases the
14   risk for suicide attempts but maybe not ultimately
15   completed suicides?
16       A. Correct.
17       THE VIDEOGRAPHER: I'm out of tape.
18       MS. McGRODER: Okay.
19       MR. SOH: Lunch?
20       THE VIDEOGRAPHER: This is the end of
21   Tape No. 3 in the deposition of Ronald Maris,
22   Volume II. The time is 12:50 p.m.
23       (A DISCUSSION WAS HELD OFF THE RECORD.)
24       THE VIDEOGRAPHER: This is the beginning
25   of Tape No. 4 in the deposition of Dr. Ronald

Page 475

1    Maris, Volume II. The time is 12:51 p.m.
2        We're back on the record.
3        Q. Are people with medical -- chronic medical
4    illnesses in and of them -- strike that.
5        Are people with chronic medical illnesses
6    at an increased risk for suicide?
7        A. Not in and of itself, no. You have to
8    have other risk factors. Most people who have
9    physical illness are not more suicidal.
10       Q. Okay. So you don't view physical illness
11   as a risk factor for suicide?
12       A. It's a risk factor, but it has a complex
13   relationship. It depends on the type of illness,
14   the age and gender, and the psychological
15   condition. It's very complicated. I do actually
16   include it as a risk factor.
17       Q. Okay. In one of your 15?
18       A. Yeah.
19       Q. Yeah, you sure do, No. 14, right?
20       Okay. Chronic pain, is that a risk factor
21   for suicide?
22       A. It certainly is something that would need
23   to be considered, yes.
24       Q. Well, is chronic pain reported in the
25   literature as a risk factor for suicide?

Page 476

1        A. Right. And I think I told you the first
2    day that I went out and got some articles on that
3    that bear on that.
4        Q. Okay. And is functional impairment along
5    with chronic pain, does that increase the risk of
6    suicide?
7        A. It could. I mean, it certainly could,
8    yes.
9        Q. Agree that elderly patients with severe
10   pain are more likely to kill themselves with a
11   firearm?
12       A. Yes.
13       Q. Agree that chronic pain has one of the
14   strongest associations for suicide in the elderly?
15       A. Well, the problem I'm having is most
16   people in chronic pain, elderly or not, don't kill
17   themselves. So -- but is it a factor? Yes.
18       Q. So you agree that chronic pain is a risk
19   factor for suicide in the elderly?
20       A. It is.
21       Q. Do you agree that elderly patients with
22   severe pain and inadequate analgesia may view suicide
23   as a means of escape from suffering?
24       A. I believe that escape is the primary
25   motivation for suicide.

Page 477

1        Q. In that context?
2        A. What was the context again?
3        Q. The context is elderly patients with severe
4    pain and inadequate analgesia.
5        A. They certainly may, yes.
6        Q. Agree that untreated or undertreated pain
7    and anticipatory anxiety regarding the progression of
8    medical illness and fear of burdening the family are
9    major contributing factors in the suicidality of
10   elderly with medical illness?
11       MR. SOH: Objection, vague, compound.
12       A. I would say that, except for the word
13   major, I would agree with that statement. I don't
14   know how major they are.
15       Q. Okay. Is -- agree that pain-related
16   catastrophizing is a risk factor for suicide?
17       MR. SOH: Can you repeat that? Cough --
18   I didn't hear that with the cough.
19       MR. ROSENKRANZ: Are pain-related --
20       Q. Do you agree with that pain-related
21   catastrophizing is a risk factor for suicide?
22       MR. SOH: You want to take that one?
23       MR. ROSENKRANZ: Objection.
24       MR. SOH: Vague.
25       MR. ROSENKRANZ: Is there such a word?

