# EXHIBIT 7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
MDL DOCKET NO. 1629

In re:  NEURONTIN MARKETING,    )
                                )
SALES PRACTICES AND PRODUCTS )      DEPOSITION UPON
                                )   ORAL EXAMINATION
LIABILITY LITIGATION.           )          OF
                                )    RUTH B. SMITH
                                )
                                )   V O L U M E    1
                                )
_____ )

            T R A N S C R I P T of the stenographic

notes of JANE LORFING COLWELL, a Certified Shorthand

Reporter and Notary Public of the State of New

Jersey, taken at the Four Points by Sheraton Newark

Airport, 901 Spring Street, Elizabeth, New Jersey, on

Thursday, April 12, 2007, commencing at 9:09 a.m.

REPORTING SERVICES ARRANGED THROUGH:
VERITEXT REPORTING COMPANY
25B Vreeland Road, Suite 301
Florham Park, New Jersey 07932

Page 2

1  APPEARANCES:
2  FINKELSTEIN & PARTNERS, LLP
      436 Robinson Avenue
3  Newburgh, New York  12550
      (800) LAW-AMPM
4  BY:  ANDREW G. FINKELSTEIN, ESQ.
          afinkelstein@lawampm.com
5  For the Plaintiffs Smith
6  CLARK, THOMAS & WINTERS, A PROFESSIONAL
      CORPORATION
7  300 West 6th Street, 15th Floor
      P.O. Box 1148
8  Austin, Texas  78767
      (512) 472-8800
9  BY:  KENNETH J. FERGUSON, ESQ.
          kjf@ctw.com
10  For the Defendants Pfizer and Warner-Lambert
11
   ALSO PRESENT:
12
      Daniel McClutchy, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1            I N D E X
2  WITNESS                         PAGE
3  RUTH B. SMITH
4  Direct examination by Mr. Ferguson       5
5
6            E X H I B I T S
7  EXHIBIT      DESCRIPTION      MARKED
8  1    Copy of Medical Records with      4
         Handwritten Notations
9
   2    Page from Questionnaire      100
10
   3    Eckerd Rx Advisor      142
11
   4    Letter Written by Dr. Wood      159
12
   5    Copy of Handwritten Note      182
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1          (Exhibit 1, Copy of Medical Records with
2      Handwritten Notations, marked for
3      identification.)
4          THE VIDEOGRAPHER:  Good morning.  My
5  name is Daniel McClutchy of Veritext/New Jersey.  The
6  date today is April 12, 2007, and the time is
7  approximately 9:09 a.m.
8          This deposition is being held at the
9  Four Points Sheraton in Elizabeth, New Jersey, 901
10 Spring Street.  The caption of this case is In re:
11 Neurontin Marketing, Sales Practices and Products
12 Liability Litigation in the U.S. District Court,
13 District of Massachusetts, Docket No. 1629, Master
14 File No. 04109811.  The name of the witness is Ruth
15 B. Smith.
16         At this time the attorneys will identify
17 themselves and the parties they represent, after
18 which our court reporter, Jane Colwell, will swear in
19 the witness and we can proceed.
20         MR. FINKELSTEIN:  On behalf of Richard
21 Smith, Ruth Smith, and the Smith family, Andrew
22 Finkelstein, Finkelstein Partners.
23         MR. FERGUSON:  Ken Ferguson, Clark,
24 Thomas & Winters, in Austin, Texas, representing
25 Warner-Lambert and Pfizer.

Page 5

1  RUTH  B.  SMITH,
2      301 Autumn Chase Drive, Nashville, Tennessee
3      37214, having been first duly sworn, testifies
4      as follows:
5  DIRECT EXAMINATION BY MR. FERGUSON:
6      Q     Would you state your full name, please,
7  ma'am.
8      A     Ruth B. Smith.
9      Q     What is your address?
10     A     ████████████████████████████
11     ██████████████████████
12     Q     Could you give us your date of birth,
13 please.
14     A     Yes.  ████████.
15     Q     And could you give your Social Security
16 number to us, please.
17     A     ████████████
18     Q     Have you ever given a deposition like
19 this before, or is this the first time?
20     A     My first time.
21     Q     And I am sure you talked to your
22 attorney about what will be going on today; correct?
23     A     Yes.
24     Q     I will be asking you some questions
25 regarding your claim against my clients.  You

