# EXHIBIT 12

(YY)

Notes

9/26/08

Bob Lione (Jury consult)

① Ruth's 911 call ?

② cause : "a substantive factor(s)". Not THE cause.

—//—

THEORY

Russell Katz & Larry /Goldstein

In July 10, 2008 Joint meeting of the (1) Peripheral & Central Nervous System Drugs Advisory Committee and (2) the Psychopharmacologic Drugs Advisory Committee (Rockville, MD) voted 20-0-1 (abstain) to ratify the FDA's analysis of "suicidality" and 11 AED (anti-epileptic drugs), which found a problem RR of 1.8. Same finding (findings) loads into apply to all 11 AED (signals vary) & showed there be labeling changes required (eg., a "black box warning.")

200 trials, 40,000 patients

One of the 21 advisors abstained because he/she felt causality had not been established. (Just an epidemiological association). That is, the mechanism for AED elevating suicidality was not specified

DS EXHIBIT 7-30-08 20

# Notes



THEORY (cont.)

What is missing at this point (9/08) is an explanation of how AED can elevate suicidality. An explanation or mechanism is a THEORY. Dr. Trimble has provided the court with part of that theory, which is a neuro biochemical theory of gabapentin's effect on serotonin and norepinephrine, depression, & suicide.

Any theory (note an explanation is a theory, not "just a theory") is a deductively connected set of:

| | | |
|---|---|---|
| Axioms | logic, | (RCT, RR, etc.) research results |
| Laws | ⟶ | empirical |
| Definitions | math, & | generalizations |
| Concepts/variables | statistics | Finding |

I proposed a THEORY for suicide (see FIG. 32.3 in APS, 1992 and PS, 1981).

Notice that any explanation of suicidality must include different etiological domains (e.g., biology, neuro chemistry, psychology, psychiatry, sociology, culture, etc.) acting and interacting over time; what I call a "suicidal career." All suicides are multi-factorial in cause or mechanism, with ... [illegible] ... interaction factors

# Notes

(46)

THEORY (cont.)

For example, in the case before us, 79 year old white male Richard Smith has a long suicidal career involving relatively chronic pain, physical illness, some minor depressive episodes, feelings of hopelessness, owns a gun, can't do activities he used to like to do (cut grass work on cars or office machines) — all column 4. (He has protective factors of religion, family, etc)

These conditions get him treated with Neurontin. After N. treatment (3/9/04) his depression and hopelessness worsen, he is less able to tolerate his pain, his suicide ideation increases, he specifically relates his mood changes to N. (see words "makes me weird"), and finally on May 13, 2004 he shoots himself in the head and dies.

Thus, in my theory of RS's suicide N. was a (not the) substantive proximate factor in his suicide. It was not the only factor (not sufficient) but it was necessary (that without which not). N. tipped the scale in the direction of S. in a man with prior pain and depression, even SI; but who up to the point of taking N had managed to cope and fend off a fatal SA.




**FIGURE 32.3.** A general model of suicidal behaviors. Not all possible interactions are depicted here. Relative height of the line within each domain indicates approximate importance of those factors at the different stages of the suicidal career.

# Notes



THEORY (cont)

Note, too, that my theory of RS suicidality includes (N. neurontin induced or worsened) (1) dep. disorder, (2) serotonergic dysfunction (see Maris, 1986, Asberg, Trimble report, Brown + Goodwin, etc), (3) hopelessness (Beck), (4) use of a lethal method, (5) seeing death as escape and relief, (6) pain.

—//—

Note, the legal criterion is "more likely than not." 51% rule. It is not 100 certainty. Often in suicidality we cannot do "crucial experiments." Usually such experiments are done in lab animals. EG, rats given N. and put in beakers of water drown more quickly than non-N control rats. Cats on large prozac doses became more aggressive, hissed & bit after being [illegible]). Challenge / Dechallenge / Rechallenge is more idiographic test than RCT, but is inhumane. RCTs require such large samples, results for rare events like suicide are almost always inconclusive.

Finally, if you were allergic to peanuts or shellfish, only one dose could send you into anaphylactic shock + death. Don't