# EXHIBIT 13

Westlaw.

2006 WL 4743955 (S.D.Ill.)

Page 1

For Opinion See 2007 WL 2908894 , 2007 WL 4688415 , 500 F.Supp.2d 1063 , 500 F.Supp.2d 1048

United States District Court, S.D. Illinois.
GILES,
v.
WYETH INC et al.
No. 4:04CV04245.
December 29, 2006.

Jury Trial Demanded

Affidavit of Ronald W. Maris, Ph.D.

[Editor's Note: This document was originally filed in a different jurisdiction.]

Original Court: United States District Court, N.D. Oklahoma.

Original Title: CANDACE MILLER and GEORGE MILLER, Plaintiffs, vs. GLAXO SMITHKLINE, Defendant.

Original Docket Number: No. 03CV 393K (J).

Original Date: December 29, 2006.
**Name of Expert:** Ronald W. Maris, Ph.D.
**Area of Expertise:** Health Care-Physicians & Health Professionals >>Psychiatrist
**Case Type:** Products Liability >> Pharmaceuticals
**Case Type:** Wrongful Death >> Adult
**Jurisdiction:** S.D.Ill.
**Representing:** Plaintiff

THE STATE OF SOUTH CAROLINA ... §

COUNTY OF RICHLAND ... §

BEFORE ME, the undersigned authority, on this day personally appeared Ronald W. Maris, known to me to be the person whose name is subscribed hereto and who stated as follows:

"My name is Ronald Maris. I am over the age of 21 years, am of sound mind and I am fully competent to testify in this Affidavit. This Affidavit is based on personal knowledge.

I am a Distinquished Professor Emeritus at the Univesity of South Carolina, with current appointments in Psychiatry & Family Medicine. My field of interest, throughout my professional career, has been "suicidology." I have served as an expert witness in numerous cases, and have, most recently, served as a reviewer on the FDA mandated Columbia "reclassification" project regarding adult suicidality in SSRI clinical trials.

I am the principal author of the Psychological Autopsy Checklist that was used to assemble, marshal, and organize information regarding the specifics of this case.

Psychological autopsy is the most rigorous and generally accepted methodology for assessing the role of various risk factors in individual suicides and suicide attempts. Several years ago I was retained by Houston attorney Andy Vickery to prepare a standardized, systematic checklist which could be used to assemble and organize information so that a qualified suicidologist or other appropriate health care professional would have the information necessary to consider all of the various risk factors which may or may not have contributed in a material way to any person's suicide or suicide attempt.

The bulk of the questions were derived from my own research, study, and writings over many, many years. The "puzzling paradox" questions concerning the potential role of SSRI drugs were provided to me by Mr. Vickery who obtained them from internal Eli Lilly documents which had been produced in Prozac wrongful death litigation.

I am past president of the American Association of Suicidology and the former editor-in-chief of the organizational journal, SUICIDE AND LIFE-THREATENING BEHAVIOR. The October 2006 issue of this journal contains an article by(J.E. Snider, S, Hane, and A.L. Berman, entitled *Standardizing the Psychological Autopsy: Addressing the Daubert*

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

*Standard,* Suicide and Life-threatening Behavior, Volume 36, Number 5, October, 2006: pages 51 1-518). One of the authors, A.L. Berman, is a co-editor, along with me, of the 2000 COMPREHENSIVE TEXTBOOK OF SUICIDOLOGY. He is also presently serving as an expert witness for GSK in this case.

I have reviewed that article to determine whether my Psychological Autopsy Checklist comports with the Berman recommendations. Berman et al. recommended what they term "15 domains of inquiry" for a standardized psychological autopsy protocol. They did so, specifically, to comport with their understanding of the requirements of the *Daubert* case. Their areas of inquiry, with a corresponding indication of whether they are present in my Psychological Autopsy checklist, are as follows:

*15 Domains of Inquiry*

*Autopsy Protocol Items/Areas ... Present in Maris ??A?*

1. Records ... /

2. Site of Death ... /

3. Demographics ... /

4. Recent Behaviors y(3)27 /

5. Precipitants y(3)27 /

6. Psychiatric History y(3)27 /

7. Physical Health y(3)27 /

8. Substance Abuse y(3)27 /

9. Family History y(3)27 /

10. Firearm History y(3)27 /

11. Attachments/Social Support y(3)27 /

12. Emotional Reactivity y(3)27 /

13. Lifestyle/Character y(3)27 /

14. Access to Care y(3)27 /

15. Other y(3)27 /

Thus, in my opinion my psychological autopsy has all the items recommended by Berman et al. for a standardized psychological autopsy.

In reviewing the Berman paper, there are two areas in which I believe that my psychological autopsy could be a slight bit more robust. One is Berman's "Emotional Reactivity" category. Right now we have under "Emotional Reactivity" the following:

*Berman's sub-areas ... Our Current ??A questions*

History of Violence ... QQ 37 & 85-9

Impulsive Behaviors ... QQ 66 & 85-13

Rage, Aggression ... QQ 71 & 85-13

The second area is "Lifestyle/Character." The following depicts his sub-areas and our corresponding questions:

*Berman's sub-areas Our Current ... ??A questions*

Typical Coping Patterns ... QQ 70 & 88

Perfectionism ... QQ 65 & 115

Self-destructive Behaviors ... Q 37

Hx of Frequent Self-induced Crises ... None

In light of this current article, I may add a few questions to further refine my checklist. However, in my judgment, the checklist already directs the expert's attention to each of the 15 recommended "domains of inquiry."

Further, Affiant saith not.

GILES, v. WYETH INC et al.
2006 WL 4743955 (S.D.Ill. ) (Expert Report and Affidavit )

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.