# EXHIBIT 15



1

# The Suicide Center
### *Ronald Wm. Maris, Ph.D., Suicide Expert*

(Home Office)
9 Poachers Lane
Columbia, SC 29223-3014
803-736-0365 (voice)
803-865-3946 (fax)
803-240-3073 (cell)
RWMaris@AOL.com
www.suicideexpert.com

(University Office)
305 Sloan Building
911 Pickens Street
U. South Carolina
Columbia, SC 29208
803-777-6870 (voice)
803-777-5251 (fax)
Maris@SC.edu

December 3, 2007

Andrew Finklestein & Kenneth B. Fromson
**Finkelstein & PARTNERS**
436 Robinson Avenue
Newburgh, NY 12550

Re:  Richard Smith v. Pfizer (Personal & Confidential)

Dear Mr. Finklestein and Mr. Fromson:

You first contacted me about your Neurontin cases on March 5, 2004. On May 12, 2006 I had a face-to-face interview with you and Keith Altman in Columbia, South Carolina at my university office, followed-up by several telephonic conferences.  June 5, 2006, you asked me to examine the generic scientific literature on gabapentin (Neurontin); including, but not limited to, scientific reviews by Stefan P. Kruszewski, Michael Trimble and Robert H. Roth.  Finally, on May 22, 2007 you retained me as a suicide expert to review the file of *Richard Hartman Smith v. Pfizer*, do my own investigation, and then to opine about the specific causation of his suicide on May 13, 2004.  You asked me whether I thought Neurontin was a substantial proximate cause of Mr. Smith's death.

I am a suicide expert with special education, training, and experience in the role of psychiatric drugs and suicide outcome (See my "expert qualifications," below).  I agreed to charge you for my time at the rate of $400 an hour to read and investigate and $500 an hour to testify.  My financial schedule and contract can be found in my website www.suicideexpert.com .

---

* Medical and psychological malpractice, drug product liability, contested life insurance, equivocal death investigations, workman's compensation.

The evidence/materials that I reviewed in arriving at my opinions in Smith v. Pfizer is/are as follows:

1. The Complaint (5/4/05).
2. Psychological Autopsy & Death Investigation (5/24/07); including Telephonic Interview with Mrs. Smith..
3. Various Interrogatories & Answers (8/11/06).
4. Death Certificate of Richard Smith (5/13/04 by L. Feng, MD-PhD).
5. Pfizer's Package Insert for Neurontin (gabapentin) (6/20/07).
6. Pfizer's "Response to FDA Regarding Suicide and Suicide Attempt in Neurontin (gabapentin) Clinical trials and Post marketing Surveillance (9/9/04).
7. Deposition of Ruth B. Smith, Volumes 1 (4/12/07) and 2 (4/13/07).
8. Richard Smith's Suicide Note (5/13/04).
9. Medical Records of Carl Hampf, MD (orthopedist), "New Patient Questionnaire" (2/23/03).
10. Medical Records of James Cato, MD (Smith Family Physician) (1/20-3/16/04).
11. Paul R. Combs, III, MD (neurosurgeon) Complete Medical Records (3/24-5/13/04).
12. Edward Mackey, MD (orthopedic surgeon) (2/12 & 3/9/04) & William Shell, MD Medical Records.
13. Eckerd Pharmacy Prescription Records for Richard Smith (6/21/99 – 4/9/04).
14. Richard Smith's Physical Therapy Records at University Medical Center (4/14 – 5/6/04).
15. Christopher Woods, DDS, Letter of 5/19/04.
16. Nashville Tennessee Police Incident Report (5/13/04).
17. Nashville Medical Examiner's Report (6/2/04).
18. Various Scientific Articles on Gabapentin (See references appended to this report).
19. Various Color Pre-Death Photographs of Richard Smith and his family.
20. Complete Work History of Richard Smith (1947 – 1991).
21. Obituary of Richard H. Smith.
22. 50 th Wedding Anniversary DVD of Richard & Ruth Smith.
23. Deposition of Paul R. McCombs, MD (6/8/07).
24. Deposition of Pamela Krancer, APN (6/8/07).
25. Deposition of Edward Mackey, MD (5/23/07).

26.  Deposition of Frank M. Berklacich, MD (6/7/07).
27.  Medical records of Carl Hampf, MD (2/20/03 – 3/31/04).
28.  Various Medical Records of:
  a.  Heritage Medical Association.
  b.  Dr. Daryl Kaswinkel.
  c.  Centennial Medical Center.
  d.  Baptist Hospital.
  e.  Tennessee Orthopedic Alliance.
  f.  Heart & Vascular Clinic.
  g.  Dr. William Harwell.
  h.  Spaulding & Nesbitt Urology Clinic.
29.  Depositions of:
  a.  Cindy Smith Charlton (10/3/07).
  b.  Drew Charlton (10/3/07).
  c.  Gayle Lawson (10/4/07).
  d.  Arnold Eugene Lawson (10/4/07).
  e.  Lewis Wesley Carnahan, II (10/23/07).
  f.  Sherri Hoskins (10/24/07).
  g.  Buford Hoskins (10/24/07).
30.  Generic (to Neurontin) and Specific (to Richard Smith) declaration of Michael Trimble, M.D., inc. *c. vitae* (no date, *circa* 10/22/07).
31.  Neurontin Declaration of Richard H. Roth, Ph.D., inc. *c. vitae* (10/9/07).

**Expert Qualifications** (education, training, and experience):  My education, training, and qualifications (including publications in the last 10 years and other forensic cases in the last 4 years) can all be found along with my *curriculum vitae* attached to this report

I am a Ph.D. suicidologist/suicide expert working in Psychiatry and Family Medicine departments within the University of South Carolina School of Medicine.  I am not an M.D. (although I have been trained and worked in medical schools since 1968 and train medical doctors; e.g., I directed the Johns Hopkins M.D.-Ph.D. program in Psychiatry).  As a suicidologist I have investigated and treated thousands of suicides (2,153 in my dissertation alone).

Furthermore the vast majority of treated suicidal patients (and only about 1% of all suicides annually in the U.S. are treated in hospitals; 300 in 30,000 per Litman) die a natural death (thus, physicians tend to study low lethality depressed suicide attempters or ideators, not suicide completers).

required certification from and five years of post-doctorate training at the Johns Hopkins School of Medicine, and five years of other specialty medical training.

Currently I am a Distinguished Professor Emeritus at the University of South Carolina and past-director of its Suicide Center (for 15 years), where I did psychotherapy with early and late adolescents (circa ages 17-30), with current appointments both in the Departments of Psychiatry and Family Medicine. I supervise resident physicians in the practices of Psychiatry and Family Medicine. I presently teach courses in the introduction to psychiatry (Spring, 2008) and suicide prevention (Fall, 2007) at the University of South Carolina.

Since 1968 I have been continuously employed as a Professor of Psychiatry. I created and directed the Johns Hopkins University Medical School M.D.-Ph.D. in Psychiatry and Behavioral Sciences, where I was an Associate Professor of Psychiatry and was Deputy Medical Examiner for five years in Baltimore. I was also co-director of the Hopkins medical school post-doctoral program in suicidology.

I train premedical and medical students and residents in psychiatry and family medicine in the prescription of psychotropic drugs and have served on treatment teams at the inpatient psychiatric hospital in the Johns Hopkins University School of Medicine for five years, administering direct patient care to suicidal patients. I was creator and director of the USC Suicide Center for suicide prevention from 1985 to 2001, during which time I assessed, diagnosed, and treated living suicidal university students.

