# EXHIBIT 16

**Case # : 231407-06  Case or File Name:** ___Richard H. Smith___

Received : 5 |26|07

Re'd : 6|13|07

# Psychological Autopsy
# & Death Investigation

*(This instrument is intended for the retrospective examination of scientific evidence relevant to manner of death determination, with a special focus on the causal relationship of Neurontin/gabapentin to death outcome)*

who prepared this ΨA ?
MI chelle FAY
on 5|24|07



DS EXHIBIT
9-30-08
30

2

# CONTENTS

**Sections**                                                    **Page**

1.  Biodemographic Overview.............................  3
2.  Event/Incident Description..........................  4
3.  Social and Family History...........................  7
4.  DCD's Treatment History.............................  11
5.  Medications Involved................................  14
6.  Medical Examiner/Coroner Records....................  15
7.  Possible Drug Mechanisms of Suicide Etiology........  17
8.  Changes After Ingesting Neurontin...................  20
9.  Police Incident Reports.............................  22
10. Maris' Fifteen Suicide Predictors...................  24
11. Suicide Risk Scale..................................  31
12. DSM-IV Criteria for MDD.............................  31
13. Suicide Protective Factors..........................  32
14. Personal Documents..................................  33
15. School Records......................................  34
16. Work, Employment, Military Records..................  36
17. Puzzling Paradox Paradigm...........................  38
18. List of Possible Witnesses..........................  39
19. Private Investigator Reports........................  39
20. Pictures of the DCD & Family........................  39
21. Relevant Information Not Asked About................  40
22. Methodological Appendix.............................  41
23. Additional Overflow Space...........................  42

3

## Section 1.  Biodemographic Overview

1.      Deceased or injured's name:  Richard H. Smith

2.      Height:  75"      6' 3"

3.      Weight in lbs.:  usual 210  & at death 210

4.      Age at death or injury:   79 years &  4  months ▆▆▆▆▆

5.      Race:  White X  African-American _____  Asian _____

        Other _____  (specify: _____ )

6.      Usual occupation: service manager and minister

        & duties business machine repair service manager and inventory

        control; minister and song leader

7.      Brief work history from first to last job ( See Section 16) and current

        employment status (e.g., employed, unemployed, fired, retired, other):

        DCD continued to work part-time until the last few weeks of his life.

        US Army Air Corp – mechanic – WWII

        Nashville Office Machines – service manager – 1947 – 2004

        Church of Christ – minister – 1947 – 2004

8.      Marital status at death:  Married X  Single _____  Divorced _____

        Separated _____  Gay or Lesbian _____  Other _____  (Partner, etc.)

4

9.    Marital History/ Adult Relationships (inc. "affairs") (get dates of each

marriage, relationship, cohabitation; See Section 3):

married to Ruth Brown from 8/1/1945 until death

10.    List all children, their names, & DOBs (See Section 3):

(How?)  Hydrocephalic

██████████████████████

████████████████

████████████████

████████████████

████████████████    (How?)  Breast cancer

11.    What was the highest year of education the DCD completed? ( See
section 15):

a.  Elementary School (circle) 1    2    3    4    5    6    7    8

b.  High School              1    2    **(3)**    4

c.  College:                 1    2    3    4    5 or more

d.  Highest degree: _____

12.    What was the DCD's annual income in their last job?  $13,000.00

**Section 2.  Event/Incident Description**  (use more space on p. 46,  if
needed)

13.     Describe in detail what happened (e.g., events surrounding the
suicide, homicide, homicide-suicide [indicate MOD], injury, etc.):

*Didn't sleep together?*

Exhibit # 14, pages 44 and 45: wife Ruth Smith woke up at 5:01am and went downstairs towards DCD's bedroom, saw the light on, didn't want to disturb DCD, so she went into the den to lie down on the sofa.  A few minutes later, DCD came into the den and asked wife what she was doing, to which wife replied she was resting.  Wife asked DCD if he needed her to rub his back or legs.  DCD said no and left the den.  Then wife heard "…something like it had fallen, so I just said, you know, to myself –I may have said out loud, 'what's that?' and I jumped up and ran back to our office, and nothing back there.  And I ran to the other side of the house.  I thought maybe he had fallen.  And he had locked the door, and I banged on the door and said, 'Richard, open this door,' screaming at him.  But I knew he had taken his life.  I could hear the blood gushing out of him.  And I ran back to the other side, grabbed a phone, and called 911."  Once wife was able to open the door, she discovered DCD "…was on his knees praying, and he had fallen back against the night stand.  He was down on his knees…and the blood covered the bed, the floor…"  At that point, the police arrived.

14.     When did the death/injury occur?

            a.  date :   05/13/04

            b. day of the week:  M  T  W  (TH)  F  S  S

    c. time of day (use 24 hour clock):  <u>05:05</u>  hours

15. Where did the incident occur (See Q. 74)?

    a. Home <u>X</u> (specify room:  <u>downstairs bedroom</u> )

    b. Work _____

    c. Public place _____  (specify: _____ )

    d. Jail or prison _____ (specify which: _____ )

    e. City:  <u>Nashville</u>

    f. State:  <u>TN</u> (use initials)

    g. County <u>Davidson</u>

    h. Country <u>USA</u>

16. What method was used (See Q. 85-5)?

    a. firearms <u>X</u>   (be specific:  <u>pistol</u> )  *Type ?*

    b. drugs/medications: _____ (specify: _____ )

    c. hanging _____

    d. carbon monoxide poisoning _____ (car or oven? _____)

    e. jumping _____

    f. poison _____ (say which: _____ )

    g. drowning _____

    h. suffocation by a plastic bag _____

    i. cutting or piercing instruments _____

7

    j.  explosives \_\_\_\_

    k.  other \_\_\_\_ (specify: _____ )

17.  Who discovered the body or injured person and how?
*(Relationship to the DCD?  Was discovery time different than death time?)*

Exhibit 14, pages 44 and 45:  wife Ruth Smith, within minutes of

hearing the gun shot, discovered DCD had locked himself in his bedroom.

Once wife was able to open the door, she discovered DCD "…was on his

knees praying, and he had fallen back against the night stand.  He was down

on his knees…and the blood had covered the bed, the floor.."

