# EXHIBIT 17

```
 1        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                          COUNTY OF LAKE

 3                             --oOo--

 4   NICOLETTE CRONE, et al.,        )
                                     )
 5                    Plaintiffs,    )
                                     )
 6            vs.                    )   No. CV 400432
                                     )
 7                                   )
     PFIZER INC., et al.,            )
 8                                   )
                      Defendants.    )
 9   _____)

10

11                            VOLUME I

12     VIDEOTAPED DEPOSITION OF RONALD W. MARIS, Ph.D.

13   DATE:        November 21, 2008

14   TIME:        8:58 a.m.

15   LOCATION:    Shook, Hardy & Bacon
                  333 Bush Street, Suite 600
16                San Francisco, CA

17

18

19

20

21   REPORTED BY:  Kenneth T. Brill
                   Registered Professional Reporter
22                 Certified Shorthand Reporter No. 12797

23

24

25   Job No. 179355
```

Page 2

```
 1            I N D E X
 2      INDEX OF EXAMINATIONS
 3  Examination by Ms. McGroder...................5
 4  Examination by Ms. Berman.....................464
 5
 6
 7      EXHIBITS MARKED FOR IDENTIFICATION
 8  No.     Description              Page
 9  1   Correspondence dated December 6,
        2007 addressed to Kenneth Fromson
10      enclosing Dr. Maris's expert
        report                        6
11
    2   Expert Report of Dr. Maris    7
12
    2A  Revised Report of Dr. Maris   465
13
    3   Photocopy of handwritten notes 10
14
    4   Document entitled Psychological
15      Autopsy & Death Investigation 165
16  5   Document entitled Crone v.
        Pfizer, Vol. II (2008),
17      Dr. Maris's notes             465
18
19
20
21
22
23
24
25
```

Page 3

```
 1  APPEARANCES:
 2
    FINKELSTEIN & PARTNERS
 3  BY: RONALD ROSENKRANZ, ESQUIRE
        1279 Route 300
 4      P.O. Box 1111
        Newburgh, NY 12551
 5      (800) 634-1212 ext. 9442
        rrosenkranz@lawampmmt.com
 6      Representing the Plaintiffs
 7
 8
 9
    SHOOK, HARDY & BACON LLP
10  BY: LORI CONNORS MCGRODER, ESQUIRE
        JENNIFER M. STEVENSON, ESQUIRE
11      2555 Grand Boulevard
        Kansas City, MO 64108-2613
12      (816) 474-6550
        lmcgroder@shb.com
13      Representing the Pfizer Defendants
14
15
16
    LAW OFFICES OF STEVEN D. HILLYARD, APC
17  BY: KENDRA BERMAN, ESQUIRE
        345 California Street, Suite 1770
18      San Francisco, CA 94105
        (415) 334-6880
19      KBerman@HDMLaw.com
        Representing the Defendant Dr. Jennings
20
21           --oOo--
22
23  ALSO PRESENT: Matt Goff, Videographer (morning)
                  Matt Kwan, Videographer (afternoon)
24
25
```

Page 4

```
 1      THE VIDEOGRAPHER: My name is Matt Goff of    08:56:32
 2  Veritext. The date today is 11/21/2008, and the  08:57:13
 3  time is approximately 8:58 a.m. This deposition is 08:57:18
 4  being held in the office of Shook Hardy & Bacon,  08:57:21
 5  located at 333 Bush Street, San Francisco,        08:57:24
 6  California.                                       08:57:27
 7      The caption of the case is Crone              08:57:27
 8  Nicolette, et al., versus Pfizer, Inc., et al., in 08:57:30
 9  the Superior Court of California for the County of 08:57:34
10  Lake, Case Number CV 400432.                      08:57:36
11      The name of the witness is Ronald W.          08:57:41
12  Maris, Ph.D., and the time -- at this time, the   08:57:43
13  attorneys will identify themselves and the parties 08:57:47
14  they represent, after which our court reporter, Ken 08:57:49
15  Brill of Veritext, will swear in the witness, and we 08:57:52
16  can proceed.                                      08:57:55
17      MR. ROSENKRANZ: Ron Rosenkranz,               08:57:58
18  Finkelstein & Partners for the Crone plaintiffs.  08:58:00
19      MS. McGRODER: Lori McGroder of Shook,         08:58:03
20  Hardy and Bacon for Pfizer defendants.            08:58:05
21      MS. STEVENSON: Jennifer Stevenson of          08:58:08
22  Shook, Hardy & Bacon for Pfizer defendants.       08:58:09
23      MS. BERMAN: Kendra Berman, law offices of     08:58:10
24  Steven Hillyard for Dr. Jennings.                 08:58:13
25      RONALD W. MARIS, PH.D., after                 08:58:15
```

