# EXHIBIT 18

# DECLARATION OF PROFESSOR MICHAEL TRIMBLE, M.D. IN RELATION TO GABAPENTIN CAUSING NEGATIVE MOOD AND BEHAVIOURAL ALTERATIONS, INCLUDING SUICIDAL BEHAVIOR, IN TREATED PATIENTS

*In the case of Richard Smith (deceased)*

[signature]

PROFESSOR MICHAEL TRIMBLE MD, FRCP FPCPsych
PROFESSOR OF BEHAVIOURAL NEUROLOGY
INSTITUTE OF NEUROLOGY
LONDON

1

I have been asked by Finkelstein and Finkelstein to provide a medical report in relationship to the case of Mr. Richard Smith. This report is prepared following reading records on Mr. Smith which include:

Baptist Hospital records

Centennial Medical Centre records

Colon and Rectal Surgery Associates records

Medical records Frank Birklacich

Heart and Vascular Clinical medical records

Heritage Medica

Loden Vision Centre medical records

Spaulding and Nesbitt medical records

Southern Sports medical records

Otolaryngology Associates of Tennessee medical records

University Medical Centre pathology records

Vanderbilt University Centre medical records

William Harwell MD, medical records

Nashville Office Machine employment records

In addition I have read a deposition of (Ruth Smith 04.12.07), seen a DVD which relates to a number of times in the life of the late Mr Smith, and have read some obituary notices.

2

Mr Smith was born on ▓▓▓▓ and at the age of his death was 79 years old. Mr. Smith killed himself on 05.13.04. The opinions contained in this report are based upon a reasonable degree of medical and scientific probability, my professional experience, education and training. This report is produced concurrently with my declaration in relation to Gabapentin causing negative mood and behavioural alterations, including suicidal behaviour.

PAST HISTORY AND BACKGROUND

Mr. Smith's father died at the age of 85 and his mother was in her 90s when she died. My understanding is that he was bought up within a stable marriage and I have seen no evidence to suggest there was anything abusive or dysfunctional about the family relationships within his early life.

He had three sisters and two brothers. One sister died at the age of 37, this was sometime back. The second died at the age of 92 in 2003. A brother died in his late 70s in 1984 from cancer, and another died in his 80s.

There is a third sister who is still alive and in her 90s. Longevity seems to be a feature of his family background.

I know of nobody within this family who has been treated for or has a history of any psychiatric disorder. There is a family history of hypertension.

3

Mr Smith was high school educated, but did not go on to further schooling after that. He joined the armed forces, and then worked in an office machine company, namely Nashville Office Machines, essentially remaining with the same company throughout his working life. My understanding is that he was working full time until March 2004.

In addition to the above occupation, he was a minister from his early days, staring out as a youth minister, and later in his life becoming a church volunteer. He was thus, for over 60 years a minister for the Church of Christ. My understanding is that he was a very popular minister, who counselled many members of the community in which he lived.

Mr Smith married in 1945, his wife (Ruth) has worked for a long time and continues to work in real estate.

There have been five children. One son died at the age of 12, and a daughter died of breast cancer in February 2005 less than a year after his death. There are three living daughters, Gail, Sherrie, and Cindy. I know of no psychiatric disorder in the children.

Mr Smith was a non-smoker, and there is no history of alcohol misuse or any kind of drug dependency.

PAST MEDICAL HISTORY

Mr Smith had a number of medical problems, these mainly related to orthopaedic difficulties. Earlier on in his life he had a tonsillectomy and appendectomy, but it was around 1990 that he required several surgical procedures. In 1991 he had a transurethral prostatectomy, and later developed some pain in the groin, but also a bladder neck contracture which required treatment. He had a hernia repair in 1991.

He has had two knee replacements, (1993 and 1998) and also a hip replacement (1996).

Following a history of increasing back pain, with increasing mobility difficulties, he had back surgery in 2002.

It was on 1st April 2003 that further back surgery was carried out, this time being a lumbar laminectomy (see further below).

I also note that he had a basal cell carcinoma removed from the face (21.09.03) and had had some cataract surgery (12.10.03).

PSYCHIATRIC HISTORY

I know of no psychiatric history prior to the events to be described below. Not only do his own statements confirm this e.g. (Heritage medical notes Dr Frank Berklacich – 02.27.03), but this is also discussed in the deposition of Ruth Smith (04.12.07).

There are also some comments in the medial records, for example the review of systems document (04.08.94) comments "no depression or anxiety". The same is also noted in 05.10.01 (Heritage medical notes).

