# EXHIBIT 19

1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629 MASTER FILE NO. 04-10981 JUDGE PATTI B. SARIS MAGISTRATE JUDGE LEO T. SOROKIN |

- - - - - - - - - - - - - - -

DARLENE OWENS,        C.A. NO. 05-11017

    Plaintiff,

V.

PFIZER, INC., et al,

    Defendants.

- - - - - - - - - - - - - - -

DATE: October 18, 2007

TIME: 9:05 a.m.

Videotaped deposition of MICHAEL R. TRIMBLE, M.D., taken by and before JOYCE SILVER, a Certified Shorthand Reporter and Notary Public of the State of New York, held at the office of LANIER LAW FIRM, 126 East 56th Street, New York, New York.

**Page 2**

```
APPEARANCES:
Attorneys for Products Liability Plaintiff
FINKELSTEIN & PARTNERS, LLP
  436 Robinson Avenue
  Newburgh, New York 12550
  BY: ANDREW G. FINKELSTEIN, ESQ.

JACK LONDON, ESQ.
  3701 Bee Cave
  Suite 200
  Austin, Texas 78746

Attorneys for Plaintiffs Class
THE LANIER LAW FIRM
  6810 FM 1960 West
  Houston, Texas 77069
  BY: KENNETH S. SOH, ESQ.
    And
      ROBERT LOONE, ESQ.

Attorneys for Pfizer

SHOOK, HARDY & BACON LLP
  2555 Grand Boulevard
  Kansas City, Missouri 64108
  BY: SCOTT W. SAYLER, ESQ.
    And
      LEIGH RAYMOND, ESQ.
WHEELER TRIGG KENNEDY LLP
  1801 California Street
  Denver, Colorado 80202
  BY: JAMES E. HOOPER, JR., ESQ.

PFIZER INC
LEGAL DIVISION
  235 East 42nd Street
  New York, New York 10017
  BY: VIJAY V. BONDADA, ESQ.
```

**Page 3**

```
LAW OFFICES OF STEVEN HILLYARD
  345 California Street
  Suite 770
  San Francisco, California 94194
  BY: ELANA GOLD - via telephone

ALSO PRESENT:
  LEE BOWRY, Videographer
  KEITH ALTMAN, Managing Director Complex
    Litigation, Finkelstein & Partners

  CHARLIE TAYLOR, Ph.D.
  CPTaylor Consulting
```

**Page 4**

```
                INDEX
WITNESS          DIRECT CROSS REDIRECT RECROSS
MICHAEL R. TRIMBLE, M.D.
  BY MR. HOOPER     6

              EXHIBITS
NUMBER        DESCRIPTION              PAGE
Trimble-1  Research Report Divalproex,
           Lithium and Suicide Among Medicaid
           Patients With Bipolar Disorder    7
Trimble-2  American Psychiatric Association
           Practice Guidelines for the
           Treatment of Psychiatric Disorders
           Compendium 2006                  65
Trimble-3  Declaration of Professor Michael
           Trimble, M.D.                    73
Trimble-4  Epilepsy Research entitled, "Seizure
           Frequency and CSF Parameters in
           Double-blind Placebo Controlled
           Trial of Gabapentin in Patients With
           Intractable Complex Partial Seizures" 78
Trimble-5  Journal of Alternative Complementary
           Medicine, Yoga Asana Sessions Increase
           Brain Gaba Levels: A Pilot Study  98
Trimble-6  Document entitled, "Biological
           Psychiatry Second Edition"      145
Trimble-7  Curriculum Vitae                183
Trimble-8  Document entitled "Professor Michael
           R. Trimble, M. D. Case list"    204
```

**Page 5**

        THE VIDEOGRAPHER: My name is Lee Bowry of Veritex Corporate Services. The date today is October 18, 2007, and the time is approximately 9:05 a.m.
        This deposition is being held in the Lanier law firm located at 126 East 56th Street, New York, New York. The caption of this case is in re Neurontin Marketing Sales Practices and Products Liability Litigation in the United States District Court for the District of Massachusetts, MDL Docket No. 1629, Master File No. 04-10981, CA No. 05-11017.
        The name of the witness is Dr. Michael Robert Trimble. At this time I would like all of the attorneys to identify themselves and the parties they represent, after which our court reporter, Joyce Silver, will swear in Dr. Trimble and we can proceed.
        MR. FINKELSTEIN: Andrew Finkelstein, Finkelstein and Partners on behalf of the MDL product liability plaintiffs and the Smith family in the Smith versus Pfizer litigation.
        MR. LONDON: Jack London on behalf of MDL products liability.
        MR. LOONE: Bob Loone, Lanier Law Firm, plaintiffs.

