UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------ x<br>In re:  NEURONTIN MARKETING,<br>         SALES PRACTICES AND<br>         PRODUCTS LIABILITY LITIGATION<br>------------------------------------------------ x<br>THIS DOCUMENT RELATES TO:<br><br>*Bulger v. Pfizer Inc., et al.,* Case No. 05-cv-11515-PBS<br><br><br>------------------------------------------------ x | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

### PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S MOTION TO EXCLUDE THE SPECIFIC CAUSATION TESTIMONY OF DOCTORS RONALD W. MARIS AND STEFAN KRUSZEWSKI

Defendants Pfizer Inc. and Warner-Lambert Company LLC respectfully move to exclude the specific causation testimony of Drs. Ronald W. Maris and Stefan Kruszewski.

The grounds for this motion are set forth in the accompanying memorandum of law.

Also submitted in support of this motion is a Declaration of Scott W. Sayler in Support of Motion to Exclude.

WHEREFORE, defendants respectfully request that the Court exclude the specific causation testimony of Drs. Maris and Kruszewski.

### REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument will assist the Court, and the wish to be heard. Accordingly, they respectfully request oral argument on this motion.

Dated: January 23, 2009										Respectfully submitted,

DAVIS POLK & WARDWELL

By:	/s/ James P. Rouhandeh
	James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

-and-

SHOOK, HARDY & BACON L.L.P.

By:	/s/ Scott W. Sayler
	Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

HARE & CHAFFIN

By:	/s/ David B. Chaffin
	David B. Chaffin

160 Federal Street
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

/s/ David B. Chaffin
David B. Chaffin

- 2 -

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 23, 2009.

                                          /s/ David B. Chaffin