UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Bulger v. Pfizer Inc., et al.*, 1:07-cv-11426-PBS

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF SCOTT W. SAYLER, ESQ. IN SUPPORT OF MOTION TO EXCLUDE

I, Scott W. Sayler, declare and state as follows:

1. I am a partner with the law firm of Shook, Hardy & Bacon LLP, counsel of record for Pfizer Inc. and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Institute of Medicine, *Reducing Suicide: A National Imperative* (2002).

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the American Psychiatric Association, *Practice Guideline for the Assessment and Treatment of Patients with Suicidal Behaviors* (2003).

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the Deposition of Ronald Wm. Maris, Ph.D. (Sept. 29-Oct. 1, Oct. 20 & 22, 2008).

5. Attached as **Exhibit 4** is a true and correct copy of the Bulger Expert Report of Gary J. Brenner, MD, Ph.D. (Nov. 10, 2008).

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the Deposition of Stefan P. Kruszewski, MD (Oct. 15-16, 2008).

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from the Deposition of Dino A. Crognale, MD (Mar. 25, 2008).

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from the Deposition of Linda Landry (June 27, 2008).

9. Attached as **Exhibit 8** is a true and correct copy of excerpts from the Deposition of Richard S. Goldman, MD (Apr. 22, 2008).

10. Attached as **Exhibit 9** is a true and correct copy of excerpts from the Deposition of Matthew Gravini (June 27, 2008).

11. Attached as **Exhibit 10** is a true and correct copy of the Bulger Expert Report of Ronald Wm. Maris, Ph.D. (July 18, 2008).

12. Attached as **Exhibit 11** is a true and correct copy of the Bulger Psychological Autopsy (October 14, 2008).

13. Attached as **Exhibit 12** is a true and correct copy of the Bulger Expert Report of Stefan P. Kruszewski, MD.

14. Attached as **Exhibit 13** is a true and correct copy of the Affidavit of Ronald Wm. Maris, Ph.D. in *Giles v. Wyeth*, No. 4:04CV04245, 2006 WL 4743955, *1 (S.D. Ill. Dec. 29, 2006).

15. Attached as **Exhibit 14** is a true and correct copy of excerpts from the Deposition of Ronald Wm. Maris, Ph.D. in *Giles v. Wyeth*, No. 4:04CV04245, 2007 WL 1514564, *73-74 (S.D. Ill. Jan. 19, 2007).

16. Attached as **Exhibit 15** is a true and correct copy of the Bulger Expert Report of Doug Jacobs, MD (Nov. 3, 2008).

17. Attached as **Exhibit 16** is a true and correct copy of excerpts from the Deposition of Ronald Bulger, Sr. (Mar. 26, 2008).

18. Attached as **Exhibit 17** is a true and correct copy of excerpts from the Deposition of Ronald Wm. Maris, Ph.D. in *Crone v. Pfizer*, No. CV 400432 (Lake County, Cal. Super. Ct.) (Nov. 21, 2008).

19. Attached as **Exhibit 18** is a true and correct copy of Exhibit 20 to the Deposition of Ronald Wm. Maris, Ph.D. (Sept. 29-Oct. 1, 2008).

20. Attached as **Exhibit 19** is a true and correct copy of the Bulger Expert Report of Anthony J. Rothschild, MD (Nov. 10, 2008).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2009, in Kansas City, Missouri.

_____
**Scott W. Sayler, Esq.**