# EXHIBIT 1

Reducing Suicide: A National Imperative
http://www.nap.edu/catalog/10398.html

# Reducing Suicide

## A NATIONAL IMPERATIVE

SK Goldsmith, TC Pellmar, AM Kleinman, WE Bunney, editors

Committee on Pathophysiology and Prevention of
Adolescent and Adult Suicide
Board on Neuroscience and Behavioral Health
INSTITUTE OF MEDICINE
OF THE NATIONAL ACADEMIES

THE NATIONAL ACADEMIES PRESS
Washington, D.C.
**www.nap.edu**

Copyright © National Academy of Sciences. All rights reserved.

Case 1:04-cv-10981-PBS   Document 1636-2   Filed 01/23/09   Page 3 of 13

Reducing Suicide: A National Imperative
http://www.nap.edu/catalog/10398.html

THE NATIONAL ACADEMIES PRESS • 500 Fifth Street, N.W. • Washington, DC 20001

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

Support for this project was provided by the Centers for Disease Control and Prevention, the National Institute of Mental Health, the National Institute on Drug Abuse, the National Institute on Alcohol Abuse and Alcoholism, the Substance Abuse and Mental Health Services Administration, and the Veterans Administration. The views presented in this report are those of the Institute of Medicine Committee on Pathophysiology and Prevention of Adolescent and Adult Suicide and are not necessarily those of the funding agencies.

**Library of Congress Cataloging-in-Publication Data**

Reducing suicide : a national imperative / S.K. Goldsmith ... [et al.], editors ; Committee on Pathophysiology & Prevention of Adolescent & Adult Suicide, Board on Neuroscience and Behavioral Health, Institute of Medicine.
  p. ; cm.
Includes bibliographical references and index.
 ISBN 0-309-08321-4 (pbk.)
 1. Suicide—United States. 2. Suicide—United States—Prevention. 3. Suicidal behavior—Treatment—United States. 4. Suicidal behavior—Risk factors—United States.
 [DNLM: 1. Suicide—prevention & control—United States. 2. Psychotherapy—United States. 3. Risk Factors—United States. 4. Social Support—United States. 5. Suicide—psychology—United States.
] I. Goldsmith, Sara K. II. Institute of Medicine (U.S.). Committee on Pathophysiology & Prevention of Adolescent & Adult Suicide.
 HV6548.U5 R43 2002
 362.28'7'0973—dc21
                          2002012032

Additional copies of this report are available for sale from the National Academies Press, 500 Fifth Street, N.W., Box 285, Washington, DC 20055. Call (800) 624-6242 or (202) 334-3313 (in the Washington metropolitan area); Internet, http://www.nap.edu.

For more information about the Institute of Medicine, visit the IOM home page at **www.iom.edu.**

Printed in the United States of America.

Copyright 2002 by the National Academy of Sciences. All rights reserved.

The serpent has been a symbol of long life, healing, and knowledge among almost all cultures and religions since the beginning of recorded history. The serpent adopted as a logotype by the Institute of Medicine is a relief carving from ancient Greece, now held by the Staatliche Museen in Berlin.

Copyright © National Academy of Sciences. All rights reserved.

Reducing Suicide: A National Imperative
http://www.nap.edu/catalog/10398.html

> "Knowing is not enough; we must apply.
> Willing is not enough; we must do."
> —Goethe



# INSTITUTE OF MEDICINE

**Shaping the Future for Health**

Copyright © National Academy of Sciences. All rights reserved.

Reducing Suicide: A National Imperative
http://www.nap.edu/catalog/10398.html

# Preface

When Kevin Carter, a celebrated South African photo-journalist who was in his 30's and only months before had won the highly prestigious Pulitzer Prize, killed himself several years ago, it was at first assumed that his suicide was linked to the consequences in trauma, moral desolation, and guilt that he experienced in filming some of Africa's great human tragedies: wars and famines. Indeed his suicide note indicates as much. Soon afterward it was learned that he had been abusing drugs and suffered from bipolar disorder. Later still, it surfaced that he had experienced a wrenching divorce and was deeply upset about the separation from his young daughter. As this case shows, suicide can be a complex process. If ever a condition begged for an integrated understanding that takes into account biological, clinical, subjective, and social factors, this is it.

