# EXHIBIT 2
# (PART I)

# Practice Guideline for the Assessment and Treatment of Patients With Suicidal Behaviors



American Psychiatric Association

**American Psychiatric Association Practice Guidelines**

# Practice Guideline for the Assessment and Treatment of Patients With Suicidal Behaviors

## Work Group on Suicidal Behaviors

Douglas G. Jacobs, M.D., Chair

Ross J. Baldessarini, M.D.  
Yeates Conwell, M.D.  
Jan A. Fawcett, M.D.  
Leslie Horton, M.D., Ph.D.

Herbert Meltzer, M.D.  
Cynthia R. Pfeffer, M.D.  
Robert I. Simon, M.D.

## Steering Committee on Practice Guidelines

John S. McIntyre, M.D., Chair

Sara C. Charles, M.D., Vice-Chair

Kenneth Altshuler, M.D.  
Ian Cook, M.D.  
C. Deborah Cross, M.D.  
Barry J. Landau, M.D.  
Louis Alan Moench, M.D.

Grayson Norquist, M.D.  
Stuart W. Twemlow, M.D.  
Sherwyn Woods, M.D., Ph.D.  
Joel Yager, M.D.

## Consultants and Liaisons

Sheila Hafter Gray, M.D. (Liaison)  
Andrew J. Kolodny, M.D. (Liaison)  
Robert Johnston, M.D. (Area I)  
James Nininger, M.D. (Area II)  
Roger Peele, M.D. (Area III)

Daniel J. Anzia, M.D. (Area IV)  
R. Scott Benson, M.D. (Area V)  
Lawrence Lurie, M.D. (Area VI)  
R. Dale Walker, M.D. (Area VII)

## Staff

Robert Kunkle, M.A., Senior Program Manager  
Althea Simpson, M.B.A., Project Coordinator  
Laura J. Fochtmann, M.D., Practice Guidelines Medical Editor  
Claudia Hart, Director, Department of Quality Improvement and Psychiatric Services  
Darrel Regier, M.D., M.P.H., Director, Division of Research

Developed under the auspices of the Steering Committee on Practice Guidelines. Successive drafts reviewed by APA components and members, as well as other interested individuals and organizations (see p. 97) and two members of the editorial board of *The American Journal of Psychiatry*. Approved by the APA Board of Trustees in June 2003 and published in November 2003.

Part A received by *The American Journal of Psychiatry* July 3, 2003; accepted July 28, 2003.

Copyright © 2003 American Psychiatric Association. ALL RIGHTS RESERVED. No part of this Practice Guideline may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, or by any information storage or retrieval system, without permission in writing from the publisher.

der. Thus, clozapine treatment should be given serious consideration for psychotic patients with frequent suicidal ideation, attempts, or both [I]. However, the benefits of clozapine treatment need to be weighed against the risk of adverse effects, including potentially fatal agranulocytosis and myocarditis, which has generally led clozapine to be reserved for use when psychotic symptoms have not responded to other antipsychotic medications. If treatment is indicated with an antipsychotic other than clozapine, the other second-generation antipsychotics (e.g., risperidone, olanzapine, quetiapine, ziprasidone, aripiprazole) are preferred over the first-generation antipsychotic agents [I].

ECT has established efficacy in patients with severe depressive illness, with or without psychotic features. Since ECT is associated with a rapid and robust antidepressant response as well as a rapid diminution in associated suicidal thoughts, ECT may be recommended as a treatment for severe episodes of major depression that are accompanied by suicidal thoughts or behaviors [I]. Under certain clinical circumstances, ECT may also be used to treat suicidal patients with schizophrenia, schizoaffective disorder, or mixed or manic episodes of bipolar disorder [II]. Regardless of diagnosis, ECT is especially indicated for patients with catatonic features or for whom a delay in treatment response is considered life threatening [I]. ECT may also be indicated for suicidal individuals during pregnancy and for those who have already failed to tolerate or respond to trials of medication [II]. Since there is no evidence of a long-term reduction of suicide risk with ECT, continuation or maintenance treatment with pharmacotherapy or with ECT is recommended after an acute ECT course [I].

