# EXHIBIT 2
# (PART II)

Case 1:04-cv-10981-PBS   Document 1636-4   Filed 01/23/09   Page 2 of 7

Table 6. Risk of Suicide in Persons With Previous Suicide Attempts and Psychiatric Disorders[a]

| Condition | Number of Studies | Standardized Mortality Ratio (SMR)[b] | Annual Suicide Rate (%) | Estimated Lifetime Suicide Rate (%) |
|---|---|---|---|---|
| Previous suicide attempts | 9 | 38.4 | 0.549 | 27.5 |
| Psychiatric disorders | | | | |
| Eating disorders | 15 | 23.1 | | |
| Major depression | 23 | 20.4 | 0.292 | 14.6 |
| Sedative abuse | 3 | 20.3 | | |
| Mixed drug abuse | 4 | 19.2 | 0.275 | 14.7 |
| Bipolar disorder | 15 | 15.0 | 0.310 | 15.5 |
| Opioid abuse | 10 | 14.0 | | |
| Dysthymia | 9 | 12.1 | 0.173 | 8.6 |
| Obsessive-compulsive disorder | 3 | 11.5 | 0.143 | 8.2 |
| Panic disorder | 9 | 10.0 | 0.160 | 7.2 |
| Schizophrenia | 38 | 8.45 | 0.121 | 6.0 |
| Personality disorders | 5 | 7.08 | 0.101 | 5.1 |
| Alcohol abuse | 35 | 5.86 | 0.084 | 4.2 |
| Pediatric psychiatric disorders | 11 | 4.73 | | |
| Cannabis abuse | 1 | 3.85 | | |
| Neuroses | 8 | 3.72 | | |
| Mental retardation | 5 | 0.88 | | |

[a]Based on a meta-analysis by Harris and Barraclough (64) of 249 reports published between 1966 and 1993. Table adapted with permission.
[b]The SMR is the ratio of the observed mortality to the expected mortality and approximates the risk of mortality resulting from suicide in the presence of a particular condition. For the general population, the value of the SMR is 1.0, with an annual suicide rate of 0.014% per year and a lifetime rate of 0.72%.

number of expected deaths by suicide in an age- and sex-matched group in the general population. Values of the SMR for suicide that are greater than 1.0 indicate an increased risk of suicide, whereas values less than 1.0 indicate a decreased risk (i.e., a protective effect). It is also important to note that SMRs do not correspond precisely to the incidence or prevalence of suicide and may vary in their reliability depending on the number of suicides in the sample, the time period of the study, and the representativeness of the study population. Thus, SMRs should be viewed as estimates of relative risk and not as reflections of absolute risk for individuals with a particular disorder. It is equally necessary to appreciate distinctions in risk across disorders and variations in risk at differing points in the illness course in the effort to differentiate high-risk patients within an overall at-risk population identified in terms of standardized mortality.

a) **Mood disorders.** Study after study has confirmed that the presence of a major mood disorder is a significant risk factor for suicide. Not surprisingly, mood disorders, primarily in depressive phases, are the diagnoses most often found in suicide deaths (59, 65–67). Although most suicides in individuals with bipolar disorder occur during depressive episodes, mixed episodes are also associated with increased risk (68–70). Suicidal ideation and attempts are also more common during mixed episodes than in mania (71).

When viewed from the standpoint of lifetime risk, mood disorders are associated with an increased risk of mortality that has been estimated to range from a 12-fold increase in risk with dysthymia to a 20-fold increase in risk with major depression (64). Lifetime suicide risk in bipolar disorder has generally been found to be similar to that in unipolar major depression (69, 72). However, several longitudinal studies of patients followed after an index hospitalization have demonstrated suicide risks in patients with major depressive disorder that are greater than those in patients with either bipolar I disorder or bipolar II disorder (73–75).

Particularly for younger patients, suicides are more likely to occur early in the course of illness (68, 73, 75, 76). Nonetheless, risk persists throughout life in major depressive disorder as well as in bipolar disorder (73, 74). Suicide risk also increases in a graduated fashion with illness severity as reflected by the level of required treatment. Lifetime suicide rates in psychiatric outpatients ranged from 0.7% for those without an affective disorder to 2.2% for those with affective disorders, whereas lifetime suicide rates for individuals requiring hospitalization ranged from 4% for those whose admission for depression was not prompted by suicidal behavior or risk to 8.6% for those whose admission was the result of suicidality (77). Illness severity may also be an indicator of risk for suicide attempts (75, 78).

