# EXHIBIT 2
# (PART III)

increase in suicide risk, a rate that is higher than that associated with any psychiatric disorder (64). Depending on the length of the follow-up, from 6% to 27.5% of those who attempt suicide will ultimately die by suicide (64, 273), and similar results have been suggested for acts of deliberate self-harm (274). Some studies have found that suicide risk appears to be particularly high during the first year after a suicide attempt (259, 275). An additional increase in risk may be associated with aborted suicide attempts (276, 277) or repeated suicide attempts (64, 259, 263, 272, 274, 278). Thus, the increase in suicide mortality subsequent to attempted suicide emphasizes the need for aftercare planning in this heterogeneous population.

In the context of a suicide attempt, a number of other factors are associated with increases in suicide risk. For example, risk is augmented by medical and psychiatric comorbidity, particularly comorbid depression, alcohol abuse, or a long-standing medical illness (64). Low levels of social cohesion may also increase risk (64). Risk of later suicide in males, particularly younger males, appears to be two to four times greater than that in females after a suicide attempt (275). In addition, serious suicide attempts are associated with a higher risk of eventual suicide, as are having high intent (164), taking measures to avoid discovery, and using more lethal methods that resulted in physical injuries (263).

Given this increased likelihood of additional suicide attempts and suicide deaths after a suicide attempt or aborted suicide attempt, psychiatric evaluation should be incorporated into emergency medical assessments of suicide attempters (279) and the importance of follow-up should be emphasized (2, 280).

c) History of childhood physical and/or sexual abuse. A history of childhood abuse has been associated with increased rates of suicidal behaviors in multiple studies. Rates of suicide in individuals with a history of childhood abuse have not been widely studied, but available evidence suggests that suicide rates are increased at least 10-fold in those with a history of childhood abuse (36). In addition, a number of studies have demonstrated that individuals with a history of childhood abuse have an increased risk of suicide attempts (230, 281–283), suggesting that risk of later suicide will also be increased. Rates of suicide attempts are increased in individuals who report experiencing childhood physical abuse (196, 250, 284–290) as well as in individuals who report experiencing childhood sexual abuse (33, 35, 36, 164, 196, 250, 284, 285, 288–294). Rates of suicidal ideation are similarly increased in individuals with a childhood history of abuse (284).

Since many traumatized individuals have experienced both sexual and physical abuse during childhood, it is often difficult to establish the specific contributions of each form of abuse to the risk of suicide and other suicidal behaviors. In addition, the duration and severity of childhood abuse vary across individuals and can also influence risk. It appears, however, that the risk of suicide attempts is greater in individuals who have experienced both physical and sexual abuse in childhood (288) and that greater levels of risk are associated with increasing abuse severity (285, 286, 291).

Childhood trauma can also be associated with increased self-injurious behaviors, including self-cutting and self-mutilation, without associated suicidal intent. Sexual abuse may be a particular risk factor for such behaviors, which can often become repetitive (164). Indeed, deliberate self-harm is common in patients with posttraumatic stress disorder and other traumatic disorders and serves to reduce internal tension and provide nonverbal communication about their self-hate and intense distress (295). As a result, inquiring about the motivations of self-injurious behavior may help to inform estimates of suicide risk.

Gender may also influence the risk of suicidal behaviors in those with a history of childhood abuse. This influence, in part, relates to differences in the prevalence of childhood abuse between men and women, with rates of childhood physical abuse being higher in men and rates of childhood sexual abuse being higher in women (288). However, in individuals who have a history of childhood sexual abuse, the risk of a suicide attempt may be greater in men than in women (33).

Given the significant rates of childhood physical and/or sexual abuse, particularly among psychiatric patient populations (35, 284, 288, 292), and the increased risk for suicidal behaviors that such abuse confers, it important to assess for a history of physical abuse and sexual abuse as part of the psychiatric evaluation. In addition, the duration and severity of childhood abuse should be determined, as these factors will also influence risk.

d) History of domestic partner violence. Domestic partner violence has been associated with increased rates of suicide attempts and suicidal ideation; however, there is no information about its effects on risk for suicide per se. The risk for suicide attempts in individuals who have experienced recent domestic partner violence has been estimated to be four- to eightfold greater than the risk for individuals without such experiences (34, 296–300). Conversely, among women presenting with suicide attempts, there is a severalfold increase in their risk for experiencing domestic partner violence (230, 301).

Although much more commonly experienced by women, domestic partner violence is also experienced by men and can increase their risk for suicide attempts (302). Men with a history of domestic violence toward their partners may also be at increased risk for suicide (303). Furthermore, domestic violence in the home may increase the risk for suicide attempts among children who are witnesses to such violence (281).

