# EXHIBIT 3
# (PART IV)

Page 874

1    Q.  And that's a risk factor for suicide, you'd
2  agree?
3    A.  Yes, it is.
4    Q.  Okay. And that's prior to her Neurontin
5  use, right?
6    A.  Right.
7    Q.  You recognize that Susan Bulger had at
8  least 13 orthopedic surgeries, correct?
9    A.  Right.
10   Q.  That would be a risk factor for suicide,
11 right?
12   A.  Not necessarily. I mean, a lot of people
13 have 13 -- they don't have 13, but they have
14 orthopedic surgeries, multiple. I mean, I've had
15 four or five myself and I'm not suicidal.
16   Q.  Okay.
17       MR. ROSENKRANZ:  At least not yet.
18   Q.  You recognize that Susan Bulger had a
19 pretty significant substance abuse problem, correct?
20   A.  Yes, she did.
21   Q.  And that included alcohol, Methadone,
22 heroine, cocaine, OxyContin, correct?
23   A.  And a whole bunch of benzodiazepines,
24 lots of things.
25   Q.  Right.

Page 875

1        And would that be a risk factor for
2  suicide?
3    A.  Yes.
4    Q.  And that all was happening prior to her
5  Neurontin use, correct?
6    A.  Right.
7    Q.  Okay. You'd agree with me that she had
8  psychiatric disorders, particularly depression, panic
9  attacks and anxiety disorders?
10   A.  Right.
11   Q.  And those are risk factors for suicide?
12   A.  Right.
13   Q.  And she had those prior to her Neurontin
14 use, correct?
15   A.  Right.
16   Q.  You recognize in your case summary that she
17 came from an abusive home, correct?
18   A.  Correct.
19   Q.  That's a risk factor for suicide?
20   A.  Right.
21   Q.  That's prior to Neurontin, correct?
22   A.  And it's -- it's not as powerful a risk
23 factor. We always have to weight the risk factors.
24 For example, depression and substance abuse --
25   Q.  Wait, wait, stop. I -- we're going to talk

Page 876

1  about weighting -- we're going to talk about
2  weighting and how -- how we decide what risk factors
3  are important and how we exclude. We'll do that
4  later.
5    A.  Okay.
6    Q.  Right now I just kind of want to go through
7  your case summary.
8    A.  Sure.
9    Q.  You recognize that Susan Bulger and Ron
10 Bulger had financial problems?
11   A.  Yes.
12   Q.  And that would be a risk factor for
13 suicide?
14   A.  It is a risk factor.
15   Q.  Okay. And she -- they had those problems
16 prior to her using Neurontin, correct?
17   A.  Right.
18   Q.  Okay. You recognize in your case summary
19 that Susan Bulger lost custody of her son, Ron,
20 Junior when he was in fifth and sixth grade because
21 Susan was using heroine, cocaine and marijuana,
22 correct?
23   A.  Correct.
24   Q.  And that would be a risk factor for
25 suicide, correct?

Page 877

1    A.  Sure.
2    Q.  And that was prior to her Neurontin use?
3    A.  Right.
4    Q.  Okay. You discuss in your report at pages
5  nine through ten there's possible evidence of drug
6  diversion in this case, correct?
7    A.  I don't think I used those words, but
8  yes.
9    Q.  Okay. I noticed that you made a note of how
10 many house fires there were in the family, correct?
11   A.  Right.
12   Q.  Are you suggesting that there was some kind
13 of homicidal intent going on in the family or what do
14 you think that's all about?
15   A.  I mean, again, I'm just speculating, but
16 it seemed like an unusually large number. And
17 there was a time when her -- when Ron Bulger's
18 brother-in-law accused him of scams.
19   Q.  Okay.
20   A.  Like he said the accident was not an
21 accident, it was a scam to get a new car.
22   Q.  Right.
23   A.  So it just was a little bit of -- I don't
24 have any strong opinion about it. But four house
25 fires in one family sounds to me that that might be

14 (Pages 874 to 877)

Page 878

1  something more than just an accident. But again,
2  I'm not -- I'm not saying it is.
3      Q.  Okay. And all of that was going on pre
4  Neurontin, correct?
5      A.  Right.
6      Q.  Okay. Later in your report you talked about
7  Susan Bulger's medical history and you note, again,
8  that she was diagnosed with rheumatoid arthritis,
9  chronic psychogenic pain, major depressive disorder,
10  reflux disease, Hepatitis C, had several joint
11  replacements and repairs with Dr. Thornhill, poly
12  substance abuse, and once had all of her teeth
13  pulled, correct?
14      A.  You only have that done once.
15      Q.  That's right.
16      But you recognize that she had all of these
17  issues going on basically?
18      A.  Sure.
19      Q.  And those would be risk factors for
20  suicide, correct?
21      A.  Yes, they would be.
22      Q.  And these are all prior to Neurontin use,
23  correct?
24      A.  Right.
25      Q.  Okay. You also acknowledge that Susan

Page 879

1  Bulger had multiple suicide attempts prior to ever
2  taking Neurontin, correct?
3      A.  Four or five, yes.
4      Q.  Okay.
5      Okay. I want to confirm and I want to make
6  sure I understand your opinion in this case.
7      In Bulger, is it basically your opinion
8  that yeah, Susan Bulger had all these risk factors,
9  but she was coping with them until she took
10  Neurontin?
11      A.  Yes. And if she had died earlier, then
12  not Neurontin wouldn't have been the cause. If she
13  had died -- if she, for example, drove off the
14  cliff and died, obviously -- if she overdosed and
15  was found unresponsive by her husband and was in
16  coma for three or four days and died, that wouldn't
17  have been caused by Neurontin. What these risk
18  factors do, I think, is make her vulnerable to the
19  Neurontin.
20      Q.  Okay. Ut let me understand, if we're
21  talking about those prior suicide attempts and you're
22  saying if she would have succeeded at killing herself
23  when she drove off the cliff it wouldn't have been
24  Neurontin, what's the difference between that attempt
25  and the attempt where she actually killed herself?

Page 880

1      The only difference is she's taking
2  Neurontin, correct?
3      A.  And that's a significant difference
4  because remember both Kruszewski and I talk about
5  the small vulnerable susceptible minority. And I
6  think that's exactly what these risk factors do is
7  they put you on the edge.
8      Q.  Okay. We've got five minutes on the tape,
9  so -- and we've been going about an hour, so is it
10  okay with you if we take a little break?
11      A.  Sure.
12      Q.  Okay, great.
13      THE VIDEOGRAPHER: This is the end of tape
14  number one in the deposition of Dr. Ronald
15  Maris, Volume I, the time is 9:56 a.m.
16      We're now off the record.
17      (A BRIEF RECESS WAS TAKEN.)
18      THE VIDEOGRAPHER: This is the beginning
19  of tape number two, the deposition of Dr.
20  Ronald Maris, Volume I. The time is
21  10:07 a.m. We're back on the record.
22      Q.  Dr. Maris, before we went off the record, I
23  was asking you kind of to boil down your opinion, so
24  I make sure that I understand the essence of your
25  opinion.

Page 881

1      Is it your opinion in this case that Susan
2  Bulger had all these risk factors, she had them for a
3  long time and it was Neurontin that tipped her over
4  the edge?
5      Is that kind of the essence of your
6  opinion?
7      A.  Yes. And -- but I don't think it just
8  occurred at the time of her death. I mean, for
9  example, she had been taking Neurontin for some
10  time. And I think, for example, the fact that she
11  was on Effexor and Lexapro might have been because
12  she was taking Neurontin. That is her -- the
13  earlier June, July of 2002 she started having some
14  -- I think some Neurontin-induced adverse effects,
15  side effects.
16      Q.  Okay. And we'll talk about that.
17      But you say she was taking Neurontin for
18  two years. Why then would Neurontin have tipped her
19  over the edge when it did?
20      A.  Partly because she took a mega dose all
21  at once. Partly because she was on the edge.
22  Partly because it -- it has a gradual effect. I
23  think it started in -- when she started getting --
24  Crognale?
25      Q.  Crognale.

15 (Pages 878 to 881)

Page 882

1    A.  Started getting the 6/24/02, I think that
2  this continued for that time and made her -- she
3  had a hiatus, made her worse.  She had a hiatus
4  where she wasn't constantly making suicide
5  attempts.  She had a young daughter, she was
6  feeling better, she was somewhat more symptom free
7  for some period of time there.  And she was
8  actually off Neurontin for a year-and-a-half too.
9      So when she resumes the Neurontin, then I
10 think there is this pattern which Neurontin had
11 very -- had many suicidogenic outcomes, which
12 already being somewhat at risk started making her
13 more at risk, more depressed.  And then, of course,
14 the coup de gras was taking four all at once.
15   Q.  Okay. So let me interrupt you.  So is it a
16 cumulative effect of the Neurontin building up over
17 time or is it that she took it all at once that
18 tipped her over the edge?
19       MR. ROSENKRANZ:  Objection.
20   A.  I think it's both.  I think it's both.
21   Q.  Okay.
22   A.  I don't think it's just the four that she
23 took at one time.  I think it's a gradual pattern
24 of Neurontin-induced suicidogenic factors
25 contrasted with the period of non-Neurontin where

Page 883

1  she was pretty -- doing pretty well given her past
2  history.
3    Q.  We'll talk about that.
4       Let's go to your report at page ten. At the
5  very bottom of the page you say one probably should
6  temper the statements of Susan Bulger's sister and
7  half brother James since Linda blames Ron Senior for
8  Susan's death.  In fact, Linda thinks that Ron Senior
9  actually murdered Susan Bulger.
10      Do you see where I'm reading?
11   A.  I do.
12   Q.  Okay.  Why would we need to temper their
13 statements?
14   A.  Because they seem to be quite biased
15 observers.  They're blood relatives, they don't
16 like Ron Bulger.
17   Q.  They have a motive to lie?
18   A.  I'm not saying they're lying.  But I
19 think that they're -- they could possibly be very
20 well biased because of their relationship, they're
21 blood relatives, something happens, they don't
22 particularly like Ron.
23   Q.  Okay. And so the fact that they're biased
24 means we kind of have to take what they say and
25 assume that it's not maybe the whole truth, correct?

