# EXHIBIT 4

**OUTLINE**

I. Background
II. Efficacy of gabapentin for the treatment of persistent pain
III. Susan Bulger's treatment with gabapentin
IV. My clinical experience and personal perspective a physician trained in pain medicine
V. Conclusions
VI. Appendix
   1. Materials reviewed
   2. G. Brenner curriculum vitae
   3. G. Brenner prior testimony
   4. G. Brenner fee schedule

I. **Background**

My name is Gary J. Brenner; I have been asked to prepare a report focusing primarily on two issues. The first relates to the efficacy and clinical utility of gabapentin for the treatment of persistent, pathological pain. The second is whether it was reasonable from a medical perspective to treat Susan Bulger with gabapentin. In addition, I have been asked to render opinions on a variety of other issues included in the report below. I will start by providing an overview of my professional background and experience as this has a direct bearing on my ability to provide opinions on the noted topics.

**Training**: In 1995 I was awarded both a medical (M.D.) and a doctoral (Ph.D.) degree from the University of Rochester School of Medicine and Dentistry. My doctoral work focused on mechanisms through which chronic stress can alter function of the immune system. I sought and obtained funding from both the Howard Hughes Medical Institute (Medical Student Research Award) and the National Institutes of Health (Individual M.D./Ph.D. National Service Research Award) to support this training in medicine and science. My Ph.D. work resulted in several publications in peer-review journals.

After graduate training, I entered residency. My intent was to obtain the training necessary to pursue a career in academic medicine focused on the understanding and treatment of pain. I completed a one-year internship in Internal Medicine in Rochester, NY followed by a residency in Anesthesiology at the Massachusetts General Hospital, Boston, MA. Finally I completed a fellowship in Pain Medicine, also at Massachusetts General Hospital. Following training I obtained board certification both in Anesthesiology and in Pain Medicine, and continue to be boarded in both medical specialties.

**Experience since joining the staff of Massachusetts General Hospital**: Immediately following completion of Pain Medicine training in 2000, I joined the staff of the Department of Anesthesia and Critical Care, Massachusetts General Hospital (MGH). I am presently an Assistant Professor of Anesthesia (Harvard Medical School) and my

1

major activities involve patient care, medical education, and basic science research; the focus in each area is the understanding and treatment of pain.

Since joining the staff at MGH I have been treating patients with a variety of pain problems grossly grouped into chronic pain, cancer pain, and acute pain. I see patients both in the MGH Center for Pain Medicine outpatient clinic and as hospitalized inpatients at MGH. A variety of approaches are used to care for these pain patients including pharmacological management, interventional treatments, psychological counseling, occupational/physical therapy, etc.

Faculty positions at academic hospitals by their nature involve teaching. My major teaching involves medical residents (predominantly from the MGH department of anesthesiology and critical care) and fellows (predominantly those enrolled in the MGH Pain Medicine fellowship which I administer as Director). I also teach medical students from a variety of medical schools and lecture at Harvard Medical School. Since 2002 I have been the Director of the MGH Pain Medicine Fellowship. This is an ACGME-accredited program that trains 6 fellows per year. I also lecture both nationally and internationally on topics related to pain. Finally, I prepare questions for the national board examination in Pain Medicine.

I have conducted basic science research focused on the mechanisms of pain since my residency at MGH. This research has been funded by two awards from the National Institutes of Health, has been conducted in the laboratory of a truly world-renown pain researcher (Clifford Woolf, M.D., Ph.D.), and has resulted in a variety of publications including peer-review articles in medical journals and chapters in medical texts.

The above activities have provided me with the experience necessary to develop broad expertise in the understanding and treatment of pain. My opinions presented in this report will be based on the following:

1. Review of the medical literature.
2. Consensus guidelines.
3. Opinions of other experts, including my immediate colleagues.
4. My own experience - clinical, scientific, and educational. The latter includes lectures I have given, my own continuing medical education, and the colleagues with whom I've interacted through my academic work.
5. An understanding of Susan Bulger's overall medical history through review of
    a. her medical records
    b. testimony of her treating physicians.

