# EXHIBIT 6

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3                   MDL Docket No. 1629
 4                   Master File No. 04-10981
 5       ***********************************
 6   IN RE:  NEURONTIN MARKETING, SALES
 7           PRACTICES AND PRODUCTS
 8           LIABILITY LITIGATION
 9       ***********************************
10   THIS DOCUMENT RELATES TO:
11   RONALD J. BULGER, SR., as Administrator
12   of the Estate of Susan Bulger, Deceased
13       ***********************************
14           CONTAINS CONFIDENTIAL INFORMATION
15               VIDEOTAPED DEPOSITION OF
16                 DINO A. CROGNALE, MD
17
18                       Held At:
                     Hare & Chaffin
19                  160 Federal Street
                Boston, Massachusetts 02110
20
                     March 25th, 2008
21                      10:24 AM
22
     Reported By:  Maureen O'Connor Pollard, RPR, CLR
23
24   Videographer:  Shawn Budd
```

Page 2

1  APPEARANCES:
2  FOR THE PLAINTIFF:
3     BY: ANDREW G. FINKELSTEIN, ESQ.
4        FINKELSTEIN & PARTNERS
5        436 Robinson Avenue
6        Newburgh, New York 12550
7        800-634-1212
8        fink33@mac.com
9
10 FOR THE DEFENDANTS:
11    BY: DAVID B. CHAFFIN, ESQ.
12       HARE & CHAFFIN
13       160 Federal Street
14       Boston, Massachusetts 02110
15       617-330-5000
16       dchaffin@hare-chaffin.com
17
18 FOR THE DEPONENT:
19    BY: JAMES A. BELLO, ESQ.
20       MORRISON MAHONEY LLP
21       250 Summer Street
22       Boston, Massachusetts 02210-1181
23       617-737-8803
24       jbello@morrisonmahoney.com

Page 3

1          INDEX
2  EXAMINATION               PAGE
3  DINO A. CROGNALE, MD
4    BY MR. CHAFFIN          6
5    BY MR. FINKELSTEIN      174
6    BY MR. CHAFFIN          222
7
8          EXHIBITS
9  NO.     DESCRIPTION         PAGE
10 Ex. 1    Document Bates stamped BULG
11        00034 through 00110............  4
12 Ex. 2    Documents Bates stamped
13        000376-28SPR-00003 through
14        00376-28SPR-00123...............  4
15 Ex. 3    Document dated 10/29/07 with
16        attachments....................  4
17 Ex. 4    Document dated 10/29/07 with
18        attachments....................  4
19 Ex. 5    Eight page document titled
20        Patient Chart: Vitals Problems
21        and Medications................  4
22 Ex. 6    Four page printout from US
23        Food and Drug Administration....  208
24 Ex. 7    6/22/06 letter................  222

Page 4

1        P R O C E E D I N G S
2
3        (Whereupon, Crognale Exhibit Numbers 1
4  through 5 were marked for
5  identification.)
6
7        (Attorney Finkelstein present via
8  speakerphone.)
9        THE VIDEOGRAPHER: Okay. We are on
10 the record.
11       This is the video operator speaking,
12 Shawn Budd. Today's date is March 25th, 2008,
13 and the time is 10:24.
14       We are here at the offices of Hare &
15 Chaffin located in Boston, Massachusetts to take
16 the videotaped deposition of Dr. Dino Crognale
17 in the matter of In Re: Neurontin Marketing,
18 Sales Practices and Products Liability
19 Litigation.
20       Would counsel please introduce
21 themselves?
22       MR. CHAFFIN: Thank you.
23       MR. FINKELSTEIN: Andrew Finkelstein,
24 Finkelstein & Partners, on behalf of the

Page 5

1  Bulgers.
2        MR. CHAFFIN: Thank you, Shawn.
3        David Chaffin for the Defendants.
4  Good morning.
5        MR. BELLO: And Jim Bello on behalf of
6  Dr. Crognale.
7        MR. FINKELSTEIN: Doctor, would you be
8  kind enough to state your full name for the
9  record?
10       MR. CHAFFIN: Andrew?
11       MR. FINKELSTEIN: Yes?
12       MR. CHAFFIN: It's my deposition.
13       MR. FINKELSTEIN: Oh, is it? I'm
14 sorry.
