# EXHIBIT 7

```
                                                              1

                              Volume:      I

                              Pages:       1 to 91

                              Exhibits:    None

        UNITED STATES DISTRICT COURT

           DISTRICT OF MASSACHUSETTS

MDL Docket No. 1629

Master File No. 04-10981
                                                    COPY
- - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:   NEURONTIN MARKETING, SALES PRACTICES AND

PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

RONALD J. BULGER, SR., as Administrator of the

Estate of Susan Bulger, Deceased

- - - - - - - - - - - - - - - - - - - - - - - - - x



     VIDEOTAPED DEPOSITION OF LINDA M. LANDRY

              Friday, June 27, 2008

           2:14 p.m. through 3:33 p.m.

                  HARE & CHAFFIN

                160 Federal Street

               Boston, Massachusetts

        Reporter:   Lisa A. Moreira, RDR, CRR
```

```
                                                              2
 1  A P P E A R A N C E S

 2

 3     FINKELSTEIN & PARTNERS

 4     (BY: RONALD ROSENKRANZ, ESQ. - via telephone)

 5     436 Robinson Avenue

 6     Newburgh, New York 12550

 7     800.634.1212

 8     rrosenkranz@lawampm.com

 9     Counsel for the Plaintiff

10

11

12     HARE & CHAFFIN

13     (BY: DAVID B. CHAFFIN, ESQ.)

14     160 Federal Street

15     Boston, Massachusetts 02110

16     617.330.5000

17     dchaffin@hare-chaffin.com

18     Counsel for the Defendants

19

20  ALSO PRESENT:

21     Tom Tracy, Videographer

22

23

24
```

```
                                                                      3
 1                          I N D E X

 2   WITNESS:              DIRECT   CROSS   REDIRECT   RECROSS

 3   LINDA M. LANDRY

 4   (By Mr. Chaffin)        5                 85

 5   (By Mr. Rosenkranz)             68                  89

 6

 7

 8

 9

10                          E X H I B I T S

11

12                              None

13

14

15

16

17

18

19

20

21

22

23

24
```

4

1        P R O C E E D I N G S

2            THE VIDEOGRAPHER:  This is the video

3   operator, Tom Tracy of Veritext.  Today's date is

4   June 27, 2008.  The time is 2:14 p.m., and we are on

5   the second witness for today's deposition in the

6   matter of Neurontin Marketing and Sales Practices

7   vs. Pfizer, Incorporated, in the U.S. District

8   Court, District of Massachusetts.

9            And I'm sorry, but I didn't get your

10  name.

11           THE WITNESS:  Linda Landry.

12           THE VIDEOGRAPHER:  And the witness's

13  name is Linda Landry.

14           Would the counsel please identify

15  yourselves and state whom you represent.

16           MR. CHAFFIN:  Sure, Tom.  Thanks.

17           Hi, David Chaffin.  I represent the

18  defendants.

19           MR. ROSENKRANZ:  Ron Rosenkranz,

20  Finkelstein & Partners, for the plaintiffs, the

21  Bulgers.

22           THE VIDEOGRAPHER:  Thank you.

23           And would the court reporter please

24  swear in the witness.

