# EXHIBIT 8

Page 1

1          UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF MASSACHUSETTS

3              MDL Docket No. 1629

4              Master File No. 04-10981

5   *************************************

6   IN RE: NEURONTIN MARKETING, SALES

7          PRACTICES AND PRODUCTS

8          LIABILITY LITIGATION

9   *************************************

10  THIS DOCUMENT RELATES TO:

11  RONALD J. BULGER, SR., as Administrator

12  of the Estate of Susan Bulger, Deceased

13  *************************************

14

15  VIDEOTAPED DEPOSITION OF RICHARD S. GOLDMAN, MD

16

17              Held At:
              Hare & Chaffin
18            160 Federal Street
          Boston, Massachusetts 02110
19
              April 22nd, 2008
20               9:07 AM

21

22  Reported By:  Maureen O'Connor Pollard, RPR, CLR

23
    Videographer:  William Slater
24

## Page 2

```
 1  APPEARANCES:
 2  FOR THE PLAINTIFF:
 3      BY:  ANDREW G. FINKELSTEIN, ESQ.
 4           FINKELSTEIN & PARTNERS
 5           436 Robinson Avenue
 6           Newburgh, New York 12550
 7           800-634-1212
 8           fink33@mac.com
 9
10  FOR THE DEFENDANTS:
11      BY:  DAVID B. CHAFFIN, ESQ.
12           HARE & CHAFFIN
13           160 Federal Street
14           Boston, Massachusetts 02110
15           617-330-5000
16           dchaffin@hare-chaffin.com
17
```

## Page 3

```
                INDEX

EXAMINATION                           PAGE
RICHARD S. GOLDMAN, MD
  BY MR. CHAFFIN                         5
  BY MR. FINKELSTEIN                   172
  BY MR. CHAFFIN                       214
  BY MR. FINKELSTEIN                   223

                EXHIBITS

NO.       DESCRIPTION                 PAGE
Ex. 1   Documents Bates
        000376-25AMD-00001 through
        00122.............................  4
Ex. 2   Certification of pharmacy
        records, Bates
        000376-13EAP-00001 through
        00003.............................  4
Ex. 3   Medicine Shoppe records, Bates
        000376-10TMS-00001 through
        00011.............................  4
Ex. 4   Dr. Goldman's curriculum vitae..    4
Ex. 5   Documents titled Division of
        Neuropharmacological Drug
        Products, Combined
        Medical-Statistical Review......  179
Ex. 6   Four page document from FDA
        website...................... 184
```

## Page 4

PROCEEDINGS

RICHARD S. GOLDMAN, MD, having been satisfactorily identified by photo identification, being first duly sworn, was examined and testified as follows:

(Whereupon, Goldman Exhibits Number 1 through 4 were marked for identification.)

THE VIDEOGRAPHER: My name is Bill Slater of Veritext. Today's date is April 22, 2008. The time on the video screen is 9:07 a.m..

This deposition is being held at the offices of Hare & Chaffin located at 160 Federal Street, Boston, Massachusetts.

The caption in this case is In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation, United States District Court, District of Massachusetts, MDL Docket Number 1629.

The name of the witness is Dr. Richard Goldman.

At this time will the attorneys

## Page 5

identify themselves and the parties they represent, after which the court reporter, Maureen Pollard of Veritext, will swear in the witness and we can proceed?

MR. FINKELSTEIN: Andrew Finkelstein, Finkelstein & Partners, on behalf of the Estate of Susan Bulger.

MR. CHAFFIN: Good morning. David Chaffin on behalf of the Defendants.

RICHARD S. GOLDMAN, MD, having been satisfactorily identified by photo identification, being first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION
BY MR. CHAFFIN:
Q. Good morning, Dr. Goldman.
A. Good morning.
Q. Thank you for coming in.
A. Sure.
Q. Doctor, have you ever had your deposition taken before?
A. Yes, I have.
Q. You have. Okay. So you know how the

Page 138

1  Q. On July 30th of 2004?
2  A. It looks like that's when the message
3  was sent, and I'm not sure why it prints out on
4  August 2nd.
5  Q. Could it be that it's -- the date of
6  August 2, 2004 in the left-hand column reflects
7  when you resolved the issue raised?
8  A. It's possible.
9  Q. That's what it is?
10 A. Yes. Actually it is because it says
11 Dr. Richard Goldman on August 2nd, 2004, so I
12 may have resolved it on August 2nd, but the note
13 was sent to me on July 30th.
14 Q. Okay. So is what happened here that
15 on July 30th, 2004, Ms. Blaeholder wrote to you
16 "she," meaning Mrs. Bulger, "would like for you
17 to increase her Meth --" is that Methadone?
18 A. Mm-hmm.
19 Q. "-- for a few days, she is having bad
20 flare-ups of her arthritis, she also changed her
21 appointment for the 9th to the 6th (FYI)."
22     MR. FINKELSTEIN: Objection.
23     BY MR. CHAFFIN:
24 Q. Do you see that?

Page 139

1  A. Yes.
2  Q. Okay. So she wrote that you to on
3  July 30th of '04?
4  A. That's what it would look like, yes.
5  Q. And then you resolved it on August 2nd
6  of '04?
7  A. It just means again I closed out the
8  note. I took it out of my inbox.
9  Q. Do you recall what, if anything, you
10 did in response to Mrs. Bulger's request to
11 increase her Methadone?
12 A. There is no -- I have no specific
13 recollection of making any changes. Again,
14 there was no office visit, so I wouldn't
15 necessarily have given her more. It may have
16 been that, I can't speculate, that she just
17 reported that she changed her dose.
18     But if I had -- if I had told
19 Ms. Blaeholder to do something, that I would
20 have written back saying, you know, it's okay to
21 do this or do that, but I have no specific
22 recollection. It just means the note was
23 resolved, which means I just acknowledged it and
24 closed it out.

Page 140

1  Q. And am I reading this correctly that
2  this indicates that Mrs. Bulger one way or
3  another contacted your office and asked for
4  permission to increase the Methadone?
5  A. It's reported that she would like --
6  it says "Sue would like you to increase the
7  Methadone." I can't recall if that came from
8  her or some other piece of information, but that
9  would be what it would suggest.
10 Q. Ms. Blaeholder no longer works for
11 you?
12 A. That is correct.
13 Q. Any idea where she is today?
14 A. Somewhere in California.
15 Q. She moved to California?
16 A. She was -- her two boys were living
17 with her ex-husband out there and she wanted to
18 be closer to them, so she moved to California a
19 couple of years back.
20 Q. Somewhere in your office you'll have
21 Ms. Blaeholder -- well, do you have a current
22 address for her?
23 A. Not to my recollection. I haven't
24 spoken to her in a couple years.

Page 141

1  Q. Good employee?
2  A. Yes.
3  Q. You have her Social Security Number at
4  your office someplace, right?
5  A. I would assume we do. We obviously
6  kept tax records. I think she's in California,
7  that's the last thing I recall. That's where
8  she moved to be near her sons, but I don't know
9  if she's moved subsequent to that.
10 Q. Did she go by any other name?
11 A. Not to my recollection. Not to my
12 knowledge.
13 Q. And her ex-husband, was her
14 ex-husband's name also Blaeholder, do you know?
15 A. I don't know. I could probably find
16 out, but I don't remember if that was her
17 married name or her maiden name.
18 Q. And you have no recollection as you
19 sit here today what you did in response to this
20 apparent request by Mrs. Bulger to increase her
21 Methadone?
22 A. There's nothing recorded, so I have no
23 recollection.
24 Q. The next entry, July 20th of 2004,