# EXHIBIT 9

1

09:19

Volume:     I

Pages:     1 to 57

Exhibits:  1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:  NEURONTIN MARKETING, SALES PRACTICES AND

PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

RONALD J. BULGER, SR., as Administrator of the

Estate of Susan Bulger, Deceased

- - - - - - - - - - - - - - - - - - - - - - - - - x

VIDEOTAPED DEPOSITION OF MATTHEW C. GRAVINI

Friday, June 27, 2008

11:00 a.m. through 11:46 a.m.

HARE & CHAFFIN

160 Federal Street

Boston, Massachusetts

Reporter:  Lisa A. Moreira, RDR, CRR

2

```
 1  A P P E A R A N C E S

 2

 3       FINKELSTEIN & PARTNERS

 4       (BY: RONALD ROSENKRANZ, ESQ. - via telephone)

 5       436 Robinson Avenue

 6       Newburgh, New York 12550

 7       800.634.1212

 8       rrosenkranz@lawampm.com

 9       Counsel for the Plaintiff

10

11       HARE & CHAFFIN

12       (BY: DAVID B. CHAFFIN, ESQ.)

13       160 Federal Street

14       Boston, Massachusetts 02110

15       617.330.5000

16       dchaffin@hare-chaffin.com

17       Counsel for the Defendants

18

19  ALSO PRESENT:

20       Tom Tracy, Videographer

21

22

23

24
```

3

```
 1                    I N D E X

 2   WITNESS:           DIRECT  CROSS  REDIRECT  RECROSS

 3   MATTHEW C. GRAVINI

 4   (By Mr. Chaffin)       5              52

 5   (By Mr. Rosenkranz)       41

 6

 7

 8

 9                  E X H I B I T S

10   NO.              DESCRIPTION              PAGE

11   1   Bates 000376-47ECD-00001 through        16

12       000376-47ECD-00006

13

14

15

16

17   *Original exhibits returned to Veritext

18

19

20

21

22

23

24
```

4

1                     P R O C E E D I N G S

2              THE VIDEOGRAPHER:  This is Tom Tracy of

3     Veritext.  Today's date is June 27, 2008.  The time

4     is 11:00 a.m.  We are here at the offices of Hare &

5     Chaffin, located in Boston Massachusetts, to take

6     the videotaped deposition of Matthew Gravini in the

7     matter of Neurontin Marketing and Sales Practices

8     vs. Pfizer, Incorporated in the U.S. District Court,

9     District of Massachusetts, Case -- Docket No. 1629.

10             Would counsel please voice-identify

11    yourselves and state whom you represent.

12             MR. CHAFFIN:  Good morning.  David

13    Chaffin, I represent the defendants.  Thank you.

14             THE VIDEOGRAPHER:  And the gentleman on

15    the phone?

16             MR. CHAFFIN:  Ron?

17             MR. ROSENKRANZ:  Ron Rosenkranz,

18    Finkelstein & Partners, representing the Bulgers.

19             THE VIDEOGRAPHER:  Thank you.

20             And would the court reporter please

21    swear in the witness.

22             MATTHEW C. GRAVINI,

23    a witness called on behalf of the Defendants, having

24    been satisfactorily identified by the production of

5

1   his driver's license and duly sworn by the Notary

2   Public, was deposed and testified as follows:

3                   DIRECT EXAMINATION

10:43:15   4   BY MR. CHAFFIN:

10:47:31   5       Q.   Thank you, Sergeant.  I just want you to

11:01:27   6   know that you're the first witness we've had in any

11:01:29   7   deposition in this case who stood to take your oath.

11:01:32   8   Good for you.

11:01:33   9       A.   Okay.  That's just --

10       Q.   Good for you.

11:01:34   11       A.   -- what I'm used to doing.

01:36   12       Q.   It's the right thing to do.

11:01:37   13                May I refer to you at Sergeant Gravini?

11:01:39   14       A.   That's fine.

11:01:40   15       Q.   What is your name, please?

11:01:41   16       A.   My name is Matthew Gravini, G-r-a-v-i-n-i.

11:01:45   17       Q.   And although I'm sure the jury will have

11:01:47   18   some suspicions based on the uniform about your

11:01:50   19   employment, could you please state for the record

11:01:52   20   what your employment is?

11:01:53   21       A.   Yes, I'm currently employed as a sergeant

11:01:55   22   with the Massachusetts State Police assigned to the

01:58   23   barracks at Newbury.

11:01:59   24       Q.   How long have you been with the state

35

| | | |
|---|---|---|
| 11:28:55 | 1 | she went downstairs, that was consistent with what |
| 11:28:57 | 2 | you had been -- |
| | 3 | A.   Yes. |
| 11:28:58 | 4 | Q.   -- told he had said. |
| 11:28:59 | 5 | A.   I believe so, yes.  Yes. |
| 11:29:03 | 6 | Q.   And then there's a sentence where he |
| 11:29:12 | 7 | indicated -- you learned from the Peabody officers |
| 11:29:14 | 8 | that he had reported depression and bipolar to them, |
| 11:29:17 | 9 | right? |
| 11:29:18 | 10 | A.   Correct, yes. |
| 11:29:18 | 11 | Q.   Okay.  On the next page, please, the first |
| 29:32 | 12 | large paragraph there begins, "The house." |
| 11:29:34 | 13 | A.   Yes. |
| 11:29:34 | 14 | Q.   These are your observations -- |
| 11:29:36 | 15 | A.   They are. |
| 11:29:36 | 16 | Q.   -- of the house?  Okay. |
| 11:29:40 | 17 | The next paragraph that begins, "The |
| 11:29:42 | 18 | body," were these your observations again? |
| 11:29:45 | 19 | A.   Yes, they were. |
| 11:29:45 | 20 | Q.   All right.  At the end of that paragraph it |
| 11:29:48 | 21 | says, "There were no signs of struggle in the |
| 11:29:50 | 22 | basement.  Written in dust on top of a burner near |
| 29:53 | 23 | the body was Ron RI." |
| 11:29:56 | 24 | A.   Yes. |

VERITEXT CORPORATE SERVICES (800) 567-8658