# EXHIBIT 10



# The Suicide Center
*Ronald Wm. Maris, Ph.D., Suicide Expert*

(Home Office)
9 Poachers Lane
Columbia, SC 29223-3014
803-736-0365 (voice)
803-865-3946 (fax)
803-240-3073 (cell)
RWMaris@AOL.com
www.suicideexpert.com

(University Office)
305 Sloan Building
911 Pickens Street
U. South Carolina
Columbia, SC 29208
803-777-6870 (voice)
803-777-5251 (fax)
Maris@SC.edu

July 18, 2008

Andrew Finkelstein & Kenneth B. Fromson
**Finklestein & Partners**
1279 Route 3000
Newburgh, New York 12551

**Re:   Neurontin Litigation; Bulger v. Pfizer et al. (Personal & Confidential)**

Dear Mr. Finklestein and Mr. Fromson:

You first contacted me about your Neurontin litigation on March 5, 2004. On February 11, 2008 you sent me the file of <u>Bulger v. Pfizer et al.</u> and your firm's retainer. You asked me as a suicide expert to review the file, do my own investigation (including, but not limited to, my Psychological Autopsy), and then to opine about the specific causation of Susan Bulger's suicide by hanging on August 4, 2004. You asked me whether or not I thought Neurontin was a substantial contributing factor in Mrs. Bulger's death. In your own words on February 11, 2008: *"We are asking you to review the Bulger action and provide a narrative report outlining your opinion on the causal relationship of Susan Bulger's suicide to her ingestion of Neurontin."*

I am a suicide expert with special education, training, and experience in the role of psychiatric drugs and suicide outcome (See my "expert qualifications," below). I agreed to charge you for my time at the rate of $400 an hour to read and investigate and $500 an hour to testify. My financial schedule and fee contract can be found in my website www.suicideexpert.com .

---

* Medical and psychological malpractice, drug product liability, contested life insurance, equivocal death investigations, workman's compensation.

The **evidence/materials** that I reviewed in helping me arrive at my opinions in Bulger v. Pfizer is/are as follows:

1.   Death certificate.
2.   Toxicology report.
3.   Peabody police department report.
4.   Dr. Richard Goldman medical records.
5.   Dr. Dino Crognale medical records.
6.   CAB Health Recovery Services records.
7.   Dr. Thornhill medical records.
8.   Bayridge Hospital records.
9.   Salem Hospital records.
10.  North Shore Ambulance records.
11.  Eaton Apothecary records
12.  The Medicine Shoppe records.
13.  Walgreen Pharmacy records (4/27/99 – 9/10/03).
14.  Summons & Complaint (8/3/07).
15.  Plaintiff's Responses to Interrogatories.
16.  Danvers Family Care records.
17.  Dr. Jacobs's medical records.
18.  Tri-State mental Health/Elliot Community Hospital records.
19.  Salem Orthopedic records.
20.  Dr. Chung/Massachusetts General Hospital records
21.  NSMU Union Hospital records.
22.  Adcare Hospital records
23.  Coastal Orthopedic records.
24.  Dr. Akabane medical records.
25.  Somerville Hospital records.
26.  Southern New Hampshire Medical Center records.
27.  Spaulding Rehabilitation records.
28.  Harvard Vanguard Medical Associates records.
29.  Brigham & Women's Hospital records.
30.  Massachusetts Department of Social Services records.
31.  Psychological Autopsy (2/12/08).
32.  FDA Alerts (1/31 & 7/10/08),"Suicidality and Antiepileptic Drugs."
33.  Refereed scientific journal articles cited in report references.
34.  Neurontin declaration of Michael Trimble (10/22/07).
35.  Neurontin declaration of Richard Roth (10/9/07).
36.  Pfizer Package Insert for Gabapentin (6/20/07).

37.   Pfizer "Response to FDA Regarding Suicide and Suicide Attempt in Neurontin (gabapentin) Clinical Trials and Post-marketing Surveillance (9/9/04).

38.   Pre-death Color Photographs of Susan & Ronald Bulger & children.

39.   Report by Dr. Louis Roh.

40.   Depositions of family and friends:
      a.   Ronald Bulger, Sr. (husband and Plaintiff).
      b.   Ronald Bulger, Jr. (son).
      c.   Regina Bulger (daughter).
      d.   Patricia Bulger (mother-in-law).
      e.   James Gibbons (brother).
      f.   Russell Gallant (neighbor).
      g.   Teresa Gallant (neighbor).
      h.   Amanda Cavallero (Son's girlfriend).
      i.   Nancy Scialdone (sister-in-law).
      j.   Steven Scialdone (brother-in-law).
      k.   Linda Landry (sister).

41.   Depositions of doctors:
      a.   Dr. Crognale (3/25/08).
      b.   Dr. Goldman (4/22/08).
      c.   Dr. Medwid.
      d.   Dr. Jacob.
      e.   Dr. Mengel.
      f.   Joanne Windell (CAB Healthcare).
      g.   Dr. Yoshiharu Akabane (psychiatrist).
      h.   Dr. Chaim Rosenburg (psychiatrist).
      i.   Dr. Dwight Robinson (rheumatologist).

42.   Deposition of Matthew Gravini (Mass. State Police).

43.   Deposition of EMT, Barry McEachern.

44.   Deposition of Nurse, Cheryl Nadeau, RN.

**Expert Qualifications** (education, training, and experience):  My education, training, and qualifications (including publications in the last 10 years and other forensic cases in the last 4 years) can all be found along with my *curriculum vitae* attached to this report and on my webpage: www.suicideexpert.com .

I am a Ph.D. suicidologist/suicide expert working in Psychiatry and Family Medicine departments within the University of South Carolina

School of Medicine. I am not an M.D. (although I have been trained and worked in medical schools since 1968 and train medical doctors; e.g., I directed the Johns Hopkins M.D.-Ph.D. program in Psychiatry). As a suicidologist I have investigated and treated thousands of suicides (2,153 in my dissertation alone).

Furthermore the vast majority of treated suicidal patients (and only about 1% of all suicides annually in the U.S. are treated in hospitals; 300 in 30,000 per Litman) die a natural death (thus, physicians tend to study low lethality depressed suicide attempters or ideators, not suicide completers). Suicidology is a *bona fide* specialty within medicine, which in my case required certification from and five years of post-doctorate training at the Johns Hopkins School of Medicine, and five years of other specialty medical training.

Currently I am a Distinguished Professor Emeritus at the University of South Carolina and past-director of its Suicide Center (for 15 years), where I did psychotherapy with early and late adolescents (circa ages 17-30), with current appointments both in the Departments of Psychiatry and Family Medicine. I supervise resident physicians in the practices of Psychiatry and Family Medicine. I presently teach courses in the introduction to psychiatry (Spring, 2008) and suicide assessment, treatment, and prevention (Fall, 2008) at the University of South Carolina.

Since 1968 I have been continuously employed as a Professor of Psychiatry. I created and directed the Johns Hopkins University Medical School M.D.-Ph.D. in Psychiatry and Behavioral Sciences, where I was an Associate Professor of Psychiatry and was Deputy Medical Examiner for five years in Baltimore. I was also co-director of the Hopkins medical school post-doctoral program in suicidology (with Chester Schmidt, M.D.).

I train premedical and medical students and residents in psychiatry and family medicine in the prescription of psychotropic drugs (for years I supervised Psychiatric residents in the ER in the prescription of psychotropic medications with J.T. Thornhill, M.D.) and have served on treatment teams at the inpatient psychiatric hospital in the Johns Hopkins University School of Medicine for five years, administering direct patient care to suicidal patients (my supervisor was Nahum Spinner, M.D.). I was creator and director of the USC Suicide Center for suicide prevention from 1985 to

2001, during which time I assessed, diagnosed, and treated living suicidal university students. The suicide Center was comprised of about a dozen physicians, psychologists, nurses, social workers, and epidemiologists.

Thus, I have done extensive psychotherapy and treatment of living suicidal patients, although in the last ten to fifteen years (especially since 2001, when I "retired" from the Arts and Sciences faculty and stopped supervising PhD students) or so I have functioned more like a pathologist; since suicides are already dead and suicidology must focus on completed suicides. My recent patients are nonetheless patients (just like pathologists clearly have patients) and my work with them clearly involves treatment and standard of care issues (e.g., see my co-authored 1998 book, **Risk Management with Suicidal Patients** and my Prologue to Cutliffe & Stevenson's 2007 book, **Care of the Suicidal Patient**).

I have consulted on approximately 200 civil and criminal forensic cases in the last 30 years (54% for the plaintiff and 46% for the defense). My *curriculum vitae* lists all of my forensic cases in detail since 1977 and my division of labor among research, teaching, consulting, administration, etc. (See page 17 ff). I now spend about 35% of my time consulting, which results in about 45% of my annual income. I charge $400 per hour to read and investigate and $500 to testify. My non-litigation activities (e.g., technically, I teach "full-time") each year exceed 51% of my time. I have to date spent about 60 hours on the Susan Bulger case.

I was educated at the University of Illinois, Harvard University, and the Johns Hopkins School of Medicine. I also had five years of post-doctoral education in Psychiatry (as an NIMH fellow [Baltimore], a World Health Fellow [Berlin, Germany], a Killam Scholar [Calgary, Alberta], a Yale Foundation's Fellow [Vienna, Austria], and a Visiting Professor of Psychiatry at Pittsburg, PA [where I studied with John Mann, M.D.]), plus five years as an Associate Professor of Psychiatry at the Johns Hopkins School of Medicine (for a total of 10 years of medical education).

