# EXHIBIT 11

**Case # : 230337-06  Case or File Name: <u>Susan Bulger</u>**

who filled this out?  _____ Michele Fry

when? _____          Received  2/12/08

                                    Re'd     2/27/08

# Psychological Autopsy
# & Death Investigation

Revisions: 4/17/08

*(This instrument is intended for the retrospective examination of scientific evidence relevant to manner of death determination, with a special focus on the causal relationship of Neurontin/gabapentin to death outcome)*

Incomplete Family Hx, other missing info. I recommended try to supply missing info., But he may not have it.
Revised 4/17/08.

# CONTENTS

<u>Sections</u>                                                                            <u>Page</u>

1. Biodemographic Overview........................................   3
2. Event/Incident Description.......................................   4
3. Social and Family History........................................   7
4. DCD's Treatment History.........................................  11
5. Medications Involved............................................  14
6. Medical Examiner/Coroner Records...................  15
7. Possible Drug Mechanisms of Suicide Etiology.......  17
8. Changes After Ingesting Neurontin.....................  20
9. Police Incident Reports...........................................  22
10. Maris' Fifteen Suicide Predictors.........................  24
11. Suicide Risk Scale.................................................  31
12. DSM-IV Criteria for MDD..................................  31
13. Suicide Protective Factors....................................  32
14. Personal Documents.............................................  33
15. School Records....................................................  34
16. Work, Employment, Military Records.................  36
17. Puzzling Paradox Paradigm..................................  38
18. List of Possible Witnesses....................................  39
19. Private Investigator Reports.................................  39
20. Pictures of the DCD & Family.............................  39
21. Relevant Information Not Asked About.................  40
22. Methodological Appendix.....................................  41
23. Additional Overflow Space...................................  42

3

## Section 1.  Biodemographic Overview

1.    Deceased or injured's name: Susan E. Bulger_____

2.    Height:  _65"_     5' 5"

3.    Weight in lbs.: usual __(130)_ & at death ___130__

(See Goldman) no,

183 lbs on 9/10/03

4.    Age at death or injury: _39_ years & _8_ months (DOB = ▮▮▮▮▮)

5.    Race:  White _X_  African-American _____  Asian _____

      Other _____  (specify: _____ )

6.    Usual occupation: __homemaker_____

      & duties _____care of home and children_____

7.    Brief work history from first to last job ( See Section 16) and current

      employment status (e.g., employed, unemployed, fired, retired, other):

      __Danver's Bank – teller – 1990's_____

      __WH Smith Gift Shop – sales clerk – apx 2000-2002 _____

      __homemaker - 2002 – death_____

8.    Marital status at death:  Married _X__  Single ____  Divorced ____

      Separated ____  Gay or Lesbian ____  Other ____  (Partner, etc.)

1.    Marital History/ Adult Relationships (inc. "affairs") (get dates of each

      marriage, relationship, cohabitation; See Section 3):

      ___Ronald Bulger, Sr. – married 3/31/86 until DCD's death_____

4

10.    List all children, their names, & DOBs (See Section 3):

_____Ronald Bulger, Jr. ███████ _____

███████████ _____

11.    What was the highest year of education the DCD completed? ( See section 15):

    a. Elementary School (circle) 1   2   3   4   5   6   7   8

    b. High School         1   2   3   (4)

    c. College:           1   2   3   4   5 or more

    d. Highest degree: _____

12.    What was the DCD's annual income in their last job? __minimum_

**Section 2.  Event/Incident Description** (use more space on p. 46,  if needed)

13.    Describe in detail what happened (e.g., events surrounding the suicide, homicide, homicide-suicide [indicate MOD], injury, etc.):

_Exhibit 3, page 4 "Ronald Bulger related that at approximately 18:00 hrs Susan told him that she was going downstairs to bed.  Before going downstairs she took 4 Neurontin as prescribed (she suffered from depression).  About one hour later, Ronald and ██████ went downstairs and when he noticed that she wasn't in bed he looked in laundry room and found her with an extension cord wrapped around her neck with the cord tied around pole in laundry room.  He related that he got a knife and cut the cord and placed her on the floor.  Once on the floor he noticed

*made it worse*

5

that she was not breathing and gave her some chest compressions before calling 911." _____

_Exhibit 10, page 3  DCD "...allegedly tied electrical cord around neck 3 times and tied it to ceiling support beam...reportedly found suspended from beam with legs slightly bent touching floor...was successfully cut down by husband." _____

14.   When did the death/injury occur?

      a.  date :   08/04/04

      b.  day of the week:  M  T  (W)  TH  F  S  S

      c.  time of day (use 24 hour clock):  _18:00_  hours

15.   Where did the incident occur (See Q. 74)?

      a.  Home _X__ (specify room: _laundry room___ )

      b.  Work _____

      c.  Public place _____  (specify: _____ )

      d.  Jail or prison _____ (specify which: _____)

      e.  City: __Peabody_____

      f.  State: __MA____ (use initials)

      g.  County _Essex_____

      h.  Country __USA_____

16.   What method was used (See Q. 85-5)?

6

a. firearms _____   (be specific: _____ )

b. drugs/medications: _____ (specify: _____ )

c. hanging _X_

d. carbon monoxide poisoning _____ (car or oven? _____ )

e. jumping _____

f. poison _____ (say which: _____ )

g. drowning _____

h. suffocation by a plastic bag _____

i. cutting or piercing instruments _____

j. explosives _____

k. other _____ (specify: _____ )

17.   Who discovered the body or injured person and how?
      *(Relationship to the DCD?  Was discovery time different than death
      time?)*

_____Ronald Bulger, Sr., husband, and Regina Bulger, daughter, within 1

hour of death. _____

Exhibit 3, page 4 "Ronald and ███████ went downstairs and when he noticed

that she wasn't in bed he looked in laundry room and found her with an

extension cord wrapped around her neck with the cord tied around pole in

laundry room." _____

18. Was a suicide note or other note left (if 'yes," get a copy & attach)?

    a. Yes \_\_\_\_

    b. No \_X\_

    c. To whom was the note addressed? _____

    d. Was there more than one note? _____

    e. What was the general content of the note?

       _____

       _____

    f. What was the predominant tone or type of note (e.g., ask forgiveness, accusatory, express love, religious themes, give pragmatic details, disorganized, etc.)?

       _____

19. Describe in some detail what happened in <u>the two weeks prior</u> to the incident. Was there any "trigger" of the suicide the day or just before the suicide?

\_\_\_\_Husband noticed nothing unusual in DCD's behavior the 2 weeks prior to suicide. Husband said suicide was completely spontaneous and unexpected. Husband does note that DCD had an appointment scheduled with Dr. Goldman the next day to discuss changing Neurontin dosages.

