# EXHIBIT 16

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF MASSACHUSETTS
 3                  MDL Docket No. 1629
 4                  Master File No. 04-10981
 5     ************************************
 6     IN RE:  NEURONTIN MARKETING, SALES
 7             PRACTICES AND PRODUCTS
 8             LIABILITY LITIGATION
 9     ************************************
10     THIS DOCUMENT RELATES TO:
11     RONALD J. BULGER, SR., as Administrator
12     of the Estate of Susan Bulger, Deceased
13     ************************************
14
15     VIDEOTAPED DEPOSITION OF RONALD J. BULGER, SR.
16
17                    Held At:
                   Hare & Chaffin
18                 160 Federal Street
               Boston, Massachusetts 02110
19
                   March 26th, 2008
20                    10:25 AM
21
22
       Reported By:  Maureen O'Connor Pollard, RPR, CLR
23
24     Videographer:  Shawn Budd
```

Page 2

1  APPEARANCES:
2  FOR THE PLAINTIFF:
3    BY: ANDREW G. FINKELSTEIN, ESQ.
4        FINKELSTEIN & PARTNERS
5        436 Robinson Avenue
6        Newburgh, New York 12550
7        800-634-1212
8        fink33@mac.com
9
10 FOR THE DEFENDANTS:
11   BY: DAVID B. CHAFFIN, ESQ.
12       HARE & CHAFFIN
13       160 Federal Street
14       Boston, Massachusetts 02110
15       617-330-5000
16       dchaffin@hare-chaffin.com

Page 3

INDEX
EXAMINATION                              PAGE
RONALD J. BULGER, SR.
 BY MR. CHAFFIN                          5

         EXHIBITS
NO.      DESCRIPTION                     PAGE
Ex. 1    Plaintiff's response to
         Defendants' first set of
         interrogatories................ 135
Ex. 2    Plaintiff's response to
         Defendants' first request for
         production of documents and
         things......................... 135
Ex. 3    Spaulding Rehabilitation
         records, Bates
         000376-28SPR-00003 through
         00123.......................... 158
Ex. 4    Records from Bay Ridge
         Hospital....................... 197
Ex. 5    CAB Health Recovery Services
         records........................ 207
Ex. 6    Dr. Crognale's medical records.. 215
Ex. 7    Dr. Goldman's medical records... 226

Page 4

PROCEEDINGS

  THE VIDEOGRAPHER: Okay. We are on
the record. This is the video
operator speaking, Shawn Budd.
  Today's date is March 26th, 2008, and
the time is 10:25.
  We are here at the offices of Hare &
Chaffin located in Boston,
Massachusetts to take the videotaped
deposition of Ronald J. Bulger, Sr. in
the matter of In Re: Neurontin
Marketing, Sales Practices and
Products Liability Litigation.
  Would counsel please voice identify
yourselves?
  MR. FINKELSTEIN: Andrew Finkelstein,
Finkelstein & Partners, on behalf of Mr. Bulger.
  MR. CHAFFIN: Good morning. David
Chaffin for Pfizer, Et Al, the Defendants.
  THE VIDEOGRAPHER: And the court
reporter is Maureen Pollard.
  Would you please swear in the witness?

Page 5

  RONALD J. BULGER, SR.,
having been satisfactorily identified by photo
identification, being first duly sworn, was
examined and testified as follows:
       DIRECT EXAMINATION
    BY MR. CHAFFIN:
  Q. Good morning, Mr. Bulger.
  A. Good morning.
  Q. Would you state your full name, please?
  A. Ronald Joseph Bulger.
  Q. Mr. Bulger, I'm David Chaffin and I
represent the Defendants, Pfizer, Et Al in the
lawsuit you brought against them.
  Would you -- what was your
relationship to Susan Bulger, the decedent?
  A. She was my wife.
  Q. And where do you live, sir?
  A. I live in Salisbury, Massachusetts.
  Q. How long have you lived in Salisbury?
  A. About two and a half years, three years.
  Q. What's your address there, please?

Page 162

1    Q.   Just in the early nineties?
2    A.   That I can remember, yeah.
3    Q.   And what do you mean by "street
4  drugs"?
5    A.   Opiates.
6    Q.   Meaning what?
7    A.   I don't know. Opiates.
8    Q.   Well, I mean the jury may see this and
9  they may not know what opiates are. What are
10 opiates? What names would a lay person use?
11   A.   You know, Percocets, you know what I
12 mean? Morphine.
13   Q.   Anything else?
14   A.   Whatever, you know. She might abuse
15 Cocaine.
16   Q.   And you say "might have."
17   A.   She probably used Cocaine.
18   Q.   Did you see her do it?
19   A.   No.
20   Q.   Never saw her do it?
21   A.   No.
22   Q.   You weren't working in the nineties,
23 right?
24   A.   Sometimes here and there. I wasn't

Page 163

1  home every minute of the day.
2    Q.   Where did you go?
3    A.   I can't remember. Out.
4    Q.   Do you have any idea where she --
5    A.   She could have been out anywhere.
6    Q.   Do you know where she got her drugs?
7    A.   I have no idea.
8    Q.   Okay. Let's go to Page, just focused
9  on the last five digits of the numbering,
10 Page 00011.
11        And before we look at that, can you
12 think of any other drugs that she abused in the
13 early nineties?
14   A.   No.
15   Q.   Just the street drugs, the opiates?
16   A.   Street drugs, yeah. And like I said,
17 Cocaine probably.
18   Q.   And why do you say "probably"?
19   A.   Well, because there were probably
20 times I might have found something in the house
21 that suggested it or something when I wasn't
22 home.
23   Q.   Like what would that be?
24   A.   I don't know, you know, a package, an

Page 164

1  empty package or something.
2    Q.   Were you concerned when you found
3  these things?
4    A.   Of course.
5    Q.   Did you confront her?
6    A.   Of course.
7    Q.   What did you do about it?
8    A.   Asked her what she was going to do
9  about it, "let's call the doctor, let's figure
10 it out."
11   Q.   So you were married to a drug abuser?
12   A.   I wouldn't say that.
13   Q.   Certainly at some periods of time?
14   A.   I was married to a woman with severe
15 rheumatoid arthritis and a lot of pain, probably
16 wanted to escape it.
17   Q.   Using street drugs?
18   A.   Whatever way she probably felt she had
19 to get out of pain.
20   Q.   Was she married to a drug abuser?
21   A.   No.
22   Q.   Never?
23   A.   No.
24   Q.   Okay. Page 00011, sir?

Page 165

1        MR. FINKELSTEIN: I had that. 11.
2    A.   Yeah.
3        BY MR. CHAFFIN:
4    Q.   I'm just going to ask you; this is
5  Spaulding Rehab's preadmission screening
6  assessment, I'm going to ask you about some of
7  the entries on this, sir.
8        THE VIDEOGRAPHER: Do you want to
9  change tapes first?
10       MR. CHAFFIN: I'm sorry. Yeah, let's
11 change tapes.
12       THE VIDEOGRAPHER: The time is 2:26.
13 We're off the record.
14       (Whereupon, a recess was taken.)
15       THE VIDEOGRAPHER: Okay. We are back
16 on the record. This is tape number three. The
17 time is 2:28.
18       MR. CHAFFIN: Thanks, Shawn.
19       BY MR. CHAFFIN:
20   Q.   Mr. Bulger, will you actually turn to
21 the next page, please, 00012? And this is a
22 continuation of the preadmission screening
23 assessment?
24   A.   Yes.

42 (Pages 162 to 165)