# EXHIBIT 17

```
 1      IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                      COUNTY OF LAKE
 3                        --oOo--
 4   NICOLETTE CRONE, et al.,           )
                                        )
 5                    Plaintiffs,       )
                                        )
 6         vs.                          )  No. CV 400432
                                        )
 7                                      )
     PFIZER INC., et al.,               )
 8                                      )
                      Defendants.       )
 9   _____)
10
11                       VOLUME I
12      VIDEOTAPED DEPOSITION OF RONALD W. MARIS, Ph.D.
13   DATE:        November 21, 2008
14   TIME:        8:58 a.m.
15   LOCATION:    Shook, Hardy & Bacon
                  333 Bush Street, Suite 600
16                San Francisco, CA
17
18
19
20
21   REPORTED BY:  Kenneth T. Brill
                   Registered Professional Reporter
22                 Certified Shorthand Reporter No. 12797
23
24
25   Job No. 179355
```

Page 2

```
 1              I N D E X
 2         INDEX OF EXAMINATIONS
 3   Examination by Ms. McGroder...................5
 4   Examination by Ms. Berman...................464
 5
 6
 7      EXHIBITS MARKED FOR IDENTIFICATION
 8   No.       Description           Page
 9   1    Correspondence dated December 6,
         2007 addressed to Kenneth Fromson
10       enclosing Dr. Maris's expert
         report                         6
11
     2    Expert Report of Dr. Maris      7
12
     2A   Revised Report of Dr. Maris    465
13
     3    Photocopy of handwritten notes  10
14
     4    Document entitled Psychological
15        Autopsy & Death Investigation  165
16   5    Document entitled Crone v.
          Pfizer, Vol. II (2008),
17        Dr. Maris's notes              465
18
19
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES:
 2
        FINKELSTEIN & PARTNERS
 3      BY: RONALD ROSENKRANZ, ESQUIRE
        1279 Route 300
 4      P.O. Box 1111
        Newburgh, NY 12551
 5      (800) 634-1212 ext. 9442
        rrosenkranz@lawampmmt.com
 6      Representing the Plaintiffs
 7
 8
 9
        SHOOK, HARDY & BACON LLP
10      BY: LORI CONNORS MCGRODER, ESQUIRE
            JENNIFER M. STEVENSON, ESQUIRE
11      2555 Grand Boulevard
        Kansas City, MO 64108-2613
12      (816) 474-6550
        lmcgroder@shb.com
13      Representing the Pfizer Defendants
14
15
16
        LAW OFFICES OF STEVEN D. HILLYARD, APC
17      BY: KENDRA BERMAN, ESQUIRE
        345 California Street, Suite 1770
18      San Francisco, CA 94105
        (415) 334-6880
19      KBerman@HDMLaw.com
        Representing the Defendant Dr. Jennings
20
21           --oOo--
22
23   ALSO PRESENT: Matt Goff, Videographer (morning)
                  Matt Kwan, Videographer (afternoon)
24
25
```

Page 4

```
 1        THE VIDEOGRAPHER: My name is Matt Goff of    08:56:32
 2   Veritext. The date today is 11/21/2008, and the   08:57:13
 3   time is approximately 8:58 a.m. This deposition is 08:57:18
 4   being held in the office of Shook Hardy & Bacon,  08:57:21
 5   located at 333 Bush Street, San Francisco,        08:57:24
 6   California.                                       08:57:27
 7        The caption of the case is Crone             08:57:27
 8   Nicolette, et al., versus Pfizer, Inc., et al., in 08:57:30
 9   the Superior Court of California for the County of 08:57:34
10   Lake, Case Number CV 400432.                      08:57:36
11        The name of the witness is Ronald W.         08:57:41
12   Maris, Ph.D., and the time -- at this time, the   08:57:43
13   attorneys will identify themselves and the parties 08:57:47
14   they represent, after which our court reporter, Ken 08:57:49
15   Brill of Veritext, will swear in the witness, and we 08:57:52
16   can proceed.                                      08:57:55
17        MR. ROSENKRANZ: Ron Rosenkranz,              08:57:58
18   Finkelstein & Partners for the Crone plaintiffs.  08:58:00
19        MS. McGRODER: Lori McGroder of Shook,        08:58:03
20   Hardy and Bacon for Pfizer defendants.            08:58:05
21        MS. STEVENSON: Jennifer Stevenson of         08:58:08
22   Shook, Hardy & Bacon for Pfizer defendants.       08:58:09
23        MS. BERMAN: Kendra Berman, law offices of    08:58:10
24   Steven Hillyard for Dr. Jennings.                 08:58:13
25        RONALD W. MARIS, PH.D., after                08:58:15
```

