# EXHIBIT 18

<u>Notes</u>

(44)

9/26/08

Bob
Lione
(Jury consult)

① Ruth's 911 call?

② cause: "<u>a</u> substantial factor(s)".
Not <u>THE</u> cause.

———/t———

THEORY

Russell
Katz &
Larry
Goldstein

200 trials and
40,000 patients

In July 10, 2008 Joint meeting of the (1) Peripheral & Central Nervous System Drugs Advisory Committee and (2) the Psychopharmacologic Drugs Advisory Committee (Rockville, MD) voted 20-0-1 (abstain) to ratify the FDA analysis of "suicidality" and 11 AED (anti-epileptic drugs), which found a problem, RR of 1.8. Several findings (findings) loads into apply to all 11 AED (signals across) & ruled there be labeling changes required (e.g., a "black box warning."

One of the 21 advisors abstained because he/she felt causality had not been established. (Jus an epidemiological association). That is, the mechanism for AED elevating suicidality was not specified.

DS EXHIBIT 7-30-08
20

# Notes

(45)

THEORY (cont.)   What is missing at this point (9/08) is an explanation of how AED can elevate suicidality. An explanation or mechanism is a THEORY. Dr. Trimble has provided the court with part of that theory, which is a neurobiochemical theory of gabapentin's effect on serotonin and norepinephrine, depression, & suicide.

Any theory (note an explanation is a theory, not "just" a theory.) is a deductively connected set of:

[ Axioms
  Laws
  Definitions
  Concepts/variables ]  → logic, math, & statistics →  [ (refs, RR, etc.)
  research results
  empirical
  generalizations
  Findings ]

I proposed a THEORY for suicide (see FIG. 32.3 in APS, 1992 and PS, 1981). Notice that any explanation of suicidality must include different etiological domains (e.g., biology, neurochemistry, psychology, psychiatry, sociology, culture, etc.) acting and interacting over time; what I call a "suicidal career". All suicides are multifactorial in cause or mechanism, with different ... factors

Notes (46)

THEORY
(cont.)

For example, in the case before us, 79 year old white male Richard Smith has a long suicidal career involving relatively chronic pain, physical illness, some minor depressive episodes, feelings of hopelessness, owns a gun, can't do activities he used to like to do (cut grass, work on cars or office machines) — all column 4. (He has protective factors of religion, family, etc.)

These conditions get him treated with Neurontin. After N. treatment (3/9/04) his depression and hopelessness worsen, he is less able to tolerate his pain, his suicide ideation increases, he specifically relates his mood changes to N. (see words "makes me weird"), and finally on May 13, 2004 he shoots himself in the head and dies.

Thus, in my theory of RS's suicide N. was a (not the) substantive proximate factor in his suicide. It was not the only factor (not sufficient) but it was necessary (that without which not). N. tipped the scale in the direction of S. in a man with prior pain and depression, even SI; but who up to the point of taking N. had managed to cope and fend off a full SA.



**FIGURE 32.3.** A general model of suicidal behaviors. Not all possible interactions are depicted here. Relative height of the line within each domain indicates approximate importance of those factors at the different stages of the suicidal career.

# Notes

(47)

**THEORY**
(cont)

Note, two, that my theory of RS suicidality includes N. <u>neuro in turn inducer or worsener</u> (1) dep. disorder, (2) serotonergic dysfunction (see Marris, 1986, Ashes, Trimble report, Brown + Goodwin, etc), (3) hopelessness (Beck), (4) use of a lethal method, (5) seeing death as escape and relief, (6) pain.

———#———

Note, the legal criterion is "more likely than not." 51% rule. It is not 100% certainty. Often in suicidality we cannot do "<u>crucial experiments</u>." Usually such experiments are done in lab animals. EG, rats given N. are put in beakers of water drown more quickly than non-N control rats. cats on large prozac doses become de novo aggressive, hiss, claw & bite after being do crib). <u>Challenge / Dechallenge / Rechallenge</u> is more idp fronted test than RCT, but is inhumane. RCTs require such large samples, results for rare events like suicide are almost always inclusive.

Finally, if you were allergic to peanuts or shellfish, only one dose could send you into anaphylactic shock + death. Don't