UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: *Bulger v. Pfizer Inc., et al.*, 1:07-cv-11426-PBS | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Pfizer Inc. and Warner-Lambert Company LLC respectfully move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment on all counts of plaintiff's Amended Complaint.

The grounds for this motion are set forth in the accompanying memorandum of law.

Also submitted in support of this motion are (1) Defendants Pfizer Inc. and Warner-Lambert Company LLC's Local Rule 56.1 Statement of Material Facts, (2) the Declaration of Scott W. Sayler in Support of Motion for Summary Judgment, and (3) the Declaration of Lori McGroder, Esq. in Support of Motion for Summary Judgment.

WHEREFORE, defendants respectfully request that the Court grant summary judgment in their favor on all counts of plaintiff's Amended Complaint.

### REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument will assist the Court, and the wish to be heard. Accordingly, they respectfully request oral argument on this motion.

1

Dated: January 23, 2009   Respectfully submitted,

DAVIS POLK & WARDWELL

By:   /s/ James P. Rouhandeh
   James P. Rouhandeh

450 Lexington Avenue
New York, NY 10017
Tel:  (212) 450-4000

   -and-

SHOOK, HARDY & BACON L.L.P.

By:   /s/ Scott W. Sayler
   Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

   -and-

HARE & CHAFFIN

By:   /s/ David B. Chaffin
   David B. Chaffin

160 Federal Street
Boston, MA 02110
Tel:  (617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

   /s/ David B. Chaffin
   David B. Chaffin

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 23, 2009.

                                    /s/ David B. Chaffin
                                    David B. Chaffin