UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------- x

THIS DOCUMENT RELATES TO:

*Bulger v. Pfizer Inc., et al., 1:07-cv-11426-PBS*

------------------------------------------------- x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## **DEFENDANTS PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS**

Defendants Pfizer Inc. and Warner-Lambert Company LLC respectfully submit this Statement of Material Facts in support of their Motion for Summary Judgment pursuant to Local Rule 56.1.[1]

1. Mrs. Bulger's primary care physician, Dr. Crognale's testified that his decision to prescribe Neurontin to Mrs. Bulger was based on his own experience with the drug and his medical training. Crognale Dep. 173:10-13 (Sayler Decl., Ex. 1.)

2. Dr. Crognale testified that he recalled receiving a visit from one of defendants sales representatives sometime within the last five years regarding Neurontin in which the side effect of sedation and dosing were discussed. Dr. Crognale could not recall to what indication this conversation related. 166:24-171:9 (Sayler Decl., Ex. 1.)

---

[1] The facts asserted herein are admitted for purposes of Defendants' Motion for Summary Judgment only.

1

3. Dr. Crognale's decision to prescribe Neurontin to Mrs. Bulger "did not have anything to do with anything any representative of Pfizer, Warner-Lambert or Parke-Davis told [him]." Crognale Dep. 173:6-17 (Sayler Decl., Ex. 1.)

4. Dr. Crognale could not recall any studies he relied on in prescribing Neurontin for pain. Crognale Dep. 181:23-182:2 (Sayler Decl., Ex. 1.)

5. Dr. Crognale does not make his prescribing decisions based on what a pharmaceutical company sales representative tells him. Crognale Dep. 171:10-20 (Sayler Decl., Ex. 1.)

6. Dr. Goldman testified that he does not recall ever having a conversation with a Pfizer or Parke-Davis sales representative about Neurontin. Goldman Dep. 48:10-14 (Sayler Decl., Ex. 4.)

7. Dr. Goldman prescribed Neurontin based on his colleagues' experience and the benefits and risks to particular patients. Goldman Dep. 50:3-7; 204:11-21 (Sayler Decl., Ex. 4.)

8. Dr. Goldman does not recall reading any medical articles related to Neurontin or attending conferences where Neurontin was discussed. Goldman Dep. 15:20-16:4, 203:14-204:3, 204:22-205:1 (Sayler Decl., Ex. 4.)

Case 1:04-cv-10981-PBS Document 1639 Filed 01/23/09 Page 3 of 4


Dated: January 23, 2009

Respectfully submitted,

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
    James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
    Scott W. Sayler

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

- and -

HARE & CHAFFIN

By: /s/ David B. Chaffin
    David B. Chaffin

160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on January 23, 2009.

/s/ David B. Chaffin