UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
:
In re: NEURONTIN MARKETING,    : MDL Docket No. 1629
SALES PRACTICES AND            :
PRODUCTS LIABILITY LITIGATION  : Master File No. 04-10981
:
------------------------------------------------------------- x Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:      : Magistrate Judge Leo T.
: Sorokin
:
*Bulger v. Pfizer Inc., et al.*, 1:07-cv-11426-PBS  :
:
:
:
------------------------------------------------------------- x

**DECLARATION OF SCOTT W. SAYLER, ESQ.
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Scott W. Sayler, declare and state as follows:

1. I am a partner with the law firm of Shook, Hardy & Bacon LLP, counsel of record for Pfizer Inc. and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Deposition of Dino A. Crognale, M.D. (Mar. 25, 2008).

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the Deposition of Ronald William Maris, Ph.D. (Oct. 20 & 22, 2008).

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the Deposition of Stefan P. Kruszewski, M.D. (Oct. 15-16, 2008).

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the Deposition of Richard S. Goldman, M.D. (Apr. 22, 2008).

6.  Attached as **Exhibit 5** is a true and correct copy of excerpts from the Deposition of Linda Landry (June 27, 2008).

7.  Attached as **Exhibit 6** is a true and correct copy of excerpts from the Deposition of Matthew Gravini (June 27, 2008).

8.  Attached as **Exhibit 7** is a true and correct copy of the Expert Report of Gary Brenner, M.D., Ph.D. (Nov. 10, 2008).

9.  Attached as **Exhibit 8** is a true and correct copy of the Expert Report of Anthony J. Rothschild, M.D. (Nov. 10, 2008).

10. Attached as **Exhibit 9** is a true and correct copy of excerpts of the Motion for Summary Judgment and Motion to Dismiss Fraud Claims Hearing Transcript (Oct. 20, 2008).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2009, in Kansas City, Missouri.

                                                               **Scott W. Sayler, Esq.**

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 23, 2008.

      /s/ David B. Chaffin
      David B. Chaffin