# EXHIBIT 1

1              UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MASSACHUSETTS

3                   MDL Docket No. 1629

4                   Master File No. 04-10981

5       **********************************

6    IN RE:   NEURONTIN MARKETING, SALES

7            PRACTICES AND PRODUCTS

8            LIABILITY LITIGATION

9       **********************************

10   THIS DOCUMENT RELATES TO:

11   RONALD J. BULGER, SR., as Administrator

12   of the Estate of Susan Bulger, Deceased

13      **********************************

14          CONTAINS CONFIDENTIAL INFORMATION

15            VIDEOTAPED DEPOSITION OF

16            DINO A. CROGNALE, MD

17

18                   Held At:

                 Hare & Chaffin

19              160 Federal Street

              Boston, Massachusetts 02110

20

                 March 25th, 2008

21                 10:24 AM

22

     Reported By:  Maureen O'Connor Pollard, RPR, CLR

23

24   Videographer:  Shawn Budd

1      MR. BELLO: Do you have one?
2      MR. CHAFFIN: I do. Sure. Here you
3  go (handing).
4      MR. BELLO: Thanks.
5      BY MR. CHAFFIN:
6      Q. And you know what numbers I'm looking
7  at, the upper right-hand side, Doctor?
8      A. Yes, I do, yes.
9      Q. Okay. If you look at 57 and 58,
10  you'll notice on the bottom of 58 Dr. Mengel is
11  shown as the cosignatory on the prescription?
12      A. I see that.
13      Q. All right. And on 57 you signed a
14  visit note.
15      Would that appear that you began
16  treating --
17      A. It would appear that way, yes.
18      Q. And what would be the date when you
19  began treating her, based on this record?
20      A. Based on this record, it looks like
21  9/8/2000.
22      Q. 9/8/2000?
23      A. Yes.
24      Q. Based on this record, for what were

1  you treating her?
2      A. Based on this record, it was
3  rheumatoid arthritis and chronic pain.
4      Q. And what was the source of the chronic
5  pain?
6      A. Her rheumatoid arthritis.
7      Q. For how long did you treat her, if you
8  know?
9      A. From this point to 2003 when she left
10  our practice.
11      Q. Did you treat her for the rheumatoid
12  arthritis and the chronic pain for that entire
13  three-year period?
14      A. Yes.
15      Q. It never resolved?
16      A. No.
17      Q. Any other conditions, if you can
18  recall offhand without looking at the record,
19  for which you treated her?
20      A. Depression.
21      Q. I'm sorry? Depression?
22      A. Depression, anxiety.
23      Q. Anxiety.
24      And can you tell me, what was your

1  general practice in how you prepared these visit
2  notes?
3      A. How they were prepared?
4      Q. Yes.
5      A. I'm sorry.
6      Q. How these came to be generated. Did
7  you dictate them? Did you sit at a computer?
8      A. Oh, yes, yes. So during the patient
9  visit I would take notes, and from those notes I
10  would dictate, and then they're transcribed
11  within our office.
12      Q. You had office personnel who would
13  transcribe from the dictation?
14      A. Correct.
15      Q. And would you -- did you have a
16  regular practice with respect to how long after
17  a visit you would dictate the notes?
18      A. As soon as could be. Yeah, not at --
19  it was usually within the day or two.
20      Q. Okay. And what type of information
21  did you take down when you were making notes and
22  then dictating those notes, general practice?
23      A. My general practice is to find out
24  from the patient how they feel that they're

1  doing, find out objective measures of how they
2  are doing, find out about any side effects they
3  may be having from treatment, any benefits they
4  are getting from treatment, discuss what the
5  other possibilities are if they're not getting
6  the benefits that they're hoping for.
7      Q. Now, you reviewed these records in
8  preparation for the deposition today, right?
9      A. Yes.
10      Q. This record that we're looking at on
11  Page 56 of Exhibit 1 is from September of 2000?
12      A. Correct.
13      Q. And Mrs. Bulger was on OxyContin at
14  the time?
15      A. Correct.
16      Q. And was this -- can you quantify
17  whether this is a heavy dosage of OxyContin or
18  low dosage?
19      MR. FINKELSTEIN: Objection to form.
20      A. No, I can't, because each individual
21  responds differently.
22      BY MR. CHAFFIN:
23      Q. And for what was she on the OxyContin,
24  what condition?

18 (Pages 66 to 69)

Page 70

1      A.  For the rheumatoid arthritis, pain.
2  Pain related to the rheumatoid arthritis.
3      Q.  And what other drugs was she taking at
4  the time?  And please tell me how you know that.
5      A.  I'll let you know.
6      (Witness reviewing document.)
7      A.  If I were to only look at this record,
8  I would say she's intermittently on Prednisone,
9  but other than that no other steady medications
10  without reviewing further in the record.
11      BY MR. CHAFFIN:
12      Q.  Okay.  So on September 8th of 2000,
13  and I'm looking at Page 56 of Exhibit 1,
14  Mrs. Bulger reported to you that her pain was
15  fairly well controlled on the OxyContin,
16  correct?
17      A.  Correct.
18      Q.  And she was started on that by
19  Dr. Mengel?
20      A.  Correct.
21      Q.  Do you know when she started on the
22  OxyContin?
23      A.  No, I do not.
24      Q.  And the next paragraph down she

Page 71

1  indicated that "over the past ten years she has
2  had at least one surgery per year and is very
3  frustrated about that"?
4      A.  Correct.
5      Q.  Do you know, were the surgeries
6  related to the rheumatoid arthritis?
7      A.  As far as I know, yes.
8      Q.  Rheumatoid arthritis can be a very
9  painful condition, can it not?
10      A.  Correct.
11      Q.  Would you go to Page 55, please?  And
12  would you tell me what these entries in the
13  medical record are, please?
14      A.  These are medication refills for
15  OxyContin, and it looks like what's supposed to
16  be Xanax.
17      Q.  So do these entries on Page 55 of
18  Exhibit 1 indicate that prescriptions for
19  OxyContin were refilled for Mrs. Bulger twice on
20  October 12th of 2000, September 13th of 2000?
21      A.  Yes.
22      Q.  And in the middle one, does that
23  indicate that she was also -- she also received
24  a prescription for Xanax?

Page 72

1      A.  Yes.
2      Q.  Did you prescribe the Xanax for her?
3      A.  I can't tell.  Oh, it appears, yes.
4      Q.  And why did you prescribe Xanax for
5  her?
6      A.  For anxiety.
7      Q.  And that was on -- that prescription
8  was received on September 20th of 2000?
9      A.  Correct.
10      Q.  All right.  Let's move to Pages 53 and
11  54.
12      A.  Okay.
13      Q.  And are these your notes of a meeting
14  with Mrs. Bulger on October 30th of 2000?
15      A.  Yes.
16      Q.  She told you, the first line, that she
17  was feeling significantly depressed?
18      A.  Correct.
19      Q.  I mean in general do you write down
20  the words that the patient uses into your notes
21  and then dictate them?
22      A.  Sometimes I do.  Sometimes I qualify
23  them.
24      Q.  Qualify them.  Okay.

Page 73

1      A.  So, but if she told me she was
2  significantly depressed, that's what I would
3  write down, yes.
4      Q.  And then did she tell you, as it reads
5  here, that "she has a history of PTSD, having
6  had an abusive family relationship growing up
7  with her mom"?
8      A.  Yes.
9      Q.  And what is PTSD?
10      A.  Post-traumatic stress disorder.
11      Q.  And she reported -- did she report to
12  you that she'd "had severe depression in the
13  past and currently is feeling similar to when
14  she has had problems with depression"?
15      A.  Yes.
16      Q.  And she reported "she has been on
17  Zoloft in the past with no help and also Prozac
18  in the past which she felt was helpful"?
19      A.  Correct.
20      Q.  And did she tell you that she --
21  "currently her symptoms are lack of motivation,
22  depressed happiness with life in general, labile
23  moods with significant irritability, poor
24  sleeping with multiple night wakenings and

19 (Pages 70 to 73)

1  to make sure that they are not taking other
2  substances.
3        And so absence of a medication that is
4  being prescribed brings into question whether or
5  not that medication is being ingested.
6     Q.  And the evidence was that Mrs. Bulger
7  was being prescribed the OxyContin but wasn't --
8  was not ingesting it?
9     A.  It's more complicated than that.
10    Q.  Okay.  Can you explain?
11    A.  People metabolize these medications
12 differently, and because of that sometimes drug
13 testing, urine testing can be inconclusive.
14    Q.  Did you ever get to the bottom of this
15 concern?
16    A.  We discussed it in patient, in patient
17 interviews, and we did -- I don't remember what
18 the conclusion was we came to, but somewhere in
19 this record there is a record of a conversation
20 about that.
21    Q.  Did you discuss with Mrs. --
22       MR. FINKELSTEIN:  Again, Doctor, can
23 you just keep your voice up, please?
24       THE WITNESS:  Yes.

