# EXHIBIT 2

```
1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
2

3     _____
                                     )
4     In re: NEURONTIN MARKETING,    )
      SALES PRACTICES, AND PRODUCTS  )
5     LIABILITY LITIGATION,          )
                                     )
      _____)
6

7                      VOLUME IV

8

9        CONTINUED VIDEOTAPED DEPOSITION OF

10             RONALD Wm. MARIS, Ph.D.

11              (Taken by Defendant)

12             Columbia, South Carolina

13            Monday, October 20, 2008

14

15

16

17

18

19

20

21

22

23

24           Reported in Stenotype by
         V. Dario Stanziola, CSR, RPR, CRR
25   Transcript produced by computer-aided transcription
```

Page 874

1    Q. And that's a risk factor for suicide, you'd
2  agree?
3    A. Yes, it is.
4    Q. Okay. And that's prior to her Neurontin
5  use, right?
6    A. Right.
7    Q. You recognize that Susan Bulger had at
8  least 13 orthopedic surgeries, correct?
9    A. Right.
10   Q. That would be a risk factor for suicide,
11 right?
12   A. Not necessarily. I mean, a lot of people
13 have 13 -- they don't have 13, but they have
14 orthopedic surgeries, multiple. I mean, I've had
15 four or five myself and I'm not suicidal.
16   Q. Okay.
17       MR. ROSENKRANZ: At least not yet.
18   Q. You recognize that Susan Bulger had a
19 pretty significant substance abuse problem, correct?
20   A. Yes, she did.
21   Q. And that included alcohol, Methadone,
22 heroine, cocaine, OxyContin, correct?
23   A. And a whole bunch of benzodiazepines,
24 lots of things.
25   Q. Right.

Page 875

1       And would that be a risk factor for
2  suicide?
3    A. Yes.
4    Q. And that all was happening prior to her
5  Neurontin use, correct?
6    A. Right.
7    Q. Okay. You'd agree with me that she had
8  psychiatric disorders, particularly depression, panic
9  attacks and anxiety disorders?
10   A. Right.
11   Q. And those are risk factors for suicide?
12   A. Right.
13   Q. And she had those prior to her Neurontin
14 use, correct?
15   A. Right.
16   Q. You recognize in your case summary that she
17 came from an abusive home, correct?
18   A. Correct.
19   Q. That's a risk factor for suicide?
20   A. Right.
21   Q. That's prior to Neurontin, correct?
22   A. And it's -- it's not as powerful a risk
23 factor. We always have to weight the risk factors.
24 For example, depression and substance abuse --
25   Q. Wait, wait, stop. I -- we're going to talk

Page 876

1  about weighting -- we're going to talk about
2  weighting and how -- how we decide what risk factors
3  are important and how we exclude. We'll do that
4  later.
5    A. Okay.
6    Q. Right now I just kind of want to go through
7  your case summary.
8    A. Sure.
9    Q. You recognize that Susan Bulger and Ron
10 Bulger had financial problems?
11   A. Yes.
12   Q. And that would be a risk factor for
13 suicide?
14   A. It is a risk factor.
15   Q. Okay. And she -- they had those problems
16 prior to her using Neurontin, correct?
17   A. Right.
18   Q. Okay. You recognize in your case summary
19 that Susan Bulger lost custody of her son, Ron,
20 Junior when he was in fifth and sixth grade because
21 Susan was using heroine, cocaine and marijuana,
22 correct?
23   A. Correct.
24   Q. And that would be a risk factor for
25 suicide, correct?

Page 877

1    A. Sure.
2    Q. And that was prior to her Neurontin use?
3    A. Right.
4    Q. Okay. You discuss in your report at pages
5  nine through ten there's possible evidence of drug
6  diversion in this case, correct?
7    A. I don't think I used those words, but
8  yes.
9    Q. Okay. I noticed that you made a note of how
10 many house fires there were in the family, correct?
11   A. Right.
12   Q. Are you suggesting that there was some kind
13 of homicidal intent going on in the family or what do
14 you think that's all about?
15   A. I mean, again, I'm just speculating, but
16 it seemed like an unusually large number. And
17 there was a time when her -- when Ron Bulger's
18 brother-in-law accused him of scams.
19   Q. Okay.
20   A. Like he said the accident was not an
21 accident, it was a scam to get a new car.
22   Q. Right.
23   A. So it just was a little bit of -- I don't
24 have any strong opinion about it. But four house
25 fires in one family sounds to me that that might be

Page 878

1  something more than just an accident. But again,
2  I'm not -- I'm not saying it is.
3      Q.  Okay. And all of that was going on pre
4  Neurontin, correct?
5      A.  Right.
6      Q.  Okay. Later in your report you talked about
7  Susan Bulger's medical history and you note, again,
8  that she was diagnosed with rheumatoid arthritis,
9  chronic psychogenic pain, major depressive disorder,
10 reflux disease, Hepatitis C, had several joint
11 replacements and repairs with Dr. Thornhill, poly
12 substance abuse, and once had all of her teeth
13 pulled, correct?
14     A.  You only have that done once.
15     Q.  That's right.
16         But you recognize that she had all of these
17 issues going on basically?
18     A.  Sure.
19     Q.  And those would be risk factors for
20 suicide, correct?
21     A.  Yes, they would be.
22     Q.  And these are all prior to Neurontin use,
23 correct?
24     A.  Right.
25     Q.  Okay. You also acknowledge that Susan

Page 879

1  Bulger had multiple suicide attempts prior to ever
2  taking Neurontin, correct?
3      A.  Four or five, yes.
4      Q.  Okay.
5          Okay. I want to confirm and I want to make
6  sure I understand your opinion in this case.
7          In Bulger, is it basically your opinion
8  that yeah, Susan Bulger had all these risk factors,
9  but she was coping with them until she took
10 Neurontin?
11     A.  Yes. And if she had died earlier, then
12 not Neurontin wouldn't have been the cause. If she
13 had died -- if she, for example, drove off the
14 cliff and died, obviously -- if she overdosed and
15 was found unresponsive by her husband and was in
16 coma for three or four days and died, that wouldn't
17 have been caused by Neurontin. What these risk
18 factors do, I think, is make her vulnerable to the
19 Neurontin.
20     Q.  Okay. Ut let me understand, if we're
21 talking about those prior suicide attempts and you're
22 saying if she would have succeeded at killing herself
23 when she drove off the cliff it wouldn't have been
24 Neurontin, what's the difference between that attempt
25 and the attempt where she actually killed herself?

Page 880

1           The only difference is she's taking
2  Neurontin, correct?
3      A.  And that's a significant difference
4  because remember both Kruszewski and I talk about
5  the small vulnerable susceptible minority. And I
6  think that's exactly what these risk factors do is
7  they put you on the edge.
8      Q.  Okay. We've got five minutes on the tape,
9  so -- and we've been going about an hour, so is it
10 okay with you if we take a little break?
11     A.  Sure.
12     Q.  Okay, great.
13         THE VIDEOGRAPHER: This is the end of tape
14 number one in the deposition of Dr. Ronald
15 Maris, Volume I, the time is 9:56 a.m.
16         We're now off the record.
17         (A BRIEF RECESS WAS TAKEN.)
18         THE VIDEOGRAPHER: This is the beginning
19 of tape number two, the deposition of Dr.
20 Ronald Maris, Volume I. The time is
21 10:07 a.m. We're back on the record.
22     Q.  Dr. Maris, before we went off the record, I
23 was asking you kind of to boil down your opinion, so
24 I make sure that I understand the essence of your
25 opinion.

