# EXHIBIT 3

1

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2

 3   In re:  NEURONTIN          : MDL DOCKET NO. 1629
     MARKETING, SALES           :
 4   PRACTICES AND PRODUCTS     :
     LIABILITY LITIGATION       :
 5   ------------------------   : MASTER FILE NO.
     THIS DOCUMENT RELATES TO:  : 04-10981
 6                              :
     Bulger,v. Pfizer, Inc.,    :
 7   et al.                     :
     Case No. 05-CV-11515-PBS   :
 8

 9     VIDEOTAPE DEPOSITION OF STEFAN P. KRUSZEWSKI, M.D.

10                 VOLUME I (Page 1 - 344)

11              Taken in the Harrisburg Hilton,

12   located at 1 North Second Street, Harrisburg,

13   Pennsylvania, on Wednesday, October 15, 2008,

14   commencing at 9:07 a.m., before Sally A. Slifer,

15   Registered Merit Reporter, Certified Realtime

16   Reporter, and Robert Cowalchik, Videographer.

17

     APPEARANCES:
18
                    FINKELSTEIN & PARTNERS, L.L.P.
19                  BY:  KENNETH FROMSON, ESQ.
                    785 Broadway, 3rd Floor
20                  Kingston, NY  12401
                      -- For the Plaintiff
21

22

23

24

25
```

```
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
 2
   RONALD J. BULGER, SR.,       :  NO.
 3 as Administrator of          :  07-CA-11426-PBS
   the Estate of                :
 4 SUSAN BULGER,                :
   Deceased,                    :
 5              Plaintiff       :
          vs.                   :
 6 PFIZER, INC., et al.,        :
              Defendants        :
 7                              :

 8         VIDEOTAPE DEPOSITION OF

 9       STEFAN P. KRUSZEWSKI, M.D.

10         VOLUME II, (Page 345-699)

11

12            Taken in the Harrisburg

13 Hilton, located at 1 North Second Street,

14 Harrisburg, Pennsylvania, on Thursday,

15 October 16, 2008, commencing at

16 8:42 a.m., before Linda Beyerle, Court

17 Reporter.

18
   APPEARANCES:
19
       FINKELSTEIN & PARTNERS, L.L.P.
20     BY:  KENNETH FROMSON, ESQ.
       785 Broadway, 3rd Floor
21     Kingston, NY  12401
         -- For the Plaintiff
22
                  *  *  *
23

