# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3                  MDL Docket No. 1629

 4                  Master File No. 04-10981

 5   ***********************************

 6   IN RE:  NEURONTIN MARKETING, SALES

 7           PRACTICES AND PRODUCTS

 8           LIABILITY LITIGATION

 9   ***********************************

10   THIS DOCUMENT RELATES TO:

11   RONALD J. BULGER, SR., as Administrator

12   of the Estate of Susan Bulger, Deceased

13   ***********************************

14

15   VIDEOTAPED DEPOSITION OF RICHARD S. GOLDMAN, MD

16

17                  Held At:
                 Hare & Chaffin
18               160 Federal Street
             Boston, Massachusetts 02110
19
                 April 22nd, 2008
20                    9:07 AM

21

22   Reported By:  Maureen O'Connor Pollard, RPR, CLR

23
     Videographer:  William Slater
24
```

Page 10

1   A.   I'm pretty confident.
2   Q.   So you graduated from Wesleyan
3   University in '77?
4   A.   That is correct.
5   Q.   And then the UCLA School of Public
6   Health with a masters in public health in 1980?
7   A.   That is correct.
8   Q.   And then Boston University School of
9   Medicine in 1984?
10  A.   That's correct.
11  Q.   And your post-graduate training
12  included from 1984 to 1987 at the Department of
13  Medicine for Boston City Hospital?
14  A.   That's correct.
15  Q.   What did you do at Boston City
16  Hospital?
17  A.   I was a -- I did a three-year medical
18  residency.
19  Q.   Any time in the emergency department?
20  A.   Oh, yeah, spent lots of time in the ER
21  there.
22  Q.   I'm sorry?
23  A.   Spent lots of time in the ER there,
24  which was, we used to call it the Saturday Night

Page 11

1   Knife and Gun Club, it was quite an experience.
2   Q.   Mr. Finkelstein is probably not
3   familiar with Boston City Hospital's emergency
4   department, but it's world-renowned.
5        And since then, since you left Boston
6   City Hospital, what has your professional career
7   consisted of?
8   A.   I've been in private practice really
9   since 1987 in several different names, but I
10  started in private practice in the Town of
11  Sudbury in 1987, I opened a second office in the
12  Town of Framingham somewhere in the early
13  nineties, and then closed my office in Sudbury.
14  Had an office in Framingham up until 2002 when I
15  closed that practice.  Then I opened a practice
16  calls Access MD in Wellesley.
17  Q.   And what year was that?
18  A.   I believe it was 2002, September.
19  Q.   And what is Access MD?
20  A.   Access MD is a small what we call now
21  a, for lack of a better term, a concierge
22  practice, limit the size of the practice and we
23  try to provide back the personalized care that
24  has gotten lost in today's practice of general

Page 12

1   medicine.
2   Q.   You say "we." Who do you mean by
3   "we"?
4   A.   I did.
5   Q.   You?
6   A.   Yes.
7   Q.   And you have a staff, correct?
8   A.   Yes, I have a staff.
9   Q.   And who is on your staff?
10  A.   Right now I have an office manager and
11  I have a part-time nurse, phlebotomist,
12  secretary.
13  Q.   And who is the office manager?
14  A.   Her name is Rhona Hayes, H-A-Y-E-S,
15  and right now the other person's name is Celia,
16  C-E-L-I-A, Cole, C-O-L-E.
17  Q.   And for how long has Miss Hayes worked
18  with you?
19  A.   She's worked with me since the
20  beginning.
21       Miss Cole worked for me initially,
22  then she left, I've had several other people in
23  that role, and then she's come back.  But Mrs.
24  Hayes has been with me since the beginning.

Page 13

1   Q.   And what specialties do you have,
2   Doctor, if any?
3   A.   I'm just an internist.
4   Q.   Not just, but an internist.
5   A.   I'm a general internist.
6   Q.   I see.
7   A.   I hate the term primary care, but
8   that's what the insurance companies label us
9   today.
10  Q.   Are you board certified, Doctor?
11  A.   Currently I'm not.
12  Q.   Have you been?
13  A.   Yes, I have.
14  Q.   And as an internist?
15  A.   Yes.  My certificate, I have to get
16  recertified.
17  Q.   I'm sorry?
18  A.   I have to be recertified.
19  Q.   Are you in the process of --
20  A.   Yeah.  I was certified in 1994.
21  Q.   And that's your only --
22  A.   Yes.
23  Q.   -- certification?
24  A.   Mm-hmm.

Page 14

1  Q. Okay. And you're licensed to practice
2  in Massachusetts and Vermont?
3  A. Yes. I mean my practice is in
4  Massachusetts. I've had a Vermont license ever
5  since my -- I did a week in a clinic at Stratton
6  Mountain, and you had to get a state license to
7  practice for one week in the medical clinic
8  there in order to ski.
9  Q. In order to ski?
10 A. So I've had a Vermont license, but
11 I've never practiced in the State of Vermont
12 other than that one week that I was at Stratton.
13 Q. Are you board certified in
14 epidemiology, Doctor?
15 A. No.
16 Q. Pharmacology?
17 A. No.
18 Q. And do you have any special training
19 in either epidemiology or pharmacology?
20 A. Epidemiology just from my training in
21 public health. That was part of the curriculum.
22 Q. Is there a continuing legal --
23 continuing medical education requirement in
24 Massachusetts?

Page 15

1  A. Yes, there is.
2  Q. And what is it?
3  A. For licensure I think, I'm not totally
4  aware of the requirements, it's a number of one
5  or 200 hours over the course of the two years
6  that you have to get. So I go to CMEs and
7  things like that for them.
8  Q. In that connection, have you taken any
9  courses in suicide?
10 A. Not specifically, to my recollection.
11 Q. On anti-convulsants?
12 A. Not specifically, to my recollection.
13 Q. On neuropathic pain?
14 A. Not specifically, to my recollection.
15 Q. On chronic pain?
16 A. Not specifically, to my recollection.
17 Q. Have you attended any courses on
18 Neurontin or gabapentin in particular?
19 A. Not specifically.
20 Q. Have you ever attended any seminars,
21 dinners, conferences, or anything of that nature
22 concerning Neurontin?
23 A. I don't remember specifically that I
24 went to a particular dinner or conference

Page 16

1  specifically about Neurontin. I cannot say for
2  certain that it was not mentioned in some
3  conference, but nothing specific to my
4  recollection.
5  Q. Are you a member of any medical
6  societies or associations?
7  A. Right now, no.
8  Q. Do you subscribe or regularly review
9  any medical journals?
10 A. I get a summary journal called Journal
11 Watch, which is a summary of a number of
12 different, you know -- summarizes some of the
13 leading journals for physicians who are busy, I
14 get that via e-mail, and I do review.
15 Q. Is that one of these types of
16 publications that's tailored to your practice in
17 particular?
18 A. No.
19 Q. No?
20 A. It's tailored as an internist.
21 Q. It will extract articles from other
22 journals?
23 A. It basically -- there's one version of
24 it, to my knowledge, that just kind of

Page 17

1  summarizes the latest things that have come out
2  in the last week or so.
3  Q. And how frequently do you receive
4  that?
5  A. I believe once a month, but I'm not
6  positive.
7  Q. What textbooks, medical textbooks do
8  you typically refer to, if any?
9  A. That's hard to say. Depends on an
10 issue, depends on situation, you know. Probably
11 Harrison's Textbook of Internal Medicine is
12 probably the one I probably refer to most, but I
13 don't have a copy of it, if I do look at it I
14 probably do it either on-line or in the library.
15 Q. Do you subscribe to the PDR?
16 A. I don't subscribe to it. I think I
17 receive a free copy of it every year.
18 Q. And do you review it regularly?
19 A. I can't say I review it.
20 Q. Pardon me?
21 A. I don't review it. I mean I use it if
22 I look up something, or if I look up a drug
23 dose. But honestly, I don't use it all that
24 much. It's just not as easy to --

Page 46

1  initiated it for those conditions.
2  Q. Any recollection of when you first
3  prescribed Neurontin?
4  A. No, I don't.
5  Q. Can you give me a rough estimate of
6  how many -- for how many patients you've
7  prescribed Neurontin for pain?
8  A. No, I can't.
9  Q. For any of the other conditions you
10 mentioned?
11 A. No, I can't.
12 Q. Based on your experience, was
13 Neurontin helpful for these various conditions?
14 A. You'd have to ask me on a particular
15 patient. I would have to say overall I have
16 found it to be helpful in treating patients with
17 pain syndromes.
18 Q. How about for the other conditions you
19 mentioned?
20 A. Again, I can't specifically comment
21 because it's just not my area of expertise.
