# EXHIBIT 5

```
                                              1
12:22:13                       Volume:    I
                               Pages:     1 to 91
                               Exhibits:  None

              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

     MDL Docket No. 1629
     Master File No. 04-10981
     - - - - - - - - - - - - - - - - - - - - - - x
     IN RE:  NEURONTIN MARKETING, SALES PRACTICES AND
     PRODUCTS LIABILITY LITIGATION
     - - - - - - - - - - - - - - - - - - - - - - x
     THIS DOCUMENT RELATES TO:
     RONALD J. BULGER, SR., as Administrator of the
     Estate of Susan Bulger, Deceased
     - - - - - - - - - - - - - - - - - - - - - - x


         VIDEOTAPED DEPOSITION OF LINDA M. LANDRY
                   Friday, June 27, 2008
                 2:14 p.m. through 3:33 p.m.
                        HARE & CHAFFIN
                      160 Federal Street
                    Boston, Massachusetts


         Reporter:  Lisa A. Moreira, RDR, CRR
```

| | | |
|---|---|---|
| 14:23:05 | 1 | what happened. |
| 14:23:06 | 2 | He goes, "She hung herself," and he told |
| 14:23:08 | 3 | me he did not know what he could do now because he |
| 14:23:10 | 4 | didn't have her pills to sell, he was going to lose |
| 14:23:13 | 5 | the house. |
| 14:23:16 | 6 | Q.   This is on the day of your sister's death? |
| 14:23:17 | 7 | A.   Yes.  Yes. |
| 14:23:18 | 8 | Q.   What time of day was that? |
| 14:23:19 | 9 | A.   About 10:00 in the morning. |
| 14:23:22 | 10 | Q.   Is it the day after she hung herself? |
| 14:23:25 | 11 | A.   It was -- well, I -- it was Thursday |
| 14:23:26 | 12 | morning, so I guess it happened between Wednesday |
| 14:23:30 | 13 | night and Thursday morning. |
| 14:23:30 | 14 | I can't tell you exactly the time, |
| 14:23:32 | 15 | because he didn't give me no information.  That was |
| 14:23:34 | 16 | the only time that I had even seen him.  Well, I |
| 14:23:37 | 17 | actually just talked to him, and he told me he would |
| 14:23:39 | 18 | get back to me with the arrangements and... |
| 14:23:42 | 19 | Q.   And he didn't get back to you? |
| 14:23:44 | 20 | A.   Just about a day before it was going to |
| 14:23:47 | 21 | happen, he actually just left a message on my |
| 14:23:51 | 22 | machine about where she was being buried.  And the |
| 14:23:54 | 23 | day me and my son went to go -- it was on a Tuesday |
| 14:23:57 | 24 | -- I couldn't find it, so I bought the newspaper. |

25

```
14:31:56   1       A.   Yes.  I know they did.
14:31:57   2       Q.   I'm sorry, did you say you know what they
14:32:00   3   did?
14:32:00   4       A.   Yes, I do.
14:32:00   5       Q.   What is it that they did?
14:32:02   6       A.   They sold their prescriptions in order to
14:32:05   7   keep up -- to pay their mortgage and stuff like
14:32:07   8   that, or to buy their drugs.
14:32:09   9       Q.   And how do you know that?
14:32:10  10       A.   Because she would tell me, or she'd ask me
14:32:14  11   if I knew anybody that would want to buy them.
14:32:16  12       Q.   Did she say that to you in the year leading
14:32:19  13   up to her death?
14:32:19  14       A.   Yes.  That's why she had to go to the
14:32:22  15   methadone clinic.  They wouldn't give them to her
14:32:25  16   anymore.  She had to go daily because they'd found
14:32:28  17   out that she was doing that, and they'd found out
14:32:32  18   that she had forged scripts for different amounts on
14:32:34  19   them than what was written.
14:32:35  20       Q.   She told you that?
14:32:35  21       A.   Yes.
14:32:36  22       Q.   Okay.  Other than her telling you that
14:32:37  23   that's what they were doing, do you have any
14:32:39  24   knowledge about she and Mr. Bulger selling their
```

