# EXHIBIT 6

```
                                                              1
09:19  1                         Volume:      I
       2                         Pages:       1 to 57
       3                         Exhibits:    1
       4            UNITED STATES DISTRICT COURT
       5             DISTRICT OF MASSACHUSETTS
       6  MDL Docket No. 1629
       7  Master File No. 04-10981
       8  - - - - - - - - - - - - - - - - - - - - - - - -x
       9  IN RE:  NEURONTIN MARKETING, SALES PRACTICES AND
      10  PRODUCTS LIABILITY LITIGATION
      11  - - - - - - - - - - - - - - - - - - - - - - - -x
      12  THIS DOCUMENT RELATES TO:
      13  RONALD J. BULGER, SR., as Administrator of the
      14  Estate of Susan Bulger, Deceased
      15  - - - - - - - - - - - - - - - - - - - - - - - -x
      16
      17       VIDEOTAPED DEPOSITION OF MATTHEW C. GRAVINI
      18                  Friday, June 27, 2008
      19              11:00 a.m. through 11:46 a.m.
      20                      HARE & CHAFFIN
      21                    160 Federal Street
      22                   Boston, Massachusetts
      23
      24        Reporter:  Lisa A. Moreira, RDR, CRR
```

35

| | | |
|---|---|---|
| 11:28:55 | 1 | she went downstairs, that was consistent with what |
| 11:28:57 | 2 | you had been -- |
| | 3 | A.  Yes. |
| 11:28:58 | 4 | Q.  -- told he had said. |
| 11:28:59 | 5 | A.  I believe so, yes.  Yes. |
| 11:29:03 | 6 | Q.  And then there's a sentence where he |
| 11:29:12 | 7 | indicated -- you learned from the Peabody officers |
| 11:29:14 | 8 | that he had reported depression and bipolar to them, |
| 11:29:17 | 9 | right? |
| 11:29:18 | 10 | A.  Correct, yes. |
| 11:29:18 | 11 | Q.  Okay.  On the next page, please, the first |
| 11:29:32 | 12 | large paragraph there begins, "The house." |
| 11:29:34 | 13 | A.  Yes. |
| 11:29:34 | 14 | Q.  These are your observations -- |
| 11:29:36 | 15 | A.  They are. |
| 11:29:36 | 16 | Q.  -- of the house?  Okay. |
| 11:29:40 | 17 | The next paragraph that begins, "The |
| 11:29:42 | 18 | body," were these your observations again? |
| 11:29:45 | 19 | A.  Yes, they were. |
| 11:29:45 | 20 | Q.  All right. At the end of that paragraph it |
| 11:29:48 | 21 | says, "There were no signs of struggle in the |
| 11:29:50 | 22 | basement.  Written in dust on top of a burner near |
| 11:29:53 | 23 | the body was Ron RI." |
| 11:29:56 | 24 | A.  Yes. |