# EXHIBIT 8

**BULGER V. PFIZER**

**RULE 26 EXPERT REPORT**

**SUBMITTED BY ANTHONY J. ROTHSCHILD, M.D.**
**November 10, 2008**

Anthony J. Rothschild, M.D.
Irving S. and Betty Brudnick Endowed Chair of Psychiatry
Professor of Psychiatry
Department of Psychiatry
Director, Senior Scholars Program
University of Massachusetts Medical School
Phone:      508-856-1027
Fax:        508-856-4854
E-mail:     anthony.rothschild@umassmemorial.org

1
2
3

### Background and Qualifications

4     I am a medical doctor and am certified as a specialist in Psychiatry by the American
5
6  Board of Neurology and Psychiatry. I obtained my medical degree from the University of
7  Pennsylvania School of Medicine in 1979 and thereafter completed a four-year residency in
8  Psychiatry at McLean Hospital, in Belmont, Massachusetts. I am licensed to practice medicine
9  in the Commonwealth of Massachusetts.

10    During my residency, I was also a Clinical Fellow in Psychiatry at Harvard Medical
11  School. From 1983 until 1996, I successively held the positions of Instructor, Assistant
12  Professor, and Associate Professor of Psychiatry at Harvard Medical School. While at Harvard,
13  I also served as Clinical Director of the Mood, Anxiety, and Trauma Disorders Program and
14  Associate Director of the Psychopharmacology Service at McLean Hospital. From 1982 until
15  1986, I was also a Research Fellow in Neurochemistry at the Ralph Lowell Laboratories at
16  McLean Hospital.
17

18    Since 1996, I have held the positions of Professor of Psychiatry, Director of Clinical
19  Research, and Vice-Chair for Research in the Department of Psychiatry at the University of
20  Massachusetts Medical School, in Worcester, Massachusetts. Since October, 1997 I have held
21  the Irving and Betty Brudnick Endowed Chair in Psychiatry at the University of Massachusetts
22  Medical School. I serve as a reviewer or member of the Editorial Board of 17 scientific and
23  medical journals, including *The New England Journal of Medicine*, *Archives of General
24  Psychiatry*, *Journal of Clinical Psychiatry*, *Psychopharmacology*, and *Clinical Drug
25  Investigation*. I have published more than 100 articles in peer-reviewed journals and numerous
26  abstracts, letters, commentaries, books, and book chapters addressing various issues in
27
28

psychiatry and psychopharmacology.  I am a member of the American College of

Neuropsychopharmacology and the Collegium Internationale Neuro-Psychopharmacologium,

which are the principal national and international scientific organizations for the study and

treatment of psychiatric illnesses with psychotropic medications.  Since 1987, I have also served

as an examiner in Psychiatry for the American Board of Psychiatry and Neurology.

During my career, I have received many honors and awards.  I have been named one of

the "Best Doctors in America" every year since 2001 (and previously in 1998).  Other honors

and awards I have received include:  Massachusetts Psychiatry Society Outstanding Psychiatrist

Award for Research (2004); Paul F. Briscoli Award for Resident-Faculty Academic

Collaboration, University of Massachusetts Medical School (2003, 2004, 2007); Families for

Depression Awareness, Founding Advisory Board Award (2004); Distinguished Fellow,

American Psychiatric Association (2003); Member, American College of Neuro-

psychopharmacology (1995); Fellow, Collegium Internationale Neuro-Psychopharmacologicum

(2002) and the Paul Barreira Teaching Award, University of Massachusetts Medical School

(2000).

For the past 25 years, my primary research interest and the focus of my clinical practice

have been neurological bases and pharmacological treatment of depressive disorders, many of

which carry a high risk of suicide.  I am familiar with the world medical and scientific literature

regarding psychotropic medication.  I have personally conducted research in patients with

psychiatric illnesses including depression and bipolar disorder.  This research has included

clinical trials of medications currently in use in psychiatric practice as well as investigational

medications not yet approved by the Food and Drug Administration.  My research has been

funded by the National Institute of Mental Health (NIMH) as well by the pharmaceutical

3

industry. I have prescribed Neurontin (gabapentin) in my practice for the symptoms of anxiety for patients with mood and anxiety disorders, including patients with bipolar disorder; and in my practice I treat many patients who are taking Neurontin for pain. I have found Neurontin to be a safe medication and have not had any patients commit suicide or engage in suicidal behaviors because they were taking Neurontin.

In this case, I have been retained by the defendant, Pfizer, the manufacturer of Neurontin, to render an opinion regarding whether there is sufficient reliable scientific evidence to support the conclusion that treatment with Neurontin can cause suicidality, *i.e.*, suicide, suicide attempts, and suicidal ideation, and whether treatment with Neurontin caused or contributed to Susan Bulger's suicide.

As discussed in my General Causation Report of December 19, 2007, there is no reliable scientific evidence to support the conclusion that Neurontin causes or contributes to suicidal ideation or behavior. There are also no clinical trial or epidemiologic data which finds an association between Neurontin and suicide or suicide attempts. Claims that Neurontin can cause suicidality or even suicide in some patients are based in part on the case reports[1] of suicidality occurring in temporal association with the prescription of Neurontin, spontaneous reports to the United States Food and Drug Administration (FDA) or to Pfizer regarding various adverse events purportedly occurring in conjunction with Neurontin treatment,[2] and other uncontrolled

---

[1] Case reports are nothing more than a published account of certain clinical observations made by a physician during the course of treating one (case report) or more (case series) patients. While the published articles often include the physician's hypotheses regarding what may have prompted the observed event or condition, such reports are not "studies" of a potential cause and effect relationship; they simply provide information regarding isolated events temporally related to drug exposure.

[2] The FDA's Adverse Event Reporting System (AERS) provides the agency with a means of collecting reports (called Adverse Event Reports (AERs) of medical events observed by the reporters – who can be physicians, patients, pharmacists, pharmaceutical companies, hospitals, lawyers, litigants, or
(continued...)

4

1  studies.[3]  It is not scientifically reliable to draw conclusions from case reports.  As discussed

2  more fully in my General Causation Report of December 19, 2007, these opinions are not

3  supported by reliable scientific evidence and are not generally accepted within the medical and

4  scientific communities.  In fact, there is no reliable scientific evidence to support the conclusion

5  that Neurontin is associated with suicide, let alone that any such association could be considered

6  causal.

7

8       I incorporate and adopt all opinions in my General Causation Report of December 19,

9  2008 and my testimony at the Daubert hearing in this case on July 23, 2008.  Since I submitted

10  my General Causation Report in this case, the Food and Drug Administration (FDA) has released

11  a report of their statistical review and evaluation of 11 antiepileptic drugs (AEDs), including

12  Neurontin, and risk of suicidal thoughts and behaviors.  In addition, the FDA convened a

13  meeting on July 10, 2008 of two of their scientific advisory boards to determine the type and

14  extent of the public health warning the FDA will issue regarding AEDs and suicidality.

