UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------ x

THIS DOCUMENT RELATES TO:

*Smith v. Pfizer Inc., et al., 1:05-cv-11515-PBS*

------------------------------------------------ x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin

## DECLARATION OF SCOTT W. SAYLER, ESQ.
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Scott W. Sayler, declare and state as follows:

1.      I am a partner with the law firm of Shook, Hardy & Bacon LLP, counsel of record for Pfizer Inc. and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts from the Deposition of Dr. James R. Cato, M.D. (June 29, 2007).

3.      Attached as **Exhibit 2** is a true and correct copy of excerpts from the Deposition of Michael Trimble (Sept. 2 & 3, 2008).

4.      Attached as **Exhibit 3** is a true and correct copy of excerpts from the Deposition of Ronald William Maris (Sept. 29-Oct. 1, 2008).

5.      Attached as **Exhibit 4** is a true and correct copy of excerpts from the Deposition of Ruth Smith (Apr. 12, 2007).

6.      Attached as **Exhibit 5** is a true and correct copy of excerpts from the Deposition of Paul McCombs, M.D. (June 8, 2007).

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from the Deposition of Danny Satterfield (Feb. 7, 2008).

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from the Deposition of Edward Mackey, M.D. (May 23, 2007).

9. Attached as **Exhibit 8** is a true and correct copy of Plaintiff's Response to Defendants' First Set of Interrogatories.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts from the Deposition of Pamela Krancer (June 8, 2007).

11. Attached as **Exhibit 10** is a true and correct copy of excerpts from the Deposition of Chris Wood (June 7, 2007).

12. Attached as **Exhibit 11** is a true and correct copy of the Expert Report of Robert P. Granacher, M.D. (Nov. 10, 2008).

13. Attached as **Exhibit 12** is a true and correct copy of the Expert Report of Douglas G. Jacobs, M.D. (Nov. 10, 2008).

14. Attached as **Exhibit 13** is a true and correct copy of excerpts of the medical records of Paul McCombs, M.D. for Mr. Richard Smith (May 5, 2003).

15. Attached as **Exhibit 14** is a true and correct copy of excerpts of DORLAND'S ILLUSTRATED MEDICAL DICTIONARY (30th ed. 2003).

16. Attached as **Exhibit 15** is a true and correct copy of excerpts of the Motion for Summary Judgment and Motion to Dismiss Fraud Claims Hearing Transcript (Oct. 20, 2008).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2009, in Kansas City, Missouri.

_____
**Scott W. Sayler, Esq.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 23, 2008.

      /s/ David B. Chaffin
      David B. Chaffin