# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:  NEURONTIN MARKETING, SALES )
PRACTICES AND PRODUCTS LIABILITY   )
LITIGATION                         )
                                   )
_____    )
                                   )
                                   )
                                   )
                                   )  CASE NO.
                                   )  04-10981
THIS DOCUMENT RELATES TO:          )
                                   )
RUTH SMITH, Individually and as    )
Widow for the use and benefit of   )
herself and the next of kin of     )
Richard Smith, deceased.           )
                                   )
05-CV-11515                        )
                                   )


        VIDEOTAPED DEPOSITION OF

        JAMES R. CATO, M.D.

        Taken on Behalf of the Defendant

        June 29, 2006

1 APPEARANCES:
2 For the Plaintiff:
3    KENNETH S. SOH
     Lanier Law Firm
4    6810 F.M. 1960 West
     Houston, Texas 77069
5    713.659.5200
     713.659.6416
6    wml@lanierlawfirm.com
     kss@lanierlawfirm.com
7
8 For the Defendant:
9    CEDRIC E. EVANS
     Clark, Thomas & Winters
10   P.O. Box 1148
     Austin, Texas 78767
11   512.472.8800
     512.474.1129
12   kjf@ctw.com
     cee@ctw.com
13
14 Also Present: Sheldon Singh, Videographer
           Wes Henry, Videographer
15
16
17
18
19
20
21
22
23
24
25

---

1
2      The videotaped deposition of JAMES R.
3 CATO, M.D., taken on behalf of the Defendant, on
4 the 29th day of June, 2007, in the offices of
5 Heritage Medical Associates, 2325 Crestmoor Road,
6 Nashville, Tennessee, for all purposes under the
7 Federal Rules of Civil Procedure.
8      The formalities as to notice,
9 caption, certificate, et cetera, are waived. All
10 objections, except as to the form of the
11 questions, are reserved to the hearing.
12     It is agreed that Elisabeth A.
13 Miller, being a Notary Public and Court Reporter
14 for the State of Tennessee, may swear the witness,
15 and that the reading and signing of the completed
16 deposition by the witness are waived.
17
18
19
20          * * *
21
22
23
24
25

---

1          INDEX
2 WITNESS: JAMES R. CATO
3      INDEX OF EXAMINATIONS
4          Page/Line
5 By Mr. Evans ........................ 5  10
6 By Mr. Soh .......................... 70  9
7 By Mr. Evans ........................ 84  23
8      INDEX OF EXHIBITS
9          Page/Line
10 No. 1 .............................. 21  10
11 No. 2 Late Filed ................... 85  17
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

1       PROCEEDINGS
2      THE VIDEOGRAPHER: This marks the
3 beginning of Tape 1, Volume 1 in the video
4 deposition of Dr. James Cato. Time on the video
5 monitor is 1314 on June 29, 2007.
6       JAMES R. CATO, M.D.,
7 was called as a witness, and after having been
8 first duly sworn, testified as follows:
9     EXAMINATION
10 BY MR. EVANS:
11 Q.   Dr. Cato, my name is Cedric Evans, and I
12 represent Pfizer and some related entities in a
13 lawsuit that's been filed by a former patient of
14 yours, Richard Smith.
15    I'm here today to take your deposition, to
16 ask you questions about your care and treatment of
17 Mr. Smith. Do you understand that?
18 A.   Yes.
19 Q.   Have you ever been deposed before?
20 A.   Yes.
21 Q.   Approximately how many times?
22 A.   Five.
23 Q.   Okay. All right. So you understand how
24 this process works?
25 A.   Yes.

