# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
MDL DOCKET NO. 1629

In re: NEURONTIN MARKETING, )
)
SALES PRACTICES AND PRODUCTS )  DEPOSITION UPON
)  ORAL EXAMINATION
LIABILITY LITIGATION.         )        OF
)  RUTH B. SMITH
)
)  V O L U M E   1
)

T R A N S C R I P T of the stenographic notes of JANE LORFING COLWELL, a Certified Shorthand Reporter and Notary Public of the State of New Jersey, taken at the Four Points by Sheraton Newark Airport, 901 Spring Street, Elizabeth, New Jersey, on Thursday, April 12, 2007, commencing at 9:09 a.m.

REPORTING SERVICES ARRANGED THROUGH:
VERITEXT REPORTING COMPANY
25B Vreeland Road, Suite 301
Florham Park, New Jersey 07932

Page 2

```
 1  APPEARANCES:
 2  FINKELSTEIN & PARTNERS, LLP
    436 Robinson Avenue
 3  Newburgh, New York 12550
    (800) LAW-AMPM
 4  BY: ANDREW G. FINKELSTEIN, ESQ.
        afinkelstein@lawampm.com
 5  For the Plaintiffs Smith
 6  CLARK, THOMAS & WINTERS, A PROFESSIONAL
    CORPORATION
 7  300 West 6th Street, 15th Floor
    P.O. Box 1148
 8  Austin, Texas 78767
    (512) 472-8800
 9  BY: KENNETH J. FERGUSON, ESQ.
        kjf@ctw.com
10  For the Defendants Pfizer and Warner-Lambert
11
    ALSO PRESENT:
12
    Daniel McClutchy, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1             I N D E X
 2  WITNESS                            PAGE
 3  RUTH B. SMITH
 4  Direct examination by Mr. Ferguson    5
 5
 6            E X H I B I T S
 7  EXHIBIT    DESCRIPTION             MARKED
 8  1   Copy of Medical Records with     4
        Handwritten Notations
 9
    2   Page from Questionnaire         100
10
    3   Eckerd Rx Advisor               142
11
    4   Letter Written by Dr. Wood      159
12
    5   Copy of Handwritten Note        182
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1       (Exhibit 1, Copy of Medical Records with
 2   Handwritten Notations, marked for
 3   identification.)
 4       THE VIDEOGRAPHER: Good morning. My
 5   name is Daniel McClutchy of Veritext/New Jersey. The
 6   date today is April 12, 2007, and the time is
 7   approximately 9:09 a.m.
 8       This deposition is being held at the
 9   Four Points Sheraton in Elizabeth, New Jersey, 901
10   Spring Street. The caption of this case is In re:
11   Neurontin Marketing, Sales Practices and Products
12   Liability Litigation in the U.S. District Court,
13   District of Massachusetts, Docket No. 1629, Master
14   File No. 04109811. The name of the witness is Ruth
15   B. Smith.
16       At this time the attorneys will identify
17   themselves and the parties they represent, after
18   which our court reporter, Jane Colwell, will swear in
19   the witness and we can proceed.
20       MR. FINKELSTEIN: On behalf of Richard
21   Smith, Ruth Smith, and the Smith family, Andrew
22   Finkelstein, Finkelstein Partners.
23       MR. FERGUSON: Ken Ferguson, Clark,
24   Thomas & Winters, in Austin, Texas, representing
25   Warner-Lambert and Pfizer.
```

Page 5

```
 1  RUTH B. SMITH,
 2      301 Autumn Chase Drive, Nashville, Tennessee
 3      37214, having been first duly sworn, testifies
 4      as follows:
 5  DIRECT EXAMINATION BY MR. FERGUSON:
 6      Q   Would you state your full name, please,
 7  ma'am.
 8      A   Ruth B. Smith.
 9      Q   What is your address?
10      A   301 Autumn Chase Drive, Nashville,
11  Tennessee, ZIP code 37214.
12      Q   Could you give us your date of birth,
13  please.
14      A   Yes.
15      Q   And could you give your Social Security
16  number to us, please.
17
18      Q   Have you ever given a deposition like
19  this before, or is this the first time?
20      A   My first time.
21      Q   And I am sure you talked to your
22  attorney about what will be going on today; correct?
23      A   Yes.
24      Q   I will be asking you some questions
25  regarding your claim against my clients. You
```

