# EXHIBIT 8



Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)

*Accredited CLE Provider*

Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY & NJ)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)

Terry D. Horner (NY)
Robert F. Moson (NY)
Debra J. Reisenman (NY)
Michael T. McGarry (NY)

Steven P. Shultz (NY & I
Julio E. Urrutia (NY & N.
Victoria Lieb Lightcap (N
Ann R. Johnson (NY & C
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie Dusault (NY)
Andrew I. Falk (NY)

Michael O. Gittelsohn, P.C. (NY)
Joel A. Roback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

REFER TO OUR FILE #: 231407-06

August 21, 2006

Davis, Polk, & Wardwell
450 Lexington Avenue
New York, NY 10017

Re: Richard H. Smith, deceased
     Neurontin MDL 1629

Dear Counsellor:

Enclosed please find Plaintiff's Response to Defendants' First Set of Interrogatories and Plaintiff's Response to Defendants' First Request For Production of Documents And Things, and Plaintiff's Supplemental 26(a)(1) Disclosures.

Very truly yours,
Finkelstein & Partners

By: MARSHALL P. RICHER, ESQ.

MPR/mht

Enclosures

Newburgh • Albany • Binghamton • Goshen • Middletown • New Windsor • Nyack • Poughkeepsie • Syracuse • Troy • Utica • Newark

436 ROBINSON AVENUE
NEWBURGH, NY 12550

*Please See* _____ *sted Above*

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

231407-06

------------------------------------------------x

In re: NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------x

THIS DOCUMENT RELATES TO:

RUTH B. SMITH, as Executrix for the Estate of
RICHARD H. SMITH, Deceased

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

05C1311

------------------------------------------------x

## PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Set forth below is Defendants' Template First Interrogatories, Products Liability Plaintiffs' corresponding objections, Magistrate Leo T. Sorokin's directives set forth in Discovery Order No. 2 dated June 19, 2006, pertaining thereto, and Individual Plaintiff's responses.

## OBJECTIONS PERTAINING TO ALL INTERROGATORIES

### (GENERAL OBJECTIONS)

1.  Plaintiff, by his/her attorneys, FINKELSTEIN & PARTNERS, LLP, hereby responds and objects to Defendants' First Set of Interrogatories dated May 8, 2006. These responses and objections are made without in any way waiving or intending to waive, but on the contrary reserving and intending to reserve, the right to object on any additional ground at any time to a demand for further response, and

name and the last known address of any probation, parole, or juvenile officer assigned to any such case.

**RESPONSE TO INTERROGATORY NO. 13:**

Subject to and without waiving the General Objections, Plaintiff objects to Interrogatory No. 13 to the extent it exceeds the requirements of Rule 609 of the Federal Rules of Evidence on the grounds that it exceeds the scope of discovery, seeks irrelevant information not reasonably calculated to lead to the discovery of admissible evidence, and that the burden or expense of the proposed discovery outweighs its likely benefit.

Subject to and without waiving the General Objections and the foregoing specific objections, pursuant to Discovery Order No. 2 dated 6/19/06, Plaintiff will respond to the Interrogatory as propounded except as to juvenile matters.

Subject to and without waiving the General Objections, to the best of Plaintiff's recollection and/or knowledge the decedent was never charged with or convicted of committing any violation of any criminal law, code, or statute.

**INTERROGATORY NO. 14:**

State the name and addresses of witnesses with knowledge of any and all medications (whether prescription or not) or drugs (whether prescription or not) which Plaintiff took orally, by injection, through ingestion, by suppository or by external application at any time during a twenty-year period prior to his/her death. For each prescription, please also state the name of the prescribing health-care professional, the name of the prescription, the prescription dosage, each date that the prescription was prescribed, where the prescription was filled, the reason for the

prescription and whether it was effective at treating the condition for which it was prescribed.

**RESPONSE TO INTERROGATORY NO. 14:**

In addition to the General Objections, the Plaintiff objects to Interrogatory No. 14 on the ground that it seeks information that is overly broad in seeking information regarding medications taken by the Plaintiff "at any time during a twenty year period prior to his/her death." The Plaintiff further objects on the ground that the request for "the names and addresses of witnesses with knowledge of any and all medications" taken by the Plaintiff over the past 20 years is overly broad, unduly burdensome and not capable of being determined. The Plaintiff further objects on the ground that the request seeks information not relevant to this action. The Plaintiff further objects on the ground that Interrogatory No. 14 seeks information largely duplicative of that sought in Document Request No. 1 of Defendants' First Request for Production of Documents and Things since the names and addresses of the health-care professionals who prescribed medication to the Plaintiff will likely be contained in Plaintiff's medical and hospital records, and that the Plaintiff has agreed to respond to Document Request No. 1 as set forth in Plaintiff's Response and Objections to Defendants' First Request for Production of Documents and Things, rendering this Interrogatory largely duplicative and unnecessary.

Subject to and without waiving the General Objections and the foregoing specific objections, Plaintiff will provide the name and address of the health-care professionals who prescribed medication to the Plaintiff, and, pursuant to Discovery Order No. 2, dated 6/19/06, Plaintiff will provide the date ranges for prescriptions of specific drugs, rather than the date of each and every prescription.

Subject to and without waiving the General Objections, to the best of Plaintiff's recollection and/or knowledge and according to pharmacy records the decedent was prescribed the following medications.

