# EXHIBIT 13

34

## NEUROSURGICAL ASSOCIATES

PATIENT: SMITH, Mr. Richard H. | Page 5
DOCTOR: Paul McCombs, M.D.

B.D.: Admission by Richard on 5-5-04 - he was taking Neurontin

**5 May 03 OV:** The patient returns to the office today in followup status post DLL five weeks ago. He states that he has developed new symptoms of increased leg pain. A recent CT scan demonstrated postop changes. His wound is healing nicely and looks fine. I have advised him regarding the care of his back during this period of continued convalescence. He will use his discomfort as a guide for his activity. He was given a prescription for Mepergan Fortis and Neurontin. He will return to see me in followup in three weeks and further recommendations w/ follow. PRM/jb

No letter

**15 May 03 Note:** I spoke with the patient today and it seems like he is starting to do better. His appointment has been moved up to next Friday. PRM/jb

No letter.

**29 May 03 OV:** The patient returns to the office today in followup status post DLL two months ago. He is doing better. I have advised him regarding the care of his back during this period of convalescence. His incision is healing nicely and looks fine. I have advised him to use his discomfort as a guide for his activity. He will return to see me in four weeks in followup and further recommendations will depend on how he is doing at that time. PRM/jb

No letter

**30 June 03 OV:** The patient returns to the office today in followup status post DLL three months ago. The patient is doing well at the present time and is pleased with the results of his surgery to date. I have advised him retarding the care of his back during this period of continued convalescence. He will use his discomfort as a guide for his activity. He was given a prescription for Flexeril and Lortab 5. I will see him in six weeks in followup and further recommendations w/ depend on how he is doing at that time. PRM/jb

No letter.

7/28/03 NS letter & ?