# EXHIBIT 14

# DORLAND'S ILLUSTRATED MEDICAL DICTIONARY

**30th EDITION**

**SAUNDERS**
*An Imprint of Elsevier*

SAUNDERS
*An Imprint of Elsevier*

The Curtis Center
Independence Square West
Philadelphia, PA 19106

> Dorland's illustrated medical dictionary.
>    Philadelphia: Saunders
>
>       v.: ill.; 27 cm.
>
>    Irregular.
>    Began publication with 23rd ed.
>    Description based on: 26th ed.
>    Continues: American illustrated medical dictionary.
>
>    1. Medicine—Dictionaries. I. Dorland, W.A. Newman
> (William Alexander Newman), 1864–1956.
>       [DNLM: 1. Dictionaries, Medical. 2. Reference Books,
> Medical]
>
>    R121.D73         610 $^{0}$3$^{0}$21—dc19              0-6383
>                                       AACR 2 MARC-S
>
>    Library of Congress           [8607r85]rev6

Chief Lexicographer:Douglas M. Anderson, MA
Senior Lexicographer:Patricia D. Novak, PhD
Lexicographer:Jefferson Keith, MA
Assistant Lexicographer:Michelle A. Elliott, BA

Listed here are the latest translated editions of this book together with the languages for the translations and the publishers.

Chinese (28th Edition)—Xi'an World Publishing Corp., Xi'an, China

Indonesian (26th Edition)—E.G.C. Medical Publishers, Jakarta, Indonesia

Italian (28th Edition)—Edizioni Scientifiche Internazionali (ESI), Milan, Italy

Japanese (28th Edition)—Hirokawa Publishing Company, Tokyo, Japan

Portuguese (28th Edition)—Editiora Manole Ltda., Sa ˜o Paulo, Brazil

Spanish (28th Edition) (Adaption)—McGraw-Hill-Interamericana de Espan ˜a, Madrid, Spain

Dorland's Illustrated Medical Dictionary

ISBN 0-7216-0146-4 (Standard)
0-7216-0281-9 (Deluxe)
0-7216-0414-5 (Trade)
0-8089-2288-2 (International)

© 2003 by Elsevier. Copyright 1900, 1901, and 1903 by W.B. Saunders and Company. Copyright 1906, 1909, 1911, 1913, 1915, 1917, 1919, 1921, 1923, 1927, 1929, 1932, 1935, 1938, 1941, 1944, 1947, 1951, 1957, 1965, 1974, 1981, 1985, 1988, 1994, and 2000 by W.B. Saunders Company.

Copyright under the Uniform Copyright Convention. Simultaneously published in Canada. All copyright renewals registered.

All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. Made in the United States of America.

Permissions may be sought directly from Elsevier's Health Sciences Rights Department in Philadelphia, USA: phone: (+1)215-238-7869, fax: (+1)215-238-2239, email: healthpermissions@elsevier.com. You may also complete your request on-line via the Elsevier Science homepage (http://www.elsevier.com), by selecting 'Customer Support' and then 'Obtaining Permissions'.

Some of the words appearing in the Dictionary are proprietary names (trademarks) even though no reference to this fact is made in the text. The appearance of any name without designation as a trademark is therefore not to be regarded as a representation by the editors or publisher that it is not a trademark or is not the subject of proprietary rights.

Library of Congress catalog card number 78-50050

Last digit is the print number:    9    8    7    6    5    4    3    2



Hair in longitudinal section (A), and in cross section (B), showing the surrounding and dermal sheaths.

**club h.** a hair the root of which is surrounded by a bulbous enlargement composed of completely keratinized cells, preliminary to normal loss of the hair from the follicle; see *telogen*.

**exclamation point h.** a hair which, when pulled out, shows atrophy and attenuation of the bulb; it is characteristic of alopecia areata.

**h.'s of eyebrow** supercilia.

**Frey's h's** stiff hairs of varying diameters, individually mounted in a handle; used for testing the sensitiveness of the pressure points of the skin.

**gustatory h's** taste h's.

**ingrown h.** one that emerges from the skin but curves and reenters it, causing a foreign body papule that may become infected. See also *pili incarnati*, under *pilus*, and *burrowing h*.

**knotted h.** trichonodosis.

**lanugo h.** the fine, colorless hair growing on the body of the fetus, constituting the lanugo.

**moniliform h.** beaded h.

**olfactory h's** modified cilia that are extremely long and nonmotile, and project from the olfactory vesicle and function as sensory receptors. Called also *olfactory cilia*.

**pubic h.** pubes (def. 1).

**resting h.** see *telogen*.

**sensory h's** hairlike projections on the cells of sensory epithelium; see also *olfactory h's* and *taste h's*.

**stellate h.** a hair split at the end in a starlike form.

**tactile h's** hairs which are sensitive to touch, as the vibrissae of many animals.

**taste h's** clumps of microvilli that form short hairlike processes projecting into the lumen of a taste pore from the peripheral ends of the taste cells.

**terminal h.** the coarse hair growing on various areas of the body in adult years.

**twisted h.** a hair that is twisted through an axis of 180 degrees at intervals and abnormally flattened at the site of twisting. See also *pili torti*, under *pilus*.

