UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------------- x

THIS DOCUMENT RELATES TO:

*Bulger v. Pfizer Inc., et al., 1:07-cv-11426-PBS*

---------------------------------------------------------------- x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF LORI MCGRODER, ESQ.
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Lori McGroder, declare and state as follows:

1. I am a partner with the law firm of Shook, Hardy & Bacon LLP, counsel of record for Pfizer Inc. and Warner-Lambert Company LLC. I offer this declaration in support of Pfizer Inc.'s and Warner-Lambert Company LLC's motion for summary judgment.

2. Attached as **Exhibit A** is a true and correct copy of the Secretary of Commonwealth's Summary Screen for Pfizer, Inc., identifying a place of business maintained by Pfizer, Inc. in Boston, Massachusetts at all relevant times.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2009, in Kansas City, Missouri.

_____
Lori McGroder, Esq.

- 1 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 26, 2009.

                                           /s/ David B. Chaffin
                                           David B. Chaffin