# EXHIBIT A



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## PFIZER, INC. Summary Screen

Help with this form

[ Request a Certificate ]

| | |
|---|---|
| The exact name of the Foreign Corporation: | PFIZER, INC. |
| Entity Type: | Foreign Corporation |
| Identification Number: | 135315170 |
| Date of Registration in Massachusetts: | 10/18/1961 |
| The is organized under the laws of: | State: DE   Country: USA   on: 06/02/1942 |
| Current Fiscal Month / Day: 12 / 31 | Previous Fiscal Month / Day: 00 / 00 |

**The location of its principal office:**
No. and Street: 235 EAST 42ND ST.
City or Town: NEW YORK   State: NY   Zip: 10017   Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:   State:   Zip:   Country:

**Name and address of the Registered Agent:**
Name: C T CORPORATION SYSTEM
No. and Street: 155 FEDERAL STREET STE 700
City or Town: BOSTON   State: MA   Zip: 02110   Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | JEFFREY B. KINDLER | 235 EAST 42ND ST.<br>NEW YORK, NY 10017 USA | |
| TREASURER | RICHARD A PASSOV | 235 EAST 42ND ST.<br>NEW YORK, NY 10017 USA | |

| ASSISTANT SECRETARY | SUSAN GRANT | 235 EAST 42ND ST.<br>NEW YORK, NY 10017 USA |
|---|---|---|
| DIRECTOR | JEFFREY B. KINDLER | 235 EAST 42ND ST.<br>NEW YORK, NY 10017 USA |

business entity stock is publicly traded: __

The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:

| Class of Stock | Par Value Per Share<br>Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments<br>*Num of Shares*  *Total Par Value* | Total Issued and Outstanding<br>*Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

| __ Consent | __ Manufacturer | __ Confidential Data | __ Does Not Require Annual Report |
| __ Partnership | __ Resident Agent | __ For Profit | __ Merger Allowed |

**Note:** There is additional information located in the cardfile that is not available on the system.

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement

[ View Filings ]    [ New Search ]

**Comments**

© 2001 - 2009 Commonwealth of Massachusetts
All Rights Reserved

Help