UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
                                                  :
In re:  NEURONTIN MARKETING, SALES PRACTICES,     :
        AND PRODUCTS LIABILITY LITIGATION         :
                                                  :   MDL Docket No. 1629
------------------------------------------------- x
                                                  :   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                         :
                                                  :   Judge Patti B. Saris
------------------------------------------------- x
                                                  :   Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION;                 :   Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,       :
dba BLUECROSS/BLUESHIELD OF LOUISIANA;            :
INTERNATIONAL UNION OF OPERATING ENGINEERS,       :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL      :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and       :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY.                                          :
                                                  :
------------------------------------------------- x

**PROPOSED TIMETABLE FOR ADDRESSING
SUPPLEMENTAL EXPERT REPORTS**

Pursuant to the Court's Electronic Order entered on January 7, 2009, the parties to the above-captioned sales and marketing practices actions submit the following proposed timetable for addressing plaintiffs' supplemental expert reports.

**Background**

On December 11, 2008, plaintiffs in the above-captioned actions filed a motion for leave to serve supplemental expert reports. (Docket # 1503.)

In an Electronic Order entered on January 7, 2009, the Court granted the motion. The Electronic Order provides:

> Judge Patti B. Saris: Electronic ORDER entered granting [1503] Motion for Leave to Serve Supplemental Expert Reports. "All existing discovery

deadlines shall be in effect. However, counsel may have additional time to address these two supplemental reports. After conferring, counsel shall propose a timetable."

(Electronic Order, January 7, 2009.)

## **Proposed Timetable**

Pursuant to the Court's instructions, the parties conferred and agreed on the following proposed timetable for addressing plaintiffs' supplemental expert reports:

| Date/Deadline | Event |
| --- | --- |
| March 11-12, 2009 | Deposition of Dr. Curt Furberg |
| March 18, 2009 | Service of defendants' expert disclosures in response to supplemental expert reports |

Dr. Furberg's deposition cannot be conducted before the dates that are proposed because he is in New Zealand until late February, and the proposed dates are the first on which he will be available after his return. The parties propose that defendants serve their expert disclosures in response to plaintiffs' supplemental expert reports one week after Dr. Furberg's deposition.

The parties do not propose any other changes to the discovery schedule. Further, although the proposed schedule would have defendants deposing one of plaintiffs' experts after defendants' motions for summary judgment are filed, no change to the briefing schedule the Court set on November 4, 2008, is proposed at this time.

Dated: January 27, 2009

By: **/s/ James P. Rouhandeh**
James P. Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

By: **/s/ David B. Chaffin**
David B. Chaffin
Hare & Chaffin
160 Federal Street, 23rd Floor
Boston, MA 02110

*Counsel for Defendants, Pfizer Inc., et al.*

By: **/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By: **/s/Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: **/s/Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/James Dugan**
James R. Dugan, II, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

By: **/s/Thomas Greene**
Thomas Greene, Esquire
Greene & Hoffman
125 Summer Street
Boston, MA 02110

*Members of the Class Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on January 27, 2009.

                       /s/David B. Chaffin