UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:  MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
SALES PRACTICES AND :  Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
:  Judge Patti B. Saris
------------------------------------------------------------x
:  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
PRODUCTS LIABILITY ACTIONS :
:
------------------------------------------------------------x

**DECLARATION OF KENNETH B. FROMSON, ESQ., IN SUPPORT
OF PRODUCTS LIABILITY PLAINTIFFS' OPPOSITION TO
DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER
WITH RESPECT TO DR. GIBBONS'S THREE CO-AUTHORS**

I, Kenneth B. Fromson, declare under penalty of perjury as follows:

1.   I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter.

2.   This declaration is submitted in support of Products Liability Plaintiffs' opposition to Defendants' emergency motion for a protective order with respect to subpoenas testificandum and duces tecum issued to Defendants' expert, Dr. Gibbons's three co-authors.

3.   The following documents are attached hereto in support of Plaintiffs' opposition:

Exhibit A –   Plaintiffs' Correspondence to Defendants dated November 12, 2008

Exhibit B –   Dr. Gibbons'w Supplemental Expert Report dated November 5, 2008

Exhibit C –   Letter from Defendants' counsel Lori McGroder, Esq.

Exhibit D –   Subpoenas for Drs. Brown, Mann and Hur

Exhibit E –   Contract between Dr. Gibbons and PHARMetrics

Exhibit F –   Read_Me_SHC.txt file from PHARMetrics

Exhibit G –   Gibbons, Brown, Hur, Marcus, Bhaumik, & Mann, "Relationship Between Antidepressants and Suicide Attempts: An Analysis of the Veterans Health Administration Data Sets," *Am. J. Psychiatry* 2007; 164:1044-1049

Exhibit H –   Declaration Comparison

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 28, 2009

        **/s/ Kenneth B. Fromson**
        Kenneth B. Fromson
        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551
        (800) 634-1212

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 28, 2009.

Dated:  January 28, 2009

        **/s/ Kenneth B. Fromson**
        Kenneth B. Fromson