EXHIBIT C



www.shb.com

**Lori C. McGroder**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2290 DD
816.421.5547 Fax
lmcgroder@shb.com

November 14, 2008

**Via Email - *KennethFromson@lawampm.com*
and U.S. Mail**

Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550-3341

Dear Ken:

In response to your letter of November 12, 2008, "demanding" documents and materials related to Dr. Gibbons' pharmacoepidemiologic analysis, I have spoken to Dr. Gibbons. As you know, Dr. Gibbons' analysis was only recently conducted in response to your experts' allegations (and concessions) that a pharmacoepidemiologic study was feasible and could have been, but was not, conducted by them. Dr. Gibbons advises that he will produce the PHARMetrics data and documents responsive to your request. We expect to be able to provide these materials within the next 7-10 days.

Very truly yours,

Lori C. McGroder
Partner

LMG:blw

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

3216409v1