EXHIBIT F

Read_Me_SHC.txt

To whom it may concern:

On this CD we are providing analytic files in accordance with the agreement between Pfizer
and PharMetrics, Inc. Datasets are in SAS format.

If you have any questions about the data, please do not hesitate to contact us.

PharMetrics, Inc.
22MAY2008


---------------------------------------------------------------------------


Files on CD :
---------------------------------------------------------------------------


patient_bipolar.sas7bdat                Bi-Polar Disorder patients (Cohort 1), SAS7BDAT
format.

                                        47,918 observations, 47,918 unique patients.

all_diags_for_bipolar.sas7bdat          All Claims dataset for the Bi-Polar Disorder
patients, SAS7BDAT format.

                                        2,896,478 observations, 47,918 unique patients.

all_drugs_for_bipolar.sas7bdat          All drugs-of-interest (see approved GPIs' list)
dataset for the Bi-Polar Disorder

                                        patients, SAS7BDAT format.
                                        841,263 observations, 36,740 unique patients.

all_suicide_for_bipolar.sas7bdat        All Suicide and self-inflicted injury Claims
dataset for the Bi-Polar Disorder

                                        patients, SAS7BDAT format.
                                        2,108 observations, 1,226 unique patients.

patient_gabap.sas7bdat                  Gabapentin users (Cohort 2), SAS7BDAT format.
                                        131,178 observations, 131,178 unique patients.

all_diags_for_gabapentin.sas7bdat       All Claims dataset for the Gabapentin users,
SAS7BDAT format.

                                        9,082,579 observations, 129,838 unique

patients.

all_drugs_for_gabapentin.sas7bdat       All drugs-of-interest (see approved GPIs' list)
dataset for the Gabapentin users,

                                        SAS7BDAT format.
                                        1,752,331 observations, 131,178 unique

patients.

all_suicide_for_gabapentin.sas7bdat     All Suicide and self-inflicted injury Claims
dataset for the Gabapentin users,

                                        SAS7BDAT format.
                                        1,006 observations, 524 unique patients.

PF48_DX.SAS7BDAT                         Study Diagnosis Code Reference File dataset,
SAS7BDAT format.

```
                          Read_Me_SHC.txt
                          15,533 observations, 15,533 unique codes.

PF48_RX.SAS7BDAT          Study NDC Code Reference File dataset, SAS7BDAT
format.
                          54,847 observations, 54,847 unique codes.

PF48_PR.SAS7BDAT          Study Procedure Code Reference File dataset,
SAS7BDAT format.
                          15,671 observations, 15,671 unique codes.


------------------------------------------------------------------------
```