EXHIBIT H

## DECLARATION COMPARISON

| **Declaration of Dr. Hur** | **Declaration of Dr. Brown** | **Declaration of Dr. Mann** |
| --- | --- | --- |
| ¶ 7: I am a co-author, with Drs. Robert Gibbons, **C. Hendricks Brown** and **J. John Mann**, of a manuscript entitled "The Relationship Between Antiepileptics and Suicide Attempts" (the "Manuscript"). Dr. Gibbons is the lead author on the Manuscript. | ¶ 8: I am a co-author, with Drs. Robert Gibbons, **J. John Mann** and **Kwan Hur**, of a manuscript entitled "The Relationship Between Antiepileptics and Suicide Attempts" (the "Manuscript"). Dr. Gibbons is the lead author on the Manuscript. | ¶ 6: I am a co-author, with Drs. Robert Gibbons, **C. Hendricks Brown** and **Kwan Hur**, of a manuscript entitled "The Relationship Between Antiepileptics and Suicide Attempts" (the "Manuscript"). Dr. Gibbons is the lead author on the Manuscript. |
| ¶ 8: The Manuscript has not been published. It currently is in the peer review process. Needless to say, it may or may not be published. | ¶ 9: The Manuscript has not been published. It currently is in the peer review process. Needless to say, it may or may not be published. | ¶ 7: The Manuscript has not been published. It currently is in the peer review process. Needless to say, it may or may not be published. |
| ¶ 9: I received a subpoena from the attorneys for the plaintiffs in this litigation that directs me to appear on **February 6, 2009**, for a deposition concerning the Manuscript and to produce "all documents" concerning the Manuscript. I am not available on that date and have so advised the attorney for plaintiffs, Mr. Altman. | ¶ 10: I received a subpoena from the attorneys for the plaintiffs in this litigation that directs me to appear on **January 29, 2009**, for a deposition concerning the Manuscript and to produce "all documents" concerning the Manuscript. I am not available on that date and have so advised the attorney for plaintiffs, Mr. Altman. | ¶ 8: I received a subpoena from the attorneys for the plaintiffs in this litigation that directs me to appear on **February 4, 2009**, for a deposition concerning the Manuscript and to produce "all documents" concerning the Manuscript. I am not available on that date and have so advised the attorney for plaintiffs, Mr. Altman. |
| ¶ 10: I have not been named as an expert witness in litigation involving Neurontin, and I do not wish to provide a professional opinion concerning any matter at issue in this litigation. **I have never been asked to form, and have not formed, any opinions concerning any of the allegations made by the plaintiffs. I have no knowledge concerning the details of plaintiffs' allegations or any expert issues in this litigation.** | ¶ 11: I have not been named as an expert witness in litigation involving Neurontin, and I do not wish to provide a professional opinion concerning any matter at issue in this litigation. I have had no involvement with any aspect of this litigation, and I have no knowledge concerning the details of plaintiffs' allegations or any expert issues in this litigation. I have never been asked to form, and have not formed, any opinions concerning any of the allegations made by the plaintiffs. I certainly have no knowledge of any facts or events purporting to support any specific claims made by either party in the litigation. | ¶ 9: I have not been named as an expert witness in litigation involving Neurontin, and I do not wish to provide a professional opinion concerning any matter at issue in this litigation. I have had no involvement with any aspect of this litigation, and I have no knowledge concerning the details of plaintiffs' allegations or any expert issues in this litigation. I have never been asked to form, and have not formed, any opinions concerning any of the allegations made by the plaintiffs. I certainly have no knowledge of any facts or events purporting to support any specific claims made by either party in the litigation. |

| **Declaration of Dr. Hur** | **Declaration of Dr. Brown** | **Declaration of Dr. Mann** |
|---|---|---|
| ¶ 11: I do not wish to be deposed by any party to this litigation. I object both to being asked to testify concerning the unpublished Manuscript and to providing my personal records relating to the Manuscript. Many of the documents I compiled in my work on the Manuscript I consider to be of a confidential nature. In particular, I object to producing or testifying about any communications made during the confidential peer review process. I additionally object to producing or testifying about any correspondence or communications among the authors of the Manuscript which I also regard as confidential. | ¶ 12: I do not wish to be deposed by any party to this litigation. I object both to being asked to testify concerning the unpublished Manuscript and to providing my personal records relating to the Manuscript. Many of the documents I compiled in my work on the Manuscript I consider to be of a confidential nature. In particular, I object to producing or testifying about any communications made during the confidential peer review process. I additionally object to producing or testifying about any correspondence or communications among the authors of the Manuscript which I also regard as confidential. | ¶ 10: I do not wish to be deposed by any party to this litigation. I object both to being asked to testify concerning the unpublished Manuscript and to providing my personal records relating to the Manuscript. **The** documents I compiled in my work on the Manuscript **are the result of my intellectual efforts as a scientist and therefore** I consider to be of a confidential nature **in terms of intellectual property**. In particular, I object to producing or testifying about any communications made **between me and the other authors or between the authors and the journal** during the confidential peer review process. I additionally object to producing or testifying about any correspondence or communications among the authors of the Manuscript which I also regard as confidential. **I have not corresponded or communicated with either of the parties in the litigation about this manuscript.** |

