UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

———————————————————————
                                                    )
IN RE NEURONTIN MARKETING,          )         MDL Docket No. 1629
SALES PRACTICES AND                      )
PRODUCTS LIABILITY LITIGATION      )
———————————————————————)         Master File No. 04-10981
                                                    )
THIS DOCUMENT RELATES TO:            )
ALL ACTIONS                                    )         Judge Patti B. Saris
———————————————————————)

## STATUS REPORT JANUARY 30, 2009

Pursuant to the Court's May 16, 2005 Procedural Order, the undersigned counsel for

Plaintiffs and Defendants hereby submit the attached Status Report to the Court listing the status

of all pending motions to date as well as all cases transferred to MDL No. 1629.


Dated: January 30, 2009                              Respectfully Submitted,



By:   **/s/ James P. Rouhandeh**          By:   **/s/ Thomas M. Sobol**
        James P. Rouhandeh                              Thomas M. Sobol
        Davis Polk & Wardwell                          Hagens Berman Sobol Shapiro LLP
        450 Lexington Avenue                            One Main Street, 4th Floor
        New York, NY 10017                              Cambridge, MA 02142


                                                                *Plaintiffs' Liaison Counsel*

By:   **/s/ David B. Chaffin**
        David B. Chaffin                        By:   **/s/ Barry Himmelstein**
        Hare & Chaffin
        160 Federal Street, 23rd Floor                Barry Himmelstein, Esquire
        Boston, Massachusetts 02110               Lieff Cabraser Heimann & Bernstein
                                                                Embarcadero Center West
**Counsel for Defendants, Pfizer Inc., et al.**        275 Battery Street, 30th Floor
                                                                San Francisco, CA 94111-3339

By:     **/s/ Don Barrett**
        Don Barrett, Esquire
        Barrett Law Office
        404 Court Square North
        P.O. Box 987
        Lexington, MS 39095

By:     **/s/ Daniel Becnel**
        Daniel Becnel, Jr., Esquire
        Law Offices of Daniel Becnel, Jr.
        106 W. Seventh Street
        P.O. Drawer H
        Reserve, LA 70084

By:     **/s/ James Dugan**
        James Dugan, Esquire
        Dugan & Browne
        650 Poydras St., Suite 2150
        New Orleans, LA 70130

By:     **/s/ Thomas Greene**
        Thomas Greene Esquire
        Greene & Hoffman
        33 Broad Street, 5th Floor
        Boston, MA 02109

*Members of the Class Plaintiffs'
Steering Committee*

By:     **/s/ Richard Cohen**
        Richard Cohen, Esquire
        Lowey Dannenberg Bemporad
        & Selinger, P.C.
        The Gateway
        One North Lexington Avenue
        White Plains, NY  10601

By:     **/s/ Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022


*Members of the Non-Class
Plaintiffs' Steering Committee*


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on January 30, 2009.


