UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>*Bulger v. Pfizer Inc., et al.,* 07-CV-11426-PBS<br><br>*Smith v. Pfizer Inc., et al.,* 05-CV-11515-PBS | |

**ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO PRODUCTS LIABILITY PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF, OR REASONABLE ACCESS TO, THE UNDERLYING ELECTRONIC DATA UPON WHICH DR. WEISS-SMITH RELIED IN FORMING HER EXPERT OPINIONS, OR TO PRECLUDE ANY OPINIONS BASED UPON THE UNDERLYING DATA**

Defendants Pfizer Inc. and Warner-Lambert Company LLC respectfully move to enlarge to February 16, 2009, the time within which they must respond to Products Liability Plaintiffs' Motion To Compel The Production Of, Or Reasonable Access To, The Underlying Electronic Data Upon Which Dr. Weiss-Smith Relied In Forming Her Expert Opinions, Or To Preclude Any Opinions Based Upon The Underlying Data ("Motion to Compel"). The grounds for this motion are:

1. The Motion to Compel was filed on January 23, 2009.

2. The response to the Motion to Compel currently is due on February 6, 2009.

3. Defendants require additional time to prepare an appropriate response to the Motion to Compel.

4. Products Liability Plaintiffs assent to this motion.

WHEREFORE, defendants respectfully request that the Court enlarge to February 16, 2009, the time within which defendants must respond to the Motion to Compel.

| | |
|---|---|
| Dated: February 3, 2009 | Respectfully submitted, |
| | DAVIS POLK & WARDWELL |
| | By: /s/James R. Rouhandeh |
| |      James P. Rouhandeh |
| | 450 Lexington Avenue |
| | New York, NY 10017 |
| | Tel: (212) 450-4000 |
| | -and- |
| | SHOOK, HARDY & BACON L.L.P. |
| | By: /s/Scott W. Sayler |
| |      Scott W. Sayler |
| | 2555 Grand Blvd. |
| | Kansas City, MO 64108-2613 |
| | Tel: (816) 474-6550 |
| | -and- |
| | WHITE AND WILLIAMS |
| | By: /s/David B. Chaffin |
| |      David B. Chaffin |
| | 100 Summer Street |
| | Suite 2707 |
| | Boston, MA 02110 |
| | Tel: (617) 748-5200 |
| | *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC* |

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 3, 2009.

                                                 /s/David B. Chaffin