UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**NOTICE OF CHANGE OF APPEARANCE**

PLEASE TAKE NOTICE that effective February 1, 2009, the firm affiliation and contact information for David B. Chaffin, co-counsel for defendants, had changed. Mr. Chaffin's current new affiliation and contact information are:

> David B. Chaffin
> White and Williams LLP
> 100 Summer Street, Suite 2707
> Boston, Massachusetts 02110
> Telephone: (617) 748-5215
> Facsimile: (617) 748-5201
> chaffind@whiteandwilliams.com

Dated: February 4, 2009

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: /s/David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorney for Defendants Pfizer Inc. and Warner-Lambert Company*

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 4, 2009.

                                        /s/ David B. Chaffin
                                        David B. Chaffin