UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL MARKETING AND ) <br> SALES PRACTICES ACTIONS ) <br> ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

## PLAINTIFFS' EMERGENCY UNOPPOSED MOTION FOR ORDER ALLOWING DEPOSITION OF DEFENDANT EXPERT MICHAEL C. KEELEY

Plaintiffs hereby respectfully move for an Order allowing the one-day deposition of Defendant's expert Dr. Michael C. Keeley on February 11, 2009. The proposed date of Dr. Keeley's deposition falls outside of the cutoff for expert depositions of January 31, 2009 as set forth in the November 4, 2008 Revised Scheduling Order. The scheduling of Dr. Keeley's deposition on a date after the January 31, 2009 cutoff for expert depositions is necessitated both because at the time Dr. Keeley's deposition was noticed counsel for the parties were heavily engaged in the scheduled depositions of each of Plaintiffs' 11 experts and the parties were unable to schedule Dr. Keeley's deposition on any of the days remaining in the deposition period.

Plaintiffs have conferred with Defendants on both the scheduling of Dr. Keeley's deposition as well as this motion. Defendants and Dr. Keeley have agreed to the February 11, 2009 deposition date, subject to this Court's approval, and Defendants do not oppose this motion seeking permission of the Court to take Dr. Keeley's deposition on February 11, 2009. Aside from discovery related to the supplemental expert reports addressed in the Court's order

of yesterday's date, all other expert depositions were completed within the time period set forth in the Revised Scheduling Order.

Accordingly, Plaintiffs hereby respectfully move for an Order of the Court allowing Dr. Keeley's deposition to move forward on February 11, 2009 despite the January 31, 2009 cutoff date for expert depositions.

Dated February 6, 2009            By:     /s/ Thomas M. Sobol
                                          Thomas M. Sobol
                                          Edward Notargiacomo
                                          Hagens Berman Sobol Shapiro LLP
                                          One Main Street, 4th Floor
                                          Cambridge, MA 02142

                                          *Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

                                  By:     /s/ Barry Himmelstein
                                          Barry Himmelstein
                                          Lieff Cabraser Heimann &
                                          Bernstein, LLP
                                          Embarcadero Center West
                                          275 Battery Street, 30th Floor
                                          San Francisco, CA 94111-3339


                                  By:     /s/ Thomas Greene
                                          Thomas Greene
                                          Greene & Hoffman
                                          125 Summer Street
                                          Boston, MA 02110

                                  By:     /s/ Don Barrett
                                          Don Barrett
                                          Barrett Law Office
                                          404 Court Square North
                                          P.O. Box 987
                                          Lexington, MS 39095

                                  By:     /s/ Daniel Becnel
                                          Daniel Becnel, Jr.
                                          Law Offices of Daniel Becnel, Jr.
                                          106 W. Seventh Street

        P.O. Drawer H
        Reserve, LA 70084

By: */s/ James Dugan*
    James Dugan
    Dugan & Browne, PLC
    650 Poydras Street, Suite 2150
    New Orleans, LA 70130

*Members of the Class Plaintiffs'*
*Steering Committee*

## CERTIFICATE OF SERVICE

 I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on January 6, 2009.

        /s/ Thomas M. Sobol