**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>)<br>) | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**THIS DOCUMENT RELATES TO:**

*Leroy Anderson, et al v. Pfizer, Inc*.     Individual Case No.: 1:05CV-10835-PBS
*Mary Cooper, et al v. Pfizer, Inc*.         Individual Case No.: 1:05-CV-10834-PBS
*Jessie Allen, et al v. Pfizer, Inc*.          Individual Case No.: 1:07-CV-11795-PBS

---

**STATUS REPORT OF LEVI BOONE, III PURSUANT TO JANUARY 28, 2009 COURT CONFERENCE**

---

Levi Boone, III submits the Status Report pursuant to the January 28, 2009 Court Conference, as follows:

There are basically three (3) options for obtaining credit reports/credit monitoring/fraud alert. The options are discussed herein:

**I.  $14.95 Program**

Equifax has a program whereby it charges $14.95 to provide a credit report from each of the nationwide consumer credit reporting companies – Equifax, Experian and TransUnion. The telephone number for Equifax is 1-866-640-2273. The website is Equifax. com.  Under this program the business would mail a check directly to the affected person with instructions relating to obtaining the credit reports.

## II.  Free Credit Report

A free credit report is available once every 12 months from each to the nationwide consumer credit reporting companies.  The free credit report may be requested online at annualcreditreport. com  or by phone 1-877-322-8228 or by mail at Annual Credit Report Service, P. O. Box 105281, Atlanta, GA  30348-5281.

An individual also has the right to ask that nationwide consumer credit reporting companies place "fraud alerts" in their file to let potential creditors and others know that they may be a victim of identity theft.  A fraud alert is placed in a file by calling just one of the three nationwide consumer credit reporting companies. The telephone numbers for the nationwide consumer credit reporting companies are:

Eqifax:  1-877-576-5734;        alerts.equifax. com
Experian 1-888-397-3742;        experian. com/fraud
TransUnion: 1-800-680-7289; . transunion. com

## III.  $48.00 Program

Equifax also has a program whereby gift certificates may be purchased from Equifax, Inc. at the cost of $48.00 each (for 300 or more certificates) that would provide the following services:

(1) One year credit monitoring;
(2) a credit report from each of the nationwide consumer credit reporting companies – Equifax, Experian and TransUnion;
(3) Unlimited credit reports from Equifax for one year;
(4) $20,000.00 Identification Theft Insurance;

These gift certificates may be purchased in a lump sum by a business.  Equifax would provide the business with 300 plus codes that the business can distribute to each of the affected persons in the form of a letter containing the code and instructions on how to use same.  It takes 45 days for Equifax to provide the codes to the business.

The contact person at Equifax for the one-year program aforesaid is Richard Gloomberg at 770-880-6922.

        Respectfully submitted,
        BOONE LAW FIRM, P.A.
        401 West Sunflower Ave.
        Cleveland, MS 38732
        662-843-7946 (telephone)
        662-843-7950 (facsimile)

        By: */s/ Levi Boone, III, Esq.*
            *Attorneys for Plaintiff(s)*

So Certified, this the 6th day of February, 2009.

        */s/ Levi Boone, III*_____
        Levi Boone, III, Esq., MSB# 3686

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 6, 2009.

        /s/ Levi Boone, III_____
        Levi Boone, III, Esq., MSB# 3686