UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Bulger v. Pfizer Inc, et al.,* 07-CV-11426-PBS :
:
*Smith v. Pfizer Inc, et al.,* 05-CV-11515-PBS :
:
---------------------------------------------------------------x

## DECLARATION OF SCOTT W. SAYLER, ESQ.

I, Scott W. Sayler, declare and state as follows:

1. I am a partner with the law firm of Shook, Hardy & Bacon LLP, counsel of record for Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit 1 is a true and correct copy of the Curriculum Vitae of Sheila Weiss Smith, Ph.D.

3. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Sheila Weiss, Ph.D. (December 20, 2007).

4. Attached as Exhibit 3 is a true and correct copy of Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D., filed January 23, 2009.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the deposition of Sheila Weiss Smith, Ph.D. (December 22, 2008).

5045522v.1

6.	Attached as Exhibit 5 is a true and correct copy of a letter from Dr. Russell Katz, FDA to Manini Patel, Director of Worldwide Regulatory Affairs, Pfizer; Bates No. NRE0009216746.

7.	Attached as Exhibit 6 is a true and correct copy of the FDA Statistical Review and Evaluation, Anti-Epileptic Drugs and Suicidality (May 23, 2008).

8.	Attached as Exhibit 7 is a true and correct copy of excerpts of the transcript from the July 10, 2008 FDA Advisory Committee meeting on antiepileptic drugs and suicidality.

9.	Attached as Exhibit 8 is a true and correct copy of FDA's "Guidance for Industry: Good Pharmamcovigilance Practices and Pharmacoepidemiologic Assessment," March 2005.

10.	Attached as Exhibit 9 is a true and correct copy of excerpts from the deposition of Cheryl Blume, Ph.D. (November 22 and 23, 2007).

11.	Attached as Exhibit 10 is a true and correct copy of a letter from Michael Wasicko, counsel for Pfizer defendants to Keith Altman, counsel for Plaintiffs (February 2, 2009).

12.	Attached as Exhibit 11 is a true and correct copy of the expert report of Sheila Weiss Smith, Ph.D. (November 4, 2008).

I declare under penalty of perjury under the law of the United States of America that the forgoing it true and correct.

Executed on February 6, 2009, in Kansas City, Missouri.

    _/s/Scott W. Sayler_____
    Scott W. Sayler, Esq.

5045522v.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 6, 2009.

                                                      /s/ David B. Chaffin
                                                      David B. Chaffin