# EXHIBIT 4

99

1  relevance and then we have matched them up and down a
2  validation study, in that context only, with a full
3  team of experts.
4      Q      Have you ever designed a post market --
5  have you ever designed post-marketing safety
6  surveillance for any pharmaceutical company?
7      A      No, I've not developed pharmaceutical SOPs.
8  I've developed guidance from industry from the FDA
9  perspective, I've worked on those.  But not within
10 companies.
11     Q      Which guidance did you work on that would
12 be relevant to pharmacovigilance and safety
13 surveillance?
14     A      I've worked on -- actually, I was the
15 co-author of the original draft of the pregnancy
16 registry guidance document.  I started that while I was
17 at the FDA and then they paid me as a consultant
18 afterwards.
19            I also worked at the very beginning on the
20 original concept and drafts of the good
21 pharmacovigilance -- what became the good
22 pharmacovigilance and pharmacoepi guidance document.
23     Q      That's the guidance from 2005?
24     A      Right.  I worked way early on the very,
25 very beginning of that document.

289

1  zeros here.  Zero percentages.
2       Q     No, that means there are no suicidal and
3  self-injurious reports -- no serious for psychiatric
4  conditions at that point in time?
5       A     Thank you.
6       Q     It's zero.  It's not zero over zero.  It
7  means zero.  It's not undefined.  It's zero.
8             Anyway, but at every point after 1999 the
9  percentage for psychiatric conditions is higher,
10 correct, than any of the other indications?
11      A     After 1999?
12      Q     June 30th of '99, that data point.
13 Everything is higher, correct?
14      A     The percentages are higher for that
15 subgroup.
16      Q     Now, is one explanation for that
17 observation that these are people with psychiatric
18 conditions and people with psychiatric conditions tend
19 to commit suicide more than people with these other
20 conditions?
21      A     I would say very strong possibility.
22      Q     That's one possibility?
23      A     That they have a lot of underlying
24 conditions.  They may be treated because of that very
25 reason.

290

1      Q      That's correct.

2      A      High risk.

3      Q      That's what we talk about with confounding
4 indication, correct, confounding by indication; is that
5 correct? That's what you were talking about?

6      A      Yes.

7      Q      Now, is another possible explanation that
8 Neurontin had no efficacy for these people and so
9 basically you were dealing with people who had
10 psychiatric conditions who were not receiving any
11 treatment and they committed suicide?

12      MR. BARNES: Objection. Assumes facts not
13 in evidence and --

14      A      It's way beyond what I can take from this
15 chart. We don't have anything about efficacy. We
16 don't have anything about whether they're on other
17 treatments. And I would expect a lot of them are on
18 other drugs, from what I've seen.

19      Q      I just asked if one possibility is that
20 Neurontin is not efficacious for these people?

21      A      It's so far beyond what this shows, that's
22 a real big leap.

23      Q      Is it a possibility?

24      MR. BARNES: If you --

25      A      For everybody? I can't imagine.

321

1  okay is run your data mining and simply put your stuff
2  on the shelf --
3              MR. BARNES:  If you have an opinion.
4      A       I can't make an opinion like that because
5  you're talking in general and things are evolving even
6  as we speak on how data mining is best used.
7              So things are evolving now and that's a
8  good question that I don't think we have been able to
9  answer yet as an industry on how to deal with data
10 mining.
11     Q       For your -- when you access Q Scan, is that
12 through a web site?  Do you go into your log-in and you
13 can run your analyses?
14     A       That's correct.
15     Q       And you can download some of that data or
16 computations or whatever that it produces?
17     A       It's an application.  It has software on it
18 to do statistics, that's all it is.
19     Q       How is the output given to you?
20     A       It depends on what you're looking at.
21     Q       The first time you provided us some Excel
22 spreadsheets of data that formed part of the basis of
23 your report, do you recall that?
24     A       I believe I gave you the raw counts that
25 were used to calculate the PRRs, yes.

322

1  Q     Did you generate charts similar to that
2  when you did your analyses in your supplemental report?
3  A     Did I for here?  No.
4  Q     For your supplemental report?
5  A     No, I didn't.  Raw data.
6  Q     How did you actually -- the charts that are
7  in your supplemental report, did those come straight
8  from Q Scan or do you actually have to make those
9  charts?  I'm talking about ones on the PRR?
10 A     Which -- give me an example, which one?
11 Q     Your supplemental report.  Let's take on
12 page 22?
13 A     Figure 1?
14 Q     Figure 1, yes.
15 A     So I get the statistic, the PRR statistic,
16 and I put it in an Excel spreadsheet and I plotted it
17 in Excel.
18 Q     I mean, did you hand write that stuff from
19 Q Scan or did you download a chart or something?
20 A     I believe I downloaded a delimited file to
21 a data file.
22 Q     Do you still have those files?
23 A     Probably not.  They're raw files.  I would
24 just recalculate it.
25 Q     Okay.  Did you write out a formal protocol

329

1   And I believe we are out of time much to your chagrin.
2   I thank you for your time and I just want to put on the
3   record that, once again, I did not have the opportunity
4   to access Q Scan data.  I don't know what that access
5   would do in terms of my desire to ask questions of this
6   witness and so under the MDL we're entitled to two days
7   and under the California rules there's no time limit.
8   And therefore I'll hold this deposition or I'll adjourn
9   this deposition for now pending my review of that
10  information which may require some further examination
11  of this witness.
12              MR. BARNES:  Okay.  Well, I think what I
13  would ask you to do is put your request -- precise
14  request to us in writing and we will respond as to the
15  Q Scan data, what your current request is and we'll are
16  consider it and go from there.
17              MR. ALTMAN:  That's good.
18              EXAMINATION BY MR. BARNES:
19      Q      One question of the witness before we
20  conclude.  Very early in the deposition Mr. Altman
21  asked you a question regarding the scientific rigor in
22  which you prepared your report and you stated that you
23  used the same, I'll paraphrase, it, the same scientific
24  rigor that you would use in doing your other
25  professional work except you didn't have as many hands

1    to look at the references, what did that mean?
2         A      It means that this did not go through a
3    formal peer review process.  So if I write a paper,
4    one, I'll have usually many co-authors.  So everyone
5    gets to review that and then I have a -- an editor
6    in-house that will go through and edit.  And then when
7    I submit it to a journal for publication, it gets sent
8    out to at least two, three, four peers that go through
9    every aspect of the paper.
10        Q      In that process from time to time do they
11   find typos and errors within the draft manuscript?
12        A      No matter how many times you write and
13   rewrite it, there's always something, yes.  They are
14   noticed.  Then also if it's accepted the journal has
15   editorial staff that again go through it and sometimes
16   you'll find them.
17        Q      So that's the difference?
18        A      And then proofs.  There's many, many steps
19   in the process to make sure.
20        Q      So the error that Mr. Altman pointed out
21   this afternoon is something that would perhaps come to
22   light during the normal peer review and editing process
23   that you do in your normal scientific and research
24   activities, correct?
25        A      Absolutely.  Very minor typos or things