UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | Magistrate Judge Leo T. Sorokin |

---

**ASSENTED-TO MOTION FOR
<u>LEAVE TO WITHDRAW</u>**

Matthew B. Rowland, co-counsel for Defendants, respectfully moves, pursuant to Local Rule 83.5.2, for leave to withdraw as co-counsel for Defendants. The grounds for this motion are:

1. As counsel to Davis Polk & Wardwell, I have appeared as co-counsel for Defendants.

2. I am due to resign from Davis Polk & Wardwell on or about February 6, 2009.

3. I therefore wish to withdraw as co-counsel for Defendants.

4. Other counsel have appeared and continue to appear for Defendants.

5. A motion for leave to withdraw is required because motions are pending.

6. Liaison counsel for Plaintiffs has assented to this motion.

WHEREFORE, I respectfully request leave to withdraw as co-counsel for Defendants.

Dated: February 6, 2008                    /s/ Matthew B. Rowland
                                           Matthew B. Rowland
                                           450 Lexington Avenue
                                           New York, NY 10017

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and resolved the issues presented by this motion

/s/David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

/s/David B. Chaffin