UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                               :
         SALES PRACTICES AND                                :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                      :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
Bulger v. Pfizer Inc., et al., 07-CV-11426-PBS              :
                                                            :
Smith v. Pfizer Inc., et al., 05-CV-11515-PBS               :
                                                            :
------------------------------------------------------------x
```

**ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO MOTIONS IN LIMINE AND MOTIONS FOR SUMMARY JUDGMENT BROUGHT BY DEFENDANTS PFIZER INC., AND WARNER-LAMBERT COMPANY, LLC.**

Plaintiffs respectfully move to enlarge to February 23, 2009, the time within which they must respond to Defendants' motions in limine (ECF ## 1627 and 1634) and Defendants' motions for summary judgment (ECF ## 1637 and 1641). Plaintiffs further respectfully move to enlarge to March 12, 2009, the time within which Defendants may provide Replies, and to March 23, 2009, the time for Plaintiffs to provide Sur-Replies. The grounds for this motion are:

1. The aforesaid motions in limine and motions for summary judgment were filed on January 23, 2009.

2. The response to the motions in limine and motions for summary judgment are due on February 16, 2009. Similarly, Replies are due March 5, 2009, and Sur-Replies are currently due on March 19, 2009.

3. Plaintiffs require the additional time of seven (7) days to prepare an appropriate response to the aforesaid motions because Plaintiffs' counsel, Steven Lim, Esq., who is the

1

primary author of Plaintiffs' responses, is unavailable due to an unexpected medical emergency.

4. To the extent the Court grants Plaintiffs' motion for an enlargement to February 23, 2009 for a response, Plaintiffs believe the current schedule and timing for Replies and Sur-Replies should be adjusted.

5. Defendants Pfizer Inc., and Warner-Lambert Company, LLC, assent to this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enlarge to February 23, 2009, the time within which they must respond to Defendants' motions in limine (ECF ## 1627 and 1634) and Defendants' motions for summary judgment (ECF ## 1637 and 1641). Plaintiffs further respectfully move to enlarge to March 12, 2009, the time within which Defendants may provide Replies, and to March 23, 2009, the time for Plaintiffs to provide Sur-Replies.

      RESPECTFULLY submitted,

      FINKELSTEIN & PARTNERS, LLP

      By:   /s/ Andrew G. Finkelstein
             Andrew G. Finkelstein

      1279 Route 300
      Box 1111
      Newburgh, NY 12551
      Tel: (845) 562-0203
      *Attorneys for Plaintiffs*

3

**CERTIFICATION OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 9, 2009.

                                                          /s/ Eleanor Polimeni