UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES AND PRODUCTS LIABILITY LITIGATION | § § § § § § § § § | MDL DOCKET No. 1629 Master File No. 04-10981 Judge Patti B. Saris Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Pro Se Plaintiff Teresa Teater, submits this Notification of Change of Address and phone number. Ms. Teater's new contact information is:

3304 North 162d Ct., Apt. 107

Omaha, NE 68116

(402) 880-5870

Dated: February 10, 2009

Respectfully Submitted:

*Products Liability Plaintiffs' Steering Committee on behalf of Ms. Teresa Teater*

By:  /s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire
FINKELSTEIN & PARTNERS, LLP
439 Robinson Avenue
Newburgh, N.Y. 12550

By:  /s/ Jack W. London
Jack W. London, Esquire
LAW OFFICES OF JACK W. LONDON & ASSOCIATES
3701 Bee Cave Road, Suite 200
Austin, TX 78746

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to case management Order No. 3 on January 28, 2009.

Dated: February 10, 2009

/s/ Jack W. London
Jack W. London, Esquire