# EXHIBIT B

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PHILADELPHIA
CIVIL TRIAL DIVISION

| | | |
|---|---|---|
| GREGORY CLARK and LINDA MEASHEY, | : | June Term 2004 |
| Plaintiffs, | : | No. 1819 |
| v. | : | |
| PFIZER INC, and WARNER-LAMBERT COMPANY, LLC, | : | Commerce Program |
| Defendants. | : | Control Nos. 061293/061291 |

**ORDER**

AND NOW, this 9th day of February 2009, upon consideration of Defendants Motion for Summary Judgment and Motion for Decertification, all responses in opposition and in accord with the attached Opinion, it hereby is **ORDERED** as follows:

1. Summary Judgment is **granted** on plaintiffs' class claims for breach of warranty.

2. Summary Judgment is **granted** as to all class claim as to members of the class who actually benefited from off label use of Neurontin.

3. All other aspects of the Motion for Summary Judgment are **denied.**

4. The Motion for Class Decertification is **granted**.

5. Trial scheduled for March 9, 2009 shall proceed as individual claims unless a continuance is requested in light of these rulings.

BY THE COURT,

MARK I. BERNSTEIN, J.

Clark Etal Vs Pfizer In-ORDOP

04060181900261