UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
                    :
In re:  NEURONTIN MARKETING,      :
        SALES PRACTICES AND      :
        PRODUCTS LIABILITY LITIGATION  :
                    :
-------------------------------------------------------------x
                    :
THIS DOCUMENT RELATES TO:     :
                    :
*Bulger v. Pfizer Inc., et al.*, 07-CV-11426-PBS  :
                    :
*Smith v. Pfizer Inc., et al.*, 05-CV-11515-PBS  :
                    :
-------------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**NOTICE OF WITHDRAWAL OF PRODUCTS LIABILITY PLAINTIFFS'
MOTION TO COMPEL THE PRODUCTION OF, OR REASONABLE
ACCESS TO, THE UNDERLYING ELECTRONIC DATA UPON WHICH
DR. WEISS-SMITH RELIED IN FORMING HER EXPERT OPINIONS,
OR TO PRECLUDE ANY OPINIONS BASED ON THE UNDERLYING DATA**

PLEASE TAKE NOTICE that Products Liability Plaintiffs hereby withdraw their motion

filed on January 23, 2009, *see* ECF Doc. # 1630, pursuant to Rule 37 of the Federal Rules of

Civil Procedure, for an order (1) compelling Defendants to provide Plaintiffs, within 30 days of

this Court's Order, with (a) all data via the Qscan software utilized by Dr. Weiss-Smith, or (b)

access to the data via Qscan software in the same online-internet manner that Dr. Weiss-Smith

utilized, and (2) precluding any of Dr. Weiss-Smith's opinions that were based upon any of her

work with software for which the raw data or analyses were not saved by her and not provided to

Plaintiffs.

Dated:  February 17, 2009

Respectfully submitted,

*Members of Products Liability*
*Plaintiffs' Steering Committee*

By:    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551


By:    **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
    & Associates
3701 Bee Cave Road, Suite 200
Austin-Westlake, TX  78746


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 17, 2009.


**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire