UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**THIS DOCUMENT RELATES TO:**

*Leroy Anderson, et al v. Pfizer, Inc.*  Individual Case No.: 1:05CV-10835-PBS
*Mary Cooper, et al v. Pfizer, Inc.*  Individual Case No.: 1:05-CV-10834-PBS
*Jessie Allen, et al v. Pfizer, Inc.*  Individual Case No.: 1:07-CV-11795-PBS

**CERTIFICATION OF LEVI BOONE, III PURSUANT TO COURT ORDER OF FEBRUARY 13, 2009**

TO THE HONORABLE COURT:

1. Pursuant to this Court's Order of February 13, 2009, I, Levi Boone, III, attorney for the Plaintiffs in the above referenced cases certify as to the following:

    A. That I have sent a letter to each client in the above reference cases whose personal information was, at any time, improperly posted informing the clients with clear and detailed instructions on how they may obtain a free credit report, and how they may sign up for fraud alerts and/or credit monitoring;

B.  That in the letter submitted to the clients aforesaid, I offered to assist the clients in signing up for these services if they were not able to do so on their own;

C.  That I informed the four clients that contacted the Court that Boone Law Firm will pay for one-year of credit monitoring for them if they wish to pursue that option;

>  */s/ Levi Boone, III, Esq.*
>  Levi Boone, III, MSB# 3686
>  BOONE LAW FIRM, P.A.
>  401 West Sunflower Ave.
>  Cleveland, MS 38732
>  662-843-7946 (telephone)
>  LBoone@BooneLawFirm.com

So Certified, this the 23rd day of February, 2009.

>  */s/ Levi Boone, III*_____
>  Levi Boone, III, Esq., MSB# 3686

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 23, 2009.

>  */s/ Levi Boone, III*_____
>  Levi Boone, III, Esq., MSB# 3686