UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,  :
       SALES PRACTICES AND  :  Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION  :
:  Judge Patti B. Saris
------------------------------------------------------------x
:  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:  :
:
*Smith v. Pfizer Inc.*, 1:05-cv-11515-PBS  :
:
------------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN, ESQ., IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE SPECIFIC CAUSATION TESTIMONY OF DR. MARIS AND PROF. TRIMBLE

I, Andrew G. Finkelstein, declare and state as follows:

1. My name is Andrew G. Finkelstein. I am a partner with the firm of Finkelstein & Partners, LLP, attorneys for Plaintiff Ruth Smith, in this matter. I make this declaration based on my own personal knowledge and information.

2. This declaration is submitted in opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion to exclude the specific causation testimony of Plaintiff's experts, Dr. Maris and Prof. Trimble. (ECF Doc. # 1627.)

3. Attached as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Gary Wayne Biggs (Feb. 8, 2008).

4. Attached as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Christopher Wood, DDS (June 7, 2008).

5. Attached as Exhibit 3 is a true and correct copy of excerpts from the Deposition of Lewis Wesley Carnahan (Oct. 23, 2007).

6. Attached as Exhibit 4 is a true and correct copy of excerpts from the Deposition of Ruth Smith (Apr. 12, 2007).

7. Attached as Exhibit 5 is a true and correct copy of excerpts from the Deposition of Buford Hoskins (Oct. 24, 2007).

8. Attached as Exhibit 6 is a true and correct copy of excerpts from the Deposition of Cindy Smith-Carlton (Oct. 3, 2007).

9. Attached as Exhibit 7 is a true and correct copy of excerpts from the Deposition of Stewart Stowers, M.D. (June 28, 2007).

10. Attached as Exhibit 8 is a true and correct copy of excerpts from the Deposition of James R. Cato, M.D. (June 29, 2007).

11. Attached as Exhibit 9 is a true and correct copy of excerpts from the Deposition of Frank Berlacich, M.D. (June 7, 2007).

12. Attached as Exhibit 10 is a true and correct copy of excerpts from the Deposition of Edward Mackey, M. D. (May 23, 2007).

13. Attached as Exhibit 11 is a true and correct copy of excerpts from the Deposition of Professor Michael Trimble (Sept. 2-3, 2008).

14. Attached as Exhibit 12 is a true and correct copy of excerpts from the Deposition of Ronald William Maris, Ph.D. (Sept. 30, Oct. 1, 20, 22, 2008) as referred to in the Declaration of Ronald William Maris, Ph.D.

15. Attached as Exhibit 13 is a true and correct copy of excerpts from the Deposition of Gayle Lawson (Oct. 4, 2007) as referred to in the Declaration of Ronald William Maris, Ph.D.

16. Attached as Exhibit 14 is a true and correct copy of excerpts from the Deposition of Sherri Hoskins (Oct. 24, 2007) as referred to in the Declaration of Ronald William Maris, Ph.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 23, 2009, in Newburgh, New York

                                            **/s/ Andrew G. Finkelstein**
                                            Andrew G. Finkelstein, Esquire
                                            Finkelstein & Partners, LLP
                                            *Attorneys for Plaintiff Ruth Smith*
                                            1279 Route 300, P.O. Box 1111
                                            Newburgh, NY  12551

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 23, 2009.

                                            **/s/ Andrew G. Finkelstein**
                                            Andrew G. Finkelstein, Esquire