# EXHIBIT 2

Wood, Christopher DDS (Smith prescriber) 6/7/2007 10:17:00 AM

**Page 1**

```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
 2
 3   IN RE: NEURONTIN MARKETING, SALES )
     PRACTICES AND PRODUCTS LIABILITY  )
 4   LITIGATION                        )
                                       )
 5   _____     )
                                       )
 6                                     )
                             ) CASE NO.
 7                           ) 04-10981
     THIS DOCUMENT RELATES TO:         )
 8                                     )
     RUTH SMITH, Individually and as   )
 9   Widow for the use and benefit of  )
     herself and the next of kin of    )
10   Richard Smith, deceased.          )
                                       )
11   05-CV-11515                       )
                                       )
12
13
14   VIDEOTAPED DEPOSITION OF
15   CHRIS L. WOOD, DDS
16   Taken on Behalf of the Defendant
17   June 7, 2007
```

**Page 2**

```
 1   APPEARANCES:
 2   For the Plaintiff:
 3     MARK LANIER
       DARA HEGAR
 4     PATRICK O'HARA
       Lanier Law Firm
 5     6810 F.M. 1960 West
       Houston, Texas 77069
 6     713.659.5200
       713.659.6416
 7     wml@lanierlawfirm.com
 8     ANDREW G. FINKELSTEIN
       Finkelstein & Partners
 9     436 Robinson Avenue
       Newburgh, New York 12550
10     800.634.1212
       afinkelstein@lawampm.com
11
12   For the Defendant:
13     KENNETH J. FERGUSON
       Clark, Thomas & Winters
14     P.O. Box 1148
       Austin, Texas 78767
15     512.472.8800
       512.474.1129
16     kjf@ctw.com
17
     Also Present: Sheldon Singh, Videographer
```

**Page 3**

```
 1              I N D E X
 2   WITNESS: CHRIS L. WOOD
 3          INDEX OF EXAMINATIONS
 4                          Page/Line
 5   By Mr. Ferguson .............  6  10
 6   By Mr. Lanier ............... 30   2
 7   By Mr. Ferguson ............. 46   3
 8   By Mr. Lanier ............... 48  11
 9   By Mr. Ferguson ............. 49  16
10   By Mr. Lanier ............... 50  10
11          INDEX OF EXHIBITS
12                          Page/Line
13   No. 1 .......................  7  17
14   No. 2 .......................  8   2
```

**Page 4**

          The videotaped deposition of CHRIS L.
WOOD, DDS, taken on behalf of the Defendant, on
the 7th day of June, 2007, in the offices of Chris
L. Wood, DDS, 1502 17th Avenue South, Nashville,
Tennessee, for all purposes under the Federal
Rules of Civil Procedure.
          The formalities as to notice,
caption, certificate, et cetera, are waived. All
objections, except as to the form of the
questions, are reserved to the hearing.
          It is agreed that Elisabeth A.
Miller, being a Notary Public and Court Reporter
for the State of Tennessee, may swear the witness,
and that the reading and signing of the completed
deposition by the witness are waived.

                    . . .

Wood, Christopher DDS (Smith prescriber) 6/7/2007 10:17:00 AM

### Page 21

1   possible.
2   Q.   And -- and as I read the letter -- and
3   correct me if I'm wrong -- just to summarize it,
4   he -- you reassured him that his gums were --
5   appeared to be normal?
6   A.   Correct.
7   Q.   And he asked why they would be burning,
8   and you suggested potentially food allergy or
9   certain toothpaste, right?
10  A.   Yeah. There's sort of a scenario that you
11  go over with food allergies, drugs. Younger
12  people that are going through, you know, hormonal
13  changes and that sort of thing deal with that.
14  And there's some other neurological things that --
15  that occur that -- that can cause that.
16  Q.   And you recommended that maybe he change
17  toothpastes and see if it helps?
18  A.   That would be a good conservative thing,
19  yes, sir.
20  Q.   And then you have a sentence -- I just
21  want to make sure I understand what you're saying.
22  It says, recounted past occurrences, and he seemed
23  interested and would do that. When it says
24  recounted past occurrences, was that you
25  recounting past occurrences of someone who had had

### Page 22

1   a problem and changed toothpastes, got better, or
2   what?
3   A.   No, that would be with -- with Mr. Smith
4   and past problems that he had had. He seemed
5   pretty receptive to what we -- what he -- what we
6   said. Sometimes patients are -- you can tell
7   them, and you can tell their response is, I hear
8   you, but I'm not going to comply.
9   Q.   And then the next sentence starts with the
10  phrase, also mentioned drugs. Who initially
11  mentioned drugs? Was it you or him?
12  A.   Well, I -- we mentioned asking -- asking
13  about drugs.
14  Q.   Meaning what drugs he was on or what drugs
15  that might --
16  A.   Yes.
17  Q.   -- might help his burning or what?
18  A.   No. That --
19  Q.   In what context?
20  A.   That might be a cause of the -- of the
21  problem.
22  Q.   I see. And -- and you said that Mr. Smith
23  said, well, I'm on a lot of drugs?
24  A.   Yes.
25  Q.   And then he went on to -- to make some

### Page 23

1   comments -- or questions about Neurontin. Why
2   don't you go ahead and tell us what he said.
3   A.   He had -- he had asked me about Neurontin.
4   That's not a drug that -- you know, that is --
5   well, terribly common. We do have patients that
6   are on that mainly for -- for seizures. And other
7   than just trying to look at drugs and their
8   interactions with other ones that we're using,
9   there's so many, I don't stay up to PDR quality as
10  far as all of the -- the side effects and the
11  concerns that you have. Interactions, yes, but I
12  think that was basically what he had questioned me
13  about.
14  Q.   And -- and you indicated you didn't know
15  much about it, but he said he had gone online and
16  looked up some information on Neurontin, right?
17  A.   Yes, yes.
18  Q.   And he indicated that it was making him
19  feel weird and wasn't helping him, correct?
20  A.   Correct.
21  Q.   Any -- anything else about the drug
22  Neurontin other than what's in the letter that you
23  can recall?
24  A.   I don't recall really. And -- and to be
25  honest, I don't remember -- until seeing this

### Page 24

1   letter, I didn't remember that drug even coming
2   up. Looking at our records, I don't recall him
3   even indicating that he was on it when we had him
4   do a medical update.
5           Sometimes patients don't tell you all the
6   drugs they're on because they don't feel like, as
7   a dentist, that you need to know.
8   Q.   On that day, did you have any discussion
9   about any other medications that he might have
10  been on, other than what you recounted about
11  Neurontin?
12  A.   Not at all, not that I recall.
13  Q.   Then you went on to -- to discuss his
14  dental condition, and you made a few suggestions
15  regarding what might help his -- his gums,
16  correct?
17  A.   Yes, sir.
18  Q.   And then he got up to leave, and you noted
19  he limped a little upon him getting up to leave,
20  and appeared to have some discomfort as he made
21  his way out. Can you describe that at all for us?
22  Again, I know it's a long time ago, but anything
23  else that you can add to that?
24  A.   I guess I hadn't noticed him -- him being
25  sore or it bothering him when he would get up