EXHIBIT 3

Carnahan, Lewis Wesley (Smith) 10/23/2007 6:07:00 PM

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEURONTIN MARKETING, SALES )
PRACTICES AND PRODUCTS LIABILITY )
LITIGATION )
)
_____ )
)
)
) CASE NO.
) 04-10981
THIS DOCUMENT RELATES TO: )
)
RUTH SMITH, Individually and as )
Widow for the use and benefit of )
herself and the next of kin of )
Richard Smith, deceased. )
)
05-CV-11515 )
)

VIDEOTAPED DEPOSITION OF
LEWIS WESLEY CARNAHAN, II, PHARM.D.
Taken on Behalf of the Defendant
October 23, 2007

---

Page 3

1   I N D E X
2   WITNESS: LEWIS WESLEY CARNAHAN
3       INDEX OF EXAMINATIONS
4             Page/Line
5   By Mr. Ferguson ..................... 6   7
6   By Mr. Soh ......................... 71  16
7   By Mr. Ferguson ..................... 73  7

---

Page 2

1  APPEARANCES:
2  For the Plaintiff:
3     KENNETH S. SOH
       MAURA C. KOLB
4     Lanier Law Firm
       6810 F.M. 1960 West
5     Houston, Texas 77069
       713.659.5200
6     713.659.6416
       wml@lanierlawfirm.com
7     kss@lanierlawfirm.com
       mck@lanierlawfirm.com
8
9  For the Defendant:
10    KENNETH J. FERGUSON
       Clark, Thomas & Winters
11    P.O. Box 1148
       Austin, Texas 78767
12    512.472.8800
       512.474.1129
13    kjf@ctw.com
14
    Also Present: Amanda Martin, Videographer
15              Jason Powers, Videographer

---

Page 4

2       The videotaped deposition of
3  LEWIS WESLEY CARNAHAN, II, PHARM.D., taken on
4  behalf of the Defendant, on the 23rd day of
5  October, 2007, in the John Hood Conference Room of
6  Sheraton Music City Hotel, 777 McGavock Pike,
7  Nashville, Tennessee, for all purposes under the
8  Federal Rules of Civil Procedure.
9       The formalities as to notice,
10 caption, certificate, et cetera, are waived. All
11 objections, except as to the form of the
12 questions, are reserved to the hearing.
13      It is agreed that Elisabeth A.
14 Miller, being a Notary Public and Court Reporter
15 for the State of Tennessee, may swear the witness,
16 and that the reading and signing of the completed
17 deposition by the witness are waived.

21          * * *

---

Page 17

1  up to his back surgery that he had in 2003?
2  A.  Yes.
3  Q.  How about after his back surgery, which I
4  believe the records say was -- was done on
5  April 1st of 2003, between that time and the time
6  of his death in May of 2004, did you have
7  discussions with him about any ongoing pain that
8  he had?
9  A.  Yes.
10 Q.  Is there any way, to your recollection,
11 that you can tell us whether or not the -- the
12 pain he was complaining about in, let's say, the
13 couple of months before his death was any
14 different or more frequent in terms of his
15 conversation with you as compared to the pain he
16 was complaining about before his back surgery in
17 2003?
18 A.  Not that I'm aware of, no.
19 Q.  So, again, not trying to put words in your
20 mouth. But as I understand what you're saying in
21 response to my question was generally from your
22 discussions with him, his comments about the pain,
23 the frequency and the intensity were about the
24 same in the couple of months before his death as
25 they had been back in 2003, even before his back

Page 18

1  surgery; is that a fair statement?
2      MR. SOH:  Objection to form.
3      MR. FERGUSON:  Okay.
4      MR. SOH:  That's leading. But if he
5  can answer it, go ahead.
6  BY MR. FERGUSON:
7  Q.  Is -- is that -- is that correct?
8  A.  Restate the question, please.
9  Q.  Sure. My understanding of what you told
10 us a moment ago is that his pain, in terms of what
11 he told you about, was no different in the couple
12 of months before his death as it -- as compared to
13 the first several months of 2003?
14     MR. SOH:  Objection, form.
15     THE WITNESS:  He didn't complain of
16 any increased pain --
17 BY MR. FERGUSON:
18 Q.  Okay.
19 A.  -- over the period.
20 Q.  Fair enough.
21     Did you at some point become aware that --
22 that Mr. Smith was taking a drug called Neurontin?
23 A.  Yes.
24 Q.  And do you recall about when that was?
25 Again, I'm not expecting you to know a specific