43 (Pages 474 to 477)

Page 478

1    A.   There's a literature on people who
2  catastrophize, and Beck in his cognitive therapy
3  would say yes.
4    Q.   Agree that unemployment is a risk factor
5  for suicide?
6        MR. ROSENKRANZ:  Objection, asked and
7     answered about five minutes ago.
8        MS. McGRODER:  I don't think so.
9    A.   I did answer that, yes.
10   Q.   I'm sorry?
11       MR. ROSENKRANZ:  He agrees.
12   Q.   Agree that being an elderly white male
13  increases the risk of suicide?
14   A.   Yes.
15       MR. ROSENKRANZ:  Objection, asked and
16    answered.
17       MR. SOH:  You're backing up on your
18    outline, Lori.  You're backing up on your
19    outline.
20   Q.   Agree that suicidality is complex to
21  recognize in older persons because of comorbidities
22  and infrequency of contact with mental health
23  specialists?
24   A.   Yes.
25   Q.   Agree that unrecognized depression is

Page 479

1  common in the elderly?
2    A.   Yes.
3    Q.   Agree that chronic illnesses in the elderly
4  make it harder to diagnose depression?
5    A.   Well, it depends on the type of chronic
6  illness.  I mean, yes in general.  But depends on
7  the type of illness.
8    Q.   Would you agree that older adults may be
9  less likely than their younger counterparts to
10  endorse or admit to symptoms of depression?
11   A.   Yes.
12   Q.   Is having access to firearms a risk for
13  suicide?
14   A.   Yes.
15   Q.   Agree that men are more likely than women
16  to use firearms in committing suicide?
17   A.   Yes, yes.
18   Q.   Are firearms the weapon of choice for older
19  suicides?
20   A.   Yes.  In the United States.  In Europe
21  it's hanging.
22   Q.   In Europe it's different?
23   A.   It's different.
24   Q.   It's hanging?
25       Is it possible for a person to have many

Page 480

1  risk factors and never commit suicide?
2    A.   Yes.
3    Q.   What about the converse, do some patients
4  with only a few risk factors attempt or commit
5  suicide?
6    A.   Sure.
7    Q.   Do you agree that it's difficult to predict
8  suicide?
9    A.   Yes.
10   Q.   Okay.  Let's take a break.
11       THE VIDEOGRAPHER:  Time is 12:57 p.m.
12       (A LUNCH RECESS WAS TAKEN.)
13       THE VIDEOGRAPHER:  The time is 2:01 p.m.
14    We're back on the record.
15   Q.   Doctor, based on your time entries on your
16  folder there, can you estimate the amount of your
17  bill in the Smith matter to date?
18   A.   Yes.  About 38,000.
19   Q.   Okay.  Thanks.
20       And that's up through what period?
21   A.   It's up through 9/29.
22   Q.   Of this year?
23   A.   Yes.
24   Q.   Okay.
25   A.   Yesterday.

Page 481

1    Q.   I wanted to ask you, you know, you told me
2  last night that you went back and read the deposition
3  of Dr. Jacobs?
4    A.   I did.
5    Q.   And that you read some literature, and
6  that's the stack right here —
7    A.   That is.
8    Q.   — of about five articles?
9    A.   Right.
10   Q.   Did either Mr. Rosenkranz or any lawyer
11  representing the plaintiffs provide you with this
12  stack of literature last night?
13       MR. ROSENKRANZ:  Objection.  It was asked
14    and answered.
15   A.   Yeah, it was in the general stack of
16  literature that they provided me initially, which I
17  thought I could rely on.  So they did initially
18  provide everything to me.
19   Q.   Right.
20       But they didn't — did they identify for
21  you the articles among those that you ought to look
22  at last night?  That's my question.
23   A.   I honestly don't remember what happened
24  in the past.  They may have said look at these.  I
25  don't want to say no, but I don't have a clear