Page 134

1    Q    And was this the first time you had ever
2    put him in a wheelchair to take him somewhere?
3    A    Yes, uh-huh.
4    Q    Whose wheelchair was it?
5    A    It was a hospital wheelchair.
6    Q    So Dr. Mackey indicating that the pain
7    has gotten to the point that he is getting around in
8    a wheelchair is only accurate, as far as you know, in
9    that he was transported to Dr. Mackey's office in a
10   wheelchair?
11   A    Richard didn't want to get a wheelchair.
12   We insisted on it.
13   Q    My question is: Had you all insisted on
14   it any other times in any other situations?
15   A    No.
16   Q    Dr. Mackey indicated his daughter --
17   that would have been Cindy; right?
18   A    Yes.
19   Q    -- raised a concern, though, about
20   whether or not there are some other issues going on,
21   and we are going to go ahead and have him evaluated
22   psychiatrically to make sure there is not a
23   dementia-type issue playing into this as well.
24        What do you recall, as best you can
25   recall, Cindy telling Dr. Mackey?

Page 135

1    A    Well, just what she mentioned there, but
2    that was it. I mean, there was no long discussion.
3    That's all I recall. It was just a short thing
4    there.
5    Q    I am trying to get your recollection of
6    what she said. He says, "His daughter raised a
7    concern, though, about whether or not there are some
8    other issues going on." And that's not very
9    specific. Do you remember what issues she --
10   A    She was referring to his mental
11   condition as far as probably him saying things like
12   you quoted a while ago, that I have so much pain I
13   wish I would die, something like that. And children
14   don't understand that. Not that they are a child,
15   but -- child of a parent.
16   Q    So did she say anything along those
17   lines that day to Dr. Mackey, that she was concerned
18   about his mental state because he had said that he
19   was in so much pain he wanted to die?
20   A    No. That, I don't recall.
21   Q    And Dr. Mackey said in his note, "We are
22   going to go ahead and have him evaluated
23   psychiatrically." Was there any kind of visit with a
24   psychiatrist after this?
25   A    No. Never did.

Page 136

1    Q    Why not?
2    A    Richard did not think that it was
3    necessary. He just -- you know, a lot of people
4    think you are not right, but he didn't act like -- he
5    didn't feel like it was necessary that he go have any
6    evaluation.
7    Q    After this discussion with Dr. Mackey,
8    did you or, to your knowledge, Cindy discuss the
9    possibility of having him evaluated by a
10   psychiatrist?
11   A    Not that I recall. And being the
12   daughter, she probably would not have talked to her
13   father about that.
14   Q    And here's why I am asking that
15   particularly. You said that Richard didn't think
16   that it was necessary to have this kind of
17   evaluation.
18   A    Yeah. He didn't feel like he was crazy.
19   Q    And I am trying to understand what
20   discussion took place that led to him saying I don't
21   think I need to have a psychiatric evaluation.
22   A    That was just probably in the car.
23   Something mentioned.
24   Q    So somebody in the car after this visit
25   with Dr. Mackey may have mentioned the possibility

Page 137

1    that he get evaluated by a psychiatrist or a mental
2    healthcare practitioner?
3    A    That could be, but I am not saying that
4    is actually what took place. I don't recall any of
5    that.
6    Q    Okay. And I understand that. And
7    again, I am not trying to pick on you. I am just
8    trying to make sure I understand what you know.
9    A    I understand.
10   Q    But you do have a recollection that at
11   some point around this visit Richard said he didn't
12   think it was necessary for him to be evaluated by a
13   mental healthcare physician or practitioner?
14        MR. FINKELSTEIN: Objection. I just
15   don't think that accurately categorizes what she
16   said. I think she said over and over again "I don't
17   recall, I don't recall." So --
18   Q    And my question relates to the fact that
19   you said that Richard said he didn't need to be
20   evaluated in this manner. And I am trying to figure
21   out where that came from.
22   A    I would say that he probably said that,
23   but as far as, you know, knowing that, I don't recall
24   that conversation. If there was any. I honestly
25   just don't remember that.