Thus, I have done extensive psychotherapy and treatment of living suicidal patients, although in the last ten to fifteen years (especially since 2001) or so I have functioned more like a pathologist; since suicides are already dead and suicidology must focus on completed suicides. My recent patients are nonetheless patients (just like pathologists clearly have patients) and my work with them clearly involves treatment and standard of care issues (e.g., see my co-authored 1998 book, **Risk Management with Suicidal Patients**).

I have consulted on approximately 195 civil and criminal forensic cases in the last 30 years (53% for the plaintiff and 47% for the defense). My *curriculum vitae* lists all of my forensic cases in detail since 1977 and my division of labor among research, teaching, consulting, administration,

etc. (See page 17 ff). I now spend about 35% of my time consulting, which results in about 45% of my annual income. I charge $400 per hour to read and investigate and $500 to testify. My non-litigation activities each year exceed 51% of my time. I have to date spent about 65 hours on the Richard Smith case.

I was educated at the University of Illinois, Harvard University, and the Johns Hopkins School of Medicine. I also had five years of post-doctoral education in Psychiatry (as an NIMH fellow [Baltimore], a World Health Fellow [Berlin, Germany], a Killam Scholar [Calgary, Alberta], a Yale Foundation's Fellow [Vienna, Austria], and a Visiting Professor of Psychiatry at Pittsburg, PA [where I studied with John Mann, M.D.]), plus five years as an Associate Professor of Psychiatry at the Johns Hopkins School of Medicine (for a total of 10 years of medical education).

I have done basic epidemiological research on suicide (mainly in Chicago) since 1962, and have received millions of dollars in federal research funds to investigate thousands of suicidal deaths. I have been principal investigator of major case-control RO 1 studies of suicide, attempted suicides, and natural deaths (e.g., see Maris, 1981). I have written 20 books on suicide (See **Comprehensive Textbook of Suicidology**, 2000; and my forward to Cutliffe and Stevenson's 2007 book **Care of the Suicidal Person**), three of which won major awards.

I also publish in peer-reviewed scientific journals (including being invited by five encyclopedias to write the "Suicide" entry and being commissioned in 2002 by the British medical journal, **The Lancet**, to write a review article on suicide [7/27/02]) and for 16 years was the Editor-in-Chief of the only peer-reviewed scientific journal on suicide in the United States (**Suicide and Life-threatening Behavior**).

I am past national President of the American Association of Suicidology and was Deputy Medical Examiner in Baltimore for five years (where I investigated suicides, homicides, and accidents for M.E. Russell Fisher), Fellow in the American Academy of Forensic Sciences, a board-certified Forensic Examiner (#2950), a continuing member of the Scientific Advisory Committee for the American Foundation for Suicide Prevention, and have received and reviewed suicide research grants for the NIMH and NSF. I have been retained by the United States Department of Justice as their suicide expert 4 times, and have testified in Yugoslavia, France, and Egypt, as well as in the U.S.A.

My **prior psychiatric drug and suicide litigation includes**: (1) Giles v. Wyeth (2007, Effexor), (2) Crone v. Pfizer (2006, in re Neurontin), (3) Rydin v. GSK (2006, Paxil), (4) SC v. Pittman (2005, Zoloft), (5) Radke v. Barr (2005, fluoxetine - generic), (6) Johnson v. Lilly (2004, Cymbalta), (7) Holtz v. GSK (2004, Paxil), (8) Miles v. Pfizer (2003, Zoloft), (9) Bostock v. GSK (2002, Paxil), (10) Lown v. Lilly (2002, Prozac), (11) Coburn v. GSK ( 2001, Paxil), (12) Richardson et al. (2000, Accutane), (13) Madison v. Pfizer (1999, Zoloft), (14) Hartman v. Pfizer (1998, Zoloft), (15) Williamson v. Lilly (1998, Prozac), (16) Forsyth v. Lilly (1997, Prozac), (17) Gianguilio v. Lilly (1997. Prozac), (18) Greer/Rosenblum v. Lilly (1995, Prozac), (19) Saines v. Lilly (1994, Prozac), (20) Sorg v. Lilly (1991, Prozac), and Wesbecker v. Lilly (Prozac).

As a result of my research, training, education, and experience I was appointed as a suicide expert consultant for the Columbia University/FDA Reclassification Project (Kelly Posner, PI). My job was to review the RCTs of antidepressant and anticonvulsant drugs for any possible causal links to suicidality (defined in part as suicide ideation, attempts, or completions; actually a 7 point scale).

This is the same Columbia research group whose research findings led to black box warnings regarding suicide ideation and attempts (not completions) in adolescents and children in the fall of 2004. The SSRIs had a relative risk of suicidality (there were no suicide completions, given the relatively small sample size) versus placebo of about two times higher (4% v. 2%) in 24 clinical trials involving 4,400 patients.

My contract with Columbia has a protective and confidentiality order which prohibits me from discussing any results of my involvement with the study. Thus, I can and will only cite data that have been previously made public (for example in Seattle in April of 2006 at a professional suicide conference) by the PI, Posner.

My expert opinions are offered with a reasonable degree of medical, psychological, scientific, and suicidological certainty.

7

## Case Summary:

Richard Hartman Smith was a 79 year-old white male ████████████
height = 6' 2-3", and weight = 189.5 [@ death] to 210 lbs.) who shot himself
(a contact wound to the head with a pistol) on Thursday, May 13, 2004 at
about 5:05 hours (Medical Examiner says at 5:30 am; no autopsy was done).
He lived at ████████████████████████████with
his wife (████████, Ruth Brown Smith (please, see attached picture).
Until 2004 Mr. Smith had worked (since 1947) as service manager for
Nashville Office Machines and as a Church of Christ minister (primarily
self-taught).

Mr. Smith was relatively healthy for a 79 year-old man, except for
orthopedic and joint problems; which recently (please, see attached medical
treatment history, 17/03 to 5/13/04) caused him to have chronic pain

## Richard H. Smith Recent Medical Treatment History
### (by Dr. Paul R. McCombs, unless otherwise noted)

(1)    1/7/03 - Back problem starts, bilateral lower extremity pain
(2)    2/27/03 - Berklacich New Pt. Quest.; depression, pain and decreased sleep
(3)    2/28/03 - Intake information (notes rash and face swelling to antibiotics)
(4)    3/3/03 – recommends ESI (epidural steroid injections)
(5)    3/5/03 – Ruth to Dr. Berklacich: "So much pain, out of his mind"
(6)    3/10/03 – Needs laminectomy (DLL L3-S1 with posterior lateral fusion)
(7)    3/11/03 – See cardiologist, abnormal PAT
(8)    3/13/03 – "Scheduled for surgery, can't wait, so much pain"
(9)    3/20/03 – Diverticulitis; wants another ESI
(10)   4/1-3/03 – Laminectomy by Dr. McComb in hospital; went well
(11)   4/7/03 – Home health visit from Tammy; Richard doing well
(12)   4/8/03 – Pt. called, reddish drainage from site
(13)   4/11/03 – another drainage note; stay on antibiotics
(14)   4/21/03 – 4 week DDL follow-up; doing well and he is pleased
(15)   4/28/03 – leg pain severe after church; took 50 mg Vioxx
(16)   4/30/03 – pt continues with pain and is very concerned
(17)   5/1/03 – Hydrocodone 5oo mg 8x day
(18)   5/2/03 – Wishes he could die; pain and depression: Becky Hughes speaks with daughter of
       Richard Smith; Donna is advised to take Richard to ER for psychiatry evaluation
(19)   5/3/03 – Neurontin script mentioned
(20)   5/5/03 – New symptoms of increased leg pain, CT shows changes;
              given a prescription for Mepergan Fortis and Neurontin (Ruth,117)
              (did not take Neurontin at this time)
(21)   5/15/03 – Doing better
(22)   5/29/03 – Doing better
(23)   5/29/03 – @ 2 months post DLL; doing better
(24)   6/30/03 – Given Flexeril and Lortab 5
(25)   8/15/03 – Given med. refills
(26)   9/21/03 – Basal cell carcinoma removed by MOH surgery from Richard's nose
(27)   10/13/03 – Pleased with results of surgery; Flexeril 10 mg
(28)   12/10/03 – Richard has cataract surgery on eyes
(29)   1/5/04 – Brent recommends Neurontin; pt wants to wait
(30)   1/29/04 – Starts seeing Drs. Shell & Mackey: stenosis, not joints; tells Dr. S. pain is like razor
       blades in his legs