18.  Was a suicide note or other note left (if 'yes,' get a copy & attach)?

    a.  Yes  X

    b.  No \_\_\_\_

    c.  To whom was the note addressed?  Not specifically addressed to anyone, found by body

    d.  Was there more than one note? No

    e.  What was the general content of the note?

    Exhibit #3: "Pain has taken over my mind and body" " I cannot

    have my body, the temple of the Holy Spirit cut on anymore" "I have

    talked to God all night and He understands"

8

    f.  What was the predominant tone or type of note (e.g., ask forgiveness, accusatory, express love, religious themes,  give pragmatic details, disorganized, etc.)?

Discussed medical condition and had religious tone

19.  Describe in some detail what happened in <u>the two weeks prior</u> to the incident.  Was there any "trigger" of  the suicide the day or just before the suicide?

Exhibit #3, page 12:  Dr. McCombs' 5/5/04 office note states "Pt called c/o pricking/sticking feeling in buttocks and legs.  He states that he is taking advil and Neurontin, lortab w/ no relief.  He is having PT at present but that hasn't helped so far.  ESI has been authorized but Pt does not want to do that now."  ? WHAT (*illegible handwritten note*)

Exhibit #4, page 8:  DCD wrote the following note on his copy of Dr. McCombs' record "5/5/04 – called Gloria at McCombs about pricking.  She called back, they have nothing to offer but injections at White Bridge Rd."

Exhibit #8:  on 5/10/04, DCD told his dentist that he was "…still troubled by back pain…an end to pain seemed to be hopeless…trying to get second opinion but each orthopedic physician he saw seemed to tune him out after hearing he already had surgery."

Exhibit #14, pages 42 and 43:  wife Ruth states that on 5/12/04, the day prior to DCD's suicide, "he mostly would lay around trying to be out of pain.  But we had eaten a bite of lunch and I was going to go out…and I

9

asked him if he would like to go with me.  And he said, 'No, honey, I don't really feel like it.'"  Upon wife's return home, she and DCD had dinner, watched television, discussed DCD's medical appointment for the next day and went to bed.

Exhibit # 14, pages 44 and 45: wife Ruth Smith woke up at 5:01am on 5/13/04, the day of DCD's suicide, and went downstairs towards DCD's bedroom, saw the light on, didn't want to disturb DCD, so she went into the den to lie down on the sofa.  A few minutes later, DCD came into the den and asked wife what she was doing, to which wife replied she was resting. Wife asked DCD if he needed her to rub his back or legs.  DCD said no and left the den.  Then wife heard "…something like it had fallen, so I just said, you know, to myself –I may have said out loud, 'what's that?' and I jumped up and ran back to our office, and nothing back there.  And I ran to the other side of the house.  I thought maybe he had fallen.  And he had locked the door, and I banged on the door and said, 'Richard, open this door,' screaming at him.  But I knew he had taken his life.  I could hear the blood gushing out of him.  And I ran back to the other side, grabbed a phone, and called 911."  Once wife was able to open the door, she discovered DCD "…was on his knees praying, and he had fallen back against the night stand. He was down on his knees…and the blood covered the bed, the floor…"

10

### Section 3. Social & Family History

20.    DCD's name (married and maiden)?  <u>Richard H. Smith</u>

21.    Spouses'/Partner's  names? (total # of all marriages =<u>1</u>;  1=1st, 3 rd = last)

| Name | Dates married/Cohab. | Div. Date | Sep. |
|------|----------------------|-----------|------|
| 1. <u>Ruth Brown</u> | <u>8/1/45 until DCD's death</u> | | |

22.    Children names? (total # of children <u>5</u> & by which marriage or

relationship?)  <u>All children were with wife Ruth</u>

| Name  (& married) | DOB | DOD | Any special problems? |
|-------------------|-----|-----|-----------------------|
| | | | *(ADHD, substance abuse, serious illness, accidents, school problems, etc.)* |



1.

2.

4.

5.

23.    Father's Name?

| | Date married | Div. | Sep. |
|---|------------|------|------|
| <u>Finis Ewing Smith</u> | <u>unknown</u> | _____ | _____ |

11

24.     Mother's Name?

|                    | Date Married | Div. | Sep. |
|--------------------|--------------|------|------|
| Mary K. Hartman    | unknown      | _____ | _____ |

26.     (Current or last) Spouse's/Partner's  Father's Name?

|                | Date Married | Div. | Sep. |
|----------------|--------------|------|------|
| Archie Brown   | unknown      | _____ | _____ |

27.     Spouse's/Partner's  Mother's Name?

|                      | Date Married | Div. | Sep. |
|----------------------|--------------|------|------|
| Carrie M. Shepherd   | unknown      | _____ | _____ |

28.     Grandfather's Name?  (Ma & Pat)  Richard Hartman    _____

29.     Grandmothers Name?  (Ma & Pat)  Annie Hartman    _____

30.     Spouse's Grandfather?  (Ma & Pat) _____  _____

31.     Spouse's Grandmother?  (Ma & Pat) _____  _____

32.     Total number of aunts _____ and uncles _____

33.     Who of aunts or uncles was DCD closest to?

        Many predeceased DCD; not particularly close.

34.     Total number of first cousins? _____

35.     Who among cousins was the DCD closest to?

        Many predeceased DCD; not particularly close.

36.     List the siblings of the DCD.

| Name | DOB | Suicide?Death?MentalIllness?. |
|------|-----|-------------------------------|
| a. | Lillian Smith Davy | ████████ ceased 1942 |
| b. | Finis E. Smith | ████████ eceased 1985 |
| c. | Tom Smith | ████████ deceased 1989 |
| d. | Katherine Smith Hughes | ████████ deceased 2003 |
| e. | Mary Smith Duffle | ████████ |

36. Any history of mental disorder in the family?  If yes, specify who, what & when (See Q. 85-9).

   No history of mental disorder in DCD's family prior to DCD's

   suicide.  DCD's daughter, Sherri Smith Hoskins, sought brief

   treatment for grief concerning DCD's suicide.

37. Any history of suicide, homicide, violence or crime in the family?  If yes, specify who,  what, and when.  Was the DCD ever sexually (No) or physically abused (No)?  Did the DCD abuse animals (No)?

   No history of suicide, homicide, violence or crime by DCD or DCD's

   family.

38. Any history of alcoholism or substance abuse in the family?  If yes, specify who, what, and when (See Q. 85-2).

   No history of alcoholism or substance abuse by DED or DCD's

   family.