Page 5

```
 1  having been first duly sworn, was                 08:58:15
 2  examined and testified as follows:                08:58:15
 3          ---                                       08:58:15
 4       EXAMINATION                                  08:58:15
 5          ---                                       08:58:24
 6  BY MS. McGRODER:                                  08:58:25
 7   Q. Good morning, Dr. Maris.                      08:58:26
 8   A. Good morning.                                 08:58:27
 9   Q. It's good to see you again. And you           08:58:28
10  understand we're here today in the case of Crone  08:58:30
11  versus Pfizer, which is not one of the cases in the 08:58:33
12  MDL.                                              08:58:37
13      Do you understand that?                       08:58:38
14   A. I understand we're here for Crone. But        08:58:39
15  I'm not sure about the other categories.          08:58:42
16   Q. Okay. Your report contains some opinions      08:58:47
17  that relate to general causation that we discussed 08:58:50
18  in the Smith and Bulger cases. Do you remember    08:58:53
19  that?                                             08:58:56
20   A. Yes.                                          08:58:56
21   Q. And I take it you don't have any new or       08:58:56
22  different opinions on the subject of general      08:58:59
23  causation for purposes of your testimony in the   08:59:01
24  Crone case?                                       08:59:04
25   A. Yes.                                          08:59:04
```

Page 438

1  A. They said they did not want another   05:30:05
2  report.   05:30:08
3  Q. Why not?   05:30:09
4  A. Ask Ken Fromson. He's the one who told   05:30:09
5  me.   05:30:13
6  Q. Okay.   05:30:13
7     MR. ROSENKRANZ: Probably because we   05:30:13
8  didn't want another two days of depositions.   05:30:14
9  BY MS. McGRODER:   05:30:14
10  Q. I have very limited questions about this.   05:30:15
11  A. Sure.   05:30:17
12  Q. So just listen carefully, and it will take   05:30:18
13  less time.   05:30:21
14  A. Sure.   05:30:21
15  Q. In the reports that you gave us, the   05:30:21
16  supplemental reports in Bulger and Smith, your   05:30:23
17  suicide model shows arrows going from medication to   05:30:26
18  a bunch of the trigger factors that you have in your   05:30:31
19  tertiary trigger factor column. Do you remember   05:30:34
20  that?   05:30:36
21  A. Right.   05:30:37
22  Q. And in this case, you only have an arrow   05:30:37
23  going from medication to low 5HIAA, and then you   05:30:39
24  have a question mark after it; correct?   05:30:43
25  A. Going to that -- that biology column; that   05:30:45

Page 439

1  is, physical dys- -- illness, pain, and I crossed   05:30:49
2  off whatever that is, alcohol excess, because he   05:30:53
3  didn't drink.   05:30:57
4  Q. If he had drank, you would have included   05:30:58
5  alcohol?   05:31:00
6  A. It's -- it's for the box. The arrow is   05:31:00
7  towards the box.   05:31:02
8  Q. And so my question is, if he had been a   05:31:04
9  drinker, you would have included alcohol excess   05:31:07
10  here?   05:31:09
11  A. Possibly; I don't know. It's a   05:31:10
12  hypothetical, and I don't know.   05:31:11
13  Q. When you underlined the word "medication"   05:31:12
14  in this model, are you referring to Neurontin?   05:31:14
15  A. Yes. I mean, look -- there could be other   05:31:16
16  medications that could have similar effects and so   05:31:20
17  we always have to rule out the alternative   05:31:22
18  medications.   05:31:24
19  Q. It's true, Dr. Maris, that your model as   05:31:25
20  presented as a new page in your Crone report has   05:31:28
21  never been published in a peer-reviewed journal in   05:31:34
22  the same form in which you now present it here;   05:31:36
23  correct?   05:31:38
24  A. That's true.   05:31:39
25  Q. And the published version of this model   05:31:40