A letter from Dr Cato (20.09.01, Spaulding Nesbitt urological clinical notes) comments that at that date Mr Smith "does not appear anxious or depressed".

He had been placed on some amitriptyline somewhat before that notation. Thus the Heritage medical notes comment on 06.05.01 that he was taking amitriptyline. Reference to the pharmacy records reveals that this was 10 mgs at night. The comment in the Heritage medical records is that his sleep was better. It would seem most likely that this small dose of amitriptyline had been given to help his pains and to help him sleep. There is no evidence that this drug was prescribed for depression. He had not been taking this drug for at least 12 months prior to his death.

My reading of the records is that apart from this does of amitriptyline (it is not clear how long he was on that for), no other CNS psychotropic drugs were prescribed for him until he received the gabapentin on 03.09.04. A review of the pharmacy records reveals he had been taking hydrocodone for approximately twelve months prior to his death and in and about the time of his death.

THE MATERIAL EVENTS

Mr Smith had been getting increasing pain in his joints. A reference (01.30.03 – Heritage medical notes) commented that he was not sleeping and had some fatigue. A reference 02.28.03 reported that he was "depressed because of pain and lack of sleep" (new patient questionnaire: notes of Dr Frank Berklacich). Some secondary anxiety was also noted (02.27.03). However, at this time Mr Smith filled out a 10 point rating scale which had to do with coping. He scored right in the middle (average); there was no suggestion at that point in time that he was not managing to cope with his symptoms.

My understanding is that surgery was recommended for his back problems, and a date for this was set up. However, this was then postponed since conservative management had also been recommended. However, there is a note 03.05.03 in the nursing notes (Dr Frank Berklacich) which states that his wife had requested her husband to be put back on the surgery schedule. She had stated "I don't know what is wrong with Richard he is in so much pain I think he is out of his mind". As a result the surgery was rescheduled and a decompressive laminectomy was carried out on 03.10.03.

The admission notes for the hospital at that time (Centennial Medical Centre) assessed him and did not find any neurological problems, including the presence of any symptoms or signs of Alzheimer's disease. His though processes were reported as normal, and he was not having any treatment for nerves or depression. He was discharged from hospital on 04.03.03.

7

He returned for follow up after back surgery. On 04.21.03, he was said to be doing well and pleased with the result of the surgery (Dr McCombs). Although his pain continued he was returning to Church activities and was working. The notation 06.27.03 was that he was doing well and sleeping okay.

There are several other references to his gradual improvement with surgery, (Dr McCombs, 05.29.03 – "doing better"; 06.30.03 – "patient is doing well at the present time and pleased with the result of surgery to date"; 10.13.03 – "patient doing well at the present time and is pleased with the results").

His pain however, persisted, he was describing further symptoms including shooting pains down the legs, and he was referred to Dr MacKey. He first saw Dr MacKey on 02.12.04, the possibility of a further operation was raised, and Dr MacKey followed him seeing him again on 03.09.04.

On that date Dr MacKey wrote that he was going to get Mr Smith evaluated psychiatrically, but this was to rule out any dementia (Heritage Medical notes).

Following this consultation a prescription for gabapentin (Gabapentin) was given. The dose of gabapentin prescribed was 300 mg twice a day and increasing to three times a day. It appears that further Gabapentin medication was given through doctor samples. He continued to complain of back pain but was by now not considered to be a surgical

8

candidate, but further suggestions were made in relationship to other specialists who may be able to advise him and treat him (see below).

PRESCRIPTION OF GABAPENTIN

Mr Smith began to take gabapentin on 9 March 2004. My understanding is that he regularly took these medications as prescribed.

There is some evidence that subjectively Mr Smith considers that the gabapentin was affecting him mentally. He told his wife that he considered there was something wrong with his mind and he did not think like he used to (Mrs Smith deposition), he told his son-in-law that he felt "loopy", and with indirect reference to Gabapentin he commented that it made him feel weird and that it was not helping him.

Mr Smith shot himself in the early hours of the morning of 05.13.04; he had been on gabapentin some 65 days.