Page 6

1   MICHAEL R. TRIMBLE, M.D.
2       MR. SOH: Ken Soh from the Lanier Law
3   Firm for the plaintiffs.
4       MR. ALTMAN: Mr. Keith Altman, a
5   non-attorney with Finkelstein and Partners.
6       MR. BONDALA: Vjay Bondala from Pfizer.
7       MR. SAYLER: Scott Sayler, Shook, Hardy
8   and Bacon representing the Pfizer defendants.
9       MR. TAYLOR: Charles Taylor on behalf of
10  Pfizer.
11      MR. HOOPER: I am Jim Hooper, Pfizer.
12  MICHAEL ROBERT TRIMBLE,
13  M. D., residing at ████████████████
14  ████████████████████████████,
15  having been duly sworn by the Notary, testifies as
16  follows:
17
18      MR. FINKELSTEIN: Before we get going, I
19  just want to put a statement on the record that the
20  plaintiffs are producing Dr. Trimble today on behalf
21  of the MDL as well as on behalf of the Smith versus
22  Pfizer matter in that individual litigation pursuant
23  to the notice that we served on October 1, 2007; and
24  I ask counsel to address both general causation
25  issues as well as any specific causation issues in

Page 7

1   MICHAEL R. TRIMBLE, M.D.
2   that matter, as we have no intention of producing
3   Dr. Trimble a second time.
4       MR. SAYLER: Just so we are clear, as we
5   have stated in correspondence to your law firm
6   pursuant to discovery, Discovery Order 14, we're here
7   today to depose Dr. Trimble on general causation
8   issues only, preserving our right to depose him on
9   case-specific issues in Smith or in any other case at
10  a later time.
11  DIRECT EXAMINATION BY MR. HOOPER:
12  Q.   Is it Professor Trimble, the term
13  professor, or do you prefer doctor?
14  A.   Professor, I think.
15  Q.   Professor, very good.
16      Professor Trimble, in the mathematical
17  fraction or rate one in 100 is equivalent to 10 in
18  1,000. Correct?
19  A.   That's correct.
20      MR. HOOPER: Can we mark -- this is
21  Exhibit 1, please.
22      (Trimble-1, Research Report Divalproex,
23  Lithium and Suicide Among Medicaid Patients With
24  Bipolar Disorder is received and marked for
25  identification.)

Page 8

1   MICHAEL R. TRIMBLE, M.D.
2   Q.   Professor Trimble, do you recognize this
3   publication?
4   A.   I do.
5   Q.   This is cited in your report in this
6   case; is that correct?
7   A.   That is correct.
8   Q.   This is study by two persons named John
9   Collins and Benson McFarland; is that right?
10  A.   That's correct.
11  Q.   Entitled, "Research Report Divalproex,
12  Lithium and Suicide Among Medicaid Patients With
13  Bipolar Disorder." Is that right?
14  A.   That is correct.
15  Q.   Published in 2007; is that right?
16  A.   That is correct.
17  Q.   Could I ask you to please read the
18  back -- within the abstract on the first page of the
19  article, could you please read the first couple of
20  sentences captioned "Background"?
21  A.   "Suicide completion and attempted suicide
22  are major concerns for people with bipolar disorder.
23  Studies in the private sector have suggested that
24  lithium treatment may be superior to divalproex
25  therapy with regard to minimizing suicidal behavior