It is for this reason that global data on suicide loom large and usefully balance findings from the United States that are the primary focus of this report. For example, although American psychiatrists have found that 90 percent of suicides in our country appear to be associated with a mental illness, data from China suggest that probably less than half of suicides there have such a correlation. In China, unlike most countries, more women than men kill themselves. Eastern European societies experience suicide rates 4 to 6 times higher than in the United States. Whereas in Hungary there has long been a very high rate of suicide, in other countries formerly part of the Soviet Union, the elevated rates correlate with a period of deep and disruptive social change. Suicide may have a basis in depression or substance abuse, but it simultaneously may relate to social factors like community breakdown, loss of key social relations, economic

Copyright © National Academy of Sciences. All rights reserved.

Reducing Suicide: A National Imperative
http://www.nap.edu/catalog/10398.html

depression, or political violence. Indeed, it may be that emotional states like hopelessness and impulsiveness link these different levels of human experience. It is important not to lose this sense of complexity if we are to fashion intervention programs that can prevent suicide.

This report reflects different perspectives and levels of analysis. It embodies tensions between medical and social analyses of suicide that date back at least 100 years. Given the uncertain status of the science, it is not always possible or even useful to try to resolve these distinctive points of view. But we have tried to place all the relevant materials before the reader; even where the tensions can not be resolved by efforts at integration of analytic approaches, we have tried to present the uncertainties and contradictions. That way we feel we have done justice to the science *and* to the resonantly human characteristics of this crucial subject. Indeed, it is inconceivable that policy and programs will be up to the challenge unless they engage the different sides of suicide.

Suicide is a medical issue; but it is also an economic, social relational, moral, and as September 11's tragic global spectacle of suicide terrorist attack made clear, a political issue as well. Suicide prevention, in turn, holds medical, social, psychological, economic, moral and political significance. Our Committee of medical and social scientists grappled as best it could with this complex reality and has written a report that suggests that this is precisely what policy makers need to do to advance the science and improve health and social responses.

I wish to acknowledge the crucial role played by the Committee's staff in assembling this report from the Committee's diverse perspectives.

Arthur Kleinman, M.D.

***

Suicide represents a major national and international public health problem with about 30,000 deaths in the United States and 1,000,000 deaths in the world each year and every year. The estimated cost to this nation in lost income alone is 11.8 billion dollars per year. There has been in the past and is currently a dramatic mismatch in terms of the federal dollars devoted to the understanding and prevention of suicide contrasted with other diseases of less public health impact. Research tools and opportunities currently exist to attack the problem of suicide. Recent successful programs for the prevention of suicide demand further testing. This report recommends a comprehensive approach to suicide and the development of a network of research laboratories for the study of suicide. There is every reason to expect that a national consensus to declare

Copyright © National Academy of Sciences. All rights reserved.

PREFACE                                                                 xi

war on suicide and to fund research and prevention at a level commensurate with the severity of the problem will be successful and will lead to highly significant discoveries as have the wars on cancer, Alzheimer's disease, and AIDS.

Suicide is the eleventh leading cause of death for all ages in the United States and the third leading cause of death among adolescents. A great deal of local and national funding and effort has been devoted to the problem of homicide in contrast to suicide. However, suicides in this country outnumber homicides by a third. During the period of the Vietnam War, four times the number of Americans died by suicide than died in combat. Two hundred thousand more people died of suicide than died of AIDS in the past 20 years. These mortality figures do not capture the intense suffering of the suicidal patient. One patient stated the night before she committed suicide: "The pain is all consuming, overwhelming. The pain has become excruciating, constant and endless."

A great deal has been learned about the risk factors contributing to suicide, biological changes that are associated with suicide, links between childhood trauma and suicide, and the impact of social and cultural influences, medical and psychosocial interventions. But a fundamental understanding of the suicide process remains unknown, and national prevention efforts have not been successful. The establishment of 60 centers throughout the United States to fight a war on cancer, and 28 Alzheimer disease centers, to fight a war on Alzheimer's disease, provide highly successful models for the committee recommendation to develop a network of eight population-based research laboratories for war on suicide and investigation of the suicidal process.

In 2000, the National Institute of Mental Health, the National Institute of Drug Abuse, the Veterans Administration, the National Institute on Alcohol Abuse and Alcoholism, Substance Abuse and Mental Health Services Administration and the Centers for Disease Control and Prevention asked the Institute of Medicine to assess the science base of suicide etiology, evaluate the current status of primary and secondary prevention including risk and protective factors, develop strategies for studying suicide and comment on gaps in knowledge, research opportunities and strategies for prevention. The Institute of Medicine formed a Committee on the Pathophysiology and Prevention of Adolescent and Adult Suicide.