### 2. Psychosocial interventions

Psychotherapies and other psychosocial interventions play an important role in the treatment of individuals with suicidal thoughts and behaviors [II]. A substantial body of evidence supports the efficacy of psychotherapy in the treatment of specific disorders, such as nonpsychotic major depressive disorder and borderline personality disorder, which are associated with increased suicide risk. For example, interpersonal psychotherapy and cognitive behavior therapy have been found to be effective in clinical trials for the treatment of depression. Therefore, psychotherapies such as interpersonal psychotherapy and cognitive behavior therapy may be considered appropriate treatments for suicidal behavior, particularly when it occurs in the context of depression [II]. In addition, cognitive behavior therapy may be used to decrease two important risk factors for suicide: hopelessness [II] and suicide attempts in depressed outpatients [III]. For patients with a diagnosis of borderline personality disorder, psychodynamic therapy and dialectical behavior therapy may be appropriate treatments for suicidal behaviors [II], because modest evidence has shown these therapies to be associated with decreased self-injurious behaviors, including suicide attempts. Although not targeted specifically to suicide or suicidal behaviors, other psychosocial treatments may also be helpful in reducing symptoms and improving functioning in individuals with psychotic disorders and in treating alcohol and other substance use disorders that are themselves associated with increased rates of suicide and suicidal behaviors [II]. For patients who have attempted suicide or engaged in self-harming behaviors without suicidal intent, specific psychosocial interventions such as rapid intervention; follow-up outreach; problem-solving therapy; brief psychological treatment; or family, couples, or group therapies may be useful despite limited evidence for their efficacy [III].

## II. Assessment of Patients With Suicidal Behaviors

### A. Overview

The assessment of the suicidal patient is an ongoing process that comprises many interconnected elements (Table 1). In addition, there are a number of points during patients' evaluation and treatment at which a suicide assessment may be indicated (Table 2).

The ability of the psychiatrist to connect with the patient, establish rapport, and demonstrate empathy is an important ingredient of the assessment process. For suicidal patients who are followed on an ongoing basis, the doctor-patient relationship will provide the base from which risk and protective factors continue to be identified and from which therapeutic interventions, such as psychotherapies and pharmacotherapies, are offered.

At the core of the suicide assessment, the psychiatric evaluation will provide information about the patient's history, current circumstances, and mental state and will include direct questioning about suicidal thinking and behaviors. This evaluation, in turn, will enable the psychiatrist to identify specific factors and features that may increase or decrease the potential risk for suicide or other suicidal behaviors. These factors and features may include developmental, biomedical, psychopathologic, psychodynamic, and psychosocial aspects of the patient's current presentation and history, all of which may serve as modifiable targets for both acute and ongoing interventions. Such information will also be important in addressing the patient's immediate safety, determining the most appropriate setting for treatment, and developing a multiaxial differential diagnosis that will further guide the planning of treatment.

Although the approach to the suicidal patient is common to all individuals regardless of diagnosis or clinical

Table 2. Circumstances in Which a Suicide Assessment May Be Indicated Clinically

Emergency department or crisis evaluation
Intake evaluation (on either an inpatient or an outpatient basis)
Before a change in observation status or treatment setting (e.g., discontinuation of one-to-one observation, discharge from inpatient setting)
Abrupt change in clinical presentation (either precipitous worsening or sudden, dramatic improvement)
Lack of improvement or gradual worsening despite treatment
Anticipation or experience of a significant interpersonal loss or psychosocial stressor (e.g., divorce, financial loss, legal problems, personal shame or humiliation)
Onset of a physical illness (particularly if life threatening, disfiguring, or associated with severe pain or loss of executive functioning)