Among patients with mood disorders, lifetime risk also depends on the presence of other psychiatric symptoms or behaviors, some of which are modifiable with treatment. For example, patients with mood disorders who died by suicide within 1 year of initial evaluation were more likely to have panic attacks, severe psychic anxiety, diminished concentration, global insomnia, moderate alcohol abuse, and severe loss of pleasure or interest in activities (79). At later time points, hopelessness has been associated with increased suicide risk in mood disorder patients (78, 79). Suicidal ideation and a history of suicide attempts also augment risk (74, 79). Comorbid anxiety, alcohol use, and substance use are common in patients with mood disorders and may also increase the risk of suicide and suicide attempts (see Sections II.E.2.f, "Alcohol use disorders" [p. 18], and II.E.2.g, "Other substance use disor-

Copyright © 2003 American Psychiatric Association

ders" [p. 18]). Although a greater risk for suicide or suicidal behaviors among patients with psychotic mood disorders has been seen in some studies (80–83), this relationship has not been found in other studies (84–88).

b) **Schizophrenia.** Compared to the risk in the general population, the risk of suicide in patients with schizophrenia is estimated to be about 8.5-fold higher (64), with even greater increments in risk in patients who have been hospitalized (89). Although earlier research suggested a 10%–15% lifetime risk of suicide among patients with schizophrenia (90–93), such estimates were likely inflated by biases in the patient populations and length of follow-up. More recent estimates suggest a lifetime risk of suicide in schizophrenia of about 4% (94).

Suicide may occur more frequently during the early years of the illness, with the time immediately after hospital discharge being a period of heightened risk (83, 89, 90, 95–98). However, risk continues throughout life (99, 100) and appears to be increased in those with a chronic illness course (83, 89, 101), multiple psychiatric hospitalizations (89, 95), or a previous suicide attempt (89, 90, 95, 100). Other consistently identified factors that confer an increased risk of suicide in patients with schizophrenia include male sex (83, 89, 90, 95, 102, 103), younger age (<30 years) (83, 90, 102), and social isolation (97, 104).

In individuals with schizophrenia or schizoaffective disorder, psychotic symptoms are often present at the time of a suicide attempt or suicide (105–107). However, command hallucinations seem to account for a relatively small percentage of suicides, and there is limited evidence on whether they increase suicide risk. Nonetheless, they may act as a precipitant to a suicide attempt or to suicide in some individuals (106, 108) (see Section II.E.3.c, "Command hallucinations" [p. 20]). Suicide in patients with schizophrenia may be more likely to occur during periods of improvement after relapse or during periods of depressed mood (83, 89, 90, 95, 100, 109–111), including what has been termed postpsychotic depression (112, 113). Also, patients with schizoaffective disorder appear to be at greater risk for suicide than those with schizophrenia (114).

Suicide risk may paradoxically be increased in those who have insight into the implications of having a schizophrenic illness, particularly if this insight is coupled with a feeling of hopelessness. Suicide risk is also increased in those who recognize a loss of previous abilities and are pessimistic about the benefits of treatment in restoring those abilities (93, 101, 115). This pattern is consistent with the increased risk of suicide observed in individuals with schizophrenia who had a history of good premorbid and intellectual functioning (83, 89, 103) as well as with the decreased risk of suicide in patients with prominent negative symptoms (83, 89, 103, 116).

Suicidal ideation and suicide attempts are common among individuals with schizophrenia and need to be identified and addressed in the assessment process. In series of hospitalized or longitudinally followed patients with schizophrenia, 40%–53% reported having suicidal ideation at some point in their lives and 23%–55% reported prior suicide attempts (80, 93, 108, 117). For individuals with schizoaffective disorder, these figures are likely to be even higher (80). Patients often reported that suicide attempts were precipitated by depression, stressors, or psychotic symptoms (108). In addition, suicide attempts among individuals with schizophrenia or schizoaffective disorder were often medically serious and associated with a high degree of intent (108), both of which would confer greater future risk for suicide.

c) **Anxiety disorders.** Although studies of lifetime suicide risk in anxiety disorders are more limited than for mood disorders, evidence suggests anxiety disorders are associated with a six- to 10-fold increase in suicide risk (64, 118, 119). Among persons who die from suicide, rates of anxiety disorders appear to be lower than rates of mood disorders, with one psychological autopsy study identifying an anxiety disorder in only 11% of persons who died from suicide (120). However, the prevalence of anxiety disorders may be underestimated because of the masking of anxiety by affective disorders and by alcohol use (121).