Given the clear increase in risk for suicide attempts in individuals experiencing domestic partner violence and the likely association of suicide attempts with an increased risk for suicide, it is important to specifically ask about domestic partner violence as a part of the suicide assess-

*Copyright © 2003 American Psychiatric Association*

ment. Such inquiry may also help to identify individuals in addition to the identified patient who may be at increased risk for suicidal behaviors.

**e) Treatment history.** Multiple studies have shown that greater treatment intensity is associated with greater rates of eventual suicide (64, 77, 198). Although hospitalization generally occurs because a patient has a more severe illness and is deemed to be at increased risk for suicide, for some patients, hospitalization could conceivably result in increased distress and thus an increase in suicide risk. Thus, as a general rule, a past history of treatment, including a past history of hospitalization, should be viewed as a marker that alerts the clinician to increased suicide risk.

Temporally, the risk for suicide appears to be greatest after changes in treatment setting or intensity (304), with recently admitted and recently discharged inpatients showing increased risk (64, 72, 91, 95, 305–308). This increase in rates of suicide after hospital discharge is seen across diagnostic categories and has been observed in individuals with major depressive disorder, bipolar disorder, schizophrenia, and borderline personality disorder. Rates decline with time since discharge but may remain high for as long as several years (91, 306, 309). Similar findings are seen with suicide attempts, which are also more frequent in the period after hospitalization (267, 305, 308). These observations suggest a need for close follow-up during the period immediately after discharge.

**f) Illness course and severity.** In some psychiatric disorders, suicide risk is greater at certain points in the illness or episode course. For example, in the course of major depressive disorder, suicidality tends to occur early, often before a diagnosis has been made or treatment has been begun (304, 310–312). In patients with major depressive disorder (73, 313), as well as in those with bipolar disorder (73, 74, 305) or schizophrenia (83), suicide has been noted to be more likely during the first few episodes, early in the illness (314, 315). After a suicide attempt, the risk for suicide is also greatest initially, with most suicides occurring in the first year after the attempt (275). Although risks of suicide and suicide attempts later in the illness course are less than they are earlier on, these risks remain greater than those for the general population (74, 100, 316–318). These findings highlight the need for early identification of these disorders and for therapeutic approaches that will treat the illness while simultaneously promoting longer-term treatment adherence.

Risk may also vary with severity of symptoms. For example, higher levels of depression have been associated with increased risk of suicide in at least one study (319), whereas greater numbers of symptoms of borderline personality disorder have been associated with an increased risk for suicide attempts (195). In addition, higher levels of suicidal ideation and subjective hopelessness also increase risk for suicide (78) and suicide attempts (31). In contrast, higher levels of negative symptoms have been as-

**Table 7. Risk of Suicide in Persons With Physical Disorders[a]**

| Disorder | Number of Studies | Standardized Mortality Ratio (SMR)[b] |
|---|---|---|
| AIDS | 1 | 6.58 |
| Epilepsy | 12 | 5.11 |
| Spinal cord injury | 1 | 3.82 |
| Brain injury | 5 | 3.50 |
| Huntington's chorea | 4 | 2.90 |
| Cancer | 1 | 1.80 |

[a]Based on a meta-analysis by Harris and Barraclough (64) of 249 reports published between 1966 and 1993. Table adapted with permission.
[b]The SMR is the ratio of the observed mortality to the expected mortality and approximates the risk of mortality resulting from suicide in the presence of a particular disorder.

sociated with decreased suicide risk in individuals with schizophrenia (320). It is also important to recognize that other factors such as age will modulate the effects of symptom severity on risk. With older adults, for example, milder symptoms may be associated with greater risk than moderate symptoms in younger adults (207, 321). Consequently, clinicians should consider the severity of a patient's illness and psychiatric symptoms in the context of other patient-specific factors when assessing suicide risk.

### 5. Physical illness

Identification of medical illness (axis III) is also an essential part of the assessment process. Such diagnoses will need to be considered in developing a plan of treatment, and they may influence suicide risk in several ways. First, specific medical disorders may themselves be associated with an increased risk for suicide. Alternatively, the physiological effects of illness or its treatment may lead to the development of psychiatric syndromes such as depression, which may also increase suicide risk. Physical illnesses are also a source of social and/or psychological stress, which in turn augments risk. Physical illnesses such as hepatitis C or sexually transmitted diseases may signal an increased likelihood of impulsive behaviors or comorbid substance use disorders that may in turn be associated with greater risk for suicidal behaviors. Finally, when physical illness is present, psychiatric signs and symptoms may be ascribed to comorbid medical conditions, delaying recognition and treatment of the psychiatric disorder.