Page 884

1       MR. ROSENKRANZ:  Objection.
2    A.  I think bias speaks for itself, that
3  they're not necessarily looking at all the facts.
4  They're trying to -- and probably more likely be
5  building a case against Ron rather than seeing
6  things clearly.
7    Q.  Okay. If you would turn now in your report
8  to page 17.
9    A.  Yes.
10   Q.  You included in your report an opinion
11 prologue.  And it reads, a lot could be made of the
12 behavior of Ron Bulger Senior. I want to be very
13 clear that I am a scientific expert. My professional
14 reputation and credibility turn on my being
15 completely objective and impartial.  Whether or not I
16 like or dislike Ron Bulger Senior is irrelevant to
17 whether or not Neurontin was a substantial
18 contributing factor to Susan Bulger's suicide.
19      Do you see where I'm reading?
20   A.  Sure.
21   Q.  Do you like Ron Bulger?
22   A.  No.
23   Q.  Okay. Do you think he's a truthful person?
24   A.  I think -- I think he sometimes tells the
25 truth, just like I said before, lawyers sometimes

Page 885

1  tell the truth.
2    Q.  You think sometimes he lies?
3    A.  I think he has a history of being accused
4  of that. But, you know, again, is he
5  misrepresenting the facts?  Did he say he took four
6  Neurontin and she didn't.  I believe him. I think
7  that she --
8    Q.  We'll talk about that.
9    A.  Okay.
10   Q.  Do you think he lies?
11   A.  I don't want to give you --
12      MR. ROSENKRANZ:  Please stop cutting off
13 his answers.
14      MS. SEATON:  Okay.
15      MR. ROSENKRANZ:  You're doing it a
16 different fashion and a nicer fashion, but
17 you're still doing it by saying we'll get to
18 it later and you're cutting into his answers.
19 So please let him finish with his answers.
20      MS. SEATON:  Okay.
21   A.  So do I think he's a pathological liar
22 who never tells the truth? No, I don't think that.
23 Does he sometimes -- has he in his history
24 sometimes probably not told the truth? Sure.  But
25 any particular instance where he may or may not

16 (Pages 882 to 885)

1  have told the truth we have to look at that
2  particular instance.
3      Q.  Do you think wrong Ron Bulger sold Susan
4  Bulger's prescription medications or other drugs for
5  profit?
6      A.  Yes.
7      Q.  Okay. Do you think Ron Bulger had a drug
8  problem of his own?
9      A.  Sure.
10     Q.  Would it be important to your opinions in
11 this case if I could show you that Ron Bulger has
12 been untruthful on many occasions in connection with
13 this lawsuit?
14     A.  Well, and any particular evidence you
15 might give me might enlighten me some.  But I
16 basically agree with that.  I think he has been
17 untruthful on many occasions.  But I don't want to
18 again give you a blank check saying he was always
19 untruthful.
20     Q.  Okay. On page eight of your report, you
21 dropped a footnote where you say Ron Bulger Senior
22 said Susan never saw any psychiatrist.  However, in
23 fax, Susan saw at least four different psychiatrists.
24     So, in essence, you questioned Ron Bulger's
25 truthfulness and credibility in your own report; is

1  that right?
2      A.  No, that's not right.  I think that this
3  was in '98.  I don't think -- you know, he thinks
4  Neurontin's a sleeping pill.  I mean, what's this
5  guy know?  Sometimes he makes mistakes.  I think
6  this was an honest mistake.  This occurred a long
7  time ago.  I don't think he's being untruthful.  I
8  think he's just being not really aware of what
9  happened.
10     Q.  Well, the presence of a psychiatric history
11 is a very relevant issue in this lawsuit; would you
12 agree with me?
13     A.  Sure it is.  That's why I put the
14 footnote in.
15     Q.  Okay. The fact that he lied about her
16 psychiatric history, right?
17     MR. ROSENKRANZ:  Objection.
18     A.  I don't think he lied.  I think he
19 misremembered.
20     Q.  What's the difference between a lie and a
21 misremembering?
22     A.  I don't think to him he paid attention to
23 those kinds of facts and I think it was a long time
24 ago and I don't think there's any maliciousness or
25 intention on his part to distort the truth.  I

1  think he just didn't remember.
2      Q.  Okay. Did you ever ask Ron Bulger why he
3  denied having a psychiatric history?
4      A.  Well, if I never talked to him, I
5  couldn't ask him.
6      Q.  Did you ever ask Michelle Faye to ask Ron
7  Bulger why he denied that Susan had a psychiatric
8  history?
9      A.  No, I did not.  I thought I knew the
10 answer.
11     Q.  Did you read Ron Bulger's deposition in
12 this case?
13     A.  Sure did.
14     Q.  Do you think he was truthful during his
15 deposition?
16     A.  Well, if you'd get it out -- I mean,
17 that's kind of a general statement.
18     Q.  Absolutely.
19     A.  And I don't know exactly what you're
20 referring to.
21     Q.  Well, then --
22     A.  Sometimes --
23     MR. ROSENKRANZ:  Are you asking a
24     specific question?  The entirety from the time
25     he said his name?

1      Q.  The question is do you think he was
2  truthful during his deposition?  If your answer is I
3  don't know or I can't say, that's a fair answer.
4      A.  Well --
5      MR. ROSENKRANZ:  Objection to form.
6      A.  -- I think he was basically truthful.
7  But I wouldn't be surprised if there are some
8  things where he -- again, got the facts wrong
9  doesn't mean he deliberately misstated the facts.
10 I think that we'd have to look at his deposition
11 and see.
12     Q.  Okay. Well, we'll do that.
13     Do you think he lied at all during his
14 deposition?
15     A.  I don't know without you pointing out a
16 specific instance.
17     Q.  Okay. Were you aware that Ron Bulger
18 testified that he never abused drugs?
19     A.  That would be a lie.
20     Q.  Were you aware that he testified that he
21 never abused drugs?
22     A.  I'm not sure.  Maybe we could point to
23 that page.
24     Q.  Absolutely.  Let's go to his deposition at
25 page 164.

Page 890

1     A.   I have to look at your copy.
2     Q.   Sure. Yeah, I'm going to find it first.
3          Okay. I'm handing you the Ron Bulger
4    deposition. You know what, let's -- let's mark this
5    as an exhibit and then I'm going to give it to you
6    and let you have it for the rest of the day.
7     A.   Thank you.
8          (Exhibit 52: Photocopy of videotaped
9          deposition of Ronald J. Bulger, Sr. Marked for
10         identification, as of this date.)
11    Q.   Deposition Exhibit No. 52 is the deposition
12   of Ron Bulger. And I'm at page 164.
13    A.   Okay.
14    Q.   Okay. So Ron Bulger's being asked so you,
15   Ron Bulger, you were married to a drug abuser? And
16   then Ron says, I wouldn't say that. Well, certainly
17   at some periods of time. Ron, I was married to a
18   woman with severe rheumatoid arthritis and a lot of
19   pain, probably wanted to escape it.
20         Question, using street drugs?
21         Answer, whatever she probably felt she had
22   to to get out of pain.
23         Question, was she married to a drug abuser?
24         Answer, no.
25         Never?

Page 891

1          No.
2     A.   That's not true.
3     Q.   Okay. So Ron Bulger lied when he said that
4    he had not abused drugs?
5     A.   Why sound so harsh. He certainly was a
6    drug abuser.
7     Q.   Well, do you think he was misremembering?
8     A.   No, I don't. I guess he probably lied
9    there.
10    Q.   Okay.
11    A.   You know, who knows what he may -- he may
12   have thought hey, I'm in pain, I use this stuff for
13   my pain. I mean, who knows what in his mind. It's
14   so harsh to say he lied there. He may have thought
15   that he needed the medicine.
16    Q.   You'd agree with me that Ron Bulger was a
17   drug abuser?
18    A.   He was.
19    Q.   A chronic drug abuser?
20    A.   I don't know how chronic. He seems to be
21   chronic, yes.
22    Q.   Okay. Were you aware that during Mr.
23   Bulger's deposition he claimed that he and Mrs.
24   Bulger had at worst disagreements over finances, but
25   he denied any claim that he ever abused her?

Page 892

1     A.   I'm aware of that, yes.
2     Q.   Okay. Did you read Amanda Cavalarro's
3    deposition in this case?
4     A.   I did.
5     Q.   Okay. She was Ron Junior's girlfriend from
6    May '03 to the summer of 2005?
7     A.   Yes.
8     Q.   You're aware that she testified that Mr.
9    Bulger left her messages calling her names and
10   threatening her?
11        MR. ROSENKRANZ: Objection.
12        MS. SEATON: Okay.
13    A.   I mean, I guess we'd have to look at the
14   reference here. Give me a second --
15        MR. ROSENKRANZ: Is your question are --
16        is he aware that she said that?
17        MS. SEATON: Um-hum.
18        MR. ROSENKRANZ: Because you're stating
19        -- no, that's not the way you stated. You
20        stated it as a fact. You said are you aware
21        that he did as opposed to are you aware that
22        she said he did.
23    Q.   All right. Well, let's start over.
24        You agree with me that Mr. Bulger claimed
25   he never abused Susan Bulger, right?

Page 893

1     A.   Yes.
2     Q.   Okay. Did you read James Gibbons' testimony
3    in this case?
4     A.   Yes, I did.
5     Q.   Were you aware that James Gibbons is now
6    deceased?
7     A.   No.
8     Q.   Were you aware that James Gibbons testified
9    that Ron did beat Susan?
10    A.   Yes, he did.
11    Q.   Okay. Did you read Linda Landry's
12   testimony?
13    A.   Yep.
14    Q.   Were you aware that she testified that each
15   time Mrs. Bulger tried to leave Ron, he would
16   threaten her, tell her that he was going to take the
17   children from her, called her a mental maniac and
18   told her that because of her drug addiction she would
19   never get custody of the kids?
20    A.   Am I aware that he said that?
21    Q.   Are you aware that Linda Landry testified
22   to that?
23    A.   Yes.
24    Q.   Did you review the Elliott Community human
25   services records in this case?