## II. Efficacy of gabapentin for the treatment of persistent pain

There is a large body of medical evidence, derived from both animal and human studies, supporting the efficacy of gabapentin in the control of pain. The majority of the animal studies have investigated the underlying mechanism(s) of gabapentin's analgesic efficacy

2

while the human studies have generally addressed the question of efficacy. The majority of human studies have focused on either neuropathic pain or peri-operative pain.

**Types of pain**: Some basic understanding of the types of pain is essential to approaching the question of efficacy of any analgesic. Current thinking categorizes pain into three major types [1,2]. They are:

1. Nociceptive pain
2. Inflammatory pain
3. Neuropathic pain.

Nociceptive pain is the pain associated with a noxious stimulus; once the stimulus is resolved, the pain also dissipates. Examples of this type of pain are that associated stubbing one's toe or getting too close to a source of high heat (such as lit stovetop burner). Pain associated with dental procedures is commonly used as a model for testing the efficacy of drugs in controlling nociceptive pain.

Both inflammatory and neuropathic pain involves changes in the nervous system leading to **pain hypersensitivity** and **spontaneous pain**. Pain hypersensitivity comes in two forms. The first is **allodynia** which is pain to stimuli - such as the light rubbing of a bed sheet - that would not normally cause pain. The second is **hyperalgesia** which is an augmented response to stimuli that are normally painful. An example of this would be the pain associated with splashing hot water on an area of sun-burned skin. The water which would be painful on normal skin becomes much more painful on the burned skin. These are both forms of **evoked pain**. That is, pain caused by stimuli. With both inflammatory and neuropathic pain, clinically one also often finds **spontaneous pain**. This is pain that occurs in the absence of any stimulation. For example, an individual with sciatica will often experience shooting pain even while at rest, sitting quietly.

**Inflammatory pain**, as the name suggests, is associated with inflammation. This may be the result of an injury, since all healing necessarily activates inflammatory cascades, or due to a disease with an inflammatory component such as arthritis. **Neuropathic pain** is caused by damage to the nervous system. Some examples of neuropathic pain used for the study of medications in controlling this type of pain include post-herpetic neuralgia (PHN), painful diabetic peripheral neuralgia, and sciatica. One distinction between inflammatory pain and neuropathic pain is that with the former the augmentation of pain (hypersensitivity and spontaneous pain) will resolve, if the inflammation resolves. With neuropathic pain the alteration in the nervous system and the associated augmented pain is, more often than not, permanent.

For a more complete discussion of types of pain and the mechanisms underlying each of these pain-types, please refer to the references cited at the beginning of this section

**Mechanism of action of gabapentin**: Gabapentin was designed as a gamma-aminobutyric acid (GABA) analogue, however, it was subsequently found not likely to act through this mechanism [3]. Although there remains some controversy, pre-clinical

studies indicate that gabapentin exerts its analgesic activity via binding to the alpha-2-delta subunit of voltage gated calcium channels [4,5].

**Efficacy of gabapentin in the control of neuropathic pain**: There are a large number of studies addressing and supporting the utility of gabapentin in the control of a variety of types of neuropathic pain. In 2002, gabapentin was approved by the FDA for the treatment of pain due to post-herpetic neuralgia. As noted earlier, post-herpetic neuralgia is frequently used to typify neuropathic pain. The studies of gabapentin have also addressed neuropathic pain of many causes other than post-herpetic neuralgia; in 2000 gabapentin gained a license in the United Kingdom for the treatment of neuropathic pain [6].

Due to the large number of studies of gabapentin and neuropathic pain, it would be extremely cumbersome to address the primary medical literature in its entirety. A common practice among clinicians is to rely on individuals or groups of individuals to analyze the literature as a whole, performing what is known as a meta-analysis. One of the most respected groups performing this type of analysis is the Cochrane Collaboration. In 2005 The Cochrane Collaboration published a report titled: "Gabapentin for acute and chronic pain (Review)" [7]. The overall conclusion was that "there is evidence to show that gabapentin is effective in neuropathic pain." This is significant as the report relies wholly on randomized clinical trials - universally considered the most reliable source of medical evidence.