15       MR. CHAFFIN: That's okay. Thank you.
16 But that was an excellent question.
17       MR. FINKELSTEIN: I'll even be faster.
18       THE VIDEOGRAPHER: Would Maureen
19 Pollard, the court reporter, please swear in the
20 doctor?
21
22
23
24

Page 6

1  DINO A. CROGNALE, MD,
2  having been satisfactorily identified by photo
3  identification, being first duly sworn, was
4  examined and testified as follows:
5      MR. CHAFFIN: I hope you're smiling,
6  Andrew.
7      MR. FINKELSTEIN: I am.
8      MR. CHAFFIN: That's good. We are as
9  well.
10     DIRECT EXAMINATION
11     BY MR. CHAFFIN:
12  Q. Doctor, good morning.
13  A. Thank you.
14  Q. Doctor, have we ever met before?
15  A. No.
16  Q. No.
17     We spoke on the phone briefly once to
18  try to schedule your deposition, right?
19  A. Yes.
20  Q. You know you're here on a case
21  involving Susan Bulger?
22  A. Correct.
23  Q. Bought by Susan's husband Ron, did you
24  know that?

Page 7

1  A. Yes.
2  Q. Doctor, if this case were to go to
3  trial at the end of this year or next year,
4  would you be available to testify?
5  A. No, I would not.
6  Q. And why is that?
7  A. Because my family and I are moving to
8  Kenya at the end of this year.
9      MR. FINKELSTEIN: To where?
10     THE WITNESS: Kenya.
11     BY MR. CHAFFIN:
12  Q. Why are you moving to Kenya, Doctor?
13  A. Because we'll be working in a mission
14  hospital in Kenya.
15  Q. Have you ever been deposed before,
16  Doctor?
17  A. No, I have not.
18  Q. Well, I'm going to ask you a number of
19  questions, and I think Mr. Finkelstein is going
20  to ask you a number of questions as well.
21  A. Sure.
22  Q. If you don't understand any of them,
23  please feel free to ask me to rephrase it. And
24  I'm frequently, as Maureen will tell you my

Page 8

1  questions are not the clearest, and really don't
2  hesitate. But if you do answer one of my
3  questions, I will understand that you understood
4  the question and take your answer as responsive
5  to that.
6      Is that fair?
7  A. That's fair.
8  Q. Okay.
9      MR. FINKELSTEIN: And, Doctor, just
10  only because of me being on the phone, I just
11  ask at that you keep your voice up.
12     THE WITNESS: Okay. I'll do the best
13  I can.
14     MR. FINKELSTEIN: I can hear you fine
15  just like that. Appreciate it.
16     THE WITNESS: Super.
17     BY MR. CHAFFIN:
18  Q. Any time you want a break or anything
19  like that, please let me know, and we'll take a
20  break.
21  A. Okay.
22  Q. And again, have you ever testified in
23  court before?
24  A. No.

Page 9

1  Q. First time you've ever given any sort
2  of testimony under oath?
3  A. Exactly.
4  Q. Can I ask one thing for Maureen's
5  benefit principally? If you'll just let me
6  finish my questions, please? That's okay. She
7  can't do two people at once.
8      Okay. How did you prepare for your
9  deposition, Doctor?
10  A. I reviewed the record, and I reviewed
11  the PI for Neurontin.
12  Q. What's the PI?
13  A. It's the product insert.
14  Q. The product insert?
15  A. Yeah.
16  Q. When you say "the record," do you mean
17  the record from -- is it Danvers Family
18  Practice, is that --
19  A. Danvers Family Doctors, correct.
20  Q. Danvers Family Doctors.
21     And roughly how many pages of records
22  did you review from Danvers Family Doctors?
23  A. I don't really know. It was an inch
24  thick.

Page 62

1  Q. And who was the doctor who left?
2  A. Dr. Mengel.
3  Q. Dr. Mengel.
4     You picked up from Dr. Mengel?
5  A. Not directly, but he left the
6  practice, and so the rest of us picked up
7  varying patients.
8  Q. Do you remember what you initially
9  were treating Mrs. Bulger for?
10 A. Without the record in front of me, I
11 can't say specifically.