|  |  |
|---|---|
|  | 1    LINDA M. LANDRY, |
|  | 2  a witness called on behalf of the Defendants, having |
|  | 3  been satisfactorily identified by the production of |
|  | 4  her state identification and duly sworn by the |
|  | 5  Notary Public, was deposed and testified as follows: |
|  | 6    DIRECT EXAMINATION |
| 14:08:39 | 7    BY MR. CHAFFIN: |
| 14:08:59 | 8    Q.  Good afternoon, Ms. Landry.  Thank you for |
| 14:15:25 | 9  coming in. |
|  | 10   A.  Hi. |
| 14:15:26 | 11   Q.  Is it Ms. or Mrs. Landry? |
| 14:15:28 | 12   A.  Ms., happily divorced. |
| 14:15:29 | 13   Q.  Ms., okay.  Good.  All right. |
| 14:15:31 | 14      Would you state your full name, please. |
| 14:15:32 | 15   A.  Linda Margaret Landry. |
| 14:15:34 | 16   Q.  And what town do you live in? |
| 14:15:36 | 17   A.  ███████. |
| 14:15:37 | 18   Q.  Ms. Landry, you knew Susan Bulger? |
| 14:15:40 | 19   A.  Yes. |
| 14:15:41 | 20   Q.  You had some relationship with her? |
| 14:15:42 | 21   A.  She's my sister. |
| 14:15:43 | 22   Q.  Your sister? |
| 14:15:44 | 23   A.  Yes. |
| 14:15:44 | 24   Q.  I want to ask you some questions about Susan |

```
14:31:56   1        A.   Yes.  I know they did.
14:31:57   2        Q.   I'm sorry, did you say you know what they
14:32:00   3   did?
14:32:00   4        A.   Yes, I do.
14:32:00   5        Q.   What is it that they did?
14:32:02   6        A.   They sold their prescriptions in order to
14:32:05   7   keep up -- to pay their mortgage and stuff like
14:32:07   8   that, or to buy their drugs.
14:32:09   9        Q.   And how do you know that?
14:32:10  10        A.   Because she would tell me, or she'd ask me
14:32:14  11   if I knew anybody that would want to buy them.
14:32:16  12        Q.   Did she say that to you in the year leading
14:32:19  13   up to her death?
14:32:19  14        A.   Yes.  That's why she had to go to the
14:32:22  15   methadone clinic.  They wouldn't give them to her
14:32:25  16   anymore.  She had to go daily because they'd found
14:32:28  17   out that she was doing that, and they'd found out
14:32:32  18   that she had forged scripts for different amounts on
14:32:34  19   them than what was written.
14:32:35  20        Q.   She told you that?
14:32:35  21        A.   Yes.
14:32:36  22        Q.   Okay.  Other than her telling you that
14:32:37  23   that's what they were doing, do you have any
14:32:39  24   knowledge about she and Mr. Bulger selling their
```

27

| | | |
|---|---|---|
| 14:33:36 | 1 | Dave DeThomas would be one of their buyers.  He |
| 14:33:38 | 2 | lived in Peabody where they did. |
| 14:33:41 | 3 |     Q.   I'm sorry, what was his name? |
| 14:33:42 | 4 |     A.   Dave DéThomas. |
| 14:33:43 | 5 |     Q.   Dave DeThomas.  He used to -- and when did |
| 14:33:44 | 6 | he used to buy from them and what? |
| 14:33:45 | 7 |     A.   He used to come by the house when I lived |
| 14:33:47 | 8 | there and stuff like that, or I'd see him and he'd |
| 14:33:50 | 9 | say he was going by there.  But he was one of their |
| 14:33:53 | 10 | customers. |
| 14:33:53 | 11 |     Q.   He come by to buy what? |
| 14:33:56 | 12 |     A.   The OxyContin. |
| 14:33:57 | 13 |     Q.   Okay.  And for -- and was this activity |
| 14:33:59 | 14 | ongoing in the months lead -- in the year before her |
| 14:34:02 | 15 | death? |
| 14:34:02 | 16 |     A.   Yes. |
| 14:34:03 | 17 |     Q.   How do you know that? |
| 14:34:03 | 18 |     A.   Because she had told me, and she would get |
| 14:34:07 | 19 | her pills and everything else like that.  When they |
| 14:34:10 | 20 | didn't have enough money for the mortgage, or if she |
| 14:34:13 | 21 | needed to get some sold quick, she'd call me to see |
| 14:34:16 | 22 | if I would know anybody that would buy them. |
| 14:34:18 | 23 |     Q.   Okay.  Was there -- do you recall a time |
| 14:34:22 | 24 | that you saw Susan in Lynn in the year before her |