I have done basic epidemiological research on suicide (mainly in Chicago) since 1962, and have received millions of dollars in federal research funds to investigate thousands of suicidal deaths. I have been

principal investigator of major case-control RO 1 studies of suicide, attempted suicides, and natural deaths (e.g., see Maris, 1981). I have written 20 books on suicide (See **Comprehensive Textbook of Suicidology**, 2000; and my forward to Cutliffe and Stevenson's 2007 book **Care of the Suicidal Person**), three of which won major awards.

I also publish in peer-reviewed scientific journals (including being invited by five encyclopedias to write the "Suicide" entry and being commissioned in 2002 by the British medical journal, **The Lancet**, to write a review article on suicide [7/27/02]), and for 16 years was the Editor-in-Chief of the only peer-reviewed scientific journal on suicide in the United States (**Suicide and Life-threatening Behavior**).

I am past national President of the American Association of Suicidology and was Deputy Medical Examiner in Baltimore for five years (where I investigated suicides, homicides, and accidents for M.E. Russell Fisher), Fellow in the American Academy of Forensic Sciences, a board-certified Forensic Examiner (#2950), a continuing member of the Scientific Advisory Committee for the American Foundation for Suicide Prevention, and have received and reviewed suicide research grants for the NIMH and NSF. I have been retained by the United States Department of Justice as their suicide expert 4 times, and have testified in Yugoslavia, France, and Egypt, as well as in the U.S.A. I testified before Congress on 5/6/08.

**My prior psychiatric drug and suicide litigation includes**: (1) Smith v. Pfizer (2008), (2) Giles v. Wyeth (2007, Effexor), (3) Crone v. Pfizer (2006, in re Neurontin), (4) Rydin v. GSK (2006, Paxil), (5) SC v. Pittman (2005, Zoloft), (6) Radke v. Barr (2005, fluoxetine - generic), (7) Johnson v. Lilly (2004, Cymbalta), (8) Holtz v. GSK (2004, Paxil), (9) Miles v. Pfizer (2003, Zoloft), (10) Bostock v. GSK (2002, Paxil), (11) Lown v. Lilly (2002, Prozac), (12) Coburn v. GSK ( 2001, Paxil), (13) Richardson et al. (2000, Accutane), (14) Madison v. Pfizer (1999, Zoloft), (15) Hartman v. Pfizer (1998, Zoloft), (16) Williamson v. Lilly (1998, Prozac), (17) Forsyth v. Lilly (1997, Prozac), (18) Gianguilio v. Lilly (1997. Prozac), (19) Greer/Rosenblum v. Lilly (1995, Prozac), (20) Saines v. Lilly (1994, Prozac), (21) Sorg v. Lilly (1991, Prozac), and (22) Wesbecker v. Lilly (late 1980a, Prozac).

As a result of my research, training, education, and experience I was appointed as a suicide expert consultant for the Columbia University/FDA Reclassification Project (Kelly Posner, PI). My job was to review the RCTs of antidepressant and anticonvulsant drugs for any possible causal links to suicidality (defined in part as suicide ideation, attempts, or completions; actually a 7 point scale).

This is the same Columbia research group whose research findings led to black box warnings regarding suicide ideation and attempts (not completions) in adolescents and children in the fall of 2004 (and young adults in 2006). The SSRIs had a relative risk of suicidality (there were no suicide completions, given the relatively small sample size) versus placebo of about two times higher (4% v. 2%) in 24 clinical trials involving 4,400 patients.

My contract with Columbia has a protective and confidentiality order which prohibits me from discussing any results of my involvement with the study. Thus, I can and will only cite data that have been previously made public (for example in Seattle in April of 2006 at a professional suicide conference) by the PI, Posner.

My expert opinions are offered with a reasonable degree of medical, psychological, scientific, and suicidological certainty.

**Case Summary:**

Susan E. Bulger (5'5" usual weight = 130 lbs.; however, see Goldman on 9/10/03, who recorded a weight of 183 lbs.; see attached photograph) was a 39 year and eight month-old (DOB = ████████ white Catholic female homemaker who lived at ██████████████████████ (Essex County) with her husband, Ronald Joseph Bulger, Sr. (DOM = ████████ and their two children, Ronald "Ronny" Bulger, Jr. (DOB = 3/31/87) and R████ B██████(DOB = ████████.

After a long (@ least since her 1988 Salem Hospital Admission for depression, anxiety, and cocaine abuse; perhaps 10/13/83 for arthritis) history of medical problems (especially, rheumatoid arthritis [hereafter

"RA"; see Bulger, Sr. @ 164], orthopedic surgeries [@ least 13 of them; see Goldman @ 200], substance abuse (alcohol, Methadone, heroin, cocaine, Oxycontin, etc. [including a pack or two of cigarettes a day; see CAB Health Recovery Services, 9/21/03 & Bulger Sr. @ 146], and psychiatric disorders (particularly depression, panic attacks, and anxiety disorder)[1], Susan Bulger hung herself on Wednesday, August 4, 2004 at about 6 pm (after just taking four Neurontin pills) by an electric extension cord tied to a ceiling pole in her basement laundry room (she was kneeling). She was found about 7 pm by her husband and daughter.

911 was called and the Northshore Ambulance responded at 1915 hours. Susan's husband cut her down and tried CPR. Ronald Bulger, Sr. estimated that Susan could have been hanging about one hour when he found her. The ambulance crew found Susan pulseless and unresponsive. Her body was removed form the home and later cremated at a small memorial service.

Massachusetts State Police Trooper, Matthew Gravini reported (see his deposition 6/27/08 @ 35) that he found that Susan had written in the dust on a heater or burner top near her body: *"Ron, RI..."* No one knew what this meant (*"RIP?"*). Also, Trooper Gravini found an open book on Susan's basement bed entitled, **Death Has a Beauty All Its Own**. However, no one knows what this book was about; it could have been a Koontz novel. The handwritten note suggests that her husband was on her mind when she killed herself.

Susan Bergeron Bulger was born (██████) to George Bergeron (an alcoholic who basically deserted his family) and Irene Menelik (a schizophrenic who died years (3?) before Susan in a home fire; see Bulger , Sr. @ 185). Susan was in foster care (where she met Ronald Bulger, Sr.) as a child after her parents divorced (Bulger, Sr. 46 & 52). Understandably Susan was not close to her parents. Ron Bulger, Sr. (@ 184) reported that once Susan ran away and that her mother beat her with a tennis racket (also see Bulger, Sr. @ 192. Susan had two sisters (Linda Landry [who was

---

[1] Ronald Bulger, Sr. (@ 84) said Susan never saw any psychiatrist. However, in fact Susan saw at least four different psychiatrists (Yoshiharu Akabane on 12/17/99, Chaim Rosenberg on 5/20/98, and Phillip Rheimherr on 1/6/00) one time each at the Psychiatric Group of North Shore. Susan also saw psychiatrist Richard Curran in 1987-88 @ Salem for treatment of chronic depression (Akabane @ 45). Akabane diagnosed Susan with severe depression, hypomania, and probable Bipolar Disorder (he did not specify type I or II @ 52). He treated her with Neurontin, Depakote, and Zoloft. Rosenberg said Susan had Major Depression and cocaine dependence, but did not treat her. Rheimherr gave Susan Prozac.

deposed and said their mother did not beat Susan] and Carol Ann), one half-brother, Jimmy (see deposition of James Gibbons), and multiple other half-siblings (Psychological Autopsy @ 36).

Ron Bulger, Sr. met Susan as a young woman in foster care (Bulger, Sr. @ 219) and married her on March 31, 1986 in Rhode Island. Susan had some high school education (and later got her GED), but did not graduate from high school. In the 1990s Susan was a bank teller in Danvers and later in 2000-2002 she worked in WH Smith Gift Shop in the Sheraton as a sales clerk. She did not work from 2002 until her death and was on disability. Ronald Bulger, Sr. was also unemployed (since 1989) at least the last ten years of Susan's life. Before that he did auto body repair at Maaco (see Sr. @ 18 and Jr. @ 15). Ron, Sr. had been on disability since 1989 (he claimed to have a bad back; however, see T. Gallant @ 12). Susan received a monthly disability check of $1,300 the last two years of her life.

Ron Bulger, Sr. stated that most of his and Susan's marital problems were financial. Both in 2002 and 2008 Ron Bulger, Sr. filed for bankruptcy (Bulger, Sr. @ 37-38). After Susan died Ron Bulger, Sr. lost his house (Sr. @ 6) and now lives in a trailer (See Linda Landry @ 15). Ron and Susan Bulger had no life insurance.

Susan Bulger lost custody of Ron, Jr. to DSS (Bulger, Sr. was not around much before Regina was born) when he was in 5 th and 6 th grades (Jr. @ 19). DSS took Ron, Jr. away because Susan was using heroin, cocaine and marijuana (Jr. @ 22). DSS placed Jr. with his aunt Nancy Scialdone (Jr. @ 19 and Scialdone @ 23) and later in Ron, Sr.'s mother's home (Pat Bulger; see Jr. @ 20). Then Jr. came back home to live with Ron, Sr. and Susan.

Ron, Jr. had some trouble with the law. His driver's license was suspended (Jr. @ 37). He was charged with distributing marijuana and alcohol to a minor (Jr. @ 38). His previous girlfriend's mother had a restraining order put on Ron, Jr., which led to his arrest (Jr. @ 42).

There was some concern expressed in Susan's medical records that she was getting psychotropic drugs (like Methadone, Oxycontin, Klonopin, etc.) and then not taking them as prescribed (e.g., had negative urine tests that should have been positive if she had been taking her prescriptions) or

even that she and Ron, Sr. were selling her prescriptions on the street (e.g., she often wanted early refills; Cf. Dr. Robinson @ 16).