_____

8

## Section 3. Social & Family History

20. DCD's name (married and maiden)? _Susan E. Bulger; maiden name Susan E. Bergeron_____

21. Spouses'/Partner's names? (total # of all marriages = _1_; 1=1st, 3 rd = last)

    Name                    Dates married/Cohab.    Div. Date    Sep.

    1 _Ronald Bulger, Sr.    3/31/86 until DCD's death _____

22. Children names? (total # of children _2_ & by which marriage or relationship?)

    Name (& married)    DOB    DOD    Any special problems?

                                      (*ADHD, substance abuse,*
                                      *serious illness, accidents,*
                                      *school problems, etc.*)

    1. _Ronald Bulger, Jr._   ████████   _____
    2. ████████████          ████████   _____

23. Father's Name?
                        Date married    Div.    Sep.

    _George Bergeron____   _____  _____  _____

24. Mother's Name?
                        Date Married    Div.    Sep.

    _Irene Menelik_____   _____  _____  _____

26. (Current or last) Spouse's/Partner's Father's Name?
                        Date Married    Div.    Sep.

_____  _____  _____  _____

27.   Spouse's/Partner's Mother's Name?

                              Date Married      Div.      Sep.

       __Pat Bulger_____  _____  _____  _____

28.   Grandfather's Name? (Ma & Pat) _____ _____

29.   Grandmothers Name? (Ma & Pat) Helen Maloney

30.   Spouse's Grandfather? (Ma & Pat) _____ _____

31.   Spouse's Grandmother? (Ma & Pat) _____ _____

32.   Total number of aunts _____ and uncles _____ ?

33.   Who of aunts or uncles was DCD closest to?

       _____

       _____

       _____

34.   Total number of first cousins? _____

35.   Who among cousins was the DCD closest to?

       _____

       _____


36.   List the siblings of the DCD.
                        Linda?                 Jimmy
       Name   Carol Ann              DOB   Suicide?Death?MentalIllness?.

_DCD had 2 sisters, 1 brother and multiple half siblings.  DCD had very

little contact with family and was not close to her parents, siblings or

10

extended family.  Husband has no additional information concerning DCD's

family.  DCD spent some time in foster care. _____

36.    Any history of mental disorder in the family?  If yes, specify who,
       what & when (See Q. 85-9).

       __DCD's mother was diagnosed with schizophrenia. _____   ✓

37.    Any history of suicide, homicide, violence or crime in the family?  If
       yes, specify who,  what, and when.  Was the DCD ever sexually (N)
       or physically abused (Y)?  Did the DCD abuse animals (N)?

       _Exhibit 5, page 68 DCD "...had an abusive family relationship

       growing up with her mom." _____
       R Brdge @ 184 : 17-18  " Rɔn ɔwɔy + mɔ Rer
       beit he  with  tennıs rɔchet. "

38.    Any history of alcoholism or substance abuse in the family?  If yes,
       specify who, what, and when (See Q. 85-2).

       _To the best of husband's knowledge, DCD's father, uncle, aunt and

       grandmother were alcoholics.  An uncle also was addicted to drugs,

       possibly crack._____

39.    Any history of major physical illness or injury in the family?  If yes,
       specify who, what, and when.
                              DCD's  siste  Lindz  hɔs  cɔne
       ___None known _____

       _____


## Section 4.  DCD's Treatment History

(Get all medical, psychiatric, psychological, psychotherapy, etc., treatment
<u>records</u> and attach  them to the file)

11

40. Psychiatric/psychological Prescription history (Pain Management vs Anti-Depressant?)
   a. __Effexor_____
   b. __Prozac_____
   c. __Lexapro_____
   d. __Klonopin_____
   e. __Neurontin_____

*[handwritten right margin: dates + mg dosg ?]*

41. Psychiatric/psychological Treatment history?

   a. _1988 admission – Salem Hospital – depression, anxiety, cocaine abuse_____
   b. _1998 admission – Bayridge Hospital – depression and polysubstance dependence_____
   c. _Exhibit 8, page 3 "Salem Hospital, Charter Brookside, Adiore, Spaulding Rehab, AMC – each admission was for drug use and depression."_____

41. If there were more than five psychiatric hospitalizations, what was the total number of all psychiatric hospitalizations?

   _many__ times.

42. List the major physical illness or injuries (inc., car wrecks or accidents), including dates and treatments (inc., surgeries).
   a. RA and chronic pain since 1980's

   b. left elbow surgery 1995

   c. motor vehicle accident September 2002

   d. right elbow surgery 2003

*[handwritten notes surrounding: "?", "10/16/04 Brigham & women's surgery (relay w/ Dr. ?)", "R elbow", "rheumatoid ? with vitis ?", "L knee in 11/30/04"]*

43. List all other therapists (dates/phone #) seen; including social workers, marital and counselors (inc., school & pastoral), psychotherapists. For what, when, how long?

a. _Dr. Goldman 2003 - 2004_____

b. _Bayridge Hospital 1990's_____

c. _CAB Health and Recovery Services 2000 – 2003_____

d. _Danvers Family Care_____

e. _Salem Hospital 1988 – 1997_____

f. _Charter Brookside Hospital_____

g. _Spaulding Rehabilitation_____

44. What was the **one** major, recurring psychiatric disorder (if any) that
the DCD had (such as major depressive episodes, bipolar I or II,
schizophrenia, borderline or antisocial personality, anxiety or panic
disorder, alcohol or other substance abuse, etc.)? Was there any
Personality Disorder(s) on Axis II; specify?

_depression/anxiety_____

## Section 5.  Medication Involved

45. Which medications was DCD taking at time of or just before death?

a. _Neurontin_____

b. _Oxycontin_____

c. _Methadone_____

d. _Clonazepam_____

e. _Effexor_____

f. _Ibuprofen_____

46.   Do the police or family actually have possession of the pill bottles?
      If yes (_No_), how many pills/capsules were prescribed and remain
      for each of the above?

|     | Script | Remain | Total taken |
|-----|--------|--------|-------------|
| 1.  | _____  | _____  | _____   |
| 2.  | _____  | _____  | _____   |
| 3.  | _____  | _____  | _____   |
| 4.  | _____  | _____  | _____   |
| 5.  | _____  | _____  | _____   |
| 6.  | _____  | _____  | _____   |

47.   Were any of the medications samples (yes _____ ) and, if so, which of
      the above and from whom?

      _No_____

      _____

48.   Were the above medications actually taken and who witnessed the pill
      taking?

      _Exhibit 3, page 4 "Ronald Bulger related that at approximately 18:00

      hrs Susan told him that she was going downstairs to bed.  Before

      going downstairs she took 4 Neurontin as prescribed (she suffered

      from depression)._____

*Bulger @ 224 : "I've seen ƒ to ple ---"*

*14*

*Bulger @ 225 : "she'd go to the bathroom"*
*... obvious she was taking he meds @ night*