Page 5

```
 1   having been first duly sworn, was              08:58:15
 2   examined and testified as follows:             08:58:15
 3              - - -                               08:58:15
 4          EXAMINATION                             08:58:15
 5              - - -                               08:58:24
 6   BY MS. McGRODER:                               08:58:25
 7     Q.  Good morning, Dr. Maris.                 08:58:26
 8     A.  Good morning.                            08:58:27
 9     Q.  It's good to see you again. And you      08:58:28
10   understand we're here today in the case of Crone 08:58:30
11   versus Pfizer, which is not one of the cases in the 08:58:33
12   MDL.                                           08:58:37
13         Do you understand that?                  08:58:38
14     A.  I understand we're here for Crone. But   08:58:39
15   I'm not sure about the other categories.       08:58:42
16     Q.  Okay. Your report contains some opinions 08:58:47
17   that relate to general causation that we discussed 08:58:50
18   in the Smith and Bulger cases. Do you remember 08:58:53
19   that?                                          08:58:56
20     A.  Yes.                                     08:58:56
21     Q.  And I take it you don't have any new or  08:58:56
22   different opinions on the subject of general   08:58:59
23   causation for purposes of your testimony in the 08:59:01
24   Crone case?                                    08:59:04
25     A.  Yes.                                     08:59:04
```

2 (Pages 2 to 5)

Page 438

1  A.  They said they did not want another    05:30:05
2  report.    05:30:08
3  Q.  Why not?    05:30:09
4  A.  Ask Ken Fromson. He's the one who told    05:30:09
5  me.    05:30:13
6  Q.  Okay.    05:30:13
7       MR. ROSENKRANZ: Probably because we    05:30:13
8  didn't want another two days of depositions.    05:30:14
9  BY MS. McGRODER:    05:30:14
10  Q.  I have very limited questions about this.    05:30:15
11  A.  Sure.    05:30:17
12  Q.  So just listen carefully, and it will take    05:30:18
13  less time.    05:30:21
14  A.  Sure.    05:30:21
15  Q.  In the reports that you gave us, the    05:30:21
16  supplemental reports in Bulger and Smith, your    05:30:23
17  suicide model shows arrows going from medication to    05:30:26
18  a bunch of the trigger factors that you have in your    05:30:31
19  tertiary trigger factor column. Do you remember    05:30:34
20  that?    05:30:36
21  A.  Right.    05:30:37
22  Q.  And in this case, you only have an arrow    05:30:37
23  going from medication to low 5HIAA, and then you    05:30:39
24  have a question mark after it; correct?    05:30:43
25  A.  Going to that -- that biology column; that    05:30:45

Page 439

1  is, physical dys- -- illness, pain, and I crossed    05:30:49
2  off whatever that is, alcohol excess, because he    05:30:53
3  didn't drink.    05:30:57
4  Q.  If he had drank, you would have included    05:30:58
5  alcohol?    05:31:00
6  A.  It's -- it's for the box. The arrow is    05:31:00
7  towards the box.    05:31:02
8  Q.  And so my question is, if he had been a    05:31:04
9  drinker, you would have included alcohol excess    05:31:07
10  here?    05:31:09
11  A.  Possibly; I don't know. It's a    05:31:10
12  hypothetical, and I don't know.    05:31:11
13  Q.  When you underlined the word "medication"    05:31:12
14  in this model, are you referring to Neurontin?    05:31:14
15  A.  Yes. I mean, look -- there could be other    05:31:16
16  medications that could have similar effects and so    05:31:20
17  we always have to rule out the alternative    05:31:22
18  medications.    05:31:24
19  Q.  It's true, Dr. Maris, that your model as    05:31:25
20  presented as a new page in your Crone report has    05:31:28
21  never been published in a peer-reviewed journal in    05:31:34
22  the same form in which you now present it here;    05:31:36
23  correct?    05:31:38
24  A.  That's true.    05:31:39
25  Q.  And the published version of this model    05:31:40