1       BY MR. CHAFFIN:
2     Q.  Did you discuss with Mrs. Bulger --
3  did you ask Mrs. Bulger whether she was taking
4  the OxyContin?
5     A.  Without looking at those specific
6  parts of the record, I can't tell you for sure.
7     Q.  Did you ever say to her in words or
8  substance "are you doing something else with the
9  drug; i.e. -- for example, not i.e., for example
10 giving it to someone else or selling it to
11 someone else?"  Did you ever have that
12 discussion?
13    A.  I don't recollect that.
14    Q.  All right.  Let's turn back to Page 53
15 again, please.
16    A.  Okay.
17    Q.  I'm going to the third paragraph,
18 "with regard to her prior psych history, she has
19 in the past been told by psychiatrists and by
20 Dr. Mengel that there was a possibility that she
21 had some bipolar disorder."
22       Did she tell you that?
23    A.  Yes.
24    Q.  Did you make an independent assessment

1  about whether she was bipolar?
2     A.  Yes.
3     Q.  And what was your conclusion?
4     A.  I do not believe she was bipolar.
5     Q.  And she goes on -- you go on to write
6  "she had been on Depakote which gave her
7  significant diarrhea and Neurontin which made
8  her completely out of it."
9     A.  Correct.
10    Q.  Did she say that to you?
11    A.  Yes.
12    Q.  And then you, and then you write "when
13 asked specifically about possible manic
14 symptoms, she does have a tendency to become
15 irritable alternating with periods of frank
16 depression, although she states that this
17 actually happens within the course of a day, not
18 necessarily for days at a time.  She has had it
19 happen for up to a couple of days.  She never
20 had an experience where she has stayed up
21 without sleeping for an extended period of time.
22 She does have some impulsivity in spending, most
23 recently points out a ring that she put on
24 charge which was probably not the wisest of

1  decisions."
2       She reported all those things to you?
3     A.  Yes.
4     Q.  And was the basis for your decision
5  that she wasn't bipolar that she reported that
6  she didn't have days on end where she was in an
7  elevated state of mind?
8     A.  Yes.
9     Q.  Any other basis for your determination
10 she wasn't bipolar?
11    A.  No.
12    Q.  Okay.  Then you go on to write "she
13 has an FH of severe depression in her mom."
14       Is that family history?
15    A.  Family history.
16    Q.  And then did you, when you first
17 started seeing Mrs. Bulger, did you take a
18 detailed family history, can you recall?
19    A.  I cannot recall.
20    Q.  Do you know anything about any other
21 psychiatric disorders either her mom or dad or
22 any siblings or other relatives might have had,
23 any memory of that?
24    A.  I do not have any memory.

Page 82

1    MR. FINKELSTEIN: Again, Doctor, I'm
2  able to hear the lawyer's questions, but not
3  your answers.
4    THE WITNESS: Okay.
5    MR. FINKELSTEIN: Thank you.
6    MR. BELLO: You know what to do? See
7  if you can take your hands down, that might be
8  doing it.
9    THE WITNESS: Okay.
10   BY MR. CHAFFIN:
11   Q. All right. Down below under "P" you
12  write "1. With regard to her depression, it is
13  unclear to me whether or not there is truly a
14  bipolar history here and we will proceed with
15  caution in giving her Prozac today."
16     So you prescribed Prozac?
17   A. Yes.
18   Q. "She said she has been on this before
19  and not had any significant trouble. We will
20  watch for any activation of potential mania."
21     Right?
22   A. Correct.
23   Q. You wrote that.
24     Now, and that was because you had a

Page 83

1  question in your mind about whether she was
2  truly bipolar?
3   A. Right.
4   Q. "2. With regard to her chronic pain,
5  she remains on OxyContin and is working with
6  Methadone clinic at CAB tapering down on her
7  Methadone."
8     And that was based on what she had
9  reported to you, correct?
10   A. Correct.
11   Q. "3. Follow up --" is that FU, follow
12  up?
13   A. Yes, follow up.
14   Q. "Follow up in one month for review of
15  these symptoms or sooner if she develops any
16  suicidal or homicidal thoughts or worsening of
17  her current symptoms."
18     You wrote that, right?
19   A. Yes.
20   Q. And did you follow up with her?
21   A. Yes.
22   Q. Actually, Doctor, it was -- you
23  frequently inquired of her about whether she had
24  any suicidal thoughts, right?

Page 84

1   A. Yes, I did.
2   Q. Did she ever express to you that she
3  had any suicidal thoughts?
4   A. Not to my recollection.
5   Q. Or any homicidal thoughts?
6   A. No.
7   Q. Ever say in words in substance "I'm
8  thinking of harming myself"?
9   A. I can't state specifically without
10  looking.
11     MR. FINKELSTEIN: Can you read back
12  the answer?
13     THE WITNESS: I can't state
14  specifically.
15     BY MR. CHAFFIN:
16   Q. Would you rely on the records to
17  determine whether she had said something like
18  that?
19   A. Yes.
20   Q. Okay. Let's go to Page 51 and 52,
21  please, Doctor.
22     Before I ask you about those, Doctor,
23  what are the most significant side effects of
24  Prednisone?

Page 85

1   A. Weight gain, bloating, increased
2  appetite, some people will have some mood
3  changes, alterations.
4   Q. What type of mood alterations;
5  depressive, or the opposite?
6   A. Mostly irritable, mostly irritability
7  and difficulty sleeping.
8   Q. 51 to 52, Doctor, is this your note on
9  your visit with Mrs. Bulger on November 30th of
10  2000?
11   A. Yes.
12   Q. You write "Susan comes in --" what
13  does the "S" mean before that paragraph?
14   A. Subjective. That's, in other words,
15  things that I would have obtained from
16  interviewing the patient.
17   Q. Okay. So any paragraph in these notes
18  that begins with an "S" like that, that's the --
19   A. That's the content of conversation.
20   Q. The byproduct or your notes on your
21  conversation with the patient?
22   A. Correct.
23   Q. "Susan comes in today in follow up of
24  her depression."

22 (Pages 82 to 85)

Page 86

1       That's why she was there that day, is
2   that right?
3       A.   Correct.
4       Q.   And she complained about pain in her
5   knee, correct?
6       A.   Correct.
7       Q.   And then you write "with discussing
8   her depression, she feels like the Prozac has
9   slightly improved things."
10      A.   Correct.
11      Q.   Now, Mrs. Bulger was quite
12  communicative with you, was she not, about how
13  various medicines were affecting her?
14      A.   Yes.
15      Q.   "She is now on her fourth week of
16  treatment with 20 milligrams with slight
17  decrease in her sxs."
18          What's that?
19      A.   Symptoms.
20      Q.   Okay.  "But still overall feels like
21  her mood is depressed with fatigue and poor
22  concentration, as well as spontaneous crying."
23          She reported those things to you?
24      A.   Yes, she did.

Page 87

1       Q.   Next page, "with regard to her other
2   medications, she also would like to change her
3   Xanax to Klonopin, due to the decreased
4   addictive nature of Klonopin and because the
5   Xanax, at one milligram, is making her
6   significantly drowsy.  She continues to be on a
7   Methadone taper."
8           You wrote that?
9       A.   Yes.
10      Q.   Did she say to you that Klonopin has a
11  decreased addictive nature?
12      A.   I can only tell you what it says in
13  the record.
14      Q.   It indicates --
15      A.   But it looks that way.
16      Q.   -- she brought it up?
17      A.   Yes.
18      Q.   And did you switch her to Klonopin, do
19  you know offhand, or do you need to look at the
20  record?
21      A.   I would have to look at the record.
22  But it looks like yes.
23      Q.   You switched her to Klonopin.  Down
24  below on this Page 52, "she is tired appearing

Page 88

1   with blunted affect.  Her eyes are mildly
2   injected and appear as if she has recently
3   cried."
4       A.   Correct.
5       Q.   That was your observation?
6       A.   Yes.
7       Q.   Okay.  Let's turn, please, to Page 51
8   again, 12/11/00.  Is that an indication that
9   Mrs. Bulger had an appointment for
10  December 11th, 2000, and didn't keep it?
11      A.   Correct.
12      Q.   On Page 50, the same day, you, did you
13  prescribe Klonopin for her?
14      A.   Yes.
15      Q.   And what are the side effects of
16  Klonopin, the principal ones, please, Doctor?
17      A.   Drowsiness is the primary problem,
18  altered ability, altered mental state,
19  confusion, depression.
20      Q.   Let's turn to Page 49, please.  Top of
21  the page indicate -- does that indicate a
22  renewal of a prescription, the prescription for
23  OxyContin?
24      A.   Yes.

Page 89

1       Q.   On -- and that was on January 5th of
2   2001?
3       A.   Correct.
4       Q.   All right.  And the prescription is
5   20-milligram tabs, two PO.
6           What does the "PO" stand for?
7       A.   By mouth.
8       Q.   What does "Q" stand for?
9       A.   Every.
10      Q.   Every?
11      A.   Eight hours.
12      Q.   Eight hours?
13      A.   Correct.
14      Q.   And is the number sign 100, that means
15  the number of OxyContin pills?
16      A.   She would have received.
17      Q.   By that prescription?
18      A.   Correct.
19      Q.   Thank you.
20          Next page, 48, is that an indication
21  that Dr. Rimmele -- is that his name?
22      A.   Yes.
23      Q.   Is he in your practice?
24      A.   No longer.