Page 881

1          Is it your opinion in this case that Susan
2  Bulger had all these risk factors, she had them for a
3  long time and it was Neurontin that tipped her over
4  the edge?
5          Is that kind of the essence of your
6  opinion?
7      A.  Yes. And -- but I don't think it just
8  occurred at the time of her death. I mean, for
9  example, she had been taking Neurontin for some
10 time. And I think, for example, the fact that she
11 was on Effexor and Lexapro might have been because
12 she was taking Neurontin. That is her -- the
13 earlier June, July of 2002 she started having some
14 -- I think some Neurontin-induced adverse effects,
15 side effects.
16     Q.  Okay. And we'll talk about that.
17         But you say she was taking Neurontin for
18 two years. Why then would Neurontin have tipped her
19 over the edge when it did?
20     A.  Partly because she took a mega dose all
21 at once. Partly because she was on the edge.
22 Partly because it -- it has a gradual effect. I
23 think it started in -- when she started getting --
24 Crognale?
25     Q.  Crognale.

Page 886

1  have told the truth we have to look at that
2  particular instance.
3      Q.  Do you think wrong Ron Bulger sold Susan
4  Bulger's prescription medications or other drugs for
5  profit?
6      A.  Yes.
7      Q.  Okay. Do you think Ron Bulger had a drug
8  problem of his own?
9      A.  Sure.
10     Q.  Would it be important to your opinions in
11 this case if I could show you that Ron Bulger has
12 been untruthful on many occasions in connection with
13 this lawsuit?
14     A.  Well, and any particular evidence you
15 might give me might enlighten me some. But I
16 basically agree with that. I think he has been
17 untruthful on many occasions. But I don't want to
18 again give you a blank check saying he was always
19 untruthful.
20     Q.  Okay. On page eight of your report, you
21 dropped a footnote where you say Ron Bulger Senior
22 said Susan never saw any psychiatrist. However, in
23 fax, Susan saw at least four different psychiatrists.
24         So, in essence, you questioned Ron Bulger's
25 truthfulness and credibility in your own report; is

Page 887

1  that right?
2      A.  No, that's not right. I think that this
3  was in '98. I don't think -- you know, he thinks
4  Neurontin's a sleeping pill. I mean, what's this
5  guy know? Sometimes he makes mistakes. I think
6  this was an honest mistake. This occurred a long
7  time ago. I don't think he's being untruthful. I
8  think he's just being not really aware of what
9  happened.
10     Q.  Well, the presence of a psychiatric history
11 is a very relevant issue in this lawsuit; would you
12 agree with me?
13     A.  Sure it is. That's why I put the
14 footnote in.
15     Q.  Okay. The fact that he lied about her
16 psychiatric history, right?
17         MR. ROSENKRANZ: Objection.
18     A.  I don't think he lied. I think he
19 misremembered.
20     Q.  What's the difference between a lie and a
21 misremembering?
22     A.  I don't think to him he paid attention to
23 those kinds of facts and I think it was a long time
24 ago and I don't think there's any maliciousness or
25 intention on his part to distort the truth. I

Page 888

1  think he just didn't remember.
2      Q.  Okay. Did you ever ask Ron Bulger why he
3  denied having a psychiatric history?
4      A.  Well, if I never talked to him, I
5  couldn't ask him.
6      Q.  Did you ever ask Michelle Faye to ask Ron
7  Bulger why he denied that Susan had a psychiatric
8  history?
9      A.  No, I did not. I thought I knew the
10 answer.
11     Q.  Did you read Ron Bulger's deposition in
12 this case?
13     A.  Sure did.
14     Q.  Do you think he was truthful during his
15 deposition?
16     A.  Well, if you'd get it out -- I mean,
17 that's kind of a general statement.
18     Q.  Absolutely.
19     A.  And I don't know exactly what you're
20 referring to.
21     Q.  Well, then --
22     A.  Sometimes --
23         MR. ROSENKRANZ: Are you asking a
24     specific question? The entirety from the time
25     he said his name?

Page 889

1      Q.  The question is do you think he was
2  truthful during his deposition? If your answer is I
3  don't know or I can't say, that's a fair answer.
4      A.  Well --
5          MR. ROSENKRANZ: Objection to form.
6      A.  -- I think he was basically truthful.
7  But I wouldn't be surprised if there are some
8  things where he -- again, got the facts wrong
9  doesn't mean he deliberately misstated the facts.
10 I think that we'd have to look at his deposition
11 and see.
12     Q.  Okay. Well, we'll do that.
13         Do you think he lied at all during his
14 deposition?
15     A.  I don't know without you pointing out a
16 specific instance.
17     Q.  Okay. Were you aware that Ron Bulger
18 testified that he never abused drugs?
19     A.  That would be a lie.
20     Q.  Were you aware that he testified that he
21 never abused drugs?
22     A.  I'm not sure. Maybe we could point to
23 that page.
24     Q.  Absolutely. Let's go to his deposition at
25 page 164.

Page 890

1  A. I have to look at your copy.
2  Q. Sure. Yeah, I'm going to find it first.
3     Okay. I'm handing you the Ron Bulger
4  deposition. You know what, let's -- let's mark this
5  as an exhibit and then I'm going to give it to you
6  and let you have it for the rest of the day.
7  A. Thank you.
8     (Exhibit 52: Photocopy of videotaped
9     deposition of Ronald J. Bulger, Sr. Marked for
10    identification, as of this date.)
11 Q. Deposition Exhibit No. 52 is the deposition
12 of Ron Bulger. And I'm at page 164.
13 A. Okay.
14 Q. Okay. So Ron Bulger's being asked so you,
15 Ron Bulger, you were married to a drug abuser? And
16 then Ron says, I wouldn't say that. Well, certainly
17 at some periods of time. Ron, I was married to a
18 woman with severe rheumatoid arthritis and a lot of
19 pain, probably wanted to escape it.
20    Question, using street drugs?
21    Answer, whatever she probably felt she had
22 to to get out of pain.
23    Question, was she married to a drug abuser?
24    Answer, no.
25    Never?

Page 891

1  No.
2  A. That's not true.
3  Q. Okay. So Ron Bulger lied when he said that
4  he had not abused drugs?
5  A. Why sound so harsh. He certainly was a
6  drug abuser.
7  Q. Well, do you think he was misremembering?
8  A. No, I don't. I guess he probably lied
9  there.
10 Q. Okay.
11 A. You know, who knows what he may -- he may
12 have thought hey, I'm in pain, I use this stuff for
13 my pain. I mean, who knows what in his mind. It's
14 so harsh to say he lied there. He may have thought
15 that he needed the medicine.
16 Q. You'd agree with me that Ron Bulger was a
17 drug abuser?
18 A. He was.
19 Q. A chronic drug abuser?
20 A. I don't know how chronic. He seems to be
21 chronic, yes.
22 Q. Okay. Were you aware that during Mr.
23 Bulger's deposition he claimed that he and Mrs.
24 Bulger had at worst disagreements over finances, but
25 he denied any claim that he ever abused her?

Page 892

1  A. I'm aware of that, yes.
2  Q. Okay. Did you read Amanda Cavalarro's
3  deposition in this case?
4  A. I did.
5  Q. Okay. She was Ron Junior's girlfriend from
6  May '03 to the summer of 2005?
7  A. Yes.
8  Q. You're aware that she testified that Mr.
9  Bulger left her messages calling her names and
10 threatening her?
11    MR. ROSENKRANZ: Objection.
12    MS. SEATON: Okay.
13 A. I mean, I guess we'd have to look at the
14 reference here. Give me a second --
15    MR. ROSENKRANZ: Is your question are --
16    is he aware that she said that?
17    MS. SEATON: Um-hum.
18    MR. ROSENKRANZ: Because you're stating
19    -- no, that's not the way you stated. You
20    stated it as a fact. You said are you aware
21    that he did as opposed to are you aware that
22    she said he did.
23 Q. All right. Well, let's start over.
24    You agree with me that Mr. Bulger claimed
25 he never abused Susan Bulger, right?