24

25
```

Page 330

1  showing an association.
2         Is your answer to my question about
3  why she -- why Neurontin did not at any time before
4  the night of her suicide precipitously cause her to
5  commit suicide that you don't know?
6  A.     I don't know. It's a retrospective analysis
7  of what happened in the terms of causal factors, risk
8  factors associated with the actual act.
9         She had not committed suicide
10 before. Why she did not commit suicide, I have no
11 idea.
12 Q.     In order for you to explain why the Neurontin
13 never before until that night caused her to commit
14 suicide, you would be speculating, correct?
15 A.     I'm sorry, you have to repeat that.
16 Q.     In order for you to explain why the two plus
17 years prior to her suicide that she took Neurontin did
18 not result in a precipitous suicide, you would be
19 speculating, is that correct?
20        MR. FROMSON: Objection as to form.
21 A.     It's not speculating that she did not commit
22 suicide, we know that.
23 Q.     Right.
24 A.     We know that Neurontin, like a lot of other
25 drugs, anti-seizure drugs, anti-psychotics,

Page 331

1  anti-depressants can at times cause suicidal behavior
2  as well as completed suicide.
3         No one has the answer to the
4  question that you are asking, including me.
5         MS. McGRODER: Object, to strike
6  everything except the last sentence, no one has the
7  answer to the question that you are asking me,
8  including me.
9  Q.     I want to talk to you briefly about Mrs.
10 Bulger's reports of depression prior to December
11 of '99 when she first ingested Neurontin, okay?
12 A.     Yes.
13 Q.     Do you have that period in mind?
14 A.     Yes.
15 Q.     During the time period prior to December
16 of '99, do you agree that Miss Bulger attempted
17 suicide on at least four occasions, correct?
18 A.     Incorrect.
19 Q.     Why do you say that's incorrect?
20 A.     The evidence that I reviewed is questionable
21 about whether she intended to actually hurt herself.
22 So -- and the evidence from the medical records is
23 also questionable.
24        We know that she drove off a cliff
25 at some point, and she may have been intoxicated, may

Page 332

1  have been involved in youthful frivolity, who knows.
2  Q.     Is it your testimony that when Miss Bulger
3  drove off a cliff she was involved in youthful
4  frivolity?
5  A.     I don't know what she was involved in.
6  Q.     You don't have any basis for that statement
7  at all, do you?
8  A.     I will give you the basis. The basis is
9  there's conflicting testimony about what that meant.
10 As I sit here today, I don't know if it was Linda
11 Landry or James Gibbon who stated in, I believe, their
12 deposition that they are not really sure that that was
13 indeed a suicide attempt.
14        There was also evidence that her
15 previous slashing of wrists or overdosing may or may
16 not have been suicide attempts.
17 Q.     Do you believe that prior to December of '99
18 Miss Bulger had any suicide attempts, or is it your
19 testimony she had no suicide attempts prior to
20 December of '99?
21 A.     Here is what I did, which is totally
22 consistent with what I just said. I believed she had
23 -- all those represent suicide attempts.
24        There is, however, conflicting
25 evidence and would take time to conclude that. But

Page 333

1  when I looked at all the evidence in this report, we
2  know that those were not completed suicides because
3  she continued to live. We know that she took --
4  overdosed, we know she was treated psychiatrically
5  starting in I believe '98 in Salem Hospital.
6         We know she had a long history of
7  psychiatric treatment, drug and alcohol treatment, and
8  my opinion about those suicide attempts is in fact I
9  treated them as suicide attempts --
10 Q.     Thank you.
11 A.     -- including running her car off the cliff.
12 Whether in fact any of those were suicide attempts,
13 there's evidence that's conflicting.
14 Q.     For purposes of your opinion in this case you
15 assumed they were, correct?
16 A.     I assumed they were, yes.
17 Q.     Were you aware that Miss Bulger reported to
18 the Brigham & Women's Hospital in March of '93, I am
19 always depressed because this disease has taken the
20 life right out of me.
21        Do you recall that statement in her
22 medical record?
23 A.     I do, yes.
24 Q.     She was not on Neurontin in '93, correct?
25 A.     She was not until '99.

84 (Pages 330 to 333)

**Page 522**

1 the pills from him and went downstairs, did
2 not take them, because she was going to wait
3 to take them until she went to sleep,
4 correct?
5         MR. FROMSON: Objection.
6 Form.
7         THE WITNESS: I don't recall.
8 It could be accurate. I just don't
9 recall. The usual time, if there was
10 one, when she took her Neurontin -- it's
11 been prescribed variously over a time
12 period, at night and during the day.
13 BY MS. SCHULTZ:
14 Q.  But the reliability of your opinion
15 rests upon the assumption that she was
16 handed the Neurontin by Ron Bulger, and then
17 when she went downstairs, she actually took
18 them, correct?
19         MR. FROMSON: Objection as to
20 form.
21         THE WITNESS: Yes.
22 BY MS. SCHULTZ:
23 Q.  And only Susan Bulger knows if she
24 actually took Neurontin that evening; do you
25 agree with that?

**Page 523**

1 A.  I do agree that nobody knows, and the
2 only person that would have known is
3 Susan Bulger.
4 Q.  You referred several times to the
5 missing pills from the Neurontin bottle,
6 correct?
7 A.  Correct.
8 Q.  And you testified yesterday that the
9 bottle contained forty-four of 120 tablets,
10 correct?
11 A.  Correct.
12 Q.  The prescription for Neurontin was
13 dated July 12th, 2004, correct?
14 A.  That is correct.
15 Q.  So if we assume that she took her
16 first dose on July 12, and her last four on
17 August 4, that would be 24 days, right?
18 A.  Correct.
19 Q.  So if she took them as prescribed, as
20 you've been saying, she would have taken 96
21 pills, correct?
22 A.  Correct.
23 Q.  Then there should be only be 24 left,
24 not 44, correct?
25 A.  That's correct.

**Page 524**

1 Q.  So, we know she was not taking her
2 Neurontin as prescribed, correct?
3 A.  Correct. Unless she had other
4 sources.
5 Q.  Because she would have failed to take
6 the Neurontin for five days worth, correct?
7 A.  Yes. We just don't have an answer to
8 that.
9 Q.  And we don't know if she had failed to
10 take Neurontin for the five days prior to
11 her suicide, correct?
12 A.  That's correct.
13 Q.  And we don't have any evidence that
14 she, actually, ever ingested any Neurontin,
15 do we?
16 A.  In terms of toxicology reports, urine
17 or blood studies, we do not have any
18 evidence that she ever ingested a Neurontin
19 pill in her lifetime. We only have medical
20 reports, progress notes, and her own reports
21 that -- and, of course, Mr. Bulger's reports
22 that she took Neurontin.
23 Q.  Mr. Bulger has never testified that
24 he, actually, saw her taking the Neurontin
25 pills regularly, has he?

**Page 525**

1 A.  I don't believe that was in his
2 testimony.
3 Q.  And you say what you would base that
4 opinion on are the progress notes and her
5 own reports? Is that what you said?
6 A.  Yes. As much as her progress notes by
7 Dr. Crognale and Goldman and the Medical
8 Center reflect the fact that she was
9 taking -- that she was given Neurontin and
10 suffered side effects from it and benefits
11 from it.
12 Q.  So because she commented on the
13 Neurontin in her progress reports, is that
14 what you're talking about?
15 A.  Yes.
16 Q.  Well, she commented on a lot of the
17 drugs prescribed for her to her doctors,
18 correct?
19 A.  She did.
20 Q.  She commented on the Methadone a lot,
21 correct?
22 A.  Yes.
23 Q.  And is it your opinion that she was
24 regularly taking her Methadone as
25 prescribed?

530