22 Q. Do you have situations where it didn't
23 seem to be helpful, if you can recall?
24 A. I don't recall anything specifically.

Page 47

1  I'm sure there have been patients that either it
2  did not prove efficacious or, you know, didn't
3  seem to help.
4  Q. Any specific recollection of any
5  patients indicating to you that they were
6  experiencing any problems while on Neurontin?
7  A. I don't recall specifically.
8  Q. When you began prescribing Neurontin
9  for pain, why did you do that?
10 A. I don't recall specifically the first
11 time I prescribed it for pain. My overall
12 general recollection is I had learned or heard
13 from either a neurologist or a pain specialist
14 that they had been using Neurontin as an adjunct
15 to treat whatever, some type of pain condition,
16 and that's probably my first recollection of
17 using it. I don't recall the case, I don't
18 recall the person, but that's my general
19 recollection of how I learned about it.
20 Q. Was your decision, the initial
21 decision to prescribe Neurontin or any
22 subsequent decision to prescribe Neurontin
23 affected by anything that anyone from Pfizer or
24 Parke-Davis or Warner-Lambert told you?

Page 48

1  A. I do not recall specifically anything.
2  Q. Do you see representatives of drug
3  companies on occasion?
4  A. Yes, I do.
5  Q. Have you seen representatives of
6  Pfizer or Warner-Lambert or Parke-Davis?
7  A. Ever?
8  Q. Ever.
9  A. Yes.
10 Q. Have you discussed Neurontin with any
11 representatives of Pfizer, Warner-Lambert or
12 Parke-Davis, if you can recall?
13 A. I don't recall specifically any
14 conversations specific to Neurontin.
15 Q. In the time leading up to 2003, from
16 January 1, 2000 to when you began to see
17 Mrs. Bulger in September of 2003, do you recall,
18 have any specific memory of any meetings with
19 any Pfizer representatives?
20 A. That's a pretty general question.
21 Q. Yes, sorry.
22 A. I don't recall any specific meetings
23 with any Pfizer representatives during that
24 period of time. I'm sure I saw Pfizer

Page 49

1  representatives because I see representatives
2  and Pfizer has a lot of representatives, and
3  statistically I'm sure one of them came into my
4  office and gave me literature or samples on some
5  drug that Pfizer makes.
6  Q. And representatives of other drugs
7  companies do the same?
8  A. Yes, they do.
9  Q. So that you do see drug company reps
10 regularly?
11 A. Depends what you mean by "regularly."
12 Q. Okay. With what frequency would you
13 describe --
14 A. Currently?
15 Q. -- your seeing of drug company
16 representatives?
17 A. Today or --
18 Q. Well, in the 2000 to 2003 time frame.
19 A. I can't say specifically that my
20 recollection from 2000 to 2003 how frequently I
21 see reps. I probably see them less frequently
22 toward the end than I used to. I think that's
23 probably common to most practices.
24 Q. In prescribing Neurontin for pain,


Page 50

1  Doctor, do you take into account that it has
2  certain advantages over other pain medications?
3     A.  Whenever I prescribe a drug I make a
4  decision based on benefits and risks to
5  particular patients, and usually would prescribe
6  a drug because I felt it hopefully would provide
7  some benefit to that patient.
8     Q.  Do you know that Neurontin metabolizes
9  very quickly?
10       MR. FINKELSTEIN:  Objection.
11    A.  I'm not aware specifically of the
12 metabolic rate of Neurontin.
13       BY MR. CHAFFIN:
14    Q.  Did you prescribe Neurontin to --
15 well, let me ask you this.
16       For what purpose did you -- I'll have
17 to start again.
18       Did you initiate Neurontin for
19 Mrs. Bulger, or continue it?
20    A.  My recollection is that I did not
21 initiate the treatment of Neurontin with
22 Mrs. Bulger.  I continued a medication that she
23 was -- had been prescribed before she came to
24 me.  But when I took over her care and I was

Page 51

1  writing her prescriptions, that was one of them
2  that I continued, yes.
3     Q.  And for what purpose was she taking
4  Neurontin?  And we'll look at your records in a
5  couple of minutes if you can't recall.
6     A.  I cannot say what she was initially
7  prescribed Neurontin for.  I continued Neurontin
8  in Mrs. Bulger's case as part of an overall
9  management of her symptoms.
10    Q.  Which symptoms?
11    A.  A variety of symptoms.  Pain, I would
12 have to say, was first and foremost.
13    Q.  Any others?
14    A.  Susan had other diagnoses, and there
15 were medications prescribed for other reasons.
16       Are you talking about a different drug
17 for a specific reason?
18    Q.  Yes, Neurontin.
19    A.  As I said, I believe Neurontin, I
20 don't know why it was initially started with
21 her, I did not initiate it, so I have no
22 specific knowledge of that, but I did continue
23 Neurontin with her as part of an overall
24 management of her pain.

Page 52

1     Q.  Okay.  Thanks.
2        Doctor, do you treat patients who are
3  potentially at risk for suicide?
4     A.  I would have to say every patient is
5  potentially at risk for suicide, so yes.
6     Q.  Do you make assessments about whether
7  a patient is at risk for suicide?
8     A.  I can't comment specifically on every
9  patient if I make a specific assessment on
10 suicidality.  Again, I'm not a psychiatrist, so
11 I probably don't see a lot of patients that are
12 at risk for suicide, but you'd have to ask me
13 specifically about a particular person and a
14 particular situation.
15    Q.  Are you familiar with the epidemiology
16 of suicide at all, made any study of it?
17    A.  I've not made any study of it, no.
18    Q.  Do you know what the statistics are
19 for suicide, number annually in the United
20 States?
21    A.  No, I'm not.
22    Q.  Pardon me?
23    A.  I'm not aware.
24    Q.  Are you familiar with the risk factors

Page 53

1  for suicide?
2     A.  Not specifically.
3     Q.  Are you aware that patients being
4  treated for psychiatric disorders are more at
5  risk for suicide?
6        MR. FINKELSTEIN:  Objection.
7     A.  Not specifically, but intuitively that
8  might make sense.
9        BY MR. CHAFFIN:
10    Q.  I'm sorry?
11    A.  Intuitively that might make sense, but
12 I'm not aware specifically that patients being
13 treated for psychiatric conditions are at higher
14 risk for suicide.
15    Q.  Are you aware, Doctor, of the
16 correlation between substance abuse issues and
17 suicide?
18    A.  Not specifically.
19    Q.  But intuitively?
20    A.  Intuitively.
21    Q.  And what about with respect to chronic
22 pain, Doctor, are you aware that patients with
23 chronic pain are at a higher risk of suicide or
24 suicide attempt?

Page 74

1 confirm it.
2    Q.  Okay.
3    A.  If the patient came to me on
4 OxyContin, I would confirm it.
5    Q.  And --
6    A.  Unless it was, again, it was a
7 post-surgical or something like that.
8    Q.  It would be either through a pharmacy
9 or prior primary care?
10   A.  Not necessarily primary care. Usually
11 a pharmacy. Some objective evidence that I
12 could see in front of me, you know, in paper,
13 that it had been prescribed for that patient by
14 another physician, as opposed to the patient
15 just telling me "I take X drug."
16   Q.  Why do you do that?
17   A.  I think it's good medical practice.
18 And I think that experience over 20 years with
19 clinical practice is that patients in general,
20 some can go to doctors shopping for pain
21 medicine or emergency rooms or whatever, so
22 there is a built-in issue of just being cautious
23 when a patient tells you they're on.
24   Q.  Let's turn to Page 28, please. And is

Page 75

1 this the encounter note for your first visit
2 with Mrs. Bulger?
3    A.  It's the first one that's in this
4 record, so I'm going to -- I think. Wait a
5 minute.
6        Okay. Yes. The first paragraph says
7 "Susan comes in today as a new patient,"
8 referred by another patient of mine.
9    Q.  Deb Cuccinelli?
10   A.  That's what it says in the record.
11   Q.  Okay. And is Mrs. Cuccinelli still a
12 patient of yours?
13   A.  That's not something that's relevant
14 to this proceeding. I can't comment without her
15 permission.
16   Q.  HIPAA concerns. Okay.
17       And just so we are familiar with the
18 format here, the encounter note up above
19 indicates that -- well, let me just ask.
20       Do you add all the data on this? Do
21 you type it in, or do you dictate it, or how
22 does that work?
23   A.  I type it in. So anything that's in
24 here, most likely in terms of vital signs, this

Page 76

1 would be something that I would have typed in in