27

| | |
|---|---|
| 14:33:36  1 | Dave DeThomas would be one of their buyers.  He |
| 14:33:38  2 | lived in Peabody where they did. |
| 14:33:41  3 | Q.   I'm sorry, what was his name? |
| 14:33:42  4 | A.   Dave DeThomas. |
| 14:33:43  5 | Q.   Dave DeThomas.  He used to -- and when did |
| 14:33:44  6 | he used to buy from them and what? |
| 14:33:45  7 | A.   He used to come by the house when I lived |
| 14:33:47  8 | there and stuff like that, or I'd see him and he'd |
| 14:33:50  9 | say he was going by there.  But he was one of their |
| 14:33:53 10 | customers. |
| 14:33:53 11 | Q.   He come by to buy what? |
| 14:33:56 12 | A.   The OxyContin. |
| 14:33:57 13 | Q.   Okay.  And for -- and was this activity |
| 14:33:59 14 | ongoing in the months lead -- in the year before her |
| 14:34:02 15 | death? |
| 14:34:02 16 | A.   Yes. |
| 14:34:03 17 | Q.   How do you know that? |
| 14:34:03 18 | A.   Because she had told me, and she would get |
| 14:34:07 19 | her pills and everything else like that.  When they |
| 14:34:10 20 | didn't have enough money for the mortgage, or if she |
| 14:34:13 21 | needed to get some sold quick, she'd call me to see |
| 14:34:16 22 | if I would know anybody that would buy them. |
| 14:34:18 23 | Q.   Okay.  Was there -- do you recall a time |
| 14:34:22 24 | that you saw Susan in Lynn in the year before her |

```
14:34:27   1   death where she was on an errand?
14:34:29   2       A.  Yes.  She was on Laighton Street going to
14:34:32   3   buy drugs.
14:34:32   4       Q.  Going to buy drugs?
14:34:33   5       A.  Yes.
14:34:34   6       Q.  And how do you know she was going to buy
14:34:36   7   drugs?
14:34:36   8       A.  Because I knew by the girl that she was
14:34:39   9   with.  I knew exactly what she was doing.  She
14:34:41  10   couldn't hide it from me.
14:34:42  11           MR. ROSENKRANZ:  Objection.
14:34:42  12       Q.  What do you mean by that, the girl she was
14:34:48  13   with?
14:34:48  14       A.  Because I know she was a drug-user, and I
14:34:50  15   confronted her.  Because that's when we were talking
14:34:52  16   about her getting straight and everything else like
          17   that.
14:34:56  18           And she said --
14:34:56  19           MR. ROSENKRANZ:  Objection.
14:34:58  20       Q.  You confronted whom?
14:34:59  21       A.  My sister.
14:35:00  22       Q.  You had a discussion with her at that time?
14:35:02  23       A.  Yes.
          24       Q.  And this is --
```

29

| | | |
|---|---|---|
| 14:35:03 | 1 | A. She was with -- Candy White she was with. |
| 14:35:06 | 2 | Q. And this is the year before she died? |
| 14:35:08 | 3 | A. Yes. |
| 14:35:08 | 4 | Q. And what did you say to her, and what did |
| 14:35:11 | 5 | she say to you? |
| 14:35:12 | 6 | A. I said, "Susan, what are you doing? You |
| 14:35:14 | 7 | just got your life straightened out. You got -- you |
| 14:35:17 | 8 | had your baby girl. You have your son. You got |
| 14:35:20 | 9 | everything going for you. I told you we were going |
| 14:35:21 | 10 | to help, and you stayed clean for all this time." |
| 14:35:25 | 11 | And she actually said that they weren't |
| 14:35:26 | 12 | for me, that they were for Ronny, but I -- whether |
| 14:35:29 | 13 | or not to believe that, I couldn't say. |
| 14:35:30 | 14 | Q. And what drugs was she looking to buy? |
| 14:35:32 | 15 | A. Cocaine. |
| 14:35:35 | 16 | Q. And did she refer to it as cocaine? |
| 14:35:37 | 17 | A. Yup. Yes. |
| 14:35:41 | 18 | Q. Okay. Did you ever observe Mr. Bulger using |
| 14:35:47 | 19 | illegal drugs? |
| 14:35:48 | 20 | A. Well, when I lived there they did it in |
| 14:35:51 | 21 | their room, because I had my kids there. |
| 14:35:53 | 22 | Q. And what were they doing? |
| 14:35:54 | 23 | A. Speedballing. |
| 14:35:55 | 24 | Q. What's a speedball? |