15

16  ───────────────

17  (..continued)

others – to have occurred at some point following drug ingestion. With the exception of events that come
to the attention of the drug manufacturer, submission of AERs is wholly voluntary.  FDA monitors the
AERs for individual drugs looking for "signals" suggesting that a drug might potentially be associated
with an adverse event not observed during clinical trials.  In the event such a signal is seen, controlled
epidemiological studies and/or further clinical trials are then undertaken to determine whether an
association between drug exposure and the adverse event actually exists and, if so, whether sufficient
evidence exists to support a causal inference.  The FDA does not review AERs for analysis because the
data is "uninterpretable" (transcript of FDA Advisory Committee Hearing, July 10, 2008, pg. 103).

        SRS data cannot be used to determine the incidence (i.e., frequency of occurrence) of a
particular adverse event in relation to drug exposure because neither the number of patients who have
experienced the outcome nor the number of patients exposed to the drug is known.  In fact, the FDA and
its Psychopharmacological Drug Products Advisory Committee (PDAC) have taken the published
position that anecdotal data, such as case reports and spontaneous adverse event reports, cannot be relied
on to establish a cause and effect relationship between drug exposure and a particular medical event.
(Kennedy DL, Goldman SA, Lillie RB. Spontaneous reporting in the United States. In: Strom BL, ed.
*Pharmacoepidemiology.* 3rd ed. New York, NY: John Wiley & Sons; 2000:151-174.)

        [3] It is generally accepted in the medical and scientific communities that neither case reports/case
series nor spontaneous reports of adverse events following drug exposure provide a sufficient basis for
making a determination of causality.  At most, such uncontrolled observations might be relied on to
generate hypotheses regarding a cause and effect relationship that can then be properly tested through
clinical trials or other controlled epidemiological studies.

1  **FDA Analysis of AEDs and Suicidality - May 23, 2008**

2      In the FDA's analysis the majority of the suicidality events were due to 2 of the 11

3  AEDs, lamotrigine and topiramate. When the FDA analyzed the data for gabapentin (Neurontin)

4
    itself, they computed a Neurontin-specific odds ratio of 1.57 (0.12-47.66), a confidence interval

5
6  that includes 1.0 indicating that there was no statistical evidence of an increased risk of

7  suicidality with Neurontin compared to placebo.  Thus, there is no "signal" of an increased risk

8  of suicidality with Neurontin compared to placebo.  Consequently, Pfizer could not have known

9  or warned about a signal for suicidality with Neurontin because no such signal existed.  It is my

10  opinion to a reasonable degree of medical and scientific certainty that the Neurontin label is

11
    sufficient and adequate to apprise physicians of the risks associated with the use of Neurontin.

12
13  **FDA Hearing on July 10, 2008**

14      On July 10, 2008, the FDA convened a meeting of two of their scientific advisory boards

15  to determine the type and extent of the public health warning the FDA should issue regarding

16  AEDs and suicidality.  The Committees found that there was no signal on the basis of any

17
    individual drug, but that the data would need to be pooled for all 11 in order to rise to the level of

18
    a signal (transcript of FDA Advisory Committee Hearing, July 10, 2008, pg. 63).   In addition,

19
20  the committee voted that the signal of a statistical association of the 11 AEDs (as a group) with

21  an increased risk of suicidality did not rise to the level necessitating a black box warning.  I agree

22  with the decision of the FDA's two advisory committees.

23  **Summary**

24
    There are no published epidemiological studies and no placebo controlled randomized

25
26  trials or controlled studies that show or even hint at an association between Neurontin and

27  suicide. It is my opinion to a reasonable degree of medical and scientific certainty that there is

28

1   no reliable scientific evidence demonstrating such an association. Not only is there no

2   association, but when you analyze all of the Bradford Hill criteria (reliably evaluated only after

3   you find a statistically significant association), there is no reliable scientific evidence to support

4   the theory that Neurontin causes suicide. No experts (outside of this litigation) have affirmed or

5

6   even suggested that Neurontin causes suicide or suicide attempts. It is not generally accepted in

7   the scientific, medical and psychiatric communities that Neurontin causes or contributes to

8   suicide.

9                                   **Susan Bulger's Suicide**

10      In forming the opinions set forth in this report, I have reviewed the following case-

11  specific material: Medical Records from Access M.D., Bayridge Hospital, CAB Health and

12  Recovery Services, Danvers Family Doctors, Eaton Apothecary, Fire Prevention, Northshore

13

14  Ambulance, Salem Hospital, Spaulding Rehabilitation, The Medicine Shoppe, Yoshi Akabane,

15  M.D., Peabody Police Department, Brigham & Women's Hospital, Elliott Community Human

16  Services, (Tri-City Mental Health), Walter H. Jacobs, M.D., NSMC Union Hospital, Office of

17  Chief Medical Examiner (Suffolk County), Salem Hospital, Salem Orthopedic Surgeons,

18

19  Somerville Hospital, Plaintiff Produced Records-Danvers Family Doctors Records, Danvers

20  Family Doctors, AdCare Hospital, Massachusetts Department of Social Services-Cape

21  Ann/Salem, Plaintiff Produced Records-Jacobs, Walter H. M.D., Plaintiff Produced Records-

22  Mass General Hospital, Dr. Matthew Heller, Records Produced at Deposition by Dr. Medwid,

23  Plaintiff Produced Records-Beverly Hospital, Plaintiff Produced Records-Howard E. Abrams,

24  M.D., Walgreen Company, UMassMemorial Medical Center, and Beverly Hospital; Records

25

26  from Massachusetts Probate and Family Court, Essex Division, Excerpts from Still Life by

27  Bruce Elliot, the Psychological Autopsy and Death Investigation prepared by Michele Fay

28

1  (04/17/08); Deposition of Ron Bulger (03/26/08), Deposition of Dino Crognale, M.D.

2  (03/25/08), Deposition of Ron Bulger, Jr. (05/08/08), Deposit:               05/07/08),

3  and, Deposition of Richard S. Goldman, M.D. (04/22/08); Deposition Transcripts of Pat Bulger

4
5  (05/07/08), Yoshiharu Akabane, (06/26/08), Matthew C. Gravini, (06/27/08), Walter Jacobs,

6  M.D. (06/13/08), Barry C. McEarchen, (07/01/08), Cheryl K. Nadeau, (07/01/08), Chaim

7  Rosenberg, , M.D. (06/26/08), Joanne Swidell, (06/18/08), Amanda Cavallaro (06/16/08),

8  Russell Gallant (06/16/08), Teresa Gallant (06/16/08), James W. Gibbons, Jr. (06/19/08),

9  William Medwid (06/12/08), Mark Mengel (06/05/08), Nancy Scialdone (06/16/08), Steve

10
11  Scialdone (06/16/08), Linda Landry (06/27/08), and Dr. Louis Roh (10/07/08);  the Expert

12  Reports of Dr. Stefan Kruszewski (08/07/08), Dr. Ronald Maris (07/18/08); and the Deposition

13  Transcripts of Dr. Michael Trimble in Smith v. Pfizer (09/02/08, 09/03/08), Dr. Ronald Maris

14  (09/29/08, 09/30/0810/01/08, 10/22/08, 10/22/08); and, Dr. Stefan Kruszewski (10/15/08,

15  10/16/08).