2 (Pages 2 to 5)

22

1 adult -- adult illness and wellness. We don't do
2 surgery. We don't do children. We basically
3 treat all adult illness that's not kids and not
4 surgery.
5 Q.    And are there --
6 A.    We would be called -- I mean, a lot of
7 people would call us a family doctor. We don't
8 deliver babies, but we do all adult illness.
9 Q.    Okay. And you probably don't refer out as
10 many patients for specialized treatment as a
11 family practice doctor?
12 A.    Having never been one, I don't know, but I
13 don't -- my general impression is we probably
14 don't.
15 Q.    For example, if you had a patient who --
16 who had hypertension, that's something you would
17 treat yourself as opposed to referring to a
18 cardiologist?
19 A.    That's exactly right. Exactly.
20 Q.    Now, obviously there are instances where
21 you -- where you do refer a patient out for
22 specialized treatment?
23 A.    Yes.
24 Q.    All right, Doctor. I want to talk about
25 your -- your medical records as they relate to --

23

1 to Mr. Smith. Now, you were Mr. Smith's primary
2 care physician from about 1989 --
3 A.    Yes.
4 Q.    -- until the time of his death in May of
5 2004?
6 A.    Yes.
7 Q.    And do you have a specific recollection of
8 Mr. Smith as you sit here today?
9 A.    Yeah, I know him well. I saw him I don't
10 know how many times but a lot of times over the
11 years. He was a, you know, good guy, nice guy,
12 good patient.
13 Q.    Now, did you have a -- you didn't have any
14 sort of a personal relationship with him beyond
15 your physician-patient relationship?
16 A.    No.
17 Q.    Now, would it be fair to say -- and this,
18 you know, unfortunately that Mr. Smith suffered
19 from a number of debilitating and painful joint,
20 back, and prostate problems during the time that
21 you treated him?
22 A.    Yes.
23 Q.    And you, in addition to treating him
24 yourself, referred him to other physicians;
25 orthopedic surgeons, neurologists, urologists to

24

1 assist you with treating those problems?
2 A.    Yes.
3 Q.    Now, one of the problems that you treated
4 Mr. Smith for in 1989 was his pelvic pain?
5 A.    Yes, I remember that.
6       MR. SOH: You said '89?
7       MR. EVANS: 1989, yeah.
8       MR. SOH: Okay.
9       THE WITNESS: I did not remember it
10 until I reviewed the record.
11 BY MR. EVANS:
12 Q.    And what was the nature of his pelvic pain
13 at that time? And that would have been in
14 November of 1989, right?
15 A.    Yes. He had prostatitis at that point,
16 November 8, 1989.
17 Q.    And what is prostatitis?
18 A.    Infection of the prostate gland.
19 Q.    And was he in any discomfort due to
20 that -- his prostate problems?
21 A.    I'm sorry?
22 Q.    Was he in any discomfort due to --
23 A.    Yes, he had -- he had discomfort with
24 pelvic pain, some trouble emptying his bladder.
25 And also a month later in December had kind of

25

1 some pain over his pubic bone.
2 Q.    And was that separate and distinct from
3 the prostatitis?
4 A.    Well, it was not -- it wasn't absolutely
5 clear. It wasn't absolutely clear. We did a bone
6 scan thinking, well, does he have something going
7 on with the bone in his pelvis, and the bone scan
8 was negative, so we presumed there wasn't anything
9 to do with the bone.
10 Q.    And did you -- what did you do to treat
11 him for the prostatitis?
12 A.    Gave him antibiotics. And then eventually
13 he ended up seeing a urologist and had surgery.
14 Q.    Which neurologist was -- urologist --
15 A.    Urologist.
16 Q.    -- was that?
17 A.    I think it was a doctor named Dr. Tom
18 Nesbitt.
19 Q.    And that prostate surgery, was that in
20 January of 1990?
21 A.    Yes. I don't think I referred him. I
22 think he had either seen him previously or
23 self-referred. I'm not -- I don't -- I don't
24 recollect, and it's not clear in the chart.
25 Q.    Now -- and -- and that -- that prostate