Page 110

```
 1        MR. FERGUSON: Sure. April 30 of 2003.
 2    Q    So within a month after the surgery --
 3   about a month after the surgery; right?
 4    A    Yes.
 5    Q    Do you recall your husband being very
 6   concerned because he was continuing with pain a month
 7   or so out from the surgery?
 8    A    I would be concerned myself. And I'm
 9   sure he was concerned.
10    Q    And did he tell you he was concerned?
11    A    He didn't exactly say that words that I
12   recall.
13    Q    On May 2, 2003, there's a note from
14   Dr. McCombs' office indicating they spoke with
15   patient's daughter. Do you know which daughter that
16   would have been who may have called Dr. McCombs'
17   office?
18    A    I actually do not know, to be honest,
19   which doctor -- I mean which daughter. I've got four
20   at the time, so I don't know.
21    Q    Sure. And did some of the -- your four
22   daughters take more of a -- become more involved in
23   your husband's care as opposed to others?
24    A    No.
25    Q    So they were all obviously all
```

Page 111

```
 1   interested, but --
 2    A    Sure.
 3    Q    -- but you can't say which one you think
 4   was more likely to have called?
 5    A    That's correct.
 6    Q    And the comment here says, "spoke with
 7   patient's daughter. States patient wishes he could
 8   die because of pain and depression."
 9        Did you ever have any discussion with
10   any of your daughters regarding the fact that they
11   believed that your husband wishes he could die
12   because of pain and depression?
13    A    He never did express that to me, but
14   evidently he did to the girls at times. I am not
15   aware of it, not actually.
16    Q    And you said he never expressed that to
17   you; correct?
18    A    Not that I could die.
19    Q    What -- did he make any expression to
20   you of concern about not wanting to go on because of
21   the pain, anything like that?
22    A    No.
23        MR. FINKELSTEIN: At any time?
24        MR. FERGUSON: Well, let's focus on this
25   May 2, 2003, period.
```

Page 112

```
 1    Q    Did he tell you that then, let's say in
 2   the month or so following the surgery on his back,
 3   did he ever say "I just can't go on like this"?
 4   Anything like that?
 5    A    I don't recall if he did.
 6    Q    Have you ever had conversations with
 7   your daughters at any time up to the present in which
 8   any of them indicated to you that he had told them
 9   that he said he wishes he could die or couldn't go on
10   because of the pain?
11    A    Well, Ken, there's a lot of conversation
12   that goes on. I don't recall.
13    Q    There's a note from May the 5th of 2003
14   from Dr. McCombs indicating your husband actually
15   went to see him on that day, and Dr. McCombs noted he
16   developed new symptoms of increased leg pain.
17        Do you recall in this early May time
18   period that he was reporting having increased leg
19   pain?
20    A    The pain just went on so much that I
21   don't recall any specific stuff.
22    Q    On this visit, according to Dr. McCombs'
23   note, it says he was given a prescription for two
24   medications, including one called Neurontin. Were
25   you present at that appointment where Dr. McCombs
```

Page 113

```
 1   indicated that he prescribed Neurontin?
 2    A    Yes.
 3    Q    And how did you happen to be along on
 4   that visit?
 5    A    Well, I probably drove the car for him.
 6    Q    During this time period he was unable to
 7   drive on his own?
 8    A    He could, but I just felt like it was
 9   better if I would drive.
10    Q    So did you go in and talk to the doctor,
11   or did you wait in the waiting room for him?
12    A    That's a rather large office. I don't
13   recall when I went -- I may have gone back into just
14   the hall, but not into the room with him.
15    Q    Do you personally recall any discussion
16   that you heard from the doctor regarding the drug
17   Neurontin?
18    A    No, I don't.
19    Q    And same, do you recall any discussion
20   from any of the doctor's office staff on that visit
21   on May 5 of 2003 regarding the drug Neurontin?
22    A    No.
23    Q    Did you have a discussion that day with
24   your husband about a prescription that Dr. McCombs
25   may have given for the drug Neurontin?
```