The names and addresses of prescribers are as follows:

Dr. Paul R. McCombs at Neurosurgical Associates, 4230 Harding Rd, Suite 303, Nashville, TN 37205;

Dr. Edward S. Mackey Jr. 4230 Harding Rd, Suite 1000, Nashville, TN 37205;

Heritage Medical Associates, 2325 Crestmoore, Nashville, TN 37215, including Dr. James Jones;

Spaulding & Nesbitt Urology Clinic, 345 23rd Ave N, Suite 212, Nashville, TN 37203, including Dr. Tom E. Nesbit;

Tennessee Orthopaedic Alliance, 301 21st Ave N, Nashville, TN 37203, including Dr. Stewart Stowers;

Otolaryngology Associates of Tennessee, 2410 Patterson St, Suite 210, Nashville, TN 37203, including Dr. Mowery;

Baptist Hospital, 2000 Church St, Nashville, TN 37236, including Dr. John Anderson;

Dr. William B. Harwell Jr., 1900 Patterson St, Suite 205, Nashville, TN 37203;

Dr. Michael T. Santi at Colon & rectal Surgery Associates, 240 Patterson St, Suite 201, Nashville, TN 37203;

Dr. James Cato, 222 2nd Ave N, Nashville, TN 37203;

Dr. Thomas Stasko, Vanderbilt Dermatology Clinic, 1301 22nd Ave S, Suite 3903, Nashville, TN 37232;

Dr. Rex Arendall, Neurological Associates, 345 23rd Ave N, Suite 420, Nashville, Tn 37203;

Dr. Daryl Kaswinkel, Loden Vision Center, 907 Rivergato Parkway, Suite C2020, Goodlettsville, TN 37072

Christopher L. Woods, DDS, 1502 17th Ave South, Nashville, TN 37212;

Dr. Edwin Regen, address unknown;

Neurontin
> Dr. Mackey – 300mg/2xs day – 3/9/04

Naproxene
> Dr. Cato – 500mg/2xs day – 6/21/99
> Dr. Stowers – 500mg/2xs day – 8/14/99

Cephalexin
> Dr. Regen – 500mg/1x day – 8/6/99
> Dr. Woods – 500mg/2xs day – 8/19/99, 4/14/00; 500mg/1x day – 1/2/03
> Dr. Stowers – 500mg/3xs day – 9/22/00, 12/27/00, 5/30/01, 8/6/01, 8/10/01, 10/15/01, 3/20/02, 7/29/02
> Dr. Nesbitt – 500mg/2xs day – 3/14/03, 7/24/03, 9/22/03, 11/6/03
> Dr. McCombs – 500mg/4xs day – 4/8/03

Propoxy N
> Dr. Stowers – 100mg/10xs day – 8/14/99, 12/2/99
> 100mg/7xs day – 3/7/00, 12/20/01
> 100mg/5xs day – 5/31/00, 7/24/00, 9/8/00
> 100mg/13xs day – 2/9/01

Prevacid
> Dr. Anderson – 30mg/1x day – 11/1/99

Propulsid
> Dr. Cato – 10mg/4xs day – 11/17/99

Tetracycline
> Dr. Cato – 500mg/4xs day – 1/31/00
> Dr. Harwell – 250mg/2xs day – 9/11/03

Metronidazole
> Dr. Cato – 250mg/3xs day – 1/31/00
> Dr. Santi – 500mg/2xs day – 1/8/03

Cyclobenzaprine
> Dr. Stowers – 10mg/3xs day – 3/15/00
> Dr. McCombs – 10mg/3xs day – 3/21/03; 10mg/2xs day – 10/23/03, 1/22/04

Vioxx
> Dr. Stowers – 25mg/1x day – 9/8/00, 4/13/00, 7/31/01

Doxycycline
> Dr. Cato – 100mg/2xs day – 9/29/00, 12/11/00, 3/15/01

Tannate 12
> Dr. Jones – 12/29/00

000006-29PRI-00023

**Nasonex Nasal Spray**
    Dr. Mowery – 6/11/01

**Amitriptyline**
    Dr. Cato – 10mg/2xs day – 5/22/01; 10mg/1x day – 8/10/01

**Profen II**
    Dr. Mowery – 2xs day – 6/12/01

**Amoxicillin**
    Dr. Cato – 500mg/3xs day – 12/13/01

**HC Guaifenesin**
    Dr. Cato – 12/13/01

**SMZ – TMP DS**
    Dr. Nesbitt – 2xs day – 1/2/03

**Nitrofurantoin**
    Dr. Nesbitt – 50mg/1x day – 1/6/03

**Colyte**
    Dr. Santi – 1/8/03

**Hydrocodone**
    Dr. Cato – 500mg/3xs day – 2/18/03
    Dr. McCombs – 500mg/8xs day – 5/1/03, 8/26/03, 9/1/03
        500mg/2xs day – 1/22/04, 2/9/04; 500mg/3xs day – 4/9/04

**Meperidine/Promethazine**
    Dr. Arendall – 10xs day – 5/2/03

**Clindamycin**
    Dr. Stasko – 2xs day – 11/5/03

**Vigamox 0.5% Eye Drops**
    Dr. Kaswinkel – 12/4/03, 12/26/03

**Voltaren**
    Dr. Kaswinkel – 12/10/03

**HCTZ**
    Dr. Cato – 25mg/1/2 tablet day – 2/23/04

000006-29PRI-00024