**vellus h.** the downy hair growing on the body during the prepubertal years, constituting the vellus.

**hairball** (hār'bawl) trichobezoar.

**hairworm** (hār'wərm) threadworm.



■ Taste hairs protruding from the pore of a taste bud.

**Ha·kim's syndrome** (hah-kēmz') [S. *Hakim*, American neurologist, 20th century]   normal-pressure hydrocephalus; see under *hydrocephalus*.

**Ha·kim-Ad·ams syndrome** (hah-kēm' ad'əmz) [S. *Hakim*; R.D. *Adams*, American physician, 20th century]   normal-pressure hydrocephalus; see under *hydrocephalus*.

**Hal·a·rach·ni·dae** (hal″ə-rak'nĭ-de)   a family of mites that parasitize monkeys and dogs; it includes the genera *Pneumonyssoides* and *Pneumonyssus*.

**hal·a·tion** (hal-a'shən) [Gr. *halōs* halo]   indistinctness or blurring of the visual image by strong illumination coming from the same direction as the viewed object.

**hal·az·e·pam** (hal-az'ə-pam)   a benzodiazepine used as an antianxiety agent in the treatment of anxiety disorders and for short-term relief of anxiety symptoms; administered orally.

**hal·a·zone** (hal'ə-zōn) [USP]   a white, crystalline powder, $C_7H_5Cl_2NO_4S$, having a chlorine-like odor; used as a disinfectant for water supplies.

**hal·cin·o·nide** (hal-sin'ə-nīd) [USP]   a high potency synthetic corticosteroid used topically for the relief of inflammation and pruritus in corticosteroid-responsive dermatoses.

**Hal·ci·on** (hal'se-ən)   trademark for a preparation of triazolam.

**Hal·dane chamber (apparatus), effect** (hawl'dān) [John Scott *Haldane*, Scottish physiologist, 1860–1936]   see under *chamber* and *effect*.

**Hal·dol** (hal'dol)   trademark for preparations of haloperidol.

**Hal·drone** (hal'drōn)   trademark for a preparation of paramethasone acetate.

**Hales' piesimeter** (hālz) [Stephen *Hales*, English physiologist, 1677–1761]   see under *piesimeter*.

**Hal·fan** (hal'fan)   trademark for a preparation of halofantrine hydrochloride.

**half-ax·i·al** (haf-ak'se-əl)   hemiaxial.

**half-life** (haf'līf)   1. the time required for the decay of half of a sample of particles of a radionuclide or elementary particle, equal to 0.693 divided by the decay constant; symbol $t_{1/2}$ or $T_{1/2}$.   2. half-time.

  **antibody h.-l.** a measure of the mean survival time of antibody molecules following their formation, usually expressed as the time required to eliminate 50 per cent of a known quantity of immunoglobulin from the animal body. Half-life varies from one immunoglobulin class to another.

  **biological h.-l.** the time required for a living tissue, organ, or organism to eliminate one half of a radioactive substance which has been introduced into it.

  **drug h.-l.** the time required for the plasma level of a drug to fall half of a certain measured level.

  **effective h.-l.** the time required for the radioactivity of a radioactive nuclide to be diminished 50 per cent through the combined action of radioactive decay and biological elimination.

**half-time** ($T_{1/2}$, $t_{1/2}$) (haf'tīm)   the time required for one half of a quantity of a substance to be eliminated from a system when the substance is eliminated at a rate proportional to its concentration (i.e., exhibits first-order kinetics).

  **plasma iron clearance h.-t.** the time required for half of the iron in the blood plasma at a given time to be removed, determined by administering radioactive iron-59 bound to the patient's own transferrin and calculating the slope of the best-fit line to a semilogarithmic plot of the amount of plasma radioactive iron over time.

**half-val·ue** (haf'val'u)   see under *layer*.

**half-way house** (haf'wa hous)   a residence for patients, such as mental patients, drug addicts, and alcoholics, who do not require complete hospitalization but who need an intermediate degree of care until they have again become established in the community.

**Hal·i·ceph·a·lo·bus** (hal″e-sef'ə-lo'bus)   a genus of phasmid parasites of the order Rhabditoidea. *H. deletrix* is a species that usually inhabits decaying organic matter and manure but sometimes infests horses, such as in nasal sinuses and the central nervous system. Called also *Micronema*.

**hal·ide** (hal'īd)   1. haloid.   2. a binary compound of one of the halogens (fluorine, chlorine, bromine, or iodine).

**ha·lis·te·re·sis** (ha-lis″tə-re'sis) [*hal-* + Gr. *sterēsis* privation]   osteomalacia; a loss or lack of the lime salts (calcium) of bone.

  **h. ce'rea** waxy softening of the bones.

**ha·lis·te·ret·ic** (hə-lis″tə-ret'ik)   affected with or of the nature of halisteresis.

**hal·i·to·sis** (hal″ĭ-to'sis) [L. *halitus* exhalation]   offensive breath; bad breath. Called also *fetor ex ore*, *fetor oris*, and *stomatodysodia*.

**ha·lit·u·ous** (hə-lit'u-əs) [L. *halitus* exhalation]   covered with moisture or vapor.