| **Declaration of Dr. Hur** | **Declaration of Dr. Brown** | **Declaration of Dr. Mann** |
|---|---|---|
| ¶ 12: It would be a substantial burden for me to comply with plaintiffs' subpoena as it relates to documents and appearance for deposition. It would take me away from other very pressing work. For example, **I am in the process of revising a recently submitted manuscript that is very time intensive. In addition, I am involved in Phase II data collection for the Parkinson's Disease Study and locking of the database for preparation of manuscripts, which is also time sensitive. My current responsibilities for this and other work are extensive and subject to deadlines that are pressing and not within my control.** | ¶ 13: It would be a substantial burden for me to comply with plaintiffs' subpoena as it relates to documents and appearance for deposition. It would take me away from other very pressing work. For example, **I am directing a large center application to be submitted to the National Institute on Drug Abuse on February 26, 2009. As director of this project involving more than 120 participants and subcontracts with six research institutions, I will be working continually on this application, and it would be an extreme hardship to schedule this deposition now. I have also delayed a number of research trips that I planned to take until the completion of this application. Consequently, I have scheduled meetings that I will be attending in St. Louis, Chapel Hill, and Lisbon, Portugal in early March. Soon thereafter, the Centers for Disease Control and Prevention is expected to release their 2006 data on suicides to me, and because of the urgent need for this work to be published, I will be directing my immediate attention to the analysis and interpretation of these data as soon as it is available.** | ¶ 11: It would be a substantial burden for me to comply with plaintiffs' subpoena as it relates to documents and appearance for deposition. It would take me away from other very pressing work. For example, **I have substantial responsibilities and work as a doctor taking care of patients, as an administrator in the academic medical center and as a researcher and teacher.** |
| ¶ 13: Based on my work with Dr. Gibbons in connection with the preparation of the Manuscript, I believe that, as the lead author, Dr. Gibbons is fully able to testify as to all aspects of the Manuscript, including the design of the study, specific data sets that were analyzed, the methodology utilized to analyze the data, the findings that resulted, and the conclusions that were drawn from the analyses. | ¶ 14: Based on my work with Dr. Gibbons in connection with the preparation of the Manuscript, I believe that, as the lead author, Dr. Gibbons is fully able to testify as to all aspects of the Manuscript, including the design of the study, specific data sets that were analyzed, the methodology utilized to analyze the data, the findings that resulted, and the conclusions that were drawn from the analyses. | ¶ 12: Based on my work with Dr. Gibbons in connection with the preparation of the Manuscript, I believe that, as the lead author, Dr. Gibbons is fully able to testify as to all aspects of the Manuscript, including the design of the study, specific data sets that were analyzed, the methodology utilized to analyze the data, the findings that resulted, and the conclusions that were drawn from the analyses. |

| **Declaration of Dr. Hur** | **Declaration of Dr. Brown** | **Declaration of Dr. Mann** |
|---|---|---|
| ¶ 14: I do not have any information or possess any knowledge concerning either the Manuscript or any of the records supporting the Manuscript that is not equally (if not more) available to and within Dr. Gibbons' knowledge. | ¶ 15: I do not have any information or possess any knowledge concerning either the Manuscript or any of the records supporting the Manuscript that is not equally (if not more) available to and within Dr. Gibbons' knowledge. | ¶ 13: I do not have any information or possess any knowledge concerning either the Manuscript or any of the records supporting the Manuscript that is not equally (if not more) available to and within Dr. Gibbons' knowledge. |
| ¶ 15: I do not have any information or possess any knowledge concerning Dr. Gibbons' supplemental expert report submitted in this litigation. In fact, I have never seen his supplemental report. | ¶ 16: I do not have any information or possess any knowledge concerning Dr. Gibbons' supplemental expert report submitted in this litigation. In fact, I have never seen his supplemental report. | ¶ 14: I do not have any information or possess any knowledge concerning Dr. Gibbons' supplemental expert report submitted in this litigation. In fact, I have never seen his supplemental report. |