/s/ Thomas M. Sobol

*In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

## MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 1/30/09

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • Motion for Appointment of Tennessee Lead Counsel, *sub judice*<br><br>    o January 21, 2005 – Motion for Appointment of Tennessee Lead Counsel [Docket No. 37], Brief in Support of Motion for Appointment of Tennessee Lead Counsel [Docket No. 38]<br><br>    o February 1, 2005 – Request for Oral Argument on Motion for Appointment of Tennessee Lead counsel [Docket No. 39]<br><br>    o February 2, 2005 – Notice of Opposition to Motion for Appointment of Tennessee Lead Counsel [Docket No. 32]<br><br>    o February 11, 2005 – Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 36]<br><br>    o March 15, 2005 – Reply of Bauda Vauda Lee Sutton to Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 56]<br><br>    o August 17, 2005 – Order by Judge Patti B. Saris, Denying [#39] Motion for hearing re: [#37] Motion to Appoint counsel as Tennessee Lead Counsel<br><br>• Motion for Class Certification, *sub judice*<br><br>    o December 19, 2007 – Plaintiffs' Renewed Motion for Class Certification [Docket No. 1016], Declarations in Support of |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** *(cont'd)* | | | Plaintiffs' Renewed Motion for Class Certification [Docket No. 1017], Memorandum of Law in Support of Plaintiffs' Renewed Motion for Class Certification [Docket No. 1018]<br><br>o   March 14, 2008 – Defendants' Memorandum of Law in Opposition to the Class Plaintiffs' Renewed Motion for Class Certification [Docket No. 1174], Declaration of Matthew B. Rowland [Docket No. 1175]<br><br>o   March 31, 2008 – Reply Memorandum of Law in Support of Plaintiffs' Renewed Motion for Class Certification [Docket No. 1184], Declaration of Ilyas J. Rona [Docket No. 1185], Rebuttal Declaration of Rena Conti, Ph.D in Support of Plaintiffs' Renewed Motion for Class Certification [Docket No. 1186]<br><br>o   April 14, 2008, – Defendants' Sur-Reply Memorandum of Law in Further Opposition to the Class Plaintiffs' Renewed Motion for Class Certification [Dockets No. 1223, 1234], Declaration of Matthew B. Rowland [Docket No. 1224]<br><br>o   September 18, 2008 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Second Motion for Class Certification [Docket No. 1437], Declaration of Matthew B. Rowland [Docket No. 1438]<br><br>o   October 1, 2008 – Class Plaintiffs' Response to Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Second Motion for Class Certification [Docket No. 1453]<br><br>o   October 6, 2008 – Revised Supplemental Declaration of Ilyas J. Rona Filed in Support of Plaintiffs' Renewed Motion for Class Certification [Docket No. 1457] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** **(Marketing and Sales Practices)** *(cont'd)* | | |   o October 21, 2008 – Defendants Supplemental Reply in Opposition to Plaintiffs' Second Motion for Class Certification [Docket No. 1473], Declaration of Matthew B. Rowland [Docket No. 1475]<br><br>  o October 27, 2008 – Class Plaintiffs' Submission Regarding a Date for Further Oral Argument on Plaintiffs' Renewed Motion for Class Certification [Docket No. 1479]<br><br>  o October 27, 2008 – Defendants' Proposal Concerning Further Proceedings on Plaintiffs' Second Motion for Class Certification [Docket No. 1480]<br><br>• Proposed Timetable for Addressing Supplemental Expert Reports<br><br>  o January 27, 2009 – Proposed Timetable for Addressing Supplemental Expert Reports [Docket No. 1646] |
| **Coordinated Private Actions (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass, cases originally filed. | |
| ***Assurant Health, Inc., et. al., v. Pfizer, Inc. et al.*** Mass. Docket No. 05-10535 – PBS | Mass. Docket No. 05-10535 -PBS | D. New Jersey | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| ***Allen et al v. Pfizer, Inc. et al,*** Mass. Docket No. 05-10797 – PBS | Master File 04-10981-PBS | Massachusetts Suffolk Superior Court | • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Motion to Remand, stayed<br><br>  o May 26, 2005 – Plaintiffs' Motion to Remand [Docket No. 131] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS *(cont'd)* | | | o   May 26, 2005 – Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132]<br><br>o   June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142]<br><br>o   June 16, 2005 – Request for Oral Argument, by Defendant Pfizer [Docket No. 153]<br><br>o   June 16, 2005 – Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155]<br><br>o   August 12, 2005 – Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213]<br><br>o   August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214]<br><br>o   August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215]<br><br>o   October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241]<br><br>o   October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242]<br><br>o   November 10, 2005 – Order by Magistrate Judge Leo T. Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS *(cont'd)* | | | submissions. [Docket No. 248]<br><br>    o  November 17, 2005 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251]<br><br>    o  November 25, 2005 – Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252]<br><br>    o  December 22, 2005 – Defendants' Notice of Additional Authority [Docket No. 258]<br><br>    o  February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *McMinn v. Pfizer, 04-2690* | Master File 04-10981-PBS | D. Colorado | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Miller v. Pfizer, 05-2113* | Master File 04-10981-PBS | W.D. Tennessee | • Conditionally Transferred on March 9, 2005 – JPML CTO-4<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Davis v. Pfizer, 05-39* | Master File 04-10981-PBS | E.D. Arkansas | • Conditionally Transferred on March 16, 2005 – JPML CTO-5<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *DeRosa v. Pfizer, 05-116* | Master File 04-10981-PBS | D. New Hampshire | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br><br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br><br>• Transferred on August 10, 2005 – JPML TO, August 10, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Hansen v. Pfizer, 05-100* | Master File 04-10981-PBS | D. Vermont | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br><br>• Response to Opposition to Transfer filed by Defendants June 30, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Hansen v. Pfizer, 05-100 (cont'd)* | | | • Transferred on August 10, 2005 – JPML Transfer Order, August 10, 2005<br><br>• Motion to Remand<br><br>    o May 19, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Vermont<br><br>    o June 6, 2005 – Defendants' Opposition to Plaintiff's Motion To Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion To Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion To Remand, filed in U.S. District Court, District of Vermont<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Demers v. Pfizer, 05-84* | Master File 04-10981-PBS | D. Maine | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Notice of Opposition to Transfer filed by Plaintiff on June 6, 2005<br><br>• Response to Opposition to Transfer filed by Defendants July 11, 2005<br><br>• Transferred on October 19, 2005 – JPML Transfer Order, October 19, 2005<br><br>• Motion to Remand<br><br>    o June 2, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Maine<br><br>    o June 23, 2005 – Defendants' Opposition to Plaintiff's Motion to Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion to Remand, and Affidavit of |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Demers v. Pfizer, 05-84 (cont'd)* | | | Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion to Remand, filed in U.S. District Court, District of Maine<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Medero v. Pfizer, 04-cv-22228* | Master File 04-10981-PBS<br><br>Civil action number assigned to Medero by MDL: 04-12616-PBS | S.D. Florida | • Consolidated pursuant to the Court's Order of Consolidation dated April 25, 2005; stayed pursuant to the terms of the Court's Order of Consolidation dated July 20, 2005<br><br>• Motion to Remand, stayed<br><br>   o August 19, 2005 – Medero Plaintiffs' Motion to Remand (Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 [Docket No. 219]<br><br>   o September 16, 2005 – Defendants' Opposition to Plaintiffs' Motion Requesting a "Suggestion of Remand" in Medero v. Pfizer [Docket No. 225]<br><br>   o September 22, 2005 – Plaintiffs' Reply to: Defendants' "Opposition to Plaintiffs' Motion Requesting a 'Suggestion of Remand'" [Docket No. 230]<br><br>   o February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524* | | M.D. Alabama | • Conditionally Transferred on August 11, 2006 – JPML CTO-27<br><br>• Motion to Remand, *sub judice* |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524 (cont'd)* | | | ○ February 27, 2007 – Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 650]<br><br>○ February 28, 2007 – Defendants' Response to [Dkt # 650] Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 656]<br><br>○ April 5, 2007 – Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 712]<br><br>○ April 9, 2007 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion To Remand and in Response to Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 720]<br><br>○ April 9, 2007 – Defendant David Longmire's Memorandum Identifying Certain Inaccurate Representations Asserted in Plaintiffs' Supplemental Memorandum in Support of the Motion To Remand [Docket No. 721]<br><br>○ April 13, 2007 – Plaintiffs' Supplemental Reply Memorandum in Support of Motion To Remand [Docket No. 730]<br><br>○ April 17, 2007 – Hearing before Magistrate Judge Sorokin (pursuant to Magistrate Sorokin's March 9, 2007 electronic order)<br><br>○ January 28, 2008 – Plaintiffs' Submission of Additional Authority on Motion to Remand [Docket No. 1094] |