Page 19

1  date. But can you remember the general time frame
2  when you became aware that he was taking
3  Neurontin?
4  A.  I believe it was the Sunday before he
5  committed suicide.
6  Q.  Okay. And -- and as I recall, the -- he
7  died on May the 13th; is that correct?
8  A.  Yes.
9  Q.  And I believe that was a Thursday; am I
10 correct about that?
11 A.  Yes.
12 Q.  So counting back, if I can count
13 correctly -- maybe you can help me. What does
14 that make Sunday, the 8th or 9th?
15     MS. KOLB:  The 8th, I think.
16     MR. FERGUSON:  Thank you.
17 BY MR. FERGUSON:
18 Q.  About the 8th of May was the first time
19 that you learned that Richard Smith had ever been
20 on Neurontin; is that correct?
21 A.  Yes.
22 Q.  So -- and we'll talk about how you became
23 aware of that on that date. But obviously before
24 May 8, Richard had never come to you and asked
25 about Neurontin in relationship to side effects as

Page 20

1  you -- we talked about earlier?
2  A.  No.
3  Q.  Okay.
4  A.  He had never come to me, but that wasn't
5  unusual.
6  Q.  Right.
7  A.  Right.
8  Q.  You indicated that he occasionally would
9  come to you about some medications?
10 A.  Right.
11 Q.  At least before May 8th of 2004, that had
12 never occurred with respect to Neurontin?
13 A.  Correct.
14 Q.  And -- and I take it from -- from your
15 answer as well that you had never learned before
16 May 8th of 2004 from another source such as
17 Ruth Smith or your wife, Donna, from any other
18 source that he had been on Neurontin?
19 A.  Correct.
20 Q.  And how did it come about on May 8th of
21 2004 that you learned that Richard was taking a
22 medication called Neurontin?
23 A.  He came to me. We were at a gathering at
24 Sherri's house. I think it was somebody's
25 birthday, and we had -- I think we had eaten

Carnahan, Lewis Wesley (Smith) 10/23/2007 6:07:00 PM

Page 21

1   already, and we were just talking.
2   He pulled me aside and asked me about --
3   he didn't ask me about side effects. He described
4   side effects to me and asked if I thought it was
5   the Neurontin.
6   Q.   Tell me what side effects he described to
7   you, please.
8   A.   He told me that he was feeling loopy. He
9   did not feel like himself since taking the
10  Neurontin.
11  Q.   Did he tell you on that day, May 8th of
12  2004, how long he had been taking Neurontin?
13  A.   No.
14  Q.   Did he tell you anything about what dosage
15  of Neurontin he was taking?
16  A.   No.
17  Q.   He simply said that he was taking
18  Neurontin, and he felt loopy and didn't feel like
19  himself?
20  A.   Yes.
21  Q.   Any other side effects that he described
22  to you on -- during that conversation on May 8th
23  of 2004?
24  A.   Not that I recall.
25  Q.   And did he either volunteer or did you ask

Page 22

1   him what he meant by feeling loopy?
2        MR. SOH: Objection, form.
3        Answer. Go on. When I object, go
4   ahead and answer.
5   BY MR. FERGUSON:
6   Q.   If he doesn't want you to answer, he'll
7   specifically tell you, I'm sure, not to answer.
8   A.   I'm still thinking also.
9   Q.   Take your time. I'm not trying to rush
10  you.
11  A.   I don't recall anything offhand, anything
12  additionally that he said. He just kept saying
13  that it made him loopy; he didn't feel like
14  himself. And that was the main side effect that
15  bothered him, so that's what he brought up with me
16  in that conversation.
17  Q.   And was his question to you, I feel
18  like -- I feel loopy and don't feel like myself;
19  could the Neurontin I'm taking be causing that?
20  Is that what he asked you?
21  A.   Yes, that was what he was asking.
22  Q.   Okay. And what did you tell him?
23  A.   I told him that it was a possibility.
24  Q.   And how did you know or believe that was a
25  possibility?

Page 23

1   A.   Because patients that I have seen have
2   also described similar side effects to me.
3   Q.   Okay. Side effects from Neurontin?
4   A.   Yes.
5   Q.   And these are patients who you have --
6   have seen in your position as a pharmacist at the
7   VA Medical Center?
8   A.   Yes, patients that I've come in contact
9   with at the VA.
10  Q.   Did you have any discussion with
11  Richard Smith on May 8th about why he was taking
12  Neurontin?
13  A.   I knew he was having some pain, so that
14  was my assumption.
15  Q.   Okay. So he didn't say, I'm taking
16  Neurontin for pain; but you knew he was in pain,
17  so you assumed he was taking it for pain?
18  A.   That was my assumption.
19  Q.   And had you seen -- the other patients you
20  had seen who had taken Neurontin, were some of
21  them also taking it for pain?
22  A.   Yes.
23  Q.   So if I understand the conversation
24  correctly, he pulled you aside, said he was taking
25  Neurontin; could it make him feel loopy and feel