1  reflection as to -- the most clear answer I can
2  give is that they weren't part of the generic
3  information provided to me by Fromson.
4      Q.  Well, I guess my understanding was you said
5  you had notebooks of literature, right?
6      A.  Yeah, they're in the box.
7      Q.  So how did you -- how did you know to pull
8  out these files last night?
9      A.  These were things that Fromson indicated
10  I might want to take a look at.
11     Q.  Okay.  Did you talk to Mr. Fromson last
12  night?
13     A.  No.  But I think Ron may have.
14     Q.  Okay.  So Ron told you last night to look
15  at these?
16     A.  I don't know what happened.  You'll have
17  to ask him.
18     Q.  No, I'm asking you.  Did Ron tell you --
19     A.  I don't know what happened.  All I know
20  is I showed up and they were on my e-mail.  And I
21  had said to them please alert me to any of the
22  articles that I've previously had that you think
23  might be relevant because in the extreme case I may
24  not be able to rely on Trimble and Roth --
25  Kruszewski and Roth.  I want to be able to say that

1  there are other documents that say similar things.
2      Q.  And so you -- you do know what happened
3  because you told Mr. Rosenkranz that, and in response
4  he sent you an e-mail with these articles, right?
5      A.  Right.  But I don't know whether I
6  already had them or whether I just got them last
7  night.  I don't know.
8      Q.  That's fair.
9          But you did receive them last night for
10  sure?
11     A.  Yes, I just read them last night.
12     Q.  Did you become concerned that you might not
13  be able to rely on Drs. Trimble and Kruszewski for
14  your general causation opinion in this case when you
15  learned yesterday that the court had not yet ruled on
16  the Daubert issue?
17     A.  I wasn't concerned.  But I realized that
18  you introduced some refereed journal articles, and
19  I thought it was appropriate for me to do the same
20  thing.
21         I have no concern one way or the other.
22  I have no idea what's going to happen.
23     Q.  Now, I think you told me before that you
24  did not do an interview of any member of the Smith
25  family because it was cost prohibitive; is that fair?

1      A.  Well, that was one of the factors.  It's
2  -- it's also standard not to interview.  It's
3  standard in many of the legal cases I -- most of
4  the legal cases I do to provide questions to the
5  attorneys, then to rely on the depositions and the
6  medical records and the other information that's
7  generated.
8          I almost never, you know, get on a plane
9  and fly to the person.  And there's all kinds of
10  reasons for it.  It's cost prohibitive, a lot of
11  times the defense objects that they're not there.
12  You know, it's just more complicated.  And usually
13  I get -- a lot of the questions on the psych
14  autopsy are from your -- from the evidence anyway,
15  so it didn't seem worthwhile to do that.
16     Q.  When you say it's standard -- when you say
17  it's standard, you mean it's standard to you?
18     A.  It's standard for most people who do
19  forensic work who are experts in suicide to rely on
20  the generated data from both sides of the
21  attorneys, the plaintiff and defense.
22     Q.  Well, what's your basis for saying it's
23  standard for people who testify in litigation to not
24  conduct face-to-face interviews for a psychological
25  autopsy?

1          Where is that?
2      A.  Well, now you're adding psychological
3  autopsy.
4          MR. ROSENKRANZ:  Objection.
5      Q.  No, I meant in the context of a
6  psychological autopsy.
7      A.  Oh, I'm sorry.
8          MR. ROSENKRANZ:  Objection to the
9      argumentative nature.
10     Q.  When I asked you the question, you said
11  it's standard not to conduct a face-to-face interview
12  for reasons that it's cost prohibitive and sometimes
13  the other party wants to be there, et cetera.
14         That's -- that's your standard, right?
15     A.  No, I know -- I know almost all the
16  suicidologists that are operating in the country,
17  and that's what they do, not just me.
18     Q.  Well, I'm talking about -- I'm talking
19  about testifying expert witnesses.
20     A.  I am, too.
21     Q.  Okay.  And you're saying other testifying
22  expert witnesses do not conduct face-to-face
23  interviews?
24     A.  The vast majority of them do not.  For
25  example, I don't think Doug Jacobs did.