35 (Pages 134 to 137)

Page 162

1  tell you that he understood that Neurontin was
2  extremely powerful with numerous side effects? "He"
3  meaning your husband.
4       MR. FINKELSTEIN: Can you read back the
5  question, please?
6       (Record read.)
7  A    Do I ever remember Richard saying that
8  to me?
9  Q    Yes, ma'am.
10 A    No.
11 Q    Then Dr. Wood goes on to say, "Plus it,"
12 referring to Neurontin, "makes me feel weird and
13 isn't helping me."
14      Again, do you recall your husband ever
15 telling you that Neurontin made him feel weird?
16 A    No.
17 Q    Did he ever tell you that he didn't
18 think Neurontin was helping him?
19 A    If he did, I don't remember.
20 Q    Dr. Wood notes in this letter that on
21 this visit with Mr. Smith he didn't joke or have that
22 usual smile he would flash.
23      Was that kind of behavior something that
24 you had noticed as well?
25      MR. FINKELSTEIN: Can you just define

Page 163

1  when you say that kind of behavior for her?
2       MR. FERGUSON: Sure.
3  Q    In the weeks prior to his death did you
4  notice that your husband wasn't joking or smiling as
5  much as he -- as you remembered him doing before?
6  A    Yes. Uh-huh.
7  Q    And can you tell us when you first
8  started noticing that, when in relationship to his
9  death?
10 A    Probably -- I don't know why I would --
11 notice a lot of things. Probably the past, like I
12 said, about three, three to four weeks.
13 Q    Dr. Wood also notes that he had a
14 discussion with your husband about Donna.
15 A    Uh-huh.
16 Q    And noted that obviously your husband
17 was concerned about her health.
18 A    Absolutely.
19 Q    Totally understandable.
20      What day of the week was May 13 of 2004?
21 A    Thursday. Thursday.
22 Q    And where was it that your husband was
23 when he took his own life?
24 A    In the bedroom.
25 Q    And who found him?

Page 164

1  A    I did.
2  Q    What time of day was it that you found
3  him?
4  A    About 5:05 a.m.
5  Q    Let's go to the day before, on May 12.
6  What had your husband done that day?
7  A    On May the 12th?
8  Q    Yes, ma'am, the day before his death.
9  A    Well, he mostly would lay around trying
10 to be out of pain. But we had eaten a bite of lunch,
11 and I was going to go out to what we call
12 Rivergate -- it was about eight miles out from our
13 house -- to pick up a pair of shoes for myself, and I
14 asked him if he would like to go with me. And he
15 said, "No, honey, I don't really feel like it."
16      So I went out there. I came on back
17 home. Around 4:00, 4:30, we ate dinner, and we
18 actually ate leftovers from Sunday, because that was
19 from Cindy and Sherri coming over and having dinner
20 with us. We were sitting there at the table and not
21 a lot of conversation.
22      But I just looked at Richard, and I
23 said, "Honey, are you very hungry?"
24      He said, "No, not really." And he said,
25 "Are you?"

Page 165

1       And I said, "No." And I said, "Well,
2  what are we sitting here eating for?"
3       And after that conversation, he would
4  usually go and lie down again. And he would try to
5  sit up in the den with me and watch television a
6  little bit. And he got to where, well, three or four
7  weeks, it got to where I didn't really -- it was just
8  nervousness. He would pull at his ear, rub his head
9  and just things like that. And it kind of got to
10 where I would say something to him. I'd say,
11 "Honey," I said, "why don't you keep your hands away
12 from your face?" And because he just never been that
13 way. It actually got so bad where I would just sort
14 of try not to look to keep from maybe embarrassing
15 him.
16      So our usual bedtime, he usually would
17 go to bed before I would, because I'm a late night,
18 and he got ready and went on to bed.
19 Q    Can I interrupt you there. Sorry to
20 interrupt you. Try to kind of take it step by step.
21 A    Sure.
22 Q    You said during that day of May 12 that
23 you were going out to Rivergate and asked him if he
24 wanted to go, but he was sitting around trying to be
25 out of pain.