(31)   . **2/12/04** – McCombs gives hydrocodone 500 mg 3 x day
(32)   **2/12/04** – Sees Mackey, Dx = sciatica
(33)   **2/17/04** – Mackey, pain 7 out of 10
(34)   **2/23/04** – Sees Dr. Cato, blood pressure worse
(35)   **2/25/04** – Mackey, knee pain too, non-union of 4-5
(36)   **3/1/04** – Ci ndy says Richard contemplated suicide
(37)   **3/9/04** – Mackey gives Neurontin script, 300 mg bid up to tid, in wheelchair from garage; wife, Cindy and Buford there: wants psychiatric evaluation for dementia. consider surgery
(38)   **3/24/04** – McCombs notes start of Neurontin, gives samples (times unknown)
(39)   **3/29/04** – Dr. Mackey speaks to Donna
(40)   **3/31/04** – More surgery not helpful; McComb from Mackey; Richard feel "hopeless"?
(41)   **4/9/04** – 500 mg Hydrocodone 3 x day
(42)   **4/14-30/04** – 6 UMC physical therapy treatments; only helps short time
(43)   **5/5/04** – Last talk with Dr. McCombs; sticky feeling in legs and buttocks; taking Neurontin & Lortab with no relief
(44)   **5/6/04** – UMC physical therapy, no change in pain
(45)   **5/10/04** – Saw dentist, Chris Woods (see his letter) and talked about pain and mood (pain hopeless, almost useless, N. makes me feel weird, not helping me, wish I had never had surgery in the first place).
(46)   **5/13/04** – Killed self @ 5:05 am, had appt with Dr. Cheng @ Vanderbilt (Gayle found Cheng).

(especially in his lower back and bilateral extremities; See McCombs @ 24; Mackey @ 50; Berklacich @ 16 & 19). Richard's orthopedic surgeries were as follows:

- 1993,   left knee replaced, Dr. Stowers
- 3/1996, right hip replaced, Dr. Regen
- 6/1998, right knee replaced, Dr. Regen
- 4/2003, laminectomy, L5-S1, Dr. McCombs

Mr. Smith saw orthopedists Drs. Carl Hampf, Berklacich (3/5/03), William Shell. And Edward Mackey (two times, on 1/29 & 3/29/04).

Richard's non-orthopedic health problems included: (1) a hernia repair in 1990 (Dr. David Dyer), (2) prostate surgery in 1991 (Dr. Nesbitt), (3) Amitriptyline on 6/5/01 for sleep aid (See Trimble, 2007 @ 6, specific causation),  (4) a colonoscopy for diverticulosis on 1/10/03 (Dr. Santi), and (5) MOH surgery in 2002-03 for melanoma skin cancer on his nose (Dr. Michael McDonald).

As can be seen in the recent treatment history of Mr. Smith (above), Richard's back pain started on January 7, 2003, when he laid down on his bathroom floor trying to repair a sink leak (Berklacich @ 17). He went to see orthopedic surgeon Paul R. McCombs, III of Nashville's Neurosurgical Associates on February 28, 2003 for his back injury (He also saw Drs. Berklacich and Hampf for the same injury, but they could not scheduled his surgery until later, on 4/16/04, and, thus, it was cancelled; See Berklacich @ 29).

Dr. McCombs gave Richard a steroid injection ("ESI") on March 3, 2003 (McCombs @ 9) and told him he needed back surgery (viz., a laminectomy of the L3 through S1 joints with fusion; See McCombs @ 8). Richard had Dr. McCombs do this back surgery on April 1, 2003. Other than some reddish incision drainage and antibiotic treatment, Richard did well after his back surgery (See 4/7/03 home health visit by "Tammy"). At 4/21/03 Richard was "doing well" and was "pleased" with the surgery.

However, on April 28, 2003, after going to church, Richard developed severe leg pain and had to take Vioxx (an anti-inflammatory; See McCombs @ 9). By May 1, 2003 Richard was taking the pain-killer Hydrocodone 500 mg up to 8 times a day (Cf., Cindy @ 77, Sherri @ 46). By 5/2/03 Richard says "he wishes he could die" and had "pain and depression" (See McCombs @ 15 & 17; Mackey @ 96 & 118; however, these comments were made about 3 or 4 weeks after a major surgery). 5/3/03 and 11/5/04 a script for Neurontin is mentioned in the records, but never given or filled; See McCombs @ 21).

May 5, 2003 there are new symptoms of increased leg pain. Richard's CT scan shows structural changes and he is given a prescription for Mepergan Fortis and Neurontin (which Ruth says he never took; Ruth @ 117).

From 5/15 until 10/13/03 Richard did better and was "pleased with the results of surgery (although he is prescribed Flexeril 10 mg and Lortab on 6/30/03). Early in 2004 Richard's pain apparently got worse and as a result he visited several different orthopedists (viz., Brent, Shell, and Mackey, in addition to McCombs; Dr. Mackey accuses Richard of "doctor shopping" @ 67). January 5, 2004 Dr. Brent suggests Neurontin, but Richard wants to wait and does not take Neurontin at this time.

On January 29, 2004 Richard saw Dr. Shell, and later, Dr. Mackey. February 12, 2004 Dr. Mackey diagnosed (@ 9) Richard with "sciatica." 2/17/04 Richard told Dr. Mackey that his pain was 7 out of 10 (highest or worst pain; 2/27/03 he had told Dr. Berklacich (@ 19) that his pain was 8 of 10). At about the same time (2/12/04) Dr. McComb gave Richard Hydrocodone 500 mg three times a day and Dr. Cato (his family doctor) said Richard's blood pressure was worse (on 2/23/04).

On **March 9, 2004** Richard showed up at Dr. Mackey's office in a wheelchair (Mackey @ 10 & 55). Mackey gave Richard Neurontin 300 mg bid, which he and Ruth went right out, filled, and started taking for the first time. Since 3/9/04 was the first time Richard Smith took Neurontin, he was

on it 67 days and ingested at least (unsure when tid script started) 134 (300 mg)  Neurontin capsules (see opinion #2) before he died on 5/13/04. Mackey wanted Richard to consider a second back surgery (See Richard's suicide note) and to get a psychiatric evaluation with a psychiatrist named Dr. West (See Mackey @ 60). Cindy (@ 92) says she, Ruth, and Buford discussed taking Richard to see a psychiatrist in the car after his 3/9/04 Dr. Mackey visit. Richard never saw a psychiatrist.

Later that month, March 24, 2004, Dr. Combs noted that Richard had started taking Neurontin and gave Richard (the times are uncertain) several sample blister packs of Neurontin. His advanced practice nurse, Pamela Krancer, also wrote Neurontin scripts for Richard (Krancer @ 14). March 31, 2004 Dr. McCombs advised Richard that he felt more surgery would not be helpful for Richard (McCombs @ 24-25).

April 9, 2004 Richard got another script for Hydrocodone 500 mg tid. On May 5, 2004 Richard talked with Dr. McCombs and told him that the Neurontin and Lortab medications were not providing him pain relief. Between 4/14 and 5/6/04 Richard had about 6 physical therapy treatment at the University Medical Center with only short-term pain relief.