39. Any history of major physical illness or injury in the family?  If yes, specify who, what, and when.

DCD's son, Jimmy Smith, died was hydrocephalic and DCD's

daughter, Donna Smith Carnahan, died from breast cancer.

## Section 4.  DCD's Treatment History

(Get all medical, psychiatric, psychological, psychotherapy, etc., treatment records and attach them to the file)

40.   Psychiatric/psychological Prescription history (Pain Management vs Anti-Depressant?)
   DCD was not prescribed psychiatric drugs.

41.   Psychiatric/psychological Treatment history?


   DCD was never had any psychiatric diagnoses nor treatment.

41.   If there were more than five psychiatric hospitalizations, what was the total number of all psychiatric hospitalizations?

   0  times.

42.   List the major physical illness or injuries (inc., car wrecks or accidents), including dates and treatments (inc., surgeries).
   a. back injury 1/2003 resulting in surgery 4/1/03

      b. degeneration to various joints resulting in surgery to:

         i.   1985 knee cartilage repair

         ii.  1988 knee cartilage repair

         iii. 1993 knee replacement

         iv.  1996 hip replacement

      c. prostate surgery approximately 1990

14

       d. <u>basal cell carcinoma removed from nose 9/2003</u>

       e. <u>cataract removed 12/2003</u>

43.   List all other therapists (dates/phone #) seen; including social workers, marital and counselors (inc., school & pastoral), psychotherapists. For what, when, how long?

       <u>None</u>

44.   What was the **one** major, recurring psychiatric disorder (if any) that the DCD had (such as major depressive episodes, bipolar I or II, schizophrenia, borderline or antisocial personality, anxiety or panic disorder, alcohol or other substance abuse, etc.)? Was there any Personality Disorder(s) on Axis II; specify?

       <u>DCD was never diagnosed with any psychiatric disorder, though he</u>

       <u>occasionally complained of depression.</u>

**Section 5.  Medication Involved**

45.   Which medications was DCD taking at time of or **just before** death?

       a. <u>Neurontin 300mg</u>  ——  *when c P c T?*  *3/9/04*

       b. <u>Lortab 5</u>

       c. <u>Advil</u>

46.   Do the police or family actually have possession of the pill bottles? If yes (<u>X</u>), how many pills/capsules were prescribed and remain for each of the above?

Family still has samples of Neurontin that were given to DCD.

47.  Were any of the medications samples (yes <u>X</u> ) and, if so, which of the above and from whom?

Samples of Neurontin were provided by Pam Krancer, RN of Dr.

McCombs' office.

48.  Were the above medications actually taken and who witnessed the pill taking?

Exhibit # 14, page 37:  DCD's wife Ruth did observe DCD take

Neurontin.  Wife stated, "At this time I can't recall whether I observed him

every time, but he usually kept it on the dinette table, and that's where he

would take it."  Wife also confirmed that it was DCD's usual practice to take

medication as prescribed by his doctor.

49.  Did the DCD have any reactions/allergies to the above medications? If yes, to which medication, describe side effect(s), & when it started. (E.g., rash, hives, nausea, sleep disorder, neurological, psychological, anxiety, etc.  See p. 46 for more space.  If psychological, describe behaviors.  From family or records?)

Exhibit #14, page 42:  wife Ruth notes that for 3 or 4 weeks while on

Neurontin, she noticed that DCD "…would pull at his ear, rub his head

and just things like that."  Wife believed "…it was just nervousness."

Exhibit #14, page 37:  approximately 3 weeks prior to his suicide,

DCD asked wife if she thought "…God would forgive me if I just do

away with myself."  Approximately the same time, DCD told wife

"There's something wrong with my mind.  I don't think like I used to."

Exhibit #14, page 38:  according to wife Ruth, DCD told his son-in-

law, Wes Carnahan, that, "I'm on Neurontin, and it makes me feel

loopy."

Exhibit #8: DCD told his dentist, Christopher Wood, DDS, that

Neurontin "…makes me feel weird and isn't helping me."  This

conversation is memorialized in a letter written by Dr. Wood to DCD's

family.

50.   List all the psychoactive medications that DCD has **ever** taken

Name (brand/generic)            Dose        Schedule        Start/Stop
                                *(mg)  HS  qd  bid  tid  PRN  date*

1. None

## Section 6.  Medical Examiner/Coroner Records

(Get copies of all medical examiner records; including the death certificate,
autopsy, wound descriptions, toxicology screens, body and scene photos,
manner of death opinions.  Drugs may be *metabolites* of drugs taken)

51.   What toxicology drug screens were done and what were the results?

Drug Type        Name            Level            Check, if +
                                 *(mg/ml, etc.)*

1. NEURONTIN              No toxicology screen was done

2. BZ, anxiolytic        _____  _____      _____

3. Antipsychotic      _____  _____       _____

4. Ethanol            _____  _____       _____

5. Analgesic          _____  _____       _____

6. Narcotic           _____  _____       _____

7. Barbiturate        _____  _____       _____

8. Amphetamine/Stim.  _____  _____       _____

9. Mood Stabilizer    _____  _____       _____

10. Cocaine           _____  _____       _____

11. CO                _____  _____       _____

12. (Other)           _____  _____       _____

13. (Other)           _____  _____       _____

14. (Other)           _____  _____       _____

52.   What <u>manner</u> of death did the Medical Examiner/Coroner certify?

      Suicide   Homicide   Accident   Natural   Pending   Undetermined

        <u>X</u>      _____  _____  _____  _____  _____

53.   If a firearm or violent death, describe the wound (be precise: e.g.,
      contact, front to back, down or up, gunshot residue, entry-exit,
      position on body or head, multiple wounds, # of stabs, etc.).

      Exhibit #11: "contact gunshot wound of head"

54.   Were any special studies done (e.g., by the state crime lab, the FBI, or
      a private consultant, a second autopsy, etc.)? If yes, describe and
      date. If blood is available for testing by Genelex (www.genelex.com )

state whether or not the DCD had a deficiency in the cytochrome p450 2D6 enzyme.