Page 440

1  shows treatment and medication in the column called   05:31:45
2  "Protective Factors."   05:31:48
3     And in the published version, there are no   05:31:50
4  arrows going between "treatment" and "medication" to   05:31:52
5  any of the items or the boxes listed under --   05:31:55
6  A. That's not strictly speaking true, because   05:31:59
7  there's a --   05:32:01
8  Q. Wait. Let me finish my question.   05:32:01
9  A. Okay.   05:32:03
10  Q. You got to wait --   05:32:03
11  A. I will.   05:32:05
12  Q. -- until I finish.   05:32:05
13  A. I will.   05:32:07
14  Q. In the published version of your model,   05:32:07
15  there are no red arrows going from medication to the   05:32:09
16  trigger factor boxes in your tertiary column; true?   05:32:15
17  A. Not true. This whole row goes from left   05:32:20
18  to right. That's what the big arrow here means   05:32:23
19  (indicating). This whole row goes from left to   05:32:25
20  right.   05:32:28
21  Q. Okay.   05:32:28
22  A. So once you get back over here, you go   05:32:28
23  back here --   05:32:30
24  Q. All right.   05:32:30
25  A. -- like this.   05:32:31

Page 441

1  Q. And I'm not talking about those arrows.   05:32:32
2  I'm talking about the red arrows --   05:32:34
3     MR. ROSENKRANZ: She's talking about the   05:32:36
4  red arrow.   05:32:36
5     THE WITNESS: I know, I know. I'm just   05:32:37
6  saying that there is an arrow from here to here,   05:32:38
7  too, because of this flow (indicating).   05:32:41
8  BY MS. McGRODER:   06:59:57
9  Q. Well --   05:32:43
10  A. If -- if --   05:32:43
11  Q. Okay. But that -- okay. I understand   05:32:44
12  that. And that's not my question.   05:32:45
13  My question is: You took the time in the   05:32:47
14  Crone case and the Smith case and the Bulger case to   05:32:50
15  get your model out and draw some red arrows between   05:32:52
16  medication and these trigger factors in the trigger   05:32:55
17  factor column; correct?   05:32:59
18  A. I -- yes, and I probably should have done   05:33:00
19  that here. I assumed that this was clear.   05:33:02
20  Q. Okay. And -- and I'm not asking you   05:33:04
21  substance; I'm just asking you about your red   05:33:07
22  arrows. Okay?   05:33:09
23  A. They're not there, but they should be   05:33:10
24  implied.   05:33:12
25  Q. They're -- those red arrows that you drew   05:33:12

111 (Pages 438 to 441)

Page 442

1 for your model for purposes of testifying in the    05:33:15
2 lawsuit don't appear in the published version of    05:33:17
3 this model; correct?    05:33:19
4    A. None of the red arrows do. Every --    05:33:20
5    Q. Right.    05:33:22
6    A. -- one of them I drew in.    05:33:22
7    Q. Right. And when you published this model,    05:33:24
8 you didn't make any red arrows that suggested    05:33:26
9 medication should have a direct line to, for    05:33:29
10 example, by -- low 5HIAA as a trigger factor;    05:33:34
11 correct?    05:33:40
12    A. That's correct.    05:33:41
13    Q. Okay. Is this new dri- -- excuse me.    05:33:41
14       Is this new diagram meant to show that the    05:33:45
15 medication, in this case, Neurontin, in the    05:33:49
16 protective column, triggers suicide?    05:33:54
17    A. It -- it can do both. I think most of the    05:33:56
18 time the medication is protective, but as you know,    05:33:59
19 sometimes there is a paradoxical effect where, let's    05:34:02
20 say, adolescents or young adults being treated with,    05:34:05
21 let's say, a antidepressant have their --    05:34:10
22 paradoxically, instead of being less suicidal become    05:34:13
23 more suicidal, and statistically significantly so.    05:34:17
24       So that's the kind of thing I'm talking    05:34:20
25 about.    05:34:22

Page 443

1    Q. But it is true in your published version    05:34:23
2 and your discussion about this model, you've never    05:34:27
3 said that any medication is a trigger factor for    05:34:30
4 suicide; have you?    05:34:33
5    A. That certainly is true. I'm -- I'm    05:34:34
6 apply -- because most of the time it isn't. The    05:34:35
7 vast majority of time, this is -- do you notice down    05:34:38
8 at the bottom it says a general model. Generally    05:34:41
9 speaking, there are no arrows here.    05:34:44
10    Q. It's only true --    05:34:46
11    A. Drug reaction is a rare event, leading to    05:34:47
12 a suicide.    05:34:48
13    Q. And it's only true in cases in -- in    05:34:49
14 Neurontin cases in which you're testifying that    05:34:52
15 Neurontin is the trigger for the plaintiff's --    05:34:53
16    A. That's the only reason --    05:34:56
17    Q. -- suicide?    05:34:57
18    A. -- I would take them, if I thought they    05:34:57
19 weren't -- if there weren't arrows, I wouldn't even    05:34:58
20 take them.    05:35:02
21    Q. Based on this version of your model, which    05:35:08
22 as you said has never been published in any    05:35:10
23 peer-reviewed journal or anywhere, you could    05:35:13
24 substitute any number of medications for Neurontin,    05:35:16
25 based on testimony you've given in other lawsuits;    05:35:21