MENTAL STATE PRIOR TO DEATH

Going through the records there are some mentions that Mr Smith was depressed because of pain, however, it is clear that this was not used in a psychiatric sense (for example Dr Hampf 02.27.03). There are other indications (noted above) that although he was in a lot of pain, he was actually doing as well as might be expected. He was continuing with

9

work, he was continuing to go to the church, he was coping adequately. On a symptom self evaluation form (04.22.04) he noted that the frequency of his symptoms had not changed. His daughter was obviously concerned about him as she reported to Dr McCombs that her father wished to die because of his pain and depression and there was a suggestion that he should go for a psychiatric evaluation, although as far as I know that was never occurred. We know by the 13 October 2003 (Dr McCombs) that he was doing well and pleased with the results of his surgery. Further, he himself wrote in a copy, as part of marginalia, along side this comment "I was not aware that my daughter spoke to Dr McCombs. I was in a lot of pain and medication and could have said something like this. I am healthy and still working some when possible".

It seems possible that following the initiation of the gabapentin he did express some suicidal ideation. His wife reported that at one lunch time he said "honey, you think God would forgive me if I just do away with myself". Further, we know around this time that he did express an opinion that he thought there was something wrong with his mind. He had used words like "loopy", and he appears to have left a note, a copy of which I have seen, which was probably found in the bedroom where he killed himself. It reads "pain has taken over my mind and body". He appeals for back surgery, he comments that he is unable to go on like this and says "I cannot have my body, the temple of the holy spirit cut on anymore. I have talked to God alright and he understands".

His wife's own discussion about his behaviour in the few weeks before he killed himself while on Gabapentin was that he had become absorbed in himself, he was a different personality.

On the day before he died he gave no clear indication to his wife that he was about to kill himself, in fact shortly before he killed himself he interacted normally with her. Mr Smith spoke with her, but seems to have quite impulsively shot himself.

CONCLUSIONS

Richards Smith shot himself in the head on 13 May 2004, some 8-9 weeks following the prescription of the antiepileptic drug Gabapentin.

Suicide is a devastating end point of psychopathology, and there are a number of predictors of people who are most at risk for suicidal behaviour. Those at higher risk are people who live alone, those with alcohol or drug dependence, those with known severe psychiatric disorders, such as a major depressive disorder or schizophrenia, and those who have had previous attempts to harm themselves (so called parasuicide). None of these features are present in the past history of Richard Smith. He grew up in a secure parental background, there is no known family history of any psychiatric disorder, he has demonstrated not only a steady work record with a single firm for many years (working until a few days before his death), and he has had an alternative additional career as a church minister.

11

There are some medical conditions that appear to have been suggested that might have interlinked with his suicide, there was a question as to whether or not he had a dementia. However, there is no evidence of that, and indeed he appears to have been assessed for an Alzheimer's type problem and that was not considered relevant. The family give no indication of any deterioration of his memory or change of personality in a way that one might anticipate from a dementia.

With respect to possible cerebrovascular disease and dementia, it is suggested that he had benign hypertension, but his blood pressure, in the records I have seen, do not reveal any prolonged or significant hypertension, or hypertensive readings that are anything other than reflective of his age.

A question may be asked as to whether he developed a depressive illness associated with his chronic pain. The word depressed is used from time to time, particularly in 2003 and 2004, but no physician who had seen him appears to have considered him to have had a major depressive disorder. The suggestion that he might see a psychiatrist was never taken up, it would seem very much that the term depression here was being used in a lay sense rather than as a reflection of a DSM IV diagnostic category.

There is some evidence (from Mr Smith's own comments, but also from the family's comments) that following the prescription of gabapentin his mental state altered. I have no evidence in anyway that he became psychotic or developed a recognizable psychiatric

disorder as would be classified by DSM IV. The act of his suicide appeared to be so impulsive and completely out of character that explanations have to be made for that. There was no indication from the clinicians who were monitoring him, some of whom knew him very well, that he had either suicidal ideation, or a suicidal intention.

Richard Smith appears to have been a devout Churchman, with strong religious beliefs which had directed a life time career helping others, counselling others and working assiduously for the church. One of the factors that is associated with less suicidal behaviour is strong religious affiliation. Thus suicidal ideation and religious beliefs are inversely correlated.

In the absence of a recognizable psychiatric disorder, the spontaneous and impulsive nature of his suicidal act requires explanation. As outlined in my concurrent report, Gabapentin is associated with changes of brain chemistry which, I find with a reasonable degree of scientific and medical probability, leads to impulsive suicidal acts. It is therefore my opinion that it is more likely than not Gabapentin was a substantial factor in Mr. Smith committing suicide.

**M R TRIMBLE MD, FRCP, FRCPsych**
**Professor of Behavioural Neurology**
**and Consultant Physician of Psychological Medicine**