Page 9

1   MICHAEL R. TRIMBLE, M.D.
2   among individuals with bipolar disorder. However,
3   few data are available regarding Medicaid patients
4   diagnosed with bipolar disorder."
5       MR. FINKELSTEIN: I don't mean to
6   interrupt, just note we have somebody else joined us.
7       MS. RAYMOND: Leigh Raymond with Shook,
8   Hardy and Bacon.
9   Q.   Professor Trimble, would you also mind
10  reading, please, the "Results" section which appears
11  two sections down?
12  A.   "Divalproex was the most common mood
13  stabilizer used by 33 percent of subjects followed by
14  gabapentin," in brackets, "32 percent, lithium," in
15  brackets, "25 percent, and carbamazepine," in
16  brackets, "three percent. There were 11 suicide
17  deaths and 79 attempts. Adjusted hazard ratios
18  versus lithium users for suicide attempts were 2.7
19  for divalproex users, statistical value is then given
20  a P less than nought .001. 1.6 for gabapentin
21  users," in brackets, "not significant," close
22  brackets, "and 2.8 for carbamazepine users," in
23  brackets, "not significant," close brackets stop.
24  "For suicide deaths the adjusted hazard ratios are
25  1.5, for divalproex users, not significant, 2.6 for

3 (Pages 6 to 9)

Page 54

MICHAEL R. TRIMBLE, M.D.

say that one molecule does not elevate gabapentin. You just said one molecule cause suicide.

Q. Does one molecule of gabapentin elevate brain GABA?

A. I haven't the first idea.

Q. How much gabapentin would be required to be ingested in order to set in motion steps two, three, four and five?

A. Well, the clinical doses that were used, I suppose we would start between 200 and 300 milligrams a day, but the individual levels that people take are very varied. But I would accept between 200 and 600 milligrams of gabapentin a day.

Q. Are you aware of any study or publication stating that ingestion of 200 or 300 milligrams of gabapentin per day can -- is associated with suicide, will cause a suicide?

A. No.

Q. In your report I noticed you describe in several places -- I believe the word you used was vulnerable patients to this phenomenon. What -- do you believe persons, patients differ in their susceptibility to this sequence of events that you have outlined for us?

Page 55

MICHAEL R. TRIMBLE, M.D.

A. I do believe that patients -- I do believe that patients vary in their susceptibility to the effects of the drugs.

Q. Do you believe that there are some patients who are not vulnerable to this phenomenon of gabapentin-induced suicide that you described for us?

A. I would assume that is the case.

Q. Which would those be, do you think? How much would you describe those non-vulnerable patients?

A. The least vulnerable would be those who have in biological terms the high levels of turnover of serotonin.

Q. What constitutes a high level of turnover of serotonin?

A. Well, in the human population, the turnover of serotonin tends to be bimodal; that is there are two peaks, one at the lower end of the spectrum and one at the higher end of the spectrum as opposed to being unimodal.

And there are figures for the measurement of 5-HIAA levels in the literature which will give you the measurements of the low levels as compared to the high levels. So there is a group of people with

Page 56

MICHAEL R. TRIMBLE, M.D.

low levels and there's a group of people with high levels and they appear to be relatively separated.

Q. Is there any means clinically that a practicing physician could distinguish persons with high serotonin turnover from patients who have low serotonin turnover?

A. The patients with the low serotonin turnover are more likely to have histories of a psychiatric nature, including personality disorders including personalities disorders of an aggressive or borderline subtype.

Q. Would they, also, be more likely to mood disorders with low serotonin turnover?

A. Correct.

Q. Those would include depression and dysthymia, the other mood disorders?

A. Dysphoria, correct.

Q. Suicidal ideation or thoughts as well as suicidal acts are among the diagnostic criteria for depression; would you agree?

A. Suicidal ideation, yes. Suicidal acts, no.

Q. What is your view on the validity of the diagnostic criteria for major depressive episode in

Page 57

MICHAEL R. TRIMBLE, M.D.

the Diagnostic and Statistical Manual of Mental Disorders?

A. Could you repeat the question?

Q. Sure, sure. What is your view as to the validity of the diagnostic criteria for major depressive episode set out in the Diagnostic and Statistical Manual of Mental Disorders, the DSM as it is known?

A. Thank you. It has no validity whatsoever.

Q. Could you tell me what you believe are the valid diagnostic criteria for major depression?

A. Major depression is actually a clinical diagnosis and I can give you some of the key clinical features, but in terms of validity of rating scales which I think you're asking me about or diagnostic schedules.

Q. Actually, no. Are you familiar with the Diagnostic and Statistical Manual of Mental Disorders, the DSM?

A. Yes, I am. Perhaps I could ask you to repeat the question because I'm not sure I'm following.

Q. If you're not familiar with the manual, I

15 (Pages 54 to 57)