In conducting this study, the 13-member committee met six times during 2001. The Committee was informed by two hosted workshops, *Suicide Prevention* and *Risk Factors for Suicide*, the deliberations of which have been subsequently published. The meeting agendas are in Appendix C of this report. At these workshops the committee was informed by a number of presentations by experts in the field. These included: Aaron T. Beck, C. Hendricks Brown, Gregory Brown, William Byerley, Katherine

Copyright © National Academy of Sciences. All rights reserved.

Comtois, David Goldston, Madelyn Gould, David Hemenway, John Kalafat, Ronald Maris, Eve Mościcki, Ghanshayam Pandey, Robert Post, Herbert C. Schulberg, Edwin Shneidman, and Martin Teicher. Additional experts in the field of suicide made presentations to the Committee: Paul Appelbaum, Alan Berman, Robert Gebbia, Scott Kim, Bernice Pescosolido, and Leonardo Tondo. Several representatives from government agencies provided their perspectives: Steven M. Berkowitz, Alexander Crosby, Robert DeMartino, David Litts, Jacques Normand, Jane Pearson, and Deidra Roach. Still others prepared background papers or provided analyses and data: Robert Anderson, Lois Fingerhut, David Jobes, Thomas Joiner, Jeremy Pettit, Ramani Pilla, Morton Silverman, and Shirley Zimmerman. The names and affiliations of these expert consultants are listed in Appendix B. Subsequently, individual committee members prepared draft chapters. Analysis and data collection, development, and writing of the final study report required an extensive staff effort. The Study Director, Sara K. Goldsmith, organized our discussions and prepared drafts of important components of the report. She was assisted by Sandra P. Au, Research Associate, Daria K. Boeninger, Research Assistant, Allison M. Panzer, Senior Project Assistant, and Miriam Davis, Consultant. The Director of the Board of Neuroscience and Behavioral Health, Terry C. Pellmar, prepared the initial project proposal and provided outstanding oversight of the entire effort and participated in writing and organizing the final draft. We thank each of the individuals and organizations for their assistance and advice over the course of this effort to analyze and attack the crisis of suicide in this nation.

William E. Bunney, M.D.

Copyright © National Academy of Sciences. All rights reserved.

Reducing Suicide: A National Imperative
http://www.nap.edu/catalog/10398.html

# Executive Summary

Every year approximately 30,000 people die by suicide in the United States, and one million worldwide. Approximately 650,000 people yearly receive emergency treatment after attempting suicide in the United States. It is the third leading cause of death among American youths and the eleventh for Americans of all ages. Over the last 100 years suicides have out-numbered homicides by at least 3 to 2. Almost 4 times as many Americans died by suicide than in the Vietnam War during the same time period. The rates of suicide are exceptionally high among certain populations: white males over 75 years of age, Native Americans, and certain professions (e.g., health professions, police). The rates among youth are rising.

For decades, the federal government of the United States has been concerned about high suicide rates. Thirty years after the first national effort was established at the National Institute of Mental Health in 1969, the Surgeon General of the United States issued a "Call to Action to Prevent Suicide." Soon after, a National Strategy for Suicide Prevention (2001) presented a comprehensive assessment of future goals and objectives to combat suicide. Several federal agencies (the National Institute of Mental Health, the National Institute of Drug Abuse, the Veterans Administration, the Centers for Disease Control and Prevention, Substance Abuse and Mental Health Services Administration, and the National Institute on Alcohol Abuse and Alcoholism) joined together to ask the Institute of Medicine to convene the Committee on Pathophysiology and Prevention of Adolescent and Adult Suicide to examine the state of the science base,

*1*

Copyright © National Academy of Sciences. All rights reserved.

Reducing Suicide: A National Imperative
http://www.nap.edu/catalog/10398.html

2                                                                    REDUCING SUICIDE

gaps in our knowledge, strategies for prevention, and research designs for the study of suicide.

## RISK AND PROTECTIVE FACTORS

Biological, psychological, social, and cultural factors all have a significant impact on the risk of suicide. The report reviews many of these risk factors individually, but the Committee emphasizes the need for an integrated understanding of their influence.