presentation, the breadth and depth of the psychiatric evaluation will vary with the setting of the assessment; the ability or willingness of the patient to provide information; and the availability of information from previous contacts with the patient or from other sources, including other mental health professionals, medical records, and family members. Since the approach to assessment does vary to some degree in the assessment of suicidal children and adolescents, the psychiatrist who evaluates youths may wish to review the American Academy of Child and Adolescent Psychiatry's *Practice Parameter for the Assessment and Treatment of Children and Adolescents With Suicidal Behavior* (4). In some circumstances, the urgency of the situation or the presence of substance intoxication may necessitate making a decision to facilitate patient safety (e.g., instituting hospitalization or one-to-one observation) before all relevant information has been obtained. Furthermore, when working with a team of other professionals, the psychiatrist may not obtain all information him- or herself but will need to provide leadership for the assessment process so that necessary information is obtained and integrated into a final assessment. Since the patient may minimize the severity or even the existence of his or her difficulties, other individuals may be valuable resources for the psychiatrist in providing information about the patient's current mental state, activities, and psychosocial crises. Such individuals may include the patient's family members and friends but may also include other physicians, other medical or mental health professionals, teachers or other school personnel, members of the patient's military command, and staff from supervised housing programs or other settings where the patient resides.

## B. Conduct a Thorough Psychiatric Evaluation

The psychiatric evaluation is the core element of the suicide risk assessment. This section provides an overview of the key aspects of the psychiatric evaluation as they relate to the assessment of patients with suicidal behaviors. Although the factors that are associated with an increased or decreased risk of suicide differ from the factors associated with an increased or decreased risk of suicide attempts, it is important to identify factors modulating the risk of any suicidal behaviors. Additional details on specific risk factors that should be identified during the assessment are discussed in Sections II.E, "Estimate Suicide Risk" (p. 12), and III.H, "Reassess Safety and Suicide Risk" (p. 35). For further discussion of other aspects of the psychiatric evaluation, the psychiatrist is referred to the American Psychiatric Association's *Practice Guideline for Psychiatric Evaluation of Adults* (5). Additional information on details of the suicide assessment process is reviewed elsewhere (6, 7).

### 1. Identify specific psychiatric signs and symptoms

It is important to identify specific psychiatric signs and symptoms that are correlated with an increased risk of suicide or other suicidal behaviors. Symptoms that have been associated with suicide attempts or with suicide include aggression, violence toward others, impulsiveness, hopelessness, and agitation. Psychic anxiety, which has been defined as subjective feelings of anxiety, fearfulness, or apprehension whether or not focused on specific concerns, has also been associated with an increased risk of suicide, as have anhedonia, global insomnia, and panic attacks. In addition, identifying other psychiatric signs and symptoms (e.g., psychosis, depression) will aid in determining whether the patient has a psychiatric syndrome that should also be a focus of treatment.

### 2. Assess past suicidal behavior, including intent of self-injurious acts

A history of past suicide attempts is one of the most significant risk factors for suicide, and this risk may be increased by more serious, more frequent, or more recent attempts. Therefore, it is important for the psychiatrist to inquire about past suicide attempts and self-destructive behaviors, including specific questioning about aborted suicide attempts. Examples of the latter would include putting a gun to one's head but not firing it, driving to a bridge but not jumping, or creating a noose but not using it. For each attempt or aborted attempt, the psychiatrist should try to obtain details about the precipitants, timing, intent, and consequences as well as the attempt's medical severity. The patient's consumption of alcohol and drugs before the attempt should also be ascertained, since intoxication can facilitate impulsive suicide attempts but can also be a component of a more serious suicidal plan. In understanding the issues that culminated in the suicide attempt, interpersonal aspects of the attempt should also be delineated. Examples might include the dynamic or interpersonal issues leading up to the attempt, significant persons present at the time of the attempt, persons to whom the attempt was communicated, and how the attempt was averted. It is also important to determine the patient's thoughts about the attempt, such as his or her own perception of the chosen method's lethality, ambivalence toward living, visualization of death, degree of premeditation, persistence of suicidal ideation, and reaction to the attempt. It is also helpful to inquire about past risk-taking

Copyright © 2003 American Psychiatric Association

Case 1:04-cv-10981-PBS    Document 1636-3    Filed 01/23/09    Page 6 of 10

behaviors such as unsafe sexual practices and reckless driving.

### 3. Review past treatment history and treatment relationships

A review of the patient's treatment history is another crucial element of the suicide risk assessment. A thorough treatment history can serve as a systematic method for gaining information on comorbid diagnoses, prior hospitalizations, suicidal ideation, or previous suicide attempts. Obtaining a history of medical treatment can help in identifying medically serious suicide attempts as well as in identifying past or current medical diagnoses that may be associated with augmented suicide risk.