Of the anxiety disorders, panic disorder has been studied in the most detail. In psychological autopsy studies, panic disorder is present in about 1% of persons who die from suicide (120), whereas other studies of panic disorder show an SMR for suicide that is about 10 times that of the general population (64). As with anxiety disorders in general, comorbid depression, alcohol use, or axis II disorders are often present in individuals with panic disorder who die by suicide (122, 123).

Suicidal ideation and suicide attempts are common in individuals with anxiety disorders, but their rates vary with the patient population and with the presence of comorbid diagnoses. In panic disorder, for example, reported rates of prior suicide attempts range from 0% to 42% (124–129). In other anxiety disorders, the relative risks of suicidal ideation and suicide attempts also appear to be increased (118, 130). In addition, in patients with major depression, the presence of a comorbid anxiety disorder appears to increase the risk of suicidal ideation or suicide attempts (131, 132). Less clear, however, is whether anxiety disorders are associated with an increased risk for suicide and other suicidal behaviors in the absence of comorbid diagnoses (130, 132–136) or whether the observed increases in risk can be accounted for solely on the basis of comorbid disorders (127, 137). Nonetheless, suicide risk may be diminished by identifying masked anxiety symptoms and anxiety disorders that are misdiagnosed as medical illness as well as by explicitly assessing and treating comorbid psychiatric diagnoses in individuals with anxiety disorders.

d) **Eating disorders.** Eating disorders, particularly anorexia nervosa, are a likely risk factor for suicide as well as being associated with an increased risk of mortality in general (64, 138, 139). Exact risk is difficult to determine, how-

ever, as data on rates of suicide in eating disorders may be subject to underreporting bias (140). Suicide attempts are also common, particularly in individuals with bingeing and purging behaviors and in those with comorbid mood disorders, aggression, or impulsivity (141, 142). Conversely, suicide attempters may have increased rates of abnormal eating behaviors (142). The role of comorbid diagnoses in increasing the risk of suicidal behaviors remains to be delineated. It is also not clear whether the self-imposed morbidity and mortality associated with severe caloric restriction or bingeing and purging should be viewed as a self-injurious or suicidal behavior. Regardless, clinicians conducting a suicide risk assessment should be attentive to the presence of eating disorders and especially the co-occurrence of eating disorders with behaviors or symptoms such as deliberate self-harm or depression.

e) **Attention deficit hyperactivity disorder.** The relationship between attention deficit hyperactivity disorder (ADHD) and suicidal behavior is unclear, with some studies indicating an association between the diagnosis of ADHD and suicide attempts or completions (143, 144) and other studies indicating no such connection (145, 146). However, individuals with ADHD, combined type, may be at greater risk than those with ADHD, inattentive type, perhaps because of an increased level of impulsivity in the combined type of the disorder (144). In addition, the presence of ADHD may increase suicide risk through comorbidity with conduct disorder, substance abuse, and/or depressive disorder (143).

f) **Alcohol use disorders.** Alcoholism is associated with an increased risk for suicide, with suicide mortality rates for alcoholics that are approximately six times those of the general population (64, 94). In fact, abuse of substances including alcohol may be the second most frequent psychiatric precursor to suicide (147). Although suicide rates among alcoholics are higher in Europe and older literature indicated a lifetime risk for suicide in the 11%–15% range, recent literature suggests the lifetime risk of suicide among alcoholics in the United States is as low as 3.4% (148). In addition, in psychological autopsy studies, alcohol abuse or dependence is present in 25%–50% of those who died by suicide (59, 149–151).

Several factors, including recent or impending interpersonal losses and comorbid psychiatric disorders, have been specifically linked to suicide in alcoholic individuals. The loss or disruption of a close interpersonal relationship or the threatened loss of such a relationship may be both a consequence of alcohol-related behavior and a precipitant to suicide (110, 152–154). Suicide is also more likely to occur among alcoholics who suffer from depressive episodes than in persons with major depression or alcoholism alone. In addition, studies have found major depressive episodes in half to three-fourths of alcoholics who die by suicide (67, 120, 149, 152, 155–157). As a result, psychiatrists should systematically rule out the presence of a co-morbid depressive disorder and not simply assume that depressive symptoms result from alcohol use or its psychosocial consequences.