Data from clinical cohort and record linkage studies indicate clearly that medical illness is associated with increased likelihood of suicide (Table 7). Not surprisingly, disorders of the nervous system are associated with an elevated risk for suicide. The association between seizure disorders and increased suicide risk is particularly strong and consistently observed (64, 322–328). Presumably because of its close association with impulsivity, mood disorders, and psychosis, temporal lobe epilepsy is associated with increased risk in most (322, 327, 328) but not all (325) studies. Suicide attempts are also more common among individuals with epilepsy (329–331). Other neurological disorders that are associated with increased risk for sui-

cide include multiple sclerosis, Huntington's disease, and brain and spinal cord injury (25, 323, 332–334).

Other medical disorders that have also been associated with an increased risk for suicide include HIV/AIDS (25, 335, 336), malignancies (especially of the head and neck) (25, 333, 337, 338), peptic ulcer disease (25), systemic lupus erythematosus (25), chronic hemodialysis-treated renal failure (339), heart disease (337), and, in men, chronic obstructive pulmonary disease and prostate disease (337). In contrast, studies have not demonstrated increased suicide risk in patients with amyotrophic lateral sclerosis (ALS), blindness, cerebrovascular disease, hypertension, rheumatoid arthritis, or diabetes mellitus (25, 337).

Beyond the physical illness itself, functional impairments (321, 333, 338), pain (340–342), disfigurement, increased dependence on others, and decreases in sight (333) and hearing increase suicide risk. Furthermore, in many instances, the risk for suicide associated with a medical disorder is mediated by psychiatric symptoms or illness (321, 342, 343). Indeed, suicidality is rarely seen in individuals with serious physical illness in the absence of clinically significant mood disturbance. Finally, the risk for suicide or suicide attempts may also be affected by characteristics of the individual patient, including gender, coping style, availability of social supports, presence of psychosocial stressors, previous history of suicidal behaviors, and the image and meaning to the individual of the illness itself.

### 6. Family history

In individuals with a history of suicide among relatives, the risk of suicidal behaviors is increased, apparently through genetic as well as environmental effects. An increased relative risk for suicide or suicide attempts in close relatives of suicidal subjects has been demonstrated repeatedly (31, 82, 202, 214, 312, 344–364). Overall, it appears that the risk of suicidal behaviors among family members of suicidal individuals is about 4.5 times that observed in relatives of nonsuicidal subjects (365–368; R. Baldessarini, personal communication, 2002). Furthermore, this increase in the risk of suicidal behaviors among family members seems, at least in part, to be independent of genetic contributions from comorbid psychiatric diagnoses (355, 361, 367, 368).

Twin studies also provide strong support for the role of a specific genetic factor for suicidal behaviors (365, 368, 369), since there is substantially higher concordance of suicide and suicide attempts in identical twins, compared with fraternal twin pairs (370–375). Adoption studies substantiate the genetic aspect of suicide risk in that there is a greater risk of suicidal behavior among biologic than among adopted relatives of individuals with suicidal behavior or depression (376–378).

Despite the fact that family, twin, and adoption methods provide highly suggestive evidence of heritable factors in risk of suicide as well as some evidence for nonlethal suicidal behavior, the mode of transmission of this genetic risk remains obscure. Thus far, molecular genetic approaches have not yielded consistent or unambiguous evidence of a specific genetic basis for suicide risk (16). In addition, genetic associations with suicide risk may be confounded by the heritability of other factors such as mood disorders or substance use disorder that are also associated with increased risk for suicidal behaviors.

### 7. Psychosocial factors

**a) Employment.** Unemployment has long been associated with increased rates of suicide (379, 380). In recent case-control and longitudinal studies, higher rates of unemployment have been consistently noted in suicide attempters (78, 149, 361, 381–383) and in persons who died by suicide (24, 190, 384, 385). Compared with individuals in control groups, unemployed persons have a two- to fourfold greater risk for suicide. Risk is particularly elevated in those under age 45 and in the years closest to job loss, with even greater and longer-lasting effects noted in women (24). Parallel increases in rates of suicide and suicide attempts are also seen in socioeconomically deprived geographical areas, which have larger numbers of unemployed people (386).

For many individuals, unemployment occurs concomitantly with other factors that affect the risk of suicidal behaviors. For example, with job loss, financial and marital difficulties may increase. Alternatively, factors such as psychiatric illness (380) or adverse childhood experiences (361) may affect rates of suicidal behaviors but also influence the likelihood of gaining and maintaining employment. Thus, while unemployment appears to be associated with some independent increase in risk, a substantial fraction of the increase in risk for suicidal behaviors among unemployed persons can be accounted for by co-occurring factors (361, 381, 384, 385).

Among individuals with alcohol use disorders, particularly those under age 45, unemployment is one of a number of stressors that is a common precipitant to suicide (149, 382, 387). Even in those without substance use disorders, unemployment may result in increased drinking, which in turn may precipitate self-destructive behavior (154). Conversely, in those with substance use disorders, full-time employment protects against suicidal behaviors, a finding that may in part relate to decreases in use of alcohol or other substances during the work week (260). Thus, unemployment may serve as a risk factor for suicide, whereas employment may have protective effects on suicide risks.