18 (Pages 890 to 893)

Page 894

1    A. Probably. But I'm not exactly sure what
2  you're referring to.
3    Q. Okay.
4    A. Talking about the custody records?
5    Q. No. Actually, I'm talking about human
6  services records in 1998, she reported that she had a
7  conflictual relationship with her husband, Ron
8  Bulger.
9        Do you have any reason to believe that's
10  not true?
11   A. No.
12   Q. Okay. Were you aware that Susan told one of
13  her doctors, Dr. Rosenberg, that her husband had
14  attacked her and hit her four times?
15   A. That sounds possible. I don't remember
16  that specific comment. But I wouldn't be
17  surprised.
18   Q. And you, yourself, in your own expert
19  report characterized their marriage as stormy, right?
20   A. Yes.
21   Q. So Ron Bulger's statement that he had never
22  abused Susan Bulger was in fact not true; would you
23  agree with that?
24   A. Yes.
25   Q. Okay. Were you aware that Ron Bulger

Page 895

1  professed no knowledge concerning any of the
2  extensive drug use that Mrs. Bulger described to
3  multiple substance abuse providers?
4    A. Wait a minute. Say that again.
5    Q. Yeah.
6    A. Of her's?
7    Q. Yes.
8        Were you aware that in his deposition, when
9  Ron Bulger was asked about Susan Bulger's substance
10  abuse issues, Ron Bulger denied that Susan Bulger had
11  any substance abuse issues?
12   A. Certainly in other places he said she had
13  many of them, he used that, for example, to try to
14  gain custody of the son. So if he did, he was
15  inconsistent sometimes.
16   Q. Well, and that's exactly my point. What he
17  testified in his deposition is completely contrary to
18  what the medical records show. If you would, turn to
19  page --
20        MR. ROSENKRANZ: Objection to form.
21   Q. Okay. If you would, turn to page 166 of his
22  deposition.
23        And if you'd read pages 166 and 167, Ron
24  Bulger's being asked about Susan Bulger's heroine
25  use. And he denies that she used heroine. And

Page 896

1  that's, in fact, a lie, right?
2    A. Well, as I see what that says on 166, he
3  says it's indicated that your wife had used heroine
4  30 days out of 30. Do you see that?
5    Q. Um-hum.
6    A. Now, she's saying that, not him. And he
7  may not have been precisely aware that it was 30
8  out of 30. But he certainly knew she used it.
9    Q. Well, at page 167 he's asked, do you know
10  if, in fact, your wife had used heroine?
11        Answer, no. No, I don't know that. I have
12  no idea, he goes on to say.
13   A. Well, I think he did know that.
14   Q. Okay.
15   A. But my point was that when Susan tells
16  him exquisite stuff about her drug use, that he as
17  a spouse may not be aware some of the details. I
18  mean, I know my wife says things in great detail
19  and she says I don't even know what's going on.
20  And it's not that I'm lying, it's that she has some
21  private stuff.
22   Q. Okay. What -- what I want -- what I want to
23  understand and what I need to know is are we going to
24  dispute and are we going to fight about this or not?
25        Would you agree with me that Ron lies during his

Page 897

1  deposition?
2        MR. ROSENKRANZ: Objection to form.
3    A. There is some evidence where he certainly
4  didn't tell the truth, what he said was
5  inconsistent with the facts.
6    Q. Okay. You don't want to say a lie.
7    A. A lie sounds malicious. It sounds like
8  he's, you know, distorting everything. I think
9  sometimes he does, sometimes he just doesn't
10  remember.
11   Q. Okay. So we are going to argue over this.
12        Do you -- is it your testimony that during
13  his deposition Ron Bulger didn't purposely not tell
14  the truth?
15        MR. ROSENKRANZ: Objection, asked and
16  answered.
17   A. I repeat myself, I think probably
18  sometimes he didn't and sometimes he did tell the
19  truth.
20   Q. Okay. Give me a moment.
21        Let's talk now about Susan Bulger's use of
22  Neurontin kind of in general.
23        In reading your report, there's some
24  conflicting statements, and I think that what we --
25  what we need to do is see if we can agree about when

Page 950

1  again?
2      A.  Isn't that a positive thing?
3      Q.  History -- history of domestic violence, is
4  considering leaving Ron but is afraid to do so.
5          Is it your testimony that describes a
6  positive marital relationship?
7      A.  She felt more secure with him, yes, even
8  though there were problems.  She says so herself.
9      Q.  Even if he is physically and mentally
10  abusing her?
11      A.  Well, I mean --
12      MR. ROSENKRANZ:  Objection,
13  argumentative.
14      A.  Obviously it would be better if that
15  weren't happening, of course.
16      Q.  Right.
17      A.  But, you know, what happens when you live
18  on the street, you don't think you get abused on
19  the street?
20      Q.  Were you aware that the medical records
21  indicate that Ron Bulger was physically abusive to
22  Susan Bulger?
23      A.  I think there were places where that was
24  suggested.
25      (Exhibit 55: Document entitled

Page 951

1      Commonwealth of Massachusetts Department of
2      Social Services Child Abuse/Neglect Report
3      marked for identification, as of this date.)
4      Q.  I'm going to hand you what we're going to
5  mark as Deposition Exhibit No. 55.  This is a
6  Commonwealth of Massachusetts Department Of Social
7  Services child abuse neglect report.  And it's dated
8  1998.  And it indicates that someone called into a
9  hotline to allege neglect of the child by the mother,
10  Susan Bulger, and the father, Ronald Bulger.  And the
11  report goes on to say that when the mother, Susan,
12  returned home, the father, Ron, was high on heroine
13  and cocaine and demanded her money and he did not
14  know where she had been.  Then the father hit her,
15  Susan, in the head.  The mother told the reporter it
16  was not the first time that the father had hit her.
17          Do you see where I'm reading?
18      A.  Sure.
19      Q.  Would this be evidence that there was abuse
20  in the marriage?
21      A.  Sure.  This is six years before she died.
22      Q.  Okay.
23      A.  A lot of this is redacted.  It's really
24  hard to figure out.  Half of it's crossed out.
25      Q.  We didn't redact any of that.

Page 952

1      A.  Yeah.
2      Q.  I'm going to hand you what we're going to
3  mark as Deposition Exhibit 56.
4      (Exhibit 56: Document entitled
5      Commonwealth of Massachusetts Department of
6      Social Services FamilyNet dictation report
7      marked for identification, as of this date.)
8      Q.  This is a Commonwealth of Massachusetts
9  Department of Social Services dictation report and
10  it's also dated -- or I'm sorry, it has a run date of
11  2008, but it's referring, excuse me, to an in-person
12  home visit in July of 1998.  And under comments it
13  indicates she, meaning Susan, is planning to go to
14  court tomorrow and get a restraining order to get Ron
15  out of the house.  He, Ron, told her he hoped she
16  died.  He also said he doesn't think the baby is his.
17  Worker asked to call worker and let worker know if
18  she does have him removed tomorrow.  She agreed.
19          Do you we see where I'm reading?
20      A.  I'm trying to find where it is.  Which --
21  first paragraph?
22      Q.  It's --
23      A.  Okay.  I see it.
24      Q.  You see where I'm reading?
25      A.  Yeah.

Page 953

1      Q.  Would this be evidence of a very
2  dysfunctional marital relationship?
3      A.  Well, of course.  I mean, this was a time
4  when he was, you know, accusing her of all sorts of
5  things, trying to get custody of the son.  This was
6  a very tumultuous time and she wasn't acting too
7  well either.
8      Q.  Okay.  I'm going to hand you what we're
9  going to mark as Deposition Exhibit No. 57.  And
10  we've marked this Power Point slide as -- or this
11  Power Point presentation previously in the
12  deposition.  But I want to direct your attention to a
13  specific slide.  So if you would, take a look -- is
14  this a Power Point presentation that you prepared?
15      (Exhibit 57: Photocopy of a PowerPoint
16      presentation entitled Suicide and SSRIs Ronald
17      Wm. Maris, Ph.D. AAFS Annual Conference 11
18      a.m. - 12 p.m. Tuesday February 20, 2007 San
19      Antonio, Texas marked for identification, as
20      of this date.)
21      A.  Yes.
22      MR. ROSENKRANZ:  Do you have a copy?
23      Q.  And this was for a presentation that you
24  did in February of 2007, correct?
25      A.  Right.

Page 966

1 suicide cases, these are the ones that rise to the
2 top. Could there be others that I could have
3 considered? Sure.
4     Q. Okay. Why don't we -- it's noon. Why don't
5 we go ahead and break for lunch.
6     THE VIDEOGRAPHER: This is the end of tape
7 number three in the deposition of Dr. Ronald
8 Maris, Volume I. The time is 11:51 a.m.
9     (A LUNCH RECESS WAS TAKEN.)
10     THE VIDEOGRAPHER: This is the beginning
11 of tape number four in the deposition of Dr.
12 Ronald Maris, Volume I. The time is 1:00 p.m.
13 We're back on the record.
14     Q. Dr. Maris, we broke for lunch and I'm not
15 quite sure what we were talking about before we
16 broke, but what I'd like to talk about now is risk
17 factors for suicide. And I think that actually is
18 what we were talking about before we -- before we
19 broke.
20     Back to your report in the Susan Bulger
21 case. I am interested and I want to know how you
22 ruled out various causes for Susan Bulger's suicide.
23     You're aware that a history of past suicide
24 attempts is one of the most significant risk factors
25 for suicide?