In addition to the Cochrane review cited above, other meta-analyses have indicated efficacy of gabapentin for the control of neuropathic pain [8]; these meta-analysis are reflections of the collected data from the medical literature. Another important source of information to guide clinicians are consensus statements from respected medical organization or groups of individuals. Two such statements on the treatment of neuropathic pain, one from a group of physicians predominantly from the United States [9] and one from the Canada Pain Society [10] have suggested that gabapentin be utilized as a "first line" agent for the treatment of neuropathic pain. These consensus recommendations come from review of the medical literature by individuals with expertise in pain treatment, many of whom are also considered thought-leaders in the field of pain medicine, and reflect the expertise and clinical experience of the group.

One question relates to the strength of this effect. Stated differently, how well does gabapentin work for the control of neuropathic pain? One important metric of efficacy frequently utilized is "number needed to treat (NNT)." This refers to the number of individuals who would have to be treated with a given drug to achieve some particular desired effect. In the case of gabapentin and neuropathic pain, one might ask how may patients would need to be treated with gabapentin to find one individual who experiences a 50% reduction in their pain? In the meta-analysis published by the Cochrane Collaboration the NNT for gabapentin and neuropathic pain was in the range of 3 to 4 [7]; this represents good efficacy relative to other treatment options for neuropathic pain. Of note, the same meta-analysis found that in studies of gabapentin and neuropathic pain, there was no difference between those receiving gabapentin and those receiving placebo

4

in the proportion of individuals who left the study due to adverse effects. This is a strong indication that gabapentin is generally well tolerated in this population of patients.

**Efficacy of gabapentin in the control of peri-operative pain:** This is another area of investigation in which a substantial number of studies have been published. Peri-operative pain represents a combination of nociceptive and inflammatory pain given the fact that there is both tissue injury (the operation) and a subsequent response to the injury (healing), which includes inflammation. Thus, these studies access the ability of gabapentin to help control pain due to multiple underlying mechanisms. Meta-analysis [11,12] and reviews [13,14] of the medical literature have found evidence for the efficacy of gabapentin in decreasing post-operative pain. Studies of the efficacy of gabapentin for the control of peri-operative pain do not allow good separation of which type(s) of pain, nociceptive and/or inflammatory, gabapentin is affecting.

**In summary,** there is substantial evidence supporting the efficacy of gabapentin for the treatment of both neuropathic pain and peri-operative pain. This is not to suggest that all studies have shown efficacy. There are a variety of reasons why a particular study might fail to elucidate efficacy of a drug – this is precisely why meta-analysis of the relevant evidence is essential.

### III. My clinical experience and personal perspective as a physician trained in pain medicine

**My use of gabapentin in the treatment of pain:** As a clinician with specific expertise in the treatment of pain (i.e., board certification in Pain Medicine), I am very cognizant of the limitations in the tools available for the treatment of my patients with pain. This limitation in our "tool-box" is due in part to an incomplete understanding of the physiology and pathophysiology of pain. Virtually all of the medications used to treat pain are either analgesics passed down from antiquity (e.g., opioids and their derivatives) or drugs that were developed for some other therapeutic purpose and then serendipitously found to help with pain. The anticonvulsants, a class of drugs commonly used to treat chronic pain, is an important example of the latter group. Carbamazepine (Tegretol) was discovered to be an effective treatment for trigeminal neuralgia - a form of neuropathic pain [15]. Gabapentin, one of the newer and safer anticonvulsants, has also been found to have efficacy in the treatment of pain.

I regularly utilize gabapentin in the treatment of patients with neuropathic pain, and with other more ambiguous forms of chronic pain. In this regard, I use gabapentin both for its FDA-indicated use (pain associated with post-herpetic neuralgia) and off-label (i.e., for neuropathic and chronic pain of a variety of other etiologies). Further, to the best of my knowledge, all of my colleagues similarly use gabapentin to treat patients with pain, both on- and off-label.