12 Q. Do you know what prior treatment,
13 other than Dr. Mengel, Mrs. Bulger had received
14 for the condition she was complaining of?
15 A. Only specialist care.
16 Q. Specialist in what?
17 A. Orthopedics.
18 Q. Fair to say that your memory of
19 Mrs. Bulger is a little bit hazy and you'd have
20 to refer to the records to determine?
21    MR. FINKELSTEIN: Objection.
22 A. That would be best.
23    BY MR. CHAFFIN:
24 Q. That would be fair?

Page 63

1  A. Yes.
2  Q. All right. Why don't we do that.
3     MR. CHAFFIN: I'm going to --
4  Exhibit 1, Andrew, is a copy of the records
5  produced by Dr. Crognale in response, I believe,
6  to your request.
7     MR. FINKELSTEIN: Okay.
8     MR. CHAFFIN: It's pages 1 to 75.
9  There were a couple of other pages produced that
10 are -- I found duplicates of the documents, the
11 pages that are in 1 to 75, and I've just taken
12 those out. That's what Exhibit 1 is, plus your
13 cover letter with the record request. Okay?
14    MR. FINKELSTEIN: Yeah. I just want
15 to mark my objection for any of the records that
16 were taken out. You know, that redaction we
17 should be doing at trial. And without knowing
18 what's been taken out, I just want to mark an
19 objection related to it, but those records may
20 not be complete.
21    MR. CHAFFIN: Okay. Just to save
22 time --
23    MR. FINKELSTEIN: I'm not questioning
24 or challenging in any way. I just want to mark

Page 64

1  my objection because I can't physically see it.
2  That's all. Go ahead.
3     MR. CHAFFIN: Just for the record as
4  you may or may not recall, the record is reverse
5  chronological, it runs 1 to 76, the numbers are
6  in the upper right-hand page, and the four or
7  five pages that were produced otherwise have
8  different page numbering on them, but they're
9  just duplicates of individual entries on these
10 Pages 1 to 76. Just so you know.
11    MR. FINKELSTEIN: Okay.
12    MR. CHAFFIN: Okay. The information
13 on them is in Pages 1 to 76. And since these
14 are reverse chronological, I'm going to start
15 from the back with Dr. Crognale. Okay?
16    MR. FINKELSTEIN: Sure.
17    MR. CHAFFIN: Okay.
18    BY MR. CHAFFIN:
19 Q. Doctor, in response to the record
20 request, you produced, you produced basically
21 all the records at the practice group, right?
22 A. Correct.
23 Q. And these go back to the period of
24 Dr. Mengel's treatment of --

Page 65

1  A. Yes.
2  Q. Did you look at Dr. Mengel's records
3  of his treatment of Mrs. Bulger in preparation
4  for the deposition today, the pages in this 1 to
5  76?
6  A. Yes.
7  Q. You did. Okay.
8     And you notice that Dr. Mengel's
9  entries are --
10    MR. CHAFFIN: Give me one second,
11 Andrew, please. I'm just trying to find the
12 start point --
13    MR. FINKELSTEIN: No problem.
14    MR. CHAFFIN: -- for Dr. Crognale.
15    MR. BELLO: Are you looking for a
16 date?
17    MR. CHAFFIN: I'm looking for a page
18 actually.
19    BY MR. CHAFFIN:
20 Q. Doctor, if you turn to Page 58. Let's
21 look at 57 to 58 in this record.
22    MR. BELLO: I don't have a copy of
23 what he has.
24    MR. CHAFFIN: I'll give you one.

17 (Pages 62 to 65)

Page 66

1  MR. BELLO: Do you have one?
2  MR. CHAFFIN: I do. Sure. Here you
3  go (handing).
4  MR. BELLO: Thanks.
5  BY MR. CHAFFIN:
6  Q. And you know what numbers I'm looking
7  at, the upper right-hand side, Doctor?
8  A. Yes, I do, yes.
9  Q. Okay. If you look at 57 and 58,
10 you'll notice on the bottom of 58 Dr. Mengel is
11 shown as the cosignatory on the prescription?
12 A. I see that.
13 Q. All right. And on 57 you signed a
14 visit note.