28

```
14:34:27   1   death where she was on an errand?
14:34:29   2       A.  Yes.  She was on Laighton Street going to
14:34:32   3   buy drugs.
14:34:32   4       Q.  Going to buy drugs?
14:34:33   5       A.  Yes.
14:34:34   6       Q.  And how do you know she was going to buy
14:34:36   7   drugs?
14:34:36   8       A.  Because I knew by the girl that she was
14:34:39   9   with.  I knew exactly what she was doing.  She
14:34:41  10   couldn't hide it from me.
14:34:42  11           MR. ROSENKRANZ:  Objection.
14:34:42  12       Q.  What do you mean by that, the girl she was
14:34:48  13   with?
14:34:48  14       A.  Because I know she was a drug-user, and I
14:34:50  15   confronted her.  Because that's when we were talking
14:34:52  16   about her getting straight and everything else like
          17   that.
14:34:56  18           And she said --
14:34:56  19           MR. ROSENKRANZ:  Objection.
14:34:58  20       Q.  You confronted whom?
14:34:59  21       A.  My sister.
14:35:00  22       Q.  You had a discussion with her at that time?
14:35:02  23       A.  Yes.
          24       Q.  And this is --
```

| | | |
|---|---|---|
| 14:35:03 | 1 | A.   She was with -- ▓▓▓▓▓ she was with. |
| 14:35:06 | 2 | Q.   And this is the year before she died? |
| 14:35:08 | 3 | A.   Yes. |
| 14:35:08 | 4 | Q.   And what did you say to her, and what did |
| 14:35:11 | 5 | she say to you? |
| 14:35:12 | 6 | A.   I said, "Susan, what are you doing?  You |
| 14:35:14 | 7 | just got your life straightened out.  You got -- you |
| 14:35:17 | 8 | had your baby girl.  You have your son.  You got |
| 14:35:20 | 9 | everything going for you.  I told you we were going |
| 14:35:21 | 10 | to help, and you stayed clean for all this time." |
| 14:35:25 | 11 | And she actually said that they weren't |
| 14:35:26 | 12 | for me, that they were for Ronny, but I -- whether |
| 14:35:29 | 13 | or not to believe that, I couldn't say. |
| 14:35:30 | 14 | Q.   And what drugs was she looking to buy? |
| 14:35:32 | 15 | A.   Cocaine. |
| 14:35:35 | 16 | Q.   And did she refer to it as cocaine? |
| 14:35:37 | 17 | A.   Yup.  Yes. |
| 14:35:41 | 18 | Q.   Okay.  Did you ever observe Mr. Bulger using |
| 14:35:47 | 19 | illegal drugs? |
| 14:35:48 | 20 | A.   Well, when I lived there they did it in |
| 14:35:51 | 21 | their room, because I had my kids there. |
| 14:35:53 | 22 | Q.   And what were they doing? |
| 14:35:54 | 23 | A.   Speedballing. |
| 14:35:55 | 24 | Q.   What's a speedball? |

| | | |
|---|---|---|
| 15:21:11 | 1 | MR. CHAFFIN: Let him just finish his |
| 15:21:13 | 2 | question. |
| 15:21:13 | 3 | Q. There's no way on God's earth that you would |
| 15:21:16 | 4 | believe that she would have done that in her own |
| 15:21:18 | 5 | mind, killed herself that way, hanging herself? |
| 15:21:21 | 6 | A. That is correct. Never would she have hung |
| 15:21:23 | 7 | herself. |
| | 8 | Q. Okay. |
| 15:21:24 | 9 | A. Look at her history. Look at her history. |
| 15:21:25 | 10 | Q. I didn't mean to insult you, ma'am. I'm |
| 15:21:27 | 11 | just trying to -- I really didn't. |
| 15:21:29 | 12 | A. She was leaving him. |
| 15:21:30 | 13 | Q. I'm just trying to make a determination as |
| 15:21:32 | 14 | to what was going on in her mind when this happened |
| 15:21:34 | 15 | and how it happened and what caused it. That's all. |
| | 16 | A. Okay. |
| 15:21:37 | 17 | Q. I wasn't trying to raise your ire or insult |
| 15:21:42 | 18 | you in any way. And if I did, I apologize. |
| 15:21:45 | 19 | A. Listen, she was leaving him. |
| | 20 | MR. CHAFFIN: Time out. One at a -- |
| | 21 | one -- |
| 15:21:47 | 22 | A. That's why it happened. She would never |
| 15:21:48 | 23 | hang herself. She was getting up to leave him, and |
| 15:21:51 | 24 | he knew she meant it this time because I was |