According to Susan's sister, Linda Landry, and her half-brother, James Gibbons Ron and Susan Bulger were in fact selling prescription drugs (Landry @ 25 & Gibbons @ 21). For example, James Gibbons (@ 13-14) said that Ron, Sr. sold Susan's pills [for $10 to $12 a pill] to Steve Scialdone (who took the 5 th Amendment; when asked if Ron, Sr. sold him pills, he refused to answer). It was alleged that that (Landry @ 26) both Ron, Sr. and Susan sold their Percocet, Oxycontin, and Methadone scripts. Landry herself (Landry @ 9) reported seeing Ron, Sr. in a McDonald's parking lot selling Methadone (she said that he even gave Linda a free pill).

James Gibbons went much further than Linda Landry in his accusations (although James never saw Susan after June of 1998). James claimed that Ron, Sr. recruited friends and some family members to be trained in what symptoms to present to doctors in order falsely to obtain pain pills and then sent at least 8 to 10 people to various doctors to get pain medications (Gibbons @ 30). James says that he himself was sent falsely to a doctor to get illegitimate pain scripts, which Ron, Sr. later sold and gave James Gibbons 25% of his profit (Gibbons @ 26). When physicians caught on to the scams and stopped writing prescriptions, then new doctors were added to the list (Gibbons @ 30).

James Gibbons said that Ron Bulger, Sr. was a *"con artist"* and that his *"scams"* (sic) included more than just illegally obtaining and selling pain medications and narcotics. For example, he said that Ron, Sr.'s motor vehicle accident in September of 2002 was not an "accident" at all, but rather an insurance scam that allowed the Bulger's to buy cars and a motorcycle (Gibbons @ 24 & Ron Bulger, Sr. @ 30).

Also, I could not help but notice how many house fires there were in Susan Bulger's family (Landry @ 21). James Gibbons' home burned in 2001 (Gibbons @ 6). Linda Landry's house burned down twice (Landry @ 21). Even Linda, Susan, and James' mother, Irene Melenik, was burned to death in a house fire. I wondered what the probability is of four accidental house fires is in one family (See Gibbons @ 59)?

One probably should temper the statements of Susan Bulger's sister and half-brother, James, since Linda blames Ron, Sr. for Susan's death

(Landry @ 62). In fact Linda thinks that Ron, Sr. actually murdered Susan
Bulger (Landry @ 73). Linda says that R█████ and Ron, Jr. were the joy of
Susan's life (Landry @ 70), that Susan planned to leave Ron, Sr. and come
live with Linda. Furthermore, Susan would never have wanted R█████ to
see her mother hanging.

James, for his part, claimed that Ron, Sr. beat Susan (Gibbons @ 33)
and forced her to sell her pain medications. James said that Susan came to
Gibbons' home in 1998 after getting a beating from Ron, Sr. (Gibbons @
36).

Which brings us to Susan's medical records. These records are
voluminous (a few thousand pages) and complex. Susan saw many family
practice and addictive physicians (including Drs. Crognale, Goldman,
Mengel, Mewid, Jacobs and others, and at least four psychiatrists [see
footnote 1]), some orthopedists (especially Dr. Thornhill at Brighams and
Womens Hospital) and a few addiction counselors with AA, NA, CAB, etc.

Over the years Susan was variously diagnosed with rheumatoid
arthritis, chronic psychogenic pain (**DSM** code 307.80), major depressive
disorder (See Crognale @ 137), GERD, Hepatitis C, had several joint
replacements and repairs with Dr. Thornhill (e.g., her left elbow in 1993 and
right elbow in 1996), polysubstance abuse, and once had all of her teeth
pulled (10/10/01).

Susan was treated at several hospitals and/or detoxification centers
(resulting in a few thousand pages of medical records); including (but not
limited to): (1) Salem on 8/17/88 and 11/18/97 (for cocaine detoxification),
(2) Bayridge from 4/23 to 5/1/98 (cocaine dependence and substance abuse),
(3) Spaulding Rehabilitation Hospital, 10/5-11/14/97, (4) Charter Brookside,
(5) Adiore, (6) CAB Health and Recovery Service in 2000 and 2003 (for
opiate dependence), and as an outpatient, mainly with Danvers Family Care.

Susan had at least 3 to 4 prior nonfatal suicide attempts, before
hanging herself. All of them occurred many years before her fatal suicide
attempt. These attempts included: (1) driving her car off a cliff (her sister,
Linda Landry, @ 46 ff says the cliff incident was not a suicide attempt, but
brother James Gibbons @ 40 says it was an attempt; see Ron, Sr. @ 201),
(2) cutting her wrists (her neighbors, the Gallants, drove Susan to the
hospital for treatment), and (3) taking two to three intentional overdoses.

Susan took many different pain, depression, and anti-anxiety medications, including but not limited to: (1) Prozac (up to 80 mg q day), (2) Buspar for anxiety (no dose given), (3) Zoloft (50 mg q day), (4) Neurontin (usually 300 mg tid and 300 HS = 1,200, mg per day), (5) Oxycontin (40 mg), (6) Paxil (20 to 60 mg/d), (7) Klonopin (1 mg tid or qid; a long-acting benzodiazepine), (8) Methadone (15 to 20 tabs/d), (9) Depakote (500 mg tid; Dr. Crognale says Susan was not Bipolar, but psychiatrist Akabane says she was), (10) Trazodone (50 mg HS), (11) Prednisone (10 mg, a steroid anti-inflammatory, usually taken in a decreasing number of 10 mg pills over several days), (12) Lexapro (20 mg q/d), and Effexor and Effexor ER (150 mg q/d), among other medications.  Susan also took street drugs; like heroin, speedballs (cocaine and heroin), cocaine, and marijuana.  Finally, she smoked 1 or 2 packs of cigarettes a day (see the Gallants' depositions and my **Psychological Autopsy**).

I will try to simplify Susan's complex medical history by reviewing primarily her treatment with her last two main family practitioners, Dino Crognale, MD, and Richard Goldman, MD.

The vast majority of Susan Bulger's treatment (including her psychiatric medications) came from family practice doctors, especially from **Dino Crognale** and the Danvers Family Care (including Drs. Mark Mengel and Kim Melde).  Crognale saw 18 to 22 patients a day on average (Crognale @ 26) and worked with nurses Hazel Mandia, Donna Mahonney, and Joanne Sullivan, as Physician's Assistants Kim Neskey (@ 24) and Michello Novello (@117).

Crognale treated Susan Bulger for RA, depression, and anxiety (Crognale @ 67) for at least 136 visits (and several no-shows) from 9/8/00 to 8/13/03; although Danvers Family Care saw Susan before she met Dr, Crognale, starting on 10/24/94 (her early physician was Mark Mengel; see his deposition).  Crognale's medical treatment timeline of Susan Bulger now follows:

## Susan Bulger's Medical Treatment by Dino Crognale, M.D.
(Susan saw Dr. Crognale for at least 136 visits with many no-shows from 10/24/94 to 8/20/03; some of those visits are highlighted below and some early treatment by Mengel)

13

| (1) | 10/24/94 | First visit to Danvers Family Care. |
|---|---|---|
| (2) | 1/25/95 | Noncompliant; not taking Elavil. |
| (3) | 4/3/95 | Staff of Danvers Family Care scared of Ronald Bulger, Sr. |
| (4) | 10/29/99 | Stopped Depakote 2 weeks ago due to side-effects. Continues on Zoloft 50 mg qd. |
| (5) | 12/99 | Repeated no-shows. |
| (6) | 2/18/00 | Panic attacks with agoraphobia. Bipolar. Add Trazodone 50 mg HS. |
| (7) | 5/26/00 | Dr. Thornhill replaces Susan's left elbow @ Brigham & Womens. |
| (8) | 6/26/00 | Xanax 1 mg bid. |
| (9) | 9/8/00 | **First treatment @ Danvers by Dr. Crognale (see his depo. @ 66).** Son 13 yrs old & daughter 19 mths. Recent elbow surgery. |
| (10) | 10/30/00 | *"Neurontin made her completely out of it."* Abuse by mom growing up. Husband buying new truck, BP disorder & on Depakote. |
| (11) | 11/30/00 | Left knee exacerbation |
| (12) | 12/11/00 | No-show. |
| (13) | 12/28/00 | Bronchitis and tobacco abuse (1-2 packs a day). |
| (14) | 2/8/01 | On Prozac, Klonopin, Qxycontin & Methadone. |
| (15) | 2/23/01 | Prozac 80 mg. Long history of abuse noted. |
| (16) | 3/23/01 | Stopped Serzone on own (non-compliant). Depression & anxiety. |
| (17) | 4/25/01 | No-show. |
| (18) | 5/3/01 | Paxil 60 mg qd; daily panic attacks. |
| (19) | 7/18/01 | Both Susan and husband attend Ctr for Addictive Behavior for methadone treatment. She has recent fall. |
| (20) | 9/18/01 | No-show. |
| (21) | 10/10/01 | Significant periodontal disease; all teeth to be removed. |
| (22) | 10/16/01 | Most recent of two elbow replacements. |
| (23) | 1/28/02 | Bipolar disease diagnosed; enuresis. |
| (24) | 4/9/02 | Susan & husband filed for bankruptcy. |
| (25) | 5/14/02 | Neurontin 100 mg HS, the 2 HS. |
| (26) | 6/24/02 | **Crognale says in his depo. that this date is his first Neurontin script for Susan Bulger.** |
| (27) | 7/2/02 | Devoid of life, anhedonic, no suicide ideation, stopped Paxil herself, Ron Sr. says Susan depressed for 2 to 3 months. Continue on Neurontin (*Is her depression related to Neurontin treatment?*). |
| (28) | 7/16/02 | Major Depression with severe dysthymia & panic attacks. |
| (29) | 8/14/02 | Prozac 60 mg; it's working. |
| (30) | 9/20/02 | On 9/2/02 Susan was passenger in MVA; neck pain. |
| (31) | 12/2/02 | upped Prozac to 80 mg. *Neurontin made her moody* ; she stopped it for awhile. |
| (32) | 12/20/02 | Failed arthroplasty; restart Neurontin 900 mg (bid & 1 HS). |
| (33) | 3/7/03 | Chronic pain & Dyspepsia (GERD). |
| (34) | 4/7/03 | Chronic pain; on Neurontin. |
| (35) | 4/22/03 | In the past Susan tried Buspar, Zoloft, Paxil without good relief; on Prozac 80 mg. No SI/HI. |
| (36) | 5/19/03 | Chronic pain secondary to RA, Neurontin 100 mg tid.. Ran out of |