49.   Did the DCD have any reactions/allergies to the above medications?
      If yes, to which medication, describe <u>side effect(s)</u>, & when it started.
         (E.g., rash, hives, nausea, sleep disorder, neurological, psycho-
         logical, anxiety, etc.  See p. 46 for more space.  If
         psychological, describe behaviors.  From family or records?)

| Exhibit | Medication | Side-effect | Date | ? |
|---------|-----------|-------------|------|---|
| 1. _____ | _____ ( *see 2 witness*) _____ | | | |
| 2. _____ | _____ | _____ | _____ | |

50.   List all the psychoactive medications that DCD has **ever** taken

| Name (brand/generic) | Dose (mg) HS qd bid tid PRN | | Start/Stop date |
|----------------------|------|---------|------|

(rendered as:)

Name (brand/generic)        Dose        Schedule        Start/Stop
                            (mg) HS qd bid tid PRN       date

a. __Effexor_____
b. __Prozac_____
c. __Lexapro_____
d. __Klonopin_____
e. __Neurontin_____

## Section 6.  Medical Examiner/Coroner Records

(Get copies of all medical examiner records; including the death certificate,
autopsy, wound descriptions, toxicology screens, body and scene photos,
manner of death opinions.  Drugs may be *metabolites* of drugs taken)

51.   What toxicology drug screens were done and what were the results?

Drug Type        Name        Level            Check, if +
                             (mg/ml, etc.)

14

going downstairs she took 4 Neurontin as prescribed (she suffered

from depression)._____

__R. Bulger transcript, pg 224, line 22 "I've seen her take…"_____

__R Bulger transcript, pg 225, lines 3-6 "…she'd go in the bathroom,

ou know, you knew she was getting water or tonic, and it was obvious

she was taking her medications for the night."_____

49.   Did the DCD have any reactions/allergies to the above medications?
      If yes, to which medication, describe <u>side effect(s)</u>, & when it started.
      (E.g., rash, hives, nausea, sleep disorder, neurological, psycho-
      logical, anxiety, etc.  See p. 46 for more space.  If
      psychological, describe behaviors.  From family or records?)



| | Exhibit | Medication | Side-effect | Date |
|---|---|---|---|---|

1.   __R Bulger transcript, pg 86, lines 4-6 "I remember she had gained

weight once and lost it once they changed her medication."_____

2.   __R Bulger transcript, pg 91, lines 16-19 "Well, she was on

Methotrexate years ago once and it made her hair fall out, and they

stopped that immediately, too, because it wouldn't work."_____

3.   __R Bulger transcript, pg 222, lines 6-10 "I think he prescribed a

sleeping pill to help her sleep…she's like a zombie…" _____

4.   __R Bulger transcript, pg 90, lines 10-16, Husband states he recalls

mood changes while DCD on Neurontin._____

1. NEURONTIN          _not tested_____   _____          _____

2. BZ, anxlytic        _not tested_____   _____          _____

3. Antipsychotic       _not tested_____   _____          _____

4. Ethanol             _negative_____   _____          _____

5. Analgesic           _not tested_____   _____          _____

6. Narcotic            _not tested_____   _____          _____

7. Barbiturate         _negative_____   _____          _____

8. Amphetamine/Stim.   _not tested_____   _____          _____

9. Mood Stabilizer     _not tested_____   _____          _____

10. Cocaine            _negative_____   _____          _____

11. CO                 _not tested_____   _____          _____

12. Opiate             _negative_____   _____          _____

13. Benzodiazepine     _positive_____   _____          ___X_____

14. Methanol           _negative_____   _____          _____

15. Isopropanol Forensic _negative_____   _____        _____

16. Acetone            _negative_____   _____          _____


52.    What <u>manner</u> of death did the Medical Examiner/Coroner certify?

       Suicide   Homicide   Accident   Natural   Pending   Undetermined

       __X___   _____   _____   _____   _____   _____

16

53.   If a firearm or violent death, describe the wound (be precise: e.g.,
      contact, front to back, down or up, gunshot residue, entry-exit,
      position on body or head, multiple wounds, # of stabs, etc.).

      _Exhibit 10, page 3  DCD "…allegedly tied electrical cord around

      neck 3 times and tied it to ceiling support beam…reportedly found

      suspended from beam with legs slightly bent touching floor."_____

54.   Were any special studies done (e.g., by the state crime lab, the FBI, or
      a private consultant, a second autopsy, etc.)?  If yes, describe and
      date.  If blood is available for testing by Genelex (www.genelex.com )
      state whether or not the DCD had a deficiency in the cytochrome p450
      2D6 enzyme.

      __No_____

                                        By police

56.   Were there any photographs taken?  Indicate, if yes (_____ ) and if
      interviewer has copies attached ( _____ ).

### Section 7.  Possible Drug Mechanisms of Suicide Etiology

(Here the interviewer should discover and record any neurological,
behavioral, physical, or attitudinal changes that occurred after the ingestion
of NEURONTIN.  List the source and the credibility of the source.  "After
ingesting the NEURONTIN" means within 30 days after, if not specified;
but the time should always be specified, if known.  Of course, one needs to
be sensitive to intervening variables, the presence of other medications,
whether the NEURONTIN may have potentiated or interacted with other
medications, and if other medications may have reduced the effects of
NEURONTIN.)

57.   Did the DCD suffer from the following behavioral, physical, or
      attitudinal changes that occurred after the ingestion of NEURONTIN?

| Issue | Yes | No |
| --- | --- | --- |

|                    | Yes | No | 17 |
|--------------------|-----|----|-----|
| Hopelessness       |     | Ⓧ  | ? RWM |
| Depersonalization  |     | X  |     |
| Hostility          | X   |    |     |
| Agitation          |     | X  |     |
| Impulsiveness      |     | Ⓧ  | ?  |
| Anger              |     | X  | RWM |
| Aggression         |     | X  |     |
| Depression         | X   |    |     |
| Insomnia           |     | X  |     |
| Apathy             |     | X  |     |
| Disinterest        |     | X  |     |
| Poor concentration |     | X  |     |
| Irritability       | X   |    |     |
| Indecisiveness     |     | X  |     |
| Inability to think |     | X  |     |
| Emotional Lability |     | X  |     |
| Psychosis          |     | X  |     |

References to specific Exhibits regarding the above issues:

|     | Exhibit | Issue     | Facility     | Date    |
|-----|---------|-----------|--------------|---------|
| (a) | 5       | moodiness | Dr. Crognale | 12/2/02 |

Discuss: _Exhibit 5, page 4 "She felt that it (Neurontin) was making her more moody."_____

(b)    5              Dr. Crognale                    10/30/00

Discuss: Exhibit 5, page 68 "… which made her completely out of it."_____

(c)

Discuss: _Husband states DCD became more depressed, quieter and slept more frequently._____

(d)

Discuss: _Husband states DCD became irritable and short tempered, and was bothered by small things._____

(e)    B Iye @ 90 : mvrd chrgr in N.
(f)      "  @ 129 : Lrst 4 mo.s _     eve erft   ms jusl
                                              night + dry "

## Section 8.  Other Changes After Ingesting NEURONTIN

(Section 7 asked about **specific** side-effects of NEURONTIN medications. Section 8 is broader and involves **any other** changes)

58.    Describe all behavioral and attitudinal changes in the DCD observed <u>after</u> starting the NEURONTIN medicine(s),  when they occurred, and who witnessed them.  E.g., did the DCD give evidence of deteriorating work (___) or lessened social adaptation (___)?