Page 440

1  shows treatment and medication in the column called    05:31:45
2  "Protective Factors."    05:31:48
3      And in the published version, there are no    05:31:50
4  arrows going between "treatment" and "medication" to    05:31:52
5  any of the items or the boxes listed under --    05:31:55
6  A.  That's not strictly speaking true, because    05:31:59
7  there's a --    05:32:01
8  Q.  Wait. Let me finish my question.    05:32:01
9  A.  Okay.    05:32:03
10  Q.  You got to wait --    05:32:03
11  A.  I will.    05:32:05
12  Q.  -- until I finish.    05:32:05
13  A.  I will.    05:32:07
14  Q.  In the published version of your model,    05:32:07
15  there are no red arrows going from medication to the    05:32:09
16  trigger factor boxes in your tertiary column; true?    05:32:15
17  A.  Not true. This whole row goes from left    05:32:20
18  to right. That's what the big arrow here means    05:32:23
19  (indicating). This whole row goes from left to    05:32:25
20  right.    05:32:28
21  Q.  Okay.    05:32:28
22  A.  So once you get back over here, you go    05:32:28
23  back here --    05:32:30
24  Q.  All right.    05:32:30
25  A.  -- like this.    05:32:31

Page 441

1  Q.  And I'm not talking about those arrows.    05:32:32
2  I'm talking about the red arrows --    05:32:34
3      MR. ROSENKRANZ: She's talking about the    05:32:36
4  red arrow.    05:32:36
5      THE WITNESS: I know, I know. I'm just    05:32:37
6  saying that there is an arrow from here to here,    05:32:38
7  too, because of this flow (indicating).    05:32:41
8  BY MS. McGRODER:    06:59:57
9  Q.  Well --    05:32:43
10  A.  If -- if --    05:32:43
11  Q.  Okay. But that -- okay. I understand    05:32:44
12  that. And that's not my question.    05:32:45
13      My question is: You took the time in the    05:32:47
14  Crone case and the Smith case and the Bulger case to    05:32:50
15  get your model out and draw some red arrows between    05:32:52
16  medication and these trigger factors in the trigger    05:32:55
17  factor column; correct?    05:32:59
18  A.  I -- yes, and I probably should have done    05:33:00
19  that here. I assumed that this was clear.    05:33:02
20  Q.  Okay. And -- and I'm not asking you    05:33:04
21  substance; I'm just asking you about your red    05:33:07
22  arrows. Okay?    05:33:09
23  A.  They're not there, but they should be    05:33:10
24  implied.    05:33:12
25  Q.  They're -- those red arrows that you drew    05:33:12

Page 442

1  for your model for purposes of testifying in the     05:33:15
2  lawsuit don't appear in the published version of     05:33:17
3  this model; correct?                                 05:33:19
4      A.  None of the red arrows do. Every --          05:33:20
5      Q.  Right.                                       05:33:22
6      A.  -- one of them I drew in.                    05:33:22
7      Q.  Right. And when you published this model,    05:33:24
8  you didn't make any red arrows that suggested        05:33:26
9  medication should have a direct line to, for         05:33:29
10 example, by -- low 5HIAA as a trigger factor;        05:33:34
11 correct?                                             05:33:40
12     A.  That's correct.                              05:33:41
13     Q.  Okay. Is this new dri- -- excuse me.         05:33:41
14         Is this new diagram meant to show that the   05:33:45
15 medication, in this case, Neurontin, in the          05:33:49
16 protective column, triggers suicide?                 05:33:54
17     A.  It -- it can do both. I think most of the    05:33:56
18 time the medication is protective, but as you know,  05:33:59
19 sometimes there is a paradoxical effect where, let's 05:34:02
20 say, adolescents or young adults being treated with, 05:34:05
21 let's say, a antidepressant have their --            05:34:10
22 paradoxically, instead of being less suicidal become 05:34:13
23 more suicidal, and statistically significantly so.   05:34:17
24         So that's the kind of thing I'm talking      05:34:20
25 about.                                               05:34:22

Page 443

1      Q.  But it is true in your published version     05:34:23
2  and your discussion about this model, you've never   05:34:27
3  said that any medication is a trigger factor for     05:34:30
4  suicide; have you?                                   05:34:33
5      A.  That certainly is true. I'm -- I'm           05:34:34
6  apply -- because most of the time it isn't. The      05:34:35
7  vast majority of time, this is -- do you notice down 05:34:38
8  at the bottom it says a general model. Generally     05:34:41
9  speaking, there are no arrows here.                  05:34:44
10     Q.  It's only true --                            05:34:46
11     A.  Drug reaction is a rare event, leading to    05:34:47
12 a suicide.                                           05:34:48
13     Q.  And it's only true in cases in -- in         05:34:49
14 Neurontin cases in which you're testifying that      05:34:52
15 Neurontin is the trigger for the plaintiff's --      05:34:53
16     A.  That's the only reason --                    05:34:56
17     Q.  -- suicide?                                  05:34:57
18     A.  -- I would take them, if I thought they      05:34:57
19 weren't -- if there weren't arrows, I wouldn't even  05:34:58
20 take them.                                           05:35:02
21     Q.  Based on this version of your model, which   05:35:08
22 as you said has never been published in any          05:35:10
23 peer-reviewed journal or anywhere, you could         05:35:13
24 substitute any number of medications for Neurontin,  05:35:16
25 based on testimony you've given in other lawsuits;   05:35:21