Page 90

1    Q.  No longer.  He was at this time?
2    A.  Yes.
3    Q.  And he, filling in for you, renewed
4  her Klonopin prescription?
5    A.  Right.
6    Q.  On January 8th of '01?
7    A.  Yes.
8    Q.  And above that, there's those renewals
9  on Prozac and OxyContin?
10   A.  Yes.
11   Q.  Give me one moment, please.
12       MR. CHAFFIN:  Andrew, we need to --
13  can we go off the record, please?  We're going
14  to change tapes.
15       MR. FINKELSTEIN:  Okay.
16       MR. CHAFFIN:  Thank you.
17       THE VIDEOGRAPHER:  This is the end of
18  tape number one.  The time is one minute after
19  twelve.  We are off the record.
20       (Pause.)
21       THE VIDEOGRAPHER:  We are back on the
22  record.  This is tape number two.  The time is
23  four minutes after twelve.
24       BY MR. CHAFFIN:

Page 91

1    Q.  Okay.  Doctor, would you please turn
2  to Pages 46 and 47?
3    A.  Sure.
4    Q.  We're making some progress.
5       The bottom of Page 46, carryover to
6  47, is this your -- are these your transcribed
7  notes of your meeting with Mrs. Bulger on
8  February 6th of 2001?
9    A.  Yes, they are.
10   Q.  Now, at this time Mrs. Bulger was on
11  Prozac, Klonopin, OxyContin and Methadone,
12  correct?
13   A.  Yes.
14   Q.  And you write "Susan comes in today in
15  follow-up of her depression and rheumatoid
16  arthritis.  She states in general she feels like
17  she still has some ongoing depressive symptoms."
18       So this is -- she reported these
19  things to you?
20   A.  Yes.
21   Q.  You had her on 60 milligrams of
22  Prozac, right?
23   A.  Yes.
24   Q.  And did she report to you that she

Page 92

1  almost daily needs to use her Klonopin, which is
2  currently at 1 milligram TID, to alleviate
3  panic?
4    A.  Yes.
5    Q.  What is TID?
6    A.  Three times a day.
7    Q.  So the Klonopin was for panic?
8    A.  Yes.
9    Q.  And so she had an anxiety disorder?
10   A.  Yes.
11   Q.  And the Prozac was for her depression?
12   A.  Correct.
13   Q.  And the OxyContin was for her pain
14  from the rheumatoid arthritis?
15   A.  Correct.
16   Q.  And the Methadone was not you?
17   A.  Correct.
18   Q.  And you go on to write "she states
19  that she does try some non-medication pathways
20  including going for a walk, trying to sit down
21  and calm herself to avoid going into a
22  full-blown attack but often times these are
23  unable to be controlled without using Klonopin.
24  She does have some days that she does not use

Page 93

1  it, though.  She feels that it is making her
2  less sleepy than the Xanax had been prior."
3       She reported those things to you?
4    A.  Yes.
5    Q.  Down at the bottom of the page, "she
6  continues to be on Methadone taper at CAB; she
7  sees a counselor there who is helping her with
8  her depression, PTSD, and substance issues."
9       She reported those things to you?
10   A.  Yes.
11   Q.  Did you evaluate her for PTSD?
12   A.  No.
13   Q.  Why not?
14   A.  Because I'm not a specialist in PTSD.
15   Q.  You relied on --
16   A.  I relied on counselling from a
17  psychiatric counselor.
18   Q.  Next page, this is Page 47, "she
19  states that there has not been even one month
20  over the last year when something bad has not
21  happened to her whether it be a close relative
22  or friend's death or other significant life
23  stressors; the most recent one being in a car
24  accident with her husband's new vehicle."

Page 98

1    Q. And then you co-sign it?
2    A. Correct.
3    Q. Okay. This indicates "Susan LM --"
4  what is that, left message?
5    A. Left message.
6    Q. "-- on prescription line requesting
7  OxyContin and Klonopin. Both meds due to be
8  refilled on Thursday 4/5/01. Patient states she
9  is all out of Klonopin and is requesting early
10  refill. Speech slurred. I spoke to
11  Dr. Crognale re this and he denied refills on
12  both meds today. I LM --" left message?
13    A. Correct.
14    Q. "-- on patient's answering machine re
15  this."
16    A. Yes.
17    Q. Why did you deny the refills?
18    A. Because they were --
19    Q. If you can recall.
20    A. Because they were early.
21    Q. Were you concerned by the "speech
22  slurred" reference?
23    A. Yes.
24    Q. What did you infer from that, if you

Page 99

1  can recall?
2    A. I inferred that she was using her
3  medication differently than prescribed.
4    Q. Were there other incidents with
5  Mrs. Bulger that you can recall where she was
6  using her medicine differently than had been
7  prescribed?
8    A. Yes.
9    Q. Can you recall the other ones?
10    A. Well, we just read it, that she's
11  using her medication at -- her OxyContin at her
12  discretion. That was in the last note we were
13  just reading.
14    Q. That was contrary to your --
15    A. Correct.
16    Q. -- your instructions?
17    A. Correct.
18    Q. Okay. Let's move to Page 42, please.
19  So she was given a prescription or renewal for
20  Klonopin on April 4th of '01?
21    A. Mm-hmm.
22    Q. And then in the middle of that page,
23  is that an indication that on 4/25/01 that she
24  didn't show up for an appointment?

Page 100

1    A. Correct.
2    Q. Next page, 41, is this the beginning
3  of your notes on your visit with Mrs. Bulger on
4  May 3rd of '01?
5    A. Yes.
6    Q. And you indicate under "S,"
7  subjective, "Susan comes in today in follow up
8  of her depression and anxiety."
9      Is that why she was there?
10    A. Correct.
11    Q. And you write "she states that she
12  feels calmer on the Paxil 20 MG Q HS"?
13    A. Correct.
14    Q. She said that?
15    A. Yes.
16    Q. And you write "she occasionally
17  forgets to take a dose and will take it in the
18  morning instead."
19      She told you that?
20    A. Yes.
21    Q. Was that contrary to your instructions
22  as well?
23    A. It's more complicated than that.
24    Q. Okay. And then she goes on to report

Page 101

1  that the Paxil seems to be making her feel
2  better, right, in substance?
3    A. Yes.
4    Q. And down below she indicates that she
5  was still taking the Klonopin four times a day?
6    A. Correct.
7    Q. And was that consistent with your
8  instructions?
9    A. No.
10    Q. And you go on to write "at this time
11  she continues --" I'm sorry, got that.
12      "She does not feel quite ready to
13  taper off this; however, she does want at some
14  point in the future to do this. We will address
15  this again at our next meeting."
16      "Taper off this," that's the Klonopin,
17  right?
18    A. Correct.
19    Q. All right. Let's go to Page 39 and
20  40, your notes on your meeting with her on
21  June 7, '01, is that correct?
22    A. Correct.
23    Q. And this is -- she's in again for her
24  depression and the plantar wart that she was

26 (Pages 98 to 101)

Page 102

1  complaining about, right?
2      A.  Right.
3      Q.  You wrote "regarding her depression,
4  she finds herself to be in bed less often and
5  feels that her mood is somewhat more stable.
6  However, she feels there is still some room
7  to improve and would like to increase her
8  medications."
9          She said these things to you?
10     A.  Yes.
11     Q.  "She is a bit discouraged at a recent
12 change over at CAB where they have increased her
13 Methadone.  She actually states to me that she
14 would like to wean her Methadone and feels that
15 she is not getting this across to her counselor
16 over at CAB."
17         She said those things to you?
18     A.  Yes.
19     Q.  When you used the word "actually,"
20 were you indicating that you were a little
21 skeptical of what she was telling you?
22         MR. FINKELSTEIN:  Objection.
23     A.  I can't say that that's more than just
24 clarification.  I just don't have enough

Page 103

1  recollection of the incident.
2      BY MR. CHAFFIN:
3      Q.  Do you recall her telling you that at
4  CAB they had increased her Methadone?
5      A.  Do I recall it?  No.
6      Q.  No.
7          Okay.  Is that likely, that CAB would
8  have increased her Methadone?
9          MR. BELLO:  Objection.
10         MR. FINKELSTEIN:  Objection.
11         MR. BELLO:  You can answer if you
12 know.
13     A.  I can't speak to that.
14         BY MR. CHAFFIN:
15     Q.  "She continues to have reasonable
16 relief of her chronic pain from rheumatoid
17 arthritis which on OxyContin."  I take it that's
18 a typo.
19         She reported that to you?
20     A.  Yes.
21     Q.  "She has not had any significant
22 flares of her RA recently and no significant
23 joint effusions."
24     A.  Correct.

Page 104

1      Q.  Right.  She said those things to you?
2      A.  Yes.
3      Q.  All right.  Down below under "A,"
4  that's assessment?
5      A.  Correct.
6      Q.  All right.  Number one, "depression,
7  slightly improved on Paxil."
8          That was your assessment at the time?
9      A.  Yes.
10     Q.  And you indicated below that that her
11 chronic pain was well controlled with the
12 OxyContin and intermittent Motrin, right?
13     A.  Correct.
14     Q.  Down below under three, "Methadone
15 therapy."  You write "this was started initially
16 as a method of pain control; however, she has
17 had problems with addiction to narcotics and
18 continues to be maintained on high dose
19 Methadone at CAB Health & Recovery."
20         Where did you get the information
21 concerning why she was started on Methadone?
22     A.  I can't tell you for sure.
23     Q.  Do you know whether it was the case
24 that she started on Methadone for pain control?