Page 893

1  A. Yes.
2  Q. Okay. Did you read James Gibbons' testimony
3  in this case?
4  A. Yes, I did.
5  Q. Were you aware that James Gibbons is now
6  deceased?
7  A. No.
8  Q. Were you aware that James Gibbons testified
9  that Ron did beat Susan?
10 A. Yes, he did.
11 Q. Okay. Did you read Linda Landry's
12 testimony?
13 A. Yep.
14 Q. Were you aware that she testified that each
15 time Mrs. Bulger tried to leave Ron, he would
16 threaten her, tell her that he was going to take the
17 children from her, called her a mental maniac and
18 told her that because of her drug addiction she would
19 never get custody of the kids?
20 A. Am I aware that he said that?
21 Q. Are you aware that Linda Landry testified
22 to that?
23 A. Yes.
24 Q. Did you review the Elliott Community human
25 services records in this case?

Page 950

1  again?
2      A.  Isn't that a positive thing?
3      Q.  History -- history of domestic violence, is
4  considering leaving Ron but is afraid to do so.
5          Is it your testimony that that describes a
6  positive marital relationship?
7      A.  She felt more secure with him, yes, even
8  though there were problems.  She says so herself.
9      Q.  Even if he is physically and mentally
10  abusing her?
11      A.  Well, I mean --
12          MR. ROSENKRANZ:  Objection,
13      argumentative.
14      A.  Obviously it would be better if that
15  weren't happening, of course.
16      Q.  Right.
17      A.  But, you know, what happens when you live
18  on the street, you don't think you get abused on
19  the street?
20      Q.  Were you aware that the medical records
21  indicate that Ron Bulger was physically abusive to
22  Susan Bulger?
23      A.  I think there were places where that was
24  suggested.
25          (Exhibit 55: Document entitled

Page 951

1      Commonwealth of Massachusetts Department of
2      Social Services Child Abuse/Neglect Report
3      marked for identification, as of this date.)
4      Q.  I'm going to hand you what we're going to
5  mark as Deposition Exhibit No. 55.  This is a
6  Commonwealth of Massachusetts Department Of Social
7  Services child abuse neglect report.  And it's dated
8  1998.  And it indicates that someone called into a
9  hotline to allege neglect of the child by the mother,
10  Susan Bulger, and the father, Ronald Bulger.  And the
11  report goes on to say that when the mother, Susan,
12  returned home, the father, Ron, was high on heroine
13  and cocaine and demanded her money and he did not
14  know where she had been.  Then the father hit her,
15  Susan, in the head.  The mother told the reporter it
16  was not the first time that the father had hit her.
17          Do you see where I'm reading?
18      A.  Sure.
19      Q.  Would this be evidence that there was abuse
20  in the marriage?
21      A.  Sure.  This is six years before she died.
22      Q.  Okay.
23      A.  A lot of this is redacted.  It's really
24  hard to figure out.  Half of it's crossed out.
25      Q.  We didn't redact any of that.

Page 952

1      A.  Yeah.
2      Q.  I'm going to hand you what we're going to
3  mark as Deposition Exhibit 56.
4          (Exhibit 56: Document entitled
5      Commonwealth of Massachusetts Department of
6      Social Services FamilyNet dictation report
7      marked for identification, as of this date.)
8      Q.  This is a Commonwealth of Massachusetts
9  Department of Social Services dictation report and
10  it's also dated -- or I'm sorry, it has a run date of
11  2008, but it's referring, excuse me, to an in-person
12  home visit in July of 1998.  And under comments it
13  indicates she, meaning Susan, is planning to go to
14  court tomorrow and get a restraining order to get Ron
15  out of the house.  He, Ron, told her he hoped she
16  died.  He also said he doesn't think the baby is his.
17  Worker asked to call worker and let worker know if
18  she does have him removed tomorrow.  She agreed.
19          Do you we see where I'm reading?
20      A.  I'm trying to find where it is.  Which --
21  first paragraph?
22      Q.  It's --
23      A.  Okay.  I see it.
24      Q.  You see where I'm reading?
25      A.  Yeah.

Page 953

1      Q.  Would this be evidence of a very
2  dysfunctional marital relationship?
3      A.  Well, of course.  I mean, this was a time
4  when he was, you know, accusing her of all sorts of
5  things, trying to get custody of the son.  This was
6  a very tumultuous time and she wasn't acting too
7  well either.
8      Q.  Okay. I'm going to hand you what we're
9  going to mark as Deposition Exhibit No. 57.  And
10  we've marked this Power Point slide as -- or this
11  Power Point presentation previously in the
12  deposition.  But I want to direct your attention to a
13  specific slide.  So if you would, take a look -- is
14  this a Power Point presentation that you prepared?
15          (Exhibit 57: Photocopy of a PowerPoint
16      presentation entitled Suicide and SSRIs Ronald
17      Wm. Maris, Ph.D. AAFS Annual Conference 11
18      a.m. - 12 p.m. Tuesday February 20, 2007 San
19      Antonio, Texas marked for identification, as
20      of this date.)
21      A.  Yes.
22          MR. ROSENKRANZ:  Do you have a copy?
23      Q.  And this was for a presentation that you
24  did in February of 2007, correct?
25      A.  Right.

Page 974

1  chair and hang herself, right?
2     A.  That's true. And nobody does.
3     Q.  Nobody does?
4     A.  Almost nobody. You'd be surprised. In
5  fact, I think the medical examiner consultant said
6  that it's more like an execution, like a hangman's
7  execution where you actually free-fall and break
8  the neck. Almost nobody does that. Everybody
9  kneels.
10    Q.  Okay.
11    A.  Let's say 95 percent.
12    Q.  You disagree or agree with Dr. Roh's
13 testimony that at any time while Susan Bulger was
14 leaning she could have changed her mind and/or Ron
15 could have come downstairs?
16    A.  I disagree with that.
17    Q.  You disagree with that?
18    A.  Yeah. Because I think you rapidly lose
19 conscious -- just think about it for a minute.
20 Once you cut off these arteries, it only takes a
21 few minutes before you're unconscious or before you
22 lose control. So that -- in fact, one of the
23 things that happens when you hang yourself is that
24 the body purges itself, you defecate, you have --
25 your bladder stops working properly. So you --

Page 975

1  what happens when you hang yourself is you very
2  quickly lose voluntarily control of your muscles.
3  And I think it's very unlikely -- I think it's more
4  likely that she would have tried to hang herself,
5  would have passed out pretty quickly, wouldn't have
6  died immediately, but would have passed out
7  quickly.
8     Q.  But you would agree with me that that is
9  absolutely pure speculation on your part?
10    A.  No. That's based on thousands of suicide
11 cases that I've investigated, studied or read
12 about.
13    Q.  But it has nothing to do with Susan
14 Bulger's case. You have no idea whether she passed
15 out quickly or not, correct?
16    A.  That's not true.
17    Q.  How do you know?
18    A.  Because everybody who does that passes
19 out relatively quickly. They don't sit there and
20 think about it.
21    Q.  Okay. So are you testifying that it is not
22 possible that Susan Bulger sat there and contemplated
23 and leaned forward and leaned back and leaned forward
24 and leaned back?
25       MR. ROSENKRANZ: Objection to the form of