```
 1  Q.  So there is another question as to
 2  whether or not Susan Bulger actually
 3  ingested Neurontin on the day of her death,
 4  correct?
 5          MR. FROMSON:  Objection as to
 6  form.
 7          THE WITNESS:  Yes.  We have
 8  what I've already represented.  We
 9  have --
10  BY MS. SCHULTZ:
11  Q.  And there's a question as to whether
12  Susan Bulger was taking her Neurontin as
13  prescribed over the months, correct?
14          MR. FROMSON:  Objection.
15  Asked and answered.
16          THE WITNESS:  Yes.  If she
17  only had the one pill bottle and no other
18  pill bottles in the house, and she was
19  taking that as -- supposedly as
20  prescribed.  She should have taken more
21  pills than were left in that particular
22  bottle.
23  BY MS. SCHULTZ:
24  Q.  And we don't even know if she took the
25  pills that were missing from that bottle, do
```

531

```
 1  we?
 2  A.  We do not.
 3  Q.  Because she could have sold them,
 4  correct?
 5          MR. FROMSON:  Objection.
 6  Asked and answered.
 7          THE WITNESS:  Yes.
 8  BY MS. SCHULTZ:
 9  Q.  Now, you opined yesterday that
10  Susan Bulger was regularly taking Effexor
11  before she died.  And you base that on the
12  fact that it was prescribed for her, and
13  because Ron Bulger gave a bottle to the
14  police?
15  A.  Yes.  And she reported, I believe, to
16  Dr. Goldman that she felt good on Effexor.
17  Q.  But she also reported to her doctors
18  that she felt really good on Methadone and
19  OxyContin, correct?
20  A.  I don't remember that specific.
21  She, certainly, reported that it was
22  helpful, and often she didn't have enough of
23  it to make it helpful enough.
24  Q.  And on the evening of August 4, the
25  bottle of Effexor contained twelve of the
```

532

```
 1  thirty tablets prescribed on July 12th,
 2  correct?
 3  A.  Yes.
 4  Q.  Eighteen were missing, correct?
 5  A.  Correct.
 6  Q.  And now, you have said that Effexor
 7  does not have a street value; is that right?
 8  A.  I'm not aware of any street value for
 9  Effexor.
10  Q.  Now, if she took her first pill on the
11  bottle -- on July 12, and her last on
12  August 4, and only took one every day as
13  prescribed, she should have taken
14  twenty-four, not eighteen, correct?
15  A.  That sounds correct to me.
16  Q.  So she would have -- if she was taking
17  it as prescribed, and only that dosage per
18  day, she would have failed to take Effexor
19  for six days during that one month period,
20  correct?
21          MR. FROMSON:  Objection.
22  Form.
23          THE WITNESS:  We don't know
24  that.  That assumption is that she did
25  not have any other prescriptions that
```

533