2 terms of my encounter.
3    Q.  Typed it in on one of the computers at
4 your office?
5    A.  Yes.
6    Q.  And then "DOS," what does DOS stand
7 for on the first line?
8    A.  Date of service.
9    Q.  Date of service.
10       So does this indicate then that this
11 encounter was on 9/10/2003?
12   A.  That's what it says, yes.
13   Q.  Then you have the name, the vital
14 signs.
15       So apparently did you see her in the
16 examination room on this first visit?
17   A.  Well, if I took vital signs, I would
18 have had to do it in the exam room since I don't
19 have a blood pressure cuff in my consultation
20 room, and I don't have a scale there. So the
21 fact that the blood pressure and the weight were
22 recorded here indicates it was done in the exam
23 room, at least those pieces of data were
24 obtained in the exam room.

Page 77

1    Q.  And down below, "hief," but I think
2 that's chief complaint, right?
3    A.  Right, it's cut off.
4    Q.  Sometimes the Cs don't print when
5 they're on the left-hand margin, for some
6 reason.
7        "Chief complaint: Initial visit." So
8 that indicates this is your initial visit, you
9 don't really know why she's coming to see you?
10   A.  It's not that I necessarily don't know
11 why. There is a pull-down menu when you're
12 doing the form in terms of, you know, what the
13 chief complaint is, sometimes I will just, if
14 I'm -- again, I can't comment on every specific
15 case, but I'll either just pull it down if it's
16 the initial visit, if it's a physical, sometimes
17 I will put in the complaint.
18   Q.  And "onset date" is not entered.
19       And the narrative that follows, you
20 typed all that in?
21   A.  Yes.
22   Q.  And this is all based on information
23 that Mrs. Bulger provided to you?
24   A.  I would -- based on what I'm reading,

Page 78

1  it would have been something that I summarized
2  based on the visit. I can't say that all the
3  information was provided by her, but I don't
4  have specific recollection.
5  Q. Okay. In this first paragraph it said
6  "had also been under the care of a PCP in
7  Beverly, but was unable to continue to handle
8  her various pain medication needs."
9  Do you see that?
10 A. Yes, I do.
11 Q. Did Mrs. Bulger tell you in words or
12 substance that her primary care physician in
13 Beverly refused to give her -- prescribe
14 Methadone for her because he was aware that she
15 was on Methadone because of a long-term
16 substance abuse problem and insisted that she
17 get the Methadone through a substance abuse
18 facility?
19      MR. FINKELSTEIN: Objection.
20 A. I have no specific recollection of
21 that discussion.
22      BY MR. CHAFFIN:
23 Q. "Has been left with chronic pain
24 syndrome, on both Methadone AND OxyContin on a

Page 79

1  regular basis."
2      Is that something -- she reported that
3  to you?
4  A. Again, it's in the note. I don't
5  recall specifically where that information came
6  from, but it says that she is on those, both of
7  those drugs on a regular basis.
8  Q. Now, did you capitalize the word "and"
9  in the last line there?
10 A. I don't recall specifically. It is
11 capitalized.
12 Q. Any idea why you did that?
13 A. No.
14 Q. "Currently doing reasonably okay at
15 this time."
16     And you wrote that, correct?
17 A. Mm-hmm.
18 Q. And then down below in the assessment
19 section you indicate that she's suffering from
20 rheumatoid arthritis and psychogenic pain site
21 unspecified, right?
22 A. Well, again we have a -- the way the
23 program defaults, you have to put in one of the
24 diagnoses that are loaded into the program. So

Page 80

1  you put in, you know, and it pulls up anything
2  that's close.
3      So rheumatoid arthritis I definitely
4  put in. Psychogenic pain site unspecified is a
5  diagnosis again that comes up again when you put
6  in pain. So I didn't specifically label it as
7  psychogenic pain site unspecified, but that's
8  the code that comes up when you put in pain. So
9  I can't default and say chronic pain or make it
10 my own diagnosis, it has to be something that's
11 an ICD-9, which is again based on insurance
12 regulation.
13 Q. So did you conclude at this first
14 visit, or was it your assessment at this first
15 visit that Mrs. Bulger was suffering not only
16 from rheumatoid arthritis, but chronic pain
17 syndrome?
18 A. Yes, those were two of the diagnoses
19 that she had that I listed at this visit.
20 Q. And was that based, that assessment
21 based on things she told you and your
22 examination of her?
23 A. Again, it was based on information
24 that was provided during that visit. Again, I

Page 81

1  don't specifically recall where all of the
2  specific information came from, but --
3  Q. All right. And then in discussion
4  part -- we've got about one minute on the tape.
5  Actually this is probably a good time now,
6  starting a new question.
7      MR. CHAFFIN: Can we break?
8      THE VIDEOGRAPHER: This is the end of
9  tape number one. The time is 10:40, and we're
10 off the record.
11     (Pause.)
12     THE VIDEOGRAPHER: This is the
13 beginning of tape number two. We're back on the
14 record. The time is 10:43.
15     MR. CHAFFIN: Okay. Thank you, Bill.
16     BY MR. CHAFFIN:
17 Q. Doctor, I'm in the discussion section
18 of your encounter note from September 10th of
19 2003.
20 A. Okay.
21 Q. You write "overall Susan is doing okay
22 at this time. I refilled all of her scripts at
23 this time, and spoke with the pharmacist, Jim at
24 Walgreen's," I'm going to leave the number out,

Page 94

1  that it was written for, and in one of my visits
2  we made an adjustment in her dose.
3      Q. And why was the dose adjusted, if you
4  can recall?
5      A. I don't recall specifically. I'd have
6  to review that particular visit.
7      Q. We'll take a look at it in a minute.
8          Can you turn to the preceding page,
9  number 27, please? We'll walk through these
10 chronologically.
11     A. Okay.
12     Q. All right. Is this your encounter
13 note from October 8th of 2003?
14     A. That's what it says, yes.
15     Q. And under the first narrative part you
16 write "Susan returns today for follow up. She's
17 feeling okay, although her L --" is that left?
18     A. Yes.
19     Q. "-- left elbow has been acting up for
20 the past few weeks." I'm going to skip down to
21 "otherwise doing reasonably well with her
22 medication."
23         Did I read that correctly?
24     A. That's what it says, "otherwise doing

Page 95

1  reasonably well with her medication."
2      Q. Did you make a practice of inquiring
3  of Mrs. Bulger how she was doing on her
4  medication?
5      A. I don't recall specifically that I had
6  a particular policy with Mrs. Bulger, but
7  usually that would be part of the discussion;
8  how are they feeling, how are their medicines
9  working, especially in chronic pain patients
10 that's usually a significant part of the
11 discussion.
12     Q. Do you have a memory of how long your
13 visits with -- I think you had about ten visits
14 or so with Mrs. Bulger. How long did they last?
15     A. I have no specific recollection of how
16 long the visits lasted. In general, depends on
17 the visit, depends on what's going on, depends
18 on the day, so it would be variable.
19     Q. Then you then write "she wants to
20 change pharmacies, as Walgreen's mails her
21 narcotic to her and they came early from the
22 scheduled delivery time, and she wasn't there to
23 receive it. She'd like to change to Eaton"
24 where, when --" I think it's probably where?

Page 96

1      A. It's supposed to be where, yes.
2      Q. "-- our other patients fill their
3  scripts."
4          Do you see that?
5      A. Yes.
6      Q. Do you know how Mrs. Bulger knew where
7  your other patients filled their prescriptions,
8  as that last line indicates?
9      A. I have no specific knowledge how she
10 might have known that, and I don't know that she
11 brought that up or I brought that up. I had
12 some experience at the time as I had with other
13 patients with chronic pain who lived in the
14 general area near where she lived, and I'd had
15 some experience dealing with the pharmacy up
16 there, and they were easier to deal with in
17 terms of talking to them over the phone, getting
18 prescriptions filled, less of -- less difficulty
19 for the patient. So I don't know if it was
20 something she initiated or if it was something
21 we initiated.
22     Q. Eaton was easier to deal with than
23 Walgreen's?
24     A. That's what it says, yes, and that's

Page 97

1  my recollection.
2      Q. Down below that you write "ROS
3  otherwise unremarkable at this time."