75

| | | |
|---|---|---|
| 15:21:11 | 1 | MR. CHAFFIN: Let him just finish his |
| 15:21:13 | 2 | question. |
| 15:21:13 | 3 | Q. There's no way on God's earth that you would |
| 15:21:16 | 4 | believe that she would have done that in her own |
| 15:21:18 | 5 | mind, killed herself that way, hanging herself? |
| 15:21:21 | 6 | A. That is correct. Never would she have hung |
| 15:21:23 | 7 | herself. |
| | 8 | Q. Okay. |
| 15:21:24 | 9 | A. Look at her history. Look at her history. |
| 15:21:25 | 10 | Q. I didn't mean to insult you, ma'am. I'm |
| 15:21:27 | 11 | just trying to -- I really didn't. |
| 15:21:29 | 12 | A. She was leaving him. |
| 15:21:30 | 13 | Q. I'm just trying to make a determination as |
| 15:21:32 | 14 | to what was going on in her mind when this happened |
| 15:21:34 | 15 | and how it happened and what caused it. That's all. |
| | 16 | A. Okay. |
| 15:21:37 | 17 | Q. I wasn't trying to raise your ire or insult |
| 15:21:42 | 18 | you in any way. And if I did, I apologize. |
| 15:21:45 | 19 | A. Listen, she was leaving him. |
| | 20 | MR. CHAFFIN: Time out. One at a -- |
| | 21 | one -- |
| 15:21:47 | 22 | A. That's why it happened. She would never |
| 15:21:48 | 23 | hang herself. She was getting up to leave him, and |
| 15:21:51 | 24 | he knew she meant it this time because I was |

76

```
15:21:54   1    standing behind her.  He heard us on the phone.
15:21:56   2           She would never hang herself, not in the
15:21:58   3    house with her child or anything else.
15:21:59   4        Q.  Ma'am, understand, I'm not disagreeing with
15:22:01   5    you, and I'm -- believe me, I'm not arguing with
15:22:03   6    you.  Her plan was to leave him; is that correct?
15:22:07   7        A.  Yes.  Yes.
15:22:08   8        Q.  Not to kill herself?
15:22:09   9        A.  No, to leave him.
15:22:10  10        Q.  Okay.  She confided in you, correct?
15:22:12  11        A.  That is correct.
15:22:13  12        Q.  And her confiding in you was that her -- she
15:22:17  13    had a plan to leave him as opposed to killing
15:22:21  14    herself; is that correct?
15:22:23  15        A.  Exactly.  She was happy with her child.
15:22:26  16        Q.  Okay.
15:22:26  17        A.  Finally, for once in her life, she was
15:22:28  18    happy.  And after my mother died, we got a lot
15:22:31  19    closer, and we planned everything out.
15:22:33  20        Q.  Okay.  And the plan was to take the children
15:22:36  21    with her?
15:22:37  22        A.  Yes, and the perfect excuse was to babysit
15:22:40  23    over my house when I was in the hospital.
15:22:41  24        Q.  Right.  There's no way that she would have
```

86

| | | |
|---|---|---|
| 15:30:27 | 1 | A.  And we -- and me and him looked at each |
| 15:30:29 | 2 | other, and we knew that she wasn't. |
| 15:30:34 | 3 | Q.  Did she say anything else? |
| 15:30:36 | 4 | A.  No.  "Thank you for signing the paper." |
| 15:30:39 | 5 | Q.  Okay.  Just so I have the chronology |
| 15:30:45 | 6 | straight, you were in the hospital in March of '04, |
| 15:30:49 | 7 | and so from April -- in April, May, June, July, |
| 15:30:54 | 8 | first few days of August, you didn't see her? |
| 15:30:56 | 9 | A.  Nope.  I called and called and called. |
| | 10 | Q.  And -- |
| 15:30:59 | 11 | A.  Never home.  Never -- and that's not like my |
| 15:31:02 | 12 | sister. |
| 15:31:02 | 13 | Q.  And you testified before that she was happy |
| 15:31:07 | 14 | when you had the last contact with her? |
| 15:31:08 | 15 | A.  Yes, I was.  We had it all planned out.  All |
| 15:31:12 | 16 | planned out.  It was all planned right down to a T. |
| 15:31:13 | 17 | Q.  That she wanted to leave Mr. Bulger? |
| 15:31:15 | 18 | A.  Yes.  And I said, "Susan, there's somebody |
| 15:31:18 | 19 | on the other line."  I know -- we both thought it. |
| 15:31:22 | 20 | We ended the conversation, and that was the last |
| 15:31:23 | 21 | conversation I had with her. |
| 15:31:24 | 22 | Q.  She apparently, then, wasn't happy living |
| 15:31:26 | 23 | with him? |
| 15:31:27 | 24 | A.  No. |