16       Susan Bulger was a 39 year old married woman when she was found in a kneeling

17
18  position in the laundry room in the basement of her home with an extension cord wrapped

19  around her neck and tied around a ceiling pole.  According to the Massachusetts State Police

20  report, Mr. Bulger reported that on the day of her suicide at approximately 6:00 pm, Susan

21  Bulger asked her husband for her Neurontin pills and said she was going downstairs to bed

22  (00376-124DCR-00195). Mr. Bulger met Ms. Bulger on the stairs and handed her the Neurontin

23  over the railing (R. Bulger Sr. Deposition Tr., pp. 116-117). It is not known whether Susan

24
25  Bulger actually took the Neurontin before committing suicide. Approximately, one hour later

26  Mr. Bulger found his wife in the basement laundry room. He had difficulty cutting the cord and

27  had to go back upstairs to get a knife (00376-124DCR-00196). After cutting the cord, "he

28

8

1   pushed on her chest" and "blew in her mouth" and then called 911 (00376-124DCR-00196).

2   Written in dust on top of a burner near Susan Bulger's body was "Ron RI" (00376-124DCR-

3   00193).   Mr. Bulger told the police that before he found Ms. Bulger he thought she might have

4   "took off on a bender" (00376-124DCR-00195).   The police report also indicates that for some

5   reason, Mr. Bulger spontaneously told the police that "We weren't having any arguments"

6   (00376-124DCR-00195). The toxicology report from the autopsy indicated that Ms. Bulger had

7

8   benzodiazepines in her system at the time of her death (00376-126OCM-00013).   The toxicology

9   report did not indicate the presence of Neurontin (apparently was not tested for Neurontin), but

10  did find the prescence of benzodiazepines, although not the Klonopin Ms. Bulger was supposed

11  to be taking[4].   The death was ruled a suicide (00376-126OCM-00015).

12

13        Susan (Bergeron) Bulger was born in Boston, Massachus

14  George and Irene Bergeron. Ms. Bulger had a sister and a brother and several half-siblings.  Her

15  brother, Greg, died of a drug overdose in 1982 (00376-57MDS-00063).  Her father, who suffered

16  from alcoholism, deserted the family and her mother suffered from schizophrenia. Ms. Bulger's

17  mother verbally and physically abused her. At the age of 12, Ms. Bulger was kicked out of the

18  house by her mother (00376-57MDS-00063).  She was living on the streets for awhile before

19  going to welfare herself and asking for help (00376-57MDS-00063).  For the next two years, Ms.

20  Bulger lived in either foster care or at her mother's house.  Beginning at the age of 14, Ms.

21  Bulger remained in foster care (00376-57MDS-00063).  While in foster care, Ms. Bulger met

22  Ronald Bulger, Sr. and they married in March of 1985 when she was 20 years old (00376-

23  57MDS-00064).

24

25

26

27        [4]  According to the Expert Report of Dr. Edward Boyer, the UMassMemorial assay for
benzodiazepines does not assay for Klonopin. Therefore, Ms. Bulger was taking another benzodiazepine,
in addition to or instead of Klonopin, at the time of her suicide.

28

1  Criminal History

2      When Ms. Bulger was 14 years old, she was arrested for possession of alcohol (00376-

3  57MDS-00064). At the age of 17, she was arrested for assault and battery with a shod foot

4  (00376-57MDS-00064). As an adult, she was charged with operating an unregistered and

5

6  uninsured vehicle and conspiracy to commit a crime (00376-57MDS-00064). In 1998, Ms.

7  Bulger was arrested for prostitution and drugs in Lynn, Massachusetts (00376-57MDS-00052).

8

9  **Susan Bulger Suffered From Suicidal Ideation, Suicide Attempts, Substance Abuse,**

10  **Depression, Anxiety, Hopelessness, Panic Disorder, Posttraumatic Stress Disorder,**

11  **Borderline Personality Disorder, Psychogenic Pain Disorder, Possible Bipolar Disorder,**

12  **and Chronic Pain Associated With Disabling Rheumatoid Arthritis Before Taking**

13

14  **Neurontin**

15  Susan Bulger Made Several Suicide Attempts Before Taking Neurontin

16      Prior to taking Neurontin, Susan Bulger made several suicide attempts. In an affidavit

17  signed by Ms. Bulger's husband, Ronald Bulger, Sr., in 1996, Mr. Bulger stated that Ms. Bulger

18  had tried to commit suicide 3 or 4 times including one time when she required life support for

19  four days (00376-118PFC-00012). At the age of 14, Mrs. Bulger cut her wrists (00376-40NUH

20  00009, 00014). Sometime between 1988 and 1993 she drove her car off a medium size cliff (40

21  steps) in Nahant, Massachusetts (Gibbons Deposition Tr., pg. 40). At the time, Ms. Bulger was

22  having difficulty in a relationship and was "high and out of control" (Gibbons Deposition Tr., pg.

23  41). According to the contemporaneous medical records from Beverly Hospital, Ms. Bulger told

24  the Beverly Hospital staff on April 23, 1998, that she had been suicidal in the past and used as an

25  example the fact that she had driven her car off a cliff receiving numerous injuries and as a

26

27

28

10

1  result, was afflicted with rheumatoid arthritis (000376-18BAH-00003). Although Linda Landry,

2  Susan Bulger's sister, does not believe that this was a suicide attempt, Ms. Landry also believes

3  that Susan Bulger did not commit suicide by hanging herself and was instead murdered by

4  
5  Ronald Bulger, Sr. because Susan Bulger was planning to leave him and he wanted money

6  (Landry Deposition Tr., pp. 73-77).

7       On May 16, 1993, Susan Bulger was found by her husband in respiratory arrest after

8  taking an overdose of the tricyclic antidepressant, Elavil (00376-40NUH-00009). He called for

9  EMTs and when they arrived they found her in respiratory arrest. Ms. Bulger then went into

10  cardiac arrest (00376-40NUH-00009). She was admitted comatose to the ICU of Union
11
    Hospital. On admission she was found to have a an amitriptyline level of 3624 µg/L and a
12
13  nortriptyline level of 565 µg/L for a combined amitriptyline and nortriptyline level of 4189 µg/L

14  (Toxic range is > 500 µg/L (00376-40NUH-00119)). Her toxic screen was also positive for

15  cocaine and opiates (00376-40NUH-00009). It is my opinion to a reasonable degree of medical

16  and scientific certainty that this was a very serious suicide attempt and that Ms. Bulger was

17  extremely lucky to have survived. The vast majority of overdoses of tricyclic antidepressants
18
19  which result in the blood levels as high as were observed in Susan Bulger are fatal. Of note, this

20  very serious, nearly fatal suicide attempt was in the context of Ms. Bulger becoming aware that

21  her physician had learned she was abusing narcotics and was planning to cut off her supply

22  (00376-40NUH-00088), similar to what transpired in 2004 when she did commit suicide (see

23  below). Indeed, a prescription for 15 Percocet tablets, written the week prior to the overdose,
24
25  had been altered to 115 tablets, and subsequently cancelled when the alteration was discovered

26  by the pharmacist (00376-120LAC-00410).