26

1 surgery is noted in your chart as having occurred
2 in -- it's on an April 11, 1990, visit --
3 A.    Right.
4 Q.    -- where you note that the surgery
5 occurred in January?
6 A.    Right.
7 Q.    Okay. On that -- that visit on April 11,
8 1990, was -- was Mr. Smith complaining of any
9 other problems?
10 A.    Let's see. He had never gotten his
11 strength back. He also had hurt his back in
12 February and was on some medication for that.
13 Q.    And what -- what -- Ansaid is the
14 medication for that?
15 A.    Ansaid is a -- it's not used much anymore.
16 I'm not even sure it's still on the market.
17 It's -- it's basically comparable to ibuprofen or
18 Naprosyn which are anti-inflammatory drugs that
19 are over the counter now.
20 Q.    And was he having some -- some stomach
21 problems due to his use of Ansaid?
22 A.    Gosh, I don't -- yeah, he was -- upper
23 abdominal burning. I didn't -- I didn't make that
24 association, but -- but that certainly is a
25 reasonable assumption.

27

1 Q.    All right. Well, under -- if you look
2 here under your -- in that note from April 11,
3 1990.
4 A.    Oh, yeah. I'm sorry.
5 Q.    That's okay.
6 A.    18 years ago is hard to remember.
7 Q.    That's all right. You said you suspect
8 acid peptic symptom secondary to Ansaid?
9 A.    Right.
10 Q.    Okay. Is -- is that an unfortunate side
11 effect that often occurs with the use of a -- is
12 that a nonsteroidal anti-inflammatory?
13 A.    Right. It's -- that's exactly what it is.
14 That's a common side effect.
15 Q.    All right. Now, through -- I'm going to
16 kind of lump some things here together because I
17 don't want to have to go through note by note your
18 entire medical chart.
19       But through 1990-1991, Mr. Smith also
20 complained of jaw pain, correct?
21 A.    Let's see. Yeah, July 1990 it looks like
22 he did.
23 Q.    And into -- if we go into your May 20,
24 1991, note, he was still complaining of some --
25 some discomfort in his jaw?

28

1 A.    Let's see. You're exactly right.
2 Q.    Did he -- did you do anything to treat his
3 jaw pain?
4 A.    He had -- he apparently -- he saw
5 Clyde Alley, who was an ENT guy who apparently
6 didn't -- he told me he saw him, and no problems
7 identified. So treat him with steroids the first
8 time.
9 Q.    What kind of steroids did you treat him
10 with?
11 A.    Medrol dose pack which is a tapering dose,
12 six-day steroid taper.
13 Q.    Now, also on that -- that May 20, 1991,
14 visit, Mr. Smith also complained of shoulder and
15 hip pain; is that right?
16 A.    Let's see. No, I don't see that.
17 Q.    It's under physical exam.
18 A.    Oh, yeah. Okay. Over there. That --
19 he -- I didn't actually write it down that he was
20 complaining of that. But he had some decreased
21 range of motion in his shoulder and left hip.
22 Q.    Okay. And you just noted that --
23 A.    Right.
24 Q.    -- as something you found on physical
25 exam?

29

1 A.    Right.
2 Q.    You didn't do anything to treat him for
3 that at that time?
4 A.    No, did not.
5 Q.    All right. Now, it looks like also on
6 that note there's some talk of having hernia
7 surgery the next week?
8 A.    That's right.
9 Q.    What is -- what is a hernia?
10 A.    A hernia is a weakening of the lower
11 abdominal wall in the groin area, and it's fairly
12 easily repaired.
13 Q.    What sort of problems does it cause?
14 A.    Mainly pain, localized pain in the groin.
15 Q.    All right.
16 A.    Pain and swelling.
17 Q.    And did he, in fact, have that surgery?
18 A.    Yes.
19 Q.    Okay. And I'm going to jump around just a
20 little bit. If we look at October 18 of 1993.
21 A.    Right.
22 Q.    Mr. Smith was complaining of swelling in
23 his hands and ankles, correct?
24 A.    Correct.
25 Q.    Okay. And he was also complaining of

8 (Pages 26 to 29)