Page 114

1  A  No.
2  Q  If you get a prescription -- during that
3  time period, if your husband had gotten a
4  prescription, where would he have filled that
5  prescription?
6  A  Eckerd's drugstore.
7  Q  Any particular Eckerd's drugstore?
8  A  On Gallatin, G-A-L-L-A-T-I-N, Road.
9  Q  Does that Eckerd's still exist?
10 A  It does.
11 Q  Is it an Eckerd's still?
12 A  Yes.
13 Q  Hasn't turned into a CVS?
14 A  No, there's one on the other corner,
15 though, and a Walgreens, also.
16 Q  On this visit on May 5 of 2003, assuming
17 your husband was either prescribed or given
18 Neurontin, you didn't know anything about it?
19 A  No.
20 Q  Did you personally ever -- and I am
21 going -- fast forwarding here ahead until the time of
22 his death -- did you ever have any discussion with
23 your husband at all about the drug Neurontin?
24 A  No.
25 Q  Were you ever aware during his lifetime

Page 115

1  that he had been on a drug called Neurontin?
2  A  During his lifetime?
3  Q  Yes, ma'am.
4  A  No.
5  Q  So you know we are here talking about a
6  case that involves the drug Neurontin.
7  A  Right.
8  Q  But the first time you ever even knew
9  your husband had ever taken Neurontin was sometime
10 after his death; is that accurate?
11 A  Oh, I knew he was on Neurontin before
12 his death, but I didn't know anything about the drug.
13      MR. FINKELSTEIN: He's simply asking
14 your awareness that he was taking it.
15      THE WITNESS: He was taking or wasn't?
16      MR. FINKELSTEIN: Was taking it at any
17 time.
18      THE WITNESS: Yes.
19 Q  Let me be clear.
20 A  Okay.
21 Q  When did you become aware -- and I am
22 not saying you know anything about the drug Neurontin
23 or knew anything -- but when did you become aware
24 that he was taking a medication called Neurontin?
25 A  That I was aware that he was taking a

Page 116

1  medication called Neurontin? When did I become aware
2  of that?
3  Q  Yes.
4  A  Well, I became aware of it when I picked
5  up the prescription for him.
6  Q  All right. And when was that?
7  A  March the 9th. We are not up to that
8  yet, are you, of 2004?
9  Q  No, we are not -- I am fast forwarding
10 here so just -- so on March 9 of 2004 you became
11 aware that he was on a drug called Neurontin because
12 you physically went and picked up the prescription
13 for him?
14 A  I did.
15 Q  If he had ever been on the drug
16 Neurontin before March 9 of 2004, is it fair to say
17 you weren't aware of it at that time?
18 A  Yes.
19 Q  Again, focusing back on the May 5 of
20 2003 visit that you drove him to when he saw
21 Dr. McCombs, even if he didn't use the name of the
22 drug Neurontin, did he say he was on any new
23 medications or Dr. McCombs had prescribed any new
24 medications for him when you talked to him on that
25 day?

Page 117

1  A  When I talked to whom?
2  Q  When you talked to Richard, did he tell
3  you he was on any new medications?
4  A  No.
5  Q  And I understand he was on a number of
6  medications over the years.
7  A  Yes.
8  Q  And you all probably didn't discuss each
9  one.
10 A  No.
11 Q  But I am just trying to focus on whether
12 there was any conversation regarding Neurontin or a
13 new medication he was on back on May 5 of 2003. You
14 don't recall that?
15 A  I don't recall him being on one.
16 Q  It appears that your husband went to see
17 Dr. Cato, your primary care physician, on May 15 of
18 2003. Do you know if you would have driven him to
19 that appointment or gone along with him on that
20 appointment?
21 A  I don't recall. I could have. I don't
22 recall.
23 Q  In that record, Dr. Cato -- is Dr. Cato
24 a physician who has known -- knew Richard for a
25 number of years?

1  Q    Did he then get up and say, "Come with
2  me. I am going to write a prescription." Or did he
3  just get up and walked out?
4  A    He just walked out.
5  Q    Cindy initially followed him?
6  A    Yes.
7  Q    And did you follow, then -- follow
8  Cindy?
9  A    I decided I needed to get up and go out
10 and see what was going on. That's when he was
11 writing a prescription.
12 Q    Then did Buford and Richard stay in the
13 examining room?
14 A    Yes.
15 Q    So you went up to a desk or something?
16 A    Where the nurses, you know. It's up
17 high.
18 Q    Did he just pull out a prescription pad
19 and start writing?
20 A    Uh-huh. Some doctors have where they
21 print it off so it can be read very clearly. His was
22 written out.
23 Q    So he physically wrote out a
24 prescription?
25 A    Yes.