## MDL 1629 - PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** | Master File 04-10981-PBS | D. Mass. Pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims, *sub judice*<br><br>○ May 27, 2005 – Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137]<br><br>○ May 27, 2005 – Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138]<br><br>○ May 31, 2005 – Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139]<br><br>○ May 31, 2005 – Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140]<br><br>○ June 8, 2005 – Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147]<br><br>○ June 10, 2005 – Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice. |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | o   June 23, 2005 – Defendants' Amended Motion with Regard to Case Management Order No. 4 [Docket No. 164]<br><br>o   June 23, 2005 – Defendants' Memorandum in Support of their Amended Motion with Regard to Case Management Order No. 4 [Docket No. 165]<br><br>o   July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Response to the Magistrate's Order of June 10, 2005 Concerning Case Management Order No. 4 [Docket No. 174]<br><br>o   July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Support of Motion for Entry of Case Management No. 4 and In Opposition to Defendants' Motion for Inclusion of Certain Provisions in Case Management Order No. 4 [Docket No. 175]<br><br>o   August 9, 2005 – Order by Magistrate Judge Leo T. Sorokin Denying Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [#137] and Defendants' Amended Motion with Regard to Case Management Order No. 4 [#164]<br><br>o   Parties to confer in attempt to agree on language reflecting Magistrate Judge Sorokin's directives on August 1, 2005, and to report to Court<br><br>•   Motion To Establish a Plaintiffs' Personal Injury Litigation Expense Fund, *sub judice*<br><br>o   February 14, 2008 – Product Liability Plaintiffs' Motion To Establish a Plaintiffs' Personal Injury Litigation Expense Fund [Docket No. 1129], Product Liability Plaintiffs' Memorandum in Support of Motion To Establish a Plaintiffs' |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | Personal Injury Litigation Expense Fund [Docket No. 1130], Declaration, Declaration of Andrew G. Finkelstein in Support of Product Liability Plaintiffs' Motion To Establish a Plaintiffs' Personal Injury Litigation Expense Fund [Docket No. 1131]<br><br>o  February 19, 2008 – Defendants' Opposition to [Dkt # 1129] Product Liability Plaintiffs' Motion To Establish a Plaintiffs' Personal Injury Litigation Expense Fund [Docket No. 1139]<br><br>o  February 22, 2008 -- Product Liability Plaintiffs' Reply Memorandum and in Further Support of [Dkt # 1129] Motion To Establish a Plaintiffs' Personal Injury Litigation Expense Fund [Docket No. 1141]<br><br>• Motion To Exclude Testimony, *sub judice*<br><br>o  March 7, 2008 – Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the Issue of General Causation [Docket No. 1157], Memorandum of Law in Support of Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the Issue of General Causation [Docket No. 1158], Declaration of Mary Ann Coronel, R.Ph. [Docket No. 1159], Declaration of Scott W. Sayler, Esq. [Docket No. 1160]<br><br>o  April 4, 2008 – Product Liability Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the Issue of General Causation [Docket No. 1191], Declaration by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 1197] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | o   April 25, 2008 – Defendants' Reply Memorandum of Law in Support of Motion To Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the Issue of General Causation [Docket No. 1239], Declaration of Scott W. Sayler, Esq. [Docket No. 1240], Declaration of Robert D. Gibbons Ph.D. [Docket No. 1241], Declaration of Alexander Ruggieri [Docket No. 1242]<br><br>o   May 2, 2008 – Products Liability Plaintiffs' Sur-Reply Memorandum in Opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the Issue of General Causation [Docket No. 1254], Declaration of Andrew G. Finkelstein, Esq. [Docket No. 1255]<br><br>o   May 6, 2008 – Products Liability Plaintiffs' Notice of Supplemental Authority in Opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the Issue of General Causation [Docket No. 1259]<br><br>o   June 13, 2008 – Product Liability Plaintiffs' Notice of Supplemental Authority in Opposition to Defendants' Motion To Exclude [Docket No. 1334]<br><br>o   July 18, 2008 – Products Liability Plaintiffs' Notice of Supplemental Authority in Opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the Issue of General Causation [Docket No. 1365]<br><br>o   July 21, 2008 – Emergency Motion for Leave to File Response to Product Liability Plaintiffs' Notice of |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | Supplemental Authority in Opposition to Defendants' Motion to Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the Issue of General Causation *(response attached)* [Docket No. 1366] |
| | | |   o January 2, 2009 – Products Liability Plaintiffs' Notice of Additional Supplemental Authority in Opposition to Defendants Pfizer In. and Warner-Lambert Company LLC's Motion To Exclude the Testimony of Doctors Trimble, Kruszewski and Blume on the Issue of General Causation [Docket No. 1600] |
| | | | • Motion for Appointment of Independent Experts To Advise the Court, *sub judice* |
| | | |   o April 9, 2008 – Defendants' Motion for Appointment of Independent Experts To Advise the Court in Determining the Admissibility of Plaintiffs' Proffered Expert Testimony on General Causation [Docket No. 1213], Memorandum of Law in Support of Defendants' Motion for Appointment of Independent Experts To Advise the Court in Determining the Admissibility of Plaintiffs' Proffered Expert Testimony on General Causation [Docket No. 1214] |
| | | |   o April 23, 2008 – Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Appointment of Independent Experts To Advise the Court in Determining the Admissibility of Plaintiffs' Proffered Expert Testimony on General Causation [Docket No. 1236] |
| | | | • Motion for Summary Judgment, *sub judice* |