Page 24

1   like he didn't feel like himself? You said, yes,
2   I've seen that in other patients. Where did the
3   conversation go next, if -- if it continued?
4   A.   I didn't tell --
5        MR. SOH: Objection. I think it
6   mischaracterizes his testimony.
7        But go ahead and answer.
8   BY MR. FERGUSON:
9   Q.   Okay.
10  A.   I did not tell him that I had seen that in
11  other patients. I just said, as I stated earlier,
12  it was a possibility.
13  Q.   Okay. So when he asked you the question,
14  you simply said, yes, it's a possibility?
15  A.   Yes.
16  Q.   And the basis for you saying, yes, it's a
17  possibility was the other patients you have -- you
18  had seen?
19  A.   Yes.
20  Q.   Anything else? Any other further
21  conversation on that day about Neurontin?
22  A.   No.
23  Q.   Do you know what doctor had prescribed
24  Neurontin for him?
25  A.   No, he never told me.

Page 57

1  need back surgery, left and right rotator cuffs,
2  right bicep torn, back surgery to correct pain in
3  legs," correct?
4  A.  Yes.
5  Q.  Okay. So clearly that part of the -- the
6  note is talking about pain and potential surgery;
7  is that fair?
8  A.  Yes.
9  Q.  Okay. And then he says, "Forgive me, I
10 cannot go on like this," correct?
11 A.  Yes.
12 Q.  And then he goes on and says, "I cannot
13 have my body, the temple of the Holy Spirit, cut
14 on anymore. I've talked to God all night, and he
15 understands," correct?
16 A.  Yes.
17 Q.  Would it be true that a -- that a fair
18 reading of at least that statement is that
19 Mr. Smith did what he did because of the pain that
20 he was having?
21        MR. SOH: Objection, form.
22        THE WITNESS: I'm not trying to
23 argue -- be argumentative.
24 BY MR. FERGUSON:
25 Q.  That's all right.

Page 58

1  A.  Pain is mentioned in there, but that's not
2  what I -- I mean, you're asking me to read his
3  mind, and that's not what I get out of it.
4  Q.  Okay. Tell us what you get out of it.
5  A.  Pain is mentioned, but the note really
6  doesn't make a lot of sense for such a godly man
7  like Richard. He talks about the surgeries, and
8  he talks about that his body was the temple of the
9  Holy Spirit, and he'd talked to God and God said
10 he understood. That -- I mean, that's what really
11 stood out in my mind when I first read the note
12 and still does even today.
13        So I know pain is mentioned, but that's
14 not, you know, the thing that jumps out at me,
15 knowing Richard.
16 Q.  And I just want to make sure I understand
17 what you're saying. You -- you say he's a godly
18 man, and -- and the note doesn't make sense in
19 light of that? Is that what you're saying?
20        MR. SOH: Objection, form.
21        THE WITNESS: Yes, because he was a
22 godly man, and, you know, he -- the note was
23 irrational, is illogical as far as knowing Richard
24 and that he knew suicide was wrong. And for him
25 to take his life, especially with the statement,

Page 59

1  "I have talked to God all night, and he
2  understands."
3         I'm not denying he was in some pain.
4  He had always had a little pain, and I understand
5  that.
6  BY MR. FERGUSON:
7  Q.  And -- and, again, you used the word --
8  I'm not trying to pick you on it. I just want to
9  make -- understand. You said he always had a
10 little pain. Are you saying that the pain that he
11 had in the months leading up to his death was a
12 little pain?
13 A.  So far as I know, he always had the same
14 level, which was a little pain.
15 Q.  Okay. Do you know if the medical records
16 reflect that he had a little pain or --
17 A.  I never saw them.
18 Q.  -- a lot of pain?
19        Would the note make more sense to you -- I
20 realize we're in a realm of subjectivity here.
21 But would the note make more sense to you if there
22 were at least several instances in which Mr. Smith
23 had specifically told someone that he either
24 wanted to die or was contemplating suicide?
25        MR. SOH: Objection to form.

Page 60

1         THE WITNESS: I just can't envision
2  him ever feeling that way.
3  BY MR. FERGUSON:
4  Q.  Even if he said it, you wouldn't think he
5  would feel that way?
6         MR. SOH: Objection to form, myriad
7  of speculation and other problems with that
8  question.
9         But go ahead.
10        THE WITNESS: Sometimes I say I'm so
11 hungry I could eat a horse, but I would never eat
12 a horse. That's how I would think that he meant
13 it if he had ever said that to me, which, like I
14 said, I never heard him say that.
15        MR. SOH: Withdraw my objection. I
16 like that answer.
17        MR. FERGUSON: Can we stick with
18 objections for a while.
19        MR. SOH: Yes, sir, sorry.
20        MR. FERGUSON: Okay.
21        MR. SOH: Sorry, Mr. Ferguson.
22        MR. FERGUSON: Okay. We can object.
23 We don't have to wave our hands.
24 BY MR. FERGUSON:
25 Q.  I take it that as -- as a pharmacist