Page 494

1    A. A book that I use for my class.

2    Q. Okay. And it's a book that Dr. Trimble

3  relied on, right?

4    A. I'm not sure, I think so. He said Simon,

5  but he didn't give the full citation.

6        And then I had some articles -- or I have

7  one article and something off the Internet about

8  chronic pain and suicide.

9    Q. Okay. May I see those?

10   A. Sure.

11   Q. Thanks.

12       MS. McGRODER: Let's go ahead and mark

13  this. That would be Exhibit 32.

14       (Exhibit 32: A document entitled The

15  American Psychiatric Textbook of Suicide

16  Assessment and Management marked for

17  identification, as of this date.)

18   Q. So Exhibit 32 is a -- is a combination of

19  materials on chronic pain that you looked up in

20  preparation for your deposition today, correct?

21   A. Yes.

22   Q. Okay. Thanks.

23       I'm going to hand you Exhibit 20, which is

24  your -- what are you calling this, a new report?

25   A. I'm calling it another point, an

Page 495

1  additional opinion as an addendum to my 12/3/07

2  expert report.

3    Q. Okay. And I noticed that the pagination at

4  the top starts with 44?

5    A. It's because I have many other notes.

6    Q. Where are your other notes?

7    A. In my file.

8    Q. May I see them, please?

9        Thank you.

10       Are these all about the Smith case?

11   A. Yes. There may be some generic stuff in

12  there, but it's all about Neurontin and Smith.

13   Q. And can you tell me the circumstances under

14  which you prepared these notes?

15   A. Sometimes I talk to the plaintiffs'

16  attorneys on the phone, sometimes I read

17  depositions, I take notes. Sometimes I -- in

18  reading something, I want to make a note of it, of

19  just what they say. They're handwritten notes on

20  evidence that I've considered in this trial that

21  may or may not be admitted formally as evidence.

22       MR. ROSENKRANZ: Have copies of that

23  addendum report been made for the two of us?

24       MS. McGRODER: No.

25       MR. ROSENKRANZ: Oh.

Page 496

1        MS. McGRODER: It was your expert

2  witness. You don't have a copy of his report?

3        MR. SOH: You don't need to get snippy,

4  Lori.

5        MR. ROSENKRANZ: I told you the other day

6  when you inquired that we did not have it. We

7  had never gotten it. We didn't know about it

8  until we got here. So in answer to your

9  question, no.

10   Q. Doctor, we're going to mark this as an

11  exhibit. And, of course, we'll make a copy and give

12  you back the original.

13   A. I was going to say, you've got to give me

14  the original back.

15   Q. Of course we would.

16       (Exhibit 33: A handwritten document

17  entitled Notes (Specific) dated 6/13/07 marked

18  for identification, as of this date.)

19   Q. This is Exhibit No. 33, and these are the

20  remainder of your notes from pages 1 through --

21   A. 43.

22   Q. -- 43.

23       The back, after page 43, you have several

24  copies of your suicide model.

25   A. Which I've already given to you.

Page 497

1    Q. Right.

2        Which is -- was -- this is the model that

3  was published in the Comprehensive Textbook of

4  Suicide?

5    A. It was published originally in 1992 in

6  the Assessment and Prediction book.

7    Q. Okay.

8    A. But I think -- I think it may not be in

9  the Comprehensive Textbook. It's just in the '92

10  book.

11   Q. In the Assessment and Prediction book?

12   A. Correct.

13   Q. Okay.

14   A. And it's also in Lancet, in the Lancet

15  article.

16   Q. In your 2002 article?

17   A. Yeah.

18   Q. And has this model changed at all over time

19  or is it the same as it was in your 1992 publication?

20   A. It's basically the same. And if you look

21  at the page, it would be identical.

22   Q. Identical to your 1992 publication?

23   A. Yes, yes.

24       May I put this on my stack?

25   Q. Oh, sure.

48 (Pages 494 to 497)