Page 166

1    A    Yeah. Laying around. He'd lie around
2  on the sofa a lot.
3    Q    Was that pretty common for him during
4  that time period, meaning the month of May of '04?
5    A    Yeah. Well, actually, in April when he
6  was going through a lot of that, too.
7    Q    This was because he was going through a
8  lot of pain?
9    A    Yes.
10   Q    So you had dinner. Neither of you were
11 very hungry. What time did Richard go to bed?
12   A    Probably about nine.
13   Q    And were you all at that point in
14 different bedrooms?
15   A    Uh-huh.
16   Q    Yes?
17   A    Yes.
18   Q    And where is your bedroom from his?
19   A    My bedroom is -- was adjacent to his.
20 Head of his bed would back up to the -- this room,
21 and my bed was right here. And so -- but that
22 particular night for some reason I went upstairs to
23 sleep. And I don't know whether it was because I --
24 he got up so much during the night with pain and
25 stuff like that, that I felt, well, I'll just go

Page 167

1  upstairs tonight, and I turned the television on up
2  there.
3        MR. FINKELSTEIN: Okay.
4    A    Do you want me to stop there?
5        MR. FINKELSTEIN: I don't know what the
6  question is. You are just talking.
7    A    He was asking me what happened, what
8  time he went to bed.
9        MR. FINKELSTEIN: And you said nine
10 o'clock.
11   A    Nine o'clock.
12   Q    I am trying to understand, there was a
13 downstairs room and upstairs room. I got a little
14 confused there. So in terms of the bedroom where he
15 generally slept, was that upstairs?
16   A    No. It was downstairs.
17   Q    And how about the bedroom where you
18 normally slept?
19   A    Adjacent to his bedroom, downstairs.
20   Q    Obviously downstairs.
21   A    Uh-huh.
22   Q    And I think you were indicating to us
23 that the beds would be sort of against a common wall.
24   A    Uh-huh.
25   Q    Is that right?

Page 168

1    A    Uh-huh.
2        MR. FINKELSTEIN: Yes?
3        THE WITNESS: Yes.
4    Q    But for some reason that evening,
5  evening of May 12, you decided to go upstairs to
6  watch TV. Is that what you were telling us?
7    A    Yes.
8    Q    And what room is upstairs where you
9  watch TV?
10   A    It was over in the far right of the
11 house, and he was away from here.
12   Q    What room -- do you call it a den? What
13 would you call it?
14   A    A bedroom.
15   Q    It's another bedroom?
16   A    Yes.
17   Q    Was it your intention to watch TV for a
18 while up there and then go to sleep in that room?
19   A    Yes.
20   Q    Is that something you would do? Was
21 that usually what you did, slept upstairs? Or did
22 you usually sleep in the bedroom adjacent to his
23 downstairs?
24   A    Usually sleep downstairs adjacent to
25 him.

Page 169

1    Q    How often would you sleep in the
2  upstairs?
3    A    I didn't.
4    Q    Very rarely?
5    A    Very rarely.
6    Q    But you did that night?
7    A    Yes.
8    Q    What time did you go upstairs?
9    A    I don't recall.
10   Q    Was it before or after he went to bed?
11   A    After he went to bed.
12   Q    What was the last conversation that took
13 place before he went to bed?
14   A    Just we kissed each other goodnight.
15   Q    Did you all have any plans for the next
16 day that you discussed?
17   A    Yes.
18   Q    What was that?
19   A    I had a doctor's appointment for him.
20   Q    With what doctor?
21   A    A Dr. Cheng, C-H-E-N-G, I believe, was
22 his name. Joseph Cheng at Vanderbilt University.
23   Q    What kind of doctor was Dr. Cheng?
24   A    He, to my knowledge, was a neurosurgeon,
25 that --

43 (Pages 166 to 169)