On May 10, 2004 Richard went to see his dentist and long-time friend, Christopher Wood, because he was having gum pain and was concerned about possible cancer (Wood @ 13). Richard told Chris Wood (See Wood's letter and his 6/7/07 deposition) that he felt "*hopeless*" about his pain, that he was almost "useless," that Neurontin "*makes me feel weird and is not helping*," and that "*he wished that he had never had the (back) surgery in the first place*" (See Wood @ 15-17, 19, 23 & 40). Wood thought that Richard was not his usual, jovial, confrontational self (@ 25).

**May 13, 2004 (Thursday)**, after praying all night (See suicide note), Richard spoke briefly to his wife, Ruth about 5:05 am, then when she went to lie down on the sofa, he locked his bedroom door and shot himself in the head with a pistol and died (Ruth @ 170-173). Richard had an appointment later that very day to see a Dr. Cheng at Vanderbilt.

Richard's suicide note said (among other things): "*Pain has taken over my mind and body. I need back surgery (and other surgery). Forgive me, I cannot go on like this…I cannot have my body cut on anymore. I have talked to God all night and He understands.*"

The family felt that Richard's suicide note did not make much sense (Gayle @ 74, Sherri @ 55, Wes @ 58). For example, (1) Richard preached

11

The family felt that Richard's suicide note did not make much sense (Gayle @ 74, Sherri @ 55, Wes @ 58). For example, (1) Richard preached that suicide was wrong (Cindy @ 138), (2) Richard did not even mention the love of his life, Ruth, in his suicide note (Cindy @ 138), (3) Richard said he did not want his body cut on anymore and yet he shot himself and knew he might then have to have an autopsy, and (4) it was out-of-character for Richard to even write such a note (it was not like him at all; Cindy @ 138).

As can be seen from my attached **Timeline Synopsis,** after having surgery on 4/1-3/03 he did a little better (See above **Treatment History** for 5/15, 5/29 and 10/13/03). However, early in 2004 Richard's pain again became very problematic. Finally, Richard agreed to start Neurontin on March 9, 2004. After starting Neurontin Richard's health and mood went downhill rapidly.

## Timeline Synopsis

|  |  |  |  |  | Wed | Fri | Sun | Mon | Wed | Thur |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/03 | 2/03 | 2/28 | 4/1-3/03 | 3/9/4 | 5/5/4 | 5/7 | 5/9 | 5/10 | 5/12 | 5/13 |
| Hurts back | Want to die, pain and dep. | 1 st McC visit | Back surg. | Get N. From Mac-Key | Meds not work | C's Bir-th day | Not in chur, not him-self | Dr. Wood | See Tv | Die 5:05 Am |

Just to complete Richard's family history, he met Ruth Brown Smith in Charlotte, North Carolina, where he was stationed in the Air Force during WWII. Richard was from Nashville, Tennessee, so after Richard and Ruth married (See their 50 th wedding anniversary DVD), they settled in Nashville.

Richard worked primarily repairing typewriters and office machines (most of his life at Nashville Office Machines) and as a volunteer Church of Christ pastor and song-leader; while Ruth sold real estate and raised their five children:

|  |  | **DOB** | **DOD** | **Personal Traits** |
|---|---|---|---|---|
| (1) | ████████ | ████ | 2/13/60 | hydrocephalic invalid (never walked or talked) |

12

| | | DOB | DOD | |
|---|---|---|---|---|
| (4 | ████████████ | | - | Attorney |
| (5) | ████████████ | | 6/2/05 | Died of breast cancer |

Richard's mother was Mary Hartman (an LPN) and his father was Finis Smith (a streetcar driver). Ruth's parents were Carrie Shepherd and Archie Brown.

Richard had five siblings:

| | | DOB | DOD |
|---|---|---|---|
| (1) | Lillian (Dary) | ████████ | 1942 |
| (2) | Finis Smith | ████████ | 1985 |
| (3) | Tom Smith | ████████ | 1989 |
| (4) | Katherine (Hughes) | ████████ | 2003 |
| (5) | Mary (Duffle) | ████████ | - |

Ruth Smith filed a Complaint on May 4, 2005 against Pfizer Inc., et al., claiming that Pfizer unlawfully, fraudulently, and negligently promoted, marketed (since 12/93), and supplied Neurontin/gabapentin without regard to the safety and health of the general public and Plaintiff's decedent. Finally, by reason of Plaintiff's decedent consumption of Neurontin on May 13, 2004, Plaintiff's decedent committed suicide.

## Expert Opinions:

Based upon my over 45 years of education ,training, and experience in investigating, studying, treating, and publishing about suicides; **I opine the following with a reasonable degree of medical, psychological, suicidological, and scientific certainty,** as  more likely than not.

**First,** the psychopharmacologic properties of  gabapentin/Neurontin are suicidogenic. Gabapentin is structurally related to the neurotransmitter GABA (**PDR,** 5/11/06, p. 2 0f 31). Gabapentin prevents seizures and is classified as an "anti-convulsant." The FDA approved gabapentin only for the treatment of refractory epileptics (and, later on, for post-therapeutic neuralgia or "shingles" – See Mackey @ 19). It was marketed in 1994 by Parke-Davis. In fact, about 90% of gabapentin's use has been off-label; especially for pain control and bipolar disorder. In 2004 Pfizer pleaded guilty to off-label marketing (viz., outside of that approved by the FDA) of gabapentin and paid a fine of $240 million (Cf., Mackey @ 101) .

Gabapentin is not appreciably metabolized in humans. It is excreted renally as an unchanged drug. Gabapentin's half-life is 5 to 7 hours, with a

peak plasma level at 2 to 3 hours post dose. The usual starting dose is 300 mg, titrated up to 900 mg tid or bid by day 3. The average maximum daily dose is 1,800 mg, although doses up to 2,400 mg may be given.

The most common side-effects or serious adverse events ("SAEs") in the random clinical trials ("RCTs") were: somnolence, fatigue, ataxia, nausea, vomiting, and dizziness. Neurontin can cause negative mood alterations in a susceptible minority of people (Kruszewski, 2006).

GABA has an inhibiting effect on the transmission of other neurotransmitters, particularly monoamines (such as serotonin and norephinephrine; Trimble, 2007 @ 6; roth, 2007 @ 3), Gabapentin impairs the function of glutamate (Trimble, 2007 @ 15). Inhibiting glutamate inhibits the transmission of other neurotransmitters. Gabapentin treatment may shift the relative balance of neurotransmitters from excitatory to inhibiting (Trimble, 2007 @ 8). Thus, gabapentin decreases the release of serotonin (5-HT), norepinephrine (NE), and dopamine (D) (Trimble, 2007 @ 6 & 10).

Gabapentin is a GABA agonist (i.e., it raises human brain GABA; See Trimble, 2007 @ 26 & Roth, 2007 @ 3-4). Increase in brain GABA leads to negative effects on mood and behavior (Trimble, 2007 @ 18). Glutamate is the brain's main excitatory transmitter. Gabapentin reduces glutamate release at cortical synapses (Trimble, 2007 @ 15).

Depletion of monoamines (particularly of 5-HT and NE) leads to significant increased risk of depression (or can make a pre-existing depression worse ), dysphoria, depersonalization, agitation, aggression, suicidal behaviors (e.g., suicide attempts) and completed suicides (Trimble, 2007 @ 12, 14, 18, 19, 20, 29 & 37; Kruszewski, 2006; Brown, Linnoila, & Goodwin in Maris et al. 1992).