<u>No special studies were done</u>

56.    Were there any photographs taken?  Indicate, if yes (<u>unsure</u>) and if interviewer has copies attached ( <u>YES</u> )

## Section 7.  Possible Drug Mechanisms of Suicide Etiology

(Here the interviewer should discover and record any neurological, behavioral, physical, or attitudinal changes that occurred <u>after</u> the ingestion of NEURONTIN.  List the source and the credibility of the source.  "After ingesting the NEURONTIN" means within 30 days after, if not specified; but the time should always be specified, if known.  Of course, one needs to be sensitive to intervening variables, the presence of other medications, whether the NEURONTIN may have potentiated or interacted with other medications, and if other medications may have reduced the effects of NEURONTIN.)

57.    Did the DCD suffer from the following behavioral, physical, or attitudinal changes that occurred <u>after</u> the ingestion of NEURONTIN?

| Issue | Yes | No |
|-------|-----|-----|
| Hopelessness | X | |
| Depersonalization | | X |
| Hostility | | X |
| Agitation | | X |
| Impulsiveness | | X |
| Anger | | X |
| Aggression | | X |
| Depression | | X |

| | |
|---|---|
| Insomnia | X |
| Apathy | X |
| Disinterest | X |
| Poor concentration | X |
| Irritability | X |
| Indecisiveness | X |
| Inability to think | X |
| Emotional Lability | X |
| Psychosis | X |

References to specific Exhibits regarding the above issues:

(a)    Exhibit #8          hopelessness              5/10/04

  Discuss: Several days prior to his suicide, DCD tells his dentist,

Christopher Wood, DDS, that "…an end to pain seemed to be hopeless."

DCD also stated that he felt he was "…almost useless."

(b)    Exhibit #9          hopelessness              5/13/04

  Discuss: In his suicide note, DCD writes, "Forgive me, I cannot go on

like this."

(c)    Exhibit #9          inability to think           5/13/04

  Discuss: In his suicide note, DCD writes, "Pain has taken over my

mind and body."

(d)     Exhibit # 14, page 37      inability to think          4/2004

     Discuss: <u>DCD told wife "There's something wrong with my mind.  I</u>

<u>don't think like I used to."</u>


## Section 8.  Other Changes After Ingesting NEURONTIN

(Section 7 asked about **specific** side-effects of NEURONTIN medications.
Section 8 is broader and involves **any other** changes)

58.     Describe all behavioral and attitudinal changes in the DCD
     observed <u>after</u> starting the NEURONTIN medicine(s),  when they
     occurred, and who witnessed them.  E.g., did the DCD give evidence
     of deteriorating work (<u>No</u>) or lessened social adaptation (<u>No</u>)?
     Specify the time frames .

     <u>Exhibit #14, page 42:  wife Ruth notes that for 3 or 4 weeks while on</u>

<u>Neurontin, she noticed that DCD "…would pull at his ear, rub his head</u>

<u>and just things like that."  Wife believed "…it was just nervousness."</u>

     <u>Exhibit #14, page 37:  approximately 3 weeks prior to his suicide,</u>

<u>DCD asked wife if she thought "…God would forgive me if I just do</u>

<u>away with myself."  Approximately the same time, DCD told wife</u>

<u>"There's something wrong with my mind.  I don't think like I used to."</u>

     <u>Exhibit #14, page 38:  according to wife Ruth, DCD told his son-in-</u>

<u>law, Wes Carnahan, that, "I'm on Neurontin, and it makes me feel</u>

<u>loopy."</u>

> Exhibit #8: DCD told his dentist, Christopher Wood, DDS, that
> Neurontin "…makes me feel weird and isn't helping me."  This
> conversation is memorialized in a letter written by Dr. Wood to DCD's
> family.

59.  Was there any *de novo* suicide ideation that emerged after the DCD
took the NEURONTIN?  If yes, elaborate (See Q. 113).  Did the DCD
have intolerable mental anguish, which required immediate relief?
Quote any specific statements made by the DCD.  When did these
ideas occur?

> Exhibit #14, page 37:  approximately 3 weeks prior to his suicide,
> DCD asked wife if she thought "…God would forgive me if I just do
> away with myself."  Approximately the same time, DCD told wife
> "There's something wrong with my mind.  I don't think like I used to."

60.   Did the DCD's behavior, thoughts, or sensations become "ego-
dystonic" (not him or her usual self; like a different person, estranged
from themselves, out-of-sorts, confused, depersonalized) after taking
the NEURONTIN?  If yes, elaborate (See Q.116).  Did this occur
within 30 days after ingesting the NEURONTIN? Yes When?

> Exhibit #14, page 42:  wife Ruth notes that for 3 or 4 weeks while on
> Neurontin, she noticed that DCD "…would pull at his ear, rub his head
> and just things like that."  Wife believed "…it was just nervousness."

22

Exhibit #14, page 37:  approximately 3 weeks prior to his suicide,
DCD asked wife if she thought "…God would forgive me if I just do
away with myself."  Approximately the same time, DCD told wife
"There's something wrong with my mind.  I don't think like I used to."

Exhibit #14, page 38:  according to wife Ruth, DCD told his son-in-
law, Wes Carnahan, that, "I'm on Neurontin, and it makes me feel
loopy."

Exhibit #8: DCD told his dentist, Christopher Wood, DDS, that
Neurontin "…makes me feel weird and isn't helping me."  This
conversation is memorialized in a letter written by Dr. Wood to DCD's
family.

*— so more zombie-like
lethargy?*

61.   Did the DCD become violent, aggressive, irritable, or "snappy" after
      ingesting the NEURONTIN, in a way that they were not before taking
      the NEURONTIN? If yes, which?   Elaborate and give examples.

      No

62.   Did the DCD start to talk about dying or suicide after ingesting the
      NEURONTIN?  Was this talk *different* than before ingesting the
      NEURONTIN (Yes)?

      Exhibit #14, page 37:  approximately 3 weeks prior to his suicide,
      DCD asked wife if she thought "…God would forgive me if I just do
      away with myself."  At this time, DCD was on Neurontin.

23

Exhibit #4, page 4:  prior to the Neurontin prescription, Dr. McCombs' 5/2/03 office note states, "Spoke with patient's daughter. States patient wishes he could die because of pain and depression." DCD wrote a note on a copy of this record that, "I was not aware that my daughter spoke to Dr. McCombs.  I was in a lot of pain and medication and could have said something like this.  I am healthy and still working some when possible."

63.   Did the DCD do anything unusual after taking the NEURONTIN that they had not done before taking the NEURONTIN?  If yes what and when?