Page 444

1 correct?    05:35:23
2    A. Sure, there could be other kinds of    05:35:23
3 medications that could have similar effects.    05:35:25
4    Q. So you've testified in Prozac cases;    05:35:27
5 right?    05:35:29
6    A. Right.    05:35:29
7    Q. So medication, in terms of your model for    05:35:30
8 the Crone case, I could write in "Prozac" right    05:35:32
9 there, and it would fit; correct?    05:35:36
10    A. It might fit, but some of these other    05:35:38
11 particulars are case-specific. So but the    05:35:41
12 medication might be just simply change the name of    05:35:43
13 the medication, sure.    05:35:45
14    Q. Okay. So I could change the name to    05:35:46
15 Effexor?    05:35:48
16    A. You could, yes.    05:35:50
17    Q. I could change it to Wellbutrin or Paxil    05:35:51
18 or Zoloft or Accutaine; correct?    05:35:51
19    A. Yeah, I don't think I ever had -- well,    05:35:56
20 maybe I had one Accutaine case. So I don't consider    05:35:56
21 those a big part of my knowledge.    05:36:00
22    Q. So the medication that used to be    05:36:02
23 considered a protective factor in the version of    05:36:04
24 this model that's been published is now, for    05:36:06
25 purposes of this lawsuit, a trigger for suicide;    05:36:09

Page 445

1 correct?    05:36:12
2    A. Yes. And it's paradoxical, and the FDA    05:36:12
3 says it's paradoxical, but it's undeniable, both for    05:36:15
4 antiepileptic drugs and also for antidepressant    05:36:20
5 drugs. And it's statistically significant, and it's    05:36:20
6 based on clinical trials.    05:36:25
7       Sorry.    05:36:27
8       MS. McGRODER: Object and move to strike    05:36:28
9 everything after "yes".    05:36:30
10 BY MS. McGRODER:    05:36:38
11    Q. You've never conducted any sort of    05:36:38
12 scientific study to see whether you're right,    05:36:41
13 whether in fact it would be scientifically    05:36:43
14 appropriate to draw a red arrow between medication,    05:36:46
15 in this case referring to Neurontin, and triggers    05:36:49
16 for suicide; correct?    05:36:52
17    A. If I had done any random, clinical,    05:36:54
18 double-blind trials which are statistically    05:36:56
19 significant where the medication leads to suicide?    05:36:59
20    Q. That's not what I asked you.    05:37:02
21    A. I don't know what you asked me then.    05:37:03
22    Q. Well, listen to my question.    05:37:05
23    A. I did.    05:37:06
24    Q. Have you ever conducted any sort of    05:37:07
25 scientific study to see whether you're right,    05:37:08

112 (Pages 442 to 445)

Page 446

1  whether it is scientifically appropriate to take a        05:37:11
2  medication like Neurontin out of the protective          05:37:14
3  factor column and make it a trigger for suicide?          05:37:18
4      A. Well, I've certainly participated in the           05:37:21
5  FDA studies which found exactly that.                     05:37:23
6      Q. Well, you haven't participated in any FDA          05:37:26
7  studies with respect to Neurontin; have you?              05:37:29
8      A. Not -- not with Neurontin, but you asked           05:37:30
9  me any medication.                                        05:37:32
10     Q. No, I -- that wasn't my question; let's            05:37:33
11 back up and try again.                                    05:37:35
12     Have you ever conducted any sort of                   05:37:36
13 scientific study to see whether you're, in fact,          05:37:37
14 right that it is correct to take Neurontin out of         05:37:40
15 the protective factor column and call it a trigger        05:37:43
16 for suicide?                                              05:37:47
17     A. No. I relied on the clinical trials done           05:37:48
18 by the FDA and their 1.8 relative risks for all the       05:37:50
19 antileplic [sic] drugs, including Neurontin, which I      05:37:55
20 considered --                                             05:38:02
21     THE COURT REPORTER: I'm sorry, anti                   05:38:02
22 which?                                                    05:38:02
23     THE WITNESS: Antiepileptic drugs.                     05:38:02
24 BY MS. McGRODER:                                          05:38:02
25     Q. And we talked about that at your last              05:38:03