Over 90 percent of suicides in the United States are associated with mental illness and/or alcohol and substance abuse. Yet it is important to remember that as many as 10 percent of people who complete suicide do not have any known psychiatric diagnosis. This percentage appears higher still in non-Western societies such as China. It is also important to remember that over 95% of those with mental disorders do not complete suicide. The relationship between suicide and mental illness is a conundrum. Suicidality, although clearly overlapping the symptomatology of the associated disorders, does not appear to respond to treatment in exactly the same way. Depressive symptoms can be reduced by medicines without reduction in suicidality. And psychotherapy can reduce suicide without significant changes in affective symptoms.

Over 30 years of research confirms the relationship between hopelessness and suicide across diagnoses. Hopelessness can persist even when other symptoms of an associated disorder, such as depression, have abated. Impulsivity, especially among youth, is increasingly linked to suicidal behavior. Resiliency and coping skills, on the other hand, can reduce the risk of suicide. Research suggests that coping skills can be taught.

Biological changes are associated with completed and attempted suicide. Abnormal functioning of the hypothalamic-pituitary-adrenal (HPA) axis, a major component of adaptation to stress, has been shown to be promising for the prediction of *future* suicides, but not consistently for suicide attempts. Serotonergic function is reduced and noradrenergic function is altered in the central nervous systems of both suicide attempters and completers. Several lines of evidence, including adoption, twin, and family studies, point to a link between genetic inheritance and risk of suicide. Having a first-degree relative who completed suicide increases an individual's risk of suicide 6-fold. The genetic liability may be linked to the heritability of mental illness and/or impulsive aggression. Since the heritability of liability to suicidal behavior appears to be on the order of 30–50%, interactions with social and cultural influences must also be significant.

Copyright © National Academy of Sciences. All rights reserved.

Reducing Suicide: A National Imperative
http://www.nap.edu/catalog/10398.html

EXECUTIVE SUMMARY                                                              3

Childhood trauma has emerged as a strong risk factor for suicidal behavior in adolescents *and* adults. The official rate of child victimization in 1999 was about 12 per 1000 and but the rates are even higher in surveys of children and parents. Independent of psychopathology and other known risk factors, child sexual abuse has been reported in 9–20 percent of suicide attempts in adults.

Social support is a protective factor. Those who enjoy close relationships cope better with various stresses, including bereavement, job loss, and illness, and enjoy better psychological and physical health. Divorced, separated and widowed persons are more likely to die by suicide. Being a parent, particularly for mothers, appears to decrease the risk of suicide. Discord within the family is correlated with increased suicide, while parental and family connectedness has a protective effect, especially among youth. Participation in religious activities is a protective factor for suicide, perhaps in part because of the social support it affords, but belief structures and spiritualism may also be important factors. Furthermore, epidemiological analyses reveal that occupation, employment status, and socioeconomic status affect the risk of suicide. These factors are not specific to the United States or even to the Western world, but global.

At both the individual and collective levels, the suicide rate has long been understood to correlate with cultural, social, political, and economic forces. Political coercion or violence can increase suicide. For example, in the former Soviet Union, areas experiencing sociopolitical oppression (the Baltic States) and forced social change (Russia) had higher suicide rates compared to other regions. Twenty years of civil war in Sri Lanka are associated with increased suicide rates, as well. Vast social changes associated with modernization and globalization are thought to break down traditional values and practices and result in increased suicide. Since the fall of the Soviet Union and its Eastern European satellite states much of East Europe has reported worsening health statistics, including adult mortality, alcohol and drug abuse, and some of the highest suicide rates in the world today. Here suicide is correlated with societal breakdown, severe economic dislocation, major cultural change and new political systems. Suicide carries a social and moral meaning in all societies. A society's perception of suicide, or its stigma, can influence its rate, preventing suicide in those societies and social groups where it is frowned upon but increasing suicide where it is a culturally acceptable option in certain situations.

Despite the extensive knowledge that research has provided regarding these risk and protective factors, we are still far from being able to integrate these factors so as to understand how they work in concert to evoke suicidal behavior or to prevent it. We do not understand why sig-

Copyright © National Academy of Sciences. All rights reserved.

Reducing Suicide: A National Imperative
http://www.nap.edu/catalog/10398.html

4                                                                 *REDUCING SUICIDE*

nificant proportions (20–49 percent) of maltreated children do not display suicidal symptoms or why the majority of individuals affected with mental illness do not complete suicide. We also need to understand the large numbers of people who commit suicide in the absence of pathology, how suicide varies with social and cultural forces, and how it relates to individual, group, and contextual experiences.