Many patients who are being assessed for suicidality will already be in treatment, either with other psychiatrists or mental health professionals or with primary care physicians or medical specialists. Contacts with such caregivers can provide a great deal of relevant information and help in determining a setting and/or plan for treatment. With patients who are currently in treatment, it is also important to gauge the strength and stability of the therapeutic relationships, because a positive therapeutic alliance has been suggested to be protective against suicidal behaviors. On the other hand, a patient with a suicide attempt or suicidal ideation who does not have a reliable therapeutic alliance may represent an increased risk for suicide, which would need to be addressed accordingly.

### 4. Identify family history of suicide, mental illness, and dysfunction

Identifying family history is particularly important during the psychiatric evaluation. The psychiatrist should specifically inquire about the presence of suicide and suicide attempts as well as a family history of any psychiatric hospitalizations or mental illness, including substance use disorders. When suicides have occurred in first-degree relatives, it is often helpful to learn more about the circumstances, including the patient's involvement and the patient's and relative's ages at the time of the suicide.

The patient's childhood and current family milieu are also relevant, since many aspects of family dysfunction may be linked to self-destructive behaviors. Such factors include a history of family conflict or separation, parental legal trouble, family substance use, domestic violence, and physical and/or sexual abuse.

### 5. Identify current psychosocial situation and nature of crisis

An assessment of the patient's current psychosocial situation is important to detect acute psychosocial crises or chronic psychosocial stressors that may augment suicide risk (e.g., financial or legal difficulties; interpersonal conflicts or losses; stressors in gay, lesbian, or bisexual youths; housing problems; job loss; educational failure). Other significant precipitants may include perceived losses or recent or impending humiliation. An understanding of the patient's psychosocial situation is also essential in helping the patient to mobilize external supports, which can have a protective influence on suicide risk.

### 6. Appreciate psychological strengths and vulnerabilities of the individual patient

In estimating suicide risk and formulating a treatment plan, the clinician needs to appreciate the strengths and vulnerabilities of the individual patient. Particular strengths and vulnerabilities may include such factors as coping skills, personality traits, thinking style, and developmental and psychological needs. For example, in addition to serving as state-dependent symptoms, hopelessness, aggression, and impulsivity may also constitute traits, greater degrees of which may be associated with an increased risk for suicidal behaviors. Increased suicide risk has also been seen in individuals who exhibit thought constriction or polarized (either-or) thinking as well in individuals with closed-mindedness (i.e., a narrowed scope and intensity of interests). Perfectionism with excessively high self-expectation is another factor that has been noted in clinical practice to be a possible contributor to suicide risk. In weighing the strengths and vulnerabilities of the individual patient, it is also helpful to determine the patient's tendency to engage in risk-taking behaviors as well as the patient's past responses to stress, including the capacity for reality testing and the ability to tolerate rejection, subjective loneliness, or psychological pain when his or her unique psychological needs are not met.

## C. Specifically Inquire About Suicidal Thoughts, Plans, and Behaviors

In general, the more an individual has thought about suicide, has made specific plans for suicide, and intends to act on those plans, the greater will be his or her risk. Thus, as part of the suicide assessment it is essential to inquire specifically about the patient's suicidal thoughts, plans, behaviors, and intent. Although such questions will often flow naturally from discussion of the patient's current situation, this will not invariably be true. The exact wording of questions and the extent of questioning will also differ with the clinical situation. Examples of issues that the psychiatrist may wish to address in this portion of the suicide assessment are given in Table 3.

### 1. Elicit the presence or absence of suicidal ideation

Inquiring about suicidal ideation is an essential component of the suicide assessment. Although some fear that raising the topic of suicide will "plant" the issue in the patient's mind, this is not the case. In fact, broaching the issue of suicidal ideation may be a relief for the suicidal patient by opening an avenue for discussion and giving him or her an opportunity to feel understood.

In asking about suicidal ideas, it is often helpful to begin with questions that address the patient's feelings about living, such as, "How does life seem to you at this point?"