Whereas full-time employment appears to be a protective factor in alcoholics, factors that increase suicide risk include communications of suicidal intent, prior suicide attempts, continued or heavier drinking, recent unemployment, living alone, poor social support, legal and financial difficulties, serious medical illness, other psychiatric disorders, personality disturbance, and other substance use (64, 149, 152, 154, 156, 158, 159). In terms of gender, alcoholic men are more likely to die by suicide, but female alcoholics appear to have a greater standardized mortality due to suicide than men (64), indicating an increased risk of suicide in alcoholics regardless of gender. While the likelihood of a suicidal outcome increases with the total number of risk factors (149, 160), not all of these factors suggest an immediate risk. In fact, in contrast to suicide in depressed and schizophrenic patients, suicide in alcoholics appears to be a relatively late sequela of the disease (161), with communications of suicidal intent usually being of several years' duration and health, economic, and social functioning showing a gradual deterioration (149).

In addition to being associated with an increased risk of suicide, alcohol use disorders are associated with a greater likelihood of suicide attempts (162, 163). For suicide attempts among alcoholics, greater rates are associated with female sex, younger age, lower economic status, early onset of heavy drinking and alcohol-related problems, consumption of greater amounts of alcohol when drinking, and having a first- or second-degree relative who abused alcohol (164–167). The risk of suicide attempts among alcoholics is also increased by the presence of a comorbid psychiatric diagnosis, particularly major depression, other substance use disorders, antisocial personality disorder, or an anxiety disorder (165–171).

Thus, individuals with alcohol use disorders are at increased risk for suicide attempts as well as for suicide. Family histories of alcoholism and comorbid psychiatric disorders, particularly mood disorders and other substance use disorders, are frequent in alcoholics who die by suicide and who attempt suicide. Interpersonal loss and other adverse life events are commonly noted to precede suicide in alcoholics. These factors may act as precipitants, or, conversely, alcohol use disorders may have a deteriorating effect on the lives of alcoholics and culminate in suicide. Together, however, these findings suggest the need to identify and address comorbid psychiatric diagnoses, family history, and psychosocial factors, including recent interpersonal losses, as part of the suicide assessment of persons with alcohol use disorders.

g) **Other substance use disorders.** Although the role of alcoholism in suicide has been widely studied and recognized, abuse of other substances is also associated with increased rates of suicide (172). Substance use disorders are particularly common among adolescents and young

Copyright © 2003 American Psychiatric Association

adults who die by suicide (110, 145, 173, 174). In fact, it has been suggested that the spread of substance abuse may have contributed to the two- to fourfold increase in youth suicide since 1970 (147). For many individuals, substance abuse and alcoholism are co-occurring, making it difficult to distinguish the contributions of each to rates of suicide (153, 172, 173). In addition, other comorbid psychiatric disorders, particularly mood disorders and personality disorders, may add to the risk of suicide in patients with substance use disorders (145, 173–175).

Substance use disorders also seem to make an independent contribution to the likelihood of making a suicide attempt (176, 177). In addition, a history of suicide attempts is common among individuals with substance use disorders (31, 178–180). Even after other factors, including comorbid psychiatric disorders and demographic characteristics, are controlled, it is the number of substances used, rather than the type of substance, that appears to be important (176). As with suicide in individuals with alcohol use disorders, the loss of a significant personal relationship is a common precipitant for a suicide attempt (179). Suicide attempts are also more likely in individuals with substance abuse who also have higher childhood trauma scores for emotional neglect (180, 181). Moreover, a substance use disorder may complicate mood disorders (182), increasing susceptibility to treatment resistance, increasing psychological impairment, and contributing to an elevated risk for suicide attempts. Thus, it is important to identify patterns of substance use during the psychiatric evaluation and to note comorbid psychiatric diagnoses or psychosocial factors that may also affect the likelihood of suicidal behaviors among individuals with substance use disorders.

**h) Personality disorders.** Diagnoses of personality disorders have been associated with an increased risk for suicide, with estimated lifetime rates of suicide ranging from 3% to 9% (183–185). Compared with the general population, individuals with personality disorders have an estimated risk for suicide that is about seven times greater (64). Specific increases in suicide risk have been associated with borderline and antisocial personality disorders, with possible increases in risk associated with avoidant and schizoid personality disorders (186). Psychological autopsy studies have shown personality disorders to be present in approximately one-third of those who die by suicide (174, 183, 186, 187). Among psychiatric outpatients, personality disorders are present in about one-half of patients who die by suicide (78, 188).