**b) Religious beliefs.** The likelihood of suicide may also vary with religious beliefs as well as with the extent of involvement in religious activities. In general, individuals are less likely to act on suicidal thoughts when they have a strong religious faith and believe that suicide is morally wrong or sinful. Similar findings of low suicide rates are found in cultures with strong religious beliefs that the

*Copyright © 2003 American Psychiatric Association*

body is sacred and not to be damaged intentionally. In the United States, Catholics have the lowest rate of suicide, followed by Jews, then Protestants (388). Among other religious groups, Islamic tradition has consistently regarded suicide as morally wrong, and some Islamic countries have legal sanctions for attempted suicide (389, 390). In some countries, suicide rates among Muslims appear to be greater than those among Hindus (391, 392), although suicide rates across countries do not appear to vary with the proportion of Muslims in the population (393).

Additional evidence suggests that it is the strength of the religious beliefs and not the specific religion per se that alters suicide rates (43, 394–398). In the African American community, for example, religion is viewed as a source of social solidarity and hope (22). Religious involvement may also help to buffer acculturative stress, which is associated with depression and suicidal ideation (43). The religious belief system itself and the practice of spiritual techniques may also decrease suicide risk by acting as a coping mechanism and providing a source of hope and purpose.

Although protective effects can be afforded by religious beliefs, this is not invariably the case. For example, suicide may be more likely to occur among cultures in which death by suicide is a traditionally accepted way of dealing with distress or in religions that deemphasize the boundaries between the living and the dead. Particularly for adolescents, belief in an afterlife may lead to suicide in an effort to rejoin a deceased loved one. Thus, it is important to gain an understanding of the specific religious beliefs and religious involvement of individuals and also to inquire how these religious beliefs relate to thoughts and conceptions of suicide.

c) Psychosocial support. The presence of a social support system is another factor that may reduce suicide risk (399, 400). Consequently, communicating with members of the patient's support network may be important in assessing and helping to strengthen social supports (see Section V.C, "Communication With Significant Others" [p. 42]). Although social supports typically include family members or friends, individuals may also receive support from other sources. For example, those in the military and those who belong to religious, community, or self-help organizations may receive support through these affiliations.

In addition to determining whether a support system is present, the clinician should assess the patient's perception of available social supports. Individuals who report having more friends and less subjective loneliness are less likely to have suicidal ideation or engage in suicidal behaviors (401). By the same token, if other social supports are not available, living alone may increase suicide risk (149, 385, 402), although this is not invariably true (343, 403, 404). Family discord, other relationship problems, and social isolation may also increase risk (403, 405, 406). Risk of suicidal behaviors may also increase when an individual rightly or wrongly fears that an interpersonal loss will occur (149). Thus, in estimating suicide risk, the clinician should assess the patient's support network as well as his or her perception of available social supports.

d) Reasons for living, including children in the home. An additional protective factor against suicidal behaviors is the ability to cite reasons for living (231, 407), which reflects the patient's degree of optimism about life. A sense of responsibility to family, particularly children, is a commonly cited reason for living that makes suicide a less viable option to escape from pain. The presence of children in the home as well as the number of children appear to decrease the risk for suicide in women (26, 47). Although less well-studied, a smaller effect on suicide potential may also be present in men who have children under age 18 within the home (408). Thus, knowledge of the patient's specific reasons for living, including information about whether there are children in the home, can help inform estimates of suicide risk.

e) Individual psychological strengths and vulnerabilities. Estimates of suicide risk should also incorporate an assessment of the patient's strengths and vulnerabilities as an individual. For example, healthy and well-developed coping skills may buffer stressful life events, decreasing the likelihood of suicidal actions (409). Conversely, lifelong patterns of problematic coping skills are common among those who die by suicide (410). Such factors may be particularly important in patients with substance use or personality disorders, for whom heightened suicide risk may be associated with life stressors or interpersonal loss.

In addition to the diagnosis of categorical axis II disorders, as discussed elsewhere, dimensional and trait approaches to personality can also inform estimates of suicide risk. Although the positive correlation value of individual personality traits with suicide is low, increased suicide risk may be associated with antisocial traits (411) as well as with hostility, helplessness/dependency, and social disengagement/self-consciousness (246).