Page 967

1     A. It is for women, not for men.
2     Q. Okay. And Susan Bulger's a woman?
3     A. True.
4     Q. Okay. Are you aware that a suicide attempt
5 by any method is associated with a 38 fold increase
6 in suicide risk?
7     A. I object to the 38 fold because it refers
8 to a specific study and it's not something that's
9 the gospel truth.
10     Q. Okay. Well, it's published in the American
11 Psychiatric Association Guidelines, right?
12     A. I believe so, yes.
13     Q. And do you acknowledge the American
14 Psychiatric Association as the governing body of
15 psychiatrists?
16     A. Yes.
17     Q. Okay. Would you agree or disagree that an
18 additional increase in risk may be associated with
19 aborted suicide attempts or repeated suicide
20 attempts?
21     A. It may. I mean, that is to say there's
22 some evidence, and I've even said this in my
23 books --
24     Q. I was just getting ready to do that.
25     A. Some people think it escalates, you go

Page 968

1 from mild attempts to more serious attempts to
2 fatal attempt.
3     Q. And that's exactly where we're going. I
4 want to talk about your assessment and prediction of
5 suicide. And, again, I swore that I brought that book
6 but I didn't, so you'll just have to bear with me and
7 I'll try to read slowly.
8     But at page 362 you acknowledge that prior
9 suicide -- excuse me, prior suicide attempters are at
10 a relatively high risk of completing suicide?
11     A. Sure.
12     Q. You still agree with that?
13     A. Yes.
14     Q. Okay. In the book that you published you
15 went on to say the suicide attempter -- when I get
16 done reading this, my question will be do you stand
17 by this, do you still -- is this still your opinion?
18     The suicide attempter may learn to adapt to
19 stress and life events by repeated self-destructive
20 behaviors. However, subsequent suicide attempts may
21 be made with more lethal methods. In part, this may
22 be the case because the attempter is older and more
23 helpless. Finally, perhaps after a few more
24 non-fatal attempts, there may appear to be no way out
25 of this progressively intolerable life situation

Page 969

1 except to commit suicide.
2     You still agree that that is --
3     A. The problem is you didn't bring the book.
4     Q. I know.
5     A. And if you brought the book and you went
6 onto the next paragraph, it would say something
7 like this, the problem with this scenario is that
8 it's wrong.
9     Q. You're saying you don't agree with that?
10     You don't agree that attempts can
11 progressively become more and more toward fatal?
12     A. I'm saying that if you go back and read
13 the whole context of the quote that you're giving,
14 that I set this up as a straw man and that I say
15 for the vast majority of suicides, particularly
16 those who are older, white males, this -- this
17 syndrome or scenario that you're describing does
18 not occur. So that you're quoting the first part,
19 you don't quote the next couple of paragraphs where
20 I say that this is -- unfortunately, the problem
21 with this scenario is that it's false.
22     Q. Okay. Well, let's go to your report at page
23 33.
24     In your report at page 33 you say you
25 determine that, quote, most suicides have a long

37 (Pages 966 to 969)

Page 974

1  chair and hang herself, right?
2      A.  That's true. And nobody does.
3      Q.  Nobody does?
4      A.  Almost nobody. You'd be surprised. In
5  fact, I think the medical examiner consultant said
6  that it's more like an execution, like a hangman's
7  execution where you actually free-fall and break
8  the neck. Almost nobody does that. Everybody
9  kneels.
10     Q.  Okay.
11     A.  Let's say .95 percent.
12     Q.  You disagree or agree with Dr. Roh's
13 testimony that at any time while Susan Bulger was
14 leaning she could have changed her mind and/or Ron
15 could have come downstairs?
16     A.  I disagree with that.
17     Q.  You disagree with that?
18     A.  Yeah. Because I think you rapidly lose
19 conscious -- just think about it for a minute.
20 Once you cut off these arteries, it only takes a
21 few minutes before you're unconscious or before you
22 lose control. So that -- in fact, one of the
23 things that happens when you hang yourself is that
24 the body purges itself, you defecate, you have --
25 your bladder stops working properly. So you --

Page 975

1  what happens when you hang yourself is you very
2  quickly lose voluntarily control of your muscles.
3  And I think it's very unlikely -- I think it's more
4  likely that she would have tried to hang herself,
5  would have passed out pretty quickly, wouldn't have
6  died immediately, but would have passed out
7  quickly.
8      Q.  But you would agree with me that that is
9  absolutely pure speculation on your part?
10     A.  No. That's based on thousands of suicide
11 cases that I've investigated, studied or read
12 about.
13     Q.  But it has nothing to do with Susan
14 Bulger's case. You have no idea whether she passed
15 out quickly or not, correct?
16     A.  That's not true.
17     Q.  How do you know?
18     A.  Because everybody who does that passes
19 out relatively quickly. They don't sit there and
20 think about it.
21     Q.  Okay. So are you testifying that it is not
22 possible that Susan Bulger sat there and contemplated
23 and leaned forward and leaned back and leaned forward
24 and leaned back?
25     MR. ROSENKRANZ: Objection to the form of

Page 976

1     the question.
2      A.  I think it's highly unlikely.
3      MR. ROSENKRANZ: Argumentative.
4      I'm sorry, what was your answer?
5      THE WITNESS: Highly unlikely.
6      Q.  Would you agree with me that in terms of a
7  suicide attempt, a person's intent is really the most
8  important factor, not whether they actually succeed
9  or not?
10     A.  Well, by definition, you go look it up in
11 Webster's or any medical dictionary, the difference
12 between suicide and non-suicide is that you intend
13 to kill yourself. Now, can people intend to kill
14 themselves but not use a fatal method? Sure. That
15 happens occasionally.
16     Q.  Okay. Do you concede that Susan Bulger
17 intended to kill herself before she ever took
18 Neurontin?
19     A.  I don't know.
20     Q.  Okay.
21     A.  I really don't know. I think probably
22 what she did was tension reduction. Again, this is
23 based on everything I know about her. Ways of
24 drawing attention to her problems, ways of -- you
25 know, when you cut yourself you escape from your

Page 977

1  ordinary daily responsibilities because you get to
2  play the sick role for a while, often you get
3  hospitalized. So I have no evidence that she
4  seriously intended to die in those early attempts.
5  In fact, the first attempt might have even been an
6  accident.
7      Q.  Okay. Well, let's talk about her various
8  suicide attempts.
9      The first time Susan Bulger attempted
10 suicide was when she was 14. And would you agree
11 that she wasn't taking Neurontin when she was 14?
12     A.  She wasn't taking Neurontin, as I
13 understand it, in any of her early attempts except
14 the last one.
15     Q.  But my question was --
16     A.  I know, yes.
17     Q.  Okay. I'm going to hand you what we're
18 going to mark -- I'm actually not going to mark this
19 because it is not the correct record.
20     Okay. Were you aware that Susan Bulger
21 told healthcare providers when questioned about past
22 suicidal behavior that she had cut her wrists when
23 she was 14 years old?
24     A.  I'd have to look and see how old she is.
25 The first one I have is --

Page 978

1    MR. ROSENKRANZ:  Objection, I don't --
2    when she was 14?
3    MS. SEATON:  Are you objecting to my
4    question or his answer?
5    MR. ROSENKRANZ:  I'm objecting.  I don't
6    -- I object as to the accuracy of that
7    statement.
8    MS. SEATON:  Okay.
9    MR. ROSENKRANZ:  And to the form of that
10   question.
11   Q.  Are you aware --
12   A.  The first recorded incident I have is
13   6/5/90.  Would she have been 14 then?
14   Q.  I don't know.  I'm not good with math.
15   And, I mean, honestly, what's important, you would
16   acknowledge that she was not taking Neurontin at the
17   time that she -- the first time she attempted
18   suicide?
19   A.  That's -- in fact, none of these early
20   attempts was she taking Neurontin.  So yes, I would
21   agree.
22   Q.  Okay.  Do you anything else anything else
23   about her first suicide attempt where she allegedly
24   or se claimed that she tried to kill herself by
25   cutting her wrists?

Page 979

1    A.  I know that if we look at the AtlantiCare
2    medical records we'll find something about it.
3    Q.  Okay.
4    A.  That's what I wrote down.  For the one
5    I'm talking about.  And you may be talking about the
6    '98 ER slice the wrists --
7    Q.  Oh, no, we're not there yet.
8    A.  Okay.  So I'm talking about 6/5/90.  Let
9    me just see when she was born.  Date of birth, '64.
10   She wasn't 14.  I have no record of something at
11   14.
12   Q.  Okay.  So the first suicide attempt that
13   you have in your notes is a 1990 suicide attempt
14   where she attempted to cut her wrists, right?
15   A.  I think she attempted to cut.  I know she
16   did in 1998.
17   Q.  Okay.  Can you kill yourself by cutting your
18   wrists?
19   A.  Sure.
20   Q.  Okay.
21   A.  Not likely though.
22   Q.  Well, and I'm interested to know, what
23   makes you conclude that when someone cuts their
24   wrists that they're not serious about -- their intent
25   isn't to kill themselves?

Page 980

1    A.  I'm not so much talking about intent.
2    I'm talking about the logical empirical
3    consequences of cutting a wrist.  I mean, everybody
4    knows, you cut a wrist, you -- typically you don't
5    get a serious wound, you get something that bleeds
6    and stops.  So, you know, like cutting your wrist,
7    empirically, based on all the science that I've
8    ever read, is that those people tend to survive
9    their attempts.  They're not the same as shooting
10   yourself or hanging yourself.
11   Q.  Do you have any opinion about what the
12   cause of this wrist cutting attempt was, this first
13   attempt?
14   A.  I didn't even know it existed until I
15   went back and looked at some of the records.  If
16   you could show me the record, I can tell you.  I
17   never knew about it before.
18   Q.  Okay.  But the answer to my question is you
19   don't have any opinion about what caused that
20   attempt?
21   A.  I have no information.
22   Q.  Okay.
23   A.  Other than she did it.
24   Q.  Okay.  Were you aware that Mrs. Bulger
25   advised her healthcare providers that sometime prior

Page 981

1    to 1998 she had driven her car off a cliff?
2    A.  Sure.  That's the early incident we were
3    talking about.
4    Q.  No -- well, we talked about the first
5    incidence, which was a wrist cutting.  The second
6    incident being a driving a car off a cliff, right?
7    A.  I don't know if it was in that order.
8    But I certainly knew about driving a car off a
9    cliff when she was an adolescent.
10   Q.  And you noted in your report that Linda
11   Landry, excuse me, testified that this was an
12   accident, right?
13   A.  She did.  But other people said it was a
14   suicide attempt.
15   Q.  Right.  And you, yourself, noted that we
16   have to temper Linda's statements, right?
17   A.  Right.
18   Q.  Okay.  Were you aware that James Gibbons
19   testified that she drove her car off a cliff in
20   Nahant called 40 steps and that she was trying to
21   kill herself?
22   A.  Right.  There was conflicting evidence
23   from the -- from the sister and from James Gibbons.
24   Q.  Okay.  Do you know what the cliff height is
25   in Nahant?