**Gabapentin safety, tolerability and adverse-effects:** I have treated a substantial number of chronic pain patients with gabapentin. Although I have had patients

5

discontinue use of the medication due to side-effects – typically sedation – in the majority of treated individuals the medication is well-tolerated. Of note, there are a subset of patients treated with gabapentin in my practice who continue to take gabapentin *despite the side-effects that they experience*. To be explicit, these patients who do not withdraw from gabapentin therapy are under the impression, as am I in such situations, that any detrimental effects are outweighed by benefit.

I believe gabapentin to be a safe medication for the treatment of pain; its safety is even more apparent when viewed in light of some of the major alternatives for the treatment of pain. Gabapentin's safety is related to a variety of factors including but not necessarily limited to:

1. There is minimal metabolism of gabapentin, thus changes in liver function will not have a significant effect of the elimination of the drug from the body (one exception is the rare situation in which end-stage liver disease impairs renal function).
2. There are relatively few drug-drug interactions between gabapentin and other medications. This is in part due to the minimal hepatic metabolism of the medication by P450 enzyme systems.
3. In the absence of severely impaired kidney function, it is exceptionally unlikely (i.e., there are no reported cases to the best of my knowledge) that one could experience a fatal "overdose" of gabapentin, whether intentional or unintentional.
4. There is very limited abuse potential for gabapentin and virtually no risk of addiction (gabapentin is not classified as a controlled substance under the Controlled Substances Act). This is in marked contrast to opioid analgesics.
5. The majority of side-effects of gabapentin are relatively mild. The more serious side-effects (such as Stevens-Johnson syndrome) are very uncommon. This is in contrast to some of the alternative medications used for the treatment of chronic pain for which potential serious complications are substantially more common.
6. The safety profile of gabapentin is substantially better than that of many of the alternatives used in the treatment of chronic pain, including some of the other anticonvulsants, tricyclic antidepressants, and opioids - particularly methadone.

**Gabapentin and the question of increased suicidality:** To the best of my knowledge, in no patient that I have treated with gabapentin has there been evidence to suggest that the therapy was associated with initiation of or increase in suicidal thinking. Further, to the best of my knowledge, none of my patients have attempted or completed suicide while taking gabapentin. In my review of the materials related to this litigation, I have seen no meaningful evidence suggesting that 1. gabapentin is a risk-factor for suicidality or 2. gabapentin was a substantial contributing factor to Susan Bulger's apparent suicide.

**Off-label use of medications for the treatment of pain:** The lawful ability of physicians to use medications off label is critical for the optimal care of patients. This is

particularly true in the realm of pain management due to the fact that the therapeutic tools are relatively limited and some of the most important pharmacologic options have significant limitations (e.g., tricyclic antidepressants and opioids). When presented with a patient suffering with pain, acute and/or chronic, it is not acceptable to tell them that because there are no perfect options (e.g., drugs or devises with FDA-labeling for the patient's condition) for the treatment of their pain, no treatment will be undertaken. In many patients with pain the underlying etiology and mechanism(s) of the pain is obscure. In such situations it would be similarly cruel and absurd to tell a patient that we (the patient's treating physician) will not even attempt to treat their pain since it may be difficult to predict which therapeutic strategy will provide good relief.

There are pain management guidelines that require a trial of gabapentin prior to allowing reimbursement for another more expensive agent, for example pregabalin. Of interest, this may include an indication that is off-label for gabapentin but labeled for the alternative agent.

**FDA-approved labeling of gabapentin**: It is my opinion that the labeling of gabapentin is adequate to apprise physicians of the risks of the medication.

### IV.     Susan Bulger's treatment with gabapentin

**Background**: Susan Bulger seemed to have lived a very unfortunate existence in terms of her complex social and medical history with multiple, substantial social and health problems. At one time or another, Susan Bulger was diagnosed with, described as having, and/or complained of the following medical problems:

1. Rheumatoid arthritis causing multifocal joint pain with frequent 'flares' of pain, requiring multiple operations
2. Cervical subluxation with associated neck pain
3. Low back pain (intermittent)
4. Psychogenic pain
5. Depression with suicidal ideation and multiple suicide attempts
6. Bipolar disorder II
7. Borderline personality disorder
8. Anxiety disorder with panic attacks and periods of agoraphobia
9. Post-traumatic stress disorder (possibly secondary to maternal abuse)
10. Hepatitis C
11. Gastro-esophageal reflux disease (GERD)
12. Tobacco use
13. Chronic opioid use
14. Long-standing poly-substance abuse, including
    a. Cocaine
    b. Heroine – snorted and intravenous (see Crognale deposition exhibit 2, pages 12 &33)
    c. Prescription medication - e.g., methadone purchased 'on the street'