15     Would that appear that you began
16 treating --
17 A. It would appear that way, yes.
18 Q. And what would be the date when you
19 began treating her, based on this record?
20 A. Based on this record, it looks like
21 9/8/2000.
22 Q. 9/8/2000?
23 A. Yes.
24 Q. Based on this record, for what were

Page 67

1  you treating her?
2  A. Based on this record, it was
3  rheumatoid arthritis and chronic pain.
4  Q. And what was the source of the chronic
5  pain?
6  A. Her rheumatoid arthritis.
7  Q. For how long did you treat her, if you
8  know?
9  A. From this point to 2003 when she left
10 our practice.
11 Q. Did you treat her for the rheumatoid
12 arthritis and the chronic pain for that entire
13 three-year period?
14 A. Yes.
15 Q. It never resolved?
16 A. No.
17 Q. Any other conditions, if you can
18 recall offhand without looking at the record,
19 for which you treated her?
20 A. Depression.
21 Q. I'm sorry? Depression?
22 A. Depression, anxiety.
23 Q. Anxiety.
24     And can you tell me, what was your

Page 68

1  general practice in how you prepared these visit
2  notes?
3  A. How they were prepared?
4  Q. Yes.
5  A. I'm sorry.
6  Q. How these came to be generated. Did
7  you dictate them? Did you sit at a computer?
8  A. Oh, yes, yes. So during the patient
9  visit I would take notes, and from those notes I
10 would dictate, and then they're transcribed
11 within our office.
12 Q. You had office personnel who would
13 transcribe from the dictation?
14 A. Correct.
15 Q. And would you -- did you have a
16 regular practice with respect to how long after
17 a visit you would dictate the notes?
18 A. As soon as could be. Yeah, not at --
19 it was usually within the day or two.
20 Q. Okay. And what type of information
21 did you take down when you were making notes and
22 then dictating those notes, general practice?
23 A. My general practice is to find out
24 from the patient how they feel that they're

Page 69

1  doing, find out objective measures of how they
2  are doing, find out about any side effects they
3  may be having from treatment, any benefits they
4  are getting from treatment, discuss what the
5  other possibilities are if they're not getting
6  the benefits that they're hoping for.
7  Q. Now, you reviewed these records in
8  preparation for the deposition today, right?
9  A. Yes.
10 Q. This record that we're looking at on
11 Page 56 of Exhibit 1 is from September of 2000?
12 A. Correct.
13 Q. And Mrs. Bulger was on OxyContin at
14 the time?
15 A. Correct.
16 Q. And was this -- can you quantify
17 whether this is a heavy dosage of OxyContin or
18 low dosage?
19     MR. FINKELSTEIN: Objection to form.
20 A. No, I can't, because each individual
21 responds differently.
22     BY MR. CHAFFIN:
23 Q. And for what was she on the OxyContin,
24 what condition?

Page 70

1  A. For the rheumatoid arthritis, pain.
2  Pain related to the rheumatoid arthritis.
3  Q. And what other drugs was she taking at
4  the time? And please tell me how you know that.
5  A. I'll let you know.
6  (Witness reviewing document.)
7  A. If I were to only look at this record,
8  I would say she's intermittently on Prednisone,
9  but other than that no other steady medications
10 without reviewing further in the record.
11 BY MR. CHAFFIN:
12 Q. Okay. So on September 8th of 2000,
13 and I'm looking at Page 56 of Exhibit 1,
14 Mrs. Bulger reported to you that her pain was
15 fairly well controlled on the OxyContin,
16 correct?
17 A. Correct.
18 Q. And she was started on that by
19 Dr. Mengel?
20 A. Correct.
21 Q. Do you know when she started on the
22 OxyContin?
23 A. No, I do not.
24 Q. And the next paragraph down she

Page 71

1  indicated that "over the past ten years she has
2  had at least one surgery per year and is very
3  frustrated about that"?
4  A. Correct.
5  Q. Do you know, were the surgeries
6  related to the rheumatoid arthritis?
7  A. As far as I know, yes.
8  Q. Rheumatoid arthritis can be a very
9  painful condition, can it not?
10 A. Correct.
11 Q. Would you go to Page 55, please? And
12 would you tell me what these entries in the
13 medical record are, please?