76

| | | |
|---|---|---|
| 15:21:54 | 1 | standing behind her.  He heard us on the phone. |
| 15:21:56 | 2 | She would never hang herself, not in the |
| 15:21:58 | 3 | house with her child or anything else. |
| 15:21:59 | 4 | Q.  Ma'am, understand, I'm not disagreeing with |
| 15:22:01 | 5 | you, and I'm -- believe me, I'm not arguing with |
| 15:22:03 | 6 | you.  Her plan was to leave him; is that correct? |
| 15:22:07 | 7 | A.  Yes.  Yes. |
| 15:22:08 | 8 | Q.  Not to kill herself? |
| 15:22:09 | 9 | A.  No, to leave him. |
| 15:22:10 | 10 | Q.  Okay.  She confided in you, correct? |
| 15:22:12 | 11 | A.  That is correct. |
| 15:22:13 | 12 | Q.  And her confiding in you was that her -- she |
| 15:22:17 | 13 | had a plan to leave him as opposed to killing |
| 15:22:21 | 14 | herself; is that correct? |
| 15:22:23 | 15 | A.  Exactly.  She was happy with her child. |
| 15:22:26 | 16 | Q.  Okay. |
| 15:22:26 | 17 | A.  Finally, for once in her life, she was |
| 15:22:28 | 18 | happy. And after my mother died, we got a lot |
| 15:22:31 | 19 | closer, and we planned everything out. |
| 15:22:33 | 20 | Q.  Okay.  And the plan was to take the children |
| 15:22:36 | 21 | with her? |
| 15:22:37 | 22 | A.  Yes, and the perfect excuse was to babysit |
| 15:22:40 | 23 | over my house when I was in the hospital. |
| 15:22:41 | 24 | Q.  Right.  There's no way that she would have |

86

| Time | Line | |
|---|---|---|
| 15:30:27 | 1 | A. And we -- and me and him looked at each other, and we knew that she wasn't. |
| 15:30:34 | 3 | Q. Did she say anything else? |
| 15:30:36 | 4 | A. No. "Thank you for signing the paper." |
| 15:30:39 | 5 | Q. Okay. Just so I have the chronology straight, you were in the hospital in March of '04, and so from April -- in April, May, June, July, first few days of August, you didn't see her? |
| 15:30:56 | 9 | A. Nope. I called and called and called. |
| | 10 | Q. And -- |
| 15:30:59 | 11 | A. Never home. Never -- and that's not like my sister. |
| 15:31:02 | 13 | Q. And you testified before that she was happy when you had the last contact with her? |
| 15:31:08 | 15 | A. Yes, I was. We had it all planned out. All planned out. It was all planned right down to a T. |
| 15:31:13 | 17 | Q. That she wanted to leave Mr. Bulger? |
| 15:31:15 | 18 | A. Yes. And I said, "Susan, there's somebody on the other line." I know -- we both thought it. We ended the conversation, and that was the last conversation I had with her. |
| 15:31:24 | 22 | Q. She apparently, then, wasn't happy living with him? |
| 15:31:27 | 24 | A. No. |

86

15:30:27  1    A.   And we -- and me and him looked at each
15:30:29  2    other, and we knew that she wasn't.
15:30:34  3         Q.   Did she say anything else?
15:30:36  4         A.   No.  "Thank you for signing the paper."
15:30:39  5         Q.   Okay.  Just so I have the chronology
15:30:45  6    straight, you were in the hospital in March of '04,
15:30:49  7    and so from April -- in April, May, June, July,
15:30:54  8    first few days of August, you didn't see her?
15:30:56  9         A.   Nope.  I called and called and called.
          10         Q.   And --
15:30:59 11         A.   Never home.  Never -- and that's not like my
15:31:02 12    sister.
15:31:02 13         Q.   And you testified before that she was happy
15:31:07 14    when you had the last contact with her?
15:31:08 15         A.   Yes, I was.  We had it all planned out.  All
15:31:12 16    planned out.  It was all planned right down to a T.
15:31:13 17         Q.   That she wanted to leave Mr. Bulger?
15:31:15 18         A.   Yes.  And I said, "Susan, there's somebody
15:31:18 19    on the other line."  I know -- we both thought it.
15:31:22 20    We ended the conversation, and that was the last
15:31:23 21    conversation I had with her.
15:31:24 22         Q.   She apparently, then, wasn't happy living
15:31:26 23    with him?
15:31:27 24         A.   No.