|      |         | Oxycontin; is she abusing her pain meds? |
|------|---------|------------------------------------------|
| (37) | 8/11/03 | **Last Crognale appointment.** Neurontin 300 mg HS *"is having No significant side-effects."* Not able to go back to work. Acid reflux. Start Prilosec 20 mg qd.  Valium 5 mg tid for 30 days. |
| (38) | 8/28/03 | **Last Crognale entry.** Susan will run out of meds sooner than ordered (*abusing or selling meds.?*). |

In September (9/8/00) Dr. Crognale noted that Susan was on Oxycontin, Prednisone, and Xanax (@ 69). She was being treated at the same time at the Center for Addictive Behavior ("CAB") by Dr. Medwid to try to taper her Methadone (Crognale @ 75 and see Medwid's deposition).

Over the years Crognale used various antidepressants for Susan's depression treatment. Among them were: Paxil, Zoloft, Prozac, Trazodone, Serzone, Effexor, and Lexapro (the last actually by Dr. Goldman). Prozac seemed to work the best (8/14/02) and Susan took a very large 80 mg/d dose of it (@ 154; the usual dose is 20 mg). Crognale thought that Susan had Major Depressive Disorder (**DSM** code 296.33; @ 137 & see 7/16/02), not Bipolar Disorder (@ 79).

Early on (2/18/00) Crognale suspected Susan Bulger might be Bipolar, given her hypomanic episodes, and continued her Depakote (10/30/00 & 1/28/02) that Dr. Akabane had started. Susan also took minor tranquilizers (like Xanax, Valium, Klonopin, and Buspar) for her anxiety and panic attacks (2/18/00 & 5/3/01).

Crognale first gave Susan Bulger Neurontin on 6/24/02. Interestingly, shortly thereafter (7/4/02) Susan was *"Devoid of life and anhedonic"* and more severely depressed for 2 to 3 months. I have to wonder if the Neurontin made Susan's depression worse (See my expert opinions, below). Crognale admits that Neurontin can have side-effects of *"somnolence, dizziness, diarrhea, and asthenia* (feeling "blah") (@ 54). However, he still uses drugs like Neurontin, Tegretol, and Elavil off-label (@ 47-48). For example, Dr. Crognale believes that Neurontin can lower narcotic dependence (@ 51).

Although Crognale asked Susan Bulger about her possible suicide ideation frequently (@ 83), he never did a systematic suicide assessment for Susan (@ 206-207). Crognale knows little about suicide statistics (@ 43-44 & 58-59) and was not aware that Neurontin could induce of worsen depression [gabapentin lowers brain serotonin and epinephrine] (@ 191).

Dr. Crognale does **not** believe that Susan Bulger's chronic pain caused her suicide (@ 219).

Crognale noted (in his above timeline at 10/30/00) that *"Neurontin made her completely out-of-it"* and that *"Neurontin made her moody"(@ 147 & 12/2/02)*. Susan even stopped her Neurontin on her own for a while because of these adverse events. However, Crognale reported at Susan's last visit (8/11/03) that *"Neurontin is having no significant side-effects."*

After August 11, 2003 Susan just stopped coming to see Dr. Crognale (@ 164). There was some indication that she was not using her prescription medication as ordered (8/28/03) and had to switch to Dr. Richard Goldman and his "concierge medicine" in order to keep getting her pain medications.

Dr. **Richard Goldman**, MD, MPH, was Susan's last family doctor (Goldman also saw Ron, Sr.; Goldman @ 21). Goldman saw Susan Bulger for a total of thirteen visits from 9/10/03 until 8/6/04 (Susan missed her last scheduled visit, when she suicided on 8/4/04), about once a month. Goldman practices what he called *"concierge medicine."*

Goldman treated Susan for psychogenic pain (**DSM** or **ICD** code 307.80), GERD, and RA. He did **not** diagnose Susan as depressed (@ 203), although he did prescribe her antidepressants. He never thought Susan was a high suicide risk (@ 199), but neither did he ever do a suicide risk assessment on Susan Bulger (@ 192).

Goldman's medication/treatment timeline for Susan Bulger was as follows:

## Susan Bulger Medication Timeline by Dr. Goldman

|     | Drug       | Dose              | Start   | Refill  |
|-----|------------|-------------------|---------|---------|
| (1) | Prednisone | 10 mg q/d         | ------  | 9/10/03 |
| (2) | Neurontin  | 300 mg tid + HS   | 9/10/03 | 7/12/04 |
| (3) | Lexapro    | 20 mg q/d         | 9/10/03 | -------- |
| (4) | Methadone  | 14 10 mg pills/d  | 9/10/03 | 7/12/04 |
| (5) | Effexor ER | 37.5 mg q/d       | ------  | 7/12/04 |
| (6) | Klonopin   | 1 mg tid or qid   | 9/10/03 | 7/20/04 |

| (7) | Effexor ER | 150 mg q/d | 11/6/03 | 7/12/04 |
| (8) | Oxycontin | 40 mg po | 9/10/03 | 7/12/04 |

When Richard Goldman first saw Susan Bulger on 9/10/03 his encounter note read: *"Wt. = 183.0 lbs. Has been on everything, several joint replacements, chronic pain syndrome, Methadone and Oxycontin, smokes 1 pack/day."*

Goldman continued to use Neurontin for Susan Bulger's pain (@ 51). He did not get Dr. Crognale's medical records (Goldman @ 66). Susan had told him about Dr. Crognale: *"Primary care doctor cannot handle her pain medication needs."* Goldman noted that Susan Bulger took more than her scheduled Methadone (1/27/04 & @ 115, 127). 8/2/04 (two days before her suicide) Susan called Goldman and wanted to increase her Methadone (@ 140) and 6/7/04 she asked to refill her Klonopin early (@ 145). Although Goldman never did any urine screens on Susan Bulger, he said there is evidence that she was misusing her prescription medication (@ 178).

Richard Goldman's last encounter note for Susan Bulger was on 7/12/04. He concluded in his deposition (@ 217) that he did not increase Susan's suicide risk by his treatment of her. I found Dr. Goldman in his deposition to be evasive, defensive, and uncooperative (see @ 144 & *passim*).

In an effort to be more complete in summarizing Susan's medical diagnosis and treatment, allow me to mention briefly her care by three other physicians:

(1) **Dr. Mark Mengel** saw Susan a few times at the Danvers Family Care practice from 10/94 to 6/00 (with a hiatus of a few years from first to last visit). He terminated care with Susan Bulger due to her noncompliance and potential substance abuse of his prescriptions (See Mengel deposition @ 50 & 72).

(2) **Dr. William Medwid**, the Medical Director of CAB Health and Recovery Services in Danvers, saw Susan Bulger from 2/10/00 to 9/21/03. He gave Susan up to 1,800 mg of Neurontin per day (Medwid deposition @ 97). Medwid terminated Susan Bulger for non-compliance (@ 104).

(3) **Dr. Walter Jacobs** saw Susan Bulger first on 12/6/02 for pain management, for a total of 13 days. Jacobs also terminated Susan for being non-compliant with prescriptions medications (see his deposition @ 61 & 112).

### Expert Opinions:

Based upon my over 45 years of education ,training, and experience in investigating, studying, treating, and publishing about suicides; **I opine the following with a reasonable degree of medical, psychological, suicidological, and scientific certainty,** as more likely than not.

Opinion Prologue: A lot could be made of the behavior of Ronald Bulger, Sr. I want to be very clear that I am a scientific expert. My professional reputation and credibility turn on my being completely objective and impartial. Whether or not I like or dislike Ron Bulger, Sr. is irrelevant to whether or not Neurontin was a substantial contributing factor to Susan Bulger's suicide.

**First,** the psychopharmacologic properties of gabapentin/Neurontin are suicidogenic.

Gabapentin is structurally related to the neurotransmitter GABA (**PDR**, 5/11/06, p. 2 0f 31). Gabapentin prevents seizures and is classified as an "anti-convulsant." The FDA approved gabapentin **only** for the treatment of refractory epileptics (and, later on, for post-herpetic neuralgia or "shingles"). It was marketed in 1994 by Parke-Davis. In fact, about 90% of gabapentin's use has been off-label; especially for pain control and bipolar disorder. In 2004 Pfizer pleaded guilty to off-label marketing (viz., outside of that approved by the FDA) of gabapentin and paid a fine of $240 million .