19



Specify the time frames .

_Exhibit 5, page 4 "She felt that it (Neurontin) was making her more

moody."_____

_Exhibit 5, page 68 "... which made her completely out of it." ___

_Husband states DCD became more depressed, quieter and slept more

frequently.  Husband also states DCD became irritable and short

tempered, and was bothered by small things.

59.   Was there any *de novo* suicide ideation that emerged after the DCD
      took the NEURONTIN?  If yes, elaborate (See Q. 113).  Did the DCD
      have intolerable mental anguish, which required immediate relief?
      Quote any specific statements made by the DCD.  When did these
      ideas occur?

      _Husband states that on several occasions DCD stated that the

      children would be better off without her and that she did not need to

      be here anymore._____

60.   Did the DCD's behavior, thoughts, or sensations become "ego-
      dystonic" (not him or her usual self; like a different person, estranged
      from themselves, out-of-sorts, confused, depersonalized)  after taking
      the NEURONTIN?  If yes, elaborate (See Q.116).  Did this occur
      within 30 days after ingesting the NEURONTIN?  When?

      __Exhibit 5, page 4 "She felt that it (Neurontin) was making her more

      moody."_____

      _Exhibit 5, page 68 "... which made her completely out of it."_____

_Husband states DCD became more depressed, quieter and slept more frequently. Husband also states DCD became irritable and short tempered, and was bothered by small things._____

61. Did the DCD become violent, aggressive, irritable, or "snappy" after ingesting the NEURONTIN, in a way that they were not before taking the NEURONTIN? If yes, which? Elaborate and give examples.

_Husband also states DCD became irritable and short tempered, and was bothered by small things such as housekeeping and with the children._____

62. Did the DCD start to talk about dying or suicide after ingesting the NEURONTIN? Was this talk *different* than before ingesting the NEURONTIN (_Yes_)?

_Husband states that on several occasions DCD stated that the children would be better off without her and that she did not need to be here anymore._____

63. Did the DCD do anything unusual after taking the NEURONTIN that they had not done before taking the NEURONTIN? If yes what and when?

__Exhibit 5, page 4 "She felt that it (Neurontin) was making her more moody."_____

_Exhibit 5, page 68 "… which made her completely out of it."____



Discuss: __R Bulger transcript, pg 131, lines 13-14 "When it

(Neurontin) was increased, she just wasn't the same woman."_____

## Section 8.  Other Changes After Ingesting NEURONTIN

(Section 7 asked about **specific** side-effects of NEURONTIN medications. Section 8 is broader and involves **any other** changes)

58.    Describe all behavioral and attitudinal changes in the DCD
       observed <u>after</u> starting the NEURONTIN medicine(s), when they
       occurred, and who witnessed them.  E.g., did the DCD give evidence
       of deteriorating work (___) or lessened social adaptation (___)?
       Specify the time frames .

       _Exhibit 5, page 4 "She felt that it (Neurontin) was making her more

       moody."_____

       _Exhibit 5, page 68 "… which made her completely out of it." _____

       _Husband states DCD became more depressed, quieter and slept more

       frequently.  Husband also states DCD became irritable and short

       tempered, and was bothered by small things._____

       __R Bulger transcript, pg 90, lines 10-16, Husband states he recalls

       mood changes while DCD on Neurontin._____

       __R Bulger transcript, pg 129, lines 21-23 "Because of the behavior

       of the last four months of her life was just – it was just night and day."

       __R Bulger transcript, pg 131, lines 13-14 "When it (Neurontin) was

       increased, she just wasn't the same woman."_____

_Husband states DCD became more depressed, quieter and slept more frequently.  Husband also states DCD became irritable and short tempered, and was bothered by small things._____

59.    Was there any *de novo* suicide ideation that emerged after the DCD
       took the NEURONTIN?  If yes, elaborate (See Q. 113).  Did the DCD
       have intolerable mental anguish, which required immediate relief?
       Quote any specific statements made by the DCD.  When did these
       ideas occur?



       _Husband states that on several occasions DCD stated that the

       children would be better off without her and that she did not need to

       be here anymore._____

       _R. Bulger transcript pg 111, lines 12-17 "Just her just a couple of

       times saying – one time in the morning like about four days before she

       did it she just didn't want to live anymore, and that we would be

       better off without her…"_____

       _R. Bulger transcript pg 112 lines 1-3 "And then she'd call my

       mother, you know, just talk to her about not wanting to live."_____

       _R. Bulger transcript pg 112, lines 5-7 "Like before her last

       appointment, the one in July, she – on the way home that day she was

       talking about it…"_____

       _R. Bulger transcript pg 112, lines 17-18 DCD stated "You can't stop

       me from not wanting to live if I don't want to live."_____

60.    Did the DCD's behavior, thoughts, or sensations become "ego-
       dystonic" (not him or her usual self; like a different person, estranged
       from themselves, out-of-sorts, confused, depersonalized)  after taking

22

**Section 9.  Police Incident Reports**

(Get all police [local, state, federal (FBI), etc.] investigation or incident reports (including affidavits of witnesses) of suicide death or attempt or homicide death or attempt)

64.   Where did the death or injury occur?

Home        Hospital/ER     Jail/Prison        Public Place (where?)

_X___        _____        _____        _____  _____

65.   Was anyone charged with a crime?  If yes, who and for what?

__No_____

66.   Did the DCD have an arrest record?  If yes, for what and when?  Get copies of any court hearing or sentencings).

_No_____

67.   Did an EMT or EMS respond to the incident?  If yes, get their records.

_Peabody Fire Department and North Shore Ambulance_____

68.   Did the police take photographs or videos of the body, death scene, home, public place, etc.?  If yes, get color copies of all photos, etc.

_None known_____

69.   Was the DCD on any suicide watch?  If yes, say which kind and for how long (Circle:  24/7   15 min.   30 min.   60 min.)?

22

the NEURONTIN?  If yes, elaborate (See Q.116).  Did this occur within 30 days after ingesting the NEURONTIN?  When?