Page 444

1  correct?                                             05:35:23
2      A.  Sure, there could be other kinds of          05:35:23
3  medications that could have similar effects.         05:35:25
4      Q.  So you've testified in Prozac cases;         05:35:27
5  right?                                               05:35:29
6      A.  Right.                                       05:35:29
7      Q.  So medication, in terms of your model for    05:35:30
8  the Crone case, I could write in "Prozac" right      05:35:32
9  there, and it would fit; correct?                    05:35:36
10     A.  It might fit, but some of these other        05:35:38
11 particulars are case-specific. So but the            05:35:41
12 medication might be just simply change the name of   05:35:43
13 the medication, sure.                                05:35:45
14     Q.  Okay. So I could change the name to          05:35:46
15 Effexor?                                             05:35:48
16     A.  You could, yes.                              05:35:50
17     Q.  I could change it to Wellbutrin or Paxil     05:35:51
18 or Zoloft or Accutaine; correct?                     05:35:51
19     A.  Yeah, I don't think I ever had -- well,      05:35:56
20 maybe I had one Accutaine case. So I don't consider  05:35:56
21 those a big part of my knowledge.                    05:36:00
22     Q.  So the medication that used to be            05:36:02
23 considered a protective factor in the version of     05:36:04
24 this model that's been published is now, for         05:36:06
25 purposes of this lawsuit, a trigger for suicide;     05:36:09

Page 445

1  correct?                                             05:36:12
2      A.  Yes. And it's paradoxical, and the FDA       05:36:12
3  says it's paradoxical, but it's undeniable, both for 05:36:15
4  antiepileptic drugs and also for antidepressant      05:36:20
5  drugs. And it's statistically significant, and it's  05:36:20
6  based on clinical trials.                            05:36:25
7          Sorry.                                       05:36:27
8          MS. McGRODER: Object and move to strike      05:36:28
9  everything after "yes".                              05:36:30
10 BY MS. McGRODER:                                     05:36:38
11     Q.  You've never conducted any sort of           05:36:38
12 scientific study to see whether you're right,        05:36:41
13 whether in fact it would be scientifically           05:36:43
14 appropriate to draw a red arrow between medication,  05:36:46
15 in this case referring to Neurontin, and triggers    05:36:49
16 for suicide; correct?                                05:36:52
17     A.  If I had done any random, clinical,          05:36:54
18 double-blind trials which are statistically          05:36:56
19 significant where the medication leads to suicide?   05:36:59
20     Q.  That's not what I asked you.                 05:37:02
21     A.  I don't know what you asked me then.         05:37:03
22     Q.  Well, listen to my question.                 05:37:05
23     A.  I did.                                       05:37:06
24     Q.  Have you ever conducted any sort of          05:37:07
25 scientific study to see whether you're right,        05:37:08

112 (Pages 442 to 445)

Page 446

1 whether it is scientifically appropriate to take a   05:37:11
2 medication like Neurontin out of the protective   05:37:14
3 factor column and make it a trigger for suicide?   05:37:18
4   A.  Well, I've certainly participated in the   05:37:21
5 FDA studies which found exactly that.   05:37:23
6   Q.  Well, you haven't participated in any FDA   05:37:26
7 studies with respect to Neurontin; have you?   05:37:29
8   A.  Not -- not with Neurontin, but you asked   05:37:30
9 me any medication.   05:37:32
10   Q.  No, I -- that wasn't my question; let's   05:37:33
11 back up and try again.   05:37:35
12   Have you ever conducted any sort of   05:37:36
13 scientific study to see whether you're, in fact,   05:37:37
14 right that it is correct to take Neurontin out of   05:37:40
15 the protective factor column and call it a trigger   05:37:43
16 for suicide?   05:37:47
17   A.  No.  I relied on the clinical trials done   05:37:48
18 by the FDA and their 1.8 relative risks for all the   05:37:50
19 antileplic [sic] drugs, including Neurontin, which I   05:37:55
20 considered --   05:38:02
21   THE COURT REPORTER:  I'm sorry, anti   05:38:02
22 which?   05:38:02
23   THE WITNESS:  Antiepileptic drugs.   05:38:02
24 BY MS. McGRODER:   05:38:02
25   Q.  And we talked about that at your last   05:38:03