Page 105

1      A.  I do not.
2      Q.  Okay.  In the middle of Page 39, does
3  that indicate that the Klonopin prescription was
4  refilled, 39 in the middle?
5      A.  Yes.
6      Q.  And that was on June 27 of '01?
7      A.  Correct.
8      Q.  All right.  Let's go to Page 37,
9  please.  And is this the beginning of your notes
10 on your appointment with Mrs. Bulger on July 18,
11 '01?
12     A.  Yes.
13     Q.  And this was a session for follow-up
14 on her anxiety, depression, panic and chronic
15 pain issues?
16     A.  Yes.
17     Q.  You write "both she and her husband
18 are here and explain to me several increasing
19 stressors in their lives specifically related to
20 the Methadone clinic that they both attend.
21 Apparently Ron has had some trouble over there
22 in the last couple of weeks, and this had some
23 repercussions which he is vague about on Susan.
24 If nothing else it has caused Susan to become

27 (Pages 102 to 105)

Page 106

1  more anxious and is now such to the point she is
2  now having daily panic attacks. She is also
3  becoming phobic about going to the clinic
4  because she is wondering what might happen when
5  she goes there. She feels like her counselor
6  and she have an antagonistic relationship. Her
7  counselor puts words in my mouth. She is very
8  scared about getting off Methadone. She is
9  currently on 145 milligrams. She would like to
10  come off it; however, is very concerned about
11  the consequences for her rheumatoid arthritis.
12  I have assured her that the major issue there is
13  that she may experience more discomfort which we
14  could continue to control her with on the
15  OxyContin; however, the Methadone itself is not
16  in any way influencing the inflammatory process
17  of her rheumatoid arthritis. In general, I
18  think that her rheumatoid arthritis has not been
19  too poorly controlled. She does have morning
20  stiffness and intermittent pain with swelling,
21  although I have never really been able to see
22  any of this swelling. She has had multiple
23  surgeries in the past and is planning to see
24  Dr. Thornhill specifically about her elbows

Page 107

1  which of all the things, give her the most
2  trouble. She does have an overweight toddler
3  whom she picks up on occasion, and this
4  exacerbates the pain in her upper extremities."
5      You wrote all that?
6      A. Yes.
7      Q. Was it true that you weren't able to
8  see, to observe any swelling from the arthritis?
9      A. I would say based on the record, yes.
10      Q. And you advised her that coming off
11  the Methadone wouldn't have any effect on the
12  arthritis?
13      A. Correct.
14      Q. And the things that are attributed as
15  statements to her, she made those to you and you
16  recorded them in these notes?
17      A. Correct.
18      Q. In the next paragraph you write "she
19  has not seen a rheumatologist in over four
20  years."
21      She said those things to you?
22      A. Yes.
23      Q. That to you? Yes?
24      A. I may have gotten that from prior

Page 108

1  record. She may have said it, or I may have
2  gotten it from prior record.
3      Q. "And, therefore, has not been really
4  made UTD --" is that up to date?
5      A. Up to date, correct.
6      Q. "-- on the newer disease modifying
7  agents in rheumatoid arthritis."
8      A. Yes.
9      Q. You wrote that.
10      Do you know if she ever saw a
11  rheumatologist while you treated her?
12      A. I don't, I don't know.
13      Q. Then you go on to write "her current
14  medications are Paxil 60 milligrams PO Q day,
15  Klonopin one milligram PO TID with one milligram
16  being used PRN Q day over the last couple of
17  weeks since these increase in stressors"?
18      A. Yes.
19      Q. That was accurate?
20      A. That is accurate.
21      Q. All right. And you indicate down
22  below "O," was that observations, the next
23  paragraph?
24      A. Yes. So that's the objective.

Page 109

1      Q. Objective. I'm sorry. You told me
2  that.
3      A. That's okay.
4      Q. "She is moderately anxious appearing.
5  This escalates during conversation. She is
6  agitated in the chair, rocking side to side.
7  She is non-tremulous. Sclerae --"
8      A. The whites of the eye.
9      Q. -- whites of the eye "are mildly
10  injected."
11      What does that mean?
12      A. It can be caused by any generalized
13  irritation to the eye.
14      Q. So her anxiety increased during the
15  course of your visit with her, is that what that
16  paragraph means?
17      A. That's the picture I think that's
18  painted.
19      Q. Okay. Down below, "A," that's
20  assessment again?
21      A. Correct.
22      Q. You talk first about rheumatoid
23  arthritis, right?
24      A. Yes.

28 (Pages 106 to 109)

Page 130

1    AFTERNOON SESSION
2
3        (Attorney Finkelstein now present in
4    deposition room.)
5        THE VIDEOGRAPHER:  We are back on the
6    record.  The time is 1:20.
7        MR. CHAFFIN:  Thank you.  Thank you,
8    Doctor.  And Mr. Finkelstein has joined us.
9        BY MR. CHAFFIN:
10       Q.  Doctor, we were on Page 23 of your
11   records, Exhibit 1.  And I think my last
12   question was why did you put Mrs. Bulger on
13   Neurontin.
14       A.  Correct.  Did I answer that question
15   before we left?
16       Q.  You said "I don't have specific
17   recollection of the conversation."
18       A.  That's what I meant.
19       Q.  Do you have anything further to add to
20   that?
21       A.  I don't.
22       Q.  All right.
23           Other than having any specific
24   recollection of the conversation and having

Page 131

1    looked at the records today, do you know why you
2    put her on it?
3        A.  I would say I put her on it because of
4    her chronic pain.
5        Q.  Because of the chronic pain?
6        A.  Yes.
7        Q.  Now, we looked at earlier today
8    Page 53 of your record.  If you could flip to
9    that for one second.
10       A.  Sure.
11       Q.  Please.
12           Mrs. Bulger mentioning to you in
13   November of 2000 that she had been on Neurontin
14   and it made her feel out of it.  Do you remember
15   that?
16       A.  At the end of October, yes.
17       Q.  Did you take that into consideration
18   when you prescribed Neurontin for her in May of
19   '02?
20       A.  I would have, just by my -- knowing my
21   general practice, yes.
22       Q.  Let's turn to Pages 21 to 22, please,
23   of your records, Exhibit 1.  And are these your
24   notes at the bottom of Page 21 over to 22 of

Page 132

1    your appointment with Mrs. Bulger on July 2nd of
2    '02?
3        A.  Yes.
4        Q.  Okay.  Do you have any independent
5    memory of this appointment as you sit here
6    today?
7        A.  No.
8        Q.  Does reading your account of it, your
9    notes of it, refresh your memory at all about
10   what -- about this appointment?
11       A.  No, it does not.
12       Q.  Okay.  You write "Sue comes in today
13   initially accompanied by her husband Ron and
14   daughter.  Ron at the outset of the interview
15   states that he is very concerned about his wife
16   and her depression which has been going on for
17   two to three months."
18           Now, she had actually been depressed
19   for much longer than two to three months?
20       A.  Correct.
21       Q.  In fact, she had been depressed from
22   the beginning of your treatment of her, right?
23       A.  Correct.
24       Q.  You go on to write "he describes her

Page 133

1    as being devoid of life.  He then leaves
2    appropriately so that we can have a confidential
3    interview.  When asked about his comment, Sue
4    does describe herself as depressed."
5           You wrote that, right?
6        A.  Yes.
7        Q.  Now, she had described herself as
8    depressed many times in the past, right?
9        A.  Correct.
10       Q.  "She is crying on a regular basis.
11   She has not had any suicidal ideation either
12   passive or active."
13           You wrote that?
14       A.  Correct.
15       Q.  And was that based on an inquiry of
16   her?
17       A.  Yes.
18       Q.  And what does that mean, "no suicidal
19   ideation either passive or active"?
20       A.  What it means is that -- passive
21   suicidal ideation is thoughts of death, thoughts
22   of ending life.  Active suicidal ideation is
23   developing a plan.
24       Q.  "She hates her life as it stands.  She

VERITEXT CORPORATE SERVICES (800) 567-8658

Page 134

1  is demotivated, anhedonic and has difficulty
2  with sleep."
3       What is anhedonic?
4       A.  It means she doesn't get any
5  satisfaction from life or what she's doing.
6       Q.  "She calls herself a shelf a person.
7  She denies any abuse in the home and feels well
8  supported by her husband.  She has a counselor
9  who she sees on a regular basis at CAB and feels
10 well supported there as well.  She feels that
11 her support network is all positive for her.
12 She's self d/c'd her Paxil approx one week ago
13 as she felt it was not helping."
14      You wrote all of those things?
15      A.  Yes.
16      Q.  What does that mean, "she self d/c'd
17 her Paxil"?
18      A.  She discontinued it.
19      Q.  That was contrary to your
20 instructions?
21      A.  Yes.
22      Q.  "She does continue to be on Neurontin,
23 Methadone, and OxyContin."
24      You wrote that, right?