Page 976

1  the question.
2     A.  I think it's highly unlikely.
3        MR. ROSENKRANZ: Argumentative.
4        I'm sorry, what was your answer?
5        THE WITNESS: Highly unlikely.
6     Q.  Would you agree with me that in terms of a
7  suicide attempt, a person's intent is really the most
8  important factor, not whether they actually succeed
9  or not?
10    A.  Well, by definition, you go look it up in
11 Webster's or any medical dictionary, the difference
12 between suicide and non-suicide is that you intend
13 to kill yourself. Now, can people intend to kill
14 themselves but not use a fatal method? Sure. That
15 happens occasionally.
16    Q.  Okay. Do you concede that Susan Bulger
17 intended to kill herself before she ever took
18 Neurontin?
19    A.  I don't know.
20    Q.  Okay.
21    A.  I really don't know. I think probably
22 what she did was tension reduction. Again, this is
23 based on everything I know about her. Ways of
24 drawing attention to her problems, ways of -- you
25 know, when you cut yourself you escape from your

Page 977

1  ordinary daily responsibilities because you get to
2  play the sick role for a while, often you get
3  hospitalized. So I have no evidence that she
4  seriously intended to die in those early attempts.
5  In fact, the first attempt might have even been an
6  accident.
7     Q.  Okay. Well, let's talk about her various
8  suicide attempts.
9        The first time Susan Bulger attempted
10 suicide was when she was 14. And would you agree
11 that she wasn't taking Neurontin when she was 14?
12    A.  She wasn't taking Neurontin, as I
13 understand it, in any of her early attempts except
14 the last one.
15    Q.  But my question was --
16    A.  I know, yes.
17    Q.  Okay. I'm going to hand you what we're
18 going to mark -- I'm actually not going to mark this
19 because it is not the correct record.
20       Okay. Were you aware that Susan Bulger
21 told healthcare providers when questioned about past
22 suicidal behavior that she had cut her wrists when
23 she was 14 years old?
24    A.  I'd have to look and see how old she is.
25 The first one I have is --

Page 978

1    MR. ROSENKRANZ: Objection, I don't --
2    when she was 14?
3    MS. SEATON: Are you objecting to my
4    question or his answer?
5    MR. ROSENKRANZ: I'm objecting. I don't
6    -- I object as to the accuracy of that
7    statement.
8    MS. SEATON: Okay.
9    MR. ROSENKRANZ: And to the form of that
10   question.
11   Q. Are you aware --
12   A. The first recorded incident I have is
13   6/5/90. Would she have been 14 then?
14   Q. I don't know. I'm not good with math.
15   And, I mean, honestly, what's important, you would
16   acknowledge that she was not taking Neurontin at the
17   time that she -- the first time she attempted
18   suicide?
19   A. That's -- in fact, none of these early
20   attempts was she taking Neurontin. So yes, I would
21   agree.
22   Q. Okay. Do you anything else anything else
23   about her first suicide attempt where she allegedly
24   or se claimed that she tried to kill herself by
25   cutting her wrists?

Page 979

1    A. I know that if we look at the AtlantiCare
2    medical records we'll find something about it.
3    Q. Okay.
4    A. That's what I wrote down. For the one
5    I'm talking about. And you may be talking about the
6    '98 ER slice the wrists --
7    Q. Oh, no, we're not there yet.
8    A. Okay. So I'm talking about 6/5/90. Let
9    me just see when she was born. Date of birth, '64.
10   She wasn't 14. I have no record of something at
11   14.
12   Q. Okay. So the first suicide attempt that
13   you have in your notes is a 1990 suicide attempt
14   where she attempted to cut her wrists, right?
15   A. I think she attempted to cut. I know she
16   did in 1998.
17   Q. Okay. Can you kill yourself by cutting your
18   wrists?
19   A. Sure.
20   Q. Okay.
21   A. Not likely though.
22   Q. Well, and I'm interested to know, what
23   makes you conclude that when someone cuts their
24   wrists that they're not serious about -- their intent
25   isn't to kill themselves?

Page 980

1    A. I'm not so much talking about intent.
2    I'm talking about the logical empirical
3    consequences of cutting a wrist. I mean, everybody
4    knows, you cut a wrist, you -- typically you don't
5    get a serious wound, you get something that bleeds
6    and stops. So, you know, like cutting your wrist,
7    empirically, based on all the science that I've
8    ever read, is that those people tend to survive
9    their attempts. They're not the same as shooting
10   yourself or hanging yourself.
11   Q. Do you have any opinion about what the
12   cause of this wrist cutting attempt was, this first
13   attempt?
14   A. I didn't even know it existed until I
15   went back and looked at some of the records. If
16   you could show me the record, I can tell you. I
17   never knew about it before.
18   Q. Okay. But the answer to my question is you
19   don't have any opinion about what caused that
20   attempt?
21   A. I have no information.
22   Q. Okay.
23   A. Other than she did it.
24   Q. Okay. Were you aware that Mrs. Bulger
25   advised her healthcare providers that sometime prior

Page 981

1    to 1998 she had driven her car off a cliff?
2    A. Sure. That's the early incident we were
3    talking about.
4    Q. No -- well, we talked about the first
5    incidence, which was a wrist cutting. The second
6    incident being a driving a car off a cliff, right?
7    A. I don't know if it was in that order.
8    But I certainly knew about driving a car off a
9    cliff when she was an adolescent.
10   Q. And you noted in your report that Linda
11   Landry, excuse me, testified that this was an
12   accident, right?
13   A. She did. But other people said it was a
14   suicide attempt.
15   Q. Right. And you, yourself, noted that we
16   have to temper Linda's statements, right?
17   A. Right.
18   Q. Okay. Were you aware that James Gibbons
19   testified that she drove her car off a cliff in
20   Nahant called 40 steps and that she was trying to
21   kill herself?
22   A. Right. There was conflicting evidence
23   from the -- from the sister and from James Gibbons.
24   Q. Okay. Do you know what the cliff height is
25   in Nahant?

Page 982

1   A. Do I know what the cliff height is? No,
2  I don't.
3   Q. Well, I mean, all jokes aside, this is an
4  important issue. You know, if you drive off the
5  Grand Canyon, can you kill yourself?
6   A. Yeah, I mean, I'd be interested to know
7  that. But nothing I ever read even mentioned that.
8  You'd have to actually be a police officer and go
9  out there and measure it. I don't think anybody
10 did.
11  Q. Did you do anything to follow up? Did you
12 Google it?
13  A. I read what I had. Did I go look at the
14 cliff? No.
15  Q. Did you Google it?
16  A. Did I what.
17  Q. Did you Google it?
18  A. Is it on the Google?
19  Q. I don't know. Did you ask plaintiffs'
20 counsel?
21     MR. ROSENKRANZ: Well, I'm going to
22  object if you're asking me if I Googled. And
23  I'm going to object to the statements --
24     MS. SEATON: Object to form.
25     MR. ROSENKRANZ: -- because there were

Page 983

1   variables involved with driving off a cliff.
2      MS. SEATON: Ron, object to form is fine.
3   Q. Do you know if Susan considered this a
4  serious suicide attempt?
5   A. I have no idea. I know that she did it.
6  But I have no idea. It could have been an
7  accident, it could have been that she was
8  intoxicated, it could have been a suicide attempt,
9  it could have been a bunch of things.
10  Q. Well, is that an -- is that important to
11 know?
12  A. Yeah, but we can't know.
13  Q. Okay.
14  A. Sure it's important to know.
15  Q. Do you have any opinion about what caused
16 this suicide attempt?
17  A. Which one?
18  Q. The driving off the cliff in Nahant.
19  A. No, I don't remember that.
20  Q. Okay.
21     MR. ROSENKRANZ: And I'm objecting to
22  form of the question.
23     MS. SEATON: To form, okay.
24  Q. You would agree that Neurontin had nothing
25 to do with her driving off the cliff in Nahant,