```
 1  were unused at the time that she was
 2  taking Effexor.
 3  BY MS. SCHULTZ:
 4  Q.  Well, you'll agree that Susan Bulger,
 5  generally, used her entire prescription and
 6  ran out early, at least that's what she told
 7  her doctors, correct?
 8  A.  At least for her opioids she did.
 9  Q.  If Susan Bulger had stopped taking her
10  Effexor the week prior to her suicide --
11  let's say she ran out, could that have
12  impacted her level of depression?
13  A.  It could have, yes.
14  Q.  Did you consider that as a possible
15  precipitating factor for her suicide?
16  A.  I did, yes.
17  Q.  And how did you rule that out as an
18  explanation?
19  A.  A couple of ways.  I had no specific
20  evidence that she wasn't taking her Effexor.
21  I had specific evidence that she, as we've
22  already described, that she was taking her
23  Neurontin and was taking it that night, as
24  worded by her husband.
25          I assume that if she had stopped
```

48 (Pages 530 to 533)

Case 1:04-cv-10981-PBS   Document 1640-4   Filed 01/23/09   Page 7 of 8

**Page 542**

1  prescription medications, correct?
2  A. That's correct.
3  Q. And he did not provide the police with
4  her Methadone or OxyContin, correct?
5  A. That's correct.
6  Q. And so if he did not turn those over
7  to the police, then he was lying to the
8  police on the day of her suicide, correct?
9      MR. FROMSON: Objection as to
10 form.
11     THE WITNESS: Let me
12 suggest --
13     MS. SCHULTZ: Is that
14 correct, though?
15     MR. FROMSON: Objection as to
16 form.
17     THE WITNESS: It's almost
18 correct. It would be deceptive, because
19 we know that she had filled those
20 prescriptions on July 12th of 2004. So
21 we presume that the bottles for those
22 pills must have been in the house
23 somewhere.
24     The extrapolation is that
25 Mr. Bulger decided when he handed over

**Page 543**

1  the pill bottles that he handed over is
2  that, I'm going to give you those, I'm
3  going to keep the rest. If the rest
4  existed at the time.
5  BY MS. SCHULTZ:
6  Q. Why wouldn't Ron Bulger disclose to
7  the police that she was also taking
8  OxyContin and Methadone when they asked for
9  Susan Bulger's prescription medications?
10     MR. FROMSON: Objection to
11 form.
12     THE WITNESS: I can't answer
13 that.
14 BY MS. SCHULTZ:
15 Q. Well, by not doing so, he was not
16 being truthful to the police, was he?
17 A. As I have I said, there's certain
18 questions about his credibility and,
19 certainly, when it comes to opioid
20 prescriptions, that's the peek of his
21 problems with credibility.
22 Q. But you've also testified today that
23 you think it's more likely that he would
24 have been credible on that day when talking
25 to the police than he was on previous days,

**Page 544**

1  correct?
2      MR. FROMSON: Objection.
3  Asked and answered.
4      THE WITNESS: I don't think
5  that I have testified to that. I believe
6  that I testified that the only evidence
7  that I had that Mrs. Bulger took
8  1,200 milligrams of Neurontin on that day
9  came specifically from Mr. Bulger who
10 said that he gave her the pills and that
11 she took them.
12 BY MS. SCHULTZ:
13 Q. And you testified that because he told
14 the police that on the day of her suicide,
15 that's why you're believing his statement
16 that day as opposed to, perhaps, things he
17 may have said in his deposition concerning
18 days prior, right?
19     MR. FROMSON: Objection to
20 the form.
21     THE WITNESS: Yes. Because
22 contemporaneous description of behavior
23 is more likely to be accurate and
24 truthful than not.
25 BY MS. SCHULTZ:

**Page 545**

1  Q. But we can tell that his
2  contemporaneous statements to the police
3  concerning the prescription drugs she took
4  was false, correct?
5      MR. FROMSON: Objection to
6  form.
7      THE WITNESS: We don't
8  have -- repeat that. I'm sorry.
9  BY MS. SCHULTZ:
10 Q. Well, the statements he made to the
11 police concerning the prescription drugs