4          What's ROS?
5      A. ROS review of symptoms.
6      Q. And unremarkable means what?
7      A. That there was nothing -- usually I
8  will put that in saying that there was nothing
9  else specific that was discussed at that time
10 that I thought was relevant to include in the
11 record.
12     Q. Down below under the discussion
13 section you write "I've asked her again to have
14 her records sent from her previous PMD --"
15 what's PMD?
16     A. Primary medicine doctor, I guess
17 primary care doctor.
18     Q. "-- in Danvers, and her surgeon as
19 well. Once I have these to review, will arrange
20 for rereferral to BWH for rheumatology visit."
21     A. Okay.
22     Q. Did you ever get the records from the
23 PMD in Danvers?
24     A. Again, I have no specific

Page 102

1  Mrs. Bulger other than in connection with your
2  monthly visits?
3      A.  I have no specific recollection of
4  that.  There are medications that may have
5  refills on them, so the patient does not need my
6  authorization to refill it if there are refills
7  that their insurance will pay for, and it's a
8  drug that is not something that I am
9  specifically prescribing on a month to month
10 basis.  The patient has the ability to call the
11 pharmacy or electronic, I don't know, again
12 different pharmacies are different, and refill
13 them without -- you know, as long as there's an
14 authorized refill on record they can do it
15 without necessarily going through my office.
16     Q.  Is Neurontin a drug that it was
17 required the patient have a written prescription
18 in hand?
19     A.  I don't believe so.  I think Neurontin
20 is a drug that can be called in to most
21 pharmacies.
22     Q.  And with respect to Neurontin, do you
23 recall whether you authorized refills or not for
24 Mrs. Bulger?

Page 103

1      A.  I don't have any recollection
2  specifically of whether I did or didn't.  I
3  can't understand why I might -- I would not
4  have, but --
5      Q.  Okay.  Let's move to Page 26, please,
6  in your --
7      A.  My records?
8      Q.  -- encounter notes, please?  Thank
9  you.
10     A.  Okay.
11     Q.  Is this your encounter note FROM your
12 visit with her of November 5th of 2003?
13     A.  It appears to be, yes.
14     Q.  I'm up in the top part there,
15 narrative section there, and do you see where it
16 says "she otherwise feels okay, although the
17 pain is problematic, and she wonders if given
18 her tolerance at this time whether or not she
19 could increase her Methadone slightly."
20         Do you see that?
21     A.  Yes, I do.
22     Q.  So basically she was asking you for
23 permission to take more Methadone?
24     MR. FINKELSTEIN:  Objection.

Page 104

1      BY MR. CHAFFIN:
2      Q.  Is that right?
3      A.  Can you rephrase the question, please?
4      Q.  Sure.  I'll read it back, if I may.
5         Basically she was asking you for
6  permission to take more Methadone?
7      MR. FINKELSTEIN:  Objection.
8      A.  The note says "she otherwise feels
9  okay, although the pain is problematic, and she
10 wonders if given her tolerance" whether she
11 could not increase the Methadone.
12        So it appears there was a discussion
13 of making an adjustment in the dose of her
14 Methadone.
15     BY MR. CHAFFIN:
16     Q.  And if you look down below in the
17 "discussion" section you indicate "I did up her
18 Methadone at this time to 12 pills per day which
19 she'll split up six in the a.m. and six in the
20 p.m.."
21        So you increased it?
22     A.  Yes, I did.
23     Q.  You increased it from 10 to 12 pills,
24 is that right?

Page 105

1      A.  Well, I don't recall specifically.  I
2  think she was on ten a day before, and if she's
3  on 12 a day, yes.
4      Q.  Back up above in the narrative section
5  you write "exam unchanged at this time."  What
6  does that mean?
7      A.  Again that means there was probably
8  nothing that had appreciably changed physically
9  or in general at the time that I wrote that.
10     Q.  And you wrote "no warmth, or redness
11 over the left elbow."
12        Do you see that?
13     A.  Yes.
14     Q.  You were checking her elbow because
15 she was complaining about pain in it, is that
16 what's going on?
17     A.  That's what it says in the note, she's
18 having a lot of discomfort in her left elbow, so
19 I would have looked at it to see if there was
20 evidence objectively of a flare-up of her
21 rheumatoid arthritis or something.
22     Q.  Did you find any objective evidence of
23 a flare-up?
24     A.  Again, there's nothing recorded here,

Page 106

1  and I have no specific recollection of this
2  visit, whether I did or not.
3    Q.  I may have asked this before, and
4  forgive me, but you continued her Neurontin at
5  your first visit with her, correct?
6    A.  I believe that's what I said, yes.
7    Q.  And was it for pain?
8    A.  As I answered before, I don't recall
9  specifically what she was prescribed it for
10 initially.  I know she was on it.  It is
11 something that I use and has been used to treat
12 in combination with other medications for pain.
13 So it was continued.
14   Q.  Did you prescribe it to her for any
15 psychiatric condition, or seizure condition?
16   A.  As I just answered, I don't know why
17 it was initially prescribed for it.  I did not
18 initiate the treatment, so I can't comment on
19 why it was initially prescribed for her.  I
20 continued it as part of her overall pain
21 regimen.
22   Q.  Thank you.
23       Forgive me, I've got to ask these
24 questions.

Page 107

1    A.  I understand.
2    Q.  Next page, 24, and we'll be going a
3  little faster now.
4    A.  Next page is 25.  Do you want to go to
5  24?
6    Q.  Next is 25.  You're right, sorry.
7       Well, in the narrative section, I'm
8  going to skip to the third section, "her elbow
9  is still bothering her, but apparently
10 Dr. O'Flynn didn't find any inflection or new
11 problem here.  The bone scan that he did
12 apparently didn't show anything either."
13      So that's information you recorded
14 based on what Mrs. Bulger told you, is that
15 right?
16   A.  Again, I don't recall specifically
17 where that information is obtained from, but
18 apparently -- whether it was reported to me that
19 Dr. O'Flynn or I got a message from Dr. O'Flynn
20 or I got a note from Dr. O'Flynn or it was told
21 to me by Susan, but it was recorded that there
22 was no -- nothing was found, and that she had a
23 negative bone scan.
24   Q.  "Her pain is under reasonable control

Page 108

1  at this time."
2       Now, that information had to come from
3  her, correct?
4    A.  That was information that would have
5  been provided as part of the visit.
6    Q.  By her?
7    A.  Again, I can't comment specifically on
8  this visit where that information came from.
9    Q.  Okay.
10   A.  But it is recorded there.
11   Q.  "Although she's pretty 'down' that
12 she's never without pain."
13      Now, would that information have come
14 from her?
15   A.  Again, I can't comment specifically,
16 but if it's recorded there, it says that she was
17 down because she's not without pain.
18   Q.  "She's trying to stay 'up' for the
19 holidays.  She's taking her pain medication as
20 prescribed, and is tolerating the Effexor pretty
21 well, although doesn't think it's been doing
22 much so far."
23   A.  Okay.
24   Q.  Now, at some point you prescribed

Page 109

1  Effexor for her?
2    A.  Again, I don't recall specifically if
3  I initiated the Effexor, if somebody else
4  initiated it and I continued it, and or if I
5  adjusted the dose.  I don't remember
6  specifically.  I don't have any recollection.
7    Q.  For what purpose was Mrs. Bulger
8  taking Effexor, at least pursuant to your
9  prescriptions?
10   A.  Again, I don't have any specific
11 recollection.  Effexor is a drug that is usually
12 prescribed as both, as I said before, something
13 that's prescribed for anxiety, it's prescribed
14 for depression, those are the most common uses
15 for it.  So again, I don't know why it was
16 initiated specifically or continued, but that's
17 in general why Effexor would be used.
18   Q.  Did you make any assessment at any
19 time, Dr. Goldman, about whether Mrs. Bulger was
20 suffering from depression?
21   A.  I don't have any specific recollection
22 of making a diagnosis of depression in
23 particular in regard to Susan.
24   Q.  Did Mrs. Bulger ever tell you that she

Page 110

1    had been diagnosed with clinical depression, if
2    you can recall?
3        A.  I have no specific recollection of
4    that discussion.