27

28

11

1     Ms. Bulger was then transferred to a locked psychiatric unit for further treatment. While

2 there, she blamed others for her overdose including the people who prescribed prednisone for her

3 and the pharmacist who filled the prescription (00376-40NUH-00010). While she was a patient

4
5 on the locked psychiatric unit, her husband, Ronald Bulger, Sr., made abusive and threatening

6 phone calls to the staff and left messages with foul language on the staff's voice mail (00376-

7 40NUH-00010). Because of fear for their own safety, physicians needed to have security guards

8 present when meeting with Mr. Bulger (00376-40NUH-00010).

9     On another occasion, Ms. Bulger cut her wrists with a razor and her neighbors, Russell

10 and Teresa Gallant, drove Mr. and Mrs. Bulger to the hospital in their car (R. Gallant Deposition
11
12 Tr., pp. 21-23; T. Gallant Deposition Tr., pp. 20-23). The contemporaneous medical records

13 indicate that Ms. Bulger did this after a fight with her husband (00376-40NUH-00196; 00376-

14 ECH-00004).

15     Ms. Bulger's medical records indicate that she, herself, has acknowledged that the

16 overdose of medication, the driving the car off the cliff, and cutting her wrists with a razor were

17 all suicide attempts (00376-18BAH-00004).
18
19 Susan Bulger Had Serious Substance Abuse Problems Before Taking Neurontin

20     Susan Bulger had a long history of serious substance abuse before she ever took

21 Neurontin. She had an overnight admission to Addison Gilbert Hospital in May 1995 for the

22 overuse of Percocets and heroin, and was admitted to McLean Hospital for inpatient

23 detoxification on July 8, 1995. She was treated at Adcare Hospital in 1995 and again in 1997 for
24
25 cocaine and heroin abuse. The July 22, 1997 admission notes state that Ms. Bulger had been

26 using at least a gram of free-based cocaine per day for approximately one year, and had been

27 snorting 20 bags of heroin per day for the past three years (00376-87DCR-00060). Prior to Ms.

28

12

1    Bulger's July 1997 admission to Adcare Hospital, she had been admitted to Boston Regional

2    Hospital for detoxification in June 1997. She had admissions to Salem Hospital on August 17,

3    1988 and November 18, 1997 for cocaine detoxification. The admission note to Salem Hospital

4    on November 18, 1997 indicates that Ms. Bulger was using up to 20 bags of heroin per day in the

5    three months prior to her admission (00376-31SAH-00008) at a cost of as much as $500 per day

6    (00376-31SAH-000013). She also reported that she snorted heroin (00376-31SAH-00013). Ms.

7

8    Bulger had admissions to Bayridge (Beverly) Hospital from April 23, 1998 to May 1, 1998 for

9    cocaine dependence, to Spaulding Rehabilitation Hospital from November 4, 1997 to November

10   14, 1997 for substance abuse; to Charter Brookside, Adcare Hospital, Somerville Hospital, CAB

11   Health and Recovery Services (2000, 2003) for opiate dependence, and received additional

12   treatment as an outpatient.

13

14           Further indications of Ms. Bulger's substance abuse problem was that she took

15   medications at a higher dose or greater frequency than prescribed by her physician resulting in

16   her running out of medications before the prescription could be refilled. For example, the

17   Atlanticare Medical Center records of May, 1993 indicate that Susan Bulger (00376-40NUH-

18   000010) had been abusing her Ativan, taking a whole month's supply in 6 days. She also was

19   taking 10 tablets of either Ativan or Xanax or ten tablets of Percocet a day (00376-40NUH-

20   00010).

21

22           Unfortunately, Ms. Bulger did not respond to substance abuse treatment and had a

23   chronic unrelenting problem with substance abuse right up to the time she committed suicide.

24   Her substance abuse treatment was complicated by her noncompliance with treatment and her

25   husband's interference with the treatment. For example, in January, 1995, Ms. Bulger attempted

26   detoxification at Beverly Hospital but only stayed in the program for one day. In July of 1997,

27

28

                                                13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ronald Bulger convinced Susan Bulger to leave the detoxification program against medical advice. She left Somerville Hospital on October 16, 1997 on the third day of treatment and in November, 1997 she was kicked out of Salem Hospital's program for noncompliance.

Susan Bulger's substance abuse problems continued throughout her life right up until the time she committed suicide on August 4, 2004. She was observed buying cocaine on the street within a year of her death (Landry Deposition Tr., pg.29). Ms. Bulger's mother-in-law, Pat Bulger, told Linda Landry at Ms. Bulger's funeral that she had been back on drugs and had had a relapse (Landry Deposition Tr., pg. 85). In fact, Ms. Bulger's husband's first thought when he could not locate her the evening of her suicide was that she had "took off on a bender" (00376-124DCR-00195).

There was also testimony in this case that Ronald and Susan Bulger were drug dealers. The Bulgers's neighbors, Russell and Teresa Gallant, had concerns that the Bulgers were selling drugs from their home (R. Gallant deposition Tr., pp. 23 – 29; T. Gallant Deposition Tr., pp. 24-29).

Susan Bulger Suffered From Depression, Anxiety, and Hopelessness Before Taking Neurontin

Susan Bulger suffered from Major Depression and felt hopeless before she ever took Neurontin. For example, on August 17, 1988 she was admitted to Salem Hospital in a state of anxiety with symptoms of fatigue, a sense of failure, a sense of helplessness, and cocaine abuse. She was diagnosed as suffering from Major Depression and Generalized Anxiety Disorder (00376-35SAH-00240). In 1993 Ms. Bulger reported to health care professionals at the Brigham and Women's Hospital that she was "always depressed because this disease had taken the life right out of me" and "I feel I have no desire whatsoever" (00376-44BWH-00082). On October 30, 2000, Ms. Bulger's medical records indicate that she was "significantly depressed" (00376-

14

1    54DFD-00144) and had had severe depression in the past. Her symptoms included a lack of

2    motivation, decreased happiness with life in general, labile moods with significant irritability,

3    poor sleeping with multiple awakenings at night, and spontaneous crying jags (00376-54DFD-

4
     00144). Ms. Bulger's November, 2000 medical records indicate that she is still depressed with
5
6    fatigue, poor concentration, and spontaneous crying (00376-54DFD-00142). The February 6,

7    2001 medical records noted that she was suffering from depression which was still only

8    moderately controlled (00376-54DFD-00137). Her depression was worse on March 23, 2001

9    (00376-54DFD-00134). The medical records state that Ms. Bulger's depression was still poorly

10
     controlled in June, 2001 (00376-54DFD-00136).
11

12           Prior to taking Neurontin, Ms. Bulger had been treated by health care professionals for

13   depression with a number of antidepressants including Zoloft, Prozac, Serzone and Paxil. There

14   had also been some question as to whether she might suffer from Bipolar Disorder and she was

15   treated with the mood stabilizer, Depakote. Over the years, Ms. Bulger suffered from symptoms

16   of anxiety before she ever took Neurontin. For her anxiety, she was treated with a number of

17
     anti-anxiety medications including Xanax, Ativan, and Klonopin. Ms. Bulger had also been
18
19   diagnosed as suffering from a personality disorder, Borderline Personality Disorder (00376 –

20   40NUH-00010-11).