50

1 to see him?
2 A.    Right.
3 Q.    Okay.  Why would you have needed to see
4 him in that instance?
5 A.    Just to try to figure out -- that -- that
6 was a new symptom, and I don't usually try to
7 treat those people over the --
8 Q.    Okay.  All right.  He had not previously
9 discussed the --
10 A.    Right.
11 Q.    -- pain in the legs and back so --
12 A.    That's exactly right.
13 Q.    Okay.  And you did, in fact, see him, it
14 looks like, in February of 2003?
15 A.    Yeah, February 18.
16 Q.    And there he complained of joint pain and
17 back pain?
18 A.    Right.
19 Q.    And you noted some numbness and tingling?
20 A.    Yeah, right.
21 Q.    And what was your assessment?
22 A.    He had already seen the orthopedic guy,
23 and I thought he -- lumbar and leg pain, thought
24 he had either disk problem or spinal stenosis and
25 agreed -- the orthopedic guy had already said he

51

1 needed an MRI, and I agreed with that.
2 Q.    Okay.
3 A.    So we ordered it.
4 Q.    All right.  And -- but you didn't
5 prescribe any medication for him at that time,
6 correct?
7 A.    No -- well, let me -- hold on.
8 Q.    Okay.
9 A.    Let me -- let me look.
10 Q.    All right.
11 A.    Gave him pain medicine only.
12 Q.    What did you give him?
13 A.    Lortab.
14 Q.    What is Lortab?
15 A.    Lortab is hydrocodone with acetaminophen,
16 which is Tylenol.
17 Q.    Okay.  Is that -- is that a narcotic pain
18 medication?
19 A.    Narcotic.
20 Q.    Okay.  Now, looking at -- there's another
21 telephone record February 24th of 2003?
22 A.    February 21st.
23 Q.    24th or 21st?  You might be right.
24 A.    I think it's the 21st.
25 Q.    You think it's the 21st?  Okay.

52

1 A.    Right.
2 Q.    All right.  And there it says,
3 "Hydrocodone not helping, want something
4 stronger."  And then it looks like, "Take two
5 instead of one per Dr. Cato."
6 A.    Right.
7 Q.    So it looks like Mr. Smith or someone
8 from -- from his family called and said that
9 the -- the hydrocodone at the dosage that it was
10 being prescribed was not helping with the -- with
11 his pain; is that fair?
12 A.    Correct.
13 Q.    Okay.  And in terms of, you know, want
14 something stronger, would there be anything
15 stronger that you could prescribe for pain than
16 hydrocodone?
17 A.    There are stronger medicines, nothing that
18 we could have called in --
19 Q.    Okay.
20 A.    -- over the phone.
21 Q.    There is a letter, it's a March 3rd, 2003,
22 letter from Dr. McCombs to you.
23 A.    What was the date again?
24 Q.    March 3rd of 2003.
25 A.    Correct.

53

1 Q.    Okay.
2 A.    March 13th?
3 Q.    Well, there's two -- March 13th, is that
4 when it is?
5 A.    No, I'm sorry.  Sorry, sorry, sorry, sorry
6 March -- let's see, the 10th of March is the one I
7 have.
8 Q.    You have the 10th of March, and that's
9 from Dr. McCombs?
10 A.    McCombs.
11 Q.    You have one from -- all right.  That's
12 fine.  We'll look at that one.
13         Who is Dr. McCombs?
14 A.    McCombs is a neurosurgeon.
15 Q.    And had you referred Mr. Smith to
16 Dr. McCombs?
17 A.    Actually, I had referred him to Dr. Carl
18 Hampf, and Hampf saw him February 27 of '03.
19 Q.    And do you know how he -- how he came to
20 see Dr. -- Dr. McCombs?
21 A.    I think -- I don't have it written down.
22 My recollection, though, is he was -- Dr. Hampf
23 saw him first, who's also a neurosurgeon, and
24 wanted to do more extensive surgery, and Mr. Smith
25 didn't want to have more extensive surgery, so he

14 (Pages 50 to 53)