Page 131

1  Q    Your recollection is that it was a
2  prescription for Neurontin?
3  A    Yes.
4  Q    Did he say anything about that
5  prescription?
6  A    He didn't even say what it was for, pain
7  or anything, that I recall.
8  Q    He wrote it and handed it to you?
9  A    Cindy.
10 Q    To Cindy?
11 A    Uh-huh.
12 Q    While you were at the desk?
13 A    Yes.
14 Q    Did he say anything?
15 A    No.
16 Q    So he wrote a prescription for
17 Neurontin, handed it to Cindy. You said "strutted
18 off."
19 A    Uh-huh.
20 Q    But he didn't say a word that you can
21 recall?
22 A    No. He just walked off.
23 Q    Did you all have any further
24 conversation with him that day?
25 A    No.

Page 132

1  Q    Did Cindy, to your knowledge, ask anyone
2  in Dr. Mackey's office what this prescription was,
3  what it was for?
4  A    No.
5  Q    Either on March 9 of '04 or shortly
6  thereafter, to your knowledge, did Cindy ever go
7  research what Neurontin was?
8  A    No.
9  Q    Did you?
10 A    No. I had no reason to.
11 Q    Did you all have a computer at home
12 during this period of time?
13 A    Yes.
14 Q    Did you all have an e-mail address?
15 A    I do.
16 Q    Did you back in 2004?
17 A    Yes.
18 Q    And had you for a number of years?
19 A    Yes.
20 Q    I figured you did, but I just have to
21 get it out.
22      Did you ever do any medical research
23 yourself, just looking into issues that you knew
24 Richard had, or looking into medications that he had
25 on the Internet?

Page 133

1  A    No, I didn't.
2  Q    Do you know if your daughters ever did?
3  A    No, they didn't -- far as I know they
4  never did.
5  Q    If they did, they didn't tell you about
6  it?
7  A    Right.
8  Q    In Dr. Mackey's note of that visit on
9  March 9 of 2004, he said that Mr. Smith reported knee
10 pain and worsening bilateral leg pain. No weakness,
11 but it is more radicular type pain, which I think
12 means the radiating down kind of pain. Is that what
13 you recall your husband telling Dr. Mackey?
14 A    I don't recall it, but possibly he did
15 tell him that.
16 Q    That's consistent with the pain you
17 understand he was having at that time.
18 A    Yes.
19 Q    He also says the pain has gotten to the
20 point that he is getting around in a wheelchair.
21      You had mentioned that you all took him
22 up to Dr. Mackey's office in a wheelchair. Was this
23 something he used to get around other places, too?
24 A    No. We just did that because of his
25 pain.

Page 134

1  Q   And was this the first time you had ever
2  put him in a wheelchair to take him somewhere?
3  A   Yes, uh-huh.
4  Q   Whose wheelchair was it?
5  A   It was a hospital wheelchair.
6  Q   So Dr. Mackey indicating that the pain
7  has gotten to the point that he is getting around in
8  a wheelchair is only accurate, as far as you know, in
9  that he was transported to Dr. Mackey's office in a
10 wheelchair?
11 A   Richard didn't want to get a wheelchair.
12 We insisted on it.
13 Q   My question is: Had you all insisted on
14 it any other times in any other situations?
15 A   No.
16 Q   Dr. Mackey indicated his daughter --
17 that would have been Cindy; right?
18 A   Yes.
19 Q   -- raised a concern, though, about
20 whether or not there are some other issues going on,
21 and we are going to go ahead and have him evaluated
22 psychiatrically to make sure there is not a
23 dementia-type issue playing into this as well.
24     What do you recall, as best you can
25 recall, Cindy telling Dr. Mackey?

Page 135

1  A   Well, just what she mentioned there, but
2  that was it. I mean, there was no long discussion.
3  That's all I recall. It was just a short thing
4  there.
5  Q   I am trying to get your recollection of
6  what she said. He says, "His daughter raised a
7  concern, though, about whether or not there are some
8  other issues going on." And that's not very
9  specific. Do you remember what issues she --
10 A   She was referring to his mental
11 condition as far as probably him saying things like
12 you quoted a while ago, that I have so much pain I
13 wish I would die, something like that. And children
14 don't understand that. Not that they are a child,
15 but -- child of a parent.
16 Q   So did she say anything along those
17 lines that day to Dr. Mackey, that she was concerned
18 about his mental state because he had said that he
19 was in so much pain he wanted to die?
20 A   No. That, I don't recall.
21 Q   And Dr. Mackey said in his note, "We are
22 going to go ahead and have him evaluated
23 psychiatrically." Was there any kind of visit with a
24 psychiatrist after this?
25 A   No. Never did.