| | | |   o March 7, 2008 – Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment [Docket No. |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
| --- | --- | --- | --- |
| **Consolidated Products Liability Cases (cont'd)** | | | 1161], Memorandum of Law in Support of Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment [Docket No. 1162], Defendants Pfizer Inc. and Warner-Lambert Company LLC's Local Rule 56.1 Statement of Material Facts [Docket No. 1163], Declaration of Scott W. Sayler, Esq. [Docket No. 1164], Declaration of Mary Ann Coronel, R.Ph. [Docket No. 1167]<br><br>o   April 4, 2008 – Product Liability Plaintiffs' Memorandum of Law in Opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment [Docket No. 1198], Products Liability Plaintiffs' Response to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Local Rule 56.1 Statement of Material Facts [Docket No. 1199], Declaration by Members of the Plaintiffs Product Liability Steering Committee [Docket No. 1200]<br><br>o   April 25, 2008 – Reply Memorandum in Support of Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment [Docket No. 1243], Defendants Pfizer Inc. and Warner-Lambert Company LLC's Reply to Plaintiffs' Response to Local Rule 56.1 Statement of Material Facts, and Additional Statement of Material Facts [Docket No. 1244], Declaration of Scott W. Sayler, Esq. [Docket No. 1245]<br><br>o   May 2, 2008 – Products Liability Plaintiffs' Sur-Reply Memorandum of Law in Opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment [Docket No. 1256], Declaration of Andrew G. Finkelstein, Esq. [Docket No. 1257]<br><br>o   September 5, 2008 – Products Liability Plaintiffs' Notice of Supplemental Authority in Opposition to Defendants Pfizer |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | Inc. and Warner-Lambert Company LLC's Motion For Summary Judgment [Docket No. 1426] |
| | | |     o  October 8, 2008 – Products Liability Plaintiffs' Notice of Supplemental Authority in Opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion To Dismiss Plaintiffs' Fraud Claims Based upon Allegedly Improper Marketing [Docket No. 1458] |
| | | |     o  October 16, 2008 – Notice of Supplemental Authority in Support of Defendants' Motion for Summary Judgment [Docket No. 1470] |
| | | |     o  January 2, 2009 – Products Liability Plaintiffs' Notice of Further Supplemental Authority in Opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment [Docket No. 1601] |
| | | | • Motion To Exclude Certain Portions of the Declaration of Defendants' Rebuttal Expert, Dr. Gibbons |
| | | |     o  May 8, 2008 – Product Liability Plaintiffs' Motion to Exclude Certain Portions of the Declaration of Defendants' Rebuttal Expert, Dr. Gibbons [Docket No. 1270], Products Liability Plaintiffs' Memorandum in Support of Motion to Exclude Certain Portions of the Declaration of Defendants' Rebuttal Expert, Dr. Gibbons [Docket No. 1272] |
| | | |     o  May 12, 2008 – Defendants' Opposition to Plaintiffs' Motion to Strike Certain Opinions of Defendants' Rebuttal Expert, Dr. Gibbons [Docket No. 1275] |
| | | |     o  May 21, 2008 – Products Liability Plaintiffs' Reply Memorandum in Support of Motion to Exclude Certain |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | Portions of the Declaration of Defendants' Rebuttal Expert, Dr. Gibbons [Docket No. 1294]<br><br>• Motion To Dismiss Product Liability Plaintiffs' Fraud Claims Based Upon Allegedly Improper Marketing by Pfizer, Inc., *sub judice*<br><br>    o April 21, 2008 – Defendants' Motion To Dismiss Product Liability Plaintiffs' Fraud Claims Based Upon Allegedly Improper Marketing by Pfizer, Inc. [Docket 1232], Memorandum of Law in Support of Defendants' Motion To Dismiss Product Liability Plaintiffs' Fraud Claims Based Upon Allegedly Improper Marketing by Pfizer, Inc. [Docket No. 1233]<br><br>    o May 5, 2008 – Products Liability Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss Products Liability Plaintiffs' Fraud Claims Based Upon Allegedly Improper Marketing [Docket No. 1258]<br><br>    o May 12, 2008 – Reply Memorandum in Support of Defendants' Motion to Dismiss Product Liability Plaintiffs' Fraud Claims Based Upon Allegedly Improper Marketing [Docket No. 1276]<br><br>    o October 8, 2008 – Products Liability Plaintiffs' Notice of Supplemental Authority in Opposition to Defendants' Motion to Dismiss Product Liability Plaintiffs' Fraud Claims Based Upon Allegedly Improper Marketing [Docket No. 1458]<br><br>    o October 29, 2008 – Products Liability Plaintiffs' Post-Hearing Memorandum Regarding Defendants' Motion To Dismiss Plaintiffs' Fraud Causes of Action [Docket No. 1481] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | ○ October 31, 2008 – Defendants' Memorandum in Response to Product Liability Plaintiffs' Post-Hearing Memorandum Regarding Defendants' Motion To Dismiss Plaintiffs' Fraud Causes of Action [Docket No. 1485] |
| ***Brodsky v. Pfizer, 04-7960*** <br> ***Huffman v. Pfizer, 04-7961*** <br> ***Paulsen v. Pfizer, 04-8464*** <br> ***Sumait v. Pfizer, 04-8719*** <br> ***Smith v. Pfizer, 04-8720*** | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on February 8, 2005 – JPML CTO-3 <br><br> • Cases Transferred April 20, 2005 – JPML Order Lifting Stay of Conditional Transfer Order and Vacating the May 26, 2005 Hearing Session |
| ***Dorsey v. Pfizer, Inc., et al. 05-10639*** | | D. Massachusetts | • Complaint filed April 1, 2005 |
| ***Owens v. Pfizer, 04-768*** | Master File 04-10981-PBS | S.D. Alabama | • Conditionally Transferred on April 13, 2005 – JPML CTO-6 <br><br> • Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| ***Whitehouse v. Pfizer, 04-6257*** | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on April 13, 2005 – JPML CTO-6 <br><br> • Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| ***Vercillo v. Pfizer, 05-32*** | Master File 04-10981-PBS | N.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6 <br><br> • Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Lyman v. Pfizer, 04-6704*<br>*Minisquero v. Pfizer, 04-7297*<br>*Justine James v. Pfizer, 04-7374*<br>*DiGiacomo v. Pfizer, 04-7962*<br>*Aronson v. Pfizer, 04-8721*<br>*Dodson v. Pfizer, 04-8963*<br>*Kern v. Pfizer, 04-9249*<br>*Dees v. Pfizer, 04-9304*<br>*Veraas v. Pfizer, 04-9429*<br>*Populis v. Pfizer, 04-10265*<br>*Wilson v. Pfizer, 05-72*<br>*Montgomery v. Pfizer, 05-73*<br>*Mendoza v. Pfizer, 05-74*<br>*Hargrove v. Pfizer, 05-75*<br>*Feyer v. Pfizer, 05-76*<br>*Retzer v. Pfizer, 05-77*<br>*Brown v. Pfizer, 05-237* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005 – JPML Transfer Order May 11, 2005 |