It is well-known (See Maris, 1986 & 2002; Cf., Asberg, 1976 & 1987; Trimble, 2007 @ 13) that depleting 5-HT or NE in the central spinal fluid ("CSF") of the brain is related to higher rates of both suicides (especially of violent suicides) and depressive disorders. Most of the antidepressant drugs, such as SSRIs and SNRIs block the reabsorption post-synaptically of 5-HT and NE; thus, raising the levels of serotonin and norepinephrine in the brain. Suicides versus non-suicidal controls tend to have statistically significantly lower CSF levels of 5-HT and NE. Antidepressants are also "neurotropic" in that they  actually increase the number of neurons in rat brains.

14

Thus, gabapentin, which depletes 5-HT and NE, should be suicidogenic. RCTs of gabapentin and controls or placebo show just that (Kruszewski, 2006). We also know that in animal studies of gabapentin that bilateral micro-injection of a GABA agonist in the substantial nigra of experimental rats frequently promoted self-destructive biting (Cf., Trimble, 2007 @ 13).

In fact in a research study by Collins and McFarland (2007; Cf., Trimble, 2007: 19) the risk of suicide completion was significantly (2.6 times) greater among 12,662 Medicaid patients being treated for bipolar disorder with gabapentin versus lithium (p less than .001). The authors caution that the elevated rate of completed suicide among gabapentin users *may* be related to prescription of this medication for people with chronic pain. Furthermore, the study sample was not typical of suicide completers (viz., 65.8 % were females and were relatively young [mean age of 39]). Finally, there were only 12 suicides in the entire sample; thus, statistical power is limited.

Given Gabapentin's SAEs (serious adverse events or effects; see above) demonstrated in Pfizer's own and other RCTs (random clinical trials), Trimble (2007 @ 44) is of the opinion (which I share) that Pfizer should have warned clinicians about depression, impulsivity, aggression, and suicide risks in their clinical trial data, including their package inserts for gabapentin.

**Second**, Richard Smith had clearly been ingesting Neurontin from March 9, 2004 until his death on May 13, 2004 (See Treatment Timeline, above). Assuming that 3/9/04 was in fact the first time that Richard took Neurontin (See Eckerd Patient History, Exhibit # 9), then Smith was on Neurontin for about 67 days (he may have skipped a few doses or days) and did ingest a minimum of 42,200 mg (i.e., 67 x 300 mg bid) before he died on 5/13/04.

It is difficult to be certain exactly how much Neurontin Richard consumed, since he had multiple script writers and sample providers (viz., at least Dr. Mackey, Dr. McCombs, and APN Pamela Krancer), who wrote different script amounts (e.g., 300 mg bid or tid) or gave different samples amounts. Furthermore, the medical records indicate at least two prior notations of Neurontin scripts or of suggested scripts (on 5/5/03 by Dr. McCombs and on 1/5/04 by Dr. Brent), which Richard apparently never filled or took.

The amount of Neurontin that Richard Smith consumed is further complicated, since Dr. Mackey originally prescribed 200 mg PO **bid**, but Dr. McCombs prescribed 300 mg **tid**.  Also, Richard may not have taken Neurontin every time it was prescribed for him (See McCombs @ 18; however, see Ruth Smith in the **Psychological Autopsy** @ Q 48 in which she reported that the "*usual practice was to take medication as prescribed by the doctor.*"

Since Dr. McCombs's Neurontin scripts for Richard from 3/24/04 to 5/13/04 were for 300 mg **tid**, we probably need to add 52 days/capsules times 300 mg or 15,600 mg to the 40,200 total or 55, 800 mg.

Often the Medical Examiner's toxicology report indicates which drugs were found in the decedent's body.  However, Richard Smith's toxicology analysis by Dr. Feng Li at Aegis Sciences Corporation on 5/27/07 detected only *salicylates* (which are commonly found in aspirin).  His report form did not even have a category for gabapentin, so it is unlikely that Neurontin was even searched or looked for.  The Medical Examiner's report was dated 6/2/04 and was signed, but the signature was not decipherable by me.  It is noteworthy that Smith had no alcohol in his body (since many suicides do drink or are drunk, when they suicide).

There was no autopsy done (at the request of the family; See Cindy @ 151 & Gayle @ 69), no description of the head wound, it entry and/or exit site, or its angle or wound trajectory.  Neither the ME not the police even say what caliber the gun was.  I received no pictures of the Smith body, death scene, or the wound (which is normally done by the police and the ME).

Other evidence that Richard Smith took Neurontin includes: (1) Chris Wood's letter of 5/10/04 in which Wood wrote that Smith told him "*Neurontin makes me feel weird and is not helping.*" (2) Ruth Smith (@ 250) saw Richard take his Neurontin. (3) The ΨA @ 16 (Q 49) records Richard saying to Ruth: "*I am on Neurontin and it makes me feel loopy.*" (4)  Dr. McCombs wrote on 5/5/04: "*Patient states he is taking Neurontin...with no relief.*"  Thus, Richard Smith clearly ingested Neurontin from 3/9 to 5/13/04, but the exact amount is unknown.

**Third,** Richard Smith had several suicidogenic serious adverse events ("SAEs" or "side-effects") resulting from taking Neurontin.  Although many more random clinical trials ("RCTs")have been done on the suicidogenic SAEs of antidepressant medications (See Teicher and Cole, 1993 and Posner, 2006; I was a consultant to the FDA committee that resulted in black box suicide warnings for antidepressants in the **PDR**), the medical records of

Richard Smith indicate several behavioral and emotional conditions that started or got worse after Richard started to ingest Neurontin on 3/9/04; many of which are well-known to be suicidogenic (See Maris et al., 2000; Maris, 2002; and Maris, 2007). Thus, in my expert opinion, Smith's Neurontin ingestion contributed substantially, directly, and proximately to his suicide on 5/13/04.

It has been demonstrated in RCTs (See Pfizer's package insert for Neurontin and its **PDR** entry) that there are clear relative risks ("RRs") of SAEs greater than 2.0 (the gold standard for drug warnings, for example in the FDA black box warnings for suicidality and antidepressants) for patients taking Neurontin versus those taking placebo. Some of these SAEs are listed in Table 1.

**TABLE 1**

Relative Risks of Neurontin versus Placebo in the **PDR**

| SAE | Neurontin (%) | Placebo | RR |
|---|---|---|---|
| Dizziness | 28 | 7.5 | 3.73 |
| Somnolence | 21.4 | 5.3 | 4.04 |
| Ataxia | 3.3 | 0.0 | 3.3 |
| Abn. Thoughts | 2.7 | 0.0 | 2.7 |
| Fatigue | 11.0 | 5.0 | 2.2 |
| Back Pain | 1.8 | 0.5 | 3.6 |
| Hostility | 7.6 | 2.3 | 3.3 |
| Emot. Lability | 4.2 | 1.6 | 3.3 |

Notice particularly the sedating and disorienting SAEs of Neurontin (such as sleepiness, dizziness, abnormal thinking, emotional lability, and muscular incoordination [ataxia]; Cf., Wes Carnahan @ 40). Ironically (for Richard Smith) even back pain is about 4 times more likely in Neurontin patients that in those on placebo.

Some of the suicidogenic Neurontin-induced or worsened SAEs in Richard Smith were:

(1)     Ego-dystonia.
(2)     Worsened depression.
(3)     *De novo* hopelessness.
(4)     Behavioral changes.
(5)     *De novo* suicidality.
(6)     Overpowering religious protections.

**(1)** Ego-dystonia or Ego-Dystonic Behavior

(Beasley, 2000; Glenmullen, 9/9/05: pp 8-9). In questioning regarding his meta-analysis of the antidepressant fluoxetine (Beasley, 2000: 26, 29, 36, 37) Lilly expert Charles Beasley, M.D. discussed a possible suicidal causal effect of the SSRI Prozac, which he termed "ego-dystonic."