Exhibit #14, page 42:  wife Ruth notes that for 3 or 4 weeks while on Neurontin, she noticed that DCD "...would pull at his ear, rub his head and just things like that."  Wife believed "...it was just nervousness."

24

## Section 9.  Police Incident Reports

(Get all police [local, state, federal (FBI), etc.] investigation or incident reports (including affidavits of witnesses) of suicide death or attempt or homicide death or attempt)

64.    Where did the death or injury occur?

Home         Hospital/ER    Jail/Prison      Public Place (where?)

   X          _____        _____          _____  _____

65.    Was anyone charged with a crime?  If yes, who and for what?

No

66.    Did the DCD have an arrest record?  If yes, for what and when?  Get copies of any court hearing or sentencings).

No

67.    Did an EMT or EMS respond to the incident?  If yes, get their records.

No

68.    Did the police take photographs or videos of the body, death scene, home, public place, etc.?  If yes, get color copies of all photos, etc.

Unsure

69.    Was the DCD on any suicide watch?  If yes, say which kind and for how long (Circle:  24/7   15 min.    30 min.    60 min.)?

No

70.    Was the death instantaneous?  If not, estimate the time interval from

act to death in minutes and/or hours.

<u>Death was within minutes</u>

71.  Was the death/injury witnessed?  If yes, by whom?

<u>Exhibit 14, pages 44 and 45:  wife Ruth Smith, within minutes of</u>

<u>hearing the gun shot, discovered DCD had locked himself in his bedroom.</u>

<u>Once wife was able to open the door, she discovered DCD "…was on his</u>

<u>knees praying, and he had fallen back against the night stand.  He was down</u>

<u>on his knees…and the blood had covered the bed, the floor.."</u>

72.  Were any police diagrams or schemata of the incident or place of
    death drawn/produced?  If yes, get copies.

<u>No</u>

73.  Was there a post-mortem police or institutional review of the
    incident?  If yes, get a copy.

<u>No</u>

74.  Which police officer was in charge of investigating the incident (his
    name and rank)?

<u>Officer Jason S. Moyot and Detective Satterfield of the  Metropolitan</u>

<u>Nashville Police Department</u>

26

**Section 10.  Maris' Fifteen Suicide Predictors**
(The main interviewing task here is to get positive or negative checks to
each of Maris' 15 suicide predictors [Maris et al, **Comprehensive
Textbook of Suicidology,** Guilford, 200), p. 80, Table 3.6] and then to
calculate how many predictors out of 15 the DCD had.  Calculate a % and
record in Question 86, below.  *Clearly, this information is redundant of
some of the data in QQ 1-84 and is placed here to have all the information
together in one place.  The interviewer may wish to transcribe some the
information from prior questions, rather than ask them all here again)*

*[handwritten: 15 PRE-DICTOR QFS]*

75.    **Fifteen Predictors**:

1.  Did the DCD have a <u>depressive</u> or other mental <u>disorder</u> at or just
prior to their death (especially any "major depressive episodes")?

*(Get all the DCD's prior psychiatric or psychological records, inc.,
all diagnoses, admission & discharge summaries, mental status tests,
progress notes, suicide watch records, psychological tests
done,(especially the Hamilton or Beck Depression Inventories, & MD
orders).  In section 12,Q. 87 below, ask about the DSM-IV 9
diagnostic criteria for major depressive episode).  Record the DSM*
code & name for each disorder.  *[handwritten: Bon 12 ci ch ?.   2|27-28) 03]*

   <u>Exhibit #1, page 4:  on Dr. Hampf's new patient questionnaire</u>

DCD notes he is "depressed because of pain and lack of sleep."

However, DCD was n~~ever diagnosed nor~~ *[handwritten: dx ed]* treated for depression.

2.  <u>Alcohol/drug abuse:</u>  Record the types (beer, wine, hard liquor)
and amounts.

   <u>DCD did not consume any alcohol or illegal drugs</u>

   Beer  Wine  Hard Liquor  Cocaine  BZ  MJ  Amph.  Other

a. Yes  ___  ___  ___  ___  ___  ___  ___  ___

b. Amt.  ___  ___  ___  ___  ___  ___  ___  ___

27

c. Was DCD ever in AA or Al-anon? _____

d. What was the DCD's BAL @ death or injury? _____

e. What was the primary substance DCD preferred? _____

b. Was the DCD ever an alcoholic?  If yes, specify: _____

c. When did the DCD consume the above substances?

_____

_____

d. At the time of death what was the primary substance, if any?

_____   _____

3. Suicide ideation:                                          $c?$.

a. List all suicide ideation and date all ideas: _____ 4/22/04

Exhibit #14, page 37:  approximately 3 weeks prior to his suicide,

DCD asked wife if she thought "…God would forgive me if I just do

away with myself."

Exhibit #4, page 4:  Dr. McCombs' 5/2/03 office note states, "Spoke

with patient's daughter.  States patient wishes he could die because of

pain and depression."  DCD wrote a note on a copy of this record that, "I

was not aware that my daughter spoke to Dr. McCombs.  I was in a lot of

pain and medication and could have said something like this.  I am

healthy and still working some when possible."

b. What were DCD's specific plans/methods?

   DCD did not state any specific plans or methods.

c. Were these ideas fleeting or chronic (most all the time) ?

   Fleeting

4.   Prior Suicide Attempts:

a. How many total suicide attempts did the DCD make and who
   reported them?   DCD did not have any prior suicide attempts.

b. History of DCD's suicide attempts?

| Month | Year | What Happened? | Cause? |
|-------|------|----------------|--------|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |

5.   Lethal Methods (*See QQ 13-17, above*):

a. Firearms?   Yes  X  No  _____

   i. Type of gun/firearms? pistol

   ii. Stored in home?  Yes Where?  In the closet
       (*Was there a safe or locked cabinet?  No* )

29

iii. Ammo kept in the firearm?    <u>unknown</u>

iv    Trigger locks on firearms? <u>unknown</u>

v.  Whose firearm was it? <u>DCD's</u>

vi.  Total # of firearms in the home or vehicles? <u>3</u>

b.  Hanging?  Yes _____  No <u>X</u>  Describe _____

_____

c.  Overdose?  Yes ___  No <u>X</u> What type drugs (NEURONTIN,

etc)?