Page 447

1  deposition; right?                                        05:38:05
2      A. We talked about a lot of things that I'm           05:38:05
3  talking about again, yes.                                 05:38:07
4      MS. McGRODER: Object and move to strike.              05:38:10
5  BY MS. McGRODER:                                          05:38:12
6      Q. We talked about your reliance on the               05:38:12
7  FDA --                                                    05:38:12
8      A. You can't strike it; I just said yes -- I          05:38:12
9  guess I didn't, sorry.                                    05:38:15
10     Q. We talked about your reliance on the FDA           05:38:16
11 alert as it pertains to all antiepileptic drugs at        05:38:18
12 your last deposition; correct?                            05:38:22
13     A. Correct.                                           05:38:24
14     Q. And I think you told me that the most that        05:38:24
15 you can determine from that analysis is that there        05:38:27
16 is a signal for all antiepileptic drugs; correct?         05:38:31
17     A. Correct.                                           05:38:35
18     Q. Now, you rely on the work of John Mann for        05:38:36
19 your opinion that there are low levels of 5HIAA, a        05:38:39
20 Serotonin metabolite, in the cerebral spinal fluid        05:38:44
21 of people who have committed suicide; correct?            05:38:49
22     A. Certainly he's one of the people I rely            05:38:51
23 on. He's not the -- I happened to study with him          05:38:53
24 for a year, and he's a famous suicidologist.              05:38:55
25     Q. He is a famous suicidologist?                      05:38:58

Page 448

1      A. Right, he testifies for drug companies            05:38:59
2  only, though, just like I've testified for a             05:39:01
3  plaintiff.                                               05:39:03
4      Q. Dr. Mann is not testifying in the                 05:39:03
5  Neurontin litigation; is he?                             05:39:04
6      A. I don't believe so; I don't know. I know          05:39:06
7  that every time I've come across his name, he was a      05:39:07
8  defense expert for a drug company. But he's              05:39:10
9  certainly published many of the scientific articles      05:39:12
10 that support what you just said.                         05:39:14
11     Q. Are you suggesting Dr. Mann is not a              05:39:16
12 reliable scientist?                                      05:39:18
13     A. No, I'm suggesting that he has a defense          05:39:19
14 bias.                                                    05:39:22
15     Q. And do you have a plaintiff's bias?               05:39:23
16     A. Based on the fact that I've only testified        05:39:26
17 for the plaintiff, one could say so. But nobody's        05:39:28
18 ever asked me to testify for the defense. I'd be         05:39:31
19 happy to consider it.                                    05:39:33
20     Q. So the truth is, based on your standard           05:39:34
21 with respect to Dr. Mann, you have a plaintiff's         05:39:36
22 bias; correct?                                           05:39:38
23     A. If you use that criterion of who did you          05:39:39
24 testify for, yes.                                        05:39:42
25     Q. Okay. Are you aware that Dr. Mann has             05:39:43

Page 449

1  recently co-authored a manuscript, and that the          05:39:45
2  results of that study show that treatment with           05:39:49
3  antiepileptic drugs, including Neurontin, is sif- --     05:39:51
4  significantly protective against suicide attempt         05:39:54
5  relative to no pharmacologic treatment in patients       05:39:59
6  with bipolar disorder?                                   05:40:03
7      A. I'm not familiar with the study, but I'm          05:40:05
8  not surprised, because I believe that that's             05:40:07
9  generally true in the vast majority of cases. I'd        05:40:09
10 like to see the study and look at it.                    05:40:12
11     Q. Did the Finkelstein law firm show you the         05:40:14
12 manuscript coauthored by Dr. Gibbons and Dr. Mann        05:40:16
13 and some others?                                         05:40:20
14     A. I may have seen it; I don't think that I          05:40:21
15 list it. And I may -- and my suspicion is that I         05:40:23
16 haven't seen it, but I would -- somehow it sounds so     05:40:25
17 familiar; I may have read it. I've read thousands        05:40:28
18 of papers. I may have just forgotten it.                 05:40:33
19     Q. You would agree with me that bipolar              05:40:34
20 disorder patients are well recognized as having a        05:40:36
21 very high risk of suicide behaviors; true?               05:40:38
22     A. Yeah. Compared to what, though? I mean,           05:40:42
23 it's still pretty low. It's still like ten out of        05:40:43
24 a -- ten percent over a lifetime, it's not 90 --         05:40:46
25     Q. Well, compared to the                             05:40:49

113 (Pages 446 to 449)