Without a combination of a population-based approach and studies at the level of the individual patient within higher risk sub-groups, macro-social trends cannot be related to biomedical measures. Most existing studies are retrospective or cross-sectional, involve few correlates, and do not address prediction of risk. Without specific data from well-defined and characterized populations whose community-level social descriptives are well known, normative behavior and abnormality cannot be estimated.

## TREATMENT

Suicidality can be treated. There is evidence that lithium treatment of bipolar disorder significantly reduces suicide rates. In fact, lithium may have specific anti-suicidal effects for people with this disorder since these effects may be *separate* from its antidepressant and antimanic effects. Rates are reduced only while the patients take lithium; after discontinuation of lithium, the rates begin to rise to levels similar to those seen prior to lithium treatment. Despite the encouraging evidence, the protective effects of lithium are not consistent across studies. Other psychiatric medications, including anti-psychotic (especially clozapine) and antidepressants, also show promise for the reduction of suicide. A correlation has been observed between an increase in prescription rates for antidepressants, in particular the serotonin re-uptake inhibitors (SSRIs), and a decline in suicide rates in a number of countries. However, randomized clinical trials with antidepressants have failed to reveal significant differences versus placebo, perhaps due to methodological limitations.

Medications alone are not sufficient for treating mental disorders or suicidality, nor are treatments equally effective across individuals and diagnoses. Psychotherapy provides a necessary therapeutic relationship that reduces the risk of suicide. Cognitive-behavioral approaches that include problem-solving training seem to reduce suicidal ideation and attempts more effectively than treatment as usual or nondirective therapy.

Patients are at much greater risk of suicide in the weeks immediately following discharge from the hospital. Discharged patients who committed suicide were 3.7 times more likely to have had their outpatient care reduced at their last session. On the other hand, patients who continued

Copyright © National Academy of Sciences. All rights reserved.

Case 1:04-cv-10981-PBS   Document 1636-2   Filed 01/23/09   Page 13 of 13

Reducing Suicide: A National Imperative
http://www.nap.edu/catalog/10398.html

care either through community services or with pharmacotherapy had lower suicide rates.

Psychological autopsy studies reveal that only 6–14 percent of depressed suicide victims were adequately treated and only 8–17 percent of all suicides were under treatment with prescription psychiatric medications. Yet significant opportunities to deliver adequate care exist since over 50–70 percent of those who complete suicide have contact with health services in the days to months before their death. However, suicide risk is difficult to assess. Individuals making serious suicide attempts may knowingly withhold their intentions. Currently, no psychological test, clinical technique, or biological marker is sufficiently sensitive and specific to accurately assess acute prediction of suicide in an individual.

There are significant barriers to receiving effective mental health treatment. About two-thirds of people with diagnosable mental disorders do not receive treatment. The stigma of mental illness deters people who need treatment from seeking it. The fragmented organization of mental health services and the cost of care are among the most frequently cited barriers to mental health treatment. Economic analyses of patterns of use of mental health services clearly indicate that use is sensitive to price: use falls as costs rise, while use increases with better insurance coverage. Physicians are reticent to talk to their patients about suicide; they often do not ask about intent or ideation, and patients often do not spontaneously report it. The goal of suicide treatment in specialty care is to develop and implement a treatment plan, which includes monitoring of medication efficacy and safety, as well as discharge planning. The details of treatment of suicidality, however, are not spelled out in any clinical guidelines. And many physicians are inadequately prepared to address suicide in their practices.

Primary care has become a critical setting for detection of the two most common risk factors for suicide: depression and alcoholism. According the American Medical Association, a diagnostic interview for depression is comparable in sensitivity and specificity to many radiologic and laboratory tests commonly used in medicine. Yet, currently only about 30–50 percent of adults with diagnosable depression are accurately diagnosed by primary care physicians. Treatment of depression in primary care is associated with reduced rates of completed suicide as shown by an ecological study on the Swedish Island of Gotland. Substance use disorders are especially important in suicide among young adults. Substance abuse and mood disorders frequently co-occur, with 51 percent of suicide attempters having both. In the primary care setting, numerous professional groups recommend routine screening for problem drinking in all patients.

Copyright © National Academy of Sciences. All rights reserved.