Copyright © 2003 American Psychiatric Association

**Table 4. Factors Associated With an Increased Risk for Suicide**

**Suicidal thoughts/behaviors**
Suicidal ideas (current or previous)
Suicidal plans (current or previous)
Suicide attempts (including aborted or interrupted attempts)
Lethality of suicidal plans or attempts
Suicidal intent

**Psychiatric diagnoses**
Major depressive disorder
Bipolar disorder (primarily in depressive or mixed episodes)
Schizophrenia
Anorexia nervosa
Alcohol use disorder
Other substance use disorders
Cluster B personality disorders (particularly borderline personality disorder)
Comorbidity of axis I and/or axis II disorders

**Physical illnesses**
Diseases of the nervous system
  Multiple sclerosis
  Huntington's disease
  Brain and spinal cord injury
  Seizure disorders
Malignant neoplasms
HIV/AIDS
Peptic ulcer disease
Chronic obstructive pulmonary disease, especially in men
Chronic hemodialysis-treated renal failure
Systemic lupus erythematosus
Pain syndromes
Functional impairment

**Psychosocial features**
Recent lack of social support (including living alone)
Unemployment
Drop in socioeconomic status
Poor relationship with family[a]
Domestic partner violence[b]
Recent stressful life event

**Childhood traumas**
Sexual abuse
Physical abuse

**Genetic and familial effects**
Family history of suicide (particularly in first-degree relatives)
Family history of mental illness, including substance use disorders

**Psychological features**
Hopelessness
Psychic pain[a]
Severe or unremitting anxiety
Panic attacks
Shame or humiliation[a]
Psychological turmoil[a]
Decreased self-esteem[a]
Extreme narcissistic vulnerability[a]

**Behavioral features**
Impulsiveness
Aggression, including violence against others
Agitation

**Cognitive features**
Loss of executive function[b]
Thought constriction (tunnel vision)
Polarized thinking
Closed-mindedness

**Table 4. (continued)**

**Demographic features**
Male gender[c]
Widowed, divorced, or single marital status, particularly for men
Elderly age group (age group with greatest proportionate risk for suicide)
Adolescent and young adult age groups (age groups with highest numbers of suicides)
White race
Gay, lesbian, or bisexual orientation[b]

**Additional features**
Access to firearms
Substance intoxication (in the absence of a formal substance use disorder diagnosis)
Unstable or poor therapeutic relationship[a]

[a]Association with increased rate of suicide is based on clinical experience rather than formal research evidence.
[b]Associated with increased rate of suicide attempts, but no evidence is available on suicide rates per se.
[c]For suicide attempts, females have increased risk, compared with males.

**Table 5. Factors Associated With Protective Effects for Suicide**

Children in the home[a]
Sense of responsibility to family[b]
Pregnancy
Religiosity
Life satisfaction
Reality testing ability[b]
Positive coping skills[b]
Positive problem-solving skills[b]
Positive social support
Positive therapeutic relationship[b]

[a]Except among those with postpartum psychosis or mood disorder.
[b]Association with decreased rate of suicide is based on clinical experience rather than formal research evidence.

dysfunctional relationships, can increase the likelihood of suicide attempts as well as increase the risk of suicide. At the same time, it is important to note that life events have different meanings for different individuals. Thus, in determining whether a particular stressor may confer risk for suicidal behavior, it is necessary to consider the perceived importance and meaning of the life event for the individual patient.

As the final component of the multiaxial diagnosis, the patient's baseline and current levels of functioning are important to assess (axis V). Also, the clinician should assess the relative change in the patient's level of functioning and the patient's view of and feelings about his or her functioning. Although suicidal ideation and/or suicide attempts are reflected in the Global Assessment of Functioning (GAF) scoring recommendations, it should be noted that there is no agreed-on correlation between a GAF score and level of suicide risk.

### E. Estimate Suicide Risk

The goal of the suicide risk assessment is to identify factors that may increase or decrease a patient's level of suicide risk, to estimate an overall level of suicide risk, and to develop a treatment plan that addresses patient safety and modifiable contributors to suicide risk. The assessment is comprehensive in scope, integrating knowledge of the patient's specific risk factors; clinical history, including psychopathological development; and interaction with the clinician. The estimation of suicide risk, at the culmination of the suicide assessment, is the quintessential clinical judgment, since no study has identified one specific risk factor or set of risk factors as specifically predictive of suicide or other suicidal behavior.