In individuals with personality disorders, suicide risk may also be increased by a number of other factors, including unemployment, financial difficulty, family discord, and other interpersonal conflicts or loss (189, 190). In individuals with borderline personality disorder, in particular, impulsivity may also increase suicide risk (185).

Although comorbid diagnoses do not account for the full increase in suicide risk with personality disorders (184, 185), comorbid diagnoses are frequent and augment suicide risk. In fact, for individuals with personality disorders, concurrent depressive symptoms or substance use disorders are seen in nearly all individuals who die by suicide (187).

Among individuals who attempt suicide, diagnoses of personality disorders are also common, with overall rates of about 40% (31, 177, 184). Individuals with personality disorders tend to attempt suicide more often than individuals with other diagnoses (191–193), with 40%–90% of individuals with personality disorders making a suicide attempt during their lifetime (184). Comorbid psychiatric diagnoses, including mood disorders and substance use disorders, are quite prevalent among suicide attempters with personality disorders and independently contribute to risk (131, 184, 191, 192, 194, 195). Impulsivity has also been shown to increase the risk of suicide attempts in some (196, 197) but not all studies (191). Rates of suicide attempts in those with personality disorder may also vary with treatment setting, with greater risk in individuals who are receiving acute inpatient treatment (198).

Of personality disorder diagnoses, borderline personality disorder and antisocial personality disorder confer an added risk of suicide attempts (31, 177, 191, 193). In individuals with borderline personality disorder, there is some evidence of increased risk being associated with the number and severity of symptoms (195). Among female suicide attempters, rates of borderline personality disorder are higher than among male suicide attempters (199, 200). These findings suggest that personality disorders, particularly borderline personality disorder and antisocial personality disorder, should be identified and addressed as part of the suicide assessment process.

**i) Comorbidity.** As discussed in preceding sections, comorbid psychiatric diagnoses (most commonly, major depression, borderline and antisocial personality disorders, and alcohol and other substance use disorders) increase suicide risk and are often present in individuals who die by suicide (13, 59, 120, 174, 201). Comorbid medical diagnoses may also increase suicide risk, as will be discussed in Section II.E.5, "Physical illness" (p. 23). In general, the greater the number of comorbid diagnoses that are present, the greater will be the increase in risk. Furthermore, even in the absence of a formal comorbid diagnosis, suicide is more likely to occur when there are high levels of additional psychiatric symptoms (67, 185, 202–204).

In patients with a mood disorder, either bipolar disorder or major depression, the risk of suicide is particularly increased in the presence of comorbid alcohol or substance use (68, 205–207), with some studies suggesting that males are at additional risk (68, 205). Comorbid alcohol use may also increase suicide risk in patients with schizophrenia (107). In addition, suicide in schizophrenia may be more likely to occur during periods of depression (83, 90, 109–113). In anxiety disorders and particularly in panic disorder, individuals who die by suicide often have

experienced comorbid depression, alcohol use, or axis II disorders (122, 123). Similarly, when suicide occurs in individuals with eating disorders, it is often associated with a comorbid mood disorder or substance use disorder (138).

For individuals with alcohol use disorders, major depression is found in half to three-fourths of individuals who die by suicide (67, 120, 149, 152, 155–157), and alcoholics who suffer from depressive episodes are more likely to die from suicide than persons with major depression or alcoholism alone. Serious medical illness and other psychiatric disorders, including personality disturbance and other substance use disorders, also increase suicide risk in alcoholics (64, 149, 152, 154, 156, 158, 159). For many individuals, substance abuse and alcoholism are co-occurring, making it difficult to distinguish the contributions of each to rates of suicide (153, 172, 173, 208). Furthermore, it appears to be the number of substances used, rather than the specific substance, that determines risk (176).

Individuals who die by suicide and who abuse or are dependent on substances other than alcohol are typically adolescents or young adults. Comorbid mood disorders are commonly seen in both males and females (66, 145, 204). In addition, borderline personality disorder is relatively frequent in females with substance use disorders (175), whereas young males with substance use disorders who die by suicide more commonly have comorbid antisocial personality disorder (120, 159, 173, 204). The presence of ADHD may increase suicide risk through comorbidity with conduct disorder, substance abuse, and/or depressive disorder (143). For individuals with personality disorders, concurrent depressive symptoms or substance use disorders augment suicide risk (184, 185, 209, 210) and are seen in nearly all suicides (187).