Extensive clinical literature and clinical consensus support the role of psychodynamics in assessing a patient's risk for suicidal behavior (409, 410, 412–419). Suicide may have multiple motivations such as anger turned inward or a wish of death toward others that is redirected toward the self. Other motivations include revenge, reunion, or rebirth. Another key psychodynamic concept is the interpretation of suicide as rooted in a triad of motivations: the wish to die, the wish to kill, and the wish to be killed (415). Other clinicians have conceptualized these motivations as escape (the wish to die), anger or revenge (the wish to kill), and guilt (the wish to be killed). The presence of one or several of these motivations can inform the psychiatrist about a patient's suicide risk.

Object relations theories offer important concepts for psychodynamic formulations of suicide. Suicidal behavior has been associated with poor object relations, the inability to maintain a stable, accurate, and emotionally balanced memory of the people in one's life (413). In some

cases the wish to destroy the lives of the survivors is a powerful motivator (415, 420). For other individuals, a sadistic internal object is so tormenting that the only possible outcome is to submit to the tormentor through suicide (416, 417).

Other important psychodynamic concepts for the clinician to assess are shame, worthlessness, and impaired self-esteem. Early disturbance in parent-child relationships through failure of empathy or traumatic loss can result in an increased vulnerability to later injuries of self-esteem. These patients are vulnerable to narcissistic injuries, which can trigger psychic pain or uncontrollable negative affects. In these situations some patients may experience thoughts of death as peaceful, believing that their personal reality is emotionally intolerable and that it is possible to end pain by stopping consciousness.

Suicidal individuals are often ambivalent about making a suicidal action. As a result, suicide is less likely if an individual sees alternative strategies to address psychological pain (410). However, certain traits and cognitive styles limit this ability to recognize other options. For example, thought constriction and polarized, all-or-nothing thinking are characterized by rigid thinking and an inability to consider different options and may increase the likelihood of suicide (410, 421–423). Individuals who are high in neuroticism and low in "openness to experience" (affectively blunted and preferring the familiar, practical, and concrete) may also be at greater risk for suicide (424). Perfectionism with excessively high self-expectation is another factor that has been noted in clinical practice to be a possible contributor to suicide risk (425). As already discussed, pessimism and hopelessness may also act in a trait-dependent fashion and further influence individual risk.

In estimating suicide risk it is therefore important for the clinician to appreciate the contributions of patients' individual traits, early or traumatic history, ability to manage affects including psychological pain, past response to stress, current object relations, and ability to use external resources during crises. Identifying these issues may help the psychiatrist in assessing suicide risk. In addition, gaining an empathic understanding of the patient's unique motivations for suicide in the context of past experiences will aid in developing rapport as well as in formulating and implementing a psychotherapeutic plan to reduce suicide risk (410, 412, 421, 426).

### 8. Degree of suicidality

**a) Presence, extent, and persistence of suicidal ideation.** Suicidal ideation is an important determinant of risk because it precedes suicide. Moreover, suicidal ideation is common, with an estimated annual incidence of 5.6% (2) and estimated lifetime prevalence of 13.5% (427). Since the majority of individuals with suicidal ideation will not die by suicide, the clinician should consider factors that may increase risk among individuals with suicidal ideation. Although current suicidal ideation increases suicide risk (78, 79), death from suicide is even more strongly correlated with the worst previous suicidal ideation (273, 428). Thus, during the suicide assessment, it is important to determine the presence, magnitude, and persistence of current as well as past suicidal ideation.

In addition to reporting suicidal ideation per se, patients may report thoughts of death that may be nonspecific ("life is not worth living") or specific ("I wish I were dead"). These reports should also be assessed through further questioning since they may serve as a prelude to later development of suicidal ideas or may reflect a sense of pessimism and hopelessness about the future (see Section II.E.3.b, "Hopelessness" [p. 20]). At the same time, individuals with suicidal ideation will often deny such ideas even when asked directly (218, 429–431). Given these associations of suicide with suicidal ideation, the presence of suicidal ideation indicates a need for aggressive intervention. At the same time, since as many as a quarter of suicide attempts occur impulsively (432), the absence of suicidal ideation does not eliminate risk for suicidal behaviors.

**b) Presence of a suicide plan and availability of a method.** Determining whether or not the patient has developed a suicide plan is a key part of assessing suicide risk. For many patients, the formation of a suicide plan precedes a suicidal act, typically within 1 year of the onset of suicidal ideation (427). A suicide plan entails more than simply a reference to a particular method of harm and includes at least several of the following elements: timing, availability of method, setting, and actions made in furtherance of the plan (procuring a method, "scoping out" the setting, rehearsing the plan in any way). The more detailed and specific the suicide plan, the greater will be the level of risk. Plans that use lethal methods or are formulated to avoid detection are particularly indicative of high risk (433). Access to suicide methods, particularly lethal methods, also increases suicide risk. Even in the absence of a specific suicide plan, impulsive actions may end in suicide if lethal methods are readily accessible. Thus, it is important to determine access to methods for any patient who is at risk for suicide or displays suicidal ideation.