40 (Pages 978 to 981)

Page 982

1    A.  Do I know what the cliff height is?  No,
2    I don't.
3    Q.  Well, I mean, all jokes aside, this is an
4    important issue.  You know, if you drive off the
5    Grand Canyon, can you kill yourself?
6    A.  Yeah, I mean, I'd be interested to know
7    that.  But nothing I ever read even mentioned that.
8    You'd have to actually be a police officer and go
9    out there and measure it.  I don't think anybody
10   did.
11   Q.  Did you do anything to follow up?  Did you
12   Google it?
13   A.  I read what I had.  Did I go look at the
14   cliff?  No.
15   Q.  Did you Google it?
16   A.  Did I what.
17   Q.  Did you Google it?
18   A.  Is it on the Google?
19   Q.  I don't know.  Did you ask plaintiffs'
20   counsel?
21        MR. ROSENKRANZ:  Well, I'm going to
22   object if you're asking me if I Googled.  And
23   I'm going to object to the statements --
24        MS. SEATON:  Object to form.
25        MR. ROSENKRANZ:  -- because there were

Page 983

1    variables involved with driving off a cliff.
2         MS. SEATON:  Ron, object to form is fine.
3    Q.  Do you know if Susan considered this a
4    serious suicide attempt?
5    A.  I have no idea.  I know that she did it.
6    But I have no idea.  It could have been an
7    accident, it could have been that she was
8    intoxicated, it could have been a suicide attempt,
9    it could have been a bunch of things.
10   Q.  Well, is that an -- is that important to
11   know?
12   A.  Yeah, but we can't know.
13   Q.  Okay.
14   A.  Sure it's important to know.
15   Q.  Do you have any opinion about what caused
16   this suicide attempt?
17   A.  Which one?
18   Q.  The driving off the cliff in Nahant.
19   A.  No, I don't remember that.
20   Q.  Okay.
21        MR. ROSENKRANZ:  And I'm objecting to
22   form of the question.
23        MS. SEATON:  To form, okay.
24   Q.  You would agree that Neurontin had nothing
25   to do with her driving off the cliff in Nahant,

Page 984

1    right?
2    A.  Right.
3    Q.  Okay.  Were you aware that Susan Bulger was
4    admitted to the ER at AtlantiCare medical center on
5    June 5th, 1990 after she overdosed on pills and cut
6    her wrists?
7    A.  Didn't I volunteer that?  That was the
8    first one I mentioned.
9    Q.  Okay.  I'm going to ask again.
10        Were you aware that Susan Bulger was
11   admitted to the ER at AtlantiCare medical center on
12   June 5th, 1990 after she overdosed on pills and cut
13   her wrists?
14   A.  Yes, I was.
15   Q.  Okay.  She wasn't taking Neurontin at that
16   time, right?
17   A.  No.
18   Q.  Did you reach any conclusion about serious
19   this suicide attempt was?
20   A.  No, other than the fact that overdoses
21   and cut wrists are typically not serious.
22   Q.  Do you have an opinion about what caused
23   that suicide attempt?
24   A.  Not without seeing the records.  And all
25   I did was find the -- the only information I found

Page 985

1    was the date that she overdosed and cut her wrists
2    and that she went to AtlantiCare medical center.  I
3    haven't actually seen the medical document.
4    Q.  Okay.  You would agree with me that this
5    attempt at overdose and cutting her wrists had
6    nothing to do with Neurontin in 1990, right?
7    A.  That's true.
8    Q.  Okay.  The fact that she slit her wrists and
9    overdosed indicate a seriousness of purpose to you?
10        In other words, not -- she didn't just slit
11   her wrists, she didn't just overdose, she did both.
12   Does that indicate a seriousness of purpose to you?
13   A.  It could.  I mean, it's twice -- two
14   attempts, it increases the probability you could
15   die by at least two.
16   Q.  Okay.
17   A.  But they're both non-lethal methods.
18   Q.  But she could have died?
19   A.  Well, we don't know how much.  I think
20   it's almost impossible she could have died from
21   wrist cutting.  But the overdose would depend on
22   what she took and how much she took and stuff I
23   don't know.
24   Q.  Okay.  Are you aware that Susan Bulger
25   attempted suicide by drug overdose in 1993?

41 (Pages 982 to 985)

Page 986

1    A.  May 1993 to be exact, yes.
2    Q.  Okay. Do you have an opinion about what the
3  cause of that attempt was?
4    A.  I don't know. I know she was found
5  unresponsive at home, that she was presumably in a
6  coma for three or four days.
7    Q.  Okay. That wasn't my question.
8    Do you have --
9    A.  That's all I know.
10   Q.  Okay. So you don't have an opinion about
11  what the cause was?
12   A.  No.
13   Q.  Okay. You would agree with me that it had
14  nothing to do with Neurontin, though, right?
15   A.  Right.
16   Q.  Okay. What makes you opine that this 1993
17  overdose was a low lethality attempt?
18   A.  Well, obviously it was an overdose.
19  That's my main -- my main indication. The other
20  thing is that I'm -- excuse me, I'm pretty sure
21  that Ron said it was a serious attempt. But I
22  don't know for sure if he's a fateful reporter.
23  We've already talked about that.
24   Q.  Hey, you know, now that you mention that,
25  how do you decide when you believe Ron Bulger and

Page 987

1  when you don't believe Ron Bulger?
2    A.  When we talk about the facts and the
3  facts are corroborated by other independent
4  observers would be one way.
5    Q.  Okay.
6    A.  In other words, what's the medical
7  records say? And I didn't get to see that.
8    But my short answer is it's still an
9  overdose, but apparently it was an overdose where
10  she could have died from it.
11   Q.  Well, but -- okay. But I want to go back to
12  you said Ron Bulger you think said that it was a
13  serious attempt but that you don't necessarily
14  believe him, right?
15   A.  I don't -- a lot of things where he
16  doesn't remember the facts quite as correctly. I'm
17  not saying he's lying. I'm saying that sometimes
18  he mis -- for example, he said she never went to a
19  psychiatrist and I found several times that she
20  did. So he may not remember the facts -- also, in
21  this time frame, he's trying to get custody of his
22  son, there's a lot of argument with the department
23  of social services, he's trying to make her look
24  like she's near death's door. I think he could
25  have been exaggerating what happened to her.

Page 988

1    Q.  So fair to say then when Ron Bulger has a
2  motive to lie, we need to consider that he might be
3  lying?
4    A.  We need to consider it, yes.
5    Q.  Okay. All right. But back to Ron actually
6  you say indicated it was a serious attempt. And
7  maybe I just didn't listen well enough and I'm going
8  to listen better this time. What makes you opine
9  that this overdose in '93 was low lethality?
10   A.  The fact the fact it was an overdose and
11  not --
12    MR. ROSENKRANZ: Objection, asked an
13    answered.
14   A.  -- not a method which is designed to kill
15  you rapidly and irreversibly.
16    If we're discussing medical records, I'd
17  like to see them too.
18   Q.  I want to show them to you, but I want to
19  -- I'm having trouble reading them and I want to make
20  sure that I've got the right records so we don't muck
21  up our deposition record.
22    (Exhibit 58: Document entitled Beverly
23    Hospital D/B/A BayRidge Hospital Intake
24    Evaluation marked for identification, as of
25    this date.)

Page 989

1    Okay. I'm going to hand you what we're
2    going to mark as Deposition Exhibit No. 58.
3    And I will represent to you that this is a
4    record from Beverly Hospital, BayRidge
5    Hospital?
6    A.  Which incident is this, what date?
7    Q.  The date on it up in the top right corner
8  is April 23rd, 1998.
9    So this is prior to Susan Bulger ever
10  taking Neurontin, right?
11   A.  Right.
12   Q.  Okay. And under identifying data and chief
13  complaint, it indicates this 33-year old female with
14  a past history of depression and poly substance
15  dependence, including, and then the author's written
16  in, many psychiatric hospitalizations, is now
17  evaluated for depression and a desire for support.
18  Do you see where I'm reading?
19   A.  Yeah. And it says 0 BayRidge psychiatric
20  hospitalization. So in other words, they have no
21  record of her ever being hospitalized. Somebody
22  told them that.
23   Q.  Okay.
24    MS. SEATON: Let's go off the record for
25    a second.

42 (Pages 986 to 989)

Page 990

1  THE VIDEOGRAPHER: The time 1:28 p.m.
2  (A DISCUSSION WAS HELD OFF THE RECORD.)
3  THE VIDEOGRAPHER: The time is 1:35 p.m.
4  We're back on the record.
5  Q. Dr. Maris, before we went off the record we
6  were talking about Susan Bulger's suicide attempt in
7  1993 in which she tried to kill herself by drug
8  overdose, right?
9  A. Right.
10  Q. Okay. I am going to hand you what we're
11  going to mark as Deposition Exhibit 59.
12  This is a AtlantiCare progress note and you
13  could see up in the right-hand corner it's dated
14  May 25th, 1993.
15  (Exhibit 59: AtlantiCare Progress Notes
16  dated 5/25/93 marked for identification, as of
17  this date.)
18  A. Right.
19  Q. Okay. And were you aware that Susan Bulger
20  was actually found by her husband at home, Ron
21  Bulger?
22  A. Yes.
23  Q. And are you aware that when the EMT's went
24  to the home, they found her in respiratory arrest and
25  that she quickly went into cardiac arrest?