7

    d. Possibly benzodiazepines (see Crognale deposition exhibit 4, page 37)

I found that it was reasonable both to initiate and continue treatment of Susan Bulger with gabapentin; the basis for this is presented below.

1. Susan Bulger's chronic pain was **poorly responsive to prescribed treatment** as evidenced by her continued pain despite pain management with high-dose opioid therapy. There is good reason to believe that she was non-compliant with these treatments, making evaluation of those therapies very difficult. On 7/12/04 Susan Bulger was prescribed methadone 140 mg per day and OxyContin 120 mg per day (40 mg three times per day). Although the conversion to an equivalent dose of morphine is not an 'exact science,' this daily dose of methadone and OxyContin would be equivalent to several hundred milligrams of morphine.

2. Relative **lack of alternatives** for Susan Bulger's pain treatment

    a. Susan Bulger had **substantial problems related to her use of opioids**, thus, this class of medications was not ideal for her. In fact, it would have been entirely reasonable for a physician to discontinue prescribing opioids for Susan Bulger given the problems below.
        i. Long history of poly-substance abuse including abuse of opioids
        ii. Misuse of her prescribed opioids
            1. Strong evidence for diversion, i.e., selling of her medications by her husband
            2. Overuse of her prescriptions on several occasions, and regularly requested early refills and/or increased dosing
            3. Overlapping prescriptions - i.e., obtained opioids from one physician while she should have had medication remaining from a prior prescription from another physician (see Jacobs deposition, page. 93)

    b. **Contra-indication of tricyclic anti-depressants (TCA's)**, an important class of adjuvant medications for the treatment of chronic pain, due to Susan Bulger's treatment of depression with a selective serotonin re-uptake inhibitor (SSRI), i.e. Prozac and later Effexor. I.e., there is an interaction between the two classes of drugs that contra-indicates their concurrent use). In addition even if Susan Bulger were not on a medication for which concomitant use of a TCA was contra-indicated, a TCA would have to be prescribed with great caution if at all for Susan Bulger given her history of suicidality.

    c. There were **limited or no interventional pain management options** available to Susan Bulger, in part due to the multifocal nature of her pain complaint. This is to say that there was no reasonable possibility that

8

Susan Bulger's pain problems would be meaningfully relieved by the combination of operations and other interventional approaches such as injections.

3. Reasons to predict that gabapentin might have efficacy in terms of control of Susan Bulger's pain. That is to ask – were there reasonable bases for initiating a trial of gabapentin with some expectation that it might have been helpful in Susan Bulger's pain management?

> There is a belief among scientists and pain physicians that persistent pain, such as the chronic arthritis from which Susan Bulger suffered, will over time lead to the generation of 'central sensitization' - a form of neuropathic pain. There is significant evidence for the efficacy of gabapentin in the control of neuropathic pain as discussed previously.

4. Apparent efficacy and acceptable side effects of gabapentin for Susan Bulger

   a. **Efficacy**

   There is evidence in Susan Bulger's medical record for the efficacy of gabapentin. She stated that it improved her mood stability and her sleep (see Crognale 8/11/03 office visit). She wanted to continue gabapentin as evidenced by that fact that after being off gabapentin, on 12/24/03 she requests of Dr. Goldman's office a 'prior approval' so that her insurance will cover the cost of the medication (see Goldman deposition exhibit 1, page 12).