14 A. These are medication refills for
15 OxyContin, and it looks like what's supposed to
16 be Xanax.
17 Q. So do these entries on Page 55 of
18 Exhibit 1 indicate that prescriptions for
19 OxyContin were refilled for Mrs. Bulger twice on
20 October 12th of 2000, September 13th of 2000?
21 A. Yes.
22 Q. And in the middle one, does that
23 indicate that she was also -- she also received
24 a prescription for Xanax?

Page 72

1  A. Yes.
2  Q. Did you prescribe the Xanax for her?
3  A. I can't tell. Oh, it appears, yes.
4  Q. And why did you prescribe Xanax for
5  her?
6  A. For anxiety.
7  Q. And that was on -- that prescription
8  was received on September 20th of 2000?
9  A. Correct.
10 Q. All right. Let's move to Pages 53 and
11 54.
12 A. Okay.
13 Q. And are these your notes of a meeting
14 with Mrs. Bulger on October 30th of 2000?
15 A. Yes.
16 Q. She told you, the first line, that she
17 was feeling significantly depressed?
18 A. Correct.
19 Q. I mean in general do you write down
20 the words that the patient uses into your notes
21 and then dictate them?
22 A. Sometimes I do. Sometimes I qualify
23 them.
24 Q. Qualify them. Okay.

Page 73

1  A. So, but if she told me she was
2  significantly depressed, that's what I would
3  write down, yes.
4  Q. And then did she tell you, as it reads
5  here, that "she has a history of PTSD, having
6  had an abusive family relationship growing up
7  with her mom"?
8  A. Yes.
9  Q. And what is PTSD?
10 A. Post-traumatic stress disorder.
11 Q. And she reported -- did she report to
12 you that she'd "had severe depression in the
13 past and currently is feeling similar to when
14 she has had problems with depression"?
15 A. Yes.
16 Q. And she reported "she has been on
17 Zoloft in the past with no help and also Prozac
18 in the past which she felt was helpful"?
19 A. Correct.
20 Q. And did she tell you that she --
21 "currently her symptoms are lack of motivation,
22 depressed happiness with life in general, labile
23 moods with significant irritability, poor
24 sleeping with multiple night wakenings and

Page 98

1  Q. And then you co-sign it?
2  A. Correct.
3  Q. Okay. This indicates "Susan LM --"
4  what is that, left message?
5  A. Left message.
6  Q. "-- on prescription line requesting
7  OxyContin and Klonopin. Both meds due to be
8  refilled on Thursday 4/5/01. Patient states she
9  is all out of Klonopin and is requesting early
10 refill. Speech slurred. I spoke to
11 Dr. Crognale re this and he denied refills on
12 both meds today. I LM --" left message?
13 A. Correct.
14 Q. "-- on patient's answering machine re
15 this."
16 A. Yes.
17 Q. Why did you deny the refills?
18 A. Because they were --
19 Q. If you can recall.
20 A. Because they were early.
21 Q. Were you concerned by the "speech
22 slurred" reference?
23 A. Yes.
24 Q. What did you infer from that, if you

Page 99

1  can recall?
2  A. I inferred that she was using her
3  medication differently than prescribed.
4  Q. Were there other incidents with
5  Mrs. Bulger that you can recall where she was
6  using her medicine differently than had been
7  prescribed?
8  A. Yes.
9  Q. Can you recall the other ones?
10 A. Well, we just read it, that she's
11 using her medication at -- her OxyContin at her
12 discretion. That was in the last note we were
13 just reading.
14 Q. That was contrary to your --
15 A. Correct.
16 Q. -- your instructions?
17 A. Correct.
18 Q. Okay. Let's move to Page 42, please.
19 So she was given a prescription or renewal for
20 Klonopin on April 4th of '01?
21 A. Mm-hmm.
22 Q. And then in the middle of that page,
23 is that an indication that on 4/25/01 that she
24 didn't show up for an appointment?

Page 100

1  A. Correct.
2  Q. Next page, 41, is this the beginning
3  of your notes on your visit with Mrs. Bulger on
4  May 3rd of '01?
5  A. Yes.
6  Q. And you indicate under "S,"
7  subjective, "Susan comes in today in follow up
8  of her depression and anxiety."