Gabapentin is not appreciably metabolized in humans. It is excreted renally as an unchanged drug. Gabapentin's half-life is 5 to 7 hours, with a peak plasma level at 2 to 3 hours post dose. The usual starting dose is 300 mg, titrated up to 900 mg tid or bid by day 3. The average maximum daily dose is 1,800 mg, although doses up to 2,400 mg may be given.

The most common side-effects or serious adverse events ("SAEs") in the random clinical trials ("RCTs") were: somnolence, fatigue, ataxia,

nausea, vomiting, and dizziness. Neurontin can cause negative mood alterations in a susceptible minority of people (Kruszewski, 2006).

GABA has an inhibiting effect on the transmission of other neurotransmitters, particularly monoamines (such as serotonin and norephinephrine; Trimble, 2007 @ 6; Roth, 2007 @ 3), Gabapentin impairs the function of glutamate (Trimble, 2007 @ 15). Inhibiting glutamate inhibits the transmission of other neurotransmitters. Gabapentin treatment may shift the relative balance of neurotransmitters from excitatory to inhibiting (Trimble, 2007 @ 8). Thus, gabapentin decreases the release of serotonin (5-HT), norepinephrine (NE), and dopamine (D) (Trimble, 2007 @ 6 & 10).

Gabapentin is a GABA agonist (i.e., it raises human brain GABA; See Trimble, 2007 @ 26 & Roth, 2007 @ 3-4). Increase in brain GABA leads to negative effects on mood and behavior (Trimble, 2007 @ 18). Glutamate is the brain's main excitatory transmitter. Gabapentin reduces glutamate release at cortical synapses (Trimble, 2007 @ 15).

Depletion of monoamines (particularly of 5-HT and NE) leads to significant increased risk of depression (or can make a pre-existing depression worse ), dysphoria, depersonalization, agitation, aggression, suicidal behaviors (e.g., suicide attempts) and completed suicides (Trimble, 2007 @ 12, 14, 18, 19, 20, 29 & 37; Kruszewski, 2006; Brown, Linnoila, & Goodwin in Maris et al. 1992).

It is well-known (See Maris, 1986, 2002 & 2008; Cf., Asberg, 1976 & 1987; Trimble, 2007 @ 13) that depleting 5-HT or NE in the central spinal fluid ("CSF") of the brain is related to higher rates of both suicides (especially of violent suicides) and depressive disorders. Most of the antidepressant drugs, such as SSRIs and SNRIs block the reabsorption post-synaptically of 5-HT and NE; thus, raising the levels of serotonin and norepinephrine in the brain. Suicides versus non-suicidal controls tend to have statistically significantly lower CSF levels of 5-HT and NE. Antidepressants (like Prozac) are also "neurotropic" in that they actually increase the number of neurons in rat brains.

Thus, gabapentin, which depletes 5-HT and NE, should be suicidogenic. RCTs of gabapentin and controls or placebo show just that (Kruszewski, 2006). We also know that in animal studies of gabapentin that

bilateral micro-injection of a GABA agonist in the substantial nigra of experimental rats frequently promoted self-destructive biting (Cf., Trimble, 2007 @ 13).

In fact in a research study by Collins and McFarland (2007; Cf., Trimble, 2007: 19) the risk of suicide completion was significantly (2.6 times) greater among 12,662 Medicaid patients being treated for bipolar disorder with gabapentin versus lithium (p less than .001). The authors caution that the elevated rate of completed suicide among gabapentin users *may* be related to prescription of this medication for people with chronic pain. Furthermore, the study sample was not typical of suicide completers (viz., 65.8 % were females and were relatively young [mean age of 39]). Finally, there were only 12 suicides in the entire sample; thus, statistical power is limited.

Given gabapentin's SAEs (serious adverse events or effects; see above) demonstrated in Pfizer's own and other RCTs (random clinical trials), Trimble (2007 @ 44) is of the opinion (which I share) that Pfizer should have warned clinicians about depression, impulsivity, aggression, and suicide risks in their clinical trial data, including their package inserts for gabapentin.

**Second**, Susan Bulger had clearly been ingesting Neurontin from at least 10/20/99 until her death on August 4, 2004

(See Treatment Timelines, above; Cf., Ron Bulger, Jr. @ 62). Ron Bulger, Sr. (@ 116) reported that at about 6:30 pm on 8/4/04 Susan asked him: *"Can you give me my Neurontin?"* He said that he gave her 4 pills at that time (@ 121; Susan took her Neurontin before sleeping, See Ron Bulger, Sr. @ 224). The Medical Examiner's toxicologist (recorded 9/1/04 @ 1430 hours) examined three tubes of Susan Bulger's blood (sites of specimens unspecified). The analysis was only positive for benzodiazepines (minor tranquilizers like Klonopin). At Susan's death there was no ethanol/alcohol, methanol, opiates, or barbiturates in her blood. Neurontin was not tested for.

Dr. Goldman prescribed 300 mg of Neurontin (tid and HS = 1,200/day) and she refilled that script on 7/12/04. He gave her 120 pills each prescription. If she took 4 pills a day, then the Neurontin would last her for 30 days. July 12 to August 4 = 22 days. If she took her Neurontin as

ordered, she should have had about 8 pills left the day of her suicide. I do know that EMS Barry McEachern confiscated her Neurontin pill bottle.

As far as I can determine from the medical records Susan got her first Neurontin on 10/20/99 (See Ron, Sr. @ 132) from Danvers Family Care (and later on 10/30/00). We know that Dr. Akabane continued Susan's Neurontin on 12/17/99. 6/24/02 was Dr. Crognale's first Neurontin script for Susan (see timeline). Crognale also wrote Neurontin prescriptions on: 12/20/02 (for 900 mg bid and 300 HS), 4/7/03, 5/19/03 (100 mg tid), and 8/11/03 (300 mg HS). Later, after she switched doctors, Dr. Goldman gave Susan Neurontin on 9/10/03 (1200 mg), 3/24/04 (300 mg HS), and the 7/12/04 refill described above.

Neurontin was first marketed by Parke-Davis in 1994. There was no mention of Neurontin (of course) in the 1988 Salem medical records or in 1997; nor was there any Neurontin mentioned in the Bayridge records in 4-5/1998.

Eaton Apothecary listed a Neurontin script for 90 300 mg caps on 5/18/04 and the Medicine Shoppe listed a script on 7/12/04 for 120 Neurontin 300 mg caps.

**Third,** Susan Bulger had several suicidogenic serious adverse events ("SAEs" or "side-effects") resulting from taking Neurontin.

Although many more random clinical trials ("RCTs")have been done on the suicidogenic SAEs of antidepressant than on antiepileptic medications (See Teicher and Cole, 1993 and Posner, 2006; I was a consultant to the FDA committee that resulted in black box suicide warnings for antidepressants in the **PDR**), the medical records of Susan Bulger indicate several behavioral and emotional conditions that started or got worse after Susan first ingested Neurontin on 10/20/99; many of which are well-known to be suicidogenic (See Maris et al., 2000; Maris, 2002; and Maris, 2007). Thus, in my expert opinion, Susan Bulger's Neurontin ingestion was a substantial contributing factor to her suicide on 8/4/04.

It has been demonstrated in RCTs (See Pfizer's package insert for Neurontin and its **PDR** entry) that there are clear relative risks ("RRs") of SAEs greater than 2.0 (the gold standard for drug warnings, for example in the FDA black box warnings for suicidality and antidepressants) for patients

taking Neurontin versus those taking placebo (Cf., FDA, 1/31 & 7/10/08).
Some of these SAEs are listed below in Table 1.

**TABLE 1**

Relative Risks of Neurontin versus Placebo in the **PDR**

| SAE | Neurontin (%) | Placebo | RR |
|---|---|---|---|
| Dizziness | 28 | 7.5 | 3.73 |
| Somnolence | 21.4 | 5.3 | 4.04 |
| Ataxia | 3.3 | 0.0 | 3.3 |
| Abn. Thoughts | 2.7 | 0.0 | 2.7 |
| Fatigue | 11.0 | 5.0 | 2.2 |
| Back Pain | 1.8 | 0.5 | 3.6 |
| Hostility | 7.6 | 2.3 | 3.3 |
| Emot. Lability | 4.2 | 1.6 | 3.3 |

Notice particularly the sedating and disorienting SAEs of Neurontin
(such as sleepiness, dizziness, abnormal thinking, emotional lability, and
muscular incoordination [ataxia]).

Some of the suicidogenic Neurontin-induced or worsened SAEs in
Susan Bulger were:

(1)   Ego-dystonia.
(2)   Worsened depression.
(3)   *De novo* hopelessness.
(4)   Behavioral changes.
(5)   *De novo* suicidality.

### (1)   Ego-dystonia or Ego-Dystonic Behavior

(Beasley, 2000; Glenmullen, 9/9/05: pp 8-9).  In questioning regarding
his meta-analysis of the antidepressant fluoxetine (Beasley, 2000: 26, 29, 36,
37) Lilly expert Charles Beasley, M.D. discussed a possible suicidal causal
effect of the SSRI Prozac, which he termed "ego-dystonic."

**Beasley** said:

"...it was what we would describe as being dysphoric or ego-dystonic, meaning patients didn't like having the idea (2000:29)...it seemed foreign to them," "contrary to their intentions" (36)." "The obsessional nature seems to – these (violent) ideas seem to intrude (37)." "They were not wanted...certainly not something they were truly planning to do (37)...not the true intent of the person."