__Exhibit 5, page 4 "She felt that it (Neurontin) was making her more moody."_____

_Exhibit 5, page 68 "… which made her completely out of it."____

_Husband states DCD became more depressed, quieter and slept more frequently.  Husband also states DCD became irritable and short tempered, and was bothered by small things._____

__R Bulger transcript, pg 90, lines 10-16, Husband states he recalls mood changes while DCD on Neurontin._____

__R Bulger transcript, pg 129, lines 21-23 "Because of the behavior of the last four months of her life was just – it was just night and day."

__R Bulger transcript, pg 131, lines 13-14 "When it (Neurontin) was increased, she just wasn't the same woman."_____

61.   Did the DCD become violent, aggressive, irritable, or "snappy" after ingesting the NEURONTIN, in a way that they were not before taking the NEURONTIN?  If yes, which?   Elaborate and give examples.

_Husband also states DCD became irritable and short tempered, and was bothered by small things such as housekeeping and with the children._____

23

_No_____

70. Was the death instantaneous?  If not, estimate the time interval from act to death in minutes and/or hours.

_within minutes_____

71. Was the death/injury witnessed?  If yes, by whom?

__No_____

72. Were any police diagrams or schemata of the incident or place of death drawn/produced?  If yes, get copies.

__None known_____

73. Was there a post-mortem police or institutional review of the incident?  If yes, get a copy.

__None known_____

74. Which police officer was in charge of investigating the incident (his name and rank)?

__Patrolman Sean Dowd of Peabody Police Department and Trooper

Granini of MA State Police_____

23

62.    Did the DCD start to talk about dying or suicide after ingesting the
       NEURONTIN?  Was this talk *different* than before ingesting the
       NEURONTIN (_Yes_)?

       _Husband states that on several occasions DCD stated that the

       children would be better off without her and that she did not need to

       be here anymore._____

             _R. Bulger transcript pg 111, lines 12-17 "Just her just a couple

       of times saying – one time in the morning like about four days before

       she did it she just didn't want to live anymore, and that we would be

       better off without her…"_____

       _R. Bulger transcript pg 112 lines 1-3 "And then she'd call my

       mother, you know, just talk to her about not wanting to live."_____

       _R. Bulger transcript pg 112, lines 5-7 "Like before her last

       appointment, the one in July, she – on the way home that day she was

       talking about it…"_____

       _R. Bulger transcript pg 112, lines 17-18 DCD stated "You can't stop

       me from not wanting to live if I don't want to live."_____

63.    Did the DCD do anything unusual after taking the NEURONTIN that
       they had not done before taking the NEURONTIN?  If yes what and
       when?

       __Exhibit 5, page 4 "She felt that it (Neurontin) was making her more

       moody."_____

24

_Exhibit 5, page 68 "… which made her completely out of it."

_Husband states DCD became more depressed, quieter and slept more

frequently.  Husband also states DCD became irritable and short

tempered, and was bothered by small things.



_R Bulger transcript, pg 90, lines 10-16, Husband states he recalls

mood changes while DCD on Neurontin.

_R Bulger transcript, pg 129, lines 21-23 "Because of the behavior

of the last four months of her life was just – it was just night and day."

_R Bulger transcript, pg 131, lines 13-14 "When it (Neurontin) was

increased, she just wasn't the same woman."

24

**Section 10. Maris' Fifteen Suicide Predictors**
(The main interviewing task here is to get positive or negative checks to
each of Maris' 15 suicide predictors [Maris et al, **Comprehensive
Textbook of Suicidology,** Guilford, 200), p. 80, Table 3.6] and then to
calculate how many predictors out of 15 the DCD had.  <u>Calculate a % and
record in Question 86, below.</u>  *Clearly, this information is redundant of
some of the data in QQ 1-84 and is placed here to have all the information
together in one place.  The interviewer may wish to transcribe some the
information from prior questions, rather than ask them all here again)*

75.     **Fifteen Predictors**:

1. Did the DCD have a <u>depressive</u> or other mental <u>disorder</u> at or just
prior to their death (especially any "major depressive episodes")?

*(Get all the DCD's prior psychiatric or psychological records, inc.,
all diagnoses, admission & discharge summaries, mental status tests,
progress notes, suicide watch records, psychological tests
done,(especially the Hamilton or Beck Depression Inventories, & MD
orders).  In section 12,Q. 87 below, ask about the DSM-IV 9
diagnostic criteria for major depressive episode).  Record the DSM
code & name for each disorder.*   Not ? DSM code.

__Depression   MDD = (296.xx     BP = 296.xy
                    (293.34

2. <u>Alcohol/drug abuse:</u> Record the types (beer, wine, hard liquor)
and amounts.

Beer  Wine  Hard Liquor  Cocaine  BZ  MJ  Amph.  Other

a.Yes _X_ _X_  ___X_____  __X___ __ __ _____ _heroin__

b.Amt. ___ ____  _____ _____ __ __ _____ _____

c. Was DCD ever in AA or Al-anon? __No_____

d. What was the DCD's BAL @ death or injury? ____0_____

e. What was the primary substance DCD preferred? _crack or heroin_

25

   h. Was the DCD ever an alcoholic? If yes, specify: _many years____

   i. When did the DCD consume the above substances?

      _DCD used drugs and alcohol until approximately 2 years prior to

      her suicide._____

   j. At the time of death what was the primary substance, if any?

      _DCD had not used drugs or alcohol for approximately 2 years

      prior to her suicide._____

  3. <u>Suicide ideation:</u>

   a. List all suicide ideation and date all ideas: _____

  _Husband states that on several occasions DCD stated that the

  children would be better off without her and that she did not need to

  be here anymore._____

   b. What were DCD's specific plans/methods? _____

     _DCD did not specify any plans or methods._____

   c. Were these ideas fleeting or chronic (most all the time)?

  __Fleeting_____

4.   <u>Prior Suicide Attempts:</u>

   a. How many total suicide attempts did the DCD make and who
     reported them? _2 known prior attempts_____

26

b. History of DCD's suicide attempts?

| | Month | Year | What Happened? | Cause? |
|---|---|---|---|---|
| 1. | _____ | _1990's | _ativan overdose _____ | __pain_____ |
| 2. | _____ | _1970's | _drove car off cliff____ | __unknown_____ |

5. <u>Lethal Methods</u> *(See QQ 13-17, above)*:

   a. Firearms?  Yes ____ No _X___

      i. Type of gun/firearms? _____

      ii. Stored in home? _____ Where? _____
         (*Was there a safe or locked cabinet? _____* )

      iii. Ammo kept in the firearm?  _____

      iv  Trigger locks on firearms? _____

      v.  Whose firearm was it? _____

      vi.  Total # of firearms in the home or vehicles? _____

   b. Hanging? Yes __X__ No ____ Describe _Exhibit 10, page 3

     DCD "…allegedly tied electrical cord around neck 3 times and

     tied it to ceiling support beam…reportedly found suspended

     from beam with legs slightly bent touching floor…was

     successfully cut down by husband."_____

_Overdose? Yes _____ No _X__   What type drugs

(NEURONTIN, etc)?