Page 447

1 deposition; right?   05:38:05
2   A.  We talked about a lot of things that I'm   05:38:05
3 talking about again, yes.   05:38:07
4   MS. McGRODER:  Object and move to strike.   05:38:10
5 BY MS. McGRODER:   05:38:12
6   Q.  We talked about your reliance on the   05:38:12
7 FDA --   05:38:12
8   A.  You can't strike it; I just said yes -- I   05:38:12
9 guess I didn't, sorry.   05:38:15
10   Q.  We talked about your reliance on the FDA   05:38:16
11 alert as it pertains to all antiepileptic drugs at   05:38:18
12 your last deposition; correct?   05:38:22
13   A.  Correct.   05:38:24
14   Q.  And I think you told me that the most that   05:38:24
15 you can determine from that analysis is that there   05:38:27
16 is a signal for all antiepileptic drugs; correct?   05:38:31
17   A.  Correct.   05:38:35
18   Q.  Now, you rely on the work of John Mann for   05:38:36
19 your opinion that there are low levels of 5HIAA, a   05:38:39
20 Serotonin metabolite, in the cerebral spinal fluid   05:38:44
21 of people who have committed suicide; correct?   05:38:49
22   A.  Certainly he's one of the people I rely   05:38:51
23 on.  He's not the -- I happened to study with him   05:38:53
24 for a year, and he's a famous suicidologist.   05:38:55
25   Q.  He is a famous suicidologist?   05:38:58

Page 448

1   A.  Right, he testifies for drug companies   05:38:59
2 only, though, just like I've testified for a   05:39:01
3 plaintiff.   05:39:03
4   Q.  Dr. Mann is not testifying in the   05:39:03
5 Neurontin litigation; is he?   05:39:04
6   A.  I don't believe so; I don't know.  I know   05:39:06
7 that every time I've come across his name, he was a   05:39:07
8 defense expert for a drug company.  But he's   05:39:10
9 certainly published many of the scientific articles   05:39:12
10 that support what you just said.   05:39:14
11   Q.  Are you suggesting Dr. Mann is not a   05:39:16
12 reliable scientist?   05:39:18
13   A.  No, I'm suggesting that he has a defense   05:39:19
14 bias.   05:39:22
15   Q.  And do you have a plaintiff's bias?   05:39:23
16   A.  Based on the fact that I've only testified   05:39:26
17 for the plaintiff, one could say so.  But nobody's   05:39:28
18 ever asked me to testify for the defense.  I'd be   05:39:31
19 happy to consider it.   05:39:33
20   Q.  So the truth is, based on your standard   05:39:34
21 with respect to Dr. Mann, you have a plaintiff's   05:39:36
22 bias; correct?   05:39:38
23   A.  If you use that criterion of who did you   05:39:39
24 testify for, yes.   05:39:42
25   Q.  Okay.  Are you aware that Dr. Mann has   05:39:43

Page 449

1 recently co-authored a manuscript, and that the   05:39:45
2 results of that study show that treatment with   05:39:49
3 antiepileptic drugs, including Neurontin, is sif- --   05:39:51
4 significantly protective against suicide attempt   05:39:54
5 relative to no pharmacologic treatment in patients   05:39:59
6 with bipolar disorder?   05:40:03
7   A.  I'm not familiar with the study, but I'm   05:40:05
8 not surprised, because I believe that that's   05:40:07
9 generally true in the vast majority of cases.  I'd   05:40:09
10 like to see the study and look at it.   05:40:12
11   Q.  Did the Finkelstein law firm show you the   05:40:14
12 manuscript coauthored by Dr. Gibbons and Dr. Mann   05:40:16
13 and some others?   05:40:20
14   A.  I may have seen it; I don't think that I   05:40:21
15 list it.  And I may -- and my suspicion is that I   05:40:23
16 haven't seen it, but I would -- somehow it sounds so   05:40:25
17 familiar; I may have read it.  I've read thousands   05:40:28
18 of papers.  I may have just forgotten it.   05:40:33
19   Q.  You would agree with me that bipolar   05:40:34
20 disorder patients are well recognized as having a   05:40:36
21 very high risk of suicide behaviors; true?   05:40:38
22   A.  Yeah.  Compared to what, though?  I mean,   05:40:42
23 it's still pretty low.  It's still like ten out of   05:40:43
24 a -- ten percent over a lifetime, it's not 90 --   05:40:46
25   Q.  Well, compared to the   05:40:49