Page 135

1       A.  Correct.
2       Q.  If you turn over to the next page,
3  under "A," analysis, you write "major depression
4  without suicidal ideation"?
5       A.  Correct.
6       Q.  That was your assessment?
7       A.  Yes.
8       Q.  I'm sorry, assessment, not analysis,
9  correct?
10      A.  Correct.
11      Q.  I'll get it yet.
12      "P," plan, "1.  I have discussed the
13 possibility of outpatient versus inpatient
14 treatment."
15      And does that -- you wrote that?
16      A.  I did.
17      Q.  And you go on from there to talk about
18 the plan for treating her depression?
19      A.  Correct.
20      Q.  And you discussed with her the use of
21 antidepressants, correct?
22      A.  Correct.
23      Q.  And she said that she would like to go
24 on Prozac although it did not work for her

Page 136

1  significantly well the last time in 2001 -- 2000
2  to 2001?
3       A.  Right.
4       Q.  "She does state that seven to
5  eight years ago she was on it, and it worked
6  exceedingly well."
7       You wrote that, right?
8       A.  Right.
9       Q.  She said that to you?
10      A.  Yes, she did.
11      Q.  "She is very interested on being up to
12 her maximum dose relatively quickly."
13      She said that to you as well?
14      A.  Yes.
15      Q.  Okay.  Were Mrs. Bulger's complaints
16 of depression on July 2nd, '02 inconsistent with
17 her prior complaints of depression, or in any
18 way different?
19      A.  It appears from the record that
20 they -- that she is at least subjectively more
21 depressed.
22      Q.  But she had --
23      A.  But these are not new complaints.
24 They are perhaps more emphatic complaints.

Page 137

1       Q.  Okay.  Let's go to pages -- I'm sorry,
2  top of 21, renewal of the Klonopin, correct?
3       A.  Correct.
4       Q.  Page 20 to 21, this is your follow-up
5  note on the appointment of July 16 of '02, is
6  that correct?
7       A.  Correct.
8       Q.  This is a follow-up in regard to her
9  major depressive episode?
10      A.  Correct.
11      Q.  You wrote that, right?
12      A.  Yes.
13      Q.  And you wrote "she continues to have a
14 feeling of emptiness, however, is slightly
15 improved from past appointment."  Right?
16      A.  Yes.
17      Q.  And that's based on something she
18 reported to you?
19      A.  Correct.
20      Q.  "She is up to 60 milligrams on her
21 Prozac and using Klonopin 1 to 2 every other day
22 for return of panic attacks."
23      She reported that?
24      A.  Yes.

35 (Pages 134 to 137)

Page 138

1    Q.  Okay.  Down at the bottom under
2   "assessment" on this Page 20.
3    A.  Yes.
4    Q.  "1.  Major depression with severe
5   dysthymia, without suicidal ideation."
6       Again, you had inquired about suicide?
7    A.  Yes.
8    Q.  And what is dysthymia?
9    A.  Dysthymia.
10    Q.  Thank you.
11    A.  Dysthymia is a general low grade, it's
12   not really a depression, depression comes in
13   waves, and dysthymia is sort of a low grade
14   personality mood issue.
15    Q.  Okay.  Was she -- did she have -- was
16   she low grade with a low wave, or just low
17   grade?
18    A.  She is -- or she was a person who I
19   would have described as dysthymic, in other
20   words her general outlook on life was negative.
21   That's not true.  I'm sorry.  I don't know if I
22   can correct that, or I'll at least correct it in
23   my statement.
24       MR. BELLO:  You can correct it.

Page 139

1       MR. FINKELSTEIN:  You can correct it.
2    A.  So to correct that, her circumstances
3   created in her a negative perception of life,
4   and so that's what made her dysthymic.  That was
5   a baseline.  In-between she would have blips
6   where she would get truly depressed, and that is
7   what I think you're seeing over these last
8   couple of notes, is a major, what we call major
9   depression where there's a succinct period of
10   time that the level of depressive symptoms are
11   elevated, and then with treatment generally
12   become under control.
13       BY MR. CHAFFIN:
14    Q.  And these major depressive episodes
15   were periodic?
16    A.  Periodic, yes.
17    Q.  And was the absence of the major
18   up-blip on the curve what led you to believe
19   that wasn't bipolar?
20    A.  I'm sorry.  Can you restate that?
21    Q.  I know, it wasn't very good.
22       You said she had troughs, but she had
23   no significant peaks that would lead you to
24   believe she was bipolar, is that fair to say?

Page 140

1    A.  As stated previously in the record, my
2   reason for not thinking that she is bipolar is
3   her lack of manic episodes, at least what she
4   described to me.
5    Q.  Okay.  Still on Page 20 of your
6   record, Exhibit 1, item 3, "have again
7   reiterated if she has any suicidal or homicidal
8   ideation, she should immediately seek medical
9   attention."
10    A.  Correct.
11    Q.  You so instructed her?
12    A.  Yes.
13    Q.  Did she ever say to you "just don't
14   want to live" or "I'm planning to end my life"?
15    A.  Based on general recollection and
16   based on this record, no.
17    Q.  On the top of Page 20, renewal for the
18   Neurontin?
19    A.  Top of 20.  Yes.
20    Q.  Let's go to Pages 18 and 19.  At the
21   bottom of Page 18 over to 19, are these your
22   notes on your appointment with Mrs. Bulger on
23   August 14th of 2002?
24    A.  Yes.

Page 141

1    Q.  You write under "S," this is the
2   subjective section, correct?
3    A.  Correct.
4    Q.  I got that one.
5    A.  Nice job.
6    Q.  "Susan comes in today for follow-up of
7   her depression and chronic pain.  She states
8   that both are under reasonable control.  She
9   feels like the Prozac is really starting to work
10   now.  She continues on 60 milligrams of Prozac.
11   She does remark there is a lot of stress in her
12   life still; nothing has changed along those
13   lines.  She does get anxious once in a while, is
14   using Klonopin about once every three to
15   four days; however, still has some left of her
16   prior prescription which is a significant
17   decrease from her prior use.  She is using
18   Neurontin for sleep and is getting good results
19   with that.  She remains on a stable dose of
20   Methadone and is working with a counselor at CAB
21   and feels this is going well."
22       She reported all of those things to
23   you?
24    A.  Yes.

36 (Pages 138 to 141)

Page 142

1    Q.  Next paragraph, "her chronic pain
2   appears to be stable."
3        You wrote that?
4    A.  Yes.
5    Q.  And she reported that to you?
6    A.  Yes.
7    Q.  On the next page, "O," and that's
8   objective, your observations?
9    A.  Correct.
10   Q.  "She is comfortable appearing in NAD."
11       What is NAD?
12   A.  No acute distress.
13   Q.  So the pain seemed to be under
14  control?
15   A.  Correct.
16   Q.  "Her affect is significantly improved
17  in the normal range with good range."
18       What does that mean?
19   A.  The normal range just describes how
20  she was, and then the range then -- so the
21  normal range is how she was compared to other
22  people.  What I was trying to say "with good
23  range" was that she could fluctuate within that
24  to both ends of the spectrum without

Page 143

1   overstepping over the spectrum.
2    Q.  "No crying during this interview" you
3   wrote?
4    A.  Right.
5    Q.  "Her left shoulder shows no signs of
6   inflammation; it has reasonable ROM."
7        Is that range of motion?
8    A.  Correct.
9    Q.  "Is non-painful at this time."
10       You observed that?
11   A.  Yes.
12   Q.  Let's go to the A:/P: section.  Under
13  two, "chronic pain.  Continue Percocets as
14  ordered."
15       So she was on Percocets at this point?
16   A.  It appeared that way, although I can't
17  confirm it from the record.
18   Q.  Okay.  "Patient is given a five-day
19  course of Prednisone script to have on hand.  I
20  have discussed with her the risks of the use of
21  Prednisone.  She understands them well and will
22  use them only in extreme situations.  She is to
23  call in to the office if she is in a situation
24  where she feels like she is needing to use it

Page 144

1   prior to being on the medication."
2        You wrote that?
3    A.  Yes.
4    Q.  And you so instructed her?
5    A.  Yes.
6    Q.  Now, under your normal practice, would
7   you have been assessing Mrs. Bulger during this
8   period of time with respect to her reaction to
9   the Neurontin?
10   A.  Yes.
11   Q.  And looking for any signs of adverse
12  effects?
13   A.  Yes.
14   Q.  And if you had seen any, would you
15  have noted them?
16   A.  Yes.
17   Q.  And you've reviewed the record before
18  today's deposition?
19   A.  Yes, I have.
20   Q.  Any notes in here of any adverse
21  effects to the Neurontin?
22   A.  Not that I recollect.
23   Q.  Page 18, there's a refill on the
24  OxyContin and a refill on the Neurontin,

Page 145

1   correct?
2    A.  Correct.
3    Q.  Can we go to Pages 16 and 17?  Pages
4   16 and 17 bear your notes of an appointment with
5   Mrs. Bulger on September 20th of '02?
6    A.  Correct.
7    Q.  And in summary, is what's going on
8   here is that you met with her because she was in
9   a motor vehicle accident and she was reporting
10  pain?
11   A.  Correct.
12   Q.  Neck pain in particular, correct?
13   A.  Yes, yes.
14   Q.  Other than what's in the notes, do you
15  have any memory of this appointment?
16   A.  No, I do not.
17   Q.  And in the assessment portion of your
18  report, you indicate under one, "soft tissue
19  injury, cervical paraspinal muscles.  Will use
20  Motrin and increase OxyContin PRN --"
21   A.  Correct.
22   Q.  What does that mean?
23   A.  As needed.
24   Q.  "-- to control pain."  Thanks.