Page 984

1  right?
2   A. Right.
3   Q. Okay. Were you aware that Susan Bulger was
4  admitted to the ER at AtlantiCare medical center on
5  June 5th, 1990 after she overdosed on pills and cut
6  her wrists?
7   A. Didn't I volunteer that? That was the
8  first one I mentioned.
9   Q. Okay. I'm going to ask again.
10    Were you aware that Susan Bulger was
11 admitted to the ER at AtlantiCare medical center on
12 June 5th, 1990 after she overdosed on pills and cut
13 her wrists?
14  A. Yes, I was.
15  Q. Okay. She wasn't taking Neurontin at that
16 time, right?
17  A. No.
18  Q. Did you reach any conclusion about serious
19 this suicide attempt was?
20  A. No, other than the fact that overdoses
21 and cut wrists are typically not serious.
22  Q. Do you have an opinion about what caused
23 that suicide attempt?
24  A. Not without seeing the records. And all
25 I did was find the -- the only information I found

Page 985

1  was the date that she overdosed and cut her wrists
2  and that she went to AtlantiCare medical center. I
3  haven't actually seen the medical document.
4   Q. Okay. You would agree with me that this
5  attempt at overdose and cutting her wrists had
6  nothing to do with Neurontin in 1990, right?
7   A. That's true.
8   Q. Okay. The fact that she slit her wrists and
9  overdosed indicate a seriousness of purpose to you?
10    In other words, not -- she didn't just slit
11 her wrists, she didn't just overdose, she did both.
12 Does that indicate a seriousness of purpose to you?
13  A. It could. I mean, it's twice -- two
14 attempts, it increases the probability you could
15 die by at least two.
16  Q. Okay.
17  A. But they're both non-lethal methods.
18  Q. But she could have died?
19  A. Well, we don't know how much. I think
20 it's almost impossible she could have died from
21 wrist cutting. But the overdose would depend on
22 what she took and how much she took and stuff I
23 don't know.
24  Q. Okay. Are you aware that Susan Bulger
25 attempted suicide by drug overdose in 1993?

41 (Pages 982 to 985)

### Page 990

1  THE VIDEOGRAPHER: The time 1:28 p.m.
2  (A DISCUSSION WAS HELD OFF THE RECORD.)
3  THE VIDEOGRAPHER: The time is 1:35 p.m.
4  We're back on the record.
5  Q. Dr. Maris, before we went off the record we
6  were talking about Susan Bulger's suicide attempt in
7  1993 in which she tried to kill herself by drug
8  overdose, right?
9  A. Right.
10  Q. Okay. I am going to hand you what we're
11  going to mark as Deposition Exhibit 59.
12      This is a AtlantiCare progress note and you
13  could see up in the right-hand corner it's dated
14  May 25th, 1993.
15      (Exhibit 59: AtlantiCare Progress Notes
16      dated 5/25/93 marked for identification, as of
17      this date.)
18  A. Right.
19  Q. Okay. And were you aware that Susan Bulger
20  was actually found by her husband at home, Ron
21  Bulger?
22  A. Yes.
23  Q. And are you aware that when the EMT's went
24  to the home, they found her in respiratory arrest and
25  that she quickly went into cardiac arrest?

### Page 991

1  A. I believe that's true, yes.
2  Q. Okay. You're aware that the EMT's had to
3  initiate CPR for two minutes and she had no pulse?
4  A. Is this on the page here?
5  Q. I don't know if it is or isn't.
6  A. It's not on my page.
7  Q. I don't know if it is or isn't. I wanted
8  to give you some medical record to look at. Because
9  --
10  A. Well, I'm not looking at what you're
11  talking about is the problem.
12  Q. Okay. Well, let's just -- then just listen
13  to my questions. And if you need to look at
14  something, then we'll -- then you need to look at
15  something.
16  A. But you're quoting something from a
17  document that I can't look at, so that's the
18  problem.
19  Q. Well, were you aware -- forget the medical
20  record. Were you aware or were you not aware that
21  Susan Bulger went into a coma secondary to
22  respiratory arrest?
23      MR. ROSENKRANZ: Objection.
24  A. I was aware that she went into a coma.
25  Q. Okay.

### Page 992

1  A. But I don't see where it says that.
2  Q. Okay. But you're aware that she did go into
3  a coma?
4  A. That's what I -- that's what Ron said.
5  But I have not seen the record, it's one of the
6  reasons I wanted to get the record so we could see
7  what the record said.
8  Q. Aware that she didn't awake from the coma
9  for three days?
10  A. Again, I'm not aware of that. If you've
11  got something you're quoting from, I'd love to see
12  it.
13  Q. Well, let's look at the -- let's look at
14  the record that you've got in front of you.
15  A. Okay. Let's do that.
16  Q. Okay. Twenty-eight year old --
17      MS. SEATON: This isn't it. We're going
18      to have to go back off the record. I
19      apologize.
20      THE VIDEOGRAPHER: The time is 1:38 p.m.
21      (A DISCUSSION WAS HELD OFF THE RECORD.)
22      THE VIDEOGRAPHER: The time is 1:39 p.m.
23      We're back on the record.
24  Q. I apologize, Dr. Maris, Susan Bulger's
25  medical records are so voluminous and so full of

### Page 993

1  mental health issues, sometimes I get confused. I
2  think I found the right record. And I'm going to
3  hand you what we're going to mark as Defense Exhibit
4  No. 60.
5      (Exhibit 60: AtlantiCare Medical Center
6      Report of Consultation dated 5/17/93 marked
7      for identification, as of this date.)
8      MR. ROSENKRANZ: This better be the right
9      one. I'm tired of getting up.
10  Q. All right. See up in the corner it says
11  date of consultation May 17th, 1993, right?
12  A. Right.
13  Q. Okay. Chief complaint, coma, secondary to
14  respiratory arrest, secondary to drug overdose,
15  right?
16  A. Right.
17  Q. History of present illness, second
18  paragraph, the patient was found yesterday
19  unresponsive by her husband. When the EMT's went to
20  the home, they found her in respiratory arrest and
21  then she quickly went into cardiac arrest. CPR was
22  initiated and a pulse returned within two minutes.
23  Blood pressure was recorded as 110 over 70 with a
24  pulse of 114. Apparently the EKG monitor showed
25  sinus tachycardia. Patient was given the usual

Page 994

1   Narcan and Thiamine and she gradually began awakening
2   in the ambulance. She was semi-responsive.
3          Reading on, she was comatose with dilated
4   pupils and no response to painful stimulant.
5          Under past medical history says the patient
6   has a history of depression and she also has some
7   surgeries for her arthritis. Apparently her
8   physician became aware of the fact that she was
9   abusing the narcotics and was cutting her off from
10  those.
11         Do you see where I'm reading?
12     A.  Sure do.
13     Q.  Okay. And we've got some more information
14  about this attempt. Under social history it says the
15  patient has a history of substance abuse, alcohol and
16  cocaine.
17     A.  So this well could have been an
18  accidental overdose.
19     Q.  Okay. That wasn't my -- that wasn't my --
20  there's no question pending.
21         You see under social history it says, the
22  patient has a history of substance abuse, alcohol and
23  cocaine?
24     A.  Yes.
25     Q.  Okay. If Ron Bulger had not found Susan

Page 995

1   Bulger and called 911, she would have died, wouldn't
2   she have?
3      A.  It seems quite likely, yes.
4      Q.  And if the resuscitation and the ambulance
5   wouldn't have worked, she would have died; is that
6   correct?
7      A.  Again, very likely.
8      Q.  Okay. If she hadn't come out of the coma
9   she would have died or she would have been left in a
10  vegetative state, right?
11     A.  Yes.
12     Q.  Okay. Do you have any opinion about what
13  the cause of that suicide attempt was?
14     A.  I don't think it was a suicide attempt.
15  I think it was probably an accidental overdose of
16  heroine or some other substance.
17     Q.  Okay. Tell me everything that you base your
18  opinion that this was an accident on?
19     A.  Well, for example, the record which is
20  Exhibit 60 nowhere says this was a suicide attempt,
21  nowhere. It says it was a drug overdose. It goes
22  on to say that she has a history of abusing
23  narcotics, then it says under social history she
24  has a history of substance abuse, alcohol and
25  cocaine. It seems to me that this has never been