12 that Susan Bulger was on at the time of her
13 death was false, correct?
14     MR. FROMSON: Objection to
15 form.
16     THE WITNESS: It was not
17 complete.
18 BY MS. SCHULTZ:
19 Q. Well, by not being complete, it was
20 false?
21 A. It was false. I'll accept that.
22 Q. Okay. Now, you have cited some of the
23 testimony concerning the sale of
24 Susan Bulger's prescription medications in
25 the exhibits to your report, correct?

VERITEXT CORPORATE SERVICES (800) 567-8658

**686**

1  I referred to. It was not only picking up
2  anonymous men at bars, but also being
3  physically abused by them.
4  Q. Did she have any prior suicide
5  attempts?
6  A. I don't think I know the answer to
7  that.
8  Q. Was she abused as a child?
9  A. I do not know.
10 Q. Did she abuse prescription drugs?
11 A. No.
12 Q. Did she abuse illicit drugs?
13 A. No.
14 Q. Was she in chronic pain?
15 A. No.
16 Q. Did she suffer from marital discord?
17 A. She was single.
18 Q. Did she have financial problems?
19 A. Yes.
20 Q. Did she suffer from depression?
21 A. Yes.
22 Q. And anxiety?
23 A. Yes.
24 Q. Did she have posttraumatic stress
25 disorder?

**687**

1  A. Not that I recall.
2  Q. Let me ask you about the risk factor
3  of chronic pain. I think I skipped over
4  that. So hold on one moment.
5       Doctor, you agree that chronic
6  pain is a risk factor for suicide, correct?
7  A. As I said yesterday, I agreed that
8  when chronic or intractable pain leads to
9  depression and hopelessness, that becomes a
10 significant risk factor for suicide.
11 Q. And you listed chronic pain as an
12 issue that increased Mrs. Bulger's risk of
13 suicide, correct?
14 A. Yes.
15 Q. Does the severity of pain contribute
16 to whether it's chronic pain? Or is chronic
17 pain an issue of duration? Or both?
18 A. Say that again. I'm sorry.
19 Q. Is it the severity of the pain that
20 would cause you to classify something as
21 chronic pain? Or would it be the duration
22 of the pain that would cause you to classify
23 it as chronic pain?
24 A. I believe that both factors can be
25 responsible. Again, my overall response to

**688**

1  chronic pain is that in and of itself,
2  regardless of the duration, and as long as
3  it's not intractable pain, for the most
4  part, that when that gives rise to
5  hopelessness and a sense of desperation and
6  depression, that that becomes a very
7  significant risk factor.
8  Q. Do you agree that Susan Bulger
9  suffered from chronic pain?
10 A. I do.
11 Q. And are you aware that she told her
12 physicians, "I'm always depressed because
13 this disease has taken the life right out of
14 me. Before I got arthritis, I was very
15 active. Now I just exist. I feel I have no
16 desire whatsoever"?
17      MR. FROMSON: Objection as to
18 form.
19      THE WITNESS: Yes.
20 BY MS. SCHULTZ:
21 Q. Are you aware that she told her
22 physicians that she is pretty down, that she
23 is never without pain?
24 A. Yes.
25 Q. How did you go about ruling out

**689**

1  chronic pain as the precipitating event for
2  her suicide?
3  A. Because I considered it and because I
4  was aware that she had lived with chronic
5  pain successfully. And I use the word
6  "successfully" because she had not, to my
7  knowledge, tried to hurt herself because of
8  the chronic pain. And, therefore, it was
9  not a significant contributing factor when
10 she did commit suicide, all factors
11 considered.
12 Q. Well, does chronic pain as a risk
13 factor, does the importance of that risk
14 factor increase over time? In other words,
15 is someone that has chronic pain for six
16 months less likely to commit suicide than
17 someone who has been living in chronic pain
18 for twenty-five years?
19 A. I believe so.
20 Q. Does a person in chronic pain ever get
21 to the point, once they've been in chronic
22 pain for a long period of time, where they
23 simple say, I can't live with this anymore?
24 A. I believe they can get to that point,
25 yes.