5        Q.  Did she ever tell you that she'd been
6    diagnosed as possibly suffering from bipolar
7    disorder?
8        A.  I have no specific recollection of
9    that discussion.
10       Q.  Okay.  Discussion section of your
11   December 3, '03 encounter note, "overall Sue is
12   doing okay, all things considered.  I've upped
13   her Effexor to 150 milligrams and hopefully that
14   will start to help her with her depression."
15          Right?
16       A.  Mm-hmm.
17       Q.  So you were prescribing it or at least
18   increasing the Effexor for her to help her with
19   her depression, is that true?
20       A.  Well, again, the word "depression" is
21   used.  I necessarily made a clinical diagnosis,
22   but based on the note where she says she's down,
23   that she's never without pain, she's trying to
24   stay up for the holidays, that's sort of an

Page 111

1    assessment of the fact that emotionally, you
2    know, there are some symptoms that would be
3    consistent with depression, and Effexor was
4    being -- well, the dosage was being changed.
5        Q.  Okay.  And then you write "which is
6    certainly understandable, given all she's going
7    through."
8           What was the all she was going
9    through?
10       A.  Again, I have no specific knowledge,
11   recollection of everything at this particular
12   time.  But as I mentioned in the note, she was
13   down about having pain every day, she was trying
14   to stay up because it was December, in
15   anticipation of Christmas and all.  So that's
16   all I can remember based on what's written here
17   for that particular visit.
18       Q.  Okay.  Would you mind turning to Page
19   24, please?
20       A.  Sure.
21       Q.  In the narrative up above, and this is
22   an encounter note from December 31 of '03,
23   right?
24       A.  Mm-hmm.

Page 112

1        Q.  "Sue returns today for follow up."
2    There's discussion about the holidays, and then
3    you write "she's experienced several close
4    family 'losses' and the holiday period tends to
5    be difficult."
6        A.  Right.
7        Q.  Do you see that?
8        A.  Yes.
9        Q.  Did she tell you what the losses were,
10   if you can recall?
11       A.  I have no specific recollection of
12   what the losses were.
13       Q.  Any general recollection?
14       A.  No.
15       Q.  "She had increased her Klonopin for a
16   while, but seems to be a little better at this
17   time."
18          What does that mean?
19       A.  It says her dose of Klonopin or the
20   number she was taking or frequency of Klonopin
21   was changed, it was increased.  Again, whether
22   she just took extra, I don't know.  It says
23   she's a little better.
24       Q.  What does that mean?  What did you

Page 113

1    mean when you wrote "she seems to be a little
2    better," that she's not taking too much of it,
3    or doesn't need to be taking an increased
4    dosage?
5           MR. FINKELSTEIN:  Objection.
6        A.  I don't recall specifically.  It just
7    says "she seems to be a little better at this
8    time."  I don't remember if she took a couple
9    extra and then went back to her regular regimen
10   or whatever.
11          BY MR. CHAFFIN:
12       Q.  Why was she taking Klonopin?
13       A.  I have no specific recollection of why
14   she was initially prescribed Klonopin.  It was a
15   medicine she was on, and I think it's something
16   that I continued.
17       Q.  For what purpose did you continue it?
18       A.  I have no specific recollection, other
19   than the fact that Klonopin is a drug, a
20   medication that is used often times to treat
21   anxiety, sometimes problems with sleep.  So I
22   believe that is the reason that I continued it
23   with her.
24       Q.  Excuse me?

Page 122

1  to take less of it.
2      Q.  And then you write "I told her not to
3  stop the Effexor under any circumstances,
4  especially when tapering off the Klonopin."
5          Do you see that?
6      A.  Yes.
7      Q.  Why did you tell her that?
8      A.  Again, I have no specific recollection
9  other than the fact that she mentions that she
10 ran out, she felt lousy, restarted, seemed to
11 feel better.  So I told her, it says here, not
12 to stop it because it seemed to -- she felt it
13 was helping, it seemed to be helping her, and
14 especially if we were decreasing her Klonopin
15 that I would have assumed that the Effexor would
16 have ameliorated any problem with cutting back
17 on Effexor -- on Klonopin, excuse me.
18     Q.  Doctor, you were carefully monitoring
19 her medications and the effects they were having
20 on her, right?
21     A.  Again, that's my policy, is to usually
22 monitor and talk to patients about the
23 medications they're on and any problems that
24 they're having.

Page 123

1      Q.  Next one, Doctor, Page 20, "Susan
2  returns today for follow up."  And this is your
3  note, encounter note from April 21st of 2004,
4  right?
5      A.  That's correct.
6      Q.  "She's feeling okay, although she
7  thinks her pain medication is not working as
8  well as it was at one time."
9          So that would have been a report that
10 she made to you that the pain medication wasn't
11 working so well?
12     A.  It's a report that was made during
13 this visit.  Again, I can't remember
14 specifically where the information came from.
15     Q.  And at the end of this paragraph you
16 write "she is stressed, but that is an ongoing
17 process."
18         What did you mean by that?
19     A.  Again, I have no specific
20 recollection, other than the fact she's
21 stressed, and that's something that's not new.
22     Q.  She had reported being stressed
23 previously?
24     A.  Well, we've talked about things that

Page 124

1  have gone on, yes.
2      Q.  Okay.  Down below at the end of the
3  discussion section, "I also added Neurontin
4  300-milligram in the a.m. along with her
5  900-milligram at HS."
6          Do you see that?
7      A.  Yes.
8      Q.  Is HS bedtime?
9      A.  Yes, it is.
10     Q.  Why did you do that?
11     A.  Again, I have no specific recollection
12 at this particular visit.  She says -- it's
13 reporting that she feels her pain medicine is
14 not working as well, so as part of my trying to
15 treat overall her symptoms I did adjust her
16 Methadone, and I also increased the amount of
17 Neurontin that she was taking to see whether
18 both things would help in terms of her pain.
19     Q.  And you adjust -- made some
20 adjustments with respect to the OxyContin and
21 Klonopin as well, right?
22     A.  I don't know if I changed the dose or
23 just changed, as I said, the timing of it to try
24 to give her more continuous or long-term.

Page 125

1      Q.  Okay.  Now, this -- when would this
2  new treatment regimen have taken effect?
3      A.  I can't comment.  The visit was dated
4  4/21/04, I don't know when she would have
5  changed it.  It would have to be sometime after
6  that particular visit.
7      Q.  Would your instructions have been,
8  under your typical practices, start this
9  immediately or as soon as possible?
10     A.  Again, I don't recall specifically,
11 but it would have been relatively soon.
12     Q.  Okay.  Page 19, and your encounter
13 note of 5/19/2004, you write that "her elbow and
14 her back are still bothering her, but the pain
15 is essentially at baseline"?
16     A.  Mm-hmm.
17     Q.  What does that mean?
18     A.  Baseline would have been, you know,
19 what's about regular for her.  So there wasn't
20 more, there wasn't less, it was about -- it was
21 a standard amount.
22     Q.  Okay.  Any indication in this note
23 that she was experiencing any negative effects
24 from the increase in the dosage of Neurontin?

Page 126

1  A. There's no mention of it. The note
2  says "she's doing pretty well overall," so it
3  does not appear that she was having any new
4  problems that were reported, other than the GI
5  symptoms that were addressed.
6     Q. Page 18, this is your encounter note
7  of June 14th of 2004?
8     A. Mm-hmm.
9     Q. And you write in the narrative portion
10 "last month she and I had discussed temporarily
11 increasing her Methadone from 13 per day to 15
12 per day."
13        Do you see that?
14    A. Yes.
15    Q. And I'm just wondering, would that
16 have been at the May 19th appointment?
17    A. Well, it says "last month," so I
18 assume that. But based on what I'm seeing, I
19 thought it was the month before that we had made
20 the adjustment, not the last month. But I don't
21 have any specific recollection of this
22 particular visit.