21   Susan Bulger Had Significant Stresses In Her Life Including Severe Marital Discord, Physical

22   And Mental Abuse By Her Spouse, And Severe Financial Problems.

23           Ronald and Susan Bulger's marriage was full of strife, discord, threats of violence, and
24
25   actual violence.   Susan told the Massachusetts Department of Social Services that her husband

26   had been abusive throughout their relationship and that he had been physically abusive as well

27   (00376-57MDS-00065).  On two occasions, he beat her over drugs (00376-57MDS-00065). Ms.

28

                                                15

1   Bulger's brother, James Gibbons testified that Susan Bulger was afraid that Ronald would beat

2   her if she did not give him her medications to sell (Gibbons Deposition Tr., pg. 33). At one

3   point, Mr. Bulger told Susan that he wished she were dead when he thought that the baby she

4   was carrying was not his (00376-57MDS-00062). The Department of Social Services needed to

5   investigate the Bulgers numerous times because of concerns of child abuse and neglect. In April,

6   1988 the Bulgers lost custody of their child.

7

8        Susan Bulger threatened to kill her husband many times and one time came at him with a

9   knife (00376-118PFC-00012). On one occasion she told her husband that she would have

10  someone beat him up and told him she hopes he dies (00376-118PFC-00012). There was also

11  frequent verbal abuse (00376-118PFC-00012).

12

13       Linda Landry, Susan Bulger's sister, testified that she believes Susan Bulger did not

14  commit suicide, but rather, was murdered by her husband because Susan Bulger was planning to

15  leave him and he wanted money (Landry Deposition Tr., pp. 73-77).

16       The Bulgers had significant financial problems. In 2002, they filed for bankruptcy.

17  Neither Ronald or Susan Bulger were able to work and they would sell drugs to make money.

18  The Bulgers's neighbors, Russell and Teresa Gallant, had concerns that the Bulgers were selling

19  drugs from their home (R. Gallant deposition Tr., pp. 23 – 29; T. Gallant Deposition Tr., pp. 24-

20  29). James Gibbons testified that Ronal Bulger, Sr. was a "con artist" who was involved with

21  selling prescription pain medications and narcotics as well as making money with insurance

22  scams involving fake accidents (Gibbons Deposition Tr., pp. 13-32).

23

24

25

26

27

28

1    <u>While Taking Neurontin Susan Bulger Did Not Have Suicidal Ideation or Suicide Attempts and</u>

2    <u>Had Improvement in Her Pain and Mood Symptoms</u>

3    While Susan Bulger was taking Neurontin for more than two years (discussed below), she

4    did not have suicidal ideation and did not make a suicide attempt. This is in contrast to the 4

5    suicide attempts (discussed above) she had made prior to taking Neurontin.

6

7    <u>Dr. Dino Crognale</u>

8    Susan Bulger was prescribed Neurontin by her primary care physician, Dr. Dino

9    Crognale, on June 24, 2002 (00376-24DFD-00034) for chronic pain (Crognale Deposition Tr.,

10    pp. 130-131)[5]. Dr. Crognale saw Ms. Bulger again on July 2, 2002 and noted in the

11    contemporaneous medical record that Ms. Bulger did not have any suicidal ideation either

12    passive or active while she was taking Neurontin (00376-24DFD-00032). At the next visit on

13    July 16, 2002, Dr. Crognale again noted that Ms. Bulger did not have suicidal ideation while

14    taking Neurontin (00376-24DFD-00031). At the next visit on August 2, 2002, Dr. Crognale

15    noted that Ms. Bulger's depression and chronic pain were under reasonable control and that she

16    was getting good results from the Neurontin for sleep (00376-24DFD-00031). There are no

17    notations in the medical record that Ms. Bulger was having any side effects from Neurontin. At

18    the visit with Dr. Crognale on November 2, 2002, Ms. Bulger stated that she stopped taking the

19    Neurontin because she felt it was making her "moody" (00376-24DFD-00025). Dr. Crognale

20    suggested to Ms. Bulger that she restart the Neurontin. However, the Neurontin was not

21    restarted until the visit with Dr. Crognale on December 20, 2002. At that visit, Dr. Crognale

22

23

24

25

26    _____

27    [5] Susan Bulger first took Neurontin for a brief period of time when it was prescribed in
December, 1999 by Dr. Akabane (00376-30YAK-00009)

28

1    prescribed Neurontin at a dose of 2700 mg/day for Ms. Bulger's chronic pain (00376-24DFD-

2    00025, Crognale Deposition Tr., pg. 150). At the next visit on March 7, 2003, there is no

3    indication in Dr. Crognale's medical records that Ms. Bulger was having any side effects from

4    the Neurontin including depression or suicidal ideation (00376-24DFD-00021). At the visit on

5    April 22, 2003, while Ms. Bulger was still taking Neurontin, Dr. Crognale noted that Ms. Bulger

6    was not displaying any suicidal ideation (00376-24DFD-00019). Dr. Crognale's notes on May

7    19, 2003 indicate that the Neurontin was helping Ms. Bulger's affective disorder and her pain

8    syndrome significantly and that she was quite agitated that her insurance company was not

9    covering the Neurontin (00376-24DFD-00017). On August 11, 2003, Dr. Crognale noted that

10   the Neurontin was helping Ms. Bulger to sleep (00376-54DFD-00092-93). At the visit on

11   August 14, 2003, Dr. Crognale's records indicate that the combination of Lexapro and Neurontin

12   seemed to be improving her mood stability (00376-24DFD-00013).

13

14         In summary, during the entire period that Susan Bulger was taking Neurontin from June

15   24, 2002 to August 14, 2003, there is no indication in Dr. Crognale's contemporaneous medical

16   records that Ms. Bulger ever had suicidal ideation or made a suicide attempt. Rather, the

17   contemporaneous medical records indicate that Ms. Bulger benefited from taking Neurontin.

18         Dr. Howard Goldman

19         Susan Bulger began seeing Dr. Howard Goldman, an internist, on September 10, 2003.

20   Dr. Goldman's medical records at that visit indicate that she was taking 900 mg/day of

21   Neurontin. Ms. Bulger was seen by Dr. Goldman again on October 8, 2003, November 5, 2003,

22   December 3, 2003, December 31, 2003, January 27, 2004, February 25, 2004, and March 24,

23   2004 (00376-25AMD-00020 - 00376-25AMD-00028). There is no indication in Dr. Goldman's

24   medical records that Ms. Bulger was having any side effects from the Neurontin including

suicidal ideation. At the visit on April 21, 2004, Dr. Goldman advised Ms. Bulger to increase her daily dose of Neurontin to 1200 mg/day because she felt her pain medications were not working as well as they had (00376-25AMD-00020). (1200mg/day is not a large dose of Neurontin. The recommended Neurontin dose for Post-Herpetic Neuralgia is up to 1800 mg/day with good effects up to 3600 mg/day, but no additional efficacy demonstrated above 1800 mg/day. The recommended dose for epilepsy is 900 – 1800 mg/day. Ms. Bulger, herself, had taken as much as 2700 mg/day in the past). At the next office visit on May 19, 2004, Dr. Goldman's contemporaneous medical record indicates that Ms. Bulger experienced no adverse effects from the increase in the Neurontin dose, and in fact, was "doing pretty well overall" (00376-25AMD-00019).