54

1 went to see Dr. McCombs on his own.
2 Q.    Okay. And did Dr. McCombs have a
3 different treatment plan for him than Dr. Hampf
4 had proposed?
5 A.    I presume so, but I -- I couldn't speak to
6 the neurosurgical part.
7 Q.    Oh, that's fine.
8        In terms of what information was
9 communicated to you by Dr. McCombs in that
10 March 10th, 2003, letter, what -- what did he have
11 to say with respect to the problems that Mr. Smith
12 was having and his -- his treatment plan?
13 A.    You know, you're right, he did see him
14 March 3rd. This was out of order. He'd saw him
15 March 3rd, thought he ought -- wanted to put him
16 on Vioxx and try steroid injections in his back.
17 That did not work after a week. And he went ahead
18 and decided to operate on him on the 10th.
19 Q.    And what was the operation he was going to
20 do?
21 A.    He said a decompressive lumbar laminectomy
22 and fusion.
23 Q.    Just in layman's terms, what is that?
24 A.    That means cutting away some of the bone
25 around the spine and then freeing up the nerves.

55

1 Q.    Is -- is that a pretty significant
2 surgery?
3 A.    It's a significant surgery.
4 Q.    Okay. And that -- that's a surgery that's
5 generally done under general anesthesia?
6 A.    General anesthesia.
7 Q.    And looking at -- there's a March 11,
8 2003, telephone record.
9 A.    Okay. Let's see. March --
10 Q.    March 11th.
11 A.    Let's see. I have a March 12th.
12 Q.    Well, maybe -- well, you don't see
13 March 11th, huh?
14 A.    What is it?
15 Q.    It says, "Patient calling regarding
16 scheduled -- scheduling his surgery."
17 A.    Let's see. No, I don't have that one, if
18 you can show it to me.
19 Q.    All right. Let me see if I can find it.
20 A.    People have been --
21 Q.    That's the problem with your -- your file
22 has been copied two times now --
23 A.    Yeah.
24 Q.    -- and actually things are not quite in
25 the order they're supposed to be at.

56

1        MR. EVANS: Doctor, can we take a
2 quick break so I can see if I can find this note,
3 and maybe we can look through your file -- file a
4 little bit and see if it's in there.
5        THE VIDEOGRAPHER: Going off the
6 record on Tape No. 1, time on the monitor is 1416.
7        (Brief recess observed.)
8        THE VIDEOGRAPHER: We're coming back
9 onto the record on Tape No. 1. Time on the
10 monitor is 1422.
11        You may proceed, Counselor.
12 BY MR. EVANS:
13 Q.    All right. Doctor, I think what we've --
14 at least I've determined is that that March 11,
15 2003, telephone record is not your record. You --
16 you can't find it in -- in your records, and I
17 don't see it in mine, so we're going to move on
18 from there.
19        Mr. Smith came to see you on May the 15th
20 of 2003, correct?
21 A.    Correct.
22 Q.    And it looks like you note the chief
23 complaint on that day as anxiety/depression?
24 A.    Yeah, he was still having a lot of pain.
25 I thought he was probably depressed afterwards.

57

1 Q.    Do you have any specific recollection of
2 what would have -- you would have noted in him
3 that would have allowed you to come to the
4 conclusion that he was depressed?
5 A.    Oh, I don't specifically recall this
6 visit, but I would suspect his general demeanor.
7 Q.    Okay.
8 A.    He noted he was still having -- he was
9 having pain in his knee and ankles, having a lot
10 of pain still, and I think it was probably just
11 the general impression.
12 Q.    And --
13        MR. SOH: What date are we talking?
14 I'm sorry.
15        MR. EVANS: Sorry, it's May 15, 2003.
16 BY MR. EVANS:
17 Q.    And, Doctor, what -- what was his -- what
18 was Mr. Smith's general demeanor when he had come
19 to see you?
20 A.    You mean this particular visit?
21 Q.    No, just -- no, when -- before this visit.
22 I'm trying -- trying to figure out what you would
23 have seen him in that was different from the
24 previous visits in terms of his -- his overall
25 demeanor.