Page 136

1  Q   Why not?
2  A   Richard did not think that it was
3  necessary. He just -- you know, a lot of people
4  think you are not right, but he didn't act like -- he
5  didn't feel like it was necessary that he go have any
6  evaluation.
7  Q   After this discussion with Dr. Mackey,
8  did you or, to your knowledge, Cindy discuss the
9  possibility of having him evaluated by a
10 psychiatrist?
11 A   Not that I recall. And being the
12 daughter, she probably would not have talked to her
13 father about that.
14 Q   And here's why I am asking that
15 particularly. You said that Richard didn't think
16 that it was necessary to have this kind of
17 evaluation.
18 A   Yeah. He didn't feel like he was crazy.
19 Q   And I am trying to understand what
20 discussion took place that led to him saying I don't
21 think I need to have a psychiatric evaluation.
22 A   That was just probably in the car.
23 Something mentioned.
24 Q   So somebody in the car after this visit
25 with Dr. Mackey may have mentioned the possibility

Page 137

1  that he get evaluated by a psychiatrist or a mental
2  healthcare practitioner?
3  A   That could be, but I am not saying that
4  is actually what took place. I don't recall any of
5  that.
6  Q   Okay. And I understand that. And
7  again, I am not trying to pick on you. I am just
8  trying to make sure I understand what you know.
9  A   I understand.
10 Q   But you do have a recollection that at
11 some point around this visit Richard said he didn't
12 think it was necessary for him to be evaluated by a
13 mental healthcare physician or practitioner?
14     MR. FINKELSTEIN: Objection. I just
15 don't think that accurately categorizes what she
16 said. I think she said over and over again "I don't
17 recall, I don't recall." So --
18 Q   And my question relates to the fact that
19 you said that Richard said he didn't need to be
20 evaluated in this manner. And I am trying to figure
21 out where that came from.
22 A   I would say that he probably said that,
23 but as far as, you know, knowing that, I don't recall
24 that conversation. If there was any. I honestly
25 just don't remember that.

Page 138

1  Q  And Dr. Mackey in his note notes he
2  wanted to make sure there wasn't some dementia-type
3  issue. Had anyone raised that type of issue with
4  Dr. Mackey, that your husband might be having some
5  dementia?
6  A  The only time I heard that mentioned was
7  Cindy mentioned it, and I understand Dr. Mackey did
8  not even know Richard. He didn't know him. He
9  didn't know him. He was just a number, probably.
10 And when you -- he had had tests --
11     MR. FINKELSTEIN: You answered his
12 question.
13     THE WITNESS: Okay.
14 Q  Richard had had -- and I won't count
15 them -- but four or five visits with Dr. Mackey
16 before this one, though; correct?
17 A  I don't know whether they were visits
18 actually with him or whether they went -- he was
19 having those tests run. Whether he saw Dr. Mackey, I
20 do not know that.
21 Q  If his records say Mr. Smith was seen in
22 the office today on February 12, 2004, that would
23 indicate that he saw him that day.
24 A  Right.
25 Q  And on other visits. So whatever the

Page 139

1  records show, Dr. Mackey had met and seen your
2  husband before that day.
3  A  Evidently.
4  Q  So you are in the car. You have some
5  discussions as we have talked. Someone in their hand
6  or pocket has a prescription for Neurontin. Who is
7  holding the prescription for Neurontin? If you know.
8  A  I probably was -- I don't know.
9  Q  Did you all go directly to fill that
10 prescription?
11 A  We did. I left it at the pickup window.
12 I had to go back.
13 Q  At the Eckerd's?
14 A  Yes.
15 Q  Same Eckerd's we talked about earlier?
16 A  Yes.
17 Q  Did you know the pharmacist at that
18 Eckerd's?
19 A  Not personally.
20 Q  Did you have any discussion with the
21 pharmacist -- well, let me ask you this: Did you
22 physically go into the Eckerd's yourself?
23 A  Not -- no. I left it at the pickup
24 window and actually picked it up at the pickup
25 window.