| *Cooper v. Pfizer, 04-255* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |
| *Anderson v. Pfizer, 04-275* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |
| *Belbruno v. Pfizer, 05-1682* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 6, 2005 – JPML CTO-7 |
| *Burroughs v. Pfizer, 05-74* | Master File 04-10981-PBS | N.D. Alabama | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Smolucha v. Pfizer, 04-4882* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Gambardello v. Pfizer, 04-4883* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Jarosz v. Pfizer, 05-2061* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Almeida v. Pfizer, 04-1694* | Master File 04-10981-PBS | D. Nevada | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Barlow v. Pfizer, 05-175* | Master File 04-10981-PBS | W.D. Texas | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Notice of Opposition to transfer filed by Plaintiff  on June 3, 2005<br><br>• Transferred on July 1, 2005 – JPML Transfer Order July 1, 2005 |
| *Wilson, et al. v. Pfizer, 04-1963* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Order issued by Judge Janet C. Hall, District Judge in the District of Connecticut, on 7/21/05 granting Defendants' motion to compel discovery and awarding costs in the amount of $250. |
| *Cunningham v. Pfizer, 05-4012* | Master File 04-10981-PBS | D. Kansas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 |
| *Coleman v. Pfizer, 04-722*<br>*Fish v. Pfizer, 04-723* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 |
| *Teater v. Pfizer, 05-604* | Master File 04-10981-PBS | D. Oregon | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Notice of Opposition to transfer filed by Plaintiff on June 27, 2005<br><br>• August 25, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Teater v. Pfizer, 05-604 (cont'd)* | | | • Transferred on October 19, 2005 – JPML Transfer Order |
| *Minervino v. Pfizer, 04-1230* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Reott v. Pfizer, 05-359* | Master File 04-10981-PBS | W.D. Pennsylvania | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Smith v. Pfizer, 05-444* | Master File 04-10981-PBS | M.D. Tennessee | • Conditionally Transferred on June 27, 2005 – JPML CTO-10<br><br>• Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D.<br><br>   o January 23, 2009 – Products Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1625], Memorandum in Support of Products Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1626], Declaration of Kenneth B. Fromson, Esq. in Support of Products Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1628]<br><br>• Motion to Exclude the Specific Causation Testimony of Dr. Ronald W. Maris and Professor Michael Trimble<br><br>   o January 23, 2009 – Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Specific Causation Testimony of Dr. Ronald W. Maris and Professor Michael Trimble [Docket No. 1627], Memorandum in Support of Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Specific Causation Testimony of Doctor Maris and Professor Trimble [Docket No. 1629], Declaration of Scott W. Sayler, Esq. in Support of Motion to Exclude [Docket No. 1633] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Smith v. Pfizer, 05-444 (cont'd)* | | | • Motion to Compel the Production of, or Reasonable Access to, Underlying Electronic Data<br><br>    o January 23, 2009 – Product Liability Plaintiffs' Motion to Compel the Production of, or Reasonable Access to, the Underlying Electronic Data Upon which Dr. Weiss-Smith Relied in Forming Her Expert Opinions, or to Preclude Any Opinions Based Upon the Underlying Data [Docket No. 1630], Memorandum in Support of Product Liability Plaintiffs' Motion to Compel the Production of, or Reasonable Access to, the Underlying Electronic Data Upon which Dr. Weiss Smith Relied in Forming Her Expert Opinions, or to Preclude Any Opinions Based Upon the Underlying Data [Docket No. 1631], Declaration of Kenneth B. Fromson, Esq. in Support of Products Liability Plaintiffs' Motion to Compel the Production of, or Reasonable Access to, the Underlying Electronic Data Upon which Dr. Weiss Smith Relied in Forming Her Expert Opinions, or to Preclude Any Opinions Based Upon the Underlying Data [Docket No. 1632]<br><br>• Motion for Summary Judgment *re Smith v. Pfizer Inc., et al.*<br><br>    o January 23, 2009 – Defendants' Motion for Summary Judgment [Docket No. 1641], Memorandum in Support of Defendants' Motion for Summary Judgment [Docket No. 1642], Defendants Pfizer Inc. and Warner-Lambert Company LLC's Local Rule 56.1 Statement of Material Facts [Docket No. 1643], Declaration of Scott W. Sayler, Esq. in Support of Motion for Summary Judgment [Docket No. 1644] |
| *Alsberge v. Pfizer Inc., et al, 05-5809* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Briggs v. Pfizer Inc., et al, 05-5810* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Edwards v. Warner-Lambert Co., et al., 05-00657* | Master File 04-10981-PBS | S.D. Ohio | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Sanutti v. Pfizer, Inc., et al, 05-03401* | Master File 04-10981-PBS | E.D. Pennsylvania | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Strickland, et al. v. Pfizer, Inc., et al., 05-110* | Master File 04-10981-PBS | N.D. Georgia | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Werner v. Pfizer, 05-6084*<br>*Henry v. Pfizer, 05-6087*<br>*Colton v. Pfizer, 05-6271*<br>*Bentley v. Pfizer, 05-6272*<br>*Dixon v. Pfizer, 05-6273*<br>*Wendorf v. Pfizer, 05-6274*<br>*Richey v. Pfizer, 05-7103*<br>*Roberson v. Pfizer, 05-7253* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Watson v. Pfizer, Inc., et al., 05-162* | Master File 04-10981-PBS | D. Wyoming | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Johnson v. Pfizer, Inc., 05-2615* | Master File 04-10981-PBS | D. Arizona | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Leiendecker v. Pfizer, Inc., et al., 05-3377* | Master File 04-10981-PBS | N.D. California | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Dolgoff v. Pfizer, Inc., et al., 05-4134* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *McPherson v. Pfizer, Inc., et al., 05-1962* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Johnson v. Pfizer Inc., et al., 05-3688* | Master File 04-10981-PBS | E.D. Louisiana | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 1, 2005 –  Motion to Vacate Conditional Transfer<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *White v. Pfizer, 05-7571*<br>*Christ v. Pfizer, 05-7572*<br>*Acton v. Pfizer, 05-7573* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on October 5, 2005 – JPML CTO-14 |