**Beasley** said:
*"...it was what we would describe as being dysphoric or ego-dystonic, meaning patients didn't like having the idea (2000:29)...it seemed foreign to them," "contrary to their intentions" (36)." "The obsessional nature seems to – these (violent) ideas seem to intrude (37)." "They were not wanted...certainly not something they were truly planning to do (37)...not the true intent of the person."*

Admittedly, Neurontin is **not** an antidepressant, but after Richard Smith started taking Neurontin he underwent profound character changes. He was not his normal self (See Woods @ 23 and 40). Richard said to his son-in-law, Wes Carnahan: *"I'm on Neurontin and it makes me feel loopy"* (ΨA @ Q 49, p. 16). Ruth said in her deposition (@ 187) *"We just felt it was not him. It was the medicine that made him...this was just not his character at all."*

About 3 weeks before his suicide Richard said: *"There's something wrong with my mind (Cf., Cindy @ 85). I don't think like I used to"* (See ΨA @ Q. 49 & Q.57). Again, @ 262 Ruth said *"...just in the last few weeks of his life...he became so absorbed in himself. He was not outward anymore. Completely different personality* (emphasis mine; Cf., Trimble, 2007 @ 11)." On 5/9/04 @ church Richard told Mike Bumbalo (or Bumbalough) that *"he was not himself"* (See Wes Carnahan @ 21 & 39).

**(2)** Worsened Depression.

Neurontin treatment induced or worsened Richard Smith's depressive disorder, and depression is the #1 single predictor of a suicide outcome (Maris, 2000: 80; Maris, 2002; Maris, 2007). Drug companies often state that depression causes suicide, not their medication. But if their product produces or worsens depression, then it's the treatment that caused the suicide, not the depression.

While it is true that on 5/2/03 (almost a year before taking Neurontin) Richard Smith said he *"wishes he could die"* because of his *"pain and*

18

*depression"* (said to Becky Hughes, secretary for Dr. McCombs by Smith's daughter; See McCombs @ 15 & 17), Richard never saw any psychiatrist, nor received any **DSM** diagnosis for depression or mood disorder (See Ruth @ 74 & 153, Cindy @ 126, Gayle @ 29 & Sherri @ 44; however, McCombs said @ 13 that Richard Smith's medical condition is *"often related to depression").*

When Smith saw Dr. Mackey on 3/9/04 and started Neurontin, Mackey recommended Richard get a psychiatric evaluation with a Dr. West. However, orthopedists and neurologists do not often do mental status testing or psychiatric diagnoses. In fact they do not routinely even gather evidence or ask questions about depression, sleep patterns, etc. However, Dr. Mackey said (@ 95) that Richard had no history of any suicide ideation for 8 years before he saw him.

Thus, even though it is uncertain if or how severely depressed Richard Smith was before starting Neurontin on 3/9/04, it is clear that at the very least his depression got much worse after taking Neurontin. Since Neurontin depletes monoamines (like serotonin and epinephrine), it tends to induce or worsen depression (See my first opinion, above). Neurontin can cause mood alterations in a susceptible minority of people (Kruszewski, 2006). Gabapentin decreases the release of serotonin (5-HT), norepinephrine (NE), and dopamine (D). Depleting these neurotransmitters leads to more depression and less excitation or pleasure. Neurontin shifts the balance of neurotransmitters from excitatory to inhibiting.

The **PDR** (p. 25 of 31 for gabapentin) list only two nervous system SAEs that occur "frequently" associated with Neurontin treatment vs. placebo; viz., depression and confusion. The **PDR** goes on to say that the RR of depression in Neurontin patients is 1.6 times that in placebo patients.

Incidentally, Neurontin also has 3.3 times the risk of anxiety and restlessness that placebo does (See **PDR**). Fawcett (1997, 2002 & 2006) claims that anxiety, nervousness, and panic are highly suicidogenic in themselves. Apart from depression. Thus, this is another mechanism whereby Neurontin can increase suicide risk.

When one diagnoses "major depressive disorder" (using the **DSM-IV-TR,** 2000) the patient has to meet at least 5 of 9 criteria (including either ## 1 or 2) for at least two weeks and it must be a change from normal functioning:

19

| | In Smith? | Evidence |
|---|---|---|
| 1. Depressed mood most of the day nearly every day. | √ | Wood,ΨA75 |
| 2. An inability to take pleasure in routine daily activities ("anhedonia"). | √√ | Wood 19 |
| 3. Significant weight loss (or gain); @ least + or − 5% of normal body weight over 30 days. | √ | 20.5/210=9% |
| 4  Insomnia nearly every day; especially "terminal insomnia." | √ | No sleep 5/13 |
| 5. Psychomotor retardation (really slowed down or agitation (extreme restlessness nearly every day and observed by others). | √ | B@ 13inactive |
| 6. Fatigue or loss of energy nearly everyday (inc. lowered libido). | √ | Wood 19 |
| 7. Feelings of worthlessness or excessive guilt. | | |
| 8. Diminished ability to think or concentrate or indecisiveness nearly everyday. | √ | Ruth@145* |
| 9  Recurrent thoughts about suicide or death, a suicide attempt, or a specific suicide plan. | √ | Ruth@ 145 |

\*  *"can't think like I used to, something wrong with my mind"*

Thus, <u>after</u> taking Neurontin there is evidence that Richard Smith had all 9 criteria required for a **DSM** diagnosis of "Major Depressive Disorder" (either a code 296.23 or 296.33 [if there was a prior depressive episode]), for at least two weeks, and that this condition was different from his prior normal functioning.

### (3)    *De Novo* Hopelessness

Neurontin caused Richard Smith to become hopeless. Although he may have been depressed before talking Neurontin, he was never hopeless. Beck (1992; Cf., Maris et al, 2000: 82) contends that hopelessness is a better predictor of suicide than is depression.

There is ample evidence in the records that Richard Smith became hopeless after taking Neurontin:

(a)   *"an end to pain seemed to be hopeless"* (Smith to Dr. Wood on 5/10/04, three days before his suicide).

(b)   *"Forgive me, I cannot go on like this"* (Smith's Suicide note on 5/13/04).

(c)   " (was Richard) feeling hopeless just before the incident?" (ΨA @ Q. 75-7).

(d)   "Did DCD suffer from hopelessness after the ingestion Of Neurontin? Yes." ΨA @ Q. 57).

20

### (4) Behavioral Changes

Sometimes Neurontin can results in behavioral or bodily changes. For example, the **PDR** lists as "frequent" in Neurontin patients (versus placebo patients) (a) "hyperkinesia" (RR = 3.1, p. 17 of 26), (b) "increased reflexes" (18 of 26), (c) "ataxia" (RR = 3.3 in Table 1, above), and (d) tremor (RR = 2.1). Richard's wife, Ruth, notices that 3 or 4 weeks after starting Neurontin that Richard would *"pull his ear and rub his head"* (Ruth @ 165 & Exhibit 14 @ p, 42). After starting Neurontin Richard could also not cut grass and work on his cars like he used to. Although perhaps minor, such physical changes can help contribute to feelings of ego-dystonia and depersonalization.

### (5) De Novo Suicidality

One of the sequelae to ingesting a psychiatric medication can be emergent or *de novo* suicidality (See Teicher et al., 1990). This pattern has been reported primarily with antidepressant medications, but in this case I opine it happened after Richard Smith took Neurontin.