_____

d.  Cutting/piercing?  Yes _____  No <u>X</u>  Describe _____

_____

e.  CO poisoning?  Yes _____  No <u>X</u>  Describe _____

_____

f.  Drowning?  Yes _____  No <u>X</u>  Describe _____

_____

g.  Suffocation (e.g., plastic bag)?  Yes _____  No <u>X</u>  Describe

_____

h.  Jumping?  Yes _____  No <u>X</u>  Describe _____

_____

i.  Fire?  Yes _____  No <u>X</u>  Describe _____

_____

j.  Gases? Yes _____ No X Describe _____

_____

k.  Household poison (specify)? Yes _____ No X Describe

_____

l.  Explosives? Yes _____ No X Describe _____

_____

m.  Electrocution? Yes _____ No X Describe _____

_____

n.  Plane crash or vehicle (car, train, etc.)? Yes _____ No X

Describe _____

o.  Other (specify)? Yes _____ No X Describe _____

_____

6.  Social Isolation:

a.  Was the DCD living alone at the time of incident? No

b.  Had there been recent loss of social support? No

(*If yes, say when:* _____)

c.  Number close friends of DCD? 2 other than family Name 3 best

friends (phone?).

i.  John Gray, co-worker, Nashville Office Machines

31

    ii. <u>Bill Allen, church member</u>

  c. Was the DCD divorced or separated? <u>No</u>

  d. How many children did the DCD have? <u>5</u> (See Q. 22)   <u>4</u>

   <u>children still living at time of DCD's suicide</u>

  e. Was the DCD in physical confinement @ time of incident? <u>No</u>

   *(Circle one:  Jail, Prison, Hospital, Seclusion, Other)*

 7. <u>Hopelessness:</u>

  a. Would you describe the DCD as feeling hopeless just before
   incident? <u>Yes</u>

  b. Did you see the DCD as cognitively rigid or inflexible? <u>No</u>

 8. Was the DCD an <u>older white male</u> (45 years +)? <u>Yes</u>

 9. <u>History of Suicide</u> in the Family  (See Q. 37, above)?

  a. Were there any suicides in the DCD's family? <u>No</u>

  b. Was there any mental illness in the family? <u>No</u> (Q. 36)

3. Did the DCD have any  <u>work problems</u>? <u>No</u>  (See Q. 7)

 11. Did the DCD have any <u>marital problems</u>? <u>No</u>  (See Q. 9)

 12. <u>Stress:</u>  List and date all negative life events and stressors (esp.
    recent events).

  a. <u>DCD's 1/2003 back injury, 4/1/03 surgery and recovery</u>

      b. <u>DCD's daughter, Donna Smith Carnahan, diagnosed in 2001</u>

<u>with breast cancer, which she was still battling at the time of</u>

<u>DCD's suicide</u>

13. <u>Anger, Aggression, Impulsivity:</u>

    a. Did you see the DCD having a temper or being an angry person?  <u>No</u>

    b. Was the DCD an aggressive person? <u>No</u> If yes, circle relevant type:  predatory, intermale, fear-induced, territorial, maternal, irritability, instrumental (i.e., to achieve an end).

    c. Did the DCD meet the criteria for a DSM impulse-control Disorder  (<u>No</u>)?  If yes, indicate type:

        *(a variety of conditions involving poor impulse control)*

        i.  intermittent explosive disorder?  _____
        ii. kleptomania?  _____
        iii. pyromania?  _____
        iv. pathological gambling?  _____
        v.  trichotillomania?  _____
        vi. NOS?  _____

14.    DCD have any history of <u>physical illness</u> ?  (See Q. 42)  <u>Yes</u> (relate to **CTS,** Table 14.2)

    a.  <u>back injury 1/2003 resulting in surgery 4/1/03</u>

      b. <u>degeneration to various joints resulting in surgery to:</u>

        i.  <u>1985 knee cartilage repair</u>

        ii. <u>1988 knee cartilage repair</u>

        iii. <u>1993 knee replacement</u>

iv. <u>1996 hip replacement</u>

c. <u>prostate surgery approximately 1990</u>

d. <u>basal cell carcinoma removed from nose 9/2003</u>

e. <u>cataract removed 12/2003</u>

15. <u>Suicidal Career</u> (Cf., **CTS** , Figure 2.6):

    a. Had the above 14 predictors  (with this one there are 15 total) been going on for some time and/or had they occurred together (i.e., were comorbid)?  <u>On going</u>

    (Which ones & when?  <u>DCD's physical issues had been on</u>

    <u>going for many years</u>)

    b. Did the DCD have a "suicidal career"?  <u>No</u>

    c. When did the suicidal career start?  _____

**Section 11.  Suicide Risk**

76. Based on the percentage calculated from the 15 predictors, above, indicate the DCD's suicide risk (i.e., how similar were they to known completed suicides) *before* they actually committed suicide?  Circle appropriate number.

*7/15 = 0.47*

    1    2    3    4    (5)    6    7    8    9    10 (high)

    (See **CTS**, p. 86, Figure 3.6)

**Section 12.  DSM-IV Criteria for Major Depressive Disorder**

77. Did the DCD meet the diagnostic criteria for MDD?  _____

    If yes, state the DSM code:  _____    Total MDE criteria:  _____

*MDS*

34

*(To have a major depressive episode the patient must have at least 5 of the following 9 criteria (including either # 1 or #2) for @ least <u>two weeks continuously</u> and it must be a <u>change</u> from the patient's normal functioning)*

1. Depressed mood most of the day nearly every day?  <u>No</u>

2. An inability to take pleasure ("anhedonia") most of the day almost every day (inc., lowered libido)?  <u>No</u>

3. Significant weight loss or gain (@ least +/- 5% for over 30 days) ?  (See Q. 3)  <u>No</u>

4. Insomnia nearly every day (esp. "terminal insomnia; wakes up early AM & can't go back to sleep) ?  <u>No</u>

5. Psychomotor retardation (really slowed down) or agitation (extreme restlessness) & observed by others ?  <u>No</u>

6. Fatigue or loss of energy nearly every day?  <u>No</u>

7. Feelings of worthlessness or excessive guilt?  <u>Occasional</u>

8. Diminished ability to think or concentrate or indecisiveness nearly every day?  <u>No</u>

9. Recurrent thoughts about death or suicide, recurrent suicide ideation, a suicide plan, or a suicide attempt?  <u>No</u>