Copyright © 2003 American Psychiatric Association



Figure 1. Number and Rate of Deaths by Suicide in Males and Females in the United States in 2000, by Age Group[a]

[a]Includes deaths by suicide injury (ICD-10 codes X60–X84, Y87.0). From the Web-Based Injury Statistics Query and Reporting System, National Center for Injury Prevention and Control, Centers for Disease Control and Prevention (11).

Table 4 provides a list of factors that have been associated with increased suicide risk, and Table 5 lists factors that have been associated with protective effects. While risk factors are typically additive (i.e., the patient's level of risk increases with the number of risk factors), they may also interact in a synergistic fashion. For example, the combined risk associated with comorbid depression and physical illness may be greater than the sum of the risk associated with each in isolation. At the same time, certain risk factors, such as a recent suicide attempt (especially one of high lethality), access to a firearm, and the presence of a suicide note, should be considered serious in and of themselves, regardless of whether other risk factors are present.

The effect on suicide risk of some risk factors, such as particular life events or psychological strengths and vulnerabilities, will vary on an individual basis. Risk factors must also be assessed in context, as certain risk factors are more applicable to particular diagnostic groups, while others carry more general risk. Finally, it should be kept in mind that, because of the low rate of suicide in the population, only a small fraction of individuals with a particular risk factor will die from suicide.

Risk factors for suicide attempts, which overlap with but are not identical to risk factors for suicide, will also be identified in the assessment process. These factors should also be addressed in the treatment planning process, since suicide attempts themselves are associated with morbidity in addition to the added risk that they confer for suicide.

### 1. Demographic factors

In epidemiologic studies, a number of demographic factors have been associated with increased rates of suicide. However, these demographic characteristics apply to a very broad population of people and cannot be considered alone. Instead, such demographic parameters must be considered within the context of other interacting factors that may influence individual risk.

a) Age. Suicide rates differ dramatically by age. In addition, age-related psychosocial stressors and family or developmental issues may influence suicide risk. The age of the patient can also be of relevance to psychiatric diagnosis, since specific disorders vary in their typical ages of onset.

Between age 10 and 24 years, suicide rates in the general population of the United States rise sharply to approximately 13 per 100,000 in the 20- to 24-year-old age group before essentially plateauing through midlife. After age 70, rates again rise to a high of almost 20 per 100,000 in those over age 80 (Figure 1). These overall figures can be misleading, however, since the age distribution of suicide rates varies as a function of gender as well as with race and ethnicity. For example, among male African Americans and American Indians/Alaska Natives, suicide rates rise dramatically during adolescence, peak in young adult-

Copyright © 2003 American Psychiatric Association

hood, and then fall through mid- and later life. Thus, in adolescence and young adulthood, the suicide rates of African American men are comparable with those of white men, although overall, African American males are half as likely to die from suicide as white males. While suicide rates in many age groups have remained relatively stable over the last 50 years, the rate among adolescents and young adults has increased dramatically, and the rate among the elderly has decreased. Among the 14- to 25-year-old age group, suicide is now the third leading cause of death, with rates that are triple those in the 1950s (12).

Suicide rates are higher in older adults than at any other point in the life course. In 2000 in the United States there were approximately 5,300 suicides among individuals over age 65, a rate of 15.3 per 100,000. Whereas older adults made up 12.6% of the population, they accounted for 18.1% of suicides. In addition, the high suicide rate in those over age 65 is largely a reflection of the high suicide rate in white men, which reaches almost 60 per 100,000 by age 85. While rates in Asian men also increase after age 65 and rates in Asian women increase dramatically after age 80, the rate for all other women is generally flat in late life.