Comorbid diagnoses are also essential to identify and address because of their role in increasing the risk of suicide attempts (199). Furthermore, the likelihood of a suicide attempt appears to increase with an increasing number of comorbid diagnoses (166, 176, 177, 211). In addition, the number and severity of symptoms may play a role in increasing risk, regardless of whether the full criteria for a separate diagnosis are met. The specific comorbid disorders that augment the risk of suicide attempts are similar to those that are commonly seen to augment the risk of suicide and include comorbid depression (129, 131, 193, 195, 197, 211), alcohol and other substance use disorders (31, 129, 167, 168, 170, 180, 182, 191, 199, 211–214), anxiety disorders (127, 130–135, 137, 211, 215), and personality disorders (184, 191), particularly borderline personality disorder (31, 195, 200) and antisocial personality disorder (165, 204, 216). Thus, given the evidence that comorbidity increases the risks for suicide and for suicide attempts, the suicide risk assessment should give strong consideration to all current and previous psychiatric diagnoses.

### 3. Specific psychiatric symptoms

**a) Anxiety.** Anxiety appears to increase the risk for suicide (79, 217, 218). Specifically implicated has been severe psychic anxiety consisting of subjective feelings of fearfulness or apprehension, whether or not the feelings are focused on specific concerns. Clinical observation suggests that anxious patients may be more inclined to act on suicidal impulses than individuals whose depressive symptoms include psychomotor slowing. Studies of suicide in patients with affective disorders have shown that those who died by suicide within the first year after contact were more likely to have severe psychic anxiety or panic attacks (79, 219). In an inpatient sample, severe anxiety, agitation, or both were found in four-fifths of patients in the week preceding suicide (218). Similar associations of anxiety with suicide attempts have been noted in some (212) but not all (220) studies. Since severe anxiety does seem to increase suicide risk, at least in some subgroups of patients, anxiety should be viewed as an often hidden but potentially modifiable risk factor for suicide (109). Once identified, symptoms of anxiety can be addressed with psychotherapeutic approaches and can also respond rapidly to aggressive short-term treatment with benzodiazepines, second-generation antipsychotic medications, and possibly anticonvulsant medications.

**b) Hopelessness.** Hopelessness is well established as a psychological dimension that is associated with increased suicide risk (10, 78, 79, 217, 221–223). Hopelessness may vary in degree from having a negative expectation for the future to being devoid of hope and despairing for the future. In general, patients with high levels of hopelessness have an increased risk for future suicide (78, 221–225). However, among patients with alcohol use disorders, the presence of hopelessness may not confer additional risk (226, 227). For patients with depression, hopelessness has been suggested to be the factor that explains why some patients choose suicide, whereas others do not (222). Hopelessness also contributes to an increased likelihood of suicidal ideation (192, 228) and suicide attempts (197, 212, 229–231) as well as an increased level of suicidal intent (197, 232, 233).

Hopelessness often occurs in concert with depression as a "state-dependent" characteristic, but some individuals experience hopelessness on a primary and more enduring basis (221). High baseline levels of hopelessness have also been associated with an increased likelihood of suicidal behaviors (234). However, patients experiencing similar levels of depression may have differing levels of hopelessness (222), and this difference, in turn, may affect their likelihood of developing suicidal thoughts (228). Whatever the source or conceptualization of hopelessness, interventions that reduce hopelessness may be able to reduce the potential for suicide (10, 222, 235–237).

**c) Command hallucinations.** Command hallucinations, which order patients to carry out tasks or actions, can oc-

Case 1:04-cv-10981-PBS   Document 1636-4   Filed 01/23/09   Page 7 of 7

cur in individuals with psychotic disorders, primarily schizophrenia (238). Evidence for the association of command hallucinations with suicide is extremely limited (102, 239). The presence of auditory command hallucinations in inpatients does not appear to increase the likelihood of assaultiveness or of suicidal ideation or behavior over that associated with auditory hallucinations alone (240). Furthermore, in patients who do experience auditory command hallucinations, reported rates of compliance with commands vary widely from 40% to 84% (106, 241–244). Variables that have been associated with a propensity to obey command hallucinations include being able to identify the hallucinatory voice, having more severe psychotic disturbance, having a less dangerous command, and experiencing the commands for the first time or outside of a hospital environment (241, 242, 245). Thus, at least for some individuals, suicidal behaviors can occur in response to hallucinated commands, and individuals with prior suicide attempts may be particularly susceptible (106). Consequently, in the psychiatric evaluation, it is important to identify auditory command hallucinations, assess them in the context of other clinical features, and address them as part of the treatment planning process.