In the United States, geographic variations in rates of firearm suicide parallel variations in the rates of gun ownership (434). Although individuals may opt for a different suicide method when a particular method is otherwise unavailable, studies show some decreases in overall suicide rates with restrictions in access to lethal suicide methods (e.g., domestic gas and paracetamol) (435–437). Men are most likely to use firearms in suicidal acts, but other specific populations at increased risk of using firearms include African Americans, elderly persons, and married women. In adolescents and possibly in other age groups, the presence of firearms may be an independent risk factor for suicide (438). Consequently, if the patient has access to a firearm, the psychiatrist is advised to discuss with and recommend to the patient or a significant other the

Copyright © 2003 American Psychiatric Association

importance of restricting access to, securing, or removing this and other weapons.

In addition to addressing access to firearms, clinicians should recognize the potential lethality of other suicide methods to which the patient may have access. As with restrictions for firearms, it is important for the psychiatrist to work with the patient, family members, and other social support persons in restricting the patient's access to potentially lethal suicide methods, particularly during periods of enhanced risk. Removal of such methods from a patient's presence does not remove the risk for suicide, but it removes the potential for the patient to impulsively gain access to the means with which to carry out a suicidal wish.

c) **Lethality and intent of self-destructive behavior.** Suicidal intent refers to the patient's subjective expectation and desire to die as a result of a self-inflicted injury. This expectation may or may not correspond to the lethality of an attempt, which represents the medical likelihood that death will result from use of a given method. For example, some patients may make a nonlethal attempt with the intention of being saved and getting help, whereas others may make a nonlethal attempt, thinking it will kill them. From the standpoint of suicide risk assessment, the strength of the patient's intent to die and his or her subjective belief about the lethality of a method are more relevant than the objective lethality of the chosen method (439, 440). The presence of a suicide note also indicates intensification of a suicidal idea and/or plan and generally signifies premeditation and greater suicidal intent. Regardless of whether the patient has attempted suicide or is displaying suicidal ideation, the clinician should assess the timing and content of any suicide note and discuss its meaning with the patient. The more specifically a note refers to actual suicide or steps to be taken after death, the greater the associated increase in suicidal intent and risk. Factors separating suicide attempters who go on to make future fatal versus nonfatal attempts include an initial attempt with high intent (164, 441), having taken measures to avoid discovery (224), and having used more lethal methods that resulted in physical injuries (263), all of which indicate a greater degree of suicidal intent. Consequently, suicidal intent should be assessed in any patient with suicidal ideation. In addition, for any patient who has made a prior suicide attempt, the level of intent at the time of the suicide attempt should be determined.

### F. Additional Considerations When Evaluating Patients in Specific Treatment Settings

#### 1. Inpatient settings

Patients are often admitted to an inpatient unit in the midst of an acute suicidal crisis with either overt suicidal behavior or intense suicidal ideation. Even when a patient who is not in an acute suicidal crisis is admitted, the symptoms and disorders that typically lead to psychiatric hospitalization are associated with an increased suicide risk. There do not appear to be specific risk factors that are unique to the inpatient setting, with about half of inpatient suicides in a recent study involving individuals with prior suicide attempts and about half occurring in individuals with psychosis (218). Inpatient suicides also cannot be predicted by the reason for hospitalization, since fewer than half of the patients who die by suicide in the hospital were admitted with suicidal ideation and only a quarter were admitted after a suicide attempt. However, extreme agitation or anxiety (218) or a rapidly fluctuating course (442) is common before suicide. Thus, it is important to conduct a suicide risk assessment, as discussed earlier, when individuals are admitted for inpatient treatment, when changes in observation status or treatment setting occur, when there are significant changes in the patient's clinical condition, or when acute psychosocial stressors come to light in the course of the hospitalization. For patients with repeated hospitalizations for suicidality, each suicidal crisis must be treated as new with each admission and assessed accordingly.

#### 2. Outpatient settings

An initial evaluation of a patient in an office-based setting should be comprehensive and include a suicide assessment. The intensity and depth of the suicide assessment will depend on the patient's clinical presentation. In following outpatients over time, the psychiatrist should be aware that suicidality may wax and wane in the course of treatment. Sudden changes in clinical status, which may include worsening or precipitous and unexpected improvements in reported symptoms, require that suicidality be reconsidered. Furthermore, risk may also be increased by the lack of a reliable therapeutic alliance, by the patient's unwillingness to engage in psychotherapy or adhere to medication treatment, or by inadequate family or social supports. Again, however, the frequency, intensity, and depth of the suicide assessment will depend on the patient's clinical state, past history, and other factors, including individual strengths, vulnerabilities, and stressors that will simultaneously influence risk. These factors will also be important in judging when family members or other significant support persons may need to be contacted.