Page 991

1  A. I believe that's true, yes.
2  Q. Okay. You're aware that the EMT's had to
3  initiate CPR for two minutes and she had no pulse?
4  A. Is this on the page here?
5  Q. I don't know if it is or isn't.
6  A. It's not on my page.
7  Q. I don't know if it is or isn't. I wanted
8  to give you some medical record to look at. Because
9  --
10  A. Well, I'm not looking at what you're
11  talking about is the problem.
12  Q. Okay. Well, let's just -- then just listen
13  to my questions. And if you need to look at
14  something, then we'll -- then you need to look at
15  something.
16  A. But you're quoting something from a
17  document that I can't look at, so that's the
18  problem.
19  Q. Well, were you aware -- forget the medical
20  record. Were you aware or were you not aware that
21  Susan Bulger went into a coma secondary to
22  respiratory arrest?
23  MR. ROSENKRANZ: Objection.
24  A. I was aware that she went into a coma.
25  Q. Okay.

Page 992

1  A. But I don't see where it says that.
2  Q. Okay. But you're aware that she did go into
3  a coma?
4  A. That's what I -- that's what Ron said.
5  But I have not seen the record, it's one of the
6  reasons I wanted to get the record so we could see
7  what the record said.
8  Q. Aware that she didn't awake from the coma
9  for three days?
10  A. Again, I'm not aware of that. If you've
11  got something you're quoting from, I'd love to see
12  it.
13  Q. Well, let's look at the -- let's look at
14  the record that you've got in front of you.
15  A. Okay. Let's do that.
16  Q. Okay. Twenty-eight year old --
17  MS. SEATON: This isn't it. We're going
18  to have to go back off the record. I
19  apologize.
20  THE VIDEOGRAPHER: The time is 1:38 p.m.
21  (A DISCUSSION WAS HELD OFF THE RECORD.)
22  THE VIDEOGRAPHER: The time is 1:39 p.m.
23  We're back on the record.
24  Q. I apologize, Dr. Maris, Susan Bulger's
25  medical records are so voluminous and so full of

Page 993

1  mental health issues, sometimes I get confused. I
2  think I found the right record. And I'm going to
3  hand you what we're going to mark as Defense Exhibit
4  No. 60.
5  (Exhibit 60: AtlantiCare Medical Center
6  Report of Consultation dated 5/17/93 marked
7  for identification, as of this date.)
8  MR. ROSENKRANZ: This better be the right
9  one. I'm tired of getting up.
10  Q. All right. See up in the corner it says
11  date of consultation May 17th, 1993, right?
12  A. Right.
13  Q. Okay. Chief complaint, coma, secondary to
14  respiratory arrest, secondary to drug overdose,
15  right?
16  A. Right.
17  Q. History of present illness, second
18  paragraph, the patient was found yesterday
19  unresponsive by her husband. When the EMT's went to
20  the home, they found her in respiratory arrest and
21  then she quickly went into cardiac arrest. CPR was
22  initiated and a pulse returned within two minutes.
23  Blood pressure was recorded as 110 over 70 with a
24  pulse of 114. Apparently the EKG monitor showed
25  sinus tachycardia. Patient was given the usual

43 (Pages 990 to 993)

1  Narcan and Thiamine and she gradually began awakening
2  in the ambulance. She was semi-responsive.
3       Reading on, she was comatose with dilated
4  pupils and no response to painful stimulant.
5       Under past medical history says the patient
6  has a history of depression and she also has some
7  surgeries for her arthritis. Apparently her
8  physician became aware of the fact that she was
9  abusing the narcotics and was cutting her off from
10 those.
11      Do you see where I'm reading?
12 A.  Sure do.
13 Q.  Okay. And we've got some more information
14 about this attempt. Under social history it says the
15 patient has a history of substance abuse, alcohol and
16 cocaine.
17 A.  So this well could have been an
18 accidental overdose.
19 Q.  Okay. That wasn't my -- that wasn't my --
20 there's no question pending.
21      You see under social history it says, the
22 patient has a history of substance abuse, alcohol and
23 cocaine?
24 A.  Yes.
25 Q.  Okay. If Ron Bulger had not found Susan

1  Bulger and called 911, she would have died, wouldn't
2  she have?
3  A.  It seems quite likely, yes.
4  Q.  And if the resuscitation and the ambulance
5  wouldn't have worked, she would have died; is that
6  correct?
7  A.  Again, very likely.
8  Q.  Okay. If she hadn't come out of the coma
9  she would have died or she would have been left in a
10 vegetative state, right?
11 A.  Yes.
12 Q.  Okay. Do you have any opinion about what
13 the cause of that suicide attempt was?
14 A.  I don't think it was a suicide attempt.
15 I think it was probably an accidental overdose of
16 heroine or some other substance.
17 Q.  Okay. Tell me everything that you base your
18 opinion that this was an accident on?
19 A.  Well, for example, the record which is
20 Exhibit 60 nowhere says this was a suicide attempt,
21 nowhere. It says it was a drug overdose. It goes
22 on to say that she has a history of abusing
23 narcotics, then it says under social history she
24 has a history of substance abuse, alcohol and
25 cocaine. It seems to me that this has never been

1  identified as a suicide attempt. It's only
2  mentioned as possibly as an accidental overdose.
3  Q.  Well, I mean, in fairness, at the time that
4  this record was written, they weren't able to speak
5  to Susan Bulger, right? I mean, under family
6  history, unobtainable at this time. I assume, and
7  don't you, that that means that she -- they weren't
8  able to talk to her?
9  A.  Sure. But there's plenty of other
10 history on this page, none of it says suicide
11 attempt.
12 Q.  Okay.
13 A.  It says that she had an overdose.
14 Q.  And I think that you've told me before that
15 Ron certainly considered this a suicide attempt?
16 A.  I think he thinks it was. But I think
17 here's a woman who has a history of serious opioid
18 abuse and drug abuse, these kind of people often
19 have accidental overdoses. And I think that's more
20 likely than a suicide attempt, at least as likely.
21 Q.  Are you aware that Susan Bulger cut her
22 wrists again in 1998 and was again admitted to
23 AtlantiCare emergency department?
24 A.  Right.
25 Q.  Did you review the Gallant testimony about

1  having to drive Susan Bulger to the hospital after
2  this attempt?
3  A.  No.
4  Q.  Can you tell --
5  A.  Are you talking about her neighbors?
6  Q.  Uh-huh.
7  A.  Yeah, I did see that.
8  Q.  Do you have an opinion about what caused
9  that suicide attempt?
10 A.  I don't remember what caused that suicide
11 attempt.
12 Q.  You would agree, though, that in 1998 it
13 would have had nothing to do with Neurontin, right?
14 A.  Again, I've said none of these have had
15 anything to do with Neurontin, all of them before
16 she took them.
17 Q.  Okay. I want to go back to this 1993
18 overdose attempt, and I want to ask you, assume with
19 me that this was a suicide attempt. Just assume with
20 me.
21 A.  Okay.
22 Q.  And assume she was successful, which you
23 agreed that she was darned near successful, she very
24 easily could have died, right?
25 A.  Right.

44 (Pages 994 to 997)

Page 1006

1  physician to see her, he says that -- I don't know
2  why it's in this place, but it says Crognale thinks
3  that chronic pain did not cause her suicide. So he
4  thinks that his opinion right close to her death is
5  that chronic pain was not worse.
6      Q.  Do you know -- well, strike that.
7          I'm going to hand you what we're going to
8  mark as Defense Exhibit No. 63.
9          (Exhibit 63: A document entitled Patient
10     Messages Susan E. Bulger marked for
11     identification, as of this date.)
12     Q.  Have you seen that record and/or did you
13  consider the fact that she called her doctor on
14  August 2nd, two days before her suicide, and
15  requested an increase in her Methadone because she
16  was having a bad flare up of her arthritis?
17     A.  What do you make of that? She's selling
18  her medicine. Ron's selling her medicine. She
19  needs the medicine to sell. I mean, it could mean
20  anything.
21     Q.  Can you explain why she would have filled a
22  prescription for prescription strength ibuprofen on
23  the day of her suicide?
24     A.  I don't understand why she would have
25  done that. I mean, I'm just saying the record is

Page 1007

1  unclear because she often gets this Methadone and
2  OxyContin to sell.
3      Q.  Okay. Well, but is one reasonable
4  conclusion that she's two days prior to her suicide
5  she's having -- that we believe her, she's having a
6  flare up of her arthritis and so her pain is
7  increasing?
8      A.  It's possible she's having a flare up of
9  her arthritis, yes.
10     Q.  Okay. And is there -- can you think of any
11  other reason why she would have filled a prescription
12  for prescription strength ibuprofen on the day of her
13  suicide?
14     A.  I don't know why she did that.
15     Q.  Okay. Could having no pain medicine
16  available increase the possibility of suicide or be a
17  risk factor?
18     A.  It could. But I thought you just said
19  she got pain medicine?
20     Q.  What steps did you take in this case to
21  rule out chronic pain as a cause of Mrs. Bulger's
22  death?
23     A.  Well, I mean, her own family doctor said
24  it was not a cause. So I read the records.
25     Q.  Is --

Page 1008

1      A.  Let me just finish my answer.
2      Q.  Sure. I thought you were done, sir.
3      A.  Also, most people who have chronic pain
4  do not kill themselves.
5      Q.  Well, most people who take Neurontin don't
6  kill themselves either --
7          MR. ROSENKRANZ: Objection, please.
8      A.  You're testifying for me.
9          You kind of interrupted my train of
10  thought there.
11     Q.  I'm sorry.
12     A.  She had been in chronic pain off and on
13  for most of her adult life. So a flare up was
14  nothing new for her. This was something that was
15  consistent with her life history. She's always had
16  the -- in fact, the very first illness I saw in her
17  record was we were talking about rheumatoid
18  arthritis. And she's lived with this pain for most
19  of her life.
20         Did it -- did it flare up and sometimes
21  diminish? Yeah. Did it sometimes respond to
22  treatment and be a little less? Yes. If she
23  didn't take her medicine could it be a little more?
24  Sure. But it's basically a constant thing. It's
25  not near the end of her life she got in pain which

Page 1009

1  was totally new and unusual for her and she just
2  couldn't take it. I think that's a stretch. She's
3  had pain like this before.
4      Q.  You done?
5      A.  I am done.
6      Q.  Okay. Agree with me that the likelihood of
7  a suicide attempt appears to increase with an
8  increasing number of co-morbid diagnoses?
9      A.  Yes, it does.
10     Q.  Aware that Susan Bulger was diagnosed at
11  some point with borderline personality disorder,
12  bipolar disorder, post traumatic stress disorder,
13  anxiety and major depression?
14         I didn't ask you if you thought she had
15  those things. Do you agree she was diagnosed?
16     A.  She was diagnosed and some of that was
17  later questioned.
18     Q.  Okay. Would you agree with me that people
19  who have borderline personality disorder are at a
20  higher risk of suicide?
21     A.  They are. It's part of the definition of
22  the diagnosis.
23     Q.  Agree or disagree that the percentage of
24  people with borderline personality disorder have
25  attempted suicide is 40 to 90 percent?