   The efficacy of gabapentin for Susan Bulger is stated explicitly in association with a May 19, 2003 office visit in which her treating physician, Dino Crognale, wrote:

   > "Will fill out prior authorization for Neurontin 300 mg 3 tab po bid, which is helping her significantly regarding both her affective disorder and her pain syndrome." (see Crognale exhibit 1, page BULG 00040)

   b. **Acceptable side effects:**

   While at two times Susan Bulger did report side-effects of gabapentin (in October 2000 she reported it made her feel "out of it" in January of 2000, and in December 2000 she reported that it had early made her feel "more moody"), during the grand majority of the time she was taking the medication there was no reported significant adverse effects. No side effects whatsoever were reported from December 2002 through August 4, 2004, and at no time during her use of gabapentin is there reported

suicidality in the medical record. Further, there were no reported side effects of gabapentin during the time she was prescribed 2700 mg of gabapentin, 1800 mg. of gabapentin or following an increase of dose on 4/21/04 from 900 mg at bedtime by adding an additional 300 mg in the morning (see Goldman deposition exhibit 1, pages 19 and 20). There are several cases in which Susan Bulger reported side-effects of a medication and/or stopped taking a medication (not referring to gabapentin) when she found the side effects unacceptable, suggesting that she would have done the same with gabapentin, if there were significant side effects.

The decision regarding starting or continuing a medication for pain treatment (or any medical therapy for that matter) is based on a variety of factors. These include, but are not necessarily limited to:

1. The nature of a patient's pain complaint, including their pain-treatment history
2. The patient's medical co-morbidities
3. The patient's current medications
4. The likelihood that a patient will use a medication as prescribed (i.e., compliance), particularly for medications that have significant risks associated with use other than as prescribed or have a significant potential for diversion and abuse
5. Other patient factors such as social history including any history of addiction, financial status, work-related issues, etc.

All of the above factors are considered in light of the balance between the likely effectiveness and the potential adverse effects of a medication. It should also be mentioned that it is impossible to predict which single medication, or combination of medications, will have efficacy for an individual patient. This is particularly true of chronic pain management – an area of medicine in which the options are relatively limited. Thus, it is often necessary to 'trial' multiple medications before an efficacious regimen of medications with an acceptable risk-benefit profile is found. The fact that more than one medication is regularly required to optimally treat a patient's pain, adds to the complexity of treating this patient population.

This was especially true of Susan Bulger for the reasons detailed above. To summarize, she had significant chronic pain due to multiple etiologies (rheumatoid arthritis, mechanical spine pain - both potentially exacerbated by opioid-induced hyperalgesia [16]) complicated by significant psychological co-morbidities (depression, anxiety, suicidality, substance abuse, unstable social situation, etc.). She continued to have significant pain despite being prescribed very high doses of opioids, and she had major issues with the use of controlled substances (diversion, overuse, concurrent use with heroine and with cocaine, etc). Additionally, the use of a tricyclic antidepressant for the control of her pain, an important pain-management option, was contra-indicated by concurrent use of an SSRI and relatively contra-indicated by her history of suicidality.

Susan Bulger, who had few meaningful pain-management strategies available to her, was prescribed gabapentin. The medical records indicate that both she and her physicians found gabapentin to be helpful with control of pain and mood swings, with minimal side-effects. Thus, at Susan Bulger's request her physicians continued to prescribe gabapentin up until the time of her unfortunate demise.

## V.     Conclusions

Gabapentin has established efficacy for use in patients with a variety of pain complaints as discussed above. In my clinical experience gabapentin is generally well-tolerated, and this is supported by the medical literature. The utility of gabapentin for the treatment of pain must be viewed in light of the relatively limited alternatives. As discussed above, tricyclic antidepressants are poorly-tolerated by or contra-indicated for many patients, and there are substantial medical issues related to the long-term use of opioids [16-18]. As documented in the medical record gabapentin was efficacious in Susan Bulger's medical treatment, and any side-effects were outweighed by the benefits of its use.

I reserve the right to amend and/or supplement these opinions on the basis of additional, new or changed information, including that related to expert opinions.