9      Is that why she was there?
10 A. Correct.
11 Q. And you write "she states that she
12 feels calmer on the Paxil 20 MG Q HS"?
13 A. Correct.
14 Q. She said that?
15 A. Yes.
16 Q. And you write "she occasionally
17 forgets to take a dose and will take it in the
18 morning instead."
19     She told you that?
20 A. Yes.
21 Q. Was that contrary to your instructions
22 as well?
23 A. It's more complicated than that.
24 Q. Okay. And then she goes on to report

Page 101

1  that the Paxil seems to be making her feel
2  better, right, in substance?
3  A. Yes.
4  Q. And down below she indicates that she
5  was still taking the Klonopin four times a day?
6  A. Correct.
7  Q. And was that consistent with your
8  instructions?
9  A. No.
10 Q. And you go on to write "at this time
11 she continues --" I'm sorry, got that.
12     "She does not feel quite ready to
13 taper off this; however, she does want at some
14 point in the future to do this. We will address
15 this again at our next meeting."
16     "Taper off this," that's the Klonopin,
17 right?
18 A. Correct.
19 Q. All right. Let's go to Page 39 and
20 40, your notes on your meeting with her on
21 June 7, '01, is that correct?
22 A. Correct.
23 Q. And this is -- she's in again for her
24 depression and the plantar wart that she was

26 (Pages 98 to 101)

Page 102

1 complaining about, right?
2   A. Right.
3   Q. You wrote "regarding her depression,
4 she finds herself to be in bed less often and
5 feels that her mood is somewhat more stable.
6 However, she feels like there is still some room
7 to improve and would like to increase her
8 medications."
9       She said these things to you?
10  A. Yes.
11  Q. "She is a bit discouraged at a recent
12 change over at CAB where they have increased her
13 Methadone. She actually states to me that she
14 would like to wean her Methadone and feels that
15 she is not getting this across to her counselor
16 over at CAB."
17      She said those things to you?
18  A. Yes.
19  Q. When you used the word "actually,"
20 were you indicating that you were a little
21 skeptical of what she was telling you?
22      MR. FINKELSTEIN: Objection.
23  A. I can't say that that's more than just
24 clarification. I just don't have enough

Page 103

1 recollection of the incident.
2       BY MR. CHAFFIN:
3   Q. Do you recall her telling you that at
4 CAB they had increased her Methadone?
5   A. Do I recall it? No.
6   Q. No.
7       Okay. Is that likely, that CAB would
8 have increased her Methadone?
9       MR. BELLO: Objection.
10      MR. FINKELSTEIN: Objection.
11      MR. BELLO: You can answer if you
12 know.
13  A. I can't speak to that.
14      BY MR. CHAFFIN:
15  Q. "She continues to have reasonable
16 relief of her chronic pain from rheumatoid
17 arthritis which on OxyContin." I take it that's
18 a typo.
19      She reported that to you?
20  A. Yes.
21  Q. "She has not had any significant
22 flares of her RA recently and no significant
23 joint effusions."
24  A. Correct.

Page 104

1   Q. Right. She said those things to you?
2   A. Yes.
3   Q. All right. Down below under "A,"
4 that's assessment?
5   A. Correct.
6   Q. All right. Number one, "depression,
7 slightly improved on Paxil."
8       That was your assessment at the time?
9   A. Yes.
10  Q. And you indicated below that that her
11 chronic pain was well controlled with the
12 OxyContin and intermittent Motrin, right?
13  A. Correct.
14  Q. Down below under three, "Methadone
15 therapy." You write "this was started initially
16 as a method of pain control; however, she has
17 had problems with addiction to narcotics and
18 continues to be maintained on high dose
19 Methadone at CAB Health & Recovery."
20      Where did you get the information
21 concerning why she was started on Methadone?
22  A. I can't tell you for sure.
23  Q. Do you know whether it was the case
24 that she started on Methadone for pain control?

Page 105

1   A. I do not.
2   Q. Okay. In the middle of Page 39, does
3 that indicate that the Klonopin prescription was
4 refilled, 39 in the middle?