Admittedly, Neurontin is not an antidepressant, but after Susan Bulger started taking Neurontin she underwent profound character changes. Ron, Sr. claimed (@131, l 13-14) "When it (Neurontin) was increased, she was just not the same woman." In another place in his deposition Bulger (@ 129, l 21-23) said: "...the behavior in the last few months of her life, it was just night and day." Dr. Crognale reported that Neurontin "made her completely out of it (10/30/00)." Her husband said; "She just complained a lot about how she just didn't feel right." Question: "She'd never done that before?" Answer: "No."

Ron, Sr. said that: All that week (just before her suicide) she was agitated (@ 114). "She became irritable and short-tempered and was bothered by small things (ψA @ 57 d)." "Some days she was feeling strange and was doing things she wouldn't normally do (Ron, Sr. @ 68)."

### (2)     Worsened Depression.

Neurontin treatment worsened Susan Bulger's depressive disorder (see my first opinion, above, for the psychopharmacological mechanism), and depression is the #1 single predictor of a suicide outcome (Maris, 2000: 80; Maris, 2002; Maris, 2007). Drug companies often state that depression causes suicide, not their medication. But if their product produces or worsens depression, then it's the treatment that caused the suicide, not the depression.

Susan Bulger had chronic serious depression off and on her whole life (See Ron, Sr. @ 175), but she managed to cope with it until Neurontin was added. For example, Dr. Crognale first gave Susan Neurontin on 6/24/02. By 7/4/02 (about one week later) he wrote in his medical notes that Susan "was devoid of life and anhedonic (unable to take pleasure in life) and was more severely depressed for the next 2 to 3 months."

One of the major changes in Susan Bulger listed in my **Psychological Autopsy** (@ Q 57) was depression. Neurontin made Susan more "*moody*" (see Exhibit 5, p. 4 and Crognale on 12/2/02). Ronald Bulger, Sr. stated that: "*(*Susan*) became more depressed, quieter, and slept more frequently* after taking Neurontin (see ψA Q 57 c & Q 58).

The **PDR** (p. 25 of 31 for gabapentin) list only two nervous system SAEs that occur "frequently" associated with Neurontin treatment vs. placebo; viz., depression and confusion. The **PDR** goes on to say that the RR of depression in Neurontin patients is 1.6 times that in placebo patients.

Incidentally, Neurontin also has 3.3 times the risk of anxiety (another of Susan Bulger's psychiatric problems) and restlessness than placebo does (See **PDR**). Fawcett (1997, 2002 & 2006) claims that anxiety, nervousness, and panic are highly suicidogenic in themselves. Apart from depression. Thus, this is another mechanism whereby Neurontin can increase suicide risk.

When one diagnoses "major depressive disorder" (using the **DSM-IV-TR,** 2000) the patient has to meet at least 5 of 9 criteria (including either ## 1 or 2) for at least two weeks and it must be a change from normal functioning:

|  | **In Bulger?** | **Evidence** |
|---|---|---|
| 1. Depressed mood most of the day nearly every day. Wood,ΨA75 | √ | Dx |
| 2. An inability to take pleasure in routine daily activities ("anhedonia"). | √√ | C 6/24/02 |
| 3. Significant weight loss (or gain); @ least + or − 5% of normal body weight over 30 days. | √ | gained 50 lbs |
| 4 Insomnia nearly every day; especially "terminal insomnia." | √ | ψA 24 |
| 5. Psychomotor retardation (really slowed down or agitation (extreme restlessness nearly every day and observed by others). | √ | ψA 58 |
| 6. Fatigue or loss of energy nearly everyday (inc. lowered libido). | √ | ψA 58 |
| 7. Feelings of worthlessness or excessive guilt. | √ | ψA 59 |
| 8. Diminished ability to think or concentrate or indecisiveness nearly everyday. | ? | |
| 9 Recurrent thoughts about suicide or death, a suicide attempt, or a specific suicide plan. | √ | ψA 59 |

Thus, <u>after</u> taking Neurontin there is evidence that Susan Bulger had 8-9 criteria required for a **DSM** diagnosis of "Major Depressive Disorder" (a code 296.33), for at least two weeks, and that this condition was different from her prior normal functioning.

### (3)   *De Novo* **Hopelessness**

Neurontin caused Susan Bulger to become hopeless. Although she was depressed before talking Neurontin, she was not totally hopeless. Beck (1992; Cf., Maris et al, 2000: 82) contends that hopelessness is a better predictor of suicide than is depression. Neurontin can make a patient feel like a "zombie." They feel that they just cannot go on and continue to cope with life's routine life demands (like Susan's statement about disliking house keeping and child care near the end of her life).

There is evidence in the records that Susan Bulger became hopeless after taking Neurontin:

> (a)   *"Children are better off without her" (ψA @ 59).*
>
> (b)   *"She did not want to live anymore"* (Ron, Sr. @ 111).
>
> (c)   The book on her bed the night she died was **Death Has a Beauty All Its Own** (Gravini @ 35), whatever that means.

### (4)   **Behavioral Changes**

Sometimes Neurontin can results in behavioral or bodily changes. For example, the **PDR** lists as "frequent" in Neurontin patients (versus placebo patients) (a) "hyperkinesia" (RR = 3.1, p. 17 of 26), (b) "increased reflexes" (18 of 26), (c) "ataxia" (RR = 3.3 in Table 1, above), and (d) tremor (RR = 2.1). Some of the behavioral changes in Susan Bulger after she ingested Neurontin were:

> (a)   Irritability (ψA @ 57).
>
> (b)   Hostility (ψA @ 57).
>
> (c)   Moodiness (ψA @ 57 b & Crognale, 12/2/02).
>
> (d)   Quieter (ψA @ 57 c).
>
> (e)   Bothered by small things (ψA @ 58).

(f)    Upset with housekeeping chores ($\psi$A @ 61).

(g)    Increased use of medicines (Goldman @ 140 & 145).

### De Novo Suicidality

One of the *sequelae* to ingesting some psychiatric medications can be emergent or *de novo* suicidality (See Teicher et al., 1990). This pattern has been reported primarily with antidepressant medications, but in this case I opine it happened after Susan Bulger took Neurontin.

For example,

(a)    *"Just a couple of times saying, one time in the morning about four days before she did it, she didn't want to live anymore" (*Ron, Sr. @ 111, l 12-17).

(b)    *"Before her last appointment, the one in July, she...on the way home was talking about it"(* not wanting to live; Ron, Sr. @ 112).

(c)    Saying *"I love you, goodbye"* to Ron, Jr. on the phone the day of her suicide (Ron, Jr. @ 76).

(d)    Ron Bulger, Sr. stated on several occasions near the end Susan would say that the children would be better off without her and that she did not need to be here anymore ($\psi$A @ 59 & 62).

(e)    *"You can't stop me from not wanting to live"* (Said by Susan in the last weeks of her life; Ron, Sr. @ 112).

(f)    The last few weeks *"She'd call my mother, you know, just talk to her about not wanting to live"* (Ron, Sr. @ 112).

**Fourth,** apart from taking gabapentin Susan Bulger was only moderately suicidal, a condition that she had been able to cope with prior to ingesting Neurontin on 10/20/99 and thereafter.

Suicide is not one thing, but it a multidimensional outcome (including a continuum of self-destruction from unintentional self-harm, partially self-destructive behaviors, ideas about suicide, plans to suicides, lethal and non-lethal suicide attempts, and finally, suicide completions [which themselves

can be escape, revenge, altruistic, and/or risk-taking] resulting from **several** risk factors interacting over time in what I call a "suicidal career" (see Maris, 1981 & 2008).

I am not arguing that gabapentin was the one and only factor in Susan Bulger's suicide (i.e., that it was a "sufficient condition"). Clearly her Neurontin-induced or worsened depressive disorder, hopelessness, and her previous physical injuries and chronic pain (cf., Trimble, 2007 @ 12, specific causation), and possible other suicide risk factors like substance abuse and a bad marriage (see my list of risk factors, below) were all suicidogenic too.

However, and this is important, Susan lived with these risk factors for many years without ever completing suicide (although she made some non-fatal, low-lethality suicide attempts, which are often "cries for help"). It was only after her gabapentin was prescribed, especially on 6/24/02 and thereafter and the day of her death, 8/4/04, that Susan's behavior changed dramatically (see my third opinion, above) and she committed suicide (hanging or shooting is very different than overdoses or wrist cutting). Furthermore, several of these suicide risk factors were produced or made worse by Neurontin ingestion. Thus, her suicide was not because of her chronic pain or depression (see my opinion, below), but rather because of the treatment of these two conditions.

There can be (and usually is) more than one contributing factor to an effect or outcome like suicide. "Contributing factor" means a necessary or substantial condition or "that without which not." A contributing factor is not a sufficient condition or the only cause in most cases of suicide.

Usually the **PDR** (Cf., Kruszewski, 2006) warns doctors that a "small vulnerable minority" of patients on psychotropic drugs like gabapentin may develop serious adverse events (SAEs, see above; Cf., Trimble, 2007 @ 43) as a result of taking the drug, like worsened depression, suicide ideation or attempts, or in some cases, suicides (See gabapentin NDA # 20-235 Clinical Review, 1/31/92: pp. 81, 87, 98, 105 & 109).

In fact it is precisely these other suicide risk factors that I believe made Susan Bulger a member of the "small vulnerable minority" of patients susceptible to SAEs like suicide from ingesting gabapentin. I opine that gabapentin was a "noticeable difference-maker" (that without which not)

that pushed Susan over the edge of her fragile coping into a violent, fatal suicide attempt.

I maintain that if Susan had not taken Neurontin, it is more likely than not that she would not have suicided (See final opinion, below). Thus, gabapentin was a substantial or major contributing factor to Bulger's suicide.