_____

_____

c.  Cutting/piercing? Yes _____ No __X_ Describe _____

_____

d.  CO poisoning? Yes _____ No __X_ Describe _____

_____

e.  Drowning? Yes _____ No __X__ Describe _____

_____

f.  Suffocation (e.g., plastic bag)? Yes _____ No __X__ Describe

_____

g.  Jumping? Yes _____ No __X__ Describe _____

_____

h.  Fire? Yes _____ No __X__ Describe _____

_____

i.  Gases? Yes _____ No __X__ Describe _____

_____

j.  Household poison (specify)? Yes _____ No _X__ Describe

_____

   k.  Explosives?  Yes _____  No __X__  Describe _____

_____

   l.  Electrocution?  Yes _____  No __X__  Describe _____

_____

   m. Plane crash or vehicle (car, train, etc.)?  Yes _____  No _X__

       Describe _____

   n.  Other (specify)?  Yes _____  No __X__  Describe _____

_____

6.  <u>Social Isolation:</u>

   a.  Was the DCD living alone at the time of incident?  __No__

   b.  Had there been recent loss of social support?  __No___

       *(If yes, say when:* _____ )

   c.  Number close friends of DCD?  Name 3 best friends (phone?).

       i.  __DCD had very few friends, none of to whom she was close

       ii. _____  _____

       iii. _____  _____

   d.  Was the DCD divorced or separated?  _No___

   e.  How many children did the DCD have?  __2___ (See Q. 22)

   f.  Was the DCD in physical confinement @ time of incident? _No

       *(Circle one:  Jail, Prison, Hospital, Seclusion, Other)*

h. Was the DCD ever an alcoholic?  If yes, specify: _many years____

i. When did the DCD consume the above substances?

_DCD used drugs and alcohol until approximately 2 years prior to her suicide._____

j. At the time of death what was the primary substance, if any?

_DCD had not used drugs or alcohol for approximately 2 years prior to her suicide._____

3. Suicide ideation:

a. List all suicide ideation and date all ideas: _____

_Husband states that on several occasions DCD stated that the children would be better off without her and that she did not need to be here anymore._____

_R. Bulger transcript pg 111, lines 12-17 "Just her just a couple of times saying – one time in the morning like about four days before she did it she just didn't want to live anymore, and that we would be better off without her…"_____

_R. Bulger transcript pg 112 lines 1-3 "And then she'd call my mother, you know, just talk to her about not wanting to live."_____

29

_R. Bulger transcript pg 112, lines 5-7 "Like before her last appointment, the one in July, she — on the way home that day she was talking about it…"_____

_R. Bulger transcript pg 112, lines 17-18 DCD stated "You can't stop me from not wanting to live if I don't want to live."_____

b. What were DCD's specific plans/methods? _____

   _DCD did not specify any plans or methods._____

c. Were these ideas fleeting or chronic (most all the time) ?

__Fleeting_____

4. <u>Prior Suicide Attempts</u>:

   a. How many total suicide attempts did the DCD make and who reported them?   _2 known prior attempts_____

   b. History of DCD's suicide attempts?

   | Month | Year | What Happened? | Cause? |
   |---|---|---|---|
   | 1. _____ | _1990's | _ativan overdose _____ | __pain_____ |
   | 2. _____ | _1970's | _drove car off cliff____ | __unknown_____ |

5. <u>Lethal Methods</u> (*See QQ 13-17, above*):

   a. Firearms?  Yes ____  No _X___

      i. Type of gun/firearms? _____

29

7. Hopelessness:

   a. Would you describe the DCD as feeling hopeless just before incident?   __No__

   b. Did you see the DCD as cognitively rigid or inflexible?  _No__

8. Was the DCD an <u>older white male</u> (45 years +)?   __No__

9. <u>History of Suicide</u> in the Family  (See Q. 37, above)?

   a. Were there any suicides in the DCD's family?  _No___

   b. Was there any mental illness in the family?  _Yes__  (Q. 36)

3. Did the DCD have any  <u>work problems</u>?  _No__  (See Q. 7)

   _____   _____

11. Did the DCD have any <u>marital problems</u>? _Yes___  (See Q. 9)

    _During the 1990's, DCD and husband fought frequently, though

    they had been getting along better during the last few years prior to

    DCD's suicide._____

12. <u>Stress</u>:  List and date all negative life events and stressors (esp. recent events).

    _Exhibit 4, page 19 January 2004 "5 year old daughter bitten in

    face by family dog and hospitalized for 5 days with infection.  Dog

    put down."_____

30

_Exhibit 4, page 20 December 2003 "experienced several close

family losses."_____

13. Anger, Aggression, Impulsivity:

_____

a. Did you see the DCD having a temper or being an angry person?  _Yes__

b. Was the DCD an aggressive person? _No_ If yes, circle relevant type:  predatory, intermale, fear-induced, territorial, maternal, irritability, instrumental (i.e., to achieve an end).

c. Did the DCD meet the criteria for a DSM impulse-control Disorder  (_____ )?  If yes, indicate type:

   (*a variety of conditions involving poor impulse control*)

   i.   intermittent explosive disorder? _____
   ii.  kleptomania? _____
   iii. pyromania? _____
   iv. pathological gambling? _____
   v.  trichotillomania? _____
   vi. NOS? _____

14. DCD have any history of <u>physical illness</u> ?  (See Q. 42) (_Yes_)    *whit ?*
    (relate to **CTS,** Table 14.2)

15. Suicidal Career (Cf., **CTS** , Figure 2.6):

a. Had the above 14 predictors  (with this one there are 15 total) been going on for some time and/or had they occurred together (i.e., were comorbid)? _comorbid____

   (Which ones & when?  _illness and stress for some time; short

   tempered more recently_____ )

31

    b.  Did the DCD have a "suicidal career"?  _Yes__

    c.  When did the suicidal career start?  __1970's_____

## Section 11.  Suicide Risk

76.    Based on the percentage calculated from the 15 predictors, above, indicate the DCD's suicide risk (i.e., how similar were they to known completed suicides) *before* they actually committed suicide?  Circle appropriate number.