37 (Pages 142 to 145)

Page 150

1  more frequently here, although it is my general
2  practice if I make a significant medication
3  change that I will see them back more
4  frequently.
5      Q. For what purpose?
6      A. To make sure that they're not having
7  worsening side effects, and that we're treating
8  appropriately.
9      Q. Okay. Look at your notes on 12/20/02,
10  please, for the 12/20/02 appointment, please.
11      A. Correct.
12      Q. Page 14 under "P," plan, "she will
13  continue on current meds. I will add Neurontin
14  900 milligrams BID and at HS. Will follow-up
15  with her in one week. She recently had her
16  fluoxetine 40-milligram daily. Will follow up
17  with that in one month as well. Follow up with
18  Dr. O'Flynn as scheduled."
19          This is you reintroducing the
20  Neurontin?
21      A. Yes.
22      Q. And this was for pain?
23      A. Yes.
24      Q. And what's the significance of the

Page 151

1  indication that you were going to follow up in
2  one week on that?
3      A. Again, I don't have specific
4  recollection, but based on the flow of the chart
5  it's that she had a reaction, and I wanted to
6  make sure that we were appropriately
7  reintroducing the medication.
8      Q. Okay. She recently had her
9  fluoxetine.
10          What is fluoxetine?
11      A. That's Prozac.
12      Q. Prozac.
13      A. And there's probably a typo there,
14  missing some words.
15      Q. Okay. Let's go to Page 13, please.
16  There was a refill on the Klonopin on
17  December 27th?
18      A. Correct.
19      Q. And then on -- there was also a
20  telephone exchange on the 27th about the
21  Klonopin refill, correct?
22      A. Correct.
23      Q. Another complaint by Mrs. Bulger? Or
24  Mrs. Bulger pursuing getting her Klonopin?

Page 152

1      A. That's what it looks like to me.
2      Q. Page 12, please. These are
3  prescriptions for Prednisone and two for
4  OxyContin, correct?
5      A. Correct.
6      Q. All right. On Page 11, Klonopin and
7  OxyContin prescriptions, correct?
8      A. Correct.
9      Q. On Pages 10 to 11, are these your
10  notes on the March 7, '03 appointment with
11  Mrs. Bulger?
12      A. Yes, they are.
13      Q. And she continues to complain of
14  chronic pain?
15      A. Correct.
16      Q. Any indication in this March
17  appointment of any complaints of depression?
18      A. It doesn't look like it was addressed
19  in this note.
20      Q. Okay. And she's back on the Neurontin
21  at this point in time?
22      A. As far as I can tell from the record,
23  yes.
24      Q. Okay. And on the top of this Page 10,

Page 153

1  another prescription for OxyContin, correct?
2      A. Yes.
3      Q. And then Page 9, Klonopin renewal on
4  March 27, '03? Is that what that is?
5      A. Correct.
6      Q. And then on the top of that, is that a
7  renewal on the Neurontin?
8      A. Yes.
9      Q. And on Page 8 on the bottom we have
10  two Klonopin renewals?
11      A. Yes.
12      Q. Incidentally, on Page 9, the Neurontin
13  renewal, how long was that to last?
14      A. That would have been a month's worth
15  of medication.
16      Q. I'm sorry?
17      A. That would have been a month's worth
18  with two refills.
19      Q. With two refills?
20      A. Yes. The 180 represents how many
21  pills she would have gotten for the month, and
22  then the refills.
23      Q. So it could last for three months?
24      A. Three months for the whole

1  stability. She feels less depressed and
2  anxious. Feels more even. Is having no
3  significant side effect. Neurontin is also
4  helping her to sleep better."
5      She reported those things to you?
6      A. Yes.
7      Q. At the bottom "regarding her anxiety
8  --" so she's still suffering from anxiety. Yes?
9      A. Yes.
10     Q. "-- she has been on Klonopin.
11  However, she feels that this worsens her
12  depression and is wondering if we could try a
13  different benzo, specifically Valium which she
14  has taken before without as much side effect."
15     A. Correct.
16     Q. You had that discussion with her?
17     A. Yes.
18     Q. And then you gave her the Valium
19  later, right?
20     A. Right.
21     Q. Okay. And then down on the bottom,
22  the assessment section --
23     A. Yes.
24     Q. -- "1. Depression, stable. Continue

1  Lexapro and Neurontin," right?
2      A. Correct.
3      Q. And then below that you renewed the
4  OxyContin, and you discuss some of her other
5  issues, right?
6      A. Correct.
7      Q. Having reviewed your record before
8  your deposition, Doctor, and again now maybe in
9  excruciating detail -- sorry, Maureen -- did you
10  do the right thing prescribing Neurontin for
11  her?
12     MR. FINKELSTEIN: Objection.
13     MR. BELLO: Object as well.
14     But you can answer the question.
15     A. Based solely on the record, it would
16  appear that she benefited from Neurontin.
17     BY MR. CHAFFIN:
18     Q. And no suicidal ideation, correct?
19     MR. FINKELSTEIN: Objection.
20     A. Not in -- listed in the record, and
21  not discussed with the patient.
22     BY MR. CHAFFIN:
23     Q. And you have no independent memory of
24  her ever saying "I'm thinking I want to end my

1  life" or planning to end her life?
2      A. No, I do not.
3      Q. So why did you stop treating her, do
4  you know?
5      A. I have no recollection of why she
6  stopped seeing me in my practice.
7      Q. You didn't discharge her as a patient?
8      A. Not to my recollection, no.
9      Q. She just stopped coming?
10     A. That's very possible.
11     Q. And you still -- is your practice
12  still treating Mr. Bulger?
13     A. Not that I know of.
14     MR. BELLO: Okay. Sorry.
15     BY MR. CHAFFIN:
16     Q. So you treated Mrs. Bulger for three
17  plus years for chronic pain, depression, and
18  anxiety, correct?
19     A. Correct.
20     Q. What are the risks of these conditions
21  if they're left untreated?
22     A. What are the risks of --
23     MR. FINKELSTEIN: I'll just object
24  that it's compound.

1      A. Yeah, I mean it's a complicated
2  answer.
3      BY MR. CHAFFIN:
4      Q. What are the risks of untreated
5  depression?
6      A. Further depression. It's not simple.
7  It's not a simple answer.
8      Q. How about untreated anxiety?
9      A. Again, it's speculative to say what
10  the outcome would be.
11     Q. And for Mrs. Bulger's chronic pain,
12  the medications you gave her were OxyContin and
13  Neurontin?
14     A. Correct.
15     Q. Any others?
16     A. Not that I can see from the record.
17     Q. Can you tell from your record, was
18  part of your purpose in prescribing Neurontin to
19  address her depression?
20     A. No.
21     Q. No.
22     As between OxyContin and Neurontin,
23  which one has more side effects?
24     MR. FINKELSTEIN: Objection.

1     If you're qualified to answer.
2         MR. BELLO: I was going to object. If
3  you can answer the question.
4     A. I don't think I'm qualified to answer.
5         BY MR. CHAFFIN:
6     Q. Does OxyContin have the potential for
7  liver damage, do you know?
8     A. Not that I'm aware of.
9     Q. It's highly addictive, though?
10    A. Yes, it is.
11    Q. Had you prescribed Neurontin for other
12 patients before you started giving Mrs. Bulger
13 Neurontin for her chronic pain?
14        MR. FINKELSTEIN: Objection.
15    A. I can't say. I can't say for sure.
16        BY MR. CHAFFIN:
17    Q. Not sure?
18    A. Not sure.
19    Q. But you've done it since?
20    A. Yes.
21    Q. Any other memory of why you decided to
22 put Mrs. Bulger on Neurontin?
23    A. No.
24    Q. Did you receive -- do you recall

1  receiving any information directly from any
2  representative of Warner-Lambert, Parke-Davis or
3  Pfizer about Neurontin?
4     A. Yes.
5     Q. Could you describe what the
6  information was and how you got it?
7     A. The only recollection I have of any
8  information from a drug representative directly
9  is in a conversation with a drug rep who
10 mentioned that the side effect of sedation
11 improves with increasing doses.
12    Q. I'm sorry, that what?
13    A. That the side effect of sedation that
14 comes with Neurontin improves with increasing
15 doses.
16    Q. So, in other words, the more you take
17 the less you're sedated?
18    A. Yes.
19    Q. The less you're sedated or the more
20 you're sedated?
21    A. The less you're sedated.
22    Q. I'm sorry?
23    A. The less you're sedated.
24    Q. When was that?