Page 996

1   identified as a suicide attempt. It's only
2   mentioned as possibly as an accidental overdose.
3      Q.  Well, I mean, in fairness, at the time that
4   this record was written, they weren't able to speak
5   to Susan Bulger, right? I mean, under family
6   history, unobtainable at this time. I assume, and
7   don't you, that that means that she -- they weren't
8   able to talk to her?
9      A.  Sure. But there's plenty of other
10  history on this page, none of it says suicide
11  attempt.
12     Q.  Okay.
13     A.  It says that she had an overdose.
14     Q.  And I think that you've told me before that
15  Ron certainly considered this a suicide attempt?
16     A.  I think he thinks it was. But I think
17  here's a woman who has a history of serious opioid
18  abuse and drug abuse, these kind of people often
19  have accidental overdoses. And I think that's more
20  likely than a suicide attempt, at least as likely.
21     Q.  Are you aware that Susan Bulger cut her
22  wrists again in 1998 and was again admitted to
23  AtlantiCare emergency department?
24     A.  Right.
25     Q.  Did you review the Gallant testimony about

Page 997

1   having to drive Susan Bulger to the hospital after
2   this attempt?
3      A.  No.
4      Q.  Can you tell --
5      A.  Are you talking about her neighbors?
6      Q.  Uh-huh.
7      A.  Yeah, I did see that.
8      Q.  Do you have an opinion about what caused
9   that suicide attempt?
10     A.  I don't remember what caused that suicide
11  attempt.
12     Q.  You would agree, though, that in 1998 it
13  would have had nothing to do with Neurontin, right?
14     A.  Again, I've said none of these have had
15  anything to do with Neurontin, all of them before
16  she took them.
17     Q.  Okay. I want to go back to this 1993
18  overdose attempt, and I want to ask you, assume with
19  me that this was a suicide attempt. Just assume with
20  me.
21     A.  Okay.
22     Q.  And assume she was successful, which you
23  agreed that she was darned near successful, she very
24  easily could have died, right?
25     A.  Right.

Page 1006

1 physician to see her, he says that -- I don't know
2 why it's in this place, but it says Crognale thinks
3 that chronic pain did not cause her suicide. So he
4 thinks that his opinion right close to her death is
5 that chronic pain was not worse.
6   Q.  Do you know -- well, strike that.
7     I'm going to hand you what we're going to
8 mark as Defense Exhibit No. 63.
9     (Exhibit 63: A document entitled Patient
10    Messages Susan E. Bulger marked for
11    identification, as of this date.)
12   Q.  Have you seen that record and/or did you
13 consider the fact that she called her doctor on
14 August 2nd, two days before her suicide, and
15 requested an increase in her Methadone because she
16 was having a bad flare up of her arthritis?
17   A.  What do you make of that? She's selling
18 her medicine. Ron's selling her medicine. She
19 needs the medicine to sell. I mean, it could mean
20 anything.
21   Q.  Can you explain why she would have filled a
22 prescription for prescription strength ibuprofen on
23 the day of her suicide?
24   A.  I don't understand why she would have
25 done that. I mean, I'm just saying the record is

Page 1007

1 unclear because she often gets this Methadone and
2 OxyContin to sell.
3   Q.  Okay. Well, but is one reasonable
4 conclusion that she's two days prior to her suicide
5 she's having -- that we believe her, she's having a
6 flare up of her arthritis and so her pain is
7 increasing?
8   A.  It's possible she's having a flare up of
9 her arthritis, yes.
10   Q.  Okay. And is there -- can you think of any
11 other reason why she would have filled a prescription
12 for prescription strength ibuprofen on the day of her
13 suicide?
14   A.  I don't know why she did that.
15   Q.  Okay. Could having no pain medicine
16 available increase the possibility of suicide or be a
17 risk factor?
18   A.  It could. But I thought you just said
19 she got pain medicine?
20   Q.  What steps did you take in this case to
21 rule out chronic pain as a cause of Mrs. Bulger's
22 death?
23   A.  Well, I mean, her own family doctor said
24 it was not a cause. So I read the records.
25   Q.  Is --

Page 1008

1   A.  Let me just finish my answer.
2   Q.  Sure. I thought you were done, sir.
3   A.  Also, most people who have chronic pain
4 do not kill themselves.
5   Q.  Well, most people who take Neurontin don't
6 kill themselves either --
7     MR. ROSENKRANZ: Objection, please.
8   A.  You're testifying for me.
9     You kind of interrupted my train of
10 thought there.
11   Q.  I'm sorry.
12   A.  She had been in chronic pain off and on
13 for most of her adult life. So a flare up was
14 nothing new for her. This was something that was
15 consistent with her life history. She's always had
16 the -- in fact, the very first illness I saw in her
17 record was we were talking about rheumatoid
18 arthritis. And she's lived with this pain for most
19 of her life.
20     Did it -- did it flare up and sometimes
21 diminish? Yeah. Did it sometimes respond to
22 treatment and be a little less? Yes. If she
23 didn't take her medicine could it be a little more?
24 Sure. But it's basically a constant thing. It's
25 not near the end of her life she got in pain which

Page 1009

1 was totally new and unusual for her and she just
2 couldn't take it. I think that's a stretch. She's
3 had pain like this before.
4   Q.  You done?
5   A.  I am done.
6   Q.  Okay. Agree with me that the likelihood of
7 a suicide attempt appears to increase with an
8 increasing number of co-morbid diagnoses?
9   A.  Yes, it does.
10   Q.  Aware that Susan Bulger was diagnosed at
11 some point with borderline personality disorder,
12 bipolar disorder, post traumatic stress disorder,
13 anxiety and major depression?
14     I didn't ask you if you thought she had
15 those things. Do you agree she was diagnosed?
16   A.  She was diagnosed and some of that was
17 later questioned.
18   Q.  Okay. Would you agree with me that people
19 who have borderline personality disorder are at a
20 higher risk of suicide?
21   A.  They are. It's part of the definition of
22 the diagnosis.
23   Q.  Agree or disagree that the percentage of
24 people with borderline personality disorder have
25 attempted suicide is 40 to 90 percent?

Page 1022

1    A.  Sure. But let's just be careful that we
2  specify what kind of depression and not just say
3  she had depression.
4    Q.  Okay. Well, what kind of depression is she
5  having in 1993?
6    A.  Well, it's hard to say. I mean, it says
7  she's on Lithium, which makes me suspect that it's
8  not major depression.
9    Q.  Makes you suspect it's not major
10 depression?
11   A.  You don't give Lithium for major
12 depression.
13   Q.  What do you give Lithium for?
14   A.  For bipolar disorder. It's a mood
15 stabilizer.
16   Q.  Pretty serious medication, right?
17   A.  That's not the point. The point is what
18 it's for.
19   Q.  Pretty serious -- Lithium's a pretty
20 serious medication?
21   A.  It's -- they're all serious if you're
22 sick. This just happens to be for a different kind
23 of depression and you're lumping them all together.
24       (Exhibit 69: AtlantiCare Medical Center
25       Discharge Summary, discharge date 5/25/93