23    Q. I'm sorry, forgive me for one second.
24        Did Mrs. Bulger switch pharmacies

Page 127

1  again after changing from Walgreen's to Eaton?
2     A. I have no specific recollection of
3  that, and there's nothing mentioned in the
4  notes.
5     Q. Do you remember that she started
6  getting her drugs from The Medicine Shoppe
7  versus Eaton?
8     A. I have no specific recollection. I do
9  recall patients that have used
10 The Medicine Shoppe, but I don't recall
11 specifically if Susan was one of them.
12    Q. In any event, in June 14th of '04,
13 Mrs. Bulger reported to you that she was taking
14 15 Methadone tablets per day, is that right?
15    A. That's what it says, yes.
16    Q. But she realized she was running out
17 early?
18    A. Mm-hmm.
19    Q. And that she hadn't gone back to the
20 13 that you had prescribed, right?
21    A. That's what it says.
22    Q. And she reported to you that she was
23 "under a lot of stress as well as Ron --" that
24 would be her husband?

Page 128

1  A. Again, that's what it says.
2     Q. Well, do you have any memory as you
3  sit here today about whether that Ron is her
4  husband or someone else?
5     A. I don't recall any other Ron.
6     Q. "--as Ron apparently has Hep C?"
7        What is Hep C?
8     A. It says here Hepatitis C is a type
9  of -- it's a viral infection, it's a hepatitis
10 virus of the liver called Hepatitis C.
11    Q. "And now needs a total hip replacement
12 rather than just another cortisone injection."
13        I read that correctly?
14    A. That's what it purports.
15    Q. So these are things that Mrs. Bulger
16 reported to you on June 14th of '04, at least
17 the record would appear to indicate?
18    A. The record would appear to indicate
19 that that's information that was provided to me
20 as part of this visit, but I don't recall
21 specifically where it came from.
22    Q. And down below, your record indicates
23 that, in the discussion section, "I told Sue
24 that although I wasn't happy with her increase

Page 129

1  to 15 per day --" does that refer to the
2  Methadone?
3     A. Yes, it does.
4     Q. "-- given everything that is going on
5  at home, it's unlikely we could get her back to
6  13 at this time."
7        Right?
8     A. That's what it says.
9     Q. And when you say "everything going on
10 at home," is that Mr. Bulger having -- or Ron
11 with Hepatitis C and needing a hip replacement?
12        MR. FINKELSTEIN: Objection.
13        BY MR. CHAFFIN:
14    Q. Do you know?
15    A. I don't recall specifically. The only
16 thing that's mentioned in here is that, and the
17 fact that she thought I was going to be angry at
18 her for increasing her Methadone. So I don't
19 recall specifically what everything that's going
20 on at home other than what's mentioned here.
21    Q. And then it goes on to say "she's also
22 taking Klonopin one milligram TID for now," and
23 it suggests that that was an increase from what
24 she had been taking previously, right?

33 (Pages 126 to 129)

Page 130

1  A. It says it's up from one and a half
2  and a half, which would have been a total of two
3  pills which she was doing before, so yes, that
4  would be an increase.
5  Q. Okay. And again, there's no
6  indication on this June 14, '04 encounter note
7  of any problems she was experiencing with
8  Neurontin, right?
9      MR. FINKELSTEIN: Objection.
10 A. Again, there's nothing mentioned.
11     BY MR. CHAFFIN:
12 Q. And 17, this is your encounter note
13 from July 12th of 2004?
14 A. Mm-hmm.
15 Q. And you know, Doctor, based on your
16 review of the records before you came in today
17 that this is your last encounter with
18 Mrs. Bulger before her suicide, correct?
19 A. The date of her suicide was?
20 Q. August 4 of 2004.
21 A. Yeah, I don't see another visit after
22 July 12th, so --
23 Q. Any memory as you sit here today of
24 your last visit with her?

Page 131

1  A. I have no specific recollection of
2  this visit, if this was the last visit, no,
3  other than what's written.
4  Q. Okay. You write "Sue returns today
5  for follow up. She's doing pretty well overall.
6  She's taking her pain medications as prescribed,
7  and it's keeping her under pretty good control
8  pain-wise. She is not having any new problems
9  at this time."
10 A. Mm-hmm.
11 Q. Right?
12 A. That's what it says.
13 Q. "ROS"?
14 A. Review of systems.
15 Q. "Likewise unremarkable. PE."
16     What's PE?
17 A. Physical exam.
18 Q. I'm sorry?
19 A. Physical exam.
20 Q. "Unchanged."
21     And then you write in the discussion
22 "I did refill Sue's pain medications as before,
23 without change. I'll make no other adjustment
24 at this time, except to decrease her Methadone a

Page 132

1  little from 15 per day to 14. (She had upped it
2  from 13 to 15 when switched to Methadose.) I'll
3  otherwise see her back in a month as scheduled."
4      Right?
5  A. Yes, that's what it says.
6  Q. I take it if Mrs. Bulger had
7  complained about any other problems, you would
8  have taken some other action other than just
9  decreasing her Methadone from 15 to 14?
10     MR. FINKELSTEIN: Objection.
11 A. Again, I can't comment specifically
12 what I would have done. But if everything was
13 going well, which it seems to be in this way
14 it's reported, I didn't make any change in her
15 medications other than to decrease the
16 Methadone, because the type of Methadone she was
17 getting was different.
18     BY MR. CHAFFIN:
19 Q. Okay. Now, having gone through these
20 encounter notes, did they refresh your memory at
21 all about any discussions you may have had with
22 Mrs. Bulger about Neurontin in particular?
23 A. No, nothing specific.
24 Q. Okay. Let's -- if you could please

Page 133

1  turn to the patient messages portion of your
2  record, Pages 10 through 14, and I'd like to
3  walk through those with you, if you don't mind.
4  A. 10 to 14.
5  Q. Right.
6  A. Okay.
7  Q. And these are roughly reverse
8  chronological?
9  A. Yeah, it would have been from most
10 recent to -- yes, reverse chronological, that's
11 correct.
12 Q. Let's look at the entries near
13 7/7/2005.
14 A. Okay.
15 Q. And I want to see if I read these
16 correctly. 7/7/2005 --
17 A. 7/7/2005?
18 Q. Yes.
19 A. Okay.
20 Q. That may seem a little odd, but that's
21 probably correct.
22     Under the -- the next column is headed
23 "type," and under it is "patient," "patient,"
24 "patient" all the way down the page. What is

Page 138

1  Q. On July 30th of 2004?
2  A. It looks like that's when the message
3  was sent, and I'm not sure why it prints out on
4  August 2nd.
5  Q. Could it be that it's -- the date of
6  August 2, 2004 in the left-hand column reflects
7  when you resolved the issue raised?
8  A. It's possible.
9  Q. That's what it is?
10 A. Yes. Actually it is because it says
11 Dr. Richard Goldman on August 2nd, 2004, so I
12 may have resolved it on August 2nd, but the note
13 was sent to me on July 30th.
14 Q. Okay. So is what happened here that
15 on July 30th, 2004, Ms. Blaeholder wrote to you
16 "she," meaning Mrs. Bulger, "would like for you
17 to increase her Meth --" is that Methadone?
18 A. Mm-hmm.
19 Q. "-- for a few days, she is having bad
20 flare-ups of her arthritis, she also changed her
21 appointment for the 9th to the 6th (FYI)."
22       MR. FINKELSTEIN: Objection.
23       BY MR. CHAFFIN:
24 Q. Do you see that?

Page 139

1  A. Yes.
2  Q. Okay. So she wrote that you to on
3  July 30th of '04?
4  A. That's what it would look like, yes.
5  Q. And then you resolved it on August 2nd
6  of '04?
7  A. It just means again I closed out the
8  note. I took it out of my inbox.
9  Q. Do you recall what, if anything, you
10 did in response to Mrs. Bulger's request to
11 increase her Methadone?
12 A. There is no -- I have no specific
13 recollection of making any changes. Again,
14 there was no office visit, so I wouldn't
15 necessarily have given her more. It may have
16 been that, I can't speculate, that she just
17 reported that she changed her dose.
18       But if I had -- if I had told
19 Ms. Blaeholder to do something, that I would
20 have written back saying, you know, it's okay to
21 do this or do that, but I have no specific
22 recollection. It just means the note was
23 resolved, which means I just acknowledged it and
24 closed it out.

Page 140

1  Q. And am I reading this correctly that
2  this indicates that Mrs. Bulger one way or
3  another contacted your office and asked for
4  permission to increase the Methadone?
5  A. It's reported that she would like --
6  it says "Sue would like you to increase the
7  Methadone." I can't recall if that came from
8  her or some other piece of information, but that