At the next office visit, on June 14, 2004 Dr. Goldman learned that although he had recommended to Ms. Bulger that she could increase her daily dose of methadone from 13 pills per day to 15 pills per day temporarily, she ended up staying on 15 pills per day and consequently did not have enough methadone (00376-25AMD-00018). Dr. Goldman informed Ms. Bulger that he planned to reduce her daily methadone intake over the next few months. Again, there is no indication of any side effects Ms. Bulger had from taking Neurontin. At Ms. Bulger's last visit with Dr. Goldman on July 12, 2004, he decreased her daily methadone dose from 15 pills per day to 14 pills per day. Again, there is no indication of any side effects Ms. Bulger had from taking Neurontin (00376-25AMD-00017).

On July 30, 2004, Ms. Bulger called Dr. Goldman's office and informed the staff that she was having bad flair ups of her arthritis and asked to have Dr. Goldman increase her dose of methadone (00376-25AMD-00010). Ms. Bulger also moved up her appointment from August 9, 2004 to August 6, 2004 (00376-25AMD-00010). Ms. Bulger's request for additional methadone

1  was not granted by Dr. Goldman. Consistent with her increased pain from arthritis, Ms. Bulger

2  filled a prescription for prescription-strength ibuprofen on August 4, 2004, the day she

3  committed suicide.

4
   In summary, during the time Ms. Bulger saw Dr. Goldman from September 10, 2003

5
   until July 12, 2004 (23 days before her suicide), there is no indication in the contemporaneous

6
7  medical record that Ms. Bulger was having any side effects from Neurontin including suicidal

8  ideation or suicide attempts.

9  Susan Bulger Commits Suicide

10
        As discussed above, Susan Bulger committed suicide by tying an extension cord around a

11
   ceiling pole and wrapping the other end around her neck. It is not known whether Susan Bulger

12
   actually ingested the Neurontin before committing suicide. In fact, the prescription for

13
14 Neurontin from Dr. Goldman which was dated July 12, 2004 was for 120 pills. If Ms. Bulger

15 had been taking the Neurontin as prescribed (4 pills per day) until the day she committed suicide

16 on August 4, 2004, then there should have been only 24 pills left in the bottle (120 pills – (4x24)

17 = 24). However, 44 Neurontin pills were found in the bottle at the time of her death indicating

18
   that Ms. Bulger had not been taking the Neurontin as prescribed by Dr. Goldman. As discussed

19
20 above, it is also reasonably plausible that Ms. Bulger and/or her husband were selling the

21 Neurontin to make money. There are also indications that Ms. Bulger was not taking the

22 antidepressant, Effexor, that Dr. Goldman had also been prescribing for her. Not taking the

23 Effexor as prescribed could have caused a relapse of Ms. Bulger's depression which would have

24 increased her risk for suicide.

25
        It is also reasonable to conclude that Susan Bulger was withdrawing from opiates at the

26
27 time of her suicide on August 4, 2004. She had been prescribed both Oxycontin and Methadone

28

20

1　by Dr. Goldman and should not have been out of either one of these medications at the time of

2　her suicide. However, Ronald Bulger, Sr. did not have either Oxycontin or Methadone to turn

3　over to the police after Ms. Bulger's suicide. Ms. Bulger had either been using more Oxycontin

4
5　and Methadone than she was supposed to have been taking or she and/or her husband had been

6　selling the medications[6]. In either case, it is likely she did not have a sufficient supply of

7　Oxycontin and Methadone and was likely experiencing drug withdrawal.

8　　　　It is also noteworthy that despite her serious and severe psychiatric history, Ms. Bulger

9　did not receive any mental health services or counseling in the 11 months prior to her suicide

10
11　since her last appointment at the Center for Addiction and Behavioral Health was on September

12　2, 2003.

13　　　　**Dr. Kruszewski's Report of 08/07/08 on Specific Causation**

14　Dr. Kruszewski Incorrectly Attributes Susan Bulger' Symptoms To Neurontin

15　　　　In his report, Dr. Kruszewski concludes that although Ms. Bulger had many risks for

16　suicide Neurontin was a significant contributing factor in her suicide (pg. 12). As discussed

17　above, there is considerable evidence from Ms. Bulger's medical records and the deposition

18
19　testimony of her physicians and family which indicates that, before she ever took Neurontin, she

20　suffered suicidal ideation, suicide attempts, substance abuse, depression, anxiety, hopelessness,

21　panic disorder, posttraumatic stress disorder, borderline personality disorder, psychogenic pain

---

22　[6]　According to family members, in the year before Susan Bulger's suicide, Ronald and Susan Bulger
23　would sell their prescriptions to pay their mortgage or buy drugs (Landry Deposition Tr., pg. 25). Susan
24　Bulger had also forged prescriptions for different amounts than what was originally written (Landry
　　Deposition Tr., pp 25-26). Less than 24 hours after Susan Bulger committed suicide, Ronald Bulger, Sr.
　　commented to Linda Landry that he did not know what he was going to do now since he did not have
25　Susan Bulger's pills to sell anymore (Landry Deposition Tr., pg. 15). In 2007, Ronald Bulger was selling
　　methadone in a parking lot (Landry Deposition Tr., pg. 9).

26
27
28

1    disorder, possible bipolar disorder, and chronic pain associated with disabling rheumatoid

2    arthritis.   These conditions were evaluated and diagnosed by the health care providers that

3    observed Ms. Bulger contemporaneously.   Dr. Kruszewski summarily dismisses Mr. Bulger's

4    confirmed diagnoses and attributes her symptoms to Neurontin, when the evidence establishes

5    otherwise.   Ms. Bulger also suffered from multiple severe life stresses including severe marital

6    discord, physical and mental abuse by her spouse, and severe financial problems.

7

8    Susan Bulger Did Not Have Neurontin-Induced Side Effects

9        There is no evidence in the contemporaneous medical records of Ms. Bulger's health care

10   professionals who observed her while she was taking Neurontin from June 24, 2002 until July

11   12, 2004 that she had any significant side effects from Neurontin including suicidal ideation and

12   suicide attempts.   In fact, the descriptions of the effects of Neurontin on Ms. Bulger are quite the

13   opposite: both Dr. Crognale and Dr. Goldman's records reflect the fact that Ms. Bulger was

14   benefiting from taking Neurontin with decreased pain symptoms and some improvement in

15   mood.

16

17   The Neurontin Label Contained Adequate Warnings

18       In his deposition in this case, Dr. Kruszewski opined that there was a "susceptible

19   minority" of individuals who are at risk for suicide when they take Neurontin (pg. 388).

20   Although Dr. Kruszewski cannot identify who is in this "susceptible minority" (pg. 389), he

21   nonetheless believes that a warning should still be given (pg. 386).   As discussed in my General

22   Causation Report, there is no reliable scientific evidence that Neurontin causes or contributes to

23   suicide.   Based on the FDA alert, there is reliable evidence that Neurontin is not associated with

24   an increased risk of suicide.   I have also reviewed the November 5, 2008 Expert Report of Dr.