15 (Pages 54 to 57)

58

1 A.    Oh, Mr. Smith was a really nice man,
2 congenial guy.  He was probably a little bit on
3 the pessimistic side.  Not -- that's not anything
4 bad against him.  It's -- people have their
5 personalities.  And if I had to say anything, it
6 was probably he was a little on the pessimistic
7 side as opposed to the optimistic side.
8 Q.    And so on this visit, would it be fair to
9 say that he was -- he was even, you know, more
10 toward pessimism than he was on -- on his -- in
11 his normal sort of mood?
12 A.    Well, again, I don't -- I don't recollect
13 the exact visit.  But the fact that I thought he
14 had some depression, I -- and I use this A/D as --
15 as kind of my shorthand for depression,
16 anxiety/depression.  We don't often put that in
17 the record because sometimes that's held against
18 people when records are copied.
19 Q.    Right.
20 A.    So I use that as shorthand.
21        But the fact that I put him on Lexapro and
22 a little bit -- a low dose of desipramine, which
23 is a tricyclic, to help him sleep and to help with
24 pain, the fact that I put him on those two drugs
25 makes me think I really thought he was depressed.

59

1 Q.    Right.  You didn't just make an
2 observation that he appeared to be depressed; you
3 actually made a diagnosis of -- of depression?
4 A.    Correct.
5 Q.    Okay.  And you prescribed medications that
6 were intended to treat that depression?
7 A.    Correct.
8 Q.    Okay.  You note here -- then this is after
9 he had undergone the back surgery that we talked
10 about a little earlier, correct?
11 A.    Right.  My notes say he had had it
12 April 1st.
13 Q.    And he was still having, quote, a lot of
14 pain related to that?
15 A.    Correct.
16 Q.    And he also noted some pain in his knees
17 and -- and his ankles?
18 A.    Right.
19 Q.    And you used the words knees, plural, and
20 ankles, plural.  Would that mean that he was
21 having knees -- having pain in both knees and in
22 both ankles?
23 A.    Correct.
24 Q.    And you note here in the impression,
25 postlaminectomy syndrome.  What is that?

60

1 A.    I'm not sure if that's a real disease
2 category, but it's my way of saying, there's a
3 certain percentage of people who have back
4 surgery, the laminectomy meaning the surgery, that
5 don't do well.
6 Q.    All right.
7 A.    Don't do well in the sense of continuing
8 to have pain.
9 Q.    And as we -- we had discussed earlier, and
10 just to make sure we clarify here, this is this
11 May -- May 15, 2003, is where your -- your records
12 indicate that Mr. Smith was -- was on Neurontin?
13 A.    My records -- again, I didn't prescribe
14 it, but I note -- we have a medication list of
15 current medications, and my nurse noted that he
16 was on Neurontin, 600 milligrams.  She put PRN.  I
17 don't know how many times a day that would have
18 been.
19 Q.    PRN is as needed?
20 A.    As needed.
21 Q.    And -- all right.  But you're -- you're --
22 obviously your office note from May 15, 2003,
23 doesn't reflect a prescription for Neurontin,
24 correct?
25 A.    Correct.

61

1 Q.    Okay.  And you --
2 A.    And we don't note it on our office note.
3 We had this special sheet that we -- it's kind of
4 a flow sheet that we noted medicines.
5 Q.    All right.  So as we sit here right now,
6 you do not believe you prescribed Neurontin for
7 Mr. Smith?
8 A.    And we also have another sheet where we
9 put down all prescriptions that we write, and I
10 find no evidence that we wrote any prescriptions
11 for that.
12 Q.    So you do not believe that you prescribed
13 Neurontin?
14 A.    No, I do not.
15 Q.    All right.  He came to see you again on
16 June the 27th of 2003?
17 A.    Correct.
18 Q.    And, again, you note anxiety/depression?
19 A.    Yeah, and I -- but I also said he was
20 doing --
21 Q.    Right.
22 A.    -- doing well.  Overall improved.
23 Q.    Now, were you -- were you referring to the
24 overall improved in terms of his -- his ongoing
25 pain or with respect to the anxiety/depression?