Page 140

1  Q  Pickup window, is that inside or
2  outside?
3  A  Outside. You drive your car through.
4  Q  So it's a drive-through?
5  A  Yes.
6  Q  You dropped it off, left it with someone
7  at the window?
8  A  Yes.
9  Q  Whoever -- some person took the
10 prescription at the window.
11 A  Right.
12 Q  Did you have any conversation with that
13 person about the medication?
14 A  No.
15     MR. FINKELSTEIN: Can we go off the
16 record for a second?
17     MR. FERGUSON: Sure.
18     THE VIDEOGRAPHER: Going to go off the
19 record. The time is 1:29.
20     (Discussion held off the record.)
21     THE VIDEOGRAPHER: We are back on the
22 record. The time is 1:30. This is still tape 3.
23 Q  Your attorney has just handed me a
24 document from Eckerd's, looks like called "Rx
25 Advisor," with your husband's name on it, and I am

Page 141

1  looking for the date, and I'm sure it's there
2  somewhere.
3     MR. FINKELSTEIN: It's on the upper
4  right.
5  Q  And it's dated 3/9/04, the date we have
6  been talking about; correct?
7  A  Uh-huh.
8  Q  Yes?
9  A  Yes.
10 Q  Okay. So you had no conversation with
11 the person at the pickup window regarding the
12 medication -- I'm sorry -- the drop-off window. You
13 then dropped it off. When did you come back and pick
14 the medication up?
15 A  That afternoon. I don't know exactly
16 what time. It was later on that afternoon.
17 Q  When you picked it up, did you go inside
18 or did you pick it up at the outside window?
19 A  Picked it up at the drive-through.
20 Q  When you picked it up, did you have any
21 conversation with the person who handed it to you
22 about the medication?
23 A  No.
24 Q  Did you ask any questions?
25 A  No.

Page 142

1  Q  And was the document that I'll go ahead
2  and -- I won't mark it until we copy it, but we'll
3  call it Exhibit 3 --
4    (Exhibit 3, Eckerd Rx Advisor, marked
5    for identification.)
6  Q  The Exhibit 3, was that attached to the
7  prescription bottle?
8  A  Yes.
9  Q  Did you personally ever review the
10 information that is in Exhibit 3? Did you at any
11 time before your husband took any of the pills in the
12 bottle review this?
13 A  We read the side effects.
14 Q  So did you personally read this, the
15 side effects at least?
16 A  I probably did. I don't recall reading
17 it myself, but Richard is pretty good at reading side
18 effects.
19 Q  You don't recall reading it, but you
20 think Richard's usual practice would be to read it?
21 A  Yes.
22 Q  You didn't see him read this one?
23 A  No.
24 Q  But it was his usual practice; is that
25 fair?

Page 143

1  A  Right.
2  Q  Do you know -- do you have personal
3  knowledge as to whether your husband took this
4  medication, the Neurontin prescription you picked up
5  on March 9 of '04, in the way that the doctor had
6  prescribed it?
7  A  I did know he did that.
8  Q  How do you know that?
9  A  That was just the way he did things, and
10 that's one reason I picked up the prescription that
11 day, make sure he could start it.
12 Q  So you didn't observe him take it each
13 time he took it; correct?
14 A  At this time I can't recall whether I
15 observed him every time, but he usually kept it on
16 the dinette table, and that's where he would take it.
17 Q  But your knowledge about how he normally
18 conducted himself was that he would take it as the
19 doctor prescribed?
20 A  Absolutely.
21 Q  So did he take his first dosage that
22 very day?
23 A  Yes.
24 Q  On March 9?
25 A  Yes.

Page 144

1  Q  Say in the first week after you picked
2  up this prescription when you believe according to
3  his normal practice he was taking the medication as
4  prescribed, did he report any changes in his pain
5  level?
6  A  No.
7  Q  Did he report any other changes,
8  anything else unusual, feelings, moods, et cetera?
9  Again, I am talking about the first week after this.
10 A  No.
11 Q  Did you ever -- kind of fast forwarding
12 here, not to confuse you -- but at any time between
13 March 9, when you picked up this prescription, and
14 the time your husband died, did you have any
15 discussion with him where he was reporting any
16 unusual thoughts or feelings that he in his
17 conversation with you associated with Neurontin, this
18 medication he was taking?
19    MR. FINKELSTEIN: What time frame? I'm
20 sorry.
21    MR. FERGUSON: I was talking about from
22 March 9 of 2004, when she picked up this
23 prescription, up until the time of his death.
24    MR. FINKELSTEIN: Okay.
25 A  I am going to say possibly three weeks,