| *Aranda v. Pfizer Inc., et al., 05-309* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *Fonseca v. Pfizer Inc., et al., 05-312* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Fonseca v. Pfizer Inc., et al., 05-312 (cont'd)* | | | • November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *Dane v. Pfizer, Inc., et al., 05-1376* | Master File 04-10981-PBS | E.D. Missouri | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Browne v. Pfizer, Inc., et al., 05-7675* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Smith v. Pfizer, Inc., et al., 05-7827* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Marzolo v. Pfizer, Inc., et al., 05-7828* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Mosley v. Pfizer, Inc., et al., 05-8110* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Salinas v. Pfizer Inc., et al., 05-363* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 2, 2005 – JPML CTO-16<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – December 14, 2005<br><br>• December 23, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-16)<br><br>• January 12, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Salinas v. Pfizer Inc., et al., 05-363 (cont'd)* | | | • Transferred on April 12, 2006 – JPML Transfer Order |
| *McGee v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *O'Bryan v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *French v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *Spears v. Pfizer, 05-8890 Belongie v. Pfizer, 05-8891 Montgomery v. Pfizer, 05-9144 Sizemore v. Pfizer, 05-9145 George v. Pfizer, 05-9238* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 28, 2005 – JPML CTO-17 |
| *Felici v. Pfizer Inc., et al., 05-386* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 28, 2005 – JPML CTO-17<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – January 10, 2006<br><br>• January 20, 2006 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-17)<br><br>• February 10, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on April 12, 2006 – JPML Transfer Order |
| *Scott v. Pfizer, 05-9350 Haddock v. Pfizer, 05-9417* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Lutz v. Pfizer Inc., et al., 05-7469* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| *Sims v. Pfizer Inc., et al., 05-471* | Master File 04-10981-PBS | N.D. Florida | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Blackwell v. Pfizer Inc., et al., 06-12* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Smith et al. v. Pfizer Inc., et al* | Master File 04-10981-PBS | E.D. California | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Cascio v. Pfizer Inc et al* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Cailor v. Pfizer Inc et al* | Master File 04-10981-PBS | W. D. Pennsylvania | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Keegan v. Pfizer Inc et al* | Master File 04-10981-PBS | W. D. Washington | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Adkins v. Pfizer Inc et al* | Master File 04-10981-PBS | S. D. West Virginia | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Mecija v. Pfizer Inc et al, 06-293* | | C.D. California | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Notice of Opposition to transfer filed by Defendant – April 21, 2006<br><br>• May 2, 2006 – Defendant Hall's Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• May 26, 2006 – Defendants' Response to Defendant Hall's Motion to Vacate Conditional Transfer Order |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Mecija v. Pfizer Inc et al, 06-293 (cont'd)* | | | • June 1, 2006 – Defendant Hall's Reply Brief to Pfizer Inc.'s Opposition to His Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• Transferred on August 9, 2006 – JPML Transfer Order |
| *Morris v. Pfizer Inc et al, 06-74* | | M.D. Florida | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Burke v. Pfizer Inc et al, 06-61* | | D. Maine | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Strickland v. Pfizer Inc et al, 06-1332* | | D. New Jersey | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Cook v. Pfizer Inc et al, 06-980* | | S.D. New York | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Young v. Pfizer Inc et al, 06-1308* | | E.D. Pennsylvania | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Notice of Opposition to transfer filed by Plaintiff – April 19, 2006<br><br>• May 4, 2006 – Plaintiffs' Motion to Vacate in Part Conditional Transfer Order (CTO-21)<br><br>• May 22, 2006 – Defendants' Response to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• Transferred on August 9, 2006 – JPML Transfer Order |