I asked Ruth Smith "If Richard ever became 'suddenly suicidal' (i.e., was there *de novo* suicide ideation against a prior baseline of no suicide ideation)? Ruth answered *"Yes, approximately 3 weeks prior to his suicide, Richard asked me (his wife) if she thought:" "Honey, would God forgive me, if I just did away with myself"* (Cf., Ruth @ 145; cf., ΨA @ Q. 75-3)?

Richard Smith never made a suicide attempt prior to 5/13/04. Dr. Mackey (@ 95) admitted that in Richard's 8-year medical history with accompanying chronic pain, he never ever contemplated suicide, even one time. Richard did say he wished he could die on 5/2/03 (although he does not remember telling his daughter this; See ΨA @ 75-3a and Exhibit 4, p4), but not that he wishes he could kill himself (Cf., Gayle @ 23).

### (6) Overcame Strong Religious Prohibitions.

Obviously, in the Christian scriptures (See the 6 th commandment in Exodus and Deuteronomy, *"Thou Shalt Not Kill"),* especially for a Church of Christ minister for 57 years, it is a mortal sin to commit suicide. Usually, religion protects one against suicide.

After taking Neurontin Richard's mood was significantly altered (as we have seen above, he became more depressed, hopeless, and suicidal), over-riding the protection of his strong religious convictions. His suicide note read: *"I have talked to God all night and he understands."* Earlier,

after starting Neurontin, Richard told Ruth for the first time in his many years of chronic pain: "*Would God forgive me, if I just did away with myself*" (Exhibit 14, p. 37 & ΨA Q. 75-3)?

    **Fourth,** apart from taking gabapentin Richard Smith was only moderately suicidal, a condition that he had been able to cope with prior to ingesting Neurontin on 3/9/04 and thereafter.

I am <u>not</u> arguing that gabapentin was the one and only cause of Richard Smith's suicide (i.e., that it was a "sufficient condition"). Clearly his Neurontin-induced or worsened depressive disorder, suicidality, and hopelessness, and his previous physical injuries and chronic pain (cf., Trimble, 2007 @ 12, specific causation), and possible other suicide risk factors (like having guns in the home and being an aging white male) were <u>all</u> suicidogenic too.

However, and this is important, Richard lived with all these risk factors for many years without ever attempting suicide once. It was only <u>after</u> his gabapentin was prescribed on March 9, 2004 that Richard's behavior changed dramatically and he committed suicide. Furthermore, several of these suicide risk factors were produced by Neurontin ingestion.

There can be more than one proximate cause of an effect or outcome like suicide. "Proximate cause" means a necessary or substantial condition or "that without which not." A proximate cause is not a sufficient condition or the <u>only</u> cause in most cases of suicide.

Usually the **PDR** (Cf., Kruszewski, 2006) warns doctors that a "small vulnerable minority" of patients on psychotropic drugs like gabapentin may develop serious adverse events (SAEs, see above; Cf., Trimble, 2007 @ 43) as a result of taking the drug, like worsened depression, suicide ideation or attempts, or in rare cases, suicides (See gabapentin NDA # 20-235 Clinical Review, 1/31/92: pp. 81, 87, 98, 105 & 109).

In fact it is precisely these other suicide risk factors that I believe made Richard Smith a member of the "small vulnerable minority" of patients susceptible to SAEs like suicide from ingesting gabapentin. I opine that gabapentin was a "noticeable difference-maker" (that without which not) that pushed Richard over the edge into a violent, fatal suicide attempt.

I maintain that if Richard had not taken Neurontin, it is more likely than not that he would not have suicided (See final opinion, below). Thus,

gabapentin was a substantial or major proximate cause of Smith's suicide. The record shows that Richard's Neurontin was prescribed on March 9, 2004 and 67 days later, on Thursday, May 13, 2004, he attempted suicide for the first and last time in his life.

Of the many possible suicide risk factors (See Maris et al., 2000: Chapter 17) I have identified 15 that are statistically significantly more common in suicides than in non-suicidal controls (Maris et al., 2000: 80 ff & 1992). These risk factors or "predictors"* are:

| | Risk Factors | In Smith | Evidence |
|---|---|---|---|
| 1. | Depressive, mental, affective disorder | yes, induced, made worse by N. | |
| 2. | Alcoholism, drug, or substance abuse | no | ΨA 75-2 |
| 3. | Suicide ideation, talk, preparation | yes, | only after N. |
| 4. | History of suicide attempts | no | ΨA 75-4 |
| 5. | Lethal methods to attempts (like firearms) | yes | firearm (Cindy 69) |
| 6. | Isolation, loss of social support, rejection | no | ΨA 75-6 |
| 7. | Hopelessness, cognitive rigidity | yes, | N.-induced |
| 8. | Being an older white male | yes | death certificate |
| 9. | Suicide in family, genetics, modeling | no | ΨA75-9 |
| 10. | Work problems, unemployment | no | ΨA 75-10 |
| 11. | Marital or sexual problems | no | ΨA 75-11 |
| 12. | Stress, negative life events | yes | ΨA 75-12 |
| 13. | Anger, aggression, impulsivity, irritability | no | ΨA 75-13 |
| 14. | Physical illness | yes | ΨA 75-14 |
| 15. | Suicidal careers, co-morbidity, repetition | ? | ΨA 75-15 |

[ * What is predicted is group risk over a fairly long time frame; then we try to fit particular individuals into high-risk groups with shorter time frames, admittedly with less predictive power (= the proportion of true positives, roughly).  Thus, the phrase "risk-factors" is probably more apt than "predictors"]

Richard Smith did not have a history of suicide, suicide ideation, suicide attempts, or any mental disorders in his family (See Cindy @ 33, Gayle @ 20-21 & Sherri @ 44).

Thus, in my expert opinion Richard Smith probably had only 7 of 15 known suicide risk factors, and 3 of those were induced by Neurontin.  That is, he had about a 5 on a 10 point suicide risk scale or 48% overlap with known suicides traits.  Richard was a low moderate suicide risk, absent gabapentin ingestion.  Suicides tend to have most, if not all, of the suicide risk factors (for example, novelist Ernest Hemingway had all of the risk factors).  When a moderate suicide risk actually leads to a completed suicide, I often expect and/or find there to be some precipitant or "trigger" (such as a reaction to gabapentin).

23

**Fifth,** Richard had several personal characteristics that are known to be protective from suicide (See ΨA @ Q. 78 and Maris et al., 2000: 415-418).

These suicide protective factors include (Cf., Cindy @ 67):

- Richard was a long-time Church of Christ pastor, who knew suicide would violate the Ten Commandments (*Thou Shalt Not Kill"*).
- He had a loving wife of 59 years.
- He had four adoring, successful daughters.
- He normally had a calm mood and quiet self-confidence.
- He had a strong ego and a positive sense of self-worth.
- He was musical and life-affirming

In short, absent a Neurontin reaction, Richard Smith was one of the people least likely to kill himself. There were just not many alternative explanations for his suicide, other than Neurontin.

**Sixth,** Richard Smith did not kill himself because of his chronic physical pain.

One possible alternative explanation for Richard Smith's suicide was his relatively chronic physical pain (Cf., Trimble, 2007 @ 12, specific causation). After all, he did say in his suicide note: *Pain has taken over my mind and body."* However, Richard Smith had lived for many years (@ least 10 years since Dr. Stowers replaced his left knee in 1993) with skeletal pain (See Ruth @ 278), but was <u>never</u> suicidal before he took Neurontin (See Berklacich @ 16; Cindy @ 69, Gayle @ 73 & Sherri @ 31).

It is true that after 1/7/03 until his death on 5/13/04 Richard had at least episodic severe pain, if not chronic pain (he felt a little better for months [roughly 6 to 10/03] after his laminectomy on 4/1-3/03 – See Timeline; Mackey @ 69; Berklacich @ 19 & 42).

However, as Dr. Mackey said (@ 96), most people do not kill themselves over pain (See Ruth @ 189). There is a lot of pain in the world and very few suicides (See Maris et al., 2000: 343-344). Earlier (5/2/03), when Richard wished he could die because of pain, it was only three weeks after major back surgery (Mackey @ 118).

I think the difference in the post-Neurontin pain was what my mentor, Edwin Shneidman (1993) called "psychache" (Cf., Motto in Maris et al., 1992: 625 ff). That is, when Richard Smith says "*Nothing makes the pain*

24

better" or "The pain is always the same" (Berklacich @ 20 & 21), or in his suicide note: "*Pain has taken over my mind and body;*" Richard is reflecting his Neurontin-induced depression, hopelessness, and heightened suicidality, <u>not</u> a change in his physical pain.

It was <u>not</u> Richard Smith's physical pain that was different after 3/9/04, but rather his **psyche**, his mood or his Neurontin-induced <u>attitude</u> toward his pain. In short, Neurontin changed that pre-Neurontin positive attitude and destroyed Richard's will and ability to keep living.

> **Finally,** <u>it is more likely than not, if Richard Smith had not taken Neurontin on March 9, 2004 and thereafter, that he would not have committed suicide.</u>

In my previous research (See Maris, 1981) I have determined that most suicides have long (40 to 70 years) "suicidal careers." Suicides normally do not occur in a historical vacuum, "out of the blue." Usually there are multiple suicidogenic forces or factors both in one's family of origin and in one's own life over time.

Most people "work" at becoming a suicide. For example, they have to acquire the "ability to inflict lethal self-injury (See Joiner, 2005; e.g., through Richard's chronic pain). Because of these suicidogenic factors they may become part of Kruszewksi's (2006) "susceptible minority of vulnerable people," who may have serious adverse events after taking Neurontin.

Probably, most suicidal people never commit suicide. They muddle along like Richard Smith and end up dying naturally. For example, 85% of the people who attempt suicide never die by suicide. Richard survived many years of chronic pain <u>without once attempting suicide.</u>

I believe that gabapentin pushed Richard Smith over the edge. He changed dramatically after taking Neurontin. Gabapentin was the trigger that destroyed Richard Smith's prior considerable ability to cope with life's problems and to fend off suicide (Cf., Trimble, 2007 @ 13, specific causation).

This completes my expert opinion at this time. Of course, if I am provided with further materials, I reserve the right to amend or revise my opinions. I would be pleased to testify in deposition and/or trial. Until then, all best wishes.

25

Sincerely Yours,

*Ronald Maris*

Ronald Wm. Maris, Ph.D.
Suicide Expert
Distinguished Professor Emeritus
Adjunct Professor of Psychiatry
and Family Medicine
University of South Carolina

## References

American Psychiatric Association. 2000. **DSM-IV-TR.** Washington, DC: APA.

Arranz, Belen et al. 1994. Brain 5-HT$_{1A}$, 5-HT$_{1D}$, and 5-HT$_2$ receptors in suicide victims. **Biological Psychiatry** 35:457-463.

Äsberg. M, Träskman, L., & Thoren, P. 1976. 5-HIAA in the cerebrospinal fluid: a biochemical suicide predictor. **Archives of General Psychiatry** 136:559-562.

Äsberg, M., Schalling, D., Traskman-Bendz, L, Wagner, A. 1987. Psychobiology of suicide, impulsivity and related phenomenon. In Melzer, HY (Ed.). **Psychopharmaocology: Third Generation of Progess.** New York: Raven Press: pp. 665-668.

Baumeister, A.A. & Frye, G.D. 1984. Self-injurious behavior in rats produced by intranigral microinjection of GABA antagonists. **Pharmacology Biochemistry & Behavior** 21: 89-95.

Bennett, M.I. & Simpson, K.H. 2004. Gabapentin in the treatment of Neuropathic pain. **Palliative Medicine** 18: 5-11.

Brown, G.L., Linnoila, M.I., & Goodwin, F.K. 1992. Impulsivity, aggression, and related effects: relation to self-destructive behavior and suicide. Pp. 589-606 in R.W. Maris et al. (eds.), **Assessment and Prediction of Suicide.** New York: Guilford Press.

Cherek, D.R. et al. 2002. Acute effects of baclofen...on laboratory measures of aggressive responses... **Psychopharmacology** 164:160-167.

Collins, Jon & McFarland, B.H. 2007. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. **J.Affective Disorders** (in press, 6 pp.)

Crawley, J.N. et al. 1985. Animal models of self-destructive behavior and suicide. **Psychiatric Clinics of North America** 8-2: 299-309.

Fawcett, J.A. 1997. Suicide risk in depressive disorders and in panic disorder. **Journal Clinical Psychiatry** 53: 9-13.

Kelly, K.M. 1998. Gabapentin: antiepileptic mechanism of action. **Neurobiology** 38:139-144.

Kruszewski, Stephan P. 2006. Gabapentin: mechanism of mood-altering action. Plaintiff expert report for Crone v. Pfizer.

Healy, D. 1990. **The Antidepressant Era...** Cambridge: Harvard University Press.

Glenmullen, J. 2005. **The Antidepressant Solution.** NY: Simon & Schuster.

Joiner, Thomas. 2005. **Why People Die by Suicide.** Cambridge, MA. Harvard University Press.

Maris, R.W. 1969. **Social Forces in Urban Suicide.** Chicago: Dorsey Press.

Maris, R.W. 1981. **Pathways to Suicide.** Baltimore: Johns Hopkins University Press.

Maris, R.W. 1986. **Biology of Suicide.** NY: Guilford Press.

Maris, R.W. 1992. **Assessment and Prediction of Suicide.** NY: Guilford Press.

Maris, R.W. 1997. Suicide. In **Encyclopedia of Human Biology**, 8/2, 2 nd ed., 255-NY: Academic Press.

Maris, R.W. et al. 1998. **Risk Management with Suicidal Patients.** NY: Guilford Press.

Maris, R.W. et al. 2000 (2 nd edition, 2007). **Comprehensive Textbook of Suicidology.** NY:    Guilford Press.

Maris, R.W. 2002. Suicide. **The Lancet** 360: 319-326.

Maris, R.W. 2007. A comment of Robert D. Goldney's *Historical Note on Suicide During the Course of Treatment of Depression.* **Suicide and Life-threatening Behavior** 37(5): 600-601.

McCormick, Cynthia G. 1992 (1/31). NDA # 20-235, Clinical review of Gabapentin, 70-113.

Pinninti, N.P. 2001. Gabapentin-associated aggression. Letter to **Journal of Neuropsychiatry & Clinical Neuroscience** 13-3: 424.

Rao, M.L. et al. 1988. Gabapentin augments whole blood serotonin in healthy young men. **J. Neural Transmission** 73: 129-134.

Schlicker, E. et al. 1984. Gabaβ receptor-mediated inhibition of serotonin... **Archives of Pharmacology** 326: 99-105.

Srivastava, S.K. 2000. Facilitation of behavioural depression by...antiepileptic drugs. **Indian J. Pharmacology** 32:31-33.

Raskin, D.E. 1972. Akathisia: a side-effect to be remembered. **American Journal of Psychiatry** 129(3): 345-347.

Taylor, C.P. et al. 1998. A summary of mechanistic hypotheses of gabapentin pharmacology. **Epilepsy Research** 29:233-249.

Van Heerington, K. 2003. The neurobiology of suicide and suicidality. **Canadian J. Psychiatry** 48-5: 292-300.

Van Putten, T. 1975. The many faces of akathisia. **Comprehensive Psychiatry,** 16/1: 43-46.

**(end)**