## Section 13.  Suicide Protective Factors

78.  List all the factors which the DCD had which might <u>protect</u> them

35

from suicide (*The answers given are from the perspective of the interviewee, if they are not matters of fact*).

| | | |
|---|---|---|
| 1. | Was the DCD involved in a large supportive social network? | <u>Yes</u> |
| 2. | Was the DCD married? | <u>Yes</u> |
| 3. | Did the DCD have children? | <u>Yes</u> |
| 4. | Was the DCD actively religious? | <u>Yes</u> |
| 5. | Do you think the DCD being treated effectively? | <u>No</u> |
| 6. | Was the DCD a female? | <u>No</u> |
| 7. | Did the DCD have a calm (non-anxious) mood? | <u>Yes</u> |
| 8. | Was the DCD flexible, resilient and an effective problem solver? | <u>Yes</u> |
| 9. | Did the DCD have strong ego strength and high self-esteem? | <u>Yes</u> |
| 10. | Was the DCD open and not in denial about their problems? | <u>Yes</u> |

79.   What was the DCD's protective factors score (Q.88) on a ten-point scale? (*Add the positive responses to Q. 88 and circle appropriate number*)

1    2    3    4    5    6    7    (8)    9    10

**Section 14.  Personal Documents**

(Clearly the time frame is an issue here and this could become an impossible task; the focus should be "ever" for relevant documents that reference crucial information, but at least in the last six months for all other documents).

36

80. List and copy *verbatim (i.e., attach to the file, not copy here)*.

   a. Journal? <u>Exhibit #14, part 2, page 6:  kept journal about surgeries</u>
<u>in 1980s and 1990s</u>

   b. Diary? _____

   c. Letters? _____

   d. Calendars? _____

   e. Poetry written? _____

   f. Computer hard-drive (2 months prior to incident @ least)? <u>Exhibit</u>
<u>#14, page 58:  used mainly for Bible study; hard drive has been</u>
<u>misplaced</u>

   g. Statements (e.g., re perceived drug effects, etc.)? <u>Exhibit #4, pages</u>
<u>4, 7, and 8:  notes written by DCD on copies of Dr. McCombs'</u>
<u>office notes</u>

   h. Suicide note(s)? <u>Exhibit #9:  copy fo suicide note is attached</u>

   i. Videotapes? <u>Exhibit #15:  dvd of DCD's 50th wedding anniversary</u>
<u>video</u>     ( I s?wit )

   j. Photography? <u>Exhibit #18:  dvds of family photos</u>

   k. Art work? _____

l.  Recent books read (e.g., at bedside)?  Exhibit #14, part 2, page 5:

frequently read the Bible and "...probably books that were geared

towards counseling people and helping people."

## Section 15.  School Records

81.  What was DCD's highest year of elementary school completed
(circle)?  Which school & when (date)?    1930s Nashville, TN

schools

     1     2     3     4     5     **(6)**

82.  What was the highest year of middle or junior high school (circle) ?
Which school and when?  1930s Nashville, TN schools

     7     **(8)**

83.  What was the highest year of high school completed (circle) ?
Which school and when?  early 1940s, Nashville, TN schools

     9     10     **(11)**     12

84.  What was the highest year of college completed (circle) ?
Which school, when, & major?  _____

     Frosh     Soph     Junior     Senior

85.  What was the highest year of graduate or professional school (circle)?
Which school, when, & discipline?  _____

*(Also, how old was the DCD when achieving these degrees?)*

     1     2     3     4     5     6     7     8+

     i.     M.A./M.S. ___  M.PH. ___  Other (specify)_____

     ii.     Ph.D. ___  Ed.D. ___  D.Psy. ___  Other _____

38

      iii.    M.D. ____

      iv.    J.D. ____

      iv.    Other ____ specify (post-doc, residency, etc.): _____

86.    What was the DCD's highest number of total school years completed (circle) and what date? Date: <u>early 1940s</u>

      1  2  3  4  5  6  / 7  8 / 9  10  **(11)**  12 / 13  14  15  16  17  18  19 20

87.    Was the DCD normally (circle one) an (get grade reports, if possible):

    A        B        C        D        F        student?

88.    Did the DCD receive any academic/professional honors?  What?

    <u>No</u>

89.    List any DCD school disciplinary actions (e.g., citation, suspension, dismissal/expulsion, held back a grade, etc.) ? <u>None</u> If yes, what and when?

    _____

90.    Were there any special school problems for the DCD at any grade level? <u>No</u> If yes, what and when?  Could the DCD read (Yes)?

    <u>DCD did not graduate because he left school to fight in WW II.</u>

91.    Did DCD have any school counseling session? <u>No</u> If yes, get records, counselor's name, and say for what purpose and when?

    _____

**Section 16.  Work, Employment, & Military Records**

92.    What was the DCD's father's usual occupation? <u>Streetcar engineer</u>

39

93.  What was the DCD's mother's usual occupation? <u>LPN</u>

94.  What was the DCD's own usual occupation? <u>Service manager and</u>

<u>minister</u>

95.  What was the DCD's spouse's usual occupation ? <u>real estate broker</u>

96.  What was the work history of the DCD (Cf., Q 7, above)?

| | Job & Duties | Industry | Years | Income |
|---|---|---|---|---|
| First: | US Army Air Corp-mechanic | military | 1940s | _____ |
| 2: | Church of Christ-minister | religious | 1947-2004 | volunteer; expenses covered |
| 3: | Nashville Office Machines service manager | machine repair | 1947-2004 | $13,000.00 |

53+4
57

97.  The day before the DCD's death or injury he/she was:

For How Long?

a.   Unemployed _____    _____

b.   Working full-time _____    _____

c.   Retired _____    _____

d.   Working part-time <u>DCD was working part-time when he could</u>

<u>for the last several months of his life due to his back injury</u>

e.   Disabled _____    _____

f.   In school _____    _____

g.   On vacation _____    _____

40

    h.     Homemaker \_\_\_\_\_         _____

    i.     Other (specify: e.g., on welfare, etc.) \_\_\_\_   _____

98.   Was the DCD ever fired or terminated from his/her work?  If yes, elaborate (*When, why, how often?*).

   <u>No</u>

99.   Did the DCD have any EAP visits?  If yes, specify.

   <u>No</u>

100.  Did the DCD get any work citations, discipline, or honors?  If yes, specify.

   _____

   _____

101.  Was the  DCD ever in the military?  If yes, give years and rank?  What war or conflict was the service in?  Were they in combat?

   <u>US Army Air Corp mechanic– WWII, early 1940s</u>

   <u>DCD was not in combat.</u>

   <u>DCD was honorably discharged with rank of corporal.</u>

102.  Was the DCD discharged dishonorably (<u>No</u> ) or go AWOL (<u>No</u>)?

### Section 17.  Puzzling Paradox Paradigm

(Note: many of the questions below have been asked earlier and are just recorded here so they will be all together for the "paradigm").

103.   Did the DCD become "suddenly suicidal' (i.e., was there *de novo* suicide ideation against a prior baseline of little or no suicide ideation)?  Yes  (Cf., Q 69)

The only known instances of suicidal ideation were:

Exhibit #14, page 37:  approximately 3 weeks prior to his suicide, DCD asked wife if she thought "...God would forgive me if I just do away with myself."



pu pu @
145

Exhibit #4, page 4:  Dr. McCombs' 5/2/03 office note states, "Spoke with patient's daughter.  States patient wishes he could die because of pain and depression."  DCD wrote a note on a copy of this record that, "I was not aware that my daughter spoke to Dr. McCombs.  I was in a lot of pain and medication and could have said something like this.  I am healthy and still working some when possible."

104.   Was the method/means used to commit suicide violent?  Yes

105.   Did the DCD exhibit obsessive or compulsive behavior within 30 days after ingesting the NEURONTIN?

Exhibit #14, page 42:  wife Ruth notes that for 3 or 4 weeks while on

Neurontin, she noticed that DCD "…would pull at his ear, rub his head and just things like that."  Wife believed "…it was just nervousness."

106.  Was the suicide "out-of-character" or ego-dystonic" (e.g., was the suicidal behavior foreign to the DCD or their normal personality)? (Cf., Q 70)

Exhibit #14, page 45:  wife Ruth states "…of course, everybody was so shocked."

Exhibit #14, page 50:  wife Ruth states that among the people arriving at the house the day of DCD's suicide were "…about ten other preachers and elders.  They were all as shocked as we were."

Exhibit #8:  DCD's dentist, Christopher Wood, DDS, wrote in his letter to DCD's family that "We all were distraught to hear the news… Speechless pretty much summed up our reactions…"

107.  Were the DCD's suicidal acts preceded by abnormal neurological or psychiatric behaviors (such as akathisia, emotional blunting, sleep disturbances, mania, psychosis, etc.)?   (Cf., QQ 57-67)

Exhibit #14, page 42:  wife Ruth notes that for 3 or 4 weeks while on Neurontin, she noticed that DCD "…would pull at his ear, rub his head and just things like that."  Wife believed "…it was just nervousness."

*~ 67 d.*

108.  Did the DCD commit suicide/homicide/etc. within 30 days of ingesting NEURONTIN? Yes   *No*

*3\9*

109.  How many pieces of the puzzle did the DCD have (*Add "yes" answers to QQ 113-118*) ?

1                2                3                4                (5)  or  (6)

## Section 18.  List of Possible Key Witnesses

110.   What were the names,, addresses & contact information for all
       witnesses to the incident and preceding behaviors & facts?

| Name | Address | Email | Relationship/ DCD |
|------|---------|-------|-------------------|

1. Ruth Smith, PO Box 292004, Nashville, TN  37229 – wife

2. Sherri Smith Hoskins and Buford Hoskins, 204 Chester Stephens Rd,

   Franklin, TN  37067 – daughter and son-in-law

3. Gayle Smith Lawson and Gene Lawson, 5003 Brentview Ct, Nashville,

   TN  37220 - daughter and son-in-law

4. Cindy Smith Charlton and Andrew Charlton, PO Box 292004,

   Nashville, TN  37229 – daughter and son-in-law

5. Wes Carnahan, 2936 McGavock Pike, Nashville, TN  7214, son-in-law

## Section 19.  Private Investigator Reports

111.   Were there any private investigator reports and, if so, by whom, date?

       By whom?                    Purpose?                    Date?

       None

## Section 20.  Pictures of the DCD & Family

112.   Get several color photographs of the DCD and their family over time
       and date them.

       Exhibit #15:  dvd of DCD's 50th wedding anniversary tape

44



Exhibit #18:  dvds of family photos

## Section 21.  Any Relevant Information Not Asked About

(Always give the informant(s) a chance to supply any information that they feel is relevant, even if we have not asked them about it.  Conclude by thanking them for their time and effort and asking if they have any questions for you.  The  interviewer needs to specify **who** answered **what** questions, or else give a separate autopsy interview to each key informant.  Specify the total number of informants for this questionnaire ( \_\_\_ ) and indicate who they were:  _____

_____ )

113.  Is there anything else you would like to tell or ask me?

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Section 22.  Methodological Appendix**  (<u>Not</u> to be done by interviewer!)

Document the reliability and validity of the psychological autopsy

questionnaire and the individual sections and scales included.  Discuss

relevant *Daubert* issues, such as:

1.  Reliability and validity studies (<u>reliability tests</u> include: (a)

    classical  reliability theory (.00-1.00), (b) test-retest, (c)

    parallel forms coefficient, (d)internal consistency (e.g., split-

    half method), (e) interscorer, (f) generalizability theory.

    <u>Validity tests</u> include: (a) content, (b) criterion related, (c)

    concurrent, (d) predictive, (e) standard error of estimate, (f)

    construct, (g) convergent &  discriminant validation)?

2.  Case-control relative risks or odds ratios?

3.  Double or triple-blind random clinical trials?

4.  Peer-reviewed support (inc. review in a scientific journal)?

5.  Error rates known?

6.  General acceptance of theories & methods in scientific

    community?

7.  Tested or testable?

8.  Alternative explanations ruled out?

9.  Challenge/dechallenge/rechallenge studies?

10. Epidemiological studies with random samples of adequate size & power.

11. Non-litigation driven opinions by experts.

12. Similarity of purported causes & effects (e.g., differences among NEURONTIN)?  These might include: mode of action, duration, ½ life, contraindications, pharmakinetics, binding sites, enzyme activity, bioequivalency, etc.

## Section 23.  Additional Space for Expanded Comments

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(end)**