Thoughts of death are also more common in older than in younger adults, but paradoxically, as people age they are less likely to endorse suicidal ideation per se (13). Attempted suicide is also less frequent among persons in later life than among younger age groups (14). Whereas the ratio of attempted suicides to suicides in adolescents may be as high as 200:1, there are as few as one to four attempts for each suicide in later life (15). However, the self-destructive acts that do occur in older people are more lethal. This greater lethality is a function of several factors, including reduced physical resilience (greater physical illness burden), greater social isolation (diminished likelihood of rescue), and a greater determination to die (15). Suicidal elders give fewer warnings to others of their plans, use more violent and potentially deadly methods, and apply those methods with greater planning and resolve (15, 16). Therefore, compared with a suicide attempt in a younger person, a suicide attempt in an older person confers a higher level of future suicide risk.

b) Gender. In virtually all countries that report suicide statistics to the World Health Organization, suicide risk increases with age in both sexes, and rates for men in older adulthood are generally higher than those for women (17). One exception is China, where the suicide rate of women is much greater than that of men (18). In the United States, death by suicide is more frequent in men than in women, with the suicide rate in males approximately four times that in females (Figure 1). In the psychiatric population, these gender differences are also present but are less prominent. In terms of murder-suicide, the male predominance is more pronounced, with identified typologies including young men with prominent sexual jealousy and elderly men with ailing spouses (19, 20). From age 65 on, there are progressive increases in suicide rates for white men and for Asian men as well as for men overall. With the exception of high suicide rates in Asian women over age 80, women in the United States are at highest risk in midlife (11).

A number of factors may contribute to these gender differences in suicide risk (21). Men who are depressed are more likely to have comorbid alcohol and/or substance abuse problems than women, which places the men at higher risk. Men are also less likely to seek and accept help or treatment. Women, meanwhile, have factors that protect them against suicide. In addition to their lower rates of alcohol and substance abuse, women are less impulsive, more socially embedded, and more willing to seek help. Among African American women, rates of suicide are remarkably low, a fact that has been attributed to the protective factors of religion and extended kin networks (22). At the same time, women have higher rates of depression (23) and respond to unemployment with greater and longer-lasting increases in suicide rates than do men (24).

Overall, for women in the general population, pregnancy is a time of significantly reduced suicide risk (25). Women with young children in the home are also less likely to kill themselves (26). Nonetheless, women with a history of depression or suicide attempts are at greater risk for poor outcomes postpartum. Although suicide is most likely to occur in the first month after delivery, risk continues throughout the postpartum period. Teenagers, women of lower socioeconomic status, and women hospitalized with postpartum psychiatric disorders may be at particularly increased risk postpartum (27, 28).

Women tend to choose less lethal suicide methods than men do (e.g., overdose or wrist cutting versus firearms or hanging). Such differences may in part account for the reversal in the gender ratio for suicide attempters, with women being reported to attempt suicide three times as often as men (29). This female predominance among suicide attempters varies with age, however, and in older adults the ratio of women to men among suicide attempters approaches 1:1 (11, 30). Rates of suicidal ideation and attempts are also increased in individuals with borderline personality disorder and in those with a history of domestic violence or physical and/or sexual abuse, all of which are more common among women (31–36). In addition, the likelihood of suicide attempts may vary with the phase of the menstrual cycle (37, 38).

c) Race, ethnicity, and culture. Variations in suicide rates across racial and ethnic groups have been mentioned earlier in the discussion of the influences of age and gender on suicide risk. Overall, however, in the United States, age-adjusted rates for suicide in whites and in non-Hispanic Native Americans are approximately double those observed in Hispanics, non-Hispanic African Americans, and Asian-Pacific Islanders (12.1 and 13.6 per 100,000 versus 6.1, 5.8, and 6.0 per 100,000, respectively) (11). For immigrant groups, in general, suicide rates tend to mirror the

rates in the country of origin and converge toward the rate in the host country over time (39–41).

In the United States, racial and ethnic differences are also seen in the rates of suicide across the lifespan, with the highest suicide rates occurring in those over age 65 among non-Hispanic whites, Hispanics, and Asian-Pacific Islanders (11). In contrast, among Native Americans and African Americans, the highest suicide rates occur during adolescence and young adulthood (11). Such figures may be deceptive, however, since each of these groups exhibits a striking degree of heterogeneity that is rarely addressed in compilations of suicide rates.

Racial and ethnic differences in culture, religious beliefs, and societal position may influence not only the actual rates of suicide but also the views of death and suicide held by members of a particular group. For some groups, suicide can be considered a traditionally accepted way of dealing with shame, distress, and/or physical illness (42). In addition, cultural values about conveying suicidal ideas may differ; in some cultures, for example, suicidal ideation may be considered a disgraceful or private matter that should be denied. Cultural differences, particularly in immigrants and in Native Americans and Alaska Natives, may generate acculturative stresses that in turn may contribute to suicidality (43, 44). Thus, knowledge of and sensitivity to common contributors to suicide in different racial and ethnic groups as well as cultural differences in beliefs about death and views of suicide are important when making clinical estimates of suicide risk and implementing plans to address suicide risk.

d) **Marital status.** Suicide risk also varies with marital status, with the suicide rate of single persons being twice that of those who are married. Divorced, separated, or widowed individuals have rates four to five times higher than married individuals (45, 46). Variations in suicide rates with marital status may reflect differing rates of baseline psychiatric illness but may also be associated with psychological or health variations. The presence of another person in the household may also serve as a protective factor by decreasing social isolation, engendering a sense of responsibility toward others, and increasing the likelihood of discovery after a suicide attempt. For women, the presence of children in the home may provide an additional protective effect (26, 47). It is also important to note that although married adults have lower rates of suicide overall, young married couples may have increased risk, and the presence of a high-conflict or violent marriage can be a precipitant rather than a protective factor for suicide.

e) **Sexual orientation.** Although no studies have examined rates of suicide among gay, lesbian, and bisexual individuals, available evidence suggests that they may have an increased risk for suicidal behaviors. Many recent studies involving diverse sample populations and research methods have consistently found that gay, lesbian, and bisexual youths have a higher risk of suicide attempts than matched heterosexual comparison groups (48–53). The female-to-male ratio for reported suicide attempts in the general population is reversed in lesbian and gay youths, with more males than females attempting suicide (48). While some risk factors leading to suicide, such as psychiatric and substance use disorders, are shared by both gay, lesbian, and bisexual youths and heterosexual youths, others are unique to being gay, lesbian, or bisexual (e.g., disclosure of sexual orientation to friends and family, experience of homophobia and harassment, and gender nonconformity). Aggressive treatment of psychiatric and substance use disorders, open and nonjudgmental support, and promotion of healthy psychosocial adjustment may help to decrease the risk for suicide in gay, lesbian, and bisexual youths and adults.

f) **Occupation.** Occupational groups differ in a number of factors contributing to suicide risk. These factors include demographics (e.g., race, gender, socioeconomic class, marital status), occupational stress (54, 55), psychiatric morbidity (56), and occupationally associated opportunities for suicide (56, 57). Physicians have been consistently found to be at higher risk for suicide than persons in other occupations including professionals (57, 58). After basic demographic correlates of suicide across 32 occupations were controlled, risk was found to be highest among dentists and physicians (with multivariate logistic regression odds ratios of 5.43 and 2.31, respectively) and was also increased among nurses, social workers, artists, mathematicians, and scientists (54). Although evidence is more varied, farmers may be at somewhat higher risk, whereas risk in police officers generally does not appear to differ from that of age- and sex-matched comparison subjects (54, 57).

## 2. Major psychiatric syndromes

The presence of a psychiatric disorder is probably the most significant risk factor for suicide. Psychological autopsy studies have consistently shown that more than 90% of persons who die from suicide satisfy the criteria for one or more psychiatric disorders (59, 60). The psychological autopsy method involves a retrospective investigation of the deceased person, within several months of death, and uses psychological information gathered from personal documents; police, medical, and coroner records; and interviews with family members, friends, co-workers, school associates, and health care providers to classify equivocal deaths or establish diagnoses that were likely present at the time of suicide (61–63).

In addition to there being high rates of psychiatric disorder among persons who die by suicide, almost all psychiatric disorders with the exception of mental retardation have been shown to increase suicide risk as measured by standardized mortality ratios (SMRs) (64) (Table 6). An SMR reflects the relative mortality from suicide in individuals with a particular risk factor, compared with the general population. Thus, the SMR will be equal to 1.0 when the number of observed suicide deaths is equivalent to the

*Copyright © 2003 American Psychiatric Association*