**d) Impulsiveness and aggression.** Impulsivity, hostility, and aggression may act individually or together to increase suicide risk. For example, many studies provide moderately strong evidence for the roles of impulsivity and hostility-related affects and behavior in suicide across diagnostic groups (89, 217, 246–248). Multiple other studies have also demonstrated increased levels of impulsivity and aggression in individuals with a history of attempted suicide (31, 193, 197, 212, 220, 249–252). Many patients with borderline personality disorder exhibit self-mutilating behaviors, and, overall, such behaviors are associated with increased impulsivity (251). However, for many self-mutilating patients, these behaviors are premeditated rather than impulsive (253). Consequently, self-mutilatory behaviors alone should not be regarded as an indicator of high impulsivity. Moreover, measures of aggression and impulsivity are not highly correlated (253), making aggression a poor marker of impulsivity as well. Thus, impulsivity, hostility, aggression, and self-mutilating behaviors should be considered independently in the psychiatric evaluation as well as in estimating suicide risk.

### 4. Other aspects of psychiatric history

**a) Alcohol intoxication.** In addition to the increased suicide risk conferred by alcohol abuse or dependence, intoxication itself appears to play a role in alcoholic as well as nonalcoholic populations (254). Autopsies have found alcohol to be present in 20%–50% of all persons who die by suicide (121, 255). Those who consume alcohol before suicide are more likely to have experienced a recent break-up of an interpersonal relationship but less likely to have sought help before death (255). They are also more likely to have chosen a firearm as a suicide method (151, 256, 257).

Alcohol intoxication at the time of suicide may also be more common in younger individuals (154, 255, 258), in men (121, 255), and in individuals without any lifetime history of psychiatric treatment (154). Among suicide attempters who later died by suicide, alcohol appeared to contribute to death in more than a third (259). In addition, a study of the interaction of employment and weekly patterns of suicide emphasizes the role of intoxication in suicides and indicates that employment may be a stabilizing factor that curbs heavy drinking during the work week (260), thereby decreasing rates of suicide. Consequently, in some subsets of patients, alcohol consumption appears to contribute to the decision to die by suicide (255).

Alcohol use is also a common prelude to suicide attempts (258). Some estimates show that more than 50% of individuals have used alcohol just before their suicide attempt. Among alcoholics, heavier drinking adds to risk (64, 149, 165). Suicide attempts that involve alcohol are more likely to be impulsive (258). Indeed, the majority of acutely intoxicated alcoholics either did not remember the reason for their attempt or had done it on a sudden impulse (258). Thus, alcohol consumption may make intervention more difficult by simultaneously limiting the communication of intent (255, 261), increasing impulsivity, decreasing inhibition, and impairing judgment (262).

Alcohol use in conjunction with attempted suicide is more common in men than in women (258), although among younger attempters, females may be more likely than males to consume alcohol (258). Alcohol use in conjunction with a suicide attempt has also been associated with repeated suicide attempts and future suicide (263). In some individuals, intentionally drinking to overcome ambivalence about suicide may signify serious suicidal intent. Thus, since intoxication is a risk factor for suicide attempts as well as for suicide, the clinician should inquire about a patient's drinking habits and consider the effect of alcohol intoxication when estimating suicide risk.

**b) Past suicide attempts.** Individuals who have made a suicide attempt constitute a distinct but overlapping population with those who die by suicide. As with individuals who die by suicide, a high preponderance of suicide attempters have one or more axis I or II diagnoses, with major depression and alcohol dependence observed most commonly for axis I and borderline personality disorder observed most commonly for axis II (199, 200, 264). However, suicide attempts are about 10–20 times more prevalent than suicide (265), with lifetime prevalence ranging from 0.7% to 6% per 100,000 in a random sample of U.S. adults (2). Although a substantial percentage of individuals will die on their initial suicide attempt (266), a past suicide attempt is one of the major risk factors for future suicide attempts (164, 267) and for future suicide (64, 78, 79, 266, 268–271).

After a suicide attempt, there can be significant mortality from both natural and unnatural causes (259, 272). A suicide attempt by any method is associated with a 38-fold

Copyright © 2003 American Psychiatric Association