#### 3. Emergency settings

Regardless of the patient's presenting problem, the suicide assessment is an integral part of the psychiatric evaluation in an emergency setting. As in the inpatient setting, substantial numbers of individuals present to emergency settings with suicidal ideation or after having made a suicide attempt (443–447). Even when suicidality is not a part of the initial presentation, the majority of individuals seen in emergency psychiatric settings have diagnoses that are associated with an increased risk of suicide (268, 269, 271, 275, 448).

As the suicide assessment proceeds, the psychiatrist should be alert for previously unrecognized symptoms of

trauma or toxicity resulting from ingestions. Ambivalence is a key element in individuals presenting with suicidality, and individuals may simultaneously seek help yet withhold information about recent ingestions (449) or self-induced trauma. Thus, in addition to initially assessing the patient's vital signs, the psychiatrist should investigate any changes in the patient's physical condition or level of consciousness that may develop during the course of the evaluation. For patients who are administered medications in the emergency area or who have concomitant alcohol or substance use, serial monitoring of vital signs is important to detect adverse events or signs of substance withdrawal.

Simultaneous presentation with intoxication and suicidality is common in emergency settings (444, 450–454) and requires some modification in the assessment process. Depending on the severity of the intoxication, medical intervention may be needed before psychiatric assessment begins. Also, it is often necessary to maintain the patient in a safe setting until the intoxication resolves and a thorough suicide assessment can be done. In this regard, some institutions find it helpful to quantify the level of intoxication (with serum alcohol levels or breath alcohol measurements), since some individuals may not show physical symptoms of intoxication despite substantially elevated blood alcohol concentrations (455). At some facilities, short-term observation beds are available in the emergency area or elsewhere for monitoring and serial assessments of intoxicated individuals who present with suicidality. At other facilities, such observation may need to be carried out in a more typical medical or psychiatric inpatient setting.

Although obtaining collateral information is useful with all suicidal individuals, in the emergency setting such information is particularly important to obtain from involved family members, from those who live with the patient, and from professionals who are currently treating the patient. Patients in emergency settings may not always share all of the potentially relevant aspects of their recent symptoms and their past psychiatric history, including treatment adherence. In addition, most psychiatrists who evaluate patients in emergency settings do not have the benefit of knowing and working with the patient on a longitudinal basis. Corroboration of history is particularly important when aspects of the clinical picture do not correspond to other aspects of the patient's history or mental state. Examples include patients who deny suicidal ideas and request discharge yet who made a highly lethal suicide attempt with clear suicidal intent or those who request admission on the basis of command hallucinations while seeming relaxed and jovial and without appearing to respond to internal stimuli.

The process by which the patient arrived at the emergency department can provide helpful information about his or her insight into having an illness or needing treatment. Typically, individuals who are self-referred have greater insight than those who are brought to the hospital by police or who reluctantly arrive with family members. For individuals who are brought to the emergency department by police (or as a result of a legally defined process such as an emergency petition), it is particularly important to address the reasons for the referral in estimating suicide risk.

### 4. Long-term care facilities

When evaluating patients in long-term care facilities, psychiatrists and staff should be aware of the varied forms that suicidality may take in such settings. In particular, it is important to recognize that indirect self-destructive acts are found among both men and women with chronic medical conditions (456–459) and are a common manifestation of suicide in institutional settings (460). Despite these occurrences, suicide rates in long-term care facilities are generally lower than expected (460, 461), perhaps as a result of greater supervision and residents' limited access to potentially lethal means and physical inability to carry out the act as well as underreporting or misattribution of self-destructive behaviors to accident or natural death (66).

Risk factors for suicide and other self-destructive behaviors are similar to those assessed in other settings of care. For example, 90% or more of randomly sampled residents of long-term care facilities have been shown to have a diagnosable psychiatric illness (462, 463), with the prevalence of depression in nursing homes estimated to range from 15% to 50% (66). Physical illness, functional impairment, and pain are associated with increased risk for suicide and are ubiquitous factors in long-term care facilities. Hopelessness (228) and personality styles that impede adaptation to a dependent role in the institutional setting also play a role (464).

When treating individuals in long-term care facilities, the psychiatrist should be mindful of the need for follow-up assessments, even when initial evaluation does not show evidence of depression or increased risk for suicide or other self-injurious behaviors. To facilitate early intervention, safety and suicide risk should be reassessed with significant changes in behavior, psychiatric symptoms, medical status, and/or level of functional disability. Psychiatrists can also play a critical role in educating long-term care providers about risk factors and warning signs for suicide in residents under their care.

### 5. Jail and correctional facilities

In jails, prisons, and other correctional facilities, most initial mental health assessments are not done by psychiatrists (465, 466); however, psychiatrists are often asked to perform urgent suicide assessments for individuals identified as being at risk. The actual rates of suicide in jails and in prisons are somewhat controversial, and reported rates depend on the method by which they are calculated (467). The U.S. Department of Justice Bureau of Justice Statistics reported that the rate of suicide per 100,000 prison inmates was 14 during 1999, compared with 55 per 100,000 jail inmates (468). However, reported rates are generally

based on the average daily census of the facility. Since jails are local facilities used for the confinement of persons awaiting trial and those convicted of minor crimes, whereas prisons are usually under state control and are used to confine persons serving sentences for serious crimes, jails have a much more rapid turnover of detainees than prisons. This turnover results in a higher reported rate of suicides per 100,000 incarcerated persons in jails relative to prisons, since annual jail admissions are more than 20 times the average daily jail census, whereas the annual number of persons admitted to prisons nationwide is about 50% of the average daily prison census. Reported suicide rates in jails are also elevated relative to those in prisons because the majority of suicides in jail occur during the first 24 hours of incarceration (469, 470).

The importance of identification and assessment of individuals at increased risk for suicide is underscored by the fact that suicide is one of the leading causes of death in correctional settings. For example, from July 1, 1998, to June 30, 1999, natural causes other than AIDS barely led suicide as the leading cause of death in jails. Between 1995 and 1999, suicide was the third leading cause of death in prisons, after natural causes other than AIDS and deaths due to AIDS (468). In relative terms, suicides among youths in juvenile detention and correctional facilities are about four times more frequent, suicide rates for men in jails are about nine to 15 times greater, and the suicide rate in prisons is about one-and-a-half times greater than the suicide rate in the general population (471).

Factors that increase risk in other populations are very prevalent and contribute to increased risk in correctional populations (472, 473). Persons who die by suicide in jails have been consistently shown to be young, white, single, intoxicated individuals with a history of substance abuse (470, 474–476). Suicide in correctional facilities generally occurs by hanging, with bed clothing most commonly used (470, 474, 476–478). It is not clear whether first-time nonviolent offenders (474, 476) or violent offenders (473, 477) are at greater risk. Most (473, 474, 476, 479) but not all (480) investigators have reported that isolation may increase suicide in correctional facilities and should be avoided. While inmates may become suicidal anytime during their incarceration, there are times when the risks of suicidal behavior may be heightened. Experience has shown that suicidal behaviors increase immediately on entry into the facility, after new legal complications with the inmate's case (e.g., denial of parole), after inmates receive bad news about loved ones at home, or after sexual assault or other trauma (471).

There is little doubt that successful implementation of suicide prevention programs results in a significantly decreased suicide rate in correctional facilities (469, 481–483). Consequently, the standards of the National Commission on Correctional Health Care (NCCHC) require jails and prisons to have a written policy and defined procedures for identifying and responding to suicidal inmates, including procedures for training, identification, monitoring, referral, evaluation, housing, communication, intervention, notification, reporting, review, and critical incident stress debriefing (484, 485). Other useful resources include a widely used instrument for suicide screening (486) and the detailed discussions of specific approaches to suicidal detainees that are provided in a later NCCHC publication (487).

## III. Psychiatric Management

Psychiatric management consists of a broad array of interventions and approaches that should be instituted by psychiatrists for all patients with suicidal behaviors. Psychiatric management serves as the framework by which the patient and psychiatrist will collaborate in the ongoing processes of assessing and monitoring the patient's clinical status, choosing among specific treatments, and coordinating the various treatment components. Psychiatric management includes establishing and maintaining a therapeutic alliance; attending to the patient's safety; and determining the patient's psychiatric status, level of functioning, and clinical needs to arrive at a plan and setting for treatment. For individuals with suicidal behaviors, such treatment planning will encompass interventions targeted to suicidality per se as well as therapeutic approaches designed to address psychosocial or interpersonal difficulties and any axis I and axis II disorders that may be present. Once a plan of treatment has been established with the patient, additional goals of psychiatric management include facilitating treatment adherence and providing education to patients and, when indicated, family members and significant others.

### A. Establish and Maintain a Therapeutic Alliance

Beginning with the initial encounter with the patient, the psychiatrist should attempt to build trust, establish mutual respect, and develop a therapeutic relationship with the patient. Suicidal ideation and behaviors can be explored and addressed within the context of this cooperative doctor-patient relationship, with the ultimate goal of reducing suicide risk. This relationship also provides a context in which additional psychiatric symptoms or syndromes can be evaluated and treated. At the same time, the psychiatrist should recognize that an individual who is determined to die may not be motivated to develop a cooperative doctor-patient relationship and indeed may view the psychiatrist as an adversary. Appreciating the patient's relationship to and with significant others can help inform the clinician about the patient's potential to form