Page 1066

1  would a substance abuse problem also increase the
2  risk for suicide?
3      A.  The simple answer is yes.  But if you
4  look at the like Medline, there's ten times more
5  articles on alcohol than there is on the next
6  substance, which happens to be cocaine.  So that
7  alcohol is far and away the most significant
8  substance that's abused in suicide.
9      Q.  I'm quoting to the APA guidelines right
10 now.  Would you agree or disagree in patients with a
11 mood disorder, the risk of suicide is particularly
12 increased in the presence of co-morbid alcohol or
13 substance abuse?
14     A.  I agree with that.
15     Q.  Would you agree with me that there's
16 significant drug abuse in this case, including poly
17 -- pharmacy abuse, illegal drugs and alcoholism?
18     A.  I am not clear what her alcohol
19 consumption was the last several months of her
20 life.  I don't -- so I know there's been mention of
21 it.  But I don't see any striking, you know,
22 prominent mention of it.  Especially near the end
23 of her life.
24     Q.  You acknowledge in your report that Susan
25 Bulger abused cocaine, crack and heroine though?

Page 1067

1      A.  Right.
2      Q.  And you would also agree with me that she
3  was abusing -- based on the medical records she was
4  abusing Oxycodone, Methadone and Klonopin?
5      A.  Right.  And there's different periods of
6  that kind of abuse.  There was a lot going on in
7  the 1998, '97.  And so the type of drugs she was
8  abusing and the amount of abuse seemed to vary over
9  her life span.  A lot of it was not proximate to
10 her death.
11     Q.  Would you acknowledge that her substance
12 abuse problems had nothing to do with Neurontin, was
13 not made worse by Neurontin?
14     A.  I mean, it's something I really haven't
15 thought carefully about.  And Neurontin -- are you
16 asking me about interaction effects between
17 Neurontin and these other substances?
18     Q.  No.
19     A.  What are you asking me?
20     Q.  Well, what I'm trying to establish is I'm
21 trying to understand whether or not you're going to
22 say that Neurontin made her substance abuse problems
23 worse the way it made -- the way that you claim that
24 it made her depression worse?
25     A.  I don't think so.

Page 1068

1      Q.  Okay.  Are you aware that two days prior to
2  Susan Bulger's suicide she called Dr. Goldman wanting
3  an increase in her Methadone?
4      A.  Yes.
5      Q.  I did some calculating, during the six
6  weeks prior to her suicide, are you aware that Susan
7  Bulger had received prescriptions for a total of 870
8  10 milligrams pills of Methadone?
9      A.  Not until you just told me.
10     Q.  That would equate with 19 pills per day?
11     A.  Right.  Well, there was a question about
12 her the pills or Ron selling her pills.
13     Q.  Did you consider her substance abuse as a
14 cause of her suicide?
15         MR. ROSENKRANZ:  Objection to the term
16     cause.  I don't think he's used the term cause
17     for even Neurontin.
18     A.  Right.  I used substantial factor and is
19 my language.
20     Q.  Okay.  Do you --
21     A.  Because I think there are many
22 substantial factors.
23     Q.  Is alcohol -- or I'm sorry, is substance
24 abuse one of them?
25     A.  It could be.  But it -- you know, it

Page 1069

1  varies over time.  I think that certainly in the
2  1997, '98 there was a lot of -- she seemed to be
3  really out of control, '99.  But I don't see -- I
4  don't see a lot of substance abuse in the last
5  months and years of her life.
6      Q.  Well, again, I calculated that she received
7  prescriptions for a total of basically 19 Methadone
8  pills per day in the six weeks prior to her suicide.
9  You wouldn't consider that a Methadone problem?
10     A.  Well, Ron was probably selling these.  In
11 fact, after she died, he had to lose his house
12 because he didn't have pills to sell, there was a
13 lot of evidence about doctor shopping by the family
14 and friends.  There's no -- that doesn't mean she
15 was taking 19.  In fact, point of fact, just the
16 opposite that as far as her Neurontin was
17 concerned, there was a lot left over.
18     Q.  We have no idea what Susan Bulger was
19 taking or not taking, fair?
20     A.  We have some idea.  You're overstating
21 it.
22     Q.  Okay.
23     A.  We know what she was prescribed.
24     Q.  Okay.  But we don't know what she was
25 taking, right, because this couple had a history of

62 (Pages 1066 to 1069)

1          UNITED STATES DISTRICT COURT

2             DISTRICT OF MASSACHUSETTS

3

4

5

6   IN RE:   NEURONTIN MARKETING,

7   SALES PRACTICES AND PRODUCTS

8   LIABILITY LITIGATION

9

10

11                   VOLUME V

12

13

14       CONTINUED VIDEOTAPED DEPOSITION OF

15            RONALD WILLIAM MARIS, Ph.D.

16              (Taken by Defendant)

17             Columbia, South Carolina

18            Wednesday, October 22, 2008

19

20

21

22

23

24

25

Page 1106

```
1         APPEARANCES:
2    FOR THE PLAINTIFFS:
3         RON ROSENKRANZ, Esquire
4         Finkelstein & Partners
5         1279 Route 300
6         Newburgh, NY  12551
7         (845)563-9442
8         rrosenkranz@lawampm.com
9    FOR THE DEFENDANT PFIZER:
10        ANGELA M. SEATON
11        IAN LOSASSO
12        LORI SCHULTZ (via telephone)
13        Shook Hardy & Bacon, LLP
14        2555 Grand Boulevard
15        Kansas City, MI  64108
16        (816)474-6550
17        aseaton@shb.com
18        lschulta@shb.com
19        ilosasso@shb.com
20   ALSO PRESENT:
21        JAMES DOWNIE, CLVS, VIDEOGRAPHER
22
23
24
25
```

Page 1107

```
1
2         EXHIBIT INDEX
3
    EXHIBIT 89 - BULGER NOTES          1111
4
    EXHIBIT 90 - SMITH NOTES           1111
5
    EXHIBIT 91 - HANDWRITTEN           1126
6     AFFIDAVIT, 00376-118PFC-00012
    EXHIBIT 92 - COMMONWEALTH OF       1129
7     MASSACHUSETTS, TRIAL COURT/PROBATE
      AND FAMILY COURT DEPARTMENT
8     MOTION PAPER, 00376-118PFC-00029

    EXHIBIT 93 - HANDWRITTEN           1131
9     AFFIDAVIT, 000376-118PFC-00010
10  EXHIBIT 94 - TWO-PAGE REPORT OF    1136
      TPR MC GRAVINI, 000376-47ECD-00002
11    AND 000376-47ECD-00003
12  EXHIBIT 95 - MEDICAL RECORD OF DR. 1191
      GOLDMAN, 000376-25AMD-00020
13
    EXHIBIT 96 - COMMONWEALTH OF       1202
14    MASSACHUSETTS DEPARTMENT OF SOCIAL
      SERVICES, ASSESSMENT WORKSHEET
15    00376-57MDS-00056 and
      000376-57MDS-00057
16
    EXHIBIT 97 - ENCOUNTER NOTE BY DR. 1214
17    GOLDMAN, 000376-25AMD-0020
18  EXHIBIT 98 - MEDICAL RECORD OF DR. 1217
      O'FLYNN, 000376-25AMD-00015
19
    EXHIBIT 99 - ENCOUNTER NOTE BY DR. 1219
20    GOLDMAN, 000376-25AMD-0018
21  EXHIBIT 100 - ENCOUNTER NOTE BY    1221
      DR. GOLDMAN, 000376-25-AMD-00018
22
    EXHIBIT 101 - ENCOUNTER NOTE OF    1223
23    DR. GOLDMAN, 00376-25AMD-00017
24
25  (Exhibit index continued:)
```

Page 1108

```
1    EXHIBIT 102 - COMMONWEALTH OF     1268
     MASSACHUSETTS DEPARTMENT OF SOCIAL
2    SERVICES ASSESSMENT WORKSHEET
     000376-57MDS-00056 AND
3    000376-57-MDS-00057
4    EXHIBIT 103 - CAB HEALTH &        1269
     RECOVERY SERVICES, INC., PROGRESS
5    NOTES, INDIVIDUAL SESSION
     000376-70MDG-00267
6
7
8         WITNESS INDEX:
9    RONALD MARIS, Ph.D.
10        Examination by Ms. Seaton       1270
11
12
13
14
15
16
17
18
19
20
21.
22
23
24
25
```

Page 1109

```
1              VIDEOGRAPHER:  My name is James
2    Downie of Veritex Litigation Services;
3         Today's date is October 22nd, 2008;
4    the time is approximately 9:07 AM.
5         This deposition is being held at the
6    Marriott Hotel, located at 1200 Hampton Street
7    in Columbia, South Carolina.  The caption of
8    this case is Ronald Bulger, et al. -versus-
9    Pfizer, Inc.
10        The name of the witness is Dr. Ronald
11   Maris, Volume II.  We are now on the record.
12             RONALD MARIS, Ph.D.,
13   having been previously sworn, on his oath,
14   testified as follows:
15             CONTINUED EXAMINATION
16   BY MS. SEATON:
17        Q.   Good morning, Dr. Maris.
18        A.   Good morning.
19        Q.   We are here today for the final day
20   of your deposition.
21        And you understand that you remain
22   under oath.
23        A.   I do.
24        Q.   I see that you brought some materials
25   with you this morning; and, namely, I have got,
```



Page 1210

1 COURT REPORTER: Okay. I'm going to
2 read the question back --
3 THE WITNESS: You didn't have to
4 coach me, I said the same thing -- before he
5 said anything.
6 COURT REPORTER: Okay. You want the
7 question back?
8 MS. SEATON: Please.
9 COURT REPORTER: Here is my question:
10 Ron Bulger did not tell the police
11 that Susan Bulger was thinking about ending her
12 life, did he?
13 MR. ROSENKRANZ: Objection to form;
14 he never testified to that either.
15 Q. Now you may answer.
16 A. Right. I mean, the statement that he
17 gave to the trooper, which was the night she
18 died, says -- in addition to what I said: For
19 about six months, she has been really depressed.
20 MS. SEATON: I object, and I move to
21 strike as non-responsive.
22 Q. You are not answering my question.
23 And my question is not difficult:
24 Did Ron Bulger tell the police
25 that -- Ron Bulger did not tell the police she

Page 1211

1 was talking about ending her life, did he?
2 MR. ROSENKRANZ: Object to form.
3 You are basing that on being
4 inconsistent with his testimony.
5 That was the basis of your question.
6 He never testified that she was
7 thinking of ending her life.
8 MS. SEATON: Gentlemen, this is not a
9 difficult question.
10 Q. Ron Bulger did not tell the police
11 that Susan Bulger was thinking about ending her
12 life, did he?
13 MR. ROSENKRANZ: The basis of that
14 question is that that is inconsistent with his
15 testimony.
16 And his testimony in his deposition
17 is --
18 MS. SEATON: And now you're
19 testifying.
20 MR. ROSENKRANZ: -- is that she was
21 hopeless, not that she was thinking of ending
22 her life.
23 MS. SEATON: Counsel --
24 MR. ROSENKRANZ: So there's no
25 inconsistency.

Page 1212

1 MS. SEATON: Inappropriate.
2 MR. ROSENKRANZ: Objection to form.
3 MS. SEATON: Inappropriate. You're
4 testifying. I have not asked a difficult
5 question here.
6 Q. True or false -- that Ron Bulger did
7 not tell the police that Susan Bulger was
8 thinking about ending her life, did he?
9 A. He did not say that. He said that
10 she tried suicide, so he mentioned suicide at
11 least three times here in the context of what is
12 happening.
13 MS. SEATON: I object, and I move to
14 strike everything except for "no."
15 Q. In fact, Ron Bulger did tell the
16 police that:
17 Last time, it was the same. She
18 never said a word. She took a bottle of pills,
19 correct?
20 A. Yeah.
21 That's the last thing he says to the
22 trooper.
23 MR. ROSENKRANZ: Object to form.
24 MS. SEATON: Okay.
25 Q. Did you consider the fact that Ron

Page 1213

1 Bulger's deposition testimony is also completely
2 contrary to Susan Bulger's reports to her
3 treating physicians during that period of time?
4 MR. ROSENKRANZ: Objection to form.
5 MS. SEATON: Okay.
6 A. Yeah.
7 MR. ROSENKRANZ: To what are you
8 specifying?
9 Q. The question is simple: Did you
10 consider the fact that Ron Bulger's testimony is
11 inconsistent with what Susan Bulger was telling
12 her doctors about her mental state?
13 MR. ROSENKRANZ: Objection to form.
14 To what are you specifically
15 referring -- again, I ask.
16 A. I think she did tell him that -- I
17 think that he put her on Effexor because she
18 told him that.
19 Q. You know what? Let's go back, and
20 let's actually look at the medical records and
21 see what Susan Bulger was telling her doctors
22 immediately prior to her death.
23 (EXHIBIT 97 MARKED.)
24 Q. I'm handing you what I'm going to
25 mark as Exhibit No. 97.

28 (Pages 1210 to 1213)

Page 1298

1    A.    No.
2    Q.    Were you aware that as a Catholic,
3  abortion is a mortal sin?
4    A.    Well, so is suicide, and people still
5  do it.
6          It deters, but it's not a 100 percent
7  deterrent.
8    Q.    If Susan Bulger had not been an
9  abuser of illegal and legal drugs, would she
10 still have committed suicide?
11         MR. ROSENKRANZ:  Objection.
12   A.    It's hard to say.
13         All we know is what generic risk
14 factors are related in large populations.
15         When we get down to a particular
16 individual with particular histories, it's kind
17 of hard to say, short of them actually killing
18 themselves.
19         So we have some evidence that other
20 people in her situation did, in fact, commit
21 suicide, and now we have evidence that she did.
22         So probably those are risk factors,
23 and -- for her as well.
24   Q.    If Susan Bulger had not had a history
25 of previous suicide attempts, would she still

Page 1299

1  have committed suicide?
2    A.    She could have; most males only make
3  one attempt.
4    Q.    If Susan Bulger had not suffered from
5  depression, would she still have committed
6  suicide?
7    A.    Well, I know that about 50 percent of
8  my Chicago survey -- 47 percent of suicides were
9  depressed.
10         So there are some that weren't that
11 did commit suicide.
12         So it's not -- again, it's a strong
13 risk factor, but my theory of suicide is that it
14 takes many factors happening synergistically.
15   Q.    If Susan Bulger had not been --
16 excuse me -- if Susan Bulger had not had a
17 mental disorder, such as bipolar or borderline
18 disorder -- borderline personality disorder --
19 would she still have committed suicide?
20   A.    She could have.  But those disorders
21 raise the possibility of suicide.
22   Q.    If Susan Bulger had not suffered from
23 anxiety, would she still have committed suicide?
24   A.    Again, it's a common precursor and
25 risk factor.

Page 1300

1          But there are some people who are not
2  anxious and kill themselves.
3    Q.    If Susan Bulger had not suffered
4  abuse as a child, would she still have committed
5  suicide?
6    A.    Again, I think that's a remote
7  non-proximate factor.
8          And many people have abuse, very few
9  people kill themselves.
10         So even though it's less of a risk
11 factor for suicide, it's still a factor.
12         And people who have normal childhoods
13 and normal parenting can commit suicide.
14   Q.    If Susan Bulger had not experienced
15 the chronic pain of rheumatoid arthritis, would
16 she still have committed suicide?
17   A.    Certainly could have, yes.
18   Q.    If Susan Bulger's husband had not
19 been a drug addict, would she still have
20 committed suicide?
21   A.    Sure.  She could have had some
22 overall independent factors.
23   Q.    If Susan Bulger had had a happier
24 marriage, would she still have committed
25 suicide?

Page 1301

1    A.    She could have.
2          I mean, people that have happy
3  marriages, and they still commit suicide -- like
4  the Smiths.
5    Q.    If Susan Bulger had a job that was
6  fulfilling to her, would she still have
7  committed suicide?
8    A.    I'm sorry.  A job what?
9    Q.    In Susan Bulger had had a job that
10 was fulfilling to her, would she still have
11 committed suicide?
12   A.    I think her job was a fairly minor
13 part of hers self-destruction.
14         But we know that people who are
15 unemployed are more likely, but it's not a very
16 strong risk factor.
17   Q.    We have gone through these risk
18 factors, and for pretty much all of them, you
19 told me that with or without the potential of
20 the particular risk factor, she still might have
21 killed herself, right?
22   A.    Right.  But you haven't asked me
23 about the interaction of these.
24   Q.    If Susan Bulger had not taken
25 Neurontin, would she still have committed

Page 1302

1  suicide?
2      A.   I think it made a difference, and so
3  I described it as an unnecessary, but not
4  sufficient, proximate factor; so I think it was
5  necessary.
6      Q.   That wasn't my question.  My question
7  was: If Susan Bulger had not taken Neurontin,
8  would she still have committed suicide?
9      A.   Well, if you know what "necessary"
10  means, you would know that it was required.
11      Q.   So none of the other risk factors --
12  with regard to all the other risk factors,
13  you're testifying that she may or may not have
14  killed herself, with or without the presence of
15  that risk factor.
16         Is Neurontin the only risk factor
17  that you are saying she had to have?
18         MR. ROSENKRANZ:  In the fashion in
19  which you asked it -- just so that I'm clear.
20      A.   Right.  I mean, I think I said
21  earlier that if she had killed herself before
22  she was taking Neurontin; obviously, she could
23  have killed herself without Neurontin.
24         But in terms of her history, that was
25  there.

Page 1303

1         And I think it was a "difference
2  maker" is a term that I use.
3      Q.   Dr. Maris, we have been at this now
4  for five days.
5         And I appreciate your time and your
6  patience.
7         And I am done with this deposition.
8         I think this concludes the
9  deposition.
10         THE WITNESS:  Thank you.
11         VIDEOGRAPHER:  This concludes the
12  deposition of Dr. Ron Maris, volume two.
13         The time is 2:37 PM.
14         We are now off the record.
15
16
17
18
19
20
21
22
23
24
25

Page 1304

1                  ERRATA SHEET
2         Deposition of RONALD MARIS, Ph.D.
3
4   Page/Line     Description    Reason for Change
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 1305

1         CERTIFICATE OF DEPONENT
2
3         I, RONALD MARIS, Ph.D., hereby
4  certify that I have read the foregoing pages of
5  my deposition of testimony taken in these
6  proceedings on October 22, 2008, and with the
7  exception of the changes listed on the next page
8  and/or corrections, if any, find them to be a
9  true and accurate transcription thereof.
10
11
12
13
14
15
16
17
18
19
20
21  Signed:_____
22  Name:_____
23  Date:_____
24
25

51 (Pages 1302 to 1305)