Gary J. Brenner, M.D., Ph.D.              Date: 11/10/2008

## REFERENCES (sections I-VI)

[1]     Brenner GJ, Woolf CJ. Mechanisms of Chronic Pain. In: Longnecker DE, Brown DL, Newman MF, Zapol WZ, editors. Anesthesiology. New York: McGraw Hill, 2008. pp. 2000-19.
[2]     Scholz J, Woolf CJ. Can we conquer pain? Nat Neurosci 2002;5 Suppl:1062-7.
[3]     Maneuf YP, Luo ZD, Lee K. alpha2delta and the mechanism of action of gabapentin in the treatment of pain. Semin Cell Dev Biol 2006;17 (5):565-70.
[4]     Cheng JK, Chiou LC. Mechanisms of the antinociceptive action of gabapentin. J Pharmacol Sci 2006;100 (5):471-86.
[5]     Davies A, Hendrich J, Van Minh AT, Wratten J, Douglas L, Dolphin AC. Functional biology of the alpha(2)delta subunits of voltage-gated calcium channels. Trends Pharmacol Sci 2007;28 (5):220-8.
[6]     Bennett MI, Simpson KH. Gabapentin in the treatment of neuropathic pain. Palliat Med 2004;18 (1):5-11.

[7]   Wiffen PJ, McQuay HJ, Edwards JE, Moore RA. Gabapentin for acute and chronic pain. Cochrane Database Syst Rev 2005 (3):CD005452.

[8]   Mellegers MA, Furlan AD, Mailis A. Gabapentin for neuropathic pain: systematic review of controlled and uncontrolled literature. Clin J Pain 2001;17 (4):284-95.

[9]   Dworkin RH, O'Connor AB, Backonja M, Farrar JT, Finnerup NB, Jensen TS, Kalso EA, Loeser JD, Miaskowski C, Nurmikko TJ, Portenoy RK, Rice AS, Stacey BR, Treede RD, Turk DC, Wallace MS. Pharmacologic management of neuropathic pain: evidence-based recommendations. Pain 2007;132 (3):237-51.

[10]  Moulin DE, Clark AJ, Gilron I, Ware MA, Watson CP, Sessle BJ, Coderre T, Morley-Forster PK, Stinson J, Boulanger A, Peng P, Finley GA, Taenzer P, Squire P, Dion D, Cholkan A, Gilani A, Gordon A, Henry J, Jovey R, Lynch M, Mailis-Gagnon A, Panju A, Rollman GB, Velly A. Pharmacological management of chronic neuropathic pain - consensus statement and guidelines from the Canadian Pain Society. Pain Res Manag 2007;12 (1):13-21.

[11]  McQuay HJ, Poon KH, Derry S, Moore RA. Acute pain: combination treatments and how we measure their efficacy. Br J Anaesth 2008;101 (1):69-76.

[12]  Tiippana EM, Hamunen K, Kontinen VK, Kalso E. Do surgical patients benefit from perioperative gabapentin/pregabalin? A systematic review of efficacy and safety. Anesth Analg 2007;104 (6):1545-56, table of contents.

[13]  Gilron I. Gabapentin and pregabalin for chronic neuropathic and early postsurgical pain: current evidence and future directions. Curr Opin Anaesthesiol 2007;20 (5):456-72.

[14]  Hurley RW, Cohen SP, Williams KA, Rowlingson AJ, Wu CL. The analgesic effects of perioperative gabapentin on postoperative pain: a meta-analysis. Reg Anesth Pain Med 2006;31 (3):237-47.

[15]  Gronseth G, Cruccu G, Alksne J, Argoff C, Brainin M, Burchiel K, Nurmikko T, Zakrzewska JM. Practice parameter: the diagnostic evaluation and treatment of trigeminal neuralgia (an evidence-based review): report of the Quality Standards Subcommittee of the American Academy of Neurology and the European Federation of Neurological Societies. Neurology 2008;71 (15):1183-90.

[16]  Chu LF, Angst MS, Clark D. Opioid-induced hyperalgesia in humans: molecular mechanisms and clinical considerations. Clin J Pain 2008;24 (6):479-96.

[17]  Ballantyne JC, Mao J. Opioid therapy for chronic pain. N Engl J Med 2003;349 (20):1943-53.

[18]  Turk DC, Swanson KS, Gatchel RJ. Predicting opioid misuse by chronic pain patients: a systematic review and literature synthesis. Clin J Pain 2008;24 (6):497-508.