5   A. Yes.
6   Q. And that was on June 27 of '01?
7   A. Correct.
8   Q. All right. Let's go to Page 37,
9 please. And is this the beginning of your notes
10 on your appointment with Mrs. Bulger on July 18,
11 '01?
12  A. Yes.
13  Q. And this was a session for follow-up
14 on her anxiety, depression, panic and chronic
15 pain issues?
16  A. Yes.
17  Q. You write "both she and her husband
18 are here and explain to me several increasing
19 stressors in their lives specifically related to
20 the Methadone clinic that they both attend.
21 Apparently Ron has had some trouble over there
22 in the last couple of weeks, and this had some
23 repercussions which he is vague about on Susan.
24 If nothing else it has caused Susan to become

Page 106

1  more anxious and is now such to the point she is
2  now having daily panic attacks. She is also
3  becoming phobic about going to the clinic
4  because she is wondering what might happen when
5  she goes there. She feels like her counselor
6  and she have an antagonistic relationship. Her
7  counselor puts words in my mouth. She is very
8  scared about getting off Methadone. She is
9  currently on 145 milligrams. She would like to
10 come off it; however, is very concerned about
11 the consequences for her rheumatoid arthritis.
12 I have assured her that the major issue there is
13 that she may experience more discomfort which we
14 could continue to control her with on the
15 OxyContin; however, the Methadone itself is not
16 in any way influencing the inflammatory process
17 of her rheumatoid arthritis. In general, I
18 think that her rheumatoid arthritis has not been
19 too poorly controlled. She does have morning
20 stiffness and intermittent pain with swelling,
21 although I have never really been able to see
22 any of this swelling. She has had multiple
23 surgeries in the past and is planning to see
24 Dr. Thornhill specifically about her elbows

Page 107

1  which of all the things, give her the most
2  trouble. She does have an overweight toddler
3  whom she picks up on occasion, and this
4  exacerbates the pain in her upper extremities."
5        You wrote all that?
6     A. Yes.
7     Q. Was it true that you weren't able to
8  see, to observe any swelling from the arthritis?
9     A. I would say based on the record, yes.
10    Q. And you advised her that coming off
11 the Methadone wouldn't have any effect on the
12 arthritis?
13    A. Correct.
14    Q. And the things that are attributed as
15 statements to her, she made those to you and you
16 recorded them in these notes?
17    A. Correct.
18    Q. In the next paragraph you write "she
19 has not seen a rheumatologist in over four
20 years."
21       She said those things to you?
22    A. Yes.
23    Q. That to you? Yes?
24    A. I may have gotten that from prior

Page 108

1  record. She may have said it, or I may have
2  gotten it from prior record.
3     Q. "And, therefore, has not been really
4  made UTD --" is that up to date?
5     A. Up to date, correct.
6     Q. "-- on the newer disease modifying
7  agents in rheumatoid arthritis."
8     A. Yes.
9     Q. You wrote that.
10       Do you know if she ever saw a
11 rheumatologist while you treated her?
12    A. I don't, I don't know.
13    Q. Then you go on to write "her current
14 medications are Paxil 60 milligrams PO Q day,
15 Klonopin one milligram PO TID with one milligram
16 being used PRN Q day over the last couple of
17 weeks since these increase in stressors"?
18    A. Yes.
19    Q. That was accurate?
20    A. That is accurate.
21    Q. All right. And you indicate down
22 below "O," was that observations, the next
23 paragraph?
24    A. Yes. So that's the objective.

Page 109

1     Q. Objective. I'm sorry. You told me
2  that.
3     A. That's okay.
4     Q. "She is moderately anxious appearing.
5  This escalates during conversation. She is
6  agitated in the chair, rocking side to side.
7  She is non-tremulous. Sclerae --"
8     A. The whites of the eye.
9     Q. -- whites of the eye "are mildly
10 injected."
11       What does that mean?
12    A. It can be caused by any generalized
13 irritation to the eye.
14    Q. So her anxiety increased during the
15 course of your visit with her, is that what that
16 paragraph means?
17    A. That's the picture I think that's
18 painted.
19    Q. Okay. Down below, "A," that's
20 assessment again?
21    A. Correct.
22    Q. You talk first about rheumatoid
23 arthritis, right?
24    A. Yes.