Of the many possible suicide risk factors (See Maris et al., 2000: Chapter 17) I have identified 15 (there are actually hundreds of suicide risk factors; these 15 are just some of the more important "evidence-based" risk factors) that are statistically significantly more common in suicides than in non-suicidal controls (Maris et al., 2000: 80 ff, 1992 & 2008). These risk factors or "predictors"* are:

| | Risk Factors | In Bulger? | Evidence |
|---|---|---|---|
| 1. | Depressive, mental, affective disorder | yes | Dxed & worse by N. |
| 2. | Alcoholism, drug, or substance abuse | yes | Dxed |
| 3. | Suicide ideation, talk, preparation | yes | (see above) |
| 4. | History of suicide attempts | yes | (summary) |
| 5. | Lethal methods to attempts (like firearms) | yes | hanging |
| 6. | Isolation, loss of social support, rejection | no | married & kids |
| 7. | Hopelessness, cognitive rigidity | yes | (above) |
| 8. | Being an older white male | no | YWF |
| 9. | Suicide in family, genetics, modeling | no | ΨA |
| 10. | Work problems, unemployment | yes | unemployed |
| 11. | Marital or sexual problems | yes | marital problem |
| 12. | Stress, negative life events | yes | S. meds. pain |
| 13. | Anger, aggression, impulsivity, irritability | yes | (above) |
| 14. | Physical illness | yes | RA & pain |
| 15. | Suicidal careers, co-morbidity, repetition | yes | many years |

[ * What is predicted is group risk over a fairly long time frame; then we try to fit particular individuals into high-risk groups with shorter time frames, admittedly with less predictive power (= the proportion of true positives, roughly). Thus, the phrase "risk-factors" is probably more apt than "predictors"]

Susan Bulger was obviously married and had children (R██████ was the "joy of her life" and she tried to stay sober and reform after her birth), she was a younger, white female (a group which has significantly lower suicide rates, especially if they have children), and she had no other suicides in her family (although there was mental illness and substance abuse in her family).

Thus, in my expert opinion Susan Bulger had 12 of 15 known suicide risk factors, and four of those were probably induced or made worse by Neurontin (viz., 1, 3, 7, and 13). That is, she had about an 8 on a 10 point suicide risk scale or 80% overlap with known suicides traits. Susan Bulger was a high moderate suicide risk, absent gabapentin ingestion. Suicides tend to have most, if not all, of the suicide risk factors (for example, novelist Ernest Hemingway had all of the risk factors).

When a moderate suicide risk actually leads to a completed suicide, I often expect and/or find there to be some precipitant or "trigger" (such as a reaction to gabapentin). Note that before taking Neurontin Susan Bulger coped with her suicide risk factors without a fatal suicide attempt (just a few low-lethality wrist cutting and overdose attempts; and these non-fatal attempts occurred many years before her suicide). It was only after (post hoc ergo propter hoc) Neurontin was added to her treatment regimen that she made a fatal suicide attempt.

Is this the best "Neurontin-causing-suicide-case" that I have ever investigated? Obviously not. For example, in some of my other Neurontin suicide cases the decedent had fewer non-Neurontin suicide risk factors and a more prominent role in causing suicide was played by Neurontin. Nevertheless, I still opine that Neurontin was a substantial contributing factor in Susan Bulger's suicide.

**Fifth,** Susan had several personal and social characteristics that are known to be protective from suicide (See ΨA @ Q. 78 and Maris et al., 2000: 415-418).

Suicide outcomes are always a mixture of risk and protective factors. For example, females (especially African-American females) have some higher rates of suicide risk factors than males do (see Maris et al., 2000, chapter 7; pp. 174 ff). Women have roughly twice the rate of depressive disorders that males do, but only one-fourth the suicide rate of males.

African-American females have high rates of depressive disorder, poverty, broken homes, lower SES, etc., but some of the lowest suicide rates of any gender or racial group. One answer to this seeming paradox is that females are more protected from suicides than males are, despite female's high rates of suicide risk factors (See Gold in Simon & Hales, 206: 77).

Suicide protective factors include: being a younger female, being married, having children (especially younger children), having close friends and family, religion, getting treated for depression or substance abuse (versus no treatment). For example, it takes a lot for a mother to suicide in front of her young daughter (See Landry @ 83).

Some of the suicide protective factors that Susan Bulger had were:

(a) being a younger (age 39) female.
(b) being married.
(c) having children and a young daughter to care for (see Landry @ 70 & 83).
(d) being Catholic (Ron, Sr. @ 27).
(e) having her pain and depression treated (see above treatment timeline).
(f) having alternatives to suicide (such as moving out, Landry @ 60).
(g) having a sister and extended family support (Landry @ 60).
(h) wanting to be able to see her son graduate from high school (Ron, Jr. @ 59).

Generally, when I see an individual with several suicide protective factors, who has coped with adversity for many years, and then just suddenly suicides; I expect an acute stressor, such as a drug reaction....some precipitant that overwhelms the patient's long-standing coping strategies and resources.

**Sixth,** Susan Bulger did not kill herself because of her chronic physical pain.

One possible alternative for Susan Bulger's suicide was her chronic physical pain from rheumatoid arthritis (Cf., Trimble, 2007 @ 12, specific causation).

In spite of voluminous medical records for Susan Bulger there is little early medical history for her while she was a young woman in foster care. What evidence there is starts in the 1980s. It seems like she suffered from RA-related pain at least since the 1980s (ψA @ Q 42). Some of the highlights of Susan's pain history are:

### Brief History of Susan's Pain

| | | |
|---|---|---|
| (a) Rheumatoid arthritis | 10/13/83 (age 18) | wrists & knees |
| (b) MVA | 8/3/87 (age 22) | wrist injury (Exb. 19, Salem) |
| (c) Salem | 3/31/88 | shoulder pain |
| (d) Salem | 9/20/88 | chest pain |
| (e) Thornhill | 1993 & 95 | left elbow surg. |
| (f) Thornhill (B&W) | 1996& 10/6/01 | right elbow surg. |
| (g) Salem | 8/18/96 | tooth pain (pulled 10/10/01) |
| (h) Exh. 7 | 11/30/00 | left knee |
| (i) Thornhill | 2003 | elbow surg. |

Most people do not kill themselves because of chronic pain. There is a lot of pain in the world and very few suicides (see Maris et al., 2000: 343-344). In fact Dr. Crognale (the physician who knew her best) did not believe that Susan Bulger killed herself because of her chronic pain (@ 219).

Susan Bulger had lived about 20 to 25 years with chronic pain from her RA. For the vast majority of that time she took her pain and street drugs and muddled through, with only a few (3 to 4) very low lethality suicide attempts (like overdoses and a wrist cutting).

Susan apparently did not see suicide as a solution to her life problems until a few months, weeks, or days before her death the night of August 4, 2004. Ron, Sr. was asked (@ 113) *"Can you tell me about the day of the suicide?"* He answered: *"It was pretty much a normal morning."* Ron, Jr. said that the week before his mother's death was typical (@ 86).

Susan did not seem to be in any special pain that night (she had been sleeping poorly and agitated for a few days, not in much pain; see Ron, Sr. @ 114). She told her husband about 5:30 pm: *"I am going downstairs to read my book"* (Ron, Sr. @ 116). About 6 pm Susan called up the stairs: *"Can you give me my Neurontin?"* (Ron gave her 4 pills, which was her normal routine).

When Susan Bulger told Ron, Sr. (@ 111) the last four days of her life: *I don't want to live anymore"* and *"You can't stop me from not wanting to live"* (Ron, Sr. @ 112), she was <u>not</u> in extreme physical pain.

I think the difference in Susan Bulger's post-Neurontin pain was not increased <u>physical</u> pain, but what my mentor Erwin Shneidman called *'psychache'*(cf., Motto in Maris et al., 1992: 625 ff). When Susan says *"You can't stop me from not wanting to live,"* she is describing intolerable <u>psychological</u> pain (not physical pain). She is, in my opinion, reflecting her Neurontin-induced or worsened depression, hopelessness and heightened suicidality; <u>not</u> a change in her chronic <u>physical</u> pain. What killed Susan Bulger was not her body, but rather her **mind**; a mind poisoned by Neurontin-related adhedonia and hopelessness.

**Seventh**, <u>Susan Bulger's marital relationship with her husband, Ronald Bulger, Sr. was both positive and negative.</u>

Social relations can be both present or absent (e.g., isolating) and positive or negative (e.g., stressful) (see Maris et al., 2000: Chapter 10 and predictors 6 & 12 on p. 80). Although Susan Bulger was not socially isolated, she did have considerable stress and negative interactions at times over the years, especially with her husband, Ron Bulger, Sr.

Some the relevant social relationships of Susan Bulger are as follows: Her father was an alcoholic (as were her uncle and grandmother; see ψA @ Q 38) and her mother was a schizophrenic and abusive. Her parents divorced and Susan was placed in foster care. Susan's sister, Linda Landry, is divorced (Landry @ 5) and Susan was thinking about living with her near the end of her life (Landry @ 60). Susan was married to Ron Bulger, Sr. for about 18 years (1986 to 2004). One time Susan left Ron for another man, but eventually came back home (Landry @ 57).

Susan had a stormy relationship with Ron, Sr. Some of her family claimed (see above) that Ron, Sr. made Susan sell her prescription pain medicine. Also, her half-brother, James, said that Ron hit Susan (Gibbons @ 33 & 36). Their son Ron, Jr. had legal problems (Jr. @ 37-38). In fact Susan lost custody of Ron, Jr. to DSS when he was in 5 th and 6 th grades (Jr. @ 19). In spite of this her sister claimed that her daughter and even Ron, Jr. were very important to Susan Bulger (Landry @ 70).

Ron, Sr. and Susan's marital relationship was both good and bad. I am confident that Susan had ambivalent feelings toward Ron. Sr.; a kind of "love-hate" relationship. After all, they stayed together for 18 years and had two children together. Yet, there was some bad times, too; the fighting and arguments, their financial problems, the street drugs, losing custody of Ron,

Jr., possibly selling her prescription pain medications, etc. But Susan's
Neurontin ingestion may have caused her to have more inappropriate
negative feelings about her marriage.

The question remains, was their negative interaction salient to her
suicide? Just before Susan died it did not appear that her relationship with
Ron Bulger, Sr. was especially bad, stressful, or even pertinent. In fact the
day and evening of her death seemed fairly routine and normal. There were
no arguments, no fighting. Ron, Sr. says (ψA @ 19) there was nothing
unusual in Susan's behavior the two weeks prior to her suicide: *Her suicide
was completely spontaneous and unexpected.*"

The writing in the basement dust near Susan's body is unclear. *"Ron,
RI..."* could have meant: *Ron, I hope you have peace now."* Of course, it
also could have meant something angry, like *"Ron, I hope you die, too."*

The evening of August 4, 2004 Susan did not seem especially
agitated. She was downstairs in her bed reading a book was somewhat
reflective. I have not been provided with the book that Susan was reading
that night. Was it a novel (she liked Koontz novels), philosophical,
religious, a "how-to" book? What? No one was able to locate this book;
thus, we have no idea what kind of book it was or what the book might
imply.

Susan certainly had been talking about dying recently. She told Ron,
Sr. (@ 112): *You can't stop me from not wanting to live."* However, maybe
Susan Bulger's suicide was a calm resolution (colored by a Neurontin fog)
to an accumulated lifetime of trouble. I have no doubt that Neurontin, as a
depressing drug (particularly when you take 1,200 mg at once), contributed
to Susan Bulger's moodiness, hopelessness, and fatigue that evening
(8/4/04).

Do not forget that suicide is multifactorial; it has many interacting
causes (see above). All I am arguing is that Neurontin was in fact one (not
the only one) of the substantial contributing factors to Susan Bulger's
suicide. Her relationship with her husband, Ron Bulger, Sr., probably was
another factor in her suicide, but it certainly was not the only factor or even
the most important factor. Their marital relationship did not seem to be
especially prominent in the last weeks and days of Susan's life. In fact
Susan had a plan to leave Ron, Sr., and to live (i.e., not to die) with her
sister, Linda Landry (see Landry deposition).

**Finally,** it is more likely than not, if Susan Bulger had not taken Neurontin on 6/24/02 and thereafter (including especially on the night of 8/4/04), that she would not have committed suicide.

In my previous research (See Maris, 1981) I have determined that most suicides have long (40 to 70 years) "suicidal careers." Suicides normally do not occur is a historical vacuum, "out of the blue." Usually there are multiple suicidogenic forces or factors both in one's family of origin and in one's own life over time.

Most people "work" at becoming a suicide. For example, they have to acquire the "ability to inflict lethal self-injury (See Joiner, 2005; e.g., through Susan's chronic pain). Because of these suicidogenic factors they may become part of Kruszewksi's (2006) "susceptible minority of vulnerable people," who may have serious adverse events after taking Neurontin and suicidogenic reactions based on those adverse events.

Most suicidal people never commit suicide (they tend to die a natural death). They muddle along and end up dying like everyone else from heart disease, cancers, etc. For example, 85% of the people who attempt suicide never die by suicide. Susan survived many years of chronic pain without once making a serious suicide attempt.

I believe that gabapentin pushed Susan Bulger over the edge. She changed dramatically after taking Neurontin. Gabapentin was the trigger that destroyed Susan Bulger's prior fragile ability to cope with life's problems and to fend off suicide (Cf., Trimble, 2007 @ 13, specific causation).

This completes my expert opinion at this time. Of course, if I am provided with further materials, I reserve the right to amend or revise my opinions. I would be pleased to testify in deposition and/or trial. Until then, all best wishes.

34

Sincerely Yours,

Ronald Maris

Ronald Wm. Maris, Ph.D.
Suicide Expert
Distinguished Professor Emeritus
Adjunct Professor of Psychiatry
and Family Medicine
University of South Carolina

## References

American Psychiatric Association. 2000. **DSM-IV-TR.** Washington, DC: APA.

Arranz, Belen et al. 1994. Brain $5\text{-HT}_{1A}$, $5\text{-HT}_{1D}$, and $5\text{-HT}_2$ receptors in suicide victims. **Biological Psychiatry** 35:457-463.

Äsberg. M, Träskman, L., & Thoren, P. 1976. 5-HIAA in the cerebrospinal fluid: a biochemical suicide predictor. **Archives of General Psychiatry** 136:559-562.

Äsberg, M., Schalling, D., Traskman-Bendz, L, Wagner, A. 1987. Psychobiology of suicide, impulsivity and related phenomenon. In Melzer, HY (Ed.). **Psychopharmacology: Third Generation of Progress.** New York: Raven Press: pp. 665-668.

Baumeister, A.A. & Frye, G.D. 1984. Self-injurious behavior in rats produced by intranigral microinjection of GABA antagonists. **Pharmacology Biochemistry & Behavior** 21: 89-95.

Bennett, M.I. & Simpson, K.H. 2004. Gabapentin in the treatment of Neuropathic pain. **Palliative Medicine** 18: 5-11.

Brown, G.L., Linnoila, M.I., & Goodwin, F.K. 1992. Impulsivity, aggression, and related effects: relation to self-destructive behavior and suicide. Pp. 589-606 in R.W. Maris et al. (eds.), **Assessment and Prediction of Suicide.** New York: Guilford Press.

Cherek, D.R. et al. 2002. Acute effects of baclofen…on laboratory measures of aggressive responses… **Psychopharmacology** 164:160-167.

Collins, Jon & McFarland, B.H. 2007. Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. **J.Affective Disorders** (in press, 6 pp.)

Crawley, J.N. et al. 1985. Animal models of self-destructive behavior and suicide. **Psychiatric Clinics of North America** 8-2: 299-309.

Fawcett, J.A. 1997 (Cf., his 2006 article in Simon & Hales). Suicide risk in depressive disorders and in panic disorder. **Journal Clinical Psychiatry** 53: 9-13.

Kelly, K.M. 1998. Gabapentin: antiepileptic mechanism of action. **Neurobiology** 38:139-144.

Kruszewski, Stephan P. 2006. Gabapentin: mechanism of mood-altering action. Plaintiff expert report for Crone v. Pfizer.

Healy, D. 1990. **The Antidepressant Era…** Cambridge: Harvard University Press.

Glenmullen, J. 2005. **The Antidepressant Solution.** NY: Simon & Schuster.

Joiner, Thomas. 2005. **Why People Die by Suicide.** Cambridge, MA. Harvard University Press.

Maris, R.W. 1969. **Social Forces in Urban Suicide.** Chicago: Dorsey Press.

Maris, R.W. 1981. **Pathways to Suicide.** Baltimore: Johns Hopkins University Press.

Maris, R.W. 1986. **Biology of Suicide.** NY: Guilford Press.

Maris, R.W. 1992. **Assessment and Prediction of Suicide.** NY: Guilford Press.

Maris, R.W. 1997. Suicide. In **Encyclopedia of Human Biology,** 8/2, 2 nd ed., 255-NY: Academic Press.

Maris, R.W. et al. 1998. **Risk Management with Suicidal Patients.** NY: Guilford Press.

Maris, R.W. et al. 2000 (2 nd edition, 2007). **Comprehensive Textbook of Suicidology.** NY:   Guilford Press.

Maris, R.W. 2002. Suicide. **The Lancet** 360: 319-326.

Maris, R.W. 2007. A comment of Robert D. Goldney's *Historical Note on Suicide During the Course of Treatment of Depression.* **Suicide and Life-threatening Behavior** 37(5): 600-601.

Maris, R.W. 2008. (2/10). Making sense of the great suicide debate. **New York Times,** Week in Review, pp. 1 & 8.

Maris, R.W. 2008. (5/6). Testimony before the 110 Congress of the United States of America on "The Truth About Veteran Suicides." Washington, D.C.

McCormick, Cynthia G. 1992 (1/31). NDA # 20-235, Clinical review of Gabapentin, 70-113.

Pinninti, N.P. 2001. Gabapentin-associated aggression. Letter to **Journal of Neuropsychiatry & Clinical Neuroscience** 13-3: 424.

Rao, M.L. et al. 1988. Gabapentin augments whole blood serotonin in healthy young men. **J. Neural Transmission** 73: 129-134.

Schlicker, E. et al. 1984. Gabaβ receptor-mediated inhibition of serotonin... **Archives of Pharmacology** 326: 99-105.

Srivastava, S.K. 2000. Facilitation of behavioural depression by...antiepileptic drugs. **Indian J. Pharmacology** 32:31-33.

Raskin, D.E. 1972. Akathisia: a side-effect to be remembered. **American Journal of Psychiatry** 129(3): 345-347.

37

Taylor, C.P. et al. 1998. A summary of mechanistic hypotheses of gabapentin pharmacology. **Epilepsy Research** 29:233-249.

Van Heerington, K. 2003. The neurobiology of suicide and suicidality. **Canadian J. Psychiatry** 48-5: 292-300.

Van Putten, T. 1975. The many faces of akathisia. **Comprehensive Psychiatry,** 16/1: 43-46.

**(end)**