    1    2    3    4    5    6    7    8    9    10 (high)

    (See **CTS**, p. 86, Figure 3.6)

## Section 12.  DSM-IV Criteria for Major Depressive Disorder

77.    Did the DCD meet the diagnostic criteria for MDD?  _yes_

    If yes, state the DSM code: _296.34_ Total MDE criteria: _7_

    *(To have a major depressive episode the patient must have at least 5 of the following 9 criteria (including either # 1 or #2) for @ least* <u>*two weeks continuously*</u> *and it must be a* <u>*change*</u> *from the patient's normal functioning)*

    1.    Depressed mood most of the day nearly every day?  _Yes___

    2.    An inability to take pleasure ("anhedonia") most of the day almost every day (inc., lowered libido)?  _Yes___

    3.    Significant weight loss or gain (@ least +/- 5% for over 30 days) ?  (See Q. 3)  _No____

    4.    Insomnia nearly every day (esp. "terminal insomnia; wakes up early AM & can't go back to sleep) ?  _No____

    5.    Psychomotor retardation (really slowed down) or

agitation (extreme restlessness) & observed by others ?                    _Yes____

6.    Fatigue or loss of energy nearly every day?                    _Yes___

7.    Feelings of worthlessness or excessive guilt?                    _Yes___

8.    Diminished ability to think or concentrate or indecisiveness nearly every day?                    _Yes___

9.    Recurrent thoughts about death or suicide, recurrent suicide ideation, a suicide plan, or a suicide attempt?                    _Yes____

## Section 13.  Suicide Protective Factors

78.   List all the factors which the DCD had which might <u>protect</u> them from suicide (*The answers given are from the perspective of the interviewee, if they are not matters of fact*).

1.    Was the DCD involved in a large supportive social network?                    _No_

2.    Was the DCD married?                    _Yes_

3.    Did the DCD have children?                    _Yes_

4.    Was the DCD actively religious?                    _No_

5.    Do you think the DCD being treated effectively?                    _No_

6.    Was the DCD a female?                    _Yes_

7.    Did the DCD have a calm (non-anxious) mood?                    _No_

8.    Was the DCD flexible, resilient and an effective

33

problem solver?                                                      _No_

9.   Did the DCD have strong ego strength and high
     self-esteem?                                                    _No_

10.  Was the DCD open and not in denial about their
     problems?                                                       _No_

79.  What was the DCD's protective factors score (Q.88) on a ten-point
     scale? *(Add the positive responses to Q. 88 and circle appropriate
     number)*

     1    2    (3)    4    5    6    7    8    9    10

## Section 14.  Personal Documents

(Clearly the time frame is an issue here and this could become an
impossible task; the focus should be "ever" for relevant documents
that reference crucial information, but at least in the last six months
for all other documents).

80.  List and copy *verbatim (i.e., attach to the file, not copy here)*.

     a.  Journal?  __No___

     b.  Diary?  __No___     No longer, kept for many years

     c.  Letters?  _No___

     d.  Calendars?  __No___

     e.  Poetry written?  __No___

     f.  Computer hard-drive (2 months prior to incident @ least)?  __No_

     g.  Statements (e.g., re perceived drug effects, etc.)?  _Yes___

     h.  Suicide note(s)?  __No___

    i.  Videotapes?  __No___

    j.  Photography?  __No___

    k.  Art work?  __No___

    l.  Recent books read (e.g., at bedside)?  __No___      Title(s)?

    _____

## Section 15.  School Records

81.    What was DCD's highest year of elementary school completed (circle)?  Which school & when (date)?  _Lynn, MA school

    district_1976_____

    1     2     3     4     5     (6)

82.    What was the highest year of middle or junior high school (circle) ? Which school and when?  _Lynn, MA school district 1978_____

    7     (8)

83.    What was the highest year of high school completed (circle) ? Which school and when?  _Lynn High School 1980's_____

    9    10    11    (12 GED)

84.    What was the highest year of college completed (circle) ? Which school, when, & major?  _____

        Frosh        Soph        Junior        Senior

85.    What was the highest year of graduate or professional school (circle)? Which school, when, & discipline?  _____

    *(Also, how old was the DCD when achieving these degrees?)*

    1    2    3    4    5    6    7    8+

i.     M.A./M.S. ___   M.PH. ___   Other (specify)_____

ii.    Ph.D. ___   Ed.D. ___   D.Psy. ___   Other _____

iii.   M.D. ___

iv.    J.D. ___

iv.    Other ___   specify (post-doc, residency, etc.): _____

86.  What was the DCD's highest number of total school years completed
     (circle) and what date?  Date: _1980's_____

        1  2  3  4  5  6 / 7  8 / 9  10  11  (12) / 13  14  15  16  17  18  19 20

87.  Was the DCD normally (circle one) an (get grade reports, if possible):

     A          B          C          D          F        student?

88.  Did the DCD receive any academic/professional honors?  What?

     __Unknown_____

     _____

89.  List any DCD school disciplinary actions (e.g., citation, suspension,
     dismissal/expulsion, held back a grade, etc.) ? _____  If yes, what and
     when?

     __Unknown_____

     _____

90.  Were there any special school problems for the DCD at any grade
     level? _____  If yes, what and when?  Could the DCD read (Yes)?

     ___Unknown_____

91.   Did DCD have any school counseling session? _____ If yes, get
      records, counselor's name, and say for what purpose and when?

      ___Unknown_____

## Section 16.  Work, Employment, & Military Records

92.   What was the DCD's father's usual occupation? _____

93.   What was the DCD's mother's usual occupation? _____

94.   What was the DCD's own usual occupation? _sales/customer service_

95.   What was the DCD's spouse's usual occupation ? _various_____

96.   What was the work history of the DCD (Cf., Q 7, above)?

| Job & Duties | Industry | Years | Income |
|---|---|---|---|
| First: _Danver's Bank, teller | _banking_ | _1990's_____ | _____ |
| 2: _WH Smith Gift Shop, sales clerk____ | | _apx 2000-2002_ | _____ |
| 3: _homemaker_____ | _____ | __2002–death___ | _____ |

*Sheraton Hotel* [handwritten note next to row 2]

97.   The day before the DCD's death or injury he/she was:

                                                      For How Long?

      a.   Unemployed _____                          _____

      b.   Working full-time _____                   _____

      c.   Retired _____                             _____

      d.   Working part-time _____                   _____

e.   Disabled   _____          _____

f.   In school _____           _____

g.   On vacation _____         _____

h.   Homemaker _X__              __2 years_____

i.   Other (specify: e.g., on welfare, etc.) ____    _____

98.   Was the DCD ever fired or terminated from his/her work?  If yes,
      elaborate (*When, why, how often?*).

      __No_____

99.   Did the DCD have any EAP visits?  If yes, specify.

      __No_____

100.  Did the DCD get any work citations, discipline, or honors?  If yes,
      specify.

      __No_____

101.  Was the  DCD ever in the military?  If yes, give years and rank?
      What war or conflict was the service in?  Were they in combat?

      ___No_____

102.  Was the DCD discharged dishonorably (_____ ) or go AWOL ( _____ )?

38

## Section 17.  Puzzling Paradox Paradigm

(Note: many of the questions below have been asked earlier and are just recorded here so they will be all together for the "paradigm").

103.   Did the DCD become "suddenly suicidal" (i.e., was there
       *de novo* suicide ideation against a prior baseline or little or
       no suicide ideation)?  _Yes_  (Cf., Q 69)

       _Husband states that on several occasions DCD stated that the

       children would be better off without her and that she did not need

       to be here

       anymore._____

104.   Was the method/means used to commit suicide violent?  _Hanging___

105.   Did the DCD exhibit obsessive or compulsive behavior within 30 days

       after  ingesting the NEURONTIN?  _No__  For example? _____

       _____

106.   Was the suicide "out-of-character" or ego-dystonic" (e.g., was the
       suicidal behavior foreign to the DCD or their normal personality)?
       (Cf., Q 70)

       __Exhibit 5, page 4 "She felt that it (Neurontin) was making her more

       moody."_____

       _Exhibit 5, page 68 "… which made her completely out of it." ___

_Husband states DCD became more depressed, quieter and slept more frequently.  Husband also states DCD became irritable and short tempered, and was bothered by small things.

107.  Were the DCD's suicidal acts preceded by abnormal neurological or psychiatric behaviors (such as akathisia, emotional blunting, sleep disturbances, mania, psychosis, etc.)? _____  (Cf., QQ 57-67)

__Exhibit 5, page 4 "She felt that it (Neurontin) was making her more moody."_____

_Exhibit 5, page 68 "… which made her completely out of it." ___

_Husband states DCD became more depressed, quieter and slept more frequently.  Husband also states DCD became irritable and short tempered, and was bothered by small things.

108.  Did the DCD commit suicide/homicide/etc. within 30 days of ingesting NEURONTIN?  __Yes___

109.  How many pieces of the puzzle did the DCD have (*Add "yes" answers to QQ 113-118*) ?

         1              2              3              4              (5)              6

## Section 18.  List of Possible Key Witnesses

110.  What were the names,, addresses & contact information for all witnesses to the incident and preceding behaviors & facts?

         Name              Address              Email        Relationship/ DCD



40

1. Ronald Bulger, Sr., 194 Lafayette Rd, Salisbury, MA  01950, husband

2. Ronald Bulger, Jr., 194 Lafayette Rd, Salisbury, MA  01950, son

3. Pat Bulger, 252 Newberry St, Peabody, MA  01952, mother-in-law

## Section 19.  Private Investigator Reports

111.   Were there any private investigator reports and, if so, by whom, date?

By whom?                      Purpose?                   Date?

a.  _None_____

b.  _____

c.  _____

## Section 20.  Pictures of the DCD & Family

112.   Get several color photographs of the DCD and their family over time
and date them.  _Husband is mailing photos to Finkelstein & Partners

## Section 21.  Any Relevant Information Not Asked About

(Always give the informant(s) a chance to supply any information that they
feel is relevant, even if we have not asked them about it.  Conclude by
thanking them for their time and effort and asking if they have any questions
for you.  The interviewer needs to specify who answered what questions, or
else give a separate autopsy interview to each key informant.  Specify the
total number of informants for this questionnaire ( _1__ ) and indicate who
they were:  _Ronald Bulger, Sr._____.

113.  Is there anything else you would like to tell or ask me?

_____

_____

_____

41

## Section 17.  Puzzling Paradox Paradigm

(Note: many of the questions below have been asked earlier and are just recorded here so they will be all together for the "paradigm").

103.  Did the DCD become "suddenly suicidal" (i.e., was there *de novo* suicide ideation against a prior baseline or little or no suicide ideation)? _Yes_ (Cf., Q 69)

   _Husband states that on several occasions DCD stated that the children would be better off without her and that she did not need to be here anymore.

   _R. Bulger transcript pg 111, lines 12-17 "Just her just a couple of times saying – one time in the morning like about four days before she did it she just didn't want to live anymore, and that we would be better off without her…"

   _R. Bulger transcript pg 112 lines 1-3 "And then she'd call my mother, you know, just talk to her about not wanting to live."

   _R. Bulger transcript pg 112, lines 5-7 "Like before her last appointment, the one in July, she – on the way home that day she was talking about it…"

   _R. Bulger transcript pg 112, lines 17-18 DCD stated "You can't stop me from not wanting to live if I don't want to live."

**Section 22.  Methodological Appendix**  (<u>Not</u> to be done by interviewer!)

Document the reliability and validity of the psychological autopsy questionnaire and the individual sections and scales included.  Discuss relevant *Daubert* issues, such as:

1.  Reliability and validity studies (<u>reliability tests</u> include: (a) classical reliability theory (.00-1.00), (b) test-retest, (c) parallel forms coefficient, (d)internal consistency (e.g., split-half method), (e) interscorer, (f) generalizability theory. <u>Validity tests</u> include: (a) content, (b) criterion related, (c) concurrent, (d) predictive, (e) standard error of estimate, (f) construct, (g) convergent &  discriminant validation)?

2.  Case-control relative risks or odds ratios?

3.  Double or triple-blind random clinical trials?

4.  Peer-reviewed support (inc. review in a scientific journal)?

5.  Error rates known?

6.  General acceptance of theories & methods in scientific community?

7.  Tested or testable?

8.  Alternative explanations ruled out?

9.  Challenge/dechallenge/rechallenge studies?

43

104. Was the method/means used to commit suicide violent? _Hanging___

105. Did the DCD exhibit obsessive or compulsive behavior within 30 days

after  ingesting the NEURONTIN? _No__  For example? _____

_____

106. Was the suicide "out-of-character" or ego-dystonic" (e.g., was the
suicidal behavior foreign to the DCD or their normal personality)?
(Cf., Q 70)

__Exhibit 5, page 4 "She felt that it (Neurontin) was making her more

moody."_____

_Exhibit 5, page 68 "… which made her completely out of it." ___

_Husband states DCD became more depressed, quieter and slept more

frequently.  Husband also states DCD became irritable and short

tempered, and was bothered by small things.

_R. Bulger transcript pg 111, lines 12-17 "Just her just a couple of

times saying – one time in the morning like about four days before she

did it she just didn't want to live anymore, and that we would be

better off without her…"_____

_R. Bulger transcript pg 112 lines 1-3 "And then she'd call my

mother, you know, just talk to her about not wanting to live."_____

10. Epidemiological studies with random samples of adequate size & power.

11. Non-litigation driven opinions by experts.

12. Similarity of purported causes & effects (e.g., differences among NEURONTIN)?  These might include: mode of action, duration, ½ life, contraindications, pharmakinetics, binding sites, enzyme activity, bioequivalency, etc.

**Section 23.  Additional Space for Expanded Comments**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

44

45

_____

_____

_____

_____

_____

_____

_____

**(end)**