1     A. I couldn't pinpoint that specifically.
2     Q. Where?
3     A. It would have been in my office.
4     Q. What was the rep's name, do you know?
5     A. No, I have no idea. Sorry.
6     Q. Man or woman?
7     A. It was a man.
8     Q. I'm sorry, did I ask you this; when
9  did this take place?
10    A. I don't know.
11    Q. Pfizer rep or a Parke-Davis rep?
12    A. I have no idea. I had no idea who
13 made this medicine until this.
14    Q. And what caused you to be inquiring
15 about this?
16    A. I wasn't inquiring.
17        MR. FINKELSTEIN: Objection.
18        MR. BELLO: Objection.
19        Go ahead. You can answer.
20        MR. FINKELSTEIN: I still don't know
21 that he was inquiring. That's the basis of my
22 objection.
23    A. Yes.
24        MR. CHAFFIN: Since you're unanimous

1  on it, I'll fix it, including the witness.
2         BY MR. CHAFFIN:
3     Q. Can you describe the exchange with me,
4  if you would, please?
5     A. The exchange would have been in
6  context of the representative telling us about
7  the medication, and in discussion of side
8  effects making an emphasis that this was one
9  side effect that improved counter-intuitively
10 with dose.
11    Q. Can you remember, I mean the rep -- to
12 whom was the rep talking at the time?
13    A. It would have been to me and some
14 number of people from my office. I can't tell
15 you exactly.
16    Q. You don't know who else was there?
17    A. I cannot tell you that for sure.
18    Q. Any discussion about any other side
19 effects or uses or anything of that nature?
20    A. I'm sure there were, but the only
21 recollection I have of the entire conversation
22 is that statement.
23    Q. Is that the more you took, the less
24 sleepy it was going to make you?

Page 170

1    A.  That's right.
2    Q.  Do you remember for what indication --
3  do you remember what indication was being
4  discussed at the time?
5    A.  No, I do not.
6    Q.  Again, I'm sorry --
7    A.  That's okay.
8    Q.  -- a year, two years, several years
9  ago?
10   A.  I can say it was within the last five
11 years, but I can't be sure any more than that.
12   Q.  Okay.  Is that the only contact you
13 can recall with any representative of
14 Parke-Davis, Warner-Lambert or Pfizer concerning
15 Neurontin?
16   A.  That's my only specific recollection.
17   Q.  Okay.  And you're sure it was
18 Neurontin and not Lyrica?
19   A.  No, I'm sure it was Neurontin.
20   Q.  Okay.  How long did this meeting with
21 this representative take?
22   A.  They probably would have been in the
23 office for 20 minutes to a half hour total.
24   Q.  Have you had any recent discussions

Page 171

1  with anyone else in your office about this
2  meeting with the representative?
3    A.  No.
4    Q.  No?
5    A.  No.
6    Q.  Okay.  Now, your dosing decision with
7  respect to Mrs. Bulger and Neurontin, was that
8  based on what this Pfizer sales rep told you?
9    A.  No.
10   Q.  Do you make prescribing decisions
11 based on what drug company sales representatives
12 tell you?
13   A.  No.
14   Q.  Why?
15   A.  Because I don't think they have the
16 medical knowledge to make that -- decisions made
17 medically are not simply about pharmacokinetics,
18 they're about patients, and so I don't think
19 that I can be directed by somebody that only
20 knows the pharmacology of the medication.
21   Q.  Did you ever meet any medical liaisons
22 from Warner-Lambert?
23   A.  Can you tell me what that means?
24   Q.  Okay.

Page 172

1    A.  Medical liaison?
2    Q.  You've answered my question.
3       Do you know what a medical liaison is?
4    A.  No, I'm not sure I do.
5    Q.  Okay.  Good.
6       Other than sales representatives or
7  detailers --
8    A.  No.
9    Q.  -- for Pfizer?
10   A.  For Neurontin, no.
11   Q.  Okay.
12      MR. CHAFFIN:  You need to change,
13 right?
14      THE VIDEOGRAPHER:  Yes.
15      MR. CHAFFIN:  Okay.  Let's take a
16 couple minute break if that's okay.
17   A.  That's fine.
18      THE VIDEOGRAPHER:  This is the end of
19 tape number two.  The time is five minutes after
20 two.  We are off the record.
21      (Whereupon, a recess was taken.)
22      THE VIDEOGRAPHER:  Okay.  We are back
23 on the record.  This is tape number three.  The
24 time is 2:13.

Page 173

1      MR. CHAFFIN:  Thank you, Shawn.
2      BY MR. CHAFFIN:
3    Q.  Doctor, just a few more questions,
4  please.
5    A.  Sure.
6    Q.  Independent of the medical records, do
7  you have any recollection of why you prescribed
8  Neurontin for Mrs. Bulger?
9    A.  No, I do not.
10   Q.  Was it based on your, in an effort to
11 refresh your recollection, your experience with
12 the drug and your medical training?
13   A.  Yes.
14   Q.  Did it have anything to do with
15 anything any representative of Pfizer,
16 Warner-Lambert or Parke-Davis told you?
17   A.  No.
18   Q.  When you were prescribing Neurontin
19 for Mrs. Bulger, were you aware of the risks
20 associated with it?
21   A.  I was aware of many of the risks.
22   Q.  Is there anything that you'd like to
23 add to any of the prior testimony you've given
24 today concerning your decision --

44 (Pages 170 to 173)

Page 178

1 individual who paid that visit, would you
2 challenge the date?
3     MR. CHAFFIN: Objection.
4     MR. BELLO: Object as well.
5     Go ahead. You can answer.
6   A. Yes, yes.
7     BY MR. FINKELSTEIN:
8   Q. You would challenge the date?
9     MR. CHAFFIN: Objection.
10  A. Yes.
11    BY MR. FINKELSTEIN:
12  Q. Okay.
13  A. Can I explain why?
14  Q. Sure.
15  A. I would say that drug reps come in and
16 out of our office on a routine basis, and so I
17 could not -- if you gave me two dates within two
18 years, I couldn't pick one for sure, so that's
19 why I would contest it.
20  Q. But if the drug rep writes down "today
21 I met with Dr. Crognale --"
22  A. Yes, Crognale.
23  Q. "-- and we discussed Neurontin," would
24 you challenge that?

Page 179

1     MR. CHAFFIN: Objection.
2   A. No.
3     BY MR. FINKELSTEIN:
4   Q. And how often do the drug reps come in
5 and out of your office?
6   A. Roughly once a week.
7   Q. And from Pfizer, how many times do
8 they come in and out of your office?
9   A. No idea. I really don't pay attention
10 to who makes what drug.
11  Q. Do you know if the Pfizer drug rep
12 left any samples of Neurontin?
13  A. I don't.
14  Q. Do you have a protocol within your
15 office regarding samples?
16  A. Yes.
17  Q. What is that?
18  A. We accept samples, they're logged into
19 a book, and then if samples are given they are
20 logged into the chart as well.
21  Q. And based on your reading of the
22 Bulger chart, was she provided any samples?
23  A. No.
24  Q. Are you the only one -- or is the

Page 180

1 physician the only one who gives samples to
2 patients?
3   A. Physician or nurse practitioner, yes.
4   Q. And the nurse practitioner always logs
5 it into the chart?
6   A. Yes.
7   Q. I'd like to know if you knew this. Do
8 you know what a medical review officer for the
9 FDA is?
10  A. No.
11  Q. Do you know how the FDA approves
12 drugs?
13  A. No.
14  Q. When you decided to prescribe
15 Neurontin for the very first time, what was the
16 foundation with which you prescribed it?
17  A. It would have been, just speaking from
18 my general practice, not from a specific
19 instance, it would have been primarily after
20 discussion with colleagues, review of some early
21 literature, and basis that again the risk versus
22 benefit was more towards the evidence of
23 benefit.
24  Q. The colleagues --

Page 181

1   A. Yes.
2   Q. -- now I'm asking specifically related
3 to Neurontin --
4   A. Yes.
5   Q. -- were there colleagues that you
6 spoke to specifically that felt Neurontin was
7 appropriate for the treatment of pain?
8   A. Specific colleagues, no.
9   Q. In general amongst --
10  A. It would have been either in the
11 setting of symposium -- I'm sure that there were
12 conversations with specific colleagues that I
13 can't recollect, but that I would have said, you
14 know, "what's your experience with this? I
15 heard this, what's your experience?" That's how
16 I practice.
17  Q. Based on anecdotal reports?
18  A. In conjunction with more, you know,
19 maybe not randomized control trials because
20 there isn't always that, but there are some
21 studies with small results that may be
22 applicable.
23  Q. And do you recall any of the studies
24 that you've relied upon to prescribe Neurontin

46 (Pages 178 to 181)

Page 182

1  for pain?
2      A. No, not specifically.
3      Q. Are you aware of any that exist,
4  randomized control trials?
5      A. No, I am not.
6      Q. So if no randomized control trials
7  existed for Neurontin in treatment for pain, was
8  the basis of your prescribing of Neurontin based
9  on your communication with the medical
10  community?
11      MR. CHAFFIN: Objection.
12      MR. BELLO: Objection.
13      You may answer.
14      A. In part. Again, there are
15  non-randomized control studies that, yes, are
16  not the gold standard, but do have some impact
17  on how we prescribe.
18      BY MR. FINKELSTEIN:
19      Q. And do you know of any non-randomized
20  control trials that provided you a foundation to
21  prescribe Neurontin?
22      A. I can't quote them off the top of my
23  head. I know that they are in existence.
24      Q. Do you know any of the authors of any

Page 183

1  of them that you relied upon?
2      A. No.
3      Q. Do you know any of the articles that
4  they were published in -- I'm sorry, the
5  journals that they were published in?
6      A. Not the journals, no.
7      Q. Do you have a record of any of those?
8  Do you maintain them anywhere?
9      A. No, I don't. I don't have a specific
10  file, no, I do not.
11      Q. If I asked -- I just want to know if
12  you're capable of doing this, I'm not asking you
13  to do it.
14      A. Sure.
15      Q. If I asked you could you go back to
16  your office and find the articles that laid the
17  foundation for you to prescribe Neurontin, would
18  you be able to do that?
19      A. No, I could not.
20      Q. And why is that?
21      A. Why is that?
22      Q. Yeah. Do you throw the journals away?
23  Do you not maintain them?
24      A. Generally once I have looked over an

Page 184

1  article I generally discard it, unless it's
2  highly relevant to my practice.
3      Q. And the physicians that you discussed,
4  whether it be at symposiums or outside the
5  symposiums, regarding the efficacy of Neurontin
6  and its treatment of pain, can you name any of
7  them?
8      A. No, I cannot.
9      Q. Would you say it's your opinion was
10  formed on the basic general medical community's
11  opinion of Neurontin and its treatment of pain?
12      MR. CHAFFIN: Objection.
13      MR. BELLO: Objection.
14      You may answer.
15      A. I would say yes, with supplementation
16  from small report data.
17      BY MR. FINKELSTEIN:
18      Q. Do you know if any of the report data
19  that you relied upon, the non-gold standard
20  trials, do you know if Pfizer, Parke-Davis or
21  Warner-Lambert sponsored any of them?
22      A. I cannot say that for sure.
23      Q. Is that information that's important
24  for you to know, who sponsors a trial when you

Page 185

1  read it?
2      MR. CHAFFIN: Objection.
3      A. It is important.
4      BY MR. FINKELSTEIN:
5      Q. Why is it important?
6      A. Because it helps you to decide whether
7  or not there is some bias to the data.
8      Q. The journal articles that you read
9  related to Neurontin and treatment of pain, do
10  you have any recollection as to whether or not
11  Pfizer sponsored any of it?
12      A. I do not know.
13      MR. CHAFFIN: Objection.
14      BY MR. FINKELSTEIN:
15      Q. If they did sponsor any of it, would
16  you have taken note of it?
17      MR. CHAFFIN: Objection.
18      MR. BELLO: Objection.
19      A. Yes.
20      BY MR. FINKELSTEIN:
21      Q. How many doctors are in your practice?
22      A. Four.
23      Q. And how many doctors were in your
24  practice in 2000?

47 (Pages 182 to 185)

1    Q.  Did you look for side effects in this
2  situation?
3    A.  Yes.  I was very aware for side
4  effects for her.
5    Q.  Related to Neurontin?
6    A.  Yes, because she had a prior history
7  of not doing well on Neurontin.
8    Q.  And when she came in and she made
9  complaints of depression, the next visit after
10  you rechallenged her on Neurontin, it's your
11  opinion that Neurontin had nothing to do with
12  that depression?
13      MR. CHAFFIN:  Objection.
14      MR. BELLO:  Objection as well.
15    A.  Again I don't, I don't think it's as
16  simple as that.  I would say after going through
17  this record today, as well as my prior review
18  and my general recollection, is that that
19  episode was not that much significantly
20  different from previous history for her.  So no,
21  I did not make the link between the two.
22      BY MR. FINKELSTEIN:
23    Q.  On June 24th, what dosage did you
24  prescribe her?

1    A.  Let's see.  She was on 200 milligrams
2  at bedtime.  She had actually been started on
3  5/14/02.
4    Q.  On 5/14/02, what was the dosage?
5    A.  She was starting at 100 milligrams and
6  then increasing to 200 milligrams.
7    Q.  And on August -- I'm sorry, on April
8  12th, 2003, did that prescription dosage change?
9    A.  The prescription did change.
10    Q.  What did it change to?
11    A.  It is now recorded as being
12  900 milligrams twice a day.
13    Q.  She took 900 milligrams twice a day?
14    A.  That's what the record shows.
15    Q.  Okay.  And then August 11th, 2003?
16    A.  She is now down to 300 milligrams at
17  bedtime.
18    Q.  And was that the last time you saw
19  her?
20    A.  Yes.
21    Q.  And as far as you know, when you
22  discharged her, that's what she was on?
23    A.  That would be my only recollection is
24  what's in the chart.

1    Q.  And the consistent change in the
2  dosages of the various medications that you gave
3  throughout your treatment, for what purpose did
4  you do that?
5    A.  I'm sorry.  Can you clarify that?
6      MR. CHAFFIN:  Objection.
7      BY MR. FINKELSTEIN:
8    Q.  Well, I don't want to go through every
9  single record.
10    A.  No, no, no, I understand, but I'm just
11  trying to -- I didn't really understand the
12  question.
13      MR. BELLO:  That's fine.
14      BY MR. FINKELSTEIN:
15    Q.  You modified the dosage throughout,
16  correct?
17    A.  Okay.  Correct.
18    Q.  And why were you modifying the dosages
19  of the various medications that you were
20  prescribing?
21    A.  To get the achieved affect.
22    Q.  Which was what?
23    A.  For her, it was chronic pain relief.
24    Q.  During the entire time that you knew

1  her -- strike that.
2      As you sit here today, do you have an
3  independent memory of her?
4    A.  Yes.
5    Q.  What she looked like?
6    A.  Yes.
7    Q.  What kind of person she was?
8    A.  Yes.
9    Q.  Can you describe her for me?
10    A.  Sure.  Typically as I enter a room she
11  would be sitting and reading, that's in fact
12  almost every single time I remember, any
13  recollection, she would be sitting and reading.
14    Q.  Okay.  I don't mean to interrupt, but
15  reading what, like a book or magazine?
16    A.  A book, a novel of some sort.
17      As I described earlier in my
18  testimony, she generally had an undercurrent of
19  unhappiness, and there always seems to be some
20  circumstances that would be surrounding that
21  unhappiness.  She always tried to look for the
22  bright spot that her -- that there would be a
23  positive direction, but even with changes in the
24  circumstances she was never really able to get

52 (Pages 202 to 205)

Page 218

1    Q.  Did you ever speak to her husband
2  regarding concerns of suicidality?
3    A.  I don't have any specific
4  recollection.  There was that one incident that
5  we went through in the chart where he came in.
6    Q.  The one note where he referenced
7  depression?
8    A.  Depression, but not suicidality, no.
9    Q.  I want to distinguish between
10 depression and suicidality.
11       MR. CHAFFIN:  Objection.
12    A.  No, I don't have any recollection of
13 any conversation about suicidality.
14       BY MR. FINKELSTEIN:
15    Q.  And I believe it was in 2002 -- I'm
16 sorry, 2000, there was a note around the holiday
17 time where she came in and said it was
18 particularly difficult.
19       Do you recall that?
20    A.  I actually don't, surprisingly, since
21 we went through the whole record.  No, I don't
22 know exactly which one you're referring to,
23 so --
24    Q.  All right.  Let me help you.

Page 219

1    A.  Thank you.
2    Q.  Did you think the pain associated with
3  her rheumatoid arthritis made her a risk of
4  suicide?
5    A.  In her specific case, no, I do not.
6    Q.  Do you think that chronic pain,
7  whether it's from the rheumatoid arthritis or
8  otherwise, made her a risk for suicide?
9    A.  I think chronic pain makes people
10 statistically more likely to be depressed, and
11 depression makes people more likely
12 statistically to be suicidal.
13    Q.  And I'm asking you specifically with
14 respect to Susan Bulger.
15    A.  No.
16    Q.  Just so it's clear --
17    A.  No, I do not.
18    Q.  I just want to ask a series of
19 questions so we have a clean record?
20    A.  That's fine.
21    Q.  The first question I ask you was with
22 respect to her rheumatoid arthritis, did that
23 make her an increased risk of suicide?
24    A.  Right.  No.

Page 220

1       MR. BELLO:  The answer was no.
2    A.  The answer is no.
3       BY MR. FINKELSTEIN:
4    Q.  And my next question is; the chronic
5  pain that she had, whether it was from the
6  rheumatoid arthritis or some other underlying
7  indication, did that make her an increased risk
8  of suicide in your opinion?
9    A.  As an individual, no.
10    Q.  I'm asking specifically to her.
11    A.  Specifically to her, no.
12    Q.  She, in fact, lived with her chronic
13 pain her whole life, right?
14    A.  Mm-hmm.
15    Q.  The history that you took?
16    A.  Correct.
17    Q.  And there were times of your treatment
18 with her where she had some psychosocial events
19 going on around her; one time I believe I read
20 her dog died --
21    A.  Yes.
22    Q.  -- that caused an enhanced depression?
23    A.  Yes.
24    Q.  And when that happened, did you think

Page 221

1  she was a suicidal candidate?
2    A.  I did not.
3    Q.  And I believe you testified that there
4  was a time when her dog bit her daughter, or was
5  that a different record that I read?
6    A.  That's a good question.  I don't
7  remember seeing that.  I don't know for sure.
8    Q.  I'm sorry, if you turn to Page 53,
9  this is what I was trying to get to.
10    A.  Yes.
11    Q.  And this record, you describe that she
12 came in and she was feeling significantly
13 depressed?
14    A.  Yes.
15    Q.  And she had a history of
16 post-traumatic stress disorder and problems in
17 her relationship with her mom, and she goes on
18 to talk about some issues, just family issues,
19 right?
20    A.  Right.
21    Q.  Anything jump out at you that she was
22 then -- she couldn't cope with those issues
23 going on?
24       MR. CHAFFIN:  Objection.

56 (Pages 218 to 221)