Page 1023

1        marked for identification, as of this date.)
2    Q.  I'm going to hand you what we're going to
3  mark as Deposition Exhibit No. 69. This is an
4  AtlantiCare Medical Center discharge summary
5  indicating that Susan Bulger was admitted on
6  May 19th, 1993. And in the first paragraph there's
7  discussion of the fact that she'd been treated at the
8  Lahey Psychiatric Department and that she had tapered
9  herself off Elavil -- Elavil.
10       Do you see where I'm reading?
11   A.  Right.
12   Q.  This is an instance too where Susan Bulger
13 herself is either upping her meds or lowering her
14 meds or getting off her meds without any input from a
15 doctor, right?
16   A.  Right.
17   Q.  See also where it says her husband told us
18 quite a different story?
19   A.  It also says that she tends to binge her
20 drugs he says --
21   Q.  Well, yeah --
22   A.  Can I just finish the sentence you just
23 referred me to?
24   Q.  Absolutely.
25   A.  He -- she would take her whole month's

Page 1024

1  supply of 90 tablets in six days, which makes it
2  much more likely that she was doing that with her
3  Neurontin, taking a lot all at once.
4    Q.  Being noncompliant with the Neurontin?
5    A.  Taking it all at once, which is what the
6  record says.
7    Q.  Okay. Do you have any reason to dispute
8  that in 1997 Susan Bulger was seen at Spaulding Rehab
9  and in response to the question what significant
10 period have you experienced serious depression that
11 Susan Bulger responded she'd suffered from serious
12 depression her entire life?
13   A.  First of all, there's no record provided,
14 which I guess means you can't find it.
15   Q.  Right.
16   A.  And secondly, that doesn't surprise me
17 because she's the substance abuser and all these
18 substances are depressive.
19   Q.  Okay.
20       MR. ROSENKRANZ: Very perceptive, Doctor.
21   Q.  I'm going to hand you what I'm going to
22 mark as Deposition Exhibit No. 70.
23       (Exhibit 70: Beverly Hospital d/b/a
24       BayRidge Hospital Intake Evaluation marked for
25       identification, as of this date.)

Page 1025

1    Q.  It's a Beverly Hospital intake evaluation.
2  You can see up in the right corner it's dated
3  April 23rd, 1998.
4        Susan Bulger apparently went to the
5  hospital on her own and reported a past history of
6  depression and poly substance dependence and
7  indicated that she was self-referred because of
8  depression and a desire for support.
9        Do you see where I'm reading?
10   A.  Right.
11   Q.  So in 1998, this is prior to Neurontin,
12 she's -- she suffered from depression?
13   A.  Incidentally, there's -- in order to
14 decide whether her depression is worse, we need the
15 codes for all these diagnoses. Because the codes
16 specify how serious the depression is.
17   Q.  You think her depression prior to her
18 Neurontin use wasn't serious?
19   A.  You didn't hear me.
20       MR. ROSENKRANZ: Objection.
21   A.  What I said was it would be really simple
22 to decide whether it was getting worse or not if we
23 had the diagnostic codes, which are almost always
24 there because of insurance purposes. And it gives
25 a specifier like mild, moderate, serious, serious

VERITEXT CORPORATE SERVICES (800) 567-8658

Page 1026

1 with psychosis. And so it would be helpful not
2 just to know that she had depression, but to know
3 what the diagnostic code was to make your point.
4     (Exhibit 71: Medical record, alcohol and
5     other drug use marked for identification, as
6     of this date.)
7     (Exhibit 72: BayRidge Hospital a
8     satellite facility of Beverly Hospital medical
9     record dated 4/30/98 marked for
10    identification, as of this date.)
11    Q. I am going to hand you what I'm going to
12 mark as Deposition Exhibit No. 71 and I'm very
13 pleased to announce --
14    A. It has a diagnostic code.
15    Q. -- that it does not have a diagnostic --
16 I'm not pleased to announce that it does not have a
17 diagnostic code. But I am pleased to announce that I
18 have found that record where Susan Bulger said that
19 she suffered from depression her entire life.
20    You see where I'm reading?
21    A. Sure. I would certainly be surprised if
22 she didn't say that. Kind of interesting on the
23 first page it says I didn't -- don't want to die.
24 That's the first reason for coming there.
25    Q. Well, if we're going to make offhand

Page 1027

1 comments about the record, let's also look at the --
2     MR. ROSENKRANZ: Objection to the
3     speaking --
4     Q. -- one, two, third page --
5     MR. ROSENKRANZ: -- prefaced to your
6     question --
7     Q. -- of the document where it says attempted
8 suicide and Susan checks yes. And she writes 1993 OD
9 on pills, in coma for four days.
10    Do you see where I'm reading?
11    A. Right.
12    Q. I actually need that one back, Dr. Maris.
13 I'm sorry. I've mismarked it.
14    MR. LOSASSO: It's on this page. On that
15    one.
16    Q. I'm going to hand you what I'm going to
17 mark as Deposition Exhibit No. This is a BayRidge,
18 excuse me, Hospital medical record, and it's dated
19 April 30th of 1998.
20    Under final diagnostic formulation, and you
21 were asking for the DSM diagnosis, here it's
22 indicating she's got poly substance dependence and
23 adjustment disorder with depressed mood, right?
24    A. Right.
25    Q. This is prior to Neurontin, right?

Page 1028

1    A. Sure.
2    Q. Okay.
3    A. No code though.
4     (Exhibit 73: A medical evaluation and/or
5     psychotherapy of Susan Bulger dated 5/20/98
6     marked for identification, as of this date.)
7    Q. I'm going to hand you what I'm going to
8 mark as Deposition Exhibit No. 73. This is a
9 Psychiatric Group of the North Shore PC medical
10 evaluation, and it's dated May 20th of 1998. It's
11 apparently a first visit with this treater.
12    A. Who is that, Akabane?
13    Q. Uh-huh, Akabane.
14    The middle paragraph, Sue -- Sue has had
15 many ups and downs, he apparently had attacked her
16 and hit her four times. DSS has been involved in
17 this case. Reading on it says, Sue's background is
18 quite traumatic. She describes her mother as a
19 paranoid schizophrenic. She was allegedly beaten by
20 her mother. One of her brothers was allegedly
21 molested and died in the apartment of a New York
22 State Congressman.
23    Goes on to say she's feeling depressed and
24 wants some treatment. She has been off cocaine for
25 the past month and is trying to get her house and

Page 1029

1 life back in order.
2    Do you see where I'm reading?
3    A. Sure do.
4    Q. So in May of 1988 Susan Bulger was being
5 treated and was complaining of depression, right?
6    A. Right.
7     (Exhibit 74: A letter dated 6/22/98 to
8     Gerald Perlow from William Lloyd marked for
9     identification, as of this date.)
10    Q. Okay. I'm going to hand you what I'm going
11 to mark as Deposition Exhibit No. 74. This is a
12 record from William Lloyd. Looks like he's a
13 rheumatologist.
14    On the second page Dr. Lloyd indicates that
15 he's going to prescribe Elavil. Elavil is prescribed
16 for depression, right?
17    A. It can be. It's also used for sleep.
18     (Exhibit 75: Commonwealth of
19     Massachusetts Department of Social Services
20     Assessment Worksheet with an assigned date of
21     4/23/98 marked for identification, as of this
22     date.)
23    Q. Okay. I'm going to hand you what I'm going
24 to mark as Deposition Exhibit No. 75. This is a
25 Commonwealth of Massachusetts Department of Social

Page 1066

1  would a substance abuse problem also increase the
2  risk for suicide?
3      A.  The simple answer is yes. But if you
4  look at the like Medline, there's ten times more
5  articles on alcohol than there is on the next
6  substance, which happens to be cocaine. So that
7  alcohol is far and away the most significant
8  substance that's abused in suicide.
9      Q.  I'm quoting to the APA guidelines right
10 now. Would you agree or disagree in patients with a
11 mood disorder, the risk of suicide is particularly
12 increased in the presence of co-morbid alcohol or
13 substance abuse?
14     A.  I agree with that.
15     Q.  Would you agree with me that there's
16 significant drug abuse in this case, including poly
17 -- pharmacy abuse, illegal drugs and alcoholism?
18     A.  I am not clear what her alcohol
19 consumption was the last several months of her
20 life. I don't -- so I know there's been mention of
21 it. But I don't see any striking, you know,
22 prominent mention of it. Especially near the end
23 of her life.
24     Q.  You acknowledge in your report that Susan
25 Bulger abused cocaine, crack and heroine though?

Page 1067

1      A.  Right.
2      Q.  And you would also agree with me that she
3  was abusing -- based on the medical records she was
4  abusing Oxycodone, Methadone and Klonopin?
5      A.  Right. And there's different periods of
6  that kind of abuse. There was a lot going on in
7  the 1998, '97. And so the type of drugs she was
8  abusing and the amount of abuse seemed to vary over
9  her life span. A lot of it was not proximate to
10 her death.
11     Q.  Would you acknowledge that her substance
12 abuse problems had nothing to do with Neurontin, was
13 not made worse by Neurontin?
14     A.  I mean, it's something I really haven't
15 thought carefully about. And Neurontin -- are you
16 asking me about interaction effects between
17 Neurontin and these other substances?
18     Q.  No.
19     A.  What are you asking me?
20     Q.  Well, what I'm trying to establish is I'm
21 trying to understand whether or not you're going to
22 say that Neurontin made her substance abuse problems
23 worse the way it made -- the way that you claim that
24 it made her depression worse?
25     A.  I don't think so.

Page 1068

1      Q.  Okay. Are you aware that two days prior to
2  Susan Bulger's suicide she called Dr. Goldman wanting
3  an increase in her Methadone?
4      A.  Yes.
5      Q.  I did some calculating, during the six
6  weeks prior to her suicide, are you aware that Susan
7  Bulger had received prescriptions for a total of 870
8  10 milligrams pills of Methadone?
9      A.  Not until you just told me.
10     Q.  That would equate with 19 pills per day?
11     A.  Right. Well, there was a question about
12 her the pills or Ron selling her pills.
13     Q.  Did you consider her substance abuse as a
14 cause of her suicide?
15         MR. ROSENKRANZ: Objection to the term
16     cause. I don't think he's used the term cause
17     for even Neurontin.
18     A.  Right. I used substantial factor and is
19 my language.
20     Q.  Okay. Do you --
21     A.  Because I think there are many
22 substantial factors.
23     Q.  Is alcohol -- or I'm sorry, is substance
24 abuse one of them?
25     A.  It could be. But it -- you know, it

Page 1069

1  varies over time. I think that certainly in the
2  1997, '98 there was a lot of -- she seemed to be
3  really out of control, '99. But I don't see -- I
4  don't see a lot of substance abuse in the last
5  months and years of her life.
6      Q.  Well, again, I calculated that she received
7  prescriptions for a total of basically 19 Methadone
8  pills per day in the six weeks prior to her suicide.
9  You wouldn't consider that a Methadone problem?
10     A.  Well, Ron was probably selling these. In
11 fact, after she died, he had to lose his house
12 because he didn't have pills to sell, there was a
13 lot of evidence about doctor shopping by the family
14 and friends. There's no -- that doesn't mean she
15 was taking 19. In fact, point of fact, just the
16 opposite that as far as her Neurontin was
17 concerned, there was a lot left over.
18     Q.  We have no idea what Susan Bulger was
19 taking or not taking, fair?
20     A.  We have some idea. You're overstating
21 it.
22     Q.  Okay.
23     A.  We know what she was prescribed.
24     Q.  Okay. But we don't know what she was
25 taking, right, because this couple had a history of

Page 1082

1  short time, but to try to get back on her current
2  dose. She was doing very well on 15 a day, but
3  realized she was running out early and that she never
4  did go back to 13 and was concerned that I'd be angry
5  with her. She's under a lot of stress as well as Ron
6  apparently has Hep C and now needs a total hip
7  replacement rather than just another cortisone
8  injection.
9      Did I read that correctly?
10  A.  Yes.
11  Q.  Did you consider the fact that Susan Bulger
12  was concerned that Dr. Goldman was going to cut her
13  off from Methadone as a contributing cause to -- did
14  you consider this medical record when you excluded
15  the fact that she might have been concerned about
16  being cut off from narcotics as a contributing cause
17  to her suicide?
18      MR. ROSENKRANZ: Objection to the form.
19  A.  Well, first of all, I did consider it.
20  Q.  Okay.
21  A.  And secondly, it doesn't say that at all.
22  Q.  Okay.
23  A.  There's nothing in there that says he's
24  going to cut her off or threaten to cut her off.
25  He said she was worried he might be angry with her.

Page 1083

1  Q.  Okay.
2  A.  Doesn't say that at all.
3  Q.  Did you consider whether or not the fact
4  that Ron had apparently been diagnosed with Hepatitis
5  C and needed a total hip replacement as a potential
6  contributing cause to her suicide?
7  A.  Certainly part of her stress. I would --
8  I thought he had been diagnosed with that sometime
9  before this. This doesn't sound like a new thing
10  to me.
11  Q.  Would you consider whether Susan Bulger may
12  have run out of medication prior to committing
13  suicide?
14  A.  Didn't run out of Neurontin.
15  Q.  I beg your pardon?
16  A.  Didn't run out of Neurontin.
17  Q.  No, she didn't run out of Neurontin.
18  A.  You know, look, this is a woman who's
19  very facile at getting medication. All she does is
20  goes to a different doctor who calls himself
21  Conshiers Medicine and she gets what she wants. So
22  she's never -- I don't think she's ever had a road
23  block where she couldn't circumvent it.
24  Q.  Well, two days prior to her suicide she
25  calls Dr. Goldman and she wants more Methadone,

Page 1084

1  right?
2  A.  Right.
3  Q.  She says she's run out, right?
4  A.  I believe that's true, yes.
5  Q.  Did you consider the fact that she had run
6  out of Methadone and so wasn't having her pain
7  treated as a contributing cause to her suicide?
8      MR. ROSENKRANZ: Objection, that's not
9  what the medical records indicate.
10     MS. SEATON: Your objection is to form.
11  A.  Yeah, I would like to see the medical
12  record.
13  Q.  What medical record?
14  A.  The one you're describing. You're
15  describing something I haven't seen.
16  Q.  I am not describing something you haven't
17  seen. I'm describing something that's already been
18  marked as an exhibit. And it is number -- looks like
19  this.
20  A.  What number is it?
21  Q.  I don't know.
22  A.  There's like 45 of them here.
23  Q.  Again, I don't know.
24  A.  Can I look at yours for a second?
25  Q.  Sure.

Page 1085

1      MR. ROSENKRANZ: Is it an exhibit?
2      MR. LOSASSO: Yes.
3      MS. SEATON: Uh-huh.
4  A.  Well, you know, all it says is that she
5  would like to increase -- like for you to increase
6  her Methadone. Doesn't say she ran out. It says
7  she would like for you to increase her Methadone as
8  she is having flare-ups of her arthritis.
9  Q.  Well, if she had Methadone in her home, why
10  would she need to call the doctor to get an increase
11  of her Methadone?
12  A.  She's taking what he prescribed and what
13  she's saying is that doesn't seem to be controlling
14  my arthritis pain, could you give me some more?
15  She's not saying she ran out. She's just saying it
16  probably isn't enough.
17  Q.  Was any Methadone found in the home?
18      She turned over Effexor, she turned over --
19  or, I'm sorry, Ron Bulger turned over an Effexor
20  bottle, he turned over a Neurontin bottle, he turned
21  over a Prednisone bottle.
22     Do you know if he turned over any
23  Methadone?
24  A.  I don't remember.
25  Q.  Okay. Would that be important to know?

66 (Pages 1082 to 1085)