9  would be what it would suggest.
10 Q. Ms. Blaeholder no longer works for
11 you?
12 A. That is correct.
13 Q. Any idea where she is today?
14 A. Somewhere in California.
15 Q. She moved to California?
16 A. She was -- her two boys were living
17 with her ex-husband out there and she wanted to
18 be closer to them, so she moved to California a
19 couple of years back.
20 Q. Somewhere in your office you'll have
21 Ms. Blaeholder -- well, do you have a current
22 address for her?
23 A. Not to my recollection. I haven't
24 spoken to her in a couple years.

Page 141

1  Q. Good employee?
2  A. Yes.
3  Q. You have her Social Security Number at
4  your office someplace, right?
5  A. I would assume we do. We obviously
6  kept tax records. I think she's in California,
7  that's the last thing I recall. That's where
8  she moved to be near her sons, but I don't know
9  if she's moved subsequent to that.
10 Q. Did she go by any other name?
11 A. Not to my recollection. Not to my
12 knowledge.
13 Q. And her ex-husband, was her
14 ex-husband's name also Blaeholder, do you know?
15 A. I don't know. I could probably find
16 out, but I don't remember if that was her
17 married name or her maiden name.
18 Q. And you have no recollection as you
19 sit here today what you did in response to this
20 apparent request by Mrs. Bulger to increase her
21 Methadone?
22 A. There's nothing recorded, so I have no
23 recollection.
24 Q. The next entry, July 20th of 2004,

Page 150

1  been 120 pills for a month, and she filled 90,
2  so I don't know if it just refilled what she had
3  before or -- it doesn't look like we changed it.
4  But she may -- I don't know if it was filled
5  early based on her prior prescriptions or not, I
6  can't comment.
7      Q. On November 24th of 2003, the patient
8  message, there's a note from Ms. Blaeholder to
9  you apparently, "Sue called this morning asking
10 for a prior auth for her script Neurontin. I
11 left it on your desk."
12     A. Okay.
13     Q. Do you see that?
14     A. Yes.
15     Q. Do you ever any memory one way or
16 another about this incident?
17     A. I have no specific recollection, prior
18 authorizations are something we get all the time
19 from insurance companies in order for them to
20 agree to pay for a particular drug. So it looks
21 like based on that general policy she was unable
22 to fill the Neurontin without -- or refill the
23 Neurontin without us filling out a form for her
24 insurance on a prior authorization.

Page 151

1      Q. Given that she took it for some time
2  thereafter, it appears that you did provide the
3  prior authorization?
4      A. Again, I don't have it in front of me.
5  I have to assume if she was able to obtain it
6  that we had to put in a prior auth, because
7  otherwise insurance wouldn't cover it.
8      Q. On Page 14 of the messages, August
9  26th of 2003, there's a note from Rhona Hayes.
10     And Rhona still works with you, right?
11     A. Yes.
12     Q. "I connected with Susan this a.m. and
13 discussed her Mass Health and payments. She
14 will be paying monthly at the 2,000 a year rate,
15 or $160 per month. In addition she will also be
16 paying $75 for each office visit."
17     Do you see that?
18     A. Yes.
19     Q. And you responded "good. Thanks."
20     Do you see that?
21     A. Mm-hmm.
22     Q. Any memory one way or another whether
23 that accurately reflects the payment
24 arrangements you had with Mrs. Bulger?

Page 152

1      A. Again, I have no specific recollection
2  of what our payment schedule or record was with
3  her. That would be the standard policy. Our
4  monthly fee was $2,000 a year, and our standard
5  office visit charge was $75. And as I said, if
6  I did not take a patient's insurance, which at
7  the time I was not a Mass Health provider, they
8  paid for the office visit and the membership
9  fee.
10     MR. CHAFFIN: Okay. I'd like to
11 suggest, if I may, that we take a break. Okay?
12     MR. FINKELSTEIN: Take a lunch break?
13     MR. CHAFFIN: No. Well, I'm not sure
14 that we're going to need lunch, it depends on
15 how long you're going to go. I don't have too
16 much more.
17     MR. FINKELSTEIN: Okay. Why don't we
18 just take a break.
19     MR. CHAFFIN: Okay. Take five.
20     THE VIDEOGRAPHER: This is the end of
21 tape number two. The time is 11:57. We're off
22 the record.
23     (Whereupon, a recess was taken.)
24     THE VIDEOGRAPHER: This is the

Page 153

1  beginning of tape number three. We're back on
2  the record. The time is 12:07.
3      MR. CHAFFIN: Thank you, Bill. And
4  thank you, Maureen.
5      BY MR. CHAFFIN:
6      Q. Doctor, could you please put in front
7  of you, or I will put in front of you Exhibit 3,
8  and I'll represent to you that these are records
9  that we received from The Medicine Shoppe
10 (handing).
11     A. Okay.
12     Q. Now, if we could go through these one
13 by one, if you don't mind, starting with the one
14 00003.
15     A. Okay.
16     Q. This document you've never seen
17 before, I assume, right?
18     A. Not to my knowledge, no.
19     Q. Okay. I'm going to direct your
20 attention to the bottom of this page, Doctor.
21 And you agree it looks like a list of
22 prescriptions filled by The Medicine Shoppe for
23 Mrs. Bulger?
24     A. It says "medical expenses," and it has

Page 190

1  Q. Did you advise Susan at any time while
2  she was taking Neurontin that she should be on
3  the lookout for the emergence of any anxiety?
4  A. I have no specific recollection of
5  asking her or telling her to look out for
6  specific anxiety symptoms, no.
7  Q. Did you communicate to Susan to be on
8  the lookout while she was on Neurontin for any
9  increases of agitation or hostility?
10  A. I have no specific recollection of
11  that, no.
12  Q. Do you know what a precursor to
13  emerging suicidality is?
14  A. Not specifically. I could probably
15  speculate, but no.
16  Q. Are you familiar with suicide risk
17  assessment?
18  A. Not specifically, no.
19  Q. The outcome of a suicide risk
20  assessment, someone may have a low risk of
21  suicide, moderate risk of suicide or high risk
22  of suicide?
23  A. Okay.
24  Q. Would you agree that physicians should

Page 191

1  do all that they can not to increase the risk of
2  suicidality?
3  A. Well, primary is do no harm, so you
4  don't want to do anything to a patient that
5  would increase their risk of something bad
6  happening to them.
7  Q. And if you were aware that Neurontin
8  had the capacity to increase the risk of
9  suicidality, would you have warned her?
10  MR. CHAFFIN: Objection.
11  A. I can't say what I would have done
12  based on one particular piece of information. I
13  prescribe medication based on a risk/benefit
14  analysis, and there are multiple reasons why
15  medicines are prescribed or not prescribed, so I
16  don't know.
17  BY MR. FINKELSTEIN:
18  Q. Have you ever studied anti-epileptic
19  drugs in any way?
20  A. Not specifically, no.
21  Q. And have you ever participated in any
22  clinical trials as a researcher?
23  A. Not specifically to my recollection,
24  no.

Page 192

1  Q. Have you ever treated epileptics as
2  the primary care provider for their epilepsy?
3  A. I have patients that have seizure
4  disorder that I am the primary care doctor for,
5  yes.
6  Q. But are you the primary care provider
7  for their epilepsy, or are they also treated
8  with a neurologist?
9  A. Most patients, I would say, that have
10  a seizure disorder that I am their primary care
11  either currently or at some point have seen a
12  neurologist, so I can't say that they're
13  currently seeing one. You know, they may have
14  had a seizure five years ago, ten years ago,
15  seen a neurologist, prescribed medication, and I
16  now treat them. But I'm not trained, and I do
17  not initiate treatment for epilepsy.
18  Q. Did you conduct any type of suicide
19  risk assessment when you initially started
20  treating with -- started treating Susan Bulger?
21  A. I have no specific recollection of
22  doing a specific suicide risk analysis.
23  Q. Have you ever conducted a specific
24  suicide risk analysis on any of your patients?

Page 193

1  A. That would not be part of my normal
2  process, unless a patient came in complaining of
3  thoughts of suicide or there was some
4  information that I was provided that the patient
5  was at significant risk for suicide.
6  Q. And did you ever make an observation
7  that you believed that Susan was at significant
8  risk of suicide during your care?
9  A. There's no mention of that in any of
10  my notes that I was specifically concerned about
11  suicide, no.
12  Q. When -- strike that.
13  At any time did you learn as to
14  whether or not Susan Bulger had a prior
15  dependence on street drugs?
16  A. There's no mention of it in any of my
17  notes that she had a prior dependence on street
18  drugs in relation to Susan, no.
19  Q. Would it have changed your treatment
20  protocol had that been disclosed to you?
21  A. I can't say specifically that it would
22  have changed things one way or another. I do
23  know that patients that I treat that are on
24  chronic pain medicine from time to time have

Page 198

1  mentioned, or in the course of treating patients
2  in an emergency room setting it has come up,
3  so --
4      Q.  And what course of action, if any, did
5  you take for those patients?
6      A.  Again, I don't recall specifically.  I
7  know that the patient that mentioned it had no
8  plan, they weren't really serious, it was just
9  something they thought about but really weren't
10 serious about.
11         There was one what I remember in the
12 emergency room that did have ideas and did have
13 a plan, but that was a different setting, and
14 there was a psychiatrist that came, and the
15 patient was -- that wasn't specifically one of
16 my patients, that was just somebody that I
17 treated in the course of working in the
18 emergency room.
19     Q.  Did you ever assess Susan Bulger at
20 any time during your treatment that she was at
21 risk for suicide?
22     A.  I'm not sure what you mean "at risk."
23     Q.  Let me restate that.
24         At any time did you believe Susan

Page 199

1  Bulger was at high risk of suicide?
2      A.  No, I had no reason to believe that
3  Susan was at high risk for suicide.
4      Q.  At any time during your treatment, did
5  you believe she was at moderate risk of suicide?
6      A.  No.  The issue of suicide never was
7  mentioned in any of my notes, I don't recall
8  Susan ever talking about thinking about suicide
9  other than -- again, not specifically, no.
10     Q.  Do you recall if you ever asked her
11 about suicidal thoughts, plans, intentions?
12     A.  No, there's no mention that it was
13 either initiated by her or it was something that
14 I mentioned in my notes to be specifically
15 asking about suicide with her.
16     Q.  Do you have an independent memory of
17 Susan?
18     A.  I'm not sure what you mean.
19     Q.  Well, you've looked at a lot of
20 records, you've spoken about her.  I want to
21 know as you sit here today do you have a
22 picture, can you picture her in your mind, do
23 you know who she is, do you remember her as a
24 patient?

Page 200

1      A.  Yes, I remember her.
2      Q.  And --
3      A.  But not outside the context of taking
4  care of her as a patient, no.
5      Q.  No, I understand that.
6      A.  Okay.
7      Q.  Can you describe her?
8      A.  I'm not sure what you want me to say.
9  She was a woman who had, you know, she had
10 chronic pain, she had a lot of issues, she was a
11 nice person.
12     Q.  Did you know that she had undergone 13
13 surgical procedures for her rheumatoid
14 arthritis?
15     A.  I know she had undergone a lot of
16 procedures, I did review her records, and I
17 remember the first time we talked that she had a
18 lot of surgery for her rheumatoid arthritis.
19     Q.  As a physician who practices, I'm
20 going to adopt your term, concierge medicine,
21 are you a physician who spends more time with
22 patients than the classic primary care
23 physician?
24     A.  I would say that's a true statement,

Page 201

1  yeah.
2      Q.  And can you describe concierge
3  medicine and how you deliver concierge medicine
4  as compared to a primary care physician?
5      A.  Again, I think other than the way the
6  practice is structured, I like to think of
7  concierge medicine as more a throwback to the
8  way medicine used to be when doctors had time
9  for their patients and didn't have to rush them
10 out of the office, had time to talk to them and
11 were available and, you know, were accessible.
12     Q.  And is that the type of services that
13 you provided to Susan?
14     A.  I like to think that it was, yes.
15     Q.  Do you know if she had any -- plenty
16 of time to discuss with you any issues that she
17 was having medically?
18     A.  I am not aware that she had any
19 feelings of, you know, not having enough time or
20 that she felt rushed or anything like that.
21 Again, the way we schedule patients is, you
22 know, we don't book people back to back if we
23 can help it, and so we try to give people as
24 much time as they need in their visits.

VERITEXT CORPORATE SERVICES (800) 567-8658

Page 202

1  Q. And as you recall through your
2 independent memory or through a reflection of
3 any of your records, is there anything to
4 indicate that she was not provided the full
5 concierge services that you provide, in essence
6 unlimited time to you?
7  A. I wouldn't say unlimited, but no. I
8 mean she had -- there were no -- there's no
9 mention here of her having had any difficulty
10 coming -- getting in for an appointment or
11 feeling that she was rushed, or usually if there
12 are any problems there would have been some kind
13 of note passed back and forth saying the patient
14 was upset about something, or they would have
15 sent me an e-mail, or I would have -- so there's
16 no mention that there was any problem.
17  Q. Was there any indication in your
18 records in the eleven months or so that you
19 treated her that chronic drug use in the early
20 nineties affected her emotional state when you
21 treated her?
22  A. I have no specific knowledge of
23 chronic drug use in the early nineties with her,
24 and as a result I have no information that it

Page 203

1 would have affected anything that I did.
2  Q. Did you ever diagnose her as being
3 depressed during your treatment?
4  A. Again, I don't know that I diagnosed
5 this. There were clearly mention in the notes
6 that she was depressed and I -- my clinical
7 impression was that there was definitely a
8 component of depression in things that Susan was
9 experiencing, and it was certainly
10 understandable, as I mentioned in my notes,
11 given everything that was -- she was living with
12 chronic pain every day of her life, and that's
13 not easy for people.
14  Q. Did you ever read anything about
15 Neurontin in journals or summaries that led you
16 to prescribe Neurontin for pain?
17  A. I don't recall specifically reading
18 something that caused me to prescribe it. My
19 recollection is that I -- you know, the reason I
20 prescribed it for pain was that a neurologist or
21 some specialist told me or explained to me or
22 suggested it for a particular patient for a pain
23 condition. It was not something that I remember
24 reading initially. I can't say that after that

Page 204

1 that I didn't read articles or things talking
2 about using it, but I don't think -- that was
3 not the reason I used it initially.
4  Q. Do you recall who that neurologist or
5 other specialist may have been?
6  A. No, I have no recollection
7 specifically of who it was or the situation or
8 the particular patient, but --
9  Q. Or a time frame?
10  A. No.
11  Q. Fair to say you have no recollection
12 other than that you recall some vague comment by
13 a neurologist or a specialist?
14  A. I know that's how I started using it,
15 I remember, you know, in general that on a
16 patient that I may have sent to a neurologist
17 for a pain condition, either initiated it or
18 told me, you know, we've been using it. Because
19 again, when I prescribed it I usually explain to
20 patients that's how I started using it, that's
21 why I use it.
22  Q. Do you recall any literature articles,
23 medical journal articles related to Neurontin at
24 all that you've read?

Page 205

1  A. Nothing specific, no, sorry.
2  Q. I'm going to ask you to take a look at
3 what's marked as Exhibit 2, please (handing).
4  A. Okay.
5  Q. And simply if you'd be kind enough to
6 look at Page 2.
7  A. 0002?
8  Q. Yes.
9    And the first date of the prescription
10 that was filled was October 8th, 2003?
11  A. That's what it says, yes.
12  Q. And then if you just turn the page, it
13 appears it runs through May 19th, 2004?
14  A. That's the last one that's listed
15 here, right.
16  Q. And then if you could just -- I'm
17 going to ask you to do the same thing for
18 Exhibit 3, just so we have a chronology of those
19 dates, and then I'm going to ask you some
20 specific questions about those.
21  A. Okay.
22  Q. So in Exhibit 2 that you just looked
23 at, the last date was May 19th, '04.
24  A. Right.