25   Robert Gibbons.   The pharmacoepidemiologic analysis of patients treated with Neurontin found

26

27

28

1  no evidence of an increased risk of suicide with Neurontin. In fact, in some groups it was

2  actually protective against suicide. In the absence of scientific evidence of increased risk of

3  suicide, there is no basis for Pfizer adding a warning of an increased risk for suicide.

4  Furthermore, as a practicing psychiatrist, it is my opinion to a reasonable degree of medical and

5  scientific certainty that the Neurontin label is sufficient and adequate to apprise physicians of the

6  risks associated with the use of Neurontin.

7

8  Dr. Kruszewski's "Protective Versus Risk Factors for Suicide"

9         On pg. 12 of his report, Dr. Kruszewski listed a number of risk factors and protective

10  factors that Ms. Bulger had for suicide. Dr. Kruszewski ignores numerous risk factors and

11  indicates various protective factors when they are unsupported by the medical records and

12  deposition testimony. For example, Dr. Kruszewski surprisingly omitted Ms. Bulger's four

13  previous suicide attempts including a near-fatal overdose with respiratory and cardiac arrest and

14  driving a car off a cliff. According to a paper by Móscicki, 1997, it is stated that, "Mental and

15  addictive disorders, frequently in co-occurrence, are the most powerful risk factors for suicide in

16  all age groups, accounting for over 90 percent of all completed suicides. In combination with

17  proximal risk factors such as access to firearms or other lethal means, recent and severe stressful

18  life events, and intoxication, they can form the necessary and sufficient conditions for suicide."

19  Susan Bulger suffered from a mental disorder, was abusing and using illicit drugs in the weeks

20  prior to her suicide, had access to lethal means (cord for hanging), and had recent and severe

21  stressful life events, and thus, had the "necessary and sufficient conditions" for suicidal behavior.

22  Susan Bulger also had additional risks for suicide including the discontinuation of her mental

23  health counseling and the many failed and discontinued attempts at detoxification. Her suicide

24

25

26

27

28

23

1    attempts had often been precipitated by fights with her husband (e.g. overdose wrist slashing) or

2    boyfriends (e.g. driving off the cliff).

3         Ms. Bulger did not have easy access to or effective clinical care. She did not seek

4

5    counseling in the last year of her life and had a history of quitting treatment programs before she

6    could receive adequate treatment. Ms. Bulger's skills in problem solving were not good. She

7    would cope with her depression, anxiety, and chronic pain by self-medicating with various

8    substances, most recently in the weeks and days before her suicide. Susan Bulger also did not

9    have a lot of social supports. She had no friends at the time of her suicide and had no support

10   from her mother and father. Her husband forbade her from speaking to her sister for the 5-month

11   period prior to her death because he had overheard her plan to move out. Furthermore, Susan

12

13   Bulger was often hopeless and had experienced many tragic events in her life including the death

14   of her mother in a fire and the untimely death of her brother. I disagree with Dr. Kruszewski that

15   raising her children was a protective factor for Ms. Bulger against suicide. Ms. Bulger had had

16   miscarriages because she was abusing drugs, had made a suicide attempt while her son, Ronald

17   Jr., was home and the Department of Social Services had taken her child away from her.

18

19   Finally, she also suffered from unrelenting chronic pain, a condition with a high suicide rate.

20

21   <u>Dr. Kruszewski's Theory That Susan Bulger's Taking Neurontin 45-60 minutes Prior To Her</u>

22   <u>Death Caused Her To Commit Suicide</u>

23        In his report and at his deposition, Dr. Kruszewski opined that the four Neurontin pills

24

25   (1200 mg) that Susan Bulger took on the evening of her suicide contributed to her death. This is

26   simply implausible. This does not explain the more than 2 years of chronic Neurontin treatment

27   that Ms. Bulger had without any evidence of suicidal thinking or suicide attempts or the fact that

28

1  at one time she was taking 2700 mg/day of Neurontin without making a suicide attempt.

2  Furthermore, she may have killed herself within 20 minutes of taking the Neurontin, or she may

3  have made the decision to commit suicide in less than 20 minutes after ingesting the Neurontin

4  
5  (Boyer Expert Report). In any case, very little Neurontin – certainly not a clinically relevant

6  amount - would have been absorbed into her body after only 20-45 minutes. Following oral

7  administration of Neurontin, peak plasma concentrations are not observed until 2 to 3 hours. In

8  addition, the previous day's dose of Neurontin would have been almost completely gone given

9  Neurontin's elimination half-life averages 5 to 7 hours in subjects with normal renal function.

10     In summary, Dr. Kruszewski's report does not provide a reliable scientific basis for

11  concluding that Neurontin is associated with an increased risk of suicide or suicidality, or that

12  
13  Neurontin caused or contributed to Susan Bulger's suicide.

14              **Dr. Maris' s Report of 07/18/08 on Specific Causation**

15     In his report, Dr. Maris opines that the Neurontin contributed to Susan Bulger's suicide

16  through Neurontin-induced "Ego-dystonia, Worsened depression, De Novo hopelessness,

17  Behavioral changes, and De Novo suicidality" (pg. 21). Dr. Maris incorrectly attributes the

18  
19  symptoms of Ms. Bulger's psychiatric illnesses to Neurontin.

20  Ego-dystonia or Ego-dystonic Behavior

21     In his discussion regarding Ego-dystonia Dr. Maris quotes literature in which authors are

22  speculating as to hypotheses regarding possible associations between the antidepressant, Prozac,

23  and suicidal ideation. Not withstanding that there is no reliable scientific evidence that Prozac

24  causes suicide in adults and that "ego-dystonia" is just a speculative hypothesis, Neurontin is not

25  
26  an antidepressant, and its chemical structure and mechanism of action are completely different

27  from Prozac. As discussed above, there is no evidence in the contemporaneous medical records

28  

25

of Ms. Bulger's health care professionals who observed her while she was taking Neurontin that she had any significant side effects from Neurontin including suicidal ideation and suicide attempts.

Worsened Depression

In his report, Dr. Maris opines that treatment with Neurontin worsened Susan Bulger's depressive disorder.   However, the depressive symptoms that Ms. Bulger had after taking Neurontin were no different in quality or severity from the depressive symptoms she had before she took Neurontin.   Dr. Maris also states in his report that "Susan Bulger had serious depression off and on her whole life, but she managed to cope with it until Neurontin was added" (pg. 22). Ms. Bulger's contemporaneous medical records and the deposition testimony of her health care professionals belie this assertion. Ms. Bulger was not able to cope with her depression prior to taking Neurontin. She had made 4 suicide attempts, including one where she had a cardiac and respiratory arrest, she had a serious problem with substance abuse and self-medication, and she had numerous psychiatric hospitalizations. Furthermore, as discussed above, Ms. Bulger's medical records do not indicate any worsening symptoms of depression while she was taking Neurontin.

De Novo Hopelessness and Behavioral Changes

Dr. Maris argues in his report that Susan Bulger developed "De Novo Hopelessness" and "Behavioral Changes after taking Neurontin". As discussed above, Ms. Bulger had a long history of feeling hopeless (with 4 suicide attempts) before she ever took Neurontin, and there is no evidence in the contemporaneous medical records of Ms. Bulger's health care professionals who observed her while she was taking Neurontin from June 24, 2002 until July 12, 2004 that she had any worsening feelings of hopelessness or behavioral changes.   The descriptions of the

1    effects of Neurontin on Ms. Bulger as seen in both Dr. Crognale and Dr. Goldman's records

2    reflect the fact that Ms. Bulger was benefiting from taking Neurontin with decreased pain

3    symptoms and some improvement in mood.

4    De Novo Suicidality

5

6      In his report, Dr. Maris opines that Susan Bulger developed "de novo suicidality" and

7    cites as "evidence" an article by Teicher et al., 1990. The Teicher article is a series of case

8    reports which, as discussed above and in my General Causation Report, cannot be used to prove

9    causation. Furthermore, the Teicher article is about Prozac, an antidepressant, and not

10    Neurontin. Susan Bulger did not develop "De Novo Suicidality" while taking Neurontin. She

11    had taken Neurontin for more than two years without any evidence of suicidal ideation or

12    making a suicide attempt. This is in contrast to the four suicide attempts she had made prior to

13    taking Neurontin.

14

15    Dr. Maris's Assessment of Susan Bulger's Risk Factors For Suicide

16

17

18      In his report, Dr. Maris states that "Susan Bulger was a high moderate risk for suicide,

19    absent gabapentin (Neurontin) ingestion." (pg. 28) and goes on to opine that this is obviously not

20    the best "Neurontin-causing-suicide-case" he has ever investigated (pg. 28). Yet, inexplicably,

21    he concludes that "Neurontin was a substantial contributing factor in Susan Bulger's suicide"

22

23    (pg. 28). As discussed above, Susan Bulger had many risk factors and few protective factors for

24    suicide.

25

26      In summary, Dr. Maris's report does not provide a reliable scientific basis for concluding

27    that Neurontin is associated with an increased risk of suicide or suicidality, or that Neurontin

28    caused or contributed to Susan Bulger's suicide.

27

**CONCLUSION**

Susan Bulger's suicide was the unfortunate outcome of her psychiatric and medical illnesses, which included symptoms of suicidal ideation, suicide attempts, substance abuse, depression, anxiety, hopelessness, panic disorder, posttraumatic stress disorder, borderline personality disorder, psychogenic pain disorder, possible bipolar disorder, and chronic pain associated with disabling rheumatoid arthritis, compounded by numerous severe, unabated life stressors from which she could not escape.   Neurontin did not cause or contribute to her suicide. Ms. Bulger's co-morbid psychiatric conditions, the numerous severe stressors in her life, her desire to escape from an abusive husband and a life of drug addiction and pain, and her diminished ability to cope caused her to consider suicide as the only solution to her otherwise intolerable situation.

My opinions expressed in this report are to a reasonable degree of medical and scientific certainty.

I reserve the right to amend or supplement this report based on additional material that becomes available, including Plaintiff's Expert Testimony and the reports and materials considered by other designated Experts.

The bases for my opinion are as follows:

1. My own professional clinical experience, education and training in Psychiatry and Psychopharmacology and the use of Neurontin in patients with bipolar disorder, anxiety, social phobia, and chronic pain, as well as the literature and materials I have reviewed related to Neurontin, including the references in this report on the attached list.

2.   Qualifications: A copy of my most current curriculum vitae is attached as Exhibit A

28

1   which contains all of my articles that were published in the last ten years.

2   Compensation:  I charge $450.00 per hour for time spent on this case.

3       Cases in which I have served as an expert and have testified at trial or have given a

4   deposition in the last four years:

5       2008:

6       2008:

7       MDL Litigation In re:  Neurontin Marketing, Sales Practices, and Products Liability

8           Litigation (Federal Court – Massachusetts) Case No: 04-10981, Deposition:

9           January 15, 2008

10      Knipe v. GlaxoSmithKline, (Federal Court – Eastern District of Pennsylvania),

11          Case No: 2:06-CV-3024 RB,  Deposition:  April 18, 2008

12

13      MDL Litigation In re:  Neurontin Marketing, Sales Practices, and Products Liability

14          Litigation (Federal Court – Massachusetts) Case No: 04-10981, Testimony at

15          Daubert Hearing, July 23, 2008

16      Wahl v. McNaughton et al., (State Court – Ohio) Case No: 07-CV 002722,

17          Deposition:  October 10, 2008

18

19      Wahl v. McNaughton et al., (State Court – Ohio) Case No: 07-CV 002722,

20          Testimony at trial:  October 30, 2008

21      2007:

22      Tucker v. GlaxoSmithKline, (Federal Court – Southern District of Indiana)

23          Deposition:  January 12, 2007

24      Griffith v. Goldman, (State Court – New Jersey)

25          Deposition:  January 19, 2007

26

27      Sherman v. Chapman, (State Court – New Hampshire)

28

29

Deposition:  March 5, 2007

Molnar v. Kaiser Permanente (State Court – Ohio)

Deposition:  May 3, 2007

Inyang v. Orvin et al., (State Court – Massachusetts)

Testimony at trial:  October 12, 2007

Meloche (Jamara) v. March et al., (State Court – Massachusetts)

Testimony at trial:  October 18, 2007

Infosint v. Lundbeck and Forest Laboratories (Federal Court – New York)

Deposition:  November 9, 2007

2006:

Forest Laboratories, Inc. and H. Lundbeck A/S v. Ivax Pharmaceuticals, Inc., et al,

Testimony at trial (Federal Court – District of Delaware), March 27, 2006

Aron v. Laage, Testimony at trial, Cambridge Superior Court (State Court –

Massachusetts),  June 8, 2006

Hudson v. Joseph, Testimony at trial, Lawrence Superior Court (State Court –

Massachusetts),  June 26, 2006

Miller v. GlaxoSmithKline,  (Federal court – Northern District of Oklahoma),

Deposition:  November 30, 2006

2005:

MDL Litigation In Re Paxil, (Federal Court – California),  Deposition: February 18, 2005

Forest Laboratories, Inc. and H. Lundbeck A/S v. Ivax Pharmaceuticals, Inc., et al,

(Federal Court – District of Delaware),  Deposition : March 4, 2005

Baxter v. Eli Lilly and Company (Federal Court – Alabama), Deposition: August 9, 2005

Krygowski vs. Armbrust (State Court – Massachusetts), Testimony at trial:

December 15, 2005

<u>2004 :</u>

None

## <u>MATERIALS CONSIDERED</u>

1. I incorporate all the materials listed in my General Causation Report of December 19, 2007 and the Supplemental List.

2. Mosciki EK. Identification of suicide risk factors using epidemiologic studies. Psychiatr Clin North Am 1997; 20:499-517.

3. Expert Report of Dr. Robert Gibbons, November 5, 2008.

4. Expert Report of Dr. Edward Boyer, November 10, 2008.

5. Transcript of FDA Advisory Committee Hearing, July 10, 2008.

November 10, 2008

Anthony J. Rothschild, M.D.                    Date

31