16 (Pages 58 to 61)

62

1 A.     You know, I didn't note that, but I think
2 it's probably more related to the depression.
3 Q.     Okay. And you noted that he was off
4 Lexapro at that time?
5 A.     Yeah, because I had given him samples, and
6 he ran out.
7 Q.     But you still noted that you thought he
8 was suffering from a postlaminectomy syndrome?
9 A.     Yes. But I also noted that he had
10 improved.
11 Q.    All right. He came to -- to see you on --
12 switching to your computer?
13 A.    Switching to the computer.
14 Q.    Okay. All right. January 20th of 2004?
15 A.    Correct.
16 Q.    And he was there for an evaluation, a
17 follow-up evaluation. Was he continuing to
18 complain of pain in his back?
19 A.    Yes.
20 Q.    He was also complaining of pain in his
21 ankles?
22 A.    Correct, from his back to his ankles.
23 Q.    From his back to his ankles? Okay. And
24 also he was complaining of some -- some -- it
25 says, "Having problems with pricking, and back

63

1 knees and ankles hurt." What is that -- pricking,
2 what does that mean?
3 A.     I presume -- I presume that's a form of
4 pain like pins sticking you. I don't remember
5 specifically. That's probably how he described
6 it.
7 Q.     Oh, and let me just ask you this, other
8 than what be -- what would be noted in your chart
9 in terms of Mr. Smith being on Neurontin, do you
10 have any other information about any other times
11 that Mr. Smith would have been taking Neurontin?
12 A.    No.
13 Q.    Okay. All right. What did you do to --
14 to treat him for the -- the problems that he
15 complained about when you saw him on January 20,
16 2004?
17 A.    I said -- I -- the diagnosis was
18 postlaminectomy lumbar, which is the ICD9 code,
19 which is just the disease code. Every disease has
20 a code, but that was my impression. Still having
21 some leg problems, maybe arthritic. Prescribed
22 Bextra, which is a COX-2 inhibitor, which has also
23 been taken off the market.
24 Q.    All right. Looking at your February 23rd,
25 2004, note, it looks like here the chief

64

1 complaints were hypertension, chest tightness.
2 A.     Right.
3 Q.     Left shoulder pain.
4 A.     Right.
5 Q.     He noted, it looks like, in your -- in
6 your history of present illness that, quote, it
7 hurts to move?
8 A.     Right.
9 Q.     Was it your understanding that it -- did
10 that -- did that relate to his shoulder pain?
11 A.    Correct.
12 Q.    Okay. And you also note that he was still
13 having a lot of pain in his back and legs?
14 A.    Right.
15 Q.    And he was actually getting a second
16 opinion. He saw a Dr. Shell and a Dr. Mackey for
17 a second opinion?
18 A.    Correct.
19 Q.    Do you know what the -- what the nature of
20 the second opinion was?
21 A.    Well, I think it was related to the fact
22 that he was still having a lot of problems. He
23 noted he had a myelogram but had not -- didn't
24 have the results of that yet.
25 Q.    Okay. And as I asked you -- I think I

65

1 asked you this about the -- the continued left
2 knee pain. Do -- do you have any recollection of
3 Mr. Smith ever expressing any frustration over the
4 fact that he had undergone back surgery, but yet
5 he was continuing to have back pain and pain
6 radiating down to his legs and ankles?
7 A.     I don't recall specifically. I -- I think
8 the likelihood is he did complain of that, but I
9 don't specifically recall a conversation.
10 Q.    Okay. All right.
11      Now, the -- the hypertension, that was
12 a -- a new complaint?
13 A.    Correct.
14 Q.    Okay. And your note says, "New onset.
15 Some of this is stress related over his," and then
16 it stops.
17 A.    Yeah, I know. I think -- I think I forgot
18 to type back, but I presume -- I can only guess
19 that was related to his back pain. I noted the
20 same thing. And started him on a low dose of
21 antihypertensive because his blood pressure had
22 been up a little bit, first time ever.
23 Q.    And the last time you saw Mr. Smith would
24 have been, what, March 16, 2004?
25 A.    Let's see. Correct.

17 (Pages 62 to 65)