Page 145

1  and he had never even talked about anything like
2  this. He said -- we sat at the dinette table. We
3  were eating lunch, I think. And he said, "Honey, do
4  you think God would forgive me if I just do away with
5  myself."
6    And I said, "Honey, what on earth are
7  you talking about? Do you realize what a burden that
8  would leave on your family?" Of course I didn't
9  think anything about the connection of Neurontin or
10 the connection with even him maybe being serious,
11 taking his life.
12    And the only other time that I recall
13 was we had left church, and we were going to eat or
14 something, and he looked over at me and he said,
15 "Honey, I don't know what's wrong with me. There's
16 something wrong with my mind. I don't think like I
17 used to." And that's the things that he said to me.
18 And I didn't connect it with Neurontin. I didn't
19 connect it with -- I just thought connecting with his
20 pain that he felt that way.
21 Q  And the two conversations you just told
22 us about, he didn't connect it with Neurontin either.
23 A  No.
24 Q  And I'll come back to these in just a
25 minute, but what I am trying to understand is did you

Page 162

1  tell you that he understood that Neurontin was
2  extremely powerful with numerous side effects? "He"
3  meaning your husband.
4      MR. FINKELSTEIN: Can you read back the
5  question, please?
6      (Record read.)
7  A   Do I ever remember Richard saying that
8  to me?
9  Q   Yes, ma'am.
10 A   No.
11 Q   Then Dr. Wood goes on to say, "Plus it,"
12 referring to Neurontin, "makes me feel weird and
13 isn't helping me."
14     Again, do you recall your husband ever
15 telling you that Neurontin made him feel weird?
16 A   No.
17 Q   Did he ever tell you that he didn't
18 think Neurontin was helping him?
19 A   If he did, I don't remember.
20 Q   Dr. Wood notes in this letter that on
21 this visit with Mr. Smith he didn't joke or have that
22 usual smile he would flash.
23     Was that kind of behavior something that
24 you had noticed as well?
25     MR. FINKELSTEIN: Can you just define

Page 163

1  when you say that kind of behavior for her?
2      MR. FERGUSON: Sure.
3  Q   In the weeks prior to his death did you
4  notice that your husband wasn't joking or smiling as
5  much as he -- as you remembered him doing before?
6  A   Yes. Uh-huh.
7  Q   And can you tell us when you first
8  started noticing that, when in relationship to his
9  death?
10 A   Probably -- I don't know why I would --
11 notice a lot of things. Probably the past, like I
12 said, about three, three to four weeks.
13 Q   Dr. Wood also notes that he had a
14 discussion with your husband about Donna.
15 A   Uh-huh.
16 Q   And noted that obviously your husband
17 was concerned about her health.
18 A   Absolutely.
19 Q   Totally understandable.
20     What day of the week was May 13 of 2004?
21 A   Thursday. Thursday.
22 Q   And where was it that your husband was
23 when he took his own life?
24 A   In the bedroom.
25 Q   And who found him?

Page 164

1  A   I did.
2  Q   What time of day was it that you found
3  him?
4  A   About 5:05 a.m.
5  Q   Let's go to the day before, on May 12.
6  What had your husband done that day?
7  A   On May the 12th?
8  Q   Yes, ma'am, the day before his death.
9  A   Well, he mostly would lay around trying
10 to be out of pain. But we had eaten a bite of lunch,
11 and I was going to go out to what we call
12 Rivergate -- it was about eight miles out from our
13 house -- to pick up a pair of shoes for myself, and I
14 asked him if he would like to go with me. And he
15 said, "No, honey, I don't really feel like it."
16     So I went out there. I came on back
17 home. Around 4:00, 4:30, we ate dinner, and we
18 actually ate leftovers from Sunday, because that was
19 from Cindy and Sherri coming over and having dinner
20 with us. We were sitting there at the table and not
21 a lot of conversation.
22     But I just looked at Richard, and I
23 said, "Honey, are you very hungry?"
24     He said, "No, not really." And he said,
25 "Are you?"

Page 165

1      And I said, "No." And I said, "Well,
2  what are we sitting here eating for?"
3      And after that conversation, he would
4  usually go and lie down again. And he would try to
5  sit up in the den with me and watch television a
6  little bit. And he got to where, well, three or four
7  weeks, it got to where I didn't really -- it was just
8  nervousness. He would pull at his ear, rub his head
9  and just things like that. And it kind of got to
10 where I would say something to him. I'd say,
11 "Honey," I said, "why don't you keep your hands away
12 from your face?" And because he just never been that
13 way. It actually got so bad where I would just sort
14 of try not to look to keep from maybe embarrassing
15 him.
16     So our usual bedtime, he usually would
17 go to bed before I would, because I'm a late night,
18 and he got ready and went on to bed.
19 Q   Can I interrupt you there. Sorry to
20 interrupt you. Try to kind of take it step by step.
21 A   Sure.
22 Q   You said during that day of May 12 that
23 you were going out to Rivergate and asked him if he
24 wanted to go, but he was sitting around trying to be
25 out of pain.

42 (Pages 162 to 165)

Page 166

1   A    Yeah. Laying around. He'd lie around
2 on the sofa a lot.
3   Q    Was that pretty common for him during
4 that time period, meaning the month of May of '04?
5   A    Yeah. Well, actually, in April when he
6 was going through a lot of that, too.
7   Q    This was because he was going through a
8 lot of pain?
9   A    Yes.
10  Q    So you had dinner. Neither of you were
11 very hungry. What time did Richard go to bed?
12  A    Probably about nine.
13  Q    And were you all at that point in
14 different bedrooms?
15  A    Uh-huh.
16  Q    Yes?
17  A    Yes.
18  Q    And where is your bedroom from his?
19  A    My bedroom is -- was adjacent to his.
20 Head of his bed would back up to the -- this room,
21 and my bed was right here. And so -- but that
22 particular night for some reason I went upstairs to
23 sleep. And I don't know whether it was because I --
24 he got up so much during the night with pain and
25 stuff like that, that I felt, well, I'll just go

Page 167

1 upstairs tonight, and I turned the television on up
2 there.
3       MR. FINKELSTEIN: Okay.
4   A    Do you want me to stop there?
5       MR. FINKELSTEIN: I don't know what the
6 question is. You are just talking.
7   A    He was asking me what happened, what
8 time he went to bed.
9       MR. FINKELSTEIN: And you said nine
10 o'clock.
11  A    Nine o'clock.
12  Q    I am trying to understand, there was a
13 downstairs room and upstairs room. I got a little
14 confused there. So in terms of the bedroom where he
15 generally slept, was that upstairs?
16  A    No. It was downstairs.
17  Q    And how about the bedroom where you
18 normally slept?
19  A    Adjacent to his bedroom, downstairs.
20  Q    Obviously downstairs.
21  A    Uh-huh.
22  Q    And I think you were indicating to us
23 that the beds would be sort of against a common wall.
24  A    Uh-huh.
25  Q    Is that right?

Page 168

1   A    Uh-huh.
2       MR. FINKELSTEIN: Yes?
3       THE WITNESS: Yes.
4   Q    But for some reason that evening,
5 evening of May 12, you decided to go upstairs to
6 watch TV. Is that what you were telling us?
7   A    Yes.
8   Q    And what room is upstairs where you
9 watch TV?
10  A    It was over in the far right of the
11 house, and he was away from here.
12  Q    What room -- do you call it a den? What
13 would you call it?
14  A    A bedroom.
15  Q    It's another bedroom?
16  A    Yes.
17  Q    Was it your intention to watch TV for a
18 while up there and then go to sleep in that room?
19  A    Yes.
20  Q    Is that something you would do? Was
21 that usually what you did, slept upstairs? Or did
22 you usually sleep in the bedroom adjacent to his
23 downstairs?
24  A    Usually sleep downstairs adjacent to
25 him.

Page 169

1   Q    How often would you sleep in the
2 upstairs?
3   A    I didn't.
4   Q    Very rarely?
5   A    Very rarely.
6   Q    But you did that night?
7   A    Yes.
8   Q    What time did you go upstairs?
9   A    I don't recall.
10  Q    Was it before or after he went to bed?
11  A    After he went to bed.
12  Q    What was the last conversation that took
13 place before he went to bed?
14  A    Just we kissed each other goodnight.
15  Q    Did you all have any plans for the next
16 day that you discussed?
17  A    Yes.
18  Q    What was that?
19  A    I had a doctor's appointment for him.
20  Q    With what doctor?
21  A    A Dr. Cheng, C-H-E-N-G, I believe, was
22 his name. Joseph Cheng at Vanderbilt University.
23  Q    What kind of doctor was Dr. Cheng?
24  A    He, to my knowledge, was a neurosurgeon,
25 that --