| *Accettullo, et al. v. Pfizer Inc., et al., 06-341* | | E.D. Arkansas | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Flanders v. Pfizer Inc., et al., 06-1261* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Ellis, et al. v. Pfizer Inc., et al., 06-1262* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Huff v. Pfizer Inc., et al., 06-160* | | M.D. Florida | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Bundoff, et al. v. Pfizer Inc., et al., 05-10317* | | E.D. Michigan | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Henderson, etc. v. Pfizer Inc., et al., 06-3064* | | D. Nebraska | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Alsberge, etc. Pfizer Inc., et al., 06-5197* | | W.D. Washington | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *White, et al. v. Pfizer Inc., et al., 06-3149* | | W.D. Missouri | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Brewster, et al. v. Pfizer Inc., et al., 06-529* | | D. Nevada | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Girard, et al. v. Pfizer Inc., et al., 06-1742* | | E.D. Pennsylvania | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Anderson, et al. v. Pfizer Inc., et al., 06-1271* | | D. South Carolina | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Agee v. Pfizer Inc., 06-926*<br>*Baker v. Pfizer Inc., 06-1109*<br>*Brown v. Pfizer Inc., 06-1110*<br>*Chappell v. Pfizer Inc., 06-1111*<br>*Eaddy v. Pfizer Inc., 06-1112*<br>*Grissom v. Pfizer Inc., 06-1113*<br>*Holloway v. Pfizer Inc., 06-1114*<br>*Huff v. Pfizer Inc., 06-1115*<br>*Poole v. Pfizer Inc., 06-1116*<br>*Reach v. Pfizer Inc., 06-1117*<br>*Whitten v. Pfizer Inc., 06-1118* | | N.D. Alabama | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Lewis et al. v. John Barrett, et al., 06-3736* | | C.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Putnam v. Pfizer Inc., et al., 06-1144* | | E.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Mustafa, et al. v. Pfizer Inc., et al., 06-349* | | S.D. Illinois | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Wolosonowich v. Pfizer Inc., et al., 06-2696* | | D. Minnesota | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Amato v. Pfizer Inc., et al., 06-1604* | | D. New Jersey | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Blackwell v. Pfizer Inc., et al., 06-2295* | | E.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Wendorf, etc. v. Pfizer Inc., et al., 06-589* | | W.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Libby, etc. v. Pfizer Inc., et al. 06-950* | | D. Oregon | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| *Campbell, etc. v. Pfizer Inc., et al. 06-5049* | | E.D. Washington | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| *Morrow, et al. v. Pfizer Inc., et al. 06-1240* | | S.D. California | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Gaudio, et al. v. Pfizer Inc., et al. 06-3381* | | D. New Jersey | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Fenelon, etc. v. Pfizer Inc., et al. 06-4136* | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Long, etc. v. Pfizer Inc., et al. 06-4285* | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Burleson v. Pfizer Inc., et al. 06-220* | | S.D. Texas | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Shaw, etc. v. Pfizer Inc., et al. 06-5058* | | E.D. Washington | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Manfredi, et al. v. Pfizer Inc., et al. 06-970* | | W.D. Washington | • Conditionally Transferred on August 23, 2006 – JPML CTO-28 |
| *Tilley, etc. v. Pfizer Inc., et al. 06-513* | | D. Delaware | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Diana v. Pfizer Inc., et al. 06-3332* | | D. Minnesota | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Garcia v. Pfizer Inc., et al.* 06-348 | | S.D. Texas | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Johnson v. Pfizer Inc., et al.* 06-1311 | | M.D. Florida | • Conditionally Transferred on September 27, 2006 – JPML CTO-30 |
| *Shelley v. Pfizer Inc., et al.* 06-959 | | W.D. Oklahoma | • Conditionally Transferred on October 3, 2006 – JPML CTO-31 |
| *Cox v. Pfizer Inc., et al.* 06-288 | | M.D. Florida | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |
| *Hogge v. Pfizer Inc., et al.* 06-3818 | | D. Minnesota | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |
| *Farris v. Pfizer Inc., et al.* 06-3975 | | D. Minnesota | • Conditionally Transferred on October 24, 2006 – JPML CTO-33 |
| *Beckworth v. Pfizer Inc., et al.* 06-538 | | M.D. Florida | • Conditionally Transferred on November 17, 2006 – JPML CTO-34 |
| *Ramsey v. Pfizer Inc., et al.* 06-4718 | | E.D. Pennsylvania | • Conditionally Transferred on November 17, 2006 – JPML CTO-34 |
| *Pursey v. Pfizer Inc., et al.* 06-5668 | | W.D. Washington | • Conditionally Transferred on December 29, 2006 – JPML CTO-35 |
| *Bonner v. Pfizer Inc. et al.* 06-1198 | | S.D. Mississippi | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Briggs v. Pfizer Inc. et al. 06-15451* | | S.D. New York | • Conditionally Transferred on January 31, 2007 – JPML CTO-36<br><br>• March 12, 2007 – Motion to Dismiss [Docket No. 672]<br><br>   o March 12, 2007 – Memorandum of Defendant Teva Pharmaceuticals USA, Inc. in Support of Its Motion to Dismiss the Complaint [Docket No. 673]<br><br>   o March 28, 2007 – Electronic Order of Magistrate Judge Leo T. Sorokin allowing Products Liability Plaintiffs' Agreed to Request [Dkt # 685] that the briefing on Defendant Teva Pharmaceuticals' USA, Inc. Motion To Dismiss proceed on the same schedule as already set for dispositive motions for the Products Liability Plaintiffs' Track One cases [Docket No. 696] |
| *Michielsen v. Pfizer Inc. et al. 07-32* | | M.D. Tennessee | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Southern v. Pfizer Inc. et al. 06-836* | | N.D. Alabama | • Conditionally Transferred on February 8, 2007 – JPML CTO-37 |
| *Armbruster v. Pfizer Inc., et al. 06-1613* | | E.D. Missouri | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *De La Garza v. Pfizer Inc., et al. 07-13* | | W.D. Texas | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *Isaacs v. Pfizer Inc., et al. 07-1216* | | D. Minnesota | • Conditionally Transferred on March 12, 2007 – JPML CTO-39 |
| *Woolum, et al. v. Pfizer Inc., et al. 07-176* | | M.D. Florida | • Conditionally Transferred on April 4, 2007 – JPML CTO-40 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Neilson v. Pfizer Inc., et al. 07-224* | | W.D. Wisconsin | • Conditionally Transferred on May 9, 2007 – JPML CTO-41 |
| *Valentine v. Pfizer Inc., et al. 07-510* | | M.D. Florida | • Conditionally Transferred on May 17, 2007 – JPML CTO-42 |
| *Wampole, et al. v. Pfizer Inc., et al. 07-204* | | W.D. Wisconsin | • Conditionally Transferred on May 17, 2007 – JPML CTO-42 |
| *Ballard v. McKinnell, Jr. et al. 06-688* | | N.D. New York | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |
| *Telles, etc.  v. Pfizer Inc. 07-161* | | W.D. Texas | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |
| *Sloan, et al. v. Pfizer Inc., et al. 07-2551* | | N.D. California | • Conditionally Transferred on June 20, 2007 – JPML CTO-44 |
| *Milligan, Jr., et al. v. Pfizer Inc., et al. 07-2540* | | D. Minnesota | • Conditionally Transferred on June 20, 2007 – JPML CTO-44 |
| *Bulger v. Pfizer Inc., et al. 07-11426* | | D. Massachusetts | • Complaint filed August 3, 2007<br><br>• Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D.<br><br>    o January 23, 2009 – Products Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1625], Memorandum in Support of Products Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1626], Declaration of Kenneth B. Fromson, Esq. in Support of Products Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1628] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Bulger v. Pfizer Inc., et al.* 07-11426 (cont'd) | | | • Motion to Compel the Production of, or Reasonable Access to, Underlying Electronic Data<br><br>    o January 23, 2009 – Product Liability Plaintiffs' Motion to Compel the Production of, or Reasonable Access to, the Underlying Electronic Data Upon which Dr. Weiss-Smith Relied in Forming Her Expert Opinions, or to Preclude Any Opinions Based Upon the Underlying Data [Docket No. 1630], Memorandum in Support of Product Liability Plaintiffs' Motion to Compel the Production of, or Reasonable Access to, the Underlying Electronic Data Upon which Dr. Weiss Smith Relied in Forming Her Expert Opinions, or to Preclude Any Opinions Based Upon the Underlying Data [Docket No. 1631], Declaration of Kenneth B. Fromson, Esq. in Support of Products Liability Plaintiffs' Motion to Compel the Production of, or Reasonable Access to, the Underlying Electronic Data Upon which Dr. Weiss Smith Relied in Forming Her Expert Opinions, or to Preclude Any Opinions Based Upon the Underlying Data [Docket No. 1632]<br><br>• Motion to Exclude the Specific Causation Testimony of Doctors Ronald W. Maris and Stefan Kruszewski<br><br>    o January 23, 2009 – Pfizer In. and Warner-Lambert Company LLC's Motion to Exclude the Specific Causation Testimony of Doctors Ronald W. Maris and Stefan Kruszewski [Docket No. 1634], Memorandum in Support of Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Specific Causation Testimony of Doctors William Maris and Stefan Kruszewski [Docket No. 1635], Declaration of Scott W. Sayler, Esq. in Support of Motion to Exclude [Docket No. 1636] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Bulger v. Pfizer Inc., et al. 07-11426* *(cont'd)* | | |     o   January 27, 2009 – Corrected Memorandum in Support of Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Specific Causation Testimony of Doctors William Maris and Stefan Kruszewski [Docket No. 1648]<br><br>• Motion for Summary Judgment *re Bulger v. Pfizer, Inc., et al.*<br><br>    o   January 23, 2009 – Defendants' Motion for Summary Judgment [Docket No. 1637], Memorandum in Support of Defendants' Motion for Summary Judgment [Docket No. 1638], Defendants Pfizer Inc. and Warner-Lambert Company LLC's Local Rule 56.1 Statement of Materials Facts [Docket No. 1639], Declaration of Scott W. Sayler, Esq. in Support of Motion for Summary Judgment [Docket No. 1640]<br><br>    o   January 26, 2009 – Declaration of Lori McGroder, Esq. in Support of Motion for Summary Judgment [Docket No. 1645] |
| *Shearer v. Pfizer Inc., et al. 07-11428* | | D. Massachusetts | • Complaint filed August 3, 2007 |
| *Lynch v. Pfizer Inc., et al. 07-169* | | W.D. Texas | • Conditionally Transferred with Separation on June 21, 2007 – JPML CTO-45 |
| *Huberman v. Pfizer, Inc. et al. 07-11336* | | D. Mass. | • Removed to the District of Massachusetts on July 20, 2007 |
| *Newberry, et al. v. Pfizer Inc., et al. 07-110* | | M.D. Georgia | • Conditionally Transferred on July 24, 2007 – JPML CTO-46 |
| *Allen, et al. v. Pfizer Inc. 07-74* | | N.D. Mississippi | • Conditionally Transferred on August 31, 2007 – JPML CTO-47 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Brida, etc. v. Pfizer Inc., et al.* 07-8060 | | S.D.N.Y. | • Conditionally Transferred on October 23, 2007 – JPML CTO-48 |
| *Vinyard v. Pfizer Inc., et al.* 07-438 | | N.D. Florida | • Conditionally Transferred on November 13, 2007 – JPML CTO-49 |
| *Reilly v. Pfizer Inc., et al.* 07-4428 | | D. Minnesota | • Conditionally Transferred on November 13, 2007 – JPML CTO-49 |
| *Dove v. Pfizer Inc., et al.* 05-53 | | M.D. Louisiana | • Conditionally Transferred on January 8, 2008 – JPML CTO-50 |
| *Bennett, et al. v. Pfizer Inc., et al.* 08-341 | | S.D. California | • Conditionally Transferred on March 24, 2008 – JPML CTO-51 |
| *Vorhalt, et al. v. Pfizer Inc., et al.* 08-807 | | D. Minnesota | • Conditionally Transferred on April 4, 2008 – JPML CTO-52 |
| *Samuels, etc. v. Pfizer Inc., et al.* 08-980 | | D. Maryland | • Conditionally Transferred on May 7, 2008 – JPML CTO-53 |
| *Hairfield, etc. v. Pfizer Inc., et al.* 08-1998 | | E.D. Pennsylvania | • Conditionally Transferred on May 7, 2008 – JPML CTO-53 |
| *Messer, etc. v. Pfizer Inc., et al.,* 08-254 | | S.D. West Virginia | • Conditionally Transferred on May 29, 2008 – JPML CTO-54 |
| *O'Sullivan v. Pfizer Inc., et al.,* 08-1374 | | D. Minnesota | • Conditionally Transferred on June 25, 2008 – JPML CTO-55 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Stadler v. Pfizer Inc., et al., 08-3295* | | D. Minnesota | • Conditionally Transferred on July 14, 2008 – JPML CTO-56 |
| *Monsue v. Pfizer Inc., et al., 08-6993* | | S.D. New York | • Conditionally Transferred on August 19, 2008 – JPML CTO-57 |
| *Durden, et al. v. Pfizer Inc., et al. 08-267* | | M.D. Florida | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| *Morrow, etc. v. Pfizer Inc., et al., 08-71* | | N.D. Mississippi | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| *Mowdy, etc. v. Pfizer Inc., et al., 08-550* | | S.D. Mississippi | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| *Spencer-Acker, etc. v. Pfizer Inc., et al., 08-13505* | | E.D. Michigan | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |
| *McLendon v. Parke-Davis, et al., 08-7843* | | S.D. New York | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |